UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP CHARVAT on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:12-cv-5746 |
| v. ) ) | Judge Zagel |
| TRAVEL SERVICES, ) CARNIVAL CORPORATION & PLC, ) ROYAL CARIBBEAN INTERNATIONAL, ) NORWEGIAN CRUISE LINE, ) ) | Magistrate Judge Valdez |
| Defendants. ) | |

**DEFENDANTS, ROYAL CARIBBEAN INTERNATIONAL'S
AND NORWEGIAN CRUISE LINE'S,
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT
PURSUANT TO RULES 8(a)(2), 12(b)(1), 12(b)(3), 12(b)(6)**

Defendants, Royal Caribbean International ("RCI") and Norwegian Cruise Line ("NCL"), pursuant to the Federal Rules of Civil Procedure 8(a)(2), 12(b)(1), 12(b)(3), 12(b)(4), 12(b)(6), 17(b), and 23, respectfully request this honorable Court to enter an Order dismissing the Plaintiff's, Philip Charvat's ("Charvat"), Amended Class Action Complaint ("ACAC").

1. RCI and NCL seek dismissal of the ACAC based upon the two provisions of the TCPA that Charvat claims were violated.

2. In Count I of the ACAC, Charvat alleges that he received four (4) pre-recorded telephone calls at his residence in violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. §227(b) without his consent.

3. RCI and NCL respectfully request an order of dismissal because Charvat does not, and cannot, allege that RCI or NCL initiated the calls nor does he, or can he, allege that RCI

or NCL was the "initiator" based on some sort of agency theory so as to attempt to impose vicarious liability.

4. As for Count II, Charvat claims that he received calls in violation of 47 U.S.C. §227(c) because he purportedly spoke to persons who did not identify themselves in violation of the construing regulations of §64.1200(d)(4). However, the identification requirements fall under §227(d) of the TCPA and that section does not allow a private right of action by Charvat and even if it did allow Charvat to bring a claim, Charvat's recordings attached to the ACAC unequivocally show that in all but one of the calls, identification took place and the fourth call was a hang up that could have been terminated for any number of reasons before the identification could have taken place.

5. Based on the allegations of the ACAC, RCI and NCL request dismissal of the TCPA claims for having failed to state a substantive claim for relief.

6. Charvat has also failed to state a basis for injunctive relief in Count III, since there is no substantive cause of action asserted for Counts I and II, upon which the injunctive relief claim is premised.

7. Charvat has further failed to properly allege any class action claims under Rule 23 and therefore RCI and NCL request the Court to dismiss or strike those allegations.

8. Finally, Charvat has failed to allege venue properly and he has sued a trade name rather than a legal entity.

WHEREFORE, Defendants, Royal Caribbean International and Norwegian Cruise Line, respectfully request this Court to dismiss the amended complaint against them in its entirety and for all other relief that this Court deems just and proper.

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Case No. 1:12-cv-5746

Respectfully submitted,

By: /s/ Catherine J. MacIvor
Catherine J. MacIvor
cmacivor@fflegal.com
*Pro Hac Vice*
Jeffrey E. Foreman
jforeman@fflegal.com
ARDC #6193309
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendants,*
*Royal Caribbean Cruises Ltd.*
*NCL (Bahamas) Ltd.*

## CERTIFICATE OF SERVICE

On October 3, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court, which will automatically send notice of the filing to all counsel of record. I hereby certify that I have served all counsel and/or pro se parties of record electronically in accordance with the Federal Rules of Civil Procedure.

/s/ Catherine J. MacIvor
Catherine J. MacIvor

Case No. 1:12-cv-5746

**SERVICE LIST**
**CASE NO. 12-CV-5746**

Alexander H. Burke
aburke@burkelawllc.com
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Tel: 312-729-5288/Fax: 312-729-5289

Elliot S. Wiczer (ARDC #6208432)
John M. Sheldon (ARDC #6256666)
Foreman Friedman, PA
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
847-849-4850

Edward A. Broderick
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
Tel: 617-738-7080
*Attorneys for Plaintiff*

Catherine J. MacIvor (*Pro Hac Vice*)
Jeffrey E. Foreman (ARDC #6193309)
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
305-358-6555
*Attorneys for Defendant*

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**