# Josh Bidzinski

**From:** Matthew P. McCue <mmccue@massattorneys.net>
**Sent:** Wednesday, October 24, 2012 9:30 AM
**To:** Jeff Becker; Catherine J. MacIvor
**Cc:** ted@broderick-law.com; aburke@burkelawllc.com; 'Anthony Paronich'
**Subject:** RE: Charvat v Travel Services

Jeff and Catherine:

We will be filing an Opposition to your Motions to Dismiss by tomorrow evening. We will not contest dismissal of the ID Count and will focus solely on the 227(b) count.

We will need to amend the complaint again. The amendment, however, will only more specifically identify Travel Services- which I assume you already know is a d/b/a for various corporate entities controlled by Elizabeth Valente. The amended complaint would also drop the ID Count.

I will send over a draft complaint once it is complete. I would prefer to file the motion with assent if possible.

Matthew McCue