# Josh Bidzinski

| | |
|---|---|
| **From:** | Matthew P. McCue <mmccue@massattorneys.net> |
| **Sent:** | Thursday, October 25, 2012 9:10 AM |
| **To:** | Jeff Becker; Catherine J. MacIvor |
| **Cc:** | 'Edward A. Broderick'; 'Anthony Paronich'; aburke@burkelawllc.com |
| **Subject:** | Charvat v. Carnival et al |
| **Attachments:** | 00015548.PDF |

Jeff and Catherine:

I attach a draft of the Second Amended Class Action Complaint. We will be moving to amend and I would like to briefly meet and confer to determine if the motion will be opposed or note.

I also intend to file today an Opposition to your Motions to Dismiss. The opposition focuses solely on the 227(b) argument, which- from our perspective at least- is the only issue raised that is not addressed by the Second Amended Complaint.

I am amenable to delaying filing the opposition per agreement if you want to renew your motion based on the Second Amended Complaint. In that regard, it may be best to withdraw the pending motions and then refile. I can also file the opposition today and just explain to the Court that the complaint has been amended but the 227(b) issue remains to be addressed.

Please let me know your availability today.

Matthew McCue

1