IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV - 8 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

| | |
|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 12-cv-5746<br>)<br>) |
| Travel Services,<br>Carnival Corporation & PLC,<br>Royal Caribbean International,<br>Norwegian Cruise Line | ) Judge Zagel<br>)<br>) Magistrate Judge Valdez<br>) |
| Defendants. | )<br>) |

## TRAVEL SERVICES MOTION FOR EXTENTION OF TIME TO RESPOND TO DISCOVERY

Travel Services respectfully request this court extend the period of time that it has to respond to Discovery without consequence, and in support of its motion states as follows:

1. Defendant, Travel Services, recently filed an appearance in this case.

2. Prior to filing this appearance Travel Services was served with written Discovery by Plaintiff. Including Interrogatories, Request for Production and Request for Admission.

3. Travel Services is in the process of trying to locate counsel to represent it in this case. And is uncomfortable answering any Discovery requests until such counsel has had the opportunity to review and discuss Discover Request with Travel Services.

4. Therefore Travel Services request that this court grant an extension of time by which to answer all discovery request served upon it.

5  Travel Services request an additional thirty days to locate counsel as well as an additional thirty days thereafter to answer discovery without suffering any consequences due to a lack of timely response.

WHEREFORE Travel Services directly requests this court grant this motion and grant an extension of time for Travel Services to answer all outstanding written discovery request: Including thirty days to find counsel and thirty days thereafter to answer written discovery without suffering any consequences due to the lack of a timely request.

                                                  Respectfully Submitted,

                                                  TRAVEL SERVICES

                                                  By: /s/ Beth Valeck

## CERTIFICATE OF SERVICE

On November 7, 2012, before the hour of 5pm I served a copy of this motion on each party of record. Copy of motion was served by U.S. Mail to them.

By: *Beth Valente*