**FILED**

NOV - 8 2012

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Travel Services
(Please print)

STREET ADDRESS: P.O. Box 756

CITY/STATE/ZIP: North Aurora, IL 60542

PHONE NUMBER: 877-816-5285

CASE NUMBER: 12-cv-5746

_____ _____11/7/12_____
Signature                                                  Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address