UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:12-cv-5746 |
| v. | ) ) | Judge Zagel |
| Elizabeth Valente, Resort Marketing Group, Inc., Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., TSN Marketing LLC, Carnival Corporation & PLC Royal Caribbean Cruises, Ltd. Norwegian Cruise Lines Holding, LTD. Defendants. | ) ) ) ) ) ) ) | Magistrate Judge Valdez |

**DEFENDANT, ROYAL CARIBBEAN INTERNATIONAL'S,
MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT
PURSUANT TO RULES 8(a)(2), 12(b)(6), 23**

Defendant, Royal Caribbean International ("RCI"), pursuant to the Federal Rules of Civil Procedure 8(a)(2), 12(b)(6), and 23, respectfully requests this honorable Court to enter an Order dismissing the Plaintiff's, Philip Charvat's ("Charvat"), Second Amended Class Action Complaint ("SACAC") with prejudice.

1. RCI seeks dismissal of the SACAC, with prejudice, based upon the provision of the TCPA that Charvat claims was violated.

2. In Count I of the SACAC, Charvat alleges that he received four (4) pre-recorded telephone calls at his residence in violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. §227(b) without his consent.

3. RCI respectfully requests an order of dismissal because Charvat does not, and cannot, allege that RCI initiated the calls nor does he, or can he, allege that RCI was the "initiator" based on some sort of agency theory so as to attempt to impose vicarious liability.

Case No. 1:12-cv-5746

4. Based on the allegations of the SACAC, RCI requests dismissal of the TCPA claims for having failed to state a substantive claim for relief.

5. Charvat has further failed to properly allege any class action claims under Rule 23 and therefore RCI respectfully requests this honorable Court to dismiss or strike those allegations.

6. Charvat has also failed to state a basis for injunctive relief in Count II, since there is no substantive cause of action asserted for Count I, upon which the injunctive relief claim is premised.

7. Charvat has also failed to state a claim for treble damages under the TCPA.

WHEREFORE, Defendant, Royal Caribbean International, respectfully requests this honorable Court to dismiss, with prejudice, the Second Amended Complaint in its entirety and for all other relief that this honorable Court deems just and proper.

Respectfully submitted,

By: /s/ Catherine J. MacIvor
Catherine J. MacIvor
cmacivor@fflegal.com
*Pro Hac Vice*
Jeffrey E. Foreman
jforeman@fflegal.com
ARDC #6193309
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendants,*
*Royal Caribbean Cruises Ltd.*
*NCL (Bahamas) Ltd.*

Case No. 1:12-cv-5746

## CERTIFICATE OF SERVICE

On January 3, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court, which will automatically send notice of the filing to all counsel of record. I hereby certify that I have served all counsel and/or pro se parties of record electronically in accordance with the Federal Rules of Civil Procedure.

/s/ Catherine J. MacIvor
Catherine J. MacIvor

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Case No. 1:12-cv-5746

**SERVICE LIST**
**CASE NO. 12-CV-5746**

Alexander H. Burke
aburke@burkelawllc.com
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Tel: 312-729-5288/Fax: 312-729-5289


Edward A. Broderick
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
Tel: 617-738-7080
*Attorneys for Plaintiff*

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue – Third Floor
Natick, MA 01760
Tel: 508-655-1415
*Attorneys for Plaintiff*

Elliot S. Wiczer (ARDC #6208432)
John M. Sheldon (ARDC #6256666)
Foreman Friedman, PA
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
847-849-4850

Catherine J. MacIvor (*Pro Hac Vice*)
Jeffrey E. Foreman (ARDC #6193309)
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
305-358-6555
*Attorneys for Defendant*

Joshua E. Bidzinski (ARDC #6302408)
Jeffrey S. Becker (ARDC #6282492)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL.  60611
Tel: 312-321-9100
*Attorneys for Carnival Corporation & PLC*

Elizabeth Valente
Travel Services
P.O. Box 756
North Aurora, IL 60542
Tel: 877-816-5285
*Pro Se*

4