UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Philip Charvat on behalf of himself and others similarly situated,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Elizabeth Valente, Resort Marketing Group, Inc., Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., TSN Marketing, LLC, Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., and Norwegian Cruise Lines Holding, Ltd.<br>　　　　Defendants. | Case No.: 1:12-cv-5746<br><br>Judge Zagel<br><br>Magistrate Judge Valdez |

## DEFENDANT ELIZABETH VALENTE'S MOTION TO STRIKE AND DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

NOW COMES Defendant, ELIZABETH VALENTE, by and through her attorneys, STARR, BEJGIERT, ZINK & ROWELLS, and moves this Honorable Court to strike and dismiss Plaintiff's Second Amended Class Action Complaint states as follows:

1. Defendant ELIZABETH VALENTE moves to dismiss Plaintiff's Second Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Defendant ELIZABETH VALENTE hereby adopts the arguments and legal authorities presented in the Motions to Dismiss Plaintiff's Second Amended Complaint filed by Carnival Corporation & PLC and Royal Caribbean Cruises, Ltd.

**WHEREFORE,** Defendant, ELIZABETH VALENTE, by and through her attorneys, STARR, BEJGIERT, ZINK & ROWELLS, prays that this Honorable Court strike and dismiss Plaintiff's Second Amended Class Action Complaint and to award such further relief as this Court deems just and proper.

Respectfully submitted,

ELIZABETH VALENTE

By:   /s/  Michael J. Zink
      Her Attorney

Starr, Bejgiert, Zink & Rowells
35 E. Wacker Drive
Suite 1870
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

      On January 7, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court, which will automatically send notice of the filing to all counsel of record. I hereby certify that I have served all counsel and/or pro se parties of record electronically in accordance with the Federal Rules of Civil Procedure.

      By: /s/   Michael J. Zink