| Acct ID | RatePlanID | ServiceType | UsageTypeID | CallDate | OrigCC | OrigNumber | OrigLATA | OrigOCN | TermCC | DialedNo |
|---|---|---|---|---|---|---|---|---|---|---|
| 78474 | VO9085B | Address Trunk Line | Outbound US | 07/09/12 18:07:47 | 1 | 8558555990 | | | 1 | 6148958940 |
| 125512 | VO9015B | Address Trunk Line | Outbound US | 07/09/12 19:00:37 | 1 | 7733212130 | 358 | 4717 | 1 | 6148958940 |

| CalledNo | TermLATA | TermOCN | BilledDuration | OrigGTCode | TermGTCode | ActualDuration | OrigRetailRate | TermRetailRate |
|---|---|---|---|---|---|---|---|---|
| 6148958940 | 324 | 9321 | 114 | 800/USA Toll-free | 424/US48 | 111 | 0 | 0.0085 |
| 6148958940 | 324 | 9321 | 174 | 424/US48 | 424/US48 | 169 | 0 | 0.0075 |

| ErrCode | SvcNum | RatedDuration | DoNotRate | UsgCat | UsageCharge | TotalRetail |
|---|---|---|---|---|---|---|
| 0 | 78474 | 114 | N | IE | 0.0162 | 0.0162 |
| 0 | 125512 | 174 | N | IE | 0.0218 | 0.0218 |

a