Law Office of Starr, Bejgiert, Zink & Rowells <sbzrlaw@gmail.com>
To: ted@broderick-law.com

Tue, Jun 4, 2013 at 3:51 PM

Ted,
My client has provided me with much of the information responsive to the discovery requests. However, her father has been hospitalized in recent weeks, thus minimizing her time to gather the rest of the responses. It appears that I may need a short extension of about 7 days for the responses to Interrogatories and Request for Admission and 14 days for the responses to the Request for Production. Would you have any objection to these extensions? Please let me know as soon as possible.
Best,
--
Michael Zink
Law Offices of
**STARR BEJGIERT ZINK & ROWELLS**
35 East Wacker Drive
Suite 1870
Chicago, Illinois 60601
(312) 346-9420 Phone
(312) 372-3447 Fax

THE INFORMATION CONTAINED IN THIS EMAIL AND ANY ACCOMPANYING DOCUMENTS ARE ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION, INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED REVIEW, USE, REPRODUCTION, STORAGE, OR DISSEMINATION OF THIS FACSIMILE IS PROHIBITED. RECEIPT OF THIS FACSIMILE IN ERROR SHALL NOT CONSTITUTE A WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY CONTACT US.

Edward A. Broderick <ted@broderick-law.com>
To: "Law Office of Starr, Bejgiert, Zink & Rowells" <sbzrlaw@gmail.com>

Tue, Jun 4, 2013 at 4:16 PM

Mike

Not a problem, but we will trade you the extension for a set of the discovery you propounded to us in Word to save us retyping the request portion.

Thanks

Ted

**From:** Law Office of Starr, Bejglert, Zink & Rowells [mailto:sbzrlaw@gmail.com]
**Sent:** Tuesday, June 04, 2013 4:51 PM
**To:** ted@broderick-law.com
**Subject:** Charvat--Extension for Discovery Responses

[Quoted text hidden]

Law Office of Starr, Bejgiert, Zink & Rowells <sbzrlaw@gmail.com>
To: "Edward A. Broderick" <ted@broderick-law.com>

Tue, Jun 4, 2013 at 4:46 PM

Ted,
No problem, please see attached. Thank you for the courtesy.
Mike

[Quoted text hidden]

[Quoted text hidden]

📎 **RMG Discovery to Plaintiff.docx**
45K

---

**Law Office of Starr, Bejgiert, Zink & Rowells** <sbzrlaw@gmail.com>　　　　　　　　　　　　　　　　　　Wed, Jun 5, 2013 at 2:19 PM
To: "Edward A. Broderick" <ted@broderick-law.com>

Ted,
Confirming our agreement, I will serve the responses to Interrogatories and Request for Admission by 6/12 and the responses to the Request for Production by 6/19. Please let me know if this understanding is incorrect. Thank you again.
　Mike

[Quoted text hidden]

---

**Edward A. Broderick** <ted@broderick-law.com>　　　　　　　　　　　　　　　　　　　　　　　　　Wed, Jun 5, 2013 at 2:33 PM
To: "Law Office of Starr, Bejgiert, Zink & Rowells" <sbzrlaw@gmail.com>

Yes but we do need your requests in Word if you can email them. Thanks

**From:** Law Office of Starr, Bejgiert, Zink & Rowells [mailto:sbzrlaw@gmail.com]
**Sent:** Wednesday, June 05, 2013 3:19 PM
**To:** Edward A. Broderick
**Subject:** Re: Charvat--Extension for Discovery Responses

[Quoted text hidden]

---

**Law Office of Starr, Bejgiert, Zink & Rowells** <sbzrlaw@gmail.com>　　　　　　　　　　　　　　　　　　Wed, Jun 5, 2013 at 2:40 PM
To: "Edward A. Broderick" <ted@broderick-law.com>

No problem, here they are again attached.
[Quoted text hidden]

📎 **RMG Discovery to Plaintiff.doc**
153K

---

**Edward A. Broderick** <ted@broderick-law.com>　　　　　　　　　　　　　　　　　　　　　　　　　Wed, Jun 5, 2013 at 3:30 PM
To: "Law Office of Starr, Bejgiert, Zink & Rowells" <sbzrlaw@gmail.com>

Mike

On the extension, note we expect to get all documents on the 19th, not just a response with objections and/or commitment to produce. I'm hoping that's what you had in mind. Thanks, Ted

**From:** Law Office of Starr, Bejgiert, Zink & Rowells [mailto:sbzrlaw@gmail.com]
**Sent:** Wednesday, June 05, 2013 3:41 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Law Office of Starr, Bejgiert, Zink & Rowells** <sbzrlaw@gmail.com>　　　　　　　　　　　　　　　　　　Thu, Jun 6, 2013 at 3:36 PM
To: "Edward A. Broderick" <ted@broderick-law.com>

Ted,
Yes, I expect that my client will have the responsive documents by the 19th. Thank you again for the courtesy.
　Mike

[Quoted text hidden]