**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others | ) | |
| similarly situated, | ) | |
|     Plaintiff, | ) | Case No. 1:12-cv-5746 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Elizabeth Valente, Resort Marketing Group, Inc., | ) | |
| Travel Service Network, Inc., TSN Travel, Inc., | ) | |
| TSN International, Inc., TSN Marketing LLC, | ) | Magistrate Judge Valdez |
| Carnival Corporation & PLC, | ) | |
| Royal Caribbean Cruises, Ltd., | ) | |
| NCL (Bahamas) Ltd. | ) | JURY DEMANDED |
|     Defendants. | ) | |

## SCHEDULING ORDER

NOW COME the parties Philip Charvat ("Plaintiff") along with the Defendants Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd. (collectively the "Defendants") to submit this proposed order regarding the first phase of discovery pursuant to this Court's September 11, 2013 Order [Doc. No. 155]. IT IS HEREBY ORDERED:

The Defendants Resort Marketing Group, Inc. and Elizabeth Valente shall produce revised responses and responsive documents to all pending Plaintiff's discovery by **October 11, 2013**. The Plaintiff will also produce revised responses and responsive documents to all pending Resort Marketing Group, Inc.'s discovery within thirty days after receiving written notice of the alleged deficiencies contained therein. The Parties will then complete depositions of the Plaintiff, any current or former Resort Marketing Group, Inc. personnel, Elizabeth Valente and any other agreed depositions by **November 26, 2013**. During this period, the defendants also intend to seek a deposition of Ms. Alison Charvat. The parties will appear before this Court for a

status conference on **December 10, 2013 at 9:15 a.m.** to discuss any other discovery needed

prior to class certification.

Dated 10/4/13

_____
James B. Zagel
 United States District Court Judge