IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Philip Charvat on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Elizabeth Valente, Resort Marketing Group, Inc., Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., TSN Marketing LLC, Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd.<br>    Defendants. | Case No. 1:12-cv-5746<br><br>Hon. Andrea R. Wood<br><br>JURY DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Defendant/Plaintiff-in-Counterclaim Resort Marketing Group, Inc., with the agreement of all parties who have appeared, hereby voluntarily dismisses its Counterclaims against the Plaintiff/Defendant-in-Counterclaim Philip Charvat without prejudice.

Respectfully submitted,

| For Plaintiff Philip Charvat | For Defendants |
|---|---|
| /s/ Alexander H. Burke<br>Alexander H. Burke<br>Burke Law Offices, LLC<br>155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>Phone: (312) 729-5288<br>aburke@burkelawllc.com<br><br>Matthew P. McCue<br>The Law Office of Matthew P. McCue<br>1 South Ave., Third Floor<br>Natick, MA 01760<br>(508) 655-1415<br>mmccue@massattorneys.net | By: /s/ Michael J. Zink<br>Michael J. Zink<br>Starr, Bejart, Zink & Rowells<br>35 E. Wacker Drive, Suite 1870<br>Chicago, IL 60601<br>(312) 346-9420<br>(312) 372-3447 Fax<br>sbzrlaw@gmail.com<br>*Attorney for Elizabeth Valente and Resort Marketing Group, Inc.* |

| | |
|---|---|
| *Pro Hac Vice*<br><br>Edward A. Broderick<br>Broderick Law, P.C.<br>125 Summer St., Suite 1030<br>Boston, MA 02110<br>(617) 738-7080<br>(617) 830-0327 *facsimile*<br>ted@broderick-law.com<br>*Pro Hac Vice* | By: /s/ Jeffrey S. Becker<br>Jeffrey S. Becker<br>jbecker@smbtrials.com<br>SWANSON, MARTIN & BELL, LLP<br>330 N. Wabash, Ste. 3300<br>Chicago, IL 60611<br>Tel: (312) 321-9100<br>Fax: (312) 321-0990<br>*Attorney for Defendant,*<br>*Carnival Corporation & PLC*<br><br>By: /s/ Catherine J. MacIvor<br>Catherine J. MacIvor<br>cmacivor@fflegal.com<br>*Pro Hac Vice*<br>Jeffrey E. Foreman<br>jforeman@fflegal.com<br>ARDC #6193309<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Phone: 305-358-6555<br>Fax: 305-374-9077<br><br>and<br><br>John M. Sheldon<br>jsheldon@fflegal.com<br>Elliott S. Wiczer<br>ewiczer@fflegal.com<br>FOREMAN FRIEDMAN, P.A.<br>500 Skokie Blvd., Ste. 325<br>Northbrook, IL 60062<br>Phone: 847-849-4850<br>Fax: 847-849-4851<br>*Attorneys for Defendants,*<br>*Royal Caribbean Cruises Ltd.*<br>*NCL (Bahamas) Ltd.* |

Date: May 1, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and copies have been electronically mailed to counsel of record.

                                              /s/Michael J. Zink

Date: May 1, 2014