IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Philip Charvat on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Elizabeth Valente, Resort Marketing Group, Inc., Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., TSN Marketing LLC, Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd.<br>    Defendants. | Case No. 1:12-cv-5746<br><br>Hon. Andrea R. Wood<br><br>JURY DEMANDED |

**JOINT STIPULATION REGARDING WITHDRAWAL OF
PLAINTIFF'S CLASS CERTIFICATION MOTION WITHOUT PREJUDICE**

Plaintiff Philip Charvat ("Plaintiff") and Defendants Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., and NCL (Bahamas) Ltd. ("Defendants") jointly stipulate as follows:

1. Plaintiff filed his Motion for Class Certification on July 23, 2012, together with his Complaint (Doc. No. 4). Plaintiff filed his class certification motion in an effort to preserve the issue for ruling at such time as the parties have had the opportunity to complete discovery on matters pertinent to class certification, and to avoid the Defendants attempting to moot the Plaintiff's putative class claim by tendering relief for an individual settlement. *See e.g. Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011).

2. Discovery is still being conducted and both Plaintiff and Defendants agree that they need additional time to gather facts supporting or opposing class certification in this matter.

3. Allowing Plaintiff to withdraw his class certification motion without prejudice to refiling it at a later date will allow the parties to obtain the necessary discovery to completely

1

address the issues raised in Plaintiff's Motion for Class Certification and will allow the Court to make a full and complete ruling on the issue of class certification.

4. The parties agree that filing this Joint Stipulation shall not prejudice or waive any arguments that either party has or may discover regarding the propriety or impropriety of class certification or related issues, mootness, or any other arguments that either party may have now or in the future and will not prejudice any motions currently pending before this court or any future motions that either party may file after the filing of this joint motion.

WHEREFORE, the Parties hereby jointly stipulate that:

(i) Plaintiff shall withdraw his Motion for Class Certification without prejudice to refiling it at a later date after the parties have an adequate opportunity to engage in discovery; and

(ii) Defendants shall take no action to moot Plaintiff's individual claim during the period in which Plaintiff's class certification motion is not on file.

Approved: 7/21/2014

_____
United States District Court Judge
Andrea R. Wood

| For Plaintiff Philip Charvat | For Defendants |
|---|---|
| /s/ Edward A. Broderick<br>Edward A. Broderick<br>Broderick Law, P.C.<br>125 Summer St., Suite 1030<br>Boston, MA 02110<br>(617) 738-7080<br>(617) 830-0327 *facsimile*<br>ted@broderick-law.com<br>*Pro Hac Vice*<br><br>Alexander H. Burke<br>Burke Law Offices, LLC<br>155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>Phone: (312) 729-5288<br>aburke@burkelawllc.com<br><br>Matthew P. McCue<br>The Law Office of Matthew P. McCue<br>1 South Ave., Third Floor<br>Natick, MA 01760<br>(508) 655-1415<br>mmccue@massattorneys.net<br>*Pro Hac Vice* | By: /s/ *Michael J. Zink*<br>Michael J. Zink<br>Starr, Bejart, Zink & Rowells<br>35 E. Wacker Drive, Suite 1870<br>Chicago, IL 60601<br>(312) 346-9420<br>(312) 372-3447 Fax<br>sbzrlaw@gmail.com<br>*Attorney for Elizabeth Valente and Resort Marketing Group, Inc.*<br><br>By: /s/ *Jeffrey S. Becker*<br>Jeffrey S. Becker<br>jbecker@smbtrials.com<br>SWANSON, MARTIN & BELL, LLP<br>330 N. Wabash, Ste. 3300<br>Chicago, IL 60611<br>Tel: (312) 321-9100<br>Fax: (312) 321-0990<br>*Attorney for Defendant,<br>Carnival Corporation & PLC*<br><br>By: /s/ *Catherine J. MacIvor*<br>Catherine J. MacIvor<br>cmacivor@fflegal.com<br>*Pro Hac Vice*<br>Jeffrey E. Foreman<br>jforeman@fflegal.com<br>ARDC #6193309<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Phone: 305-358-6555<br>Fax: 305-374-9077<br><br>and<br><br>John M. Sheldon<br>jsheldon@fflegal.com<br>Elliott S. Wiczer<br>ewiczer@fflegal.com<br>FOREMAN FRIEDMAN, P.A.<br>500 Skokie Blvd., Ste. 325<br>Northbrook, IL 60062<br>Phone: 847-849-4850 |

|  | Fax: 847-849-4851<br>*Attorneys for Defendants,*<br>*Royal Caribbean Cruises Ltd.*<br>*NCL (Bahamas) Ltd.* |
|---|---|

Date: July 3, 2014

4