UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Philip Charvat

         Plaintiff,

v.                  Case No.: 1:12−cv−05746
                  Honorable Andrea R. Wood

Travel Services, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2014:

  MINUTE entry before the Honorable Mary M. Rowland:Motions by Defendant Royal Caribbean Cruise to Compel [213 & 214] are entered. A written response is required and is due on 10/15/14 and replies, if any, are due on 10/22/14. The Court will rule by mail. No court appearance is necessary on 10/27/14. The Court will conduct a short discovery status on 10/28/14 at 9:30 AM or immediately following the status before Judge Wood. Counsel should be prepared to report on Carnival's ESI production and RMG's email production as well as report on other outstanding issues. The parties should be prepared to set a date for the close of fact discovery. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.