## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Philip Charvat

                              Plaintiff,

v.                                                         Case No.: 1:12–cv–05746
                                                          Honorable Andrea R. Wood

Travel Services, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, October 28, 2014:

        MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 12/18/2014 at 9:00 a.m. At the next status hearing, the parties shall be prepared to report the anticipated timing for Plaintiff's class certification motion and prospects for settlement. Mailed notice (ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.