UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Philip Charvat

                      Plaintiff,

v.                                         Case No.: 1:12–cv–05746
                                          Honorable Andrea R. Wood

Travel Services, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, November 20, 2014:

      MINUTE entry before the Honorable Mary M. Rowland:Defendant Royal Caribbean Cruises Ltd.s (RCL) Motions to Compel Better Responses to First Set of Interrogatories [213] and Answers, or Better Answers, to First Request for Production [214] are granted in part and denied in part. Plaintiff will produce supplemental interrogatory responses and documents by December 12, 2014. In addition, by December 12, 2014, each defendant is ordered to make its respective document production available to the other defendants for reproduction.Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.