**LIST OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1 | Rule 26(a)(2)(B) Revised Written Report of Jeffrey A. Hansen |
| 1-A | Resume of Jeffrey A. Hansen |
| 1-B | Transcript of Deposition of Jamie Smith (Feb. 6, 2015) |
| 1-C | Defendant Resort Marketing Group, Inc.'s Supplemental Response to Plaintiff's First Set of Interrogatories |
| 1-D | RMG Production Identifying Campaign IDs |
| 1-E | Class List (*Sample*, Including Plaintiff's Number Highlighted) |
| 1-F | Florida Department of Agriculture and Consumer Services Complaints |
| 1-G | Phone Numbers Used by RMG to Make Calls via the Dialer Database |
| 1-H | Pre-Filing Carnival FTC Complaints Regarding Calls Using RMG Numbers (*Sample*) |
| 1-I | Post-Filing Carnival FTC Complaints Regarding Calls Using RMG Numbers (*Sample*) |
| 1-J | Royal FTC Complaints Regarding Calls Using RMG Numbers (*Sample*) |
| 1-K | Norwegian FTC Complaints Regarding Calls Using RMG Numbers (*Sample*) |
| 1-L | Transcript of Deposition of Elizabeth Valente (Feb. 7, 2014) |
| 1-M | Transcript of Deposition of Jason Rader (Nov. 20, 2015) |
| 1-N | Transcript of Deposition of Peter Lachnicht (June 3, 2015) |
| 1-O | Transcript of Deposition of Tom Mongiovi (June 30, 2015) |
| 1-P | RMG E-mail Regarding List of Websites (June 25, 2010) |
| 1-Q | Henderson E-mail Regarding Websites (July 8, 2010) |
| 2 | Declaration of Richard Borst |
| 3 | Defendant Resort Marketing Group, Inc.'s Response to Plaintiff's First Set of |

| | |
|---|---|
| | Interrogatories |
| 4 | Transcript of Deposition of Allison Charvat (Jan. 17, 2014) |
| 5 | Sample of RMG Lead List |
| 6 | RMG Production of Purported 123FreeTravel.com Screenshots |
| 7 | RMG Production of Purported 123FreeTravel.com Offer Page Screenshot |
| 8 | RMG Production of Purported 123FreeTravel.com Privacy Policy Screenshot |
| 9 | Elizabeth Valente's Responses to Plaintiff's Fourth Request for Production of Documents |
| 10 | Carnival's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 11 | Royal Caribbean Cruises Ltd.'s Objections and Responses to the Plaintiff's First Set of Interrogatories |
| 12 | NCL (Bahamas) Ltd.'s Objections and Responses to the Plaintiff's First Set of Interrogatories |
| 13 | Lachnicht E-mail to Mongiovi Regarding Websites (Dec. 1, 2009) |
| 14 | FCC FOIA Response Regarding Travel Services Citation |
| 15 | RMG FCC Investigation File Materials |
| 16 | E-mail Chain Between RMG and Caldwell Regarding Fraudulent Leads |
| 17 | Defendant Resort Marketing Group, Inc.'s Response to Plaintiff's First Request for Admission |
| 18 | CD of Three Calls to Plaintiff Charvat |
| 19 | Counsel Declarations |