# EXHIBIT 1

# Rule 26(a)(2)(B) Revised Written Report of Jeffrey A. Hansen
# (Filed Provisionally Under Seal Pursuant to L.R. 26.2)