# Exhibit 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHILIP CHARVAT on behalf of himself and all others similarly situated, | Case No. 12-cv-5746 |
| *v.* | **RULE 26(a)(2)(b) REVISED WRITTEN REPORT OF JEFFREY A. HANSEN** |
| ELIZABETH VALENTE, et al., | |
| *Defendant.* | |

## EXPERT REPORT OF JEFFREY A. HANSEN

My name is Jeffrey A. Hansen. I am an adult over the age of 18, a resident of the state of California, and reside at 2625 Kings View Circle, Spring Valley, CA 91977. Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them. I was asked to prepare this written expert report by Plaintiff's counsel in the above-captioned matter, in support of Plaintiff's Designation of Expert Witnesses Pursuant to Fed. R. Civ. P. 26(a)(2)(b). I have been retained in this case at a rate of $300 per hour, for all services rendered, and $380 per hour for depositions.

### *Experience and Credentials.*

I am the principal of Hansen Legal Technologies, Inc. My firm is in the business of handling information technology, including investigations and analysis of electronic data. I have served as an expert or consultant in more than 50 Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA") class action lawsuits, and as an expert or consultant in numerous other civil cases. With regard to my experience as an expert and consultant in legal matters, generally, I have frequently served as an expert witness and consultant to law firms in conducting computer forensic analysis. I have also assisted in electronic discovery issues. Specific to this case, my firm was retained to assist Plaintiff's counsel in evaluating and analyzing the telephone dialing system used by the defendant Elizabeth Valente, and the associated companies named in the lawsuit, including but not limited to the defendant Resort Marketing Group (collectively referred to as "RMG"), in placing telephone calls to Plaintiff and the other putative class members. I have also been retained to assist Plaintiff and their counsel in evaluating and analyzing electronic data related to outbound calls and other electronic data associated with computer systems and/or telephone dialing systems used by RMG in marketing on behalf of the defendants Carnival, Royal Caribbean and Norwegian Cruise Lines ("Cruise Defendants").

I have extensive experience with data warehousing, including data warehousing related to telemarketing and auto-dialers. I am familiar with the procedures involved in such practices, and I have personally engaged in data warehousing regarding the compilation of certain lists,

including demographic and target audience lists for telemarketing, and have personally repaired defective lists to eliminate improperly formatted and corrupted data.  I also frequently act as a consultant to companies that engage in the use of autodialers, and I am familiar with their use and procedures, and the technical aspects of that business. In that capacity, I have assembled, configured, maintained, operated all aspects of autodialers, and interfaced with the telecommunications providers through whose networks the autodialers operate.

I have set up and maintained all aspects of predictive dialers and autodialers, from predictive dialers operating with just three telephone lines, to outbound call centers capable of generating over one million calls per hour. When building these systems, I have used various software and hardware solutions for predictive and autodialers, both proprietary and open source, and customized those systems for their particular uses. I myself have used and maintained predictive and autodialers, and trained others to do the same.  Similarly, I am familiar and have experience with, and know how to use databases containing cell block identifiers and ported number lists, both of which identify cellular type telephone numbers and are typically used in these industries.

Over the years, I have used various types of marketing lists, obtained from various sources, for telemarketing campaigns.  I have purchased these lists from data brokers who were not the original source of the data, but who were essentially "middle-men."  I have also purchased various "opt-in" lists, but never used them for the basis of "consent." These lists were compiled from visits to various websites and distributed among various data brokers and compiled by other middle men.  I discovered very quickly the vendors of these lists had a different understanding of the word "opt-in" than I did.  Their definition was "the leads are interested in a type of product because they visited a website."  My definition of "opt in" was "consent to be called about a product or service."  I also realized that it was impossible to verify how many of these leads were originally created, however, it was understood that they were compiled from various sources such as: spyware, landing pages, public information, web scraping, registrar of voters, etc., and then combined together.

3

Over the last twenty-six (26) years, I have also had extensive experience in a broad range of other areas in the electronic and information technology fields and obtained many certifications such as MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.  From the hardware perspective, I have extensive experience in troubleshooting and repairing at the component level, and building various systems for various purposes. I have designed, built and maintained computer networks in a variety of environments from commercial businesses to very large DoD networks. I have taught approximately 1,000 others the skills to become computer network engineers themselves. I have had extensive experience in dealing with security breaches and hardening computer networks against those breaches.  I have handled many computer forensic and E-Discovery matters, including internal investigations in companies, working at the FBI sponsored Regional Computer Forensics Laboratory, and founding a computer forensics and E-Discovery firm over 7 years ago.  I have also had extensive experience with the set-up and use of predictive and auto dialers.  *See Exhibit A, Resume of Jeffrey A. Hansen.*

I have been called to testify in the following civil matters: *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court); *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Cal.); *Hahn v. Massage Envy Franchising*,  Case No: 3:12-cv-00153-DMS-BGS (S.D. Cal.); *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Cal.); *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Cal.); *Balschmiter v TD Auto Finance, LLC,* Case No: 2:13-cv-01186 (E.D. Wisc.); *Jordan Marks v Crunch San Diego, LLC,* Case No. 14-CV-0348-BAS (BLM) (S.D.Cal.); *Peter Olney v Job.com*, Case No: 1:12-cv-01724-LJO-SKO (E.D. Cal.); *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.); *Farid Mashiri v Ocwen Loan Servicing, LLC*, Case No: 3:12-cv-02838 (S.D. Cal.); *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.); *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC,* Case No. 2:14-cv-00268-JCC (W.D.

Wash.); *Michael Reid and Dave Vacarro v. I.C. Sytems, Inc*., Case No. 2:12-cv-02661-ROS (D.

Ariz.); *Jeffrey Molar v NCO Financial Systems* Case No. 3:13-cv-00131-BAS-JLB (S.D. Cal.);

*Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-

WTL-DKL (D. Ind.); *Sueann Swaney v Regions Bank,* Case No. CV-13-RRA-0544-S (N.D.

Ala.); *Hooker v SiriusXM,* Case No. 4:13-cv-00003 (AWA) (E.D. Va.); *Diana Mey v Frontier*

*Communications,* Case No. 13-cv-01191-RNC (D. Conn.); *Rachel Johnson v Yahoo! Zenaida*

*Calderin v Yahoo! Case* No. 14-cv-2028 14-cv-2753 (N.D. IL).

### Work and Analysis in this Case

I have been retained in this case to case to analyze a telemarketing dialer database (the

"Dialer Database") produced in discovery by RMG.  Specifically, I have been asked to assess

and opine as to the number of pre-recorded messages transmitted to, and received by, consumers

that promoted the goods and services of the Cruise Defendants, contained within particular

campaigns within the Dialer Database, to identify the phone numbers of consumers so contacted,

and to determine if such consumers were called on a residential or cellular telephone line.

In addition, I have been asked to specifically address some of the defenses raised by

RMG and the Cruise Defendants as to the type of information that could be successfully gleaned

from the Dialer Database.  For example, RMG may claim that not all of the outbound calls made

via the Dialer Database utilized a pre-recorded message.  RMG may also claim that some

outbound calls were made using a predictive dialer, with no pre-recorded voice and some calls

were "hand dialed," presumably meaning an outbound telemarketing call made without the

assistance of a computer.  RMG may also contend that not all of the pre-recorded messages

transmitted to consumers via the Dialer Database promoted the goods and services of the Cruise

Defendants, or that this information may not be ascertained from the Dialer Database. To address

these claims, I have been asked to identify only class members who were sent pre-recorded

messages promoting the goods or services of the Cruise Defendants, and to explain my process for doing so.

My understanding is that RMG has claimed in discovery that, on limited occasion, RMG would switch out the pre-recorded message used in a particular telemarketing campaign and change the substance of the pre-recorded message from promoting the goods or services of the Cruise Defendants, to some other goods or service unrelated to this case. RMG further claims that sometimes, the substance of the pre-recorded message would be changed in the middle of the same telemarketing campaign.[1] To address this expected claim, I have been asked to identify telemarketing campaigns which solely utilized pre-recorded messages that promoted the goods or services of the Cruise Defendants throughout the entirety of the individual telemarketing campaigns.

Further, I have been asked to evaluate the documents produced by RMG that it contends evidences the "prior express consent" of consumers to receive the pre-recorded telemarketing calls at issue in this case. RMG has produced over seventy million phone numbers it claims are "opt in" leads, many of which were purportedly purchased from a "middle-man" who, in turn, purchased the leads from another "middle-man" who, in turn, purchased the leads from yet another third party who can no longer be located. I understand that the defendants claim these "opt in" leads satisfy the TCPA's requirement that a consumer must provide their "prior express consent" to receive telemarketing calls delivered via pre-recorded message. As a professional familiar with the telemarketing industry and its best practices, I have been asked to opine as to reliability of defendant's "opt in data" in the context of this case.

---

[1] Jamie Smith, the RMG employee charged with administering and maintaining the Dialer Database admitted at deposition that he was aware of no evidence that the pre-recorded messages used in the telemarketing campaigns that included calls to Mr. Charvat were changed in the middle of the campaigns. See Exhibit B, Deposition of Jamie Smith at pg. 106-107.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

Finally, the defendants may claim that at least some of the telemarketing calls at issue were made to consumers who were prior customers of the defendants. Accordingly, the defendants are expected to argue that an Established Business Relationship ("EBR") exemption to the TCPA would apply to such consumers. Although my understanding is that, to date, the defendants have failed to produce any actual evidence that any of the class members had a valid EBR with any of the defendants, I have been asked to explain how such a limited sub-set of hypothetical consumers could be removed from the class list. However, as the defendants have not produced any actual EBR evidence, I have yet to perform this analysis.

### *Methodology to Identify the Class*

I utilized the following methodology to identify consumers who received pre-recorded messages from RMG promoting the goods or services of the Cruise Defendants. First, I was provided with the Dialer Database which consisted of two large PostgreSQL databases. The two databases contained records of calls made to 432,832,770 phone numbers. The Dialer Database was physically possessed by Ms. Valente and RMG, but was serviced and administered by Asteria Solutions Group, which also designed the dialing software used by the Dialer Database. RMG relied heavily upon Asteria to provide it with guidance as to the use of the dialing software and the Dialer Database. Given the important role played by Asteria in managing the Dialer Database, I contacted Asteria myself to make sure that I correctly interpreted the data contained on the Dialer Database. To that end, I consulted with Tim Ringenbach who provided me with the requisite information and relationship data to properly interpret the data and tables contained within the Dialer Database, and the proper meaning of disposition codes used by the Asteria software. I have worked with many dialing systems and software similar to the Asteria software used with the Dialer Database. I have also worked, in the past, with Asteria software in a context unrelated to this case. The relationship data provided by Asteria was consistent with my

experience as to the manner in which the Asteria software compiled information relating to telemarketing campaigns.

Next, using a SQL database, I matched the hundreds of millions of pre-recorded calls made using the Dialer Database to a Cell Block Identifier list identifying which numbers were assigned to wireless numbers. In this way, I was able to segregate cell phone numbers from landline numbers. I then used the Neustar ported number lists to identify numbers that were ported either from wireless to landline or landline to wireless. Neustar is the company that was retained by the Federal Communications Commission to maintain a database tracking telephone number assignments. If a residential number was ported to a wireless provider, it would appear in the Neustar database. Using the telephone and date columns in my queries, I was able to determine which numbers were called after being ported to wireless from landline. For the numbers ported to landline from wireless, I was also able to determine which numbers where called before being ported. The end result was, I identified numbers as a wireless number only if it was a wireless number at the time of the call.

I then examined the directory of pre-recorded messages contained in the audio directory used by the Dialer Database. Specific audio-files were all identified in the "sounds" table of the audio directory and stored in /var/lib/asterisk/sounds/ivrs/. The telemarketing records for each individual campaign within the Dialer Database confirmed whether or not a pre-recorded message was used as the records identified the specific sound file played during each call made by the Dialer.

Based on all the above information, and based upon my own personal knowledge as to how the Asteria system works, I joined the various tables contained within the Dialer Database that I needed to create a Call Detail Report for three of the pre-recorded telemarketing campaigns that included the residential phone number of Mr. Charvat. These reports detail:

- The phone number of the consumer called by RMG (Column A);
- The date of the call (Column B);

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

- Whether the call was answered by an answering machine or a person (Column C);

- The name assigned to the particular telemarketing campaign (Column D);

- The number assigned to the particular telemarketing campaign (Column E);
- The specific number assigned to the pre-recorded call within the Asteria sound directory (Column F).

The Call Detail Reports confirmed that Mr. Charvat was called by RMG via pre-recorded message on June 11, 2011, September 8, 2011 and July 9, 2012. Mr. Charvat made recordings of all three of these calls confirming that the substance of the pre-recorded messages promoted the goods or services of the Cruise Defendants and specifically utilized their trade names "Carnival," "Royal Caribbean" and "Norwegian" cruise lines.[2] The pre-recorded call made to Mr. Charvat on June 11, 2011 was found within a telemarketing calling campaign entitled 0610 TS2 Mix B223. The Dialer Database assigned this telemarketing Campaign ID #422. The records also indicate that the number of the audio-recording made to Mr. Charvat was s28.wav. This exact recording was also used in all calls contained within the telemarketing campaign entitled 0610 TS2 Mix B223 and assigned Campaign ID#422. I found no evidence whatsoever that would indicate that any of the telemarketing calls contained with 0610 TS2 Mix B223 and assigned

_____

[2]**June 11, 2011**
Recording: Congratulations. You've submitted an online contest entry form for Royal Caribbean, Carnival or NCL cruise and were selected to receive a promotion. Press one now to speak to a cruise specialist, or press 2 to decline this promotion and be added to our do not call list. Press one now.

**September 8, 2011**
Recording: Hello. You filled out an entry form for a Royal Caribbean, Carnival or Norwegian Cruise Line promotion and were selected today. Please press one to speak to a cruise specialist or press 2 to decline this offer and be added to our do not call list. Press one now.

**July 9, 2012**
Recording: Congratulations, you filled out a contest entry form for a 4 or 5 day cruise with Carnival, Royal Caribbean or Norwegian cruise lines and you were selected. Press 1 now to speak to a travel service cruise agent or press 2 to decline this offer and be added to our do not call list. Press one now.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

Campaign ID #422 were dialed by hand, or did not include a pre-recorded message. I found no evidence whatsoever that would indicate that any of the telemarketing calls contained within 0610 TS2 Mix B223 utilized a pre-recorded message different than the pre-recorded message recorded by Mr. Charvat. Indeed, the records indicate that all consumers in this campaign received the pre-recorded message .s28.wav, the same message received by Mr. Charvat.

The pre-recorded call made to Mr. Charvat on September 8, 2011 was found within a telemarketing calling campaign entitled 0901 TS2 Eastern B223. The Dialer Database assigned this telemarketing Campaign ID #610. The records also indicate that the number of the audio-recording made to Mr. Charvat was s28.wav.[3] This exact recording was also used in all calls contained within the telemarketing campaign entitled 0901 TS2 Eastern B223 and assigned Campaign ID#610. I found no evidence whatsoever that would indicate that any of the telemarketing calls contained with 0901 TS2 Eastern B223 were dialed by hand, or did not include a pre-recorded message. I found no evidence whatsoever that would indicate that any of the telemarketing calls contained within 0901 TS2 Eastern B223 and assigned Campaign ID#610, utilized a pre-recorded message different than the pre-recorded message recorded by Mr. Charvat. Indeed, the records indicate that all consumers in this campaigned received the pre-recorded message .s28.wav, the same message received by Mr. Charvat.

The pre-recorded call made to Mr. Charvat on July 9, 2012 was found within a telemarketing calling campaign entitled 0620 TS2 Eastern B223. The Dialer Database assigned this telemarketing Campaign ID #1410. The records also indicate that the number of the audio-recording made to Mr. Charvat was s61.wav. This exact recording was also used in all calls contained within the telemarketing campaign entitled 0620 TS2 Eastern B223 and assigned Campaign ID#1410. I found no evidence whatsoever that would indicate that any of the

---

[3]I also note that when the Dialer Database was produced by RMG, the audio file s.28 was a recording that was a pre-recorded message that promoted the goods or services of the Cruise Defendants, further confirming that recipients of the IVR numbered s.28 all received a pre-recorded message promoting the goods or services of the Cruise Defendants, and that s28 was never "recorded over" changing the substance of the pre-record to something other than a promotion of the goods or services of the Cruise Defendants.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

telemarketing calls contained with 0620 TS2 Eastern B223 were dialed by hand, or did not include[4] a pre-recorded message. Indeed, the records indicate that all consumers in this campaigned received the pre-recorded message s61.wav, the same message received by Mr. Charvat. I found no evidence whatsoever that would indicate that any of the telemarketing calls contained within 0620 TS2 Eastern B223 and assigned Campaign ID#1410, utilized a pre-recorded message different than the pre-recorded message recorded by Mr. Charvat.[5]

      After segregating the above three telemarketing campaigns from the Dialer Database, I then removed any call records that did not result in an audio file being played (such as any dispositions indicating a no answer or trunk error[6]). I did not remove from the list any calls with a disposition code of "HUMAN," "NORMAL" "TRANSFERED" or "MACHINE." All of these disposition codes indicate that the pre-recorded call was in fact successfully transmitted to and received by the consumer. The specific campaigns that I identified applying the above

---

[4] In discovery, RMG produced the audio file from the Dialer Database that was numbered s61.wav. Like the s61 pre-recorded call made to Mr. Charvat on July 9, 2012, the audio file s61.wav, as produced, also was a pre-recorded message that promoted the goods or services of the Cruise Defendants, further confirming that recipients of the IVR numbered s.61 all received a pre-recorded message promoting the goods or services of the Cruise Defendants, and that s61 was never "recorded over" changing the substance of the pre-record to something other than a promotion of the goods or services of the Cruise Defendants.

[5] It is not disputed that the telemarketing campaigns in which Mr. Charvat's name appeared utilized a pre-recorded message that promoted the goods or services of the Cruise Defendants. RMG admitted such in its Supplemental Response to Plaintiff's First Set of Interrogatories in which, in response to a Court Order of September 19, 2014 that ordered RMG to identify "all pre-recorded telemarketing calls initiated by RMG relating to Cruise Defendants" RMG responded **that "the only telephone calls contained within the Asteria database for which RMG can state with any degree of certainty would have referenced the Cruise Line Defendants in a pre-recorded message played during the telephone calls are those calls contained within Campaigns 422, 505, 610 and 1410."** See Exhibit C. Records produced by RMG further indicate that Campaign ID #422 was the campaign that included the call to Mr. Charvat on June 11, 2011, Campaign ID #610 refers to the campaign that included the call to Mr. Charvat on September 8, 2011, and Campaign ID #1410 refers to the campaign that included the call to Mr. Charvat on July 9, 2012. A copy of this discovery response is attached at Exhibit D.

[6] A "trunk error" is any error that would prevent a call from being placed through the public switched telephone network.

---

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

methodology are listed below and constitute the preliminary list of class members in this case

("Preliminary Class List"):

| *Consumer* | *Campaign Name* | *ID* | *Sound#* | *Date* | *# Land* | *# Cell* | *# Of Calls* |
|---|---|---|---|---|---|---|---|
| Phil Charvat (614) 895-8940 | 0610 TS2 Mix B223 | 422 | s28 | 6/11/11 | 76,262 | 226,946 | 303,208 |
| Phil Charvat (614) 895-8940 | 0901 TS2 Eastern B223 | 610 | s28 | 9/8/11 | 52,683 | 141,732 | 194,415 |
| Phil Charvat (614) 895-8940 | 0620 TS2 Eastern B223 | 1410 | s61 | 7/9/2012 | 45,260 | 126,059 | 171,319 |
| | *Total Number of Calls* | | | | *174,205* | *494,737* | *668,942* |
| | *Total Class Members* | | | | *103,055* | *286,184* | *388,966[7]* |

The end result of this analysis is a Preliminary Class List of consumers who all, beyond a reasonable degree of certainty, actually received pre-recorded telemarketing calls sent by RMG via the Dialer Database that promoted the goods and services of the Cruise Defendants. Further, each consumer contained on the Preliminary Class List received pre-recorded messages **identical** to the calls made to Mr. Charvat. Attached at Exhibit E is an excel spread-sheet that includes the telephone numbers of all class members, including the date they were called, the name of the telemarketing campaign in which they appear, the Campaign ID assigned to the campaign, the number of the pre-recorded message they received, and the specific disposition code confirming

---

[7] The total class members (388,966) does not equal the total # of land lines (103,055) plus the total number of cell lines (286,184) because s small number of class members (273) received telemarketing calls on their landlines that were then ported over to a cell line and then received another telemarketing call from RMG promoting the goods or services of the Cruise Defendants..

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

that the consumer, in fact, received the pre-recorded call at issue. The total number of class members contained on the Preliminary Class List who all received pre-recorded telemarketing calls from RMG promoting the goods and services of the Cruise Defendants, and which were identical to the calls made to Mr. Charvat is 389,239. I further broke down these class members to identify which received calls on a landline (103,055), and which received calls on a cell phone (286,184). Some of the consumers, similar to Mr. Charvat, received multiple pre-recorded calls from RMG promoting the goods or services of the Cruise Defendants. The total number of calls made to consumers listed on the Preliminary Class List was 668,942 pre-recorded calls, all of which were initiated by RMG, received by consumers, and which promoted by pre-recorded message the goods or services of the Cruise Defendants.

I would note that the Dialer Database includes evidence of millions of additional pre-recorded calls successfully made to consumers, both prior to and following the July 2012 filing of the original class complaint in this matter, which promoted the goods or services of the Cruise Defendants. In fact, the Dialer Database evidences telemarketing calls made by RMG through March of 2014, over a year after the filing of the class complaint. Many of the telemarketing campaigns that continued post-filing utilized a pre-recorded message similarly designated "s61" as the message used to call Mr. Charvat on July 9, 2012. That the calls made to these consumers also promoted the goods or services of the Cruise Defendants is further confirmed by sworn complaints obtained by class counsel from the Florida Department of Agriculture and Consumer Services. I have reviewed sworn complaints provided by Lynn Marie Yeats, Shari Balter, Thomas Thiel, Amy Beth Vanderberg, Jason Ohman, John Pell and David Hill.[8] I note that all of these complaints confirm that the substance of the pre-recorded telemarketing calls made to these consumer, on various dates after July of 2012, promoted the goods or services of the Cruise Defendants. All of these complaints provided the phone number of the consumer who received the call. I have confirmed that the phone numbers of these consumers were all contained in the

---

[8] Sworn complaints submitted by consumers to the Florida Department of Agriculture and Consumer Services are attached at Exhibit F.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

Dialer Database and within telemarketing campaigns that used the pre-recorded message designated s61, the same number assigned to the pre-recorded call made to Mr. Charvat on July 9, 2012. I also note that the consumer complaints submitted to the Florida Department of Agriculture and Consumer Services listed the phone number that appeared on the consumers' Caller Identification ("CID") screen identifying the number of the calling entity. I compared these CID numbers to the numbers contained in the Dialer Database used by RMG to make out-bound pre-recorded telemarketing calls and confirmed that all of the CID numbers identified by these consumers matched numbers, in fact, were used by RMG to make outbound pre-recorded telemarketing calls.[9]

Finally, I reviewed the Freedom of Information Act response provided by the Federal Trade Commission as to telemarketing complaints submitted by consumers who complained of their receipt of pre-recorded telemarketing calls promoting the Cruise Defendants and made from Caller Identification Numbers admittedly used by RMG to promote the goods and services of the Cruise Defendants via pre-recorded message. Many of these complaints were received by the FTC *after* the filing of the class litigation, and continuing through March of 2014. RMG stopped telemarketing via pre-recorded message.[10]

---

[9] Attached at Exhibit G is a list of the phone numbers used by RMG to make telemarketing calls via the Dialer Database.

[10] Attached at Exhibits H-K are excerpted excel spread sheets evidencing pre-recorded telemarketing complaints submitted to the FTC and specifically in regard to telemarketing conducted for Carnival, Royal or NCL. Prior to the filing of this class action in July of 2012, 300 consumers complained to the FTC as to their receipt of pre-recorded messages promoting Carnival Cruise Lines and which identified the originating number of the telemarketing calls as a CID owned by RMG and contained in the Dialer Database. See Exhibit H. Following the filing of this class action in July of 2012, ninety consumers complained to the FTC as to their receipt of pre-recorded messages promoting Carnival Cruise Lines and which identified the originating number of the telemarketing calls as a CID owned by RMG and contained in the Dialer Database. See Exhibit I. The excerpts of the RCL and NCL complaints reflect both pre-filing and post-filing complaints associated with Travel Services CID. In total, 1,125 consumers complained to the FTC as to their receipt of pre-recorded messages promoting Royal Caribbean and which identified the originating number of the telemarketing calls as a CID owned by RMG and contained in the Dialer Database. See Exhibit J. In total, 270 consumers complained to the FTC as to their receipt of pre-recorded messages promoting Norwegian Cruise Lines and which identified the originating number of the telemarketing calls as a CID owned by RMG and

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

The evidence derived from the Dialer Database demonstrates that even after the filing of this class action lawsuit in July of 2012, RMG continued to telemarket to consumers via the Dialer Database using a pre-recorded message that promoted the goods and services of the Cruise Defendants. For purposes of class certification, however, I limited my analysis to the campaigns that included calls to Mr. Charvat, as it is not disputed that all of the calls evidenced by the three telemarketing campaigns that included Mr. Charvat utilized pre-recorded messages that promoted the goods or services of the Cruise Defendants. In my expert opinion, however, beyond a degree of reasonable certainty, the true scope of RMG's pre-recorded telemarketing, conducted on behalf of the Cruise Defendants, far exceeds the telemarketing to consumers contained on the Preliminary Class List. I could easily expand the Preliminary Class List upon request.

### *Calls with an established business relationship*

For pre-recorded telemarketing calls made prior to October 16 of 2013, the TCPA exempts calls made where the "initiator" of the call has an "established business relationship" ("EBR") with the consumer who received the call. *See* 47 C.F.R. § 64.1200(a)(2)(iv) (no person or entity shall ***initiate*** a telephone solicitation to any residential line using a pre-recorded voice unless the call is made to any person with whom ***the caller*** has an established business relationship at the time of the call)(emphasis added).[11] The Federal Communications Commission also recently clarified that:

> "a person or entity 'initiates' a telephone call when it takes the steps necessary to physically place a telephone call, ***and generally does not include persons or***

---

contained in the Dialer Database. See Exhibit K.

[11] The term "established business relationship" is defined as a prior or existing relationship formed by a voluntary two-way communication between a person or entity and a residential subscriber with or without an exchange of consideration, on the basis of the subscriber's purchase or transaction with the entity within the eighteen (18) months immediately preceding the date of the telephone call or on the basis of the subscriber's inquiry or application regarding products or services offered by the entity within the three months immediately preceding the date of the call, which relationship has not been previously terminated by either party. See 47 C.F.R. § 64.1200(f)(3).

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

**entities, such as third-party retailers,** that might merely have some role, however minor, in the causal chain that results in the making of a telephone call.

*See In the Matter of The Joint Petition Filed By Dish Network,* 28 FCC Rccd 6574 * 29-30

(April 17, 2013) (emphasis added).

In this case, it is not disputed that RMG was the "caller" who "initiated" the calls to class members. Accordingly, RMG may assert an EBR exemption. If it is determined that some calls included on the Preliminary Class List may have been made to consumers with a valid EBR with RMG, that was not terminated prior to the calls at issue, it would be a simple process to eliminate those numbers from the Preliminary Class List. If I were provided a list of such hypothetical consumers in a delimited text file (with both a delimiter and qualifier), I would have no difficulty excluding those consumers from the results of my analysis.[12]

### Analysis of "Opt-In" Data

The TCPA also exempts from its scope pre-recorded telemarketing calls made with a consumer's "prior express consent." *See* 47 U.S.C. §227(b)(1)(B) (residential phones); 47 U.S.C. 227(b)(1)(A) (cell phones). "Prior express consent" exists where a consumer has (a) clearly stated that the telemarketer may call, and (b) clearly expressed an understanding that the telemarketer's subsequent call will be made for the purpose of encouraging the purchase of goods or services. *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 27 F.C.C.R. 1830 ¶ 7 (FCC 2012). The FCC's definition is consistent with the everyday meaning of the term "prior express consent" meaning "[c]onsent that is clearly and unmistakably stated. *See Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946, 955 (9th Cir. 2009).

In this case, I was provided with many thousands of data files containing over seventy million phone numbers that were produced in discovery by RMG in response to a request for all evidence as to "prior express consent." RMG called consumers using this data and claims that

---

[12] I note, however, that the EBR exemption to the TCPA applies only to residential phones and not to pre-recorded calls to cell phones.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

these consumers' provided RMG with their "prior express consent" to receive pre-recorded telemarketing calls promoting the goods or services of the Cruise Defendants. Specifically, RMG claims the data relied upon was of consumers who "opted in" to receive the telemarketing calls at issue. RMG claims that all of these consumers called went onto various websites, unaffiliated with either RMG or any of the Cruise Defendants, and claims these consumers expressed an interest in receiving telemarketing calls about "discount travel." RMG claims this data, alone, satisfies the TCPA's "prior express consent" requirement.

I have over 15 years of experience of working with "opt in" data in the telemarketing industry. I am familiar with the manner in which "opt in" data is compiled and how it can be manipulated. In order to assess the authenticity and reliability of "opt in" data, particularly where it is being offered to satisfy the TCPA's strict requirement of "prior express consent," a telemarketer must be able to determine if, in fact, the "opt in" data is legitimate. Most fundamental, the telemarketer must be able to verify that a consumer, in fact, visited a particular web site at a particular time and on a particular date and requested to be contacted by telephone to receive marketing calls *from a specific entity*. The end user of such data would also want to review the exact language contained on such web-site to confirm that the consumer, in fact, has asked to receive telemarketing calls from a particular caller.

The data relied upon by RMG to satisfy the TCPA's "prior express consent" requirement is not, in my opinion, "opt in" data at all. In my opinion, a consumer "opts in" to receive telemarketing calls when they expressly agree to receive calls from a specific entity. That is undeniably not the case here. Ms. Valente testified that the data used by RMG to make pre-recorded telemarketing calls promoting the goods or services of Carnival, Royal and Norwegian cruise lines consisted of consumers who purportedly expressed an interest in receiving calls generically about "discount travel."[13] RMG does not claim that the consumers, whose data was purchased from third party brokers and used to make the pre-recorded telemarketing calls at

---

[13]See Exhibit L, deposition of Elizabeth Valente at pg. 178 ("we purchased opt in leads of consumers who wanted to be called for discount travel.")

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

issue in this case, requested to receive telemarketing calls specifically from RMG or from any of the Cruise Defendants. In fact, Mr. Rader admitted under oath that such was not the case.[14] A legitimate "opt in" request to receive telemarketing calls, in my opinion, must identity the entity who now has permission to call. Generic requests for calls about "discount travel," even assuming the requests are authentic, are not specific enough to support a claim of "prior express consent," to contact a consumer via pre-recorded message, as they do not clearly and unmistakably evidence a consumer's consent to receive telemarketing calls from a specific calling party. In fact, Peter Lachnicht, the principal of Caldwell List, from whom RMG purchased millions of what it labels "opt in" leads, agreed at his deposition that a valid "opt in" lead is a lead in which a consumer explicitly requests to be called by a specific entity.[15] There is no dispute here that none of the consumers, whose data was purchased from brokers such as Caldwell List, specifically consented to receive telemarketing calls promoting the goods or services of the Cruise Defendants.

Not only, however, is the data relied upon by RMG not sufficiently specific, it is not reliable. The data produced in discovery by RMG is not data obtained directly from its original source. To the contrary, it is undisputed that RMG purchased the data they label "opt in" data from middlemen, who in turn purchased the data from other middlemen, and not from the data's original source. In this case, for example, RMG claims that it had "prior express consent" to call Mr. Charvat, and millions of other consumers, via pre-recorded message because it purchased their contact information from a data broker called Caldwell List. Peter Lachnicht, the 30(b)(6) designee of Caldwell List, testified in turn that the data sold to RMG was purchased from yet another broker named Tom Mongiovi.[16] Mr. Mongiovi, in turn, testified that he was also a middle-man and that the data he sold to Caldwell List was purchased from an individual named

---

[14] See Exhibit M, Deposition of Jason Rader at pg. 56-57 (confirming that "opt in" leads used by RMG were consumers who wanted to receive calls about "travel" generally and not specifically telemarketing calls promoting the goods or services of the Cruise Defendants).

[15] See Exhibit N, Deposition of Peter Lachnicht at pg. 27.

[16] See Exhibit N, Deposition of Peter Lachnicht at pg. 36 (Caldwell List does not generate the lead information itself. It buys it from a third party and then re-sells the data).

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

Steven Katz, who Mr. Mongiovi believes may now reside in Costa Rica.[17]  Mr. Mongiovi also testified that to the best of his knowledge, Mr. Katz was simply yet another middle-man himself and there could be 100 intermediaries between Mr. Mongiovi and the original source of the data sold to RMG.[18]  Neither Mr. Lachnicht nor Mr. Mongiovi could attest to the accuracy of the data sold to RMG.[19]  Mr. Mongiovi further admitted that the data could easily have been manipulated by anyone in the chain of possession of the data.[20]

I finally note that the suspicion that the data purchased by RMG was fraudulent or manipulated is not based on mere speculation.  Jason Rader, RMG's Vice President of Marketing recently testified that both he and Ms. Valente, in fact, suspected that the data RMG purchased from Caldwell List was fraudulent and had been manipulated.[21]

In my fifteen years working in the telemarketing industry, it has been my experience that the individuals who broker "opt in" data, such as Mr. Lachnicht and Mr. Mongiovi here, have no personal knowledge whatsoever as to how the data they are selling was, in fact, compiled and whether or not the data has been manipulated.  From the data produced by Ms. Valente and RMG, and from the testimony of Mr. Lachnicht, Mr. Mongiovi and Mr. Rader, it is ***impossible*** to determine how the "opt-in" lists sold to RMG were compiled, who compiled them, when they were compiled, and whether consumers actually visited the "opt in" web sites at issue.  As someone who ran call centers for more than fifteen years, I would have never used the data, relied upon here by the defendants, in support of a claim of "prior express consent," as the data is

---

[17] See Exhibit O, deposition of Tom Mongiovi at pg.88-89.
[18] See Exhibit O, deposition of Tom Mongiovi at pg. 182 ("I did not create or compile the data sold to RMG, I purchased it from Katz").
[19] See Exhibit N, Lachnicht Depo at pg.61-62 (Lachnicht admits he does not know if the data sold to RMG was legitimate); Exhibit O, Mongiovi Depo at pg 183) (when asked if the data sold to RMG was authentic, Mongiovi responded "110% I cannot say.")
[20] See Exhibit O, Mongiovi Depo at pg 177,197- 198 (any of the middlemen in the chain from the original source could have manipulated the data).
[21] See Exhibit M, Deposition of Jason Rader at pg 171 (Valente suspected Caldwell List data had been changed to insert new web sites); at pg. 172 (Valente expressed suspicion to Rader that Caldwell List data was fraudulent); at pg. 178 (Valente "freaked out" because she thinks the Caldwell List data is "bogus"); at pg. 179 (Valente nervous that Caldwell List is "making stuff up").

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

inherently suspect, unreliable and likely fraudulent.  No responsible telemarketer would ever rely upon this data to satisfy the TCPA's strict requirement that a consumer must provide a telemarketer with their "prior express consent" to receive pre-recorded telemarketing calls.  In my opinion, far beyond a reasonable degree of certainty, the "opt in" data relied upon by RMG to call consumers in this case is inherently flawed and unreliable, and cannot be used to satisfy the TCPA's prohibition against telemarketing via pre-recorded without a recipient's "prior express consent."

In my further opinion, the data purchased by RMG from brokers such as Caldwell List does not consist of consumers who asked to be called by anyone.  Instead, this data appears to have been obtained via spyware.  Spyware is software that is installed on a person's computer covertly.  The spyware then gathers information about a consumers' internet searches (including the computer's IP address) and sends it to third parties without the consumer's knowledge or consent.  Spyware is installed without the user's knowledge and its presence is hidden to avoid detection. In this case, RMG purchased data of over 78 million consumers from 6,000 web sites.[22]  The sheer volume of the data purchased would make a responsible marketer highly suspicious that each of these consumers requested to receive telemarketing calls from anyone.  Rather, it is more likely that this consumer data was obtain without an individual consumers knowledge or consent via spyware.

In fact, the evidence in this case indicates that once Ms. Valente was provided with the list of 6,000 "opt-in" web-sites used by Caldwell List, she instructed RMG's President, Richard

---

[22] I also note that the web domains, alone, used by Caldwell List would place any reasonable marketer on notice that the data being purchased was unlikely to have anything whatsoever to do with consumers interested in receiving telemarketing calls regarding a cruise.  Caldwell List was purchasing data purportedly originally obtained from web sites with no relation whatsoever to the Cruise Defendants, or to "discount travel" for that matter.  A small sampling of these web sites include: www.abc.com; www.ebay.com; www.netflix.com; www.disneylandreport.com; www.usmilitary.com; www.1000dictionaries.com; www.123-baby-names.com; www.heartdisease.com; www.321weather.com; www.3fatchicks.com; www.accidentalhedonist.com; www.fishingmonster.com; www.freemathhelp.com; www.icravebollywood.com; www.lordoftherings-essentials.com.  The list of web sites used by Caldwell List is attached at Exhibit P.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

Borst, to forward that list to a business associate named Jeff Henderson with a company called Fox Valley Technologies. Mr. Henderson was instructed to research and report back on the web sites used by Caldwell List. Mr. Henderson reported back to Mr. Borst on July 8, 2010, and warned Ms. Valente of his suspicion that the web sites used by Caldwell List likely obtained data using "tracking cookies and Adware which can capture and collect a user's web surfing blueprint" as well as "data mining techniques."[23] In other words, Ms. Valente was warned that the data she was purchasing was not, data of consumers who asked to be called, but whose data was surreptitiously gathered without their knowledge or consent.

Finally, it is my understanding that plaintiff's counsel recently issued discovery asking RMG to match their claimed consent evidence to the numbers listed on the Preliminary Class List. If RMG were to come forth with evidence of prior express consent that the Court somehow found sufficient to satisfy the TCPA, it would be a simple SQL statement to remove any of these hypothetical consumers from the Class List.

### Conclusion

In my expert opinion, and beyond a reasonable degree of certainty, I will testify at trial that:

1.      The Preliminary Class List consists of 389,239 consumers who received a total of 668,942 pre-recorded telemarketing calls from RMG.

2.      The consumers can all be identified by their phone number.

3.      Each of these consumers actually received a pre-recorded telemarketing call from RMG.

4.      Each of these consumers received identical pre-recorded messages to those received by Mr. Charvat.

---

[23] The 7/8/2010 analysis of Mr. Henderson as to the web sites purportedly used by Caldwell List to generate data is attached at Exhibit Q.

*PHILIP CHARVAT v. ELIZABETH VALENTE*
WRITTEN REPORT OF JEFFREY A. HANSEN

5.      The pre-recorded messages received by all class members advertised the goods or services of the co-defendants, and used the trade names of Carnival Cruise Line, Royal Caribbean Cruise Line, and Norwegian Cruise Line.

6.      Any claimed Established Business Relationship TCPA exemption for any of these calls is speculative as no evidence, to date, has been produced matching the calls made to the consumers on the Preliminary Class List to any EBR evidence.  When and if EBR evidence is produced, that matches any of the numbers on the Preliminary Class List, consumers subject to such a defense can be removed from the Preliminary Class List.

7.      The data upon which RMG relies for its "prior express consent" defense is flawed and unreliable.  No responsible telemarketer would have relied on this data given Ms. Valente's documented suspicion that the data was manipulated or fraudulently obtained.  Finally, it is my opinion that the data relied upon by RMG to make pre-recorded telemarketing calls to class members was obtained via some type of spyware.

8.      Finally, when and if valid prior express consent evidence is ever produced, that matches any phone numbers listed on the Preliminary Class List, consumers subject to such a defense can be easily removed from the Preliminary Class List.

I declare that the foregoing is true and correct, subject to the laws of perjury of the United States. Executed in Spring Valley, CA on this 10th[h] day of February, 2016.

I reserve the right to amend, modify or supplement the statements and opinions set forth herein as appropriate.

_____

Jeffrey A. Hansen

# Exhibit A

**Jeffrey A. Hansen**
**Spring Valley, CA 91977**
**(619) 270-2363**
**Email: Jeff@TCPAwitness.com**


**SUMMARY OF QUALIFICATIONS:**
IT certified professional with over 25 years of extensive troubleshooting experience

**PROFESSIONAL EXPERIENCE:**

**Testified in the following:**

I have been called to testify in the following civil matters: *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court); *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Cal.); *Hahn v. Massage Envy Franchising*, Case No: 3:12-cv-00153-DMS-BGS (S.D. Cal.), *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Cal.), *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Cal.), *Balschmiter v TD Auto Finance, LLC*, Case No: 2:13-cv-01186 (E.D. Wisc.), *Jordan Marks v Crunch San Diego, LLC*, Case No. 14-CV-0348-BAS (BLM) (S.D.Cal.), *Peter Olney v Job.com*, Case No: 1:12-cv-01724-LJO-SKO (E.D. Cal.), *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.), *Farid Mashiri v Ocwen Loan Servicing, LLC*, Case No: 3:12-cv-02838 (S.D. Cal.), *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.), *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC*, Case No. 2:14-cv-00268-JCC (W.D. Wash.), *Michael Reid and Dave Vacarro v. I.C. Sytems, Inc.*, Case No. 2:12-cv-02661-ROS (D. Ariz.), *Jeffrey Molar v NCO Financial Systems* Case No. 3:13-cv-00131-BAS-JLB (S.D. Cal.), *Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-WTL-DKL (D. Ind.), *Sueann Swaney v Regions Bank*, Case No. CV-13-RRA-0544-S (N.D. Ala.); *Hooker v SiriusXM*, Case No. 4:13-cv-00003 (AWA) (E.D. Va.), *Diana Mey v Frontier Communications*, Case No. 13-cv-01191-RNC (D. Conn.), *Rachel Johnson v Yahoo! Zenaida Calderin v Yahoo! Case* No. 14-cv-2028 14-cv-2753 (N.D. IL).


**2013-Present    Founder**
**Hansen Legal Technologies, Inc., San Diego, CA**
- Established and incorporated Hansen Legal Technologies, Inc. in 2013
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, civil, and other consumer cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions.
- Prepaired declarations for Class Certifications, and for Motions for Summary Judgement.


**2007-2013    Co-Founder**
**Hansen and Levey Forensics, Ft Lauderdale, FL**
- Established and incorporated Hansen & Levey Forensics, Inc in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.

- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions
- Performed on site acquisitions.
- Participated in mediation sessions.
- Provided Expert Testimony in Craig Casey vs. Valley Center Insurance Agency Inc.

**2000-Present      Owner**
   **Pns724 San Diego, CA**
- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 672 line outbound call center with numerous auto dialers and predictive dialers.  Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.
- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.

**2006      San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory
- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present      Systems Analyst**
   **Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks.
- Troubleshot fiber connectivity issues on shore and ship facilities.

**2000-2004      Director of Training/ IT Director**
   **Laptop Training Solutions, San Diego, CA**

- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.
- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and   Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with  Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.
- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

**1998-2000        Electronic Test Technician 3**
        **Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.
- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997        Network, Computer and Computer Monitor Technician /Instructor**
        **United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996        Electronics Technician / Computer Technician**
        **United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following  Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS,  and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992        Radio, Television, VCR Technician**
        **LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

Certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel

**GUEST APPEARANCES:**

- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR

- San Diego Profiler 760 KFMB San Diego, CA

**PUBLIC POSITIONS:**

**June 2012-Present         Board Member, Spring Valley Community Planning Group**

Elected board member of the Spring Valley Community Planning Group from April 2012 to Present. The purpose of the group is to advise the San Diego County Department of Planning and Land Use, the Planning Commission and the Board of Supervisors on matters of planning and land use affecting Spring Valley south of Highway 94. Members are volunteers and locally elected representing the interests of the people of Spring Valley. Items heard by the group include but are not limited to: Site Plans, Signs, Roads & Infrastructure, Parks & Recreation, Lot Splits, 2nd Dwelling Units, Day Care, Alcohol License, Tree Removal, Re-Zones.

**EDUCATION:**
2006      Access Data Forensic Toolkit
          San Diego Regional Computer Forensics Laboratory, San Diego, CA
2006      Guidance Software Encase Forensic Suite
          San Diego Regional Computer Forensics Laboratory, San Diego, CA
2005      E-discovery – Why Digital is different – by Craig Ball
          San Diego County Bar Association, San Diego, CA
2003      Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers
          CBI Systems Integrators, San Diego, CA
1996      Navy Standard Microcomputer Repair
          PRC Inc., San Diego, CA
1996      Fundamentals of Total Quality Management/ Team Skills and Concepts
          Shore Intermediate Maintenance Activity, San Diego, CA
1993      AN/SPS-55 Surface Search Radar
          Service School Command, San Diego, CA
1993      Advanced Electronics School, Communication Systems and Radar Systems
          Naval Training Center, Great Lakes, IL
1992      Electronic Theory
          Naval Training Center, Orlando, FL
1990-1991      Radio, Television, VCR Repair
          Warren Occupational Technical Center, Golden, CO
1989-1990      Electronic Theory
          Warren Occupational Technical Center, Golden, CO
1991      Columbine Sr. High School, Littleton, CO

**SECURITY CLEARANCE:**  Secret

References available on request

# Exhibit B

Page 1

1          IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION
3    PHILIP CHARVAT, et al.,          )
                                      )
4          Plaintiff,                 )
                                      )
5      vs.                            ) No. 12 CV 5746
                                      )
6    ELIZABETH VALENTE, et al.,       )
                                      )
7          Defendants.                )
8          The deposition of JAMIE SMITH, called by
9    the Plaintiff for examination pursuant to notice
10   and pursuant to the Rules of Civil Procedure for
11   the United States District Courts pertaining to the
12   taking of depositions, taken before Steven
13   Stefanik, a notary public within and for the County
14   of DuPage and State of Illinois, at Suite 3300, 330
15   North Wabash Street, Chicago, Illinois on the 6th
16   day of February 2015.
17
18
19                    (10:12 a.m.)
20
21
22
23
24

Page 2

```
 1   APPEARANCES:
 2     BURKE LAW OFFICES, LLC, by
         MR. ALEXANDER BURKE
 3       155 North Michigan Avenue, Suite 9020
         Chicago, Illinois 60601
 4       (312) 729-5288
         aburke@burkelawllc.com
 5         for the Plaintiff;
 6     SWANSON, MARTIN & BELL, LLP, by
         MR. JEFFREY S. BECKER
 7       One IBM Plaza, Suite 3300
         Chicago, Illinois 60611
 8       (312) 321-9100
         jbecker@smbtrials.com
 9         for the Defendant
           Carnival Cruise Lines;
10
       STARR, BEJGIERT, ZINK & ROWELLS, by
11       MR. MICHAEL ZINK
         35 East Wacker Drive, Suite 1870
12       Chicago, Illinois 60601
         (312) 346-9420
13       sbzrlaw@gmail.com
           for the Defendant;
14
       FOREMAN, FRIEDMAN, by
15       MS. CATHERINE J. MacIVOR
         2 South Biscayne Boulevard, Suite 2300
16       Miami, Florida 33131
         (305) 358-6555
17       cmacivor@fflegal.com
         rkeith@fflegal.com
18         for the Defendants Norwegian Cruise
           Lines and Royal Caribbean Cruise
19         Lines;
20
21   ALSO PRESENT:
22     Ms. Elizabeth Valente
       Mr. Jeffrey Hansen (via teleconference)
23
24
```

Page 3

```
 1          I N D E X
       WITNESS:               PAGE
 2
       JAMIE SMITH
 3
       Examination by:
 4
         Mr. Burke         4
 5       Mr. Becker       155
         Ms. MacIvor      158
 6
 7
 8
 9
          E X H I B I T S
10   NUMBER          FOR IDENTIFICATION
11   Smith Exhibit A        27
12   Smith Exhibit B        66
13   Smith Exhibit C       122
14
15
       CERTIFIED QUESTIONS
16        Page/Line
17        63, 18
          65, 2
18        65, 19
          68, 6
19        70, 22
20
21
22
23
24
```

Page 4

```
 1             (Witness sworn.)
 2          JAMIE SMITH,
 3   called as a witness herein, having been first duly
 4   sworn, was examined and testified as follows:
 5          EXAMINATION
 6          BY
 7          MR. BURKE:
 8   Q.  Good morning.
 9   A.  Good morning.
10   Q.  Could you state your name, please.
11   A.  Jamie Smith.
12   Q.  Mr. Smith, have you ever given a deposition
13   before?
14   A.  I have not.
15   Q.  Okay.  Here's how it goes:
16          I'm going to ask you some questions,
17   okay?
18   A.  Hm-hmm.
19   Q.  And you have to answer with words.
20   A.  Yes.
21   Q.  Not "hm-hmm."
22   A.  I understand.
23   Q.  Okay.  Because the court reporter --
24   A.  Yes.
```

Page 5

```
 1   Q.  -- is going to write everything down.
 2          If I ask a question and you don't
 3   understand it, just let me know, okay?
 4   A.  Yes.
 5   Q.  If you need a break, just let me know and
 6   we'll take one.  No big deal, okay?
 7   A.  Okay.
 8   Q.  When I ask you a question, I would request
 9   that you provide a complete answer, okay?
10   A.  Yes.
11   Q.  And if I ever go on to the next question
12   and your answer isn't complete, please let me know,
13   okay?
14   A.  Yes.
15   Q.  All right.  Where do you work, Mr. Smith?
16   A.  Resort Marketing Group.
17   Q.  What is Resort Marketing Group?
18   A.  Resort Marketing Group is a vacation club
19   and a full-service travel agency.
20   Q.  What does Resort Marketing Group have to do
21   with cruises, if anything?
22   MR. BECKER:  Objection to form.
23   MS. MacIVOR:  Join.
24   MR. ZINK:  Join.
```

2 (Pages 2 - 5)

Page 6

1 BY MR. BURKE:
2   Q.  Here's another aspect of what we're doing
3 today.  There are going to be lots of objections.
4 Unless your lawyer says don't answer, you're
5 supposed to just answer it to the best of your
6 ability.
7   A.  Okay.
8   Q.  Okay?
9   A.  Could you repeat, please?
10  Q.  Yeah.  Do you know what a cruise is?
11  A.  Yes, sir.
12  Q.  Okay.  What's your understanding of what a
13 cruise is?
14  A.  A cruise is a trip that you take on a boat.
15  Q.  Great.
16  A.  Okay.
17  Q.  Does Resort Marketing Group have anything
18 to do with cruises?
19  MR. ZINK:  Object to the form.
20  MR. BECKER:  Join.
21  MS. MacIVOR:  Join.
22  THE WITNESS:  Cruises are an incentive that
23 Resort Marketing Group utilizes to entice members.
24 BY MR. BURKE:

Page 7

1   Q.  What do you mean?
2   A.  Resort Marketing Group has a number of
3 different incentives over the years that we've
4 utilized.  Cruises are one of those incentives.
5       What the point of the incentive is, is
6 to offer a person or a traveler something that
7 allows them to get a feel for your company, allows
8 them to utilize the travel services, and,
9 hopefully, they like it and they become a member
10 for life.
11  MS. MacIVOR:  Hold on, Alex.  I can't hear him.
12  THE WITNESS:  I'm sorry.
13  MS. MacIVOR:  Would it bother you if I moved to
14 like the second seat or third seat here?
15  MR. BURKE:  That's fine.
16  MR. BECKER:  And to the extent you can just talk
17 a little louder, it'll be easier for him to record
18 your statements --
19  THE WITNESS:  Yes, sir.
20  MR. BECKER:  -- and us to hear you.
21  THE WITNESS:  I'm sorry.
22 BY MR. BURKE:
23  Q.  You're doing great.
24 BY MR. BURKE:

Page 8

1   Q.  How long have you worked for
2 Resort Marketing Group?
3   A.  12 years.
4   Q.  Have you ever worked for any affiliate of
5 Resort Marketing Group?
6   MR. BECKER:  Objection to form.
7   MS. MacIVOR:  Join.
8   MR. ZINK:  Join.
9   THE WITNESS:  Could you be more specific?  I
10 don't...
11 BY MR. BURKE:
12  Q.  Are there other companies that
13 Resort Marketing Group works closely with?
14  MR. BECKER:  Objection to form.
15  MR. ZINK:  Join.
16  THE WITNESS:  I do not know.
17 BY MR. BURKE:
18  Q.  Have you ever heard of a company called
19 TSN?
20  A.  Yes, sir.
21  Q.  Okay.  What is TSN?
22  A.  TSN is Travel Service Network.
23  Q.  Okay.
24  A.  TSN, I believe, is the name of the company

Page 9

1 before I was employed.
2   Q.  I see.
3       Are you aware of Beth Valente being
4 associated with any companies other than
5 Resort Marketing Group?
6   MR. ZINK:  Object to the form.
7   THE WITNESS:  Yes.
8 BY MR. BURKE:
9   Q.  Okay.  What are those companies?
10  A.  I do not know them off the top of my head.
11      I know that there are other companies,
12 d/b/as, doing business as Resort Marketing Group,
13 Travel Service Network, TSN International, and to
14 the best of my recollection, that's what I know.
15  Q.  Have you ever worked for any company other
16 than Resort Marketing Group?
17  A.  Yes.
18  Q.  Tell me what those companies are.
19  A.  Daytona Beach Community College, Chopsticks
20 Restaurant, Norell Temporary Services, United
21 Parcel Service, Upmarket, Incorporated; Networks,
22 Incorporated.  And I believe that's a complete
23 list.
24  Q.  Have you ever heard of a company called

3 (Pages 6 - 9)

Page 10

1 Fox Valley Technology?
2 A. Yes, sir.
3 Q. What is that?
4 A. I am not certain if it is a company. I
5 know that it was an attempt to start a company to
6 deliver websites.
7 Q. What kind of web sites?
8 A. I do not know.
9 Q. When you began with Resort Marketing Group
10 12 years ago, what were your duties?
11 A. To create the back-end functionality of a
12 website to be utilized by travel club members to
13 enhance and allow them to book travel on their own.
14 Q. What was that website called?
15 A. The name of the website was traveltsn.com.
16 Q. Was that website ever made active?
17 A. Yes, sir.
18 Q. Is it still active?
19 A. I do not think so.
20 Q. Could you please describe how your duties
21 evolved from when you began working on the back end
22 of traveltsn.com to today?
23 A. Yes.
24 MS. MacIVOR: Form.

Page 11

1 THE WITNESS: I started out as a programmer for
2 the website. That was my primary responsibility
3 for a number of years.
4 I received an opportunity to move to
5 Chicago a number of years later. And when I did
6 that, my duties took a more active role into
7 supporting the computer users, fixing computer
8 hardware, monitoring and maintaining servers,
9 backups; redundancies for servers, for computers.
10 And, generally, anything that had to do with
11 technology, I was part of a team that supported
12 that.
13 BY MR. BURKE:
14 Q. Who were the other members of the team?
15 A. Richard Borst was my direct superior.
16 There were several other technicians that because I
17 lived in Florida I didn't know very well. I do not
18 recall their full names.
19 I remember a gentleman named Brent. I
20 worked beside him. A gentleman named Corey. His
21 last name I do remember. It was Corey Vogt.
22 MR. BECKER: How do you spell the last name?
23 THE WITNESS: V-o-g-t.
24 That's all.

Page 12

1 BY MR. BURKE:
2 Q. At some time in the past 12 years, did you
3 begin working with a system called Asteria?
4 A. Yes.
5 Q. When did you begin working with Asteria?
6 A. The end of 2010.
7 Q. And do you know what Asteria is?
8 A. Yes, sir.
9 Q. What is it?
10 A. Asteria is a company who created and
11 provides telecommunications software for
12 businesses.
13 Q. And how did -- well, did Resort Marketing
14 Group use Asteria?
15 A. Yes.
16 Q. Did other companies that you know of use
17 Asteria?
18 A. I know that Asteria --
19 MS. MacIVOR: Form.
20 THE WITNESS: I know that Asteria had many
21 clients.
22 BY MR. BURKE:
23 Q. Are you aware of any other clients that are
24 associated with Miss Valente that used Asteria?

Page 13

1 A. No.
2 MR. ZINK: Object to the form.
3 BY MR. BURKE:
4 Q. How did you come to use Asteria?
5 A. In 2010 --
6 MR. BECKER: Objection, lack of foundation.
7 MS. MacIVOR: Form.
8 MR. ZINK: Join the form.
9 THE WITNESS: I was not part of finding the
10 company, product demonstrations. I do not know.
11 BY MR. BURKE:
12 Q. Well, tell me what your involvement with
13 Asteria was in 2010.
14 MS. MacIVOR: Form.
15 THE WITNESS: After the product was purchased, I
16 worked with Richard Borst to install the product,
17 learn how to utilize the product and how to
18 maintain the hardware and the software of that
19 product.
20 BY MR. BURKE:
21 Q. You testified a moment ago that you learned
22 how to use the product. What did you mean?
23 A. The Asteria product has many steps you have
24 to follow in order to make a phone call.

4 (Pages 10 - 13)

1 They are very -- they weren't -- in
2 order to use the product, there's many steps that
3 you have to go through to set it up. Some of those
4 things have to do with extensions, routings,
5 recordings to be played, setup of campaigns, and
6 generally how to train another person on how to
7 function with the product.
8 Q. What did Resort Marketing Group use Asteria
9 to do?
10 A. The Asteria product was used to reach out
11 and talk to all of their members, call to let them
12 know that -- thank them for the renewals, give them
13 lists of promotions, procure new members. Anything
14 that they could leverage the system to do to
15 procure new members, they used it for that.
16 Q. Would it be accurate to say that the
17 Asteria dialer is an auto -- or I'll start over.
18 Would it be accurate to say that the
19 Asteria system is an auto dialer?
20 MR. ZINK: Object to the form.
21 THE WITNESS: The Asteria system is more than an
22 auto dialer. It contains auto dialer
23 functionality, but is also a predictive dialer.
24 BY MR. BURKE:

1 Q. What do you mean by "predictive dialer"?
2 A. My knowledge of what a predictive dialer
3 is, the way that it was explained to me by
4 Asteria -- is that it means you have a list of
5 phone numbers that you call and the system itself
6 tries to figure out how fast or slow to make those
7 calls to keep a certain number of representatives
8 on the phone. And it tries to predict that number
9 of calls to make to keep the representatives busy,
10 but not to make too many calls that you're wasting
11 your telecommunications services.
12 Q. Did Resort Marketing Group use the Asteria
13 dialer to make calls and then to play a message
14 that had been recorded ahead of time at the
15 beginning of such calls?
16 A. That is one aspect of what they used it
17 for, yes, sir.
18 Q. Okay. During some of those calls that
19 began with prerecorded messages, did the -- was
20 there an IVR component of the calls?
21 A. Yes, sir.
22 Q. Can you explain to me what IVR is?
23 A. Yes. IVR is -- I believe the exact thing
24 is integrated voice response, and what it is, is a

1 set of rules or functions that you set up to
2 allow -- if you called into a bank, it'll say, If
3 you want to talk to customer service, press one; if
4 you want to talk to finance, press two.
5 That process is the interactive or
6 integrated voice response, the IVR. So that system
7 is -- the IVR as in terms of Asteria is the system
8 of rules that you set up.
9 Q. States, is that what they call it --
10 MR. ZINK: Objection to form.
11 MR. BECKER: Objection.
12 MS. MacIVOR: Join.
13 BY MR. BURKE:
14 Q. The rules in Asteria, aren't they called
15 "states"?
16 A. I've never heard it termed that way, sir.
17 Q. Okay. And so did Resort Marketing Group
18 sometimes make outbound calls that were prerecorded
19 that contained an IVR component?
20 A. Yes, sir.
21 Q. Can you explain to me how they used that
22 IVR on outbound prerecorded calls?
23 MR. ZINK: Objection to form.
24 THE WITNESS: Yes.

1 Could I give an example?
2 BY MR. BURKE:
3 Q. Just answer whatever -- however you can
4 answer the most clearly is how I want to hear.
5 A. On the prerecorded calls that you're
6 referring to, when they made outbound dials from
7 the Asteria system, the IVR component was utilized
8 to -- for example, we make a call out to our
9 existing members monthly -- used to monthly for
10 when they paid the renewal fees.
11 And they would get a phone call that
12 would play a recording if a person picked up that
13 said, Thank you for renewing. We received your
14 renewal payment. We've got lots of different
15 promotional offers that we can offer you. If you
16 want to -- if you'd like to hear a list of those,
17 press one.
18 Another way that it was done was just
19 for promotions. If we had a Hawaii trip that was
20 put together, a package with, you know, airfare,
21 hotel, everything, and you could play that to your
22 members, you'd send that out to your members and
23 say, Hey, we've got this new promotion that we
24 just -- you know, you haven't gone on a trip in

5 (Pages 14 - 17)

Page 18

1  very long.  Would you like to -- if you'd like to
2  hear more about this promotion, press one.  And we
3  would then put them on the phone with a live
4  representative.
5     Q.  Did Resort Marketing Group sometimes use
6  IVR prerecorded outbound calls to call prospective
7  customers?
8     A.  Yes, sir.
9     Q.  Did those calls sometimes include an IVR
10 component that said something like, Press one to
11 speak with an operator?
12    A.  Yes, sir.
13    Q.  Did those prerecorded IVR calls to
14 prospective customers sometimes include a component
15 that said, for example, Press two to be put on our
16 do-not-call list?
17    A.  Yes, sir.
18    Q.  About when did Resort Marketing Group begin
19 making outbound calls to prospective customers
20 using IVR?
21    MS. MacIVOR:  Form.
22    MR. BECKER:  Join.
23    THE WITNESS:  I do not know.
24 BY MR. BURKE:

Page 19

1     Q.  Could you tell me anything about it?  Do
2  you remember if it was 2010, 2011, 2012?
3     MR. ZINK:  Objection, asked and answered.
4     THE WITNESS:  I do not know.
5  BY MR. BURKE:
6     Q.  Is there anywhere that you could look to
7  find that information?
8     A.  I believe that there would be a billing
9  component that could be looked through, but that's
10 not something that I would know about.
11    Q.  Billing for what?
12    A.  If automated outbound calls are being made,
13 money is being spent to make those calls.  That is
14 what I meant by "billing component."
15    Q.  Who did you mean would be paying -- paid to
16 make those calls?
17    MR. BECKER:  Objection, lack of foundation.
18    MS. MacIVOR:  Form.
19    MR. BECKER:  Speculation.
20    THE WITNESS:  I do not know.
21 BY MR. BURKE:
22    Q.  You mean like a phone company or hosted
23 dialer company or what?
24    MR. ZINK:  Objection.

Page 20

1     THE WITNESS:  All of those things.
2     MS. MacIVOR:  Form.
3  BY MR. BURKE:
4     Q.  Did Resort Marketing Group or any other
5  Valente-related company ever use different software
6  or vendors to make outbound calls --
7     MR. ZINK:  Object to the form.
8  BY MR. BURKE:
9     Q.  -- to your knowledge?
10    A.  Could you be specific about what outbound
11 calls you're talking about?
12    Q.  Prerecorded outbound calls to prospective
13 customers.
14    A.  Yes.
15    Q.  What were the names of those companies or
16 softwares?
17    A.  I do not know the names of all of them.
18       The ones I recall -- and I'm not even
19 sure if these are the names -- BullsEye.  One was
20 called or referred to as Tele-Serve, and those are
21 the only ones that I recall.  I know that there
22 were more.
23    Q.  Who would know what those others were?
24    A.  Beth Valente.

Page 21

1     Q.  Is Beth your boss?
2     A.  Yes, sir.
3     Q.  Are you a direct report to Beth or is there
4  someone sort of in between you guys?
5     A.  I'm a direct report to Beth.
6     Q.  What's your current title?
7     A.  I don't have one.  "IT guy."
8     Q.  Fair enough.
9     A.  Yes, sir.
10    Q.  How long have you been the IT guy?  Is this
11 for 12 years or did it sort of morph?
12    A.  I have been an IT guy for about 12 years.
13       In the beginning, I was "web guy."  And
14 when I came up to Chicago, I directly reported to
15 Richard Borst and I became one of his IT people.
16 After that, as people left the company, I became
17 the only IT guy.
18    Q.  Around when did you become the only IT guy?
19    A.  2011, 2010.
20    Q.  And around when did you move to Chicago?
21    A.  2008.
22    Q.  And then at some point, did you move away
23 from Chicago?
24    A.  Yes, sir.

6 (Pages 18 - 21)

Page 22

1   Q.  When was that?
2   A.  2009.
3   Q.  Did you go to Florida in 2009?
4   A.  Yes, sir.
5   Q.  Where is the IT hardware that marketing --
6   Resort Marketing Group uses?
7   A.  Geneva.
8   Q.  Geneva, Illinois?
9   A.  Yes, sir.
10  Q.  Not Geneva, Switzerland?  No.
11  A.  No, sir.  Geneva, Illinois.
12  Q.  All right.  And -- so how were you able to
13  be the IT guy if you were in Florida for equipment
14  that was in Chicago?
15  MR. ZINK:  Object to the form.
16  THE WITNESS:  Remote monitoring, remote
17  connectivity, remote software.
18  BY MR. BURKE:
19  Q.  Over the past five or six years, did you
20  also have occasion to come to Chicago?
21  A.  Yes, sir.
22  Q.  How often did you come to Chicago in the
23  past five or six years for work purposes?
24  A.  It varied based on need.  It was probably

Page 23

1   four or five times a year.
2   Q.  What facilities has Resort Marketing Group
3   had in Chicago over the past five years?
4   A.  A Batavia location and a Geneva location.
5   I believe that is all.
6   Q.  And is it correct that at some point,
7   Resort Marketing Group moved from one of those
8   places to the other?
9   A.  Yes, sir.
10  Q.  Okay.  Does Resort Marketing Group have
11  employees -- or have they had employees over the
12  past five years in any place other than Batavia,
13  Geneva and where you are in Florida?
14  MR. BECKER:  Objection, lack of foundation.
15  THE WITNESS:  I do not know.
16  MS. MacIVOR:  Join.
17  BY MR. BURKE:
18  Q.  Have you ever heard about another office
19  location out west?
20  A.  I have not.
21  Q.  In Las Vegas or anything like that?
22  A.  No, sir.
23  Q.  Do you know who has been primarily in
24  charge of working the Asteria dialer since 2010?

Page 24

1   MR. ZINK:  Object to the form.
2   MR. BECKER:  Join.
3   MS. MacIVOR:  Join.
4   THE WITNESS:  Sales managers.
5   BY MR. BURKE:
6   Q.  What has your involvement been with regard
7   to the Asteria dialer since 2010?
8   A.  Making sure the hardware and the software
9   functions; interfacing with the vendor, if there is
10  a problem; communicating that to Beth Valente, if
11  there's something that needs to be fixed;
12  occasionally loading the leads into the campaigns;
13  occasionally setting up of campaigns.  That is it.
14  Q.  In your last answer, you mentioned
15  campaigns.  Can you tell me what you meant?
16  A.  Yes.  A campaign is a container of sorts.
17  It's a set of rules; contains the IVR; calls a
18  certain number of phone numbers that are loaded
19  into it over a certain period, a set period of
20  time; a schedule I guess you would say.  And that
21  is what a campaign is.
22  Q.  So what is the interface that you use when
23  you load a campaign into Asteria?  Is it web-based?
24  A.  It is -- yes.

Page 25

1   Q.  With different tabs on top; is that right?
2   A.  Yes.  Different menu items on top, yes.
3   Q.  And so would it be accurate to say that you
4   click on the different menu items to define the
5   parameters of your campaign?
6   MS. MacIVOR:  Form.
7   MR. BECKER:  Join.
8   MR. ZINK:  Join.
9   THE WITNESS:  No.
10  BY MR. BURKE:
11  Q.  Okay.  How do you, using Asteria, define
12  the parameters of a dialing campaign?
13  A.  You use the web interface.  You select the
14  IVR you're going to utilize.  You select the leads
15  you're going to utilize.  You give it a time frame
16  to run and you start and stop it.
17  Q.  And does -- to your knowledge, does Asteria
18  keep track of which calls are made?
19  A.  Yes.
20  Q.  It does keep track?
21  A.  Yes.
22  MR. BECKER:  Objection to form.
23  MS. MacIVOR:  Join.
24  MR. BECKER:  Sorry.

7 (Pages 22 - 25)

1 BY MR. BURKE:
2 Q. How does -- if you know, how does Asteria
3 keep track of the calls that it makes?
4 MR. BECKER: Object to form and foundation.
5 MS. MacIVOR: Join.
6 THE WITNESS: I do not know.
7 BY MR. BURKE:
8 Q. Perhaps in tables?
9 A. In a database, yes. In tables within that
10 database, yes.
11 Q. Okay.
12 MS. MacIVOR: Jamie, can you -- I'd like --
13 MR. BURKE: Are you his lawyer?
14 MS. MacIVOR: I'm entitled to say this. I need
15 to have time to object.
16 THE WITNESS: Yes, ma'am.
17 MS. MacIVOR: Thank you.
18 BY MR. BURKE:
19 Q. Can Asteria do reports?
20 MR. BECKER: Objection to form.
21 MS. MacIVOR: Join.
22 BY MR. BURKE:
23 Q. Can Asteria do reports based upon calls
24 that it made?

1 MR. BECKER: Objection to form.
2 MS. MacIVOR: Join.
3 MR. ZINK: Join.
4 THE WITNESS: I do not know.
5 MR. BURKE: This'll be Exhibit A.
6 MR. BECKER: Just to clarify the record, when
7 you're talking about Asteria, are you talking about
8 the dialing system, the software machinery, or are
9 you talking about the company that provided it?
10 You keep saying "Asteria."
11 MR. BURKE: I'm talking about the Asteria
12 dialer.
13 MR. BECKER: Okay. The dialer. Okay.
14       Do you have copies for counsel?
15       (Whereupon, Smith Deposition
16       Exhibit A was
17       marked for identification
18       as of this date.)
19 BY MR. BURKE:
20 Q. The court reporter has handed to you what's
21 been marked as Exhibit A. Do you see that?
22 A. Yes, sir.
23 Q. Have you ever seen a document like this
24 before?

1 A. Yes.
2 Q. Have you ever seen this document before?
3 A. I do not know if I've seen this one, but
4 I've seen one like this.
5 Q. Okay. Do you have an understanding of what
6 kind of document this is?
7 A. Yes.
8 Q. What is it?
9 A. This is a report which appears to be
10 showing a number of different places where a very
11 specific phone number shows up.
12 Q. Is this a report that would have been
13 created through use of the Asteria dialer software?
14 A. No, sir.
15 Q. Do you have an understanding of where this
16 report may have been generated?
17 A. Yes, sir.
18 Q. Where?
19 A. This report very specifically is a web page
20 that I helped develop with the help of Asteria, the
21 company, to be able to query their system to know
22 if we made a particular phone call or not.
23 Q. Have you ever heard of the Asteria
24 configurator?

1 A. I believe I have, yes.
2 Q. What's your understanding of what the
3 configurator is?
4 A. My understanding is that that's the setup
5 screens to configure the Asteria product.
6 Q. And you testified earlier that there are
7 menu items on top of the screen, the web-based
8 screen for Asteria; is that right?
9 A. Yes.
10 Q. And is it your understanding that that
11 interface is the configurator?
12 MS. MacIVOR: Form.
13 THE WITNESS: Yes.
14 BY MR. BURKE:
15 Q. Is one of the tabs on the configurator
16 labeled Reports?
17 MS. MacIVOR: Form.
18 THE WITNESS: I don't think so.
19 BY MR. BURKE:
20 Q. Have you ever looked to see whether one of
21 the tabs says Reports?
22 A. I've seen it many times. I don't recall
23 seeing that tab ever.
24 Q. Okay. Back to Exhibit A. About when did

8 (Pages 26 - 29)

1 you work with Asteria support to develop this page?
2  A.  I do not recall.  Many years ago.
3  Q.  Is this a single report or is it like a
4 couple reports that have been taped together?
5  MS. MacIVOR:  Form.
6  THE WITNESS:  I do not know.
7 BY MR. BURKE:
8  Q.  Do you know what this blacked-out portion
9 is?
10  A.  I do not.
11  Q.  Okay.  Directing your attention to the top,
12 it says, All calls that went to or from the call
13 center since 5/7/2012.  Do you see that?
14  A.  Yes, sir.
15  Q.  Do you have an understanding of what that
16 refers to?
17  A.  Yes, sir.
18  Q.  What is it?
19  A.  That is stating that -- it appears to be
20 stating that it would show any call that went to or
21 from the call center since that date.
22  Q.  So below that, there's sort of a gray line.
23 Do you see that?
24  A.  Yes, sir.  I see a few.

1  Q.  And then to the right on that row, it says,
2 Not in our system.  Do you see --
3  A.  Yes, sir.
4  Q.  What does that mean?
5  A.  That means that that phone number at the
6 time of this query, this report, was not in the
7 leads master.
8  Q.  What is the leads master?
9  A.  Leads master is a generic term for our
10 scrubbing database system.
11  Q.  What is the scrubbing database system?
12  A.  The scrubbing database system is an
13 application that we had outsourced to have a
14 company help us in scrubbing our leads that were
15 purchased from multiple vendors.
16  Q.  What company was outsourced to scrub those
17 leads?
18  A.  Networks, Incorporated.
19  Q.  And around what time --
20  A.  Sir, I believe -- I believe what you said
21 was what company was used to outsource the
22 scrubbing of those leads.  That was incorrect.  I
23 apologize.
24      What I think you might have meant -- or

1  Q.  Right.
2      And under the gray line, there are some
3 words that are hard to read.  My understanding
4 going from the left is that the first one says List
5 Matches.  Do you see that?
6  A.  Yes, sir.
7  Q.  Do you have an understanding of what that
8 means?
9  A.  Yes, sir.
10  Q.  What does it mean?
11  A.  It is listing out all of the lists where
12 that phone number matched.
13  Q.  So the first row underneath List Matches
14 says, DNC Master.  Do you see that?
15  A.  Yes, sir.
16  Q.  What does that "hit" mean?
17  A.  That hit means that that phone number to
18 its right was added to the do-not-call master list
19 on the date further to the right.
20  Q.  So that date would be what date?
21  A.  That date reads to me as '09 or 08/12/2012.
22  Q.  Okay.  And under DNC Master, it says Leads
23 Master.  Do you see that?
24  A.  Yes, sir.

1 what I meant to say is they were utilized to create
2 a software to --
3  Q.  Okay.
4  A.  -- allow us to scrub our leads.
5  Q.  I see.  So, in other words,
6 Resort Marketing Group scrubbed its own leads using
7 Network, Incorporated's software?
8  A.  Using a software that they wrote
9 specifically for us.
10  Q.  Is there a master file of leads that
11 Resort Marketing Group has?
12  A.  We have leads in many places.  There is a
13 scrubbing database where we've scrubbed them and
14 that is what I imagine you would call a -- the
15 leads master.
16  Q.  When was the scrubbing database first
17 implemented?
18  A.  Late 2010, early 2011.
19  Q.  And how did Resort Marketing Group use that
20 scrubbing database?
21  A.  Can you be more specific?
22  Q.  Well, you've testified that there's this
23 scrubbing database.
24  A.  Yes, sir.

Page 34

1    Q.   And so I want to know, what did they use it
2 for?
3    A.   We used that system to take all of our lead
4 files that we had received from many different lead
5 vendors and compile those together to then be
6 scrubbed, as what we called it, to remove
7 duplicates of certain phone numbers -- not certain,
8 but many, many different phone numbers, national
9 do-not-call lists, internal do-not-call lists, and
10 that's what we used it for.
11    Q.   Was it also used to remove existing
12 customers from lead lists?
13    A.   I don't know.
14    Q.   Was there ever any attempt by
15 Resort Marketing Group or anyone else to determine
16 whether leads were also customers?
17    MR. ZINK:   Object to form.
18    THE WITNESS:   Could you please repeat that?
19 BY MR. BURKE:
20    Q.   Well, you testified that Resort Marketing
21 Group got leads from third parties, right?
22    A.   Yes, sir.
23    Q.   Including, for example, Caldwell Lists,
24 right?

Page 35

1    A.   Yes, sir.
2    MS. MacIVOR:   Form.
3 BY MR. BURKE:
4    Q.   And those lead lists, as I understand it,
5 were provided in table format; is that right?
6    MS. MacIVOR:   Form.
7    MR. ZINK:   Join.
8    MR. BECKER:   Join.
9    THE WITNESS:   They were provided in file format.
10 BY MR. BURKE:
11    Q.   File format?
12        What -- what format?  Do you mean by
13 "file format"?
14    A.   They were in many different formats.
15 Sometimes they were in zip files.  Sometimes they
16 were in Excel files.  Sometimes they were in CSV,
17 comma-separated, files.  Sometimes they were in
18 text files.  Many different file types.
19    Q.   Would it be accurate to say that always or
20 almost always, lead files were received in a format
21 where they could be -- I'll start the question
22 again.
23        Would it be accurate to say that the
24 leads were always or almost always received in a

Page 36

1 format where there was one lead per row?
2    MR. ZINK:   Object to form.
3    THE WITNESS:   I do not know.
4    MS. MacIVOR:   Join.
5 BY MR. BURKE:
6    Q.   Did you sometimes receive leads from the
7 lead aggregators or generators?
8    A.   No.
9    Q.   Who received the leads from the lead
10 aggregators or lead generators?
11    A.   I do not know.
12    Q.   When you loaded leads into the Asteria
13 dialer to run a campaign, what was your
14 understanding of where those leads came from?
15    A.   Many different vendors.
16    Q.   And who -- who coordinated with the vendors
17 to obtain those leads?
18    A.   I do not know.
19    Q.   But you never did?
20    A.   No, sir.
21    Q.   When you loaded leads into the dialer, do
22 you have an understanding of what format they had
23 to be in for the dialer to understand them?
24    A.   Yes, sir.

Page 37

1    Q.   What format was that?
2    A.   Text file format.
3    Q.   Comma-delimited or tab-delimited or
4 something like that?
5    A.   Yes, sir.
6    Q.   Over past five years, how often would you
7 say you were the person who initiated an outbound
8 dialing campaign?
9    MR. ZINK:   Object to the form.
10    THE WITNESS:   A handful of times.
11 BY MR. BURKE:
12    Q.   10 times?  50 times?
13    A.   10 times.
14    Q.   Who usually did it?
15    A.   I do not know.
16    Q.   You said earlier, I think, that the sales
17 managers sometimes did it; is that right?
18    A.   Yes, sir.  I don't know the names.
19    MS. MacIVOR:   Form.
20 BY MR. BURKE:
21    Q.   You don't know the sales managers' names?
22    A.   I don't know who would have initiated the
23 campaigns at those times.
24    MS. MacIVOR:   Mr. Smith, I caution you again to

10 (Pages 34 - 37)

1 please give me time to object. Otherwise, my
2 objections will be untimely. Thank you.
3    THE WITNESS: Sorry.
4 BY MR. BURKE:
5    Q. So do you know who Benny Aguilara is?
6    A. Yes, sir.
7    Q. Is he one of those sales managers that
8 sometimes initiated outbound dialing campaigns?
9    MS. MacIVOR: Form.
10    MR. ZINK: Join.
11    THE WITNESS: Yes, sir.
12 BY MR. BURKE:
13    Q. What about Laura Fernandez; did
14 Laura Fernandez sometimes initiate outbound dialing
15 campaigns?
16    A. I do not know.
17    Q. Are there people other than Benny Aguilara,
18 whether you know their name or not, that initiated
19 outbound dialing campaigns for Resort Marketing
20 Group?
21    A. I do not know.
22    Q. Did you ever communicate with anybody at
23 all regarding outbound dialing campaigns through
24 e-mail?

1    MR. ZINK: Objection to form.
2    MR. BECKER: Join.
3    MS. MacIVOR: Join.
4    THE WITNESS: Could you be more specific?
5 BY MR. BURKE:
6    Q. I'm just asking like a general question and
7 then I'll narrow it down.
8      But I'm just trying to get a general
9 idea of whether people talked about these campaigns
10 on e-mail. Did they?
11    MR. BECKER: Form.
12    MR. ZINK: Join.
13    MS. MacIVOR: Join.
14    THE WITNESS: I do not know.
15 BY MR. BURKE:
16    Q. The handful of times that you initiated an
17 outbound dialing campaign using a prerecorded
18 message, how did you know what lead list to use?
19    A. I created it myself to test the system to
20 call me. So the lead list was my phone number.
21    Q. Did it work?
22    A. Yes, sir.
23    Q. Do you have an understanding of whether
24 Resort Marketing Group has a list of customers?

1    MR. BECKER: Objection to form.
2    MS. MacIVOR: Join.
3    THE WITNESS: Could you repeat that?
4 BY MR. BURKE:
5    Q. Do you have an understanding of whether
6 Resort Marketing Group has a list of its existing
7 customers?
8    A. Yes.
9    Q. Okay. Do they?
10    A. Yes.
11    Q. Okay. Tell me about all places where you
12 have an understanding that Resort Marketing Group
13 keeps track of its existing customers.
14    MR. ZINK: Object to the form.
15    THE WITNESS: Can you break that --
16    MS. MacIVOR: Join.
17    THE WITNESS: -- down?
18 BY MR. BURKE:
19    Q. I'm trying to get an idea of the sources
20 where we could figure out who the existing
21 customers or, really, the past customers also are
22 or were.
23      So the question is, what are the sources
24 where that information exists?

1    MS. MacIVOR: Form.
2    MR. ZINK: Join.
3    THE WITNESS: I believe you asked that question
4 in my interview. They have a CRM application, as
5 you referred to it, and everything would be in that
6 particular application that I know about.
7 BY MR. BURKE:
8    Q. Is there anything else; any other source
9 that you're aware of that exists as to a list of
10 customers?
11    A. I do not know.
12    Q. Okay. So what is the CRM application
13 called?
14    A. Could you repeat that?
15    Q. What's the CRM application called?
16    A. Business Basic.
17    Q. And we did talk about Business Basic in the
18 interview. I have some more questions.
19      Is Business Basic able to communicate
20 with the Asteria dialer?
21    A. No.
22    Q. When Resort Marketing Group -- I'll start
23 over.
24      You testified earlier that

Page 42

1 Resort Marketing Group sometimes called its own
2 customers, right?
3    MS. MacIVOR: Form.
4    THE WITNESS: Yes.
5 BY MR. BURKE:
6    Q. When Resort Marketing Group called its own
7 customers, where did the list of customers to call
8 come from?
9    A. The CRM application.
10   Q. Okay. How did that work?
11   A. I'm not certain. It is automated.
12   Q. Okay. How does one set up that kind of
13 campaign?
14   A. Could you be more specific? I don't
15 understand.
16   Q. Well, if you wanted to make a campaign
17 happen to Resort Marketing Group's customers, what
18 would you do on your computer?
19   MS. MacIVOR: Form.
20   THE WITNESS: I don't know. I didn't do it.
21 BY MR. BURKE:
22   Q. Who did that?
23   A. I don't know.
24   Q. Could there be a lead list that contains a

Page 43

1 list of existing customers --
2    MS. MacIVOR: Form.
3 BY MR. BURKE:
4    Q. -- instead of prospective leads?
5    A. I do not know.
6    Q. Well, as the IT guy, what's your
7 understanding of how from a technical standpoint
8 somebody would set up that sort of campaign?
9    MR. ZINK: Object to form.
10   MS. MacIVOR: Form.
11   THE WITNESS: I'm not comfortable. It sounds
12 like a hypothetical question.
13 BY MR. BURKE:
14   Q. Well, you testified that it happens, and
15 you're the person in charge of IT. It's a question
16 about how -- I mean, you testified it happens all
17 the time.
18      So I want to know from an IT
19 perspective, how is this kind of campaign
20 accomplished?
21   MS. MacIVOR: Form.
22   MR. ZINK: Join.
23   THE WITNESS: I don't know.
24 BY MR. BURKE:

Page 44

1    Q. Who would know that information?
2    A. Benny --
3    MS. MacIVOR: Form.
4    THE WITNESS: Benny Aguilara.
5 BY MR. BURKE:
6    Q. Anyone else?
7    A. I do not know.
8    Q. You testified earlier that somehow, the
9 CRM -- well, I'm not sure what you testified.
10      Can you clarify your earlier testimony
11 about how the CRM communicates with the dialer?
12   MS. MacIVOR: Form.
13   MR. ZINK: Join.
14   THE WITNESS: I believe I testified that it did
15 not communicate with the dialer.
16 BY MR. BURKE:
17   Q. But then there was some subsequent
18 testimony that the numbers did come from the CRM
19 automatically. Do you remember that?
20   A. I believe I said --
21   MR. BECKER: Objection to form.
22   MS. MacIVOR: Join.
23   MR. BURKE: I'm just trying --
24   THE WITNESS: I believe --

Page 45

1 BY MR. BURKE:
2    Q. It doesn't matter what you said. I'm just
3 trying to get an understanding of what your
4 understanding is.
5    A. Could you repeat?
6    Q. I just want to know what you know or what
7 your understanding is about how those two, the CRM
8 and the Asteria dialer, communicate.
9    MS. MacIVOR: Form, asked and answered.
10   MR. ZINK: Asked and answered.
11   THE WITNESS: They do not communicate.
12 BY MR. BURKE:
13   Q. Okay. Directing your attention back to
14 Exhibit A. The second gray line says Call Center
15 Server. Do you see that?
16   A. Yes, sir.
17   Q. What does the "call center server" refer
18 to?
19   A. The Asteria equipment, sir.
20   Q. And then underneath that, it says Date of
21 Call. Do you see that?
22   A. Yes, sir.
23   Q. What does that refer to?
24   A. Based on what I'm seeing, I would say that

12 (Pages 42 - 45)

1 it refers to the fact that on that date, that
2 number, Phone No. 614, I believe, was answered by
3 the system, based on what I'm reading.
4    Q.   So you think it was an inbound call or was
5 it an outbound call that was answered?
6    MR. BECKER:  Objection to form and foundation.
7    MS. MacIVOR:  Join.
8    THE WITNESS:  I do not know.  It says it was
9 answered.
10 BY MR. BURKE:
11   Q.   Where it says on the far right of that row
12 Last Stop, do you see that?
13   A.   Yes, sir.
14   Q.   What does that mean, last stop?
15   MR. BECKER:  Objection to form and foundation.
16   MS. MacIVOR:  Join.
17   THE WITNESS:  I don't know.
18 BY MR. BURKE:
19   Q.   Underneath Last Stop, it looks like there's
20 some code there, including what looks like an IP
21 address or time or something.  It says Call Log as
22 part of it.  Do you see that?
23   A.   I do.
24   Q.   It also says, Connected to agent.  You see

1 that.
2    A.   I do.
3    Q.   Do you know what that means?
4    A.   I do not.
5    Q.   Who would have an understanding of what
6 that means?
7    MR. BECKER:  Objection to foundation; calls for
8 speculation.
9    MS. MacIVOR:  Join.
10   THE WITNESS:  An expert.
11 BY MR. BURKE:
12   Q.   Any -- is there anyone at Travel Services
13 or Resort Marketing Group that might be able to
14 tell me what that means?
15   A.   I do not think so.
16   Q.   Have you ever heard the term
17 "Travel Services"?
18   A.   Yes, sir.
19   Q.   What's your understanding of what
20 Travel Services is?
21   A.   I believe Travel Services is a d/b/a of
22 Resort Marketing Group.
23   Q.   Is it a d/b/a or has it ever been a d/b/a
24 for any other companies?

1    A.   I have no idea, sir.
2    MS. MacIVOR:  Form.
3 BY MR. BURKE:
4    Q.   Moving down on Exhibit A, it says, All
5 calls that have been made from the dialer since
6 2010.  Do you see that?
7    A.   Yes, sir.
8    Q.   What's your understanding of what that
9 means?
10   A.   In that section, that would lead me to
11 believe based on reading this that this particular
12 number, the 614 number, was called by the dialers
13 on these particular dates.
14   Q.   And to the right of those dates, there's a
15 column called Campaign ID.  Do you see that?
16   A.   Yes, sir.
17   Q.   What does that refer to?
18   MR. BECKER:  Objection, lack of foundation.
19   THE WITNESS:  The campaign ID.
20 BY MR. BURKE:
21   Q.   What is a campaign ID?
22   A.   I believe it's the ID that's associated
23 with a specific campaign in the system.
24   Q.   Are you aware of whether it's possible from

1 your desktop where you use Asteria to do a report
2 that provides information about all calls that were
3 made in a campaign?
4    MR. BECKER:  Objection to form and lack of
5 foundation; calls for speculation.
6    MS. MacIVOR:  Join.
7    THE WITNESS:  No.
8 BY MR. BURKE:
9    Q.   I think you testified that this document
10 was created a long time ago through a collaboration
11 between you and someone from Asteria; is that
12 correct?
13   MR. BECKER:  Objection, mischaracterizes the
14 testimony.
15   MS. MacIVOR:  Join.
16   MR. ZINK:  Join.
17   MS. MacIVOR:  Form.
18   THE WITNESS:  Could you please repeat?
19 BY MR. BURKE:
20   Q.   Can you tell me the circumstances under
21 which this document was created?
22   A.   I do not recall the exact circumstances.
23   Q.   Were you involved?
24   A.   Yes, sir.

13 (Pages 46 - 49)

Page 50

1  Q.  Okay.  Was there anyone else involved?
2      I just want to get a general idea of
3  what you remember about this.  So that's what I'm
4  getting at here.  So was there anyone else
5  involved?
6  A.  In the creation of this document?
7  Q.  Yeah.
8  A.  I don't recognize this document.  I
9  recognize pieces of it being a program that I
10 worked with Asteria to create.
11 Q.  Okay.  And you said that that work that you
12 did with Asteria to create a program was a long
13 time ago?
14 A.  Yes, sir.
15 Q.  Was it in connection with this litigation?
16 A.  No, sir.
17 Q.  Was it before this litigation began?
18 A.  Yes, sir.
19 Q.  And so what generally does that program do?
20 A.  The program allows someone to type in a
21 ten-digit phone number and figure out and list out
22 where that phone number is or if we have called
23 that phone number from the dialer system.
24 Q.  And why did Resort Marketing Group work

Page 51

1  with Asteria to create this program?  What was the
2  impetus for the whole thing?
3  A.  I do not know.
4  Q.  Do you remember who at Asteria you worked
5  with to create this program?
6  A.  Yes, sir.
7  Q.  Who?
8  A.  Give me a moment, sir.  I'm just -- I'm
9  drawing a blank for some reason.
10 Q.  Yeah.
11 A.  Dan Gregg.
12 Q.  Could you give me your best estimate as to
13 the spelling of his last name?
14 A.  I'm not certain.  I think it was G-r-e-g-g
15 or G-r-i-g-g.  I don't recall.
16 Q.  And was it your understanding that
17 Mr. Gregg was an Asteria employee?
18 A.  Yes, sir.
19 Q.  Was there anyone else involved with
20 creation of this program other than you and
21 Dan Gregg?
22 A.  I do not know.
23 Q.  Well, are you aware of anyone else?
24 A.  I do not know who he talked to.

Page 52

1  Q.  Right.  But as you sit here today, you
2  know, was there somebody looking over your shoulder
3  or sitting next to you or that was also working on
4  it that you know of?
5  A.  No.
6  Q.  Okay.  On the fourth gray bar towards the
7  middle, there's a column called Disposition.  Do
8  you see that?
9  A.  Yes, sir.
10 Q.  Do you have an understanding of what
11 disposition means in this context?
12 MR. BECKER:  Objection, calls for speculation.
13 MS. MacIVOR:  Join.
14 THE WITNESS:  I do not.
15 BY MR. BURKE:
16 Q.  No understanding at all as to what
17 disposition means here?
18 MS. MacIVOR:  Form; asked and answered.
19 BY MR. BURKE:
20 Q.  Is that right?
21 A.  I do not.
22 Q.  Who's the person at Resort Marketing Group
23 that's in charge of maintaining the Asteria dialer?
24 A.  I am.

Page 53

1  Q.  I mean, you don't know what disposition
2  means --
3  MS. MacIVOR:  Form; asked and answered.
4  MR. ZINK:  Asked and answered.
5  BY MR. BURKE:
6  Q.  -- with regard to phone calls that were
7  made by the Asteria dialer; is that right?
8  MR. BECKER:  Objection, form.
9  MS. MacIVOR:  Form; asked and answered.
10 MR. BECKER:  Argumentative.
11 MS. MacIVOR:  Join.
12 THE WITNESS:  I do not know.
13 BY MR. BURKE:
14 Q.  On the right, there's a column of
15 information.  I don't know if it's part of the
16 disposition column or not, but it says Zero Years,
17 Zero Months.  Do you see that?
18 A.  I do.
19 Q.  Do you know what that information means?
20 A.  I do not.
21 Q.  If you were handed a report like this and
22 you wanted to figure out what it meant, who would
23 you call?
24 MR. ZINK:  Objection, calls for speculation.

14 (Pages 50 - 53)

Page 54

1    THE WITNESS: I don't know.
2  BY MR. BURKE:
3    Q.  Would you maybe call Dan Gregg --
4    MR. BECKER: Objection.
5  BY MR. BURKE:
6    Q.  -- at Asteria?
7    MR. BECKER: Objection, incomplete hypothetical;
8  calls for speculation.
9    MS. MacIVOR: Join. And form.
10   MR. ZINK: Join.
11   THE WITNESS: I don't know.
12 BY MR. BURKE:
13   Q.  Is there someone at Asteria that you've
14 communicated with in the last year?
15   A.  Yes.
16   Q.  Who is that?
17   A.  Dan Gregg.
18   Q.  And what did you talk about with Mr. Gregg
19 when you communicated within the last year?
20   A.  We asked for his help.
21   Q.  Okay. His help with what?
22   A.  To back up -- to back up the dialer system
23 so that we could provide it to counsel.
24   Q.  To your knowledge, has Mr. Gregg left

Page 55

1  Asteria or is he still there?
2    A.  I do not know. He was there when I needed
3  to call him.
4    Q.  Okay. Is there anyone else at Asteria that
5  you have communicated with ever?
6    A.  Yes.
7    Q.  Do you remember who those persons were?
8    A.  Dave. Do not know his last name.
9    Q.  Okay. Anyone else?
10   A.  Brandon. And I do not remember his last
11 name.
12   Q.  Does Resort Marketing Group have any
13 ongoing relationship with Asteria other than just
14 using their software?
15   MR. ZINK: Objection to form.
16   MR. BECKER: Join.
17   THE WITNESS: I do not know.
18   MS. MacIVOR: Join.
19 BY MR. BURKE:
20   Q.  Any sort of support relationship?
21   MS. MacIVOR: Form.
22   MR. ZINK: Join.
23   THE WITNESS: I do not know.
24 BY MR. BURKE:

Page 56

1    Q.  Who would know the answer to that?
2    A.  Beth Valente.
3    Q.  Moving down below the redacting -- redacted
4  portion, there's another gray line that says
5  Campaign. Do you see that?
6    A.  Yes, sir.
7    Q.  Do you have an understanding of what that
8  portion of the report means?
9    A.  General.
10   Q.  Okay. Tell me your general understanding.
11   A.  Based on what I'm reading, my general
12 understanding is that it's listing information
13 about the campaign, a contact ID and a phone
14 number.
15   Q.  Do you have an understanding as to what
16 contact ID means?
17   A.  I do not.
18   Q.  Going to the last gray bar, again, it says
19 Campaign. Do you see that?
20   A.  Yes, sir.
21   Q.  And then there are -- well, I'll ask it
22 this way:
23      When you set up a campaign in Asteria,
24 is there a place where you can name the campaign?

Page 57

1    A.  Yes, sir.
2    Q.  Okay. In fact, it's a requirement that you
3  name a campaign, isn't it?
4    A.  I do not know.
5    Q.  Do you ever remember doing -- setting up a
6  campaign where it wasn't named?
7    A.  I do not know.
8    Q.  When you go into the Asteria interface, is
9  there a screen where you can view past campaigns by
10 name --
11   MR. BECKER: Objection to form and foundation.
12   MS. MacIVOR: Join.
13 BY MR. BURKE:
14   Q.  -- with hyperlinks?
15   MS. MacIVOR: Form.
16   THE WITNESS: I do not think so.
17 BY MR. BURKE:
18   Q.  Looking at Exhibit A and the first column,
19 the last gray bar under Campaign, there's a column
20 of information. Do you see that?
21   A.  Yes, sir.
22   Q.  Do you have any understanding or any idea
23 at all of what this information refers to?
24   A.  Based on what I'm reading, I can see the

15 (Pages 54 - 57)

Page 58

1 term "eastern," the term "mix," and some numbers.
2 Looks like it's the name of the campaign.
3    Q.   Does this refresh your recollection as to
4 whether you can name campaigns in Asteria?
5    MS. MacIVOR:  Form.
6    THE WITNESS:  It does not refresh my
7 recollection.
8 BY MR. BURKE:
9    Q.   So you still don't have a memory of whether
10 it's possible to name a campaign in Asteria?
11    A.   Sir, that's not what I said.
12    Q.   Oh.  Please clarify.
13    A.   I said that I know you can name a campaign
14 in Asteria.
15    Q.   Oh, okay.  Good.
16       The next column says Contact ID.  Do you
17 see that?
18    A.   Yes, sir.
19    Q.   Do you have any understanding of what
20 contact ID means --
21    A.   I do not.
22    Q.   -- in this context?
23       When you or someone else at
24 Resort Marketing Group -- well, I'll back up.

Page 59

1       My understanding of your earlier
2 testimony is that sometimes other employees of
3 Resort Marketing Group set up campaigns such as
4 Benny Aguilara; is that correct?
5    MR. BECKER:  Objection to form.
6    MS. MacIVOR:  Join.
7    THE WITNESS:  Yes.
8 BY MR. BURKE:
9    Q.   Okay.  Do you have an understanding as the
10 IT guy as to what interface Mr. Aguilara or other
11 employees use to set up campaigns to make outbound
12 prerecorded dialing calls?
13    MS. MacIVOR:  Form; calls for speculation.
14    MR. BECKER:  Object to foundation.
15    MR. ZINK:  Join.
16    THE WITNESS:  I do not know.
17 BY MR. BURKE:
18    Q.   You don't know whether you have an
19 understanding of what employees used to make
20 outbound dialing campaigns?
21    MS. MacIVOR:  Form; lack of foundation; lack of
22 predicate; speculation.
23    THE WITNESS:  I'm in Florida.  I don't know what
24 they do.

Page 60

1 BY MR. BURKE:
2    Q.   Right.  But you're the IT guy, right?
3    A.   Yes, sir.
4    MS. MacIVOR:  Form.
5 BY MR. BURKE:
6    Q.   So do you have an understanding of what IT
7 they use to set up campaigns?
8    MS. MacIVOR:  Form.
9    THE WITNESS:  I do not.
10 BY MR. BURKE:
11    Q.   You have no idea?
12    MS. MacIVOR:  Form.
13    MR. ZINK:  Objection, asked and answered.
14    THE WITNESS:  I do not.
15 BY MR. BURKE:
16    Q.   Are there any other IT people currently
17 working at Resort Marketing Group?
18    MS. MacIVOR:  Asked and answered; form.
19    THE WITNESS:  No, sir.
20 BY MR. BURKE:
21    Q.   You testified that there were two or three
22 other employees that have worked on IT at
23 Resort Marketing Group, right?
24    A.   Yes, sir.

Page 61

1    MS. MacIVOR:  Form; asked and answered.
2 BY MR. BURKE:
3    Q.   Now, when was the last time that you were
4 not the only person responsible for IT at
5 Resort Marketing Group?
6    A.   I do not recall.
7    Q.   I mean, was it a year ago or four years ago
8 or you just don't have any recollection at all?
9    A.   I do not recall.
10    Q.   Did you prepare for this deposition?
11    A.   I did.
12    Q.   What did you do to prepare for the
13 deposition?
14    A.   I did a lot of reading online.  I was a
15 little nervous.  I've never been deposed.  Did a
16 lot of thinking about it and that was all.
17    Q.   Did you meet with your lawyer?
18    A.   I did.
19    Q.   Did you meet with other lawyers?
20    A.   I did.
21    Q.   Okay.  When did that meeting with other
22 lawyers happen?
23    A.   Wednesday.
24    Q.   You mean two days ago?

16 (Pages 58 - 61)

Page 62

1   A.  Yes, sir.
2   Q.  Here in Chicago?
3   A.  Yes, sir.
4   Q.  Where did you meet?
5   A.  Right here.
6   Q.  Who was present?
7   A.  Cathy, Jeff, Michael.
8   Q.  Anyone else?
9   A.  Beth came.
10  Q.  Anyone else?
11  A.  Not that I recall.
12  Q.  Did you just meet on that one day or on any
13  other days with counsel for anyone, but -- I'll
14  start over.
15      Have you ever met with Mr. Becker or
16  Miss MacIvor other than on Wednesday?
17  A.  Yes.
18  Q.  When did you meet with them other than on
19  Wednesday?
20  A.  On Thursday.
21  Q.  Yesterday?
22  A.  Yes, sir.
23  Q.  Okay.  And how many hours, roughly, did you
24  meet on Wednesday?

Page 63

1   A.  A couple.
2   Q.  Two hours?
3   A.  Yes, two or three.  A few.
4   Q.  Okay.  How about yesterday?
5   A.  The same.
6   MR. BURKE:  Hey, Mike?
7   MR. ZINK:  Hm-hmm.
8   MR. BURKE:  I'm going to ask him what people
9   said during those meetings.
10  MR. ZINK:  Okay.
11  MR. BURKE:  So --
12  MR. ZINK:  I'm going to instruct him not to
13  answer.
14  MR. BURKE:  Right.  I'm just giving you a heads
15  up.
16  MR. ZINK:  Okay.  I'll --
17  BY MR. BURKE:
18  Q.  What did counsel ask you when you were in
19  the presence of Mr. Becker and Miss MacIvor?
20  MR. ZINK:  Objection.  Violation of
21  attorney-client privilege.
22      Instructing Mr. Smith not to answer.
23  MR. BECKER:  I also object on the basis of the
24  common interest doctrine and joint defense

Page 64

1   agreement that's in place between the defendants.
2   MS. MacIVOR:  And I join in that.
3   BY MR. BURKE:
4   Q.  And then the follow-up is, what did you --
5   are you refusing to answer based on counsel's
6   instruction?
7   MR. ZINK:  Objection to the form.  I'm again
8   going to instruct my client not to answer any
9   question pertaining to anything spoken about with
10  any counsels.
11  MR. BURKE:  Okay.  So the follow-up question is
12  just is the witness refusing to answer based on
13  counsel's instruction.
14      And I would -- so --
15  MR. BECKER:  Mr. Burke's only asking if Jamie's
16  taking your instruction not to answer.  So I assume
17  you're going to tell Alex --
18  MR. ZINK:  You can go ahead --
19  MR. BECKER:  -- whether you're going to answer
20  or not.
21  THE WITNESS:  Could you repeat?
22  BY MR. BURKE:
23  Q.  So are you refusing to answer based on
24  counsel's instruction?

Page 65

1   A.  Yes.
2   Q.  And what did you say to them?
3   MR. BECKER:  I also --
4   MR. ZINK:  Objection.
5   MR. BECKER:  You first.
6   MR. ZINK:  Objection.  Again, repeating, a
7   violation of the privilege, joint defense agreement
8   and instruct my client not to answer.
9   MR. BECKER:  I object as well on behalf of my
10  client based upon the joint defense agreement, the
11  attorney-client communications and work product
12  underlying communications.
13  MS. MacIVOR:  And I join in that objection on
14  behalf of Norwegian and Royal Caribbean.
15  BY MR. BURKE:
16  Q.  Okay.  Are you refusing to answer based
17  upon counsel's instruction?
18  A.  Yes, sir.
19  Q.  Okay.  During your meetings Wednesday and
20  Thursday of this week, did you have occasion to
21  review any documents?
22  MR. ZINK:  Objection.  I'm going to instruct my
23  client not to get into any review that occurred in
24  the presence of attorneys in violation of the

17 (Pages 62 - 65)

Page 66

1 attorney-client privilege as well as the joint
2 defense agreement.
3     MR. BURKE: I don't think it's privileged
4 whether he reviewed documents at all.
5     MR. ZINK: I'm going to instruct my client not
6 to talk about anything that was said or done in the
7 presence of counsel as it's all under the penumbra
8 of the attorney-client privilege.
9     MR. BURKE: Okay. We disagree.
10 BY MR. BURKE:
11     Q. So are you going to refuse to answer based
12 upon counsel's instruction?
13     A. Yes.
14     Q. Okay.
15     THE WITNESS: Is it okay if I get coffee?
16     MR. BURKE: Let's take a five-minute break.
17     MR. BECKER: That's fine.
18          (Recess taken.)
19          (Whereupon, Smith Deposition
20          Exhibit B was
21          marked for identification
22          as of this date.)
23 BY MR. BURKE:
24     Q. Directing your attention to what's been

Page 67

1 marked as Exhibit B. Do you see this?
2     A. Yes.
3     MR. BECKER: Wait. Do you want to go back and
4 clarify the last privilege question you had; get it
5 out of the way?
6     MR. BURKE: Oh, yeah. Sure.
7 BY MR. BURKE:
8     Q. When you met with counsel Wednesday and
9 Thursday of this week, did you review any
10 documents?
11     A. No.
12     Q. Did you ever meet with Mr. Becker other
13 than Thursday and Friday of this week in person or
14 by phone?
15     A. Yes.
16     Q. Okay. Can you tell me how many times,
17 please?
18     A. I cannot. A handful of times.
19     Q. Was Miss MacIvor on the phone for all of
20 those calls?
21     A. No.
22     Q. Was she on the phone for some of them?
23     A. Yes.
24     Q. Was Mr. Zink on the phone for any of those

Page 68

1 phone calls where you were talking to Mr. Becker?
2     A. Yes.
3     Q. Was he -- was Mr. Zink on the phone for all
4 of them.
5     A. I believe so.
6     Q. What was the substance of those
7 conversations?
8     MR. ZINK: Objection. I'm going to instruct my
9 client not to answer pursuant to the
10 attorney-client privilege, joint defense agreement.
11     MR. BECKER: I'm also going to object on behalf
12 of Carnival to the extent that it infringes upon
13 the joint defense agreement and the privileges
14 contained therein.
15     MS. MacIVOR: And I will join Mr. Becker's
16 objection on behalf of Norwegian and
17 Royal Caribbean.
18 BY MR. BURKE:
19     Q. Have you ever sent or received an e-mail
20 that Mr. Becker was copied on or sent --
21     MR. ZINK: Objection -- objection. Again, I'm
22 going to instruct my client not to answer the
23 question pursuant to the attorney-client privilege.
24 It again requests information directly privileged

Page 69

1 communications with counsel in violation of the
2 attorney-client privilege as well as the joint
3 defense agreement.
4     MR. BURKE: Mike, I'm asking information that
5 would be akin to a privilege log. It would be part
6 of a log. I don't think that the existence or the
7 fact that such an e-mail happened is privileged.
8         So I would -- I would just, you know,
9 ask you --
10     MR. ZINK: Is your question -- is your question
11 whether e-mails were sent?
12     MR. BURKE: Yeah.
13     MR. ZINK: Or what was in the e-mails?
14     MR. BURKE: No, I asked whether any e-mails
15 happened.
16     MR. BECKER: I have no objection on behalf of my
17 client as to whether or not Mr. Smith says yes or
18 no to the question of whether I was on
19 communications.
20     MR. ZINK: Okay. As it pertains to Mr. Becker,
21 if Mr. Becker does not have an objection, then I
22 will allow my client to answer.
23         But, again, can you clarify the question
24 again with Mr. Smith?

18 (Pages 66 - 69)

1 BY MR. BURKE:
2    Q.   Have you ever sent or received an e-mail
3 where Mr. Becker was one of the participants in the
4 e-mail?
5    A.   Yes.
6    Q.   Can you tell me roughly how many times
7 that's happened?
8    A.   A handful of times.
9    Q.   10 times?  20 times?
10   MR. BECKER:  Objection to form.
11   MS. MacIVOR:  Form.
12   THE WITNESS:  A handful of times.  I do not know
13 an exact number.
14 BY MR. BURKE:
15   Q.   Roughly, when was the first time you
16 started -- roughly, when was the first time you
17 came to receive an e-mail where Mr. Becker was a
18 participant in that e-mail?
19   MR. ZINK:  Object to the form.
20   THE WITNESS:  I do not recall.
21 BY MR. BURKE:
22   Q.   And what did those e-mails say?
23   MR. ZINK:  Objection, instruct my client not to
24 answer pursuant to the attorney-client privilege

1 and joint defense agreement.
2    MR. BECKER:  And based upon the fact it's the
3 same question as to what the substance of these
4 communications were that invoke privileges
5 concerning the joint defense agreement between the
6 parties and the attorney-client work product
7 privileges underlying that, I also object on behalf
8 of Carnival.
9    MS. MacIVOR:  Join Mr. Becker's objection on
10 behalf of Royal and Norwegian.
11 BY MR. BURKE:
12   Q.   Are you refusing to answer based on
13 counsel's instruction?
14   A.   Yes.
15   Q.   Okay.  Directing your attention to
16 Exhibit B.  Do you see this document?
17   A.   Yes, sir.
18   Q.   Are you familiar with the general format of
19 this document?
20   A.   Yes, sir.
21   Q.   What is -- what is it?
22   A.   This is the Asteria software and this is
23 the CDR tab.
24   Q.   Do you know what CDR means?

1    A.   Reading off of this, it means call detail
2 records.
3    Q.   What's your understanding of what call
4 detail records are?
5    A.   A detailed record of calls.
6    Q.   And does this first page of Exhibit B
7 generally look like the Asteria interface that you
8 and other employees of Resort Marketing Group use?
9    A.   Generally, yes.
10        This particular tab, I don't know that
11 anyone else would have seen this.
12   Q.   And does Resort Marketing Group -- does
13 Resort Marketing Group's version of this web
14 interface, does it say Asteria at the top or does
15 it say something different?
16   A.   I believe it says Asteria.
17   Q.   Okay.  When you're at work at
18 Resort Marketing Group, do you have some times --
19 sometimes have occasion to review this CDR
20 reporting page?
21   A.   I have.
22   Q.   Okay.  Under what circumstances, in what
23 instances might you have gone to this CDR reporting
24 tab?

1    A.   On occasion, I was asked to try to find all
2 the records that we had for a particular phone
3 number to see if a call had been made by our
4 systems.
5    Q.   Okay.  And so if you were to try to figure
6 out what calls happened as to a particular number
7 using the CDR reporting, what would you do?
8    A.   Could you repeat that question?
9    Q.   If you were to try to figure out what calls
10 happened as to a particular phone number, what
11 would you do?
12   A.   I would put the phone number in the
13 filtered calls by number field, leave it at
14 selected both; give it a date range and search.  I
15 believe there's a search button somewhere.
16   Q.   Is it possible to do a search where you
17 don't filter the calls by number but, instead,
18 filter the calls by date?
19   A.   Yes.
20   Q.   And if you were to do that, what would the
21 result look like?  Would it look sort of like this?
22   A.   I believe so.
23   Q.   And looking at the page, you see the Rows 1
24 through 10?

19 (Pages 70 - 73)

Page 74

1    A.   Yes.
2    Q.   What's your understanding of what those
3 rows mean?
4    A.   It appears from this that those rows are in
5 order by date and time and provide the information
6 on the calls from those dates.
7    Q.   Okay.  So they're call records; is that
8 right?
9    A.   Yes, they're call detail records.
10    Q.   Okay.  And so is it your understanding that
11 the different criteria sort of on the top here
12 represent different filters by which you could
13 generate a result?
14    A.   Yes.
15    Q.   Okay.  Would it maybe be appropriate to
16 call that a report?
17    A.   Yes.
18    Q.   Okay.  And then on the right-hand side, it
19 says Export.  Do you see that?  It's sort of cut
20 off.
21    A.   Yes.
22    Q.   Okay.  Do you know what that button does?
23    A.   Based on its description, it would --
24 logically, it would export what's on the page.

Page 75

1    Q.   Okay.  Like maybe into like an Excel file
2 or a CSV file; is that right?
3    MR. ZINK:  Objection, calls for speculation.
4    THE WITNESS:  Maybe.
5 BY MR. BURKE:
6    Q.   Okay.  The second-to-last column to the
7 right says Disposition.  Do you see that?
8    A.   I do.
9    Q.   Do you know what disposition means in this
10 context?
11    MR. BECKER:  Objection to form; calls for
12 speculation; lack of foundation.
13    MS. MacIVOR:  Join.
14    MR. ZINK:  Join.
15    MS. MacIVOR:  And lack of predicate.
16    THE WITNESS:  I do not know.
17 BY MR. BURKE:
18    Q.   Directing your attention to the tabs at the
19 top where it says Users, Devices, Extensions.  Do
20 you see that?
21    A.   Yes, sir.
22    Q.   Okay.  Are those the tabs that you would
23 use to put together a calling campaign?
24    A.   Yes.

Page 76

1    Q.   Okay.  So if you were to put up -- put
2 together an outbound IVR calling campaign to
3 prospective customers, what would you do first?
4    A.   Is -- am I permitted to ask you a question?
5    Q.   Yeah.  I just want to know what -- yeah.
6 Sure.  Clarification or whatever.
7    A.   The system itself has to be set up to work
8 with vendors -- phone vendors ahead of time.  Is
9 that all done?  Are we talking about specifically
10 campaigns?
11    Q.   Well, let's -- that's a legitimate
12 question.
13         So is it true that the system -- the
14 Asteria system has to first be set up with
15 telephone or VOIP vendors?
16    A.   Yes.
17    Q.   Okay.  And is it true that Resort Marketing
18 Group engaged some vendors to provide phone
19 services in association with Asteria?
20    A.   Yes.
21    Q.   Okay.  Is 8x8 one of those?  8x8.
22    A.   I believe so.
23    Q.   Nexia (phonetic)?
24    A.   Yes.

Page 77

1    Q.   Okay.  And do you have any understanding of
2 how many channels on each vendor Resort Marketing
3 Group had?
4    A.   It varied.
5    Q.   Okay.  How many channels now, total?
6    A.   None.
7    Q.   At some point, did Resort Marketing Group
8 stop using Asteria?
9    A.   Yes.
10    Q.   When did that happen?
11    A.   February of 2014.
12    Q.   Do you have any understanding of why
13 Resort Marketing Group stopped using the Asteria
14 dialer?
15    A.   I do not.
16    MR. ZINK:  Objection, calls for speculation.
17 BY MR. BURKE:
18    Q.   Was it explained to you by anyone why --
19 I'll rephrase that question.
20         How did you come to learn that
21 Resort Marketing Group would no longer use Asteria?
22    A.   Could you repeat that?
23    Q.   I'm just trying to learn how you learned
24 that Resort Marketing Group wasn't going to use a

20 (Pages 74 - 77)

Page 78

1 dialer anymore.
2   A.  Because it was disconnected from the
3 Internet.
4   Q.  Right.  So how -- oh, just -- you learned
5 about the discontinued use of Asteria because it
6 just wasn't working anymore?
7   A.  No, sir.  Let me --
8   Q.  Okay.
9   A.  Maybe miss --
10  Q.  Yeah.
11  A.  Let me rephrase that.
12  Q.  Sure.  Yeah.
13  A.  I learned because I was told to take it
14 offline.
15  Q.  I see.  Who told you?
16  A.  Beth Valente.
17  Q.  Okay.  Did she explain why you were taking
18 it offline?
19  A.  She did not.
20  Q.  Did you have any idea why it was being
21 taken offline?
22  A.  I'm not comfortable answering that
23 question.
24  Q.  Why not?

Page 79

1   A.  Because I'd have to speculate.
2   Q.  Well, tell me what you think.
3   A.  I'm not comfortable --
4   MR. ZINK:  Objection, calls for speculation.
5 BY MR. BURKE:
6   Q.  You -- you still got to give me an answer.
7   A.  I'm not --
8   Q.  Speculation is a -- is a legitimate
9 question.  Tell me why you think they stopped using
10 Asteria.
11  MR. BECKER:  Objection, lack of foundation;
12 calls for speculation.
13  MS. MacIVOR:  Join.
14  THE WITNESS:  I do not know.
15 BY MR. BURKE:
16  Q.  Well, what do you think?
17  MR. ZINK:  Objection.  Same objection.  Asked --
18  MR. BECKER:  Objection.
19  MS. MacIVOR:  Join.
20  THE WITNESS:  I do not know.
21 BY MR. BURKE:
22  Q.  Are you refusing to answer or you just
23 don't have any --
24  MR. ZINK:  Objection.  This is asked and

Page 80

1 answered.
2 BY MR. BURKE:
3   Q.  I'm trying to get an understanding of what
4 your answer is.
5       Are you saying you actually don't know
6 what your understanding is or are you saying you
7 don't have any clue whatsoever as to why it might
8 have happened?
9   MS. MacIVOR:  Form.
10 BY MR. BURKE:
11  Q.  Or something different?
12  MS. MacIVOR:  Oh, my -- form; asked and
13 answered.  The question's incomprehensible.
14  MR. BECKER:  I'm also going to add that it's
15 harassing.
16  THE WITNESS:  I do not know.
17 BY MR. BURKE:
18  Q.  So in a deposition, I'm allowed to ask you
19 what you think.  Even if you don't have or never
20 seen a document that says one thing or another, you
21 still have to truthfully tell me what you think
22 about -- as to the answer to a question.
23  MR. ZINK:  Objection.  Is there a question here?
24 BY MR. BURKE:

Page 81

1   Q.  So now I want it for the record clear.  If
2 you don't have concrete knowledge, like you never
3 saw a piece of paper that says something or you
4 didn't see it happen, I want you to tell me.  But
5 speculation is -- is part of what I want in this
6 deposition, okay?
7   MR. BECKER:  I'm going to object based upon
8 calling for speculation, asked and answered.
9       I don't know this to be the case; but to
10 the extent any of the speculation is based upon
11 communications with counsel, that would implicate
12 our joint defense agreement.  I'm going to object
13 on that basis as well and ask the client or the
14 witness not to answer.
15  MS. MacIVOR:  I will join in Mr. Becker's --
16  MR. BECKER:  The witness --
17  MS. MacIVOR:  I'm sorry.  You finish.
18  MR. BECKER:  The witness has indicated several
19 times he doesn't feel comfortable guessing.  So I'm
20 going to object on those bases.
21       Go ahead, Cathy.
22  MS. MacIVOR:  Sorry.  And I'm going to join in
23 Mr. Becker's objection.
24       And I would also add the fact that

21 (Pages 78 - 81)

Page 82

1 counsel has said that this deposition is supposed
2 to be based on speculation, and I say -- I would
3 object and add that it's supposed to be based on
4 personal knowledge.
5     MR. BURKE:  Cathy, what do you mean when you say
6 that?
7     MS. MacIVOR:  It should be based on facts, not
8 guesses.  You know that.
9     MR. BURKE:  Well, but is it improper?  Is there
10 something improper about asking a witness --
11     MS. MacIVOR:  I do -- I do --
12     MR. BURKE:  Don't interrupt.
13     MS. MacIVOR:  I thought you were finished.
14     MR. ZINK:  Counsel -- I'm sorry.
15     MS. MacIVOR:  But I'm not going to argue with
16 you.  I just made an objection.
17     MR. BURKE:  Yeah.  Okay.
18         So the only legitimate objection in the
19 7th Circuit where the witness can be instructed not
20 to answer or can elect not to answer is privilege.
21     MS. MacIVOR:  I'm fully aware of that, Alex.  I
22 was making a comment for the record.
23     MR. BURKE:  And so -- gotcha.
24         So --

Page 83

1     MR. ZINK:  I'll also clarify that he answered
2 the question several times, three or four times.
3 So a characterization that he has not answered it
4 is flatly incorrect.
5     MR. BECKER:  I just want to say I agree with
6 Mr. Burke that the only objection upon which an
7 attorney can instruct the witness not to answer a
8 question would be privilege.
9         However, I also think, Alex, it's
10 appropriate when an attorney asks a question and
11 the witness says several times, I don't feel
12 comfortable speculating, you can't force him to
13 venture a guess you're not comfortable making.
14         It's not necessarily I'm instructing him
15 not to answer, but at a certain point, witnesses
16 are absolutely appropriately able to say, I don't
17 have knowledge and I can't guess.  I don't feel
18 comfortable guessing.
19         So it's up to you how far you want to
20 press it, but this is why I think that asking
21 multiple times after the witness has given the
22 statement could be borderline harassment.  So...
23     MS. MacIVOR:  I concur.
24 BY MR. BURKE:

Page 84

1     Q.  Did you ever talk to anyone at all --
2     MR. ZINK:  Objection, form.
3 BY MR. BURKE:
4     Q.  -- about why Resort Marketing ceased using
5 the Asteria dialer?
6     A.  I'm not --
7     MS. MacIVOR:  I'm going to object to that
8 because of the question "talked to anyone."  To the
9 extent that that would encompass any discussions
10 that would impact the joint defense agreement or
11 joint defense privileged communications, I would
12 prefer the witness not to answer.
13     MR. ZINK:  I would direct the witness to exclude
14 any communications with any counsels with respect
15 to this question whether he has spoken to anyone
16 about the facts of the question.
17 BY MR. BURKE:
18     Q.  I'll rephrase.
19         Have you ever talked to anyone other
20 than a lawyer about why Asteria was -- ceased to be
21 used by Resort Marketing Group?
22     A.  No.
23     Q.  Directing your attention to Page 3 of
24 Exhibit B.  Do you have an understanding of what

Page 85

1 this page is?
2     A.  I do not believe I've ever seen this page.
3     Q.  On the left-hand column, there's a cut-off
4 picture that says Reports.  Do you see that?
5     A.  I don't see it.
6         Yes.
7     Q.  I'll represent to you that that bubble on
8 the top says More Reports and that underneath that,
9 it says Inbound/Outbound Calls.  And I'll show you
10 the jpeg on my computer screen so that you can
11 confirm that.
12     A.  I can see it says inbound and outbound
13 calls, yes.
14     Q.  Okay.  Have you ever had occasion to click
15 on that hyperlink ever?
16     A.  I do not believe so.
17     Q.  So, for example, in response to a discovery
18 request in this case, did you ever poke around in
19 the reports section of Asteria to see what sort of
20 reports you could generate?
21     MR. BECKER:  Objection to form.
22     MS. MacIVOR:  Join.
23     MR. ZINK:  Join.
24     THE WITNESS:  No.

22 (Pages 82 - 85)

1 BY MR. BURKE:
2 Q. Do you have an understanding of what CEL
3 Details means?
4 A. I do not. That's the reason I didn't
5 recognize the page. I've never seen that.
6 Q. Do you know what CEL means?
7 A. I do not.
8 Q. So going back to the line of questioning
9 having to do with what you would do if you set up a
10 campaign, okay, and we went over that you would
11 have to make sure that there were telephone vendors
12 that were connected to Asteria, right?
13 A. Yes.
14 Q. Okay. And say you had those -- those
15 vendors were connected and you had a number of
16 channels and that was all set up. Then what would
17 you do?
18 A. You would click on this dialer tab.
19 Q. Okay.
20 A. In there would be a list of existing
21 campaigns.
22 Q. Okay.
23 A. We would click on one of those existing
24 campaigns. We would -- there would be a series of

1 other pages that came up.
2 Q. Okay.
3 A. There would be a button on the right-hand
4 side to duplicate that campaign.
5 Q. Okay.
6 A. And then we would give it a name, a new
7 name, because we duplicated the old name, and you
8 would select the IVR.
9 Q. Okay.
10 A. You would either load leads or use leads
11 that were already loaded, and then you would save
12 it and leave it there for the sales managers.
13 Q. I see. And then in order to begin the
14 campaign, is it accurate to say that some sales
15 manager would press a radio button somewhere in
16 Asteria to begin?
17 A. Yes.
18 Q. Okay. An IVR -- would it be accurate to
19 say that an IVR is sort of a package of recordings
20 and sort of choose your own adventure --
21 MR. BECKER: Objection to form.
22 MS. MacIVOR: Join.
23 MR. ZINK: Join.
24 BY MR. BURKE:

1 Q. Well, I'll withdraw the question and ask it
2 this way.
3 What are the components of an IVR?
4 A. There's a set of rules.
5 Q. Hm-hmm.
6 A. Like I explained -- or the example I used
7 before was the bank. You can have press one for
8 customer service, press two for finances. You
9 decide or you know what options are going to be
10 presented to the person you're calling or the
11 person calling in and those rules are one
12 component. The other component is a recording that
13 goes with those rules.
14 Q. Great.
15 As part of setting up a campaign, would
16 you also designate the days of the week and the
17 times of those days that you want the campaign to
18 run?
19 A. The sales managers would, yes.
20 Q. When Resort Marketing Group did outbound
21 IVR campaigns to prospective customers, who would
22 generally load the lead list into Asteria? Was it
23 you or someone else?
24 MR. BECKER: Objection to lack of foundation.

1 THE WITNESS: Could you --
2 MS. MacIVOR: Join.
3 THE WITNESS: Could you break that down?
4 BY MR. BURKE:
5 Q. Yeah. So I'm just wondering whose job it
6 was to load the lead list into Asteria as to a
7 campaign?
8 Who did that designation?
9 MR. BECKER: Same objection.
10 BY MR. BURKE:
11 Q. Was it you or was it somebody else or did
12 it depend?
13 MS. MacIVOR: Join.
14 THE WITNESS: I've done it before. It was
15 multiple people. I do not know everyone.
16 BY MR. BURKE:
17 Q. In -- so the calls go out. The IVR
18 calls -- and say it's a prerecorded IVR campaign to
19 prospective customers where there's a press one to
20 speak with a representative, okay?
21 A. Hm-hmm.
22 Q. Okay?
23 A. Yes. Sorry.
24 Q. And if somebody -- a recipient presses one,

23 (Pages 86 - 89)

1 generally, then what would happen?
2    A.   They would go to a live representative.
3    Q.   Okay.  And were those representatives
4 employees of quality re- -- Resort Marketing Group?
5    MR. BECKER:  Wrong case.
6    THE WITNESS:  I do not know.
7 BY MR. BURKE:
8    Q.   Well, did those calls get transferred to
9 telephones that were within Quality Resources --
10    MR. BECKER:  Wrong case again.
11 BY MR. BURKE:
12    Q.   Would those calls be transferred to
13 telephones that were within Resort Marketing's
14 building?
15    A.   Yes.
16    Q.   Okay.  But you don't have any understanding
17 as to who the operators were; is that right?
18    A.   That's correct.
19    Q.   Okay.  What sort of IT-related equipment
20 was available for the operators who received the
21 press ones?
22       Did they have phones?  Did they have
23 computers?  What did they have?
24    MS. MacIVOR:  Form.

1    MR. ZINK:  Join.
2    THE WITNESS:  Could you repeat that?
3 BY MR. BURKE:
4    Q.   Well, all right.  So there were some
5 telephones where press-one call recipients were
6 transferred, right?
7    A.   Yes, sir.
8    Q.   Okay.  Where were those located?
9    A.   At Resort Marketing Group.
10    Q.   Okay.  In Batavia or Geneva, right?
11    A.   Correct.
12    Q.   Okay.  And how many telephones were there
13 at the Batavia location to receive those calls,
14 roughly?
15    A.   10 to 15.
16    Q.   Okay.  And how about at the Geneva
17 location?
18    A.   About the same.
19    Q.   Were there any telephones that were not at
20 those two locations where calls were ever
21 transferred?
22    MR. BECKER:  Objection, lack of foundation.
23    MS. MacIVOR:  Join.
24    THE WITNESS:  I do not know.

1 BY MR. BURKE:
2    Q.   So -- well, did you ever hear about calls
3 maybe being transferred to other locations?
4    A.   Yes, sir.
5    Q.   Okay.  Did you ever hear about that there
6 might be a location in Nevada?
7    A.   No.
8    Q.   Or Arizona?
9    MR. ZINK:  Objection.
10    MS. MacIVOR:  Form; asked and answered.
11    THE WITNESS:  I do not believe so.
12 BY MR. BURKE:
13    Q.   Or anywhere out west?
14    MS. MacIVOR:  Form.
15    THE WITNESS:  Texas.
16    MS. MacIVOR:  Asked and answered.
17 BY MR. BURKE:
18    Q.   Texas.  Is there a city that you ever heard
19 of in Texas where calls might have been
20 transferred?
21    MR. BECKER:  Objection to the extent it calls
22 for speculation and lack of foundation.
23    MS. MacIVOR:  Join.
24    MR. ZINK:  Join.

1    THE WITNESS:  Dallas.
2 BY MR. BURKE:
3    Q.   Do you have any understanding of what sort
4 of call center might have been in Dallas?
5    MS. MacIVOR:  Form.
6    MR. ZINK:  Join.
7    THE WITNESS:  Could you be more specific?
8 BY MR. BURKE:
9    Q.   I mean, I'm just asking about the full
10 content of your knowledge as to any sort of call
11 center in Dallas.
12    MS. MacIVOR:  Form.
13    THE WITNESS:  It had phones.
14 BY MR. BURKE:
15    Q.   How many phones were there in Dallas?
16    A.   Seven to ten.
17    Q.   And what's the general time frame when
18 there were call -- phones located in Dallas?
19    A.   I'm not certain.
20    Q.   Okay.  If somebody received an IVR call
21 that had an option to press two if you want to be
22 put on the do-not-call list and that person pressed
23 two, what would happen?
24    A.   They would be transferred to a very

24 (Pages 90 - 93)

Page 94

1 specific extension within Asteria.
2          We worked -- or I worked with Asteria
3 to -- or they worked with me to add a field to
4 their system so that we could have our scrubbing
5 database system reach into the dialer system and
6 look for all of those press-twos, pull them out of
7 the dialer system, flag them as downloaded, flag
8 them as being flagged like we knew about that
9 number.
10          It would then go within -- I believe
11 it's multiple times per hour. It would upload into
12 the scrubbing application and remove those numbers
13 from the -- from the lists.
14  Q.  When you're running a campaign, is it
15 possible to review real-time or close to real-time
16 statistics on how the campaign is going?
17  A.  There are statistics on the campaign in
18 real-time, yes.
19  Q.  Okay. And do you have an understanding as
20 to whether data regarding the calls and the results
21 of the calls is maintained by Asteria?
22  MR. BECKER: Objection to lack of foundation.
23  MS. MacIVOR: Join.
24  THE WITNESS: Could you rephrase that?

Page 95

1 BY MR. BURKE:
2  Q.  Yeah. It's not meant to be -- I mean,
3 we've talked about reports. We've talked about
4 getting old data. It's sort of a general question.
5          Do you have an understanding as to
6 whether data regarding calls is stored by Asteria?
7  A.  Generally, I've had to search for numbers
8 and that data was there.
9  Q.  Okay. And under what circumstances would
10 you search for phone numbers?
11  MR. ZINK: Object to the form.
12  THE WITNESS: I would be asked to research a
13 phone number to see if our systems had made the
14 call.
15 BY MR. BURKE:
16  Q.  For example, if there was a complaint or
17 something?
18  MR. BECKER: Objection, form.
19  THE WITNESS: For any reason.
20  MS. MacIVOR: Join.
21 BY MR. BURKE:
22  Q.  Did it sometimes arise that you'd have to
23 look a phone number up because of a complaint?
24  A.  Yes.

Page 96

1  Q.  Did Resort Marketing Group ever record
2 calls -- outbound calls made with IVR?
3  MR. BECKER: Objection to form and foundation.
4  MS. MacIVOR: Join.
5  MR. ZINK: Join.
6  THE WITNESS: Yes.
7 BY MR. BURKE:
8  Q.  Okay. Were all calls recorded?
9  MR. BECKER: Objection to form and foundation.
10  MS. MacIVOR: Join.
11  THE WITNESS: No.
12 BY MR. BURKE:
13  Q.  Okay. Under what circumstances would all
14 or part of a call be reported?
15  A.  Training.
16  Q.  Okay. Can you explain what you mean?
17  A.  If they had someone -- if there was a
18 person who they wanted to make sure was doing what
19 they were supposed to be doing, they would record
20 that person's calls for the day and quality control
21 would go back through, listen to them and do what
22 they needed to do.
23  Q.  Are you aware of any way that an operator
24 or any person could intervene in a campaign and

Page 97

1 prevent an IVR from being called even though it was
2 part of the campaign and attend a phone call before
3 the IVR played?
4  MR. BECKER: Objection to form.
5  MR. ZINK: Objection.
6  MS. MacIVOR: Join.
7  MR. ZINK: Complex.
8  THE WITNESS: Can you break that down?
9 BY MR. BURKE:
10  Q.  What happens when you set up an IVR
11 prerecorded outbound campaign? Does it just make
12 those calls according to the parameters that were
13 designated at the beginning of the campaign or does
14 it do something different?
15  MR. BECKER: Objection to form.
16  MS. MacIVOR: Join.
17  THE WITNESS: It's my understanding it does
18 exactly what it's asked to do.
19 BY MR. BURKE:
20  Q.  Okay. Are you aware of any way to
21 interrupt a campaign?
22  MR. ZINK: Object to the form.
23  MR. BECKER: Join.
24  MS. MacIVOR: Join.

25 (Pages 94 - 97)

Page 98

1    THE WITNESS:  Yes.
2 BY MR. BURKE:
3    Q.   Okay.  What are the different ways to
4 interrupt a campaign?
5    A.   There's a stop button.
6    Q.   Did you ever stop a campaign?
7    A.   Yes.
8    Q.   Okay.  Did it happen a lot?
9    A.   No.
10   MR. ZINK:  Objection to form.
11   MR. BECKER:  I object to form also.
12   MS. MacIVOR:  Join.
13 BY MR. BURKE:
14   Q.   Under -- under what circumstances did you
15 sometimes stop campaigns?
16   A.   Connectivity to the phones were disrupted.
17 Internet access was not available to the sales
18 manager.  I would be asked to stop the campaign.
19   Q.   What did the sales manager use the Internet
20 for having to do with campaigns?
21   A.   I do not know.
22   Q.   Do you have any understanding at all as the
23 IT guy as to what these people -- well, I'll back
24 up for a second.

Page 99

1        Are the sales manager employees some --
2 employees that you support as the IT guy?
3    MR. ZINK:  Object to the form.
4    THE WITNESS:  I support their equipment, yes.
5 BY MR. BURKE:
6    Q.   Okay.  You also support their access to
7 Asteria?
8    A.   Yes.
9    Q.   Okay.  And is there any aspect of sales
10 managers' IT over the past five years that you
11 weren't in charge of?
12   A.   No.
13   Q.   Okay.  Please tell me what aspect of sales
14 managers' IT over the last five years you were not
15 in charge of.
16   A.   I worked for Rich Borst during that time
17 period.
18   Q.   Okay.  Other than when you -- when
19 Rich Borst was in charge, any other exceptions to
20 the statement that you were in charge of the sales
21 managers' IT?
22   A.   No.
23   Q.   And, in fact, when Rich Borst was there,
24 you were also assisting with IT support for sales

Page 100

1 managers, right?
2    A.   Yes.
3    MR. ZINK:  Objection, form.
4    MS. MacIVOR:  Join.
5        You plan on taking a break for lunch,
6 Alex?
7    MR. BURKE:  Yeah, we can take a break.  You want
8 to go off the record for a second --
9    MS. MacIVOR:  Sure.
10   MR. BURKE:  -- talk about it.
11   MS. MacIVOR:  Sure.
12       (Discussion off the record.)
13   MR. BURKE:  Well, let's go back off.
14       (Whereupon, a luncheon
15        recess was taken to resume
16        at 1:45 p.m.)
17 BY MR. BURKE:
18   Q.   Okay.  You testified at the beginning of
19 the day that when you began at Resort Marketing,
20 you were working on a website, right?
21   A.   Correct.
22   Q.   And the website had to do with existing
23 customers, no?
24   A.   Correct.

Page 101

1    Q.   Was there a database behind that website
2 that kept track of the existing customers and who
3 they were and their information?
4    A.   There was.
5    Q.   Was that the same database as the -- the
6 CRM database that we discussed earlier?
7    A.   It was not.
8    Q.   Okay.  What is that database that you
9 worked with on the back end of that website?
10   A.   It was a database that once a member was
11 added to the CRM system, there was a link which
12 pushed it up into the website's database which
13 allowed them to create an ID and password.
14       Once they -- if they were in the -- if
15 they were pushed into the web system, they were
16 asked to activate when they came to the system.
17 There were a couple of pieces of data that they had
18 to have.  It was their zip code and their member
19 number.
20       And they would plug that in and that
21 would look and see if they were in the system or
22 not -- in the web system or not.  And if they were
23 already in there, they could log in.  If they
24 weren't, it had to create a user name and password

26 (Pages 98 - 101)

1 onto the website so that they could log into the
2 website to get to the travel features that would
3 allow them to book travel, airfare, car rental,
4 request promotions, submit a contact form to our
5 people.
6   Q.  So would it be accurate to say that there
7 was another database of existing customer
8 information other than the CRM?
9   A.  Yes.
10   MR. BECKER:  Objection to form.
11   THE WITNESS:  Sorry.
12   MS. MacIVOR:  Join.
13   THE WITNESS:  Yes.  A small amount of
14 information.  Member number, their zip code, their
15 user name and password.
16 BY MR. BURKE:
17   Q.  And that database interacted with the
18 CRM -- I think you testified that the data is
19 pushed from the CRM to the website; is that right?
20   A.  That is what I said, yes.
21   Q.  Okay.  How did you write -- how did you get
22 that information to push from the CRM to the
23 website?
24   A.  I did not.

1   Q.  How was it done?
2   A.  I believe it was done through the
3 Business Basic system by Richard Borst.
4   Q.  Other than the CRM and this other database,
5 are you aware of any other locations of data where
6 customer data exists?
7   MR. BECKER:  Objection to form and
8 mischaracterization of the testimony.
9   MS. MacIVOR:  Join.
10   MR. ZINK:  Join.
11   THE WITNESS:  Could you repeat, please?
12 BY MR. BURKE:
13   Q.  Other than these two sources that we've
14 talked about today, the CRM and the website
15 database, do you know of any other sources of data
16 where there might be a customer list for
17 Resort Marketing?
18   MR. BECKER:  Objection to form.
19   MS. MacIVOR:  Join.
20   MR. ZINK:  Join.
21   THE WITNESS:  I do not.
22 BY MR. BURKE:
23   Q.  If you could have a look back at Exhibit A,
24 please.  Looking at the -- one, two -- the third

1 and fourth gray line from the top, second column.
2   A.  This one?
3   Q.  (Nodding.)
4   A.  Yes, sir.
5   Q.  No, this one.  Campaign.
6   MR. BECKER:  Is this the one immediately above
7 the blacked-out area?
8   MR. BURKE:  Yeah.
9 BY MR. BURKE:
10   Q.  I see that there are numbers designated
11 with the campaigns.  Do you see that?
12   A.  I do.
13   Q.  Okay.  Do those numbers correspond with
14 calling campaigns?
15   A.  I would think so, yes.
16   Q.  Okay.  What is your understanding of, for
17 example, what it means to be Campaign 1410?
18   MR. BECKER:  Objection to form.
19   MS. MacIVOR:  Join.
20   MR. ZINK:  Join.
21   THE WITNESS:  That there's a campaign in the
22 system with an ID of 1410.
23 BY MR. BURKE:
24   Q.  Okay.  And I think we established earlier

1 that a campaign is something that Asteria runs just
2 like you tell it to run, right?
3       You set the parameters of the campaign
4 and then it makes calls based upon those parameters
5 until it's finished or until you tell it to stop;
6 is that right?
7   MR. BECKER:  Objection to form.
8   MS. MacIVOR:  Join.
9   MR. BECKER:  Compound.
10   THE WITNESS:  Correct.
11 BY MR. BURKE:
12   Q.  So if we had a recording of the initial
13 recording of an IVR from Campaign 1410, would it be
14 reasonable to understand that that initial part of
15 the IVR, the initial recording, was played for
16 every call that answered?
17   A.  No.
18   Q.  Why not?
19   A.  Because, as often happened, they could stop
20 the campaign right in the middle of it and offer
21 another incentive if that particular incentive was
22 not working.
23       They could actually stop it for any
24 number of reasons and then change out the recording

27 (Pages 102 - 105)

1 for whatever reason the sales manager wanted.

2 Q. Do you have any information that would

3 suggest that Campaign 1410 was stopped for any

4 reason?

5 MR. BECKER: Objection to form; lack of

6 foundation; calls for speculation.

7 MS. MacIVOR: Join. And lack of predicate.

8 MR. ZINK: Join.

9 THE WITNESS: I don't know how you would tell

10 that.

11 BY MR. BURKE:

12 Q. Okay. So do you have any information that

13 Campaign 1410 was stopped or altered for any

14 reason?

15 MR. BECKER: Same objection. Form; foundation;

16 calls for speculation.

17 MS. MacIVOR: Join. Lack of predicate.

18 MR. ZINK: Join.

19 THE WITNESS: I do not have that information.

20 BY MR. BURKE:

21 Q. Same question for Campaign 505, going down

22 the column here, 422, 610 or 238. Do you have any

23 information that any of those campaigns were

24 stopped for any reason or altered in the middle for

1 any reason?

2 MR. BECKER: Objection, form; foundation; lack

3 of -- or calls for speculation.

4 MS. MacIVOR: Join. Lack of predicate.

5 MR. ZINK: Join.

6 THE WITNESS: I don't know of any way to tell

7 that answer.

8 BY MR. BURKE:

9 Q. So you do not have that information, right?

10 A. I do not have that information.

11 Q. Okay. Do you know where one could find

12 such information?

13 A. I do not. I would have to ask an expert.

14 Q. Who -- if you were to ask an expert, who

15 would you ask, someone at Asteria?

16 A. Yes.

17 MR. BECKER: Objection to form of the question,

18 lack of foundation.

19 MR. ZINK: Objecting to speculation.

20 MS. MacIVOR: Join.

21 THE WITNESS: Yes.

22 BY MR. BURKE:

23 Q. Would you call Dan Gregg or would you call

24 a general number?

1 What would you do?

2 MS. MacIVOR: Form.

3 MR. BECKER: Join.

4 MR. ZINK: Join.

5 THE WITNESS: I would call the general number,

6 get to their reception. They would take

7 information and then you would get a call back.

8 BY MR. BURKE:

9 Q. When you design a campaign or you implement

10 a campaign, one of the things I think we talked

11 about that has to be done is that you draw upon a

12 file of leads; is that right?

13 A. Can you restate that?

14 Q. When you put together a campaign, isn't one

15 of the things you have to do to designate a file of

16 leads?

17 A. Yes, you have to add leads to the campaign.

18 Q. Okay. Can you add multiple files of leads

19 or -- I guess I'll ask it this way:

20 Where do the leads -- where do the leads

21 reside at Resort Marketing?

22 A. They're in our marketing directory. It's

23 where all the original lead files were collected

24 from all of the vendors over time. And they are in

1 our scrubbing application which is where we pull

2 from before we put them into the dialer.

3 Q. And are they in -- well, how are these

4 leads organized? Are they in individual files?

5 Are they in one big file?

6 A. They're in a bunch of very large what we

7 term "batches."

8 Q. Okay. Are the batches organized in any

9 way?

10 A. They're organized by names.

11 Q. By the name of the file?

12 A. No, sir.

13 Q. What do you mean by "names"?

14 A. When the leads -- when the lead files that

15 reside in the marketing directory -- there were so

16 many of them, lots of them. They've been given to

17 you guys -- to counsel.

18 Those files, there were thousands upon

19 thousands upon thousands of files with all

20 different types or amounts of data per lead

21 purchased from the vendors.

22 It was too much data to begin with, and

23 there's -- what we did is we took them -- we had a

24 group of people open up the files one at a time,

28 (Pages 106 - 109)

Page 110

1 pull out the phone numbers, add those phone numbers
2 from that particular column into another file to
3 make a larger file.
4      They saved that file and then that file
5 was uploaded into the scrubbing system -- they
6 saved those files. It's not a singular file. It's
7 15, 20, 30, 40 files of different sizes to create a
8 bigger file with just phone numbers in it to then
9 scrub against duplication, do not call, things like
10 that, and then put them into the scrubbing
11 application.
12      At that point in time, there was
13 hundreds -- it went from tens of thousands, if not
14 more, files to hundreds upon hundreds of batches of
15 various size. Then those files -- because some
16 batches had less than others, those were then again
17 consolidated over the years until there is a few
18 hundred of them rather than a few thousand of them.
19   Q.  So what exists today?
20      So you have -- would it be accurate to
21 say the original pre-consolidation files still
22 exist today?
23   A.  Yes.
24   Q.  And then as I understood it, those -- the

Page 111

1 phone numbers from those files were taken and put
2 into another file with just one column; is that
3 right?
4   A.  Correct.
5   Q.  And was that one giant file with one column
6 or is that like different batches of files with one
7 column?
8   A.  I wasn't there when they were doing that.
9 I know there were several people that would open up
10 files, and it was too inefficient to upload the
11 files one at a time. So they would open up each
12 file, pull out the column of phone numbers and put
13 it into another file, a CSV file. And then they'd
14 close that, open the next file, whatever directory
15 they were on.
16      The marketing directories vary in --
17 many directories, many files. Thousands upon
18 thousands. So they opened up each one one at a
19 time, pulled out the phone number column, put it
20 into a common CSV file. And I don't know how many
21 of those they put in. I just know that they
22 created a file of a decent size.
23      They then saved that file. They then
24 went through the process of uploading that

Page 112

1 particular consolidated file into the scrubbing
2 system so that all of those numbers that were in
3 that file could be scrubbed and deduped.
4   Q.  And then -- and so then after they were run
5 through the scrub and deduped -- deduping process,
6 the end result was a clean set of single column,
7 deduped, DNC scrubbed phone numbers?
8   A.  Yes.
9   Q.  Okay. Is there like a file folder where
10 all those reside?
11   A.  Those are in a database online.
12   Q.  Okay. What database are those in?
13   A.  I don't have a name for it.
14   Q.  Okay.
15   A.  It's a Microsoft SQL server database.
16   Q.  Okay. Is that a different database than
17 the one that was produced with the dialer call
18 records in it?
19   A.  Yes.
20   Q.  What -- can you tell me again what you call
21 that, please?
22   A.  The scrubbing database.
23   Q.  Does that database only have a single table
24 with phone numbers in a single column or is there

Page 113

1 more information in it than just that?
2   MS. MacIVOR:  Form.
3   MR. BECKER:  Objection to form.
4   MR. ZINK:  Join.
5   THE WITNESS:  Could you repeat that question?
6 BY MR. BURKE:
7   Q.  I'm just -- this is a roundabout way of
8 saying, other than phone numbers, what else is in
9 that database?
10   A.  Nothing.
11   Q.  Okay. And how many tables are in the
12 database?
13   MR. BECKER:  Objection to form.
14   MR. ZINK:  Join.
15   THE WITNESS:  I don't know.
16   MS. MacIVOR:  Join.
17 BY MR. BURKE:
18   Q.  Would it be accurate to say that those
19 tables -- I'll start over.
20      Does the database contain any
21 information at all other than phone numbers?
22   MR. BECKER:  Objection to form.
23   MS. MacIVOR:  Join.
24   MR. ZINK:  Join.

29 (Pages 110 - 113)

1  THE WITNESS:  No.
2 BY MR. BURKE:
3   Q.  So it doesn't contain, for example,
4 information about whether the phone number was ever
5 called, right?
6   A.  Correct.
7   Q.  Okay.  And it doesn't contain information
8 as to whether the phone number pertains to an
9 existing customer; is that right?
10  MS. MacIVOR:  Form.
11  THE WITNESS:  It only contains phone numbers,
12 yes -- or could you repeat the question?  I
13 apologize.
14 BY MR. BURKE:
15   Q.  I'll ask it a different way.
16    Is there any way that the scrubbing
17 database might contain existing customer phone
18 numbers?
19  MR. BECKER:  Objection to form and foundation.
20  MS. MacIVOR:  Join.  Lack of predicate.
21  THE WITNESS:  I don't know.
22 BY MR. BURKE:
23   Q.  Well, did -- is there any process that
24 Resort Marketing has ever used to try to avoid

1 calling existing customers --
2  MS. MacIVOR:  Form.
3 BY MR. BURKE:
4   Q.  -- with --
5  MS. MacIVOR:  Oh, sorry.
6   Q.  -- calls that were designed for prospective
7 customers?
8  MS. MacIVOR:  Form.
9  THE WITNESS:  I do not know.
10 BY MR. BURKE:
11   Q.  Have you ever talked to anybody about the
12 idea that maybe you wouldn't want to bother
13 existing customers with a call asking them to
14 become a customer?
15   A.  I have not.
16   Q.  Have you ever considered, in your job as
17 the person who's in charge of IT, the idea that one
18 might not want to bother one's existing customers
19 with robo-calls designed for noncustomers?
20  MR. ZINK:  Objection, form.
21  THE WITNESS:  Could you repeat, please?
22    (Record read as requested.)
23  THE WITNESS:  I have not.
24 BY MR. BURKE:

1   Q.  If one wanted to look up Mr. Charvat's
2 phone number, the 614 number, to figure out if that
3 phone number was associated with an existing
4 customer, what would one do?
5  MR. BECKER:  Objection to form.
6  MS. MacIVOR:  Join.
7  MR. BECKER:  Foundation.
8  MR. ZINK:  Join.
9  THE WITNESS:  Ask the membership department.
10 BY MR. BURKE:
11   Q.  Who's the membership department?
12  MS. MacIVOR:  Form.
13  THE WITNESS:  I don't know the names of the
14 people.
15 BY MR. BURKE:
16   Q.  Does the membership department have any
17 tools that you're aware of that they could use to
18 check to see whether a phone number is associated
19 with an existing customer?
20   A.  I believe so.
21   Q.  Okay.  Would those be IT-type tools that
22 you are in charge of --
23  MR. BECKER:  Objection to the form of the
24 question.

1 BY MR. BURKE:
2   Q.  -- or something different?
3  MS. MacIVOR:  Join.
4  MR. ZINK:  Join.
5  THE WITNESS:  They would be the CRM application,
6 the Business Basic application that we discussed.
7 BY MR. BURKE:
8   Q.  Okay.  And you -- to be clear, this is an
9 application that you're in charge of, right?
10  MR. BECKER:  Objection to form.
11  MS. MacIVOR:  Join.
12  MR. ZINK:  Join.
13  THE WITNESS:  Not really.
14 BY MR. BURKE:
15   Q.  Who's in charge of the CRM database?
16  MR. BECKER:  Objection, form.
17  MS. MacIVOR:  Join.
18  THE WITNESS:  It's an odd question.
19 BY MR. BURKE:
20   Q.  Explain.
21   A.  As we said in the interview -- I believe
22 you were on the other end of that -- the
23 Business Basic software itself was written on a
24 platform that is before my time.  It's a very

30 (Pages 114 - 117)

Page 118

1 archaic, to me, complicated system that I cannot
2 and have never written programming to do any of the
3 CRM application that the company uses. It's always
4 been a big black hole for me.
5     So, yes, I am in charge of it, per se,
6 because of inheritance I would say from Rich Borst,
7 but I've never been in charge of it to the point
8 where I can do anything with it.
9  Q.  Well, there's an -- there's an interface,
10 right, with the users that's still being used,
11 isn't there?
12  MR. BECKER:  Objection to form; mischaracterizes
13 testimony.
14  MS. MacIVOR:  Join.
15  THE WITNESS:  Yes.
16 BY MR. BURKE:
17  Q.  Okay.  Have you ever seen that interface?
18  A.  I have.
19  Q.  Okay.  Have you ever used that interface?
20  A.  In passing.
21  Q.  Okay.  What does it look like?
22  A.  Looks like a basic application.
23  Q.  The portion of the program that people use
24 every day looks like a basic application?

Page 119

1  A.  Yes.
2  Q.  Okay.  Can you describe to me in layman's
3 terms what that means?
4  A.  Text-based menu.  They log into the system.
5 It's got a window.  They log in with their ID and
6 their password.  Based on that, they have certain
7 options that they were given.
8     Those different options allow them to go
9 into the different parts of the CRM, and they look
10 just like any basic application.  Drop-down menus,
11 text field boxes, things like that.
12  Q.  Okay.  So is it possible to do a query
13 through the general user interface?
14  A.  I do not believe so.
15  Q.  Who would know the answer to that question?
16  MR. BECKER:  Objection, calls for speculation;
17 lack of foundation.
18  MS. MacIVOR:  Join.  Lack of predicate.
19  MR. ZINK:  Join.
20  THE WITNESS:  Rich Borst.
21 BY MR. BURKE:
22  Q.  Anyone else who would know that
23 information, for example, somebody who uses it day
24 to day?

Page 120

1  A.  I don't use it day to day.  I do not know.
2  Q.  How many employees does Resort Marketing
3 have?
4  MR. BECKER:  Lack of foundation.
5  MS. MacIVOR:  Join.
6  THE WITNESS:  I don't know.
7 BY MR. BURKE:
8  Q.  How big is the building where it's
9 currently located?
10  A.  I'm not very good with sizes.  Several
11 thousand square feet.
12  Q.  I mean, do you think that Resort Marketing
13 has a thousand employees?
14  A.  No, sir.
15  Q.  Do you think they have ten employees?
16  MS. MacIVOR:  Form.
17  MR. BECKER:  Join.
18  THE WITNESS:  Yes.
19 BY MR. BURKE:
20  Q.  Do you think that they have 40 employees?
21  MS. MacIVOR:  Form.
22  THE WITNESS:  I do not know.
23 BY MR. BURKE:
24  Q.  Do you have any understanding at all how

Page 121

1 large the CRM database is?
2  A.  I do not.
3  Q.  Do you have any idea at all how many
4 customers are in the CRM database?
5  A.  I do not.
6  Q.  If you wanted to know that information, who
7 would you ask?
8  A.  I would ask Richard Borst.
9  Q.  When did Mr. Borst stop working at
10 Resort Marketing?
11  A.  I believe at the end of 2011.
12  Q.  Okay.  So Rich Borst hasn't been there for
13 like three or four years.  I mean, have you called
14 Mr. Borst to talk about the CRM database in the
15 last three or four years?
16  A.  I have not.
17  Q.  Okay.  So in the past three or four years,
18 if you had a question about this CRM database, who
19 would you call to ask or walk over to talk to?
20  MR. BECKER:  Objection to form; incomplete
21 hypothetical; calls for speculation.
22  MS. MacIVOR:  Join.
23  MR. ZINK:  Join.
24  THE WITNESS:  Could you please repeat?

31 (Pages 118 - 121)

1 THE REPORTER: Question: Okay. So in the past
2 three or four years, if you had a question about
3 this CRM database, who would you call to ask or
4 walk over to ask?
5 THE WITNESS: No one.
6 MR. BURKE: Here's the next exhibit.
7 (Whereupon, Smith Deposition
8 Exhibit C was
9 marked for identification
10 as of this date.)
11 BY MR. BURKE:
12 Q. Okay. I've handed you what's been marked
13 as Exhibit C. Do you see that?
14 A. Yes, sir.
15 Q. Do you have any understanding or idea what
16 this document is?
17 A. I do.
18 Q. Okay. What is it?
19 A. This is a screenshot of the application
20 that was written to allow someone to search the
21 dialer, the phone systems and the lead scrubbing
22 application for phone numbers.
23 Q. Okay. So it's a custom search then that
24 searches three different locations; is that right?

1 A. Yes.
2 Q. Okay. When was that -- when was this
3 program written?
4 A. This is the same program as this.
5 Q. Oh, Exhibit C is the same program as
6 Exhibit A --
7 A. Yes, sir.
8 Q. -- is that right?
9 Okay. Would these documents normally be
10 together in a report?
11 MR. BECKER: Objection to form.
12 MS. MacIVOR: Join.
13 THE WITNESS: Could you -- I didn't understand.
14 BY MR. BURKE:
15 Q. So what's -- what's the difference between
16 Exhibit A and Exhibit C other than they're
17 different pages?
18 A. The top of Exhibit C is the only
19 difference.
20 Q. And for the record, Exhibit A is
21 Travel Services Bates No. 4605 and Exhibit C is
22 Travel Services Bates No. 037.
23 Would you say that Exhibit A and
24 Exhibit C are results of separate queries?

1 MR. BECKER: Objection to form.
2 MS. MacIVOR: Join.
3 MR. ZINK: Join.
4 THE WITNESS: I don't understand.
5 BY MR. BURKE:
6 Q. I don't either. I'm trying to get an idea
7 of what these two documents are?
8 So, I mean, do you think that the
9 programs spit them out at the same time or are they
10 the result of two separate requests to the program?
11 MR. BECKER: Objection to form.
12 MS. MacIVOR: Join.
13 MR. BECKER: Foundation.
14 MR. ZINK: Join.
15 MR. BECKER: Incomplete hypothetical.
16 MS. MacIVOR: Predicate.
17 THE WITNESS: I don't know.
18 BY MR. BURKE:
19 Q. Really?
20 MR. BECKER: Alex, come on.
21 MR. ZINK: Objection.
22 MR. BECKER: Harassment. It's not even a
23 question. There's different data on both of these
24 pages, Alex.

1 MR. BURKE: Yeah, I'm trying to get an idea of
2 what these are.
3 MR. BECKER: How come they necessarily have to
4 be related to each other? I'm confused -- do you
5 want to go off the record and talk about it for a
6 second?
7 MR. BURKE: No.
8 MR. BECKER: I'm confused, though.
9 MR. BURKE: No, I'm asking what these are. I
10 just want to know what they are.
11 BY MR. BURKE:
12 Q. Please tell me what Exhibit A and Exhibit C
13 are.
14 What are they?
15 MS. MacIVOR: Form; asked and answered.
16 MR. ZINK: Join.
17 THE WITNESS: This is an application that was
18 created with the help of Asteria -- Dan Gregg, I
19 believe, is the name -- to allow our people to type
20 in a ten-digit phone number and produce a search
21 result that would tell us whether or not we had
22 called that person.
23 BY MR. BURKE:
24 Q. Okay. When you do that kind of search --

32 (Pages 122 - 125)

1    MS. MacIVOR: That's Exhibit A just for the
2 record --
3    THE WITNESS: That's --
4    MS. MacIVOR: -- that you just --
5    THE WITNESS: Both.
6    MR. BECKER: He's indicating that these both
7 come from the screenshot of the same application.
8    MS. MacIVOR: Okay. Just wanted to clarify
9 that.
10   THE WITNESS: Yes. They're the same thing.
11   MS. MacIVOR: Okay.
12 BY MR. BURKE:
13   Q. So there are some differences between the
14 two?
15   MR. BECKER: Object to form.
16 BY MR. BURKE:
17   Q. For example, Exhibit C says --
18   MS. MacIVOR: Move to strike the gratuitous
19 comment.
20 BY MR. BURKE:
21   Q. Exhibit C says, Add to master DNC, but I
22 don't see that on Exhibit A. Do you?
23   A. I do not.
24   Q. Okay. So I'm trying to get an idea of why

1 these two different documents look different.
2    A. I didn't collect these documents.
3    Q. Okay.
4    A. But my opinion is that you're just missing
5 the top. That's what I was saying.
6    Q. So maybe -- are you saying that maybe if
7 you taped them together, they would make a
8 complete --
9    MS. MacIVOR: Form.
10 BY MR. BURKE:
11   Q. -- document?
12   A. No.
13   Q. Okay. What are you saying?
14   A. I'm saying specifically that this is the
15 result --
16   MR. BECKER: Which exhibit are you looking at,
17 Exhibit C?
18   THE WITNESS: Exhibit C.
19   MR. BECKER: Okay.
20   THE WITNESS: I'm saying specifically that
21 what's below the last button, add to master, do not
22 call is a result set, a result set for a phone
23 number that was queried. Exhibit A is also a
24 result set.

1 BY MR. BURKE:
2    Q. So is it accurate to say that on Exhibit C,
3 each of those two box -- boxes is like a button?
4    A. Could you specify the boxes? I see
5 several.
6    Q. Find number in system?
7    A. Yes, sir.
8    Q. Add to master DNC?
9    A. Yes, sir.
10   Q. Those are both buttons?
11   A. Yes, sir.
12   Q. So is this a screenshot?
13   MR. BECKER: Objection, asked and answered.
14   THE WITNESS: This appears --
15   MS. MacIVOR: Join.
16   THE WITNESS: -- to be a screenshot, yes.
17 BY MR. BURKE:
18   Q. Is Exhibit A a screenshot?
19   A. I don't know. It looks different.
20   Q. Yeah, that's just what I'm trying to figure
21 out, what these are.
22   MR. BURKE: Hey, Mike, do you have an
23 understanding of what these are, as a meet and
24 confer?

1    MR. ZINK: I don't know. I'd have to -- we can
2 meet and confer about it. I'll have to look at my
3 old notes and see if I have anything else to add.
4       Maybe this one was -- Exhibit C, I
5 think, was produced several years ago. So I'd have
6 look at my old notes and see exactly what I have
7 on.
8    MR. BECKER: Wasn't there an unredacted version
9 produced at some point without, like, the black-out
10 on here?
11   MR. ZINK: As I recall, there was.
12   MR. BECKER: Because, I mean, I'm just trying
13 to --
14   MR. ZINK: I just think --
15   MR. BECKER: -- different data on the two. It's
16 not the same search. It looks like it's got
17 different information.
18   MR. ZINK: I think exhibit --
19   MR. BECKER: I mean, I can put my arms in the
20 air, too, exasperated, Alex, but there's different
21 campaign numbers. There's different dates. I
22 don't know -- and they're produced 4,500 pages
23 apart.
24   MR. BURKE: I understood and had the expectation

33 (Pages 126 - 129)

1 that if I asked the person in charge of IT at
2 Resort Marketing what these were, I would get an
3 answer.
4     MR. BECKER:  But you're asking him to tell you
5 that they're the same document, essentially.
6 They're from the same search.
7     MR. BURKE:  No, that wasn't my question --
8     MR. BECKER:  That's how I took it.  That's not
9 what he said.  He said they're just screenshots
10 from the same application.
11 BY MR. BURKE:
12   Q.  Have you ever done a query on this
13 application relating to Exhibit A or Exhibit C?
14   A.  What in Exhibit A or Exhibit C?
15   Q.  Anything.
16   A.  I have done a query on this application.
17   Q.  Tell me what you did.
18   A.  I was asked -- I was given a ten-digit
19 phone number to find out if we had made a phone
20 call to that ten-digit phone number.
21   Q.  Okay.  So you get somebody walks up to you
22 or probably you get an e-mail, right, saying, Hey,
23 can you look up this number, right?
24   A.  Correct.

1   Q.  Okay.  So then what did you do?
2   A.  I typed it into the application.
3   Q.  Okay.  Did you have to open the application
4 like on Windows and click on something?
5   A.  Yes.
6   Q.  Okay.  What did you click on?  What's it
7 called?
8   A.  Log in.
9   Q.  Log in for this particular program, right?
10   A.  This particular program is part of the
11 scrubbing application.
12   Q.  Okay.  So it runs -- okay.  I'm going to
13 take a step back for a second.
14      I am now aware of three major
15 applications that are being used at
16 Resort Marketing.  The first is Asteria, which
17 makes phone calls.  Is that a system that they use?
18     MS. MacIVOR:  Form.
19     MR. BECKER:  Objection to form.
20     MR. ZINK:  Join.
21     THE WITNESS:  Resort Marketing Group did use the
22 Asteria system.
23 BY MR. BURKE:
24   Q.  Great.  Then there's a CRM database of

1 existing customers, right?
2   A.  Yes.
3   Q.  Okay.  Does that also contain information
4 about former customers?
5   A.  I do not know.
6   Q.  Do you know who would know?
7   A.  Beth Valente.
8   Q.  And then there's this scrubbing
9 application.  Are there any other applications that
10 Resort Marketing uses that relate to leads or
11 making outbound phone calls?
12     MR. BECKER:  Objection to form.
13     MS. MacIVOR:  Join.
14     THE WITNESS:  Outbound hand-dialed phone calls?
15 BY MR. BURKE:
16   Q.  Outbound --
17   A.  Predictive calls?
18   Q.  Outbound Asteria calls.
19     MR. BECKER:  Objection to form.
20     MS. MacIVOR:  Join.
21     MR. ZINK:  Join.
22     THE WITNESS:  No.
23 BY MR. BURKE:
24   Q.  Okay.  And does the scrubbing application

1 run sort of on top of Asteria or is it like a
2 standalone application?
3   A.  It does not run on top of Asteria.
4   Q.  Is it standalone or is it -- how would you
5 describe it?
6   A.  A standalone application.
7   Q.  Okay.  Looking at Exhibit C at the top, I
8 see some -- four rows.  First one says, Search web
9 leads DB.  Do you see that?
10   A.  Yes.
11   Q.  The second says, Search call center DB,
12 right?
13   A.  Yes.
14   Q.  The third says, Search dialer slave DB; is
15 that right?
16   A.  Correct.
17   Q.  And the fourth says, Search dialer lead
18 pools DB, right?
19   A.  Yes.
20   Q.  Do each of those refer to a different
21 database?
22   A.  No.
23   Q.  Okay.  What do those refer to?
24   A.  The first one, web leads DB, refers to the

34 (Pages 130 - 133)

1  scrubbing application itself.  The next three refer
2  to the dialer application.
3      Q.   Okay.  What is the difference between call
4  center DB, search dialer slave DB and search dialer
5  lead pool DB?
6      A.   It's been a long time since I worked with
7  Asteria on this application.  It is my recollection
8  that those are different tables in that system to
9  find different bits of data.
10     Q.   Okay.  Do you have any understanding of
11 what the call center DB bits of data are?
12     A.   Those would be when the people pressed one
13 and they were routed to a live operator, I believe
14 those would be those bits.
15     Q.   And then how about the dialer/slave DB,
16 what does that refer to?
17     A.   That refers to the dialer's database.
18     Q.   Okay.  Just generally?
19     A.   Yes.
20     Q.   Okay.  How about the dialer lead pools?
21     A.   That also refers to the dialer database.
22 That's where it's a different table, I believe.
23     Q.   If we asked Asteria to help us understand
24 this stuff a little better, do you think they'd be

1  able to do that?
2      MR. BECKER:  Objection to form; foundation;
3  calls for speculation.
4      MS. MacIVOR:  Join.
5      MR. ZINK:  Join.
6      THE WITNESS:  I do.
7  BY MR. BURKE:
8      Q.   Are you aware that some of the IVR messages
9  that were used by Resort Marketing mentioned
10 Carnival Cruise?
11     A.   Yes.
12     Q.   How did you become aware of this?
13     A.   We have many different types of incentives,
14 one of them being a cruise.
15          I know in testing, when we were setting
16 this up, we tested different recordings to our own
17 cell phones to make sure that everything worked and
18 I recall hearing a Carnival Cruise being mentioned.
19     Q.   What about Royal Caribbean?
20     A.   I -- I don't recall.
21     Q.   What about Norwegian Cruise Lines?
22     A.   I don't recall.
23     Q.   You testified a little while ago that
24 sometimes you would stop campaigns because the

1  Internet was out, right?
2      A.   Yes.
3      Q.   And then you testified that sometimes you
4  would stop a campaign to alter the IVR; is that
5  right?
6      A.   Yes.
7      Q.   Do you have any recollection of what
8  campaigns you stopped to alter the IVR?
9      A.   No.
10     Q.   Do you know of any record that exists or
11 might exist that would tell us what IVR was used
12 during what call?
13     MR. BECKER:  Objection, lack of foundation.
14     MS. MacIVOR:  Join.
15     THE WITNESS:  I did not.
16     MR. ZINK:  Join.
17 BY MR. BURKE:
18     Q.   Would Asteria maybe know that information?
19     MR. BECKER:  Objection, calls for speculation.
20     MS. MacIVOR:  Join.
21     MR. ZINK:  Join.
22     THE WITNESS:  I don't know.
23 BY MR. BURKE:
24     Q.   Can you think of anyone that might know the

1  information other than Asteria?
2      MR. BECKER:  Objection, foundation; calls for
3  speculation.
4      MS. MacIVOR:  Join.
5      MR. ZINK:  Join.
6      THE WITNESS:  No.
7  BY MR. BURKE:
8      Q.   Are you aware that one can -- now that
9  we've seen the interface in Exhibit B for Asteria,
10 does this refresh your recollection as to whether
11 it's possible to pull up a list of past campaigns?
12     A.   It does not.
13     Q.   So as you sit here today, you have no idea
14 whether it's possible to pull up a list of past
15 campaigns using Asteria; is that right?
16     MR. BECKER:  Objection to form.
17     MS. MacIVOR:  Join.
18     MR. ZINK:  Join.
19     THE WITNESS:  That is correct.
20 BY MR. BURKE:
21     Q.   Do you recall ever having done so in the
22 past?
23     A.   No.
24     MR. BURKE:  Okay.  I think I'm almost finished

35 (Pages 134 - 137)

1 for today. I'm going to make a phone call. We're
2 going to -- well, I'd like to take a quick break.
3    MR. BECKER: Why don't we go off record then.
4       (Recess taken.)
5 BY MR. BURKE:
6    Q. I think you testified a few minutes ago
7 that you oftentimes changed the incentive in the
8 middle of a robo-call campaign; is that right?
9    A. Correct.
10   Q. Okay. Now, you're not a marketing person,
11 right?
12   MR. BECKER: Objection, form.
13   THE WITNESS: I am --
14   MS. MacIVOR: Join.
15   THE WITNESS: I am not.
16 BY MR. BURKE:
17   Q. Okay. When you changed the incentives, did
18 it typically happen that somebody asked you to do
19 that?
20   A. Yes.
21   Q. Okay. And who asked you to do that?
22   A. Benny Aguilara.
23   Q. Okay. By e-mail?
24   A. Sometimes.

1    Q. Okay. Other times, how did he do it?
2    A. Phone call.
3    Q. Okay. And if he did it -- what would Benny
4 have to tell you in order to direct you to change
5 the incentive; what would such a phone call or
6 e-mail say?
7    A. It would depend.
8    Q. Okay.
9    A. It would depend on a number of things.
10       If it was an incentive where the
11 recording had already been made and was already
12 preexisting in the system, then he would just say,
13 Please put this recording, try this particular
14 recording, and it would have some kind of human
15 readable name to it where he'd say, Hey, put in the
16 one for Lake Havasu; Hey, put in the incentive for
17 Hawaii.
18       If it was a new promotion or a new
19 incentive that they were working on or coming up
20 with, he would say something like, Can you get this
21 recorded? Can you have someone record this? Or he
22 would have it recorded and just e-mail me the file
23 or leave the file on the -- on his directory on the
24 server and then tell me to take it from there.

1    Q. Who did Resort Marketing use to record
2 these recordings?
3    A. It was different different times. It was
4 normally ladies with nice voices.
5    Q. Actors?
6    A. They may have. I don't recall.
7    Q. Is there like a vendor or a service that
8 helps with this?
9    A. Not that I'm aware of.
10   Q. So if you were tasked with changing the
11 recording, who would you call or e-mail?
12   A. If Benny asked me to change the recording
13 and the recording wasn't already preexisting and in
14 the system for me just to switch -- you know, in
15 the IVR, you can just go in and say, You're playing
16 this particular sound recording. Benny wants me to
17 play this particular sound recording for this
18 particular incentive.
19       So if it's not already in there, it
20 would come with some instructions: Hey, Jamie, can
21 you have this particular script recorded? Benny,
22 who would you like to have it recorded by? Send
23 that to Alisa, send that to Laura; send that to
24 some lady within the company who they wanted to

1 record that.
2    Q. An employee?
3    A. Yes.
4    Q. Okay. And then would you send it by
5 e-mail?
6    A. Benny would send the script that he had
7 created to them via e-mail.
8    Q. Uh-huh.
9    A. Then, because I'm in Florida, they would
10 record it with their windows recording software.
11   Q. Yeah.
12   A. AVI recorder. I'm not -- it's within
13 Windows.
14   Q. Right.
15   A. They would then either e-mail it to me to
16 put up there or they would leave it in their home
17 directory on the shared file server and that I
18 could go in and get it.
19   Q. Okay. And when you say change the
20 incentive, you know, if the original incentive was
21 free cruises in a campaign, the entire -- you know,
22 if you changed the incentive, you might change from
23 like the Thanksgiving special to the Christmas
24 special, right?

36 (Pages 138 - 141)

Page 142

1    MR. BECKER:  Objection to form.
2    MS. MacIVOR:  Join.
3    MR. ZINK:  Join.
4    THE WITNESS:  You could change all sorts of
5  things.  That could be one of them.
6        You could also change from offering the
7  cruise incentive, if that wasn't -- if that wasn't
8  doing what the manager wanted it to do, you could
9  change that to a land-based incentive, any of the
10  incentives.  A promotion -- promotional incentive.
11  BY MR. BURKE:
12    Q.  Do you have a recollection of changing any
13  campaigns from a cruise incentive to something else
14  in the middle of the campaign?
15    A.  Yes.
16    Q.  Okay.  When did that happen?
17    A.  I don't recall an exact date.  It happened
18  all the time.
19    Q.  What is the phone provider for your --
20  well, we'll back up a little bit.
21        Your office has been in Florida for four
22  or five years, right?
23    A.  I don't have an office in Florida.
24    Q.  A home office?

Page 143

1    A.  I work from my house.
2    Q.  Okay.  Do you have a phone provider?
3    A.  I do not.
4    Q.  A VOIP provider?
5    A.  I do not.
6    Q.  Do you have a telephone?
7    A.  I have a cell phone.
8    Q.  Okay.  Who's your cell phone provider?
9    A.  Sprint.
10    Q.  Have you had Sprint for the past five
11  years?
12    A.  No.
13    Q.  Okay.  What other providers did you use?
14    A.  I used AT&T before Sprint.
15    Q.  Okay.  Anything -- any other cell phone
16  providers other than Sprint and AT&T?
17    A.  No.
18    Q.  Okay.  And is this a work telephone or a
19  personal phone or sort of blended?
20    A.  It's my personal phone.  I pay for it.
21  People from work do call me on it.
22    Q.  Yeah.
23    A.  I frown on that, but...
24    Q.  So your preference is to communicate how?

Page 144

1    A.  Via e-mail.
2    Q.  Okay.
3    A.  But, like I said, they call me if they want
4  to.
5    Q.  And do you have a Resort Marketing e-mail
6  address?
7    A.  I do.
8    Q.  Do you use any other e-mail addresses for
9  work purposes?
10    A.  I do.
11    Q.  What e-mail addresses have you used over
12  the course of your 12 years for work purposes?
13    A.  jamies@yourmembershipclub.com.
14    Q.  Okay.
15    A.  jamies- -- sorry.  I drew a blank again.
16  jamies@thevacationclub.com.
17    Q.  Okay.
18    A.  And when I first started, it was
19  jamies@tsnebusiness.com.
20    Q.  Have you ever used any other addresses,
21  e-mail addresses for work purposes?
22    A.  No.
23    Q.  Do you have a personal e-mail address?
24    A.  I do.

Page 145

1    Q.  Has that e-mail address changed in the past
2  ten years?
3    A.  Yes.
4    Q.  Okay.  How many personal e-mails have you
5  had in the past ten years?
6    A.  A handful.
7    Q.  Roughly?
8    A.  A handful.
9    Q.  Five?
10    A.  Five.
11    Q.  All right.  And it's your testimony that
12  you never used those for work purposes?
13    A.  No.
14    Q.  Is that correct or not correct?
15    A.  That's correct.
16    Q.  You never used them for work, right?
17    A.  I do not use them for work.
18    Q.  Okay.  And you never have; is that right?
19    A.  I do not recall ever using them for work.
20    Q.  Okay.  Did Resort Marketing Group ever make
21  robo-calls as to timeshares?
22    A.  I do not know.
23    Q.  If you wanted to try to differentiate
24  between campaigns that were directed at customers

37 (Pages 142 - 145)

Page 146

1 versus campaigns that were directed at prospective
2 customers, what would you do?
3    MR. BECKER: Objection to form and foundation.
4    MS. MacIVOR: Join. Predicate.
5    MR. ZINK: Join.
6    THE WITNESS: I don't know how you could do
7 that.
8 BY MR. BURKE:
9    Q. It's just impossible?
10    MR. BECKER: Objection to form.
11    MS. MacIVOR: Join.
12    THE WITNESS: I did not say that. I just do not
13 know how you could do that.
14 BY MR. BURKE:
15    Q. Well, what -- I mean, you're the IT person.
16 You're in charge of these databases. I mean, what
17 would you do?
18    MR. BECKER: Objection to form and foundation;
19 argumentative.
20    MS. MacIVOR: Asked -- join. And asked and
21 answered.
22    MR. ZINK: Join.
23    THE WITNESS: I would ask an expert.
24 BY MR. BURKE:

Page 147

1    Q. Like who?
2    MR. BECKER: Objection to form.
3    MS. MacIVOR: Form.
4    MR. BECKER: Calls for speculation.
5    MS. MacIVOR: Join.
6 BY MR. BURKE:
7    Q. Aren't you the expert?
8    MS. MacIVOR: Argumentative; form.
9    MR. BECKER: Hold on.
10    THE WITNESS: Okay.
11 BY MR. BURKE:
12    Q. Okay. What expert would you ask? Who has
13 more expertise as to Resort Marketing's various
14 databases than you?
15    A. What you asked about was not
16 Resort Marketing's various databases. It was the
17 Asteria dialer system's database. The expert that
18 I would ask for that would be Asteria.
19    Q. Well, what -- I mean, I guess implicit in
20 my question is that you'd have to scrub call
21 records or campaigns against the existing customer
22 lists, right?
23    A. I don't understand that question.
24    Q. So as you sit here today, do you know of

Page 148

1 any way that it's possible to establish that a
2 particular call was made to an existing customer of
3 Resort Marketing?
4    A. Could you please repeat?
5       (Record read as requested.)
6    MR. BECKER: Objection to form and foundation.
7    MS. MacIVOR: Join.
8    MR. ZINK: Join.
9    THE WITNESS: I do not.
10 BY MR. BURKE:
11    Q. Is there any data that you're aware of that
12 would assist in one -- assist one in determining
13 which calls were made, if any, to existing
14 customers?
15    A. I am not aware of any, no.
16    Q. Do you have any knowledge of whether the
17 leads that were purchased from lead aggregators or
18 generators such as Caldwell Lists were derived from
19 actual opt-ins?
20    A. I do not.
21    Q. Do you know of anyone who would be able to
22 testify on that subject?
23    MR. BECKER: Objection to foundation.
24    MS. MacIVOR: Join.

Page 149

1    MR. ZINK: Join.
2    THE WITNESS: Beth Valente.
3 BY MR. BURKE:
4    Q. Anyone else?
5    MR. BECKER: Objection, foundation; calls for
6 speculation.
7    MS. MacIVOR: Join.
8    MR. ZINK: Join.
9    THE WITNESS: No, I do not.
10 BY MR. BURKE:
11    Q. Do you know if the CRM database contains
12 the start date and the end date of a customer's
13 membership with Resort Marketing?
14    A. I do not.
15    Q. Who would know that information?
16    A. Beth Valente.
17    Q. Anyone else who could possibly know that
18 information?
19    A. The membership department.
20    Q. And how many people are in the membership
21 department?
22    A. I do not know.
23    Q. Have you ever corresponded with the
24 membership department?

38 (Pages 146 - 149)

1    A.   Only when there's problems.

2    Q.   Would it be the membership department that

3  set up a campaign to make calls to the members or

4  would that be someone else?

5    A.   That would be someone else.

6    Q.   Okay.  Who is the person who would set up

7  the campaigns to call existing members?

8    A.   I am one of those people.

9    Q.   Okay.  And when you go through Asteria and

10  designate a list of phone numbers to call, what

11  list do you use when you do calls to existing

12  customers?

13    A.   The CRM database was set up in a way so

14  that the membership records for renewals,

15  promotions are exported automatically into a

16  directory structure.  I believe we talked about

17  this at the interview.  And then they're exported

18  as a CSV file automatically.

19         When the -- we then take that CSV file

20  and upload it into the Asteria system just like any

21  other lead file.

22    Q.   Right.  Okay.

23         And is there a file folder that has

24  those existing customer CSV files?

1    A.   There is a file folder where they are

2  dropped.

3    Q.   Uh-huh.

4    A.   But I don't -- there isn't one that has

5  them forever, if that's what you're asking.

6    Q.   Okay.  Are they regularly deleted?

7    A.   Yes.

8    Q.   Okay.  At any point in the last five years,

9  did you receive like an instruction or a request to

10  stop deleting information having to do with use of

11  Asteria?

12    A.   In my term with the company, preservation

13  of all data is very important to my job function.

14         I do believe I was asked at some time to

15  make sure that we're not deleting anything as

16  opposed to Asteria.  And we weren't deleting things

17  to begin with, so it wasn't a -- something that

18  stuck out in my head.  It was just part of we don't

19  delete, anyway.

20    Q.   I see.  So would it be accurate to say

21  that -- well, I'll ask it this way.

22         If there was a policy not to delete

23  things at Resort Marketing, were there any

24  exceptions to that general rule?

1    MR. BECKER:  Objection to form.

2    MS. MacIVOR:  Join.

3    MR. ZINK:  Join.

4    THE WITNESS:  The policy was never not to delete

5  nothing.  You have to delete things.

6         The policy has never been to delete

7  anything that's important and I -- I don't know how

8  to describe that.

9  BY MR. BURKE:

10    Q.   Yeah.

11    A.   The IT department doesn't go in and just

12  delete files.  What a user does from their terminal

13  on a day-to-day basis to manage their own files and

14  their own documents and their own Excel sheets, I

15  can't -- I can't speak for.

16         I know that we back up all of this data

17  in a redundant manner to make sure that nothing

18  important is lost.

19    Q.   And so what are the -- how does the backup

20  work?  Is it nightly or is it periodic?

21    A.   It's nightly.

22    Q.   And then how long are backups maintained?

23    A.   The backup is constant.  So if a file is

24  changed, five versions of that copy are kept.  If a

1  file is deleted, it will hold on to that file for

2  60 days.

3    Q.   And are there -- are there any exceptions

4  to that 60-day deletion?

5         For example, is there like an annual

6  snapshot that's kept or anything like that?

7    A.   No, sir.

8    Q.   And employees like Benny Aguilara, for

9  example, does Mr. Aguilara have a PC?

10    A.   Yes.

11    Q.   Okay.  And does he also have a laptop?

12    A.   I can't speak for him personally.  I know

13  he has a work PC.

14    Q.   Okay.  And then the PC has access to a

15  shared file server, right?

16    A.   Yes, sir.

17    Q.   Okay.  How many employees at

18  Travel Services -- or pardon me -- at

19  Resort Marketing have e-mail addresses currently?

20    A.   I don't know the number.  I believe every

21  employee has an e-mail address.

22    Q.   How long has it been the case that all

23  employees have had e-mail addresses?

24    A.   I don't know that that's the case, but I

39 (Pages 150 - 153)

1 believe they've always all had e-mail addresses.
2    Q.   So 30 or 40 e-mail addresses, roughly?
3    MR. BECKER:  Objection to the form of the
4 question and mischaracterization of testimony.
5    MS. MacIVOR:  Join.
6    MR. ZINK:  Join.
7    THE WITNESS:  I do not know.
8 BY MR. BURKE:
9    Q.   Well, I think we established that there
10 weren't a thousand, right?
11    A.   Yes, sir.
12    MR. BECKER:  That was 30 or 40.
13 BY MR. BURKE:
14    Q.   Okay.  And that there were more than 10,
15 right?
16    A.   Yes, sir.
17    Q.   So what's your estimate as to how many
18 e-mail addresses are currently at Resort Marketing?
19    A.   I do not know.
20    Q.   You're in charge of that, right?
21    A.   I'm in charge of the hardware and the
22 software.  I'm not in charge of counting the e-mail
23 addresses.
24    Q.   Who's in charge of administering the e-mail

1 addresses?
2    A.   I am.
3    MR. BURKE:  Okay.  All right.  I think I'm
4 almost finished for today.  I want to make one more
5 phone call.  Do you guys have questions?
6    MR. BECKER:  Yeah.
7    MR. BURKE:  Okay.  Yeah, let's go off the record
8 for a second.
9         (Discussion off the record.)
10 BY MR. BURKE:
11    Q.   You testified a few minutes ago about your
12 cell phone.  What is your cell phone number?
13    A.   (386) 795-3470.
14    Q.   And over the past five years, have you had
15 a different cell phone number?
16    A.   I have not.
17    MS. MacIVOR:  Form; asked and answered.
18    MR. BURKE:  Okay.
19         Jeff, do you want to do your thing?
20    MR. BECKER:  Yeah.
21         EXAMINATION
22         BY
23         MR. BECKER:
24    Q.   Mr. Smith, earlier, you testified --

1 Mr. Smith, earlier you testified about taking the
2 lead source documents that were received by RMG for
3 vendors, consolidate them into lists that were then
4 uploaded into the scrubbing application.
5         Do you recall that testimony?
6    A.   I do.
7    Q.   Okay.  When you went about compiling phone
8 numbers into larger lists of numbers that were then
9 uploaded, how did you go about doing that?
10         Did you use specific lists that you
11 consolidated or how did that work?
12    A.   No, we did not use specific lists.
13         They went through the directories,
14 opened them one at a time, consolidated them into
15 larger files, then uploaded those larger files into
16 the scrubbing application.  And then those were
17 consolidated again once they were in the scrubbing
18 application to make larger files still from those.
19    Q.   So the larger files in the scrubbing
20 application, are those the files from which you
21 would pool lead numbers into the dialer database to
22 make the calls in the campaign?
23    A.   Yes.
24    Q.   Do you know whether or not these files that

1 were within the scrubbing database or scrubbing
2 application, whether they were comprised of files
3 that were made up of only one lead source for like
4 one vendor or were there various lead sources that
5 comprised the numbers within these batches of -- of
6 numbers and files in the scrubbing application?
7 Did you understand that question?
8    A.   I'm trying to.
9    Q.   Let me rephrase it.
10    A.   Putting it together.
11    Q.   Let me rephrase it.
12    A.   Please.
13    Q.   The larger files that were contained within
14 the scrubbing application --
15    A.   Yes.
16    Q.   -- do you know whether the phone numbers
17 that were within those files were derived from
18 specific lead files from lead vendors, like from
19 one lead vendor, or were the phone numbers
20 comprised of multiple lead vendors as they were
21 found in the scrubbing application files?
22    A.   Multiple lead vendors.
23    Q.   Okay.  Are you aware of any way to separate
24 or distinguish which lead vendors the phone numbers

40 (Pages 154 - 157)

Page 158

1 in those files came from, the ones that are within
2 the scrubbing application?
3    A.  I am not.
4    Q.  Okay.  And just for clarification purposes,
5 Mr. Burke asked you earlier today whether or not
6 we've met either in person or on the telephone or
7 otherwise prior to this week.
8        Have you and I ever met each other prior
9 to this past Wednesday --
10    A.  No.
11    MR. BECKER:  -- in person.
12        Okay.  I have no further questions.
13    MS. MacIVOR:  I have a few.  Oh, I'm sorry.
14 Mike, do you have any?
15    MR. ZINK:  I don't, no.
16        Go ahead.
17        EXAMINATION
18        BY
19        MS. MacIVOR:
20    Q.  All right.  Do you remember talking a few
21 minutes ago and throughout your deposition about
22 IVRs?
23    A.  Yes.
24    Q.  Okay.  Were you the only one that changed

Page 159

1 IVRs?
2    A.  No.
3    Q.  What type of changes were made to IVRs?
4    A.  IVRs, when they were changed, they -- the
5 sound recording for the incentive was changed.
6 Sometimes the rules for the IVR were changed.
7 Sometimes the IVRs were changed from an automated
8 robo-call to a predictive call to put them on the
9 phone with a live representative.
10        The incentive for the IVR would be
11 changed by changing the sound file, and any of the
12 rules within the IVR could have been changed.
13    Q.  And you may have been asked this, so
14 forgive me, but I don't recall that you were.
15        What was the purpose of changing the
16 IVRs -- or what I'm really trying to ask is, why
17 would they be changed?
18    A.  They would be changed for a number of
19 different reasons, one of which would be to change
20 the recording out for a specific incentive.
21        Another reason would be to change the
22 recording out to change the incentive altogether.
23 Another reason would be to add a new rule, maybe a
24 new option to the IVR.

Page 160

1    Q.  My question is kind of the why -- I
2 understand different things could happen now and
3 thank you for clarifying that.
4        But why would anyone who could change
5 IVRs want to do that?  What would prompt it?
6        Do you want me to rephrase it?
7    A.  Yes, please.
8    Q.  Okay.  So I get an idea that I want to
9 change the -- I'm working at Travel Services and I
10 want to change the IVR, right, or the IVRs are
11 changed.  I change them from time to time.
12        Why do I want to change them from time
13 to time?  What would make me want to change them?
14 That's what I'm trying to get at.
15    A.  The performance wasn't working.  The
16 particular incentive wasn't working for the sales
17 manager on that day.  Maybe they came up with a new
18 promotion and they wanted to pitch that promotion
19 because the other promotion wasn't working very
20 well.  Maybe they wanted to call their own members
21 if they were calling external nonmembers.
22        The reasons were really many.
23    MS. MacIVOR:  Okay.  I don't have anything more.
24    MR. ZINK:  No, I don't.

Page 161

1    MR. BURKE:  All right.  I'm going to suspend the
2 deposition because --
3    MR. ZINK:  No, this is the deposition.
4    MR. BURKE:  Right.  So I'm suspending the
5 deposition because we do not yet have documents
6 from Resort Marketing or Travel Services or Valente
7 that we have asked for and I believe that have been
8 compelled, but that relate directly to the issues
9 that we were talking about today including, for
10 example, campaigns, changing IVRs.
11        So we're suspending.  And you guys can
12 object, but that's where we're coming from.
13    MR. ZINK:  I would remind counsel that, first of
14 all, it was his impetus, his insistence that we get
15 this deposition done quickly, which is why it was
16 scheduled, why Mr. Smith came all the way from
17 Florida to be here.
18        Secondly, I would also remind counsel
19 that a couple weeks ago, he already had an extra
20 hour with Mr. Smith on the phone in the judge's
21 presence.
22        Based on what I can see here, if we've
23 been here since 10:15.  It's about 4:45 now,
24 approximately.

41 (Pages 158 - 161)

Page 162

1    MR. BECKER: 3:45.
2    MR. ZINK: It's taken about an hour and a half
3 of breaks. So that's at least -- by my
4 calculation, at least another five hours that we've
5 had today, which means, adding the extra hour,
6 we're already at over -- probably over six hours of
7 time. So we are objecting to extension.
8        It's also interesting, Counsel, that the
9 same issue of timing of how long depositions are
10 taking is exactly what you're objecting to with
11 respect to Mr. Charvat's deposition.
12       So we are objecting to the -- to
13 suspending the deposition. This is the deposition.
14 If counsels or any parties have questions, they
15 should ask them and ask them now.
16   MR. BURKE: Right.
17       So the reason I'm suspending is because
18 there are documents that have been compelled and
19 that we've asked for that haven't been produced,
20 including e-mails that relate directly to the
21 testimony that was given today.
22       So I think that it's -- and we didn't
23 know that those e-mails weren't produced until
24 today, until the testimony.

Page 163

1        So, furthermore, I've been trying to
2 meet and confer with you, Mr. Zink, about what has
3 and hasn't been produced and we haven't been able
4 to connect for one reason or another. So --
5    MR. ZINK: That's --
6    MR. BURKE: So --
7    MR. ZINK: That's a gross misrepresentation.
8    MR. BECKER: Hold on. Let Alex finish.
9    MR. BURKE: Yeah, I kept that nice and soft.
10       You know, I understand you guys object,
11 and we're making our record of suspension. So I
12 don't know if there's a use in fighting over it
13 now.
14   MR. BECKER: The only thing I'd like to point
15 out, Alex, first is that your colleagues are
16 sending me the confer letters separate and apart
17 from you. One was received by Matt on Wednesday of
18 this week. It's Friday.
19       I spoke with Matt on my own issue, but I
20 think Mike reached out to Matt yesterday on other
21 issues. It doesn't change the fact that the
22 deposition's been scheduled and you've known about
23 it.
24       I would like to clarify with you before

Page 164

1 we go off the record specifically what documents
2 you're suggesting prevented you from asking
3 specific questions to the witness.
4        You mentioned campaigns and IVRs, but
5 the entire dialer database has been produced. And
6 I'm assuming based upon the fact your consultant is
7 participating in this call on the phone, you've had
8 a chance to look at that, which we have and which
9 obviously shows every call and IVR made and
10 collected in the database.
11       You mentioned e-mails. What specific
12 information are you suggesting you weren't able to
13 have access to for purposes of today that you need
14 to question the witness on further?
15   MR. BURKE: Well, the testimony today was that
16 there were e-mails between Mr. Smith and others
17 that had to do with campaigns and with IVRs and
18 that the witness preferred to communicate by e-mail
19 about those things.
20       We also didn't until today know that
21 everyone at -- at Resort Marketing has an e-mail
22 address. In fact, I think that there's prior
23 testimony that contradicts that.
24       You know, we've got a motion to compel

Page 165

1 that was granted that we're supposed to get Resort
2 Marketing's documents. And we did receive a
3 production, but it was incomplete, and so, you
4 know, that's the basis for the suspension.
5    MR. BECKER: You knew prior to the deposition
6 today that supplementation was forthcoming. It's
7 been said to you in Rule 37 discussions. It's also
8 been said in briefing. Yet, you proceeded to go
9 forward with the deposition.
10       Regardless of that, you mentioned
11 e-mails between, I'm guessing, Mr. Smith and other
12 parties that you want to question him about. Is
13 there any other sort of documentation that you're
14 suggesting wasn't produced for which you didn't
15 have an opportunity to question the witness today?
16 I ask only because --
17   MR. BURKE: Yeah.
18   MR. BECKER: -- to the extent that you do seek
19 to extend this deposition, we obviously aren't
20 going to go for another several hours. We want to
21 make sure we understand the scope of that.
22       So I want to know while we're sitting
23 here what questions do you have over there you
24 weren't able to ask because documents weren't

42 (Pages 162 - 165)

Page 166

1 provided.
2   MR. BURKE:  Well, I don't have the documents, so
3 I don't know.
4   MR. BECKER:  That's what I'm asking.
5     What document are you missing that
6 prevent you from asking the question that you have
7 that you couldn't -- you couldn't completely get
8 answers to?
9   MR. BURKE:  I'll get the --
10   MR. BECKER:  Besides the e-mails.
11   MR. BURKE:  I'll get the transcript and I'll
12 tell you, but the e-mails are what I can think of
13 right now.
14   MR. BECKER:  Objection.
15   MR. BURKE:  We also don't have any documents at
16 all whatsoever other than these two documents that
17 the witness had a hard time explaining having to do
18 with the scrub database.
19     We also don't have any documents
20 whatsoever having to do with the CRM database.
21 Nothing.  We don't have -- we have a few faxes that
22 were faxed to Mr. Zink from Asteria in 2014 that
23 are invoices from 2010.  Otherwise, we have no
24 documents whatsoever having to do with Asteria.

Page 167

1     There was no production, for example, of
2 the interface --
3   MR. BECKER:  Yes.
4   MR. BURKE:  -- on the dialer, a screenshot of
5 the interface that we were able to find --
6   MR. BECKER:  The entire database -- that's the
7 point, though.  The entire dialer database you have
8 is the Asteria meta dialer database.  You have
9 everything --
10   MR. BURKE:  Right.
11   MR. BECKER:  -- from the calls made using that
12 system.  Just to clarify, it's not nothing.
13   MR. BURKE:  So who's your client?
14   MR. BECKER:  My client's Carnival Corporation.
15 I'm a defendant in this case.
16   MR. BURKE:  Yeah.
17   MR. BECKER:  You sued us.  We received the same
18 discovery that you received in this case.
19     And I want to make clear on the record
20 that you're misrepresenting continuously the idea
21 that you've gotten, quote, nothing.
22   MR. BURKE:  Okay.  So are you done with your
23 deposition?  Because you noticed it.
24   MR. BECKER:  Yeah, I asked the questions I had.

Page 168

1   MR. BURKE:  You're done?  You're -- you
2 finished?
3   MR. BECKER:  Alex --
4   MR. BURKE:  I'm just wondering.
5   MR. BECKER:  I have no further questions for
6 this witness.
7     I'm closing this deposition.
8   MR. BURKE:  All right.  So we're suspending.
9   MS. MacIVOR:  I'm not.
10   MR. BURKE:  I'm done.  You have more to say?
11   MS. MacIVOR:  I'm just going to make a statement
12 for the record that it's -- while I don't represent
13 Mr. Smith, it represents a cost to my client to be
14 here.
15   MR. BECKER:  That's right.
16   MS. MacIVOR:  And that's why I'm saying, as far
17 as we're concerned, if this deposition is sought to
18 be extended, we will fight that.
19     And -- because it was Mr. Burke who sent
20 repeated e-mails at the beginning of
21 January insisting that this deposition go forward
22 knowing he didn't have documentation.  Documents
23 could have been asked for before.  Apparently, they
24 were not.  That is our position.

Page 169

1     As far as we are concerned, this is
2 suspended and my client should not incur any
3 further expense with respect to this deposition.
4   MR. BECKER:  I completely agree on behalf of
5 Carnival.
6   MS. MacIVOR:  Thank you.
7   MR. BURKE:  Okay.  Suspended.
8       (Whereupon, said deposition was
9       continued sine die.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

43 (Pages 166 - 169)

Page 170

1 STATE OF ILLINOIS )
            ) SS:
2 COUNTY OF DU PAGE )
3        Steven T. Stefanik, being first duly sworn
4 on oath, says that he is a Certified Shorthand
5 Reporter, that he reported in shorthand the
6 testimony given at the taking of said deposition,
7 that the deponent was duly sworn by him and that
8 the deposition is a true record of the testimony
9 given by said deponent.
10       And further, that he is not connected by
11 blood or marriage with any of the parties to this
12 action, nor is he a relative or employee or
13 attorney or counsel of any of the parties, or
14 financially interested directly or indirectly in
15 the matter in controversy.
16
17
18
          Certified Shorthand Reporter
19           No. 084-003298
20
21
22
23
24

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

**[& - allowed]**                                                                 Page 1

| & |
| --- |
| **&**  2:6,10 |

| 0 |
| --- |
| **037**  123:22 |
| **08/12/2012**  31:21 |
| **084-003298**  170:19 |
| **09**  31:21 |

| 1 |
| --- |
| **1**  73:23 |
| **10**  37:12,13 70:9 |
| 73:24 91:15 154:14 |
| **10:12**  1:19 |
| **10:15**  161:23 |
| **12**  1:5 8:3 10:10 |
| 12:2 21:11,12 |
| 144:12 |
| **122**  3:13 |
| **1410**  104:17,22 |
| 105:13 106:3,13 |
| **15**  91:15 110:7 |
| **155**  2:3 3:5 |
| **158**  3:5 |
| **18**  3:17 |
| **1870**  2:11 |
| **19**  3:18 |
| **1:45**  100:16 |

| 2 |
| --- |
| **2**  2:15 3:17 |
| **20**  70:9 110:7 |
| **2008**  21:21 |
| **2009**  22:2,3 |
| **2010**  12:6 13:5,13 |
| 19:2 21:19 23:24 |
| 24:7 33:18 48:6 |
| 166:23 |
| **2011**  19:2 21:19 |
| 33:18 121:11 |
| **2012**  19:2 |
| **2014**  77:11 166:22 |
| **2015**  1:16 |
| **22**  3:19 |
| **2300**  2:15 |

| **238**  106:22 |
| **27**  3:11 |

| 3 |
| --- |
| **3**  84:23 |
| **30**  110:7 154:2,12 |
| **305**  2:16 |
| **312**  2:4,8,12 |
| **321-9100**  2:8 |
| **330**  1:14 |
| **3300**  1:14 2:7 |
| **33131**  2:16 |
| **346-9420**  2:12 |
| **35**  2:11 |
| **358-6555**  2:16 |
| **37**  165:7 |
| **386**  155:13 |
| **3:45**  162:1 |

| 4 |
| --- |
| **4**  3:4 |
| **4,500**  129:22 |
| **40**  110:7 120:20 |
| 154:2,12 |
| **422**  106:22 |
| **4605**  123:21 |
| **4:45**  161:23 |

| 5 |
| --- |
| **5/7/2012**  30:13 |
| **50**  37:12 |
| **505**  106:21 |
| **5746**  1:5 |

| 6 |
| --- |
| **6**  3:18 |
| **60**  153:2,4 |
| **60601**  2:3,12 |
| **60611**  2:7 |
| **610**  106:22 |
| **614**  46:2 48:12 |
| 116:2 |
| **63**  3:17 |
| **65**  3:17,18 |
| **66**  3:12 |
| **68**  3:18 |

| **6th**  1:15 |
| --- |

| 7 |
| --- |
| **70**  3:19 |
| **729-5288**  2:4 |
| **795-3470**  155:13 |
| **7th**  82:19 |

| 8 |
| --- |
| **8x8**  76:21,21 |

| 9 |
| --- |
| **9020**  2:3 |

| a |
| --- |
| **a.m.**  1:19 |
| **ability**  6:6 |
| **able**  22:12 28:21 |
| 41:19 47:13 83:16 |
| 135:1 148:21 163:3 |
| 164:12 165:24 |
| 167:5 |
| **absolutely**  83:16 |
| **aburke**  2:4 |
| **access**  98:17 99:6 |
| 153:14 164:13 |
| **accomplished**  43:20 |
| **accurate**  14:16,18 |
| 25:3 35:19,23 87:14 |
| 87:18 102:6 110:20 |
| 113:18 128:2 |
| 151:20 |
| **action**  170:12 |
| **activate**  101:16 |
| **active**  10:16,18 11:6 |
| **actors**  140:5 |
| **actual**  148:19 |
| **add**  80:14 81:24 |
| 82:3 94:3 108:17,18 |
| 110:1 126:21 |
| 127:21 128:21 129:3 |
| 159:23 |
| **added**  31:18 101:11 |
| **adding**  162:5 |
| **address**  46:21 144:6 |
| 144:23 145:1 |
| 153:21 164:22 |

| **addresses**  144:8,11 |
| 144:20,21 153:19 |
| 153:23 154:1,2,18 |
| 154:23 155:1 |
| **administering** |
| 154:24 |
| **adventure**  87:20 |
| **affiliate**  8:4 |
| **agency**  5:19 |
| **agent**  46:24 |
| **aggregators**  36:7,10 |
| 148:17 |
| **ago**  10:10 13:21 |
| 30:2 49:10 50:13 |
| 61:7,7,24 129:5 |
| 135:23 138:6 |
| 155:11 158:21 |
| 161:19 |
| **agree**  83:5 169:4 |
| **agreement**  64:1 65:7 |
| 65:10 66:2 68:10,13 |
| 69:3 71:1,5 81:12 |
| 84:10 |
| **aguilara**  38:5,17 |
| 44:4 59:4,10 138:22 |
| 153:8,9 |
| **ahead**  15:14 64:18 |
| 76:8 81:21 158:16 |
| **air**  129:20 |
| **airfare**  17:20 102:3 |
| **akin**  69:5 |
| **al**  1:3,6 |
| **alex**  7:11 64:17 |
| 82:21 83:9 100:6 |
| 124:20,24 129:20 |
| 163:8,15 168:3 |
| **alexander**  2:2 |
| **alisa**  140:23 |
| **allow**  10:13 16:2 |
| 33:4 69:22 102:3 |
| 119:8 122:20 |
| 125:19 |
| **allowed**  80:18 |
| 101:13 |

**allows** 7:7,7 50:20
**alter** 136:4,8
**altered** 106:13,24
**altogether** 159:22
**amount** 102:13
**amounts** 109:20
**annual** 153:5
**answer** 4:19 5:9,12
6:4,5 17:3,4 24:14
56:1 63:13,22 64:5
64:8,12,16,19,23
65:8,16 66:11 68:9
68:22 69:22 70:24
71:12 79:6,22 80:4
80:22 81:14 82:20
82:20 83:7,15 84:12
107:7 119:15 130:3
**answered** 19:3 45:9
45:10 46:2,5,9
52:18 53:3,4,9
60:13,18 61:1 80:1
80:13 81:8 83:1,3
92:10,16 105:16
125:15 128:13
146:21 155:17
**answering** 78:22
**answers** 166:8
**anybody** 38:22
115:11
**anymore** 78:1,6
**anyway** 151:19
**apart** 129:23 163:16
**apologize** 32:23
114:13
**apparently** 168:23
**appearances** 2:1
**appears** 28:9 30:19
74:4 128:14
**application** 32:13
41:4,6,12,15 42:9
94:12 109:1 110:11
117:5,6,9 118:3,22
118:24 119:10
122:19,22 125:17
126:7 130:10,13,16

131:2,3,11 132:9,24
133:2,6 134:1,2,7
156:4,16,18,20
157:2,6,14,21 158:2
**applications** 131:15
132:9
**appropriate** 74:15
83:10
**appropriately** 83:16
**approximately**
161:24
**archaic** 118:1
**area** 104:7
**argue** 82:15
**argumentative**
53:10 146:19 147:8
**arizona** 92:8
**arms** 129:19
**asked** 19:3 41:3
45:9,10 52:18 53:3
53:4,9 54:20 60:13
60:18 61:1 69:14
73:1 79:17,24 80:12
81:8 92:10,16 95:12
97:18 98:18 101:16
125:15 128:13
130:1,18 134:23
138:18,21 140:12
146:20,20 147:15
151:14 155:17
158:5 159:13 161:7
162:19 167:24
168:23
**asking** 39:6 64:15
69:4 82:10 83:20
93:9 115:13 125:9
130:4 151:5 164:2
166:4,6
**asks** 83:10
**aspect** 6:2 15:16
99:9,13
**assist** 148:12,12
**assisting** 99:24
**associated** 9:4 12:24
48:22 116:3,18

**association** 76:19
**assume** 64:16
**assuming** 164:6
**asteria** 12:3,5,7,10
12:14,17,18,20,24
13:4,13,23 14:8,10
14:17,19,21 15:4,12
16:7,14 17:7 23:24
24:7,23 25:11,17
26:2,19,23 27:7,10
27:11 28:13,20,23
29:5,8 30:1 36:12
41:20 45:8,19 49:1
49:11 50:10,12 51:1
51:4,17 52:23 53:7
54:6,13 55:1,4,13
56:23 57:8 58:4,10
58:14 71:22 72:7,14
72:16 76:14,19 77:8
77:13,21 78:5 79:10
84:5,20 85:19 86:12
87:16 88:22 89:6
94:1,2,21 95:6 99:7
105:1 107:15
125:18 131:16,22
132:18 133:1,3
134:7,23 136:18
137:1,9,15 147:17
147:18 150:9,20
151:11,16 166:22
166:24 167:8
**at&t** 143:14,16
**attempt** 10:5 34:14
**attend** 97:2
**attention** 30:11
45:13 66:24 71:15
75:18 84:23
**attorney** 63:21
65:11 66:1,8 68:10
68:23 69:2 70:24
71:6 83:7,10 170:13
**attorneys** 65:24
**auto** 14:17,19,22,22
**automated** 19:12
42:11 159:7

**automatically** 44:19
150:15,18
**available** 90:20
98:17
**avenue** 2:3
**avi** 141:12
**avoid** 114:24
**aware** 9:3 12:23
41:9 48:24 51:23
82:21 96:23 97:20
103:5 116:17
131:14 135:8,12
137:8 140:9 148:11
148:15 157:23

**b**

**b** 3:9,12 9:12 47:21
47:23,23 66:20 67:1
71:16 72:6 84:24
137:9
**back** 10:11,21 29:24
45:13 54:22,22
58:24 67:3 86:8
96:21 98:23 100:13
101:9 103:23 108:7
131:13 142:20
152:16
**backup** 152:19,23
**backups** 11:9
152:22
**bank** 16:2 88:7
**bar** 52:6 56:18
57:19
**based** 22:24 24:23
26:23 29:7 45:24
46:3 48:11 56:11
57:24 64:5,12,23
65:10,16 66:11 71:2
71:12 74:23 81:7,10
82:2,3,7 105:4
119:4,6 142:9
161:22 164:6
**bases** 81:20
**basic** 41:16,17,19
103:3 117:6,23

118:22,24 119:10
**basis** 63:23 81:13
152:13 165:4
**batavia** 23:4,12
91:10,13
**batches** 109:7,8
110:14,16 111:6
157:5
**bates** 123:21,22
**beach** 9:19
**becker** 2:6 3:5 5:22
6:20 7:16,20 8:6,14
11:22 13:6 16:11
18:22 19:17,19
23:14 24:2 25:7,22
25:24 26:4,20 27:1
27:6,13 35:8 39:2
39:11 40:1 44:21
46:6,15 47:7 48:18
49:4,13 52:12 53:8
53:10 54:4,7 55:16
57:11 59:5,14 62:15
63:19,23 64:15,19
65:3,5,9 66:17 67:3
67:12 68:1,11,20
69:16,20,21 70:3,10
70:17 71:2 75:11
79:11,18 80:14 81:7
81:16,18 83:5 85:21
87:21 88:24 89:9
90:5,10 91:22 92:21
94:22 95:18 96:3,9
97:4,15,23 98:11
102:10 103:7,18
104:6,18 105:7,9
106:5,15 107:2,17
108:3 113:3,13,22
114:19 116:5,7,23
117:10,16 118:12
119:16 120:4,17
121:20 123:11
124:1,11,13,15,20
124:22 125:3,8
126:6,15 127:16,19
128:13 129:8,12,15

129:19 130:4,8
131:19 132:12,19
135:2 136:13,19
137:2,16 138:3,12
142:1 146:3,10,18
147:2,4,9 148:6,23
149:5 152:1 154:3
154:12 155:6,20,23
158:11 162:1 163:8
163:14 165:5,18
166:4,10,14 167:3,6
167:11,14,17,24
168:3,5,15 169:4
**becker's** 68:15 71:9
81:15,23
**began** 10:9,21 15:19
50:17 100:19
**beginning** 15:15
21:13 97:13 100:18
168:20
**behalf** 65:9,14 68:11
68:16 69:16 71:7,10
169:4
**bejgiert** 2:10
**believe** 8:24 9:22
15:23 19:8 23:5
29:1 32:20,20 41:3
44:14,20,24 46:2
47:21 48:11,22 68:5
72:16 73:15,22
76:22 85:2,16 92:11
94:10 103:2 116:20
117:21 119:14
121:11 125:19
134:13,22 150:16
151:14 153:20
154:1 161:7
**bell** 2:6
**benny** 38:5,17 44:2
44:4 59:4 138:22
139:3 140:12,16,21
141:6 153:8
**best** 6:5 9:14 51:12
**beth** 9:3 20:24 21:1
21:3,5 24:10 56:2

62:9 78:16 132:7
149:2,16
**better** 134:24
**big** 5:6 109:5 118:4
120:8
**bigger** 110:8
**billing** 19:8,11,14
**biscayne** 2:15
**bit** 142:20
**bits** 134:9,11,14
**black** 118:4 129:9
**blacked** 30:8 104:7
**blank** 51:9 144:15
**blended** 143:19
**blood** 170:11
**boat** 6:14
**book** 10:13 102:3
**borderline** 83:22
**borst** 11:15 13:16
21:15 99:16,19,23
103:3 118:6 119:20
121:8,9,12,14
**boss** 21:1
**bother** 7:13 115:12
115:18
**boulevard** 2:15
**box** 128:3
**boxes** 119:11 128:3
128:4
**brandon** 55:10
**break** 5:5 40:15
66:16 89:3 97:8
100:5,7 138:2
**breaks** 162:3
**brent** 11:19
**briefing** 165:8
**bubble** 85:7
**building** 90:14
120:8
**bullseye** 20:19
**bunch** 109:6
**burke** 2:2,2 3:4 4:7
6:1,24 7:15,22,24
8:11,17 9:8 11:13
12:1,22 13:3,11,20

14:24 16:13 17:2
18:24 19:5,21 20:3
20:8 22:18 23:17
24:5 25:10 26:1,7
26:13,18,22 27:5,11
27:19 29:14,19 30:7
34:19 35:3,10 36:5
37:11,20 38:4,12
39:5,15 40:4,18
41:7 42:5,21 43:3
43:13,24 44:5,16,23
45:1,12 46:10,18
47:11 48:3,20 49:8
49:19 52:15,19 53:5
53:13 54:2,5,12
55:19,24 57:13,17
58:8 59:8,17 60:1,5
60:10,15,20 61:2
63:6,8,11,14,17
64:3,11,22 65:15
66:3,9,10,16,23
67:6,7 68:18 69:4
69:12,14 70:1,14,21
71:11 75:5,17 77:17
79:5,15,21 80:2,10
80:17,24 82:5,9,12
82:17,23 83:6,24
84:3,17 86:1 87:24
89:4,10,16 90:7,11
91:3 92:1,12,17
93:2,8,14 95:1,15
95:21 96:7,12 97:9
97:19 98:2,13 99:5
100:7,10,13,17
102:16 103:12,22
104:8,9,23 105:11
106:11,20 107:8,22
108:8 113:6,17
114:2,14,22 115:3
115:10,24 116:10
116:15 117:1,7,14
117:19 118:16
119:21 120:7,19,23
122:6,11 123:14
124:5,18 125:1,7,9

125:11,23 126:12
126:16,20 127:10
128:1,17,22 129:24
130:7,11 131:23
132:15,23 135:7
136:17,23 137:7,20
137:24 138:5,16
142:11 146:8,14,24
147:6,11 148:10
149:3,10 152:9
154:8,13 155:3,7,10
155:18 158:5 161:1
161:4 162:16 163:6
163:9 164:15
165:17 166:2,9,11
166:15 167:4,10,13
167:16,22 168:1,4,8
168:10,19 169:7
**burke's** 64:15
**burkelawllc.com**
2:4
**business** 9:12 41:16
41:17,19 103:3
117:6,23
**businesses** 12:12
**busy** 15:9
**button** 73:15 74:22
87:3,15 98:5 127:21
128:3
**buttons** 128:10

**c**

**c** 3:13 122:8,13
123:5,16,18,21,24
125:12 126:17,21
127:17,18 128:2
129:4 130:13,14
133:7
**calculation** 162:4
**caldwell** 34:23
148:18
**call** 13:24 14:11
15:5 16:9 17:8,11
18:6,16 28:22 30:12
30:20,21 31:18

33:14 34:9,9 39:20
42:7 45:14,17,21
46:4,5,21 53:23
54:3 55:3 72:1,3
73:3 74:7,9,16 91:5
93:4,10,18,20,22
95:14 96:14 97:2
105:16 107:23,23
108:5,7 110:9
112:17,20 115:13
121:19 122:3
127:22 130:20
133:11 134:3,11
136:12 138:1,8
139:2,5 140:11
143:21 144:3
147:20 148:2 150:7
150:10 155:5 159:8
159:8 160:20 164:7
164:9
**called** 1:8 4:3 8:18
9:24 10:14 12:3
16:2,14 20:20 34:6
41:13,15 42:1,6
48:12,15 50:22 52:7
97:1 114:5 121:13
125:22 131:7
**calling** 75:23 76:2
81:8 88:10,11
104:14 115:1
160:21
**calls** 15:7,9,10,13,15
15:18,20 16:18,22
17:5 18:6,9,13,19
19:12,13,16 20:6,11
20:12 24:17 25:18
26:3,23 30:12 47:7
48:5 49:2,5 52:12
53:6,24 54:8 59:12
59:13 67:20 68:1
72:5 73:6,9,13,17
73:18 74:6 75:3,11
77:16 79:4,12 85:9
85:13 89:17,18 90:8
90:12 91:13,20 92:2

92:19,21 94:20,21
95:6 96:2,2,8,20
97:12 105:4 106:6
106:16 107:3 115:6
115:19 119:16
121:21 131:17
132:11,14,17,18
135:3 136:19 137:2
145:21 147:4
148:13 149:5 150:3
150:11 156:22
167:11
**campaign** 24:16,21
24:23 25:5,12 36:13
37:8 39:17 42:13,16
43:8,19 48:15,19,21
48:23 49:3 56:5,13
56:19,23,24 57:3,6
57:19 58:2,10,13
75:23 76:2 86:10
87:4,14 88:15,17
89:7,18 94:14,16,17
96:24 97:2,11,13,21
98:4,6,18 104:5,17
104:21 105:1,3,13
105:20 106:3,13,21
108:9,10,14,17
129:21 136:4 138:8
141:21 142:14
150:3 156:22
**campaigns** 14:5
24:12,13,15 37:23
38:8,15,19,23 39:9
57:9 58:4 59:3,11
59:20 60:7 76:10
86:21,24 88:21
98:15,20 104:11,14
106:23 135:24
136:8 137:11,15
142:13 145:24
146:1 147:21 150:7
161:10 164:4,17
**car** 102:3
**caribbean** 2:18
65:14 68:17 135:19

**carnival** 2:9 68:12
71:8 135:10,18
167:14 169:5
**case** 81:9 85:18 90:5
90:10 153:22,24
167:15,18
**catherine** 2:15
**cathy** 62:7 81:21
82:5
**caution** 37:24
**cdr** 71:23,24 72:19
72:23 73:7
**ceased** 84:4,20
**cel** 86:2,6
**cell** 135:17 143:7,8
143:15 155:12,12
155:15
**center** 30:13,21
45:14,17 93:4,11
133:11 134:4,11
**certain** 10:4 15:7
24:18,19 34:7,7
42:11 51:14 83:15
93:19 119:6
**certified** 3:15 170:4
170:18
**chance** 164:8
**change** 105:24
139:4 140:12
141:19,21 142:4,6,9
159:19,21,22 160:4
160:9,10,11,12,13
163:21
**changed** 138:7,17
141:22 145:1
152:24 158:24
159:4,5,6,7,11,12,17
159:18 160:11
**changes** 159:3
**changing** 140:10
142:12 159:11,15
161:10
**channels** 77:2,5
86:16

**characterization**
83:3
**charge** 23:24 43:15
52:23 99:11,15,19
99:20 115:17
116:22 117:9,15
118:5,7 130:1
146:16 154:20,21
154:22,24
**charvat** 1:3
**charvat's** 116:1
162:11
**check** 116:18
**chicago** 1:15 2:3,7
2:12 11:5 21:14,20
21:23 22:14,20,22
23:3 62:2
**choose** 87:20
**chopsticks** 9:19
**christmas** 141:23
**circuit** 82:19
**circumstances**
49:20,22 72:22 95:9
96:13 98:14
**city** 92:18
**civil** 1:10
**clarification** 76:6
158:4
**clarify** 27:6 44:10
58:12 67:4 69:23
83:1 126:8 163:24
167:12
**clarifying** 160:3
**clean** 112:6
**clear** 81:1 117:8
167:19
**clearly** 17:4
**click** 25:4 85:14
86:18,23 131:4,6
**client** 63:21 64:8
65:8,10,11,23 66:1
66:5,8 68:9,10,22
68:23 69:2,17,22
70:23,24 71:6 81:13
167:13 168:13

169:2
**client's** 167:14
**clients** 12:21,23
**close** 94:15 111:14
**closely** 8:13
**closing** 168:7
**club** 5:18 10:12
**clue** 80:7
**cmacivor** 2:17
**code** 46:20 101:18
102:14
**coffee** 66:15
**collaboration** 49:10
**colleagues** 163:15
**collect** 127:2
**collected** 108:23
164:10
**college** 9:19
**column** 48:15 52:7
53:14,16 57:18,19
58:16 75:6 85:3
104:1 106:22 110:2
111:2,5,7,12,19
112:6,24
**come** 13:4 22:20,22
42:8 44:18 77:20
124:20 125:3 126:7
140:20
**comfortable** 43:11
78:22 79:3 81:19
83:12,13,18
**coming** 139:19
161:12
**comma** 35:17 37:3
**comment** 82:22
126:19
**common** 63:24
111:20
**communicate** 38:22
41:19 44:15 45:8,11
143:24 164:18
**communicated**
54:14,19 55:5
**communicates**
44:11

**communicating**
24:10
**communications**
65:11,12 69:1,19
71:4 81:11 84:11,14
**community** 9:19
**companies** 8:12 9:4
9:9,11,18 12:16
20:15 47:24
**company** 7:7 8:18
8:24 9:15,24 10:4,5
12:10 13:10 19:22
19:23 20:5 21:16
27:9 28:21 32:14,16
32:21 118:3 140:24
151:12
**compel** 164:24
**compelled** 161:8
162:18
**compile** 34:5
**compiling** 156:7
**complaint** 95:16,23
**complete** 5:9,12
9:22 127:8
**completely** 166:7
169:4
**complex** 97:7
**complicated** 118:1
**component** 15:20
16:19 17:7 18:10,14
19:9,14 88:12,12
**components** 88:3
**compound** 105:9
**comprised** 157:2,5
157:20
**computer** 11:7,7
42:18 85:10
**computers** 11:9
90:23
**concerned** 168:17
169:1
**concerning** 71:5
**concrete** 81:2
**concur** 83:23

**confer** 128:24 129:2
163:2,16
**configurator** 28:24
29:3,11,15
**configure** 29:5
**confirm** 85:11
**confused** 125:4,8
**connect** 163:4
**connected** 46:24
86:12,15 170:10
**connection** 50:15
**connectivity** 22:17
98:16
**considered** 115:16
**consolidate** 156:3
**consolidated** 110:17
112:1 156:11,14,17
**consolidation**
110:21
**constant** 152:23
**consultant** 164:6
**contact** 56:13,16
58:16,20 102:4
**contain** 113:20
114:3,7,17 132:3
**contained** 16:19
68:14 157:13
**container** 24:16
**contains** 14:22
24:17 42:24 114:11
149:11
**content** 93:10
**context** 52:11 58:22
75:10
**continued** 169:9
**continuously** 167:20
**contradicts** 164:23
**control** 96:20
**controversy** 170:15
**conversations** 68:7
**coordinated** 36:16
**copied** 68:20
**copies** 27:14
**copy** 152:24

[corey - derived]

Page 6

corey 11:20,21
corporation 167:14
correct 23:6 49:12
59:4 90:18 91:11
100:21,24 105:10
111:4 114:6 130:24
133:16 137:19
138:9 145:14,14,15
correspond 104:13
corresponded
149:23
cost 168:13
counsel 27:14 54:23
62:13 63:18 66:7
67:8 69:1 81:11
82:1,14 109:17
161:13,18 162:8
170:13
counsel's 64:5,13,24
65:17 66:12 71:13
counsels 64:10
84:14 162:14
counting 154:22
county 1:13 170:2
couple 30:4 63:1
101:17 161:19
course 144:12
court 1:1 4:23 27:20
courts 1:11
create 10:11 33:1
50:10,12 51:1,5
101:13,24 110:7
created 12:10 28:13
39:19 49:10,21
111:22 125:18
141:7
creation 50:6 51:20
criteria 74:11
crm 41:4,12,15 42:9
44:9,11,18 45:7
101:6,11 102:8,18
102:19,22 103:4,14
117:5,15 118:3
119:9 121:1,4,14,18
122:3 131:24

149:11 150:13
166:20
cruise 2:9,18,18
6:10,13,14 135:10
135:14,18,21 142:7
142:13
cruises 5:21 6:18,22
7:4 141:21
csv 35:16 75:2
111:13,20 150:18
150:19,24
current 21:6
currently 60:16
120:9 153:19
154:18
custom 122:23
customer 16:3 88:8
102:7 103:6,16
114:9,17 115:14
116:4,19 147:21
148:2 150:24
customer's 149:12
customers 18:7,14
18:19 20:13 34:12
34:16 39:24 40:7,13
40:21,21 41:10 42:2
42:7,7,17 43:1 76:3
88:21 89:19 100:23
101:2 115:1,7,13,18
121:4 132:1,4
145:24 146:2
148:14 150:12
cut 74:19 85:3
cv 1:5

d

d 3:1 9:12 47:21,23
47:23
dallas 93:1,4,11,15
93:18
dan 51:11,21 54:3
54:17 107:23
125:18
data 94:20 95:4,6,8
101:17 102:18

103:5,6,15 109:20
109:22 124:23
129:15 134:9,11
148:11 151:13
152:16
database 26:9,10
32:10,11,12 33:13
33:16,20,23 94:5
101:1,5,6,8,10,12
102:7,17 103:4,15
112:11,12,15,16,22
112:23 113:9,12,20
114:17 117:15
121:1,4,14,18 122:3
131:24 133:21
134:17,21 147:17
149:11 150:13
156:21 157:1 164:5
164:10 166:18,20
167:6,7,8
databases 146:16
147:14,16
date 27:18 30:21
31:19,20,20,21
45:20 46:1 66:22
73:14,18 74:5
122:10 142:17
149:12,12
dates 48:13,14 74:6
129:21
dave 55:8
day 1:16 62:12
96:20 100:19
118:24 119:23,24
120:1,1 152:13,13
153:4 160:17
days 61:24 62:13
88:16,17 153:2
daytona 9:19
db 133:9,11,14,18
133:24 134:4,4,5,11
134:15
deal 5:6
decent 111:22

decide 88:9
deduped 112:3,5,7
deduping 112:5
defendant 2:9,13
167:15
defendants 1:7 2:18
64:1
defense 63:24 65:7
65:10 66:2 68:10,13
69:3 71:1,5 81:12
84:10,11
define 25:4,11
delete 151:19,22
152:4,5,6,12
deleted 151:6 153:1
deleting 151:10,15
151:16
deletion 153:4
delimited 37:3,3
deliver 10:6
demonstrations
13:10
department 116:9
116:11,16 149:19
149:21,24 150:2
152:11
depend 89:12 139:7
139:9
deponent 170:7,9
deposed 61:15
deposition 1:8 4:12
27:15 61:10,13
66:19 80:18 81:6
82:1 122:7 158:21
161:2,3,5,15 162:11
162:13,13 165:5,9
165:19 167:23
168:7,17,21 169:3,8
170:6,8
deposition's 163:22
depositions 1:12
162:9
derived 148:18
157:17

**describe** 10:20 119:2 133:5 152:8
**description** 74:23
**design** 108:9
**designate** 88:16 108:15 150:10
**designated** 97:13 104:10
**designation** 89:8
**designed** 115:6,19
**desktop** 49:1
**detail** 72:1,4 74:9
**detailed** 72:5
**details** 86:3
**determine** 34:15
**determining** 148:12
**develop** 28:20 30:1
**devices** 75:19
**dialed** 132:14
**dialer** 14:17,19,22 14:22,23 15:1,2,13 19:23 23:24 24:7 27:12,13 28:13 36:13,21,23 41:20 44:11,15 45:8 48:5 50:23 52:23 53:7 54:22 77:14 78:1 84:5 86:18 94:5,7 109:2 112:17 122:21 133:14,17 134:2,4,4,15,20,21 147:17 156:21 164:5 167:4,7,8
**dialer's** 134:17
**dialers** 48:12
**dialing** 25:12 27:8 37:8 38:8,14,19,23 39:17 59:12,20
**dials** 17:6
**die** 169:9
**difference** 123:15 123:19 134:3
**differences** 126:13
**different** 7:3 17:14 20:5 25:1,2,4 28:10

34:4,8 35:14,18 36:15 72:15 74:11 74:12 80:11 97:14 98:3 109:20 110:7 111:6 112:16 114:15 117:2 119:8 119:9 122:24 123:17 124:23 127:1,1 128:19 129:15,17,20,21 133:20 134:8,9,22 135:13,16 140:3,3 155:15 159:19 160:2
**differentiate** 145:23
**digit** 50:21 125:20 130:18,20
**direct** 11:15 21:3,5 84:13 139:4
**directed** 145:24 146:1
**directing** 30:11 45:13 66:24 71:15 75:18 84:23
**directly** 21:14 68:24 161:8 162:20 170:14
**directories** 111:16 111:17 156:13
**directory** 108:22 109:15 111:14 139:23 141:17 150:16
**disagree** 66:9
**disconnected** 78:2
**discontinued** 78:5
**discovery** 85:17 167:18
**discussed** 101:6 117:6
**discussion** 100:12 155:9
**discussions** 84:9 165:7

**disposition** 52:7,11 52:17 53:1,16 75:7 75:9
**disrupted** 98:16
**distinguish** 157:24
**district** 1:1,1,11
**division** 1:2
**dnc** 31:14,22 112:7 126:21 128:8
**doctrine** 63:24
**document** 27:23 28:2,6 49:9,21 50:6 50:8 71:16,19 80:20 122:16 127:11 130:5 166:5
**documentation** 165:13 168:22
**documents** 65:21 66:4 67:10 123:9 124:7 127:1,2 152:14 156:2 161:5 162:18 164:1 165:2 165:24 166:2,15,16 166:19,24 168:22
**doing** 6:2 7:23 9:12 57:5 96:18,19 111:8 142:8 156:9
**downloaded** 94:7
**draw** 108:11
**drawing** 51:9
**drew** 144:15
**drive** 2:11
**drop** 119:10
**dropped** 151:2
**du** 170:2
**duly** 4:3 170:3,7
**dupage** 1:14
**duplicate** 87:4
**duplicated** 87:7
**duplicates** 34:7
**duplication** 110:9
**duties** 10:10,20 11:6

**e**

**e** 3:1,9 38:24 39:10 51:14 68:19 69:7,11 69:13,14 70:2,4,17 70:18,22 130:22 138:23 139:6,22 140:11 141:5,7,15 144:1,5,8,11,21,23 145:1,4 153:19,21 153:23 154:1,2,18 154:22,24 162:20 162:23 164:11,16 164:18,21 165:11 166:10,12 168:20
**earlier** 29:6 37:16 41:24 44:8,10 59:1 101:6 104:24 155:24 156:1 158:5
**early** 33:18
**easier** 7:17
**east** 2:11
**eastern** 1:2 58:1
**either** 87:10 124:6 141:15 158:6
**elect** 82:20
**elizabeth** 1:6 2:22
**employed** 9:1
**employee** 51:17 141:2 153:21 170:12
**employees** 23:11,11 59:2,11,19 60:22 72:8 90:4 99:1,2 120:2,13,15,20 153:8,17,23
**encompass** 84:9
**engaged** 76:18
**enhance** 10:13
**entice** 6:23
**entire** 141:21 164:5 167:6,7
**entitled** 26:14
**equipment** 22:13 45:19 90:19 99:4

**essentially** 130:5
**establish** 148:1
**established** 104:24
  154:9
**estimate** 51:12
  154:17
**et** 1:3,6
**evolved** 10:21
**exact** 15:23 49:22
  70:13 142:17
**exactly** 97:18 129:6
  162:10
**examination** 1:9 3:3
  4:5 155:21 158:17
**examined** 4:4
**example** 17:1,8
  18:15 34:23 85:17
  88:6 95:16 104:17
  114:3 119:23
  126:17 153:5,9
  161:10 167:1
**exasperated** 129:20
**excel** 35:16 75:1
  152:14
**exceptions** 99:19
  151:24 153:3
**exclude** 84:13
**exhibit** 3:11,12,13
  27:5,16,21 29:24
  45:14 48:4 57:18
  66:20 67:1 71:16
  72:6 84:24 103:23
  122:6,8,13 123:5,6
  123:16,16,18,20,21
  123:23,24 125:12
  125:12 126:1,17,21
  126:22 127:16,17
  127:18,23 128:2,18
  129:4,18 130:13,13
  130:14,14 133:7
  137:9
**exist** 110:22 136:11
**existence** 69:6
**existing** 17:9 34:11
  40:6,13,20 43:1

86:20,23 100:22
  101:2 102:7 114:9
  114:17 115:1,13,18
  116:3,19 132:1
  147:21 148:2,13
  150:7,11,24
**exists** 40:24 41:9
  103:6 110:19
  136:10
**expectation** 129:24
**expense** 169:3
**expert** 47:10 107:13
  107:14 146:23
  147:7,12,17
**expertise** 147:13
**explain** 15:22 16:21
  78:17 96:16 117:20
**explained** 15:3
  77:18 88:6
**explaining** 166:17
**export** 74:19,24
**exported** 150:15,17
**extend** 165:19
**extended** 168:18
**extension** 94:1
  162:7
**extensions** 14:4
  75:19
**extent** 7:16 68:12
  81:10 84:9 92:21
  165:18
**external** 160:21
**extra** 161:19 162:5

**f**

**facilities** 23:2
**fact** 46:1 57:2 69:7
  71:2 81:24 99:23
  163:21 164:6,22
**facts** 82:7 84:16
**fair** 21:8
**familiar** 71:18
**far** 46:11 83:19
  168:16 169:1

**fast** 15:6
**faxed** 166:22
**faxes** 166:21
**features** 102:2
**february** 1:16 77:11
**feel** 7:7 81:19 83:11
  83:17
**fees** 17:10
**feet** 120:11
**fernandez** 38:13,14
**fflegal.com** 2:17,17
**field** 73:13 94:3
  119:11
**fight** 168:18
**fighting** 163:12
**figure** 15:6 40:20
  50:21 53:22 73:5,9
  116:2 128:20
**file** 33:10 35:9,11,13
  35:18 37:2 75:1,2
  108:12,15 109:5,11
  110:2,3,4,4,6,8
  111:2,5,12,13,13,14
  111:20,22,23 112:1
  112:3,9 139:22,23
  141:17 150:18,19
  150:21,23 151:1
  152:23 153:1,1,15
  159:11
**files** 34:4 35:15,16
  35:17,18,20 108:18
  108:23 109:4,14,18
  109:19,24 110:6,7
  110:14,15,21 111:1
  111:6,10,11,17
  150:24 152:12,13
  156:15,15,18,19,20
  156:24 157:2,6,13
  157:17,18,21 158:1
**filter** 73:17,18
**filtered** 73:13
**filters** 74:12
**finance** 16:4
**finances** 88:8

**financially** 170:14
**find** 19:7 73:1
  107:11 128:6
  130:19 134:9 167:5
**finding** 13:9
**fine** 7:15 66:17
**finish** 81:17 163:8
**finished** 82:13 105:5
  137:24 155:4 168:2
**first** 4:3 31:4,13
  33:16 57:18 65:5
  70:15,16 72:6 76:3
  76:14 131:16 133:8
  133:24 144:18
  161:13 163:15
  170:3
**five** 22:19,23 23:1,3
  23:12 37:6 66:16
  99:10,14 142:22
  143:10 145:9,10
  151:8 152:24
  155:14 162:4
**fixed** 24:11
**fixing** 11:7
**flag** 94:7,7
**flagged** 94:8
**flatly** 83:4
**florida** 2:16 11:17
  22:3,13 23:13 59:23
  141:9 142:21,23
  161:17
**folder** 112:9 150:23
  151:1
**follow** 13:24 64:4,11
**follows** 4:4
**force** 83:12
**foreman** 2:14
**forever** 151:5
**forgive** 159:14
**form** 5:22 6:19 8:6
  8:14 9:6 10:24
  12:19 13:2,7,8,14
  14:20 16:10,23
  18:21 19:18 20:2,7
  22:15 24:1 25:6,22

26:4,20 27:1 29:12
29:17 30:5 34:17
35:2,6 36:2 37:9,19
38:9 39:1,11 40:1
40:14 41:1 42:3,19
43:2,9,10,21 44:3
44:12,21 45:9 46:6
46:15 48:2 49:4,17
52:18 53:3,8,9 54:9
55:15,21 57:11,15
58:5 59:5,13,21
60:4,8,12,18 61:1
64:7 70:10,11,19
75:11 80:9,12 84:2
85:21 87:21 90:24
92:10,14 93:5,12
95:11,18 96:3,9
97:4,15,22 98:10,11
99:3 100:3 102:4,10
103:7,18 104:18
105:7 106:5,15
107:2,17 108:2
113:2,3,13,22
114:10,19 115:2,8
115:20 116:5,12,23
117:10,16 118:12
120:16,21 121:20
123:11 124:1,11
125:15 126:15
127:9 131:18,19
132:12,19 135:2
137:16 138:12
142:1 146:3,10,18
147:2,3,8 148:6
152:1 154:3 155:17
**format** 35:5,9,11,12
35:13,20 36:1,22
37:1,2 71:18
**formats** 35:14
**former** 132:4
**forthcoming** 165:6
**forward** 165:9
168:21
**found** 157:21

**foundation** 13:6
19:17 23:14 26:4
46:6,15 47:7 48:18
49:5 57:11 59:14,21
75:12 79:11 88:24
91:22 92:22 94:22
96:3,9 106:6,15
107:2,18 114:19
116:7 119:17 120:4
124:13 135:2
136:13 137:2 146:3
146:18 148:6,23
149:5
**four** 23:1 61:7 83:2
121:13,15,17 122:2
133:8 142:21
**fourth** 52:6 104:1
133:17
**fox** 10:1
**frame** 25:15 93:17
**free** 141:21
**friday** 67:13 163:18
**friedman** 2:14
**frown** 143:23
**full** 5:19 11:18 93:9
**fully** 82:21
**function** 14:7
151:13
**functionality** 10:11
14:23
**functions** 16:1 24:9
**further** 31:19
158:12 164:14
168:5 169:3 170:10
**furthermore** 163:1

### g

**g** 11:23 51:14,14,14
51:15,15,15
**general** 39:6,8 50:2
56:9,10,11 71:18
93:17 95:4 107:24
108:5 119:13
151:24

**generally** 11:10 14:6
50:19 72:7,9 88:22
90:1 95:7 134:18
**generate** 74:13
85:20
**generated** 28:16
**generators** 36:7,10
148:18
**generic** 32:9
**geneva** 22:7,8,10,11
23:4,13 91:10,16
**gentleman** 11:19,20
**getting** 50:4 95:4
**giant** 111:5
**give** 14:12 17:1
25:15 38:1 51:8,12
73:14 79:6 87:6
**given** 4:12 83:21
109:16 119:7
130:18 162:21
170:6,9
**giving** 63:14
**gmail.com** 2:13
**go** 5:11 14:3 22:3
57:8 64:18 67:3
81:21 89:17 90:2
94:10 96:21 100:8
100:13 119:8 125:5
138:3 140:15
141:18 150:9
152:11 155:7 156:9
158:16 164:1 165:8
165:20 168:21
**goes** 4:15 88:13
**going** 4:16 5:1 6:3
25:14,15 31:4 56:18
63:8,12 64:8,17,19
65:22 66:5,11 68:8
68:11,22 77:24
80:14 81:7,12,20,22
82:15 84:7 86:8
88:9 94:16 106:21
131:12 138:1,2
161:1 165:20
168:11

**good** 4:8,9 58:15
120:10
**gotcha** 82:23
**gotten** 167:21
**granted** 165:1
**gratuitous** 126:18
**gray** 30:22 31:2
45:14 52:6 56:4,18
57:19 104:1
**great** 6:15 7:23
88:14 131:24
**gregg** 51:11,17,21
54:3,17,18,24
107:23 125:18
**gross** 163:7
**group** 5:16,17,18,20
6:17,23 7:2 8:2,5,13
9:5,12,16 10:9
12:14 14:8 15:12
16:17 18:5,18 20:4
22:6 23:2,7,10 33:6
33:11,19 34:15,21
38:20 39:24 40:6,12
41:22 42:1,6 47:13
47:22 50:24 52:22
55:12 58:24 59:3
60:17,23 61:5 72:8
72:12,18 76:18 77:3
77:7,13,21,24 84:21
88:20 90:4 91:9
96:1 109:24 131:21
145:20
**group's** 42:17 72:13
**guess** 24:20 83:13
83:17 108:19
147:19
**guesses** 82:8
**guessing** 81:19
83:18 165:11
**guy** 21:7,10,12,13
21:17,18 22:13 43:6
59:10 60:2 98:23
99:2
**guys** 21:4 109:17
155:5 161:11

163:10

**h**

**h**  3:9
**half**  162:2
**hand**  74:18 85:3
  87:3 132:14
**handed**  27:20 53:21
  122:12
**handful**  37:10 39:16
  67:18 70:8,12 145:6
  145:8
**hansen**  2:22
**happen**  42:17 61:22
  77:10 81:4 90:1
  93:23 98:8 138:18
  142:16 160:2
**happened**  69:7,15
  70:7 73:6,10 80:8
  105:19 142:17
**happens**  43:14,16
  97:10
**harassing**  80:15
**harassment**  83:22
  124:22
**hard**  31:3 166:17
**hardware**  11:8
  13:18 22:5 24:8
  154:21
**havasu**  139:16
**hawaii**  17:19 139:17
**head**  9:10 151:18
**heads**  63:14
**hear**  7:11,20 17:4,16
  18:2 92:2,5
**heard**  8:18 9:24
  16:16 23:18 28:23
  47:16 92:18
**hearing**  135:18
**help**  28:20 32:14
  54:20,21 125:18
  134:23
**helped**  28:20
**helps**  140:8

**hey**  17:23 63:6
  128:22 130:22
  139:15,16 140:20
**hit**  31:16,17
**hm**  4:18,21 63:7
  88:5 89:21
**hmm**  4:18,21 63:7
  88:5 89:21
**hold**  7:11 147:9
  153:1 163:8
**hole**  118:4
**home**  141:16 142:24
**hopefully**  7:9
**hosted**  19:22
**hotel**  17:21
**hour**  94:11 161:20
  162:2,5
**hours**  62:23 63:2
  162:4,6 165:20
**house**  143:1
**huh**  141:8 151:3
**human**  139:14
**hundred**  110:18
**hundreds**  110:13,14
  110:14
**hyperlink**  85:15
**hyperlinks**  57:14
**hypothetical**  43:12
  54:7 121:21 124:15

**i**

**ibm**  2:7
**idea**  39:9 40:19 48:1
  50:2 57:22 60:11
  78:20 115:12,17
  121:3 122:15 124:6
  125:1 126:24
  137:13 160:8
  167:20
**identification**  3:10
  27:17 66:21 122:9
**illinois**  1:1,14,15 2:3
  2:7,12 22:8,11
  170:1

**imagine**  33:14
**immediately**  104:6
**impact**  84:10
**impetus**  51:2 161:14
**implement**  108:9
**implemented**  33:17
**implicate**  81:11
**implicit**  147:19
**important**  151:13
  152:7,18
**impossible**  146:9
**improper**  82:9,10
**inbound**  46:4 85:9
  85:12
**incentive**  6:22 7:5
  105:21,21 138:7
  139:5,10,16,19
  140:18 141:20,20
  141:22 142:7,9,10
  142:13 159:5,10,20
  159:22 160:16
**incentives**  7:3,4
  135:13 138:17
  142:10
**include**  18:9,14
**including**  34:23
  46:20 161:9 162:20
**incomplete**  54:7
  121:20 124:15
  165:3
**incomprehensible**
  80:13
**incorporated**  9:21
  9:22 32:18
**incorporated's**  33:7
**incorrect**  32:22 83:4
**incur**  169:2
**indicated**  81:18
**indicating**  126:6
**indirectly**  170:14
**individual**  109:4
**inefficient**  111:10
**information**  19:7
  40:24 44:1 49:2
  53:15,19 56:12

57:20,23 68:24 69:4
  74:5 101:3 102:8,14
  102:22 106:2,12,19
  106:23 107:9,10,12
  108:7 113:1,21
  114:4,7 119:23
  121:6 129:17 132:3
  136:18 137:1
  149:15,18 151:10
  164:12
**infringes**  68:12
**inheritance**  118:6
**initial**  105:12,14,15
**initiate**  38:14
**initiated**  37:7,22
  38:8,18 39:16
**ins**  148:19
**insistence**  161:14
**insisting**  168:21
**install**  13:16
**instances**  72:23
**instruct**  63:12 64:8
  65:8,22 66:5 68:8
  68:22 70:23 83:7
**instructed**  82:19
**instructing**  63:22
  83:14
**instruction**  64:6,13
  64:16,24 65:17
  66:12 71:13 151:9
**instructions**  140:20
**integrated**  15:24
  16:6
**interacted**  102:17
**interactive**  16:5
**interest**  63:24
**interested**  170:14
**interesting**  162:8
**interface**  24:22
  25:13 29:11 57:8
  59:10 72:7,14 118:9
  118:17,19 119:13
  137:9 167:2,5
**interfacing**  24:9

**internal** 34:9
**international** 9:13
**internet** 78:3 98:17
   98:19 136:1
**interrupt** 82:12
   97:21 98:4
**intervene** 96:24
**interview** 41:4,18
   117:21 150:17
**invoices** 166:23
**invoke** 71:4
**involved** 49:23 50:1
   50:5 51:19
**involvement** 13:12
   24:6
**ip** 46:20
**issue** 162:9 163:19
**issues** 161:8 163:21
**it'll** 7:17 16:2
**items** 25:2,4 29:7
**ivr** 15:20,22,23 16:6
   16:7,19,22 17:7
   18:6,9,13,20 24:17
   25:14 76:2 87:8,18
   87:19 88:3,21 89:17
   89:18 93:20 96:2
   97:1,3,10 105:13,15
   135:8 136:4,8,11
   140:15 159:6,10,12
   159:24 160:10
   164:9
**ivrs** 158:22 159:1,3
   159:4,7,16 160:5,10
   161:10 164:4,17

**j**

**j** 2:15
**jamie** 1:8 3:2 4:2,11
   26:12 140:20
**jamie's** 64:15
**jamies** 144:13,15,16
   144:19
**january** 168:21
**jbecker** 2:8

**jeff** 62:7 155:19
**jeffrey** 2:6,22
**job** 89:5 115:16
   151:13
**join** 5:23,24 6:20,21
   8:7,8,15 13:8 16:12
   18:22 23:16 24:2,3
   25:7,8,23 26:5,21
   27:2,3 35:7,8 36:4
   38:10 39:2,3,12,13
   40:2,16 41:2 43:22
   44:13,22 46:7,16
   47:9 49:6,15,16
   52:13 53:11 54:9,10
   55:16,18,22 57:12
   59:6,15 64:2 65:13
   68:15 71:9 75:13,14
   79:13,19 81:15,22
   85:22,23 87:22,23
   89:2,13 91:1,23
   92:23,24 93:6 94:23
   95:20 96:4,5,10
   97:6,16,23,24 98:12
   100:4 102:12 103:9
   103:10,19,20
   104:19,20 105:8
   106:7,8,17,18 107:4
   107:5,20 108:3,4
   113:4,14,16,23,24
   114:20 116:6,8
   117:3,4,11,12,17
   118:14 119:18,19
   120:5,17 121:22,23
   123:12 124:2,3,12
   124:14 125:16
   128:15 131:20
   132:13,20,21 135:4
   135:5 136:14,16,20
   136:21 137:4,5,17
   137:18 138:14
   142:2,3 146:4,5,11
   146:20,22 147:5
   148:7,8,24 149:1,7
   149:8 152:2,3 154:5
   154:6

**joint** 63:24 65:7,10
   66:1 68:10,13 69:2
   71:1,5 81:12 84:10
   84:11
**jpeg** 85:10
**judge's** 161:20

**k**

**keep** 15:7,9 25:18
   25:20 26:3 27:10
**keeps** 40:13
**kept** 101:2 152:24
   153:6 163:9
**kind** 10:7 28:6
   42:12 43:19 125:24
   139:14 160:1
**knew** 94:8 165:5
**know** 5:3,5,12 6:10
   8:16 9:10,11,14
   10:5,8 11:17 12:7
   12:16,18,20 13:10
   14:12 17:20,24
   18:23 19:4,10,20
   20:17,21,23 23:15
   23:23 26:2,6 27:4
   28:3,21 30:6,8 34:1
   34:13 36:3,11,18
   37:15,18,21,22 38:5
   38:16,18,21 39:14
   39:18 41:6,11 42:20
   42:23 43:5,18,23
   44:1,7 45:6,6 46:8
   46:17 47:3 51:3,22
   51:24 52:2,4 53:1
   53:12,15,19 54:1,11
   55:2,8,17,23 56:1
   57:4,7 58:13 59:16
   59:18,23 69:8 70:12
   71:24 72:10 74:22
   75:9,16 76:5 79:14
   79:20 80:5,16 81:9
   82:8 86:6 88:9
   89:15 90:6 91:24
   98:21 103:15 106:9
   107:6,11 111:9,20

   111:21 113:15
   114:21 115:9
   116:13 119:15,22
   120:1,6,22 121:6
   124:17 125:10
   128:19 129:1,22
   132:5,6,6 135:15
   136:10,18,22,24
   140:14 141:20,21
   145:22 146:6,13
   147:24 148:21
   149:11,15,17,22
   152:7,16 153:12,20
   153:24 154:7,19
   156:24 157:16
   162:23 163:10,12
   164:20,24 165:4,22
   166:3
**knowing** 168:22
**knowledge** 15:2
   20:9 25:17 54:24
   81:2 82:4 83:17
   93:10 148:16
**known** 163:22

**l**

**labeled** 29:16
**lack** 13:6 19:17
   23:14 48:18 49:4
   59:21,21 75:12,15
   79:11 88:24 91:22
   92:22 94:22 106:5,7
   106:17 107:2,4,18
   114:20 119:17,18
   120:4 136:13
**ladies** 140:4
**lady** 140:24
**lake** 139:16
**land** 142:9
**laptop** 153:11
**large** 109:6 121:1
**larger** 110:3 156:8
   156:15,15,18,19
   157:13

**las** 23:21
**late** 33:18
**laura** 38:13,14
  140:23
**law** 2:2
**lawyer** 6:4 26:13
  61:17 84:20
**lawyers** 61:19,22
**layman's** 119:2
**lead** 34:3,4,12 35:4
  35:20 36:1,7,9,10
  39:18,20 42:24
  48:10 88:22 89:6
  108:23 109:14,20
  122:21 133:17
  134:5,20 148:17
  150:21 156:2,21
  157:3,4,18,18,19,20
  157:22,24
**leads** 24:12 25:14
  31:22 32:7,8,9,14
  32:17,22 33:4,6,10
  33:12,15 34:16,21
  35:24 36:6,9,12,14
  36:17,21 43:4 87:10
  87:10 108:12,16,17
  108:18,20,20 109:4
  109:14 132:10
  133:9,24 148:17
**learn** 13:17 77:20,23
**learned** 13:21 77:23
  78:4,13
**leave** 73:13 87:12
  139:23 141:16
**left** 21:16 31:4 54:24
  85:3
**legitimate** 76:11
  79:8 82:18
**letters** 163:16
**leverage** 14:14
**life** 7:10
**line** 3:16 30:22 31:2
  45:14 56:4 86:8
  104:1

**lines** 2:9,18,19
  135:21
**link** 101:11
**list** 9:23 15:4 17:16
  18:16 31:4,13,18
  39:18,20,24 40:6
  41:9 42:7,24 43:1
  50:21 86:20 88:22
  89:6 93:22 103:16
  137:11,14 150:10
  150:11
**listen** 96:21
**listing** 31:11 56:12
**lists** 14:13 31:11
  34:9,9,12,23 35:4
  94:13 147:22
  148:18 156:3,8,10
  156:12
**litigation** 50:15,17
**little** 7:17 61:15
  134:24 135:23
  142:20
**live** 18:3 90:2
  134:13 159:9
**lived** 11:17
**llc** 2:2
**llp** 2:6
**load** 24:23 87:10
  88:22 89:6
**loaded** 24:18 36:12
  36:21 87:11
**loading** 24:12
**located** 91:8 93:18
  120:9
**location** 23:4,4,19
  91:13,17 92:6
**locations** 91:20 92:3
  103:5 122:24
**log** 46:21 69:5,6
  101:23 102:1 119:4
  119:5 131:8,9
**logically** 74:24
**long** 8:1 18:1 21:10
  49:10 50:12 134:6
  152:22 153:22

**162:9
longer** 77:21
**look** 19:6 72:7 73:21
  73:21 94:6 95:23
  101:21 103:23
  116:1 118:21 119:9
  127:1 129:2,6
  130:23 164:8
**looked** 19:9 29:20
**looking** 52:2 57:18
  73:23 103:24
  127:16 133:7
**looks** 46:19,20 58:2
  118:22,24 128:19
  129:16
**lost** 152:18
**lot** 61:14,16 98:8
**lots** 6:3 17:14
  109:16
**louder** 7:17
**lunch** 100:5
**luncheon** 100:14

**m**

**ma'am** 26:16
**machinery** 27:8
**macivor** 2:15 3:5
  5:23 6:21 7:11,13
  8:7 10:24 12:19
  13:7,14 16:12 18:21
  19:18 20:2 23:16
  24:3 25:6,23 26:5
  26:12,14,17,21 27:2
  29:12,17 30:5 35:2
  35:6 36:4 37:19,24
  38:9 39:3,13 40:2
  40:16 41:1 42:3,19
  43:2,10,21 44:3,12
  44:22 45:9 46:7,16
  47:9 48:2 49:6,15
  49:17 52:13,18 53:3
  53:9,11 54:9 55:18
  55:21 57:12,15 58:5
  59:6,13,21 60:4,8
  60:12,18 61:1 62:16

**63:19 64:2 65:13
  67:19 68:15 70:11
  71:9 75:13,15 79:13
  79:19 80:9,12 81:15
  81:17,22 82:7,11,13
  82:15,21 83:23 84:7
  85:22 87:22 89:2,13
  90:24 91:23 92:10
  92:14,16,23 93:5,12
  94:23 95:20 96:4,10
  97:6,16,24 98:12
  100:4,9,11 102:12
  103:9,19 104:19
  105:8 106:7,17
  107:4,20 108:2
  113:2,16,23 114:10
  114:20 115:2,5,8
  116:6,12 117:3,11
  117:17 118:14
  119:18 120:5,16,21
  121:22 123:12
  124:2,12,16 125:15
  126:1,4,8,11,18
  127:9 128:15
  131:18 132:13,20
  135:4 136:14,20
  137:4,17 138:14
  142:2 146:4,11,20
  147:3,5,8 148:7,24
  149:7 152:2 154:5
  155:17 158:13,19
  160:23 168:9,11,16
  169:6
**mail** 38:24 39:10
  68:19 69:7 70:2,4
  70:17,18 130:22
  138:23 139:6,22
  140:11 141:5,7,15
  144:1,5,8,11,21,23
  145:1 153:19,21,23
  154:1,2,18,22,24
  164:18,21
**mails** 69:11,13,14
  70:22 145:4 162:20
  162:23 164:11,16

165:11 166:10,12
168:20
**maintain** 13:18
**maintained** 94:21
152:22
**maintaining** 11:8
52:23
**major** 131:14
**making** 18:19 24:8
82:22 83:13 132:11
163:11
**manage** 152:13
**manager** 87:15
98:18,19 99:1 106:1
142:8 160:17
**managers** 24:4
37:17,21 38:7 87:12
88:19 99:10,14,21
100:1
**manner** 152:17
**marked** 27:17,21
66:21 67:1 122:9,12
**marketing** 5:16,17
5:18,20 6:17,23 7:2
8:2,5,13 9:5,12,16
10:9 12:13 14:8
15:12 16:17 18:5,18
20:4 22:5,6 23:2,7
23:10 33:6,11,19
34:15,20 38:19
39:24 40:6,12 41:22
42:1,6,17 47:13,22
50:24 52:22 55:12
58:24 59:3 60:17,23
61:5 72:8,12,13,18
76:17 77:2,7,13,21
77:24 84:4,21 88:20
90:4 91:9 96:1
100:19 103:17
108:21,22 109:15
111:16 114:24
120:2,12 121:10
130:2 131:16,21
132:10 135:9
138:10 140:1 144:5

145:20 148:3
149:13 151:23
153:19 154:18
161:6 164:21
**marketing's** 90:13
147:13,16 165:2
**marriage** 170:11
**martin** 2:6
**master** 31:14,18,22
31:23 32:7,8,9
33:10,15 126:21
127:21 128:8
**matched** 31:12
**matches** 31:5,13
**matt** 163:17,19,20
**matter** 45:2 170:15
**mean** 7:1 13:22 15:1
19:15,22 31:10,16
32:4 35:12 43:16
46:14 53:1 61:7,24
74:3 82:5 93:9 95:2
96:16 109:13
120:12 121:13
124:8 129:12,19
146:15,16 147:19
**means** 15:4 31:8,17
32:5 47:3,6,14 48:9
52:11,17 53:2,19
56:8,16 58:20 71:24
72:1 75:9 86:3,6
104:17 119:3 162:5
**meant** 19:14 24:15
32:24 33:1 53:22
95:2
**meet** 61:17,19 62:4
62:12,18,24 67:12
128:23 129:2 163:2
**meeting** 61:21
**meetings** 63:9 65:19
**member** 7:9 101:10
101:18 102:14
**members** 6:23 10:12
11:14 14:11,13,15
17:9,22,22 150:3,7
160:20

**membership** 116:9
116:11,16 149:13
149:19,20,24 150:2
150:14
**memory** 58:9
**mentioned** 24:14
135:9,18 164:4,11
165:10
**menu** 25:2,4 29:7
119:4
**menus** 119:10
**message** 15:13
39:18
**messages** 15:19
135:8
**met** 62:15 67:8
158:6,8
**meta** 167:8
**miami** 2:16
**michael** 2:11 62:7
**michigan** 2:3
**microsoft** 112:15
**middle** 52:7 105:20
106:24 138:8
142:14
**mike** 63:6 69:4
128:22 158:14
163:20
**minute** 66:16
**minutes** 138:6
155:11 158:21
**mischaracterization**
103:8 154:4
**mischaracterizes**
49:13 118:12
**misrepresentation**
163:7
**misrepresenting**
167:20
**missing** 127:4 166:5
**mix** 58:1
**moment** 13:21 51:8
**money** 19:13
**monitoring** 11:8
22:16

**monthly** 17:9,9
**months** 53:17
**morning** 4:8,9
**morph** 21:11
**motion** 164:24
**move** 11:4 21:20,22
126:18
**moved** 7:13 23:7
**moving** 48:4 56:3
**multiple** 32:15
83:21 89:15 94:11
108:18 157:20,22

| n |
|---|

**n** 3:1
**name** 4:10 8:24
10:15 11:21,22
38:18 51:13 55:8,11
56:24 57:3,10 58:2
58:4,10,13 87:6,7,7
101:24 102:15
109:11 112:13
125:19 139:15
**named** 11:19,20
57:6
**names** 11:18 20:15
20:17,19 37:18,21
109:10,13 116:13
**narrow** 39:7
**national** 34:8
**necessarily** 83:14
125:3
**need** 5:5 22:24
26:14 164:13
**needed** 55:2 96:22
**needs** 24:11
**nervous** 61:15
**network** 8:22 9:13
33:7
**networks** 9:21 32:18
**nevada** 92:6
**never** 16:16 36:19
61:15 80:19 81:2
86:5 118:2,7 145:12
145:16,18 152:4,6

**new** 14:13,15 17:23
  87:6 139:18,18
  159:23,24 160:17
**nexia** 76:23
**nice** 140:4 163:9
**nightly** 152:20,21
**nodding** 104:3
**noncustomers**
  115:19
**nonmembers**
  160:21
**norell** 9:20
**normally** 123:9
  140:4
**north** 1:15 2:3
**northern** 1:1
**norwegian** 2:18
  65:14 68:16 71:10
  135:21
**notary** 1:13
**notes** 129:3,6
**notice** 1:9
**noticed** 167:23
**number** 3:10 7:2
  11:3,5 15:7,8 24:18
  28:10,11 31:12,17
  32:5 39:20 46:2
  48:12,12 50:21,22
  50:23 56:14 70:13
  73:3,6,10,12,13,17
  86:15 94:9 95:13,23
  101:19 102:14
  105:24 107:24
  108:5 111:19 114:4
  114:8 116:2,2,3,18
  125:20 127:23
  128:6 130:19,20,23
  139:9 153:20
  155:12,15 159:18
**numbers** 15:5 24:18
  34:7,8 44:18 58:1
  94:12 95:7,10
  104:10,13 110:1,1,8
  111:1,12 112:2,7,24
  113:8,21 114:11,18

122:22 129:21
150:10 156:8,8,21
157:5,6,16,19,24

**o**

**o** 11:23
**oath** 170:4
**object** 6:19 9:6 13:2
  14:20 20:7 22:15
  24:1 26:4,15 34:17
  36:2 37:9 38:1
  40:14 43:9 59:14
  63:23 65:9 68:11
  70:19 71:7 81:7,12
  81:20 82:3 84:7
  95:11 97:22 98:11
  99:3 126:15 161:12
  163:10
**objecting** 107:19
  162:7,10,12
**objection** 5:22 8:6
  8:14 13:6 16:10,11
  16:23 19:3,17,24
  23:14 25:22 26:20
  27:1 39:1 40:1
  44:21 46:6,15 47:7
  48:18 49:4,13 52:12
  53:8,24 54:4,7
  55:15 57:11 59:5
  60:13 63:20 64:7
  65:4,6,13,22 68:8
  68:16,21,21 69:16
  69:21 70:10,23 71:9
  75:3,11 77:16 79:4
  79:11,17,17,18,24
  80:23 81:23 82:16
  82:18 83:6 84:2
  85:21 87:21 88:24
  89:9 91:22 92:9,21
  94:22 95:18 96:3,9
  97:4,5,15 98:10
  100:3 102:10 103:7
  103:18 104:18
  105:7 106:5,15
  107:2,17 113:3,13

113:22 114:19
115:20 116:5,23
117:10,16 118:12
119:16 121:20
123:11 124:1,11,21
128:13 131:19
132:12,19 135:2
136:13,19 137:2,16
138:12 142:1 146:3
146:10,18 147:2
148:6,23 149:5
152:1 154:3 166:14
**objections** 6:3 38:2
**obtain** 36:17
**obviously** 164:9
  165:19
**occasion** 22:20
  65:20 72:19 73:1
  85:14
**occasionally** 24:12
  24:13
**occurred** 65:23
**odd** 117:18
**offer** 7:6 17:15
  105:20
**offering** 142:6
**offers** 17:15
**office** 23:18 142:21
  142:23,24
**offices** 2:2
**offline** 78:14,18,21
**oftentimes** 138:7
**oh** 58:12,15 67:6
  78:4 80:12 115:5
  123:5 158:13
**okay** 4:15,17,23 5:3
  5:6,7,9,13 6:7,8,12
  6:16 8:21,23 9:9
  15:18 16:17 23:10
  25:11 26:11 27:13
  27:13 28:5 29:24
  30:11 31:22 33:3
  40:9,11 41:12 42:10
  42:12 45:13 50:1,11
  52:6 54:21 55:4,9

56:10 57:2 58:15
59:9 61:21 62:23
63:4,10,16 64:11
65:16,19 66:9,14,15
67:16 69:20 71:15
72:17,22 73:5 74:7
74:10,15,18,22 75:1
75:6,22 76:1,17,21
77:1,5 78:8,17 81:6
82:17 85:14 86:10
86:14,19,22 87:2,5
87:9,18 89:20,22
90:3,16,19 91:8,10
91:12,16 92:5 93:20
94:19 95:9 96:8,13
96:16 97:20 98:3,8
99:6,9,13,18 100:18
101:8 102:21
104:13,16,24
106:12 107:11
108:18 109:8 112:9
112:12,14,16
113:11 114:7
116:21 117:8
118:17,19,21 119:2
119:12 121:12,17
122:1,12,18,23
123:2,9 125:24
126:8,11,24 127:3
127:13,19 130:21
131:1,3,6,12,12
132:3,24 133:7,23
134:3,10,18,20
137:24 138:10,17
138:21,23 139:1,3,8
141:4,19 142:16
143:2,8,13,15,18
144:2,14,17 145:4
145:18,20 147:10
147:12 150:6,9,22
151:6,8 153:11,14
153:17 154:14
155:3,7,18 156:7
157:23 158:4,12,24
160:8,23 167:22

169:7
**old** 87:7 95:4 129:3
  129:6
**once** 101:10,14
  156:17
**one's** 115:18
**ones** 20:18,21 90:21
  158:1
**ongoing** 55:13
**online** 61:14 112:11
**open** 109:24 111:9
  111:11,14 131:3
**opened** 111:18
  156:14
**operator** 18:11
  96:23 134:13
**operators** 90:17,20
**opinion** 127:4
**opportunity** 11:4
  165:15
**opposed** 151:16
**opt** 148:19
**option** 93:21 159:24
**options** 88:9 119:7,8
**order** 13:24 14:2
  74:5 87:13 139:4
**organized** 109:4,8
  109:10
**original** 108:23
  110:21 141:20
**outbound** 16:18,22
  17:6 18:6,19 19:12
  20:6,10,12 37:7
  38:8,14,19,23 39:17
  46:5 59:11,20 76:2
  85:9,12 88:20 96:2
  97:11 132:11,14,16
  132:18
**outsource** 32:21
**outsourced** 32:13,16

**p**

**p.m.** 100:16
**package** 17:20
  87:19

**page** 3:1,16 28:19
  30:1 72:6,20 73:23
  74:24 84:23 85:1,2
  86:5 170:2
**pages** 87:1 123:17
  124:24 129:22
**paid** 17:10 19:15
**paper** 81:3
**parameters** 25:5,12
  97:12 105:3,4
**parcel** 9:21
**pardon** 153:18
**part** 11:11 13:9
  46:22 53:15 69:5
  81:5 88:15 96:14
  97:2 105:14 131:10
  151:18
**participant** 70:18
**participants** 70:3
**participating** 164:7
**particular** 28:22
  41:6 48:11,13 72:10
  73:2,6,10 105:21
  110:2 112:1 131:9
  131:10 139:13
  140:16,17,18,21
  148:2 160:16
**parties** 34:21 71:6
  162:14 165:12
  170:11,13
**parts** 119:9
**passing** 118:20
**password** 101:13,24
  102:15 119:6
**pay** 143:20
**paying** 19:15
**payment** 17:14
**pc** 153:9,13,14
**penumbra** 66:7
**people** 21:15,16
  38:17 39:9 60:16
  63:8 89:15 98:23
  102:5 109:24 111:9
  116:14 118:23
  125:19 134:12

143:21 149:20
  150:8
**performance** 160:15
**period** 24:19,19
  99:17
**periodic** 152:20
**permitted** 76:4
**person** 7:6 14:6
  17:12 37:7 43:15
  52:22 61:4 67:13
  88:10,11 93:22
  96:18,24 115:17
  125:22 130:1
  138:10 146:15
  150:6 158:6,11
**person's** 96:20
**personal** 82:4
  143:19,20 144:23
  145:4
**personally** 153:12
**persons** 55:7
**perspective** 43:19
**pertaining** 1:11 64:9
**pertains** 69:20
  114:8
**philip** 1:3
**phone** 13:24 15:5,8
  17:11 18:3 19:22
  24:18 28:11,22
  31:12,17 32:5 34:7
  34:8 39:20 46:2
  50:21,22,23 53:6
  56:13 67:14,19,22
  67:24 68:1,3 73:2
  73:10,12 76:8,18
  95:10,13,23 97:2
  110:1,1,8 111:1,12
  111:19 112:7,24
  113:8,21 114:4,8,11
  114:17 116:2,3,18
  122:21,22 125:20
  127:22 130:19,19
  130:20 131:17
  132:11,14 138:1
  139:2,5 142:19

143:2,7,8,15,19,20
  150:10 155:5,12,12
  155:15 156:7
  157:16,19,24 159:9
  161:20 164:7
**phones** 90:22 93:13
  93:15,18 98:16
  135:17
**phonetic** 76:23
**picked** 17:12
**picture** 85:4
**piece** 81:3
**pieces** 50:9 101:17
**pitch** 160:18
**place** 23:12 56:24
  64:1
**places** 23:8 28:10
  33:12 40:11
**plaintiff** 1:4,9 2:5
**plan** 100:5
**platform** 117:24
**play** 15:13 17:12,21
  140:17
**played** 14:5 97:3
  105:15
**playing** 140:15
**plaza** 2:7
**please** 4:10 5:12 6:9
  10:20 34:18 38:1
  49:18 58:12 67:17
  99:13 103:11,24
  112:21 115:21
  121:24 125:12
  139:13 148:4
  157:12 160:7
**plug** 101:20
**point** 7:5 21:22 23:6
  77:7 83:15 110:12
  118:7 129:9 151:8
  163:14 167:7
**poke** 85:18
**policy** 151:22 152:4
  152:6
**pool** 134:5 156:21

**pools** 133:18 134:20
**portion** 30:8 56:4,8
  118:23
**position** 168:24
**possible** 48:24 58:10
  73:16 94:15 119:12
  137:11,14 148:1
**possibly** 149:17
**pre** 110:21
**predicate** 59:22
  75:15 106:7,17
  107:4 114:20
  119:18 124:16
  146:4
**predict** 15:8
**predictive** 14:23
  15:1,2 132:17 159:8
**preexisting** 139:12
  140:13
**prefer** 84:12
**preference** 143:24
**preferred** 164:18
**prepare** 61:10,12
**prerecorded** 15:19
  16:18,22 17:5 18:6
  18:13 20:12 39:17
  59:12 89:18 97:11
**presence** 63:19
  65:24 66:7 161:21
**present** 2:21 62:6
**presented** 88:10
**preservation** 151:12
**press** 16:3,4 17:17
  18:2,10,15 83:20
  87:15 88:7,8 89:19
  90:21 91:5 93:21
  94:6
**pressed** 93:22
  134:12
**presses** 89:24
**prevent** 97:1 166:6
**prevented** 164:2
**primarily** 23:23
**primary** 11:2

**prior** 158:7,8 164:22
  165:5
**privilege** 63:21 65:7
  66:1,8 67:4 68:10
  68:23 69:2,5 70:24
  82:20 83:8
**privileged** 66:3
  68:24 69:7 84:11
**privileges** 68:13
  71:4,7
**probably** 22:24
  130:22 162:6
**problem** 24:10
**problems** 150:1
**procedure** 1:10
**proceeded** 165:8
**process** 16:5 111:24
  112:5 114:23
**procure** 14:13,15
**produce** 125:20
**produced** 112:17
  129:5,9,22 162:19
  162:23 163:3 164:5
  165:14
**product** 13:10,15,16
  13:17,19,22,23 14:2
  14:7,10 29:5 65:11
  71:6
**production** 165:3
  167:1
**program** 50:9,12,19
  50:20 51:1,5,20
  118:23 123:3,4,5
  124:10 131:9,10
**programmer** 11:1
**programming** 118:2
**programs** 124:9
**promotion** 17:23
  18:2 139:18 142:10
  160:18,18,19
**promotional** 17:15
  142:10
**promotions** 14:13
  17:19 102:4 150:15

**prompt** 160:5
**prospective** 18:6,14
  18:19 20:12 43:4
  76:3 88:21 89:19
  115:6 146:1
**provide** 5:9 54:23
  74:5 76:18
**provided** 27:9 35:5
  35:9 166:1
**provider** 142:19
  143:2,4,8
**providers** 143:13,16
**provides** 12:11 49:2
**public** 1:13
**pull** 94:6 109:1
  110:1 111:12
  137:11,14
**pulled** 111:19
**purchased** 13:15
  32:15 109:21
  148:17
**purpose** 159:15
**purposes** 22:23
  144:9,12,21 145:12
  158:4 164:13
**pursuant** 1:9,10
  68:9,23 70:24
**push** 102:22
**pushed** 101:12,15
  102:19
**put** 17:20 18:3,15
  73:12 75:23 76:1,1
  93:22 108:14 109:2
  110:10 111:1,12,19
  111:21 129:19
  139:13,15,16
  141:16 159:8
**putting** 157:10

**q**

**quality** 90:4,9 96:20
**queried** 127:23
**queries** 123:24
**query** 28:21 32:6
  119:12 130:12,16

**question** 5:2,8,11
  35:21 39:6 40:23
  41:3 43:12,15 64:9
  64:11 67:4 68:23
  69:10,10,18,23 71:3
  73:8 76:4,12 77:19
  78:23 79:9 80:22,23
  83:2,8,10 84:8,15
  84:16 88:1 95:4
  106:21 107:17
  113:5 114:12
  116:24 117:18
  119:15 121:18
  122:1,2 124:23
  130:7 147:20,23
  154:4 157:7 160:1
  164:14 165:12,15
  166:6
**question's** 80:13
**questioning** 86:8
**questions** 3:15 4:16
  41:18 155:5 158:12
  162:14 164:3
  165:23 167:24
  168:5
**quick** 138:2
**quickly** 161:15
**quote** 167:21

**r**

**r** 51:14,15
**radio** 87:15
**range** 73:14
**reach** 14:10 94:5
**reached** 163:20
**read** 31:3 115:22
  148:5
**readable** 139:15
**reading** 46:3 48:11
  56:11 57:24 61:14
  72:1
**reads** 31:21
**real** 94:15,15,18
**really** 40:21 117:13
  124:19 159:16

160:22
**reason** 51:9 86:4
  95:19 106:1,4,14,24
  107:1 159:21,23
  162:17 163:4
**reasonable** 105:14
**reasons** 105:24
  159:19 160:22
**recall** 11:18 20:18
  20:21 29:22 30:2
  49:22 51:15 61:6,9
  62:11 70:20 129:11
  135:18,20,22
  137:21 140:6
  142:17 145:19
  156:5 159:14
**receive** 36:6 70:17
  91:13 151:9 165:2
**received** 11:4 17:13
  34:4 35:20,24 36:9
  68:19 70:2 90:20
  93:20 156:2 163:17
  167:17,18
**reception** 108:6
**recess** 66:18 100:15
  138:4
**recipient** 89:24
**recipients** 91:5
**recognize** 50:8,9
  86:5
**recollection** 9:14
  58:3,7 61:8 134:7
  136:7 137:10
  142:12
**record** 7:17 27:6
  72:5 81:1 82:22
  96:1,19 100:8,12
  115:22 123:20
  125:5 126:2 136:10
  138:3 139:21 140:1
  141:1,10 148:5
  155:7,9 163:11
  164:1 167:19
  168:12 170:8

**recorded** 15:14 96:8
  139:21,22 140:21
  140:22
**recorder** 141:12
**recording** 17:12
  88:12 105:12,13,15
  105:24 139:11,13
  139:14 140:11,12
  140:13,16,17
  141:10 159:5,20,22
**recordings** 14:5
  87:19 135:16 140:2
**records** 72:2,4 73:2
  74:7,9 112:18
  147:21 150:14
**redacted** 56:3
**redacting** 56:3
**redundancies** 11:9
**redundant** 152:17
**refer** 45:17,23 48:17
  133:20,23 134:1,16
**referred** 20:20 41:5
**referring** 17:6
**refers** 30:16 46:1
  57:23 133:24
  134:17,21
**refresh** 58:3,6
  137:10
**refuse** 66:11
**refusing** 64:5,12,23
  65:16 71:12 79:22
**regard** 24:6 53:6
**regarding** 38:23
  94:20 95:6
**regardless** 165:10
**regularly** 151:6
**relate** 132:10 161:8
  162:20
**related** 20:5 90:19
  125:4
**relating** 130:13
**relationship** 55:13
  55:20
**relative** 170:12

**remember** 11:19,21
  19:2 44:19 50:3
  51:4 55:7,10 57:5
  158:20
**remind** 161:13,18
**remote** 22:16,16,17
**remove** 34:6,11
  94:12
**renewal** 17:10,14
**renewals** 14:12
  150:14
**renewing** 17:13
**rental** 102:3
**repeat** 6:9 34:18
  40:3 41:14 45:5
  49:18 64:21 73:8
  77:22 91:2 103:11
  113:5 114:12
  115:21 121:24
  148:4
**repeated** 168:20
**repeating** 65:6
**rephrase** 77:19
  78:11 84:18 94:24
  157:9,11 160:6
**report** 21:3,5 28:9
  28:12,16,19 30:3
  32:6 49:1 53:21
  56:8 74:16 123:10
**reported** 21:14
  96:14 170:5
**reporter** 4:23 27:20
  122:1 170:5,18
**reporting** 72:20,23
  73:7
**reports** 26:19,23
  29:16,21 30:4 85:4
  85:8,19,20 95:3
**represent** 74:12
  85:7 168:12
**representative** 18:4
  89:20 90:2 159:9
**representatives** 15:7
  15:9 90:3

**represents** 168:13
**request** 5:8 85:18
  102:4 151:9
**requested** 115:22
  148:5
**requests** 68:24
  124:10
**requirement** 57:2
**research** 95:12
**reside** 108:21
  109:15 112:10
**resort** 5:16,17,18,20
  6:17,23 7:2 8:2,5,13
  9:5,12,16 10:9
  12:13 14:8 15:12
  16:17 18:5,18 20:4
  22:6 23:2,7,10 33:6
  33:11,19 34:15,20
  38:19 39:24 40:6,12
  41:22 42:1,6,17
  47:13,22 50:24
  52:22 55:12 58:24
  59:3 60:17,23 61:5
  72:8,12,13,18 76:17
  77:2,7,13,21,24
  84:4,21 88:20 90:4
  90:13 91:9 96:1
  100:19 103:17
  108:21 114:24
  120:2,12 121:10
  130:2 131:16,21
  132:10 135:9 140:1
  144:5 145:20
  147:13,16 148:3
  149:13 151:23
  153:19 154:18
  161:6 164:21 165:1
**resources** 90:9
**respect** 84:14
  162:11 169:3
**response** 15:24 16:6
  85:17
**responsibility** 11:2
**responsible** 61:4

restate  108:13
restaurant  9:20
result  73:21 74:13
    112:6 124:10
    125:21 127:15,22
    127:22,24
results  94:20 123:24
resume  100:15
review  65:21,23
    67:9 72:19 94:15
reviewed  66:4
rich  99:16,19,23
    118:6 119:20
    121:12
richard  11:15 13:16
    21:15 103:3 121:8
right  5:15 22:12
    25:1 29:8 31:1,18
    31:19 32:1 34:21,24
    35:5 37:17 42:2
    46:11 48:14 52:1,20
    53:7,14 60:2,2,23
    62:5 63:14 74:8,18
    75:2,7 78:4 86:12
    87:3 90:17 91:4,6
    91:10 100:1,20
    102:19 105:2,6,20
    107:9 108:12 111:3
    114:5,9 117:9
    118:10 122:24
    123:8 130:22,23
    131:9 132:1 133:12
    133:15,18 136:1,5
    137:15 138:8,11
    141:14,24 142:22
    145:11,16,18
    147:22 150:22
    153:15 154:10,15
    154:20 155:3
    158:20 160:10
    161:1,4 162:16
    166:13 167:10
    168:8,15
rkeith  2:17

rmg  156:2
robo  115:19 138:8
    145:21 159:8
role  11:6
roughly  62:23 70:6
    70:15,16 91:14
    145:7 154:2
roundabout  113:7
routed  134:13
routings  14:4
row  31:13 32:1 36:1
    46:11
rowells  2:10
rows  73:23 74:3,4
    133:8
royal  2:18 65:14
    68:17 71:10 135:19
rule  151:24 159:23
    165:7
rules  1:10 16:1,8,14
    24:17 88:4,11,13
    159:6,12
run  25:16 36:13
    88:18 105:2 112:4
    133:1,3
running  94:14
runs  105:1 131:12

**s**

s  2:6 3:9
sales  24:4 37:16,21
    38:7 87:12,14 88:19
    98:17,19 99:1,9,13
    99:20,24 106:1
    160:16
save  87:11
saved  110:4,6
    111:23
saw  81:3
saying  27:10 80:5,6
    113:8 127:5,6,13,14
    127:20 130:22
    168:16
says  6:4 29:21 30:12
    31:4,14,22 32:1

45:14,20 46:8,11,21
    46:24 48:4 53:16
    56:4,18 58:16 69:17
    72:16 74:19 75:7,19
    80:20 81:3 83:11
    85:4,8,9,12 126:17
    126:21 133:8,11,14
    133:17 170:4
sbzrlaw  2:13
schedule  24:20
scheduled  161:16
    163:22
scope  165:21
screen  29:7,8 57:9
    85:10
screens  29:5
screenshot  122:19
    126:7 128:12,16,18
    167:4
screenshots  130:9
script  140:21 141:6
scrub  32:16 33:4
    110:9 112:5 147:20
    166:18
scrubbed  33:6,13
    34:6 112:3,7
scrubbing  32:10,11
    32:12,14,22 33:13
    33:16,20,23 94:4,12
    109:1 110:5,10
    112:1,22 114:16
    122:21 131:11
    132:8,24 134:1
    156:4,16,17,19
    157:1,1,6,14,21
    158:2
se  118:5
search  73:14,15,16
    95:7,10 122:20,23
    125:20,24 129:16
    130:6 133:8,11,14
    133:17 134:4,4
searches  122:24
seat  7:14,14

second  7:14 45:14
    75:6 98:24 100:8
    104:1 125:6 131:13
    133:11 155:8
secondly  161:18
section  48:10 85:19
see  9:2 27:21 29:20
    30:13,23,24 31:5,14
    31:23 32:2 33:5
    45:15,21 46:12,22
    46:24 48:6,15 52:8
    53:17 56:5,19 57:20
    57:24 58:17 67:1
    71:16 73:3,23 74:19
    75:7,20 78:15 81:4
    85:4,5,12,19 87:13
    95:13 101:21
    104:10,11 116:18
    122:13 126:22
    128:4 129:3,6 133:8
    133:9 151:20
    161:22
seeing  29:23 45:24
seek  165:18
seen  27:23 28:2,3,4
    29:22 72:11 80:20
    85:2 86:5 118:17
    137:9
select  25:13,14 87:8
selected  73:14
send  17:22 140:22
    140:23,23 141:4,6
sending  163:16
sent  68:19,20 69:11
    70:2 168:19
separate  123:24
    124:10 157:23
    163:16
separated  35:17
series  86:24
serve  20:20
server  45:15,17
    112:15 139:24
    141:17 153:15

**servers**  11:8,9
**service**  5:19 8:22
  9:13,21 16:3 88:8
  140:7
**services**  7:8 9:20
  15:11 47:12,17,20
  47:21 76:19 123:21
  123:22 153:18
  160:9 161:6
**set**  14:3 16:1,1,8
  24:17,19 42:12 43:8
  56:23 59:3,11 60:7
  76:7,14 86:9,16
  88:4 97:10 105:3
  112:6 127:22,22,24
  150:3,6,13
**setting**  24:13 57:5
  88:15 135:15
**setup**  14:5 29:4
**seven**  93:16
**shared**  141:17
  153:15
**sheets**  152:14
**shorthand**  170:4,5
  170:18
**shoulder**  52:2
**show**  30:20 85:9
**showing**  28:10
**shows**  28:11 164:9
**side**  74:18 87:4
**signature**  170:17
**sine**  169:9
**single**  30:3 112:6,23
  112:24
**singular**  110:6
**sir**  6:11 7:19 8:20
  10:2,17 12:8 15:17
  15:21 16:16,20 18:8
  18:12,17 21:2,9,24
  22:4,9,11,21 23:9
  23:22 27:22 28:14
  28:17 30:14,17,24
  31:6,9,15,24 32:3
  32:20 33:24 34:22
  35:1 36:20,24 37:5

37:18 38:6,11 39:22
  45:16,19,22 46:13
  47:18 48:1,7,16
  49:24 50:14,16,18
  51:6,8,18 52:9 56:6
  56:20 57:1,21 58:11
  58:18 60:3,19,24
  62:1,3,22 65:18
  71:17,20 75:21 78:7
  91:7 92:4 104:4
  109:12 120:14
  122:14 123:7 128:7
  128:9,11 153:7,16
  154:11,16
**sit**  52:1 137:13
  147:24
**sites**  10:7
**sitting**  52:3 165:22
**six**  22:19,23 162:6
**size**  110:15 111:22
**sizes**  110:7 120:10
**slave**  133:14 134:4
  134:15
**slow**  15:6
**small**  102:13
**smbtrials.com**  2:8
**smith**  1:8 3:2,11,12
  3:13 4:2,11,12 5:15
  27:15 37:24 63:22
  66:19 69:17,24
  122:7 155:24 156:1
  161:16,20 164:16
  165:11 168:13
**snapshot**  153:6
**soft**  163:9
**software**  12:11
  13:18 20:5 22:17
  24:8 27:8 28:13
  33:2,7,8 55:14
  71:22 117:23
  141:10 154:22
**softwares**  20:16
**somebody**  43:8 52:2
  89:11,24 93:20
  119:23 130:21

138:18
**sorry**  7:12,21 25:24
  38:3 81:17,22 82:14
  89:23 102:11 115:5
  144:15 158:13
**sort**  21:4,11 30:22
  43:8 55:20 73:21
  74:11,19 85:19
  87:19,20 90:19 93:3
  93:10 95:4 133:1
  143:19 165:13
**sorts**  24:16 142:4
**sought**  168:17
**sound**  140:16,17
  159:5,11
**sounds**  43:11
**source**  41:8 156:2
  157:3
**sources**  40:19,23
  103:13,15 157:4
**south**  2:15
**speak**  18:11 89:20
  152:15 153:12
**special**  141:23,24
**specific**  8:9 20:10
  28:11 33:21 39:4
  42:14 48:23 93:7
  94:1 156:10,12
  157:18 159:20
  164:3,11
**specifically**  28:19
  33:9 76:9 127:14,20
  164:1
**specify**  128:4
**speculate**  79:1
**speculating**  83:12
**speculation**  19:19
  47:8 49:5 52:12
  53:24 54:8 59:13,22
  75:3,12 77:16 79:4
  79:8,12 81:5,8,10
  82:2 92:22 106:6,16
  107:3,19 119:16
  121:21 135:3
  136:19 137:3 147:4

149:6
**spell**  11:22
**spelling**  51:13
**spent**  19:13
**spit**  124:9
**spoke**  163:19
**spoken**  64:9 84:15
**sprint**  143:9,10,14
  143:16
**sql**  112:15
**square**  120:11
**ss**  170:1
**standalone**  133:2,4
  133:6
**standpoint**  43:7
**starr**  2:10
**start**  10:5 14:17
  25:16 35:21 41:22
  62:14 113:19
  149:12
**started**  11:1 70:16
  144:18
**state**  1:14 4:10
  170:1
**statement**  83:22
  99:20 168:11
**statements**  7:18
**states**  1:1,11 16:9,15
**stating**  30:19,20
**statistics**  94:16,17
**stefanik**  1:13 170:3
**step**  131:13
**steps**  13:23 14:2
**steven**  1:12 170:3
**stop**  25:16 46:12,14
  46:19 77:8 98:5,6
  98:15,18 105:5,19
  105:23 121:9
  135:24 136:4
  151:10
**stopped**  77:13 79:9
  106:3,13,24 136:8
**stored**  95:6
**street**  1:15

**strike**  126:18
**structure**  150:16
**stuck**  151:18
**stuff**  134:24
**subject**  148:22
**submit**  102:4
**subsequent**  44:17
**substance**  68:6 71:3
**sued**  167:17
**suggest**  106:3
**suggesting**  164:2,12
  165:14
**suite**  1:14 2:3,7,11
  2:15
**superior**  11:15
**supplementation**
  165:6
**support**  30:1 55:20
  99:2,4,6,24
**supported**  11:11
**supporting**  11:7
**supposed**  6:5 82:1,3
  96:19 165:1
**sure**  20:19 24:8 44:9
  67:6 76:6 78:12
  86:11 96:18 100:9
  100:11 135:17
  151:15 152:17
  165:21
**suspend**  161:1
**suspended**  169:2,7
**suspending**  161:4
  161:11 162:13,17
  168:8
**suspension**  163:11
  165:4
**swanson**  2:6
**switch**  140:14
**switzerland**  22:10
**sworn**  4:1,4 170:3,7
**system**  12:3 14:14
  14:19,21 15:5 16:6
  16:7 17:7 27:8
  28:21 32:2,10,11,12
  34:3 39:19 46:3

48:23 50:23 54:22
76:7,13,14 94:4,5,5
94:7 101:11,15,16
101:21,22 103:3
104:22 110:5 112:2
118:1 119:4 128:6
131:17,22 134:8
139:12 140:14
150:20 167:12
**system's**  147:17
**systems**  73:4 95:13
  122:21

**t**

**t**  3:9 11:23 170:3
**tab**  29:23 37:3 71:23
  72:10,24 86:18
**table**  35:5 112:23
  134:22
**tables**  26:8,9 113:11
  113:19 134:8
**tabs**  25:1 29:15,21
  75:18,22
**take**  5:6 6:14 34:3
  66:16 78:13 100:7
  108:6 131:13 138:2
  139:24 150:19
**taken**  1:12 66:18
  78:21 100:15 111:1
  138:4 162:2
**talk**  7:16 14:11 16:3
  16:4 41:17 54:18
  66:6 84:1 100:10
  121:14,19 125:5
**talked**  39:9 51:24
  84:8,19 95:3,3
  103:14 108:10
  115:11 150:16
**talking**  20:11 27:7,7
  27:9,11 68:1 76:9
  158:20 161:9
**taped**  30:4 127:7
**tasked**  140:10
**team**  11:11,14

**technical**  43:7
**technicians**  11:16
**technology**  10:1
  11:11
**tele**  20:20
**telecommunications**
  12:11 15:11
**teleconference**  2:22
**telephone**  76:15
  86:11 143:6,18
  158:6
**telephones**  90:9,13
  91:5,12,19
**tell**  9:18 13:12 19:1
  24:15 40:11 47:14
  49:20 56:10 64:17
  67:16 70:6 79:2,9
  80:21 81:4 99:13
  105:2,5 106:9 107:6
  112:20 125:12,21
  130:4,17 136:11
  139:4,24 166:12
**temporary**  9:20
**ten**  50:21 93:16
  120:15 125:20
  130:18,20 145:2,5
**tens**  110:13
**term**  32:9 47:16
  58:1,1 109:7 151:12
**termed**  16:16
**terminal**  152:12
**terms**  16:7 119:3
**test**  39:19
**tested**  135:16
**testified**  4:4 13:21
  29:6 33:22 34:20
  41:24 43:14,16 44:8
  44:9,14 49:9 60:21
  100:18 102:18
  135:23 136:3 138:6
  155:11,24 156:1
**testify**  148:22
**testimony**  44:10,18
  49:14 59:2 103:8
  118:13 145:11

154:4 156:5 162:21
162:24 164:15,23
170:6,8
**testing**  135:15
**texas**  92:15,18,19
**text**  35:18 37:2
  119:4,11
**thank**  14:12 17:13
  26:17 38:2 160:3
  169:6
**thanksgiving**
  141:23
**thevacationclub.c...**
  144:16
**thing**  15:23 51:2
  80:20 126:10
  155:19 163:14
**things**  14:4 20:1
  108:10,15 110:9
  119:11 139:9 142:5
  151:16,23 152:5
  160:2 164:19
**think**  10:19 29:18
  32:24 37:16 46:4
  47:15 49:9 51:14
  57:16 66:3 69:6
  79:2,9,16 80:19,21
  83:9,20 102:18
  104:15,24 108:10
  120:12,15,20 124:8
  129:5,14,18 134:24
  136:24 137:24
  138:6 154:9 155:3
  162:22 163:20
  164:22 166:12
**thinking**  61:16
**third**  7:14 34:21
  103:24 133:14
**this'll**  27:5
**thought**  82:13
**thousand**  110:18
  120:11,13 154:10
**thousands**  109:18
  109:19,19 110:13
  111:17,18

**three** 60:21 63:3
83:2 121:13,15,17
122:2,24 131:14
134:1
**thursday** 62:20
65:20 67:9,13
**time** 12:2 15:14
24:20 25:15 26:15
32:6,19 38:1 43:17
46:21 49:10 50:13
61:3 70:15,16 74:5
76:8 93:17 94:15,15
94:18 99:16 108:24
109:24 110:12
111:11,19 117:24
124:9 134:6 142:18
151:14 156:14
160:11,11,12,13
162:7 166:17
**times** 23:1 29:22
37:10,12,12,13,23
39:16 67:16,18 70:6
70:8,9,9,12 72:18
81:19 83:2,2,11,21
88:17 94:11 139:1
140:3
**timeshares** 145:21
**timing** 162:9
**title** 21:6
**today** 6:3 10:22 52:1
103:14 110:19,22
137:13 138:1
147:24 155:4 158:5
161:9 162:5,21,24
164:13,15,20 165:6
165:15
**told** 78:13,15
**tools** 116:17,21
**top** 9:10 25:1,2 29:7
30:11 72:14 74:11
75:19 85:8 104:1
123:18 127:5 133:1
133:3,7
**total** 77:5

**track** 25:18,20 26:3
40:13 101:2
**train** 14:6
**training** 96:15
**transcript** 166:11
**transferred** 90:8,12
91:6,21 92:3,20
93:24
**travel** 5:19 7:8 8:22
9:13 10:12,13 47:12
47:17,20,21 102:2,3
123:21,22 153:18
160:9 161:6
**traveler** 7:6
**traveltsn.com** 10:22
**traveltsn.com.**
10:15
**tries** 15:6,8
**trip** 6:14 17:19,24
**true** 76:13,17 170:8
**truthfully** 80:21
**try** 73:1,5,9 114:24
139:13 145:23
**trying** 39:8 40:19
44:23 45:3 77:23
80:3 124:6 125:1
126:24 128:20
129:12 157:8
159:16 160:14
163:1
**tsn** 8:19,21,22,24
9:13
**tsnebusiness.com.**
144:19
**two** 16:4 18:15 45:7
60:21 61:24 63:2,3
88:8 91:20 93:21,23
103:13,24 124:7,10
126:14 127:1 128:3
129:15 166:16
**twos** 94:6
**type** 50:20 116:21
125:19 159:3
**typed** 131:2

**types** 35:18 109:20
135:13
**typically** 138:18

**u**

**uh** 141:8 151:3
**underlying** 65:12
71:7
**underneath** 31:13
45:20 46:19 85:8
**understand** 4:22 5:3
35:4 36:23 42:15
105:14 123:13
124:4 134:23
147:23 157:7 160:2
163:10 165:21
**understanding** 6:12
28:5,15 29:2,4,10
30:15 31:3,7 36:14
36:22 39:23 40:5,12
43:7 45:3,4,7 47:5
47:19 48:8 51:16
52:10,16 56:7,10,12
56:15 57:22 58:19
59:1,9,19 60:6 72:3
74:2,10 77:1,12
80:3,6 84:24 86:2
90:16 93:3 94:19
95:5 97:17 98:22
104:16 120:24
122:15 128:23
134:10
**understood** 110:24
129:24
**united** 1:1,11 9:20
**unredacted** 129:8
**untimely** 38:2
**upload** 94:11 111:10
150:20
**uploaded** 110:5
156:4,9,15
**uploading** 111:24
**upmarket** 9:21
**use** 12:14,16 13:4,22
14:2,8 15:12 18:5

20:5 24:22 25:13
28:13 33:19 34:1
39:18 49:1 59:11
60:7 72:8 75:23
77:21,24 78:5 87:10
98:19 116:17
118:23 120:1
131:17,21 140:1
143:13 144:8
145:17 150:11
151:10 156:10,12
163:12
**user** 101:24 102:15
119:13 152:12
**users** 11:7 75:19
118:10
**uses** 22:6 118:3
119:23 132:10
**usually** 37:14
**utilize** 7:8 13:17
25:14,15
**utilized** 7:4 10:12
17:7 33:1
**utilizes** 6:23

**v**

**v** 11:23
**vacation** 5:18
**valente** 1:6 2:22 9:3
12:24 20:5,24 24:10
56:2 78:16 132:7
149:2,16 161:6
**valley** 10:1
**varied** 22:24 77:4
**various** 110:15
147:13,16 157:4
**vary** 111:16
**vegas** 23:21
**vendor** 24:9 77:2
140:7 157:4,19
**vendors** 20:6 32:15
34:5 36:15,16 76:8
76:8,15,18 86:11,15
108:24 109:21
156:3 157:18,20,22

157:24

**venture** 83:13
**version** 72:13 129:8
**versions** 152:24
**versus** 146:1
**view** 57:9
**violation** 63:20 65:7
  65:24 69:1
**vogt** 11:21
**voice** 15:24 16:6
**voices** 140:4
**voip** 76:15 143:4
**vs** 1:5

---

**w**

---

**wabash** 1:15
**wacker** 2:11
**wait** 67:3
**walk** 121:19 122:4
**walks** 130:21
**want** 16:3,4 17:4,16
  34:1 43:18 45:6
  50:2 67:3 76:5 81:1
  81:4,5 83:5,19
  88:17 93:21 100:7
  115:12,18 125:5,10
  144:3 155:4,19
  160:5,6,8,10,12,13
  165:12,20,22
  167:19
**wanted** 42:16 53:22
  96:18 106:1 116:1
  121:6 126:8 140:24
  142:8 145:23
  160:18,20
**wants** 140:16
**wasting** 15:10
**way** 15:3 16:16
  17:18 56:22 67:5
  88:2 96:23 97:20
  107:6 108:19 109:9
  113:7 114:15,16
  148:1 150:13
  151:21 157:23
  161:16

**ways** 98:3
**we've** 7:3 17:14,23
  33:13 95:3,3 103:13
  137:9 158:6 161:22
  162:4,19 164:24
**web** 10:7 21:13
  24:23 25:13 28:19
  29:7 72:13 101:15
  101:22 133:8,24
**website** 10:12,14,15
  10:16 11:2 100:20
  100:22 101:1,9
  102:1,2,19,23
  103:14
**website's** 101:12
**websites** 10:6
**wednesday** 61:23
  62:16,19,24 65:19
  67:8 158:9 163:17
**week** 65:20 67:9,13
  88:16 158:7 163:18
**weeks** 161:19
**went** 30:12,20 86:10
  110:13 111:24
  156:7,13
**west** 23:19 92:13
**whatsoever** 80:7
  166:16,20,24
**window** 119:5
**windows** 131:4
  141:10,13
**withdraw** 88:1
**witness** 3:1 4:1,3
  6:22 7:12,19,21 8:9
  8:16 9:7 11:1,23
  12:20 13:9,15 14:21
  16:24 18:23 19:4,20
  20:1 22:16 23:15
  24:4 25:9 26:6,16
  27:4 29:13,18 30:6
  34:18 35:9 36:3
  37:10 38:3,11 39:4
  39:14 40:3,15,17
  41:3 42:4,20 43:11
  43:23 44:4,14,24

45:11 46:8,17 47:10
48:19 49:7,18 52:14
53:12 54:1,11 55:17
55:23 57:16 58:6
59:7,16,23 60:9,14
60:19 64:12,21
66:15 70:12,20 75:4
75:16 79:14,20
80:16 81:14,16,18
82:10,19 83:7,11,21
84:12,13 85:24 89:1
89:3,14 90:6 91:2
91:24 92:11,15 93:1
93:7,13 94:24 95:12
95:19 96:6,11 97:8
97:17 98:1 99:4
102:11,13 103:11
103:21 104:21
105:10 106:9,19
107:6,21 108:5
113:5,15 114:1,11
114:21 115:9,21,23
116:9,13 117:5,13
117:18 118:15
119:20 120:6,18,22
121:24 122:5
123:13 124:4,17
125:17 126:3,5,10
127:18,20 128:14
128:16 131:21
132:14,22 135:6
136:15,22 137:6,19
138:13,15 142:4
146:6,12,23 147:10
148:9 149:2,9 152:4
154:7 164:3,14,18
165:15 166:17
168:6
**witnesses** 83:15
**wondering** 89:5
  168:4
**words** 4:19 31:3
  33:5
**work** 5:15 22:23
  30:1 39:21 42:10

50:11,24 65:11 71:6
72:17 76:7 143:1,18
143:21 144:9,12,21
145:12,16,17,19
152:20 153:13
156:11
**worked** 8:1,4 9:15
  11:20 13:16 50:10
  51:4 60:22 94:2,2,3
  99:16 101:9 134:6
  135:17
**working** 10:21 12:3
  12:5 23:24 52:3
  60:17 78:6 100:20
  105:22 121:9
  139:19 160:9,15,16
  160:19
**works** 8:13
**write** 5:1 102:21
**written** 117:23
  118:2 122:20 123:3
**wrong** 90:5,10
**wrote** 33:8

---

**x**

---

**x** 3:1,9

---

**y**

---

**yeah** 6:10 50:7
  51:10 67:6 69:12
  76:5,5 78:10,12
  82:17 89:5 95:2
  100:7 104:8 125:1
  128:20 141:11
  143:22 152:10
  155:6,7,20 163:9
  165:17 167:16,24
**year** 23:1 54:14,19
  61:7
**years** 7:3 8:3 10:10
  11:3,5 12:2 21:11
  21:12 22:19,23 23:3
  23:12 30:2 37:6
  53:16 61:7 99:10,14
  110:17 121:13,15
  121:17 122:2 129:5

| | |
|---|---|
| 142:22 143:11 | 158:15 160:24 |
| 144:12 145:2,5 | 161:3,13 162:2 |
| 151:8 155:14 | 163:2,5,7 166:22 |
| **yesterday** 62:21 | **zip** 35:15 101:18 |
| 63:4 163:20 | 102:14 |
| **yourmembershipc...** | |
| 144:13 | |

**z**

**zero** 53:16,17

**zink** 2:10,11 5:24
6:19 8:8,15 9:6 13:2
13:8 14:20 16:10,23
19:3,24 20:7 22:15
24:1 25:8 27:3
34:17 35:7 36:2
37:9 38:10 39:1,12
40:14 41:2 43:9,22
44:13 45:10 49:16
53:4,24 54:10 55:15
55:22 59:15 60:13
63:7,10,12,16,20
64:7,18 65:4,6,22
66:5 67:24 68:3,8
68:21 69:10,13,20
70:19,23 75:3,14
77:16 79:4,17,24
80:23 82:14 83:1
84:2,13 85:23 87:23
91:1 92:9,24 93:6
95:11 96:5 97:5,7
97:22 98:10 99:3
100:3 103:10,20
104:20 106:8,18
107:5,19 108:4
113:4,14,24 115:20
116:8 117:4,12
119:19 121:23
124:3,14,21 125:16
129:1,11,14,18
131:20 132:21
135:5 136:16,21
137:5,18 142:3
146:5,22 148:8
149:1,8 152:3 154:6

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISCTRICT OF ILLINOIS
## EASTERN DIVISION

PHILIP CHARVAT on behalf of himself )
and others similarly situated, )
         )  Case No. 1:12-cv-5746
    Plaintiff,  )
         )
  v.      )  Judge Wood
         )
ELIZABETH VALENTE, RESORT )
MARKETING GROUP, INC., TRAVEL ) Magistrate Judge Rowland
SERVICE NETWORK, INC.,  )
TSN TRAVEL, INC.,   )
TSN INTERNATIONAL, INC., TSN ) JURY DEMANDED
MARKETING, LLC., CARNIVAL )
CORPORTION & PLC., ROYAL )
CARIBBEAN CRUISES, LTD., )
NCL (BAHAMAS) LTD.,  )
         )
    Defendants. )

## DEFENDANT RESORT MARKETING GROUP, INC.'S SUPPLEMENTAL
## RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

   Defendant, RESORT MARKETING GROUP, INC., by its attorneys, STARR,
BEJGIERT, ZINK & ROWELLS, objects to and answers Plaintiff's First Set of
Interrogatories as follows:

   4.  Identify all attempted and completed calls you made using an Auto Dialer
in the four years prior to the filing of the complaint. Include at least: the phone number
called, the date and time of the call, the equipment used to make the call, the purpose for
the call, the message that was played, whether you received an "opt out" instruction,
where you and, if the call resulted in any transaction, ·the details surrounding such
transaction.

   **ANSWER:** In answering Interrogatory 4 as limited by the Court's September
19, 2014 Order [Docket No. 210], a record of each completed and attempted telephone
call made by RMG using the Asteria auto-dialer system is contained within the Asteria
.SQL database produced to the parties in July 2014. These database records contain,
among other information, the phone number called, the date and time of the call and

information concerning whether the call was completed. Software used for these calls included the Asteria OmegaDial, as well as various Insight/Assist licenses.

Prior to its use of the Asteria system, RMG did not make or initiate any telephone calls using an auto-dialing system. Rather, RMG retained the services of outside companies, such as Bullseye and Basic Solutions, which RMG paid to make such calls for RMG.

RMG had two purposes for making telephone calls using the Asteria system. First, RMG used the Asteria system to contact existing RMG members to thank them for being members of its vacation club, remind them of their membership benefits and to offer members various travel opportunities and packages as part of their membership. Second, RMG used the Asteria system to contact individuals for the purpose of seeking new members of its vacation club.

With limited exception, RMG has been unable to identify whether a message was played in connection with any particular telephone call or set of calls, or if a message was played in connection with a particular set of calls, the substance of such message. RMG produced audio files associated with 64 different messages recorded by RMG over the time frame relevant to this lawsuit. These files are listed in the attached documents Bates-stamped TS6013-TS6076. These audio files were not stored or maintained within the Asteria database in the ordinary course of RMG's business, and RMG has therefore been unable to identify which telephone calls contained within the Asteria database are affiliated with each audio recording. These audio recordings also do not comprise every audio message created over the course of RMG's use of the Asteria system. Rather, many messages prepared and used by RMG were recorded over, replaced or erased by RMG during the ordinary course of its business and prior to commencement of this litigation.

RMG has been unable to determine whether any particular call resulted in an "opt out" instruction or completion of a transaction. As a matter of course, every message that accompanied a telephone call initiated by RMG included an option for the called party to elect to be placed on RMG's internal do-not-call list.

With respect to the Court's reference in its September 19, 2014 Order to identification of "all pre-recorded telemarketing calls initiated by RMG relating to Cruise Defendants," the only telephone calls contained within the Asteria database for which RMG can state with any degree of certainty would have referenced the Cruise Line Defendants in a pre-recorded message played during the telephone calls are those calls contained within Campaigns 422, 505, 610 and 1410. RMG believes that, to the extent a pre-recorded message was played during telephone calls associated with these campaigns, the message would have referenced the Cruise Line Defendants because Plaintiff recorded these telephone calls and produced them as exhibits in this lawsuit. Absent preservation of an audio recording for each telephone call, or a set of calls associated with a particular campaign, RMG is unable to identify other campaigns that

may "relate to" or reference the Cruise Line Defendants since that information was not kept in the ordinary course of RMG's business.

In addition, because RMG would prefer to have its employees participate in predictive calls that do not include pre-recorded messages, it would typically have some representatives answer calls on a given campaign that do not include a message that referenced the Cruise Line Defendants. RMG has been unable to determine which telephone calls commenced during the above-referenced campaigns included the use of a pre-recorded message and which ones did not.

      9.    Describe the manner in which telemarketing complaints submitted or forwarded to You, directly or indirectly, were handled, investigated and resolved.

     **ANSWER:** There are a number of different ways in which a complaint arising out of a telephone call would be received, handled, investigated or resolved by RMG. For example, if an individual (whether an existing member or potential member) raised a complaint during the course of an ongoing telephone with an RMG telephone representative, that individual would generally be transferred to the representative's manger/supervisor. The supervisor would then speak with the individual and seek to understand the substance of the underlying issue, which may include the following examples: rude representatives, unclear promotions, customer wants a refund, customer wants to terminate vacation club membership or customer does not want to be contacted further by RMG. The supervisor would then seek to resolve the complaint in a manner consistent with the complaining party's request. In the context of unwanted telephone calls, the supervisor would have the individual's telephone number added to RMG's internal "do not call" list. In the event that a supervisor is unable to resolve the complaint in a manner acceptable to the complaining party, he or she would escalate the issue to someone within RMG with more authority than the supervisor, which at various times included Richard Borst, Elizabeth Valente, Laura Fernandez and Jason Rader, who would seek to resolve any complaints in a manner acceptable to the complaining party.

With respect to complaints submitted or forwarded to RMG by individuals or entities outside of RMG (and not included complaints raised by members or potential members directly), Richard Borst, Elizabeth Valente, Laura Fernandez and/or Jason Rader, would investigate the complaint by first seeking to identify in its database whether the complaint pertained to a customer or potential customer that RMG had in fact spoken with, and would then investigate the circumstances relevant to that individual's relationship to and contact with RMG. Depending upon the substance of the complaint, RMG would take all steps necessary to resolve the complaint in a manner acceptable to the complaining party, which may include providing that party with a refund, confirming that the individual was included on RMG's internal "do not call" list, clarifying or further explaining the terms of the complaining party's vacation package, or in some cases, simply speaking with and apologizing to the complaining party. For further information, please see Valente Deposition at 213-217.

14.    Identify each litigation, administrative action, civil investigative demand, charge or grievance relating to You that in any way relates to alleged violations of state or federal telemarketing law.

**ANSWER:**  Objection.    As used in Interrogatory No. 14 the phrase "civil investigative demand" is vague and ambiguous.  Without waiving this objection, and in answering Interrogatory 14 as limited by the Court's September 19, 2014 Order [Docket No. 210], RMG has been the subject of litigation or administrative/governmental complaints pertaining to unsolicited telephone calls with respect to the following individuals:

John Hoagland                          Armando Lee
Orlando, FL  32810                     Cape Coral, FL 33914
August 27, 2012                        July 27, 2012

Randal McDonnell                       No Name Provided
Havertown, PA 19083                    April 27, 2012


No Name Provided                       No Name Provided
June 28, 2012                          July 9, 2012

Each of the individuals referenced above and/or their respective telephone numbers were placed on RMG's internal "do not call" list.  RMG also received notices of grievances pertaining to unsolicited telephone calls from the governmental agencies identified on the documents previously produced by RMG in discovery and Bates-stamped 30-37. Unredacted versions are attached hereto as TS6077-6085.  RMG was also a defendant in civil litigation commenced by Stewart Abramson in the State of Pennsylvania arising out of unsolicited telephone calls, which RMG identified in documents previously produced during this litigation and bates-stamped TS4605.

16.    If You claim the plaintiff consented to receive telemarketing calls from You, or had a prior established business relationship that exempts such calls from the scope of the TCPA, describe in detail the nature of such consent or relationship, where and how such consent or relationship was obtained or formed, and if you claim such consent was obtained from a web-site, disclose the exact disclosure language from such web site that purportedly evidence the plaintiff's consent to receive telemarketing calls.

**ANSWER:** RMG purchased opt-in leads through Caldwell List Company and had also purchased a subscription to the national Do Not Call Registry from this vendor. On March 16, 2010 Caldwell List Company delivered to RMG a lead list that included among other information, the name of Plaintiff's daughter, Plaintiff's residential address

and Plaintiff's residential telephone number. This document also includes information indicating that Plaintiff's daughter provided contact information through the website www.123freetravel.com on March 12, 2010. A copy of this lead list was previously produced by RMG and bates-stamped TS0038-4604, and the information containing Plaintiff's information was included on TS3021. This information was also subsequently produced in native format. A copy of the e-mail in which this data was transferred to RMG was previously produced and bates-stamped as TS4607-4609. Copies of disclosure language believed to be contained on the website www.123freetravel.com at the time Plaintiff's daughter provided consent is contained within documents produced in discovery and bates-stamped TS6086-TS6090.

## General Objections

In order to preserve its objections to Plaintiff's first set of interrogatories, Resort Marketing Group, Inc. hereby incorporates each of the following general objections into each answer. These general objections are a part of the response to each and every interrogatory and are set forth here to avoid the duplication of restating each objection in each answer. For the purpose of clarity, one or more of the general objections may be specifically included in response to certain interrogatories. However, the failure to specifically incorporate a general objection shall not be construed as a waiver of the general objections.

1. **Privileged Information**. Resort Marketing Group, Inc. objects to the interrogatories to the extent they call for disclosure of information protected by the attorney-client privilege, work product privilege, or other applicable privileges, and will not disclose such information.

2. **Relevance**. Resort Marketing Group, Inc. objects to the interrogatories to the extent they seek information which is irrelevant to the issues raised in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. Nothing herein shall be construed as an admission by Resort Marketing Group, Inc. respecting the

admissibility or relevance of any fact, or as an admission of the truth or accuracy of any characterization of any kind contained in the interrogatories.

3. **Vague, Ambiguous, Overly Broad, Unduly Burdensome, or Oppressive**. Resort Marketing Group, Inc. objects to the interrogatories to the extent they are vague, ambiguous, overly broad, unduly burdensome, or oppressive. Specifically, Resort Marketing Group, Inc. object to Plaintiff's use of the terms "telemarket," "telemarketing," "promote," "relationship," "authorized," and "pre-recorded message" as vague and ambiguous and to the extent such terms constitute legal conclusions.

4. **Information Within the Plaintiff's Possession**. Resort Marketing Group, Inc. objects to the interrogatories insofar as they seek information already in the Plaintiff's knowledge, possession, and/or control.

<u>Interrogatories</u>

1. Explain in detail the relationship between You and Ms. Valente, Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., and TSN Marketing, LLC, and include in your answer a summary of the business purpose of each entity, Ms. Valente's role in each organization, and disclose the names of your corporate officers and employees since January 1, 2005.

**ANSWER:** Ms. Valente is an employee of Resort Marketing Group, Inc. and acted as Operations Manager and Secretary. Resort Marketing Group, Inc. is a privately held corporation that does travel service and sales. Its corporate officers included Rich Borst, President, Madeline Allerton, Treasurer, Jonathan Allerton, Director, and Elizabeth Valente, Secretary. Resort Marketing Group books hotels, cars, condominium rentals, land travel packages and cruises for its customers and does business as Travel Services. TSN International, Inc. operates the vacation, including a travel agency and cruise division, for which Resort Marketing Group, Inc. sells memberships. TSN Travel, Inc. was a corporation which was dissolved in approximately 2003 and TSN Marketing, LLC was a corporation which was dissolved in approximately 2002.

2.    Explain in detail the relationship between You and any of the Cruise Defendants, including in your response a chronology of such relationships and identify all individuals with knowledge of such relationships.

**ANSWER:**  Objection.  As used in Interrogatory No. 2, the phrase "chronology of such relationships" is vague and ambiguous.  Moreover, discovery is currently stayed as to the Cruise Defendants pursuant to the Court's April 11, 2013 Order.  Without waiving these objections, as an independent, full-service travel provider Resort Marketing Group, Inc. works with many different types of travel vendors, including but not limited to hotels, condominium owners, and various cruise lines, such as the Cruise Defendants.  Resort Marketing Group, Inc. began working with the Cruise Defendants in 2008.

3.    Explain in detail the relationship between XCast Labs, Inc., Nextiva, and 8X8 (or any other VoIP or telephone service provider), in relation to You, including in your response a chronology of such relationships and identify all individuals with knowledge of such relationship. This request includes, but is not limited to, disclosure of the roles Richard Borst and Jamie Smith played in those relationships.

**ANSWER:**  Objection.  As used in Interrogatory No.3, the phrase "chronology of such relationships" is vague and ambiguous.  Without waiving this objection, XCast Labs, Inc., Nextiva, and 8X8 are telephone vendors used by Resort Marketing Group, Inc.  Resort Marketing Group, Inc. reserves the right to supplement its answer to this Interrogatory as investigation and discovery continue.

5.    Explain in detail whether You were authorized to telemarket on behalf of the Cruise Defendants, including in your response when and how such authority was granted, by whom, in what manner, and a chronology of such authorization, as well as the exact manner in which such telemarketing was conducted, and whether such telemarketing was conducted utilizing an auto-dialer and/or pre-recorded message.

**ANSWER:**    Objection.  As used in Interrogatory No. 5 the phrase "on behalf of" constitutes a legal conclusion.  Further, Defendant objects to the phrase "on behalf of" in that it misstates the legal standard and/or issues applicable to the instant lawsuit and is therefore irrelevant.  Without waiving these objections, Resort Marketing Group, Inc. has never made calls for the Cruise Defendants or any other entity.

6.    Describe in detail whether prior express consent was first obtained from consumers to receive telemarketing calls that you sent, describe the mechanisms pursuant to which such consent was obtained, if such consent was allegedly obtained from web-

7

sites, disclose the names and addresses of each such web-site, and disclose the current whereabouts of any consent evidence relating the class allegations.

**ANSWER:** Objection. As used in Interrogatory No. 6 the phrase "prior express consent" constitutes a legal conclusion. Without waiving this objection, Resort Marketing Group, Inc. purchases properly acquired leads through lead brokers that use "opt-in" websites for people interested in cruise or travel packages. Copies of the leads received from the lead providers will be seasonably provided. Resort Marketing Group, Inc. reserves the right to supplement its response to this Interrogatory as investigation and discovery continue.

7.    Describe in detail whether you contend that telemarketing You conducted was authorized by any established business relationship between the parties to such, and include in your response a detailed description of how and when such business relationship was formed.

**ANSWER:** Objection. As used in Interrogatory No. 7 the phrase "established business relationship" constitutes a legal conclusion. As drafted, it is impossible to determine what information is actually being sought from Resort Marketing Group, Inc.

8.    Identify all persons with knowledge of consumer telemarketing complaints in any way relating to You and to the investigation into such complaints, and the resolution of such complaints.

**ANSWER:** Objection. As used in Interrogatory No. 8 the phrase "consumer telemarketing complaints" is vague and ambiguous and constitutes a legal conclusion. Further, Interrogatory No. 8 is overbroad as to both time and scope and seeks the discovery of information that is neither relevant to this matter, nor which could lead to the discovery of admissible evidence in this matter. Without waiving these objections, Elizabeth Valente.

10.    Describe in detail the equipment you utilized to telemarket, and disclose the current location of such equipment.

**ANSWER:** Telephone equipment used is located in the Geneva, Illinois office for Resort Marketing Group, Inc. on fiber circuits. The company uses an Asteria dialer system cluster of 4 computers with 500 channels of capacity. This dialer system is in the company's Building B in Geneva, Illinois, which includes 4 Ubuntu 10.04 servers. The company also uses an Asteria phone system based on Asterisk. This system is also in the company's Building B in Geneva, Illinois, which includes one Ubuntu 10.04 server.

11.    Describe in detail the exact script of any pre-recorded message You utilized at any time in the four years prior to the filing of this litigation.

**ANSWER:** Please see documents attached hereto.

12.    Describe in detail the source of all consumer contact information You utilized to telemarket, and identify all individuals or entities who originally obtained such information and who provided such information to You, including identification of any persons or entities that participated in drafting or developing such.

**ANSWER:** Customer contact information was obtained from in-bound calls and "opt-in" leads from lead brokers. Leads were received by the company's information technology department. Resort Marketing Group, Inc. did not draft or develop the lead page or landing page, as the lead broker did that work with its vendors.

13.    Please identify all persons and entities that You have reason to believe are associated in any way with any of the following numbers:

        (480) 422-3063
        (480) 359-4334
        (213) 289-9006
        (773) 321-2056
        (773) 321-2061
        (773) 321-2060
        (773) 321-2116
        (773) 449-5048
        (773) 449-5061

**ANSWER:** Objection. Interrogatory No. 13 is overbroad in scope in that it seeks the discovery of information that is neither relevant to this matter, nor which could lead to the discovery of admissible evidence in this matter. Without waiving these objections, each of the above-referenced numbers, except for (213) 289-9006, is utilized by Resort Marketing Group, Inc.

15.    Describe the exact circumstances of any telemarketing call made to the plaintiff by You, including in your answer the date and time of such calls; whether such calls were made using an auto-dialer and/or a pre-recorded message, the content of the call, and identify all entities or individuals in any way affiliated with such calls.

**ANSWER:** The only information in Resort Marketing Group, Inc.'s possession responsive to this Interrogatory is as set forth in Plaintiff's Second Amended Complaint, and Resort Marketing Group, Inc. has demanded strict proof thereof. Resort Marketing Group, Inc. reserves the right to supplement its answer to this Interrogatory as investigation and discovery continue.

17.   Please describe in detail all actions You took to investigate allegations of illegal telemarketing and include in your answer any discipline, warnings, sanctions or other actions taken as a result.

**ANSWER:**  Objection.  As used in Interrogatory No. 17 the phrase "illegal telemarketing" is vague and ambiguous and constitutes a legal conclusion.  Further, Resort Marketing Group, Inc. objects to the phrase "illegal telemarketing" in that it implies that the actions of defendants in this matter, including Resort Marketing Group, Inc., were not in accordance with applicable law.  Without waiving these objections, upon receipt of a consumer complaint Resort Marketing Group, Inc. would research whether the consumer was listed in the company database and whether they had in fact been called by Resort Marketing Group, Inc.  Following such investigation, the consumer would be placed on the appropriate "do not call list" and their number would be blocked so that they could not be called.

18.   Explain   the   relationship   between   You   and   123freetravel.com, GenerationX Solutions, Louise White, Amanda Levang, Gerilyn Erb, Scott Sivertson, and Ramana Kambhampati.

**ANSWER:**  Upon information and belief, Resort Marketing Group, Inc. has not had a relationship with any of these companies or individuals personally.  Answering further, upon information and belief, GenerationX Solutions sells leads to brokers, which leads were then purchased by Resort Marketing Group, Inc.  Upon information and belief, 123freetravel.com is one of the websites on which potential customers entered their contact information and consented to being called.  Resort Marketing Group, Inc. reserves the right to supplement its answer to this Interrogatory as investigation and discovery continue.

19.   Identify each of the employee(s) that made telephone calls to the Plaintiff and identify: (a) the purpose of each call and (b) the good or services that were being offered on that call.

**ANSWER:**  (a) Currently Unknown. Resort Marketing Group, Inc. reserves the right to supplement its answer to this Interrogatory as to the identities of each employee alleged to have called Plaintiff as investigation and discovery continue.  (b) & (c) The purpose of each call was to promote Resort Marketing Group, Inc.'s vacation club and travel services and to procure new customers of Resort Marketing Group, Inc. to

purchase vacation club benefits and Resort Marketing Group, Inc.'s travel agency services pursuant to which Resort Marketing Group, Inc. would contract with various travel entities on behalf of its clients.

20.     If You contend that documents responsive to the Plaintiff's Request for Production of Documents, are not in your possession or control, please identify the document, describe what response it relates to, and identify the individual or entity currently in possession or control of such documents.

**ANSWER:** Currently Unknown. Resort Marketing Group, Inc. reserves the right to supplement is answer to this Interrogatory as investigation and discovery continue.

Respectfully submitted,

_Beth Valente_

Resort Marketing Group, Inc.
By its agent Elizabeth Valente

Starr, Bejgiert, Zink & Rowells
35 E. Wacker Drive
Suite 1870
Chicago, Illinois 60601
(312) 346-9420
Atty. No. 51996

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in Defendant's Supplemental Response to Plaintiff's First Set of Interrogatories are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_Beth Valente_

Elizabeth Valente, as Agent for
Resort Marketing Group, Inc., Defendant-Affiant

# Exhibit D

Law Offices

# Starr, Bejgiert, Zink & Rowells

Suite 1870
35 East Wacker Drive
Chicago, Illinois 60601
- * -
(312) 346-9420
Facsimile Transmissions
(312) 372-3447

February 7, 2014

Anthony I. Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110

   Re: *Charvat v. Travel Services, et al.*
     U.S. District Court for the Northern District of Illinois (12-cv-5746)

Dear Mr. Paronich,

   I am in receipt of your correspondence dated February 3, 2014, which you fashion a communication pursuant to Rule 37(a)(2) and Local Rule 37. I first note that, prior to sending your correspondence via e-mail, I notified you and all counsel via e-mail on February 3, 2014 of my availability on February 5, 2014 to discuss the case. However, I received no response from your office prior to receiving this written correspondence.

   In response to inquiry 1, please be advised that my clients do not possess any such recordings. Likewise, my clients have already produced numerous "scripts" throughout the litigation, and they are not in possession of any written account of a conversation with your client. With respect to call logs, my clients previously produced the call records pertaining to Mr. Charvat's calls as the document Bates-stamped 001. In an abundance of caution to protect your client's security, his telephone numbers were redacted from the document. Attached please find a document Bates-stamped as TS 4605 with your client's telephone numbers visible. This addresses inquiry 2 of your correspondence.

   With respect to inquiry 3, my client has produced to you documentation evidencing consent by plaintiff through his daughter. Additional information may exist in the form of testimony and/or information in the possession of plaintiff and third parties.

Very truly yours,

*Michael J. Zink*

Michael J. Zink
Attorney at Law

Encls.

## All Calls that went to or from the Call Center since 5/7/2012.

| List Identifier | Phone Number | Date Added |
| --- | --- | --- |
| DNC Manual | 6148958940 | 08/13/2012 04:17 P |
| Leads Master | | NOT IN OUR SYSTEM |

### Call Center Servers

| Date of Call | Duration Info | Source | Destination | Disposition | Destination List Stop |
| --- | --- | --- | --- | --- | --- |
| 07092012 | *16148958940* | | | | |
| 0200 P | 6148958940* | | | | |
| | | 6148958940 254 | ANSWERED | TS2InboundTransfer(|||D2)sp247AT.0.0.114674 | /connected2bagent=g?Trail_leg_| |

## All Calls that have been made from the dialers since 2010

### Dialers

| Date of Call | Duration Info | Campaign ID | Direction | Source | Destination | Disposition | Destination |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07092012 0200 P | 1410 | Dialer Call | dialer | 6148958940 | TRANSFERRED 024 | 0 years 0 mons 0 days 0 hours 44:00 secs | |

### Dialers

| Date of Call | Duration Info | Campaign ID | Direction | Source | Destination | Disposition | Destination |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07212012 0128 P | 856 | Dialer Call | dialer | | 6148958940 | HUMAN | 0 years 0 mons 0 days 0 hours 0 mins 29.00 secs |
| 06192012 0128 P | 422 | Dialer Call | dialer | | 6148958940 | TRANSFERRED 024 | 0 years 0 mons 0 days 0 hours 0 mins 34.00 secs |
| 05092012 01:28 A | 619 | Dialer Call | dialer | | 6148958940 | TRANSFERRED 024 | 0 years 0 mons 0 days 0 hours 2 mins 10.00 secs |
| | 238 | Dialer Call | dialer | | 6148958940 | NOANSWER | 0 years 0 mons 0 days 0 hours 3 mins 10.00 secs |

| Campaign | contactid | phonenumber |
| --- | --- | --- |
| | 21452822 | 6148958940 |
| (1410)0520 TS2 Eastern E223 | 21452822 | |

| Campaign | contactid | phonenumber |
| --- | --- | --- |
| [238)C5415 TS2 Inbound Eastern | 51543848 | 6148958940 |
| (4C2)0510 TS2 MN E233 | 80887747 | 6148958940 |
| (850)0720 TS2 Eastern E223 | 100908880 | 6148958940 |
| (610)0501 TS2 Eastern E223 | 129309517 | 6148958940 |

TS 4605

**Exhibit E**

| phone_called | date_of_call | disposition | campaign_name | campaign_id | sound_file_name |
|---|---|---|---|---|---|
| 6102037431 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6067038202 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6103902475 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734264274 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6036202458 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6015200352 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6312552049 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6095404199 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5704231596 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6198551887 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5625690563 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6014419114 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6104978301 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5858899124 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6012098053 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5625470763 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6094817479 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174807167 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626737699 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6146387467 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626739518 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6189227227 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6185803793 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5852322762 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5852885865 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6128605175 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6145372464 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6129916400 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6193099619 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867784490 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738086248 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6189793527 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5735210717 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6307686709 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6032161850 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143250419 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738965200 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733664100 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6065410813 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5854584131 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6129401107 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6083225515 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6177976181 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6036238470 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5713324115 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6107434322 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6142604649 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733018256 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6025183401 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5704040582 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6192715462 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6037708152 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6123092631 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6093511691 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5613051510 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6184473349 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035026352 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6034794613 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6172301174 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5623345112 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732755689 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035686678 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712131604 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6172822711 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5808893206 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6148326268 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5702626121 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6085777035 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6097446241 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5599052394 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5598169019 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5624135132 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6155060236 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5709288181 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5862919930 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6303998239 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6125321294 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174172670 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6232188084 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6166345472 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5704018337 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5702396327 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5624265498 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035935080 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867798187 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6142884998 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732477746 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5618278138 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6125909853 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105872337 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6092707035 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6093326896 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6023770103 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6057475965 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6014838170 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6085483697 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6084892779 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867904303 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019484632 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143235671 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708850360 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105170827 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6089653155 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6072590972 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6158655439 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6068755199 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6106180022 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174139109 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5618279799 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6122506061 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6145565245 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6304080887 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5706783030 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6199133240 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738222772 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5854580049 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6076252677 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5853358258 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867771968 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5869973366 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6302973920 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5857399699 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5736516524 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6122292191 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5597239879 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5709244452 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6184577336 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6309014377 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6106592542 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5702364278 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5853658337 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019323668 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6053606071 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6124833998 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6107904353 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5627555576 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6158760417 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6014807020 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626505162 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5627081648 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |

| 5596364255 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6203882309 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712362941 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5598167363 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174368717 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6308939818 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6012917317 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6303906759 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6208561946 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019683587 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6307309284 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5704444585 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6102707772 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6165402613 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5707640340 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6184785507 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5632427251 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6034861238 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6159775064 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5597861513 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6192207375 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712280243 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6103932880 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6014216516 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734896462 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6145378766 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5597864474 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6237769681 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5737594402 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6025612230 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6013031307 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708477396 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6168139582 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6059323529 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6199254963 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6084556034 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5757768249 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019247659 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6142840181 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6127017890 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6152909667 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5802842500 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6077608668 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6077716780 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6167958699 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5635797955 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6145325034 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| 6302455657 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6098161814 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6024637416 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5705946634 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6312553087 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6015357873 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5632421891 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867512494 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5617040682 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6104324200 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6079672265 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5617044259 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6034492113 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5709771368 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733328589 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6129163560 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5737824870 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6033212498 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733009607 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6059642994 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6168897058 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5629858798 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035046061 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5856629494 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5706382209 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6015066930 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6158871216 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5599606928 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734501783 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5705611797 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6106572427 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6305437439 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708770272 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6085887408 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6014103252 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6128058765 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6192063330 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5853198557 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6109262003 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5599400250 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6016042498 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143519794 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5735866946 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6057704896 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6013314493 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6026256922 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732893206 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6182826449 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6148065838 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6024185487 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6123250173 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6062249330 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6232035503 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6147959636 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105170526 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6157153720 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6194290578 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6152984806 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6304529330 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6157655291 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6124193770 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143519176 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734395080 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105092423 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174707965 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5866048093 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738817678 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6175105371 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6059465141 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6083588273 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712398223 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019410844 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6034770015 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733340768 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5868547262 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6016720845 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105547866 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6129864625 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6038878775 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5733584030 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6087272435 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5599781994 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5639206953 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105131831 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5622017041 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5755262434 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5802350054 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5599058584 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6122515194 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708727233 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712126133 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712281334 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6156700405 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6106983168 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6167541225 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6054544554 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5672190327 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5624130908 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6177215166 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734894896 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6195182000 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6156181006 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6015620919 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732630861 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6147387670 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6302347076 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6098058531 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6075915176 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5863443507 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6089219350 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6095137017 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6146052632 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6142668288 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6052700788 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6123276676 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6022372380 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712712535 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6016792526 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5807615613 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6178776306 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5703133494 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626735037 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6184092342 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5703502542 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6094574363 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6038670558 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5632425300 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5854142327 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6016040880 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6128128304 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5854671801 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6086584579 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6204460033 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6187952752 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6092886775 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143771475 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6308634907 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6235377801 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5595843742 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6072732202 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5618398691 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6172942323 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6104516418 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6108304867 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6095774749 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5597794842 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6145957519 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5705904556 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734248835 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6128722925 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734270199 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6083970364 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174472498 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6185163388 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6144044557 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5852085517 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6232032615 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6197093444 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6053603342 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712416785 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6153556366 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708472450 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5702628430 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6233293400 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6104380374 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732893214 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6197379105 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6122050813 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5806783497 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6156554678 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6127022026 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6148187645 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5619000000 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626735983 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6094171195 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5862066454 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105062191 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6302487486 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6312296680 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6152236945 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5706457351 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6202320995 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6307304113 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6179261851 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734896976 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6053391100 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6156683241 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6015132475 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| 6087529947 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6092213927 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6037383184 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6093925553 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5853294141 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6192271688 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6144036320 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6157086961 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6126700581 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6142687694 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712430305 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6123256663 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6092095506 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6195995480 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174477010 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6018105466 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6024725851 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5734844549 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6122518552 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5857717517 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5858805333 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6103766418 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6177971251 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738216332 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6157381010 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6022145899 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6013079851 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5709659009 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626735658 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6126186639 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6303396874 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174590265 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6095530097 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5705060463 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5704575261 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6172839421 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5708249652 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6176698570 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6107505032 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6124199886 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6185502623 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6026862981 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6307883978 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6077612185 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5712437538 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5706503519 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5732437964 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

| | | | | | |
|---|---|---|---|---|---|
| 6175762263 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5598594638 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6064366332 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174485739 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6062190406 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5868433773 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035027420 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6126382000 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5867641127 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6053482847 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6163042066 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6019329422 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6128049878 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6146796408 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6155124709 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6032892397 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6188453109 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6037677198 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6052060032 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6085481976 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6107771343 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5702394255 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6174177415 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626521566 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143480703 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6109092388 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6194541628 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6302356360 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5626182228 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5633227986 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6105334061 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6169158240 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6185139853 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6162498636 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5707210936 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6093152778 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6306408764 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6309737331 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6023170679 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6144818833 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6037819102 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6108722442 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6035424572 | 6/11/2011 | TRANSFERED | 0610 TS2 Mix B223 | 422 | s28.wav |
| 5738965688 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6125228894 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6107336657 | 6/11/2011 | HUMAN | 0610 TS2 Mix B223 | 422 | s28.wav |
| 6143072260 | 6/11/2011 | MACHINE | 0610 TS2 Mix B223 | 422 | s28.wav |

# Exhibit F

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 16, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number: **168684**          Case Number: **1310- 49103**

Subject: **NO SALES- Call**

## Consumer Information:

| | |
|---|---|
| Name: | **YEATTS, LYNN MARIE** |
| Country: | **USA** |
| Address: | **6098 ASHTON WOODS CIRCLE** |
| City/State/Zip: | **MILTON, FL 32570** |
| Email: | **lynn.yeatts@gmail.com** |
| I would like to subscribe to the Florida Consumer E-Newsletter: | **No** |
| Phone Number called by the Business: | **8509810119** |

## Sales Call  Information (Business):

| | |
|---|---|
| Date of Call: | **10/16/2013** |
| Time of Call: | **01:44:00 PM** |
| Product or Service Offered: | **FREE CRUISE** |
| Name: | |
| Address: | |
| City/State/Zip: | **OAK PARK, IL** |
| Phone: | **7086132054** |

Caller Name, if provided:

**Yes**  The (sales) call was a prerecorded sales call.

**Yes**  The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**  I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**  The business telephone number identified above was provided to me verbally by the caller or was included in the prerecorded sales call.

**No**  The caller immediately identified him/herself and the business they represent.

**No**  I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**  I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**SAID I HAD FILLED OUT A FORM FOR A FREE CRUISE.I HAVE NOT. CALLER ID SHOWED OAK PARK , IL.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRISTOPHER page 1 of 2

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

## DO NOT CALL COMPLAINT FORM

October 16, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:     **168684**                    Case Number:  **1310- 49103**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRPSA1002773
Page 2 of 2

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 17, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number: **168769**        Case Number: **1310- 49224**

Subject: **NO SALES- Call**

## Consumer Information:

Name: **BALTER, SHARI L**

Country: **USA**

Address: **406 HURON PL**

City/State/Zip: **WEST PALM BEACH, FL  33409**

Email: **piglt@comcast.net**

I would like to subscribe to the Florida Consumer E-Newsletter:        **No**

Phone Number called by the Business:   **561- 615- 0824**

## Sales Call  Information (Business):

Date of Call:        **10/17/2013**
Time of Call:        **11:51:00 AM**
Product or Service Offered:

Name:

Address:

City/State/Zip:   **, FL**

Phone:        **708- 613- 2054**

Caller Name, if provided:   **SHOWED AS "OUT OF AREA"**

**Yes**   The (sales) call was a prerecorded sales call.

**Yes**   The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**   I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**    The business telephone number identified above was provided to me verbally by the caller
         or was included in the prerecorded sales call.

**No**    The caller immediately identified him/herself and the business they represent.

**Yes**   I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**   I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**Pre- recorded message said receiving the call because we registered to win a Norwegian Cruise
- which we did not -  and said press one to speak to a sales person (or something like that) and
2 to decline and not be called again. We are on the do not call list & we did not register with
them or anyone**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRPSA1002774

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 17, 2013

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

**ADAM H. PUTNAM**
**COMMISSIONER**

Online Complaint Number:     **168769**                    Case Number:  **1310- 49224**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2

CHRIS-AT002775

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 22, 2013

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

**ADAM H. PUTNAM**
**COMMISSIONER**

Online Complaint Number:  **169051**                    Case Number:  **1310- 49869**

Subject:  **NO SALES- Call**

## Consumer Information:

| | |
|---|---|
| Name: | **THIEL, THOMAS J** |
| Country: | **USA** |
| Address: | **19147 PARK PLACE BV** |
| City/State/Zip: | **EUSTIS, FL  32736** |
| Email: | **ttthiel7@gmail.com** |
| I would like to subscribe to the Florida Consumer E-Newsletter: | **No** |
| Phone Number called by the Business:    **3523573943** | |

## Sales Call  Information (Business):

| | |
|---|---|
| Date of Call: | **10/22/2013** |
| Time of Call: | **01:48:00 PM** |
| Product or Service Offered: | **CARRIBIAN CRUISE** |
| Name: | **SIMILAR NAME** |
| Address: | |
| City/State/Zip: | **,** |
| Phone: | **7732807809** |

Caller Name, if provided:

**No**   The (sales) call was a prerecorded sales call.

**Yes**   The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**   I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**   The business telephone number identified above was provided to me verbally by the caller
or was included in the prerecorded sales call.

**No**   The caller immediately identified him/herself and the business they represent.

**Yes**   I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**   I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**INITIAL EXCHANGE WAS WITH A RECORDED INCOMING CALL. I SELECTED OPTION 1 SO
THAT I COULD TALK TO A LIVE PERSON. TOLD HIM "I WAS ON FL DO NOT CALL LIST, AND
DID NOT APPRECIATE THE CALL." HE REPLIED: "YOU KNOW WHAT, I DON'T CARE! HEAR
THAT? I JUST DON'T CARE." HE THEN HUNG UP.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRSA1002778

Florida Department of Agriculture and Consumer Services
Please return completed form to:

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 22, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:     **169051**              Case Number:   **1310- 49869**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRI9-AT002779
Page 2 of 2

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

October 30, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:     **169638**                         Case Number:   **1310- 50886**

Subject:  **NO SALES- Call**

## Consumer Information:

| | |
|---|---|
| Name: | **VANDERBERG, AMY BETH** |
| Country: | **USA** |
| Address: | **22748 STALLION DRIVE** |
| City/State/Zip: | **SORRENTO, FL  32776** |
| Email: | **diznee117@aol.com** |

I would like to subscribe to the Florida Consumer E-Newsletter:          **No**

Phone Number called by the Business:     **3523839615**

## Sales Call  Information (Business):

| | |
|---|---|
| Date of Call: | **10/29/2013** |
| Time of Call: | **06:55:00 PM** |
| Product or Service Offered: | **FREE CRUISE** |
| Name: | |
| Address: | |
| City/State/Zip: | **,** |
| Phone: | **7736960407** |

Caller Name, if provided:

**Yes**   The (sales) call was a prerecorded sales call.

**Yes**   The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**   I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**   The business telephone number identified above was provided to me verbally by the caller
or was included in the prerecorded sales call.

**No**   The caller immediately identified him/herself and the business they represent.

**Yes**   I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**   I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**THEY CALLED AT 6:55 PM. THE CALLER ID SAID CHICAGO, IL SO THERE WAS NO WAY TO
IDENTIFY THAT IT WAS A SALES CALL. IT WAS PRE- RECORDED.  AS SOON AS THEY SAID
SOMETHING ABOUT A FREE CRUISE, I HUNG UP.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRISTIANO2791
Page 1 of 2

Florida Department of Agriculture and Consumer Services

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Division of Consumer Services

## DO NOT CALL COMPLAINT FORM

October 30, 2013

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

**ADAM H. PUTNAM
COMMISSIONER**

Online Complaint Number:     **169638**          Case Number:  **1310- 50886**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2
CHRISA 002792

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

November 26, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number: **171363**          Case Number: **1311- 55355**

Subject: **NO SALES- Call**

## Consumer Information:

| | |
|---|---|
| Name: | **OHMAN, JASON** |
| Country: | **USA** |
| Address: | **631 CHESTNUT ST** |
| City/State/Zip: | **CLEARWATER, FL 33756** |
| Email: | **invjlo@hotmail.com** |

I would like to subscribe to the Florida Consumer E-Newsletter:     **No**

Phone Number called by the Business:     **9414650916**

## Sales Call  Information (Business):

| | |
|---|---|
| Date of Call: | **11/26/2013** |
| Time of Call: | **10:20:00 AM** |
| Product or Service Offered: | **TRAVEL** |
| Name: | |
| Address: | |
| City/State/Zip: | , |
| Phone: | **3125855404** |

Caller Name, if provided:

**Yes**     The (sales) call was a prerecorded sales call.

**Yes**     The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**     I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**      The business telephone number identified above was provided to me verbally by the caller
or was included in the prerecorded sales call.

**No**      The caller immediately identified him/herself and the business they represent.

**Yes**     I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**     I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**I RECEIVED AN AUTOMATED MESSAGE THAT I HAD WON A TRAVEL TRIP, BUT I DO NOT RECALL EVER APPLYING FOR ANY FREE TRIPS. THE MESSAGE DID NOT SAY THEIR BUSINESS NAME.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRSA1002801          Page 1 of 2



Florida Department of Agriculture and Consumer Services

Division of Consumer Services

## DO NOT CALL COMPLAINT FORM

November 26, 2013

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

**ADAM H. PUTNAM**
**COMMISSIONER**

Online Complaint Number:      **171363**                    Case Number:   **1311- 55355**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service. If your complaint involves a product or service that was advertised, include a copy of the advertisement. Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2
CHRIS-ATI 002802

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

November 30, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number: **171490**          Case Number: **1312- 55634**

Subject: **NO SALES- Call**

## Consumer Information:

Name: **PELL, JOHN R**

Country: **USA**

Address: **28435 SILVER PALM DR**

City/State/Zip: **PUNTA GORDA, FL  33982**

Email: **fljpell@centurylink.net**

I would like to subscribe to the Florida Consumer E-Newsletter:          **No**

Phone Number called by the Business:    **9416370988**

## Sales Call  Information (Business):

Date of Call:          **11/30/2013**
Time of Call:          **03:50:00 PM**
Product or Service Offered:    **VACATION**

Name:          **TRAVEL SERVICES**

Address:

City/State/Zip:          **,**

Phone:          **3125855404**

Caller Name, if provided:    **KERI**

**Yes**     The (sales) call was a prerecorded sales call.

**Yes**     The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**     I have Caller ID and the business telephone number identified above is from my Caller ID.

**Yes**     The business telephone number identified above was provided to me verbally by the caller
or was included in the prerecorded sales call.

**Yes**     The caller immediately identified him/herself and the business they represent.

**Yes**     I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**     I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**I HAVE ASKED MANY TIMES TO BE REMOVED FROM THEIR LIST.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRIS AT 002805          Page 1 of 2

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

November 30, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number: **171490**          Case Number: **1312- 55634**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2
CHR48-AT002806

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**DO NOT CALL COMPLAINT FORM**

February 6, 2014

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

**ADAM H. PUTNAM**
**COMMISSIONER**

Online Complaint Number: **175605**          Case Number: **1402- 05381**

Subject: **NO SALES- Call**

## Consumer Information:

| | |
|---|---|
| Name: | **HILL, DAVID A** |
| Country: | **USA** |
| Address: | **6528 NW 27TH PLACE** |
| City/State/Zip: | **GAINESVILLE, FL 32606** |
| Email: | **dahill67@att.net** |
| I would like to subscribe to the Florida Consumer E-Newsletter: | **No** |
| Phone Number called by the Business: | **3523352763** |

## Sales Call  Information (Business):

| | |
|---|---|
| Date of Call: | **02/06/2014** |
| Time of Call: | **03:57:00 PM** |
| Product or Service Offered: | **FREE CRUISE** |
| Name: | **"OUT OF AREA"** |
| Address: | **UNKNOWN** |
| City/State/Zip: | **UNKNOWN,** |
| Phone: | **8727773242** |
| Caller Name, if provided: | **RECORDING** |

**Yes**   The (sales) call was a prerecorded sales call.

**Yes**   The (sales) call was made to my telephone number on the Florida Do Not Call List.

**Yes**   I have Caller ID and the business telephone number identified above is from my Caller ID.

**No**    The business telephone number identified above was provided to me verbally by the caller
         or was included in the prerecorded sales call.

**No**    The caller immediately identified him/herself and the business they represent.

**Yes**   I received the (sales) call between 8:00 AM and 9:00 PM.

**Yes**   I would be willing to testify in court or a hearing, if necessary.

Explain your complaint, describing the events in the order in which they occurred.

**THE CALL WENT TO A RECORDING IMMEDIATELY AFTER ANSWERING MY PHONE.  THE
RECORDING DID NOT MENTION THE NAME OF THE COMPANY PITCHING THE FREE CRUISE.
IT DID LIST THE NAMES OF THE MOST POPULAR CRUISE LINES.**

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

CHRISTOPHER 002811
Page 1 of 2

Florida Department of Agriculture and Consumer Services

Division of Consumer Services

## DO NOT CALL COMPLAINT FORM

February 6, 2014

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

| Online Complaint Number: | **175605** | Case Number: | **1402- 05381** |

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2
CHRIS-ATI 002812

# Exhibit G

| | | | |
|---|---|---|---|
| 2145061102 | 4803594331 | 4803594334 | 4803594336 ☐ |
| 4803594337 | 4803594338 | 4803594339 | 4804203705 ☐ |
| 4804223063 | 4804223069 | 4806480834 | 4807188063 ☐ |
| 4807188064 | 4807188066 | 4807188067 | 4807188068 ☐ |
| 4807188070 | 4807188071 | 4807188072 | 4807188073 ☐ |
| 4807188074 | 4807197430 | 4807197431 | 4807197435 ☐ |
| 4807197436 | 4807197437 | 4807197438 | 4807197439 ☐ |
| 4807197440 | 5627867892 | 6023964332 | 6023964340 ☐ |
| 6023964344 | 6023964345 | 6029105194 | 6029105202 ☐ |
| 6304055029 | 6306310045 | 7085154818 | 7086132041 ☐ |
| 7086132042 | 7086132043 | 7086132044 | 7086132048 ☐ |
| 7086132054 | 7087335343 | 7204576767 | 7732807809 ☐ |
| 7733211293 | 7733211296 | 7733211299 | 7733212051 ☐ |
| 7733212052 | 7733212054 | 7733212055 | 7733212056 ☐ |
| 7733212057 | 7733212059 | 7733212060 | 7733212061 ☐ |
| 7733212084 | 7733212101 | 7733212113 | 7733212114 ☐ |
| 7733212115 | 7733212116 | 7733212117 | 7733212118 ☐ |
| 7733212119 | 7733212120 | 7733212122 | 7733212123 ☐ |
| 7733212130 | 7733587694 | 7733592405 | 7733592412 ☐ |
| 7733628098 | 7734327423 | 7734327434 | 7734495040 ☐ |
| 7734495041 | 7734495042 | 7734495045 | 7734495048 ☐ |
| 7734495049 | 7734495053 | 7734495055 | 7734495056 ☐ |
| 7734495057 | 7734495058 | 7734495061 | 7734495062 ☐ |
| 7734495063 | 7734495067 | 7734495068 | 7734537278 ☐ |
| 7734537281 | 7734537295 | 7734537303 | 7736391840 ☐ |
| 7736542150 | 7736680408 | 7736680453 | 7736680460 ☐ |
| 7736831107 | 7736960407 | 7737265839 | 7737265840 ☐ |
| 7737295386 | 7739388103 | 7739388104 | 8722051000 ☐ |
| 8724442485 | 8724442489 | 8724442491 | 8727773227 ☐ |
| 8727773229 | 8727773238 | 8727773241 | 8727773242 ☐ |
| 8727773245 | 8727773253 | 8775513685 | 8885049803 ☐ |
| 2145061103 | 2145061105 | 3122168774 | 3122168776 ☐ |
| 3122192043 | 3122192044 | 3122192047 | 3122739438 ☐ |
| 3122739545 | 3125065079 | 3125065081 | 3125068396 ☐ |
| 3125068397 | 3125687007 | 3125687020 | 3125687052 ☐ |

| | | | |
|---|---|---|---|
| 3125687057 | 3125855373 | 3125855404 | 3125855572☐ |
| 3125855673 | 3126472890 | 3128009001 | 3128009016☐ |
| 3128009017 | 3128009024 | 3128009037 | 3128009044☐ |
| 3128009046 | 3128009050 | 3128009058 | 3128009063☐ |
| 3128009077 | 3128009085 | 3128009098 | 3128009199☐ |
| 3129243792 | 3129245630 | 3129245636 | 3129247903☐ |
| 3129247973 | 3129247977 | 3129249694 | 3129818490☐ |
| 4803594319 | 4803594321 | 4803594322 | 4803594323☐ |
| 4803594324 | 4803594325 | 4803594326 | 4803594327☐ |
| 4803594328 | 4803594329 | | |

# Exhibit H

| Reference Number | Complaint Source | Phone In Registry? | Consumer First Name | Consumer Middle Name | Consumer Last Name | Consumer Address, Line 1 |
|---|---|---|---|---|---|---|
| 38795103 | National Do Not Call Registry | Y | | | | |
| 37357405 | National Do Not Call Registry | Y | | | | |
| 38980239 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36090779 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36101499 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36205727 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36304376 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36343388 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36622130 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36638626 | National Do Not Call Registry | Y | | | (b)(6) | |
| 36700002 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36661007 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 37431787 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 38448183 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 37816187 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 38543987 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| Consumer Address, Line 2 | Consumer Address, City | Consumer Address, State | Consumer Address, State Name | Consumer Address, ZIP Code | Consumer Phone, Area Code | Consumer Phone, Number |
|---|---|---|---|---|---|---|
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |

| Company Name | Company State | Company Phone, Country Code | Company Phone, Area Code | Company Phone, Number | Other Information Created Date | Other Information Complaint Date |
|---|---|---|---|---|---|---|
| Carnival Cruise Lines | IL | | 773 | 3628098 | 07/01/2012 | 07/01/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212052 | 05/03/2012 | 05/03/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212130 | 07/12/2012 | 07/12/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Carnival cruise lines | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| carnival cruise lines | IL | | 773 | 3212123 | 03/26/2012 | 03/26/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212115 | 03/29/2012 | 03/29/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212116 | 03/31/2012 | 03/31/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212115 | 04/12/2012 | 04/12/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212116 | 04/12/2012 | 04/12/2012 |
| Carnival Cruise Lines (3rd party service) | IL | | 773 | 3212115 | 04/15/2012 | 04/15/2012 |
| "You've won a Carnival Cruise lines Cruise" | IL | | 773 | 3212116 | 04/13/2012 | 04/13/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212056 | 05/10/2012 | 05/10/2012 |
| Carnival Cruise Lines , norweigan Cruise Lines | IL | | 773 | 7265839 | 06/20/2012 | 06/20/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212061 | 05/25/2012 | 05/25/2012 |
| Carnival Cruise Lines | IL | | 773 | 7265839 | 06/26/2012 | 06/26/2012 |

| Other Information Product Service Description | Other Information Organization | Other Information Complaint Channel | Other Information Transaction Date | Other Information Transaction Time |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/30/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/03/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/20/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/20/2012 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/26/2012 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/15/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/23/2012 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/12/2012 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/12/2012 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/12/2012 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/13/2012 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/17/2012 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/05/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/09/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/25/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/28/2012 | 00:00:00 |

| **Other Information Comments** | **Other Information Existing Business Relationship** |
|---|---|
| | No |
| | No |
| Call made to my cell phone which is registered, and uses valuable minutes. | No |
| A recorded message says to press "1" to speak to a representative, because I've won a cruise, or something to that effect. I receive this call at least 2-3 times per week, for months now. When I mention that I'm on the Do Not Call Registry, they hang up before any information can be exchanged. | No |
| I dont know how these people got my # , It is on do not call list since Jan, this is my cell phone , this is a form of theft as I pay for the Minutes. | No |
| | No |
| They made a series of robo calls - and I would then have to select option 1 to speak with a live operator to book my vacation and I told the person they were in violation of the Do Not Call Rule and would be reported - after I had asked to be removed from their lists.  Also 29MAR2012 - 4:25 PM 15MAR2012 8:20 PM 15MAR2012 7:24 PM 14MAR2012 11:32 AM PH#773-449-5058 09MAR2012 4:11 PM PH#612-222-7091 | No |
| Tell them to sink another ship | No |
| These calls are promoting Carnival Cruise, I have repeatedly asked NOT to be called. They also seem to only call late at night. | No |
| | No |
| Repeated robo calls even after repeatedly asking to be taken off the call list | No |
| I have received almost daily calls from a 3rd party company trying to reward me with Carnival Cruise raffle items (I didn't sign up for anything).  I have followed the prompts on the call to try and talk to someone to remove my number with no luck.  I called Carnival Cruise Lines and they were unable to help.  I have been on the DNC list for several years. | No |
| Recorded msg. stating represented Carnival Cruise Lines and others. When queued to key 1 to speak with representative, "Geno" asked who he was speaking with. I stated Marvin Rhodes in firm tone and he immediately hung up. What good is my registration on "donotcall" as well as my complaint if the perpetuators are not fined? | No |
| | No |
| Frequent caller. Pushed 1 to tell them they had called a do not call number and I would be reporting them. Arrogant young man wanted to make sure I had their company full name. | |
| | No |

| Other Information Pre-Recorded Message | Other Information Requested Entity to Stop Calling |
|---|---|
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | |
| Yes | No |

# Exhibit I

| Reference Number | Complaint Source | Phone In Registry? | Consumer First Name | Consumer Middle Name | Consumer Last Name | Consumer Address, Line 1 |
|---|---|---|---|---|---|---|
| 47566191 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 47796299 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 45558591 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 45564533 | National Do Not Call Registry | Y | | | (b)(6) | |
| 44705429 | National Do Not Call Registry | N | | | (b)(6) | |
| 46000019 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 43119168 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 41195185 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 40443618 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 43262239 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 41042496 | National Do Not Call Registry | Y | (b)(6) | | | |
| 39814433 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 43050841 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | |
| 41712744 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 52256980 | National Do Not Call Registry | Y | | | (b)(6) | |
| 41108415 | National Do Not Call Registry | Y | | | | |

| Consumer Address, Line 2 | Consumer Address, City | Consumer Address, State | Consumer Address, State Name | Consumer Address, ZIP Code | Consumer Phone, Area Code | Consumer Phone, Number |
|---|---|---|---|---|---|---|
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |

| Company Name | Company State | Company Phone, Country Code | Company Phone, Area Code | Company Phone, Number | Other Information Created Date | Other Information Complaint Date |
|---|---|---|---|---|---|---|
| Carnival Cruise Lines | IL | | 708 | 6132042 | 08/02/2013 | 08/02/2013 |
| Carnival Cruise Lines | IL | | 708 | 6132043 | 08/12/2013 | 08/12/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009098 | 04/26/2013 | 04/26/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009098 | 04/27/2013 | 04/27/2013 |
| they said they were carnival cruise lines, but i doubt it | IL | | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| Carnival Cruise Lines | IL | | 312 | 9249694 | 05/18/2013 | 05/18/2013 |
| Carnival Cruise Lines | IL | | 312 | 2168776 | 01/16/2013 | 01/16/2013 |
| Carnival Cruise Lines | IL | | 312 | 5068397 | 10/15/2012 | 10/15/2012 |
| Carnival Cruise Lines | IL | | 773 | 6542150 | 09/13/2012 | 09/13/2012 |
| Carnival Cruise Lines | IL | | 312 | 2192047 | 01/24/2013 | 01/24/2013 |
| Carnival Cruise Lines | IL | | 312 | 5068397 | 10/08/2012 | 10/08/2012 |
| Carnival Cruise lines | IL | | 773 | 3212130 | 08/16/2012 | 08/16/2012 |
| Carnival Cruise Lines | IL | | 312 | 2739545 | 01/13/2013 | 01/13/2013 |
| Carnival Cruise Lines | IL | | 312 | 9247977 | 11/05/2012 | 11/05/2012 |
| Carnival Cruise Lines | IL | | 872 | 4442489 | 03/14/2014 | 03/14/2014 |
| Carnival Cruise Lines | IL | | 312 | 2168774 | 10/04/2012 | 10/04/2012 |

| Other Information Product Service Description | Other Information Organization | Other Information Complaint Channel | Other Information Transaction Date | Other Information Transaction Time |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/02/2013 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/12/2013 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2013 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2013 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/20/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/18/2013 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/16/2013 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/15/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/13/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/24/2013 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/08/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/16/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/05/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/05/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/14/2014 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 09/04/2012 | 00:00:00 |

| Other Information Comments | Other Information Existing Business Relationship |
|---|---|
| | No |
| | No |
| Received recorded call on my cell phone, saing that I had entered a contest with them and had been contacted as a winner.  I have not entered any contest in the past 5 years. Nor have I ever done any busness with them. This is not the first call from them from a recorded message.  I would like them to stom calling my cell phone.  They do not pay for the minutes they waste.   (Thank You) | No |
| Selling Cruises.  I NEVER enter Contests ESPECIALLY FOR CRUISES and NEVER GIVE OUT MY CELL PHONE NUMBER!!!!This is Outright Telemarketing | No |
| Recorded woman's voice explaining that I've entered and won a free cruise from Carnival. Only problem is, I never entered any contest. I attempted to call the number back to get my name taken off whatever list they have, and it was a busy signal. | No |
| | No |
| Call was a recorded message saying that I had entered a contest for a free cruise and that I had won. I never entered a contest. I pressed 1 to speak with a representative and was told that someone else may have mistakenly entered my number. I asked for information and was hung up on. | No |
| After recorded message, which indicated the call was from or for Carnival Cruise Lines, I pressed the numeral 1 to speak with an operator. He hung up before I could confirm the name of the company. There was no answer when I tried to call the number given in my complaint, which I got from my cellphone caller ID. | No |
| | No |
| The recording said I filled out a contest entry. I did not do that. | No |
| Robo call for cruiseline left me a voicemail | No |
| | No |
| I received a call claiming that I had entered a drawing to win a free cruise, which is not true.  It was a recorded call, so I was unable to ask them not to call me again or inform them that I am on the do not call registry. | No |
| | No |
| Recorded message indicated, incorrectly, that I had registered to receive information from the company. Recording provided option, by pressing 2, to be added to company's do not call list. | No |
| | No |

| Other Information Pre-Recorded Message | Other Information Requested Entity to Stop Calling |
|---|---|
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 50773438 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 50947129 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 48340933 | National Do Not Call Registry | Y | | (b)(6) | |
| 46814006 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 48473338 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 49406898 | National Do Not Call Registry | Y | | (b)(6) | |
| 44960799 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45250514 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44654644 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45197710 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45742419 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45837093 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 43843505 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 39413801 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 39755088 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41986168 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 42027738 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 40437914 | National Do Not Call Registry | Y | (b)(6) | | |
| 43295174 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Carnival Cruise Lines | IL | | 312 | 5855673 | 01/08/2014 | 01/08/2014 |
| Carnival Cruise Lines or affiltate thereof | IL | | 312 | 5855673 | 01/16/2014 | 01/16/2014 |
| caribbean carnival cruise lines | IL | | 708 | 6132044 | 09/05/2013 | 09/05/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009017 | 06/27/2013 | 06/27/2013 |
| telemarketing firm representing Carnival Cruise Lines | IL | | 708 | 6132044 | 09/11/2013 | 09/11/2013 |
| carnival cruise lines | IL | | 773 | 2807809 | 11/04/2013 | 11/04/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009063 | 04/01/2013 | 04/01/2013 |
| Claimed to be with Caribbean or Carnival Cruise lines | IL | | 312 | 8009098 | 04/13/2013 | 04/13/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009046 | 03/18/2013 | 03/18/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009085 | 04/10/2013 | 04/10/2013 |
| Carnival Cruise Lines | IL | | 312 | 5687052 | 05/06/2013 | 05/06/2013 |
| Carnival cruise lines | IL | | 312 | 8009050 | 05/09/2013 | 05/09/2013 |
| Chicago, IL  -was on caller id- carnival cruise lines | IL | | 312 | 9818490 | 02/18/2013 | 02/18/2013 |
| carnival cruise lines | IL | | 773 | 6391840 | 08/01/2012 | 08/01/2012 |
| Carnival Cruise Lines | IL | | 773 | 3212130 | 08/14/2012 | 08/14/2012 |
| Carnival Cruise Lines | IL | | 312 | 2192044 | 11/19/2012 | 11/19/2012 |
| Call regarding Carnival Cruise Lines | IL | | 312 | 2192044 | 11/21/2012 | 11/21/2012 |
| carnival cruise lines | IL | | 773 | 6542150 | 09/13/2012 | 09/13/2012 |
| Someone representing Carnival Cruise Lines | IL | | 312 | 2192047 | 01/26/2013 | 01/26/2013 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/07/2014 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/16/2014 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/05/2013 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/26/2013 | 23:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/11/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/04/2013 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/01/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/13/2013 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/18/2013 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/10/2013 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/06/2013 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/09/2013 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/18/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/01/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/14/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/19/2012 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/21/2012 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/12/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/26/2013 | 11:00:00 |

This was a robo call from Chicago, Il, saying that I had won a cruise or a chance to take a cruise. I have never done business with them. This is an illegal call.

No

No

No

Recording saying I had filled out a card for a free Carnival Cruise - not true.

No

I receive a recorded telephone call from this organization periodically.

No

No

Recorded message stating that "you had filled out an entry form for Royal Caribbean or Carnival Cruise and you have been selected…" I have never filled out anything for a cruise giveaway and whenever I do give out a phone number to any type of business, I use my land-line number.

No

No

I have never shopped nor been on a cruise ship.

No

This was a recorded call but when asked to push "1" to speak to someone I did and I asked them why they are calling me because I am on the Do Not Call Registry and they hung up.  Thank you

No

Call was a recorded solicitation from carnival cruise line to my cell phone which is on the do not call list. I have no prior relationship with carnival and the recorded call was very annoying

No

No

these calls stopped right after i registered our numbers, but have started up again. i just got another one from  WN positions- 459-121-8344. i never heard of them and cetainly never asked them for information. thse were automated calls.

No

Scam. They also told me that I had enterend and won a cruise. I am on the do not call registry. I don't know if it does any good, but I filed a complaint on donotcall.gov

No

Recorded Caller indicated that I won a Cruise as result of form that I had filled out. (never filled out a Cruise Line form). Just punch 1 to get connected. (did not punch 1)

No

The recording falsely claimed I had entered a contest.

No

they have been asked to stop calling but still do about cruise packages

No

No

| | |
|---|---|
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | |
| Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41284847 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 41782502 | National Do Not Call Registry | Y | | | (b)(6) | |
| 42230695 | National Do Not Call Registry | Y | | | (b)(6) | |
| 42622512 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 43165483 | National Do Not Call Registry | Y | | | (b)(6) | |
| 51916099 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 39598841 | National Do Not Call Registry | Y | | | | |
| 45124106 | National Do Not Call Registry | Y | | | | |
| 43424297 | National Do Not Call Registry | Y | | | | |
| 51492120 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 49018944 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 44783703 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 45304396 | National Do Not Call Registry | Y | | | (b)(6) | |
| 47367508 | National Do Not Call Registry | N | (b)(6) | | (b)(6) | (b)(6) |
| 45161360 | National Do Not Call Registry | N | (b)(6) | | (b)(6) | (b)(6) |
| 45032185 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 45384266 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 43363438 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|---|---|---|---|---|---|
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| | (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Concepts for Carnival Cruise Lines | IL | | 312 | 5687020 | 10/17/2012 | 10/17/2012 |
| Carnival Cruise Lines? | IL | | 312 | 9247977 | 11/08/2012 | 11/08/2012 |
| Travel Services / Carnival Cruise Lines | IL | | 312 | 5065081 | 12/03/2012 | 12/03/2012 |
| Royal Carnival Cruise Lines | IL | | 312 | 5068396 | 12/20/2012 | 12/20/2012 |
| Carnival Cruise Lines | IL | | 312 | 2192043 | 01/18/2013 | 01/18/2013 |
| Carnival Cruise Lines? | IL | | 773 | 4537281 | 02/28/2014 | 02/28/2014 |
| Carnival Cruise Lines | IL | | 773 | 4495040 | 08/04/2012 | 08/04/2012 |
| Carnival Cruise Lines | IL | | 312 | 8009077 | 04/04/2013 | 04/04/2013 |
| Carnival Cruise Lines | IL | | 312 | 5687007 | 01/30/2013 | 01/30/2013 |
| Carnival Cruise Lines | IL | | 312 | 6472890 | 02/16/2014 | 02/16/2014 |
| Carnival Cruise Lines | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| unknown, but promotion for carnival cruise lines | IL | | 312 | 8009063 | 03/23/2013 | 03/23/2013 |
| CARNIVAL CRUISE LINES | IL | | 312 | 8009098 | 04/16/2013 | 04/16/2013 |
| Carnival cruise lines | IL | | 708 | 6132041 | 07/24/2013 | 07/24/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009085 | 04/09/2013 | 04/09/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009077 | 04/03/2013 | 04/03/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009098 | 04/19/2013 | 04/19/2013 |
| Carnival cruise lines | IL | | 312 | 5687007 | 01/30/2013 | 01/30/2013 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/17/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/08/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/03/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/18/2012 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/18/2013 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/28/2014 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 08/04/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/04/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 01/30/2013 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/09/2014 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/22/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/23/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/16/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/24/2013 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/04/2013 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/03/2013 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/18/2013 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/29/2013 | 20:00:00 |

We have put all our phone numbers on the Do Not Call list.  We follow the rules.  The sales calls blatantly continue with no regard.  They seem to have no consequences as it continues day after day.  Why can't you do something to stop these unwanted calls?  We're already subjected to political and charity calls that also are constant.  If we ignore the calls, they continue to call back multiple times per day, so we answer, listen to the recording until we get a person live to tell them to cease.  A few days later, another one starts up.  Honestly, no wonder people are rude these days!                                                                                      No

Made claims that I'd won a cruise with Carnival Cruise Lines                                              No

                                                                                                                           No

The recording claimed I had filled out some sort of sweepstakes entry, but that is made up out of thin air.   No
There has been a rash of scam calls and text messages lately claiming I have filled out some sort of form or
entry or survey, which is all entirely invented.

                                                                                                                           No

                                                                                                                           No

                                                                                                                           No

                                                                                                                           No

                                                                                                                           No

                                                                                                                           No

Message: "You have been selected for a special offer from Carnival Cruise Lines. To speak with a live         No
representative press one. To be disconnected and added to our do-not-call list, press two."

                                                                                                                           No

WHEN I GOT THROUGH TO A PERSON AND TOLD THEM I WAS ON THE DO NOT CALL LIST THEY
HUNG UP ON ME.

                                                                                                                           No

These ROBO callers are now asking us to press a number to add to their do not call list.  But the law does    No
not give them one free bite.  They are violating the do not call law and should be stopped from this evasion.

Promotion auto Dialer call promoting Carnival Cruises                                                     No

Again a recorded message so I didn't ask them to stop I was told less contact is best.                    No

Claimed I had won some sweepstakes for a free cruise and to press 1 to speak with an operator.          No

| | |
|---|---|
| Yes | No |
| | |
| Yes | No |
| Yes | Yes |
| Yes | No |
| | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| | |
| Yes | |
| Yes | No |
| Yes | No |
| | |
| Yes | No |
| Yes | No |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 42263644 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 39585518 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 39783570 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41049604 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 39910527 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 40042356 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 40057217 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 40859594 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41692988 | National Do Not Call Registry | Y | | (b)(6) | |
| 41712977 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 43490236 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 50426009 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 50744354 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 50770038 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 51107250 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 51226143 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 49565422 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45549215 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44848807 | National Do Not Call Registry | Y | | (b)(6) | |

| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|--------|--------|--------|--------|--------|--------|--------|
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        |        | (b)(6) | (b)(6) |        | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|        |        | (b)(6) | (b)(6) |        | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carnival Cruise Lines | IL | | 312 | 5065081 | 12/04/2012 | 12/04/2012 |
| Carnival Cruise Lines | IL | 1 | 773 | 4495040 | 08/07/2012 | 08/07/2012 |
| Carnival cruise lines | IL | | 773 | 3212130 | 08/15/2012 | 08/15/2012 |
| Carnival Cruise Lines | IL | | 312 | 5068397 | 10/08/2012 | 10/08/2012 |
| carnival cruise lines | IL | | 773 | 6680453 | 08/21/2012 | 08/21/2012 |
| Carnival Cruise Lines | MN | | 763 | 6680408 | 08/27/2012 | 08/27/2012 |
| Unsure - Carnival/Norwegian/Carnival Cruise lines | IL | | 773 | 3592405 | 08/27/2012 | 08/27/2012 |
| Carnival Cruise Lines | IL | | 312 | 2168774 | 10/01/2012 | 10/01/2012 |
| Carnival Cruise Lines | IL | | 312 | 9247977 | 11/03/2012 | 11/03/2012 |
| Carnival Cruise Lines - Sweepstakes | IL | | 312 | 9247977 | 11/05/2012 | 11/05/2012 |
| Carnival Cruise Lines | IL | | 312 | 5687007 | 02/05/2013 | 02/05/2013 |
| Carnival Cruise Lines | IL | | 312 | 5855572 | 12/18/2013 | 12/18/2013 |
| Carnival Cruise Lines | IL | | 312 | 5855673 | 01/06/2014 | 01/06/2014 |
| carnival cruise lines | IL | | 312 | 5855673 | 01/07/2014 | 01/07/2014 |
| Carnival Cruise Lines | IL | | 872 | 7773229 | 01/27/2014 | 01/27/2014 |
| Free cruise for Carnival Cruise lines | IL | | 872 | 7773245 | 02/03/2014 | 02/03/2014 |
| Carnival Cruise Lines | IL | | 773 | 6960407 | 11/11/2013 | 11/11/2013 |
| Carnival cruise lines | IL | | 312 | 8009098 | 04/26/2013 | 04/26/2013 |
| carnival cruise lines | IL | | 312 | 8009063 | 03/26/2013 | 03/26/2013 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/04/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/07/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/15/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/08/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/21/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/27/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/09/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/01/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/03/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/05/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/05/2013 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/18/2013 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/06/2014 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/07/2014 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/27/2014 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/03/2014 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/30/2013 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/26/2013 | 18:00:00 |

I did look up the number on the internet and found a large number of complaints. Everything points to robo-dialers/spammers.                                                                                          No

Could not ask them to stop calling me, it was a recorded message.                                    No

says I was selected to win a free trip.                                                               No

This was a recorded message.  I selected the option to place me on their "Do Not Call" list.         No

the recorded message said that i had registered to win a free cruise and that my name had been selected. i   No
have never entered any contest like that and never would. (b)(6)

This company continues to call even after I have asked them not to call. Am also regestired at DNC.GOV    No
over a year ago.

The recorded phone message said I won a 5 day cruise with Carnival, Norwegian, or Carnival cruise lines.    No
Press (some number) to redeem this. Press (some number) to be placed on their Do Not Call list.

They claim I have won a trip because I registered with them. That is not true.   I have never been on a cruise   No
and have no interest in taking one.  Thank you!

                                                                                                     No

RECORDED message said "Congratulations, you recently entered a sweepstakes for a Carnival Cruise". I   No
did NOT enter any sweepstakes.

This was a pre-recorded call at 8:56 PM.  It stated that we had "won" a cruise based on "our application."   No
We never applied.  Indeed, I have never taken a cruise, and do not plan to take a cruise.  We are on the Do
Not Call List.

I was not able to ask the company to stop calling because it was a recorded message to me cell phone and I   No
did not want to incur the expense of remaining on the line.

                                                                                                     No

the message says I have won a contest that I entered, but I have never entered any contests.          No

Recorded call unable to ask them not to call back.                                                   No

                                                                                                     No

                                                                                                     No

                                                                                                     No

i have recieved numerous calls from this number saying i have won a trip on a cruise line.  saying i filled out   No
a form which i have not.

| Yes | No |
|-----|-----|
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 45307922 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 46714608 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 46240827 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45873063 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44399639 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44797994 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44196214 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 39552119 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 43239720 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 43988380 | National Do Not Call Registry | Y | | (b)(6) | |
| 39615359 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 39650266 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 40024874 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41714346 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 43301582 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
|--------|--------|--------|--------|--------|--------|
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |

(b)(6)

| (b)(6) | (b)(6) | | (b)(6) | (b)(6) |
|--------|--------|--------|--------|--------|
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carnival Cruise Lines? | IL | | 312 | 8009098 | 04/16/2013 | 04/16/2013 |
| Carnival Cruise lines | IL | | 312 | 8009017 | 06/21/2013 | 06/21/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009050 | 05/11/2013 | 05/11/2013 |
| Carnival Cruise Lines? | IL | 1 | 312 | 8009037 | 03/08/2013 | 03/08/2013 |
| Recording referred to Carnival Cruise Lines | IL | | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009024 | 03/04/2013 | 03/04/2013 |
| Carnival Cruise Lines | IL | | 773 | 4495040 | 08/06/2012 | 08/06/2012 |
| Carnival Cruise Lines | IL | | 312 | 2192043 | 01/23/2013 | 01/23/2013 |
| Carnival Cruise Lines | IL | | 312 | 8009016 | 02/23/2013 | 02/23/2013 |
| Carnival Cruise Lines | IL | 1 | 773 | 3592405 | 08/08/2012 | 08/08/2012 |
| unknown; stated a sweepstakes for Carnival Cruise Lines | IL | | 773 | 3592405 | 08/09/2012 | 08/09/2012 |
| Carnival Cruise lines | IL | | 773 | 6680408 | 08/25/2012 | 08/25/2012 |
| unknown caller for Carnival Cruise lines | IL | | 312 | 9247977 | 11/05/2012 | 11/05/2012 |
| Carnival Cruise Lines | IL | | 312 | 2192047 | 01/27/2013 | 01/27/2013 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/16/2013 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/21/2013 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/30/2013 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/11/2013 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/08/2013 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/25/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/04/2013 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/06/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/23/2013 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/23/2013 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/08/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/09/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/25/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/05/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/26/2013 | 13:00:00 |

Recording said that I was being contacted because I'd filled out an entry form for a free Carnival cruise and I    No
was selected. I've never filled out such a form, so I'm sure it's a scam of some kind. The recording said to
enter 2 on my phone to be removed from their call list. I did so, but in retrospect, I wish I hadn't. I'm getting
more and more solicitations on my cell number. Do I need to renew this number on the "do not call" list or
something?

Cruise spammer, DIE, DIE DIE!    No


Pre recorded message call no option to talk to human to ask them to stop.    No

Recorded message to my cellphone - cost me money to receive.  I pressed for agent, Nancy, who put me    No
onto a recording that my number will be put on a do not call list as soon as I asked for the name of her
company.

    No


Robo call.    No

Recorded message.  Called my daughters new pay-as-you-go phone today too.  Only had 13 days.    No

Their robot calling machine falsely claimed that I had filled out a contest form... and I had been selected for    No
a prize.  Having received such calls in the past on my landline, I knew this is the standard preamble for their
marketing of cruise tickets.  I hung up.  This cell phone is on the do not call list... and I never give out this
number for sales leads, etc.  They are flagrantly violating the do not call list... and may in fact be either totally
ignoring that law, or worse, using the do not call list as a marketing list!  I think the appropriate punishment
would be to tar and feather them... waterboard them for a week, then hang them.

    No

    No

An automated message informed me that I had been selected in a sweepstakes drawings for a free Carnival    No
Cruise.  I have not entered any such sweepstakes drawing.

First time they have called me stating i have been selected for some cruise entry.  I have never done    No
business with these people or entered in any drawings.

Call to cellphone claiming I won a cruise and advising me to dial "1" for further info.  I stayed on line to    No
advise of do not call registration.  After waiting, I was asked to leave my name/number to get a return call.
Thereafter, line was disconnected because inbox was full.  I never entered any contest it claimed, and I
suspect I was going to be asked for personal info to register for that cruise.

Recording Claimed that I had entered a contest and was selected, "push 1 to go on, 2 to decline and be    No
removed from call list.  I did not enter a contest and would not have left this number in any case.

| Yes | No |
|-----|-----|
| | |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | No |
| | |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| | |
| | |
| Yes | No |
| Yes | |
| Yes | No |
| | |
| Yes | Yes |
| Yes | No |
| | |
| Yes | No |

| 43428255 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
|---|---|---|---|---|---|
| 42444132 | National Do Not Call Registry | Y | | (b)(6) | |

(b)(6)     (b)(6)     (b)(6)     (b)(6)     (b)(6)     (b)(6)

        (b)(6)     (b)(6)             (b)(6)     (b)(6)

| | | | | | |
|---|---|---|---|---|---|
| Carnival Cruise Lines | IL | | 312 | 5687007 | 02/01/2013 | 02/01/2013 |
| Carnival Cruise Lines | IL | | 312 | 5068396 | 12/11/2012 | 12/11/2012 |

| National Do Not Call Registry | National Do Not Call Registry | Web | 02/01/2013 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/11/2012 | 16:00:00 |

This call said I had entered a contest for a cruise. I have never entered a contest for a cruise, ever.     No

I spoke with a representative, told them that the number they called was on a do not call list and that I would     No
report them for their noncompliance.

Yes                                        Yes

Yes                                        Yes

# Exhibit J

| | | | | | |
|---|---|---|---|---|---|
| 40998203 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 41025231 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43103768 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43133669 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43095464 | National Do Not Call | Y | | (b)(6) | |
| 43197458 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43095507 | National Do Not Call | Y | | (b)(6) | |
| 43163971 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 43143197 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43215054 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43187184 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41874139 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41981307 | National Do Not Call | Y | | (b)(6) | |
| 41954257 | National Do Not Call | Y | | (b)(6) | |
| 42032185 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42070328 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 42002167 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41903835 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41916492 | National Do Not Call | Y | (b)(6) | | |
| 41987871 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 43260688 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43317557 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42118507 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42127646 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42087019 | National Do Not Call | Y | | (b)(6) | |
| 42845595 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42845536 | National Do Not Call | Y | | (b)(6) | |
| 42935617 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42997463 | National Do Not Call | Y | | (b)(6) | |
| 45672124 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45700123 | National Do Not Call | Y | | | |
| 45669220 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45628045 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45680275 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42305247 | National Do Not Call | Y | | (b)(6) | |
| 42263699 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42386566 | National Do Not Call | Y | | (b)(6) | |
| 42317848 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42531299 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42506269 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42469019 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 42438051 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41171137 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41211649 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43376821 | National Do Not Call | Y | | (b)(6) | |
| 43522078 | National Do Not Call | Y | | | |

| | | | | | |
|---|---|---|---|---|---|
| | FL | Florida | | (b)(6) | (b)(6) |
| St. Louis Park | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| Boston | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| Tampa | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Glendale | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Mount Juliet | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Houston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Campbell | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Columbia | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| camanche | IA | Iowa | (b)(6) | (b)(6) | (b)(6) |
| | TN | Tennessee | | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| New York (b)(6) | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |
| Philadelphia | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Orinda | CA | California | (b)(6) | (b)(6) | (b)(6) |
| PBG | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Palm Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Hollywood | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Springfield | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Miami Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Lady Lake | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | UT | Utah | | (b)(6) | (b)(6) |
| Branchville | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | VA | Virginia | | (b)(6) | (b)(6) |
| Kirksville | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | CT | Connecticut | | (b)(6) | (b)(6) |
| Idaho Falls | ID | Idaho | (b)(6) | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |
| Fort Walton BEach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Omaha | NE | Nebraska | (b)(6) | (b)(6) | (b)(6) |
| Ragley | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| | MN | Minnesota | | (b)(6) | (b)(6) |
| Virginia Beach | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Northville | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| bridgeport | WV | West Virginia | (b)(6) | (b)(6) | (b)(6) |
| Bartonville | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Mound | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| Reston | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| College Park | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| Urbana | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | MI | Michigan | | (b)(6) | (b)(6) |
| | CO | Colorado | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Caribbean | IL | | 312 | 2168774 | 10/05/2012 | 10/05/2012 |
| I just won a Royal | IL | | 312 | 2168774 | 10/06/2012 | 10/06/2012 |
| Royal Carribean | IL | | 312 | 2168776 | 01/16/2013 | 01/16/2013 |
| Royal Caribbean | IL | | 312 | 2168776 | 01/17/2013 | 01/17/2013 |
| unknown - some Royal | IL | | 312 | 2168776 | 01/15/2013 | 01/15/2013 |
| Royal Caribbean | IL | | 312 | 2168776 | 01/22/2013 | 01/22/2013 |
| Carnival or Royal | IL | | 312 | 2168776 | 01/15/2013 | 01/15/2013 |
| royal carribean | IL | | 312 | 2192043 | 01/18/2013 | 01/18/2013 |
| Royal Caribbean | IL | | 312 | 2192043 | 01/17/2013 | 01/17/2013 |
| Royal Caribbean or | IL | | 312 | 2192043 | 01/22/2013 | 01/22/2013 |
| Royal Caribbean | IL | | 312 | 2192043 | 01/21/2013 | 01/21/2013 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/13/2012 | 11/13/2012 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/19/2012 | 11/19/2012 |
| royal caribbean cruise | IL | | 312 | 2192044 | 11/17/2012 | 11/17/2012 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/21/2012 | 11/21/2012 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/21/2012 | 11/21/2012 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/20/2012 | 11/20/2012 |
| Travel/Royal | IL | | 312 | 2192044 | 11/14/2012 | 11/14/2012 |
| royal carribean cruises | IL | | 312 | 2192044 | 11/15/2012 | 11/15/2012 |
| Royal Caribbean | IL | | 312 | 2192044 | 11/19/2012 | 11/19/2012 |
| Royal Caribbean | IL | | 312 | 2192047 | 01/24/2013 | 01/24/2013 |
| Royal Caribbean | IL | | 312 | 2192047 | 01/28/2013 | 01/28/2013 |
| Royal Caribbean | IL | | 312 | 2739438 | 11/28/2012 | 11/28/2012 |
| Carnival/Royal | IL | | 312 | 2739438 | 11/28/2012 | 11/28/2012 |
| Recording said | IL | | 312 | 2739438 | 11/26/2012 | 11/26/2012 |
| Royal Caribbean | IL | | 312 | 2739545 | 01/04/2013 | 01/04/2013 |
| Royal Caribbean | IL | | 312 | 2739545 | 01/04/2013 | 01/04/2013 |
| Royal Caribbean | IL | | 312 | 2739545 | 01/08/2013 | 01/08/2013 |
| Royal Caribbean (?) | IL | | 312 | 2739545 | 01/10/2013 | 01/10/2013 |
| Royal Caribbean | IL | | 312 | 5065079 | 05/02/2013 | 05/02/2013 |
| Royal Caribbean | IL | | 312 | 5065079 | 05/01/2013 | 05/01/2013 |
| Royal Caribbean | IL | 1 | 312 | 5065079 | 05/02/2013 | 05/02/2013 |
| Royal Caribbean? | IL | | 312 | 5065079 | 05/01/2013 | 05/01/2013 |
| Royal Caribbean | IL | | 312 | 5065079 | 05/02/2013 | 05/02/2013 |
| Royal Caribbean? | IL | | 312 | 5065081 | 12/05/2012 | 12/05/2012 |
| royal caribbean cruise | IL | | 312 | 5065081 | 12/04/2012 | 12/04/2012 |
| A company offering a | IL | | 312 | 5065081 | 12/07/2012 | 12/07/2012 |
| Royal Caribbean | IL | | 312 | 5065081 | 12/05/2012 | 12/05/2012 |
| Royal Caribbean | IL | | 312 | 5068396 | 12/14/2012 | 12/14/2012 |
| Royal Caribbean | IL | | 312 | 5068396 | 12/13/2012 | 12/13/2012 |
| Royal Caribbean | IL | | 312 | 5068396 | 12/12/2012 | 12/12/2012 |
| Royal Carribean / | IL | | 312 | 5068396 | 12/11/2012 | 12/11/2012 |
| Royal Caribbean | IL | | 312 | 5068397 | 10/13/2012 | 10/13/2012 |
| Norwegian Royal | IL | | 312 | 5068397 | 10/15/2012 | 10/15/2012 |
| Royal Caribbean | IL | | 312 | 5687007 | 01/30/2013 | 01/30/2013 |
| Royal Caribbean | IL | | 312 | 5687007 | 02/04/2013 | 02/04/2013 |

| National Do Not Call | National Do Not Call | Web | 03/28/2010 | 00:00:00 | I received a call saying | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 07/31/2010 | 00:00:00 | Female voice informed | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2010 | 12:00:00 | The call was a robo- | No |
| National Do Not Call | National Do Not Call | Web | 01/02/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/05/2011 | 20:00:00 | Many websites on the | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2011 | 20:00:00 | Prerecorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/14/2011 | 17:00:00 | this company has | No |
| National Do Not Call | National Do Not Call | Web | 01/22/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/11/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/11/2011 | 18:00:00 | The recorded robo call | No |
| National Do Not Call | National Do Not Call | Web | 02/24/2011 | 00:00:00 | unsolicited call. | No |
| National Do Not Call | National Do Not Call | Web | 04/17/2011 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/03/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/01/2011 | 18:00:00 | I have never done | No |
| National Do Not Call | National Do Not Call | IVR | 06/23/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/23/2011 | 13:00:00 | It was a recording, so | No |
| National Do Not Call | National Do Not Call | Web | 06/24/2011 | 18:00:00 | They said I had | No |
| National Do Not Call | National Do Not Call | Web | 06/24/2011 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/25/2011 | 18:00:00 | They gave some BS | No |
| National Do Not Call | National Do Not Call | Web | 06/25/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/26/2011 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/28/2011 | 15:00:00 | They told me via | No |
| National Do Not Call | National Do Not Call | Web | 07/08/2011 | 11:00:00 | Robo call from an | No |
| National Do Not Call | National Do Not Call | Web | 07/26/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/04/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/20/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/24/2011 | 20:00:00 | Company claims I | No |
| National Do Not Call | National Do Not Call | Web | 08/29/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/31/2011 | 12:00:00 | I do not know if the | No |
| National Do Not Call | National Do Not Call | IVR | 08/31/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/01/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/01/2011 | 14:00:00 | This number has | No |
| National Do Not Call | National Do Not Call | Web | 09/01/2011 | 15:00:00 | third call from Royal | No |
| National Do Not Call | National Do Not Call | Web | 09/02/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/02/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/08/2011 | 17:00:00 | A voice | No |
| National Do Not Call | National Do Not Call | Web | 09/08/2011 | 19:00:00 | Have previously | No |
| National Do Not Call | National Do Not Call | Web | 09/08/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/08/2011 | 20:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 09/09/2011 | 14:00:00 | This was an | No |
| National Do Not Call | National Do Not Call | Web | 09/09/2011 | 14:00:00 | Call was a recording | No |
| National Do Not Call | National Do Not Call | Web | 09/10/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/10/2011 | 00:00:00 | I have elected to talk | No |
| National Do Not Call | National Do Not Call | Web | 09/12/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 09/12/2011 | 00:00:00 | | No |

| | |
|---|---|
| No | No |
| Yes | Yes |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | |
| Yes | |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 43488955 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43490637 | National Do Not Call | Y | | (b)(6) | |
| 41452003 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45802465 | National Do Not Call | Y | | | |
| 45768494 | National Do Not Call | Y | | (b)(6) | |
| 45763364 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45763839 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45767974 | National Do Not Call | Y | | (b)(6) | |
| 49748901 | National Do Not Call | Y | | (b)(6) | |
| 49946058 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50031021 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49872029 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49878662 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49865300 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49882479 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49973605 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49990838 | National Do Not Call | Y | | (b)(6) | |
| 50079175 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49970436 | National Do Not Call | Y | | (b)(6) | |
| 50082172 | National Do Not Call | Y | | (b)(6) | |
| 50098819 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49834716 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49835567 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49854846 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50358352 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50436052 | National Do Not Call | Y | (b)(6) | | |
| 51066444 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50935452 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50933312 | National Do Not Call | Y | | | |
| 50848969 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50770195 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50746119 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50534094 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 50534086 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50618863 | National Do Not Call | Y | | (b)(6) | |
| 51008064 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 51009508 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50849857 | National Do Not Call | Y | | | |
| 50810239 | National Do Not Call | Y | | (b)(6) | |
| 50976334 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50906458 | National Do Not Call | Y | | | |
| 50894664 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 50892258 | National Do Not Call | Y | | | |
| 50706161 | National Do Not Call | Y | | (b)(6) | |
| 50503608 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 50589333 | National Do Not Call | Y | (b)(6) | (b)(6) | |

| | | | | | |
|---|---|---|---|---|---|
| Saint Marys | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | WA | Washington | | (b)(6) | (b)(6) |
| Orlando | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | WY | Wyoming | | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| New Rochelle | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Birmingham | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| Sorrento | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Austin | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| San Jose | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Cantonment | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| aventura | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Norcross | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Twinsburg | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| Cincinnati | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| Baton Rouge | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| Coral Springs | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Seminole | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Hickory | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| Tucker | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| Prospect Heights | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| Heathsville | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Bellingham | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Hilton Head Island | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| East Patchogue | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Sherman | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | WA | Washington | | (b)(6) | (b)(6) |
| Aloha | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | GA | Georgia | | (b)(6) | (b)(6) |
| | CT | Connecticut | | (b)(6) | (b)(6) |
| Marrero | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Mission | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |
| | DC | District of Columbia | | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| claiming I won a royal | IL | | 312 | 5687007 | 02/05/2013 | 02/05/2013 |
| Royal Caribbean or | IL | | 312 | 5687007 | 02/05/2013 | 02/05/2013 |
| Royal caribbean cruise | IL | | 312 | 5687020 | 10/24/2012 | 10/24/2012 |
| Royal Caribbean | IL | | 312 | 5687052 | 05/06/2013 | 05/06/2013 |
| in regard to Royal | IL | | 312 | 5687052 | 05/07/2013 | 05/07/2013 |
| Royal Carribean | IL | | 312 | 5687052 | 05/07/2013 | 05/07/2013 |
| Royal Caribbean | IL | | 312 | 5687052 | 05/07/2013 | 05/07/2013 |
| Royal Carribean | IL | 1 | 312 | 5687052 | 05/07/2013 | 05/07/2013 |
| Royal Caribbean | IL | | 312 | 5855373 | 11/20/2013 | 11/20/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 12/03/2013 | 12/03/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 12/06/2013 | 12/06/2013 |
| Royal Caribbean | IL | 1 | 312 | 5855404 | 11/26/2013 | 11/26/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 11/27/2013 | 11/27/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 11/26/2013 | 11/26/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 11/27/2013 | 11/27/2013 |
| recorded message | IL | | 312 | 5855404 | 12/04/2013 | 12/04/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 12/05/2013 | 12/05/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 12/09/2013 | 12/09/2013 |
| "Royal Caribbean | IL | | 312 | 5855404 | 12/04/2013 | 12/04/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 12/09/2013 | 12/09/2013 |
| Royal Carribean | IL | | 312 | 5855404 | 12/10/2013 | 12/10/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 11/25/2013 | 11/25/2013 |
| Royal Caribbean | IL | | 312 | 5855404 | 11/25/2013 | 11/25/2013 |
| Royal Carribean | IL | | 312 | 5855404 | 11/26/2013 | 11/26/2013 |
| Unknown (Royal | IL | | 312 | 5855572 | 12/16/2013 | 12/16/2013 |
| marketer for Royal | IL | | 312 | 5855572 | 12/19/2013 | 12/19/2013 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/23/2014 | 01/23/2014 |
| Royal | IL | | 312 | 5855673 | 01/15/2014 | 01/15/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/13/2014 | 01/13/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/10/2014 | 01/10/2014 |
| Recording said it was | IL | | 312 | 5855673 | 01/07/2014 | 01/07/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/06/2014 | 01/06/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 12/26/2013 | 12/26/2013 |
| royal carribean cruise | IL | | 312 | 5855673 | 12/26/2013 | 12/26/2013 |
| Royal Caribbean | IL | | 312 | 5855673 | 12/30/2013 | 12/30/2013 |
| Royal Caribbean | IL | 1 | 312 | 5855673 | 01/21/2014 | 01/21/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/21/2014 | 01/21/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/07/2014 | 01/07/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/08/2014 | 01/08/2014 |
| royal carribean | IL | | 312 | 5855673 | 01/17/2014 | 01/17/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/12/2014 | 01/12/2014 |
| Recording about Royal | IL | | 312 | 5855673 | 01/13/2014 | 01/13/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 01/09/2014 | 01/09/2014 |
| royal caribbean | IL | | 312 | 5855673 | 01/03/2014 | 01/03/2014 |
| Royal Caribbean | IL | | 312 | 5855673 | 12/23/2013 | 12/23/2013 |
| Royal carribean | IL | | 312 | 5855673 | 12/27/2013 | 12/27/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 09/13/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/13/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/13/2011 | 00:00:00 | This is the second | | No |
| National Do Not Call | National Do Not Call | IVR | 09/15/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/15/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/15/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/16/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/16/2011 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2011 | 12:00:00 | The voice message | | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2011 | 19:00:00 | Apparently this is a | | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2011 | 08:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 11:00:00 | Under the guise of | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 14:00:00 | Robocall. The | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 12:00:00 | Recorded message | No | |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 16:00:00 | Recorded msg saying | | |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 11:00:00 | Stated I had entered a | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 14:00:00 | It was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 11:00:00 | Recording said I had | | No |
| National Do Not Call | National Do Not Call | Web | 09/19/2011 | 14:00:00 | I am on the Do Not | | No |
| National Do Not Call | National Do Not Call | Web | 09/20/2011 | 11:00:00 | The call was a | | No |
| National Do Not Call | National Do Not Call | Web | 09/20/2011 | 11:00:00 | " you have won a | | No |
| National Do Not Call | National Do Not Call | Web | 09/20/2011 | 18:00:00 | The recorded | | No |
| National Do Not Call | National Do Not Call | IVR | 09/22/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/22/2011 | 16:00:00 | The recorded | | No |
| National Do Not Call | National Do Not Call | Web | 09/22/2011 | 20:00:00 | I do not believe it was | | No |
| National Do Not Call | National Do Not Call | Web | 09/22/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/22/2011 | 11:00:00 | Recorded message | | No |
| National Do Not Call | National Do Not Call | Web | 09/22/2011 | 10:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/23/2011 | 18:00:00 | I received  a call with a | No | |
| National Do Not Call | National Do Not Call | Web | 09/23/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/23/2011 | 12:00:00 | Taped message that I | | No |
| National Do Not Call | National Do Not Call | IVR | 09/23/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/23/2011 | 20:00:00 | When I asked to be | | No |
| National Do Not Call | National Do Not Call | Web | 09/23/2011 | 17:00:00 | The gimmick is this: | | No |
| National Do Not Call | National Do Not Call | IVR | 09/23/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/24/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 09/26/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/26/2011 | 00:00:00 | I've never even dealt | | No |
| National Do Not Call | National Do Not Call | Web | 09/26/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 09/26/2011 | 00:00:00 | Keep getting | | No |

| | |
|---|---|
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 43896431 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43910771 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43938794 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43928460 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43950038 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43888460 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43950904 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 43987979 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44005150 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44115938 | National Do Not Call | Y | | | |
| 44020271 | National Do Not Call | Y | | (b)(6) | |
| 44053140 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46861853 | National Do Not Call | Y | | (b)(6) | |
| 46818681 | National Do Not Call | Y | | (b)(6) | |
| 46711944 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 46814470 | National Do Not Call | Y | | (b)(6) | |
| 46827982 | National Do Not Call | Y | | (b)(6) | |
| 46860797 | National Do Not Call | Y | | (b)(6) | |
| 44249385 | National Do Not Call | Y | | (b)(6) | |
| 44195372 | National Do Not Call | Y | | (b)(6) | |
| 44177303 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44139823 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44176322 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44117693 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44200433 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44209812 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44302003 | National Do Not Call | Y | | (b)(6) | |
| 44442216 | National Do Not Call | Y | | (b)(6) | |
| 44610417 | National Do Not Call | N | | (b)(6) | |
| 44520734 | National Do Not Call | Y | | | |
| 44403610 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44535580 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44547498 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44352380 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44442385 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44616084 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44370454 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44299960 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44470484 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47176277 | National Do Not Call | Y | | (b)(6) | |
| 47054262 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47246033 | National Do Not Call | Y | | | |
| 47199483 | National Do Not Call | Y | | (b)(6) | |
| 47084106 | National Do Not Call | Y | | (b)(6) | |
| 47253824 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46951408 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Ferndale | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Fairburn | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Fisherville | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| Bluefield | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Ocala | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Franklin | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| El Reno | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| cheshire | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| Dover | DE | Delaware | (b)(6) | (b)(6) | (b)(6) |
| | OH | Ohio | | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Miami | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | VA | Virginia | | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| | VA | Virginia | | (b)(6) | (b)(6) |
| | CT | Connecticut | | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| | GA | Georgia | | (b)(6) | (b)(6) |
| New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| New Lenox | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Cape Coral | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Waddell | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Woodbridge | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| Chicago | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Plantation | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Tamarac | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Metairie | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| Woburn | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| Louisville | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| Gilbert | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Jackson | CA | California | (b)(6) | (b)(6) | (b)(6) |
| saint augustine | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Colchester | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| White Plains | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Tallahassee | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Pecatonica | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Royal Carribean | IL | 312 | 8009001 | 02/19/2013 | 02/19/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/20/2013 | 02/20/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/21/2013 | 02/21/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/20/2013 | 02/20/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/21/2013 | 02/21/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/19/2013 | 02/19/2013 |
| Royal Caribbean | IL | 312 | 8009001 | 02/21/2013 | 02/21/2013 |
| Royal Caribbean | IL | 312 | 8009016 | 02/23/2013 | 02/23/2013 |
| Royal Caribbean | IL | 312 | 8009016 | 02/25/2013 | 02/25/2013 |
| Royal Caribbean | IL | 312 | 8009016 | 02/25/2013 | 02/25/2013 |
| Royal Caribbean Free | IL | 312 | 8009016 | 02/25/2013 | 02/25/2013 |
| Royal Caribbean | IL | 312 | 8009016 | 02/26/2013 | 02/26/2013 |
| Royal Carribean or | IL | 312 | 8009017 | 06/29/2013 | 06/29/2013 |
| Royal Caribbean | IL | 312 | 8009017 | 06/27/2013 | 06/27/2013 |
| Royal Caribbean | IL | 312 | 8009017 | 06/21/2013 | 06/21/2013 |
| Royal Caribbean | IL | 312 | 8009017 | 06/27/2013 | 06/27/2013 |
| Royal Caribbean | IL | 312 | 8009017 | 06/27/2013 | 06/27/2013 |
| Unknown, someting | IL | 312 | 8009017 | 06/29/2013 | 06/29/2013 |
| Royal Carribean? | IL | 312 | 8009024 | 03/05/2013 | 03/05/2013 |
| Carnival Royal | IL | 312 | 8009024 | 03/04/2013 | 03/04/2013 |
| Royal Caribbean | IL | 312 | 8009024 | 03/02/2013 | 03/02/2013 |
| Royal Caribbean | IL | 312 | 8009024 | 03/01/2013 | 03/01/2013 |
| Royal Caribbean | IL | 312 | 8009024 | 03/02/2013 | 03/02/2013 |
| Royal Caribbean | IL | 312 | 8009024 | 02/28/2013 | 02/28/2013 |
| Royal caribbean | IL | 312 | 8009024 | 03/04/2013 | 03/04/2013 |
| Royal Caribbean | IL | 312 | 8009024 | 03/04/2013 | 03/04/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/06/2013 | 03/06/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/09/2013 | 03/09/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/15/2013 | 03/15/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/09/2013 | 03/09/2013 |
| n/a Royal Caribbean? | IL | 312 | 8009037 | 03/08/2013 | 03/08/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/13/2013 | 03/13/2013 |
| Unknown... Royal | IL | 312 | 8009037 | 03/13/2013 | 03/13/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/07/2013 | 03/07/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/09/2013 | 03/09/2013 |
| automated message | IL | 312 | 8009037 | 03/15/2013 | 03/15/2013 |
| Identified as Royal | IL | 312 | 8009037 | 03/07/2013 | 03/07/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/06/2013 | 03/06/2013 |
| Royal Caribbean | IL | 312 | 8009037 | 03/11/2013 | 03/11/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/15/2013 | 07/15/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/09/2013 | 07/09/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/13/2013 | 07/13/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/16/2013 | 07/16/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/10/2013 | 07/10/2013 |
| No name - "Royal | IL | 312 | 8009044 | 07/18/2013 | 07/18/2013 |
| Royal Caribbean | IL | 312 | 8009044 | 07/03/2013 | 07/03/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 09/26/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/26/2011 | 12:00:00 | I answered the call but | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 13:00:00 | A recorded message | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 23:00:00 | I did not stay on the | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 17:00:00 | They have called us | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 18:00:00 | Said I filled in | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 17:00:00 | It was a recording | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2011 | 12:00:00 | I never signed up or | No |
| National Do Not Call | National Do Not Call | IVR | 09/27/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/28/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/28/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/29/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 14:00:00 | I hung up after they | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 10:00:00 | Recording for a | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/30/2011 | 13:00:00 | Saying I filled out an | No |
| National Do Not Call | National Do Not Call | Web | 10/01/2011 | 18:00:00 | Thje call was from a | No |
| National Do Not Call | National Do Not Call | Web | 10/01/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/03/2011 | 15:00:00 | Call received @ | No |
| National Do Not Call | National Do Not Call | Web | 10/03/2011 | 19:00:00 | Recording said I had | No |
| National Do Not Call | National Do Not Call | Web | 10/03/2011 | 15:00:00 | This call has come in | No |
| National Do Not Call | National Do Not Call | Web | 10/04/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/04/2011 | 10:00:00 | Called with with a | No |
| National Do Not Call | National Do Not Call | Web | 10/05/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 10/05/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/05/2011 | 15:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 10/06/2011 | 21:00:00 | Solicitation | No |
| National Do Not Call | National Do Not Call | Web | 10/06/2011 | 14:00:00 | Was a robo call | No |
| National Do Not Call | National Do Not Call | Web | 10/06/2011 | 16:00:00 | I have gotten 2 | No |
| National Do Not Call | National Do Not Call | Web | 10/06/2011 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 11:00:00 | Third call from this | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 17:00:00 | They have called twice | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 13:00:00 | Unwanted robo-call | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 10/08/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/10/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/10/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 14:00:00 | Annoying robo-call for | No |
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 15:00:00 | | No |

| | |
|-----|-----|
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | Yes |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 44623913 | National Do Not Call | Y | | (b)(6) | |
| 44657575 | National Do Not Call | Y | | (b)(6) | |
| 44623415 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45920477 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45873528 | National Do Not Call | Y | | (b)(6) | |
| 45838471 | National Do Not Call | Y | | (b)(6) | |
| 45857496 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45952675 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45857513 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45992993 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44708623 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45026168 | National Do Not Call | Y | | (b)(6) | |
| 44713501 | National Do Not Call | Y | | (b)(6) | |
| 44731486 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44686541 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44705104 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44710883 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44716988 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44699949 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44809095 | National Do Not Call | Y | | (b)(6) | |
| 44929323 | National Do Not Call | Y | | (b)(6) | |
| 44940864 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44941052 | National Do Not Call | Y | | (b)(6) | |
| 44960017 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44798720 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44813814 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44802135 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44926300 | National Do Not Call | Y | | | |
| 44908848 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44784601 | National Do Not Call | Y | | (b)(6) | |
| 44841296 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 44979898 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44802643 | National Do Not Call | Y | | (b)(6) | |
| 44940360 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44810115 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44921880 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44808076 | National Do Not Call | Y | | (b)(6) | |
| 45029439 | National Do Not Call | Y | | (b)(6) | |
| 46850329 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 44990288 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45083939 | National Do Not Call | Y | | (b)(6) | |
| 45032239 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45020826 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45181358 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45190776 | National Do Not Call | Y | | (b)(6) | |
| 45296553 | National Do Not Call | Y | | (b)(6) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Virginia Beach | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Fort Worth | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Burlingame | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Oak Ridge | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | CHAPEL HILL | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Kensington | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | Newport Beach | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Annapolis | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | Brooklyn | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Vancouver | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Tollhouse | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| (b)(6) | Bethesda | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | | MD | Maryland | | (b)(6) | (b)(6) |
| (b)(6) | Jupiter | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Haslett | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Eddyville | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | new paltz | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | IA | Iowa | | (b)(6) | (b)(6) |
| | Cape Elizabeth | ME | Maine | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | LA | Louisiana | | (b)(6) | (b)(6) |
| | GROSSE POINTE | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Merritt Island | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Cary | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | New Paltz | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | galloway | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | Morrow | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| It was Royal | IL | 312 | 8009046 | 03/16/2013 | 03/16/2013 |
| Royal Caribbean | IL | 312 | 8009046 | 03/18/2013 | 03/18/2013 |
| Royal Carribean | IL | 312 | 8009046 | 03/16/2013 | 03/16/2013 |
| Royal Caribbean, | IL | 312 | 8009050 | 05/14/2013 | 05/14/2013 |
| unknown, but possibly | IL | 312 | 8009050 | 05/11/2013 | 05/11/2013 |
| royal caribbean | IL | 312 | 8009050 | 05/09/2013 | 05/09/2013 |
| Royal Caribbean | IL | 312 | 8009050 | 05/10/2013 | 05/10/2013 |
| Royal Caribbean | IL | 312 | 8009050 | 05/15/2013 | 05/15/2013 |
| Royal Caribbean | IL | 312 | 8009050 | 05/10/2013 | 05/10/2013 |
| Norweigan Cruise, | IL | 312 | 8009050 | 05/17/2013 | 05/17/2013 |
| Royal Caribbean & | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| royal caribbean | IL | 312 | 8009058 | 04/03/2013 | 04/03/2013 |
| Royal Caribbean | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| royal carribean cruise | IL | 312 | 8009058 | 03/21/2013 | 03/21/2013 |
| Royal | IL | 312 | 8009058 | 03/19/2013 | 03/19/2013 |
| Royal Caribbean | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| Royal Caribbean | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| Royal Carribean | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| Royal Carribean | IL | 312 | 8009058 | 03/20/2013 | 03/20/2013 |
| Royal Carribean | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Carribean | IL | 312 | 8009063 | 03/29/2013 | 03/29/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/30/2013 | 03/30/2013 |
| Allegedly, Royal | IL | 312 | 8009063 | 03/30/2013 | 03/30/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 04/01/2013 | 04/01/2013 |
| Did Not Say...just said | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Carribean | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/27/2013 | 03/27/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/28/2013 | 03/28/2013 |
| Royal Carribean | IL | 312 | 8009063 | 03/23/2013 | 03/23/2013 |
| Royal Carribean | IL | 312 | 8009063 | 03/26/2013 | 03/26/2013 |
| ROYAL CARIBBEAN | IL | 312 | 8009063 | 04/02/2013 | 04/02/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| royal Caribbean cruise | IL | 312 | 8009063 | 03/30/2013 | 03/30/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Caribbean | IL | 312 | 8009063 | 03/29/2013 | 03/29/2013 |
| Unknown - Related to | IL | 312 | 8009063 | 03/25/2013 | 03/25/2013 |
| Royal Caribbean | IL | 312 | 8009077 | 04/03/2013 | 04/03/2013 |
| Royal Carribean | IL | 312 | 8009077 | 06/28/2013 | 06/28/2013 |
| royal caribbean cruise | IL | 312 | 8009077 | 04/02/2013 | 04/02/2013 |
| Royal Caribbean | IL | 312 | 8009077 | 04/05/2013 | 04/05/2013 |
| Royal Caribbean | IL | 312 | 8009077 | 04/03/2013 | 04/03/2013 |
| royal caribbean cruise | IL | 312 | 8009077 | 04/03/2013 | 04/03/2013 |
| Royal Carribean | IL | 312 | 8009085 | 04/10/2013 | 04/10/2013 |
| Royal Caribbean | IL | 312 | 8009085 | 04/10/2013 | 04/10/2013 |
| Royal Caribbean | IL | 312 | 8009085 | 04/16/2013 | 04/16/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/11/2011 | 17:00:00 | recorded message | | No |
| National Do Not Call | National Do Not Call | Web | 10/12/2011 | 00:00:00 | Automated call stating | | No |
| National Do Not Call | National Do Not Call | Web | 10/12/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/12/2011 | 11:00:00 | Please make them | | No |
| National Do Not Call | National Do Not Call | Web | 10/12/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2011 | 11:00:00 | Please make them | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2011 | 17:00:00 | They call frequently, | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2011 | 15:00:00 | It was a recording, | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2011 | 15:00:00 | I am on the Do Not | | No |
| National Do Not Call | National Do Not Call | Web | 10/14/2011 | 12:00:00 | robo call to my cell. | | No |
| National Do Not Call | National Do Not Call | Web | 10/14/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/14/2011 | 14:00:00 | I have NEVER done | | No |
| National Do Not Call | National Do Not Call | Web | 10/14/2011 | 16:00:00 | Recorded message | | No |
| National Do Not Call | National Do Not Call | Web | 10/15/2011 | 16:00:00 | This was an | | No |
| National Do Not Call | National Do Not Call | Web | 10/15/2011 | 18:00:00 | Recording told me I | | No |
| National Do Not Call | National Do Not Call | Web | 10/17/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/17/2011 | 17:00:00 | The call stated we won | | No |
| National Do Not Call | National Do Not Call | Web | 10/18/2011 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/18/2011 | 15:00:00 | Hard to ask them to | | No |
| National Do Not Call | National Do Not Call | Web | 10/18/2011 | 10:00:00 | The recorded calls say | | No |
| National Do Not Call | National Do Not Call | Web | 10/18/2011 | 13:00:00 | Yet another call to my | | No |
| National Do Not Call | National Do Not Call | Web | 10/19/2011 | 18:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/19/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 10/19/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/19/2011 | 19:00:00 | It is a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 10/20/2011 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/20/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/21/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/21/2011 | 12:00:00 | Saying I had filled out | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2011 | 12:00:00 | It was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2011 | 15:00:00 | This was a pre- | | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2011 | 17:00:00 | The message said I | | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2011 | 15:00:00 | they just keep calling | | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2011 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/26/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/26/2011 | 18:00:00 | claimed that I won a | | No |
| National Do Not Call | National Do Not Call | Web | 10/26/2011 | 14:00:00 | This is a cell phone | | No |
| National Do Not Call | National Do Not Call | Web | 10/27/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/27/2011 | 11:00:00 | recorded message | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 45163063 | National Do Not Call | Y | | (b)(6) | |
| 45158192 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45190311 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 45363562 | National Do Not Call | Y | | (b)(6) | |
| 45372957 | National Do Not Call | Y | | (b)(6) | |
| 45399996 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45413491 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45635548 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45606876 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45576477 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 45294933 | National Do Not Call | Y | | (b)(6) | |
| 45607663 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45358087 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45605715 | National Do Not Call | Y | | (b)(6) | |
| 45219953 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45273122 | National Do Not Call | Y | | (b)(6) | |
| 45415461 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 45496291 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45674180 | National Do Not Call | Y | | | |
| 45373439 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45414157 | National Do Not Call | Y | | (b)(6) | |
| 45616798 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46243049 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 46235607 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46380208 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46266031 | National Do Not Call | Y | | | |
| 46275645 | National Do Not Call | Y | | (b)(6) | |
| 46267360 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46238506 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46243048 | National Do Not Call | Y | | (b)(6) | |
| 41674045 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41593101 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41573133 | National Do Not Call | Y | | (b)(6) | |
| 41680101 | National Do Not Call | Y | | (b)(6) | |
| 42710024 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46226248 | National Do Not Call | Y | | (b)(6) | |
| 46195066 | National Do Not Call | Y | | (b)(6) | |
| 41869958 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45985381 | National Do Not Call | Y | | (b)(6) | |
| 45985126 | National Do Not Call | Y | | (b)(6) | |
| 46006510 | National Do Not Call | Y | | (b)(6) | |
| 45989853 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45961026 | National Do Not Call | Y | | (b)(6) | |
| 46089017 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46103332 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46108440 | National Do Not Call | Y | | (b)(6) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Libertyville | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | Naples | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | st Petersburg | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Kansas City | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |
| | Wellesley | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Bulverde | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | LA | Louisiana | | (b)(6) | (b)(6) |
| | Pine Beach | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Fayetteville | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Mongaup Valley | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Wheaton | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |
| | Hemet | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Port Richey | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Aventura | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Boca Raton | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Kirksville | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | Cleveland | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Tampa | FL | Florida | | (b)(6) | (b)(6) |
| | Summerfield | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Cherry Valley | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | WI | Wisconsin | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Kingston | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | DC | District of Columbia | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Darien | WI | Wisconsin | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | RI | Rhode Island | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Canton | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | | NC | North Carolina | | (b)(6) | (b)(6) |
| | Ellenwood | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | Pleasant Hill | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | CO | Colorado | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Caribbean cruise | IL | | | 312 | 8009085 | 04/09/2013 | 04/09/2013 |
| Royal Caribbean cruise | IL | | | 312 | 8009085 | 04/09/2013 | 04/09/2013 |
| Royal Caribbean | IL | | | 312 | 8009085 | 04/10/2013 | 04/10/2013 |
| Royal Caribbean | IL | 1 | | 312 | 8009098 | 04/18/2013 | 04/18/2013 |
| Royal carriban | IL | | | 312 | 8009098 | 04/18/2013 | 04/18/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/19/2013 | 04/19/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/20/2013 | 04/20/2013 |
| royal carribean crise | IL | | | 312 | 8009098 | 05/01/2013 | 05/01/2013 |
| Royal Caribbean or | IL | | | 312 | 8009098 | 04/29/2013 | 04/29/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/16/2013 | 04/16/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/30/2013 | 04/30/2013 |
| ROYAL CARIBBEAN | IL | | | 312 | 8009098 | 04/30/2013 | 04/30/2013 |
| Royal | IL | | | 312 | 8009098 | 04/11/2013 | 04/11/2013 |
| royal carribean | IL | | | 312 | 8009098 | 04/15/2013 | 04/15/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/20/2013 | 04/20/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/22/2013 | 04/22/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/30/2013 | 04/30/2013 |
| Marketing firm for | IL | | | 312 | 8009098 | 04/18/2013 | 04/18/2013 |
| Royal Caribbean | IL | | | 312 | 8009098 | 04/20/2013 | 04/20/2013 |
| Royal Carribean Scam | IL | | | 312 | 8009098 | 04/30/2013 | 04/30/2013 |
| Royal Caribbean | IL | 1 | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 06/05/2013 | 06/05/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| royal caribbean | IL | | | 312 | 8009199 | 05/31/2013 | 05/31/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 05/31/2013 | 05/31/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| Royal Caribbean | IL | | | 312 | 8009199 | 05/30/2013 | 05/30/2013 |
| Royal | IL | | | 312 | 9243792 | 11/02/2012 | 11/02/2012 |
| Royal Caribbean | IL | | | 312 | 9243792 | 10/31/2012 | 10/31/2012 |
| Royal | IL | | | 312 | 9243792 | 10/30/2012 | 10/30/2012 |
| Royal | IL | | | 312 | 9243792 | 11/02/2012 | 11/02/2012 |
| Free Royal Caribbean | IL | | | 312 | 9245636 | 12/20/2012 | 12/20/2012 |
| Royal Caribbean | IL | | | 312 | 9247903 | 05/30/2013 | 05/30/2013 |
| royal caribbean cruise | IL | | | 312 | 9247903 | 05/28/2013 | 05/28/2013 |
| Carnival, Norwegian, | IL | | | 312 | 9247977 | 11/13/2012 | 11/13/2012 |
| royal caribbean | IL | | | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
| royal caribbean | IL | | | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
| Royal Caribbean | IL | | | 312 | 9249694 | 05/19/2013 | 05/19/2013 |
| Royal Caribbean | IL | | | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
| royal caribbean cruise | IL | | | 312 | 9249694 | 05/16/2013 | 05/16/2013 |
| Royal Caribbean | IL | | | 312 | 9249694 | 05/22/2013 | 05/22/2013 |
| Royal Caribbean | IL | | | 312 | 9249694 | 05/23/2013 | 05/23/2013 |
| Royal Carribean | IL | | | 312 | 9249694 | 05/23/2013 | 05/23/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 10/28/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/28/2011 | 16:00:00 | The recorded | | No |
| National Do Not Call | National Do Not Call | Web | 10/28/2011 | 18:00:00 | This call was a | | No |
| National Do Not Call | National Do Not Call | Web | 10/28/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/29/2011 | 18:00:00 | This was an | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 18:00:00 | This was a robocall to | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 22:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 16:00:00 | Another call | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 12:00:00 | Didn't answer the | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 17:00:00 | Could not ask them to | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 10:00:00 | It was a recorded call | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 20:00:00 | Received a call with a | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 16:00:00 | said i filled out a form | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2011 | 13:00:00 | The recorded call said | | No |
| National Do Not Call | National Do Not Call | IVR | 11/01/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 11/02/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 11:00:00 | A message said that I | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 00:00:00 | The Robo call keep | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 15:00:00 | a guest must have | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 15:00:00 | This company called | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 12:00:00 | Call received on my | | No |
| National Do Not Call | National Do Not Call | IVR | 11/02/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2011 | 19:00:00 | Keeps calling, asked | | No |
| National Do Not Call | National Do Not Call | Web | 11/03/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/03/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/03/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/03/2011 | 00:00:00 | Call was made to my | | No |
| National Do Not Call | National Do Not Call | Web | 11/03/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/04/2011 | 00:00:00 | wanted credit card info | | No |
| National Do Not Call | National Do Not Call | Web | 11/04/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 11/04/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/04/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/05/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/05/2011 | 00:00:00 | I got a robocall saying | | No |
| National Do Not Call | National Do Not Call | Web | 11/05/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/05/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 16:00:00 | Initial call was a | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 16:00:00 | this call was a | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 13:00:00 | Woman said"If you | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 18:00:00 | They claim to be | | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2011 | 20:00:00 | I recieve calls from | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | No |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 46022564 | National Do Not Call | Y | | | |
| 46083065 | National Do Not Call | Y | | (b)(6) | |
| 46057011 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46063631 | National Do Not Call | Y | | (b)(6) | |
| 45988439 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 45992858 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 46073022 | National Do Not Call | Y | | (b)(6) | |
| 43697746 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33157274 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32672181 | National Do Not Call | Y | | (b)(6) | |
| 32951243 | National Do Not Call | Y | | | |
| 32654721 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32920706 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33142591 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32664710 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32665542 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32924923 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32908758 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33142208 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33148555 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32919247 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32665854 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 32504922 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32505110 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32507616 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 32510283 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32525803 | National Do Not Call | Y | | (b)(6) | |
| 32508694 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32551882 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32558138 | National Do Not Call | Y | | | |
| 32556080 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32607101 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32608019 | National Do Not Call | Y | | (b)(6) | |
| 32578329 | National Do Not Call | Y | | (b)(6) | |
| 32601217 | National Do Not Call | Y | | (b)(6) | |
| 32135302 | National Do Not Call | Y | | (b)(6) | |
| 32634519 | National Do Not Call | Y | | (b)(6) | |
| 32600686 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32581910 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32589024 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32612255 | National Do Not Call | Y | | (b)(6) | |
| 32599729 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32656962 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32349233 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32350462 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32432546 | National Do Not Call | Y | | | |

| | | | | | |
|---|---|---|---|---|---|
| | FL | Florida | | (b)(6) | (b)(6) |
| | GA | Georgia | | (b)(6) | (b)(6) |
| Leesburg | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | OR | Oregon | | (b)(6) | (b)(6) |
| Abilene | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Oak Ridge | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| Tenafly | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| scottsdale | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| | CO | Colorado | | (b)(6) | (b)(6) |
| Wheeling | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Sandy Hook | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Delaware | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Spokane | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Mansfield | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Covington | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Brigantine | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| ogden | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| Lakewood Ranch | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| Memphis | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| Memphis | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| Boca Raton | FL | Florida | | (b)(6) | (b)(6) |
| Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | CT | Connecticut | | (b)(6) | (b)(6) |
| Chesnee | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| muncie | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | UT | Utah | | (b)(6) | (b)(6) |
| Oconto Falls | WI | Wisconsin | (b)(6) | (b)(6) | (b)(6) |
| schuylkill haven | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | CO | Colorado | | (b)(6) | (b)(6) |
| | OH | Ohio | | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | NC | North Carolina | | (b)(6) | (b)(6) |
| Goetzville | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Novato | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Bend | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| Bethesda | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| Rochester | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Colorado Springs | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Sweet Springs | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |

| Royal Carribean | IL | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
|---|---|---|---|---|---|
| Royal Carribean | IL | 312 | 9249694 | 05/22/2013 | 05/22/2013 |
| Royal Carribean | IL | 312 | 9249694 | 05/21/2013 | 05/21/2013 |
| Royal Carribean | IL | 312 | 9249694 | 05/21/2013 | 05/21/2013 |
| Royal Carribean | IL | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
| Royal Carribean, | IL | 312 | 9249694 | 05/17/2013 | 05/17/2013 |
| Royal Carribean | IL | 312 | 9249694 | 05/22/2013 | 05/22/2013 |
| Royal Carribean | IL | 312 | 9818490 | 02/14/2013 | 02/14/2013 |
| Don't know - free | AZ | 480 | 3594319 | 10/25/2011 | 10/25/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 09/28/2011 | 09/28/2011 |
| Carnival Royal | AZ | 480 | 3594319 | 10/10/2011 | 10/10/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 10/11/2011 | 10/11/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 10/24/2011 | 10/24/2011 |
| Royal Caribbean give- | AZ | 480 | 3594319 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean Lines | AZ | 480 | 3594319 | 10/11/2011 | 10/11/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 10/10/2011 | 10/10/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 10/24/2011 | 10/24/2011 |
| Carnival, Royal | AZ | 480 | 3594319 | 10/24/2011 | 10/24/2011 |
| Royal Caribbean | AZ | 480 | 3594319 | 10/11/2011 | 10/11/2011 |
| Royal caribbean | AZ | 480 | 3594319 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/20/2011 | 09/20/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594321 | 09/21/2011 | 09/21/2011 |
| Royal Caribbean | AZ | 480 | 3594322 | 09/20/2011 | 09/20/2011 |
| Royal Caribbean | AZ | 480 | 3594322 | 09/21/2011 | 09/21/2011 |
| carnival, royal | AZ | 480 | 3594323 | 09/23/2011 | 09/23/2011 |
| Royal, Caribbean or | AZ | 480 | 3594323 | 09/23/2011 | 09/23/2011 |
| royal caribbean? | AZ | 480 | 3594323 | 09/22/2011 | 09/22/2011 |
| Royal Caribbean | AZ | 480 | 3594323 | 09/23/2011 | 09/23/2011 |
| Royal Caribbean | AZ | 480 | 3594323 | 08/24/2011 | 08/24/2011 |
| unk, possibly Royal | AZ | 480 | 3594323 | 09/26/2011 | 09/26/2011 |
| Royal Carribean? | AZ | 480 | 3594323 | 09/23/2011 | 09/23/2011 |
| on behalf of Royal | AZ | 480 | 3594323 | 09/22/2011 | 09/22/2011 |
| Royal Caribbean | AZ | 480 | 3594323 | 09/22/2011 | 09/22/2011 |
| Royal Caribbean | AZ | 480 | 3594323 | 09/23/2011 | 09/23/2011 |
| royal carribean cruise | AZ | 480 | 3594323 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594324 | 09/08/2011 | 09/08/2011 |
| Royal Caribbean | AZ | 480 | 3594324 | 09/08/2011 | 09/08/2011 |
| Royal Caribbean | AZ | 480 | 3594324 | 09/09/2011 | 09/09/2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | IVR | 11/08/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 16:00:00 | Auto recording | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 16:00:00 | Automated call telling | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 18:00:00 | I cannot ask them to | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 14:00:00 | This was a message | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 18:00:00 | They claim that you've | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 09:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 12:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 11/08/2011 | 10:00:00 | Their prompt to | No |
| National Do Not Call | National Do Not Call | IVR | 11/08/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 12:00:00 | I'm getting rapid-fire | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 20:00:00 | This and another | No |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 18:00:00 | They said it was a give-| No |
| National Do Not Call | National Do Not Call | Web | 11/09/2011 | 14:00:00 | I received this | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 17:00:00 | How am I supposed to | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 23:00:00 | a woman's voice | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 21:00:00 | I have received 5 calls | No |
| National Do Not Call | National Do Not Call | Web | 11/10/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 15:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 20:00:00 | My number has been | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 19:00:00 | Automated call stating | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 19:00:00 | I continue to get calls | No |
| National Do Not Call | National Do Not Call | IVR | 11/11/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/11/2011 | 17:00:00 | This is a robo call. I | No |
| National Do Not Call | National Do Not Call | Web | 11/12/2011 | 13:00:00 | first call received at | No |
| National Do Not Call | National Do Not Call | Web | 11/12/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/12/2011 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 16:00:00 | I received this | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 12:00:00 | I am receiving calls | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 11:00:00 | This is the second call | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 16:00:00 | Message said I had | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 19:00:00 | The recording stated | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/15/2011 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/15/2011 | 10:00:00 | called at least twicw. | No |
| National Do Not Call | National Do Not Call | Web | 11/15/2011 | 14:00:00 | Company called with a | No |
| National Do Not Call | National Do Not Call | Web | 11/15/2011 | 16:00:00 | I am getting pretty fed | No |
| National Do Not Call | National Do Not Call | IVR | 11/16/2011 | 00:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | No |
| No | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 32354508 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32353811 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 32371543 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32432851 | National Do Not Call | Y | | | |
| 32363603 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32644362 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32612258 | National Do Not Call | Y | | (b)(6) | |
| 32652505 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32659692 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32653483 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32651308 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32647048 | National Do Not Call | Y | | (b)(6) | |
| 32642419 | National Do Not Call | Y | | (b)(6) | |
| 32647433 | National Do Not Call | Y | (b)(6) | | |
| 32607619 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32636310 | National Do Not Call | Y | | (b)(6) | |
| 32642949 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 32652561 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32196963 | National Do Not Call | Y | | (b)(6) | |
| 32400932 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32390074 | National Do Not Call | Y | | (b)(6) | |
| 32391362 | National Do Not Call | Y | | (b)(6) | |
| 32409236 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32403420 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32447029 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32465967 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32458877 | National Do Not Call | Y | | (b)(6) | |
| 32241129 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32240879 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32081855 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 32256568 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32257717 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32478251 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31844155 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32469289 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32256855 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32275857 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 32588002 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32489501 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32497827 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32498118 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32501184 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32499247 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32535173 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32499660 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 32489698 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Sunnyvale | CA | California | (b)(6) | (b)(6) | (b)(6) |
|  | Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
|  | Holbrook | NY | New York | (b)(6) | (b)(6) | (b)(6) |
|  |  | TN | Tennessee |  | (b)(6) | (b)(6) |
|  | plainfield | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
|  | Montgomery | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
|  | Bend | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
|  | Lowell | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
|  | Troy | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
|  | Boulder | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
|  | West Chester | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
|  |  | CA | California |  | (b)(6) | (b)(6) |
|  |  | KS | Kansas |  | (b)(6) | (b)(6) |
|  |  | CA | California |  | (b)(6) | (b)(6) |
|  | ny | NY | New York | (b)(6) | (b)(6) | (b)(6) |
|  |  | CA | California |  | (b)(6) | (b)(6) |
|  | Eastford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
|  | Carol Stream | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
|  |  | NJ | New Jersey |  | (b)(6) | (b)(6) |
| (b)(6) | Tampa | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
|  |  | IL | Illinois |  | (b)(6) | (b)(6) |
|  |  | CA | California |  | (b)(6) | (b)(6) |
|  | Merlin | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
|  | Great Falls | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
|  | West Haven | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
|  | Fairport | NY | New York | (b)(6) | (b)(6) | (b)(6) |
|  |  | TX | Texas |  | (b)(6) | (b)(6) |
|  | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
|  | Evergreen | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
|  | Williamsburg | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
|  | Canton | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
|  | monroe | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
|  | Haslett | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
|  | San Jose | CA | California | (b)(6) | (b)(6) | (b)(6) |
|  | Pickerington | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
|  | HARRISON | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Mililani | HI | Hawaii | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Miami | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
|  | Miami | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
|  | CHARLOTTE | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
|  | Ashburn | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
|  | glenview | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
|  | Bradenton | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
|  | Westwood | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
|  |  | TN | Tennessee |  | (b)(6) | (b)(6) |
|  | edison | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Royal Caribbean | AZ | 480 | 3594324 | 09/08/2011 | 09/08/2011 |
| Royal Caribbean | AZ | 480 | 3594324 | 09/08/2011 | 09/08/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/10/2011 | 09/10/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/10/2011 | 09/10/2011 |
| royal carribean | AZ | 480 | 3594325 | 09/09/2011 | 09/09/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/23/2011 | 09/23/2011 |
| Unkown Free Royal | AZ | 480 | 3594325 | 09/27/2011 | 09/27/2011 |
| royal caribbean cruise | AZ | 480 | 3594325 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/27/2011 | 09/27/2011 |
| "Carnival and royal | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| royal caribbean | AZ | 480 | 3594325 | 09/23/2011 | 09/23/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/26/2011 | 09/26/2011 |
| Royal Caribbean | AZ | 480 | 3594325 | 09/27/2011 | 09/27/2011 |
| Royal Caribbean | AZ | 480 | 3594326 | 08/29/2011 | 08/29/2011 |
| Royal Caribbean | AZ | 480 | 3594326 | 09/13/2011 | 09/13/2011 |
| Royal Caribbean | AZ | 480 | 3594326 | 09/12/2011 | 09/12/2011 |
| royal caribbean | AZ | 480 | 3594326 | 09/12/2011 | 09/12/2011 |
| Travel Services-Royal | AZ | 480 | 3594327 | 09/13/2011 | 09/13/2011 |
| Royal Caribbean | AZ | 480 | 3594327 | 09/13/2011 | 09/13/2011 |
| carnival and royal | AZ | 480 | 3594328 | 09/15/2011 | 09/15/2011 |
| Royal Caribbean | AZ | 480 | 3594328 | 09/16/2011 | 09/16/2011 |
| Royal Caribbean | AZ | 480 | 3594328 | 09/15/2011 | 09/15/2011 |
| "Royal Caribbean | AZ | 480 | 3594328 | 08/31/2011 | 08/31/2011 |
| Royal Caribbean | AZ | 480 | 3594328 | 08/31/2011 | 08/31/2011 |
| Royal Caribbean | AZ | 480 | 3594329 | 08/20/2011 | 08/20/2011 |
| Royal Caribbean | AZ | 480 | 3594329 | 09/01/2011 | 09/01/2011 |
| royal carribean cruis | AZ | 480 | 3594329 | 09/01/2011 | 09/01/2011 |
| I think they said "Royal | AZ | 480 | 3594329 | 09/17/2011 | 09/17/2011 |
| ?  Call about | AZ | 480 | 3594329 | 08/04/2011 | 08/04/2011 |
| Royal Caribbean | AZ | 480 | 3594329 | 09/16/2011 | 09/16/2011 |
| Royal Caribbean | AZ | 480 | 3594329 | 09/01/2011 | 09/01/2011 |
| Royal Caribbean | AZ | 480 | 3594331 | 09/02/2011 | 09/02/2011 |
| royal caribbean | AZ | 480 | 3594331 | 09/22/2011 | 09/22/2011 |
| royal Caribbean | AZ | 480 | 3594331 | 09/17/2011 | 09/17/2011 |
| Royal Caribbean | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| royal carribean cruises | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| royal carribean cruise | AZ | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| Royal Carribean NCL | AZ | 480 | 3594331 | 09/17/2011 | 09/17/2011 |

| National Do Not Call | National Do Not Call | Web | 11/17/2011 | 20:00:00 | | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 11/17/2011 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/18/2011 | 11:00:00 | I had Verizon put a | No |
| National Do Not Call | National Do Not Call | IVR | 11/19/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/19/2011 | 17:00:00 | they said I entered a | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 11:00:00 | Also called 9/26/2011 | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 11:00:00 | They said we signed a | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 18:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2011 | 20:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 16:00:00 | The recording claimed | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 09:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 00:00:00 | This company has | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 11:00:00 | Our first call from | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 16:00:00 | Don't they get it...  Do | No |
| National Do Not Call | National Do Not Call | Web | 11/22/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/23/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/23/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/23/2011 | 20:00:00 | The | No |
| National Do Not Call | National Do Not Call | Web | 11/23/2011 | 16:00:00 | Have received calls | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 20:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2011 | 12:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/29/2011 | 20:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 11/30/2011 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/30/2011 | 12:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/30/2011 | 19:00:00 | this was an automated | No |
| National Do Not Call | National Do Not Call | Web | 11/30/2011 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/30/2011 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 15:00:00 | Company claims I | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 11:00:00 | Recording saying I | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 11:00:00 | They call insesantly | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 10:00:00 | They said that I illed | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 10:00:00 | Company tried to sell | No |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 12:00:00 | I requested numerous | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 12/01/2011 | 00:00:00 | 2nd call from same | No |
| National Do Not Call | National Do Not Call | IVR | 12/02/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/02/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/03/2011 | 11:00:00 | recorded call, says to | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 32272954 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32489930 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32490728 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32498294 | National Do Not Call | Y | | (b)(6) | |
| 33403734 | National Do Not Call | Y | | (b)(6) | |
| 33433968 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33463372 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33474119 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33410031 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33540226 | National Do Not Call | Y | | | |
| 33479944 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33552673 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33401962 | National Do Not Call | Y | | (b)(6) | |
| 33409999 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33472456 | National Do Not Call | Y | | (b)(6) | |
| 33415452 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33447466 | National Do Not Call | Y | | (b)(6) | |
| 33485474 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32938833 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33428772 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33425509 | National Do Not Call | Y | | (b)(6) | |
| 33445140 | National Do Not Call | Y | | (b)(6) | |
| 33456545 | National Do Not Call | Y | | (b)(6) | |
| 33516665 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33539945 | National Do Not Call | Y | | | |
| 33462893 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33497795 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32931066 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33410280 | National Do Not Call | Y | | (b)(6) | |
| 33428823 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33457502 | National Do Not Call | Y | | (b)(6) | |
| 33544409 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33168592 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33447503 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33485612 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33428970 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33492383 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33517963 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33562870 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32931049 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33456614 | National Do Not Call | Y | | (b)(6) | |
| 33458001 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33168578 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33172430 | National Do Not Call | Y | | (b)(6) | |
| 33452757 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33458062 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| (b)(6) | New york | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Gallatin | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Narragansett | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | | CO | Colorado | | (b)(6) | (b)(6) |
| | Morehead | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | Cooper City | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Des Moines | IA | Iowa | (b)(6) | (b)(6) | (b)(6) |
| | | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | | MN | Minnesota | | (b)(6) | (b)(6) |
| | Brandon | MS | Mississippi | (b)(6) | (b)(6) | (b)(6) |
| | Pearland | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | IN | Indiana | | (b)(6) | (b)(6) |
| | Morro Bay | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | MN | Minnesota | | (b)(6) | (b)(6) |
| | san diego | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Santa Fe | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| | Walled Lake | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | North Richland Hills | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | WA | Washington | | (b)(6) | (b)(6) |
| | Justice | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Salado | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Florence | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | tacoma | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | collierville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Bozeman | MT | Montana | (b)(6) | (b)(6) | (b)(6) |
| | Bend | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Rohnert Park | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Phoenix | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | Olive Branch | MS | Mississippi | (b)(6) | (b)(6) | (b)(6) |
| | Novi | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Mandeville | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| | | WI | Wisconsin | | (b)(6) | (b)(6) |
| (b)(6) | Chicago | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Evergreen | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | The Woodlands | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | belmont | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal carribean | AZ | | 480 | 3594331 | 09/02/2011 | 09/02/2011 |
| Royal Caribbean | AZ | | 480 | 3594331 | 09/17/2011 | 09/17/2011 |
| Royal Caribbean | AZ | | 480 | 3594331 | 09/17/2011 | 09/17/2011 |
| unknown; it was about | AZ | | 480 | 3594331 | 09/19/2011 | 09/19/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | 1 | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean? | AZ | | 480 | 3594334 | 11/12/2011 | 11/12/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| royal carribean crusie | AZ | | 480 | 3594334 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/15/2011 | 11/15/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/17/2011 | 11/17/2011 |
| royal carribean cruise | AZ | | 480 | 3594334 | 11/08/2011 | 11/08/2011 |
| royal caribbean cruise | AZ | | 480 | 3594334 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| royal carribean | AZ | | 480 | 3594334 | 11/09/2011 | 11/09/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 10/12/2011 | 10/12/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/09/2011 | 11/09/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/09/2011 | 11/09/2011 |
| Unknown, (You're a | AZ | | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/16/2011 | 11/16/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/12/2011 | 11/12/2011 |
| Royal caribbean cruise | AZ | | 480 | 3594334 | 11/15/2011 | 11/15/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 10/11/2011 | 10/11/2011 |
| Cruise Lines: Carnival, | AZ | | 480 | 3594334 | 11/09/2011 | 11/09/2011 |
| royal carribean raffle | AZ | | 480 | 3594334 | 11/09/2011 | 11/09/2011 |
| royal caribbean cruise | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| royal carribean cruise | AZ | 1 | 480 | 3594334 | 11/17/2011 | 11/17/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 10/25/2011 | 10/25/2011 |
| Royal | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| royal carribean cruise | AZ | | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/15/2011 | 11/15/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/16/2011 | 11/16/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/18/2011 | 11/18/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 10/11/2011 | 10/11/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| Royal Caribbean | AZ | 1 | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| Royal Caribbean | AZ | | 480 | 3594334 | 10/25/2011 | 10/25/2011 |
| royal caribbean cruise | AZ | | 480 | 3594334 | 10/26/2011 | 10/26/2011 |
| royal caribbean cruise | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |
| Royal Carribean | AZ | | 480 | 3594334 | 11/11/2011 | 11/11/2011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 12/05/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/05/2011 | 11:00:00 | I answered the call | | No |
| National Do Not Call | National Do Not Call | Web | 12/05/2011 | 11:00:00 | They have called since | No |
| National Do Not Call | National Do Not Call | Web | 12/05/2011 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/06/2011 | 15:00:00 | I have had no prior | | No |
| National Do Not Call | National Do Not Call | Web | 12/06/2011 | 12:00:00 | This was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 12/07/2011 | 11:00:00 | This was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 12/08/2011 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 12/09/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2011 | 15:00:00 | At 3:27 p.m. I received | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2011 | 12:00:00 | They use the excuse | | No |
| National Do Not Call | National Do Not Call | Web | 12/10/2011 | 00:00:00 | this is the second time | No |
| National Do Not Call | National Do Not Call | Web | 12/10/2011 | 20:00:00 | Recorded message | | No |
| National Do Not Call | National Do Not Call | Web | 12/12/2011 | 10:00:00 | They robo-called out | | No |
| National Do Not Call | National Do Not Call | Web | 12/13/2011 | 21:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/13/2011 | 20:00:00 | This is the third time | | No |
| National Do Not Call | National Do Not Call | Web | 12/13/2011 | 15:00:00 | I received a second | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 10:00:00 | Note that the phone | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 13:00:00 | It was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/14/2011 | 19:00:00 | The recording said I | | No |
| National Do Not Call | National Do Not Call | IVR | 12/15/2011 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/15/2011 | 11:00:00 | It was a recorded | | No |
| National Do Not Call | National Do Not Call | Web | 12/15/2011 | 15:00:00 | I am dnc list and still | | No |
| National Do Not Call | National Do Not Call | Web | 12/15/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/15/2011 | 20:00:00 | If you call this number | No |
| National Do Not Call | National Do Not Call | Web | 12/15/2011 | 20:00:00 | recording stating that I | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 12/16/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/16/2011 | 11:00:00 | the message claimed | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 20:00:00 | This call was not only | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 21:00:00 | I've received 4 calls | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 20:00:00 | A robo call offering a | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2011 | 12:00:00 | This woman's | | No |
| National Do Not Call | National Do Not Call | Web | 12/21/2011 | 18:00:00 | Royal Caribbean | | No |
| National Do Not Call | National Do Not Call | Web | 12/21/2011 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/21/2011 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/21/2011 | 12:00:00 | Offer for a Caribbean | | No |
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 23:00:00 | called saying I was | | No |
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 20:00:00 | | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 33473158 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33506056 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33163921 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33462072 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33552624 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33439648 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32932884 | National Do Not Call | Y | | (b)(6) | |
| 33430949 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33447468 | National Do Not Call | Y | | (b)(6) | |
| 33027212 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32949735 | National Do Not Call | Y | | (b)(6) | |
| 32716664 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32974776 | National Do Not Call | Y | | (b)(6) | |
| 33191453 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33191871 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33221282 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32983556 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32979422 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32703253 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32949721 | National Do Not Call | Y | (b)(6) | | |
| 33177970 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32706007 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33237409 | National Do Not Call | Y | | (b)(6) | |
| 33237423 | National Do Not Call | Y | | (b)(6) | |
| 33224770 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33239389 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33291691 | National Do Not Call | Y | | | |
| 33239200 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32987986 | National Do Not Call | Y | | (b)(6) | |
| 33237466 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33221975 | National Do Not Call | Y | | (b)(6) | |
| 33242232 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33212147 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33436554 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32997404 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33005598 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32724423 | National Do Not Call | Y | | (b)(6) | |
| 33048206 | National Do Not Call | Y | | | |
| 32723084 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33012189 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32764151 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32764715 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 33018958 | National Do Not Call | Y | | (b)(6) | |
| 32737297 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33454076 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32720010 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| | FL | Florida | | (b)(6) | (b)(6) |
| Phoenix | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Chicago | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Weston | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Silver Spring | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| Mason | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| Kensington | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| Richmond Hts | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| Fallon | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| Burlington | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| Oakland | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Hobe Sound | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | DC | District of Columbia | | (b)(6) | (b)(6) |
| Winchester | MA | Massachusetts | | (b)(6) | (b)(6) |
| Fernandina Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | GA | Georgia | | (b)(6) | (b)(6) |
| | OK | Oklahoma | | (b)(6) | (b)(6) |
| Gonzales | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| Cheyenne | WY | Wyoming | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| marietta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| Baltimore | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Fairport | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Pittsburgh | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Sea Girt | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| Hayesville | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| Huron | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Valley Stream | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Monroe | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Wheeling | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Inverness | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| Mulvane | KS | Kansas | (b)(6) | (b)(6) | (b)(6) |
| Milford | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| Falls Church | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Royal Caribbean | AZ | 480 | 3594334 | 11/14/2011 | 11/14/2011 |
| Claimed I won a Royal | AZ | 480 | 3594334 | 11/15/2011 | 11/15/2011 |
| Royal Carribean Crui | AZ | 480 | 3594334 | 10/25/2011 | 10/25/2011 |
| Royal Carribean | AZ | 480 | 3594334 | 11/12/2011 | 11/12/2011 |
| Free Royal Caribbean | AZ | 480 | 3594334 | 11/17/2011 | 11/17/2011 |
| Royal Carribean cruise | AZ | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | 480 | 3594334 | 10/11/2011 | 10/11/2011 |
| Royal Caribbean | AZ | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | 480 | 3594334 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/17/2011 | 10/17/2011 |
| royal carribean cruise | AZ | 480 | 3594336 | 10/12/2011 | 10/12/2011 |
| Royal Carribean | AZ | 480 | 3594336 | 09/30/2011 | 09/30/2011 |
| Royal Carribean | AZ | 480 | 3594336 | 10/13/2011 | 10/13/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/27/2011 | 10/27/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/28/2011 | 10/28/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/13/2011 | 10/13/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/13/2011 | 10/13/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 09/28/2011 | 09/28/2011 |
| royal carribean cruise | AZ | 480 | 3594336 | 10/12/2011 | 10/12/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 10/26/2011 | 10/26/2011 |
| Royal Caribbean | AZ | 480 | 3594336 | 09/29/2011 | 09/29/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| recording said Royal | AZ | 480 | 3594337 | 10/28/2011 | 10/28/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| Royal Carribean Lines | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/13/2011 | 10/13/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/28/2011 | 10/28/2011 |
| Royal Caribbean Lines | AZ | 480 | 3594337 | 10/31/2011 | 10/31/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 10/28/2011 | 10/28/2011 |
| Royal Caribbean | AZ | 480 | 3594337 | 11/08/2011 | 11/08/2011 |
| Royal  Caribbean | AZ | 480 | 3594338 | 10/14/2011 | 10/14/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 10/14/2011 | 10/14/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 09/30/2011 | 09/30/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 10/16/2011 | 10/16/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 09/30/2011 | 09/30/2011 |
| Unknown referred to | AZ | 480 | 3594338 | 10/15/2011 | 10/15/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 10/03/2011 | 10/03/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 10/03/2011 | 10/03/2011 |
| Royal carribean | AZ | 480 | 3594338 | 10/17/2011 | 10/17/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 10/01/2011 | 10/01/2011 |
| Royal Carribean | AZ | 480 | 3594338 | 11/11/2011 | 11/11/2011 |
| Royal Caribbean | AZ | 480 | 3594338 | 09/30/2011 | 09/30/2011 |

| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 11:00:00 | The recording stated | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 20:00:00 | Above question "have | No |
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/22/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/23/2011 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/23/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/23/2011 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 18:00:00 | I am receiving these | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 21:00:00 | This is the third time | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 15:00:00 | This call came in on | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/27/2011 | 20:00:00 | I received a call from | No |
| National Do Not Call | National Do Not Call | Web | 12/27/2011 | 16:00:00 | Thank you. | No |
| National Do Not Call | National Do Not Call | Web | 12/27/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 12/27/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/27/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 12:00:00 | Stated they were | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 12/28/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 12:00:00 | I keep receiving | No |
| National Do Not Call | National Do Not Call | Web | 12/28/2011 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 18:00:00 | Message says I | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 12:00:00 | This is 7th  unwanted | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 10:00:00 | The recording said I'd | No |
| National Do Not Call | National Do Not Call | IVR | 12/29/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 12:00:00 | this was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 19:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 20:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | IVR | 12/29/2011 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 19:00:00 | I received 2 calls that | No |
| National Do Not Call | National Do Not Call | Web | 12/29/2011 | 13:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 12/30/2011 | 16:00:00 | They have called me | No |
| National Do Not Call | National Do Not Call | Web | 12/30/2011 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/30/2011 | 19:00:00 | I was informed I had | No |
| National Do Not Call | National Do Not Call | Web | 12/30/2011 | 13:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/02/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/02/2012 | 16:00:00 | Said that I entered a | No |

| | |
|---|---|
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Don't Know or choose | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Don't Know or choose | No |
| Yes | Yes |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 32724278 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32741782 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33012568 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32720254 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32766322 | National Do Not Call | Y | | (b)(6) | |
| 32765283 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33037801 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33030484 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33087024 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33299926 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33291808 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33475190 | National Do Not Call | Y | | (b)(6) | |
| 42149347 | National Do Not Call | Y | | (b)(6) | (b)(6) |
| 32815975 | National Do Not Call | Y | | (b)(6) | |
| 33253402 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33059693 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33067382 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33081541 | National Do Not Call | Y | | | |
| 33289557 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33076714 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33077923 | National Do Not Call | Y | | (b)(6) | |
| 33261511 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33294741 | National Do Not Call | Y | | (b)(6) | |
| 42999228 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33067193 | National Do Not Call | Y | | (b)(6) | |
| 32813732 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33081073 | National Do Not Call | Y | | | |
| 33071433 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33300933 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33257668 | National Do Not Call | Y | | (b)(6) | |
| 33292761 | National Do Not Call | Y | | (b)(6) | |
| 33255832 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33291179 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33308539 | National Do Not Call | Y | | | |
| 50421641 | National Do Not Call | Y | | (b)(6) | |
| 32798886 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33091507 | National Do Not Call | Y | | (b)(6) | |
| 33135534 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32859183 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33355892 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32855648 | National Do Not Call | Y | | (b)(6) | |
| 33096206 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33103651 | National Do Not Call | Y | | (b)(6) | |
| 33108885 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32859012 | National Do Not Call | Y | | (b)(6) | |
| 33375263 | National Do Not Call | Y | | (b)(6) | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Leucadia | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Jackson | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Norwood | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | Chesterfield | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | los angeles | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | San Antonio | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | DACONO | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | reston | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | MIAMI BEACH | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Tamarac | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Sun City | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | sanford | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Austin | TX | Texas | | (b)(6) | (b)(6) |
| | Hanford | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | new york | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Haddon Heights | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | AL | Alabama | | (b)(6) | (b)(6) |
| | Ironton | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | | OR | Oregon | | (b)(6) | (b)(6) |
| | Phoenix | AZ | Arizona | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Bloomington | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | MT | Montana | | (b)(6) | (b)(6) |
| | boston | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Kensington | MD | Maryland | | (b)(6) | (b)(6) |
| | Memphis | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | Odessa | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| (b)(6) | Palatine | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Glen Burnie | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | Maynard | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Highlands | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Rock Island | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | | WA | Washington | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Travel Services on | AZ | | 480 | 3594338 | 09/30/2011 | 09/30/2011 |
| Royal Carribean | AZ | | 480 | 3594338 | 10/02/2011 | 10/02/2011 |
| Royal Carribean | AZ | | 480 | 3594338 | 10/15/2011 | 10/15/2011 |
| Royal Carribean | AZ | | 480 | 3594338 | 09/30/2011 | 09/30/2011 |
| Royal Carribean | AZ | | 480 | 3594339 | 10/03/2011 | 10/03/2011 |
| Unsure - mentioned | AZ | | 480 | 3594339 | 10/03/2011 | 10/03/2011 |
| claimed to be royal | AZ | | 480 | 3594339 | 10/17/2011 | 10/17/2011 |
| Royal Carribean | AZ | | 480 | 3594339 | 10/17/2011 | 10/17/2011 |
| royal carribean | AZ | | 480 | 4203705 | 10/19/2011 | 10/19/2011 |
| Won a trip on Royal | AZ | | 480 | 4203705 | 11/03/2011 | 11/03/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/02/2011 | 11/02/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/14/2011 | 11/14/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/29/2012 | 11/29/2012 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/05/2011 | 10/05/2011 |
| Someone giving away | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/18/2011 | 10/18/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/18/2011 | 10/18/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/02/2011 | 11/02/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/19/2011 | 10/19/2011 |
| royal carribean | AZ | | 480 | 4203705 | 10/19/2011 | 10/19/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/02/2011 | 11/02/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 01/10/2013 | 01/10/2013 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/18/2011 | 10/18/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/05/2011 | 10/05/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/18/2011 | 10/18/2011 |
| royal caribbean cruise | AZ | 1 | 480 | 4203705 | 10/19/2011 | 10/19/2011 |
| Won a Royal | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| Promoting Royal | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| ? (royal caribbean) | AZ | | 480 | 4203705 | 11/02/2011 | 11/02/2011 |
| royal caribbean | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/02/2011 | 11/02/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 11/01/2011 | 11/01/2011 |
| Royal Carribean | AZ | | 480 | 4203705 | 12/18/2013 | 12/18/2013 |
| Royal Carribean | AZ | | 480 | 4203705 | 10/04/2011 | 10/04/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 10/20/2011 | 10/20/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 10/24/2011 | 10/24/2011 |
| Carnival/Royal | AZ | | 480 | 4223063 | 10/07/2011 | 10/07/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 11/04/2011 | 11/04/2011 |
| someone representing | AZ | | 480 | 4223063 | 10/07/2011 | 10/07/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 10/20/2011 | 10/20/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 10/20/2011 | 10/20/2011 |
| Royal Carribean - | AZ | | 480 | 4223063 | 10/21/2011 | 10/21/2011 |
| Royal Carribean | AZ | | 480 | 4223063 | 10/07/2011 | 10/07/2011 |
| Royal Carribean | AZ | | 480 | 4223069 | 11/07/2011 | 11/07/2011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 01/02/2012 | 18:00:00 | The caller, Robert told | No |
| National Do Not Call | National Do Not Call | Web | 01/02/2012 | 15:00:00 | I received a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 15:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 18:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 17:00:00 | This is the 3rd call and | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 20:00:00 | im pretty sure it was | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 12:00:00 | Automated system told | No |
| National Do Not Call | National Do Not Call | Web | 01/03/2012 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 12:00:00 | Message said I have | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2012 | 17:00:00 | The recording claimed | No |
| National Do Not Call | National Do Not Call | Web | 01/05/2012 | 20:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | IVR | 01/05/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/05/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/05/2012 | 14:00:00 | When are you going to | No |
| National Do Not Call | National Do Not Call | Web | 01/05/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 10:00:00 | Call disconnected | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 19:00:00 | Not that you do | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 08:00:00 | This was an | No |
| National Do Not Call | National Do Not Call | IVR | 01/06/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 11:00:00 | the recorded message | No |
| National Do Not Call | National Do Not Call | IVR | 01/06/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 15:00:00 | Dear Sir or Madam: | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 01/06/2012 | 16:00:00 | The recording claimed | No |
| National Do Not Call | National Do Not Call | Web | 01/07/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/07/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 01/09/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 11:00:00 | Telemarketing solitors | |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 20:00:00 | Automated Call said I | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 11:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 13:00:00 | Have been receiving | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 16:00:00 | Call was made to my | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 17:00:00 | This recording said I | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2012 | 11:00:00 | Started as a recording | No |
| National Do Not Call | National Do Not Call | Web | 01/10/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/11/2012 | 12:00:00 | its a recording voice... | No |

| | |
|---|---|
| No | Yes |
| Yes | No |
| Yes | Yes |
| Don't Know or choose | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | Yes |
| Yes | No |
| No | No |
| Yes | Yes |
| Don't Know or choose | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Don't Know or choose |
| Yes | No |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| No | Yes |
| Yes | No |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 33322170 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33383305 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33357991 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33373506 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33397650 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32828346 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32834577 | National Do Not Call | Y | | (b)(6) | |
| 33343199 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33399553 | National Do Not Call | Y | | (b)(6) | |
| 32832088 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33395035 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33424865 | National Do Not Call | Y | | | |
| 32839705 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33348081 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33397397 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33308947 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33295978 | National Do Not Call | Y | | (b)(6) | |
| 33307169 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33359103 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33359291 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33397126 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33374285 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32296171 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33308934 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33310942 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33349858 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33345182 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33347336 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33354114 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34190377 | National Do Not Call | Y | | (b)(6) | |
| 33399767 | National Do Not Call | Y | | (b)(6) | |
| 33439113 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 28626743 | National Do Not Call | Y | | (b)(6) | |
| 32867617 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31674422 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 32944867 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32873102 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 32867907 | National Do Not Call | Y | | (b)(6) | |
| 32866743 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31292030 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31219654 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31243996 | National Do Not Call | Y | | | |
| 31239964 | National Do Not Call | Y | | (b)(6) | |
| 31278738 | National Do Not Call | Y | | | |
| 31447927 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31251304 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Arvada | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Broken Arrow | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| | Old Bethpage | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | San Diego | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Bloomington | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Los Alamos | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | ooltewah | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | MD | Maryland | | (b)(6) | (b)(6) |
| (b)(6) | Decatur | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | lexington, ky | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| (b)(6) | Westport | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Theh Villages | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Lynn | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Wellington | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Howell | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Great Neck | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Natick | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Reston | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Baltimore | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | Cape May Court | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Austin | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Colleyville | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | | IN | Indiana | | (b)(6) | (b)(6) |
| | Elizabethtown | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Bouton | IA | Iowa | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Collierville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Vineland | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | The Woodlands | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Austin | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | NE | Nebraska | | (b)(6) | (b)(6) |
| | Kannapolis | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Wayne City | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Royal | AZ | | | 480 | 4223069 | 11/03/2011 | 11/03/2011 |
| royal carribean contest | AZ | | 1 | 480 | 4223069 | 11/07/2011 | 11/07/2011 |
| royal caribbean cruises | AZ | | | 480 | 4223069 | 11/05/2011 | 11/05/2011 |
| royal caribbean cruise | AZ | | | 480 | 4223069 | 11/07/2011 | 11/07/2011 |
| Royal carribean | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 10/05/2011 | 10/05/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 10/06/2011 | 10/06/2011 |
| royal carribean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 10/06/2011 | 10/06/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/07/2011 | 11/07/2011 |
| Recorded Message | AZ | | | 480 | 4223069 | 10/06/2011 | 10/06/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/03/2011 | 11/03/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/02/2011 | 11/02/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/03/2011 | 11/03/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/05/2011 | 11/05/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/05/2011 | 11/05/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/07/2011 | 11/07/2011 |
| unknown - Royal | AZ | | | 480 | 4223069 | 11/02/2011 | 11/02/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/03/2011 | 11/03/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/03/2011 | 11/03/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal  Caribbean | AZ | | | 480 | 4223069 | 11/04/2011 | 11/04/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/08/2011 | 11/08/2011 |
| Royal Caribbean | AZ | | | 480 | 4223069 | 11/10/2011 | 11/10/2011 |
| Royal Caribbean | AZ | | | 480 | 6480834 | 12/20/2010 | 12/20/2010 |
| Royal Caribbean | AZ | | | 480 | 7188063 | 10/07/2011 | 10/07/2011 |
| Royal Caribbean | AZ | | | 480 | 7188063 | 07/26/2011 | 07/26/2011 |
| royal carribean cuise | AZ | | 1 | 480 | 7188063 | 10/12/2011 | 10/12/2011 |
| Royal Caribbean | AZ | | | 480 | 7188063 | 10/08/2011 | 10/08/2011 |
| Royal Caribbean | AZ | | | 480 | 7188063 | 10/07/2011 | 10/07/2011 |
| Royal Caribbean | AZ | | | 480 | 7188063 | 10/07/2011 | 10/07/2011 |
| unknown: Royal | AZ | | | 480 | 7188064 | 06/28/2011 | 06/28/2011 |
| Royal Caribbean | AZ | | | 480 | 7188073 | 06/23/2011 | 06/23/2011 |
| Royal Caribbean | AZ | | | 480 | 7188073 | 06/23/2011 | 06/23/2011 |
| Royal Caribbean | AZ | | | 480 | 7188074 | 06/24/2011 | 06/24/2011 |
| Royal Caribbean | AZ | | | 480 | 7188074 | 06/25/2011 | 06/25/2011 |
| Royal Carribean or | AZ | | | 480 | 7188074 | 07/09/2011 | 07/09/2011 |
| Royal Caribbean | AZ | | | 480 | 7188074 | 06/25/2011 | 06/25/2011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 01/11/2012 | 20:00:00 | They called me twice | No |
| National Do Not Call | National Do Not Call | Web | 01/11/2012 | 20:00:00 | a recording said that i | No |
| National Do Not Call | National Do Not Call | Web | 01/11/2012 | 10:00:00 | 3rd call in as many | No |
| National Do Not Call | National Do Not Call | Web | 01/11/2012 | 09:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/12/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/12/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/12/2012 | 12:00:00 | There was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/12/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2012 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2012 | 00:00:00 | this company has | No |
| National Do Not Call | National Do Not Call | IVR | 01/14/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/14/2012 | 15:00:00 | Rec'd a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/16/2012 | 14:00:00 | recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/17/2012 | 13:00:00 | I have REPEATEDLY | No |
| National Do Not Call | National Do Not Call | Web | 01/17/2012 | 16:00:00 | The recording claimed | No |
| National Do Not Call | National Do Not Call | Web | 01/17/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/18/2012 | 15:00:00 | it is a recording so I | No |
| National Do Not Call | National Do Not Call | Web | 01/18/2012 | 13:00:00 | I received an | No |
| National Do Not Call | National Do Not Call | Web | 01/18/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/18/2012 | 11:00:00 | They called me once | No |
| National Do Not Call | National Do Not Call | Web | 01/18/2012 | 13:00:00 | I keep receiving | No |
| National Do Not Call | National Do Not Call | Web | 01/19/2012 | 16:00:00 | I have repeatedly | No |
| National Do Not Call | National Do Not Call | Web | 01/19/2012 | 16:00:00 | They called over and | No |
| National Do Not Call | National Do Not Call | Web | 01/19/2012 | 12:00:00 | A recorded from | No |
| National Do Not Call | National Do Not Call | Web | 01/19/2012 | 15:00:00 | I received a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/20/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/20/2012 | 13:00:00 | call was to a cell | No |
| National Do Not Call | National Do Not Call | Web | 01/20/2012 | 20:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/20/2012 | 17:00:00 | Says that I signed up | No |
| National Do Not Call | National Do Not Call | Web | 01/20/2012 | 14:00:00 | They called, i pressed | No |
| National Do Not Call | National Do Not Call | Web | 01/21/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/23/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/23/2012 | 20:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/24/2012 | 10:00:00 | I told their | No |
| National Do Not Call | National Do Not Call | Web | 01/24/2012 | 17:00:00 | got a call from royal | No |
| National Do Not Call | National Do Not Call | Web | 01/24/2012 | 13:00:00 | The call was actually | No |
| National Do Not Call | National Do Not Call | Web | 01/24/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/25/2012 | 17:00:00 | This is my cellphone | No |
| National Do Not Call | National Do Not Call | Web | 01/25/2012 | 19:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/25/2012 | 15:00:00 | I got a automated call | No |
| National Do Not Call | National Do Not Call | IVR | 01/26/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/26/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 01/27/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/27/2012 | 17:00:00 | This was a solicitation | No |
| National Do Not Call | National Do Not Call | Web | 01/28/2012 | 11:00:00 | We are on the DNC | No |

| | |
|-----|-----|
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 31238778 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 31245760 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 30855780 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 29189894 | National Do Not Call | Y | | (b)(6) | |
| 28944625 | National Do Not Call | Y | | (b)(6) | |
| 28859548 | National Do Not Call | Y | | (b)(6) | |
| 30308919 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 47431406 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47423139 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47400798 | National Do Not Call | Y | | (b)(6) | |
| 47633387 | National Do Not Call | Y | | | |
| 47569689 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47508357 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47537643 | National Do Not Call | Y | | (b)(6) | |
| 47701020 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47579556 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47702187 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47660979 | National Do Not Call | Y | | | |
| 47705601 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47701453 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48060036 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48069401 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47815307 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47770214 | National Do Not Call | Y | | (b)(6) | |
| 47824574 | National Do Not Call | Y | | (b)(6) | |
| 47993391 | National Do Not Call | Y | | (b)(6) | |
| 48086865 | National Do Not Call | Y | | | |
| 48092191 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48033413 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48070079 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47870166 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 48376066 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47722488 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47829532 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47847752 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47850727 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 48056263 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 47835240 | National Do Not Call | Y | | (b)(6) | |
| 47990492 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48171457 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48281486 | National Do Not Call | Y | | (b)(6) | |
| 48513838 | National Do Not Call | Y | (b)(6) | | |
| 48276141 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48327784 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48474010 | National Do Not Call | Y | | (b)(6) | |
| 48536202 | National Do Not Call | Y | | (b)(6) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Wakefield | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
| | Inverness | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Niederwald | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | AL | Alabama | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| (b)(6) | Mililani | HI | Hawaii | (b)(6) | (b)(6) | (b)(6) |
| | New London | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Mohegan Lake | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Phila | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Mahwah | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | chicago | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | San Diego | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | San Jose | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Salt Lake City | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| | Scottsdale | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | Roseburg | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | Bloomington | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Burlington | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Burton | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | W. Orange | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Valley Park | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | coarsegold | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Park Ridge | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Sandy | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| | Waltham | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | IA | Iowa | (b)(6) | (b)(6) | (b)(6) |
| | Sherman | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Las Vegas | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| | bradenton | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | Novato | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Melbourne Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| no name but | AZ | 480 | 7188074 | 06/24/2011 | 06/24/2011 |
| Royal Caribbean | AZ | 480 | 7188074 | 06/24/2011 | 06/24/2011 |
| Royal Caribbean | AZ | 480 | 7197435 | 06/01/2011 | 06/01/2011 |
| Travel Services - | AZ | 602 | 3964332 | 02/11/2011 | 02/11/2011 |
| Royal Caribbean | AZ | 602 | 3964344 | 01/24/2011 | 01/24/2011 |
| Royal Carribean | AZ | 602 | 3964345 | 01/14/2011 | 01/14/2011 |
| Carnival / Royal | AZ | 602 | 9105194 | 05/03/2011 | 05/03/2011 |
| Royal Caribbean | IL | 708 | 6132041 | 07/26/2013 | 07/26/2013 |
| Royal Caribbean | IL | 708 | 6132041 | 07/26/2013 | 07/26/2013 |
| survey for royal | IL | 708 | 6132041 | 07/25/2013 | 07/25/2013 |
| Royal Caribbean | IL | 708 | 6132042 | 08/01/2013 | 08/01/2013 |
| Royal Caribbean | IL | 708 | 6132042 | 08/02/2013 | 08/02/2013 |
| Royal Caribbean | IL | 708 | 6132042 | 07/31/2013 | 07/31/2013 |
| Royal Carribean cruise | IL | 708 | 6132042 | 08/01/2013 | 08/01/2013 |
| Royal Caribbean | IL | 708 | 6132042 | 08/07/2013 | 08/07/2013 |
| royal Caribbean cruise | IL | 708 | 6132042 | 08/02/2013 | 08/02/2013 |
| Royal Caribbean Crui | IL | 708 | 6132042 | 08/07/2013 | 08/07/2013 |
| Royal Caribbean | IL | 708 | 6132042 | 08/02/2013 | 08/02/2013 |
| Royal Carribean | IL | 708 | 6132042 | 08/07/2013 | 08/07/2013 |
| Royal Carribean | IL | 708 | 6132042 | 08/07/2013 | 08/07/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/23/2013 | 08/23/2013 |
| royal caribbean | IL | 708 | 6132043 | 08/24/2013 | 08/24/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/13/2013 | 08/13/2013 |
| royal caribbean cruise | IL | 708 | 6132043 | 08/10/2013 | 08/10/2013 |
| royal caribbean cruises | IL | 708 | 6132043 | 08/13/2013 | 08/13/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/21/2013 | 08/21/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/22/2013 | 08/22/2013 |
| royal Caribbean cruise | IL | 708 | 6132043 | 08/26/2013 | 08/26/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/22/2013 | 08/22/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/24/2013 | 08/24/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/15/2013 | 08/15/2013 |
| royal caribbean cruise | IL | 708 | 6132043 | 09/06/2013 | 09/06/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/08/2013 | 08/08/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/13/2013 | 08/13/2013 |
| Royal Carribean | IL | 708 | 6132043 | 08/14/2013 | 08/14/2013 |
| Royal Caribbean | IL | 708 | 6132043 | 08/23/2013 | 08/23/2013 |
| royal carribean cruises | IL | 708 | 6132043 | 08/14/2013 | 08/14/2013 |
| regarding Royal | IL | 708 | 6132043 | 08/21/2013 | 08/21/2013 |
| Royal Caribbean | IL | 708 | 6132044 | 08/28/2013 | 08/28/2013 |
| royal carribean | IL | 708 | 6132044 | 09/04/2013 | 09/04/2013 |
| Royal Caribbean | IL | 708 | 6132044 | 09/12/2013 | 09/12/2013 |
| Royal Caribbean | IL | 708 | 6132044 | 09/03/2013 | 09/03/2013 |
| Prize Company for | IL | 708 | 6132044 | 09/05/2013 | 09/05/2013 |
| Royal Caribbean | IL | 708 | 6132044 | 09/11/2013 | 09/11/2013 |
| Royal Caribbean | IL | 708 | 6132044 | 09/12/2013 | 09/12/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 01/28/2012 | 14:00:00 | Recently within the | | No |
| National Do Not Call | National Do Not Call | Web | 01/28/2012 | 21:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/29/2012 | 18:00:00 | This automated call | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 16:00:00 | | Don't Know or choose | |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 15:00:00 | Offering a free cruise. | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 18:00:00 | Phone number of the | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 13:00:00 | It was a recording | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | IVR | 01/30/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2012 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 18:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 15:00:00 | | | |
| National Do Not Call | National Do Not Call | IVR | 01/31/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 14:00:00 | Recording claimed I | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 17:00:00 | Robo automated | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 13:00:00 | recording claimed I | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 12:00:00 | Recording called my | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 15:00:00 | a recording said I had | No | |
| National Do Not Call | National Do Not Call | IVR | 01/31/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 10:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 13:00:00 | Recorded call offering | No | |
| National Do Not Call | National Do Not Call | Web | 01/31/2012 | 15:00:00 | 4th time they have | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 17:00:00 | The call originated as | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 18:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 17:00:00 | I received a call from | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/01/2012 | 00:00:00 | nail them! | | No |
| National Do Not Call | National Do Not Call | Web | 02/02/2012 | 11:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/02/2012 | 10:00:00 | Received recorded | | |
| National Do Not Call | National Do Not Call | Web | 02/02/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/02/2012 | 13:00:00 | Recorded message | | No |
| National Do Not Call | National Do Not Call | Web | 02/02/2012 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 20:00:00 | | | |

| | |
|---|---|
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| No | |
| Yes | Yes |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 48474846 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48335635 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 48219268 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48266423 | National Do Not Call | Y | | (b)(6) | |
| 48226399 | National Do Not Call | Y | | | |
| 48447613 | National Do Not Call | Y | | | |
| 48251807 | National Do Not Call | Y | | (b)(6) | |
| 48186266 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48450229 | National Do Not Call | Y | | (b)(6) | |
| 48768694 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48608009 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48645919 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48768332 | National Do Not Call | Y | | (b)(6) | |
| 48714764 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48653657 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49017060 | National Do Not Call | Y | | (b)(6) | |
| 48844742 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 48953707 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49105390 | National Do Not Call | Y | | (b)(6) | |
| 48858512 | National Do Not Call | Y | | (b)(6) | |
| 48859686 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49030504 | National Do Not Call | Y | | (b)(6) | |
| 49472014 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 49030334 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49244958 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49074563 | National Do Not Call | Y | | (b)(6) | |
| 49121959 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49276007 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49404331 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 49490611 | National Do Not Call | Y | | | |
| 49004748 | National Do Not Call | Y | | (b)(6) | |
| 49066186 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49160501 | National Do Not Call | Y | | (b)(6) | |
| 49470457 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49012322 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 49028326 | National Do Not Call | Y | | (b)(6) | |
| 49014002 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49063936 | National Do Not Call | Y | | (b)(6) | |
| 49142894 | National Do Not Call | Y | | (b)(6) | |
| 49261016 | National Do Not Call | Y | | (b)(6) | |
| 49498550 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49519761 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 48995566 | National Do Not Call | Y | | (b)(6) | |
| 49250888 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49261286 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37518011 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| (b)(6) | | | | | | |
|---|---|---|---|---|---|---|
| | Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | Allentown | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | IA | Iowa | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | Lake City | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | OR | Oregon | | (b)(6) | (b)(6) |
| | Apopka | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Cordele | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | Sebastopol | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | White Plains | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Kansas City | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | TEMPLE TERRACE | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Meadow Vista | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Wilbur by the Sea | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | CO | Colorado | | (b)(6) | (b)(6) |
| | | WI | Wisconsin | | (b)(6) | (b)(6) |
| | South San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | clearwater | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Houston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Winter Garden | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Los Angeles | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | MT | Montana | | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | Brooklyn | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Rhome | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Lakeway | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | WA | Washington | | (b)(6) | (b)(6) |
| | Enterprise | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Charles City | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | San Angelo | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Lake Mary | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Asheville | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Carribean | IL | | 708 | 6132044 | 09/11/2013 | 09/11/2013 |
| Royal Carribean, | IL | | 708 | 6132044 | 09/05/2013 | 09/05/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 08/30/2013 | 08/30/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 09/03/2013 | 09/03/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 08/29/2013 | 08/29/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 09/09/2013 | 09/09/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 09/03/2013 | 09/03/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 08/29/2013 | 08/29/2013 |
| Royal Carribean | IL | | 708 | 6132044 | 09/10/2013 | 09/10/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/24/2013 | 09/24/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/16/2013 | 09/16/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/17/2013 | 09/17/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/24/2013 | 09/24/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/21/2013 | 09/21/2013 |
| Royal Carribean | IL | | 708 | 6132048 | 09/18/2013 | 09/18/2013 |
| Royal Carribean | IL | | 708 | 6132054 | 10/22/2013 | 10/22/2013 |
| Royal Carribean | IL | | 708 | 6132054 | 09/27/2013 | 09/27/2013 |
| Royal caribbean | IL | | 708 | 6132054 | 10/18/2013 | 10/18/2013 |
| Royal Carribean | IL | | 708 | 6132054 | 10/24/2013 | 10/24/2013 |
| something about | IL | | 708 | 6132054 | 09/27/2013 | 09/27/2013 |
| Royal Carribean | IL | | 708 | 6132054 | 09/27/2013 | 09/27/2013 |
| Royal Caribbean? | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 11/06/2013 | 11/06/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| royal caribbean cruise | IL | | 773 | 2807809 | 10/28/2013 | 10/28/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/23/2013 | 10/23/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/24/2013 | 10/24/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/29/2013 | 10/29/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 11/04/2013 | 11/04/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 11/05/2013 | 11/05/2013 |
| Royal Carribean | IL | 1 | 773 | 2807809 | 10/21/2013 | 10/21/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/23/2013 | 10/23/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/25/2013 | 10/25/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 11/06/2013 | 11/06/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| "Royal Carribean | IL | | 773 | 2807809 | 10/22/2013 | 10/22/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/23/2013 | 10/23/2013 |
| call regarding Royal | IL | | 773 | 2807809 | 10/24/2013 | 10/24/2013 |
| Royal Caribbean cruse | IL | | 773 | 2807809 | 10/28/2013 | 10/28/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 11/07/2013 | 11/07/2013 |
| Royal Caribbean? | IL | | 773 | 2807809 | 11/08/2013 | 11/08/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/21/2013 | 10/21/2013 |
| Royal Carribean | IL | | 773 | 2807809 | 10/28/2013 | 10/28/2013 |
| Telemarketer for | IL | | 773 | 2807809 | 10/28/2013 | 10/28/2013 |
| Royal Carribean | IL | | 773 | 3211296 | 05/15/2012 | 05/15/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 18:00:00 | This phone call was a | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 04:00:00 | There was a message | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 14:00:00 | I have NEVER | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 17:00:00 | At least the automated | No |
| National Do Not Call | National Do Not Call | IVR | 02/03/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 02/03/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 00:00:00 | Could not ask to be | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 11:00:00 | They said I filled out | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 16:00:00 | Don't need to be | No |
| National Do Not Call | National Do Not Call | Web | 02/03/2012 | 14:00:00 | Recording stated that I | No |
| National Do Not Call | National Do Not Call | IVR | 02/04/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 02/04/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/06/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/06/2012 | 00:00:00 | This is the third time I | No |
| National Do Not Call | National Do Not Call | Web | 02/07/2012 | 16:00:00 | I would be happy to | No |
| National Do Not Call | National Do Not Call | Web | 02/07/2012 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/07/2012 | 11:00:00 | Call was a recording. | No |
| National Do Not Call | National Do Not Call | Web | 02/07/2012 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/08/2012 | 00:00:00 | Recorded call | No |
| National Do Not Call | National Do Not Call | Web | 02/09/2012 | 18:00:00 | Please prosecute, | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 22:00:00 | This unsolicited call | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 20:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 15:00:00 | I get far too many | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 19:00:00 | They also siezed the | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 12:00:00 | caller claimed we had | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 00:00:00 | I do not answer calls | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 12:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 13:00:00 | I have no idea how | No |
| National Do Not Call | National Do Not Call | IVR | 02/10/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 18:00:00 | roboCall and I do not | |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 14:00:00 | The recording said | |
| National Do Not Call | National Do Not Call | Web | 02/10/2012 | 15:00:00 | | |
| National Do Not Call | National Do Not Call | Web | 02/11/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/11/2012 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/11/2012 | 18:00:00 | Recording states that I | No |
| National Do Not Call | National Do Not Call | Web | 02/13/2012 | 00:00:00 | This was a harassing | No |
| National Do Not Call | National Do Not Call | Web | 02/13/2012 | 00:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 02/14/2012 | 22:00:00 | recorded call | No |
| National Do Not Call | National Do Not Call | Web | 02/14/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/14/2012 | 19:00:00 | I have not contacted | No |
| National Do Not Call | National Do Not Call | Web | 02/16/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/16/2012 | 14:00:00 | They claimed I had | No |
| National Do Not Call | National Do Not Call | Web | 02/17/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/18/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/20/2012 | 00:00:00 | Lots of other folks | No |

| | |
|---|---|
| Yes | Yes |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | No |
| No | Yes |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| No | |
| Yes | Yes |
| No | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| No | No |
| No | No |

| | | | | | |
|---|---|---|---|---|---|
| 38262778 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37870652 | National Do Not Call | Y | | (b)(6) | |
| 38058974 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37611761 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38030948 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38031564 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36895026 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 51659619 | National Do Not Call | Y | | (b)(6) | |
| 51659620 | National Do Not Call | Y | | (b)(6) | |
| 37383828 | National Do Not Call | Y | | (b)(6) | |
| 38088763 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36949384 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38153208 | National Do Not Call | Y | | | |
| 39422356 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36976158 | National Do Not Call | Y | | (b)(6) | |
| 37088602 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37009059 | National Do Not Call | Y | (b)(6) | | (b)(6) |
| 36976457 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37417146 | National Do Not Call | Y | | (b)(6) | |
| 37079971 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 37448428 | National Do Not Call | Y | | (b)(6) | |
| 37151971 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37131173 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37485845 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37832426 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 40507253 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35910023 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36011113 | National Do Not Call | Y | | | |
| 35926139 | National Do Not Call | Y | | (b)(6) | |
| 35952490 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35943652 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35912723 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35922999 | National Do Not Call | Y | | (b)(6) | |
| 35960216 | National Do Not Call | Y | | (b)(6) | |
| 35945031 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35931642 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36036242 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36110198 | National Do Not Call | Y | | | |
| 35912664 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35971414 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35923265 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35929346 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36036250 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36242577 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36255358 | National Do Not Call | Y | | (b)(6) | |
| 36214969 | National Do Not Call | Y | | (b)(6) | |

| | City | State | State Name | | | |
|---|---|---|---|---|---|---|
| | Charlottesville | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Tyngsborough | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Wilmington | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Saint Cloud | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Newton | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | McLean | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | SC | South Carolina | | (b)(6) | (b)(6) |
| | | SC | South Carolina | | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | Fort Wayne | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | Tulsa | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | hillsborough | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Austin | TX | Texas | | (b)(6) | (b)(6) |
| | Jacksonville | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | East Meadow | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Fort Lauderdale | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | Greenfield | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Mankato | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Peoria Heights | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| | clarkston | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Wood-ridge | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Homestead | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | Martinsburg | WV | West Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Apollo Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Groton | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| (b)(6) | Doylestown | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Knoxvillw | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Delray Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | NC | North Carolina | | (b)(6) | (b)(6) |
| | Princeton | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Towson | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | Ann Arbor | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Ocala | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Delray Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Plainfield | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | UT | Utah | | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| "Royal Carribean or | IL | | 773 | 3211296 | 06/13/2012 | 06/13/2012 |
| spammer representing | IL | | 773 | 3211299 | 05/29/2012 | 05/29/2012 |
| Royal Caribbean | IL | | 773 | 3211299 | 06/04/2012 | 06/04/2012 |
| Royal Caribbean | IL | | 773 | 3212052 | 05/18/2012 | 05/18/2012 |
| Caribbean Lines or | IL | | 773 | 3212052 | 06/02/2012 | 06/02/2012 |
| Royal Caribbean | IL | | 773 | 3212052 | 06/02/2012 | 06/02/2012 |
| Carnival/Royal | IL | | 773 | 3212054 | 04/21/2012 | 04/21/2012 |
| royal caribbean | IL | | 773 | 3212055 | 02/21/2014 | 02/21/2014 |
| royal caribbean | IL | | 773 | 3212055 | 02/21/2014 | 02/21/2014 |
| Royal Caribbean | IL | | 773 | 3212056 | 05/08/2012 | 05/08/2012 |
| Royal Carribean | IL | | 773 | 3212056 | 06/05/2012 | 06/05/2012 |
| Royal Caribbean | IL | | 773 | 3212056 | 04/23/2012 | 04/23/2012 |
| Carnival Royal | IL | | 773 | 3212056 | 06/05/2012 | 06/05/2012 |
| Royal Caribbean and | IL | | 773 | 3212056 | 08/01/2012 | 08/01/2012 |
| Royal Caribbean | IL | | 773 | 3212056 | 04/24/2012 | 04/24/2012 |
| Carnival Royal | IL | | 773 | 3212057 | 04/26/2012 | 04/26/2012 |
| Carnival, Royal | IL | | 773 | 3212057 | 04/25/2012 | 04/25/2012 |
| Royal Caribbean | IL | | 773 | 3212057 | 04/24/2012 | 04/24/2012 |
| Royal Caribbean | IL | | 773 | 3212059 | 05/09/2012 | 05/09/2012 |
| Royal caribbean | IL | | 773 | 3212060 | 04/26/2012 | 04/26/2012 |
| Royal Caribbean | IL | | 773 | 3212060 | 05/11/2012 | 05/11/2012 |
| Carnival Cruise Lines, | IL | | 773 | 3212060 | 04/30/2012 | 04/30/2012 |
| Royal Carribean cruise | IL | | 773 | 3212060 | 04/28/2012 | 04/28/2012 |
| didnt say, something | IL | | 773 | 3212061 | 05/14/2012 | 05/14/2012 |
| royal carribean cruze | IL | | 773 | 3212061 | 05/26/2012 | 05/26/2012 |
| Norwegian or Royal | IL | | 773 | 3212084 | 09/17/2012 | 09/17/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/12/2012 | 03/12/2012 |
| royal caribbean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/14/2012 | 03/14/2012 |
| Calling on behalf of | IL | | 773 | 3212113 | 03/14/2012 | 03/14/2012 |
| Royal Carribean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/14/2012 | 03/14/2012 |
| Royal Carribean | IL | | 773 | 3212113 | 03/14/2012 | 03/14/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/17/2012 | 03/17/2012 |
| Carnival Royal | IL | | 773 | 3212113 | 03/14/2012 | 03/14/2012 |
| prerecording for Sale | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/15/2012 | 03/15/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Carribean | IL | | 773 | 3212113 | 03/13/2012 | 03/13/2012 |
| Royal Caribbean | IL | | 773 | 3212113 | 03/17/2012 | 03/17/2012 |
| Royal Carribean | IL | 1 | 773 | 3212113 | 03/27/2012 | 03/27/2012 |
| Royal Carribean? | IL | | 773 | 3212113 | 03/27/2012 | 03/27/2012 |
| ROYAL | IL | | 773 | 3212113 | 03/26/2012 | 03/26/2012 |

| National Do Not Call | National Do Not Call | Web | 02/20/2012 | 00:00:00 | I was told that I had | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 02/20/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2012 | 00:00:00 | I have been on the do | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2012 | 00:00:00 | I have received calls | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2012 | 00:00:00 | This is not the first | No |
| National Do Not Call | National Do Not Call | Web | 02/22/2012 | 11:00:00 | Have received calls | No |
| National Do Not Call | National Do Not Call | Web | 02/22/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/23/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/23/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/23/2012 | 00:00:00 | I won a cruise, I never | No |
| National Do Not Call | National Do Not Call | Web | 02/23/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 02/24/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/24/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/24/2012 | 17:00:00 | Message said | No |
| National Do Not Call | National Do Not Call | Web | 02/27/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/27/2012 | 11:00:00 | This is the third time I | No |
| National Do Not Call | National Do Not Call | Web | 02/27/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/27/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/28/2012 | 15:00:00 | Robocall | No |
| National Do Not Call | National Do Not Call | Web | 02/28/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/28/2012 | 00:00:00 | These calls come in | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 14:00:00 | Taped message | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 00:00:00 | it was voicemail of a | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 13:00:00 | This is the third time | No |
| National Do Not Call | National Do Not Call | IVR | 02/29/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/29/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/01/2012 | 10:00:00 | A message about a | No |
| National Do Not Call | National Do Not Call | Web | 03/01/2012 | 11:00:00 | recorded message | No |
| National Do Not Call | National Do Not Call | Web | 03/01/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/02/2012 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/02/2012 | 11:00:00 | This was a robo call | No |
| National Do Not Call | National Do Not Call | Web | 03/02/2012 | 19:00:00 | This company, Royal | No |
| National Do Not Call | National Do Not Call | Web | 03/05/2012 | 15:00:00 | These people have | No |
| National Do Not Call | National Do Not Call | IVR | 03/05/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/05/2012 | 11:00:00 | It is a precorded | No |
| National Do Not Call | National Do Not Call | Web | 03/05/2012 | 20:00:00 | Also called on | No |
| National Do Not Call | National Do Not Call | Web | 03/05/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2012 | 17:00:00 | Why do you ignore my | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2012 | 19:00:00 | Multiple calls, ignore | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2012 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2012 | 15:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | No |
| Yes | No |
| No | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 36215046 | National Do Not Call | Y | | (b)(6) | |
| 36257246 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36835759 | National Do Not Call | Y | | | |
| 36548677 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36548661 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36835499 | National Do Not Call | Y | | | |
| 35573959 | National Do Not Call | Y | | (b)(6) | |
| 35600389 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35618506 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35978559 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36127766 | National Do Not Call | Y | | | |
| 36283365 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36628563 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36273311 | National Do Not Call | Y | | (b)(6) | |
| 35567337 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35984654 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35994583 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36011619 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35591922 | National Do Not Call | Y | | (b)(6) | |
| 36010925 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35580737 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35964482 | National Do Not Call | Y | | (b)(6) | |
| 35594422 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35962875 | National Do Not Call | Y | | (b)(6) | |
| 35574205 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35983454 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35625859 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35573471 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36128411 | National Do Not Call | Y | | | |
| 36306063 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36534871 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36326939 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36322449 | National Do Not Call | Y | | (b)(6) | |
| 36413243 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36659708 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36657725 | National Do Not Call | Y | | (b)(6) | |
| 36356793 | National Do Not Call | Y | | (b)(6) | |
| 36404740 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36329739 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36475978 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36718559 | National Do Not Call | Y | | (b)(6) | |
| 36370234 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36360508 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36361417 | National Do Not Call | Y | | (b)(6) | |
| 35638027 | National Do Not Call | Y | | (b)(6) | |
| 35727430 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NY | New York | | (b)(6) | (b)(6) |
| | Athens | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | Woodbury | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Woodbury | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Freehold | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Carroll | IA | Iowa | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Lynnwood | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Thornhurst | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | carolina | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
| | Plano | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Dresher | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Red Bank | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | Orlando | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | blaine | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| (b)(6) | St. Louis | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | BROOKLYN | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Reston | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Edgeley | ND | North Dakota | (b)(6) | (b)(6) | (b)(6) |
| | Berkshire | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Tulsa | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Philadelphia | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Rochester | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | KY | Kentucky | | (b)(6) | (b)(6) |
| | Wilkes-Barre | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Miami | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | Brick | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Woodbridge | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Centreville | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | Towson | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Tarzana | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | menlo park | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Carribean | IL | | 773 | 3212113 | 03/26/2012 | 03/26/2012 |
| Royal Carribean | IL | | 773 | 3212113 | 03/28/2012 | 03/28/2012 |
| Royal Carribean | IL | | 773 | 3212114 | 04/10/2012 | 04/10/2012 |
| Royal Carribean | IL | | 773 | 3212114 | 04/09/2012 | 04/09/2012 |
| Royal Carribean | IL | | 773 | 3212114 | 04/09/2012 | 04/09/2012 |
| Royal Carribean | IL | | 773 | 3212114 | 04/10/2012 | 04/10/2012 |
| royal carribean | IL | | 773 | 3212115 | 02/29/2012 | 02/29/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/01/2012 | 03/01/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/02/2012 | 03/02/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/15/2012 | 03/15/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/15/2012 | 03/15/2012 |
| royal carribean | IL | | 773 | 3212115 | 03/28/2012 | 03/28/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 04/12/2012 | 04/12/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/28/2012 | 03/28/2012 |
| You register to win a | IL | | 773 | 3212115 | 02/29/2012 | 02/29/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/15/2012 | 03/15/2012 |
| Claimed to be Royal | IL | | 773 | 3212115 | 03/15/2012 | 03/15/2012 |
| Someone representing | IL | | 773 | 3212115 | 03/16/2012 | 03/16/2012 |
| royal carribean | IL | | 773 | 3212115 | 03/01/2012 | 03/01/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/16/2012 | 03/16/2012 |
| royal carribean cruises | IL | | 773 | 3212115 | 03/01/2012 | 03/01/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/14/2012 | 03/14/2012 |
| Royal | IL | | 773 | 3212115 | 03/01/2012 | 03/01/2012 |
| CARNIVAL OR | IL | | 773 | 3212115 | 03/14/2012 | 03/14/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 02/29/2012 | 02/29/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/15/2012 | 03/15/2012 |
| Cruise line - Carnival, | IL | | 773 | 3212115 | 03/02/2012 | 03/02/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 02/29/2012 | 02/29/2012 |
| Royal Carribean | IL | | 773 | 3212115 | 03/14/2012 | 03/14/2012 |
| Royal Carribean | IL | 1 | 773 | 3212115 | 03/29/2012 | 03/29/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 03/30/2012 | 03/30/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 03/30/2012 | 03/30/2012 |
| royal carribean | IL | | 773 | 3212116 | 03/30/2012 | 03/30/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/03/2012 | 04/03/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/13/2012 | 04/13/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/13/2012 | 04/13/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/02/2012 | 04/02/2012 |
| Carnival Cruise/Royal | IL | | 773 | 3212116 | 04/03/2012 | 04/03/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 03/30/2012 | 03/30/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/05/2012 | 04/05/2012 |
| Royal | IL | | 773 | 3212116 | 04/16/2012 | 04/16/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/02/2012 | 04/02/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/02/2012 | 04/02/2012 |
| Royal Carribean | IL | | 773 | 3212116 | 04/02/2012 | 04/02/2012 |
| royal carribean cruise | IL | | 773 | 3212117 | 03/02/2012 | 03/02/2012 |
| Royal Carribean | IL | | 773 | 3212117 | 03/05/2012 | 03/05/2012 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 03/07/2012 | 15:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/07/2012 | 23:00:00 | | Please note the time. | No |
| National Do Not Call | National Do Not Call | IVR | 03/08/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/08/2012 | 20:00:00 | | This company keeps | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2012 | 15:00:00 | | This company keeps | No |
| National Do Not Call | National Do Not Call | IVR | 03/09/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2012 | 18:00:00 | | robo call.  sounded | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2012 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2012 | 13:00:00 | | Calling with "special | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2012 | 11:00:00 | | get these calls | No |
| National Do Not Call | National Do Not Call | IVR | 03/10/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/10/2012 | 20:00:00 | | recorded message | No |
| National Do Not Call | National Do Not Call | Web | 03/10/2012 | 10:00:00 | | This is now the 2nd | No |
| National Do Not Call | National Do Not Call | Web | 03/11/2012 | 16:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/12/2012 | 15:00:00 | | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/12/2012 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/12/2012 | 19:00:00 | | Company claimed I | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 00:00:00 | | The recording offer the | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 13:00:00 | | This was a robo call. | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 11:00:00 | | They claimed I filled | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 20:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 19:00:00 | | Another Recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 14:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 17:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 12:00:00 | | says i filled out some | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 15:00:00 | | I did not return the call | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2012 | 16:00:00 | | The | No |
| National Do Not Call | National Do Not Call | IVR | 03/14/2012 | 00:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/14/2012 | 12:00:00 | | This was a nuisance | No |
| National Do Not Call | National Do Not Call | IVR | 03/14/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/14/2012 | 14:00:00 | | Message was a | No |
| National Do Not Call | National Do Not Call | Web | 03/14/2012 | 13:00:00 | | I am getting even | No |
| National Do Not Call | National Do Not Call | Web | 03/14/2012 | 10:00:00 | | Caller said I was being | No |
| National Do Not Call | National Do Not Call | Web | 03/15/2012 | 13:00:00 | | I asked to be deleted | No |
| National Do Not Call | National Do Not Call | Web | 03/15/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/15/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/15/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/15/2012 | 15:00:00 | | This was another | No |
| National Do Not Call | National Do Not Call | Web | 03/16/2012 | 12:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/16/2012 | 13:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/16/2012 | 17:00:00 | | This was a recording | No |
| National Do Not Call | National Do Not Call | Web | 03/19/2012 | 10:00:00 | | This is the second call | No |
| National Do Not Call | National Do Not Call | Web | 03/19/2012 | 13:00:00 | | They claim I filled out | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 19:00:00 | | | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 12:00:00 | | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | No |
| No | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 35699691 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35638012 | National Do Not Call | Y | | (b)(6) | |
| 35697812 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35704480 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35624912 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35699972 | National Do Not Call | Y | | (b)(6) | |
| 36147882 | National Do Not Call | Y | | | |
| 36086699 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36120392 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36249262 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36101758 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36761488 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36097981 | National Do Not Call | Y | | (b)(6) | |
| 36085707 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36100942 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36065822 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37118826 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36790160 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36116034 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36092779 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36105756 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36782248 | National Do Not Call | Y | | (b)(6) | |
| 35741476 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35745820 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35750562 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 35788389 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35737730 | National Do Not Call | Y | | (b)(6) | |
| 35739682 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35777734 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36455462 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36432074 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36439743 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36477473 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 37230402 | National Do Not Call | Y | | (b)(6) | |
| 36457350 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36192304 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36172081 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 35870531 | National Do Not Call | N | (b)(6) | (b)(6) | |
| 35866069 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35817823 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35866102 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35845936 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35851480 | National Do Not Call | Y | | (b)(6) | |
| 35870956 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35885379 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36490164 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Sparta | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| (b)(6) | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Towson | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Glasgow | WV | West Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Syracuse | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Louisville | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | Rochester | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | rockledge | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Ocala | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Houston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Harbor Springs | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Boston | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Rochester | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Tazewell | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Pittsburgh | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Roseville | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Gilbert | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | West Mifflin | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Wadsworth | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | OAKI LAWN | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | West Bloomfield | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Princeton | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | NEW YORK | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | St. Louis | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | StPaul | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Moorestown | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Virginia Beach | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Bloomfield Hills | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | Maple Grove | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Lyndhurst | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Lyndhurst | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Woodbury | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Woodbury | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Cape Coral | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Long Beach | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Caribbean | IL | | 773 | 3212117 | 03/05/2012 | 03/05/2012 |
| royal caribbean cruise | IL | | 773 | 3212117 | 03/02/2012 | 03/02/2012 |
| Royal Caribbean | IL | | 773 | 3212117 | 03/05/2012 | 03/05/2012 |
| Royal Caribbean | IL | | 773 | 3212117 | 03/05/2012 | 03/05/2012 |
| Royal Caribbean | IL | | 773 | 3212117 | 03/02/2012 | 03/02/2012 |
| royal caribbean | IL | | 773 | 3212117 | 03/05/2012 | 03/05/2012 |
| Carnival Cruise Royal | IL | | 773 | 3212117 | 03/16/2012 | 03/16/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/21/2012 | 03/21/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| royal caribbean prizes | IL | 1 | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 04/17/2012 | 04/17/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Unknown supposed | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/19/2012 | 03/19/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 04/18/2012 | 04/18/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 04/18/2012 | 04/18/2012 |
| Royal Carribean | IL | | 773 | 3212118 | 03/21/2012 | 03/21/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Caribbean | IL | | 773 | 3212118 | 03/20/2012 | 03/20/2012 |
| Royal Carribean cruise | IL | | 773 | 3212118 | 04/18/2012 | 04/18/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 03/06/2012 | 03/06/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 03/06/2012 | 03/06/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 03/06/2012 | 03/06/2012 |
| ROYAL CARIBBEAN | IL | | 773 | 3212119 | 03/07/2012 | 03/07/2012 |
| Royal Caribbean - | IL | | 773 | 3212119 | 03/06/2012 | 03/06/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 03/06/2012 | 03/06/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 03/07/2012 | 03/07/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 04/05/2012 | 04/05/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 04/04/2012 | 04/04/2012 |
| royal caribbean cruise | IL | 1 | 773 | 3212119 | 04/04/2012 | 04/04/2012 |
| Royal Carribean cruise | IL | | 773 | 3212119 | 04/05/2012 | 04/05/2012 |
| Carnival, Royal | IL | 1 | 773 | 3212119 | 05/02/2012 | 05/02/2012 |
| Royal Caribbean | IL | | 773 | 3212119 | 04/05/2012 | 04/05/2012 |
| royal caribbean cruises | IL | | 773 | 3212120 | 03/24/2012 | 03/24/2012 |
| Claimed to be affiliated | IL | | 773 | 3212120 | 03/23/2012 | 03/23/2012 |
| Carnival/Royal | IL | 1 | 773 | 3212122 | 03/10/2012 | 03/10/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| IL, USA (claimed to be | IL | | 773 | 3212122 | 03/08/2012 | 03/08/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/10/2012 | 03/10/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 03/12/2012 | 03/12/2012 |
| Royal Caribbean | IL | | 773 | 3212122 | 04/06/2012 | 04/06/2012 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 13:00:00 | This company keeps | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 13:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 15:00:00 | This was a recording | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2012 | 15:00:00 | I've received | No |
| National Do Not Call | National Do Not Call | Web | 03/21/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/21/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/23/2012 | 13:00:00 | Per robot caller | No |
| National Do Not Call | National Do Not Call | Web | 03/23/2012 | 14:00:00 | This call was on (b)(6) | No |
| National Do Not Call | National Do Not Call | IVR | 03/23/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/26/2012 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/26/2012 | 17:00:00 | Can't do a call back, | No |
| National Do Not Call | National Do Not Call | Web | 03/26/2012 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/26/2012 | 11:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/27/2012 | 19:00:00 | Robo calls for some | No |
| National Do Not Call | National Do Not Call | Web | 03/27/2012 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/27/2012 | 00:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 03/28/2012 | 15:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 03/29/2012 | 11:00:00 | Have been on the Do | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2012 | 21:00:00 | Recording said I had | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2012 | 19:00:00 | I am so sick and tired | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2012 | 15:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/01/2012 | 18:00:00 | The recording said | No |
| National Do Not Call | National Do Not Call | Web | 04/02/2012 | 16:00:00 | RE'D CALL-NEVER | No |
| National Do Not Call | National Do Not Call | Web | 04/02/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/02/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/03/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/03/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/03/2012 | 11:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 04/04/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/04/2012 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/04/2012 | 00:00:00 | From Illonois USA | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2012 | 11:00:00 | I've recieved many | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2012 | 13:00:00 | They have called more | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2012 | 11:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 04/09/2012 | 13:00:00 | I am on all do-not-call | No |
| National Do Not Call | National Do Not Call | Web | 04/09/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2012 | 11:00:00 | I have received this | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/12/2012 | 11:00:00 | This is the third | No |
| National Do Not Call | National Do Not Call | Web | 04/13/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/13/2012 | 16:00:00 | | No |

| Yes | Yes |
|-----|-----|
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | No |
| No | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 36472799 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36498313 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35853616 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35870360 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35983281 | National Do Not Call | Y | | | |
| 35842279 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 36209475 | National Do Not Call | Y | | (b)(6) | |
| 36175955 | National Do Not Call | Y | | (b)(6) | |
| 36425721 | National Do Not Call | Y | | | |
| 38552923 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38552845 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38617415 | National Do Not Call | Y | | (b)(6) | |
| 38621597 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38627497 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38888709 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 38561499 | National Do Not Call | Y | (b)(6) | | |
| 39120819 | National Do Not Call | Y | | (b)(6) | |
| 39654144 | National Do Not Call | Y | | | |
| 39676519 | National Do Not Call | Y | | | |
| 39252607 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 39288639 | National Do Not Call | Y | | | |
| 33605276 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33603898 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33607720 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33680807 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33622086 | National Do Not Call | Y | | (b)(6) | |
| 33631397 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33620304 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33795807 | National Do Not Call | Y | | | |
| 38388522 | National Do Not Call | Y | | (b)(6) | |
| 33640296 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33626800 | National Do Not Call | Y | | (b)(6) | |
| 33644089 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33929679 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33626691 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33627208 | National Do Not Call | Y | | (b)(6) | |
| 33674163 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33916794 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 39510369 | National Do Not Call | Y | | (b)(6) | |
| 38765299 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33671480 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33639342 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33643859 | National Do Not Call | Y | | | |
| 33768460 | National Do Not Call | Y | | (b)(6) | |
| 33696966 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33642637 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Belleville | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Parker | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Southington | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Fayetteville | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Philadelphia | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | | VA | Virginia | | (b)(6) | (b)(6) |
| | Saint Augustine | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Stow | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Westlake | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | columbus | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Knoxville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | NV | Nevada | | (b)(6) | (b)(6) |
| | | WV | West Virginia | | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | Verona | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | CO | Colorado | | (b)(6) | (b)(6) |
| | Wichita | KS | Kansas | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Lacombe | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| | Knoxville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Signal Mountain | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | KS | Kansas | | (b)(6) | (b)(6) |
| | Pacifica | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Throop | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Ashford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Roanoke | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Aurora | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Providence | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
| | Mountlake Terrace | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Tehachapi | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Cary | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Dallas | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Spring Valley | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Florence | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Royal Caribbean | IL | | | 773 | 3212122 | 04/05/2012 | 04/05/2012 |
| Royal Caribbean | IL | | 1 | 773 | 3212122 | 04/06/2012 | 04/06/2012 |
| Royal Caribbean | IL | | 1 | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| Royal Caribbean | IL | | | 773 | 3212122 | 03/10/2012 | 03/10/2012 |
| Royal Caribbean | IL | | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| Royal Caribbean | IL | | | 773 | 3212122 | 03/09/2012 | 03/09/2012 |
| royal caribbean | IL | | | 773 | 3212123 | 03/26/2012 | 03/26/2012 |
| Royal Caribbean | IL | | | 773 | 3212123 | 03/23/2012 | 03/23/2012 |
| Carnival Royal | IL | | | 773 | 3212123 | 03/26/2012 | 03/26/2012 |
| Royal Caribbean | IL | | | 773 | 3212130 | 06/26/2012 | 06/26/2012 |
| Royal Caribbean | IL | | | 773 | 3212130 | 06/26/2012 | 06/26/2012 |
| Carnival/Royal | IL | | | 773 | 3212130 | 06/28/2012 | 06/28/2012 |
| Cruise Lines --Carnival | IL | | | 773 | 3212130 | 06/28/2012 | 06/28/2012 |
| Carnival cruises/Royal | IL | | | 773 | 3212130 | 06/28/2012 | 06/28/2012 |
| Royal Carribean | IL | | | 773 | 3212130 | 07/09/2012 | 07/09/2012 |
| Carnival Royal | IL | | | 773 | 3212130 | 06/26/2012 | 06/26/2012 |
| Royal Carribean | IL | | | 773 | 3587694 | 07/18/2012 | 07/18/2012 |
| Royal Caribbean | IL | | | 773 | 3592405 | 08/08/2012 | 08/08/2012 |
| Royal Caribbean | IL | | | 773 | 3592405 | 08/08/2012 | 08/08/2012 |
| Carnival/Royal | IL | | | 773 | 4327423 | 07/24/2012 | 07/24/2012 |
| Royal Caribbean | IL | | | 773 | 4327423 | 07/24/2012 | 07/24/2012 |
| Royal Carribean | IL | | | 773 | 4495040 | 11/21/2011 | 11/21/2011 |
| Royal Caribbean or | IL | | | 773 | 4495040 | 11/21/2011 | 11/21/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/21/2011 | 11/21/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/28/2011 | 11/28/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 12/02/2011 | 12/02/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 06/18/2012 | 06/18/2012 |
| Chicago, IL  Royal | IL | | 1 | 773 | 4495040 | 11/23/2011 | 11/23/2011 |
| Claimed to be Royal | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| Carribean or royal | IL | | | 773 | 4495040 | 11/23/2011 | 11/23/2011 |
| unknown/Royal | IL | | | 773 | 4495040 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| royal caribbean | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| Royal Carribean | IL | | | 773 | 4495040 | 11/28/2011 | 11/28/2011 |
| Royal Caribbean? | IL | | | 773 | 4495040 | 12/13/2011 | 12/13/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 08/04/2012 | 08/04/2012 |
| Royal Caribbean | IL | | | 773 | 4495040 | 07/02/2012 | 07/02/2012 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/28/2011 | 11/28/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/23/2011 | 11/23/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/21/2011 | 11/21/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 12/02/2011 | 12/02/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/29/2011 | 11/29/2011 |
| Telemarketing | IL | | | 773 | 4495040 | 11/23/2011 | 11/23/2011 |

| National Do Not Call | National Do Not Call | Web | 04/16/2012 | 17:00:00 | Received Recorded | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 04/17/2012 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/18/2012 | 15:00:00 | Almost all of the | No |
| National Do Not Call | National Do Not Call | Web | 04/18/2012 | 12:00:00 | I have previously | No |
| National Do Not Call | National Do Not Call | IVR | 04/18/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/21/2012 | 10:00:00 | I won a cruise when I | No |
| National Do Not Call | National Do Not Call | Web | 04/23/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/23/2012 | 15:00:00 | I want this stopped | No |
| National Do Not Call | National Do Not Call | IVR | 04/24/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/25/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/25/2012 | 00:00:00 | recording claims I | No |
| National Do Not Call | National Do Not Call | Web | 04/26/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/28/2012 | 00:00:00 | They keep calling me , | No |
| National Do Not Call | National Do Not Call | Web | 04/28/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/08/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/09/2012 | 00:00:00 | unsolicited call-hung | No |
| National Do Not Call | National Do Not Call | Web | 05/10/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 05/14/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 05/15/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2012 | 00:00:00 | This call comes to my | No |
| National Do Not Call | National Do Not Call | IVR | 05/26/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/29/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/29/2012 | 14:00:00 | I received this call on | No |
| National Do Not Call | National Do Not Call | Web | 06/02/2012 | 12:00:00 | - the inputs for time of | No |
| National Do Not Call | National Do Not Call | Web | 06/02/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/05/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/05/2012 | 19:00:00 | Spoke with a Betty and | No |
| National Do Not Call | National Do Not Call | Web | 06/05/2012 | 14:00:00 | I have asked them to | No |
| National Do Not Call | National Do Not Call | IVR | 06/13/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/18/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/22/2012 | 13:00:00 | Have asked to come | No |
| National Do Not Call | National Do Not Call | Web | 06/26/2012 | 11:00:00 | Recording from Royal | No |
| National Do Not Call | National Do Not Call | Web | 06/26/2012 | 18:00:00 | Call informed me I had | No |
| National Do Not Call | National Do Not Call | Web | 06/28/2012 | 18:00:00 | Please make this | No |
| National Do Not Call | National Do Not Call | Web | 06/28/2012 | 20:00:00 | It is a recorded | No |
| National Do Not Call | National Do Not Call | Web | 06/28/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 07/02/2012 | 11:00:00 | recorded call telling | No |
| National Do Not Call | National Do Not Call | Web | 07/05/2012 | 10:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 07/06/2012 | 00:00:00 | I have asked them | No |
| National Do Not Call | National Do Not Call | Web | 07/09/2012 | 00:00:00 | I asked them to not | No |
| National Do Not Call | National Do Not Call | Web | 07/17/2012 | 11:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 07/23/2012 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 07/24/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/04/2012 | 12:00:00 | I am on the Do Not | No |
| National Do Not Call | National Do Not Call | Web | 08/08/2012 | 19:00:00 | I want this number to | No |
| National Do Not Call | National Do Not Call | Web | 08/08/2012 | 17:00:00 | this is the 4th time | No |

| | |
|---|---|
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| No | |
| No | Yes |
| Yes | Don't Know or choose |
| No | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 33916885 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33619283 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33685094 | National Do Not Call | Y | | (b)(6) | |
| 38839100 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33729615 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33936731 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34006408 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33943020 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33731362 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33964390 | National Do Not Call | Y | | (b)(6) | |
| 33731106 | National Do Not Call | Y | | (b)(6) | |
| 33711000 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33936173 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33984515 | National Do Not Call | Y | | (b)(6) | |
| 33713706 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 33959255 | National Do Not Call | Y | | | |
| 33766459 | National Do Not Call | Y | | (b)(6) | (b)(6) |
| 33729531 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 33990498 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33709488 | National Do Not Call | Y | | (b)(6) | |
| 33726519 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33955236 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 33714886 | National Do Not Call | Y | | (b)(6) | |
| 33940627 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33943398 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 33955019 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33927631 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33958555 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34186027 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34190034 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34214952 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34216585 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34260289 | National Do Not Call | Y | | (b)(6) | |
| 34293734 | National Do Not Call | Y | | (b)(6) | |
| 34300947 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34228168 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34195977 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34200513 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34251108 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34287229 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34222741 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34297032 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34185895 | National Do Not Call | Y | | (b)(6) | |
| 34196727 | National Do Not Call | Y | | (b)(6) | |
| 34282879 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34297963 | National Do Not Call | Y | | (b)(6) | |

| | | | | | |
|---|---|---|---|---|---|
| Alameda | CA | California | (b)(6) | (b)(6) | (b)(6) |
| N Massapequa | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | NV | Nevada | | (b)(6) | (b)(6) |
| Sodus Point | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Harrisburg | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Destin | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Fort Pierce | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Efland | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| Strawberry Plains | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | TN | Tennessee | | (b)(6) | (b)(6) |
| San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Palm Bay | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| old bethpage | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | VA | Virginia | | (b)(6) | (b)(6) |
| Mocksville | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| Herndon | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Yorba Linda | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| Lexington | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| Hilliard | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| Bismarck | ND | North Dakota | (b)(6) | (b)(6) | (b)(6) |
| Brigantine | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| Manassas | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| redding | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Lemoore | CA | California | (b)(6) | (b)(6) | (b)(6) |
| New Port Richey | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Las Vegas | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| | OR | Oregon | | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| Kansas City | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | ME | Maine | | (b)(6) | (b)(6) |
| Catonsville | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| Del Rio | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| Troy | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| Pensacola | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Athens | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | CT | Connecticut | | (b)(6) | (b)(6) |
| | OR | Oregon | | (b)(6) | (b)(6) |
| | NC | North Carolina | | (b)(6) | (b)(6) |
| Bend | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Royal Caribbean | IL | | | 773 | 4495040 | 12/13/2011 | 12/13/2011 |
| Royal Caribbean | IL | | | 773 | 4495040 | 11/22/2011 | 11/22/2011 |
| royal carribean | IL | | | 773 | 4495040 | 11/29/2011 | 11/29/2011 |
| Royal Caribbean | IL | 1 | | 773 | 4495040 | 07/06/2012 | 07/06/2012 |
| not sure - representing | IL | | | 773 | 4495041 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/18/2011 | 12/18/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Carribean | IL | | | 773 | 4495041 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/15/2011 | 12/15/2011 |
| Royal Carribean | IL | | | 773 | 4495041 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 11/30/2011 | 11/30/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/16/2011 | 12/16/2011 |
| royal carribean | IL | | | 773 | 4495041 | 11/30/2011 | 11/30/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/02/2011 | 12/02/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/16/2011 | 12/16/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 11/30/2011 | 11/30/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/15/2011 | 12/15/2011 |
| royal Carribean cruise | IL | | | 773 | 4495041 | 11/30/2011 | 11/30/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/14/2011 | 12/14/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/15/2011 | 12/15/2011 |
| royal carribean | IL | | | 773 | 4495041 | 12/13/2011 | 12/13/2011 |
| Royal Caribbean | IL | | | 773 | 4495041 | 12/15/2011 | 12/15/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Travel Services on | IL | | | 773 | 4495042 | 01/02/2012 | 01/02/2012 |
| promotes free Royal | IL | | | 773 | 4495042 | 01/04/2012 | 01/04/2012 |
| Royal Caribbean | IL | | | 773 | 4495042 | 01/04/2012 | 01/04/2012 |
| carnival, royal | IL | | | 773 | 4495042 | 12/30/2011 | 12/30/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 01/01/2012 | 01/01/2012 |
| Royal Carribean? | IL | | | 773 | 4495042 | 01/04/2012 | 01/04/2012 |
| Travels, Inc., Royal | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | 1 | | 773 | 4495042 | 01/02/2012 | 01/02/2012 |
| Royal Caribbean | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| possibly Royal | IL | | | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Caribbean | IL | | | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Royal Carribean | IL | | | 773 | 4495042 | 01/04/2012 | 01/04/2012 |

| National Do Not Call | National Do Not Call | Web | 08/22/2012 | 10:00:00 | Should be fined extra | No |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 09/12/2012 | 13:00:00 | I have received 2 calls | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2012 | 12:00:00 | it was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 09/24/2012 | 00:00:00 | I keep receiving these | No |
| National Do Not Call | National Do Not Call | Web | 09/29/2012 | 12:00:00 | I stayed on the line to | No |
| National Do Not Call | National Do Not Call | Web | 10/01/2012 | 13:00:00 | I think this is the third | No |
| National Do Not Call | National Do Not Call | Web | 10/05/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/06/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/13/2012 | 13:00:00 | I placed my number on | No |
| National Do Not Call | National Do Not Call | Web | 10/15/2012 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2012 | 13:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 10/30/2012 | 10:00:00 | Message said I won a | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2012 | 13:00:00 | The message says I | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/02/2012 | 15:00:00 | please do something | No |
| National Do Not Call | National Do Not Call | IVR | 11/12/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/13/2012 | 16:00:00 | I have never done | No |
| National Do Not Call | National Do Not Call | Web | 11/13/2012 | 12:00:00 | Fake contest scam. | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2012 | 20:00:00 | They just keep | No |
| National Do Not Call | National Do Not Call | Web | 11/15/2012 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/17/2012 | 20:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/17/2012 | 14:00:00 | When I reminded | No |
| National Do Not Call | National Do Not Call | Web | 11/19/2012 | 12:00:00 | I cannot register my | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2012 | 15:00:00 | Pre-recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/21/2012 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/26/2012 | 14:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/27/2012 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/27/2012 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/28/2012 | 20:00:00 | They had called about | No |
| National Do Not Call | National Do Not Call | Web | 12/04/2012 | 11:00:00 | It was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 12/05/2012 | 20:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | IVR | 12/05/2012 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/06/2012 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/11/2012 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/12/2012 | 20:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 12/13/2012 | 20:00:00 | We have not entered | No |
| National Do Not Call | National Do Not Call | Web | 12/13/2012 | 16:00:00 | Said I entered a | No |
| National Do Not Call | National Do Not Call | Web | 12/20/2012 | 20:00:00 | The recording said I | No |
| National Do Not Call | National Do Not Call | Web | 01/02/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/04/2013 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 01/04/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 01/08/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/10/2013 | 19:00:00 | This is the | No |
| National Do Not Call | National Do Not Call | Web | 01/10/2013 | 12:00:00 | I did not answer | No |
| National Do Not Call | National Do Not Call | Web | 01/15/2013 | 19:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 01/15/2013 | 17:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | No |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 34317414 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34190472 | National Do Not Call | Y | | (b)(6) | |
| 34204236 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34225949 | National Do Not Call | Y | | | |
| 34251107 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34338635 | National Do Not Call | Y | | | |
| 34270669 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34380541 | National Do Not Call | Y | | (b)(6) | |
| 34195503 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34218413 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34217940 | National Do Not Call | Y | | (b)(6) | |
| 34267002 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34274410 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34185812 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34197790 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34275531 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34198296 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34216431 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34259280 | National Do Not Call | Y | | (b)(6) | |
| 34282953 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34317200 | National Do Not Call | Y | | (b)(6) | |
| 34260231 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34298071 | National Do Not Call | Y | | (b)(6) | |
| 34071562 | National Do Not Call | Y | | | |
| 34082111 | National Do Not Call | Y | | (b)(6) | |
| 34065654 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34165302 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34052366 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34113800 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34043160 | National Do Not Call | Y | | (b)(6) | |
| 34088090 | National Do Not Call | Y | | (b)(6) | |
| 34063832 | National Do Not Call | Y | | (b)(6) | |
| 34232256 | National Do Not Call | Y | | (b)(6) | |
| 34047309 | National Do Not Call | Y | | (b)(6) | |
| 34042947 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34058930 | National Do Not Call | Y | | (b)(6) | |
| 34074100 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34085091 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34076582 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34174735 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34340099 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34089414 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34155436 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34329939 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34342452 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34091314 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Va Beach | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | | MO | Missouri | | (b)(6) | (b)(6) |
| | Tomah | WI | Wisconsin | (b)(6) | (b)(6) | (b)(6) |
| | | LA | Louisiana | | (b)(6) | (b)(6) |
| | Troy | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | BATON ROUGE | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | Corona del Mar | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | LOCKE | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Boca Raton | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Wood River | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Santa Fe | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| | Wichita | KS | Kansas | (b)(6) | (b)(6) | (b)(6) |
| | Olive Branch | MS | Mississippi | (b)(6) | (b)(6) | (b)(6) |
| | Naperville | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | New Richmond | WI | Wisconsin | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | SC | South Carolina | | (b)(6) | (b)(6) |
| (b)(6) | tacoma | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| | Chelsea | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Steger | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Charlotte | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Memphis | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | | NC | North Carolina | | (b)(6) | (b)(6) |
| | albuquerque | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Hubbard | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Livingston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | LA PINE | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | Athens | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Knoxville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Boardman | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Beavercreek | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Orange | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| ROYAL CARRIBEAN | IL | 773 | 4495042 | 01/05/2012 | 01/05/2012 |
| Royal Carriben | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Carriben | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Carnival, Royal | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Carriben | IL | 773 | 4495042 | 01/01/2012 | 01/01/2012 |
| Royal Carriben | IL | 773 | 4495042 | 01/04/2012 | 01/04/2012 |
| Carnival, Royal | IL | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Royal Carriben | IL | 773 | 4495042 | 01/09/2012 | 01/09/2012 |
| Royal Carriben | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| ROYAL CARRIBEAN | IL | 773 | 4495042 | 12/30/2011 | 12/30/2011 |
| Royal Carriben | IL | 773 | 4495042 | 12/30/2011 | 12/30/2011 |
| Royal | IL | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Carnival, Royal | IL | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Royal Carriben | IL | 773 | 4495042 | 12/28/2011 | 12/28/2011 |
| Royal Carriben | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Carriben and | IL | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Royal Carriben | IL | 773 | 4495042 | 12/29/2011 | 12/29/2011 |
| Royal Carriben | IL | 773 | 4495042 | 12/30/2011 | 12/30/2011 |
| Royal Carriben | IL | 773 | 4495042 | 01/02/2012 | 01/02/2012 |
| Royal caribbean cruise | IL | 773 | 4495042 | 01/03/2012 | 01/03/2012 |
| Royal Carriben | IL | 773 | 4495042 | 01/05/2012 | 01/05/2012 |
| royal carriben | IL | 773 | 4495042 | 01/02/2012 | 01/02/2012 |
| royal carriben | IL | 773 | 4495042 | 01/04/2012 | 01/04/2012 |
| Royal Carriben | IL | 773 | 4495045 | 12/20/2011 | 12/20/2011 |
| royal carriben?? | IL | 773 | 4495045 | 12/22/2011 | 12/22/2011 |
| Carnival/Royal | IL | 773 | 4495045 | 12/21/2011 | 12/21/2011 |
| Royal Carriben, | IL | 773 | 4495045 | 12/27/2011 | 12/27/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/20/2011 | 12/20/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/22/2011 | 12/22/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/22/2011 | 12/22/2011 |
| iD showed Illinois, | IL | 773 | 4495045 | 12/21/2011 | 12/21/2011 |
| Carnival, Royal | IL | 773 | 4495045 | 12/31/2011 | 12/31/2011 |
| contest for royal | IL | 773 | 4495045 | 12/20/2011 | 12/20/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/20/2011 | 12/20/2011 |
| Royal Carriben and | IL | 773 | 4495045 | 12/20/2011 | 12/20/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/21/2011 | 12/21/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/22/2011 | 12/22/2011 |
| Royal Carriben | IL | 773 | 4495045 | 12/21/2011 | 12/21/2011 |
| Travels, Inc. | IL | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Royal Carriben | IL | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Carriben | IL | 773 | 4495048 | 12/22/2011 | 12/22/2011 |
| Royal Carriben | IL | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Contest Royal | IL | 773 | 4495048 | 01/05/2012 | 01/05/2012 |
| Royal Carriben | IL | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Unknown - said it was | IL | 773 | 4495048 | 12/22/2011 | 12/22/2011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 01/16/2013 | 11:00:00 | I recieved a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/16/2013 | 07:00:00 | Says I signed up for a | No |
| National Do Not Call | National Do Not Call | Web | 01/17/2013 | 22:00:00 | Fraud/spm...called | No |
| National Do Not Call | National Do Not Call | IVR | 01/18/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/19/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 01/21/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/22/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/24/2013 | 21:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/28/2013 | 12:00:00 | Company called | No |
| National Do Not Call | National Do Not Call | Web | 01/30/2013 | 11:00:00 | dID NOT LISTEN TO | No |
| National Do Not Call | National Do Not Call | Web | 02/04/2013 | 11:00:00 | It was a recording | No |
| National Do Not Call | National Do Not Call | Web | 02/05/2013 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/05/2013 | 17:00:00 | I have gotten many | No |
| National Do Not Call | National Do Not Call | Web | 02/05/2013 | 20:00:00 | The recording says | No |
| National Do Not Call | National Do Not Call | Web | 02/14/2013 | 16:00:00 | I have repeatedly | No |
| National Do Not Call | National Do Not Call | Web | 02/19/2013 | 19:00:00 | The message said | No |
| National Do Not Call | National Do Not Call | Web | 02/19/2013 | 17:00:00 | Please make this | No |
| National Do Not Call | National Do Not Call | Web | 02/20/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/20/2013 | 20:00:00 | Says I entered a | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2013 | 23:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2013 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2013 | 20:00:00 | same company over | No |
| National Do Not Call | National Do Not Call | Web | 02/23/2013 | 17:00:00 | This was an | No |
| National Do Not Call | National Do Not Call | IVR | 02/25/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/25/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/25/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/25/2013 | 11:00:00 | Call by "Allan" several | No |
| National Do Not Call | National Do Not Call | Web | 02/28/2013 | 19:00:00 | Pre-recorded call said | No |
| National Do Not Call | National Do Not Call | IVR | 03/01/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/02/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/02/2013 | 17:00:00 | Said I registered to win | No |
| National Do Not Call | National Do Not Call | Web | 03/04/2013 | 11:00:00 | recording said I had | No |
| National Do Not Call | National Do Not Call | Web | 03/04/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/04/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/05/2013 | 10:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2013 | 20:00:00 | Annoying telemarketer | No |
| National Do Not Call | National Do Not Call | Web | 03/06/2013 | 21:00:00 | It was a recording | No |
| National Do Not Call | National Do Not Call | Web | 03/07/2013 | 13:00:00 | Recording asks me to | No |
| National Do Not Call | National Do Not Call | Web | 03/07/2013 | 20:00:00 | Robo call claiming I | No |
| National Do Not Call | National Do Not Call | IVR | 03/08/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2013 | 23:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2013 | 18:00:00 | The call at 6:30 p.m. | No |
| National Do Not Call | National Do Not Call | Web | 03/09/2013 | 12:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/11/2013 | 20:00:00 | Recording said I won a | No |
| National Do Not Call | National Do Not Call | Web | 03/11/2013 | 00:00:00 | I guess you are a | No |
| National Do Not Call | National Do Not Call | Web | 03/13/2013 | 18:00:00 | There were two calls | No |

| | |
|---|---|
| Yes | No |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34373721 | National Do Not Call | Y | | (b)(6) | | |
| 33914224 | National Do Not Call | Y | | | | |
| 34151538 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34153018 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34182855 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34199648 | National Do Not Call | Y | | | |
| 34360636 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34341879 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34385516 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33858246 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33861732 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33883199 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 33888864 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34348206 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34375815 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34149376 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34384494 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34148033 | National Do Not Call | Y | | (b)(6) | |
| 34157974 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34430833 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34331281 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34342106 | National Do Not Call | Y | | (b)(6) | |
| 33914231 | National Do Not Call | Y | | | |
| 34160081 | National Do Not Call | Y | | (b)(6) | |
| 34168062 | National Do Not Call | Y | | (b)(6) | |
| 34164768 | National Do Not Call | Y | | | |
| 34171877 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34181703 | National Do Not Call | Y | | | |
| 34330138 | National Do Not Call | Y | | (b)(6) | |
| 34113993 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34384549 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34390942 | National Do Not Call | Y | | | |
| 34182101 | National Do Not Call | Y | | | |
| 34362169 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34470910 | National Do Not Call | Y | | (b)(6) | |
| 34345030 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34347954 | National Do Not Call | Y | | (b)(6) | |
| 34349731 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34380392 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34385876 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34346517 | National Do Not Call | Y | | (b)(6) | |
| 33882486 | National Do Not Call | Y | | (b)(6) | |
| 34119111 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34153529 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34324876 | National Do Not Call | Y | | (b)(6) | |
| 34331110 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

|  |  | | | | |
|---|---|---|---|---|---|
|  | SC | South Carolina |  | (b)(6) | (b)(6) |
|  | NY | New York |  | (b)(6) | (b)(6) |
| Boca Raton | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Costa Mesa | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Pontiac | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
|  | NY | New York |  | (b)(6) | (b)(6) |
| Orlando | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Annapolis | MD | Maryland | (b)(6) | (b)(6) | (b)(6) |
| Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| fresno | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Westbury | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Milton | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Highland Park | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Medfield | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| GILBERT | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Poughquag | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Noti | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
|  | PA | Pennsylvania |  | (b)(6) | (b)(6) |
| San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| St. Paul | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| Baton Rouge | LA | Louisiana | (b)(6) | (b)(6) | (b)(6) |
|  | TN | Tennessee |  | (b)(6) | (b)(6) |
|  | OH | Ohio |  | (b)(6) | (b)(6) |
|  | FL | Florida |  | (b)(6) | (b)(6) |
|  | CA | California |  | (b)(6) | (b)(6) |
|  | NY | New York |  | (b)(6) | (b)(6) |
| Charlotte | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
|  | PA | Pennsylvania |  | (b)(6) | (b)(6) |
|  | NY | New York |  | (b)(6) | (b)(6) |
| Las Vegas | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| Noti | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
|  | LA | Louisiana |  | (b)(6) | (b)(6) |
|  | GA | Georgia |  | (b)(6) | (b)(6) |
| Pleasant View | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
|  | NY | New York |  | (b)(6) | (b)(6) |
| Lincoln | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
|  | GA | Georgia |  | (b)(6) | (b)(6) |
| Huntsville | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| Polson | MT | Montana | (b)(6) | (b)(6) | (b)(6) |
|  | CA | California |  | (b)(6) | (b)(6) |
|  | NC | North Carolina |  | (b)(6) | (b)(6) |
|  | OH | Ohio |  | (b)(6) | (b)(6) |
| Del Rio | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| old bethpage | NY | New York | (b)(6) | (b)(6) | (b)(6) |
|  | OH | Ohio |  | (b)(6) | (b)(6) |
| Berkeley | CA | California | (b)(6) | (b)(6) | (b)(6) |

(b)(6)

| | | | | | | |
|---|---|---|---|---|---|---|
| Carnival/Royal | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/09/2011 | 12/09/2011 |
| Unknown - acted on | IL | | 773 | 4495048 | 12/26/2011 | 12/26/2011 |
| Unknown.  They just | IL | | 773 | 4495048 | 12/26/2011 | 12/26/2011 |
| Royal Carribean | IL | | 773 | 4495048 | 12/28/2011 | 12/28/2011 |
| Royal Carribean | IL | | 773 | 4495048 | 12/28/2011 | 12/28/2011 |
| Royal Carribean | IL | | 773 | 4495048 | 01/07/2012 | 01/07/2012 |
| Royal Carribean | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Carribean | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| royal caribbean or | IL | | 773 | 4495048 | 12/08/2011 | 12/08/2011 |
| carnival/ royal | IL | | 773 | 4495048 | 12/09/2011 | 12/09/2011 |
| The recording made | IL | | 773 | 4495048 | 12/10/2011 | 12/10/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/11/2011 | 12/11/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| ROYAL CARRIBEAN | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Carribean ?? | IL | | 773 | 4495048 | 12/26/2011 | 12/26/2011 |
| Royal  Caribbean | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Carribean cruise | IL | | 773 | 4495048 | 12/26/2011 | 12/26/2011 |
| behalf of Royal | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Royal Caribbean | IL | 1 | 773 | 4495048 | 01/11/2012 | 01/11/2012 |
| Carnival & Royal | IL | | 773 | 4495048 | 01/05/2012 | 01/05/2012 |
| Royal carribean cruise | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/09/2011 | 12/09/2011 |
| Royal Carribean | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/26/2011 | 12/26/2011 |
| Royal Carribean | IL | | 773 | 4495048 | 12/28/2011 | 12/28/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| royal caribbean | IL | | 773 | 4495048 | 01/05/2012 | 01/05/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/22/2011 | 12/22/2011 |
| Royal  Caribbean | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Carnival Royal | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| Royal Carribean and | IL | | 773 | 4495048 | 01/07/2012 | 01/07/2012 |
| royal carribean ? | IL | | 773 | 4495048 | 01/14/2012 | 01/14/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Don't know, but was | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Carnival & Royal | IL | | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Carribean (free | IL | | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/10/2011 | 12/10/2011 |
| Royal Caribbean | IL | | 773 | 4495048 | 12/23/2011 | 12/23/2011 |
| royal caribbean | IL | | 773 | 4495048 | 12/27/2011 | 12/27/2011 |
| royal caribbean | IL | | 773 | 4495048 | 01/05/2012 | 01/05/2012 |
| ROYAL CARIBBEAN | IL | | 773 | 4495048 | 01/05/2012 | 01/05/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 03/15/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/15/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/16/2013 | 20:00:00 | I have received | No |
| National Do Not Call | National Do Not Call | Web | 03/16/2013 | 19:00:00 | This company has | No |
| National Do Not Call | National Do Not Call | Web | 03/18/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/18/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/19/2013 | 11:00:00 | This was a recorded | No |
| National Do Not Call | National Do Not Call | Web | 03/19/2013 | 12:00:00 | The call started by | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2013 | 00:00:00 | You cant tell the | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2013 | 21:00:00 | recording states I | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2013 | 11:00:00 | These people are | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2013 | 11:00:00 | Am tired of getting | No |
| National Do Not Call | National Do Not Call | Web | 03/20/2013 | 21:00:00 | Have repeatedly | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 03/21/2013 | 17:00:00 | This is the second | No |
| National Do Not Call | National Do Not Call | Web | 03/23/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/23/2013 | 13:00:00 | They have called | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 12:00:00 | When I answered a | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 12:00:00 | The message said I | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 21:00:00 | They called from the | No |
| National Do Not Call | National Do Not Call | Web | 03/25/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/26/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/26/2013 | 15:00:00 | 773-449-5048 comes | No |
| National Do Not Call | National Do Not Call | Web | 03/28/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/29/2013 | 00:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 03/29/2013 | 08:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/29/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2013 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 03/30/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/30/2013 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 04/01/2013 | 00:00:00 | | Yes |
| National Do Not Call | National Do Not Call | IVR | 04/02/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/02/2013 | 12:00:00 | I have received calls | No |
| National Do Not Call | National Do Not Call | Web | 04/03/2013 | 09:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/03/2013 | 13:00:00 | Called my cell phone. | No |
| National Do Not Call | National Do Not Call | Web | 04/05/2013 | 16:00:00 | I have never done | No |
| National Do Not Call | National Do Not Call | Web | 04/09/2013 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/09/2013 | 00:00:00 | The phone call was | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2013 | 18:00:00 | This telemarketer call | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2013 | 15:00:00 | I opted out with their | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/10/2013 | 11:00:00 | The recording said I | No |
| National Do Not Call | National Do Not Call | Web | 04/11/2013 | 18:00:00 | opted out on their | No |
| National Do Not Call | National Do Not Call | Web | 04/15/2013 | 16:00:00 | This was an | No |
| National Do Not Call | National Do Not Call | Web | 04/16/2013 | 19:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34385138 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34390938 | National Do Not Call | Y | | | | |
| 33620031 | National Do Not Call | Y | (b)(6) | | (b)(6) | |
| 33599393 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33643669 | National Do Not Call | Y | | | | |
| 33597605 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33614742 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33579977 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33784837 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33789428 | National Do Not Call | Y | | | (b)(6) | |
| 33795775 | National Do Not Call | Y | | | | |
| 33806104 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33775464 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33748826 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33806969 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33814867 | National Do Not Call | Y | | | | |
| 33737433 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33802993 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 33820438 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35521188 | National Do Not Call | Y | (b)(6) | | (b)(6) | |
| 34387131 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 36141549 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35548054 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35493341 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35554580 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34385096 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35555120 | National Do Not Call | Y | | | (b)(6) | |
| 34387183 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35511222 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35552694 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35522153 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35773716 | National Do Not Call | Y | | | | |
| 35344473 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35350137 | National Do Not Call | Y | | | (b)(6) | |
| 34430733 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34863543 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34426195 | National Do Not Call | Y | | | (b)(6) | |
| 35359718 | National Do Not Call | Y | (b)(6) | | (b)(6) | |
| 35287388 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35318865 | National Do Not Call | Y | (b)(6) | | | |
| 35318903 | National Do Not Call | Y | (b)(6) | | | |
| 35368436 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 35316321 | National Do Not Call | Y | | | (b)(6) | |
| 35380726 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34877056 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |
| 34446660 | National Do Not Call | Y | (b)(6) | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Campbell | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Cedar Hill | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | Floyds Knobs | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | Floyds Knobs | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | Vancouver | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Cortlandt Manor | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | Homosassa | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Philadelphia | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Barnesville | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Grove City | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Torrance | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Valley Glen | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | | (b)(6) | (b)(6) |
| | San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Fort Worth | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Tarzana | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Tyngsborough | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Campbell | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | MN | Minnesota | | (b)(6) | (b)(6) |
| | santa ckara | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Minneapolis | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Waukesha | WI | Wisconsin | (b)(6) | (b)(6) | (b)(6) |
| | VILLA PARK | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | KY | Kentucky | | (b)(6) | (b)(6) |
| | Laguna Niguel | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Bremerton | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Kiawah Island | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| (b)(6) | Hermitage | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | Taylors | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| | Phoenix | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | Alpharetta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Royal Caribbean | IL | 773 | 4495048 | 01/09/2012 | 01/09/2012 |
| Royal Caribbean | IL | 773 | 4495048 | 01/06/2012 | 01/06/2012 |
| Royal Carribean | IL | 773 | 4495049 | 11/22/2011 | 11/22/2011 |
| Royal Carribean | IL | 773 | 4495049 | 11/21/2011 | 11/21/2011 |
| Royal Carribean | IL | 773 | 4495049 | 11/21/2011 | 11/21/2011 |
| royal carribean cruise | IL | 773 | 4495049 | 11/21/2011 | 11/21/2011 |
| royal carribean cruise | IL | 773 | 4495049 | 11/22/2011 | 11/22/2011 |
| Royal Caribbean | IL | 773 | 4495049 | 11/19/2011 | 11/19/2011 |
| something about a | IL | 773 | 4495053 | 12/05/2011 | 12/05/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/05/2011 | 12/05/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/02/2011 | 12/02/2011 |
| royal caribbean | IL | 773 | 4495053 | 12/06/2011 | 12/06/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/03/2011 | 12/03/2011 |
| Royal Carribean | IL | 773 | 4495053 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/06/2011 | 12/06/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/05/2011 | 12/05/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/01/2011 | 12/01/2011 |
| Royal Caribbean | IL | 773 | 4495053 | 12/05/2011 | 12/05/2011 |
| Royal Caribbean? | IL | 773 | 4495053 | 12/07/2011 | 12/07/2011 |
| Royal Carribean | IL | 773 | 4495055 | 02/27/2012 | 02/27/2012 |
| Royal Carribean | IL | 773 | 4495055 | 01/09/2012 | 01/09/2012 |
| Telemarketer for | IL | 773 | 4495055 | 03/22/2012 | 03/22/2012 |
| Royal Carribean | IL | 773 | 4495055 | 02/28/2012 | 02/28/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 02/27/2012 | 02/27/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 02/29/2012 | 02/29/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 01/09/2012 | 01/09/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 02/29/2012 | 02/29/2012 |
| Royal carribean (?) | IL | 773 | 4495055 | 01/09/2012 | 01/09/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 02/27/2012 | 02/27/2012 |
| Royal Caribbean | IL | 773 | 4495055 | 02/29/2012 | 02/29/2012 |
| ROYAL CARIBBEAN | IL | 773 | 4495055 | 02/27/2012 | 02/27/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/28/2012 | 02/28/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/23/2012 | 02/23/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/23/2012 | 02/23/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 01/11/2012 | 01/11/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/08/2012 | 02/08/2012 |
| royal caribbean | IL | 773 | 4495056 | 01/11/2012 | 01/11/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/23/2012 | 02/23/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/21/2012 | 02/21/2012 |
| Royal | IL | 773 | 4495056 | 02/22/2012 | 02/22/2012 |
| Royal | IL | 773 | 4495056 | 02/22/2012 | 02/22/2012 |
| Cruise Scam (Royal | IL | 773 | 4495056 | 02/24/2012 | 02/24/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 02/22/2012 | 02/22/2012 |
| royal caribbean cruise | IL | 773 | 4495056 | 02/24/2012 | 02/24/2012 |
| Unknown - offered | IL | 773 | 4495056 | 02/08/2012 | 02/08/2012 |
| Royal Caribbean | IL | 773 | 4495056 | 01/12/2012 | 01/12/2012 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 04/16/2013 | 19:00:00 | This was the first call | No |
| National Do Not Call | National Do Not Call | IVR | 04/18/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/18/2013 | 11:00:00 | I received a robo-call | No |
| National Do Not Call | National Do Not Call | Web | 04/18/2013 | 15:00:00 | Received first call on | No |
| National Do Not Call | National Do Not Call | IVR | 04/18/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/19/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/20/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/20/2013 | 12:00:00 | This company called | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 04/20/2013 | 11:00:00 | message said | No |
| National Do Not Call | National Do Not Call | Web | 04/22/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 04/29/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/29/2013 | 12:00:00 | No option to stop calls. | No |
| National Do Not Call | National Do Not Call | Web | 04/30/2013 | 11:00:00 | This is no not call | No |
| National Do Not Call | National Do Not Call | Web | 04/30/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/30/2013 | 11:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | IVR | 04/30/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 04/30/2013 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 05/01/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/01/2013 | 10:00:00 | This company claimed | No |
| National Do Not Call | National Do Not Call | Web | 05/02/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/06/2013 | 19:00:00 | the call was a | No |
| National Do Not Call | National Do Not Call | Web | 05/06/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/07/2013 | 17:00:00 | Black woman with a | No |
| National Do Not Call | National Do Not Call | Web | 05/07/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/07/2013 | 11:00:00 | The recording claimed | No |
| National Do Not Call | National Do Not Call | Web | 05/09/2013 | 17:00:00 | This is the third call | No |
| National Do Not Call | National Do Not Call | Web | 05/09/2013 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/09/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/11/2013 | 20:00:00 | Said I had recently | No |
| National Do Not Call | National Do Not Call | Web | 05/14/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/15/2013 | 21:00:00 | They said I had filled | No |
| National Do Not Call | National Do Not Call | IVR | 05/15/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/16/2013 | 11:00:00 | Can these people | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 12:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 19:00:00 | PLEASE MAKE THIS | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 21:00:00 | They were pushing for | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 19:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 18:00:00 | Was connected to a | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 12:00:00 | you can's ask an | No |
| National Do Not Call | National Do Not Call | Web | 05/17/2013 | 15:00:00 | This company | No |
| National Do Not Call | National Do Not Call | Web | 05/21/2013 | 12:00:00 | This is my third | No |
| National Do Not Call | National Do Not Call | Web | 05/21/2013 | 09:00:00 | Recorded Message- | No |
| National Do Not Call | National Do Not Call | Web | 05/22/2013 | 11:00:00 | the automated | No |
| National Do Not Call | National Do Not Call | Web | 05/22/2013 | 15:00:00 | Received call at 3:20 | No |
| National Do Not Call | National Do Not Call | Web | 05/22/2013 | 17:00:00 | Same call rec'd within | No |
| National Do Not Call | National Do Not Call | Web | 05/22/2013 | 14:00:00 | This company is a | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Don't Know or choose | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Yes | No |
| No | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 34431244 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34849217 | National Do Not Call | Y | | (b)(6) | |
| 35290032 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35383785 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34424680 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34637094 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34644817 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34636670 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922246 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34988636 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35008598 | National Do Not Call | Y | | | |
| 34455952 | National Do Not Call | Y | | (b)(6) | |
| 34989032 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34989872 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35089502 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34457068 | National Do Not Call | Y | | (b)(6) | |
| 34888899 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34989310 | National Do Not Call | Y | | (b)(6) | |
| 34991182 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34467933 | National Do Not Call | Y | | (b)(6) | |
| 34918867 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922606 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35089325 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34456930 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34451952 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922417 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34925546 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34921921 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34925094 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922705 | National Do Not Call | Y | | (b)(6) | |
| 35209266 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922871 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34481443 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34721164 | National Do Not Call | Y | | (b)(6) | |
| 34776529 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34471077 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34678670 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34707509 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34723377 | National Do Not Call | Y | | (b)(6) | |
| 34723744 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34766858 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34772936 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34698878 | National Do Not Call | Y | | | |
| 34765199 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34699760 | National Do Not Call | Y | | (b)(6) | |
| 34708149 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| las vegas | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| | AZ | Arizona | | (b)(6) | (b)(6) |
| Buffalo | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Milford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| Longmont | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Carson | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Salt Lake City | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| Fremont | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Pompano Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Fort Myers | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Knoxville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| Sevierville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| Duluth | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | IA | Iowa | | (b)(6) | (b)(6) |
| Boulder | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Farmington Hills | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |
| Westeriille | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Southfield | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| Duluth | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Bloomsburg | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Portland | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| Pompano beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| park ridge | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| Fort Pierce | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Royal Oak | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Chestnut Ridge | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| miami | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| stamford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| Nashville | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| Warren | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Brookfield | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| Gap | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | LA | Louisiana | | (b)(6) | (b)(6) |
| Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| College Point | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Albany | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| Beavercreek | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | MO | Missouri | | (b)(6) | (b)(6) |
| mahwah | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| royal carribean | IL | 773 | 4495056 | 01/12/2012 | 01/12/2012 |
| Carnival royal | IL | 773 | 4495056 | 02/07/2012 | 02/07/2012 |
| Carnival/Norwegian/R | IL | 773 | 4495056 | 02/21/2012 | 02/21/2012 |
| Royal Carribean | IL | 773 | 4495056 | 02/24/2012 | 02/24/2012 |
| Royal Carribean | IL | 773 | 4495056 | 01/11/2012 | 01/11/2012 |
| Carnival / Royal | IL | 773 | 4495057 | 01/25/2012 | 01/25/2012 |
| Royal Caribbean | IL | 773 | 4495057 | 01/26/2012 | 01/26/2012 |
| Royal Carribean Entry | IL | 773 | 4495057 | 01/25/2012 | 01/25/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/11/2012 | 02/11/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| royal caribbean | IL | 773 | 4495058 | 01/13/2012 | 01/13/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/11/2012 | 02/11/2012 |
| Royal Carribean | IL | 773 | 4495058 | 02/11/2012 | 02/11/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/15/2012 | 02/15/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 01/13/2012 | 01/13/2012 |
| Do not know - ad for | IL | 773 | 4495058 | 02/09/2012 | 02/09/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/11/2012 | 02/11/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/11/2012 | 02/11/2012 |
| royal caribbean? | IL | 773 | 4495058 | 01/13/2012 | 01/13/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/15/2012 | 02/15/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 01/13/2012 | 01/13/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 01/12/2012 | 01/12/2012 |
| royal carribean cruise | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Claimed to be Royal | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Carnival or Royal | IL | 773 | 4495058 | 02/18/2012 | 02/18/2012 |
| Royal Caribbean | IL | 773 | 4495058 | 02/10/2012 | 02/10/2012 |
| Royal Carribean / | IL | 773 | 4495061 | 01/16/2012 | 01/16/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 01/14/2012 | 01/14/2012 |
| Norwegian-Royal | IL | 773 | 4495061 | 01/28/2012 | 01/28/2012 |
| Royal Carribean | IL | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| It was about winning a | IL | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Carribean | IL | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| carnival cruise/ royal | IL | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 01/27/2012 | 01/27/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal caribbean | IL | 773 | 4495061 | 01/31/2012 | 01/31/2012 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 05/22/2013 | 12:00:00 | this is the third time | No |
| National Do Not Call | National Do Not Call | Web | 05/28/2013 | 20:00:00 | Caller ID says "Illinois" | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 16:00:00 | This is my cell phone, | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 16:00:00 | Asserted we had | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 05/30/2013 | 19:00:00 | The recording started | No |
| National Do Not Call | National Do Not Call | Web | 05/31/2013 | 15:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 05/31/2013 | 10:00:00 | This has been ongoing | No |
| National Do Not Call | National Do Not Call | IVR | 06/05/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/21/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/26/2013 | 11:00:00 | The recording starts | No |
| National Do Not Call | National Do Not Call | Web | 06/27/2013 | 12:00:00 | This number called m | No |
| National Do Not Call | National Do Not Call | Web | 06/27/2013 | 14:00:00 | At 2:09 PM Eastern | No |
| National Do Not Call | National Do Not Call | Web | 06/29/2013 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 06/29/2013 | 09:00:00 | Thank you. | No |
| National Do Not Call | National Do Not Call | Web | 07/03/2013 | 15:00:00 | I receive a call from | No |
| National Do Not Call | National Do Not Call | Web | 07/09/2013 | 14:00:00 | I received two calls in | No |
| National Do Not Call | National Do Not Call | Web | 07/09/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 07/13/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 07/15/2013 | 12:00:00 | They have called | No |
| National Do Not Call | National Do Not Call | Web | 07/16/2013 | 15:00:00 | At 3:14 PM Eastern | No |
| National Do Not Call | National Do Not Call | Web | 07/18/2013 | 11:00:00 | The recorded call | No |
| National Do Not Call | National Do Not Call | Web | 07/25/2013 | 20:00:00 | This business called | No |
| National Do Not Call | National Do Not Call | Web | 07/26/2013 | 17:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 07/26/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 07/31/2013 | 11:00:00 | The recording is of | No |
| National Do Not Call | National Do Not Call | Web | 08/01/2013 | 19:00:00 | Claimed that I won a | No |
| National Do Not Call | National Do Not Call | Web | 08/01/2013 | 17:00:00 | Recorded Call... | No |
| National Do Not Call | National Do Not Call | Web | 08/02/2013 | 18:00:00 | They claim I signed up | No |
| National Do Not Call | National Do Not Call | Web | 08/02/2013 | 17:00:00 | This is the 4th time | No |
| National Do Not Call | National Do Not Call | Web | 08/02/2013 | 11:00:00 | Message is about | No |
| National Do Not Call | National Do Not Call | Web | 08/07/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/07/2013 | 09:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/07/2013 | 10:00:00 | The unwanted call was | No |
| National Do Not Call | National Do Not Call | Web | 08/07/2013 | 12:00:00 | I recieved a call from | No |
| National Do Not Call | National Do Not Call | Web | 08/08/2013 | 00:00:00 | I did not stay on line | No |
| National Do Not Call | National Do Not Call | Web | 08/10/2013 | 19:00:00 | I added myself to the | No |
| National Do Not Call | National Do Not Call | Web | 08/13/2013 | 20:00:00 | A recorded message | No |
| National Do Not Call | National Do Not Call | Web | 08/13/2013 | 16:00:00 | This is the second call | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 08/13/2013 | 18:00:00 | This may not be | No |
| National Do Not Call | National Do Not Call | IVR | 08/13/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/14/2013 | 15:00:00 | Please STOP the | No |
| National Do Not Call | National Do Not Call | Web | 08/14/2013 | 17:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/15/2013 | 11:00:00 | | No |

| | |
|---|---|
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Don't Know or choose |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |
| Don't Know or choose | No |
| Yes | Yes |
| No | No |
| Yes | No |
| No | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| No | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 34717007 | National Do Not Call | Y | | (b)(6) | |
| 34722282 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34724865 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34766258 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34772902 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34772910 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34789898 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34725052 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34738807 | National Do Not Call | Y | | (b)(6) | |
| 34764411 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34738440 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34702045 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34720843 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34712599 | National Do Not Call | Y | | | |
| 34764565 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34468493 | National Do Not Call | Y | | (b)(6) | |
| 34696031 | National Do Not Call | Y | | (b)(6) | |
| 34712082 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34716087 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34701626 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34703052 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34712766 | National Do Not Call | N | (b)(6) | (b)(6) | (b)(6) |
| 34728715 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34679065 | National Do Not Call | Y | | (b)(6) | |
| 34697691 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34712109 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34744531 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34742842 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34798555 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34471449 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34681248 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34701019 | National Do Not Call | Y | | (b)(6) | |
| 34713443 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34725226 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34742425 | National Do Not Call | Y | | (b)(6) | |
| 34776785 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34680476 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34696510 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34702253 | National Do Not Call | Y | | (b)(6) | |
| 34714786 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34735416 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35124189 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35007769 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35065698 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35175282 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35122059 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MS | Mississippi | | (b)(6) | (b)(6) |
| | Gallatin | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Riverside | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Ewing | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | Albany | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Albany | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Medina | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Bend | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |
| | Bedford | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Collinsville | IL | Illinois | | (b)(6) | (b)(6) |
| (b)(6) | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Ashland | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Bedford | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | McAllen | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | toledo | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Livingston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | Madison | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Renton | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Plano | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Oakdale | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Moorestown | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Canandaigua | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Orlando | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| (b)(6) | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | Tahlequah | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | Indianapolis | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| | Thornton | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Rosenberg | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | MN | Minnesota | | (b)(6) | (b)(6) |
| (b)(6) | San Jose | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Keller | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Waldwick | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | The Colony | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Riverside | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Milford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Houston | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| royal caribbean? | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| carnival cruise/ royal | IL | | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| carnival cruise/ royal | IL | | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean - | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| Royal | IL | | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/28/2012 | 01/28/2012 |
| Royal | IL | | 773 | 4495061 | 02/02/2012 | 02/02/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/13/2012 | 01/13/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| royal caribbean cruise | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | 1 | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| royal caribbean cruise | IL | | 773 | 4495061 | 01/28/2012 | 01/28/2012 |
| Unknown, said from | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| possibly Royal | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| A fake related Royal | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Win Royal Carribean | IL | | 773 | 4495061 | 02/04/2012 | 02/04/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/14/2012 | 01/14/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/28/2012 | 01/28/2012 |
| unknown company | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| claimed to be from | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 02/03/2012 | 02/03/2012 |
| royal caribbean cruse | IL | | 773 | 4495061 | 01/28/2012 | 01/28/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal carribean cruise | IL | | 773 | 4495061 | 01/30/2012 | 01/30/2012 |
| Royal Caribbean | IL | | 773 | 4495061 | 01/31/2012 | 01/31/2012 |
| Royal caribbean | IL | | 773 | 4495061 | 02/01/2012 | 02/01/2012 |
| Royal Caribbean | IL | | 773 | 4495062 | 02/16/2012 | 02/16/2012 |
| Unkown, but pushing | IL | | 773 | 4495062 | 02/13/2012 | 02/13/2012 |
| Royal Carribean Cruse | IL | | 773 | 4495062 | 02/14/2012 | 02/14/2012 |
| Royal Caribbean | IL | | 773 | 4495062 | 02/17/2012 | 02/17/2012 |
| Royal Caribbean | IL | | 773 | 4495062 | 02/13/2012 | 02/13/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 08/15/2013 | 14:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/20/2013 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/21/2013 | 19:00:00 | Ih have received calls | No |
| National Do Not Call | National Do Not Call | IVR | 08/21/2013 | 00:00:00 | | Yes |
| National Do Not Call | National Do Not Call | Web | 08/22/2013 | 20:00:00 | This may not be | No |
| National Do Not Call | National Do Not Call | Web | 08/23/2013 | 23:00:00 | This may not be | No |
| National Do Not Call | National Do Not Call | IVR | 08/24/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/24/2013 | 20:00:00 | I have maid multiple | No |
| National Do Not Call | National Do Not Call | Web | 08/26/2013 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/27/2013 | 15:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 08/28/2013 | 15:00:00 | I have received a call | No |
| National Do Not Call | National Do Not Call | Web | 08/29/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 08/29/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 08/30/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/03/2013 | 15:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 09/03/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/03/2013 | 15:00:00 | Calls from this | No |
| National Do Not Call | National Do Not Call | Web | 09/04/2013 | 12:00:00 | They have been | No |
| National Do Not Call | National Do Not Call | Web | 09/05/2013 | 14:00:00 | twice today about 2 | No |
| National Do Not Call | National Do Not Call | Web | 09/09/2013 | 18:00:00 | Recording informed | No |
| National Do Not Call | National Do Not Call | Web | 09/10/2013 | 20:00:00 | Asked to be removed | No |
| National Do Not Call | National Do Not Call | Web | 09/11/2013 | 11:00:00 | This is the first time | No |
| National Do Not Call | National Do Not Call | Web | 09/11/2013 | 10:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/12/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/12/2013 | 13:00:00 | The recorded | No |
| National Do Not Call | National Do Not Call | Web | 09/16/2013 | 10:00:00 | "You filled out a form | No |
| National Do Not Call | National Do Not Call | Web | 09/17/2013 | 19:00:00 | There is a company | No |
| National Do Not Call | National Do Not Call | IVR | 09/18/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/21/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/24/2013 | 11:00:00 | Recorded message. | No |
| National Do Not Call | National Do Not Call | Web | 09/24/2013 | 10:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 09/27/2013 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 09/27/2013 | 23:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/07/2013 | 18:00:00 | Claimed that I won a | No |
| National Do Not Call | National Do Not Call | Web | 10/14/2013 | 10:00:00 | I have received | No |
| National Do Not Call | National Do Not Call | Web | 10/15/2013 | 13:00:00 | this is one of 4 or 5 a | No |
| National Do Not Call | National Do Not Call | Web | 10/19/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/20/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/21/2013 | 10:00:00 | I have repeatedly | No |
| National Do Not Call | National Do Not Call | Web | 10/21/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/22/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/22/2013 | 14:00:00 | Every...damn....week! | No |
| National Do Not Call | National Do Not Call | Web | 10/22/2013 | 10:00:00 | This it the 5th call. | No |
| National Do Not Call | National Do Not Call | Web | 10/22/2013 | 00:00:00 | Approximately every | No |
| National Do Not Call | National Do Not Call | IVR | 10/23/2013 | 00:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| No | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 35076262 | National Do Not Call | Y | | (b)(6) | |
| 34526553 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34518993 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34521533 | National Do Not Call | Y | (b)(6) | (b)(6) | |
| 34532831 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34510930 | National Do Not Call | Y | | (b)(6) | |
| 34506936 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34505603 | National Do Not Call | Y | | (b)(6) | |
| 34535619 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34515378 | National Do Not Call | Y | | (b)(6) | |
| 34559543 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34553424 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34565295 | National Do Not Call | Y | | (b)(6) | |
| 34589362 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34601035 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35238297 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35280418 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34623456 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35142461 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34539031 | National Do Not Call | Y | | (b)(6) | |
| 34588155 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35240788 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34577921 | National Do Not Call | Y | | | |
| 34572849 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34548665 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34554263 | National Do Not Call | Y | | (b)(6) | |
| 34548647 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34604251 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34582336 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35256208 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34608510 | National Do Not Call | Y | | (b)(6) | |
| 34542677 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34621442 | National Do Not Call | Y | | | |
| 35187226 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 35210847 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34791983 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34794185 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34816989 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34783698 | National Do Not Call | Y | | (b)(6) | |
| 34834628 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34834653 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34822367 | National Do Not Call | Y | | | |
| 34795172 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34784146 | National Do Not Call | Y | | (b)(6) | |
| 34784940 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34795004 | National Do Not Call | Y | | (b)(6) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | CA | | California | (b)(6) | (b)(6) |
| | Mount Pleasant | MI | | Michigan | | |
| (b)(6) | Atlanta | GA | | Georgia | (b)(6) | (b)(6) |
| | | WI | | Wisconsin | (b)(6) | (b)(6) |
| | Findlay | OH | | Ohio | (b)(6) | (b)(6) |
| | | FL | | Florida | (b)(6) | (b)(6) |
| | Mt. Pleasant | PA | | Pennsylvania | (b)(6) | (b)(6) |
| | | MA | | Massachusetts | (b)(6) | (b)(6) |
| | Earleville | MD | | Maryland | (b)(6) | (b)(6) |
| | | MN | | Minnesota | (b)(6) | (b)(6) |
| | Boonville | MO | | Missouri | (b)(6) | (b)(6) |
| | Weddington | NC | | North Carolina | (b)(6) | (b)(6) |
| | | NY | | New York | (b)(6) | (b)(6) |
| | Seminole | FL | | Florida | (b)(6) | (b)(6) |
| | Highland | NY | | New York | (b)(6) | (b)(6) |
| | Monsey | NY | | New York | (b)(6) | (b)(6) |
| | Williamsville | NY | | New York | (b)(6) | (b)(6) |
| (b)(6) | Arlington | VA | | Virginia | (b)(6) | (b)(6) |
| | Irvine | CA | | California | (b)(6) | (b)(6) |
| | | TX | | Texas | (b)(6) | (b)(6) |
| (b)(6) | Dallas | TX | | Texas | (b)(6) | (b)(6) |
| | Overland Park | KS | | Kansas | (b)(6) | (b)(6) |
| | | NJ | | New Jersey | (b)(6) | (b)(6) |
| | Elk Grove Village | IL | | Illinois | (b)(6) | (b)(6) |
| | fresno | CA | | California | (b)(6) | (b)(6) |
| | | NY | | New York | (b)(6) | (b)(6) |
| | fresno | CA | | California | (b)(6) | (b)(6) |
| | Stockbridge | GA | | Georgia | (b)(6) | (b)(6) |
| (b)(6) | Houston | TX | | Texas | (b)(6) | (b)(6) |
| | Waterford | CT | | Connecticut | (b)(6) | (b)(6) |
| | | NC | | North Carolina | (b)(6) | (b)(6) |
| | Lenoir City | TN | | Tennessee | (b)(6) | (b)(6) |
| | | NV | | Nevada | (b)(6) | (b)(6) |
| | El Paso | TX | | Texas | (b)(6) | (b)(6) |
| | Rochester | NY | | New York | (b)(6) | (b)(6) |
| | Vancouver | WA | | Washington | (b)(6) | (b)(6) |
| | Delray Beach | FL | | Florida | (b)(6) | (b)(6) |
| | El Paso | TX | | Texas | (b)(6) | (b)(6) |
| | | PA | | Pennsylvania | (b)(6) | (b)(6) |
| | Canton | MS | | Mississippi | (b)(6) | (b)(6) |
| | Canton | MS | | Mississippi | (b)(6) | (b)(6) |
| | | TN | | Tennessee | (b)(6) | (b)(6) |
| | Orlando | FL | | Florida | (b)(6) | (b)(6) |
| | | IN | | Indiana | (b)(6) | (b)(6) |
| | Walnut Creek | CA | | California | (b)(6) | (b)(6) |
| | | FL | | Florida | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Caribbean | IL | | 773 | 4495062 | 02/14/2012 | 02/14/2012 |
| Royal Caribbean | IL | | 773 | 4495063 | 01/18/2012 | 01/18/2012 |
| Royal Caribbean | IL | | 773 | 4495063 | 01/18/2012 | 01/18/2012 |
| Royal Caribbean | IL | 1 | 773 | 4495063 | 01/18/2012 | 01/18/2012 |
| Royal Caribbean | IL | | 773 | 4495063 | 01/19/2012 | 01/19/2012 |
| Royal Caribbean | IL | | 773 | 4495063 | 01/18/2012 | 01/18/2012 |
| Carnival, Royal | IL | | 773 | 4495063 | 01/17/2012 | 01/17/2012 |
| royal carribean cruise | IL | | 773 | 4495063 | 01/17/2012 | 01/17/2012 |
| Royal Caribbean | IL | | 773 | 4495063 | 01/17/2012 | 01/17/2012 |
| Contest for Royal | IL | | 773 | 4495063 | 01/18/2012 | 01/18/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/20/2012 | 01/20/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/20/2012 | 01/20/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/20/2012 | 01/20/2012 |
| Carnival Cruise, Royal | IL | | 773 | 4495067 | 01/23/2012 | 01/23/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/24/2012 | 01/24/2012 |
| Royal Caribbean | IL | 1 | 773 | 4495067 | 02/20/2012 | 02/20/2012 |
| Representative Royal | IL | 1 | 773 | 4495067 | 02/21/2012 | 02/21/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/25/2012 | 01/25/2012 |
| royal caribbean | IL | | 773 | 4495067 | 02/16/2012 | 02/16/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/19/2012 | 01/19/2012 |
| Royal Carribean Cruse | IL | | 773 | 4495067 | 01/23/2012 | 01/23/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 02/20/2012 | 02/20/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/19/2012 | 01/19/2012 |
| Royal Caribbean cruise | IL | | 773 | 4495067 | 01/21/2012 | 01/21/2012 |
| royal caribbean | IL | | 773 | 4495067 | 01/19/2012 | 01/19/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/20/2012 | 01/20/2012 |
| royal caribbean | IL | | 773 | 4495067 | 01/19/2012 | 01/19/2012 |
| solicitor for royal | IL | | 773 | 4495067 | 01/24/2012 | 01/24/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/23/2012 | 01/23/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 02/20/2012 | 02/20/2012 |
| "you won a Royal | IL | | 773 | 4495067 | 01/24/2012 | 01/24/2012 |
| Claimed to be contest | IL | | 773 | 4495067 | 01/19/2012 | 01/19/2012 |
| Royal Caribbean | IL | | 773 | 4495067 | 01/24/2012 | 01/24/2012 |
| Carnival Royal | IL | | 773 | 4495067 | 02/17/2012 | 02/17/2012 |
| Royal carribean | IL | | 773 | 4495067 | 02/18/2012 | 02/18/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/04/2012 | 02/04/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/06/2012 | 02/06/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| unknown but claiming | IL | | 773 | 4495068 | 02/07/2012 | 02/07/2012 |
| unknown but claiming | IL | | 773 | 4495068 | 02/07/2012 | 02/07/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/04/2012 | 02/04/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/04/2012 | 02/04/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 10/23/2013 | 14:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 10/23/2013 | 20:00:00 | Robocall | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/24/2013 | 14:00:00 | An automated | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2013 | 10:00:00 | I have received many | No |
| National Do Not Call | National Do Not Call | Web | 10/25/2013 | 22:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/28/2013 | 21:00:00 | I have never been on | No |
| National Do Not Call | National Do Not Call | Web | 10/28/2013 | 19:00:00 | to get around the do | No |
| National Do Not Call | National Do Not Call | IVR | 10/28/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/29/2013 | 12:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 10/29/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/29/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 10/31/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/01/2013 | 16:00:00 | I received 2 automated | No |
| National Do Not Call | National Do Not Call | Web | 11/04/2013 | 11:00:00 | This is a scam call, | No |
| National Do Not Call | National Do Not Call | Web | 11/05/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/06/2013 | 13:00:00 | received recorded | No |
| National Do Not Call | National Do Not Call | Web | 11/06/2013 | 12:00:00 | The recording lied and | No |
| National Do Not Call | National Do Not Call | Web | 11/07/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/08/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/14/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/20/2013 | 12:00:00 | They did offer a "press | No |
| National Do Not Call | National Do Not Call | IVR | 11/25/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/25/2013 | 14:00:00 | Calls several times a | No |
| National Do Not Call | National Do Not Call | Web | 11/26/2013 | 20:00:00 | I am a travel agent | No |
| National Do Not Call | National Do Not Call | Web | 11/26/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/26/2013 | 19:00:00 | multiple calls and | No |
| National Do Not Call | National Do Not Call | Web | 11/27/2013 | 12:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 11/27/2013 | 11:00:00 | | Don't Know or choose |
| National Do Not Call | National Do Not Call | Web | 11/30/2013 | 23:00:00 | Thank you for the | No |
| National Do Not Call | National Do Not Call | Web | 12/03/2013 | 15:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/04/2013 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 12/04/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/05/2013 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/06/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2013 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2013 | 10:00:00 | Recorded: "You have | No |
| National Do Not Call | National Do Not Call | Web | 12/09/2013 | 13:00:00 | research reveals this | No |
| National Do Not Call | National Do Not Call | Web | 12/16/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/18/2013 | 18:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/19/2013 | 11:00:00 | | No |
| National Do Not Call | National Do Not Call | IVR | 12/23/2013 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2013 | 12:00:00 | The call falsely alleged | No |
| National Do Not Call | National Do Not Call | Web | 12/26/2013 | 13:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 12/27/2013 | 12:00:00 | I have been receiving | No |
| National Do Not Call | National Do Not Call | Web | 01/01/2014 | 11:00:00 | I have spoken to a live | No |

| | |
|---|---|
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 34785747 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34785845 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 34823044 | National Do Not Call | Y | | | |
| 34834759 | National Do Not Call | Y | | (b)(6) | |
| 51543081 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 52006605 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 52041871 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 39397320 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 40415689 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 40012383 | National Do Not Call | Y | | | |
| 40834158 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 41038336 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49289073 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49284687 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49344125 | National Do Not Call | Y | | (b)(6) | |
| 49288624 | National Do Not Call | Y | | (b)(6) | |
| 49363078 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 38501546 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 49642109 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 51830649 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |
| 51045164 | National Do Not Call | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| (b)(6) | Sheridan | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | Grand Rapids | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Oakland | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Palo Alto | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Guilford | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | providence | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | Wilmington | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| | fort worth | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | nokomis | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | Plano | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| | Pasadena | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | McLean, | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Culver City | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Newport Beach | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Belmont | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Caribbean | IL | 1 | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Carribean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Caribbean | IL | | 773 | 4495068 | 02/03/2012 | 02/03/2012 |
| Royal Carribean | IL | | 773 | 4495068 | 02/07/2012 | 02/07/2012 |
| Royal Caribbean | IL | | 773 | 4537278 | 02/18/2014 | 02/18/2014 |
| Royal Caribbean | IL | | 773 | 4537295 | 03/05/2014 | 03/05/2014 |
| Royal Caribbean | IL | | 773 | 4537295 | 03/05/2014 | 03/05/2014 |
| royal caribbean | IL | | 773 | 6391840 | 07/31/2012 | 07/31/2012 |
| royal caribbean? | IL | | 773 | 6542150 | 09/12/2012 | 09/12/2012 |
| Royal Caribbean | IL | | 773 | 6680453 | 08/22/2012 | 08/22/2012 |
| Royal Caribbean | IL | | 773 | 6680453 | 09/29/2012 | 09/29/2012 |
| chicago,Il/royal | IL | | 773 | 6680453 | 10/08/2012 | 10/08/2012 |
| royal caribbean | IL | | 773 | 6960407 | 10/29/2013 | 10/29/2013 |
| Royal Caribbean | IL | | 773 | 6960407 | 10/29/2013 | 10/29/2013 |
| royal caribbean | IL | | 773 | 6960407 | 10/31/2013 | 10/31/2013 |
| Royal Caribbean | IL | | 773 | 6960407 | 10/29/2013 | 10/29/2013 |
| Royal Caribbean | IL | | 773 | 6960407 | 11/01/2013 | 11/01/2013 |
| Carnival/Royal | IL | | 773 | 7265839 | 06/22/2012 | 06/22/2012 |
| Royal Caribbean | IL | | 872 | 2051000 | 11/14/2013 | 11/14/2013 |
| Royal Caribbean | IL | | 872 | 4442485 | 02/26/2014 | 02/26/2014 |
| unknown...said I won a | IL | | 872 | 4442489 | 01/22/2014 | 01/22/2014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| National Do Not Call | National Do Not Call | Web | 01/03/2014 | 12:00:00 | automated message | No |
| National Do Not Call | National Do Not Call | Web | 01/07/2014 | 15:00:00 | This company is | Don't Know or choose |
| National Do Not Call | National Do Not Call | IVR | 01/07/2014 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/07/2014 | 10:00:00 | Is a recorded | No |
| National Do Not Call | National Do Not Call | Web | 01/08/2014 | 14:00:00 | Recorded message | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2014 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/09/2014 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2014 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/13/2014 | 00:00:00 | i couldn't ask them to | No |
| National Do Not Call | National Do Not Call | IVR | 01/15/2014 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/17/2014 | 00:00:00 | I get many calls a | No |
| National Do Not Call | National Do Not Call | Web | 01/21/2014 | 00:00:00 | recording advertising | No |
| National Do Not Call | National Do Not Call | Web | 01/21/2014 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/21/2014 | 16:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 01/22/2014 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/18/2014 | 18:00:00 | This was a company | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2014 | 00:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 02/21/2014 | 00:00:00 | This is the 4th call I've | No |
| National Do Not Call | National Do Not Call | Web | 02/26/2014 | 20:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/04/2014 | 19:00:00 | | No |
| National Do Not Call | National Do Not Call | Web | 03/04/2014 | 19:00:00 | | No |

| | |
|---|---|
| Yes | Yes |
| Yes | Don't Know or choose |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | No |
| Yes | Yes |
| Yes | Yes |
| Yes | Yes |
| No | Yes |
| Yes | Yes |
| Yes | Yes |
| Yes | No |
| Yes | Yes |
| Yes | No |

# Exhibit K

| Reference Number | Complaint Source | Phone In Registry? | Consumer First Name | Consumer Middle Name | Consumer Last Name | Consumer Address, Line 1 |
|---|---|---|---|---|---|---|
| 31155554 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31159305 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31156419 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31191832 | National Do Not Call Registry | Y | | | (b)(6) | |
| 31192055 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31196391 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31217425 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31219111 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31232768 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32109949 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32128346 | National Do Not Call Registry | Y | | | (b)(6) | |
| 32129076 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32132576 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32133729 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31243689 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31257658 | National Do Not Call Registry | Y | | | (b)(6) | |
| 31270130 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 29332927 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32678701 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31305752 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| Consumer Address, Line 2 | Consumer Address, City | Consumer Address, State | Consumer Address, State Name | Consumer Address, ZIP Code | Consumer Phone, Area Code | Consumer Phone, Number |
|---|---|---|---|---|---|---|
| | Trumbull | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Brighton | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Kissimmee | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | TN | Tennessee | | (b)(6) | (b)(6) |
| | Louisville | KY | Kentucky | (b)(6) | (b)(6) | (b)(6) |
| | Socorro | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| | North Andover | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | Arlington | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Glen Ellyn | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| | Kalamazoo | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | Oceanside | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Novi | MI | Michigan | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Tucson | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | San Antonio | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Cottontown | TN | Tennessee | (b)(6) | (b)(6) | (b)(6) |
| | Wheat Ridge | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |

| Company Name | Company State | Company Phone, Country Code | Company Phone, Area Code | Company Phone, Number | Other Information Created Date | Other Information Complaint Date |
|---|---|---|---|---|---|---|
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 01/25/2010 | 06/20/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 01/26/2010 | 06/20/2011 |
| Norwegian Cruise Line | | | | | 06/08/2010 | 06/17/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 06/24/2010 | 06/22/2011 |
| norwegian cruise lines | IA | | 712 | 5809999 | 07/16/2010 | 06/22/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 07/16/2010 | 06/22/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 07/19/2010 | 06/23/2011 |
| Norwegian Cruise Line | TF | | 866 | 2340292 | 07/19/2010 | 06/23/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 07/20/2010 | 06/24/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 07/20/2010 | 08/23/2011 |
| Norweigan Cruise Line | IA | | 712 | 5809999 | 07/27/2010 | 08/24/2011 |
| Norwegian Cruise Lines | | | | | 07/30/2010 | 08/24/2011 |
| Norwegian Cruise Lines | | | | | 08/07/2010 | 08/24/2011 |
| Norwegian Cruise Lines | TF | | 877 | 4169722 | 08/09/2010 | 08/24/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 08/09/2010 | 06/24/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 08/10/2010 | 06/26/2011 |
| Norwegian cruise lines | PA | | 724 | 5485864 | 08/10/2010 | 06/27/2011 |
| Norwegian Cruise Lines | TX | | 210 | 6464255 | 08/11/2010 | 02/22/2011 |
| Norwegian Cruise Line | AZ | | 480 | 3594325 | 08/12/2010 | 09/28/2011 |
| Norwegian Cruise Lines | PA | 1 | 724 | 5485864 | 08/12/2010 | 06/28/2011 |

| Other Information Product Service Description | Other Information Organization | Other Information Complaint Channel | Other Information Transaction Date | Other Information Transaction Time |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/16/2008 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/25/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 01/26/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/07/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/24/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/16/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/16/2010 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/19/2010 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/19/2010 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/20/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/20/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/27/2010 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/30/2010 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/07/2010 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/09/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/09/2010 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/09/2010 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/10/2010 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/10/2010 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 08/10/2010 | 00:00:00 |

| Other Information Comments | Other Information Existing Business Relationship | Other Information Pre-Recorded Message | Other Information Requested Entity to Stop Calling |
|---|---|---|---|
| | No | Yes | Yes |
| I have received this recorded call several times a week for several weeks now.  They give you the option to "press 2 to be removed from the list" but they keep calling. | No | Yes | Yes |
| | No | Yes | No |
| | No | Yes | No |
| I am unable to talk with an automated voiceline. | No | Yes | No |
| | No | Yes | No |
| Tried to sell a cruise. Thanks | No | Yes | Yes |
| | No | Yes | No |
| | No | Yes | No |
| i was told that i m the first price winner. | No | Yes | Yes |
| STOP! STOP! STOP! Telemarketing! Do Not Call! | No | Yes | Yes |
| | No | Yes | No |
| Recorded call said "Congratulations you may have won a cruise from Norwegian Cruise Lines.  Press 1 to accept, press 2 to remove your name from our list." | No | Yes | Yes |
| I'm pretty sure that I reported them before. | No | Yes | Yes |
| Message indicated an offer from Norwegian Cruise Lines; hung up after getting that far. | No | Yes | No |
| | No | Yes | Yes |
| Caller ID was the same as the phone number that called.  Message said I had won a cruise | No | Yes | No |
| | No | Yes | No |
| Called saying I had signed up for a cruise.  When I tried to talk with them, they hung up on me. | No | Yes | Yes |
| | No | Yes | Don't Know or choose not to answer |

| | | | | | |
|---|---|---|---|---|---|
| 31323818 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31324150 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32171225 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32199751 | National Do Not Call Registry | Y | | | |
| 31341441 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31341700 | National Do Not Call Registry | Y | | (b)(6) | |
| 31375574 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31401081 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32235333 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32237638 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31414923 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31415583 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31416598 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 31420911 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31441383 | National Do Not Call Registry | Y | | (b)(6) | |
| 31443467 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Oyster Bay | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Hayward | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Marina del Rey | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | OR | Oregon | | (b)(6) | (b)(6) |
| Santa Maria | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| Bridgewater | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| Tujunga | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Portland | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| Hayward | CA | California | (b)(6) | (b)(6) | (b)(6) |
| San Diego | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Santa Monica | CA | California | (b)(6) | (b)(6) | (b)(6) |
| redding | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| north wales | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | PA | 724 | 5485864 | 08/15/2010 | 06/30/2011 |
| Norwegian cruise lines | PA | 724 | 5485864 | 08/16/2010 | 06/30/2011 |
| NORWEGIAN CRUISE LINES | | | | 08/17/2010 | 08/26/2011 |
| Norwegian Cruise Lines | | | | 08/18/2010 | 08/26/2011 |
| Norwegian Cruise Line | PA | 724 | 5485864 | 08/19/2010 | 07/01/2011 |
| Norwegian Cruise Lines | | | | 09/13/2010 | 07/01/2011 |
| Norwegian Cruise Lines | | | | 09/22/2010 | 07/01/2011 |
| NORWEGIAN CRUISE LINES | | 416 | 9810001 | 09/23/2010 | 07/06/2011 |
| Norwegian Cruise Lines | | | | 09/23/2010 | 08/31/2011 |
| Norwegian Cruise Line | | | | 09/24/2010 | 08/31/2011 |
| Norwegian Cruise Lines | TF | 866 | 2340292 | 09/24/2010 | 07/07/2011 |
| Norwegian Cruise Lines | | 416 | 9810001 | 09/27/2010 | 07/07/2011 |
| Norwegian Cruise Lines | | 416 | 9810001 | 09/29/2010 | 07/07/2011 |
| norwegian cruise lines | | | | 09/30/2010 | 07/07/2011 |
| Norwegian Cruise line | OK | 918 | 4420639 | 09/30/2010 | 07/08/2011 |
| norwegian cruise lines | IA | 712 | 5809999 | 10/01/2010 | 07/08/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/11/2010 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/13/2010 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/16/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 08/17/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/18/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/19/2010 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 09/22/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/23/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/23/2010 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/24/2010 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/24/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/27/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/28/2010 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/29/2010 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/30/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/01/2010 | 21:00:00 |

| | | | |
|---|---|---|---|
| | No | Yes | Yes |
| I've requested to be removed for at least 3 months. But I still receive calls from this company. So I added their # to my blocked call list & they call again from a different phone #!!! Isn't the company breaking the law? | No | Yes | Yes |
| | No | Yes | No |
| | No | Yes | No |
| Receive daily calls from various numbers, all using the same pre-recorded message about my winning a trip. Each time, I respond by selecting "option 2" to be removed from their list, and each day I get another call. Last call came from 724-548-5864. Other calls came from 416-981-0001, 818-922-0497, 954-533-1161, 818-100-1000. Other numbers are also involved. Please help; this is a national invasion by a very large group of scam-artist. Thank you and regards from the coast of central California.(b)(6) | No | Yes | Yes |
| This company sends recorded and unwanted messages to drum up business. They need to stop this practice of dialing numbers on the do not call list. | No | Yes | Yes |
| | No | Yes | No |
| recorded call -- ID said "TORONTO ON". Requested "Do Not Call" -- we'll see. | No | Yes | No |
| Caller ID reads "Private Name, Private Number." Recorded message reveals it to be Norwegian Cruise Lines. Repeatedly ignores its own "press 2 to be removed from list" option. | No | Yes | Yes |
| Same company violated last week | No | Yes | Yes |
| The option is always offered to "OPT OUT" of receiving any more calls from them. I began opting out at least 3 months ago. I've also placed their # on my blocked call list but they only change the # they are calling me from. This has got to stop! Please do something! Thank you! | No | Yes | No |
| This call was the first from this company to my cell number (which they shouldn't even have).  Any communication from this company has always been and only should be via email. | No | Yes | No |
| Recorded message - Congratulations you've won... | No | Yes | No |
| | No | Yes | Yes |
| | No | Yes | Yes |
| recording that congratulated me on winning a cruise with norwegian cruise lines..I pressed a number that prompted them to not call me....then I was disconnected..the call originated from Spencer Iowa | No | Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 32240806 | National Do Not Call Registry | Y | | (b)(6) | |
| 32246156 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32252616 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31479798 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31485607 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32940439 | National Do Not Call Registry | Y | | (b)(6) | |
| 32275673 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32267995 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32273778 | National Do Not Call Registry | Y | | | |
| 32308535 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31527958 | National Do Not Call Registry | Y | | | |
| 31536947 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32337125 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33071219 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31609213 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32359026 | National Do Not Call Registry | Y | | (b)(6) | |
| 30091377 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30120689 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30133813 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31662210 | National Do Not Call Registry | Y | | (b)(6) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | OR | Oregon | | (b)(6) | (b)(6) |
| | Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| | Garfield Heights | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | Paradise | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | | DC | District of Columbia | | (b)(6) | (b)(6) |
| | pittsburgh | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Silver City | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| | | MN | Minnesota | | (b)(6) | (b)(6) |
| (b)(6) | Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Springfield | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| | Mountain View | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Mesa | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | Tucson | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | ST CLOUD | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | Niskayuna | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Houston | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Delray Beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | | NY | New York | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | | 000 | 0000000 | 10/01/2010 | 08/31/2011 |
| Norwegian Cruise Lines | | | | 10/01/2010 | 09/01/2011 |
| Norwegian Cruise Lines | | | | 10/04/2010 | 09/01/2011 |
| Norwegian Cruise Lines | IA | 712 | 5809999 | 10/04/2010 | 07/12/2011 |
| Norwegian Cruise Lines | | | | 10/04/2010 | 07/08/2011 |
| Norwegian Cruise Line | AZ | 480 | 3594334 | 10/07/2010 | 10/12/2011 |
| Norwegian cruise lines | PA | 724 | 5845864 | 10/08/2010 | 09/02/2011 |
| Norwegian Cruise Lines | | | | 10/08/2010 | 09/01/2011 |
| Norwegian Cruise Lines | | | | 10/13/2010 | 09/01/2011 |
| Norwegian Cruise Line | PA | 724 | 5485864 | 10/15/2010 | 09/06/2011 |
| Norwegian Cruise Lines | | | | 10/20/2010 | 07/13/2011 |
| norwegian cruise lines | IA | 712 | 5809999 | 10/21/2010 | 07/15/2011 |
| Norwegian Cruise Lines | | | | 10/21/2010 | 09/07/2011 |
| Norwegian Cruise Lines | | | | 10/26/2010 | 10/19/2011 |
| Norwegian Cruise Line | | 416 | 9810001 | 02/22/2011 | 07/21/2011 |
| NORWEGIAN CRUISE LINES | | | | 04/15/2011 | 09/09/2011 |
| Norwegian Cruise Line | PA | 724 | 5485864 | 04/19/2011 | 04/15/2011 |
| norwegian cruise lines | PA | 1 | 724 | 5485864 | 04/19/2011 | 04/19/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/20/2011 | 04/20/2011 |
| Norwegian Cruise Lines | IA | | 712 | 5809999 | 04/21/2011 | 07/25/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/01/2010 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/01/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/04/2010 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/04/2010 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/04/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/05/2010 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/07/2010 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/08/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/13/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/14/2010 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/18/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/20/2010 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/21/2010 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/26/2010 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/21/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/15/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/19/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/19/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/20/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/21/2011 | 15:00:00 |

| | | | |
|---|---|---|---|
| Call shows on caller ID as "Private Caller" without a phone number. The recording, though, identifies the call from Norwegian Cruise Lines. They keep calling numerous times. | No | Yes | Yes |
| They have called before, always with a recorded message. | No | Yes | No |
| This was an automated call stating "Congratulations, your household has won a trip with Norwegian Cruise Lines. Press #1 for more information. I pressed #1 and was disconnected. | No | Yes | No |
| They keep calling!!!!!!!!!! | No | Yes | Yes |
| | No | Yes | Don't Know or choose not to answer |
| | Don't Know or choose not to answer | No | Don't Know or choose not to answer |
| robo call- Norwegian cruise lines. Number on caller ID says "alltel" | No | Yes | Yes |
| | No | Yes | Don't Know or choose not to answer |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| I don't understand why these people call from Spencer IA for cruises. Although they do give me an opt out by pressing 9, they should not be calling me in the first place. That's why we're on this list. | No | Yes | Yes |
| Robo call- "Congratulations, you have been chosen to receive a free cruise from Norwegian Cruise Lines..." | No | Yes | No |
| Recorded Message | No | Yes | Yes |
| | No | Yes | Yes |
| | No | Yes | No |
| | No | Yes | Yes |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30146248 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30149961 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30137108 | National Do Not Call Registry | Y | | | | |
| 30174544 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30175863 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30193577 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30212516 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30214639 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30228500 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30231405 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30233226 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30244065 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30248000 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30262372 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30257280 | National Do Not Call Registry | Y | | | | |
| 30259779 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30269691 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31699449 | National Do Not Call Registry | Y | | | | |
| 32403159 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30283435 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| | | OH | Ohio | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | TX | Texas | | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Scottsdale | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | San Antonio | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Brookfield | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Mundelein | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | | NC | North Carolina | | (b)(6) | (b)(6) |
| | Woodstock | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| (b)(6) | Reseda | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | New Kensington | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | NC | North Carolina | | (b)(6) | (b)(6) |
| | Levittown | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | Erie | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | KS | Kansas | | (b)(6) | (b)(6) |
| | Souderton | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | San Jose | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Norweign Cruise Line | PA | | 724 | 5485864 | 04/21/2011 | 04/21/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/22/2011 | 04/21/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/22/2011 | 04/19/2011 |
| Norwegian Cruise Line | | | | | 04/22/2011 | 04/22/2011 |
| Norwegian Cruise Lines | | | | | 04/22/2011 | 04/22/2011 |
| Norwegian Cruise Lines | PA | 1 | 724 | 5485864 | 04/25/2011 | 04/25/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/26/2011 | 04/26/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/26/2011 | 04/26/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/26/2011 | 04/27/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/27/2011 | 04/27/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 04/27/2011 | 04/27/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/27/2011 | 04/28/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 04/27/2011 | 04/28/2011 |
| Norwegian Cruise Lines | TF | | 800 | 5434258 | 04/28/2011 | 04/29/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 04/28/2011 | 04/27/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 04/28/2011 | 04/28/2011 |
| Norwegian Cruise Lines | | | | | 04/28/2011 | 04/30/2011 |
| Norwegian Cruise Lines | | | | | 04/29/2011 | 07/26/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 04/30/2011 | 09/13/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 05/02/2011 | 05/02/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/21/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/21/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/21/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/22/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/22/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/22/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/25/2011 | 22:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/26/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/27/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/27/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/27/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/27/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/28/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/28/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/28/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/28/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/29/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/30/2011 | 16:00:00 |

| | | | |
|---|---|---|---|
| Have not done business with this company or had them call me before.  Have received spam mail from them but never given telephone # | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |
| It was a recorded message and I hung up so did not tell them not to call me. | No | Yes | No |
| It was a robocall.  As soon as I heard "Congratulations from Norwegian Cruise Lines!" I hung up. | No | Yes | No |
| | No | Yes | No |
| I do not know of a way to ask them to stop.  The recorded messages come every day, several times a day. | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |
| Recorded call for Norwegian Cruise Lines  Can't ask a recording to stop calling. | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |
| recorded message telling me I won a FREE cruise | Yes | Yes | Yes |
| | No | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 30304375 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30331915 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30336386 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31717732 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31729710 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31730462 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33219213 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33866132 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33867046 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 34050952 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 34117907 | National Do Not Call Registry | Y | | | |
| 34405869 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 34422739 | National Do Not Call Registry | Y | | (b)(6) | |
| 34438809 | National Do Not Call Registry | Y | | (b)(6) | |

| | | | | | |
|---|---|---|---|---|---|
| Parker | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Galena | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Huntsville | AL | Alabama | (b)(6) | (b)(6) | (b)(6) |
| Roseville | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Greenville | SC | South Carolina | (b)(6) | (b)(6) | (b)(6) |
| Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Littleton | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Salt Lake City | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| | GA | Georgia | | (b)(6) | (b)(6) |
| Portland | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |

| Norwegian Cruise Lines | PA | 724 | 5485864 | 05/03/2011 | 05/03/2011 |
| Norwegian Cruise Line | TF | 800 | 5434258 | 05/05/2011 | 05/05/2011 |
| Norwegian Cruise Lines | | | | 05/05/2011 | 05/05/2011 |
| Norwegian Cruise Lines | | | | 05/06/2011 | 07/28/2011 |
| Norwegian Cruise Line | | | | 05/09/2011 | 07/29/2011 |
| Norwegian Cruise Lines | | | | 05/09/2011 | 07/29/2011 |
| Norwegian Cruise Lines | | 111 | 1111111 | 05/09/2011 | 10/28/2011 |
| Norwegian Cruise Lines | TF | 888 | 3248686 | 05/10/2011 | 12/09/2011 |
| Norwegian Cruise Lines | TF | 888 | 3248686 | 05/10/2011 | 12/09/2011 |
| Norwegian Cruise Line | FL | 954 | 5144307 | 05/10/2011 | 12/20/2011 |
| Norwegian Cruise Lines | IL | 773 | 4495045 | 05/10/2011 | 12/22/2011 |
| Norwegian Cruise Lines | | | 88832348686 | 05/10/2011 | 01/10/2012 |
| NORWEGIAN CRUISE LINE | TF | 888 | 3248686 | 05/11/2011 | 01/11/2012 |
| Norwegian Cruise Line | FL | 954 | 5144457 | 05/11/2011 | 01/12/2012 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/02/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/03/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/05/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/05/2011 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/06/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/09/2011 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/09/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/09/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/10/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/10/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/10/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/10/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/10/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/11/2011 | 00:00:00 |

| | | | |
|---|---|---|---|
| The message starts with some pre-recorded voice stating "Congratulations from Norwegian cruise Lines." If you listen to all the bogus information up front to get to a real person, you can, but then when you demand to be put on their Do not Call list they hem and haw and state that it could take up to 30 days for you to be removed from their list, and during this 30 days and afterwards, you still get calls. | No | Yes | Yes |
| | No | Yes | No |
| This is the 3rd time I've received this recorded message claiming that I've won a cruise from Norwegian Cruise Lines. | No | Yes | Yes |
| | No | Yes | No |
| I have had several calls from Norwegian Cruise Line in the last year.  It starts off with a recorded message telling me that I've been selected to win a cruise.  Press 1 to be removed from the calling list (which I've done every time) or press 2 to speak to a rep. This time I pressed 2 and asked the man, Randy, for the  phone number he was calling from.  He said he did not have it.  Then he asked me if I wanted to be removed from the calling list. I said I've requested that several times. He asked my number to enter it in.  I give him all but the last 4 digits then I asked to speak to a supervisor and he said I couldn't now. I told him that I would like the corporate number and that I did not have a problem with him.  He said he did not have it. I said, then let me speak to a supervisor. He said that he couldn't. He also kept saying, well just let me have your number.  I knew that as soon as I did, he'd hang up on me.  Again I asked to please speak to a supervisor. He hung up on me. | No | Yes | Yes |
| This is the third night in a row after I pressed "2" to be removed from their list. | No | Yes | Yes |
| Please get my number into a category of registered numbers that will STOP all the marketing BS.  This phone number has been registered and registered dozens of times over the past decade but still get calls from telemarketers on a daily basis. | No | Yes | Yes |
| Recorded message from Norwegian Cruise Lines claiming that I had won a prize.  I never entered a contest. | No | Yes | No |
| Recording "Gratulations on behalf of Norwegian Cruise Lines....."  I am getting unsolicited calls on both my home and cell phone almost daily.  Is there any enforcement? | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |
| The information was on caller ID | No | No | No |
| | No | Yes | Yes |
| | No | No | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 34458843 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 34462999 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 34573290 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35498392 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35604086 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35742557 | National Do Not Call Registry | Y | | | |
| 35949350 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35943025 | National Do Not Call Registry | Y | | | |
| 38065083 | National Do Not Call Registry | Y | | (b)(6) | |
| 36370173 | National Do Not Call Registry | Y | | (b)(6) | |
| 36767909 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 37191809 | National Do Not Call Registry | Y | | (b)(6) | |
| 37172620 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 38428313 | National Do Not Call Registry | Y | | (b)(6) | |
| 41122639 | National Do Not Call Registry | Y | | (b)(6) | |
| 40415884 | National Do Not Call Registry | Y | | | |
| 41290000 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 42097115 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41431670 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Colorado Springs | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Santa Barbara | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Highland Park | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | Enid | OK | Oklahoma | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | GA | Georgia | | (b)(6) | (b)(6) |
| (b)(6) | Watertown | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | | MI | Michigan | | (b)(6) | (b)(6) |
| | | FL | Florida | | (b)(6) | (b)(6) |
| | | AZ | Arizona | | (b)(6) | (b)(6) |
| | LITTLE FALLS | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | | MA | Massachusetts | | (b)(6) | (b)(6) |
| | Union | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | | NJ | New Jersey | | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Salem | UT | Utah | (b)(6) | (b)(6) | (b)(6) |
| | Mt. Dora | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | poway | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Line | CO | 719 | 3905228 | 05/13/2011 | 01/13/2012 |
| Norwegian Cruise Line | | | | 05/17/2011 | 01/12/2012 |
| Norwegian Cruise Lines | IL | 773 | 4495067 | 05/17/2011 | 01/21/2012 |
| norwegian cruise lines | IL | 773 | 4495055 | 05/19/2011 | 02/27/2012 |
| Norwegian Cruise Lines | IL | 773 | 3212115 | 05/19/2011 | 03/01/2012 |
| Norwegian Cruise Line | IL | 773 | 4495055 | 05/20/2011 | 02/27/2012 |
| Norwegian Cruise Line | IL | 773 | 3212113 | 05/20/2011 | 03/14/2012 |
| Norwegian Cruise Lines | IL | 773 | 3212119 | 05/23/2011 | 03/07/2012 |
| norwegian cruise line | IL | 773 | 3212052 | 05/23/2011 | 06/04/2012 |
| Norwegian Cruise Lines | OR | 971 | 2201967 | 05/23/2011 | 04/02/2012 |
| Norwegian Cruise Line | MI | 248 | 4294200 | 05/23/2011 | 04/17/2012 |
| norweigan cruise line | IL | 773 | 3211299 | 05/24/2011 | 05/01/2012 |
| Norwegian Cruise Line | OR | 971 | 2201967 | 05/25/2011 | 04/20/2012 |
| Norweign Cruise Line | IL | 773 | 4495040 | 05/26/2011 | 06/19/2012 |
| Norwegian Cruise Lines | IL | 312 | 5068397 | 05/26/2011 | 10/11/2012 |
| Norwegian Cruise Lines | | | | 05/26/2011 | 09/10/2012 |
| Norwegian Cruise Line | IL | 312 | 5687020 | 05/27/2011 | 10/17/2012 |
| Norwegian Cruise Line | IL | 312 | 2739438 | 06/01/2011 | 11/27/2012 |
| Norwegian Cruise LIne | IL | 312 | 5687020 | 06/01/2011 | 10/23/2012 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/11/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/11/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/13/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/17/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/17/2011 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/19/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/19/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/20/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/23/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/23/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/23/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/23/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/24/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/25/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/25/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 05/25/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/27/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/01/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/01/2011 | 00:00:00 |

|  | No | Yes | Yes |
|---|---|---|---|
|  | No | Yes | Yes |
| This is the third or fourth time I have reported these annoying phone calls, to a cell phone, no less. The previous call originated from 773-449-5048. The same dialer persists in calling my home telephone as well, at (b)(6). Both numbers are on your do not call registry.  Perhaps you should ask the Congress for funding to pursue and enforce the law that same Congress enacted for the protection of consumers across the U.S. | No | Yes | Yes |
| I refused to respond to this recording in order to stop them from calling me. I've never entered any contest with the company. | No | Yes | Don't Know or choose not to answer |
|  | No | Yes | Yes |
|  | No | Yes | No |
|  | No | Yes | Yes |
|  | No | Yes | Yes |
|  | No | Yes | No |
|  | No | Yes | No |
| Repeated phone calls just about every day... | No | No | Yes |
|  |  | Yes |  |
|  | No | Yes | Yes |
|  | No | Yes | No |
|  | No | Yes | No |
|  | No | No | No |
| I am on the do not call list. I do not enter contests. I do not schedule travel. I have never entered to win a cruise. I don't know why these people call my number. | No | Yes | No |
|  | No | No | Yes |
|  | No | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 41416671 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 41487421 | National Do Not Call Registry | Y | | | |
| 44889042 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45029069 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 46364577 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 47258105 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 45665559 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44403432 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 44598216 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 48936305 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 49017167 | National Do Not Call Registry | Y | | | |
| 49908122 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 50000816 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 49664560 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Nicktown | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | | OR | Oregon | | (b)(6) | (b)(6) |
| | Las Vegas | NV | Nevada | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | Rowlett | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | RIVERSIDE | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Kissimmee | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | New Hyde Park | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Lake Worth | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| | redwood city | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | San Carlos | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Cibolo | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | Staten Island | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | Oakland Park | FL | Florida | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | FL | 954 | 5144148 | 06/02/2011 | 10/16/2012 |
| Norwegian Cruise Line | IL | 312 | 5687020 | 06/02/2011 | 10/22/2012 |
| Norwegian Cruise Lines | FL | 954 | 5144446 | 06/02/2011 | 03/28/2013 |
| Norwegian Cruise Line | FL | 954 | 5144488 | 06/06/2011 | 04/03/2013 |
| NORWEGIAN CRUISE LINES | FL | 954 | 9514000 | 06/07/2011 | 06/04/2013 |
| Norwegian Cruise Lines | FL | 954 | 5144447 | 06/08/2011 | 07/18/2013 |
| Norwegian Cruise Line | IL | 312 | 2009098 | 06/08/2011 | 05/02/2013 |
| Norwegian Cruise Lines | IL | 312 | 8009037 | 06/08/2011 | 03/08/2013 |
| Norwegian Cruise Line | FL | 407 | 9379365 | 06/08/2011 | 03/15/2013 |
| Norwegian Cruise Lines | IL | 708 | 6132054 | 06/08/2011 | 10/17/2013 |
| Norwegian Cruise Lines | IL | 708 | 6132054 | 06/09/2011 | 10/17/2013 |
| Norwegian Cruise Lines | FL | 954 | 5144279 | 06/10/2011 | 11/30/2013 |
| Norwegian Cruise Line | FL | 954 | 5144173 | 06/10/2011 | 12/05/2013 |
| Carnival and Norwegian cruise lines | IL | 773 | 6960999 | 06/10/2011 | 11/16/2013 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/02/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/02/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/02/2011 | 08:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/06/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/07/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/08/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/08/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/08/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/08/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/08/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/09/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/09/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/09/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/10/2011 | 11:00:00 |

| | | |
|---|---|---|
| | No | Yes | Yes |
| | No | Yes | No |
| | No | No | No |
| | No | No | No |
| IVE ASKED THEM MULTIPLE TIMES ( 3) TO STOP CALLING ESPECIALLY AT 6 AM SINCE THEY RUN ON EST AND IM PST. | No | Yes | Yes |
| Andrea left a voice mail message about returning her call if we were interested in booking a cruise with Norwegian Cruise Lines. We have never indicated to anyone that we were interested in any cruise. Andrea Hasbun's number is 877-416-9722 Ext 4447. She also has a Facebook page: https://www.facebook.com/pages/Andrea-Hasbun-Personal-Cruise-Consultant/494218543984923?skinfo   I HATE when these people illegally call my home. How do I file for compensation for these calls? | No | No | Yes |
| | No | Yes | Yes |
| | No | Yes | Yes |
| | No | No | No |
| Telemarketing SCAM call Phishing. Recording entices you to select a live person for discounted cruise tickets. Live person tries to get your credit card information.  Numerous complaints posted on the Net, and some individuals are getting 50 calls a day.  This is outrageous. Can't he FBI get them, as they are falsely representing themselves as Norwegian Cruise Lines, which they are not.  Please stop the harassment.  Thanks | No | Yes | No |
| | No | Yes | Yes |
| Tran of message: Okay, Roy's John Personal Cruise Consultant with Norwegian Cruise Line. If your past interest enough resell vacations. We just filled and that's a big sale 2013 further details. The reservations, please contact me directly at (187) 746-9722. It's at 4279 at 427. I look forward to speaking with.   -  I have never done business with this company and have had this telephone number for several years now. | No | No | Yes |
| | No | No | Yes |
| They said I won a cruise then tried to get me to pay for it with out having a chance to schedule or even consider it. | No | No | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 45219953 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 43882277 | National Do Not Call Registry | Y | | (b)(6) | |
| 37110438 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 37371380 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 37009059 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) |
| 36361425 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30173828 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30194321 | National Do Not Call Registry | Y | | | |
| 30979437 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31053945 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31198869 | National Do Not Call Registry | Y | | (b)(6) | |

| | | | | | |
|---|---|---|---|---|---|
| Pine Beach | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | MD | Maryland | | (b)(6) | (b)(6) |
| New York | NY | New York | | (b)(6) | (b)(6) |
| Harmony | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| East Meadow | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| ST. LOUIS | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| Eloy | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | NV | Nevada | | (b)(6) | (b)(6) |
| Huntington Beach | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Hereford | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Carribean/Norwegian Cruise Line | IL | | 312 | 8009098 | 06/10/2011 | 04/11/2013 |
| Norwegian Cruise Lines?? | IL | 1 | 312 | 8009001 | 06/10/2011 | 02/19/2013 |
| Carnival, Caribbean, Norwegian Cruise LIne | IL | | 773 | 3212060 | 06/10/2011 | 04/27/2012 |
| Carnival/Norwegian Cruise Lines | IL | | 773 | 3212056 | 06/13/2011 | 05/08/2012 |
| Carnival, Royal Caribbean or Norwegian Cruise Lines | IL | | 773 | 3212057 | 06/17/2011 | 04/25/2012 |
| said that they were affiliated with Norwegian Cruise lines | IL | | 773 | 9212116 | 06/20/2011 | 04/02/2012 |
| ALLTEL/Norwegian Cruise Lines | PA | | 724 | 5485864 | 06/20/2011 | 04/22/2011 |
| All Tel, Norwegian Cruise Lines | PA | | 724 | 5485864 | 06/22/2011 | 04/22/2011 |
| Claim to represent Norwegian Cruise Lines | IA | | 712 | 5809999 | 06/22/2011 | 06/08/2011 |
| Norwegian Cruise Lines/Paradise Dreamer | IA | 1 | 712 | 5809999 | 06/22/2011 | 06/13/2011 |
| claimed to be norwegian cruise lines | IA | | 712 | 5809999 | 06/22/2011 | 06/22/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/10/2011 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/10/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/10/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/13/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/17/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/20/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/20/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/22/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/22/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/22/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/22/2011 | 16:00:00 |

| | | | |
|---|---|---|---|
| Received a call with a recorded message telling me I filled out an entry form and was selected to win a free cruise. I filled out no so form and have received this call multiple times. I pressed 1 to speak to a "cruise representative". Misty answered and I informed her that I did not fill out a form and am on the do not call registry and therefore should not be receiving these calls. She allegedly was transferring me to the "do not call" department but hung up instead. I received these calls multiple times, and on more than one occasion have told them to stop calling me. | No | Yes | Yes |
| The message said I had completed a questionnaire and won something. I NEVER complete questionnaires so that is false. | No | Yes | Yes |
| This comapny calls my cell phone in the middle of the day (while I'm at work). They called on April 3, 2012 and I asked to be added to the do not call list. They just called again. | No | Yes | Yes |
| | No | Yes | No |
| This is the third time I "won a cruise". I called from my someone else's home number. It was a recorded message that gave me the option to remove the phone number I was calling from their list or future calls. I received the message from my home phone and will not call them back because I will not pay for long distance, or worse, a possible "scam" phone number. I have registered with "DO NOT CALL.GOV" several times and am truly tired of these inconvenient, unwanted, unncecessary and potentially VERY EXPENSIVE phone calls. I always say, "nothing is free" and I am quite sure that is very true. | No | Yes | Yes |
| WAS A RECORDED MESSAGE SAYING THAT MY NAME WAS DRAWN AND I WON AN OFFER FOR A NORWEGIAN CRUISE. SPOKE BRIEFLY WITH A REAL PERSON. I WARNED THEM THAT MY NUMBER WAS ON THE NO-CALL REGISTRY AND THAT I WOULD BE REPORTING THE CALL. THEY HUNG UP ON ME IMMEDIATELY. | No | Yes | Yes |
| I have recently been getting almost daily phone calls from this number. If I answer the phone a recording states congratulations you have won a cruise from Norwegian Cruise Lines. If I let the call go my answering machine it hangs up at the end of my message. | No | Yes | No |
| | No | Yes | Yes |
| I recieved the same message every day for the past 3 days. Some crap about "Your household has been selected to win an all expenses paid cruise on Norwegian Cruise lines." The number is out of Spencer, Iowa (a hotbed of cruise line activity.) This unsolicited bullshit is very annoying when I am trying to sleep!!! | No | Yes | Yes |
| The recorded message said Norwegian Cruise Lines and said to press one to continue. I did and the company name given to me was Paradise Dreamer. | No | Yes | No |
| | No | Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31028792 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30879037 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31005210 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31561468 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31433951 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31608123 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31883236 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32146132 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32005431 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32093240 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | |
| 32467407 | National Do Not Call Registry | Y | | | | |
| 32343577 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 32674416 | National Do Not Call Registry | Y | | | (b)(6) | |
| 33100369 | National Do Not Call Registry | Y | | | | |
| 33250655 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Chadds Ford | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Malta | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Hermitage | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Sun City | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Smithton | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Lynchburg | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Apple Valley | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| Lk Forest Pk | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | NE | Nebraska | | (b)(6) | (b)(6) |
| Bailey | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| | WY | Wyoming | | (b)(6) | (b)(6) |
| Albuquerque | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines, Spencer, IA | IA | 712 | 5809999 | 06/23/2011 | 06/10/2011 |
| Spencer IA Norwegian Cruise Lines | IA | 712 | 5809999 | 06/23/2011 | 06/02/2011 |
| Norwegian Cruise Lines or Norwegian Air Lines | | | | 06/24/2011 | 06/08/2011 |
| Paradise Dreams claiming to be Norwegian Cruise lines | IA | 712 | 5809999 | 06/24/2011 | 07/18/2011 |
| ALLTEL - For the Norwegian Cruise Line | PA | 724 | 5485864 | 06/26/2011 | 07/08/2011 |
| Alltel and Norwegian Cruise Lines | PA | 724 | 5485864 | 06/27/2011 | 07/20/2011 |
| ALLTEL (NORWEGIAN CRUISE LINES) | PA | 724 | 5485864 | 06/28/2011 | 08/08/2011 |
| Alltel/Norwegian Cruise Lines | PA | 724 | 5485864 | 06/30/2011 | 08/25/2011 |
| Norwegian Cruise Lines ? | PA | 724 | 5485864 | 06/30/2011 | 08/16/2011 |
| ALLTEL/Norwegian Cruise Lines | PA | 724 | 5485864 | 07/01/2011 | 08/22/2011 |
| America Preferred and Norwegian Cruise Lines | FL | 954 | 7723643 | 07/01/2011 | 09/13/2011 |
| Norweigen Cruise Line/Privatization dreams | | | 0000000 | 07/01/2011 | 09/08/2011 |
| Royal Carribean / Norwegian Cruise Lines | | | | 07/06/2011 | 09/28/2011 |
| Alltel/Caribbean & Norwegian Cruise Lines | PA | 724 | 5485864 | 07/07/2011 | 10/19/2011 |
| Caribbean Norwegian Cruise Lines | AZ | 480 | 3594337 | 07/07/2011 | 11/01/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/23/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/23/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/23/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/23/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/23/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/27/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/28/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/29/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/30/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/30/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/30/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/01/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/01/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 07/05/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/06/2011 | 20:00:00 |

| | | | |
|---|---|---|---|
| 1st call a couple weeks ago provided a way to opt out, which I did, but just received another call from this number.  Calling number remains busy so cannot call back to complain. | No | Yes | Yes |
| Same company called in May, 2011.  The recording gives an option to "push 2 to be removed from call list."  We did so.  They called again today.  They are harrassing us. | No | Yes | Yes |
| | No | Yes | Yes |
| this company calls daily, auto dial and no person. SHUT THEM DOWN AND SEND THEM TO JAIL! | No | Yes | Yes |
| We have received multiple calls from this number over several weeks about winning a free cruise.  It is a recorded message which offers to not receive calls again.  I have selected that each time and still get calls. | No | Yes | Yes |
| | No | Yes | Yes |
| I have received MANY calls from this number and want them to stop. | No | Yes | No |
| | No | Yes | Yes |
| | No | Yes | Yes |
| | No | Yes | No |
| | No | No | Yes |
| Caller was Shirley - corporate id #3559..asked for a phone number, wouldn't give me one · hung up on me....  Have cancer, was sleeping finally, on do not call list for a very good reason - why do these people not utilize it...Fine them $1 each call they make from the list - get the government out of debt...leave me alone! | No | No | Yes |
| Prerecorded "You're a winner" type sales pitch. Options were "Press 1 to confirm; press 2 to be removed". Pressing doesn't work here as we use rotary phones! | No | Yes | No |
| | No | Yes | Yes |
| Yet another robo telemarketing call to my cell phone which has been on the do not call list for years.  Do something to stop these companies from racking up charges to my cell phone.  I never contacted this company. | No | Yes | No |

| 33108909 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33553322 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 33881779 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 34922705 | National Do Not Call Registry | Y | | (b)(6) | |
| 35495648 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35857466 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 35938124 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27061886 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27300752 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27851762 | National Do Not Call Registry | Y | | (b)(6) | |

| Astoria | OR | Oregon | (b)(6) | (b)(6) | (b)(6) |
| Modesto | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | NJ | New Jersey | | (b)(6) | (b)(6) |
| Darlington | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Madison | IN | Indiana | (b)(6) | (b)(6) | (b)(6) |
| Arvada | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Harrisburg | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Fenton | MO | Missouri | (b)(6) | (b)(6) | (b)(6) |
| | AZ | Arizona | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Royal Caribbean and norwegian cruise lines | | | | 07/07/2011 | 10/21/2011 |
| represented Norwegian Cruise Lines | | | | 07/07/2011 | 11/17/2011 |
| Norwegian Cruise Line? | TF | 888 | 3248686 | 07/08/2011 | 12/10/2011 |
| Royal Caribbean Norwegian Cruise line | IL | 773 | 4495058 | 07/08/2011 | 02/10/2012 |
| celebrity and norwegian cruise lines | IL | 773 | 4495055 | 07/08/2011 | 02/27/2012 |
| Carnival Norwegian Cruise Lines | IL | 773 | 3212122 | 07/08/2011 | 03/09/2012 |
| royal carribean/norwegian cruise line | IL | 773 | 3212133 | 07/12/2011 | 03/13/2012 |
| message said Norwegian Cruise Lines; caller ID says Deloitte | | | 6955596 | 07/13/2011 | 07/19/2010 |
| Norwegian Cruise Line (Listed as Chris Decarli) | MO | 636 | 2258423 | 07/15/2011 | 08/10/2010 |
| Free crusie Norwegian Cruise LInes | AZ | 520 | 7439284 | 07/18/2011 | 10/04/2010 |

| National Do Not Call Registry | National Do Not Call Registry | Web | 07/07/2011 | 09:00:00 |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/07/2011 | 09:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/07/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/07/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/07/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/08/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/08/2011 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/12/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/12/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/13/2011 | 11:00:00 |

| | | | |
|---|---|---|---|
| It was a recorded message offering a free cruise. When i pressed number to be removed, it only restarted the recording. When i spoke to an agent & asked about the free cruise, they hung up on me. | No | Yes | No |
| Fourth time this month receiving a recorded message: "Congratulation from Norwegian Cruise Lines, you have been selected..." Have received this call several times in the past few months, each time pressing "2" to have my number removed from their list. Today, and last week, I pressed "1" to speak to a "representative". Asked that they not call anymore. Today I was told, they did not call, but that I had called them. They would only say that they represented a travel agency...and gave no additional information. | No | Yes | Yes |
| A telemarketer left a voice message on my answering machine on 12/09/2011 at 12:55 PM. The first part of the message was unclear, but I think she claimed to be representing Norwegian Cruise Line. | No | Yes | No |
| Recorded Call...   cannot say  "STOP CALLING ME !!!!!!!!!!! they said   I won a FREE Royal Caribbean Norwegian Cruise.   Please stop them, fine them  & JAIL TIME !  I am still on this DO NOT CALL LIST !  This is a Gov. agency...   You guy's can do Anything ! please do it ! Thank you for your time. | No | Yes | No |
| This was a recording that I won a cruise after filling out info that I didn't fill out. Selected option 2 to opt out and be placed on their do not call list | No | Yes | Yes |
| I received a call regarding a recent entry to win a Carnival Norwegian Cruise Line trip. I never have made such an entry. This call was automated. I seem to be getting more telemarketing calls since I added my phone number to the Do Not Call Registry. | No | Yes | No |
| | No | No | Yes |
| The prerecorded message said something about me winning a cruise. I never entered into any such contest. | No | Yes | No |
| This is the second time when I receive a call from this phone number;  the call launches a recorded message starting with: "Congratulations from the Norwegian Cruise Lines...". I have not listened to the entire message, I simply hung up. The first time I called back the number and informed the person who answered that my number is on the no call list and that she should NOT call me again, or she will be reported. Well, after about two-three weeks (today) I received the same call, launching the same message. I hung up and I am filing the complaint with your agency. Thank you, please let me know if there is a next step. (b)(6) | No | No | Yes |
| | No | Yes | No |

| 27732355 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 27774159 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 28075436 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27825017 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27893065 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30217846 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 30246012 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 36172195 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 52343194 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 51746949 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27065149 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 27066132 | National Do Not Call Registry | Y | | | |

| | | | | | |
|---|---|---|---|---|---|
| CLAYTON | NC | North Carolina | (b)(6) | (b)(6) | (b)(6) |
| Herndon | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| Erie | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| FAIRVIEW HEIGHTS | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| Arvada | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Marion | VA | Virginia | (b)(6) | (b)(6) | (b)(6) |
| West Mifflin | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Jacksonville | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Tyngsboro | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| pamela annis norwegian cruise lines | NC | 919 | 5534475 | 07/20/2011 | 09/22/2010 |
| Norwegian Cruise Lines or agent | VA | 703 | 3911294 | 07/21/2011 | 09/27/2010 |
| Fisher Bob Nova on caller id Norweigan Cruise line on messag | CO | 303 | 6652213 | 07/25/2011 | 10/26/2010 |
| Kobor, B on caller ID, Norwegian Cruise Lines message | NY | 917 | 4411313 | 07/26/2011 | 10/01/2010 |
| Norwegian Cruise Line (CID: R  ROWAN) | IL | 618 | 3982587 | 07/28/2011 | 10/07/2010 |
| ? Norwegian Cruise Lines | TF | 800 | 5434258 | 07/29/2011 | 04/26/2011 |
| Tom Joyner - agency for Norwegian Cruise Lines | PA | 724 | 5485864 | 07/29/2011 | 04/28/2011 |
| First Class Vacations Norwegian Cruise Line | FL | 561 | 2454919 | 08/03/2011 | 03/16/2012 |
| Luis Talavera / Norwegian Cruise Lines | FL | 786 | 3365618 | 08/03/2011 | 03/19/2014 |
| Norwegian Cruise Lines | FL | 954 | 5144420 | 08/05/2011 | 02/24/2014 |
| Norwegian Cruise Lines | | | | 08/05/2011 | 07/19/2010 |
| Norwegian Cruise Line | NY | 917 | 5443871 | 08/08/2011 | 07/16/2010 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/15/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/18/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/25/2011 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/26/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/28/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/29/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/29/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 08/03/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/03/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/05/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/05/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 08/08/2011 | 00:00:00 |

| | | | |
|---|---|---|---|
| CONSTANTLY RECEIVING CALLS FROM TRAVEL AGENCY | No | Yes | Yes |
| | No | Yes | No |
| The recording said to press 1 for more info, it connected to someone who then hung up on me.  No conversation took place. | No | Yes | Don't Know or choose not to answer |
| 917-441-****  network appears to be have been phreaked.  When I call back numbers calling me with Norwegian Cruise Lines messages, they are usually no longer in service. Caller ID names are for entities other than Norwegian Cruise Lines.  Calls have come from 9174419555 "Metropolitan, Op", 9174416424 "Markit North Am" and  9174411313 "Kobor, B" so far this week. I will be happy to help you investigate this.  Regards, (b)(6) | No | Yes | No |
| RECEIVED AUTOMATED MESSAGE ABOUT NORWEGIAN CRUISE LINES.  THE CALLER ID SHOWED THE NAME: R ROWAN 618-398-2587 | No | Don't Know or choose not to answer | Yes |
| | No | Yes | No |
| The person said they were connected to me by an automated calling system. They were unaware that my number was on the do not call list. | No | No | Yes |
| | No | No | Yes |
| State I had contacted them on their website which is untrue.  I never contacted any cruise line on the internet.  I can't even afford to go on vacation let alone a cruise!! | No | No | Yes |
| One of many calls coming in from numbers all over the country that share a common thread of asking for (b)(6). Always different origin numbers, and representing different businesses. I always specifically ask to be removed from their calling list and that they have the wrong number. This is one of very few that actually answered as a business when I called back on a separate occasion - most simply go a to a long-dead and overflowing voicemail recording. | No | No | Yes |
| | No | Yes | No |
| | No | Yes | No |

| 27088750 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27091079 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27747306 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27749116 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27759994 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27761734 | National Do Not Call Registry | Y | | (b)(6) | |
| 27154994 | National Do Not Call Registry | N | | (b)(6) | |
| 28014871 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 25203271 | National Do Not Call Registry | Y | | (b)(6) | |
| 27186694 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 25213158 | National Do Not Call Registry | Y | | (b)(6) | |
| 27961221 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 26671525 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27279432 | National Do Not Call Registry | N | (b)(6) | (b)(6) | (b)(6) |
| 27288462 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27291918 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27303504 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Florence | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| New York | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| St. Petersburg | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Central City | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Emerald Hills | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| Loganville | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| bridgewater | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| | NY | New York | | (b)(6) | (b)(6) |
| :Pacifica | CA | California | (b)(6) | (b)(6) | (b)(6) |
| NY | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| silverthorne | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Albuquerque | NM | New Mexico | (b)(6) | (b)(6) | (b)(6) |
| Pompano beach | FL | Florida | (b)(6) | (b)(6) | (b)(6) |
| Ithaca | NY | New York | (b)(6) | (b)(6) | (b)(6) |

(b)(6)

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Line | MN | 612 | 2404012 | 08/08/2011 | 07/20/2010 |
| Norwegian cruise line | NY | 917 | 9128473 | 08/09/2011 | 07/20/2010 |
| Norwegian Cruise Lines | FL | 727 | 4555555 | 08/11/2011 | 09/23/2010 |
| Norwegian Cruise Lines | CO | 303 | 9818061 | 08/11/2011 | 09/23/2010 |
| Norwegian Cruise Lines | | | | 08/12/2011 | 09/24/2010 |
| Norweign Cruise Line | IL | 630 | 6242837 | 08/16/2011 | 09/24/2010 |
| Norwegian Cruise Lines | TX | 210 | 4681475 | 08/16/2011 | 07/27/2010 |
| Norwegian Cruise Lines | GA | 770 | 5547298 | 08/22/2011 | 10/20/2010 |
| NORWEGIAN CRUISE LINES | FL | 954 | 5144238 | 08/23/2011 | 01/25/2010 |
| norwegian cruise lines | | | | 08/24/2011 | 07/30/2010 |
| Norweigen Cruise Line | NY | 914 | 5144217 | 08/24/2011 | 01/26/2010 |
| Norwegian Cruise line | | | | 08/24/2011 | 10/15/2010 |
| NORWEGIAN CRUISE LINES | FL | 954 | 5144296 | 08/24/2011 | 06/08/2010 |
| norwegian cruise line | | | | 08/25/2011 | 08/07/2010 |
| Norwegian Cruise Lines | NM | 505 | 8335514 | 08/26/2011 | 08/09/2010 |
| Norwegian Cruise Lines | | | | 08/26/2011 | 08/09/2010 |
| Norwegian Cruise Lines | | | | 08/31/2011 | 08/10/2010 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/08/2011 | 08:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/08/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/11/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/11/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/12/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/15/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/16/2011 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/22/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/23/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/24/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/24/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/24/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/24/2011 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/25/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/26/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/26/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/29/2011 | 19:00:00 |

| | | | |
|---|---|---|---|
| This was an automated recorded message stating I had won (or qualified to win?) something from Norwegian Cruise Line. I have never done business with this company. The message did offer an opportunity to opt out of these calls by pressing the #2 key. I did that but I don't know if it accomplished anything. This is my cellular phone, is registered on the do-not-call-list, and I don't know what company is actually making the call. | No | Yes | Yes |
| I first received a recording about being selected for a free cruise trip. When I was connected to the operator, she told me they were "affiliated" with Norwegian but also other travel companies. When I asked for more information including how they got my number, she hung up on me. | No | Yes | No |
| | No | Yes | Yes |
| | No | Yes | Yes |
| Automated message, cheery female voice: "You have won ... Norwegian Cruise Lines. Press 1..." No other indication of the identity of the company calling. | No | Yes | Don't Know or choose not to answer |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | Yes |
| | Yes | No | Yes |
| | No | Yes | No |
| | No | No | No |
| This was a recorded robot call saying I could press 1 for more information about a cruise or press 2 to be removed from the list. | No | Yes | No |
| Late night calls several times after 9 PM | No | No | Yes |
| | No | Yes | No |
| The message says "congratulations, you have won a free trip on Norwegian Cruise Lines". I have filed a complaint against this, before. There is no company title that comes up on the caller ID. Just a phone number. | No | Yes | Yes |
| | No | Don't Know or choose not to answer | Yes |
| The call is computer generated and begins with "Congratulations from Norwegian Cruise lines" and tells me I have been selected for a free cruise and please press 1 for this, etc. I always hang up. This is not the first time they have called. | No | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 27798100 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27812453 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 26839970 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27893629 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 27897950 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27317490 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27323460 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27323560 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 27351444 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27361813 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27379719 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27624516 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27390939 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27407832 | National Do Not Call Registry | Y | | (b)(6) | |
| 27947669 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 27038024 | National Do Not Call Registry | Y | | (b)(6) | |
| 27821693 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |

| | | | | | |
|---|---|---|---|---|---|
| Atlanta | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| TACOMA | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| fairfield | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| Chandler | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Fallbrook | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Roseville | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | FL | Florida | | (b)(6) | (b)(6) |
| Morro Bay | CA | California | (b)(6) | (b)(6) | (b)(6) |
| huntington beach | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Peoria | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| bridgewater | NJ | New Jersey | (b)(6) | (b)(6) | (b)(6) |
| phoenix | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | WI | Wisconsin | | (b)(6) | (b)(6) |
| Moraga | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | IN | Indiana | | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |

Note: Leftmost column contains "(b)(6)" aligned with the TACOMA row.

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | GA | 404 | 3208035 | 08/31/2011 | 09/29/2010 |
| Norwegian Cruise Lines | WA | 253 | 5078371 | 08/31/2011 | 09/30/2010 |
| norwegian cruise line | AZ | 480 | 3245500 | 09/01/2011 | 06/24/2010 |
| Norwegian Cruise Lines | | | | 09/01/2011 | 10/08/2010 |
| Norwegian Cruise Line | CA | 760 | 7237958 | 09/01/2011 | 10/08/2010 |
| norwegian cruise lines | CA | 916 | 7749651 | 09/01/2011 | 08/11/2010 |
| Norwegian Cruise Lines | CO | 303 | 6957348 | 09/02/2011 | 08/12/2010 |
| Norwegian Cruise Lines | AZ | 480 | 3245500 | 09/06/2011 | 08/12/2010 |
| Norwegian Cruise Line | | | | 09/07/2011 | 08/15/2010 |
| norwegian cruise line | TX | 210 | 4681476 | 09/08/2011 | 08/16/2010 |
| Norwegian Cruise Lines | AZ | 623 | 4872550 | 09/09/2011 | 08/17/2010 |
| norwegian cruise lines | TF | 877 | 6505508 | 09/10/2011 | 09/13/2010 |
| Norwegian cruise lines | AZ | 480 | 5983468 | 09/13/2011 | 08/18/2010 |
| Norwegian Cruise Lines | AZ | 480 | 3245500 | 09/13/2011 | 08/19/2010 |
| Norwegian Cruise Lines | | | | 09/19/2011 | 10/13/2010 |
| NORWEGIAN CRUISE LINES | IN | 812 | 3193843 | 09/28/2011 | 07/16/2010 |
| Norwegian Cruise lines | IL | 309 | 5235240 | 09/28/2011 | 10/01/2010 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/31/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/31/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/31/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 08/31/2011 | 07:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/01/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/01/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/02/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/06/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/07/2011 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/08/2011 | 21:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/09/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/10/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/11/2011 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/13/2011 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/19/2011 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/27/2011 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 09/28/2011 | 13:00:00 |

| | | | |
|---|---|---|---|
| I received two identical recorded messages indicating we had received a free cruise with Norwegian Cruise Lines.  To get more information I was to press 1.  To be removed from the list I was to press 2.  I pressed 2 on the first call, but was still call 1 hour later from a similar but not identical number with a different identity in caller ID.  The first was "Atlanta GA 4043205045 at 12:47.  The second was "ATT 4043208035 at 1:40".  Our number begins "404-320...." | No | Yes | Yes |
| Shows up as Associated Mini in caller ID. | No | Yes | No |
| the sales person called and asked for my wife who was not at home.he was going to call back but never did. i should have told him i wason the do not call list for at least two years. i did not think fast enough. i just called the number but only received a recording and not a real person.. | No | No | No |
| The company asked for my address before they would take my name off their list.  I don't want junk mail from them either so I refused their offer. | No | No | Yes |
| | No | No | Yes |
| Recorded call onto voice mail system. No business relationship exists. fw | No | Yes | No |
| The recording calls every day from different numbers. | No | Yes | No |
| | No | No | Yes |
| I have not told this company to stop calling because of it being a recorded message.  We have gotten 4 calls from them during the last month. | No | Yes | No |
| | No | Yes | Yes |
| Your form should have a non-appilcable choice on the Q "Have you asked this company to stop calling you?" The object of the DO NOT CALL registration is so that I do not have to tell them!!!!!!!!!! | No | Yes | No |
| | No | Yes | Don't Know or choose not to answer |
| caller ID said "Holt Ben M". I went past the recorded message to ask them to stop calling. The operator was very rude. | No | Yes | Yes |
| | No | No | No |
| The recording: Press 1 if you want more information; press 2 if you want us to remove your phone number. I pressed 2, but had never been called by them before. | No | Yes | No |
| | No | Yes | Yes |
| Why do companies not pay attention to the Do Not Call list? Doesn't anyone in government care about people's time being wasted? If so, enforce the law, please. | No | Yes | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27822111 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 27818069 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 27849334 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 27851773 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30381400 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30404173 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30407878 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30410222 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30399409 | National Do Not Call Registry | Y | | | | |
| 30408663 | National Do Not Call Registry | Y | | | | |
| 30408816 | National Do Not Call Registry | Y | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Chicago | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Medfield | MA | Massachusetts | (b)(6) | (b)(6) | (b)(6) |
| Tempe | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Show Low | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| Pittsburgh | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| La Crescent | MN | Minnesota | (b)(6) | (b)(6) | (b)(6) |
| | IL | Illinois | | (b)(6) | (b)(6) |
| Colorado Springs | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | AZ | Arizona | | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | | | | 10/06/2011 | 10/01/2010 |
| Norwegian Cruise Line | MA | 508 | 3593822 | 10/06/2011 | 09/30/2010 |
| Norwegian Cruise Lines | | | | 10/12/2011 | 10/04/2010 |
| Norwegian Cruise lines | | 000 | 0000000 | 10/19/2011 | 10/04/2010 |
| Norwegian cruise line | TF | 800 | 5434258 | 10/19/2011 | 05/09/2011 |
| Norweigan Cruise Line | PA | 724 | 5485864 | 10/21/2011 | 05/10/2011 |
| Norwegian Cruise Lines | | | | 10/26/2011 | 05/10/2011 |
| Norwegian Cruise Lines | | | | 10/28/2011 | 05/10/2011 |
| Norwegian Cruise Line | TF | 800 | 5434258 | 11/01/2011 | 05/06/2011 |
| Norwegian Cruise Line | PA | 724 | 5485864 | 11/17/2011 | 05/09/2011 |
| Norwegian Cruise Line | TF | 800 | 5434258 | 12/09/2011 | 05/09/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/06/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/06/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/12/2011 | 08:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/18/2011 | 08:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/19/2011 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/21/2011 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/26/2011 | 17:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/28/2011 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/31/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 11/17/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 12/09/2011 | 00:00:00 |

| | | | |
|---|---|---|---|
| The call was a recording that said it was Norwegian Cruise Lines and that I had won a vacation, press 1 to talk to a rep or 2 to be removed from the calling list. I pressed 1 and was told that the company was actually Paradise Dreams Travel, associated with Norwegian Cruise Lines and Marriott. Also, the rep said that it did not matter that I was on the Do Not Call list because it was a computer autodialer, but she would be happy to remove my name and number. I told her I would file a complaint with the FTC, and she hung up on me. | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |
| On 10/04/10 I received 2 calls from Norwegian Cruise Lines. The lst at 8:50 AM and it showed a caller ID of Sweet, Pat, 537-9575. The 2nd at 9:31 and it showed a caller ID of Tokoph, Carmen, 928-537-7843. Both calls were from an automated dialer. On the 2nd call I pressed 1 to connect to a person. I got the reservation center, the answering person gave me a corporate ID# of 4106, I asked for a call back number, she said that they didn't have one but customer service did but she couldn't give it to me as I wasn't a customer. When I asked why their calls were showing someone elses Caller ID(Local parties) she said that there was a problem with the phone lines that the computer was using to make the automated calls. There is a repairman at the location now looking at the T-1 lines and she indicated that the problem had been occuring for a WHILE. She had the explaination of what was happening down pat. They have no respect for the FTC. | No | No | No |
| | No | Yes | Yes |
| It was an automated message that stated, "Congratualtions you have one a cruise with Norwegian Cruise line..." I then hung up the call. | No | Yes | Yes |
| I believe it was a recorded call--I did not listen to see whether a person came on at the end. | No | Don't Know or choose not to answer | No |
| I was called by Norwegian Cruise Lines telling me that I won a free cruise, and to get information I needed to push 1. I did that and was then told that I was being entered to win a free cruise. I asked the person if they knew I was on a no-call-list and they did not know that. I then asked to talk to a manager and got Ron Jordan. I asked him for a phone number to contact him but he would not give me one, and I do not have caller ID on my home phone. I told him I was on a no-call-list and he said that he would remove me from the list. | No | No | Yes |
| | No | Yes | No |
| | No | Yes | No |
| | No | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 28032997 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 28043427 | National Do Not Call Registry | Y | | | |
| 32433284 | National Do Not Call Registry | Y | | | |
| 30417019 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30423013 | National Do Not Call Registry | Y | (b)(6) | | |
| 30420101 | National Do Not Call Registry | Y | | | |
| 30416441 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30456842 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31822978 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31824837 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30495412 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 30496723 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30592798 | National Do Not Call Registry | Y | | (b)(6) | |
| 33175007 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30635513 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Enola | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | PA | Pennsylvania | | (b)(6) | (b)(6) |
| | AZ | Arizona | | (b)(6) | (b)(6) |
| York | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | TX | Texas | | (b)(6) | (b)(6) |
| State College | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| San Francisco | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Los Angeles | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Oceanside | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | (b)(6) | (b)(6) | (b)(6) |
| Maineville | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| Littleton | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| Providence | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Lines | PA | | 717 | 7283149 | 12/09/2011 | 10/21/2010 |
| Norwegian Cruise Lines | PA | | 215 | 3219930 | 12/10/2011 | 10/21/2010 |
| Norwegian Cruise Lines | | | | | 12/20/2011 | 09/10/2011 |
| Norwegian Cruise Lines | | | | | 12/22/2011 | 05/11/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 01/10/2012 | 05/11/2011 |
| Norwegian Cruise Lines | TF | | 800 | 5434258 | 01/11/2012 | 05/10/2011 |
| Norwegian Cruise Lines | | | | | 01/12/2012 | 05/10/2011 |
| Norwegian Cruise Lines | | | | | 01/12/2012 | 05/13/2011 |
| Norwegian Cruise Lines | | | 416 | 9810001 | 01/13/2012 | 08/03/2011 |
| Norwegian Cruise Lines | FL | | 954 | 5144254 | 01/21/2012 | 08/03/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 02/10/2012 | 05/17/2011 |
| Norwegian Cruise lines | | | 416 | 5434258 | 02/27/2012 | 05/17/2011 |
| Norwegian Cruise Line | PA | | 724 | 5485864 | 02/27/2012 | 05/19/2011 |
| Norwegian Cruise Lines | TF | | 800 | 4444444 | 02/27/2012 | 10/26/2011 |
| Norwegian Cruise Lines | | | 416 | 5434258 | 03/01/2012 | 05/20/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/09/2011 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 12/09/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 12/20/2011 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/22/2011 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/06/2012 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 01/11/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 01/12/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/12/2012 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/13/2012 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 01/21/2012 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/10/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/27/2012 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/27/2012 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/27/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/01/2012 | 15:00:00 |

| | | | |
|---|---|---|---|
| This was left on my answering machine while I wasn't home.  I'm guessing the number that showed up on Caller ID was spoofed. | No | Yes | No |
| | No | Yes | No |
| | No | No | Yes |
| A robocall from Norwegian Cruise Lines saying I was selected for a free cruise. There were three calls and twice I pressed the #2 option to remove my name, yet they keep calling. | No | Yes | Yes |
| Recorded call  from Norwegian Cruise Line saying I've "won" some kind of chance for a cruise on Norwegian Cruise Line. Then I'm directed to press 1 for more info, when I'm connected to a real person.  I told the real person, Company ID # 1376, that this number is on the Do Not Call Registry, why is he calling me.  He then proceeded to say, "Because we don't want you to miss out on this fabulous opportunity."  WTF?  He knows he shouldn't be calling, doesn't care, and plows ahead with his sales push.  Please...do something about that disregard for the law. | No | Yes | Yes |
| | No | Yes | Yes |
| | Yes | Yes | No |
| Recorded message claiming I won a free cruise on Norwegian Cruise Lines. | No | Yes | Yes |
| Norwegian Cruise Lines has been calling me even though I have requested to be removed from their calling list five times now.Below are the dates and times of their calls and my request to be removed: 7/5/11  1:55pm (PT) 7/7/11  6:30pm (PT) caller ID # 172-454-8586 7/18/11 1:30pm (PT) 7/19/11 2:00pm (PT) 8/03/11 12:15pm (PT) Caller ID # 416-981-0001 | No | Yes | Yes |
| I wasn't home when they called & they left a message on my machine.  This is the third such message that I've gotten in the past month & think it's a bit much. | No | No | No |
| This was a recorded call, so I was unable to ask them to stop calling | No | Yes | No |
| | No | Yes | Don't Know or choose not to answer |
| | No | Yes | No |
| The recording was along the lines of :  Surprise!  Congratulations!  You have won a free cruise.... | No | Yes | Yes |
| Spoke with the supervisor (Anthony) and related my displeasure for being disturbed as I am the National Do Not Call Registry (NDNCR). He related that my name and number would be removed. I asked why he even had my number out of his database. He said that it would be impossible. He implied that they made no attempt to use the NDNCR to revise their call lists.  Frustrated | No | No | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30636745 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30639433 | National Do Not Call Registry | Y | | | | |
| 30731524 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30731672 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30735358 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30750355 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30749194 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31860308 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31884839 | National Do Not Call Registry | Y | | | (b)(6) | |
| 31886595 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 31879810 | National Do Not Call Registry | Y | | | | |
| 32497676 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30783777 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30784669 | National Do Not Call Registry | Y | | | (b)(6) | |
| 30782034 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30800750 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |
| 30815051 | National Do Not Call Registry | Y | (b)(6) | | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Mesa | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | UT | Utah | | (b)(6) | (b)(6) |
| perkasie | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Moline | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Grass Valley | CA | California | (b)(6) | (b)(6) | (b)(6) |
| State College | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| Hicksville | NY | New York | (b)(6) | (b)(6) | (b)(6) |
| Frisco | TX | Texas | (b)(6) | (b)(6) | (b)(6) |
| | MN | Minnesota | | (b)(6) | (b)(6) |
| Tucson | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | CO | Colorado | | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| | CA | California | | (b)(6) | (b)(6) |
| | MA | Massachusetts | | (b)(6) | (b)(6) |
| Royston | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| Shaker Heights | OH | Ohio | (b)(6) | (b)(6) | (b)(6) |
| Harrisville | RI | Rhode Island | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 03/07/2012 | 05/20/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 03/09/2012 | 05/19/2011 |
| Norwegian Cruise line | | | | | 03/13/2012 | 05/23/2011 |
| Norweigen cruise line | | 1 | 416 | 5433258 | 03/14/2012 | 05/23/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 03/16/2012 | 05/23/2011 |
| Norwegian Cruise Lines | | | 416 | 5434258 | 04/02/2012 | 05/24/2011 |
| Norwegian Cruise Line | | | | | 04/02/2012 | 05/23/2011 |
| Norwegian Cruise Lines | | | | | 04/17/2012 | 08/05/2011 |
| norwegian cruise line | | | | | 04/20/2012 | 08/08/2011 |
| Norwegian Cruise Lines | FL | | 954 | 5331161 | 04/25/2012 | 08/09/2011 |
| Norwegian Cruise Lines | | | | | 04/27/2012 | 08/05/2011 |
| Norwegian Cruise Line | AZ | | 480 | 3594331 | 05/01/2012 | 09/19/2011 |
| Norwegian Cruise Lines | | | | | 05/08/2012 | 05/26/2011 |
| norwegian cruise lines | | | | | 06/04/2012 | 05/26/2011 |
| Norwegian Cruise Lines | TF | | 877 | 4577842 | 06/19/2012 | 05/25/2011 |
| Norwegian Cruise Lines | | | | | 09/10/2012 | 05/26/2011 |
| Norwegian Cruise Lines | PA | | 724 | 5485864 | 10/11/2012 | 05/27/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/06/2012 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 03/09/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/13/2012 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/14/2012 | 09:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/16/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/02/2012 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/02/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/17/2012 | 18:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/20/2012 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/25/2012 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/27/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/01/2012 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/08/2012 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/04/2012 | 19:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 06/19/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 09/10/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/11/2012 | 00:00:00 |

| | | | |
|---|---|---|---|
| This was a recorded message so I was unable to ask them to stop calling me. | No | Yes | No |
| | No | Yes | Yes |
| | No | Yes | No |
| They have called 5 times already. I could not try to request removal because it was automated. When I pressed "2" like it asked to be removed, it went back to the "Congratualtions, your household has been selected..." I hung up after that. | No | Yes | No |
| recorded message says something about "congratulations you have received" something "norwegian cruise lines. press 1 for" something "or 2 to be removed from the list" | Don't Know or choose not to answer | Yes | Don't Know or choose not to answer |
| This company has left partial voice messages on our answering machine on at least four separate occasions. This latest call was the first one in which we were able to idebtify the caller as Norwegian Cruise Lines. | No | Yes | Yes |
| | No | Yes | No |
| This is a recorded message that I have repeatedly received saying "Congratulations from Norwegian Cruise Lines..." The caller ID comes up as "Private Call". It give an option to press 1 to continue and 2 to be removed. I press 2 each time I get the call and continue to receive it. I have requested to be removed at least 4 times. | No | Yes | Yes |
| | No | Don't Know or choose not to answer | Don't Know or choose not to answer |
| These people call several times a week with different phone numbers, some caller IDs say anonymous. It is a recorded message that I won a cruise from Norwegian cruise lines. I have, on at least 6 occasions, hit the button to be removed and gotten confirmation but they keep calling and calling and calling and calling. Please do something about them. | No | Yes | Yes |
| | No | Yes | Yes |
| | No | Yes | No |
| email only -- add an email to your contact (How may we reach you) request | No | Yes | No |
| | No | Yes | Yes |
| | No | No | No |
| | No | Yes | No |
| | No | Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 30882781 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30883187 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | |
| 30877373 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30878237 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31944934 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31949217 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32841864 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 32842016 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30945225 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30948924 | National Do Not Call Registry | Y | | | |
| 30973950 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 30975456 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31965476 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31992396 | National Do Not Call Registry | Y | | (b)(6) | |
| 30982093 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31006065 | National Do Not Call Registry | Y | | (b)(6) | |
| 31023760 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31023846 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31026974 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Fairfax | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Berkeley | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Barstow | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Palm Desert | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | Washington | DC | District of Columbia | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Seattle | WA | Washington | (b)(6) | (b)(6) | (b)(6) |
| | Denver | CO | Colorado | (b)(6) | (b)(6) | (b)(6) |
| | | IL | Illinois | | (b)(6) | (b)(6) |
| (b)(6) | Groton | CT | Connecticut | (b)(6) | (b)(6) | (b)(6) |
| | Fogelsville | PA | Pennsylvania | (b)(6) | (b)(6) | (b)(6) |
| | San Tan Valley | AZ | Arizona | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Dalton | GA | Georgia | (b)(6) | (b)(6) | (b)(6) |
| | | CA | California | | (b)(6) | (b)(6) |
| | Hemet | CA | California | (b)(6) | (b)(6) | (b)(6) |
| | Hemet | CA | California | (b)(6) | (b)(6) | (b)(6) |
| (b)(6) | half moon bay | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Norwegian Cruise Line | IA | 712 | 5809999 | 10/16/2012 | 06/02/2011 |
| Norwegian Cruise Lines | IA | 712 | 5809999 | 10/17/2012 | 06/02/2011 |
| Norwegian Cruise Lines | | | | 10/22/2012 | 06/01/2011 |
| Norwegian Cruise Lines | | | | 10/23/2012 | 06/01/2011 |
| Norwegian cruise line | | | | 11/27/2012 | 08/11/2011 |
| Norwegian Cruise Lines | | 416 | 9810001 | 02/19/2013 | 08/11/2011 |
| Norwegian Cruise Lines | | | | 03/08/2013 | 10/06/2011 |
| Norwegian Cruise Lines | | | | 03/15/2013 | 10/06/2011 |
| Norwegian Cruise Lines | | | | 03/28/2013 | 06/07/2011 |
| Norwegian Cruise Lines | IA | 712 | 5809999 | 04/03/2013 | 06/06/2011 |
| Norwegian Cruise Line | IA | 712 | 5809999 | 04/11/2013 | 06/08/2011 |
| Norwegian Cruise Lines | | | | 05/02/2013 | 06/08/2011 |
| Norwegian Cruise Lines | | | | 06/04/2013 | 08/12/2011 |
| Norwegian Cruise Lines | | 416 | 9810001 | 07/18/2013 | 08/16/2011 |
| Norwegian Cruise Line | IA | 712 | 5809999 | 10/17/2013 | 06/08/2011 |
| Norwegian Cruise lines | | | | 10/17/2013 | 06/09/2011 |
| Norwegian Cruise Line | IA | 712 | 5809999 | 11/16/2013 | 06/10/2011 |
| Norwegian Cruise Line | IA | 712 | 5809999 | 11/30/2013 | 06/10/2011 |
| Norwegian Cruise Line | | | 00000000000 | 12/05/2013 | 06/10/2011 |

| | | | | |
|---|---|---|---|---|
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/16/2012 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/17/2012 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/22/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 10/23/2012 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/27/2012 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 02/19/2013 | 20:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/08/2013 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/15/2013 | 09:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/27/2013 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | IVR | 04/03/2013 | 00:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 04/11/2013 | 11:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 05/01/2013 | 10:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 06/04/2013 | 09:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 07/17/2013 | 15:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/17/2013 | 16:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 10/17/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/16/2013 | 12:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 11/25/2013 | 13:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 12/05/2013 | 00:00:00 |

| | | | |
|---|---|---|---|
| Another "you have just been selected" scam | No | Yes | Yes |
| | No | Yes | No |
| | Yes | No | Don't Know or choose not to answer |
| | Yes | No | Yes |
| | No | Yes | No |
| | No | Yes | No |
| This was a robo call. I do not have caller ID on my land line, so I was not able to provide you with a phone number. There was an option to opt out, but the call never should have been received in the first place, since we've been on the DNC list for years, and it is no pleasure to run across the house to pick up the phone before the answering machine in the office downstairs kicks in in order to get a commercial advertising call. | No | Yes | Yes |
| | No | Yes | No |
| I do not have caller ID. Recorded message which I hung up rather than talk to someone live in order to request no future contact. | No | Yes | No |
| | No | Yes | No |
| This is the 2nd time this company has called my mobile phone. | No | Yes | No |
| I haved received several calls from Norwegian Cruise lines over the past few weeks. I continually ask them to remove me from their call list, but the calls persist. | No | Yes | Yes |
| | No | Yes | Yes |
| This is the second time they have called and are now trying to hide their phone number to prevent me from blocking it.   First call from 416 981 0001 received  11:42 am Tuesday, 8-10-2011   Norwegian Cruise Lines | No | Yes | Yes |
| | No | No | Yes |
| | No | Yes | Don't Know or choose not to answer |
| | No | Yes | Yes |
| | No | Yes | Yes |
| | No | Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 31029143 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |
| 31033324 | National Do Not Call Registry | Y | (b)(6) | (b)(6) | (b)(6) |

| | | | | | |
|---|---|---|---|---|---|
| Zion | IL | Illinois | (b)(6) | (b)(6) | (b)(6) |
| Vallejo | CA | California | (b)(6) | (b)(6) | (b)(6) |

| | | | | |
|---|---|---|---|---|
| Norwegian Cruise Lines | | | 02/24/2014 | 06/10/2011 |
| Norwegian Cruise Line  IA | 712 | 5809999 | 03/19/2014 | 06/10/2011 |

| National Do Not Call Registry | National Do Not Call Registry | Web | 02/23/2014 | 14:00:00 |
| National Do Not Call Registry | National Do Not Call Registry | Web | 03/19/2014 | 00:00:00 |

|  | No | Yes | No |
|---|---|---|---|
| Get a pre recorded message and It says to be off the list press number 2. After pressing number 2 it says my number will be removed from the list immediatley.  Well I am still on the list and I opted out a number of times. | No | Yes | Yes |

**As a Consumer Sentinel Network member, you must properly protect any information printed, downloaded, or otherwise removed from the Network as stated in OMB Memo M-06-16. Please delete or destroy this information within 90 days unless its use is still required for law enforcement purposes. When destroying the information you should burn, pulverize, or shred the information saved in paper format and destroy or erase information that has been saved electronically so that it cannot practicably be read or reconstructed. Proper erasure of electronic**

# Exhibit L

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION
3    Philip Charvat on behalf of himself and others
     similarly situated,
4
           Plaintiffs,
5
       vs.                        No. 1:12-cv-5746
6
     Elizabeth Valente, Resort Marketing Group, Inc.,
7    Travel Service Network, Inc., TSN Marketing LLC,
     Carnival Corporation & PLC, Royal Caribbean Cruises,
8    Ltd., Norwegian Cruise Lines Holding, Ltd.,
9          Defendants.
                                                /
10
11              The videotaped discovery deposition of
12   BETH VALENTE, taken in the above-entitled case, on the
13   7th day of February, 2014, at 9:08 o'clock a.m. at the
14   offices of Swanson, Martin & Bell, 330 North Wabash,
15   Suite 3300, Chicago, Illinois, pursuant to agreement of
16   counsel.
17
18   Reported by:  Karyn H. Chalem, RPR, CSR
     License No.:  084-004167
19
20
21
22
23
24

Page 2

```
1  A P P E A R A N C E S
2    BURKE LAW OFFICES
       155 North Michigan Avenue
3      Suite 9020
       Chicago, Illinois  60601
4    BY:  ALEXANDER H. BURKE
       (312) 729-5288
5    aburke@burkelawllc.com
       On behalf of the Plaintiffs;
6
     BRODERICK LAW
7      125 Summer Street
       10th Floor
8      Boston, Massachusetts  02110
     BY:  EDWARD A. BRODERICK
9      (617) 738-7080
     ted@broderick-law.com
10      On behalf of the Plaintiffs;
11   SWANSON, MARTIN & BELL
       330 North Wabash
12     Suite 3300
       Chicago, Illinois  60611
13   BY:  JEFFREY BECKER
       (312) 321-8425
14   jbecker@smbtrials.com
       On behalf of the Defendant Carnival;
15
     STARR, BIJGIERT, ZINK & ROWELLS
16     35 East Wacker Drive
       Suite 1870
17     Chicago, Illinois  60601
     BY:  MICHAEL ZINK
18     (312) 346-9420
     sbzrlaw@gmailcom
19      On behalf of Defendants
         Resort Marketing Group,
20       Beth Valente and the Witness;
21
22
23
24
```

Page 3

```
1  A P P E A R A N C E S (continued):
2    FOREMAN FRIEDMAN
       2 South Biscayne Boulevard
3      Suite 2300
       Miami, Florida  33131
4    BY:  CATHERINE J. MacIVOR
         JEFFREY E. FOREMAN
5      (305) 358-6555
       cmacivor@fflegal.com
6      jforeman@fflegal.com
         On behalf of the Defendants
7          Royal Caribbean and Norwegian.
8
9  Also Present:
10   PHIL CHARVET (telephonically)
     DARREN WATTS (partial proceeding)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
1            I N D E X
2  WITNESS:                    PAGE:
3  BETH VALENTE
4    Examination by Mr. Broderick      6
     Examination by Mr. Becker       231
5    Examination by Ms. MacIvor      238
     Re-Examination by Mr. Becker    246
6
7  EXHIBITS:
8    Exhibit G   Letter dated 7-17-13    106
9    Exhibit H   Declaration of R. Borst  125
10   Exhibit I   Letter dated 2-27-14    142
11   Exhibit J   Memo screen shot        145
12   Exhibit K   123freetravel.com screen
                   shot             148
13
     Exhibit L   Resort Marketing Group
14                 non-registration letter  151
15   Exhibit M   Letter dated 2-7-14     209
16   Exhibit N   Letter dated 9-4-12
                   with attachments      212
17
     Exhibit O   Litigation list        224
18
19
     INSTRUCTIONS NOT TO ANSWER:
20
       Page  65
21     Page 195
       Page 205
22
23
24
```

Page 5

```
1        THE VIDEOGRAPHER:  My name is Michael
2  Prager, representing Veritext Legal solutions.  The
3  date today is March 7th, 2014, and the time is
4  approximately 9:08 a.m.
5        This deposition is being held in the
6  office of Swanson, Martin & Bell, located at 330
7  North Wabash, Suite 3300, Chicago, Illinois, 60611.
8        The caption of this case is Philip
9  Charvat versus Elizabeth Valente, et al.  It is in
10 the United States District Court for the Northern
11 District of Illinois, Eastern Division, Case Number
12 1:12-cv-5746.  The name of the witness is Elizabeth
13 Valente.
14        At this time the attorneys will
15 identify themselves and the parties they represent,
16 after which our court reporter, Karyn Chalem of
17 Veritext, will swear in the witness and we can
18 proceed.
19        MR. BRODERICK:  Ted Broderick for the
20 plaintiff Phillip Charvat.  And with me is Alex
21 Burke.  He doesn't have a microphone.
22        MR. ZINK:  Michael Zink for Elizabeth
23 Valente and Resort Marketing Group.
24        MR. BECKER:  Jeffrey Becker for
```

2 (Pages 2 - 5)

Page 6

1  Carnival Corporation and PLC.
2       MS. MacIVOR:  Catherine MacIvor on
3  behalf of Royal Caribbean and Norwegian Cruise
4  Lines.
5       MR. FOREMAN:  Jeffrey Foreman on behalf
6  of Royal Caribbean and Norwegian Cruise Lines.
7       MR. BRODERICK:  Okay.  Ms. Valente,
8  we --
9       MR. BECKER:  We also have on the
10 telephone Philip Charvat listening in.
11      THE REPORTER:  Will you raise your
12 right hand, please.
13      (Witness sworn.)
14          BETH VALENTE,
15 called as a witness herein, having been first duly
16 sworn, was examined and testified as follows:
17      THE WITNESS:  Yes, I do.
18          EXAMINATION
19 BY MR. BRODERICK:
20  Q.  Ms. Valente, we've met before and I know
21 you've sat through a lot of instructions on how
22 depositions go.  The only ground rule I
23 particularly care about is just let me finish my
24 question, rather than anticipate that it's going to

Page 7

1  come, so that the court reporter can take down
2  both -- both the question and the answer.
3       Could you state your full name and address
4  for the record.
5   A.  Beth Valente.  228 North 1st Street in
6  Geneva, Illinois.
7   Q.  And could you --
8   A.  Elizabeth Valente.  Sorry.
9   Q.  That's okay.
10      And could you give me your educational
11 background.
12  A.  Yes.
13  Q.  Starting after high school.
14  A.  I have some college.
15  Q.  Okay.  Where -- where did you go?
16  A.  Northern Illinois.  And then I went to a
17 vocational school for travel.
18  Q.  And what was the vocational school -- well,
19 first of all, what did you study at Northern
20 Illinois?
21  A.  Business classes.
22  Q.  And then what was the vocational school you
23 went to?
24  A.  It was called Getaway Travel School in Elgin.

Page 8

1   Q.  Elgin, Illinois?
2   A.  Illinois, yeah.  Sorry.
3   Q.  And how about your work history after
4  vacation -- vocational school?
5   A.  Are you saying --
6   Q.  Like could you just run through the jobs
7  that you held?
8   A.  Yes.
9       Okay.  So I have been in my -- in my own
10 business after the travel school and had a travel
11 agency called Travel Service Network.
12  Q.  And when did you get out of vocational
13 school?
14  A.  I think it was '92 or '93.
15  Q.  And was Travel Service Network a
16 corporation?
17  A.  Yes, it was.
18  Q.  An Illinois corporation?
19  A.  Yes.
20  Q.  Is that corporation still in existence?
21  A.  No.
22  Q.  When did it close?
23  A.  It filed bankruptcy in 2004.
24  Q.  And what were the business reasons that you

Page 9

1  had to file bankruptcy in 2004?
2   A.  2001, the September 11th was very difficult
3  on the travel industry, so that's -- it was
4  basically financial.
5   Q.  And was that bankruptcy -- did you get a
6  full discharge in that bankruptcy?
7   A.  Yes.
8   Q.  And was that only for Travel Service
9  Network?
10  A.  Yes.
11  Q.  Did you file for personal bankruptcy at that
12 time, too?
13  A.  No.
14  Q.  And did you have any other corporations that
15 also filed for bankruptcy?
16  A.  No.
17  Q.  And after Travel Service Network, under what
18 corporate entity did you do business?
19  A.  I have not owned a business since Travel
20 Service Network.
21  Q.  Who owns the business that operates your
22 current travel agency?
23  A.  I don't know all of the ones that you do know?
24  Q.  Can you give me the ones that you do know?

3 (Pages 6 - 9)

1    A. I do -- yes, I can. Terry Massey, Joe
2  Meadow.
3        The current one, those are the only two that
4  I have -- that I know and have worked with.
5    Q. And what -- what corporation do you -- are
6  they shareholders of?
7    A. I -- I don't know all the corporations they
8  are shareholders of.
9    Q. What is your relationship to Terry Massey?
10   A. I have no relationship.
11   Q. But is -- so is Terry Massey just a friend?
12   A. No.
13       MR. BECKER: Objection to the form.
14       THE WITNESS: Explain what you mean,
15 "relationship."
16       MS. MacIVOR: Join.
17 BY MR. BRODERICK:
18   Q. Well, I mean is it a cousin, a --
19       MR. BECKER: Familial?
20 BY MR. BRODERICK:
21   Q. -- business, you know?
22   A. No.
23   Q. Business associate?
24   A. He's a business associate that I work for and

1  owns the corporation that I work for.
2    Q. And you don't know what corporation -- who
3  is your employer right now?
4    A. The Vacation Club.
5    Q. The Vacation Club?
6    A. Currently.
7    Q. And is that a corporation?
8    A. I believe so, yes.
9    Q. And is that an Illinois corporation?
10   A. I'm not sure.
11   Q. Well, you have a number of -- there have
12 been a number of corporate -- corporations that
13 have -- under which for -- that you've been
14 employed with, and I wanted to try to run through
15 those and just have you explain the relationships
16 between those corporations.
17       So Resort Marketing Group, is that a
18 corporation?
19   A. It is a corporation that I -- that I worked
20 for, correct.
21   Q. That you worked for?
22   A. Correct.
23   Q. You were not a shareholder of Resort
24 Marketing Group?

1    A. No, I was not.
2    Q. Who were the shareholders, to the extent you
3  know, of Resort Marketing Group?
4    A. I don't -- I don't know.
5    Q. Were you ever a shareholder of Resort
6  Marketing Group?
7    A. No.
8    Q. And you've never been a shareholder of The
9  Vacation Club?
10   A. No.
11   Q. How about TSN Travel, Inc.?
12   A. Yes. TSN Travel was a -- I believe an
13 Illinois corporation at the same time that Travel
14 Service Network was, and I was a shareholder in that
15 one.
16   Q. Who else was a shareholder in TSN Travel,
17 Inc.?
18   A. My ex-husband.
19   Q. And what is his name?
20   A. James Valente.
21   Q. Is there anybody else who was a shareholder
22 in that company?
23   A. No. It's dissolved.
24   Q. It's dissolved, TSN Travel, Inc.

1        How about TSN Inter -- or did I --
2  International, Inc.?
3    A. TSN International bought the assets out of
4  bankruptcy and I went to work for them, so I was an
5  employee of them.
6    Q. TSN International, Inc., bought the assets
7  of Travel Service Network, Inc.?
8    A. Correct.
9    Q. And who are the shareholders of TSN
10 International, Inc., if you know?
11   A. I don't know.
12   Q. What about TSN Marketing, LLC?
13   A. I was never employed or a shareholder of that
14 corporation.
15   Q. What was the business function of TSN
16 Marketing, LLC?
17   A. To the best of my knowledge, TSN Marketing,
18 LLC, was a corporation that was a distributor of our
19 vacation club.
20   Q. And what was the business function of TSN
21 International, Inc.?
22   A. It was a vacation club.
23   Q. Did Travel Service Network, Inc., perform
24 all of those functions under one corporate

1 umbrella?
2    A. Yes.
3    Q. Why did you divide -- well, why do you
4 have -- why are -- do you know why all these
5 different corporations are now performing these
6 separate functions?
7    A. I do not.
8    Q. Was that your decision?
9    A. No.
10   Q. Was that the decision of Mr. -- well, is
11 Terry Massey a man or a woman?
12   A. Man.
13   Q. Man. Was that Mr. Massey's decision?
14   A. I don't know.
15   Q. And were there any -- any of your children
16 hold -- were any of your children shareholders in
17 any of these corporations?
18   A. Yes.
19   Q. Which ones?
20   A. Resort Marketing Group.
21   Q. And could you identify which of your
22 children?
23   A. Yes. I have two. Madeline Allerton and
24 Jonathan Allerton. Madeline is -- her name is now

1 Ziegler, but at the time when she...
2    Q. And why were your children shareholders in
3 Resort Marketing Group?
4    A. My children have always worked in the company
5 and they were offered to be part of it and chose to.
6    Q. Mr. Borst testified that -- he understood
7 that you were not a shareholder because it had
8 something to do with your divorce. Is that
9 correct?
10   A. I -- I don't -- I'd have to see his
11 testimony, but I believe he said that.
12   Q. Right, but is it -- is that correct?
13   A. Is what correct?
14   Q. Well, that -- that you had -- that it had
15 something to do with your divorce that you didn't
16 own -- no longer owned shares in the Travel Service
17 Network.
18   A. No, that is not correct.
19   Q. What -- and the reason you said was because
20 of the bankruptcy?
21   A. (No oral response.)
22      THE REPORTER: Yes?
23      THE WITNESS: Yes. Sorry.
24      MR. BRODERICK: Sorry. Yes, you have

1 to say --
2      THE WITNESS: Yep, yep, yep, I knew
3 that.
4      MR. BRODERICK: -- it out loud. It's
5 very natural to nod your head, but...
6 BY MR. BRODERICK:
7    Q. Have you personally ever been sued for any
8 reason?
9    A. Yes.
10   Q. What was that?
11   A. In what, in response to telemarketing?
12   Q. No, any lawsuit.
13   A. I would have to double-check. I don't think
14 I could list them all.
15   Q. How many lawsuits do you think you've been
16 involved in?
17   A. Less than five.
18   Q. And what were those lawsuits about
19 generally?
20   A. Owing money, foreclosure on a building, or
21 personal guarantee, and not defending a
22 telemarketing lawsuit.
23   Q. Okay. That's three. Can you think of any
24 others?

1    A. The other -- the other ones would be owing
2 money.
3    Q. Owing money.
4    A. Uh-huh.
5    Q. And were these all lawsuits in Illinois?
6    A. No.
7    Q. Where were the lawsuits?
8    A. I -- I don't -- I think all but one were in
9 Illinois.
10   Q. And the one that was not in Illinois, was
11 that the telemarketing lawsuit?
12   A. Yes.
13   Q. And where was that?
14   A. Pennsylvania.
15   Q. Was that brought by a man named Stewart
16 Abramson?
17   A. Yes.
18   Q. Okay. Can you -- who -- did you have a
19 lawyer in the cases where you were -- where you
20 owed money?
21   A. No.
22   Q. So you've always represented yourself?
23   A. Yes.
24   Q. Did you file an appearance in those

Page 18

1  lawsuits?
2     A.  No, other than this one.  I guess I -- I
3  didn't -- I should clarify.  This lawsuit I didn't
4  add to that list.
5     Q.  No, I understood.
6        So did you default on the cases where you
7  owed money?
8     A.  Yes.
9     Q.  And do you have outstanding judgments
10 against you?
11    A.  Yes.
12    Q.  And did these postdate your bankruptcy in
13 2004?
14    A.  Yes.
15    Q.  Had you --
16    A.  Let me clarify.  It wasn't my bankruptcy, but
17 the company's bankruptcy.
18    Q.  The company's bankrupt, of course.
19       Had you been sued prior to Travel Service
20 Network, Inc., declaring bankruptcy?
21    A.  No.
22       (Off record discussion.)
23 BY MR. BRODERICK:
24    Q.  And did any creditors file objections in the

Page 19

1  bankruptcy of Travel Service Network?
2     A.  No.  Maybe the IRS, but I don't know on that.
3     Q.  Was Travel Service Network, Inc., ever sued
4  by the IRS?
5     A.  No.
6     Q.  Were there tax liens against Travel Service
7  Network, Inc.?
8     A.  Yes.
9     Q.  And about how much were those for, if you
10 remember?
11    A.  I don't remember.
12    Q.  Do you remember on an order of magnitude?
13    A.  I don't.  With regards to the creditors
14 filing exceptions, I -- the attorney would have
15 handled that.
16    Q.  And who was the attorney who represented
17 Travel Service Network in the bankruptcy?
18    A.  Arnstein & Lehr in Chicago.
19    Q.  Could you say it again?
20    A.  Arnstein & Lehr.  I think I'm pronouncing it
21 correctly.
22    Q.  And who was the individual attorney at that
23 firm, if you remember?
24    A.  Oh, geez.

Page 20

1     Q.  I know attorneys are all alike.
2     A.  You know, I'm sorry, I don't -- Bob was --
3  Bob and...
4        (Off record discussion.)
5  BY MR. BRODERICK:
6     Q.  That was a Barry Chatz?
7     A.  That -- that does not recognize.  I don't
8  think I met with him.  He might have been on the
9  phone.
10    Q.  Were you the president of Travel Service
11 Network, Inc.?
12    A.  Yes, I was.
13    Q.  Were you the sole shareholder of Travel
14 Service Network, Inc.?
15    A.  No, my ex-husband.
16    Q.  Your ex-husband was, right.
17       All right.  Have any of these other
18 corporations that we discussed that you have been
19 an employee of since the bankruptcy of Travel
20 Service Network, Inc., been sued to your knowledge
21 other than this lawsuit?
22    A.  No, not to my knowledge.
23    Q.  The Abramson case was -- was that brought
24 against you individually?

Page 21

1     A.  Yes.  And then I believe he had a general of
2  Travel Services, so he didn't have -- and then he
3  listed all of the old ones as well.
4     Q.  And is -- is Travel Services, to your
5  knowledge, is that a registered d/b/a?  Well, are
6  you familiar with the term "d/b/a"?
7     A.  Yes, I am.
8     Q.  Doing business as.  And is that a registered
9  d/b/a of any of the corporations that you've worked
10 for?
11    A.  I don't know.
12    Q.  Have you ever been charged with a crime?
13    A.  Define "crime."
14    Q.  Have you used the word "crime" in your --
15    A.  I -- speeding tickets, that would be --
16    Q.  Only speeding tickets?
17    A.  Only speeding tickets, yes.
18    Q.  Okay.  Have you ever been arrested?
19    A.  No.
20    Q.  Have you ever received any correspondence
21 from the -- the FTC regarding telemarketing?
22       MR. BECKER:  Objection to form.
23       MS. MacIVOR:  Join.
24       THE WITNESS:  I can't recall.

6 (Pages 18 - 21)

Page 22

BY MR. BRODERICK:
1  BY MR. BRODERICK:
2      Q. Or have any of the companies that you have
3  worked for received correspondence from the FTC of
4  any kind?
5      A. I don't know.
6      Q. Do you know -- have you or any of the
7  companies you've worked for received correspondence
8  from the Federal Communications Commission?
9      A. I don't know.
10         MR. BECKER: Can I just make a
11  statement real quick, Ted? Do me --
12         THE WITNESS: Voice? Okay.
13         MR. BECKER: Speak up a little bit
14  because you're soft-spoken your microphone is a
15  little high up. I want to make sure -- and I'm
16  sure he'll tell me that you're not --
17         THE VIDEOGRAPHER: Yeah, she's fine.
18         MR. BECKER: Okay.
19         THE VIDEOGRAPHER: If you could slide
20  yours up a little bit, sir, just because the --
21         MR. BECKER: Well, yours is backwards,
22  Ted. Do you see how it's behind the clip? See if
23  you could flip it so it's -- it will make it
24  easier.

Page 23

1         MS. MacIVOR: I'd also make a statement
2  on the record. I've been joining because we didn't
3  say anything on the record --
4         MR. BRODERICK: Oh, yes, thank you.
5         MS. MacIVOR: -- that we spoke before
6  the deposition and there was an agreement amongst
7  counsel that if one of the defendant's counsel
8  objects, then we will -- that would stand for all
9  defendants.
10         MR. BRODERICK: Agreed.
11         MR. BECKER: I agree with that. It
12  makes it easier.
13         MR. ZINK: Agreed.
14         MR. BRODERICK: Yeah, just makes it
15  faster.
16         MS. MacIVOR: Okay.
17  BY MR. BRODERICK:
18      Q. Have you or any of the companies that you've
19  worked for ever received any correspondence of any
20  kind from a State Attorney General's office?
21      A. Yes.
22      Q. And what -- what -- could you describe that
23  correspondence?
24      A. Do you have an example you can show me?

Page 24

1      Q. I do, but I'm just wondering if there are --
2  I want to make sure that -- if there are any that
3  we might not have, but that you can remember, I
4  wanted to just run through them.
5      A. You know, I can't remember specifics on the
6  letters.
7      Q. Do you remember which Attorney General's
8  office wrote to you?
9      A. Yes. It would be Indiana, Illinois.
10         Okay. Let me just stop -- step back and ask
11  a question. Which company are you talking about?
12      Q. Any of the companies that you've worked for.
13      A. Okay. So you're going broad.
14      Q. Yes.
15      A. Okay. I can't recall them all and what
16  states.
17      Q. You remember Indiana, Illinois.
18         Did you -- are you aware of any letters from
19  the -- from a -- not just an Attorney General, but
20  any government agency in Florida?
21      A. Yes, Florida, uh-huh.
22      Q. And is there anywhere else that you can
23  remember, again, of any government agency writing
24  to you?

Page 25

1      A. As I mentioned, I can't remember them all, so
2  I'm -- I'm sorry.
3      Q. And the bankruptcy of Travel Services
4  Network, Inc., was filed here in Illinois --
5      A. Yeah.
6      Q. -- in federal bankruptcy court?
7         And is that the only bankruptcy of a
8  corporation with which you've been associated?
9      A. Define "associated."
10      Q. In any way, as an employee, a shareholder.
11      A. Employer or shareholder?
12      Q. Yeah.
13      A. Yes.
14      Q. Yes, that's the only one?
15      A. Yes, that's the only one that I'm aware of.
16      Q. And can you tell me broadly, what does --
17  and you say your current -- your current employer
18  is The Vacation Club?
19      A. That is correct.
20      Q. Is that The Vacation Club, Inc.?
21      A. Yes.
22      Q. So you are not employed by Resort Marketing
23  Group?
24      A. No.

7 (Pages 22 - 25)

Page 26

1  Q. Does Resort Marketing Group have any
2  employees right now?
3  A. I don't know.
4  Q. Who would -- you -- obviously you sat in on
5  Mr. Aguilera's deposition, and he talked about
6  managing a room of operators who manned telephones.
7  Do you remember that?
8  A. Correct, uh-huh.
9  Q. Do you know who those people were employed
10 by?
11 A. Resort Marketing? Mr. Aguilera, I believe,
12 said in his deposition yesterday that he currently
13 works for The Vacation Club, but I am not sure who
14 the room is. I'm not sure that he has a room any
15 longer currently.
16 Q. All right. But when he did, do you know who
17 those people were employed by?
18 A. Resort Marketing Group.
19 Q. And were you ever an employee of Resort
20 Marketing Group?
21 A. Yes, I was.
22 Q. Up until what time?
23 A. I can't recall the exact date.
24 Q. Even in a ballpark.

Page 27

1  A. I would say 2012. It's a ballpark.
2  Q. And why did you -- why were you no longer an
3  employee of -- why did you cease being an employee
4  of Resort Marketing Group, if you know?
5  A. It was basically I -- what I do is I help get
6  businesses started up, almost like a consultant, a
7  paid consultant, I guess, and that business no
8  longer needed me.
9  Q. Do you know why they no longer needed you?
10 A. No. They had me focusing on something else.
11 Q. And what was that that you were focusing on?
12 A. Setting up a -- setting up a -- a gold --
13 selling gold is what I concentrated on right after
14 Resort Marketing Group.
15 Q. And who are you selling gold for?
16 A. He -- he was -- Terry Massey was -- is the --
17 is the -- the gentleman that had me concentrate on
18 that, and he is selling gold for a gold mine,
19 getting investors, putting together presentations
20 for that, you know, helping him set up his books,
21 stuff like that.
22 Q. And -- is this selling of gold done under
23 the umbrella of The Vacation Club?
24 A. No.

Page 28

1  Q. What company is that?
2  A. I can't specifically remember the name of the
3  company. I want to say it is Gold Mind, Inc.
4  Q. And are you an employee of Gold Mind, Inc.,
5  if that's the name?
6  A. Yes. Not currently, no.
7  Q. When were you?
8  A. Shortly after Resort Marketing Group, in
9  2012, end of 2012, beginning of 2013.
10 Q. Is Resort Marketing Group an active business
11 to your knowledge?
12 A. I don't believe so, no.
13 Q. Did its closing have anything to do with
14 this lawsuit?
15 A. No.
16 Q. Why did it cease to doing business?
17    MR. BECKER: Objection to form.
18    THE WITNESS: I don't know.
19 BY MR. BRODERICK:
20 Q. Mr. Borst testified essentially that he
21 was -- he had been named as an officer of Resort
22 Marketing Group. Is that correct?
23 A. If I recall in his testimony, I do believe
24 so.

Page 29

1  Q. Do you know why he was named as an officer
2  of that company?
3  A. Because he was running that division. He was
4  the president.
5  Q. Do you know why Mr. Borst said that he was
6  president in name only of that company?
7  A. No, I don't.
8  Q. When you referred to Resort Marketing Group
9  as a division, what did you mean by that?
10 A. It really is -- one of the companies that
11 this group owns.
12 Q. And when you say "this group," I'm just
13 trying to get -- that's what I'm trying to get at,
14 is the relationship between these businesses. So
15 when you say "the group," what are the companies
16 under the group?
17 A. As I mentioned, I don't know them all.
18 Q. And are these -- this group of companies, is
19 it controlled by Terry Massey?
20 A. I don't know who controls the group.
21 Q. But you do not control the group of
22 companies?
23 A. No. I'm just a high capacity manager for
24 them.

8 (Pages 26 - 29)

Page 30

1    Q. Does Mr. Massey work on a day-to-day basis
2 in any of these businesses?
3    A. I don't know.
4    Q. Do you go to the location of The Vacation
5 Club?
6    A. Do I?
7    Q. Yes.
8    A. Yes. Currently I've been taking care of my
9 dad, so it's limited, but, yes, I do.
10    Q. And what is the address of The Vacation
11 Club?
12    A. It is One North River Lane in Geneva,
13 Illinois.
14    Q. How many employees does The Vacation Club
15 have?
16    A. I don't know the amount. I can give you a
17 rough idea.
18    Q. That's fine.
19    A. Okay. Fifteen.
20    Q. And can you tell me what the 15 people
21 are -- what their jobs are?
22    A. I can break down the departments.
23    Q. That's fine.
24    A. Okay. We have a travel fulfillment

Page 31

1 department.
2    Q. Okay. And before you go on, what is -- what
3 does the travel fulfillment department do?
4    A. It is travel agents that fulfill travel.
5    Q. Do they -- are they engaged in any
6 telemarketing?
7    A. Can you define "telemarketing"?
8    Q. Making sales over the telephone.
9    A. Outbound, inbound or...
10    Q. Start with outbound.
11    A. No.
12    Q. How about inbound?
13    A. The members would call them, yes.
14    Q. Are any of those members -- when you say
15 inbound telemarketing -- "inbound," does that
16 include a call, just for definition, does that
17 include a call that would have started with a
18 prerecorded message going to the recipient, who
19 then presses one and a call comes into The Vacation
20 Club?
21    A. Are you asking me how I define "inbound
22 call"?
23    Q. Yes.
24    A. Okay. An inbound call could be a multitude

Page 32

1 of things. It could be someone dialing you, someone
2 pressing one from an automated message, a transfer
3 from another extension, you know, so it -- it isn't
4 just as clear as you said, but that could be one of
5 them.
6    Q. Okay. And to your knowledge, does The
7 Vacation Club use prerecorded messages in its
8 business?
9    A. Yes.
10    Q. And is it still doing that?
11    A. Yes.
12    Q. And where does The Vacation Club get the
13 list of numbers or get the phone numbers that it
14 calls with prerecorded messages?
15    A. They would all -- The Vacation Club is a
16 members-only full service travel agency and it
17 services the members, so they would only be calling
18 out to members, calls such as thank you for
19 renewing, we have a special in Las Vegas, you
20 haven't renewed, happy birthday, those kind of
21 calls.
22    Q. Are any of the outgoing prerecorded messages
23 in an effort to obtain new members for the club?
24    A. No.

Page 33

1    Q. Is the -- are the prerecorded messages
2 placed by The Vacation Club itself?
3    A. Yes.
4    Q. And does The Vacation Club own a dialing
5 system to make those prerecorded messages?
6    A. Through the phone system, yes.
7    Q. And what kind of phone system does The
8 Vacation Club have?
9    A. It's called Asteria.
10    Q. Could you spell that?
11    A. I might butcher it, but it's A-S-T-E-R-I-A, I
12 believe is -- is how it's spelled.
13    Q. Okay. And do you know the -- long shot, you
14 don't know the model that you have or anything?
15    A. I don't, no.
16    Q. And so let's go back to what other
17 departments are there at The Vacation Club.
18    A. Okay. There is customer service.
19    Q. And, sorry, how many -- how many employees
20 would you say work in the fulfillment department?
21    A. Eight.
22    Q. Okay. And now customer service, how many
23 employees would you say?
24    A. One.

9 (Pages 30 - 33)

Page 34

1  Q.  And who is that person?
2  A.  That would be Laura Fernandez.
3  Q.  And was Laura Fernandez previously an
4  employee of Resort Marketing Group?
5  A.  Yes, she was.
6  Q.  What did she do at Resort Marketing Group?
7  A.  I'm not sure of all those jobs that she held,
8  but she definitely was doing customer service for
9  them as well.
10  Q.  And what are her job duties at The Vacation
11  Club currently?
12  A.  It would be helping customers that might call
13  in, members that might call in.
14  Q.  When she was at Resort Marketing Group and
15  she worked in customer service, do you know -- was
16  that her last job at Resort Marketing Group before
17  she went to The Vacation Club?
18  A.  I would say yes.
19  Q.  And if somebody had a complaint about having
20  received a prerecorded message, would Laura
21  Fernandez have been the person to whom that
22  complaint would have been directed?
23  A.  I don't know.
24  Q.  Do you know -- well, do you know if Resort

Page 35

1  Marketing Group ever received complaints about
2  people having received prerecorded messages?
3      MR. BECKER:  Objection to form.
4      THE WITNESS:  I don't know.
5  BY MR. BRODERICK:
6  Q.  Well, you sat through Ms. Compton's
7  deposition, and she said that occasionally people
8  would complain that they had received a phone call.
9  Do you remember that testimony?
10  A.  Yes.
11  Q.  And were you ever made aware of those kinds
12  of complaints when you were at Resort Marketing
13  Group?
14      MR. BECKER:  Objection to form.
15      THE WITNESS:  Define ever receiving a
16  phone call.  Like what type of phone call?
17  BY MR. BRODERICK:
18  Q.  Well, start with a -- first, receiving a
19  prerecorded message.
20  A.  No, I was not aware of those.
21  Q.  You were not aware of anyone ever
22  complaining about getting a prerecorded message?
23  A.  That is correct.
24      MR. BECKER:  The answer was quick.  I'm

Page 36

1  going to object to form.  I'm just not clear as to
2  if you're talking about complaints over the phone
3  or not, Ted.
4      MR. BRODERICK:  I'm sorry?
5      MR. BECKER:  I don't want to do
6  speaking objections.  Are we talking about
7  complaints people made over the telephone?
8      MR. BRODERICK:  I was talking about
9  people having gotten a call and pressing one and
10  complaining, hey, why am I getting this phone call.
11      THE WITNESS:  Right.
12  BY MR. BRODERICK:
13  Q.  And you never heard any complaints about
14  that?
15  A.  Other than this lawsuit, no.
16  Q.  How about Mr. Abramson's lawsuit?
17  A.  Mr. Abramson's lawsuit as well, yeah, after
18  the fact, after the lawsuit was filed.
19  Q.  With respect to the calls that -- the
20  prerecorded messages that mentioned Carnival, Royal
21  Caribbean and Norwegian that are the subject of
22  this case, were those calls placed by Resort
23  Marketing Group?
24  A.  Can you repeat the question?

Page 37

1  Q.  Were the calls -- the prerecorded messages
2  that mentioned Carnival, Royal and Norwegian, the
3  three cruise lines involved in this case, were
4  those calls placed by Resort Marketing Group?
5      MR. BECKER:  Objection to form.
6      THE WITNESS:  Yes.
7  BY MR. BRODERICK:
8  Q.  Was any other -- did any other entity that
9  you've been an employee of or otherwise associated
10  with also place prerecorded messages on behalf --
11  well, I won't say "on behalf" -- that mention
12  Royal, Caribbean or Norwegian Cruise Lines?
13      MS. MacIVOR:  Form.
14      THE WITNESS:  Can you say the question
15  one more time?
16  BY MR. BRODERICK:
17  Q.  We've got prerecorded messages that mention
18  Royal Caribbean and Norwegian Cruise Lines,
19  correct?
20  A.  Who's got?
21  Q.  Well, in this case, that that's what we're
22  addressing.
23  A.  Okay.
24  Q.  And Mr. Aguilera said those calls were

10 (Pages 34 - 37)

Page 38

1 placed by Resort Marketing Group. And what I want
2 to know is: Were other calls placed by other
3 entities that also mentioned Royal Caribbean or
4 Norwegian cruise line in a prerecorded message?
5     A. I mean, there's no way that I can answer
6 that. There's tons of companies out there that
7 could be doing that.
8     Q. I'm talking about the companies that you
9 either worked for or were associated -- you
10 personally were associated with.
11         MR. BECKER: I'm going to object to the
12 form. Go ahead if you know.
13         THE WITNESS: Not that I'm aware of.
14 BY MR. BRODERICK:
15     Q. And to your knowledge, was the
16 correspondence that you could remember from
17 government agencies in Illinois, Indiana and
18 Florida, was that correspondence directed to Resort
19 Marketing Group?
20         MR. BECKER: Objection to form.
21         THE WITNESS: I don't recall. And you
22 also asked it really, really broad, so -- I mean,
23 you said -- in your question, you said any company
24 that I had --

Page 39

1         MR. BRODERICK: That you were
2 affiliated with.
3         THE WITNESS: So even Travel Service
4 Network, you know.
5 BY MR. BRODERICK:
6     Q. Right, and I'm just trying to ask if you
7 remember it being specifically to Resort Marketing
8 Group or if it was to somebody else, but you don't
9 recall, and that's fine.
10     A. I don't recall, right.
11     Q. Do you know when Travel Service Network,
12 Inc., was incorporated?
13     A. Yes. In 1994.
14     Q. And I believe you said -- who were the
15 owners? It was Massey and --
16     A. Of Travel Service Network --
17     Q. Inc.
18     A. Travel Service Network, Inc., was Beth
19 Valente and James Valente.
20     Q. Beth and James.
21         And who were its officers?
22     A. Myself and -- and -- and Jim.
23     Q. And no other officer level employees for
24 Travel Services Network, Inc.?

Page 40

1     A. No.
2     Q. Did Travel Service Network, Inc., have any
3 involvement in prerecorded messages that mention
4 Carnival, Royal or Norwegian?
5         MR. BECKER: I'm sorry, can you repeat
6 the question?
7         THE WITNESS: And I'm going to need to
8 go to the bathroom in -- within five minutes.
9         MR. BRODERICK: We can take a break
10 right now.
11         THE WITNESS: Do you want to do it now?
12         MR. BECKER: Let's go off the record.
13         THE VIDEOGRAPHER: We are going off the
14 record. The time is 9:49 a.m.
15         (Recess taken from 9:49 to 9:55.)
16         THE VIDEOGRAPHER: We are back on the
17 record. The time is 9:55 a.m. Please proceed.
18         MR. BECKER: Do you want to start with
19 the question that you asked?
20         MR. BRODERICK: Yeah, why don't we
21 start there, yeah.
22         THE REPORTER: Do you want it read
23 back?
24         MR. BRODERICK: Please.

Page 41

1         (Following question read back: Did
2 Travel Service Network, Inc., have any involvement
3 in prerecorded messages that mention Carnival,
4 Royal or Norwegian?)
5         THE WITNESS: No.
6 BY MR. BRODERICK:
7     Q. Was Travel Service Network, Inc., ever a
8 defendant in a lawsuit that had anything to do with
9 telemarketing?
10     A. No. Other than this one that got pulled, you
11 know, other than this one.
12     Q. And you may have covered this. We'll just
13 go through it to make sure I didn't miss any of the
14 entities.
15         TSN Travel, Inc., when was that
16 incorporated?
17     A. I don't recall.
18     Q. Who were its owners?
19     A. Jim and I.
20     Q. And you were also -- you and Jim, your
21 ex-husband, were also the officers?
22     A. Correct, uh-huh.
23     Q. What did it do?
24     A. It was a travel incentive company.

11 (Pages 38 - 41)

Page 42

1    Q.  What is the travel incentive in that
2  context?
3    A.  It was where if you -- it's like when you
4  test drive a car, you get a voucher for a trip or a
5  hotel.  That's kind of an example.  You know, car
6  dealers were -- timeshare were a huge customer of
7  ours.
8    Q.  And did TSN Travel, Inc., have any
9  involvement in prerecorded telemarketing?
10   A.  No.
11   Q.  Was it ever a defendant in any lawsuit
12 regarding telemarketing?
13   A.  No.
14   Q.  And is it still in business?
15   A.  No.
16   Q.  Do you know when TSN International was
17 incorporated?
18   A.  I don't know the exact, but I could guess
19 probably around the time of the bankruptcy, so 2004.
20   Q.  Okay.  And who are its owners, or were?
21   A.  I don't know all the -- all the shareholders
22 of that.
23   Q.  But it's not you and your ex-husband?
24   A.  No, it's not me.

Page 43

1    Q.  Do you know who TSN Inter -- well, is TSN
2  International, Inc., still in business?
3    A.  Not -- not to my knowledge.
4    Q.  Who were its owners?
5    A.  The officers?  I was an officer in that and I
6  don't know the rest.
7    Q.  What was your title?
8    A.  I was operations manager.
9    Q.  And what did you do as operations manager?
10   A.  I ran the company.
11   Q.  And what does -- again I apologize.  You may
12 have said this.  What did TSN International, Inc.,
13 do?
14   A.  TSN International, Inc., was a vacation club.
15   Q.  Did TSN International, Inc., have any
16 involvement in prerecorded telemarketing?
17   A.  No.
18   Q.  Were there any lawsuits filed by anyone
19 against Travel Service Network in regard to
20 telemarketing?
21   A.  Against Travel Service Network?
22   Q.  I'm sorry.  TSN International, Inc.
23   A.  No.
24       MR. BECKER:  Except you guys, I think.

Page 44

1        THE WITNESS:  Yeah, you're right.
2  BY MR. BRODERICK:
3    Q.  And TSN Marketing, LLC, when was that
4  incorporated?
5    A.  I don't know.
6    Q.  Who are its owners?
7    A.  I don't know.
8    Q.  Is it still in business?
9    A.  I don't believe so.
10   Q.  Who were its officers?
11   A.  The person that I knew that was associated
12 with that name was Dave Siedler.
13   Q.  Can you spell his last name?
14   A.  Again, not sure this is correct, but
15 S-I-E-D-L-E-R, something like that.
16   Q.  And what did TSN Marketing, LLC, do?
17   A.  I don't know all that they did, but the
18 information that I was familiar with is that they
19 were a distributor of our vacation club.
20   Q.  And what does a distributor -- what is a
21 distributor's role in that context?
22   A.  We are a service company.  When we started in
23 1994, we developed a -- actually of The Vacation
24 Club we started in 1998, we developed a package of

Page 45

1  benefits, such as discounts on hotels.  We had hotel
2  books.  We worked with entertainment for all of the
3  different benefits that entertainment offers.
4        And Access America, I think it's called.
5  Access is what we call it.  We gave them a price
6  match guarantee.  We gave them a five percent
7  discount on -- on travel, on a rebate back.
8        And we're a full service travel agency, so we
9  could book any of the travels, you know, hotels,
10 cars, cruises, tours, bed and breakfast, condos.  A
11 big part of our vacation club was condominiums.  We
12 had a strong network and relationship with RCI and
13 II, which are condominium exchange companies, along
14 with a bunch of other brokers.
15       So what we would do is we put together a
16 package.  That package is what we call our vacation
17 club.  It is the benefits that a member would get.
18 It was sold by distributors.  We did not sell it.
19 They sold our package and -- or our club, and they
20 would have been one of the distributors.
21   Q.  TSN Marketing, LLC?
22   A.  Uh huh.
23   Q.  Did -- was your vacation -- well, was The
24 Vacation Club benefit sold by non-affiliated

12 (Pages 42 - 45)

Page 46

1  distributors as well?
2       MR. BECKER:  Objection to form.
3  BY MR. BRODERICK:
4    Q.  Well, let me put it another way.  Was your
5  vacation club sold by distributors other than TSN
6  Marketing, LLC?
7    A.  Yes.
8    Q.  And who were those distributors?
9    A.  I would say over the 15, 18 -- 15-year span
10 of when we had distributors selling our club, I
11 would say there was 28 to 50 of them.
12   Q.  And can you tell me, how did you get access
13 to these, say, hotel coupon books?
14   A.  Uh-huh, I can.  A few different ways.  One is
15 we would just call the hotel, say we're a membership
16 network and we're interested in giving our members
17 discounts to your hotel.
18      Another way is we would just enter into a
19 contract with entertainment -- or Access, which
20 gives -- they -- they go out and get all these hotel
21 discounts, and we just give them to our member.
22   Q.  And under --
23      MR. BECKER:  I'm sorry, were -- I was
24 writing.  Were you done with your answer?

Page 47

1       THE WITNESS:  Yes, uh-huh.
2       MR. BECKER:  Okay.
3       THE WITNESS:  In hotels I was done.
4  BY MR. BRODERICK:
5    Q.  Under this example of a -- making a contract
6  with Access, what did the vacation -- what did your
7  vacation club have to agree to do under that
8  contract in order to be able to provide those
9  benefits?
10   A.  With -- we had to sign into a -- a contract
11 with entertainment, for example, or Access, that
12 basically says we're giving you -- you are able to
13 put your books in your club or on our website.
14   Q.  But did you have to -- did you have any
15 obligations to them to buy a certain number of
16 these packages, book a certain number of -- of --
17   A.  Yeah, that's a good question.  I'm not
18 positive, but I do think we had to buy like a
19 hundred books, a minimum of a hundred.
20      I mean, yes, there was a minimum and I'm
21 pretty sure it was a hundred.
22   Q.  Is there an entity named The Marketing
23 Group?
24   A.  Yes.

Page 48

1    Q.  And what is that?
2    A.  It is a web design and SEO company.
3    Q.  What is an SEO company?
4    A.  Sorry.  Search engine optimization and Google
5  words and program -- it's a technology company.
6    Q.  And when was it incorporated?
7    A.  I don't know.
8    Q.  Who are its owners?
9    A.  I don't know the owners, all of the owners.
10   Q.  Do you know who its officers are?
11   A.  Yes.  I don't know that I know them all, but
12 I am an officer.  I believe Della is an officer.
13   Q.  I'm sorry, who?
14   A.  Della Deutsche.
15   Q.  Deutsche?
16   A.  Uh-huh, is an officer.
17      The Marketing Group does no telemarketing.
18   Q.  And it does no telemarketing.
19      Has it ever been sued to your knowledge?
20   A.  No, not to my knowledge.
21   Q.  And to your knowledge, is that still in
22 business?
23   A.  Yes.
24   Q.  Are there any companies that I haven't

Page 49

1  mentioned that you are associated with either as a
2  consultant or an employee, associated in any way?
3    A.  Oh, man.
4       Can you list the names that you're --
5    Q.  That we've covered?
6    A.  That you've covered, yes.
7    Q.  Yes.  I know we've covered The Marketing
8  Group; TSN Marketing, LLC; TSN International, Inc.;
9  TSN Travel, Inc.; Travel Service Network, Inc.;
10 Resort Marketing Group, Inc.  And let's see if
11 there's any others that we already had.  The
12 Vacation Club, Inc.
13   A.  Uh-huh.
14   Q.  Something about Gold Mind.
15   A.  Yeah.
16   Q.  And Resort Marketing Group, if I didn't
17 already say that.
18      So are there any others that you can think
19 of?
20   A.  Not that I can think of, no.
21   Q.  In your businesses, do you -- when you refer
22 to "Travel Services" currently, who are you
23 referring to?
24   A.  Currently there is no Travel Services.

13 (Pages 46 - 49)

1   Q. Do you ever -- did Resort Marketing Group
2 ever describe itself as Travel Services?
3   A. Yes.
4   Q. And did Travel Services include any of these
5 other companies, when you used it as a shorthand?
6   A. No.
7   Q. So when you say "Travel Services," is it
8 okay if I say that's a shorthand for Resort
9 Marketing Group?
10   A. Correct.
11   Q. And Mr. Borst said he wasn't really -- well,
12 I believe he said he wasn't really the president of
13 Resort Marketing Group.
14       MS. MacIVOR: Form.
15 BY MR. BRODERICK:
16   Q. Is that -- was -- well, strike that.
17       Did Mr. Borst run Resort Marketing Group?
18   A. Yes, he did.
19   Q. Did anybody else have a leadership role at
20 Resort Marketing Group?
21   A. Myself.
22       MR. BECKER: Objection to form, to
23 "leadership."
24       THE WITNESS: Oh, yeah.

1       MR. BRODERICK: An executive role.
2       THE WITNESS: Can you define
3 "executive" -- what you mean by "executive"?
4 Decision making or...
5       MR. BRODERICK: Decision making.
6       THE WITNESS: That would be myself and
7 Rich Borst.
8 BY MR. BRODERICK:
9   Q. Did Mr. Borst report to you working at
10 Resort Marketing Group?
11   A. Yes, he did.
12   Q. Were you -- what was your title at Resort
13 Marketing Group?
14   A. Operations manager.
15   Q. Were you chief executive officer or anything
16 like that?
17   A. No.
18   Q. Did you notify Mr. Borst that he was listed
19 as president of Resort Marketing Group?
20   A. Yes, I did.
21   Q. Is he still listed as president of Resort
22 Marketing Group?
23   A. I have no idea.
24   Q. Can you tell me how Resort Marketing Group

1 booked people for travel on cruises for Carnival,
2 Royal and Norwegian?
3   A. How -- explain what you want me to --
4   Q. Well, when prerecorded messages went out
5 that mention you've won a free cruise on Royal,
6 Carnival or Norwegian, the person would press one
7 and then your operator would answer the phone,
8 correct?
9   A. Correct.
10   Q. And what I'm trying to get at is: And you
11 would book these people, did you have a -- as with
12 the hotel coupons, did you have a block of
13 potential berths on cruises that you were entitled
14 to sell?
15       MR. BECKER: Objection to form.
16       THE WITNESS: You gave a long question.
17 Can I break it down?
18       MR. BRODERICK: Absolutely.
19       THE WITNESS: Okay. First of all, the
20 people on the phone did not book the cruises.
21 There was a process that went -- then it went to
22 the travel fulfillment.
23 BY MR. BRODERICK:
24   Q. Okay. So if -- let's say I'm somebody who

1 got a prerecorded message that played the
2 announcement mentioning the three cruise lines. If
3 I press one, I get on the phone with an operator.
4   A. Uh-huh.
5   Q. Tell me what that operator does that I first
6 talk to.
7   A. Prior to you being called, you would have
8 filled out a -- a form, whether it's on an internet,
9 on a pop-up, on a -- at a trade show, and you would
10 have asked to have information about a -- discount
11 travel is usually what it was.
12       Then you would be put into the dialer. You
13 would have been called. You would have had the
14 chance to press two if you did not want to be called
15 or press -- again, or press one. You would have
16 been transferred to an operator. The operator would
17 have read the script of whatever promotion that we
18 were doing at the time.
19       Then if you were interested, you would give
20 the operator your name, address, phone number,
21 credit card. You would be transferred to
22 verification. Verification would then read a script
23 for you, a verification script. And that
24 verification script would detail everything. Your

14 (Pages 50 - 53)

1  credit card would be ran. An e-mail would have been
2  sent out to you along with a package with all the
3  information of whatever promotion you purchased.
4      Am I going too fast?
5  Q. No.
6  A. Okay. And then you would then fill out your
7  reservation form. It would be sent to us and an
8  agent would call you to book your cruise or tour or
9  hotel, whichever promotion you booked.
10  Q. Okay. When I --
11  A. And --
12  Q. Sorry, go ahead. Keep going.
13  A. So anyone that booked a promotion or
14  bought -- purchased a promotion was also given the
15  trial membership. The whole purpose of our business
16  from day one has always been to get members for our
17  vacation club.
18  Q. Is there a monthly fee for the vacation
19  club?
20  A. No.
21  Q. There's no fee at all?
22  A. There's an annual fee.
23  Q. Okay. What is the annual fee?
24  A. $199. 189 to -- it's been 179 to 199,

1  depending on when you purchased.
2  Q. And on these promotions that started with a
3  prerecorded message -- well, did you say you were
4  giving a six-month free trial membership?
5  A. Correct.
6  Q. Were people automatically signed up for
7  renewal after the six months on their credit card?
8  A. No.
9  Q. But you would call them again and try to get
10  them to sign up, correct?
11  A. Yes.
12  Q. And how did you -- how were you able to
13  offer the promotion for the cruise at -- at such a
14  low rate?
15      MR. BECKER: Objection to form.
16      THE WITNESS: Okay. All of our
17  promotions are offered at a low rate, and it's --
18  we consider it as an incentive to bring them into
19  the membership.
20      A couple things. It's a marketing
21  expense, I guess, is probably the easiest way to --
22  incentive or marketing expense to bring them into
23  our club.
24  /////

1  BY MR. BRODERICK:
2  Q. How much did the cruises cost Resort
3  Marketing Group?
4      MR. BECKER: Objection to form.
5      THE WITNESS: I would -- I mean, they
6  ranged on a multitude of -- of criteria, I guess,
7  options.
8  BY MR. BRODERICK:
9  Q. Well, was Resort Marketing Group paying the
10  same price for a cruise that I would pay if I
11  booked it directly with the cruise line?
12  A. Again, it depends on what date, what
13  itinerary, out of what -- I mean, there's so -- I
14  can't answer that. There's so many different
15  options or criteria that would allow me to answer
16  that.
17  Q. Well, but I'm asking just generally were you
18  paying full retail price on these cruises?
19  A. Many times.
20  Q. Were you ever paying a discounted rate?
21  A. A discounted rate? Explain.
22  Q. Rate for the cruises.
23  A. We might have a net rate.
24  Q. What is a net rate?

1  A. A net rate would be a rate based on -- and
2  it's not just us. A lot of travel agencies have
3  this, but a net rate based on volume discount, I
4  guess. I'm not sure what -- how they describe net
5  rates, but that's how I think of it.
6  Q. Did you have correspondence with any of the
7  cruise lines regarding your possible volume
8  discounts?
9      MR. BECKER: Objection to form.
10      THE WITNESS: I believe there are some
11  net rate correspondence.
12  BY MR. BRODERICK:
13  Q. How did you -- whatever correspondence you
14  would have with Carnival, Norwegian or Royal, how
15  would you communicate with them? Was it by e-mail
16  or letter?
17  A. Both.
18      And not all -- not all of the cruise lines in
19  this defendant did we have that with.
20  Q. Okay. Which ones did you communicate with?
21  A. You know, I can't tell. I just don't know
22  that I did it with all. I do know we did not
23  with -- with Norwegian cruise line.
24  Q. If somebody got the promotion, would the

15 (Pages 54 - 57)

Page 58

1  person who received the prerecorded call -- did
2  they have the option to select which cruise line
3  they would go on?
4         MR. BECKER:  Objection to form first,
5  but go on.
6         THE WITNESS:  Can you repeat the
7  question?
8  BY MR. BRODERICK:
9    Q.  Well, if -- if -- again, if I got the
10  prerecorded call, I pressed one, I talked to the
11  operator, I get passed to the fulfillment
12  department and I get an e-mail saying and I booked
13  a cruise, could I pick which cruise line I would go
14  on?
15         MR. BECKER:  I'm going to object to the
16  form of the question again, but...
17         THE WITNESS:  Okay.  So number one, if
18  you purchased the cruise, you would become a member
19  immediately, you have the trial membership, so --
20  and once you're a member, you're always a member,
21  whether you're active or inactive.
22         So in answer to your question, yes.
23  Everything that we do as travel agents is for the
24  consumer.  So you are our member, you are our

Page 59

1  consumer, so that you would always have a choice of
2  which cruise line you want to go on or which hotel
3  you want to stay at.  We're there to serve the
4  member.
5  BY MR. BRODERICK:
6    Q.  I could pick any cruise line at that
7  promotional rate?
8    A.  Not at the same rate.
9    Q.  But doesn't your -- doesn't the message --
10  well, I understood Mr. Aguilera's testimony to say
11  the cruises were offered for fees and taxes and
12  that was all you had to pay.  You've been selected
13  to win a free cruise.
14         MR. ZINK:  Object to the form.
15         MS. MacIVOR:  Form.
16         THE WITNESS:  Is there a question?
17  BY MR. BRODERICK:
18    Q.  Well, there were some messages that said
19  congratulations, prerecorded messages that said
20  congratulations, you've been selected to win a free
21  cruise, correct?
22    A.  I would have to see or hear the -- the -- all
23  of the messages to be able to answer that.
24    Q.  Well, do you remember Mr. Aguilera's

Page 60

1  testimony, where he talked about and there was a
2  lot of questioning about that the cruise was booked
3  only for fees and taxes?
4         MR. BECKER:  Objection to form.
5         MS. MacIVOR:  Form.
6  BY MR. BRODERICK:
7    Q.  Do you remember that?
8    A.  I remember him saying that, yes.
9    Q.  Was he inaccurate in that testimony?
10         MS. MacIVOR:  Form.
11         THE WITNESS:  From his division, that
12  is all they did, was collect the taxes and fees for
13  the trip.
14  BY MR. BRODERICK:
15    Q.  And what are those taxes and fees?  Can you
16  just explain what they are?
17    A.  Yes.  I can explain that it is a multitude of
18  different itineraries that we may offer.  Those
19  taxes and fees are -- are not decided by us.
20  They're decided by the government.
21    Q.  Okay.
22    A.  Or, you know, or whoever -- the ports or the
23  hotel occupancy fees which might be State.  I guess
24  it's government still.

Page 61

1    Q.  But if I -- if the person has not yet booked
2  the cruise, you're still -- you're collecting in
3  advance port fees?
4    A.  We are -- not port fees, no.
5    Q.  What taxes?
6         MR. BURKE:  Did you say "port" or
7  "court"?
8         MR. BRODERICK:  Port.
9         MR. BURKE:  Port.
10         MR. BECKER:  Like a port for cruises,
11  P-O-R-T.
12         THE WITNESS:  Right.  We do not,
13  because, number one, we do not -- I'm going to
14  answer in a complete sentence.  We do not collect
15  the port fees at the time of the sale.  We only
16  collect the port fees at the time of the booking if
17  they go on a cruise.  Many of these trips they do
18  not go on, just like many people don't -- buy a gym
19  membership and don't use it.
20         So they always have access.  They have
21  18 months to use the package.  When they get ready
22  to travel, we would then -- and they tell us where
23  they actually want to go, we will then find out
24  what the fees are.  If they're not interested in --

16 (Pages 58 - 61)

1 if they're interested in upgrading -- we have some
2 people that may buy a condominium, but go on a
3 cruise. We have people that might buy a cruise
4 package and want to go on a condominium. So all of
5 that is not known on the sales side.
6　　　We collect an average of what the fees
7 could be, and the remainder is paid whenever they
8 book whichever vacation they book.
9 BY MR. BRODERICK:
10　Q. And was that average -- I believe
11 Mr. Aguilera said it was -- the average was around
12 $200. Is that correct?
13　A. The average is anywhere from 93 to $99 a
14 person.
15　Q. So you charge -- so the person's credit card
16 would get charged 200 -- or $99 or $200?
17　A. 99, yeah. Well, a total of 198 I think is
18 the most that we ever charged.
19　Q. But that's at the time they're signed up,
20 correct?
21　A. At the time when they purchased the
22 promotion.
23　Q. Is that refunded if they don't in fact go on
24 the cruise?

1　A. No, just like a gym membership would not be
2 refunded if you don't use the gym.
3　Q. Were those ever paid over -- so if somebody
4 doesn't go on a cruise, was that paid over to any
5 government agency or...
6　A. Again, we don't pay the government agencies.
7 It's whichever tour vendor or cruise line that we
8 might book with --
9　Q. No, but I'm talking about if --
10　A. -- or hotel.
11　Q. I'm talking about cruises that aren't
12 booked. Somebody hasn't used it, like an unused
13 gym membership.
14　A. Right. So for example, as I said, after the
15 sale, they'd receive a package. It is up them to
16 send in the reservation form, and at which time we
17 will call them and book their trip. Depending on
18 where they want to book, that is when everything is
19 paid.
20　Q. Well, I thought you said you charge 99 -- or
21 $200 at the time they buy the promotion.
22　A. That is correct.
23　Q. Correct?
24　　　That money is not paid over to any

1 government agency if they don't book, correct?
2　A. First of all, we don't pay the government
3 agency. It would be whoever we book through that
4 would be required to do that.
5　Q. Yeah, but if you have not booked through
6 anybody, that 99 or 200 dollar initial charge does
7 not get passed on to anybody as fees or taxes,
8 correct?
9　A. It is held for the client, waiting for the
10 client to come in and redeem. If the client does
11 not travel, just like a gym membership, that money
12 is not refunded.
13　　　(Off record discussion.)
14 BY MR. BRODERICK:
15　Q. Do you have an escrow account?
16　A. No. It goes --
17　　　MR. BECKER: I'm going to object to
18 form just -- and we're getting far afield of a
19 telemarketing or robocall -- specifically a
20 robocall case, but if you want to keep going on
21 this line, that's fine. I just think --
22　　　MR. BRODERICK: I do.
23　　　MR. BECKER: -- we're moving in a weird
24 spot here.

1　　　THE WITNESS: Okay. It's not -- it's
2 held in an operating account. It goes to our
3 operating account. We pay the expenses. There's a
4 large amount of breakage, where people do not call
5 back.
6　　　MS. MacIVOR: I need to take a break.
7　　　THE WITNESS: Okay.
8　　　MR. BRODERICK: Okay.
9　　　THE VIDEOGRAPHER: We are going off the
10 record. The time is 10:25 a.m.
11　　　(Recess taken from 10:25 to 10:34.)
12　　　THE VIDEOGRAPHER: We are back on the
13 record. The time is 10:34 a.m. Please proceed.
14　　　MR. ZINK: Before we proceed, I would
15 request -- I'm moving for a protective order
16 pursuant to the questioning that is currently
17 occurring as to my client pursuant to Rule 26. The
18 questions that are being asked are not likely to
19 lead to any information that would support the
20 claims that are currently in the plaintiff's
21 complaint, so I am going to instruct my client not
22 to answer any further questions down this line of
23 questioning, if there are any further.
24　　　MR. BRODERICK: Well, that -- if you

17 (Pages 62 - 65)

Page 66

1　want to suspend the deposition and actually move
2　for a protective order, you're free to do that.
3　It's relevant to the counterclaim, for one thing,
4　and it's relevant to the --
5　　　　MR. ZINK: Can you identify
6　specifically where in the counterclaim it's
7　relevant, this line of questioning?
8　　　　MR. BRODERICK: If a call is illegal --
9　if you're -- if you're recording a call that you
10　believe could be evidence of an illegal call or a
11　fraudulent misrepresentation, there's an exception
12　to the wiretap statute, so it's directly relevant
13　to that.
14　　　　MR. ZINK: Where is the fraudulent
15　misrepresentation that --
16　　　　MR. BRODERICK: These are taxes or
17　fees, and what is -- are you instructing on the
18　basis of a privilege?
19　　　　MR. ZINK: There's no --
20　　　　MR. BRODERICK: There's no privilege
21　here. There's no privilege.
22　　　　MR. ZINK: I'm not -- I'm not
23　instructing on the basis of privilege. I'm
24　instructing on the basis that --

Page 67

1　　　　MR. BRODERICK: That's the only basis
2　for an appropriate instruction not to answer.
3　　　　MR. ZINK: No, it's not, especially
4　under Rule 26, which specifically restricts the
5　information -- specifically restricts the
6　information to the allegations of the complaint.
7　That is what you're -- that is the line of
8　questioning which -- and of course the underlying
9　complaint here has to do with the TCPA. These
10　questions have nothing to do with the TCPA
11　allegations in the complaint.
12　　　　MR. BRODERICK: They go directly to the
13　wiretap counterclaim that your client filed. And
14　your option is to adjourn the deposition and seek a
15　protective order, but it is entirely inappropriate
16　to instruct a witness not to answer on anything
17　other than the basis of a privilege.
18　　　　MR. FOREMAN: I respectfully disagree
19　with that. There is -- you can move for protective
20　order on the record on a specific topic and
21　continue the rest of the deposition and take a
22　motion for protective order up with the Court if
23　the parties can't agree on it. That's the way it
24　works.

Page 68

1　　　　MR. BURKE: No. There's a 7th Circuit
2　opinion on point that says our position, that there
3　is -- it is inappropriate and not allowed to
4　instruct not to answer on any basis other than
5　privilege.
6　　　　MR. FOREMAN: With the exception of a
7　motion for protective order that's made during the
8　course of the deposition. It's also inappropriate
9　to, I guess, go on what would be considered a
10　fishing expedition.
11　　　　MR. BURKE: We're asking questions
12　about the content and veracity of the prerecorded
13　message and telemarketing script. It's directly
14　related to this action.
15　　　　Furthermore, we're asking questions
16　about what happened to this money that was
17　collected. Did it go to cruise lines, where did it
18　go? And that also is relevant to issues having to
19　do with vicarious liability on the merits of the
20　case.
21　　　　MR. BECKER: May I make a comment on
22　behalf of Carnival. If you'd like to ask a
23　question of whether any money that was collected
24　would go to the cruise lines during that portion of

Page 69

1　the call, Ted, I would be fine with that. If we
2　could then -- Alex, let me finish. I'm not making
3　any pauses to give you an indication I'm done
4　speaking yet.
5　　　　If there's a way that you could move
6　away from this line of questioning and save it
7　towards the end of the deposition, so you could ask
8　the remainder of your questions so we could get
9　through as much of the deposition as possible while
10　we're all here today, we could take up the issue of
11　Mike's request for a protective order either with
12　each other amicably or with the magistrate judge or
13　Judge Wood, but my -- my thought is that you've got
14　a lot of pages left in your questions there. If we
15　move away from the issue of where money went for a
16　little while so we could get to questions that we
17　don't have this issue with right now, it would make
18　things move along a lot quicker and we can avoid a
19　situation where we might have to come back or
20　suspend the deposition entirely, you know, an
21　hour-and-a-half into this thing.
22　　　　MR. BURKE: Mr. Becker, what is your
23　objection to this line of questioning of someone
24　who is not your client? What's your stake in the

18 (Pages 66 - 69)

1  game?
2      MR. BECKER: What's my --
3      MR. BURKE: What's your objection?
4      MR. BECKER: Okay. You know what, I'm
5  not going to respond to that. I didn't make an
6  objection just now.
7      MR. BURKE: Oh, no objection?
8      MR. BECKER: Alex? Alex?
9      MR. BURKE: Just wondering.
10     MR. BECKER: You're being videotaped
11 right now while you're interrupting me. I made a
12 recommendation in how we could try to efficiently
13 move through as many questions as Ted has today
14 before we have to go through a long and potentially
15 unamicable dispute with the magistrate judge or
16 Judge Wood on this issue.
17     My thought is let's try to move through
18 the questions that Ted has, where Mike has not
19 posed an objection at this time, and bring up this
20 issue later in the deposition. Maybe we could even
21 find a way to resolve it during a lunch break. I
22 just don't think it makes sense to prolong the
23 issue at this moment when Ted has a lot more
24 questions to ask. It's not an objection. It's a

1  recommendation.
2      MR. BURKE: Okay. So Carnival doesn't
3  have an objection. Did the other cruise lines have
4  an objection to this line of questioning? I'm just
5  wondering for the record.
6      MR. BECKER: To the extent that your
7  client is asking questions that don't pertain to a
8  vicarious liability as to my client, I do object to
9  it.
10     To the extent that your client is going
11 down a line of questioning for which he does not
12 have standing in the case to pursue his claim, has
13 no basis to suggest that the conversation or, more
14 importantly, the robocalls, the actual messages for
15 which he is suing, have anything to do with the,
16 quote, illegal calls that you're talking about
17 right now, I do have an objection.
18     My point, though, at this stage is
19 let's try to move through the deposition because
20 Mike has posed his objection under Rule 26 and his
21 intent to move for a protective order. To me,
22 there's a whole bunch of other questions and lines
23 of questions Ted will have that aren't relevant to
24 this issue and wouldn't be subject to the

1  protective order. I want to try to move through
2  the deposition as efficiently as possible. That's
3  what I'm saying right now.
4      MS. MacIVOR: And to answer Mr. Burke's
5  question, Norwegian and Royal join in Mr. Becker's
6  objection. There's been no purchase -- I think we
7  have gone through a significant number of
8  questions. Your client never purchased anything.
9  There is no standing, I totally concur with
10 Mr. Becker, and you've never pled any of this.
11     If you can show me where it is in your
12 pleading, I may consider -- reconsider the
13 objection, but I've never seen anything in the
14 pleading that would warrant an extensive inquiry
15 like this. Rule 26 specifically provides that
16 you're limited to your pleadings.
17     MR. BRODERICK: Well, it goes -- as
18 I've said, nobody's addressed the defense to the
19 counterclaim, that the exemption for recording --
20 that that's been an exemption to the wiretap act.
21     MR. BECKER: I just did, but go ahead.
22 Sorry, I interrupted you.
23     MR. BRODERICK: I didn't hear you
24 addressing that issue.

1      MR. BECKER: My point is, is that your
2  case is about robocalls, and the illegality
3  supposedly that you're referring to right now has
4  not been pled in any way in either the counterclaim
5  or any affirmative defenses. You're pleading --
6      MR. BRODERICK: No, that's not --
7      MR. BECKER: -- illegality as to the
8  robocalls violating the TCPA. That's exactly the
9  claim as you've pled it.
10     Again, we're wasting a lot of time on
11 this issue right now. If Alex has caselaw he wants
12 to address, let him pull it up, let's talk about it
13 on a break, and let's bring this issue up later.
14     MR. BRODERICK: Well --
15     MS. MacIVOR: I would say that I've
16 seen caselaw and I just -- you know, you certainly
17 can do whatever you like, but I've seen caselaw and
18 I have confronted this very same situation you're
19 confronted with as well.
20     And I have looked at the caselaw, and
21 if there is an issue, it's just as Mr. Becker says.
22 You can always discuss it later at the break, but a
23 Court appreciates if you don't adjourn an entire
24 depo. We're all here now. It seems reasonable and

19 (Pages 70 - 73)

1 practical to go forward with all of the other
2 issues. If we have to come back on one issue, then
3 fine. If not -- and you never know, we could
4 resolve them.
5       If we look at your pleading and if I
6 see it -- I've asked you to show me where in the
7 pleadings. If you can do that for me, I'd rather
8 do a break and go forward with the deposition.
9       MR. BURKE: We referenced these
10 robocalls in the -- in the pleading, so that's --
11 that's the -- that's the reference. I mean, we're
12 talking -- these questions have to do with the
13 robocalls that are pleaded in the complaint.
14       MR. BECKER: I respectfully disagree
15 with the characterization of the pleadings as
16 Mr. Burke is talking about them. I'd rather look
17 at the pleadings and see if we could come to some
18 sort of an agreement or compromise at some point
19 later in the deposition.
20       MS. MacIVOR: I agree.
21       MR. BECKER: But we're here right now.
22 Let's try to get through some more questions so
23 that we're not here all day.
24       MS. MacIVOR: The discrete thing we're

1 talking about is, on the robocalls, that it's not
2 questions about robocalls that are the subject of
3 the objection. I'm sure you understand that,
4 Mr. Broderick. It's the going into extensive line
5 of questioning about taxes and who keeps payments,
6 when Mr. Charvat, as you know, never paid anything.
7 So that's the subject, as I understand it, of our
8 objection. So I think it would behoove us all to
9 try at lunch to try to resolve that if we can.
10       MR. BRODERICK: So to be clear, any
11 question going to what happens to funds paid and
12 fees, you will instruct your client not to answer?
13       MR. ZINK: For the time being, yes, but
14 I would --
15       MR. BRODERICK: Just to clarify for the
16 record. I'm not --
17       MR. ZINK: I would also support --
18       MR. BRODERICK: I'm not saying that to
19 be belligerent.
20       MR. ZINK: And I would also support my
21 co-counsels' -- or the defendants' counsel, I
22 should say, requests to try to resolve this
23 separate from a deposition. If we could move away
24 from that questioning now and we can discuss it

1 later on, I think we come back with that.
2       MR. BECKER: If you want to simply --
3 if you want to simply ask my -- I mean, right now,
4 I mean, I'm not suggesting that you can't ask the
5 witness --
6       MS. MacIVOR: Yeah.
7       MR. BECKER: -- if the money -- if a
8 cruise wasn't booked or a travel vacation wasn't
9 booked, where -- does the money go to the vendor
10 still. I'm fine with you asking that question
11 because I do believe it goes to vicarious
12 liability.
13       I'm not going to tell you what you can
14 and can't ask. I'm just saying that to the extent
15 that we're going deeper into this, where it doesn't
16 relate to that particular issue, from my client's
17 perspective, I think we should defer it and try to
18 resolve it on a break.
19       MS. MacIVOR: And I join in that.
20       MR. BURKE: I think we should call the
21 judge.
22       MR. BECKER: And that's Mr. Burke, who
23 is sitting on the sidelines here today and not
24 asking questions, opinion. I would like to, as

1 you're the deponent -- the attorney asking
2 questions, come to some sort of agreement on how we
3 can move forward and not put the issue to bed, but
4 just defer it to later in the deposition.
5       MR. BRODERICK: That's fine, but I will
6 say I think it's entirely inappropriate to instruct
7 a witness and not take on the burden, as the party
8 asserting the need for a protective order, to not
9 do so. I don't --
10       MR. BECKER: Are you talking about
11 Mr. Zink?
12       MR. BRODERICK: I'm talking about --
13 yeah. I'm not talking -- you're not -- you're not
14 instructing anybody.
15       MR. BECKER: Right.
16       MR. BRODERICK: But let me finish.
17       MR. BECKER: Yeah, sorry.
18       MR. BRODERICK: But I will keep asking
19 questions, but I don't think it's an appropriate
20 use of an instruction under -- under any
21 circumstances.
22       MR. BECKER: And one of my reasons --
23       MR. BRODERICK: I don't want to debate
24 it. I'm just stating my position.

20 (Pages 74 - 77)

Page 78

1     MR. FOREMAN: I'm asking somebody at my
2  office to see if there's a case in the 7th Circuit.
3     MR. BECKER: And one of my suggestions,
4  Ted --
5     MR. FOREMAN: Okay? So let's -- I'm
6  well aware of cases in --
7     MR. BECKER: One of -- one of the
8  reasons for my suggestion was to avoid the need at
9  this stage yet to go through the need for you to
10  ask questions and have Mike instruct her not to
11  answer. If we could move to the questions where
12  this is not going to be an issue, so then you can
13  then see if we can resolve this in a way that does
14  not require Mike to do something you think is
15  inappropriate, that would be better for everyone.
16  So let's see if we can move on, answer the
17  question --
18     MR. BRODERICK: I know, but it's
19  interrupting my questioning, my flow of
20  questioning, and effectively granting himself a
21  protective order to instruct the client not to
22  answer at this time without moving for one, but I
23  want to keep asking questions, so let's -- let's
24  move on.

Page 79

1  BY MR. BRODERICK:
2     Q. Have you produced your -- whatever
3  communications you had with any of the cruise lines
4  in this case?
5     A. Can you repeat that?
6     Q. You said that you had communications and
7  correspondence with some of the cruise lines in
8  this case. Have -- those have not been produced in
9  this action, have they?
10     MS. MacIVOR: Form, mischaracterizes
11  the testimony.
12  BY MR. BRODERICK:
13     Q. Okay. Did you say that you had e-mails with
14  the cruise lines?
15     A. Yes.
16     Q. And have those e-mails been produced in this
17  case?
18     MR. BECKER: Objection to the form.
19     THE WITNESS: With regard to
20  telemarketing?
21  BY MR. BRODERICK:
22     Q. Any of the communications. I have not seen
23  any communications between you or Resort Marketing
24  Group or any other entity and the cruise lines.

Page 80

1     A. Okay.
2     Q. Do you still have those communications?
3     A. Yes.
4     Q. And would they be easy to produce?
5     MR. BECKER: Objection to form.
6     THE WITNESS: I don't know if they'd be
7  easy to produce.
8  BY MR. BRODERICK:
9     Q. Where are they stored?
10     A. They're -- any -- any e-mail communication
11  for our company would be -- would be stored on our
12  e-mail archive.
13     Q. And has -- have any steps been taken to
14  preserve your e-mail archive?
15     A. Yes.
16     Q. What are those steps?
17     A. They were copied and given to my attorney.
18     Q. And --
19     A. And they're in his office.
20     Q. When you say "they were copied," what was
21  copied?
22     MR. BECKER: Objection to form.
23     THE WITNESS: I'm not an IT person, so
24  I can't really tell you everything that was copied.

Page 81

1     I can tell you that I knew it was
2  important that all documentation be preserved
3  because of this case, and we did that.
4  BY MR. BRODERICK:
5     Q. Well, I understand -- I'm just asking, when
6  you say we did "that," what is "that"?
7     A. Copied everything and give it -- gave it
8  to -- a hard drive to Mike Zink.
9     Q. When you say "everything," was that
10  everything that's on your server?
11     A. I think it was everything with the -- and,
12  again, this is a question you need to ask IT, but I
13  believe it was e-mails, leads and dialers.
14     Q. Regardless of subject?
15     A. Regardless of subject.
16     Q. So all of the -- and is that on a specific
17  server at your company?
18     MR. BECKER: Objection to form.
19     THE WITNESS: What's on a specific
20  server?
21  BY MR. BRODERICK:
22     Q. Well, the things -- where were the things
23  copied from?
24     A. Okay.

21 (Pages 78 - 81)

Page 82

1    MR. BECKER: Objection to form.
2    THE WITNESS: Everything that I
3  believe, again, was done by IT would have been
4  copied separately, put on an external hard drive,
5  and it was the lead database, the -- separately,
6  the dialer database separately, and the e-mail in
7  archive, which would be every e-mail.
8  BY MR. BRODERICK:
9    Q. And I'm sorry, just to be clear, it wasn't
10 limited by subject matter. You just copied all
11 e-mails?
12   A. That is correct.
13   Q. Who was involved in -- well, when did Resort
14 Marketing Group first start using prerecorded
15 messages?
16   A. In the beginning of 2010.
17   Q. Who was involved in setting up the
18 prerecorded messaging that you did?
19   A. What part of the prerecorded messaging?
20   Q. Any part.
21   A. The -- the recording and script was done with
22 myself and Benny. The leads was with my marketing
23 person and myself. And what else would you --
24   Q. Who is your marketing person?

Page 83

1    A. Jason Raider.
2    Q. And is he still an employee?
3    A. Yes, he is, not -- not of Resort Marketing
4  Group, but...
5    Q. He's an employee of The Vacation Club?
6    A. No. He's an employee of The Marketing Group.
7    Q. Why are there so many different corporation
8  entities?
9      MR. BECKER: Objection to form.
10     THE WITNESS: I don't --
11 BY MR. BRODERICK:
12   Q. Most of them sound like they're in the
13 travel business. Is that correct?
14   A. No, that is not correct.
15   Q. Which ones are not in the travel business?
16   A. The Marketing Group.
17   Q. And did Richard Borst have a role in the
18 prerecorded messaging by Resort Marketing Group?
19   A. Can you define "role"?
20   Q. Have you used the word "role" in your life?
21 Why don't you define "role" as you understand it.
22   A. Well, I mean a role could be many things, so
23 I don't know how it pertains to that.
24   Q. Well, I -- whatever -- give me your

Page 84

1  definition of "I have a role in."
2    A. Part of.
3    Q. Okay. Let's use that.
4    A. Richard Borst did the research for the dialer
5  that we purchased. He helped with setting up the IT
6  for Resort Marketing Group's dialer. He helped with
7  the phone system. He would have been my direct --
8  under me directly, that would be the person that
9  would present to me, I guess, anything that had to
10 do with IT, because that was his background.
11   Q. Okay. Did he present to you the dialer he
12 selected for purchase?
13   A. Say that one more time.
14   Q. Did he -- you said he recommended -- or he
15 researched the dialer. Did he make a
16 recommendation, this is the dialer we should
17 purchase?
18   A. That is correct.
19   Q. And what dialer is that?
20   A. It's a -- it's part of the Asteria as well.
21   Q. And how did -- how did you get the numbers
22 that were dialed using the autodialer?
23   A. Resort Marketing Group hired -- well, when we
24 used -- let me just start. When we used our dialer,

Page 85

1  we dialed multiple different campaigns. We had --
2  we called our members, we called our inactive
3  members, we called our -- and then we called
4  potential members, or nonmembers. We hand dialed,
5  we predictive dialed, and we automated message
6  dialed.
7    Q. Well, when you were running a promotion,
8  say, for offering cruises, the people in your --
9  the operators who were receiving the inbound calls,
10 they had to know which script to use, right?
11     MR. BECKER: Objection to form.
12     THE WITNESS: When you say "the
13 operators," you mean the sales team for -- that
14 received the phone calls?
15 BY MR. BRODERICK:
16   Q. Right. A prerecorded message goes out.
17 Calls come in when people press one, right, just so
18 we're talking about the same thing?
19   A. Correct, yes.
20   Q. And if it's a specific promotion, there is a
21 specific script associated with that promotion,
22 right?
23   A. Yes.
24   Q. And how did the operators know which script

22 (Pages 82 - 85)

Page 86

1 they were supposed to use on a given day?
2    A. It depended on what promotion we were
3 running.
4    Q. And would Mr. Aguilera tell the operators
5 today we are going to run this promotion?
6    A. Yes.
7    Q. And how would that be coordinated with the
8 outgoing prerecorded message that you were dialing?
9    A. Through the dialer.
10    Q. Sorry, could you speak up?
11    A. Through the dialer.
12    Q. And would you play -- who actually did the
13 programming to send out a specific message?
14    A. I'm not sure exactly who. It would be the IT
15 department.
16    Q. Who was in the IT department?
17    A. It would either be Rich or Jamie.
18    Q. Jamie -- what's Jamie --
19    A. Smith.
20    Q. Jamie Smith.
21        And does Jamie Smith work in Florida?
22    A. Yes.
23    Q. And the prerecorded messages that were
24 played, where did you get those prerecorded

Page 87

1 messages?
2    A. They were recorded in our office.
3    Q. So a Resort Marketing Group employee would
4 record a prerecorded message?
5    A. Yes.
6    Q. Who was the -- was there always the same
7 voice?
8    A. No.
9    Q. Who were some of the people who actually
10 recorded the prerecords?
11    A. You know, I don't know them all. I know that
12 Laura did it, Fernandez. I'm not sure all. Jamie
13 may know that.
14    Q. You never actually recorded a prerecorded
15 message?
16    A. No, huh-uh.
17    Q. And so, again, going back to -- did you set
18 up the dialer so that a prerecorded message
19 would -- it would play, on outgoing calls, for a
20 certain duration of time?
21    A. I didn't have anything to do with that, so it
22 wouldn't be me. To the best of my knowledge, a --
23 when we decided on what promotion we were going to
24 do, they would turn that recording on.

Page 88

1        Again, Jamie probably would be able to help
2 you with that.
3    Q. Do you know if the prerecorded messages that
4 were played are still on your system?
5    A. I don't know.
6    Q. And what was the phone service that Resort
7 Marketing Group used?
8    A. I believe there were three different ones.
9    Q. Okay. Who -- who were they?
10    A. I know XCast, Nextiva and 8x8 were three
11 phone vendors we used. What they did for us,
12 whether it was dialer, predictive or automated
13 calls, that I don't know.
14    Q. And do you know the time frames you used the
15 different carrier?
16    A. I don't.
17    Q. Do you know if you used them all at the same
18 time?
19    A. I don't. I would have -- I don't know.
20    Q. Were these all Voice over Internet Protocol
21 carriers?
22    A. Yes.
23    Q. Did you have any conventional phone lines at
24 Resort Marketing Group?

Page 89

1    A. What time period?
2    Q. From 2008 forward.
3    A. I'm not sure.
4        Fax line, I know we had fax lines.
5    Q. Right, but was that all -- was everything
6 Internet-based phone service to your knowledge?
7    A. For the dialer?
8    Q. Well, first for the dialer.
9    A. Yes.
10    Q. That was definitely Internet-based dialing?
11    A. Definitely.
12    Q. And do you know -- did you ever get a phone
13 bill from the conventional, sort of land line phone
14 company?
15    A. Not for the dialer.
16    Q. Well, but for any other lines?
17    A. For a fax number.
18    Q. You just had an old-fashioned phone line for
19 a fax number?
20    A. Again, I'm not sure of the time frame, but it
21 would be the only -- would be fax and then the
22 credit card machine.
23    Q. Who was the -- who was your Internet
24 provider for Resort Marketing Group?

23 (Pages 86 - 89)

Page 90

1    A. I'm not sure the time frame, but it would
2  have been Comcast or AT&T.
3    Q. And do you know who the -- who your e-mail
4  provider was?
5    A. I'm not sure of the question.
6    Q. Well, who -- do you know who hosted your
7  website?
8    A. Yes.
9    Q. Who was that?
10    A. It is Adnet USA.
11    Actually, no. I -- I better not answer
12  because it's so technical. Jamie would be able to
13  answer that.
14    Q. Did you ever use your personal e-mail for
15  work purposes?
16    A. I don't have a personal e-mail.
17    Q. You don't have one?
18    A. No.
19    Q. Have you ever?
20    A. Oh, Lord.
21    I hate to answer that because I don't think
22  so, but I have not since 2008 or back.
23    Q. That's fine.
24    A. Or earlier.

Page 91

1    Q. And the autodialer that you used, was that
2  located at your Batavia location?
3    A. Yes. I think it was located at both Batavia
4  and Florida at different times. Jamie can confirm
5  that.
6    Q. Was it ever located in Scottsdale?
7    A. No.
8    Q. Did Resort Marketing Group call consumers
9  using their autodialer to try to sell cruises that
10  was not via a prerecorded message?
11    A. Okay. Can you ask that again?
12    Q. Did Resort Marketing Group ever call
13  potential customers via an autodialer to try to
14  sell cruises without using a prerecorded message?
15    MR. BECKER: Objection to form.
16    THE WITNESS: Yes. We did -- as I
17  mentioned, we did -- our dialer did both predictive
18  and automated calls, and we also did hand dialing.
19  BY MR. BRODERICK:
20    Q. And when you say predictive dialing, can you
21  tell me what that is?
22    A. Yes. Using the dialer -- all of our leads
23  are opt-in leads, so everybody that we called opted
24  in, and they -- they would -- the dialer -- a

Page 92

1  predictive -- this is my layman's terms. Predictive
2  means the dialer dials a machine. When someone
3  answers, it connects with a live operator.
4    Q. Do you know what a campaign ID is?
5    A. I don't.
6    Q. You never heard that term when you were
7  working at Resort Marketing Group?
8    A. I did hear it.
9    Q. And what did you think it meant?
10    A. I think it meant different lead campaigns,
11  but I don't know much more than that.
12    Q. Was it associated with a -- would a campaign
13  ID be associated with the playing of a certain
14  prerecorded message?
15    A. No, I don't believe so.
16    Q. How do you know that?
17    A. I don't know. That's why I said I didn't
18  believe so.
19    Q. Why don't you believe so I guess is my
20  question.
21    A. I really would prefer that Jamie answer this
22  because it will be more direct and more for sure, I
23  guess, more -- because I don't -- I'm not -- I have
24  a very general idea of what the campaigns were.

Page 93

1    Q. Did you -- who did you interact with at, if
2  anyone, at Carnival Cruise Lines?
3    A. When you say "interact," do you mean --
4    Q. Who was your contact there, anybody you --
5  anybody there that you've had contact with.
6    MR. BECKER: Objection to form.
7    THE WITNESS: Well --
8    MR. BECKER: Scope.
9    THE WITNESS: Yeah. I mean, when I was
10  on a Carnival cruise, I mean, or when I called in
11  to book travel?
12  BY MR. BRODERICK:
13    Q. In your business dealings at Resort
14  Marketing Group, who were you dealing with?
15    A. Again, is it for booking?
16    Q. Anybody. I just want names.
17    A. Okay. I don't have names. The only name I
18  would know -- I would remember would be our Carnival
19  rep.
20    Q. Who was that?
21    A. Tom Panici. But let me just state that I
22  called Carnival all the time. I went on Carnival
23  cruises, I helped with bookings, whatever it might
24  be, so I talked to many people at Carnival.

24 (Pages 90 - 93)

Page 94

1   Q. Okay. Who were some of the other people
2   that you talked to at Carnival?
3   A. I could not tell you. As I mentioned,
4   booking agents there, waiters that work on the
5   cruise, I mean.
6   Q. I'm not -- I'm not interested in your
7   personal cruise, you know, the wait staff. I mean
8   like --
9   A. So it would be someone in the booking.
10  Q. You don't remember any names from booking?
11  A. No.
12  Q. Is the only name of a Carnival employee that
13  you know Tom Panici?
14      MR. BECKER: Objection to form.
15      THE WITNESS: That's -- that's really
16  broad, I mean. I mean, I know Micky -- I know the
17  president's name.
18  BY MR. BRODERICK:
19  Q. That you know, that you have had an
20  interaction with. It's not -- I'm not trying to be
21  tricky.
22  A. Okay.
23  Q. I'm really not. I'm not trying to trip you
24  up.

Page 95

1   A. I mean...
2   Q. I'm saying: Do you know -- can you give me
3   any names of any other Carnival employees that you
4   have had contact with?
5   A. That I have had contact with.
6      Not that I recall. Tommy Panici is the one
7   that I recall.
8   Q. Okay. And how about for Royal Caribbean,
9   can you give me the name of any Royal Caribbean
10  employee that you have had contact with?
11  A. I can give you the first name. I don't know
12  his last name. It would be Mitch. Again, he's a
13  rep.
14  Q. And when you say "a rep," what is a rep?
15  A. A sales rep.
16  Q. A sales rep. Was he your assigned sales
17  rep?
18  A. I'm not sure he was assigned to us. It's who
19  I -- I talked to.
20  Q. Maybe you were assigned to him?
21      MS. MacIVOR: Form.
22      THE WITNESS: I -- I don't know. I
23  mean, I don't know how that works.
24  /////

Page 96

1   BY MR. BRODERICK:
2   Q. And you can't think of the names of any
3   other Royal Caribbean employees?
4   A. No.
5   Q. Okay. How about Norwegian?
6   A. I can't think of any names for Norwegian that
7   I interacted with.
8   Q. Did you have a rep at Norwegian?
9   A. If we did --
10      MS. MacIVOR: Form.
11      THE WITNESS: If we did, I don't know
12  the name.
13  BY MR. BRODERICK:
14  Q. And just to clarify, you're not sure that
15  you had a rep at all at Norwegian?
16  A. Correct, I don't know that we did.
17  Q. Can you tell me -- well, strike that.
18      Do you know if the dialer maintains call
19  logs on the dialer?
20  A. Again, I'm not in the IT. I believe yes.
21  Q. And do you know if call logs are maintained
22  by campaign ID by the dialer?
23  A. I don't know.
24  Q. You don't know.

Page 97

1      Do you know how the campaign ID identifiers
2   were generated?
3   A. I don't.
4   Q. How many prerecorded messages would you say
5   Resort Marketing Group created over the course of
6   your work there?
7      MR. ZINK: Objection to the form.
8      THE WITNESS: I would have no -- no way
9   to know.
10  BY MR. BRODERICK:
11  Q. How -- well, you were aware of the -- you
12  wrote the scripts that the operators would use when
13  a certain prerecorded message was played, correct?
14  A. No.
15      MR. BECKER: Objection to form.
16      THE WITNESS: That is not correct.
17  BY MR. BRODERICK:
18  Q. No? Did Benny Aguilera write the scripts?
19  A. Correct.
20  Q. But you were involved in the script process,
21  I thought you testified?
22  A. Yes.
23      MS. MacIVOR: Form.
24  /////

25 (Pages 94 - 97)

Page 98

1 BY MR. BRODERICK:
2   Q. Script writing process, correct?
3       MS. MacIVOR: Form.
4       THE WITNESS: I was the final approval
5 of the scripts.
6 BY MR. BRODERICK:
7   Q. Okay. And how many scripts would you say
8 were generated over the course of your work at
9 Resort Marketing Group?
10  A. I cannot recall the exact number. I can list
11 by memory the different types of promotions.
12  Q. Okay.
13  A. So that is at least a good start.
14  Q. Sure.
15  A. All right. We had a condo promotion, a Las
16 Vegas promotion, a Myrtle Beach promotion, what we
17 call a 3/2, which is three days/two nights in a
18 hotel with other benefits, dinners and stuff. We've
19 had cruise, we had European, we had Mexico, we had
20 Costa Rica, we had the Dominican Republic.
21   I know I'm missing some. I'm sure there's
22 more, but that's -- Branson. I remember Branson.
23  Q. Branson, Missouri?
24  A. Correct, uh-huh.

Page 99

1   Q. And of those, which were promoted via
2 prerecorded messages?
3   A. All of them.
4     Oh, wait, not pre -- not prerecorded message.
5 Via dialer, they were all.
6   Q. Okay. For --
7   A. Predict -- yes.
8   Q. So I'm specific to --
9   A. I didn't answer the question.
10  Q. -- prerecorded messages, so --
11  A. Right. I did not answer the question.
12  Q. So for which were prerecorded messages?
13  A. Okay. Myrtle Beach, Branson, Las Vegas,
14 Orlando, which I don't think I put on the list, and
15 cruises.
16  Q. And for those, you said -- sorry. Las
17 Vegas, Myrtle Beach, Orlando, cruises?
18  A. Branson.
19  Q. Branson?
20  A. Condo. I don't think I added condo. We did
21 do the condo.
22  Q. Okay. For each of those promotions, did you
23 have a specific prerecord that you used for each of
24 those?

Page 100

1   A. I believe so.
2   Q. And was it just one that you could reuse at
3 different points in time?
4   A. I don't understand what you mean.
5   Q. Was there just one prerecord for condo
6 promotions, one for Las Vegas, one for Myrtle
7 Beach?
8   A. No. It did get changed based upon the
9 holidays that might be coming. Like we made a New
10 Year's promotion, a 4th of July promotion. So, no,
11 they did get changed. That's why I couldn't tell
12 you how many there have been.
13  Q. And did you save the prerecorded messages on
14 the dialer?
15      MR. BECKER: Objection to form.
16      THE WITNESS: I don't know.
17 BY MR. BRODERICK:
18  Q. Do you know -- do you know if they were
19 saved anywhere?
20  A. I don't know.
21  Q. If a sales representative from RMG wanted to
22 follow up with a customer, would it -- would the
23 sales representative hand dial that customer or
24 would they go -- would that call also go through

Page 101

1 the dialer?
2      MR. BECKER: Objection to form.
3      THE WITNESS: Again, I'm not sure.
4 Benny would have to tell you that.
5      MR. BECKER: I'll get it for you.
6 BY MR. BRODERICK:
7   Q. Is there anybody else who would know that,
8 other than Benny, that you can think of?
9   A. I would guess the sales rep would be able to
10 tell you.
11  Q. When did -- when did Resort Marketing Group
12 start promoting condos?
13  A. In -- in what context?
14  Q. Any -- any context.
15  A. Via remote -- via -- via dialer messaging
16 calls?
17  Q. Let's start with prerecorded messages. When
18 did you start making prerecorded messages regarding
19 condos?
20  A. We don't -- I don't know the exact date, but
21 it would be in 2010.
22  Q. In 2010.
23      And how long did you make prerecorded calls
24 promoting condos?

26 (Pages 98 - 101)

1    A. The whole time we were doing it, off and on.
2    Q. And when did Resort Marketing Group stop
3  making prerecorded calls of any kind?
4    A. In October of 2013.
5    Q. And was that as a result of this lawsuit?
6    A. It was a business decision.
7    Q. What prompted the business decision?
8    A. The fact that we were a small company and
9  that it was -- these types of lawsuits are
10  financially hard, too.
11    Q. Okay. And what condo companies did you work
12  with?
13    A. Many, many, many, many, many, many. There's
14  no way I could list them all. I -- I can send you a
15  list of them, but I mean hundreds.
16    Q. Is there a list of the condo companies that
17  you work with at Resort -- that you worked with at
18  Resort Marketing Group that's still available?
19    A. I could put a list together for you, uh-huh.
20    Q. And the computer that Resort Marketing Group
21  used, are they being used by The Vacation Club now?
22    A. Some possibly, but I'm not sure. Some would
23  be.
24    Q. And how about the dialer, where did that --

1  the Resort Marketing dialer, who is in possession
2  of that dialer now?
3    A. I am.
4    Q. You are personally?
5    A. Personally.
6    Q. Is it at your house?
7    A. It's at my house.
8    Q. And after Resort Marketing Group -- okay.
9  Strike that.
10      How many computers did Resort Marketing
11  Group own?
12    A. I have no idea.
13      MR. BECKER: At what time period?
14  BY MR. BRODERICK:
15    Q. Well, at any given time, you know, how many
16  people had -- well, how many people had a desktop
17  computer that they used?
18    A. Define "people." Which department?
19    Q. Human beings.
20    A. Which department, though?
21    Q. I'm kidding.
22    A. No, I know, I know, but which department?
23    Q. Well, how many employees were there at -- in
24  2010?

1    A. I can't give you an exact number.
2    Q. I don't need an exact number. Like you
3  had --
4    A. 25.
5    Q. 25. Did every employee have a computer?
6    A. No.
7    Q. How many of them had computers?
8    A. If I had to guess, five to seven to ten.
9    Q. Okay.
10    A. I mean...
11    Q. And when Resort Marketing Group shut down,
12  what happened to the computers?
13    A. Some of them are -- are still in the office,
14  you know, and some of them are being used.
15    Q. And they're being used by employees of what
16  company?
17    A. The Vacation Club.
18    Q. So all the former Resort Marketing Group
19  computers are, if they're being used at all, are
20  being used at Resort -- at The Vacation Club?
21      MR. BECKER: Objection to form.
22      THE WITNESS: I can't say that all of
23  them are being used at The Vacation Club.
24  /////

1  BY MR. BRODERICK:
2    Q. Well, I'm trying to say is there any other
3  company that might be using a former Resort
4  Marketing Group computer?
5    A. No.
6    Q. And are there any computers -- do you know
7  what happened to any computers that are not being
8  used by the -- by The Vacation Club that used to be
9  used by Resort Marketing Group?
10    A. No, I don't.
11    Q. But do you believe that there are some
12  computers that were disposed of by Resort Marketing
13  Group?
14    A. No.
15      MR. BECKER: Want to go so he can
16  change tapes?
17      MR. BRODERICK: Yeah, we might as well
18  take a break here and change the tape.
19      THE VIDEOGRAPHER: This is the end of
20  media number one. We are going off the record.
21  The time is 11:21 a.m.
22      (Recess taken from 11:21 to 11:38.)
23      (Exhibit G marked.)
24      THE VIDEOGRAPHER: This is the

27 (Pages 102 - 105)

Page 106

1 beginning of media number two. We are back on the
2 record. The time is 11:38 a.m. Please proceed.
3 BY MR. BRODERICK:
4 Q. Okay. Ms. Valente, I'm going to show you
5 what's been marked as Travel Services Exhibit G.
6 Do you recognize that document?
7 A. No. I don't think I've ever seen it.
8 Q. Well, I can represent to you it's a copy of
9 a letter from a lawyer for XCast sent to the Court
10 in this case, to Judge Zagel. And I want to direct
11 your attention to the second paragraph on page two,
12 where the attorney, Mr. Moy, for XCast, is
13 describing what he thinks the potential call volume
14 associated with Travel Services is.
15 A. Okay.
16 Q. And do you see that their assessment -- that
17 they -- they estimate the potential call volume to
18 be just over 70 million records?
19 A. Okay.
20 Q. Would -- do you believe that -- did -- did
21 Resort Marketing Group place 70 million calls over
22 the XCast system?
23 MR. BECKER: Objection to form.
24 MS. MacIVOR: Lack of foundation.

Page 107

1 THE WITNESS: I would not know a
2 number.
3 BY MR. BRODERICK:
4 Q. Do you have any idea how many calls Resort
5 Marketing Group -- how many prerecorded messages
6 since 2008 Resort Marketing Group placed?
7 A. No, I would not have that information.
8 Q. Did Resort Marketing Group ever receive call
9 logs from XCast?
10 A. I -- I don't know. I would expect it
11 would -- if it would be in the bill, but I don't
12 know.
13 Q. Do you know if XCast had a system -- could
14 you log on to an XCast account over the Internet?
15 A. I don't know.
16 Q. And how about for the other VoIP providers?
17 A. I don't know.
18 Q. Can you give any estimate as to the number
19 of prerecorded telephone calls that Resort
20 Marketing Group placed promoting cruises?
21 A. Are you talking -- I mean, like I said, we
22 did prerecorded calls to members, to nonmembers, to
23 renewals, to all of them, so, no, there's no way I
24 could break them down.

Page 108

1 Q. How about a global number of the number of
2 prerecorded messages promoting cruises?
3 MR. BECKER: Objection to form.
4 THE WITNESS: I have no idea.
5 BY MR. BRODERICK:
6 Q. Do you know how many calls the dialer was
7 capable of placing in a day?
8 A. I don't.
9 MR. ZINK: Objection to form.
10 BY MR. BRODERICK:
11 Q. Do you have -- in terms of your staffing
12 needs at Resort Marketing Group, how did you -- was
13 there any control placed on the number of
14 prerecorded messages placed based on the number of
15 operators available to field responses?
16 MR. BECKER: Form.
17 THE WITNESS: I don't know. That
18 would -- Benny would know that.
19 MR. BECKER: Did you get my form
20 objection?
21 THE WITNESS: Sorry.
22 MR. BECKER: It's okay.
23 MR. BRODERICK: You can put that aside.
24 THE WITNESS: Do you want this back?

Page 109

1 BY MR. BRODERICK:
2 Q. Recently Mr. Zink produced two pages of
3 documents relating -- that appear to relate to the
4 promotion of condos.
5 Did you provide those to Mr. Zink?
6 A. Do you have a copy of those?
7 Q. No, I don't seem to have --
8 (Off record discussion.)
9 BY MR. BRODERICK:
10 Q. Well, it's only two pages and it was
11 produced recently. You don't remember seeing those
12 condo documents?
13 A. Without looking, I can't -- I mean, I'd like
14 to see them.
15 Q. Yeah, I don't have them, so --
16 A. Then I don't know.
17 Q. Do you know -- and the condo marketing that
18 you did was through Resort Marketing Group, is that
19 correct?
20 A. Yes.
21 Q. And you used the same autodialer that was
22 used to promote cruises?
23 A. All of our promotions, yes.
24 Q. And were condos also marketed via

28 (Pages 106 - 109)

Page 110

1 prerecorded message?
2    A. Yes.
3    Q. And you wouldn't be able to tell me anything
4 about the campaign ID associated with condo
5 marketing?
6    A. No.
7    Q. When did you stop -- well, did Resort
8 Marketing Group start telemarketing for
9 condominiums?
10       MR. BECKER: Objection to form.
11       THE WITNESS: You had asked me that
12 earlier. It would have been when we started the --
13 the --
14 BY MR. BRODERICK:
15    Q. In 2010?
16    A. 2010, yes.
17    Q. And when did prerecorded message promotions
18 stop for condos?
19    A. 2013.
20    Q. Same time as stopping cruise prerecorded
21 promotions?
22    A. Yeah, because we did different -- all the
23 promotions throughout all this time, I can't tell
24 you when we did each one or when we stopped each

Page 111

1 one, but I can clearly say from 2010 to 2013 that
2 that's when we did all of the different promotions.
3    Q. And your calling system, when you were
4 running a certain promotion, was everybody in the
5 call center responding to the same -- or working on
6 the same promotion?
7    A. You know what, I don't know that. Benny
8 would be able to answer that.
9       Actually, I do know. I can tell you that,
10 no, because some may be calling out on -- out
11 dialing. If you're talking about prerecording,
12 Benny would have to answer that, but I can tell you
13 that they were doing -- so they may be calling back
14 the room -- somebody in the room may be calling back
15 someone who had a cruise, that now we're going to
16 sell them a condo. So if -- if that answers your
17 question.
18    Q. When did you first -- when did Resort
19 Marketing Group first start offering -- well, have
20 you always offered cruises as part of your travel
21 agency?
22    A. From 2004, when I first -- from 1994, until
23 today, I still -- any travel company that I've
24 worked for has offered cruises, yes.

Page 112

1    Q. And with Resort Marketing Group, again I
2 apologize, but when do you remember first using --
3 Resort Marketing Group first using prerecorded
4 messages to promote cruises?
5    A. Some time in early 2010.
6    Q. Prior to using prerecorded messages, how did
7 you market cruises?
8       MS. MacIVOR: Form.
9       THE WITNESS: Prior to using
10 prerecorded messages, how did we market cruises?
11 BY MR. BRODERICK:
12    Q. What did you do to promote cruises?
13    A. Well, we're a full service --
14       MS. MacIVOR: Form.
15       THE WITNESS: We're a full service
16 travel agency, so we don't market the cruises. We
17 serve the customer or the member. So whenever they
18 asked -- we booked the cruises whenever they asked
19 for a cruise.
20 BY MR. BRODERICK:
21    Q. Was the prerecorded calling the first
22 promotion that Resort Marketing Group ran to sell
23 cruises?
24       MS. MacIVOR: Form.

Page 113

1       MR. BRODERICK: I'm sorry, what's -- I
2 just want to make sure I get the question clear.
3 What's the --
4       MS. MacIVOR: Huh?
5       MR. BRODERICK: What is the problem
6 with the --
7       MS. MacIVOR: From what I can
8 understand of your question, and, sorry, it's loud
9 in here, it sounded like you were assuming facts
10 not in evidence and mischaracterizing what was
11 previously testified to.
12 BY MR. BRODERICK:
13    Q. Go ahead.
14    A. So the answer is we don't do cruises. We
15 service customers, service our members, and that can
16 be any type of travel.
17    Q. Right, but you've said that this was a
18 promotion and you were using a cruise as part of
19 your promotion.
20    A. Our promotion is to bring in new members.
21 The promotion -- the actual promotion trips would be
22 an incentive, but everything that we do has always
23 been about the member only, from when we started way
24 back when.

29 (Pages 110 - 113)

1    Q. And your booking someone on a cruise, as a
2  travel agent what's the cost of your average
3  cruise?
4    A. Oh, dear God.
5       MS. MacIVOR:  Form.
6       THE WITNESS:  That's a hard question.
7  BY MR. BRODERICK:
8    Q. What's the lowest price on a sort of retail
9  basis, that if I want to go on a three-day,
10  four-day cruise -- say a four-day cruise, what
11  would I expect to pay?
12    Q. Including what?
13    Q. Base price.
14    A. Base price, including the taxes and the port
15  fees and the actual cruise?
16    Q. Right.
17    A. The whole?
18    Q. Like if I call you today and say I want to
19  go on a cruise.
20    A. It can be anywhere from $199 to probably
21  25,000.  I mean, I -- depending on which cruise,
22  which cruise line, which port, which itinerary, how
23  long.  I mean, that's why when you asked that, it's
24  like crazy for me to answer, because there's so many

1  different -- same with -- same with tour companies,
2  too, and hotels, how long they stay, which -- you
3  know, I mean, it's such a difficult question to
4  answer.
5    Q. And when you offer to send someone on a
6  cruise for, say, all you have to do is pay your
7  fees and taxes, that's not the standard cruise
8  price, right?
9    A. I -- I don't understand the question.
10    Q. Ordinarily, people can't get on a cruise for
11  paying fees and taxes, correct?
12       MR. ZINK:  Object to form.
13       THE WITNESS:  I don't know.  I mean, I
14  have no idea.
15  BY MR. BRODERICK:
16    Q. Well, you're a travel agent and you've been
17  booking cruises since 1994.
18    A. Correct.
19    Q. And this is offered as a promotion.
20    A. Yes.
21    Q. So isn't it fair to say that that's a
22  serious discount on the ordinary price of a cruise?
23       MR. ZINK:  Objection to form.
24       THE WITNESS:  But that's not what you

1  asked in your question.
2  BY MR. BRODERICK:
3    Q. Well, that's what I'm asking now.
4    A. Okay.  So will you repeat the question?
5       MR. BRODERICK:  Can you read it back.
6       (Following question read back:  So
7  isn't it fair to say that that's a serious discount
8  on the ordinary price of a cruise?)
9       THE WITNESS:  I wouldn't say a serious
10  discount, no.
11  BY MR. BRODERICK:
12    Q. So when it's offered as a free cruise, it's
13  really -- you're offering a cruise at an ordinary
14  price?
15    A. As I --
16       MR. ZINK:  Objection to for.
17       THE WITNESS:  Sorry.  As I explained
18  earlier, it -- what we're selling is the deposit to
19  be able to use our services, and it depends on
20  which cruise line they want to go on, which
21  itinerary.  There's so many different answers to
22  that question that I don't know how to answer it.
23  BY MR. BRODERICK:
24    Q. All right.  Do you have a contract with any

1  of the -- any of Carnival, Royal Caribbean or
2  Norwegian?
3    A. No.
4       MS. MacIVOR:  Form.
5  BY MR. BRODERICK:
6    Q. How do you get paid when you book someone on
7  a cruise?
8    A. Well, we're paid commission.
9    Q. And who pays you that commission?
10    A. Whatever travel vendor we book on.
11    Q. On a cruise.  If you book a cruise on
12  Carnival --
13    A. Uh-huh.
14    Q. -- how do you get paid a commission?
15    A. From Carnival.
16    Q. You do get paid from Carnival?
17    A. If we book -- if we book a commissionable
18  cruise, absolutely.
19    Q. And how do you know what the commission is
20  for booking a certain cruise?
21    A. Commission is -- again, I wish there was easy
22  answers, but they're not.  Sometimes you get higher
23  commissions on different itineraries, different
24  locations on where they go, different volume based

30 (Pages 114 - 117)

Page 118

1  upon how many cruises we've booked, our commission
2  goes up.
3      Q. And is there a commission schedule that you
4  can access to know what the Carnival commission
5  structure is?
6      A. A lot of what we have might also be done
7  through consortiums, which is like -- how do I
8  explain a consortium? Do you know what a consortium
9  is?
10     Q. I know what the word means, but I'm not sure
11 how you're using it.
12     A. Okay. So like vacation.com, for example, is
13 a consortium and we're a member of vacation.com, so
14 we may get better commissions because we're a member
15 of them. Does that make sense?
16     Q. Uh-huh.
17     A. So I can't answer. Is there a schedule? I
18 believe vacation.com might have a schedule.
19     Q. But you've never received a commission
20 schedule from any of the cruise lines?
21     A. Not that I recall. Not that I recall.
22     Q. And whose idea was it to start using
23 prerecorded messages to promote -- to offer cruises
24 on Royal Caribbean and Norwegian?

Page 119

1      A. It was my decision to do the prerecorded
2  message, ultimate decision, and it was not just for
3  cruises. It was for all promotions.
4      Q. Did the cruise -- did the -- did Carnival,
5  Royal Caribbean or Norwegian -- were they in any
6  way aware that you were using prerecorded messages
7  offering cruises on Royal, Norwegian and Carnival?
8      A. No.
9      Q. Did you ever talk to anyone about the fact
10 that you were prerecorded -- you were doing
11 prerecorded messages?
12     A. Prior to the --
13        MS. MacIVOR: Form.
14 BY MR. BRODERICK:
15     Q. On anyone from any of those three cruise
16 lines.
17     A. Prior to the lawsuit?
18     Q. Well, first, prior to the lawsuit.
19     A. Actually, I don't think we even have -- so
20 the answer is no.
21     Q. Did Tom Panici come to Resort Marketing
22 Group? Did he visit your location?
23     A. In -- can you give me a time frame?
24     Q. Any time.

Page 120

1      A. Yes.
2      Q. How many times did he come?
3         MR. BECKER: Objection to form.
4         THE WITNESS: I don't know the exact
5  amount of times.
6  BY MR. BRODERICK:
7      Q. Can you give me a ballpark?
8      A. Quarterly maybe.
9      Q. And what were those -- what was he -- what
10 was the purpose of him coming to visit?
11        MR. BECKER: Objection to form.
12        THE WITNESS: The purpose would be,
13 like all sales reps for the different travel
14 vendors, they come in to hand out brochures, give
15 us brochures, to talk about the different changes
16 in itinerary, talk about the fire on the cruise
17 ship, you know, all of the things that we might
18 have to deal with as we're talking to our members.
19 BY MR. BRODERICK:
20     Q. Did he ever go upstairs at your -- at Resort
21 Marketing Group?
22     A. No.
23     Q. Did he know that you had 15 to 20 operators
24 working for you?

Page 121

1         MR. BECKER: Objection to form.
2         THE WITNESS: You mean taking -- you
3  mean what kind of operators?
4  BY MR. BRODERICK:
5      Q. The people in the -- the people that
6  Mr. Aguilera talked about yesterday were sitting in
7  cubicles and they all had phones and headsets and
8  they're answering calls. Was he aware that you had
9  a call center?
10        MR. BECKER: Objection to form.
11        THE WITNESS: I -- I would guess he
12 probably knew we had a call center.
13 BY MR. BRODERICK:
14     Q. And did he know that you were doing
15 telemarketing generally?
16     A. No.
17        MR. BECKER: Objection to form.
18        THE WITNESS: He wouldn't know what we
19 were doing in that room, if that's what you're
20 asking.
21 BY MR. BRODERICK:
22     Q. No. He knew you had a call center, so he
23 knows that there were people selling things over
24 the telephone, correct?

31 (Pages 118 - 121)

Page 122

1      MR. BECKER: Objection to form.
2      THE WITNESS: Well, I don't know
3  that -- maybe we're not on the same page of what a
4  call center could be. A call center could also be
5  a customer service, helping you with your Visa
6  card, I mean, so he knew we took calls. Whether
7  they're inbound or outbound, he knew we took calls
8  for our members.
9  BY MR. BRODERICK:
10     Q. How many cruises, if you know, did Resort
11 Marketing Group book in a typical year?
12     MR. ZINK: Objection to form.
13     THE WITNESS: I don't know. I don't
14 have an amount. I couldn't tell you.
15 BY MR. BRODERICK:
16     Q. Would you have records that would indicate
17 that?
18     A. I could put records together for that.
19     Q. And you can't even ballpark that it's 5,000
20 a year, a hundred?
21     A. I mean, it's way more than a hundred, yes.
22 Probably closer to the five or over, but I wouldn't
23 want to guess.
24     5,000, I should say.

Page 123

1      Q. Would your records indicate which cruise
2  line a customer booked on?
3      A. Which cruise line we booked the customer on,
4  you mean? Yes.
5      Q. And you still have those records from Resort
6  Marketing Group?
7      A. Yes.
8      Q. And where are those records stored?
9      A. It would be on a computer, yeah.
10     Q. In --
11     A. In my -- in my office.
12     Q. In your office?
13     A. Uh-huh. I know how important it is to
14 preserve everything.
15     Q. Did Mr. Panici review any of your scripts?
16     MR. BECKER: Objection to form.
17     THE WITNESS: Again, you'd have to show
18 me the scripts, and I don't -- I don't know. I
19 mean, I don't know.
20 BY MR. BRODERICK:
21     Q. Well, when he -- you wrote scripts with
22 Mr. --
23     A. I would ask Mr. Panici, because I don't know.
24     Q. I can only ask you today.

Page 124

1      A. Okay.
2      Q. Ms. Valente, is Richard Borst an honest
3  person?
4      MR. BECKER: Objection to form.
5      MR. ZINK: Objection to form.
6      THE WITNESS: Oh, geez. I really don't
7  know how to answer that.
8  BY MR. BRODERICK:
9      Q. Well, you know what the word "honest" means,
10 right?
11     A. I do.
12     Q. It's not -- what about it is difficult to
13 answer?
14     A. Specifically or generally. I mean, that's --
15 that's a hard question to answer.
16     Q. But do you know anybody in your life that
17 you would say he's dishonest?
18     A. Sure do.
19     Q. Is Mr. Borst one of those people?
20     A. No.
21     Q. Have you ever had any reason to doubt his
22 honesty?
23     MR. BECKER: Objection to form.
24     THE WITNESS: Again, have I ever seen

Page 125

1  him not be honest, yes.
2  BY MR. BRODERICK:
3      Q. And what was he dishonest about?
4      A. One specific example is he called in sick,
5  but I saw him later that night at a restaurant, and
6  stuff like that, you know.
7      Q. But -- and the examples are things like
8  that, calling in sick when he's not really sick?
9      A. Exactly.
10     Q. Anything serious in your view?
11     MR. BECKER: Objection to form.
12     THE WITNESS: In my view, no.
13     MR. BRODERICK: Can we mark that.
14     MR. BECKER: So this is H.
15     (Exhibit H marked.)
16     MR. BECKER: It's 12:00. What time do
17 you want to break for lunch?
18     MR. BRODERICK: Maybe after we get
19 through this.
20 BY MR. BRODERICK:
21     Q. So I'm showing you what's been marked as
22 Travel Services Exhibit H. Do you recognize that
23 document?
24     I haven't shown it to you.

32 (Pages 122 - 125)

1   A.  Yes, I do.
2   Q.  And what is it?
3   A.  It's a declaration of Richard Borst.
4   Q.  And do you see on page two, in paragraph
5   nine, where Mr. Borst says that prerecords started
6   in 2009?
7        MR. BECKER:  Objection to form.  It
8   does not say that.
9        MR. BRODERICK:  "Prerecorded calls per
10  day through the predictive dialer from when they
11  began in or around 2009."
12       MR. BECKER:  "In or around" is a big
13  difference from "in 2009," but that's fine.
14       The testimony the last two days, Ted --
15       MR. BRODERICK:  All right.  All right.
16  All right.  I got it.  I got it.  I got it.
17       MR. BECKER:  -- has been clearly 2010.
18       MR. BRODERICK:  No speaking objections.
19  You got it.  You got it.
20  BY MR. BRODERICK:
21  Q.  In or around 2009, does that change your
22  mind about when the prerecords might have started?
23  A.  No.  I believe what he's -- what he's
24  referencing here is that we purchased the dialer at

1   the end of 2009 --
2   Q.  Okay.
3   A.  -- and did predictive dialing the end of
4   2009.
5   Q.  And can you read paragraph 12 aloud.
6   A.  What it says is:  Carnival Cruise Line was
7   particularly involved in the prerecording --
8   prerecorded telemarketing aspects of Travel
9   Services' business.  Carnival's account manager for
10  Travel Services, Tom Panici.  I was in the room
11  during conversations between Beth Valente and
12  Carnival representatives, including Tom, when they
13  discussed prerecorded telemarketing.  I saw e-mails
14  between Beth and Tom regarded prerecording
15  telemarketing, including the scripts below.  My best
16  estimate about the timing of this is six months
17  after the calls began, maybe in 2009 or 2010.
18  Q.  Okay.  Was -- did you discuss, as Mr. Borst
19  says, prerecorded telemarketing with Mr. Panici?
20  A.  No, we did not.
21  Q.  Do you have any reason to think why
22  Mr. Borst would lie in an affidavit?
23       MR. BECKER:  Objection to form,
24  argumentative.

1        THE WITNESS:  I -- I -- I can't tell
2   you why he would say this, no.
3   BY MR. BRODERICK:
4   Q.  But you don't believe he's a dishonest
5   person?
6   A.  I don't believe he's a dishonest person, but
7   I don't believe this is true either.
8   Q.  Do you see in paragraph 13 -- can you read
9   that aloud?
10  A.  After Travel Services had been making
11  prerecorded telemarketing calls for these cruise
12  lines, Carnival contacted Travel Services about it
13  had been getting complaints regarding telemarketing.
14  Q.  Was Resort Marketing Group contacted by
15  Travel Services because it had been getting
16  complaints regarding telemarketing?
17  A.  No, not about telemarket -- not about
18  prerecorded telemarketing.
19       MR. BECKER:  And I think you said
20  whether -- yeah, Alex is correcting you.
21       (Off record discussion.)
22  BY MR. BRODERICK:
23  Q.  Well, did Travel Services -- was Resort
24  Marketing Group, or Travel Services, generically --

1   A.  They're the same.
2   Q.  -- using the term, ever contacted about
3   complaints that Carnival had received regarding
4   telemarketing?
5        MR. BECKER:  Objection to form.
6        THE WITNESS:  Regarded prerecorded
7   telemarketing?
8   BY MR. BRODERICK:
9   Q.  No.  Telemarketing.
10  A.  Telemarketing.
11  Q.  Any telemarketing.
12  A.  Yes.
13  Q.  And what were those complaints that were
14  reported to you?
15  A.  The ones that I remember, and there were not
16  many, were along the lines of the free cruise, that
17  cruise is not free, we have to pay port fees when we
18  travel, those kind of complaints.
19  Q.  Were there -- did you receive that -- was
20  that communication in writing from Carnival?
21  A.  No.
22  Q.  Not in an e-mail?
23  A.  I don't recall it being in an e-mail.  It was
24  a phone call.

33 (Pages 126 - 129)

1   Q. And who was it who reported that to Resort
2 Marketing Group?
3   A. The person? Oh, I don't know. I don't
4 remember.
5   Q. Was it Mr. Panici?
6   A. Oh, I'm sorry. I thought you meant who the
7 complaint was about.
8   Q. No, no, no.
9   A. Yes, it would have been Mr. Panici.
10   Q. And would Mr. Panici have spoken to you?
11   A. Yes.
12   Q. Did Carnival ask Resort Marketing Group or
13 Travel Services to stop using its name in its
14 marketing?
15   A. No.
16   Q. Carnival never said to anyone at Resort
17 Marketing Group -- nobody at Carnival ever said to
18 anyone at Resort Marketing Group that they didn't
19 want a complaint to be tied back to Carnival?
20   A. I was not involved in a conversation with
21 that being said.
22   Q. And do you have any reason or can you tell
23 me why you think Mr. Borst would have signed an
24 affidavit that's -- can you read paragraph 14 for

1 me? Strike that. Just read paragraph 14 aloud.
2   A. Oh, you want me to read it aloud? I'm sorry.
3   Q. Please. Sorry.
4   A. 14: Carnival asked that Travel Services stop
5 using its names in any of the Travel Services
6 marketing, included prerecorded telemarketing
7 messages, so that the marketing would be difficult
8 to tie back to Carnival and they would receive fewer
9 complaints.
10   Q. Do you have any reason why -- can you offer
11 any reason why Mr. Borst would say that?
12       MR. BECKER: Objection to form.
13       THE WITNESS: If -- you want my
14 opinion?
15       MR. BRODERICK: Please.
16       THE WITNESS: Okay. I think he's --
17 he's confused. I don't think he's dishonest. I
18 think he's confused.
19 BY MR. BRODERICK:
20   Q. And paragraph 15 says: Carnival told
21 Ms. Valente what changes were necessary in the
22 script, and Travel Services made those changes and
23 began using the new script rather than previous
24 ones. Is that accurate?

1   A. No.
2   Q. What about it is not accurate?
3   A. Okay. First of all, Carnival doesn't run our
4 company, so they wouldn't tell us what we can or
5 can't do, and I think they realize that, but second
6 of all, they would -- so for us to make changes
7 would not be because Carnival told us to. And I
8 never had a conversation that that was necessary to
9 do.
10   Q. And how about paragraph 16, where Mr. Borst
11 says: I am certain that Royal Caribbean and
12 Norwegian Cruise Lines knew about the
13 telemarketing, do you believe that's accurate?
14   A. I don't know what Rich Borst is certain of or
15 not certain of.
16   Q. Do you believe -- do you know whether Royal
17 Caribbean or Norwegian Cruise Lines was aware that
18 you were doing any form of telemarketing that sold
19 cruises?
20   A. I -- they would not -- they would not have
21 known. I don't know how they would have known. I
22 don't believe they knew.
23   Q. And from whom did you receive -- where did
24 you get the numbers to load into the dialer that

1 you used?
2   A. Okay. As we were -- they came from either
3 our membership or lead brokers. Two that I'm sure
4 that we used were FlowMedia and Caldwell.
5   Q. Where is FlowMedia located?
6   A. You know, I don't know.
7   Q. And how would you receive those lists?
8   A. Via e-mail.
9   Q. And would Resort Marketing Group still have
10 those e-mails?
11   A. They would be in the e-mail archive, yes.
12   Q. And Caldwell, is Caldwell known as Caldwell
13 List?
14   A. I just know them as Caldwell.
15   Q. Do you know where they're located?
16   A. I don't.
17   Q. And how would Resort Marketing Group receive
18 those lists?
19   A. The same way, through e-mail.
20   Q. And you'd still have those e-mails as well?
21   A. Yes, uh-huh.
22   Q. How about Memeo?
23   A. I don't recognize that name.
24   Q. You don't recognize that name?

34 (Pages 130 - 133)

Page 134

1 A. Huh-uh.
2 Q. Memeo.
3 A. No.
4 Q. Do you remember how much Resort Marketing
5 Group would pay for a typical list or how -- well,
6 strike that.
7 How did the pricing work when you would buy
8 a list from either of these entities?
9 A. Okay. So as we were -- we were talking to
10 these lead brokers, we expressed how important it is
11 that they were opt-in leads for travel, because we
12 didn't want to waste our time.
13 So we got a daily, or at least five days a
14 week, lists of people who had opted in. So it was a
15 feed. It was a constant feed, if that makes sense.
16 Q. But it came in via e-mail, right?
17 A. Yes.
18 Q. You didn't log on to a website and pull down
19 documents?
20 A. I never did and I don't believe so. Again,
21 Jamie would be able to clarify that with you.
22 MR. BRODERICK: All right. Well, I
23 realize I blew right past our lunch break, so maybe
24 we should take a break. I was just going to go

Page 135

1 through the one document.
2 MR. BECKER: Do you want to go through
3 it? Do you want -- I mean --
4 MR. BRODERICK: No, no, no, this is a
5 good time to --
6 MR. BECKER: Why don't we ask the
7 deponent how she's doing. Do you want to go for a
8 few more minutes or...
9 THE WITNESS: I'm okay. Are we done
10 with this one? Should I give this back to her?
11 MR. BRODERICK: Actually --
12 MR. BECKER: Let's finish using --
13 let's go through this part of -- line of
14 questioning. It's fine.
15 MR. BRODERICK: Okay.
16 BY MR. BRODERICK:
17 Q. Does -- did Resort Marketing Group maintain
18 an internal do-not-call list?
19 A. Yes, we did.
20 Q. And do you know how -- where the do-not-call
21 list was stored?
22 A. I have a vague idea. I don't know specifics,
23 but I believe when they pressed two, it was stored
24 on the dialer, but, again, Jamie can answer all that

Page 136

1 for you.
2 Q. Do you know if there was another way that
3 someone could get added to the do-not -- your
4 internal do-not-call list?
5 A. Yes. It could be done manually as well.
6 Q. And how would one do that manually?
7 Would --
8 A. Okay. So, for example, you call in and you
9 tell -- you -- instead of pressing two -- if you
10 press two, you'll go on the do not call. If you
11 were to press -- if you would talk to the agent and
12 say please don't call me again, they have a code
13 that they press into the phone and it gets
14 transferred.
15 Again, I'm not IT savvy, so you -- it
16 probably sounds like -- you've probably figured that
17 out already. It would get transferred and then
18 somehow it got put into that -- our internal do not
19 call.
20 Q. And you don't know about --
21 A. I don't know logistics at all, no.
22 Q. Did any of the cruise lines ever provide --
23 forward consumer prerecorded telemarketing
24 complaints to Resort Marketing Group?

Page 137

1 A. Can you say that one more time?
2 Q. Did any of the cruise lines, meaning Royal
3 Caribbean, Norwegian and Carnival, ever forward
4 consumer prerecorded telemarketing complaints to
5 Resort Marketing Group?
6 A. No.
7 Q. Do you know why Mr. Borst would have said
8 that they did?
9 MS. MacIVOR: Form.
10 MR. BECKER: Form.
11 THE WITNESS: Where did he say that
12 they did?
13 BY MR. BRODERICK:
14 Q. Paragraph 20, he says: The cruise lines
15 forwarded consumer prerecorded telemarketing
16 complaints to Travel Services all the time.
17 A. I don't. I have no idea why he said that.
18 Q. Were operators instructed, at Resort
19 Marketing Group, to upsell consumers to try to make
20 more money?
21 A. Where are you seeing that?
22 Q. Well, I'm seeing it in paragraph 22, but I'm
23 also just asking.
24 A. Oh, okay. I just want to make sure I'm

35 (Pages 134 - 137)

Page 138

1  following along.
2      I know what he's talking about, but it was
3  not the operators that did it.  It would be the
4  travel fulfilment when the person tried to book
5  their cruise or tour.
6      Q.  But the people in travel fulfillment were
7  instructed to try to upsell customers?
8      A.  I wouldn't say "upsell" is the right word.
9      Q.  What word would you use?
10     A.  "Sell."
11     Q.  But to buy something other than the --
12     A.  Membership?
13     Q.  Well, no.  Other than the cruise that one
14  gets for what are described as fees and taxes?
15         MR. BECKER:  Objection to form.
16         THE WITNESS:  Could you ask your
17  question, because I'm just trying to make sure I'm
18  answering.
19         MR. BRODERICK:  Yeah.
20         THE WITNESS:  Okay.  What was your
21  question?
22  BY MR. BRODERICK:
23     Q.  Well, the question is:  They were instructed
24  to sell them -- they were not instructed just to

Page 139

1  say, okay, you've booked a 99 dollar or a 199
2  dollar cruise.  Were they not instructed to sell
3  additional upgrades?
4      A.  Again, I couldn't tell you what Rich was
5  saying when he said that, and I know that's what
6  you're going off of.  What -- the only thing that I
7  believed ever happened, when we were selling a
8  promotion, is that amount -- the days that they're
9  traveling.
10     So, for example, it could be a -- a -- a
11  three-day cruise or it could be a four-day cruise,
12  and I think the maximum was a five-day.  It could be
13  a three-day weekend getaway for the promo or it
14  could be a seven-day condo stay, you know.
15     So that's the only thing I can think of that
16  he could be talking about with the operators.
17     Q.  Okay.  And is what Mr. Borst says accurate
18  when he says the operators -- in paragraph 22:
19  When consumers pressed the button to talk to an
20  operator, the operators generally told the customer
21  that he had won a, quote, free cruise.  However,
22  the free part was a ruse.  The cruises cost
23  something like $99.  Sometimes more.  Sometimes
24  less.

Page 140

1      Do you disagree with Mr. Borst that calling
2  that cruise free is a ruse?
3      A.  Yes, I do.
4         MR. BECKER:  I'm going to object on
5  form first, but go ahead.
6         THE WITNESS:  Sorry.  Sorry.
7         Yes, absolutely.  It was not a ruse.
8  BY MR. BRODERICK:
9      Q.  Is it free, though?
10     A.  The cruise part is free, yes.
11     As I mentioned early, it's part of our
12  marketing expense, and we just allocated if we -- so
13  they booked a cruise.  If they didn't want to
14  upgrade, when they wanted to travel on it, they --
15  we would have to pay.  It would sometimes come out
16  of our pocket, and that was just allocated as
17  marketing.
18     Q.  Would your books show how many times you had
19  to pay beyond what the customer had booked?
20     A.  It definitely could be figured out,
21  absolutely.  It would take -- it's all documented.
22  We'd have to put it together.  It's not an easy
23  report.
24         MR. BRODERICK:  Okay.  I'm ready for

Page 141

1  lunch.  Want to take a break?
2         MR. BECKER:  Yeah.
3         THE WITNESS:  Are you done with this
4  one?
5         THE VIDEOGRAPHER:  We are going off the
6  record.  The time is 12:19 p.m.
7         (Recess taken from 12:19 to 1:46.)
8         (Darren Watts present for partial
9  proceeding.)
10        THE VIDEOGRAPHER:  We are back on the
11  record.  The time is 1:46 p.m.  Please proceed.
12  BY MR. BRODERICK:
13     Q.  Okay.  When you did the -- when Resort
14  Marketing Group did use prerecorded messages to
15  promote cruises, did you have any cruise prerecord
16  that did not mention Carnival, Royal Caribbean and
17  Norwegian?
18     A.  We did --
19        MR. BECKER:  Form.
20        THE WITNESS:  We did not promote
21  cruises when we were doing the prerecorded.  We
22  were doing the membership.
23  BY MR. BRODERICK:
24     Q.  Did you have any prerecords that mentioned

36 (Pages 138 - 141)

Page 142

1 cruises that did not also mention all three of
2 those cruise lines?
3        MR. BECKER: Objection to form.
4        THE WITNESS: I believe there were
5 other cruise lines that we mentioned at different
6 recordings.
7 BY MR. BRODERICK:
8     Q. Do you still have those recordings?
9     A. I don't know.
10    Q. Do you remember specifically which other
11 cruise lines would have been mentioned in a
12 prerecorded message?
13    A. Yes. Disney.
14    Q. Disney cruises?
15    A. Yes.
16       (Exhibit I marked.)
17       (Off record discussion.)
18 BY MR. BRODERICK:
19    Q. Okay. I'm showing you what's been marked as
20 Travel Services Exhibit I. Do you recognize that
21 document?
22       MR. BECKER: Objection to form.
23 BY MR. BRODERICK:
24    Q. Do you recognize the cover letter and

Page 143

1 attached documents?
2     A. I don't recognize the cover letter, but
3 what's attached looks like to be some of our
4 different promotional scripts.
5     Q. Are these documents that you provided to
6 Mr. Zink for production in this case?
7     A. Yes, I believe so.
8     Q. When was the -- the document marked TS4607,
9 who created that script or the -- who wrote the
10 text at the top of that document?
11    A. I can't be for sure.
12    Q. Who do you think wrote it?
13    A. Benny.
14    Q. Benny?
15    A. Yeah.
16    Q. And would you have reviewed that? Would
17 that be the kind of script you reviewed?
18    A. Yes.
19    Q. And can you tell me what it is? Is this
20 a -- something for an operator to use when a call
21 comes in or is this a prerecord? What is it?
22       MR. BECKER: Objection to form.
23       THE WITNESS: I would say that this is
24 a script for our condominium and the free -- our

Page 144

1 promo for the condo -- promo incentive for the
2 condominium and our six-month free trial
3 membership.
4 BY MR. BRODERICK:
5     Q. And is it, though, is it a -- is this what
6 someone is to say live to someone who has called
7 in?
8     A. I'm not sure. You'd have to ask Benny.
9     Q. Is -- at the end of that text at the top
10 there, it says "quiet." Is that a common
11 instruction in a script?
12    A. I have seen it in some of our scripts. I
13 don't know if it's common.
14    Q. And what is that? What does that mean?
15 What are you telling the operator to do there?
16    A. I'm not in the sales department, so you would
17 need to ask Benny that.
18    Q. Do you have any --
19    A. I would assume be quiet.
20    Q. But it's nothing you've trained people to
21 do, to just --
22    A. No.
23    Q. -- pause?
24       Can you turn to TS4609.

Page 145

1        And can you tell me what kind of -- what the
2 purpose of this script is?
3     A. There's many scripts that we have, and all of
4 them I don't remember or -- or recall. Just reading
5 this, I would believe it's a script that we call
6 after they've traveled on a -- it looks like this
7 time after they've traveled on a cruise, to get them
8 to book on something else or to book an additional
9 cruise or to sell them a membership renewal.
10    Q. Okay. No more questions on that script for
11 now.
12    A. On this one?
13    Q. Yeah.
14    A. Give it back to her?
15       (Exhibit J marked.)
16 BY MR. BRODERICK:
17    Q. So I'm showing you what's been marked as
18 Travel Services Exhibit J. It's Bates numbered
19 TS4605. Do you recognize that document?
20    A. No.
21    Q. Who -- do you know who Alissa S. is?
22    A. Yes.
23    Q. Who is that?
24    A. She would be someone that would be receiving

37 (Pages 142 - 145)

Page 146

1 and adding these to the dialer.
2     Q. What's her full name?
3     A. Alissa Sunday.
4     Q. And did you ever receive e-mails such as
5 this?
6     A. No.
7     Q. Would Alissa Sunday be the only person who
8 received them?
9     A. I don't know.
10     Q. And do you know where -- I see in the e-mail
11 it says you can download an attachment, which seems
12 to be a list of numbers -- well, I shouldn't say
13 that.
14         Do you know what this e-mail has as an
15 attachment?
16     A. I didn't.
17     Q. Do you know where downloaded documents, if
18 she opened this -- well, you're a membership club.
19 Is that your Resort Marketing Group website?
20     A. Yes.
21     Q. And --
22     A. I'm not sure it's a website, but it's e-mail.
23     Q. E-mail address, okay.
24         And do you know where those documents would

Page 147

1 have been downloaded to by Ms. Sunday if she
2 downloaded them?
3     A. I don't. I would -- I can guess they were
4 downloaded and then put into the dialer.
5     Q. What steps, if any, did Resort Marketing
6 Group take to ensure that the people on lists that
7 you were buying from Caldwell List or from --
8 what's the other group you bought lists from,
9 FlowMedia, those people had in fact opted in
10 to receive prerecorded messages?
11     A. Because when we -- when we talked to both --
12 all of the lead brokers, we told them they had to be
13 opt-in leads for travel, travel discounts, so that
14 we didn't waste our time talking to people who
15 weren't interested.
16     Q. And what steps did you take, if any, to
17 actually ensure that what they were telling -- that
18 what they were telling you was accurate?
19         MR. BECKER: Objection, form.
20         THE WITNESS: Define "steps."
21 BY MR. BRODERICK:
22     Q. Did you ask them to provide you with
23 evidence of the fact that people had opted in?
24     A. What we received was sometimes their IP

Page 148

1 address, sometimes the -- a lot of times the
2 e-mail -- the website that they filled it out on, so
3 no. And then we didn't get complaints. If people
4 hadn't opted in, we would have got tons of
5 complaints, and we did not.
6     Q. Where did you -- so you say in the lists
7 that they provided, it had an IP address?
8     A. On some of them, yes.
9     Q. On all of them? Well, not on all of them,
10 right?
11     A. No.
12     Q. And e-mail addresses?
13     A. Yes.
14     Q. And did they explain to you what websites
15 they used to get this opt-in information?
16     A. They didn't explain all of them. They just
17 listed it on a lot of the leads and they explained
18 that they have tons of websites. They can probably
19 answer that better than I could.
20         (Exhibit K marked.)
21 BY MR. BRODERICK:
22     Q. So directing your attention to the document
23 that's been marked as Exhibit K, do you recognize
24 that document?

Page 149

1         MR. BECKER: Objection to form.
2         THE WITNESS: No, I don't.
3         MR. BRODERICK: "Do you recognize that
4 document" is objectionable?
5         MR. BECKER: I'm objecting to any
6 questions related to this document, but go ahead.
7 You can ask any questions you want, Ted. I'm not
8 instructing her not to answer.
9         I mean, if you want me to state for the
10 record --
11         MR. BRODERICK: Please.
12         MR. BECKER: -- that your colleague
13 Mr. McCue and I had had conversations leading up to
14 today's deposition concerning whether or not we
15 would be willing to stipulate to certain issues
16 related to Wayback Machine printouts of screen
17 shots of this 123freetravel website, we engaged in
18 conversations. We didn't get anywhere, but --
19         MR. BRODERICK: All right. Just state
20 your objection.
21         MR. BECKER: -- I'm objecting.
22         MR. BRODERICK: No. I don't --
23         MR. BECKER: You asked me for
24 explanation. I wasn't going to.

38 (Pages 146 - 149)

Page 150

1    MR. BRODERICK: As to the question. As
2  to the question.
3    MR. BECKER: I said objection to form.
4  That's it.
5    MR. BRODERICK: "Do you recognize that
6  document" is a question that is objectionable as to
7  form, the form of the question.
8    MR. BECKER: I withdraw my objection,
9  Ted.
10    MR. BRODERICK: Okay.
11    MR. BECKER: Let's keep going.
12  BY MR. BRODERICK:
13    Q. Are you familiar with the website
14  123freetravel?
15    A. Not before this lawsuit.
16    Q. Not before this lawsuit.
17    Can you identify any websites on which you
18  claim people opted in to get prerecorded messages
19  from Resort Marketing Group?
20    MR. BECKER: Objection to form.
21    THE WITNESS: No.
22  BY MR. BRODERICK:
23    Q. Has anyone identified to you any -- well,
24  strike that.

Page 151

1    Of the lead lists that you purchased to make
2  prerecorded telephone calls, are you aware of any
3  websites that they used to gather that information?
4    A. Not specifically.
5    Q. This screen shot of 123freetravel doesn't
6  contain any mention of Resort Marketing Group, does
7  it?
8    MR. BECKER: Objection to form.
9    THE WITNESS: On what I'm reading right
10  here, no, it does not.
11  BY MR. BRODERICK:
12    Q. And it doesn't contain any reference to
13  Travel Services?
14    MR. BECKER: Objection to form.
15    THE WITNESS: No, it does not.
16  BY MR. BRODERICK:
17    Q. Does it contain any reference to prerecorded
18  telephone calls?
19    MS. MacIVOR: Form.
20    THE WITNESS: Not that I can see, no.
21    (Off record discussion.)
22    (Exhibit L marked.)
23  BY MR. BRODERICK:
24    Q. Showing you a document that's been marked as

Page 152

1  Travel Services Exhibit L, do you recognize that
2  document?
3    A. No.
4    Q. It appears to be a -- it's a letter stating
5  that Resort Marketing Group, Inc., has not been,
6  during the period of time beginning in January of
7  2011 through the present date, registered as a
8  telephone solicitor with the Office of the Attorney
9  General of Ohio.
10    Did Resort Marketing -- has Resort Marketing
11  Group, Inc., ever been registered as a telephone
12  solicitor with the Attorney General's office of
13  Ohio?
14    MR. BECKER: Objection to form.
15    THE WITNESS: All of our leads are
16  opt-in leads, so we were not required to register,
17  so I don't believe that we registered, no.
18  BY MR. BRODERICK:
19    Q. So you were not registered -- you've
20  never -- Resort Marketing Group, Inc., has never
21  been registered as a telephone solicitor with the
22  Office of the Attorney General of Ohio, correct?
23    A. Not to -- not to my knowledge.
24    Q. Is there anybody else who would know that

Page 153

1  other than you?
2    A. Not that I know of.
3    MR. BRODERICK: So I'm going to give
4  you guys my copies because I don't want to bring
5  them home.
6  BY MR. BRODERICK:
7    Q. I'm going to refer your attention to what's
8  previously been marked as Exhibit A, Travel
9  Services Exhibit A from a prior deposition.
10    Do you recognize that document?
11    A. No.
12    Q. Do you recall when Ms. Compton was
13  questioned about the transcripts of her call with
14  Mr. Charvat?
15    A. Yes.
16    Q. All right. Well, I can represent to you
17  that this is a document that I believe we've
18  stipulated is the transcript through Mr. Aguilera's
19  listening to the messages.
20    Is that a fair characterization of it?
21    MR. BECKER: From -- from my
22  perspective, I objected to the question yesterday
23  based upon the fact that you said it was
24  generally -- generally accurate, the portraying of

39 (Pages 150 - 153)

Page 154

1 the recording, that there are some inconsistencies,
2 but from where I sat, it was relatively close to
3 what the recording said.
4      I don't know if anybody else wants to
5 speak on it, but that's what I recall. There were
6 some inconsistencies, but not -- not a ton.
7      MS. MacIVOR: Join.
8      MR. BECKER: And just to clarify, you
9 said transcripts. I think we're only talking about
10 call four as a single transcript from the Compton
11 deposition. Correct?
12      MR. BECKER: That may be. Call it
13 transcripts in the Aguilera deposition.
14      MR. BECKER: Correct, but those were
15 only for calls one, two and three.
16      MR. BRODERICK: Okay.
17 BY MR. BRODERICK:
18 Q. Ms. Compton testified that she used the
19 name, an alias, Joanna Harrison.
20      Did other operators use aliases when
21 speaking to people who responded to a prerecorded
22 message?
23 A. I don't know.
24 Q. Were you in the call center when calls were

Page 155

1 being received?
2 A. No.
3 Q. Never?
4 A. Never.
5 Q. And did Mr. Aguilera ever advise you that
6 people were -- people did use aliases?
7 A. It was never discussed until this lawsuit.
8 Q. Do you know why Ms. Harrison used an alias
9 when she spoke to Mr. Charvat?
10 A. No, I don't.
11      MS. MacIVOR: Form.
12      MR. FORMAN: Speculation.
13 BY MR. BRODERICK:
14 Q. Do you -- can you think of a valid reason
15 for using an alias when speaking to a potential
16 customer?
17      MS. MacIVOR: Form.
18      THE WITNESS: My opinion? It would be
19 just for the privacy. You didn't want your name
20 out there.
21 BY MR. BRODERICK:
22 Q. Privacy of the person calling someone who
23 responded to a prerecord?
24 A. Privacy of what?

Page 156

1 Q. Of the person who was talking to someone who
2 received a prerecorded message.
3 A. Yes.
4 Q. Are you aware of any legal restrictions in
5 Ohio in using an alias when speaking to someone in
6 a telephone solicitation?
7      MR. BECKER: Objection, form.
8      THE WITNESS: No.
9 BY MR. BRODERICK:
10 Q. And Resort Marketing Group, is -- is that a
11 corporation -- is that corporation still in good
12 standing with the State of Illinois?
13 A. I don't believe it was an Illinois
14 corporation.
15 Q. Where was it?
16 A. Nevada.
17 Q. Is it still in good standing with --
18 A. No.
19 Q. -- the State of Nevada?
20 A. No.
21 Q. And when do you think its good standing
22 lapsed in the State of Nevada?
23      MR. BECKER: Objection to form.
24      THE WITNESS: I don't know.

Page 157

1 BY MR. BRODERICK:
2 Q. And on call one on page one of Exhibit A, it
3 says: The only cost to you would be your own
4 government sales tax --
5 A. Where is that?
6 Q. -- which comes out to $93 per person.
7 A. On call one, is it on the second page?
8 Q. The first page, sales -- where it says
9 sales -- the longest paragraph --
10 A. Got it, yeah.
11 Q. -- where the sales agent is speaking.
12 A. Yes. What was the question?
13 Q. "The only cost to you would be your own
14 government sales tax, which comes out to $93 per
15 person."
16 A. What was the question?
17 Q. I'm just asking: Do you see that section?
18 A. I see it, yes.
19 Q. You found it.
20      And I don't know if this is going to elicit
21 an instruction or not. What is the government
22 sales tax that's being referenced there?
23      MS. MacIVOR: Form.
24      THE WITNESS: Okay. So when someone

40 (Pages 154 - 157)

1  calls in, they're calling in -- they're given a
2  free trial membership.  They pay a deposit toward
3  their cruise.  That deposit is 93 to $98 a person,
4  depending on which promo they're purchasing.  That
5  deposit -- when they redeem their trip, it's
6  applied to their taxes, based upon, as I mentioned
7  before, which trip, which itinerary, all of the
8  specifics, that we don't regulate what the taxes or
9  port fees or hotel taxes might be, but that money
10  is a deposit toward their trip.
11  BY MR. BRODERICK:
12     Q.  Do your scripts that the agents would be
13  reading ever describe it as a deposit?
14        MR. BECKER:  Objection to form.
15        THE WITNESS:  Like I said, there are
16  many scripts.  I don't know.
17  BY MR. BRODERICK:
18     Q.  This sales agent on page one doesn't use the
19  word "deposit," right?
20     A.  Correct, "the only cost."
21     Q.  Only "government sales tax"?
22     A.  "The only cost to you would be your own
23  government sales tax."
24     Q.  How do you know what the government sales

1  tax is when you don't actually know the price?
2        MR. BECKER:  Objection to form, asked
3  and answered.
4        THE WITNESS:  As I mentioned, it --
5  this is a deposit toward their government and --
6  taxes, depending on which trip they go, and we
7  don't know that until they actually fill out where
8  they want to go.
9  BY MR. BRODERICK:
10     Q.  Okay.  And if someone doesn't go on the
11  cruise?
12     A.  It's a deposit and they have 18 months to use
13  it.  It's a non-refundable deposit, which they -- in
14  the verification script, they confirm that they know
15  it's a nonrefundable deposit and that they must
16  travel within 18 months and they -- that when they
17  go on their trip, whatever it might be, it would be
18  applied to their government taxes of that trip.
19     Q.  You can -- yeah.
20     A.  Keep this one or keep it?
21     Q.  No, you can...
22        Actually, look at one, two, three -- four.
23  It's marked Charvat 36.
24     A.  Okay.

1        MR. BECKER:  Is that an exhibit?
2        MR. BRODERICK:  Exhibit A.
3        MR. BECKER:  Okay.
4  BY MR. BRODERICK:
5     Q.  The recording says:  Congratulations.
6  You've submitted an online contest entry form for
7  Royal Caribbean Cruises, Carnival or Norwegian
8  Cruise Lines.
9        When you bought these lists, did the lead
10  companies tell you people had specifically opted in
11  to receive messages for Royal Caribbean Cruises,
12  Carnival or Norwegian Cruise Lines?
13        MR. ZINK:  Objection to the form.
14        THE WITNESS:  So as I mentioned, when
15  we contacted the lead people, it was important that
16  it was travel.  We don't just do Royal Caribbean,
17  Carnival or Norwegian Cruise Lines, because we do
18  all different types of trips, so no.
19  BY MR. BRODERICK:
20     Q.  So then the statement in that recording that
21  was played to Mr. Charvat, "you've submitted an
22  online contest entry form for Royal Caribbean
23  Cruises, Carnival or Norwegian Cruise Lines,"
24  that's not accurate?

1     A.  I'm sure that some of the leads, the web
2  pages and the pop-ups, might have had those cruise
3  names on them, but not all of them, so I don't -- I
4  wouldn't say it's not accurate.
5     Q.  But you can't point me to any website or
6  online pop-up or contest entry form that does
7  mention Royal Caribbean Cruises, Carnival or
8  Norwegian Cruise Lines, correct?
9        MR. BECKER:  Objection.  Objection to
10  form.
11        THE WITNESS:  I can tell you that, as I
12  mentioned, I don't know all of them.  I'm sure in
13  our lead database, they have lists of all the web
14  pages, that we would, if I guessed, find something
15  that has these cruise lines' names on them.
16  BY MR. BRODERICK:
17     Q.  But you can't identify where -- can you tell
18  me where Mr. Charvat filled out an online contest
19  entry form?
20     A.  I can't personally tell you, no.
21     Q.  Who could, if anyone, tell us that?
22     A.  That --
23        MR. BECKER:  Objection to form.
24        THE WITNESS:  I mean, first of all, I'm

41 (Pages 158 - 161)

1  not sure. That would be an IT department.
2  Probably Jamie could give you the name of the
3  website that Allison Charvat went to.
4  BY MR. BRODERICK:
5      Q. Can you turn to -- I'm sorry, the staple
6  seems to have broken on this. This is previously
7  marked as Exhibit C.
8          MR. BECKER: I got one. Do you need
9  one?
10         MR. ZINK: Yeah, I'll take one. Thank
11  you.
12         MR. BECKER: Why don't you give her the
13  one without the staple on it. Oh, it's already
14  marked.
15         MR. BRODERICK: Yeah.
16  BY MR. BRODERICK:
17     Q. Do you recognize this document?
18         MR. BECKER: Objection to form.
19  BY MR. BRODERICK:
20     Q. Do you recognize the document that's been
21  marked as Exhibit C?
22         MR. BECKER: Objection to form.
23         THE WITNESS: Just the one page or do
24  you want me to go through the whole thing?

1  BY MR. BRODERICK:
2      Q. Well, tell me about the first page. Do you
3  recognize that document --
4          MS. MacIVOR: For the record --
5  BY MR. BRODERICK:
6      Q. -- Bates marked Exhibit 2?
7          MS. MacIVOR: Yeah, okay.
8          THE WITNESS: Yes. I recognize it as
9  our verification script.
10  BY MR. BRODERICK:
11     Q. Okay. And is that an example of the
12  verification script that you referenced earlier, a
13  few questions ago? Is that an example of it?
14     A. That would be an example, yes.
15     Q. Okay. Can you tell me where -- can you tell
16  me if this script advises that this is in fact --
17  that the $93 or $99 is a deposit?
18     A. I can tell you that it does say it's towards
19  your government taxes and that it's nonrefundable,
20  as I mentioned.
21     Q. Now, can you point me to where in the
22  document you're --
23     A. Where I'm talking? Down on the one, two,
24  three, four, five, six, seven -- eighth paragraph,

1  third from the bottom: Being that this is a
2  promotion, the taxes you are paying for tonight are
3  nonrefundable.
4      Q. And it says that they are taxes that are
5  nonrefundable, correct?
6      A. Right, but up above, I believe it says
7  that -- or in the script previous to the
8  transferring, it said that the taxes that they were
9  paying -- the $93 were toward the taxes and fees.
10     Q. Taxes are collected by the government,
11  correct?
12         MR. BECKER: Objection to form.
13         THE WITNESS: Yes. As I mentioned
14  earlier in my testimony, we took the deposit, and
15  depending on what itinerary and what trip they
16  take, the government decides which taxes are paid,
17  and then we apply that toward the taxes.
18  BY MR. BRODERICK:
19     Q. And that deposit, you said, went into an
20  escrow -- excuse me, into an operational account?
21         MR. BECKER: Objection to form.
22         THE WITNESS: That deposit would have
23  went into our bank account, correct, uh-huh.
24  /////

1  BY MR. BRODERICK:
2      Q. Not a separate escrow account?
3      A. No.
4      Q. Were calls -- were the verification calls
5  recorded by Resort Marketing Group?
6      A. Yes.
7      Q. And do you keep those recordings?
8      A. Yes.
9      Q. Where are those recordings kept?
10     A. Specifically I don't know. I'm assuming on a
11  server. IT could answer that for you.
12     Q. And how long are they kept for, if you know?
13     A. I don't know.
14     Q. So are the only two people in your IT
15  department Richard Borst and Jamie Smith?
16         MR. BECKER: Objection to form.
17         THE WITNESS: Yes. I think we've got
18  other people that have come and gone, but they all
19  work under Jamie Smith.
20  BY MR. BRODERICK:
21     Q. Who were those other people?
22     A. Ben, I can't remember his last name, is one
23  that sticks in my head.
24     Q. When did Ben work there?

42 (Pages 162 - 165)

Page 166

1    A. I can't -- I don't recall.
2    Q. Can you tell me what a premium cruise QA
3  script is?
4    A. Is it in here?
5    Q. It is, and you can look at page 16. I want
6  to know what "QA" is short for, first off.
7    A. I just want to make sure I'm answering you,
8  so it's easier for me to look at it. Number 16, you
9  said?
10    Q. Yeah. Bates page 16 in Exhibit C.
11      What is "QA" short for there?
12    A. Quality assurance.
13    Q. And is quality assurance -- that's the
14  second stage. You've called in, talked to the
15  first person and been transferred to quality
16  assurance?
17    A. The call would be transferred to our quality
18  assurance after a sale has -- after they've agreed
19  they would like to purchase one of our promotions.
20    Q. Right. Is that -- is there a difference
21  between quality assurance and fulfillment?
22    A. Yes.
23    Q. And what is that difference?
24    A. Quality takes down the information, verifies

Page 167

1  all of the -- reads the script and runs the credit
2  card. Data enters the information that the e-mail
3  goes out to that I mentioned earlier. And then
4  fulfilment would be the people after they've picked
5  the dates and what trip they want to go on, calls
6  them to actually book the trip.
7    Q. So the central verification script, Bates
8  page two, is that also a script for quality
9  assurance?
10    A. Yes.
11    Q. Okay. Refer back to Exhibit A. The
12  prerecord played in call one to Mr. Charvat, had
13  Mr. Charvat in fact been personally selected by
14  anyone to receive a cruise?
15      MR. BECKER: Objection to form.
16      THE WITNESS: I would need to hear the
17  recording.
18  BY MR. BRODERICK:
19    Q. Why?
20    A. Because I want to make sure it's the same,
21  that you're talking about the same one.
22    Q. Well, can you assume for the moment that
23  that's a correct version of the prerecord --
24    A. Okay.

Page 168

1    Q. -- that went out.
2    A. Okay.
3    Q. It's a standard prerecord -- or when you use
4  a prerecord, it doesn't change in a certain -- when
5  it's going out for a certain day. It's loaded into
6  the dialer and a list of numbers gets the same
7  prerecord, right?
8    A. Well, we -- as I mentioned, we do change the
9  prerecord depending on what promotion we're doing.
10    Q. Right, but not during the course of a single
11  day?
12    A. No, sometimes we did.
13    Q. Did you change the text of the cruise line
14  prerecord during the course of a day, or it's --
15  it's the prerecord that's in the dialer, and you
16  tell it to make a certain number of calls, correct?
17      MR. BECKER: Objection to form.
18      THE WITNESS: You know what, I'm not
19  sure exactly how the number of calls goes, so I
20  wouldn't be able to answer that.
21  BY MR. BRODERICK:
22    Q. Okay. Did anybody get personally selected
23  to receive these automated robocalls?
24      MR. BECKER: Objection to form.

Page 169

1      THE WITNESS: I don't know.
2  BY MR. BRODERICK:
3    Q. Do you know an employee named Raymond
4  Jurers?
5    A. Yes.
6    Q. Is he the person who identified himself as
7  Sampson in a call with Mr. Charvat?
8    A. I don't know.
9    Q. Do you know if he said that in an
10  interrogatory answer?
11    A. I believe so, yes.
12    Q. So as with Ms. Compton, he used Sampson,
13  which is an alias?
14      MR. BECKER: Objection to form.
15      THE WITNESS: Yes.
16  BY MR. BRODERICK:
17    Q. And Mr. Jurers passed away, correct?
18    A. That is correct.
19    Q. And was it common that sales reps would use
20  aliases?
21      MR. BECKER: Objection to form, asked
22  and answered.
23  BY MR. BRODERICK:
24    Q. At Resort Marketing Group?

43 (Pages 166 - 169)

Page 170

1    A. I don't know.
2    Q. Do you believe these were exceptions, these
3 two recorded calls that have two different
4 employees using aliases?
5         MS. MacIVOR: Form.
6         THE WITNESS: I don't know.
7 BY MR. BRODERICK:
8    Q. Was the name of the company that was
9 actually calling Mr. Charvat Travel Services?
10        MR. BECKER: Objection to form.
11        THE WITNESS: Yes.
12 BY MR. BRODERICK:
13   Q. I thought the name was actually Resort
14 Marketing Group, Inc.?
15        MR. BECKER: Objection to form.
16        MR. ZINK: Objection to form.
17        THE WITNESS: That was the name of the
18 corporation, yes.
19 BY MR. BRODERICK:
20   Q. And that's the company that it's called,
21 correct?
22   A. As I said, Travel Services and Resort
23 Marketing Group have the -- were using the same
24 name.

Page 171

1    Q. Why didn't -- why didn't Mr. Jurers identify
2 the company that was calling as Resort Marketing
3 Group, Inc.?
4         MR. BECKER: Objection to form.
5         THE WITNESS: I don't know.
6 BY MR. BRODERICK:
7    Q. Were call representatives instructed to use
8 the name Travel Services rather than Resort
9 Marketing Group?
10   A. Yes.
11   Q. And why?
12   A. Because it's a general travel name.
13   Q. Was there ever an online contest to receive
14 a cruise on Royal Caribbean, Carnival or Norwegian?
15        MR. BECKER: Objection to form.
16        THE WITNESS: Yes.
17 BY MR. BRODERICK:
18   Q. Who ran that contest?
19   A. We ran it for a short time. We did run a --
20 a web page that said win a -- win a cruise.
21   Q. When was that?
22   A. I don't recall.
23   Q. Did Mr. Charvat submit an online contest
24 form on your -- on the website that you -- that

Page 172

1 Resort Marketing ran?
2    A. I don't believe so.
3    Q. So when he gets the message telling him he
4 submitted an online -- is there any other online
5 contest that you're aware of?
6    A. Oh, many. Many, many, many.
7    Q. For Royal Caribbean -- specifically for
8 Royal Caribbean, Carnival or Norwegian.
9    A. I don't know.
10   Q. You don't know. So then why do you say
11 "many, many"?
12   A. You asked me if there was travel contests.
13   Q. Okay.
14   A. There's thousands of them.
15   Q. No, there are -- there are online contests,
16 but you're not aware of any specific to these three
17 cruise lines, other than the ones that your company
18 ran?
19   A. Right, personally. I'm sure if you
20 researched, you would find them.
21   Q. So to your knowledge, had Mr. Charvat
22 submitted an online contest entry form as a
23 recording said he had?
24   A. The phone number that Allison Charvat used,

Page 173

1 I'm not sure who it was registered to, whether it
2 was registered to Phil Charvat or Allison, but
3 Allison did submit that phone number.
4    Q. How do you know that?
5    A. Just from the lead that we got over.
6    Q. So solely from the fact that it appeared on
7 a lead list, from that you -- you take it from that
8 that she did in fact submit an online contest form?
9    A. If -- if it was Phil Charvat's phone number
10 with Allison Charvat's name, that's how come I
11 assume that.
12   Q. But it's just an assumption. You don't have
13 any knowledge that that actually happened, correct?
14   A. I -- I have knowledge that we received the
15 lead with their -- their actual address, their phone
16 number and Allison's name that was submitted with a
17 date and a time on 123travel in our lead. That's
18 the only knowledge I have.
19   Q. Do you know if any of these lead lists are
20 fraudulent?
21   A. I do not believe they're fraudulent, no.
22   Q. Do you think -- how many people -- do you
23 think people are signing up to -- and receive
24 prerecorded messages when they appear -- anybody

44 (Pages 170 - 173)

Page 174

1  who appears on that list has requested receiving
2  online -- requested receiving prerecorded messages?
3      MS. MacIVOR: Form.
4      MR. BECKER: Objection to form.
5      THE WITNESS: Can you repeat the
6  question?
7  BY MR. BRODERICK:
8      Q. You think just because somebody is on a lead
9  list, from that you assume that that person has
10  provided consent to receive prerecorded messages
11  from Resort Marketing Group?
12      MR. BECKER: Objection to form.
13      THE WITNESS: I can tell you that the
14  leads that we received from Caldwell and FlowMedia
15  had names, addresses, phone numbers, sometimes IP
16  addresses and e-mails, where they would have filled
17  this stuff out.
18      I can tell you that of the thousand
19  phone calls that we got, if they were not -- if
20  they were fraudulent, we would know right away that
21  it was a waste of time.
22      I can tell you that we continued to use
23  these lead brokers, so I do not believe that they
24  were fraudulent.

Page 175

1  BY MR. BRODERICK:
2      Q. Did you in fact continue to use these lead
3  brokers even after this lawsuit was started?
4      A. We had stopped prior to the lawsuit, using
5  them.
6      Q. Did you continue with robocalls after the
7  lawsuit was filed?
8      A. Automated messages calls?
9      Q. With prerecorded message calls.
10      A. Prerecorded automated message calls, yes.
11      Q. Where did you get the numbers that you were
12  calling in the prerecorded messages that came after
13  this lawsuit was filed?
14      A. We called our members, our inactive members
15  and we called the leads that we had in our database.
16      Q. And those were numbers that came from -- so
17  the same source of leads that you got Mr. Charvat
18  from, those leads were still in your lead database?
19      MR. BECKER: Objection to form.
20      THE WITNESS: I'm not -- I'm not
21  understanding your question.
22  BY MR. BRODERICK:
23      Q. Well, where did the leads in your lead
24  database come from?

Page 176

1      A. They came from our membership database, from
2  lead brokers, Caldwell and FlowMedia.
3      Q. And?
4      A. And people that had purchased cruises were in
5  there.
6      Q. So after this lawsuit was filed, you did
7  nothing to -- to weed out leads that had come from
8  a lead data -- lead list, such as a Caldwell lead
9  list, correct?
10      MR. BECKER: Objection to form.
11      THE WITNESS: Can you tell me what
12  "weed out" means?
13  BY MR. BRODERICK:
14      Q. Remove from your lead database.
15      A. No, we did not.
16      Q. Did Mr. Charvat have any relationship with
17  Resort Marketing Group?
18      A. I do not know.
19      Q. He's not a member of your travel club?
20      A. He is not.
21      Q. And the only reason you called him is
22  because he was on a lead list, correct?
23      A. The reason we called him is his lead came
24  over with his phone number from -- that I mentioned

Page 177

1  that --
2      Q. Right.
3      A. -- Allison had filled out, and we called
4  their phone number for that reason.
5      Q. And as to your internal do-not-call list
6  that Resort Marketing Group has, I believe you said
7  you still have that list?
8      A. That's correct.
9      Q. And how do you ensure that people who are on
10  that list are not called?
11      A. IT can explain better, but from what I
12  understand is if you press two, the dialer will not
13  call it again. I think it's a dialer thing, but
14  Jamie can explain that.
15      Q. What is your understanding of what the
16  Telephone Consumer Protection Act prohibits --
17      MR. BECKER: Objection.
18  BY MR. BRODERICK:
19      Q. -- with respect to robocalls?
20      MR. BECKER: Objection.
21      THE WITNESS: Okay. First, I'm not --
22      MR. BECKER: Objection to form.
23      THE WITNESS: I'm not an attorney,
24  so -- but it -- what I know of it is it has to be

45 (Pages 174 - 177)

1 an opt-in lead, have to request the phone call.
2 BY MR. BRODERICK:
3    Q. And do you have any understanding of the
4 expression, in the context of the TCPA, "prior
5 express consent"?
6        MR. BECKER: Objection to form.
7        THE WITNESS: No, I don't.
8 BY MR. BRODERICK:
9    Q. And could you just describe to me your
10 understanding of how the lead brokers obtained
11 consent from the people on the list?
12    A. My knowledge is they had different websites,
13 pop-ups, trade show booths with forms, and it was
14 all opting in for discount travel. Again, I don't
15 know all of them. There could be many, many
16 different kinds, but that -- that is what -- the
17 gist of what I know.
18    Q. And sitting here today, do you know if any
19 of those websites mentioned Resort Marketing Group
20 by name?
21    A. I don't know.
22    Q. And do you know if any of the trade show
23 booths or any other source mentioned Resort
24 Marketing by name?

1    A. Or Travel Services?
2    Q. Or Travel Services.
3    A. I believe Travel Services.
4    Q. Why do you believe that?
5    A. Just because I think it was a general thing,
6 that they said if you're interested in travel
7 discount, travel discount services.
8    Q. But you're saying that's a reference to your
9 company specifically?
10    A. Not to my company, no.
11    Q. No, well, I'm talking about Resort Marketing
12 Group, Inc., even if it's going under the name
13 Travel Services.
14    A. Okay.
15    Q. I'm not saying the word "travel."
16    A. Not the word "travel," okay.
17    Q. No. In that -- with that clarification,
18 you're not aware of anywhere that mentioned Travel
19 Services or Resort Marketing Group specifically by
20 name?
21    A. No, but I do know that it does say on the
22 lead -- on a lot of the leads, for some of the ones
23 I've seen, about being sold to -- oh, gosh, I'm not
24 going to be able to explain this.

1    Q. Affiliates?
2    A. Affiliates, yeah, or something like that.
3    Q. Do you know if Caldwell purchased their
4 leads from anyone else or did they generate them
5 themselves?
6    A. I don't know.
7    Q. And same question for FlowMedia. Do you
8 know if they purchased their lists from anyone else
9 or they generated it themselves?
10    A. I don't know.
11    Q. And I know you told me this, but the person
12 who purchased the lists -- Alissa Sunday was the
13 person who would receive the lists?
14    A. Alissa was one of them, yes.
15    Q. And who else?
16    A. Probably Jamie as well.
17    Q. And who would have loaded the lists into the
18 dialer?
19    A. Alissa and Jamie.
20    Q. And is there anyone other than you, who, at
21 Resort Marketing Group, who had any interaction of
22 any kind with the cruise lines?
23        Well, let me strike that.
24        In terms of contact, let's say, with Tom

1 Panici, would he have only had contact with you at
2 Resort Marketing Group?
3    A. With regards to what?
4    Q. Anything.
5    A. No.
6    Q. He dealt with others at the company?
7    A. Yes.
8    Q. Who?
9    A. With regards to what?
10    Q. Anything.
11    A. Why don't I break it down a little bit, then.
12        The travel agents he would talk to about the
13 travel itineraries, changes in the ships, you know,
14 anything that might be going on, some sales -- sales
15 on cabins and stuff like that.
16    Q. Okay. Anyone else that you could think of
17 that Mr. Panici would have had contact with?
18    A. No. Other than myself, no, and Rich.
19    Q. Okay. And how about -- is there anyone
20 other than yourself who would have had contact with
21 anyone at Royal Caribbean?
22    A. Just the travel agents.
23    Q. Just the travel agents.
24        And how about at Norwegian, is there anyone

46 (Pages 178 - 181)

Page 182

1 other than yourself who would have had contact with
2 anyone at Norwegian?
3    A. I don't think I had a lot of contact with
4 Norwegian. I actually cannot recall a conversation
5 with Norwegian myself, but I'm sure the travel
6 agents, and when they were booking, talked to
7 Norwegian.
8    Q. Do you know which of these three cruise
9 lines you booked the most cruises with between the
10 three?
11    A. Yes.
12    Q. Which ones?
13    A. Carnival.
14    Q. Do you have any estimate as to sort of if --
15 between the three, and you broke it down into
16 percentage, out of a hundred percent of all cruise
17 line bookings with these three cruise lines, what
18 percentage of bookings would be Carnival?
19    A. No, I have no idea.
20        MR. BECKER: Objection. I was going to
21 object to the form, but go ahead.
22        THE WITNESS: Sorry. I got to slow
23 down.
24 /////

Page 183

1 BY MR. BRODERICK:
2    Q. But you know it was the most, but it wasn't
3 more than half?
4    A. I'm sorry, I don't remember.
5        MR. BECKER: Objection to form.
6        THE WITNESS: Or I don't know.
7 BY MR. BRODERICK:
8    Q. When you purchase a lead list, the idea --
9 is it fair to say that the idea is to have access
10 to new potential customers?
11    A. New potential members, definitely.
12    Q. In this case, Resort Marketing Group has
13 produced one lead list that contains 500,000 names
14 of consumers, including Mr. Charvat.
15        Are there other lead lists that you have
16 that don't contain Mr. Charvat's name?
17    A. Yes. We have all of the lead lists at Mike's
18 office.
19    Q. Okay. And that is -- and how many times
20 would you call a number on a lead list? Like were
21 lead lists reused is what I'm trying to ask.
22        MR. BECKER: Objection to form.
23        THE WITNESS: I believe they were
24 reused. I don't know how many times we would call.

Page 184

1 BY MR. BRODERICK:
2    Q. Is it fair to say that Resort Marketing
3 Group had purchased millions of leads from Caldwell
4 List and other third parties?
5    A. I can't answer -- I can't answer the number.
6 I don't know. I've never asked how many leads.
7    Q. You haven't totaled them?
8    A. No, I've never totaled them, no.
9    Q. Are the lead lists in an Excel format, do
10 you know?
11    A. I don't -- I'm not sure.
12    Q. So is it fair to say it's Resort Marketing
13 Group's position that the consent to call
14 Mr. Charvat was given by Allison Charvat?
15    A. Can you say that one more time?
16    Q. Is it fair to say that the consent that you
17 claim gave you permission to call Mr. Charvat was
18 given by Allison Charvat?
19        MS. MacIVOR: Form.
20        MR. BECKER: Objection to form.
21        THE WITNESS: I mean, that's what the
22 lead that came over was, yes.
23 BY MR. BRODERICK:
24    Q. Okay. And that that was as a result of her

Page 185

1 visiting 123travel.com?
2        MR. BECKER: Objection. Objection to
3 form.
4        THE WITNESS: That's what I -- that's
5 what -- I believe that is the website that was
6 attached to her lead.
7 BY MR. BRODERICK:
8    Q. Have you ever visited that website yourself?
9    A. No.
10    Q. Are you affiliated with that website? Is
11 Resort Marketing Group affiliated with that
12 website?
13        MR. BECKER: Objection to form.
14        THE WITNESS: No.
15 BY MR. BRODERICK:
16    Q. Are any of the entities that you've owned in
17 the past or have been affiliated with as an
18 employee connected to that website?
19    A. No.
20    Q. On the website -- on the lead list that
21 contains Mr. Charvat's name, there are other
22 websites, such as getyourgift.biz. Are you
23 familiar with that website?
24    A. I'm not.

47 (Pages 182 - 185)

Page 186

1  Q. Or simplyfree.com?
2  A. I'm not.
3  Q. Ezsweeps.com?
4  A. I'm not.
5  Q. Or jackpot.com?
6  A. No.
7  Q. So you don't know anything about those
8  websites, correct?
9  A. No.
10  Q. Are you -- so you don't have any information
11  on what those websites said?
12  A. I don't.
13  Q. And do you -- does Resort Marketing Group
14  have any relationship with any of those websites?
15  A. Any relationship? I don't know.
16  Q. Are you affiliated with those websites?
17  A. I don't know.
18  Q. So you don't know anything about whether
19  123freetravel purported to give a -- giving away a
20  free travel shopping spree, correct?
21      MR. BECKER: Objection to form.
22      THE WITNESS: I don't know anything
23  about that, no.
24  /////

Page 187

1  BY MR. BRODERICK:
2  Q. Did Royal, Norwegian or Carnival ever make
3  sales presentations to anyone at Resort Marketing
4  Group?
5  A. Define "sales presentations."
6  Q. Well, how would you define "sales
7  presentations"?
8  A. I mean, there's lots of different sales types
9  of presentations.
10  Q. Whatever -- give me your definition.
11  A. Okay. There could be presentations on how to
12  sell, presentations on different -- I mean, there
13  could be lots of different types of sales
14  presentations.
15  Q. Why don't you answer it as best you
16  understand the term.
17  A. The answer is no. They gave us information,
18  not sales, in my opinion.
19  Q. Well, they -- so what kind of information
20  did they give you?
21      MS. MacIVOR: I'm going to object to
22  the form. You need to break it out. I don't know
23  who "they" is.
24      MR. BRODERICK: That's okay.

Page 188

1      THE WITNESS: Is there an answer?
2      MR. BRODERICK: Yeah.
3      THE WITNESS: Would you repeat your
4  question?
5  BY MR. BRODERICK:
6  Q. You said they gave you -- "they" being the
7  three cruise lines who are defendants in this case,
8  gave information. Now, as to Carnival, what
9  information did they give you?
10  A. The different brochures, itinerary changes,
11  you know, captain clubs that they might be, wine
12  clubs that they did, just for -- you know, just
13  information about what they had to offer the members
14  that we're selling.
15  Q. And when Mr. -- you said Mr. Panici would
16  come quarterly, you thought, to Resort Marketing
17  Group?
18  A. Probably. I mean, give and take, yes.
19  Q. Would he give that information when he came
20  in?
21      MR. BECKER: Objection to form.
22      THE WITNESS: Give -- give the
23  information, what do you mean?
24  /////

Page 189

1  BY MR. BRODERICK:
2  Q. That you're referencing.
3  A. The brochures?
4  Q. The brochures and all that kind of thing.
5  A. Yes.
6  Q. And did he talk to sales staff?
7      MR. BECKER: Objection to form.
8      THE WITNESS: No, not sales staff.
9  BY MR. BRODERICK:
10  Q. Just to you?
11  A. No. He would talk to the travel agents and
12  me.
13  Q. Okay. But he would talk directly to the
14  travel agents?
15  A. Yes.
16  Q. And would it be a -- people would stop what
17  they were doing and listen to what he had to say?
18      MR. BECKER: Objection to form.
19      THE WITNESS: Sometimes. We would go
20  in a conference room and let him explain the new
21  ship that's coming out and what it had to offer and
22  the different dining rooms and stuff like that, so
23  yes.
24  /////

48 (Pages 186 - 189)

Page 190

1 BY MR. BRODERICK:
2    Q. Okay. And did anybody do -- was there any
3 similar participation from someone from Norwegian?
4    A. I don't believe so.
5    Q. And how about for Royal Caribbean?
6    A. I believe Royal Caribbean came in and -- and
7 talked to the travel agents. I don't -- I don't
8 recall myself having a conversation with them.
9    Q. Have you ever discussed anything related to
10 telemarketing with any employee of the cruise
11 defendants?
12       MR. BECKER: Can you repeat the
13 question?
14       THE WITNESS: I'm sorry.
15       MR. BECKER: Or can you read back the
16 question. I apologize.
17       (Following question read back: Have
18 you ever discussed anything related to
19 telemarketing with any employee of the cruise
20 defendants?)
21       MR. BECKER: Objection to form, but...
22       THE WITNESS: When you say
23 "telemarketing," you mean the automated --
24 /////

Page 191

1 BY MR. BRODERICK:
2    Q. Not just that. Any -- any -- any
3 conversations about sales over the telephone.
4    A. Yes.
5    Q. And what are those conversations?
6    A. As I mentioned earlier about the free cabin,
7 the free -- using the word "free."
8    Q. And that people took exception that the
9 cruise was not in fact free?
10    A. Because they had to pay the port fees.
11       MS. MacIVOR: And clarify for the
12 record --
13       THE WITNESS: Carnival.
14       MS. MacIVOR: -- that was not as to all
15 cruise line defendants, because I believe it's
16 unclear from the record and the question asked.
17 BY MR. BRODERICK:
18    Q. And you -- but those complaints that the
19 call was -- that the cruise was described as free,
20 it -- isn't it fair to say that the scripts that
21 follow a prerecorded message reference "free
22 cruises"?
23    A. Can you say that again?
24    Q. Isn't it fair to say that the scripts that

Page 192

1 people use after someone has received a prerecorded
2 message promoting a cruise reference the word
3 "free"?
4    A. Can you show me which script you're talking
5 about?
6    Q. Okay. Well, I guess let me just start
7 again.
8       How is it that you know that the complaints
9 were not about a prerecorded telephone call if the
10 complaint is the cruise is not in fact free?
11    A. The one time that I know that I spoke to
12 someone from Carnival about the telemarketing was
13 prior to us even doing the prerecorded messages.
14    Q. Did you receive any complaints after, from
15 Carnival, after you were doing prerecorded
16 messages?
17    A. No.
18    Q. Did anyone at any of the cruise lines ever
19 bring to your attention requirements of state or
20 federal telemarketing law?
21    A. No.
22    Q. Did they ever inquire whether the consumers
23 you were calling consented to receive such calls?
24    A. No.

Page 193

1       MS. MacIVOR: I'm going to object to
2 the form. I don't know who "they" is. I'm going
3 to make a continuing objection --
4       MR. BRODERICK: Okay. That's fine.
5 Noted.
6       MS. MacIVOR: -- to not distinguishing
7 who you're talking about. Well, I think it's an
8 intent to mislead.
9       MR. BRODERICK: No, it isn't. And
10 stop -- stop with the speaking objections.
11 Register the objection --
12       MS. MacIVOR: I intend to clarify the
13 record, sir.
14       MR. BRODERICK: -- and move on. No,
15 you're not.
16       MS. MacIVOR: Yes, I am.
17       MR. BRODERICK: You can register an
18 objection. That's fine.
19       MS. MacIVOR: Anyway...
20       MR. BRODERICK: We'll move on.
21       MR. BECKER: I'm registering my own
22 objection for form and for bases.
23       MR. BRODERICK: Go ahead. Stop. Stop.
24       MR. BECKER: I'm allowed to make my

49 (Pages 190 - 193)

1 objections, Ted. I'm just being clear.
2          MR. BRODERICK: We have a stipulation,
3 one objection for -- will count for everybody.
4          MR. BECKER: Ms. MacIvor made an
5 objection. She clarified what it was. My
6 objection to form is on a different basis, so I'm
7 just registering it separately so there's no
8 confusion.
9          MR. BRODERICK: Oh, you're killing me.
10          MR. BECKER: It's the heat, Ted. Let's
11 get back to it.
12 BY MR. BRODERICK:
13    Q. Did anyone at any of the three cruise lines
14 ever inquire as to the source of consent?
15    A. No.
16    Q. Did anyone at any of the three cruise lines
17 ever ask questions relating to your compliance with
18 the do-not-call registry?
19    A. They had no idea I was doing it, so no.
20    Q. They never -- so you -- but did the cruise
21 lines know that you engaged in telemarketing not
22 strictly by robocall, but telemarketing more
23 broadly?
24          MR. BECKER: Objection to form.

1          THE WITNESS: So telemarketing can be
2 hand dial, predictive or automated call, correct?
3          MR. BRODERICK: Yes.
4          THE WITNESS: Okay. They did know they
5 were -- so in answer to that, yes, they did know we
6 were telemarketing.
7 BY MR. BRODERICK:
8    Q. After this lawsuit was filed in July of
9 2012, did anyone at the cruise lines inquire as to
10 whether or not Resort Marketing Group was complying
11 with telemarketing law when selling goods or
12 services?
13          MR. BECKER: I'm interposing an
14 objection on the basis of joint defense after the
15 litigation began and conversations between joint
16 defendants and their counsel. I'm going to
17 instruct -- I'm going to request that Mr. Zink
18 instruct your client not to answer based upon my
19 client's request that those conversations remain
20 privileged.
21          MS. MacIVOR: Join.
22          MR. ZINK: I will instruct my client
23 accordingly. Please don't answer.
24 /////

1 BY MR. BRODERICK:
2    Q. Ms. Valente, do you have a written joint
3 defense agreement with the cruise line defendants
4 in this case?
5    A. Yes.
6    Q. When was that agreement entered?
7    A. Oh, geez. I -- I don't know. After the
8 lawsuit started.
9    Q. Was it immediately after the lawsuit?
10    A. No, but I don't know when.
11    Q. Prior to the signing of that joint defense
12 agreement, did anyone at the cruise line -- at any
13 of the cruise line defendants inquire whether or
14 not Royal -- Resort Marketing Group was complying
15 with telemarketing law when selling goods or
16 services?
17    A. I don't recall.
18    Q. How long have you known Tom Panici?
19    A. I don't know.
20    Q. Have you -- do you believe your interests
21 are the same in this lawsuit as the cruise lines,
22 "you" being Resort Marketing Group?
23          MS. MacIVOR: Objection.
24          MR. BECKER: Objection to form.

1          MR. ZINK: Objection.
2          THE WITNESS: I don't understand the
3 question.
4          MR. BECKER: I'm also going to
5 interpose an objection based upon joint defense to
6 the extent that that question implicates any
7 conversations with her attorney or the other
8 attorneys for the other defendants concerning this
9 lawsuit.
10          (Off record discussion.)
11          MS. MacIVOR: Join.
12          MR. BRODERICK: Can you tell me what
13 date the -- what the date of the joint defense
14 agreement was?
15          MR. BECKER: Are you asking her a
16 question?
17          MR. BRODERICK: No, I'm asking the
18 attorneys.
19          MR. BECKER: Well, I'm not under oath
20 or under deposition.
21          (Simultaneous discussion.)
22          MR. BECKER: I'm sorry, did you ask me
23 a question?
24          MR. BRODERICK: You're instructing the

50 (Pages 194 - 197)

Page 198

1 witness not to answer.
2       MR. BECKER: Yeah. I'm indicating --
3 hold on, let me make my objection.
4       MS. MacIVOR: Come on.
5       MR. BECKER: Let me make my objection.
6       MR. FOREMAN: I don't think you guys
7 want to be yelling.
8       MR. BRODERICK: All right. Sorry.
9       MR. BECKER: I'm indicating that
10 there's a joint defense, and to the extent your
11 question -- can I finish my statement? To the
12 extent that your question implicates conversations
13 between Ms. Valente and counsel or joint defense
14 parties and counsel, I don't want the question
15 answered.
16       I don't have a joint defense agreement
17 sitting in front me and I have no better memory
18 than you or anybody else as to what dates documents
19 are signed. I can look into the issue, but I'm not
20 the deponent here right now.
21       MR. BRODERICK: I know, but you're --
22       MR. BECKER: If you want to ask the
23 question, as to whether she remembers conversations
24 prior to that, as you just did, I'm not going to

Page 199

1 object to that.
2 BY MR. BRODERICK:
3    Q. Prior to the signing of the joint defense
4 agreement, did you speak to Mr. Panici about this
5 lawsuit?
6    A. No.
7    Q. Did you sign the joint defense agreement
8 yourself?
9    A. Yes.
10    Q. Who signed it for Resort Marketing Group?
11    A. I did.
12       THE WITNESS: And within a few minutes,
13 I'm going to need to go to the bathroom.
14       MR. ZINK: Do we need -- yeah, I was
15 going to say do you want to take a break now?
16       THE WITNESS: I need to go to the
17 bathroom. I mean, I can wait a few minutes, but --
18       MR. BRODERICK: No, no. Let's take a
19 break now.
20       THE VIDEOGRAPHER: This is the end of
21 media number two. We are going off the record.
22 The time is 3 p.m.
23       (Recess taken from 3:00 to 3:16.)
24       THE VIDEOGRAPHER: This is the

Page 200

1 beginning of media number three. We are back on
2 the record. The time is 3:16 p.m. Please proceed.
3 BY MR. BRODERICK:
4    Q. Did the phone system at Resort Marketing
5 Group allow a supervisor to listen in on a call?
6    A. I don't know.
7    Q. And I think you said that -- were any of the
8 calls taped?
9    A. Verification calls.
10    Q. Not the initial call, or do you know?
11    A. I don't know.
12    Q. How -- were the cubicles in the -- where the
13 operators sat, who received the responses to the
14 prerecorded messages, close together?
15       MR. BECKER: Objection to the form.
16       THE WITNESS: A normal cubicle, you
17 know, two feet, three feet.
18 BY MR. BRODERICK:
19    Q. Would it be possible for the operators to
20 hear each other's conversations? Were they that
21 close together?
22    A. Yes.
23    Q. I want to ask you a few questions about your
24 counterclaim in this case.

Page 201

1    A. Would it be possible for me to get a copy of
2 it if you're going to ask me questions?
3    Q. I actually don't have a copy of it, but I
4 can just -- I'm not going to ask all that many
5 questions.
6    A. Okay.
7    Q. It's not going to be a memory test.
8       But you've never met Philip Charvat, right?
9    A. No.
10    Q. And you've never -- you don't have any
11 personal knowledge about his -- what kind of
12 telephone he has at home, do you?
13    A. I don't.
14       MR. ZINK: Object to the form.
15 BY MR. BRODERICK:
16    Q. And you don't know whether he has caller ID
17 on his phone at home, correct?
18    A. I don't.
19    Q. But in your counterclaim, isn't it true you
20 allege that he knew where the call was coming from?
21    A. Can I see that counterclaim?
22       MR. BRODERICK: I don't have it. Do
23 you? Or do you have --
24       MR. BECKER: Everyone else has e-mailed

51 (Pages 198 - 201)

Page 202

1 me documents to print out today, Ted. I'm waiting
2 for you to give me one. That's fine.
3          MR. BRODERICK: It's not my request.
4 I'll keep asking.
5          MR. BECKER: You're asking questions
6 about a pleading.
7 BY MR. BRODERICK:
8     Q. And did you -- I'll read it to you, how's
9 that.
10       What was the basis for the allegation in
11 your counterclaim that Mr. Charvat directed and
12 instructed his wife and his daughters on how to
13 secretly and surreptitiously tape record incoming
14 telephone calls?
15         MR. ZINK: Objection. I'm going to ask
16 for -- instruct my client not to respond based on
17 privilege.
18 BY MR. BRODERICK:
19    Q. But you didn't have any personal knowledge
20 of your own about the phone system that -- or
21 Mr. Charvat's instructions to his daughter, isn't
22 that right?
23    A. Can you ask the question again?
24    Q. Did you have any knowledge, separate from

Page 203

1 what might have been told to you by your attorney,
2 about what Mr. Charvat's instructions were to his
3 daughter?
4          MS. MacIVOR: Form.
5          THE WITNESS: No.
6 BY MR. BRODERICK:
7     Q. Did you have any information apart from what
8 was told to you by your attorney, Mr. Zink, about
9 whether Mr. Charvat had a pattern and practice of
10 researching on the Internet and elsewhere and
11 seeking out companies, telemarketers and
12 individuals that generate telephone calls like the
13 calls that are at issue in this lawsuit?
14         MS. MacIVOR: Form.
15         MR. BECKER: Form.
16         MR. ZINK: Join.
17         THE WITNESS: No.
18 BY MR. BRODERICK:
19    Q. So you have no information of your -- apart
20 from what was provided to you by your attorney
21 about whether Mr. Charvat knew where the
22 prerecorded call he received was coming from?
23    A. No, I have no information.
24    Q. And yet you signed a verification of your

Page 204

1 counterclaim under pains and penalties of perjury?
2          MR. BECKER: Objection to form.
3          MR. ZINK: Objection.
4          THE WITNESS: I signed the
5 counterclaim, yes.
6 BY MR. BRODERICK:
7     Q. Do you have any reason to believe that
8 Mr. Charvat knew that the call was coming from
9 Illinois or any of the calls that he received were
10 coming from Illinois?
11    A. I wouldn't know.
12    Q. Did anyone at Resort Marketing Group, on any
13 of the calls that Mr. Charvat recorded, give out
14 any personal information about themselves?
15    A. I don't know.
16    Q. Has anyone promised to indemnify Resort
17 Marketing Group for any judgment in this action?
18    A. No.
19    Q. Has anyone guaranteed that Resort Marketing
20 Group would not be subject to any action for
21 contribution for any judgment rendered against
22 them?
23    A. I'm not sure I understand what that means.
24    Q. Well, has anyone -- have you been told that

Page 205

1 you will not be -- that Resort Marketing Group will
2 not be asked to pay for a judgment against another
3 defendant in this case?
4     A. No.
5     Q. And do you understand the allegations that
6 Mr. Charvat has made, that the cruise lines are
7 vicariously liable for calls placed by Resort
8 Marketing Group?
9     A. Are you asking --
10         MS. MacIVOR: I'm going to object to
11 form, and if her answer would require her to
12 divulge any communications subject to the joint
13 defense privilege, I would instruct her not to
14 answer.
15         MR. BECKER: Join.
16 BY MR. BRODERICK:
17    Q. I'm just asking for whether you understand a
18 judgment -- let's ask generally.
19       Do you understand the concept of two parties
20 being liable for the same action?
21         MS. MacIVOR: I'm going to reassert my
22 objections. To the extent that she developed that
23 understanding through counsel, I would still invoke
24 the joint defense privilege.

52 (Pages 202 - 205)

Page 206

1        MR. ZINK: Don't answer.
2  BY MR. BRODERICK:
3    Q. To the extent you can -- I don't want you to
4  tell me what your attorney told you or what any of
5  the attorneys told you. I just want to understand
6  whether you have an understanding of your own that
7  Resort Marketing -- if there's a judgment against
8  Resort Marketing Group, do you understand, like
9  any --
10       MS. MacIVOR: Go ahead. I wasn't sure
11  you -- I thought you finished. Sorry.
12  BY MR. BRODERICK:
13    Q. Like any defendant, if you were the only one
14  paying a judgment, wouldn't you be better off if
15  there's another defendant who might be responsible
16  for that judgment?
17       MR. BECKER: I object to the form of
18  the question.
19       THE WITNESS: I'm not an attorney and
20  that's -- I don't know how to answer that question.
21  BY MR. BRODERICK:
22    Q. Well, if you have a debt, wouldn't you be
23  better off if you have a debt that somebody else is
24  also a guarantor of?

Page 207

1        MR. BECKER: I object to the form of
2  the question --
3        MS. MacIVOR: Form.
4        MR. BECKER: -- legal conclusion,
5  speculation.
6        THE WITNESS: Who -- I'm sorry.
7  BY MR. BRODERICK:
8    Q. This is just in the abstract.
9    A. I'm sorry, I'm not --
10    Q. If -- if -- if -- if you -- you guarantee a
11  loan for somebody else, if there's another
12  guarantor of that loan -- you said you had -- you
13  had been sued over a personal guarantee once.
14  Correct?
15    A. Uh-huh.
16    Q. If there's another personal guarantor that
17  has funds that could pay off that judgment,
18  wouldn't that have been good for you in that
19  situation?
20       MR. BECKER: Same objection to form and
21  speculation.
22       THE WITNESS: If you're talking about
23  the loan that -- that -- for the loan on the
24  building that was foreclosed on?

Page 208

1        MR. BRODERICK: Yes.
2        THE WITNESS: Yes.
3  BY MR. BRODERICK:
4    Q. And what building -- was that building
5  associated with Resort Marketing Group or any
6  travel group?
7    A. No. It was -- it was a separate corporation.
8    Q. What corporation was that?
9    A. Louise White.
10    Q. Louise White?
11    A. Uh-huh.
12    Q. And what kind of business was that?
13    A. It was just a landlord for the building.
14    Q. Oh, so it was just a real estate investment
15  that --
16    A. Yes.
17    Q. -- you made?
18    A. Yes.
19    Q. And was that made individually?
20    A. I -- it was in the kids' names, but I had to
21  personally guarantee for the loan.
22    Q. Got it.
23       Was it your understanding that the lead list
24  from Caldwell had been prescrubbed against the

Page 209

1  do-not-call list?
2    A. Again, since they were opt-in leads, it was
3  not -- didn't need that.
4    Q. So you didn't --
5    A. So I didn't ask for it, no.
6    Q. Did Resort Marketing Group have any policies
7  and procedures that were given to employees with
8  respect to legal telemarketing requirements?
9    A. No.
10    Q. Was there any training about legal
11  requirements with respect to telemarketing done by
12  Resort Marketing Group for its employees?
13       MR. BECKER: Objection to form.
14       THE WITNESS: No.
15       (Exhibit M marked.)
16  BY MR. BRODERICK:
17    Q. I'm showing you what's been marked Travel
18  Services Exhibit M. The first page is a cover
19  letter from Mr. Zink dated February 7th. And I'd
20  ask you to turn to the second page, which is Bates
21  TS4605.
22       And I apologize, the copy isn't very good,
23  but the original was not very good.
24       Do you recognize that page TS4605?

53 (Pages 206 - 209)

1  A. I've seen it, but I don't, I mean, I guess
2  recognize -- I don't know where it came from, but I
3  have seen it.
4  Q. Do you know what it is?
5  A. I know what I believe it is.
6  Q. Okay.
7  A. I believe it's something from the -- either
8  the lead database or the dialer, like a report.
9        MS. MacIVOR: Just for the -- I'm
10 sorry. Just for the record and for confusion,
11 there appear to be two TS4605s that you've used as
12 exhibits in this deposition, this one and the one
13 we're currently looking at, so I just wanted to be
14 clear.
15       MR. BECKER: Mike may have misnumbered
16 them.
17       MR. ZINK: I might have misnumbered
18 them. My apologies.
19       MR. BRODERICK: Well, it's not my
20 fault.
21       MS. MacIVOR: I'm not saying it was. I
22 was just trying to make it clear, though, because
23 you were referring --
24       MR. BRODERICK: I was pausing because I

1  was like, wait, that was a TS. I didn't produce
2  that.
3        MS. MacIVOR: You did that earlier, so
4  I'm just trying to clarify.
5        MR. ZINK: My apologies.
6        MR. BRODERICK: Thank you. So the one
7  that's in Exhibit M.
8        MS. MacIVOR: Okay.
9        MR. BECKER: And attached to the letter
10 of February 7th, 2014.
11 BY MR. BRODERICK:
12 Q. Okay. And so you can't -- you can't shed
13 any light on these campaign IDs that have numbers
14 in the middle of the document --
15 A. No.
16 Q. -- as to what those mean?
17    How about do you know what "disposition"
18 refers to?
19 A. No.
20 Q. Do you know how this document was created?
21 A. I don't.
22 Q. Do you know who helped create this document
23 so it could be produced in this case?
24 A. I believe Jamie.

1  Q. Jamie, okay.
2     But you were involved --
3  A. No.
4  Q. -- in the production of this?
5  A. Huh-uh.
6  Q. All right.
7        (Exhibit N marked.)
8  BY MR. BRODERICK:
9  Q. Okay. So showing you what's been marked as
10 Exhibit N, which is numbered -- Bates numbered 28
11 through 37, can you just -- can you glance through
12 that?
13 A. What does "Bates" mean?
14 Q. It's the brand of the stamper that puts the
15 number on.
16 A. Oh, okay.
17       MS. MacIVOR: Kind of like "Q-tip."
18 Not all of them are Q-tips, but...
19       THE WITNESS: But, okay, I'm glad I
20 asked.
21       MR. BRODERICK: Yeah, it's the number
22 stamper.
23 BY MR. BRODERICK:
24 Q. Do you recognize that first page of the

1  document, number 28?
2  A. I've seen it before.
3  Q. Did you see that in September of 2012?
4  A. Somewhere in around there, yes.
5  Q. And what is that document?
6  A. It is from the Florida Department of
7  Agriculture, a letter saying that the person on the
8  next page asked to not -- a do-not-call complaint
9  form.
10 Q. And what did you do, when you received this
11 letter, in response to the letter?
12 A. Our policy is when we get in a letter like
13 this, we would call the person and let them know
14 that it was an opt-in lead and that -- we would
15 double-check if it's in our lead database first, and
16 then we would let them know that it was an opt-in
17 lead and that they probably forgot that they opted
18 in. We left a message on each of their -- and gave
19 our number to call back if there's an issue.
20 Q. Who would -- who placed that call in this
21 instance?
22 A. I believe I placed this one, but it would
23 have been between myself, Rich or Laura that would
24 have placed these calls.

Page 214

1  Q. Okay. And do you remember what the person
2  said to you?
3  A. I remember it went to a voicemail.
4  Q. Sorry?
5  A. A voicemail. I left a voicemail.
6  Q. You left a voicemail.
7    And what, to the extent you can remember,
8  did you say in that voicemail?
9  A. Something along the lines that I was calling
10 regarding -- referred to the complaint number at the
11 top and that I received the letter and that all of
12 our leads that we call are opt-in leads that opt in
13 through some sort of website or -- or contest form,
14 and that that would be the reason why we called them
15 and maybe the person forgot, can you check with them
16 and then call me back if -- if you have any
17 questions.
18 Q. Did you put that person on your do-not-call
19 list?
20 A. Yes.
21 Q. And was -- did you check to see that this
22 person was on a lead list that you had purchased?
23 A. Yes.
24 Q. And what lead company provided the number of

Page 215

1  this person in Florida?
2  A. I don't recall specifically for this one.
3  Q. And do you recall what -- what website they
4  had supposedly opted in on?
5  A. I don't.
6  Q. Okay. Can you turn to page 30.
7  A. Uh-huh.
8  Q. Do you recognize that document?
9  A. Again, I don't recognize the specific one,
10 but I know that generalization of what it is.
11 Q. And did you receive that letter in or around
12 September of 2012? And what did you do in
13 response --
14 A. 21 -- after the 21st. Some time after the
15 21st.
16 Q. What did you do in response to that letter?
17 A. I don't specifically remember this letter.
18 Q. Okay.
19 A. But I know our policy is to do what I just
20 said.
21 Q. And was that person added to your
22 do-not-call list?
23 A. Yes.
24 Q. Can you turn to page 32.

Page 216

1    And do you recognize that document?
2  A. Not specifically.
3  Q. Have you never seen that letter before?
4  A. I mean, I can't answer whether I have or
5  haven't.
6  Q. Okay.
7  A. I can't recall.
8  Q. So you -- did you ever have any dealings
9  with the Indiana Office of the Attorney General
10 regarding telemarketing complaints?
11 A. No.
12 Q. Do you know if anybody at Resort Marketing
13 Group did?
14 A. No.
15 Q. How about page 34, do you recognize that
16 document?
17 A. I know I've seen it before, but, again, I
18 don't know if I -- you know what I mean? I've seen
19 this letter, but I'm not sure if it's this specific
20 case.
21 Q. And it's a letter dated August 10th, 2012,
22 to Alissa Sunday. Would she have brought that to
23 your attention ordinarily?
24 A. Yes. That's why I know I -- I've seen this

Page 217

1  one or assume that I've seen this one.
2  Q. And do you see where it says: Based on
3  current information, your company's potential
4  liability is 35,000 for violations of the telephone
5  privacy act and 5,000 for violations of the
6  autodialer act?
7  A. Yes, I see that on here.
8  Q. Did you or anyone else at Resort Marketing
9  Group respond to that letter?
10 A. Yes. I would have called Mr. Mullen and left
11 a message exactly telling him that all of our calls
12 are opt-in calls and that the person probably did
13 not remember, could they call him back, verify with
14 them and then please call me back, and they would
15 have been put on the do not call.
16 Q. And did you have any further dealings with
17 the office of the Indiana Attorney General?
18 A. No.
19 Q. And do you still have the lead list that the
20 people called referenced in the Indiana complaint
21 came from?
22 A. We have all of the lead lists --
23 Q. You have all of them.
24 A. -- so I can only assume yes.

55 (Pages 214 - 217)

1    Q.  Okay.  And, finally, page 36 appears to be a
2  letter from the office of the Pennsylvania Attorney
3  General, Bureau of Consumer Protection.
4        Do you recognize that document?
5    A.  I don't actually recognize this one.  I'm
6  sure it's one that came in.  Maybe Laura handled
7  this one.
8    Q.  And "Laura" is Laura Fernandez, correct?
9    A.  Yes, uh-huh, in customer service.
10    Q.  So you had no dealings with the office --
11  the Pennsylvania AG?
12    A.  Not with the AG, no.
13    Q.  And can you turn to page 37.
14    A.  Uh-huh.
15    Q.  Is page 37 an enclosure to -- you don't
16  know.  I'm sorry.
17        Do you recognize page 37?
18    A.  I don't, no.
19        I don't.
20    Q.  That's -- so you don't recognize that as a
21  Resort Marketing Group document?
22    A.  I don't recognize it, but looking through it,
23  it -- some of the things look familiar, but I don't
24  think I've ever seen this before.

1    Q.  Have you seen documents like it before?  You
2  say it looks familiar.
3    A.  The -- well, I mean -- I got to put my
4  glasses on.
5        The TS2 Eastern B616 sounds familiar, add to
6  the master do not list sounds familiar, search the
7  web, search the call, search the dialer, that looks
8  familiar.  I would assume this is a -- something
9  from our -- that Jamie did.
10    Q.  Okay.  Right.  And it references FlowMedia,
11  and that's one of the companies that you did buy
12  lists from, correct?
13    A.  Where is that?
14    Q.  Under master DNC, leads master.
15    A.  Oh, FlowMedia, yes, uh-huh.  I'm assuming
16  that's probably where it came in from.
17    Q.  How much was the judgment against you in the
18  Abramson -- against Resort Marketing Group in the
19  Abramson case, do you remember?
20    A.  24,000.
21    Q.  And forgive me if I asked you, but that
22  remains unpaid?
23    A.  That is correct.
24    Q.  And were you served with process in that

1  lawsuit?
2    A.  Yes.
3    Q.  Why didn't you retain an attorney?
4    A.  Because it -- I thought it would be less to
5  just get the judgment and it ended up being a
6  gigantic judgment.  It was a valuable lesson for me.
7    Q.  How many calls were involved in that case?
8    A.  Oh, I have no idea.
9        We did settle personally with him, though.
10    Q.  How much did you settle for individually?
11    A.  I want to say $700.
12    Q.  You paid $700 for yourself individually?
13    A.  For myself and Madeline individually, but you
14  know what, I'm not positive on that amount, but I
15  can let you know.
16    Q.  But you know that you did have an individual
17  settlement?
18    A.  Absolutely.
19    Q.  But the corporation -- when was that
20  settlement reached?
21    A.  Geez.
22    Q.  Well, let me put it this way.  When was
23  that -- was that settlement reached after you were
24  in default?

1    A.  Oh, yes, after the judgment, and they
2  garnished the bank accounts.
3    Q.  And they garnished your individual bank
4  accounts?
5    A.  My bank accounts.
6    Q.  And why didn't they garnish bank accounts of
7  Resort Marketing Group?
8    A.  I have no idea.
9    Q.  Did Resort Marketing Group have any bank
10  accounts at that point?
11    A.  I would assume so.
12    Q.  What is the date of -- in 2011, Resort
13  Marketing Group was still in operation, correct?
14    A.  Yes.
15    Q.  But currently does Resort Marketing Group
16  have any bank accounts?
17    A.  No.
18    Q.  Can you think of any other complaints
19  regarding telemarketing other than these government
20  inquires that you've dealt with while at Resort
21  Marketing Group?
22        MR. BECKER:  Objection to form.
23        THE WITNESS:  I cannot recall any more.
24  /////

Page 222

1  BY MR. BRODERICK:
2     Q. Did you ever get any e-mails complaining
3  about telemarketing -- well, strike that.
4        Did you ever get any e-mails complaining
5  about prerecorded messages?
6     A. No.
7        MR. BECKER: Objection to form.
8        THE WITNESS: Not that I -- not that I
9  can recall.
10 BY MR. BRODERICK:
11    Q. Did you ever get any e-mails from anyone
12 complaining that they had been called in spite of
13 being on the do-not-call list?
14    A. Not that I personally can recall.
15    Q. Okay. And these complaints in Exhibit N all
16 postdate the filing of this lawsuit, don't they?
17    A. You know what, I'm not sure when the lawsuit
18 was -- I would have to look through it.
19    Q. I represent to you it was filed on July
20 23rd.
21    A. I don't know that they all -- can I look
22 at -- can I look at this, then, real quick?
23    Q. Sure.
24    A. This was filed when, July 23rd?

Page 223

1     Q. Yeah.
2     A. Of 2012.
3     Q. '12.
4        MR. BECKER: What was your question
5  about it? What was your specific question?
6        MR. BRODERICK: That these claims
7  from --
8        THE WITNESS: So the answer is no
9  because there is some before.
10 BY MR. BRODERICK:
11    Q. Which ones are before? Aren't they all
12 after July 23rd, 2012?
13    A. No.
14    Q. All right. I may have missed one. June,
15 you got me.
16       So the Indiana -- one of the Indiana
17 complaints was before, and the respiratory were
18 after, correct?
19    A. Yes.
20       THE REPORTER: Yes?
21       THE WITNESS: Yes. Sorry.
22 BY MR. BRODERICK:
23    Q. The Abramson case was filed in August of
24 2011, correct?

Page 224

1     A. Again, I --
2     Q. Does that sound right?
3        MR. BECKER: Objection to form.
4        THE WITNESS: I couldn't begin to tell
5  you. If you have a copy, I can --
6        MR. BRODERICK: Okay. Yeah. I'll just
7  give you a copy of what I'll represent to you is a
8  docket sheet.
9        MR. BECKER: Exhibit O.
10       (Exhibit O marked.)
11 BY MR. BRODERICK:
12    Q. Is this the Abramson case that you were
13 talking about?
14    A. You know, I'm not sure really what this is.
15       I'm not sure what this is.
16    Q. Well, you were sued in Pennsylvania,
17 correct?
18    A. Yes, uh-huh.
19    Q. Okay. And you were sued by Stewart
20 Abramson?
21    A. Correct.
22    Q. But you don't remember when you were sued?
23    A. No, not the exact date.
24    Q. And I can represent to you that this is a

Page 225

1  downloaded docket sheet from a case in
2  Pennsylvania.
3     A. Is it from the courthouse?
4     Q. Yeah, it's from the court website.
5        All right. Did you take any steps in
6  response to this lawsuit to change policies at
7  Resort Marketing Group?
8     A. Explain what you mean by "change policies."
9     Q. In terms of not using lead lists to call
10 people.
11    A. You mean opt-in lead lists?
12    Q. Opt-in lead lists, any lead lists.
13    A. No.
14    Q. Do you know where -- where you got
15 Mr. Abramson's phone number from?
16    A. I don't.
17    Q. When you were sued in Pennsylvania, you
18 didn't search to see whether he was on a lead list?
19    A. I'm sure he was on a lead list. He wouldn't
20 have been dialed if he wasn't on an opt-in lead
21 list.
22    Q. And that -- but getting sued like that
23 didn't make you question the validity of the opt-in
24 lead lists?

57 (Pages 222 - 225)

Page 226

1   A.  No.
2        MS. MacIVOR:  Form.
3   BY MR. BRODERICK:
4   Q.  The Resort Marketing Group server that you
5   say you have in your house, that's not plugged in
6   or anything, is it?
7   A.  No.
8   Q.  And you're not using it for anything from
9   time to time?
10  A.  No.
11  Q.  Who would be the person with the most
12  knowledge at Resort Marketing Group or used to work
13  at Resort Marketing Group as to how we could
14  produce call record -- reproduce the call records
15  that -- strike that.
16      Who would be the person with the most
17  knowledge as to how call records were stored at
18  Resort Marketing Group?
19  A.  Jamie Smith.
20  Q.  How would you describe Benny Aguilera's
21  roles and responsibilities at Resort Marketing
22  Group?
23      MR. ZINK:  Objection to form.
24      THE WITNESS:  You mean what his job

Page 227

1   description was?
2        MR. BRODERICK:  Yeah.
3        THE WITNESS:  Yeah.  I would say he was
4   our sales manager.
5   BY MR. BRODERICK:
6   Q.  Okay.  How about Jason Raider?
7   A.  Jason basically worked in the marketing
8   department and helped me research, because the --
9   the -- because we do marketing other than just
10  telemarketing and we use leads other than for
11  telemarketing, he did the research for the leads for
12  me.  That's really the only thing that he has to do
13  pretty much with it.
14  Q.  When you say "research for the leads," what
15  do you mean by "research"?
16  A.  So we used FlowMedia for a mailing we may
17  have done.  So he was familiar with what lead
18  companies produced good results.  So I asked him to
19  find -- we have a couple colleagues that are in this
20  industry and they recommended them, but I asked
21  Jason to do some research on it.  That's really all
22  he did for me.
23  Q.  Some colleagues who were in the lead list
24  area?  What area do you mean?

Page 228

1   A.  In selling of leads and also in
2   telemarketing.
3   Q.  Who are those colleagues?
4   A.  Dick Wheeler is the one that referred us to
5   the lead people, and John Carlson was -- is the one
6   that does telemarketing.
7   Q.  And where do they both work?
8   A.  I have -- I don't know where they work.
9   Q.  How do you know them?
10  A.  Both of them through ARDA, the American
11  Resort Development Association, conference.  I met
12  both of them there actually.
13  Q.  And where do they -- where does Mr. Wheeler
14  live?
15  A.  In Florida.
16  Q.  Where in Florida?
17  A.  I actually believe he is -- he died, but he
18  did live in Florida.
19  Q.  Okay.  How about Mr. Carlson?
20  A.  He lives in Albuquerque, I think.
21  Q.  Albuquerque?
22  A.  Albuquerque, New Mexico, is where he is at.
23  Q.  And how would you describe Terry Massey's
24  role at Resort Marketing Group?

Page 229

1   A.  He's a shareholder.
2   Q.  But didn't have a day-to-day officer role?
3   A.  Oh, no, huh-uh.
4   Q.  Were any of the robocalls that Mr. Charvat
5   received from Resort Marketing Group -- and by
6   "robocall," I mean prerecorded message call.  Did
7   they all originate in -- from Illinois?
8   A.  I would believe so, yes.
9   Q.  Were any transferred to Arizona?
10  A.  No.
11  Q.  Do you know the -- which VoIP carrier was
12  involved in the calls made to Mr. Charvat?
13  A.  I -- I don't.
14  Q.  Okay.  And how about do you know what caller
15  ID would have --
16  A.  Popped up?
17  Q.  -- should have displayed when he got that
18  call?
19  A.  I don't know.
20      MR. BRODERICK:  All right.  Let's take
21  a five-minute break and see if I'm not done.
22      MR. BECKER:  Yeah, that's fine.
23      THE VIDEOGRAPHER:  We are going off the
24  record.  The time is 3:54 p.m.

58 (Pages 226 - 229)

Page 230

1    (Recess taken from 3:54 to 4:15.)
2        THE VIDEOGRAPHER: We are back on the
3    record. The time is 4:15 p.m. Please continue.
4    BY MR. BRODERICK:
5        Q. Okay. Why did Resort Marketing Group wait
6    until 2013 to stop using prerecorded telephone
7    calls for promotions?
8        MR. BECKER: Objection to form.
9        THE WITNESS: First of all, I never
10   thought -- the reason when we stopped is because if
11   these kind of lawsuits that -- where we really
12   didn't do anything wrong, but we still needed to
13   defend ourselves continued, we wouldn't be able to
14   afford to defend ourself, so it was a business
15   decision to do that.
16   BY MR. BRODERICK:
17       Q. And that wasn't true -- so it was just a
18   matter of coming to that decision it took and from
19   the time of being sued until whenever it was in
20   2013 --
21       A. Yes.
22       Q. -- to reach that decision?
23       A. Yes.
24       Q. And you say you didn't do anything wrong

Page 231

1    because all of the people on the lists that you got
2    you think had valid -- you had valid opt-in consent
3    to call them?
4        A. Can you say that one more time?
5        Q. You say you didn't do anything wrong. Why
6    is that?
7        A. Why do I think I didn't do anything wrong?
8        MR. BECKER: Objection to form.
9        THE WITNESS: Because they're opt-in
10   leads that were -- that requesting a call back to
11   hear about travel discounts.
12       MR. BRODERICK: All right. Nothing
13   further.
14       MR. BECKER: Okay. I'm going to go
15   first for Carnival. I don't have a whole lot.
16            EXAMINATION
17   BY MR. BECKER:
18       Q. Ms. Valente, has Travel Services ever
19   entered into any contract with any travel vendor,
20   including the cruise lines, pursuant to which the
21   travel vendor requested or authorized Travel
22   Services to telemarket consumers on their behalf?
23       A. No.
24       Q. How many written complaints have ever been

Page 232

1    sent to Resort Marketing Group or Travel Services
2    from governmental agencies concerning robocalls or
3    do-not-call complaints that you've received?
4        A. I gave you -- how many were there, six,
5    seven.
6        Q. I don't know exactly.
7        A. Okay.
8        Q. Are you saying that you've produced all of
9    the documents that you would have received from
10   agencies concerning these complaints?
11       A. That I was aware of, yes.
12       Q. How many times are you aware of Resort
13   Marketing Group or Travel Services, companies that
14   you're affiliated with, having been sued for
15   violating the Telephone Consumer Protection Act?
16       A. Twice.
17       Q. And would that include this lawsuit here?
18       A. Yes.
19       Q. As well as the Abramson lawsuit that
20   Mr. Broderick asked you about?
21       A. Correct.
22       Q. Okay. When did Richard Borst leave Travel
23   Services' employment?
24       A. 2011 or '12.

Page 233

1        Q. Okay. Well, I ask because you indicated
2    that you believe that Mr. Borst may have returned
3    some of the calls -- or made calls returning some
4    of the complaints that we looked at by
5    Mr. Broderick. It was Exhibit N, these complaints
6    from governmental agencies. And I believe
7    Mr. Borst said he had left Travel Services'
8    employment in 2011, but these all postdate that
9    time.
10       MR. BRODERICK: Objection.
11   BY MR. BECKER:
12       Q. And that's fine, but do you know whether
13   Mr. Borst actually returned any of the complaints
14   with the telephone call?
15       A. He could not have.
16       MR. BRODERICK: Objection.
17       THE WITNESS: No.
18   BY MR. BECKER:
19       Q. And I believe you had testified earlier on
20   that Mr. Panici, when he had come to Travel
21   Services' offices, had spoken with travel agents.
22   Is that correct?
23       A. Correct.
24       Q. These are individuals in the fulfillment

59 (Pages 230 - 233)

Page 234

1  department, is that right?
2      A.  Yes.
3      Q.  Do any of these travel agents engage in any
4  predictive dialing calls or robocalls?
5      A.  No.
6      Q.  Okay.  Would Mr. Panici, when he had ever
7  visited Travel Services' offices, speak with,
8  communicate with, individuals who were engaged in
9  predictive calls or robocalls?
10     A.  No.
11     Q.  I believe during Mr. Broderick's
12  examination, you mentioned -- you referred to
13  Travel Services as a, quote, general travel name.
14  Do you recall that testimony?
15     A.  Yes.
16     Q.  Why did you use the term "travel services"
17  as a general travel name or what was the purpose of
18  using the general travel name -- let me scratch
19  that and start again.
20         What was the purpose of Resort Marketing
21  Group using a general travel name in telephone
22  calls with consumers?
23     A.  For continuity and because "resort" was in
24  the name and we do so much more than just resorts.

Page 235

1      Q.  Okay.  Was any purpose behind using this
2  general travel name intending to confuse or deceive
3  the consumers that your company was speaking with?
4      A.  Absolutely not.
5      Q.  Did you also use that term with members who
6  had become paying customers of your company?
7      A.  Yes.
8      Q.  Now, we've looked at several scripts today
9  during your deposition, correct?
10     A.  Yes.
11     Q.  Do you know if the scripts that you looked
12  at today comprise the entire universe of scripts
13  that your company had used or engaged -- let me
14  scratch that.
15         Do you know whether there are additional
16  scripts other than the ones we looked at today that
17  your company has used during its telemarketing
18  campaigns?
19     A.  Yes.
20     Q.  Do you know whether your company has
21  produced every script that it has in its possession
22  to date?
23     A.  I believe so.
24     Q.  Okay.  If there are other scripts that

Page 236

1  haven't been produced yet and we ask you to produce
2  those, would your company be able to do so?
3      A.  Yes.
4      Q.  Earlier in your deposition, Mr. Broderick
5  was asking a lot of questions about deposits.  Do
6  you recall this?
7      A.  Yes.
8      Q.  What is your definition of the term
9  "deposit"?
10     A.  Money toward future travel.
11     Q.  Okay.  Was Travel Services or Resort
12  Marketing Group contacting nonmembers by telephone
13  prior to its purchase of the dialer system we
14  discussed today?
15     A.  Say that one more time.
16     Q.  Did Travel Services contact nonmembers by
17  telephone prior to the purchase of its dialer
18  system, the one that we discussed today?
19     A.  Yes.
20     Q.  Was it also contacting members of The
21  Vacation Club prior to its purchase of a dialer
22  system?
23     A.  Yes.
24     Q.  Were many of these calls made by hand?

Page 237

1      A.  Yes.
2      Q.  Okay.  Did these calls often reference
3  vacation and travel promotions?
4      A.  Yes.
5      Q.  Did some of those vacation and travel
6  promotions include cruise lines?
7      A.  Yes.
8      Q.  Did these calls include the use of scripts?
9      A.  Yes.
10     Q.  How far back do you recall Travel Services
11  utilizing scripts read by live agents during
12  telephone conversations with individuals?
13     A.  Probably when we started our promotions
14  department in 1998 maybe.
15     Q.  Okay.  So Travel Services was utilizing
16  scripts read by live agents during telephone calls
17  with individuals as far back as 1997 or 1998?
18     A.  Yes.
19     Q.  And did several of these scripts reference
20  or mention cruise lines?
21     A.  Yes.
22     Q.  I thought I heard you say earlier in the
23  deposition that you started telemarketing condos in
24  2010.  Do you recall that testimony?

60 (Pages 234 - 237)

Page 238

1   A. I don't.
2   Q. Did you begin telemarketing condominiums in
3   2010?
4   A. Began --
5   Q. Yes.
6   A. -- telemarketing? No, it would have been
7   in -- in 1998, when we started our promotions
8   department.
9   Q. Okay. But those telephone conversations
10  would not have been conducted through the use of an
11  automated message or utilized -- would have
12  utilized automated messages, correct?
13  A. Correct.
14  Q. Okay. Did the telemarketing calls that you
15  referenced in 1997 or 1998 that mentioned cruises,
16  did they utilize robocalls?
17  A. No.
18  Q. Okay.
19       MR. BECKER: I have no further
20  questions.
21              EXAMINATION
22  BY MS. MacIVOR:
23  Q. Ms. Valente, can you tell me -- let's go
24  back.

Page 239

1     I think you mentioned the term "breakage"
2   earlier in your depo. Can you tell me what you
3   mean by that term?
4   A. Yes. So when someone purchases a promo trip,
5   if they don't end up calling back and their
6   nonrefundable deposit is still on file, then it's
7   considered breakage because that money is ours to
8   keep.
9   Q. Okay. Can you grab the exhibit over there,
10  the -- the scripts, I think it was identified
11  earlier as Travel Services Exhibit C, and I'd like
12  you to look at the first page.
13       MR. BRODERICK: This is the one
14  that's --
15       MR. BECKER: I can probably give her
16  mine. Oh, no, I've written on it.
17  BY MS. MacIVOR:
18  Q. Okay. It's -- the first page of the one
19  I've got, it should be 002.
20  A. Uh-huh.
21  Q. And at the top it says central verification
22  script.
23  A. Okay.
24  Q. Okay. And I think you testified earlier

Page 240

1   verification would have been after the prerecorded
2   call or predictive call, right, after they had
3   already said that they wanted more information,
4   given credit card and all that?
5   A. Yes.
6   Q. Okay. So I'd like you to go down to one,
7   two, three, four, five, six, seven -- eight
8   paragraphs, to the paragraph that begins with
9   "being."
10  A. Uh-huh.
11  Q. Okay. So I'm just going to read it, so it
12  will be quick: Being that this is a promotion, the
13  taxes that you were paying for tonight are not
14  refundable. We are charging a total of -- and then
15  there's, yeah, number sign of people, for a total
16  of, dollar signs in paren, towards your government
17  taxes on your MasterCard, Visa, Discovery -- I'm
18  assuming D-I-S-C is Discovery. Correct?
19  A. Yeah.
20  Q. Okay. Ending on XXX. And there you go.
21       So what I wanted to ask you about those
22  sentences in the verification script is: You
23  testified earlier and you were asked a number of
24  questions about whether you keep certain amounts of

Page 241

1   money and whether you hold them and all this type
2   of thing.
3     What I really want to ask you is: Are the
4   taxes, which you've referred to here, are the
5   taxes -- if somebody goes forward with the cruise,
6   do you pay $93 in taxes to a cruise line, for
7   example, or do you pay more than that?
8   A. More than that.
9   Q. Okay. About how much more generally?
10  A. It depends on the cruise and the itinerary
11  and --
12  Q. Okay.
13  A. -- that kind of thing.
14  Q. What's the lowest you pay?
15  A. What's the lowest I've paid --
16  Q. Yeah.
17  A. -- for taxes? It could be 100, 110.
18  Q. Okay. So if you're collecting ninety --
19  between 93 and $98, who pays the balance of the
20  taxes for the promotion?
21  A. We do. Resort Marketing Group does.
22  Q. Okay.
23  A. Uh-huh.
24  Q. All right. And when it says here "being

61 (Pages 238 - 241)

Page 242

1  that this is a promotion, the taxes you are paying
2  for tonight are not refundable," that is read to
3  the consumer, correct?
4      A. Yes. Everything on this is read to the
5  consumer.
6      Q. Okay. So the person who is giving the 93 to
7  $98 knows that that's nonrefundable, correct?
8      A. Yes.
9      Q. Okay. And they know that before they
10 actually pay, correct?
11     A. Before --
12     Q. The charge goes through.
13     A. -- we run the charge, yeah, uh-huh.
14     Q. Okay. And then you also say in the second
15 sentence: We're charging -- where I said we're
16 charging, insert X number of people for a total of
17 X number of money, it says -- do you see the word
18 "towards your government taxes"?
19     A. Uh-huh.
20     Q. Okay. And so why do you -- why did you
21 insert the word or approve the language "towards"
22 in this script?
23     A. Because that's what it goes toward, their --
24 their -- their taxes and things.

Page 243

1      Q. And that would be because you pay the
2  balance?
3      A. Correct.
4      Q. Okay.
5      A. Correct.
6      Q. All right. Now, you also testified earlier
7  that Royal Caribbean had -- you believe you recall
8  Royal Caribbean agents -- excuse me,
9  representatives speaking with travel agents.
10     Did Royal Caribbean representatives ever
11 talk to travel agents about predictive or
12 prerecorded telephone calls?
13     A. No. They don't know -- the travel agents
14 don't know about that.
15     Q. Okay. And the same would hold true for
16 Norwegian?
17     MR. BRODERICK: Objection.
18     THE WITNESS: Yes, uh-huh.
19 BY MS. MacIVOR:
20     Q. Okay. So what -- the travel agents don't
21 have anything to do with predictive or prerecorded
22 calls?
23     A. Correct.
24     MR. BRODERICK: Objection.

Page 244

1  BY MS. MacIVOR:
2      Q. You were asked earlier about Mr. Borst and
3  you were shown his declaration?
4      A. Yes.
5      Q. Do you remember that earlier in your
6  deposition today?
7      A. Yes.
8      Q. Okay. And you sat through his deposition,
9  did you not?
10     A. I was on the phone, but yes.
11     Q. Yeah, but you heard it?
12     A. Yes, I did.
13     Q. Okay. And you don't really know why
14 Mr. Borst would say anything in his deposition, do
15 you -- or, sorry, excuse me, in his declaration, do
16 you?
17     A. No. I was confused by it.
18     Q. Okay. Do you know if he wrote the words in
19 his declaration or if someone else wrote those
20 words for him?
21     MR. BRODERICK: Objection.
22     THE WITNESS: I know that he stated in
23 his deposition that he did not write them.
24 /////

Page 245

1  BY MS. MacIVOR:
2      Q. Okay. Do you think that his -- what he was
3  saying was more accurate in his deposition or more
4  accurate in his declaration?
5      A. In his --
6      MR. BRODERICK: Objection.
7      THE WITNESS: In his deposition.
8  BY MS. MacIVOR:
9      Q. Okay. And just to be clear, did Royal
10 Caribbean -- did anyone at Royal Caribbean at any
11 time ever know about prerecorded or predictive
12 dialing calls being made by Travel Services?
13     MR. BRODERICK: Objection.
14     THE WITNESS: Prior to this lawsuit?
15     MS. MacIVOR: Yes.
16     THE WITNESS: No.
17 BY MS. MacIVOR:
18     Q. And prior to this lawsuit, did anyone at
19 Norwegian Cruise Line ever know about prerecorded
20 or predictive dialing calls being made by Travel
21 Services?
22     MR. BRODERICK: Objection.
23     THE WITNESS: No.
24 /////

62 (Pages 242 - 245)

Page 246

1 BY MS. MacIVOR:

2    Q.  Okay.  Should the cruise lines be a part of

3 this lawsuit?

4         MR. BRODERICK:  Objection.

5         THE WITNESS:  Absolutely not.

6         MS. MacIVOR:  Thank you.

7         MR. ZINK:  Nothing for me.

8         MR. BECKER:  I have one question that I

9 want to follow up on, if it's okay.

10         RE-EXAMINATION

11 BY MR. BECKER:

12    Q.  Ms. Valente, did anyone at Carnival ever

13 know about Travel Services or Resort Marketing

14 Group making predictive dialing or prerecorded

15 message telephone calls?

16    A.  No.

17         MR. BRODERICK:  Objection.

18         MR. BECKER:  Are you done?

19         MR. BRODERICK:  I'm all done.

20         MS. MacIVOR:  Okay.

21         MR. BECKER:  Read or reserve?

22         THE WITNESS:  Am I done?  I survived?

23         MR. ZINK:  We'll reserve this.

24         THE VIDEOGRAPHER:  That concludes this

Page 247

1 deposition and is the end of media number three.

2 We are going off the record.  The time is 4:30 p.m.

3         THE REPORTER:  Same thing for the

4 transcript?

5         MR. BECKER:  I'm going to get a copy,

6 e-tran.

7         MR. BRODERICK:  Yes, please.

8         MS. MacIVOR:  Electronic.

9         (Deposition concluded at 4:30.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 248

1         CERTIFICATE

            OF

2     CERTIFIED SHORTHAND REPORTER

3     I, KARYN H. CHALEM, a Certified Shorthand

4 Reporter of the State of Illinois, CSR License No.

5 084-004167, do hereby certify:

6     That previous to the commencement of the

7 examination of the aforesaid witness, the witness was

8 duly sworn by me to testify the whole truth concerning

9 the matters herein;

10     That the foregoing deposition transcript was

11 stenographically reported by me and was thereafter

12 reduced to typewriting under my personal direction and

13 constitutes a true and accurate record of the testimony

14 given and the proceedings had at the aforesaid

15 deposition;

16     That the said deposition was taken before me

17 at the time and place specified;

18     That I am not a relative or employee or

19 attorney or counsel for any of the parties herein, nor a

20 relative or employee of such attorney or counsel for any

21 of the parties hereto, nor am I interested directly or

22

23

24

Page 249

1 indirectly in the outcome of this action.

2     IN WITNESS WHEREOF, I do hereunto set my

3 hand at Chicago, Illinois, this 18th day of March, 2014.

4

5

6

7

8     KARYN CHALEM, CSR, RPR

        CSR No:  084-004167

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

63 (Pages 246 - 249)

Page 250

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS

2
     ASSIGNMENT NO: 1820264
3 CASE NAME: Charvat, Philip, et al. v. Valente, Elizabeth
   DATE OF DEPOSITION: 3/7/2014
4 WITNESS' NAME: Beth Valente
5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7    I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____
9   Date        Beth Valente
10   Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
18   _____
     Notary Public
19   _____
     Commission Expiration Date
20
21
22
23
24
25

Page 252

1       ERRATA SHEET
     VERITEXT LEGAL SOLUTIONS MIDWEST
2     ASSIGNMENT NO: 1820264
3 PAGE/LINE(S) /     CHANGE     /REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____   _____
20   Date        Beth Valente
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23
       Notary Public
24
   _____
25   Commission Expiration Date

Page 251

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS

2
   ASSIGNMENT NO: 1820264
3 CASE NAME: Charvat, Philip, et al. v. Valente, Elizabeth
   DATE OF DEPOSITION: 3/7/2014
4 WITNESS' NAME: Beth Valente
5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7    I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8 well as the reason(s) for the change(s).
9    I request that these changes be entered
   as part of the record of my testimony.
10
     I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____
   Date       Beth Valente
14
     Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
       They have listed all of their corrections
18    in the appended Errata Sheet;
       They signed the foregoing Sworn
19    Statement; and
       Their execution of this Statement is of
20   their free act and deed.
21   I have affixed my name and official seal
22 this _____ day of_____, 20____.
23 _____
     Notary Public
24
   _____
25   Commission Expiration Date

64 (Pages 250 - 252)

| & |
| --- |
| **&** 1:7,14 2:11,15 5:6 19:18,20 |

| 0 |
| --- |
| **002** 239:19 |
| **02110** 2:8 |
| **084-004167** 1:18 248:5 249:8 |

| 1 |
| --- |
| **100** 241:17 |
| **106** 4:8 |
| **10:25** 65:10,11 |
| **10:34** 65:11,13 |
| **10th** 2:7 216:21 |
| **110** 241:17 |
| **11:21** 105:21,22 |
| **11:38** 105:22 106:2 |
| **11th** 9:2 |
| **12** 127:5 223:3 232:24 |
| **123freetravel** 149:17 150:14 151:5 186:19 |
| **123freetravel.com** 4:12 |
| **123travel** 173:17 |
| **123travel.com** 185:1 |
| **125** 2:7 4:9 |
| **12:00** 125:16 |
| **12:19** 141:6,7 |
| **13** 128:8 |
| **14** 130:24 131:1,4 |
| **142** 4:10 |
| **145** 4:11 |
| **148** 4:12 |
| **15** 30:20 46:9,9 120:23 131:20 |
| **151** 4:14 |
| **155** 2:2 |
| **16** 132:10 166:5,8 166:10 |
| **179** 54:24 |

**18** 46:9 61:21 159:12,16
**1820264** 250:2 251:2 252:2
**1870** 2:16
**189** 54:24
**18th** 249:3
**195** 4:21
**198** 62:17
**199** 54:24,24 114:20 139:1
**1994** 39:13 44:23 111:22 115:17
**1997** 237:17 238:15
**1998** 44:24 237:14 237:17 238:7,15
**1:12** 1:5 5:12
**1:46** 141:7,11
**1st** 7:5

| 2 |
| --- |
| **2** 3:2 163:6 |
| **2-27-14** 4:10 |
| **2-7-14** 4:15 |
| **20** 120:23 137:14 250:16 251:22 252:22 |
| **200** 62:12,16,16 63:21 64:6 |
| **2001** 9:2 |
| **2004** 8:23 9:1 18:13 42:19 111:22 |
| **2008** 89:2 90:22 107:6 |
| **2009** 126:6,11,13,21 127:1,4,17 |
| **2010** 82:16 101:21 101:22 103:24 110:15,16 111:1 112:5 126:17 127:17 237:24 238:3 |
| **2011** 152:7 221:12 223:24 232:24 233:8 |

**2012** 27:1 28:9,9 195:9 213:3 215:12 216:21 223:2,12
**2013** 28:9 102:4 110:19 111:1 230:6 230:20
**2014** 1:13 5:3 211:10 249:3
**205** 4:21
**209** 4:15
**21** 215:14
**212** 4:16
**21st** 215:14,15
**22** 137:22 139:18
**224** 4:17
**228** 7:5
**2300** 3:3
**231** 4:4
**238** 4:5
**23rd** 222:20,24 223:12
**24,000** 219:20
**246** 4:5
**25** 104:4,5
**25,000** 114:21
**26** 65:17 67:4 71:20 72:15
**28** 46:11 212:10 213:1

| 3 |
| --- |
| **3** 199:22 |
| **3/2** 98:17 |
| **3/7/2014** 250:3 251:3 |
| **30** 215:6 |
| **305** 3:5 |
| **312** 2:4,13,18 |
| **32** 215:24 |
| **321-8425** 2:13 |
| **330** 1:14 2:11 5:6 |
| **3300** 1:15 2:12 5:7 |
| **33131** 3:3 |
| **34** 216:15 |

**346-9420** 2:18
**35** 2:16
**35,000** 217:4
**358-6555** 3:5
**36** 159:23 218:1
**37** 212:11 218:13,15 218:17
**3:00** 199:23
**3:16** 199:23 200:2
**3:54** 229:24 230:1

| 4 |
| --- |
| **4:15** 230:1,3 |
| **4:30** 247:2,9 |
| **4th** 100:10 |

| 5 |
| --- |
| **5,000** 122:19,24 217:5 |
| **50** 46:11 |
| **500,000** 183:13 |
| **5746** 1:5 5:12 |

| 6 |
| --- |
| **6** 4:4 |
| **60601** 2:3,17 |
| **60611** 2:12 5:7 |
| **617** 2:9 |
| **65** 4:20 |

| 7 |
| --- |
| **7-17-13** 4:8 |
| **70** 106:18,21 |
| **700** 220:11,12 |
| **729-5288** 2:4 |
| **738-7080** 2:9 |
| **7th** 1:13 5:3 68:1 78:2 209:19 211:10 |

| 8 |
| --- |
| **8x8** 88:10 |

| 9 |
| --- |
| **9-4-12** 4:16 |
| **9020** 2:3 |
| **92** 8:14 |
| **93** 8:14 62:13 157:6 157:14 158:3 |

163:17 164:9 241:6
241:19 242:6
**98** 158:3 241:19
242:7
**99** 62:13,16,17
63:20 64:6 139:1,23
163:17
**9:08** 1:13 5:4
**9:49** 40:14,15
**9:55** 40:15,17

**a**

**a.m.** 1:13 5:4 40:14
40:17 65:10,13
105:21 106:2
**able** 47:8,12 55:12
59:23 88:1 90:12
101:9 110:3 111:8
116:19 134:21
168:20 179:24
230:13 236:2
**abramson** 17:16
20:23 219:18,19
223:23 224:12,20
232:19
**abramson's** 36:16
36:17 225:15
**absolutely** 52:18
117:18 140:7,21
220:18 235:4 246:5
**abstract** 207:8
**aburke** 2:5
**access** 45:4,5 46:12
46:19 47:6,11 61:20
118:4 183:9
**account** 64:15 65:2
65:3 107:14 127:9
164:20,23 165:2
**accounts** 221:2,4,5,6
221:10,16
**accurate** 131:24
132:2,13 139:17
147:18 153:24
160:24 161:4 245:3
245:4 248:13

**acknowledge**
250:11 251:16
**act** 72:20 177:16
217:5,6 232:15
250:14 251:20
**action** 68:14 79:9
204:17,20 205:20
249:1
**active** 28:10 58:21
**actual** 71:14 113:21
114:15 173:15
**add** 18:4 219:5
**added** 99:20 136:3
215:21
**adding** 146:1
**additional** 139:3
145:8 235:15
**address** 7:3 30:10
53:20 73:12 146:23
148:1,7 173:15
**addressed** 72:18
**addresses** 148:12
174:15,16
**addressing** 37:22
72:24
**adjourn** 67:14 73:23
**adnet** 90:10
**advance** 61:3
**advise** 155:5
**advises** 163:16
**affidavit** 127:22
130:24
**affiliated** 39:2 45:24
185:10,11,17
186:16 232:14
**affiliates** 180:1,2
**affirmative** 73:5
**affixed** 250:15
251:21
**afford** 230:14
**afield** 64:18
**aforesaid** 248:7,14
**ag** 218:11,12
**agencies** 38:17 57:2
63:6 232:2,10 233:6

**agency** 8:11 9:22
24:20,23 32:16 45:8
63:5 64:1,3 111:21
112:16
**agent** 54:8 114:2
115:16 136:11
157:11 158:18
**agents** 31:4 58:23
94:4 158:12 181:12
181:22,23 182:6
189:11,14 190:7
233:21 234:3
237:11,16 243:8,9
243:11,13,20
**ago** 163:13
**agree** 23:11 47:7
67:23 74:20
**agreed** 23:10,13
166:18
**agreement** 1:15 23:6
74:18 77:2 196:3,6
196:12 197:14
198:16 199:4,7
**agriculture** 213:7
**aguilera** 26:11
37:24 62:11 86:4
97:18 121:6 154:13
155:5
**aguilera's** 26:5
59:10,24 153:18
226:20
**ahead** 38:12 54:12
72:21 113:13 140:5
149:6 182:21
193:23 206:10
**al** 5:9 250:3 251:3
**albuquerque** 228:20
228:21,22
**alex** 5:20 69:2 70:8
70:8 73:11 128:20
**alexander** 2:4
**alias** 154:19 155:8
155:15 156:5
169:13

**aliases** 154:20 155:6
169:20 170:4
**alike** 20:1
**alissa** 145:21 146:3
146:7 180:12,14,19
216:22
**allegation** 202:10
**allegations** 67:6,11
205:5
**allege** 201:20
**allerton** 14:23,24
**allison** 162:3 172:24
173:2,3,10 177:3
184:14,18
**allison's** 173:16
**allocated** 140:12,16
**allow** 56:15 200:5
**allowed** 68:3 193:24
**aloud** 127:5 128:9
131:1,2
**america** 45:4
**american** 228:10
**amicably** 69:12
**amount** 30:16 65:4
120:5 122:14 139:8
220:14
**amounts** 240:24
**announcement** 53:2
**annual** 54:22,23
**answer** 4:19 7:2
35:24 38:5 46:24
52:7 56:14,15 58:22
59:23 61:14 65:22
67:2,16 68:4 74:2
75:12 78:11,16,22
90:11,13,21 92:21
99:9,11 111:8,12
113:14 114:24
115:4 116:22
118:17 119:20
124:7,13,15 135:24
148:19 149:8
165:11 168:20
169:10 184:5,5
187:15,17 188:1

195:5,18,23 198:1
205:11,14 206:1,20
216:4 223:8
**answered** 159:3
169:22 198:15
**answering** 121:8
138:18 166:7
**answers** 92:3 111:16
116:21 117:22
**anticipate** 6:24
**anybody** 12:21
50:19 64:6,7 77:14
93:4,5,16 101:7
124:16 152:24
154:4 168:22
173:24 190:2
198:18 216:12
**anyway** 193:19
**apart** 203:7,19
**apologies** 210:18
211:5
**apologize** 43:11
112:2 190:16
209:22
**appear** 109:3
173:24 210:11
250:11 251:15
**appearance** 17:24
**appeared** 173:6
**appears** 152:4 174:1
218:1
**appended** 251:11,18
**applied** 158:6
159:18
**apply** 164:17
**appreciates** 73:23
**appropriate** 67:2
77:19
**approval** 98:4
**approve** 242:21
**approximately** 5:4
**archive** 80:12,14
82:7 133:11
**arda** 228:10

**area** 227:24,24
**argumentative**
127:24
**arizona** 229:9
**arnstein** 19:18,20
**arrested** 21:18
**aside** 108:23
**asked** 38:22 40:19
53:10 65:18 74:6
110:11 112:18,18
114:23 116:1 131:4
149:23 159:2
169:21 172:12
184:6 191:16 205:2
212:20 213:8
219:21 227:18,20
232:20 240:23
244:2
**asking** 31:21 56:17
68:11,15 71:7 76:10
76:24 77:1,18 78:1
78:23 81:5 116:3
121:20 137:23
157:17 197:15,17
202:4,5 205:9,17
236:5
**aspects** 127:8
**asserting** 77:8
**assessment** 106:16
**assets** 13:3,6
**assigned** 95:16,18
95:20
**assignment** 250:2
251:2 252:2
**associate** 10:23,24
**associated** 25:8,9
37:9 38:9,10 44:11
49:1,2 85:21 92:12
92:13 106:14 110:4
208:5
**association** 228:11
**assume** 144:19
167:22 173:11
174:9 217:1,24
219:8 221:11

**assuming** 113:9
165:10 219:15
240:18
**assumption** 173:12
**assurance** 166:12,13
166:16,18,21 167:9
**asteria** 33:9 84:20
**at&t** 90:2
**attached** 143:1,3
185:6 211:9 251:7
**attachment** 146:11
146:15
**attachments** 4:16
**attention** 106:11
148:22 153:7
192:19 216:23
**attorney** 19:14,16
19:22 23:20 24:7,19
77:1 80:17 106:12
152:8,12,22 177:23
197:7 203:1,8,20
206:4,19 216:9
217:17 218:2 220:3
248:19,20
**attorneys** 5:14 20:1
197:8,18 206:5
**august** 216:21
223:23
**authorize** 251:11
**authorized** 231:21
**autodialer** 84:22
91:1,9,13 109:21
217:6
**automated** 32:2
85:5 88:12 91:18
168:23 175:8,10
190:23 195:2
238:11,12
**automatically** 55:6
**available** 102:18
108:15
**avenue** 2:2
**average** 62:6,10,11
62:13 114:2

**avoid** 69:18 78:8
**aware** 24:18 25:15
35:11,20,21 38:13
78:6 97:11 119:6
121:8 132:17 151:2
156:4 172:5,16
179:18 232:11,12

**b**

**b** 21:5,6,9
**b616** 219:5
**back** 24:10 33:16
40:16,23 41:1 45:7
65:5,12 69:19 74:2
76:1 87:17 90:22
106:1 108:24
111:13,14 113:24
116:5,6 130:19
131:8 135:10
141:10 145:14
167:11 190:15,17
194:11 200:1
213:19 214:16
217:13,14 230:2
231:10 237:10,17
238:24 239:5
**background** 7:11
84:10
**backwards** 22:21
**balance** 241:19
243:2
**ballpark** 26:24 27:1
120:7 122:19
**bank** 164:23 221:2,3
221:5,6,9,16
**bankrupt** 18:18
**bankruptcy** 8:23
9:1,5,6,11,15 13:4
15:20 18:12,16,17
18:20 19:1,17 20:19
25:3,6,7 42:19
**barry** 20:6
**base** 114:13,14
**based** 57:1,3 89:6,10
100:8 108:14

117:24 153:23
158:6 195:18 197:5
202:16 217:2
**bases** 193:22
**basically** 9:4 27:5
47:12 227:7
**basis** 30:1 66:18,23
66:24 67:1,17 68:4
71:13 114:9 194:6
195:14 202:10
**batavia** 91:2,3
**bates** 145:18 163:6
166:10 167:7
209:20 212:10,13
**bathroom** 40:8
199:13,17
**beach** 98:16 99:13
99:17 100:7
**becker** 2:13 4:4,5
5:24,24 6:9 10:13
10:19 21:22 22:10
22:13,18,21 23:11
28:17 35:3,14,24
36:5 37:5 38:11,20
40:5,12,18 43:24
46:2,23 47:2 50:22
52:15 55:15 56:4
57:9 58:4,15 60:4
61:10 64:17,23
68:21 69:22 70:2,4
70:8,10 71:6 72:10
72:21 73:1,7,21
74:14,21 76:2,7,22
77:10,15,17,22 78:3
78:7 79:18 80:5,22
81:18 82:1 83:9
85:11 91:15 93:6,8
94:14 97:15 100:15
101:2,5 103:13
104:21 105:15
106:23 108:3,16,19
108:22 110:10
120:3,11 121:1,10
121:17 122:1
123:16 124:4,23

125:11,14,16 126:7
126:12,17 127:23
128:19 129:5
131:12 135:2,6,12
137:10 138:15
140:4 141:2,19
142:3,22 143:22
147:19 149:1,5,12
149:21,23 150:3,8
150:11,20 151:8,14
152:14 153:21
154:8,14 156:7,23
158:14 159:2 160:1
160:3 161:9,23
162:8,12,18,22
164:12,21 165:16
167:15 168:17,24
169:14,21 170:10
170:15 171:4,15
174:4,12 175:19
176:10 177:17,20
177:22 178:6
182:20 183:5,22
184:20 185:2,13
186:21 188:21
189:7,18 190:12,15
190:21 193:21,24
194:4,10,24 195:13
196:24 197:4,15,19
197:22 198:2,5,9,22
200:15 201:24
202:5 203:15 204:2
205:15 206:17
207:1,4,20 209:13
210:15 211:9
221:22 222:7 223:4
224:3,9 229:22
230:8 231:8,14,17
233:11,18 238:19
239:15 246:8,11,18
246:21 247:5
**becker's** 72:5
**bed** 45:10 77:3
**began** 126:11
127:17 131:23

195:15 238:4
**beginning** 28:9
82:16 106:1 152:6
200:1
**begins** 240:8
**behalf** 1:3 2:5,10,14
2:19 3:6 6:3,5 37:10
37:11 68:22 231:22
**behoove** 75:8
**beings** 103:19
**believe** 11:8 12:12
15:11 21:1 26:11
28:12,23 33:12
39:14 44:9 48:12
50:12 57:10 62:10
66:10 76:11 81:13
82:3 88:8 92:15,18
92:19 96:20 100:1
105:11 106:20
118:18 126:23
128:4,6,7 132:13,16
132:22 134:20
135:23 142:4 143:7
145:5 152:17
153:17 156:13
164:6 169:11 170:2
172:2 173:21
174:23 177:6 179:3
179:4 183:23 185:5
190:4,6 191:15
196:20 204:7 210:5
210:7 211:24
213:22 228:17
229:8 233:2,6,19
234:11 235:23
243:7
**believed** 139:7
**bell** 1:14 2:11 5:6
**belligerent** 75:19
**ben** 165:22,24
**benefit** 45:24
**benefits** 45:1,3,17
47:9 98:18
**benny** 82:22 97:18
101:4,8 108:18

111:7,12 143:13,14
144:8,17 226:20
**berths** 52:13
**best** 13:17 87:22
127:15 187:15
**beth** 1:12 2:20 4:3
6:14 7:5 39:18,20
127:11,14 250:4,9
251:4,13 252:20
**better** 78:15 90:11
118:14 148:19
177:11 198:17
206:14,23
**beyond** 140:19
**big** 45:11 126:12
**bijgiert** 2:15
**bill** 89:13 107:11
**birthday** 32:20
**biscayne** 3:2
**bit** 22:13,20 181:11
**blew** 134:23
**block** 52:12
**bob** 20:2,3
**book** 45:9 47:16
52:11,20 54:8 62:8
62:8 63:8,17,18
64:1,3 93:11 117:6
117:10,11,17,17
122:11 138:4 145:8
145:8 167:6
**booked** 52:1 54:9,13
56:11 58:12 60:2
61:1 63:12 64:5
76:8,9 112:18 118:1
123:2,3 139:1
140:13,19 182:9
**booking** 61:16 93:15
94:4,9,10 114:1
115:17 117:20
182:6
**bookings** 93:23
182:17,18
**books** 27:20 45:2
46:13 47:13,19
140:18

**booths** 178:13,23
**borst** 4:9 15:6 28:20
  29:5 50:11,17 51:7
  51:9,18 83:17 84:4
  124:2,19 126:3,5
  127:18,22 130:23
  131:11 132:10,14
  137:7 139:17 140:1
  165:15 232:22
  233:2,7,13 244:2,14
**boston** 2:8
**bottom** 164:1
**bought** 13:3,6 54:14
  147:8 160:9
**boulevard** 3:2
**brand** 212:14
**branson** 98:22,22
  98:23 99:13,18,19
**break** 30:22 40:9
  52:17 65:6 70:21
  73:13,22 74:8 76:18
  105:18 107:24
  125:17 134:23,24
  141:1 181:11
  187:22 199:15,19
  229:21
**breakage** 65:4 239:1
  239:7
**breakfast** 45:10
**bring** 55:18,22
  70:19 73:13 113:20
  153:4 192:19
**broad** 24:13 38:22
  94:16
**broadly** 25:16
  194:23
**brochures** 120:14
  120:15 188:10
  189:3,4
**broderick** 2:6,8,9
  4:4 5:19,19 6:7,19
  10:17,20 15:24 16:4
  16:6 18:23 20:5
  22:1 23:4,10,14,17
  28:19 35:5,17 36:4

36:8,12 37:7,16
38:14 39:1,5 40:9
40:20,24 41:6 44:2
46:3 47:4 50:15
51:1,5,8 52:18,23
56:1,8 57:12 58:8
59:5,17 60:6,14
61:8 62:9 64:14,22
65:8,24 66:8,16,20
67:1,12 72:17,23
73:6,14 75:4,10,15
75:18 77:5,12,16,18
77:23 78:18 79:1,12
79:21 80:8 81:4,21
82:8 83:11 85:15
91:19 93:12 94:18
96:1,13 97:10,17
98:1,6 100:17 101:6
103:14 105:1,17
106:3 107:3 108:5
108:10,23 109:1,9
110:14 112:11,20
113:1,5,12 114:7
115:15 116:2,5,11
116:23 117:5
119:14 120:6,19
121:4,13,21 122:9
122:15 123:20
124:8 125:2,13,18
125:20 126:9,15,18
126:20 128:3,22
129:8 131:15,19
134:22 135:4,11,15
135:16 137:13
138:19,22 140:8,24
141:12,23 142:7,18
142:23 144:4
145:16 147:21
148:21 149:3,11,19
149:22 150:1,5,10
150:12,22 151:11
151:16,23 152:18
153:3,6 154:12,16
154:17 155:13,21
156:9 157:1 158:11

158:17 159:9 160:2
160:4,19 161:16
162:4,15,16,19
163:1,5,10 164:18
165:1,20 167:18
168:21 169:2,16,23
170:7,12,19 171:6
171:17 174:7 175:1
175:22 176:13
177:18 178:2,8
183:1,7 184:1,23
185:7,15 187:1,24
188:2,5 189:1,9
190:1 191:1,17
193:4,9,14,17,20,23
194:2,9,12 195:3,7
196:1 197:12,17,24
198:8,21 199:2,18
200:3,18 201:15,22
202:3,7,18 203:6,18
204:6 205:16 206:2
206:12,21 207:7
208:1,3 209:16
210:19,24 211:6,11
212:8,21,23 222:1
222:10 223:6,10,22
224:6,11 226:3
227:2,5 229:20
230:4,16 231:12
232:20 233:5,10,16
236:4 239:13
243:17,24 244:21
245:6,13,22 246:4
246:17,19 247:7
**broderick's** 234:11
**broke** 182:15
**broken** 162:6
**brokers** 45:14 133:3
  134:10 147:12
  174:23 175:3 176:2
  178:10
**brought** 17:15 20:23
  216:22
**building** 16:20
  207:24 208:4,4,13

**bunch** 45:14 71:22
**burden** 77:7
**bureau** 218:3
**burke** 2:2,4 5:21
  61:6,9 68:1,11
  69:22 70:3,7,9 71:2
  74:9,16 76:20,22
**burke's** 72:4
**burkelawllc.com**
  2:5
**business** 7:21 8:10
  8:24 9:18,19,21
  10:21,23,24 13:15
  13:20 21:8 27:7
  28:10,16 32:8 42:14
  43:2 44:8 48:22
  54:15 83:13,15
  93:13 102:6,7 127:9
  208:12 230:14
**businesses** 27:6
  29:14 30:2 49:21
**butcher** 33:11
**button** 139:19
**buy** 47:15,18 61:18
  62:2,3 63:21 134:7
  138:11 219:11
**buying** 147:7

**c**

**c** 2:1 3:1 162:7,21
  166:10 239:11
  240:18
**cabin** 191:6
**cabins** 181:15
**caldwell** 133:4,12
  133:12,12,14 147:7
  174:14 176:2,8
  180:3 184:3 208:24
**call** 31:13,16,17,19
  31:22,24 34:12,13
  35:8,16,16 36:9,10
  45:5,16 46:15 54:8
  55:9 58:1,10 63:17
  65:4 66:8,9,10 69:1
  76:20 91:8,12 96:18

96:21 98:17 100:24
106:13,17 107:8
111:5 114:18 121:9
121:12,22 122:4,4
129:24 135:18,20
136:4,8,10,12,19
143:20 145:5
153:13 154:10,12
154:24 157:2,7
166:17 167:12
169:7 171:7 177:5
177:13 178:1
183:20,24 184:13
184:17 191:19
192:9 194:18 195:2
200:5,10 201:20
203:22 204:8 209:1
213:8,13,19,20
214:12,16,18
215:22 217:13,14
217:15 219:7
222:13 225:9
226:14,14,17 229:6
229:18 231:3,10
232:3 233:14 240:2
240:2
**called**   6:15 7:24
8:11 33:9 45:4 53:7
53:13,14 85:2,2,3,3
91:23 93:10,22
125:4 144:6 166:14
170:20 175:14,15
176:21,23 177:3,10
214:14 217:10,20
222:12
**caller**   201:16 229:14
**calling**   32:17 111:3
111:10,13,14
112:21 125:8 140:1
155:22 158:1 170:9
171:2 175:12
192:23 214:9 239:5
**calls**   32:14,18,21
36:19,22 37:1,4,24
38:2 71:16 85:9,14

85:17 87:19 88:13
91:18 101:16,23
102:3 106:21 107:4
107:19,22 108:6
121:8 122:6,7 126:9
127:17 128:11
151:2,18 154:15,24
158:1 165:4,4 167:5
168:16,19 170:3
174:19 175:8,9,10
192:23 200:8,9
202:14 203:12,13
204:9,13 205:7
213:24 217:11,12
220:7 229:12 230:7
233:3,3 234:4,9,22
236:24 237:2,8,16
238:14 243:12,22
245:12,20 246:15
**campaign**   92:4,12
96:22 97:1 110:4
211:13
**campaigns**   85:1
92:10,24 235:18
**capable**   108:7
**capacity**   29:23
**captain**   188:11
**caption**   5:8
**car**   42:4,5
**card**   53:21 54:1 55:7
62:15 89:22 122:6
167:2 240:4
**care**   6:23 30:8
**caribbean**   1:7 3:7
6:3,6 36:21 37:12
37:18 38:3 95:8,9
96:3 117:1 118:24
119:5 132:11,17
137:3 141:16 160:7
160:11,16,22 161:7
171:14 172:7,8
181:21 190:5,6
243:7,8,10 245:10
245:10

**carlson**   228:5,19
**carnival**   1:7 2:14
6:1 36:20 37:2 40:4
41:3 52:1,6 57:14
68:22 71:2 93:2,10
93:18,22,22,24 94:2
94:12 95:3 117:1,12
117:15,16 118:4
119:4,7 127:6,12
128:12 129:3,20
130:12,16,17,19
131:4,8,20 132:3,7
137:3 141:16 160:7
160:12,17,23 161:7
171:14 172:8
182:13,18 187:2
188:8 191:13
192:12,15 231:15
246:12
**carnival's**   127:9
**carrier**   88:15
229:11
**carriers**   88:21
**cars**   45:10
**case**   1:12 5:8,11
20:23 36:22 37:3,21
64:20 68:20 71:12
73:2 78:2 79:4,8,17
81:3 106:10 143:6
183:12 188:7 196:4
200:24 205:3
211:23 216:20
219:19 220:7
223:23 224:12
225:1 250:3 251:3
**caselaw**   73:11,16,17
73:20
**cases**   17:19 18:6
78:6
**catherine**   3:4 6:2
**cease**   27:3 28:16
**center**   111:5 121:9
121:12,22 122:4,4
154:24

**central**   167:7
239:21
**certain**   47:15,16
87:20 92:13 97:13
111:4 117:20
132:11,14,15
149:15 168:4,5,16
240:24
**certainly**   73:16
**certificate**   248:1
251:11
**certification**   250:1
251:1
**certified**   248:2,3
**certify**   248:5
**chalem**   1:18 5:16
248:3 249:8
**chance**   53:14
**change**   105:16,18
126:21 168:4,8,13
225:6,8 251:8 252:3
**changed**   100:8,11
**changes**   120:15
131:21,22 132:6
181:13 188:10
250:7 251:7,9
**characterization**
74:15 153:20
**charge**   62:15 63:20
64:6 242:12,13
**charged**   21:12 62:16
62:18
**charging**   240:14
242:15,16
**charvat**   1:3 5:9,20
6:10 75:6 153:14
155:9 159:23
160:21 161:18
162:3 167:12,13
169:7 170:9 171:23
172:21,24 173:2
175:17 176:16
183:14 184:14,14
184:17,18 201:8
202:11 203:9,21

204:8,13 205:6
229:4,12 250:3
251:3
charvat's 173:9,10
183:16 185:21
202:21 203:2
charvet 3:10
chatz 20:6
check 16:13 213:15
214:15,21
chicago 1:15 2:3,12
2:17 5:7 19:18
249:3
chief 51:15
children 14:15,16
14:22 15:2,4
choice 59:1
chose 15:5
circuit 68:1 78:2
circumstances
77:21
civil 250:5 251:5
claim 71:12 73:9
150:18 184:17
claims 65:20 223:6
clarification 179:17
clarified 194:5
clarify 18:3,16
75:15 96:14 134:21
154:8 191:11
193:12 211:4
classes 7:21
clear 32:4 36:1
75:10 82:9 113:2
194:1 210:14,22
245:9
clearly 111:1 126:17
client 64:9,10,10
65:17,21 67:13
69:24 71:7,8,10
72:8 75:12 78:21
195:18,22 202:16
client's 76:16
195:19

clip 22:22
close 8:22 154:2
200:14,21
closer 122:22
closing 28:13
club 11:4,5 12:9
13:19,22 25:18,20
26:13 27:23 30:5,11
30:14 31:20 32:7,12
32:15,23 33:2,4,8
33:17 34:11,17
43:14 44:19,24
45:11,17,19,24 46:5
46:10 47:7,13 49:12
54:17,19 55:23 83:5
102:21 104:17,20
104:23 105:8
146:18 176:19
236:21
clubs 188:11,12
cmacivor 3:5
code 136:12
colleague 149:12
colleagues 227:19
227:23 228:3
collect 60:12 61:14
61:16 62:6
collected 68:17,23
164:10
collecting 61:2
241:18
college 7:14
comcast 90:2
come 7:1 64:10
69:19 74:2,17 76:1
77:2 85:17 119:21
120:2,14 140:15
165:18 173:10
175:24 176:7
188:16 198:4
233:20
comes 31:19 143:21
157:6,14
coming 100:9
120:10 189:21

201:20 203:22
204:8,10 230:18
commencement
248:6
comment 68:21
commission 22:8
117:8,9,14,19,21
118:1,3,4,19 250:19
251:25 252:25
commissionable
117:17
commissions 117:23
118:14
common 144:10,13
169:19
communicate 57:15
57:20 234:8
communication
80:10 129:20
communications
22:8 79:3,6,22,23
80:2 205:12
companies 22:2,7
23:18 24:12 29:10
29:15,18,22 38:6,8
45:13 48:24 50:5
102:11,16 115:1
160:10 203:11
219:11 227:18
232:13
company 12:22 15:4
24:11 28:1,3 29:2,6
38:23 41:24 43:10
44:22 48:2,3,5
80:11 81:17 89:14
102:8 104:16 105:3
111:23 132:4 170:8
170:20 171:2
172:17 179:9,10
181:6 214:24 235:3
235:6,13,17,20
236:2
company's 18:17,18
217:3

complain 35:8
complaining 35:22
36:10 222:2,4,12
complaint 34:19,22
65:21 67:6,9,11
74:13 130:7,19
192:10 213:8
214:10 217:20
complaints 35:1,12
36:2,7,13 128:13,16
129:3,13,18 131:9
136:24 137:4,16
148:3,5 191:18
192:8,14 216:10
221:18 222:15
223:17 231:24
232:3,10 233:4,5,13
complete 61:14
compliance 194:17
complying 195:10
196:14
comprise 235:12
compromise 74:18
compton 153:12
154:10,18 169:12
compton's 35:6
computer 102:20
103:17 104:5 105:4
123:9
computers 103:10
104:7,12,19 105:6,7
105:12
concentrate 27:17
concentrated 27:13
concept 205:19
concerning 149:14
197:8 232:2,10
248:8
concluded 247:9
concludes 246:24
conclusion 207:4
concur 72:9
condo 98:15 99:20
99:20,21 100:5
102:11,16 109:12

**condo**
109:17 110:4
111:16 139:14
144:1
**condominium** 45:13
62:2,4 143:24 144:2
**condominiums**
45:11 110:9 238:2
**condos** 45:10 101:12
101:19,24 109:4,24
110:18 237:23
**conducted** 238:10
**conference** 189:20
228:11
**confirm** 91:4 159:14
**confronted** 73:18,19
**confuse** 235:2
**confused** 131:17,18
244:17
**confusion** 194:8
210:10
**congratulations**
59:19,20 160:5
**connected** 185:18
**connects** 92:3
**consent** 174:10
178:5,11 184:13,16
194:14 231:2
**consented** 192:23
**consider** 55:18
72:12
**considered** 68:9
239:7
**consortium** 118:8,8
118:13
**consortiums** 118:7
**constant** 134:15
**constitutes** 248:13
**consultant** 27:6,7
49:2
**consumer** 58:24
59:1 136:23 137:4
137:15 177:16
218:3 232:15 242:3
242:5

**consumers** 91:8
137:19 139:19
183:14 192:22
231:22 234:22
235:3
**contact** 93:4,5 95:4
95:5,10 180:24
181:1,17,20 182:1,3
236:16
**contacted** 128:12,14
129:2 160:15
**contacting** 236:12
236:20
**contain** 151:6,12,17
183:16
**contains** 183:13
185:21
**content** 68:12
**contest** 160:6,22
161:6,18 171:13,18
171:23 172:5,22
173:8 214:13
**contests** 172:12,15
**context** 42:2 44:21
101:13,14 178:4
**continue** 67:21
175:2,6 230:3
**continued** 3:1
174:22 230:13
**continuing** 193:3
**continuity** 234:23
**contract** 46:19 47:5
47:8,10 116:24
231:19
**contribution** 204:21
**control** 29:21
108:13
**controlled** 29:19
**controls** 29:20
**conventional** 88:23
89:13
**conversation** 71:13
130:20 132:8 182:4
190:8

**conversations**
127:11 149:13,18
191:3,5 195:15,19
197:7 198:12,23
200:20 237:12
238:9
**coordinated** 86:7
**copied** 80:17,20,21
80:24 81:7,23 82:4
82:10
**copies** 153:4
**copy** 106:8 109:6
201:1,3 209:22
224:5,7 247:5
**corporate** 9:18
11:12 13:24
**corporation** 1:7 6:1
8:16,18,20 10:5
11:1,2,7,9,18,19
12:13 13:14,18 25:8
83:7 156:11,11,14
170:18 208:7,8
220:19
**corporations** 9:14
10:7 11:12,16 14:5
14:17 20:18 21:9
**correct** 11:20,22
13:8 15:9,12,13,18
25:19 26:8 28:22
35:23 37:19 41:22
44:14 50:10 52:8,9
55:5,10 59:21 62:12
62:20 63:22,23 64:1
64:8 82:12 83:13,14
84:18 85:19 96:16
97:13,16,19 98:2,24
109:19 115:11,18
121:24 152:22
154:11,14 158:20
161:8 164:5,11,23
167:23 168:16
169:17,18 170:21
173:13 176:9,22
177:8 186:8,20
195:2 201:17

**conversations**
207:14 218:8
219:12,23 221:13
223:18,24 224:17
224:21 232:21
233:22,23 235:9
238:12,13 240:18
242:3,7,10 243:3,5
243:23
**correcting** 128:20
**corrections** 251:17
**correctly** 19:21
**correspondence**
21:20 22:3,7 23:19
23:23 38:16,18 57:6
57:11,13 79:7
**cost** 56:2 114:2
139:22 157:3,13
158:20,22
**costa** 98:20
**counsel** 1:16 23:7,7
75:21 195:16
198:13,14 205:23
248:19,20
**counsels** 75:21
**count** 194:3
**counterclaim** 66:3,6
67:13 72:19 73:4
200:24 201:19,21
202:11 204:1,5
**county** 250:10
251:15
**couple** 55:20 227:19
**coupon** 46:13
**coupons** 52:12
**course** 18:18 67:8
68:8 97:5 98:8
168:10,14
**court** 1:1 5:10,16
7:1 25:6 61:7 67:22
73:23 106:9 225:4
250:7
**courthouse** 225:3
**cousin** 10:18
**cover** 142:24 143:2
209:18

**covered** 41:12 49:5
  49:6,7
**crazy** 114:24
**create** 211:22
**created** 97:5 143:9
  211:20
**credit** 53:21 54:1
  55:7 62:15 89:22
  167:1 240:4
**creditors** 18:24
  19:13
**crime** 21:12,13,14
**criteria** 56:6,15
**cruise** 1:8 6:3,6 37:3
  37:12,18 38:4 52:5
  53:2 54:8 55:13
  56:10,11 57:7,18,23
  58:2,13,13,18 59:2
  59:6,13,21 60:2
  61:2,17 62:3,3,24
  63:4,7 68:17,24
  71:3 76:8 79:3,7,14
  79:24 93:2,10 94:5
  94:7 98:19 110:20
  111:15 112:19
  113:18 114:1,3,10
  114:10,15,19,21,22
  115:6,7,10,22 116:8
  116:12,13,20 117:7
  117:11,11,18,20
  118:20 119:4,15
  120:16 123:1,3
  127:6 128:11
  129:16,17 132:12
  132:17 136:22
  137:2,14 138:5,13
  139:2,11,11,21
  140:2,10,13 141:15
  142:2,5,11 145:7,9
  158:3 159:11 160:8
  160:12,17,23 161:2
  161:8,15 166:2
  167:14 168:13
  171:14,20 172:17
  180:22 182:8,16,17

  188:7 190:10,19
  191:9,15,19 192:2
  192:10,18 194:13
  194:16,20 195:9
  196:3,12,13,21
  205:6 231:20 237:6
  237:20 241:5,6,10
  245:19 246:2
**cruises** 1:7 45:10
  52:1,13,20 56:2,18
  56:22 59:11 61:10
  63:11 85:8 91:9,14
  93:23 99:15,17
  107:20 108:2
  109:22 111:20,24
  112:4,7,10,12,16,18
  112:23 113:14
  115:17 118:1,23
  119:3,7 122:10
  132:19 139:22
  141:15,21 142:1,14
  160:7,11,23 161:7
  176:4 182:9 191:22
  238:15
**csr** 1:18 248:4 249:8
  249:8
**cubicle** 200:16
**cubicles** 121:7
  200:12
**current** 9:22 10:3
  25:17,17 217:3
**currently** 11:6
  26:12,15 28:6 30:8
  34:11 49:22,24
  65:16,20 210:13
  221:15
**customer** 33:18,22
  34:8,15 42:6 100:22
  100:23 112:17
  122:5 123:2,3
  139:20 140:19
  155:16 218:9
**customers** 34:12
  91:13 113:15 138:7
  183:10 235:6

**cv** 1:5 5:12

**d**

**d** 4:1 21:5,6,9 44:15
  240:18
**dad** 30:9
**daily** 134:13
**darren** 3:10 141:8
**data** 167:2 176:8
**database** 82:5,6
  161:13 175:15,18
  175:24 176:1,14
  210:8 213:15
**date** 5:3 26:23 56:12
  101:20 152:7
  173:17 197:13,13
  221:12 224:23
  235:22 250:3,9,19
  251:3,13,25 252:20
  252:25
**dated** 4:8,10,15,16
  209:19 216:21
**dates** 167:5 198:18
**daughter** 202:21
  203:3
**daughters** 202:12
**dave** 44:12
**day** 1:13 30:1,1
  54:16 74:23 86:1
  108:7 114:9,10,10
  126:10 139:11,11
  139:12,13,14 168:5
  168:11,14 229:2,2
  249:3 250:16
  251:22 252:22
**days** 98:17 126:14
  134:13 139:8
**deal** 120:18
**dealers** 42:6
**dealing** 93:14
**dealings** 93:13
  216:8 217:16
  218:10
**dealt** 181:6 221:20

**dear** 114:4
**debate** 77:23
**debt** 206:22,23
**deceive** 235:2
**decided** 60:19,20
  87:23
**decides** 164:16
**decision** 14:8,10,13
  51:4,5 102:6,7
  119:1,2 230:15,18
  230:22
**declaration** 4:9
  126:3 244:3,15,19
  245:4
**declaring** 18:20
**deed** 250:14 251:20
**deeper** 76:15
**default** 18:6 220:24
**defend** 230:13,14
**defendant** 2:14 41:8
  42:11 57:19 205:3
  206:13,15
**defendant's** 23:7
**defendants** 1:9 2:19
  3:6 23:9 75:21
  188:7 190:11,20
  191:15 195:16
  196:3,13 197:8
**defending** 16:21
**defense** 72:18
  195:14 196:3,11
  197:5,13 198:10,13
  198:16 199:3,7
  205:13,24
**defenses** 73:5
**defer** 76:17 77:4
**define** 21:13 25:9
  31:7,21 35:15 51:2
  83:19,21 103:18
  147:20 187:5,6
**definitely** 34:8
  89:10,11 140:20
  183:11
**definition** 31:16
  84:1 187:10 236:8

**della** 48:12,14
**department** 31:1,3
  33:20 58:12 86:15
  86:16 103:18,20,22
  144:16 162:1
  165:15 213:6 227:8
  234:1 237:14 238:8
**departments** 30:22
  33:17
**depended** 86:2
**depending** 55:1
  63:17 114:21 158:4
  159:6 164:15 168:9
**depends** 56:12
  116:19 241:10
**depo** 73:24 239:2
**deponent** 77:1 135:7
  198:20
**deposit** 116:18
  158:2,3,5,10,13,19
  159:5,12,13,15
  163:17 164:14,19
  164:22 236:9 239:6
**deposition** 1:11 5:5
  23:6 26:5,12 35:7
  66:1 67:14,21 68:8
  69:7,9,20 70:20
  71:19 72:2 74:8,19
  75:23 77:4 149:14
  153:9 154:11,13
  197:20 210:12
  235:9 236:4 237:23
  244:6,8,14,23 245:3
  245:7 247:1,9
  248:10,15,16 250:1
  250:3 251:1,3
**depositions** 6:22
**deposits** 236:5
**describe** 23:22 50:2
  57:4 158:13 178:9
  226:20 228:23
**described** 138:14
  191:19
**describing** 106:13

**description** 227:1
**design** 48:2
**desktop** 103:16
**detail** 53:24
**deutsche** 48:14,15
**developed** 44:23,24
  205:22
**development** 228:11
**dial** 100:23 195:2
**dialed** 84:22 85:1,4
  85:5,6 225:20
**dialer** 53:12 82:6
  84:4,6,11,15,16,19
  84:24 86:9,11 87:18
  88:12 89:7,8,15
  91:17,22,24 92:2
  96:18,19,22 99:5
  100:14 101:1,15
  102:24 103:1,2
  108:6 126:10,24
  132:24 135:24
  146:1 147:4 168:6
  168:15 177:12,13
  180:18 210:8 219:7
  236:13,17,21
**dialers** 81:13
**dialing** 32:1 33:4
  86:8 89:10 91:18,20
  111:11 127:3 234:4
  245:12,20 246:14
**dials** 92:2
**dick** 228:4
**died** 228:17
**difference** 126:13
  166:20,23
**different** 14:5 45:3
  46:14 56:14 60:18
  83:7 85:1 88:8,15
  91:4 92:10 98:11
  100:3 110:22 111:2
  115:1 116:21
  117:23,23,24
  120:13,15 142:5
  143:4 160:18 170:3
  178:12,16 187:8,12

**187:13 188:10**
  189:22 194:6
**difficult** 9:2 115:3
  124:12 131:7
**dining** 189:22
**dinners** 98:18
**direct** 84:7 92:22
  106:10
**directed** 34:22
  38:18 202:11
**directing** 148:22
**direction** 248:12
**directly** 56:11 66:12
  67:12 68:13 84:8
  189:13 248:21
**disagree** 67:18
  74:14 140:1
**discharge** 9:6
**discount** 45:7 53:10
  57:3 115:22 116:7
  116:10 178:14
  179:7,7
**discounted** 56:20,21
**discounts** 45:1
  46:17,21 57:8
  147:13 231:11
**discovery** 1:11
  240:17,18
**discrete** 74:24
**discuss** 73:22 75:24
  127:18
**discussed** 20:18
  127:13 155:7 190:9
  190:18 236:14,18
**discussion** 18:22
  20:4 64:13 109:8
  128:21 142:17
  151:21 197:10,21
**dishonest** 124:17
  125:3 128:4,6
  131:17
**disney** 142:13,14
**displayed** 229:17
**disposed** 105:12

**disposition** 211:17
**dispute** 70:15
**dissolved** 12:23,24
**distinguishing**
  193:6
**distributor** 13:18
  44:19,20
**distributor's** 44:21
**distributors** 45:18
  45:20 46:1,5,8,10
**district** 1:1,1 5:10
  5:11
**divide** 14:3
**division** 1:2 5:11
  29:3,9 60:11
**divorce** 15:8,15
**divulge** 205:12
**dnc** 219:14
**docket** 224:8 225:1
**document** 106:6
  125:23 135:1
  142:21 143:8,10
  145:19 148:22,24
  149:4,6 150:6
  151:24 152:2
  153:10,17 162:17
  162:20 163:3,22
  211:14,20,22 213:1
  213:5 215:8 216:1
  216:16 218:4,21
**documentation** 81:2
**documented** 140:21
**documents** 109:3,12
  134:19 143:1,5
  146:17,24 198:18
  202:1 219:1 232:9
**doing** 21:8 28:16
  32:10 34:8 38:7
  53:18 102:1 111:13
  119:10 121:14,19
  132:18 135:7
  141:21,22 168:9
  189:17 192:13,15
  194:19

**dollar** 64:6 139:1,2
240:16
**dominican** 98:20
**double** 16:13 213:15
**doubt** 124:21
**download** 146:11
**downloaded** 146:17
147:1,2,4 225:1
**drive** 2:16 42:4 81:8
82:4
**duly** 6:15 248:8
**duration** 87:20
**duties** 34:10

**e**

**e** 2:1,1 3:1,1,4 4:1
33:11 44:15,15 54:1
57:15 58:12 79:13
79:16 80:10,12,14
81:13 82:6,7,11
90:3,14,16 127:13
129:22,23 133:8,10
133:11,19,20
134:16 146:4,10,14
146:22,23 148:2,12
167:2 174:16
201:24 222:2,4,11
247:6
**earlier** 90:24 110:12
116:18 163:12
164:14 167:3 191:6
211:3 233:19 236:4
237:22 239:2,11,24
240:23 243:6 244:2
244:5
**early** 112:5 140:11
**easier** 22:24 23:12
166:8
**easiest** 55:21
**east** 2:16
**eastern** 1:2 5:11
219:5
**easy** 80:4,7 117:21
140:22

**educational** 7:10
**edward** 2:8
**effectively** 78:20
**efficiently** 70:12
72:2
**effort** 32:23
**eight** 33:21 240:7
**eighth** 163:24
**either** 38:9 49:1
69:11 73:4 86:17
128:7 133:2 134:8
210:7
**electronic** 247:8
**elgin** 7:24 8:1
**elicit** 157:20
**elizabeth** 1:6 5:9,12
5:22 7:8 250:3
251:3
**employed** 11:14
13:13 25:22 26:9,17
**employee** 13:5
20:19 25:10 26:19
27:3,3 28:4 34:4
37:9 49:2 83:2,5,6
87:3 94:12 95:10
104:5 169:3 185:18
190:10,19 248:18
248:20
**employees** 26:2
30:14 33:19,23
39:23 95:3 96:3
103:23 104:15
170:4 209:7,12
**employer** 11:3
25:11,17
**employment** 232:23
233:8
**enclosure** 218:15
**ended** 220:5
**engage** 234:3
**engaged** 31:5
149:17 194:21
234:8 235:13
**engine** 48:4

**ensure** 147:6,17
177:9
**enter** 46:18
**entered** 196:6
231:19 251:9
**enters** 167:2
**entertainment** 45:2
45:3 46:19 47:11
**entire** 73:23 235:12
250:5 251:5
**entirely** 67:15 69:20
77:6
**entities** 38:3 41:14
83:8 134:8 185:16
**entitled** 1:12 52:13
**entity** 9:18 37:8
47:22 79:24
**entry** 160:6,22
161:6,19 172:22
**errata** 251:7,10,18
252:1
**escrow** 64:15 164:20
165:2
**especially** 67:3
**essentially** 28:20
**estate** 208:14
**estimate** 106:17
107:18 127:16
182:14
**et** 5:9 250:3 251:3
**european** 98:19
**everybody** 91:23
111:4 194:3
**evidence** 66:10
113:10 147:23
**ex** 12:18 20:15,16
41:21 42:23
**exact** 26:23 42:18
98:10 101:20 104:1
104:2 120:4 224:23
**exactly** 73:8 86:14
125:9 168:19
217:11 232:6
**examination** 4:4,4,5
4:5 6:18 231:16

234:12 238:21
246:10 248:7
**examined** 6:16
**example** 23:24 42:5
47:5,11 63:14
118:12 125:4 136:8
139:10 163:11,13
163:14 241:7
**examples** 125:7
**excel** 184:9
**exception** 66:11
68:6 191:8
**exceptions** 19:14
170:2
**exchange** 45:13
**excuse** 164:20 243:8
244:15
**executed** 251:10
**execution** 250:14
251:19
**executive** 51:1,3,3
51:15
**exemption** 72:19,20
**exhibit** 4:8,9,10,11
4:12,13,15,16,17
105:23 106:5
125:15,22 142:16
142:20 145:15,18
148:20,23 151:22
152:1 153:8,9 157:2
160:1,2 162:7,21
163:6 166:10
167:11 209:15,18
211:7 212:7,10
222:15 224:9,10
233:5 239:9,11
**exhibits** 4:7 210:12
**existence** 8:20
**expect** 107:10
114:11
**expedition** 68:10
**expense** 55:21,22
140:12
**expenses** 65:3

expiration 250:19
251:25 252:25
explain 10:14 11:15
52:3 56:21 60:16,17
118:8 148:14,16
177:11,14 179:24
189:20 225:8
explained 116:17
148:17
explanation 149:24
express 178:5
expressed 134:10
expression 178:4
extension 32:3
extensive 72:14 75:4
extent 12:2 71:6,10
76:14 197:6 198:10
198:12 205:22
206:3 214:7
external 82:4
ezsweeps.com 186:3

**f**

fact 36:18 62:23
102:8 119:9 147:9
147:23 153:23
163:16 167:13
173:6,8 175:2 191:9
192:10
facts 113:9
fair 115:21 116:7
153:20 183:9 184:2
184:12,16 191:20
191:24
familial 10:19
familiar 21:6 44:18
150:13 185:23
218:23 219:2,5,6,8
227:17
far 64:18 237:10,17
fashioned 89:18
fast 54:4
faster 23:15
fault 210:20

fax 89:4,4,17,19,21
february 1:13
209:19 211:10
federal 22:8 25:6
192:20
fee 54:18,21,22,23
feed 134:15,15
fees 59:11 60:3,12
60:15,19,23 61:3,4
61:15,16,24 62:6
64:7 66:17 75:12
114:15 115:7,11
129:17 138:14
158:9 164:9 191:10
feet 200:17,17
fernandez 34:2,3,21
87:12 218:8
fewer 131:8
fflegal.com 3:5,6
field 108:15
fifteen 30:19
figured 136:16
140:20
file 9:1,11 17:24
18:24 239:6
filed 8:23 9:15 25:4
36:18 43:18 67:13
175:7,13 176:6
195:8 222:19,24
223:23
filing 19:14 222:16
fill 54:6 159:7
filled 53:8 148:2
161:18 174:16
177:3
final 98:4
finally 218:1
financial 9:4
financially 102:10
find 61:23 70:21
161:14 172:20
227:19
fine 22:17 30:18,23
39:9 64:21 69:1
74:3 76:10 77:5

90:23 126:13
135:14 193:4,18
202:2 229:22
233:12
finish 6:23 69:2
77:16 135:12
198:11
finished 206:11
fire 120:16
firm 19:23
first 6:15 7:19 35:18
52:19 53:5 58:4
64:2 82:14 89:8
95:11 111:18,19,22
112:2,3,21 119:18
132:3 140:5 157:8
161:24 163:2 166:6
166:15 177:21
209:18 212:24
213:15 230:9
231:15 239:12,18
fishing 68:10
five 16:17 40:8 45:6
104:8 122:22
134:13 139:12
163:24 229:21
240:7
flip 22:23
floor 2:7
florida 3:3 24:20,21
38:18 86:21 91:4
213:6 215:1 228:15
228:16,18
flow 78:19
flowmedia 133:4,5
147:9 174:14 176:2
180:7 219:10,15
227:16
focusing 27:10,11
follow 100:22
191:21 246:9
following 41:1 116:6
138:1 190:17
follows 6:16

foreclosed 207:24
foreclosure 16:20
foregoing 248:10
250:13 251:18
foreman 3:2,4 6:5,5
67:18 68:6 78:1,5
198:6
forgive 219:21
forgot 213:17
214:15
form 10:13 21:22
28:17 35:3,14 36:1
37:5,13 38:12,20
46:2 50:14,22 52:15
53:8 54:7 55:15
56:4 57:9 58:4,16
59:14,15 60:4,5,10
63:16 64:18 79:10
79:18 80:5,22 81:18
82:1 83:9 85:11
91:15 93:6 94:14
95:21 96:10 97:7,15
97:23 98:3 100:15
101:2 104:21
106:23 108:3,9,16
108:19 110:10
112:8,14,24 114:5
115:12,23 117:4
119:13 120:3,11
121:1,10,17 122:1
122:12 123:16
124:4,5,23 125:11
126:7 127:23 129:5
131:12 132:18
137:9,10 138:15
140:5 141:19 142:3
142:22 143:22
147:19 149:1 150:3
150:7,7,20 151:8,14
151:19 152:14
155:11,17 156:7,23
157:23 158:14
159:2 160:6,13,22
161:6,10,19,23
162:18,22 164:12

164:21 165:16
167:15 168:17,24
169:14,21 170:5,10
170:15,16 171:4,15
171:24 172:22
173:8 174:3,4,12
175:19 176:10
177:22 178:6
182:21 183:5,22
184:19,20 185:3,13
186:21 187:22
188:21 189:7,18
190:21 193:2,22
194:6,24 196:24
200:15 201:14
203:4,14,15 204:2
205:11 206:17
207:1,3,20 209:13
213:9 214:13
221:22 222:7 224:3
226:2,23 230:8
231:8
**forman** 155:12
**format** 184:9
**former** 104:18
 105:3
**forms** 178:13
**forward** 74:1,8 77:3
 89:2 136:23 137:3
 241:5
**forwarded** 137:15
**found** 157:19
**foundation** 106:24
**four** 114:10,10
 139:11 154:10
 159:22 163:24
 240:7
**frame** 89:20 90:1
 119:23
**frames** 88:14
**fraudulent** 66:11,14
 173:20,21 174:20
 174:24
**free** 52:5 55:4 59:13
 59:20 66:2 116:12

129:16,17 139:21
139:22 140:2,9,10
143:24 144:2 158:2
186:20 191:6,7,7,9
191:19,21 192:3,10
250:14 251:20
**friedman** 3:2
**friend** 10:11
**front** 198:17
**ftc** 21:21 22:3
**fulfill** 31:4
**fulfillment** 30:24
 31:3 33:20 52:22
 58:11 138:6 166:21
 233:24
**fulfilment** 138:4
 167:4
**full** 7:3 9:6 32:16
 45:8 56:18 112:13
 112:15 146:2
**function** 13:15,20
**functions** 13:24 14:6
**funds** 75:11 207:17
**further** 65:22,23
 217:16 231:13
 238:19
**furthermore** 68:15
**future** 236:10

**g**

**g** 4:8 105:23 106:5
**game** 70:1
**garnish** 221:6
**garnished** 221:2,3
**gather** 151:3
**geez** 19:24 124:6
 196:7 220:21
**general** 21:1 24:19
 92:24 152:9,22
 171:12 179:5 216:9
 217:17 218:3
 234:13,17,18,21
 235:2
**general's** 23:20 24:7
 152:12

**generalization**
 215:10
**generally** 16:19
 56:17 121:15
 124:14 139:20
 153:24,24 205:18
 241:9
**generate** 180:4
 203:12
**generated** 97:2 98:8
 180:9
**generically** 128:24
**geneva** 7:6 30:12
**gentleman** 27:17
**getaway** 7:24
 139:13
**getting** 27:19 35:22
 36:10 64:18 128:13
 128:15 225:22
**getyourgift.biz.**
 185:22
**gigantic** 220:6
**gist** 178:17
**give** 7:10 9:24 30:16
 46:21 53:19 69:3
 81:7 83:24 95:2,9
 95:11 104:1 107:18
 119:23 120:7,14
 135:10 145:14
 153:3 162:2,12
 186:19 187:10,20
 188:9,18,19,22,22
 202:2 204:13 224:7
 239:15
**given** 54:14 80:17
 86:1 103:15 158:1
 184:14,18 209:7
 240:4 248:14
**gives** 46:20
**giving** 46:16 47:12
 55:4 186:19 242:6
**glad** 212:19
**glance** 212:11
**glasses** 219:4

**global** 108:1
**gmailcom** 2:18
**go** 6:22 7:15 30:4
 31:2 33:16 38:12
 40:8,12 41:13 46:20
 54:12 58:3,5,13
 59:2 61:17,18,23
 62:2,4,23 63:4
 67:12 68:9,17,18,24
 70:14 72:21 74:1,8
 76:9 78:9 100:24,24
 105:15 113:13
 114:9,19 116:20
 117:24 120:20
 134:24 135:2,7,13
 136:10 140:5 149:6
 159:6,8,10,17
 162:24 167:5
 182:21 189:19
 193:23 199:13,16
 206:10 231:14
 238:23 240:6,20
**god** 114:4
**goes** 64:16 65:2
 72:17 76:11 85:16
 118:2 167:3 168:19
 241:5 242:12,23
**going** 6:24 24:13
 31:18 36:1 38:11
 40:7,13 54:4,12
 58:15 61:13 64:17
 64:20 65:9,21 70:5
 71:10 75:4,11 76:13
 76:15 78:12 86:5
 87:17,23 105:20
 106:4 111:15
 134:24 139:6 140:4
 141:5 149:24
 150:11 153:3,7
 157:20 168:5
 179:12,24 181:14
 182:20 187:21
 193:1,2 195:16,17
 197:4 198:24
 199:13,15,21 201:2

201:4,7 202:15
205:10,21 229:23
231:14 240:11
247:2,5
**gold** 27:12,13,15,18
27:18,22 28:3,4
49:14
**good** 47:17 98:13
135:5 156:11,17,21
207:18 209:22,23
227:18
**goods** 195:11 196:15
**google** 48:4
**gosh** 179:23
**gotten** 36:9
**government** 24:20
24:23 38:17 60:20
60:24 63:5,6 64:1,2
157:4,14,21 158:21
158:23,24 159:5,18
163:19 164:10,16
221:19 240:16
242:18
**governmental** 232:2
233:6
**grab** 239:9
**granting** 78:20
**ground** 6:22
**group** 1:6 2:19 4:13
5:23 11:17,24 12:3
12:6 14:20 15:3
25:23 26:1,18,20
27:4,14 28:8,10,22
29:8,11,12,15,16,18
29:20,21 34:4,6,14
34:16 35:1,13 36:23
37:4 38:1,19 39:8
47:23 48:17 49:8,10
49:16 50:1,9,13,19
50:20 51:10,13,19
51:22,24 56:3,9
79:24 82:14 83:4,6
83:16,18 84:23 87:3
88:7,24 89:24 91:8
91:12 92:7 93:14

97:5 98:9 101:11
102:2,18,20 103:8
103:11 104:11,18
105:4,9,13 106:21
107:5,6,8,20 108:12
109:18 110:8
111:19 112:1,3,22
119:22 120:21
122:11 123:6
128:14,24 130:2,12
130:17,18 133:9,17
134:5 135:17
136:24 137:5,19
141:14 146:19
147:6,8 150:19
151:6 152:5,11,20
156:10 165:5
169:24 170:14,23
171:3,9 174:11
176:17 177:6
178:19 179:12,19
180:21 181:2
183:12 184:3
185:11 186:13
187:4 188:17
195:10 196:14,22
199:10 200:5
204:12,17,20 205:1
205:8 206:8 208:5,6
209:6,12 216:13
217:9 218:21
219:18 221:7,9,13
221:15,21 225:7
226:4,12,13,18,22
228:24 229:5 230:5
232:1,13 234:21
236:12 241:21
246:14
**group's** 84:6 184:13
**guarantee** 16:21
45:6 207:10,13
208:21
**guaranteed** 204:19
**guarantor** 206:24
207:12,16

**guess** 18:2 27:7
42:18 55:21 56:6
57:4 60:23 68:9
84:9 92:19,23 101:9
104:8 121:11
122:23 147:3 192:6
210:1
**guessed** 161:14
**guys** 43:24 153:4
198:6
**gym** 61:18 63:1,2,13
64:11

**h**

**h** 1:18 2:4 4:9
125:14,15,22 248:3
**half** 69:21 183:3
**hand** 6:12 85:4
91:18 100:23
120:14 195:2
236:24 249:3
**handled** 19:15 218:6
**happened** 68:16
104:12 105:7 139:7
173:13
**happens** 75:11
**happy** 32:20
**hard** 81:8 82:4
102:10 114:6
124:15
**harrison** 154:19
155:8
**hate** 90:21
**he'll** 22:16
**head** 16:5 165:23
**headsets** 121:7
**hear** 59:22 72:23
92:8 167:16 200:20
231:11
**heard** 36:13 92:6
237:22 244:11
**heat** 194:10
**held** 5:5 8:7 34:7
64:9 65:2

**help** 27:5 88:1
**helped** 84:5,6 93:23
211:22 227:8
**helping** 27:20 34:12
122:5
**hereto** 248:21
**hereunto** 249:2
**hey** 36:10
**high** 7:13 22:15
29:23
**higher** 117:22
**hired** 84:23
**history** 8:3
**hold** 14:16 198:3
241:1 243:15
**holding** 1:8
**holidays** 100:9
**home** 153:5 201:12
201:17
**honest** 124:2,9
125:1
**honesty** 124:22
**hosted** 90:6
**hotel** 42:5 45:1
46:13,15,17,20
52:12 54:9 59:2
60:23 63:10 98:18
158:9
**hotels** 45:1,9 47:3
115:2
**hour** 69:21
**house** 103:6,7 226:5
**how's** 202:8
**huge** 42:6
**huh** 17:4 24:21 26:8
41:22 45:22 46:14
47:1 48:16 49:13
53:4 87:16 98:24
102:19 113:4
117:13 118:16
123:13 133:21
134:1 164:23
207:15 208:11
212:5 215:7 218:9
218:14 219:15

224:18 229:3
239:20 240:10
241:23 242:13,19
243:18
**human** 103:19
**hundred** 47:19,19
47:21 122:20,21
182:16
**hundreds** 102:15
**husband** 12:18
20:15,16 41:21
42:23

**i**

**idea** 30:17 51:23
92:24 103:12 107:4
108:4 115:14
118:22 135:22
137:17 182:19
183:8,9 194:19
220:8 221:8
**identified** 150:23
169:6 239:10
**identifiers** 97:1
**identify** 5:15 14:21
66:5 150:17 161:17
171:1
**ids** 211:13
**ii** 45:13
**illegal** 66:8,10 71:16
**illegality** 73:2,7
**illinois** 1:1,15 2:3,12
2:17 5:7,11 7:6,16
7:20 8:1,2,18 11:9
12:13 17:5,9,10
24:9,17 25:4 30:13
38:17 156:12,13
204:9,10 229:7
248:4 249:3
**immediately** 58:19
196:9
**implicates** 197:6
198:12
**important** 81:2
123:13 134:10

160:15
**importantly** 71:14
**inaccurate** 60:9
**inactive** 58:21 85:2
175:14
**inappropriate** 67:15
68:3,8 77:6 78:15
**inbound** 31:9,12,15
31:15,21,24 85:9
122:7
**incentive** 41:24 42:1
55:18,22 113:22
144:1
**include** 31:16,17
50:4 232:17 237:6,8
**included** 131:6
**including** 114:12,14
127:12,15 183:14
231:20
**incoming** 202:13
**inconsistencies**
154:1,6
**incorporated** 39:12
41:16 42:17 44:4
48:6 251:12
**indemnify** 204:16
**indiana** 24:9,17
38:17 216:9 217:17
217:20 223:16,16
**indicate** 122:16
123:1
**indicated** 233:1
**indicating** 198:2,9
**indication** 69:3
**indirectly** 249:1
**individual** 19:22
220:16 221:3
**individually** 20:24
208:19 220:10,12
220:13
**individuals** 203:12
233:24 234:8
237:12,17
**industry** 9:3 227:20

**information** 44:18
53:10 54:3 65:19
67:5,6 107:7 148:15
151:3 166:24 167:2
186:10 187:17,19
188:8,9,13,19,23
203:7,19,23 204:14
217:3 240:3
**initial** 64:6 200:10
**inquire** 192:22
194:14 195:9
196:13
**inquires** 221:20
**inquiry** 72:14
**insert** 242:16,21
**instance** 213:21
**instruct** 65:21 67:16
68:4 75:12 77:6
78:10,21 195:17,18
195:22 202:16
205:13
**instructed** 137:18
138:7,23,24 139:2
171:7 202:12
**instructing** 66:17,23
66:24 77:14 149:8
197:24
**instruction** 67:2
77:20 144:11
157:21
**instructions** 4:19
6:21 202:21 203:2
**intend** 193:12
**intending** 235:2
**intent** 71:21 193:8
**inter** 13:1 43:1
**interact** 93:1,3
**interacted** 96:7
**interaction** 94:20
180:21
**interested** 46:16
53:19 61:24 62:1
94:6 147:15 179:6
248:21

**interests** 196:20
**internal** 135:18
136:4,18 177:5
**international** 13:2,3
13:6,10,21 42:16
43:2,12,14,15,22
49:8
**internet** 53:8 88:20
89:6,10,23 107:14
203:10
**interpose** 197:5
**interposing** 195:13
**interrogatory**
169:10
**interrupted** 72:22
**interrupting** 70:11
78:19
**investment** 208:14
**investors** 27:19
**invoke** 205:23
**involved** 16:16 37:3
82:13,17 97:20
127:7 130:20 212:2
220:7 229:12
**involvement** 40:3
41:2 42:9 43:16
**ip** 147:24 148:7
174:15
**irs** 19:2,4
**issue** 69:10,15,17
70:16,20,23 71:24
72:24 73:11,13,21
74:2 76:16 77:3
78:12 198:19
203:13 213:19
**issues** 68:18 74:2
149:15
**itineraries** 60:18
117:23 181:13
**itinerary** 56:13
114:22 116:21
120:16 158:7
164:15 188:10
241:10

**j**

**j** 3:4 4:11 145:15,18
**jackpot.com** 186:5
**james** 12:20 39:19 39:20
**jamie** 86:17,18,18 86:20,21 87:12 88:1 90:12 91:4 92:21 134:21 135:24 162:2 165:15,19 177:14 180:16,19 211:24 212:1 219:9 226:19
**january** 152:6
**jason** 83:1 227:6,7 227:21
**jbecker** 2:14
**jeffrey** 2:13 3:4 5:24 6:5
**jforeman** 3:6
**jim** 39:22 41:19,20
**joanna** 154:19
**job** 34:10,16 226:24
**jobs** 8:6 30:21 34:7
**joe** 10:1
**john** 228:5
**join** 10:16 21:23 72:5 76:19 154:7 195:21 197:11 203:16 205:15
**joining** 23:2
**joint** 195:14,15 196:2,11 197:5,13 198:10,13,16 199:3 199:7 205:12,24
**jonathan** 14:24
**judge** 69:12,13 70:15,16 76:21 106:10
**judgment** 204:17,21 205:2,18 206:7,14 206:16 207:17 219:17 220:5,6 221:1

**judgments** 18:9
**july** 100:10 195:8 222:19,24 223:12
**june** 223:14
**jurers** 169:4,17 171:1

**k**

**k** 4:12 148:20,23
**karyn** 1:18 5:16 248:3 249:8
**keep** 54:12 64:20 77:18 78:23 150:11 159:20,20 165:7 202:4 239:8 240:24
**keeps** 75:5
**kept** 165:9,12
**kidding** 103:21
**kids** 208:20
**killing** 194:9
**kind** 22:4 23:20 32:20 33:7 42:5 102:3 121:3 129:18 143:17 145:1 180:22 187:19 189:4 201:11 208:12 212:17 230:11 241:13
**kinds** 35:11 178:16
**knew** 16:2 44:11 81:1 121:12,22 122:6,7 132:12,22 201:20 203:21 204:8
**know** 6:20 9:23,24 10:4,7,21 11:2 12:3 12:4 13:10,11 14:4 14:14 19:2 20:1,2 21:11 22:5,6,9 24:5 26:3,9,16 27:4,9,20 28:18 29:1,5,17,20 30:3,16 32:3 33:13 33:14 34:15,23,24 34:24 35:4 38:2,12 39:4,11 41:11 42:5

42:16,18,21 43:1,6
44:5,7,17 45:9 48:7
48:9,10,11,11 49:7
57:21,21,22 60:22
69:20 70:4 73:16
74:3 75:6 78:18
80:6 83:23 85:10,24
87:11,11,11,13 88:3
88:5,10,13,14,17,19
89:4,12 90:3,6 92:4
92:11,16,17 93:18
94:7,13,16,16,19
95:2,11,22,23 96:11
96:16,18,21,23,24
97:1,9 98:21 100:16
100:18,18,20 101:7
101:20 103:15,22
103:22 104:14
105:6 107:1,10,12
107:13,15,17 108:6
108:17,18 109:16
109:17 111:7,7,9
115:3,13 116:22
117:19 118:4,8,10
120:4,17,23 121:14
121:18 122:2,10,13
123:13,18,19,23
124:7,9,16 125:6
130:3 132:14,16,21
133:6,6,14,15
135:20,22 136:2,20
136:21 137:7 138:2
139:5,14 142:9
144:13 145:21
146:9,10,14,17,24
152:24 153:2 154:4
154:23 155:8
156:24 157:20
158:16,24 159:1,7
159:14 161:12
165:10,12,13 166:6
168:18 169:1,3,8,9
170:1,6 171:5 172:9
172:10 173:4,19
174:20 176:18

177:24 178:15,17
178:18,21,22
179:21 180:3,6,8,10
180:11 181:13
182:8 183:2,6,24
184:6,10 186:7,15
186:17,18,22
187:22 188:11,12
192:8,11 193:2
194:21 195:4,5
196:7,10,19 198:21
200:6,10,11,17
201:16 204:11,15
206:20 210:2,4,5
211:17,20,22
213:13,16 215:10
215:19 216:12,17
216:18,18,24
218:16 220:14,15
220:16 222:17,21
224:14 225:14
228:8,9 229:11,14
229:19 232:6
233:12 235:11,15
235:20 242:9
243:13,14 244:13
244:18,22 245:11
245:19 246:13
**knowledge** 13:17
20:20,22 21:5 28:11
32:6 38:15 43:3
48:19,20,21 87:22
89:6 152:23 172:21
173:13,14,18
178:12 201:11
202:19,24 226:12
226:17
**known** 62:5 132:21
132:21 133:12
196:18
**knows** 121:23 242:7

**l**

**l** 4:13 44:15 151:22
152:1

lack  106:24
land  89:13
landlord  208:13
lane  30:12
language  242:21
lapsed  156:22
large  65:4
las  32:19 98:15
  99:13,16 100:6
laura  34:2,3,20
  87:12 213:23 218:6
  218:8,8
law  2:2,6 192:20
  195:11 196:15
law.com  2:9
lawsuit  16:12,22
  17:11 18:3 20:21
  28:14 36:15,16,17
  36:18 41:8 42:11
  102:5 119:17,18
  150:15,16 155:7
  175:3,4,7,13 176:6
  195:8 196:8,9,21
  197:9 199:5 203:13
  220:1 222:16,17
  225:6 232:17,19
  245:14,18 246:3
lawsuits  16:15,18
  17:5,7 18:1 43:18
  102:9 230:11
lawyer  17:19 106:9
layman's  92:1
lead  65:19 82:5
  92:10 133:3 134:10
  147:12 151:1 160:9
  160:15 161:13
  173:5,7,15,17,19
  174:8,23 175:2,18
  175:23 176:2,8,8,8
  176:14,22,23 178:1
  178:10 179:22
  183:8,13,15,17,20
  183:21 184:9,22
  185:6,20 208:23
  210:8 213:14,15,17

214:22,24 217:19
  217:22 225:9,11,12
  225:12,18,19,20,24
  227:17,23 228:5
leadership  50:19,23
leading  149:13
leads  81:13 82:22
  91:22,23 134:11
  147:13 148:17
  152:15,16 161:1
  174:14 175:15,17
  175:18,23 176:7
  179:22 180:4 184:3
  184:6 209:2 214:12
  214:12 219:14
  227:10,11,14 228:1
  231:10
leave  232:22
left  69:14 213:18
  214:5,6 217:10
  233:7
legal  5:2 156:4
  207:4 209:8,10
  252:1
lehr  19:18,20
lesson  220:6
letter  4:8,10,14,15
  4:16 57:16 106:9
  142:24 143:2 152:4
  209:19 211:9 213:7
  213:11,11,12
  214:11 215:11,16
  215:17 216:3,19,21
  217:9 218:2
letters  24:6,18
level  39:23
liability  68:19 71:8
  76:12 217:4
liable  205:7,20
license  1:18 248:4
lie  127:22
liens  19:6
life  83:20 124:16
light  211:13

limited  30:9 72:16
  82:10
line  38:4 56:11
  57:23 58:2,13 59:2
  59:6 63:7 64:21
  65:22 66:7 67:7
  69:6,23 71:4,11
  75:4 89:4,13,18
  114:22 116:20
  123:2,3 127:6
  135:13 168:13
  182:17 191:15
  196:3,12,13 241:6
  245:19 251:7 252:3
lines  1:8 6:4,6 37:3
  37:12,18 53:2 57:7
  57:18 68:17,24 71:3
  71:22 79:3,7,14,24
  88:23 89:4,16 93:2
  118:20 119:16
  128:12 129:16
  132:12,17 136:22
  137:2,14 142:2,5,11
  160:8,12,17,23
  161:8,15 172:17
  180:22 182:9,17
  188:7 192:18
  194:13,16,21 195:9
  196:21 205:6 214:9
  231:20 237:6,20
  246:2
list  4:17 16:14 18:4
  32:13 49:4 98:10
  99:14 102:14,15,16
  102:19 133:13
  134:5,8 135:18,21
  136:4 146:12 147:7
  168:6 173:7 174:1,9
  176:8,9,22 177:5,7
  177:10 178:11
  183:8,13,20 184:4
  185:20 208:23
  209:1 214:19,22
  215:22 217:19
  219:6 222:13

225:18,19,21
  227:23
listed  21:3 51:18,21
  148:17 251:7,17
listen  189:17 200:5
listening  6:10
  153:19
listing  251:7
lists  133:7,18 134:14
  147:6,8 148:6 151:1
  160:9 161:13
  173:19 180:8,12,13
  180:17 183:15,17
  183:21 184:9
  217:22 219:12
  225:9,11,12,12,24
  231:1
litigation  4:17
  195:15
little  22:13,15,20
  69:16 181:11
live  92:3 144:6
  228:14,18 237:11
  237:16
lives  228:20
llc  1:7 13:12,16,18
  44:3,16 45:21 46:6
  49:8
load  132:24
loaded  168:5 180:17
loan  207:11,12,23
  207:23 208:21
located  5:6 91:2,3,6
  133:5,15
location  30:4 91:2
  119:22
locations  117:24
log  107:14 134:18
logistics  136:21
logs  96:19,21 107:9
long  33:13 52:16
  70:14 101:23
  114:23 115:2
  165:12 196:18

**longer**  15:16 26:15
  27:2,8,9
**longest**  157:9
**look**  74:5,16 159:22
  166:5,8 198:19
  218:23 222:18,21
  222:22 239:12
**looked**  73:20 233:4
  235:8,11,16
**looking**  109:13
  210:13 218:22
**looks**  143:3 145:6
  219:2,7
**lord**  90:20
**lot**  6:21 57:2 60:2
  69:14,18 70:23
  73:10 118:6 148:1
  148:17 179:22
  182:3 231:15 236:5
**lots**  187:8,13
**loud**  16:4 113:8
**louise**  208:9,10
**low**  55:14,17
**lowest**  114:8 241:14
  241:15
**lunch**  70:21 75:9
  125:17 134:23
  141:1

**m**

**m**  4:15 209:15,18
  211:7
**machine**  89:22 92:2
  149:16
**macivor**  3:4 4:5 6:2
  6:2 10:16 21:23
  23:1,5,16 37:13
  50:14 59:15 60:5,10
  65:6 72:4 73:15
  74:20,24 76:6,19
  79:10 95:21 96:10
  97:23 98:3 106:24
  112:8,14,24 113:4,7
  114:5 117:4 119:13
  137:9 151:19 154:7

155:11,17 157:23
  163:4,7 170:5 174:3
  184:19 187:21
  191:11,14 193:1,6
  193:12,16,19 194:4
  195:21 196:23
  197:11 198:4 203:4
  203:14 205:10,21
  206:10 207:3 210:9
  210:21 211:3,8
  212:17 226:2
  238:22 239:17
  243:19 244:1 245:1
  245:8,15,17 246:1,6
  246:20 247:8
**madeline**  14:23,24
  220:13
**magistrate**  69:12
  70:15
**magnitude**  19:12
**mail**  54:1 57:15
  58:12 80:10,12,14
  82:6,7 90:3,14,16
  129:22,23 133:8,11
  133:19 134:16
  146:10,14,22,23
  148:2,12 167:2
**mailed**  201:24
**mailing**  227:16
**mails**  79:13,16
  81:13 82:11 127:13
  133:10,20 146:4
  174:16 222:2,4,11
**maintain**  135:17
**maintained**  96:21
**maintains**  96:18
**making**  31:8 47:5
  51:4,5 69:2 101:18
  102:3 128:10
  246:14
**man**  14:11,12,13
  17:15 49:3
**manager**  29:23 43:8
  43:9 51:14 127:9
  227:4

**managing**  26:6
**manned**  26:6
**manually**  136:5,6
**march**  5:3 249:3
**mark**  125:13
**marked**  105:23
  106:5 125:15,21
  142:16,19 143:8
  145:15,17 148:20
  148:23 151:22,24
  153:8 159:23 162:7
  162:14,21 163:6
  209:15,17 212:7,9
  224:10
**market**  112:7,10,16
**marketed**  109:24
**marketing**  1:6,7
  2:19 4:13 5:23
  11:17,24 12:3,6
  13:12,16,17 14:20
  15:3 25:22 26:1,11
  26:18,20 27:4,14
  28:8,10,22 29:8
  34:4,6,14,16 35:1
  35:12 36:23 37:4
  38:1,19 39:7 44:3
  44:16 45:21 46:6
  47:22 48:17 49:7,8
  49:10,16 50:1,9,13
  50:17,20 51:10,13
  51:19,22,24 55:20
  55:22 56:3,9 79:23
  82:14,22,24 83:3,6
  83:16,18 84:6,23
  87:3 88:7,24 89:24
  91:8,12 92:7 93:14
  97:5 98:9 101:11
  102:2,18,20 103:1,8
  103:10 104:11,18
  105:4,9,12 106:21
  107:5,6,8,20 108:12
  109:17,18 110:5,8
  111:19 112:1,3,22
  119:21 120:21
  122:11 123:6

128:14,24 130:2,12
  130:14,17,18 131:6
  131:7 133:9,17
  134:4 135:17
  136:24 137:5,19
  140:12,17 141:14
  146:19 147:5
  150:19 151:6 152:5
  152:10,10,20
  156:10 165:5
  169:24 170:14,23
  171:2,9 172:1
  174:11 176:17
  177:6 178:19,24
  179:11,19 180:21
  181:2 183:12 184:2
  184:12 185:11
  186:13 187:3
  188:16 195:10
  196:14,22 199:10
  200:4 204:12,17,19
  205:1,8 206:7,8
  208:5 209:6,12
  216:12 217:8
  218:21 219:18
  221:7,9,13,15,21
  225:7 226:4,12,13
  226:18,21 227:7,9
  228:24 229:5 230:5
  232:1,13 234:20
  236:12 241:21
  246:13
**martin**  1:14 2:11 5:6
**massachusetts**  2:8
**massey**  10:1,9,11
  14:11 27:16 29:19
  30:1 39:15
**massey's**  14:13
  228:23
**master**  219:6,14,14
**mastercard**  240:17
**match**  45:6
**matter**  82:10 230:18
**matters**  248:9

maximum  139:12
mccue  149:13
meadow  10:2
mean  10:14,18 29:9
  38:5,22 47:20 51:3
  56:5,13 74:11 76:3
  76:4 83:22 85:13
  93:3,9,10 94:5,7,16
  94:16 95:1,23 100:4
  102:15 104:10
  107:21 109:13
  114:21,23 115:3,13
  121:2,3 122:6,21
  123:4,19 124:14
  135:3 144:14 149:9
  161:24 184:21
  187:8,12 188:18,23
  190:23 199:17
  210:1 211:16
  212:13 216:4,18
  219:3 225:8,11
  226:24 227:15,24
  229:6 239:3
meaning  137:2
means  92:2 118:10
  124:9 176:12
  204:23
meant  92:9,10 130:6
media  105:20 106:1
  199:21 200:1 247:1
member  45:17
  46:21 58:18,20,20
  58:24 59:4 112:17
  113:23 118:13,14
  176:19
members  31:13,14
  32:16,17,18,23
  34:13 46:16 54:16
  85:2,3,4 107:22
  113:15,20 120:18
  122:8 175:14,14
  183:11 188:13
  235:5 236:20
membership  46:15
  54:15 55:4,19 58:19

61:19 63:1,13 64:11
  133:3 138:12
  141:22 144:3 145:9
  146:18 158:2 176:1
memeo  4:11 133:22
  134:2
memory  98:11
  198:17 201:7
mention  37:11,17
  40:3 41:3 52:5
  141:16 142:1 151:6
  161:7 237:20
mentioned  25:1
  29:17 36:20 37:2
  38:3 49:1 91:17
  94:3 140:11 141:24
  142:5,11 158:6
  159:4 160:14
  161:12 163:20
  164:13 167:3 168:8
  176:24 178:19,23
  179:18 191:6
  234:12 238:15
  239:1
mentioning  53:2
merits  68:19
message  31:18 32:2
  34:20 35:19,22 38:4
  53:1 55:3 59:9
  68:13 85:5,16 86:8
  86:13 87:4,15,18
  91:10,14 92:14
  97:13 99:4 110:1,17
  119:2 142:12
  154:22 156:2 172:3
  175:9,10 191:21
  192:2 213:18
  217:11 229:6
  238:11 246:15
messages  32:7,14,22
  33:1,5 35:2 36:20
  37:1,10,17 40:3
  41:3 52:4 59:18,19
  59:23 71:14 82:15
  86:23 87:1 88:3

97:4 99:2,10,12
  100:13 101:17,18
  107:5 108:2,14
  112:4,6,10 118:23
  119:6,11 131:7
  141:14 147:10
  150:18 153:19
  160:11 173:24
  174:2,10 175:8,12
  192:13,16 200:14
  222:5 238:12
messaging  82:18,19
  83:18 101:15
met  6:20 20:8 201:8
  228:11
mexico  98:19
  228:22
miami  3:3
michael  2:17 5:1,22
michigan  2:2
micky  94:16
microphone  5:21
  22:14
middle  211:14
midwest  252:1
mike  70:18 71:20
  78:10,14 81:8
  210:15
mike's  69:11 183:17
million  106:18,21
millions  184:3
mind  28:3,4 49:14
  126:22
mine  27:18 239:16
minimum  47:19,20
minute  229:21
minutes  40:8 135:8
  199:12,17
mischaracterizes
  79:10
mischaracterizing
  113:10
mislead  193:8
misnumbered
  210:15,17

misrepresentation
  66:11,15
missed  223:14
missing  98:21
missouri  98:23
mitch  95:12
model  33:14
moment  70:23
  167:22
money  16:20 17:2,3
  17:20 18:7 63:24
  64:11 68:16,23
  69:15 76:7,9 137:20
  158:9 236:10 239:7
  241:1 242:17
month  55:4 144:2
monthly  54:18
months  55:7 61:21
  127:16 159:12,16
motion  67:22 68:7
move  66:1 67:19
  69:5,15,18 70:13,17
  71:19,21 72:1 75:23
  77:3 78:11,16,24
  193:14,20
moving  64:23 65:15
  78:22
moy  106:12
mullen  217:10
multiple  85:1
multitude  31:24
  56:6 60:17
myrtle  98:16 99:13
  99:17 100:6

**n**

n  2:1 3:1 4:1,16
  212:7,10 222:15
  233:5
name  5:1,12 7:3
  12:19 14:24 28:2,5
  29:6 44:12,13 53:20
  93:17 94:12,17 95:9
  95:11,12 96:12
  130:13 133:23,24

146:2 154:19
155:19 162:2
165:22 170:8,13,17
170:24 171:8,12
173:10,16 178:20
178:24 179:12,20
183:16 185:21
234:13,17,18,21,24
235:2 250:3,4,15
251:3,4,21
**named** 17:15 28:21
29:1 47:22 169:3
**names** 49:4 93:16,17
94:10 95:3 96:2,6
131:5 161:3,15
174:15 183:13
208:20
**natural** 16:5
**necessary** 131:21
132:8
**need** 40:7 65:6 77:8
78:8,9 81:12 104:2
144:17 162:8
167:16 187:22
199:13,14,16 209:3
**needed** 27:8,9
230:12
**needs** 108:12
**net** 56:23,24 57:1,3
57:4,11
**network** 1:7 8:11,15
9:9,17,20 12:14
13:7,23 15:17 18:20
19:1,3,7,17 20:11
20:14,20 25:4 39:4
39:11,16,18,24 40:2
41:2,7 43:19,21
45:12 46:16 49:9
**nevada** 156:16,19
156:22
**never** 12:8 13:13
36:13 72:8,10,13
74:3 75:6 87:14
92:6 118:19 130:16
132:8 134:20

152:20,20 155:3,4,7
184:6,8 194:20
201:8,10 216:3
230:9
**new** 32:23 100:9
113:20 131:23
183:10,11 189:20
228:22
**nextiva** 88:10
**night** 125:5
**nights** 98:17
**nine** 126:5
**ninety** 241:18
**nobody's** 72:18
**nod** 16:5
**non** 4:14 45:24
159:13
**nonmembers** 85:4
107:22 236:12,16
**nonrefundable**
159:15 163:19
164:3,5 239:6 242:7
**normal** 200:16
**north** 1:14 2:2,11
5:7 7:5 30:12
**northern** 1:1 5:10
7:16,19
**norwegian** 1:8 3:7
6:3,6 36:21 37:2,12
37:18 38:4 40:4
41:4 52:2,6 57:14
57:23 72:5 96:5,6,8
96:15 117:2 118:24
119:5,7 132:12,17
137:3 141:17 160:7
160:12,17,23 161:8
171:14 172:8
181:24 182:2,4,5,7
187:2 190:3 243:16
245:19
**notary** 250:10,18
251:15,23 252:23
**noted** 193:5
**notify** 51:18

**number** 5:11 11:11
11:12 47:15,16
53:20 58:17 61:13
72:7 89:17,19 98:10
104:1,2 105:20
106:1 107:2,18
108:1,1,13,14 166:8
168:16,19 172:24
173:3,9,16 176:24
177:4 183:20 184:5
199:21 200:1
212:15,21 213:1,19
214:10,24 225:15
240:15,23 242:16
242:17 247:1
**numbered** 145:18
212:10,10
**numbers** 32:13,13
84:21 132:24
146:12 168:6
174:15 175:11,16
211:13 251:7

---

**o**

**o** 4:17 61:11 224:9
224:10
**o'clock** 1:13
**oath** 197:19
**object** 36:1 38:11
58:15 59:14 64:17
71:8 115:12 140:4
182:21 187:21
193:1 199:1 201:14
205:10 206:17
207:1
**objected** 153:22
**objecting** 149:5,21
**objection** 10:13
21:22 28:17 35:3,14
37:5 38:20 46:2
50:22 52:15 55:15
56:4 57:9 58:4 60:4
69:23 70:3,6,7,19
70:24 71:3,4,17,20
72:6,13 75:3,8

79:18 80:5,22 81:18
82:1 83:9 85:11
91:15 93:6 94:14
97:7,15 100:15
101:2 104:21
106:23 108:3,9,20
110:10 115:23
116:16 120:3,11
121:1,10,17 122:1
122:12 123:16
124:4,5,23 125:11
126:7 127:23 129:5
131:12 138:15
142:3,22 143:22
147:19 149:1,20
150:3,8,20 151:8,14
152:14 156:7,23
158:14 159:2
160:13 161:9,9,23
162:18,22 164:12
164:21 165:16
167:15 168:17,24
169:14,21 170:10
170:15,16 171:4,15
174:4,12 175:19
176:10 177:17,20
177:22 178:6
182:20 183:5,22
184:20 185:2,2,13
186:21 188:21
189:7,18 190:21
193:3,11,18,22
194:3,5,6,24 195:14
196:23,24 197:1,5
198:3,5 200:15
202:15 204:2,3
207:20 209:13
221:22 222:7 224:3
226:23 230:8 231:8
233:10,16 243:17
243:24 244:21
245:6,13,22 246:4
246:17
**objectionable** 149:4
150:6

**objections** 18:24
  36:6 126:18 193:10
  194:1 205:22
**objects** 23:8
**obligations** 47:15
**obtain** 32:23
**obtained** 178:10
**obviously** 26:4
**occasionally** 35:7
**occupancy** 60:23
**occurring** 65:17
**october** 102:4
**offer** 55:13 60:18
  115:5 118:23
  131:10 188:13
  189:21
**offered** 15:5 55:17
  59:11 111:20,24
  115:19 116:12
**offering** 85:8 111:19
  116:13 119:7
**offers** 45:3
**office** 5:6 23:20 24:8
  78:2 80:19 87:2
  104:13 123:11,12
  152:8,12,22 183:18
  216:9 217:17 218:2
  218:10
**officer** 28:21 29:1
  39:23 43:5 48:12,12
  48:16 51:15 229:2
**officers** 39:21 41:21
  43:4,5 44:10 48:10
**offices** 1:14 2:2
  233:21 234:7
**official** 250:15
  251:21
**oh** 19:24 23:4 49:3
  50:24 70:7 90:20
  99:4 114:4 124:6
  130:3,6 131:2
  137:24 162:13
  172:6 179:23 194:9
  196:7 208:14
  212:16 219:15

220:8 221:1 229:3
  239:16
**ohio** 152:9,13,22
  156:5
**okay** 6:7 7:9,15 8:9
  16:23 17:18 21:18
  22:12,18 23:16
  24:10,13,15 30:19
  30:24 31:2,24 32:6
  33:13,18,22 37:23
  42:20 47:2 50:8
  52:19,24 54:6,10,23
  55:16 57:20 58:17
  60:21 65:1,7,8 70:4
  71:2 78:5 79:13
  80:1 81:24 84:3,11
  88:9 91:11 93:17
  94:1,22 95:8 96:5
  98:7,12 99:6,13,22
  102:11 103:8 104:9
  106:4,15,19 108:22
  116:4 118:12 124:1
  127:2,18 131:16
  132:3 133:2 134:9
  135:9,15 136:8
  137:24 138:20
  139:1,17 140:24
  141:13 142:19
  145:10 146:23
  150:10 154:16
  157:24 159:10,24
  160:3 163:7,11,15
  167:11,24 168:2,22
  172:13 177:21
  179:14,16 181:16
  181:19 183:19
  184:24 187:11,24
  189:13 190:2 192:6
  193:4 195:4 201:6
  210:6 211:8,12
  212:1,9,16,19 214:1
  215:6,18 216:6
  218:1 219:10
  222:15 224:6,19
  227:6 228:19

229:14 230:5
  231:14 232:7,22
  233:1 234:6 235:1
  235:24 236:11
  237:2,15 238:9,14
  238:18 239:9,18,23
  239:24 240:6,11,20
  241:9,12,18,22
  242:6,9,14,20 243:4
  243:15,20 244:8,13
  244:18 245:2,9
  246:2,9,20
**old** 21:3 89:18
**once** 58:20 207:13
**ones** 9:24 14:19 17:1
  21:3 57:20 83:15
  88:8 129:15 131:24
  172:17 179:22
  182:12 223:11
  235:16
**online** 160:6,22
  161:6,18 171:13,23
  172:4,4,15,22 173:8
  174:2
**opened** 146:18
**operates** 9:21
**operating** 65:2,3
**operation** 221:13
**operational** 164:20
**operations** 43:8,9
  51:14
**operator** 52:7 53:3,5
  53:16,16,20 58:11
  92:3 139:20 143:20
  144:15
**operators** 26:6 85:9
  85:13,24 86:4 97:12
  108:15 120:23
  121:3 137:18 138:3
  139:16,18,20
  154:20 200:13,19
**opinion** 68:2 76:24
  131:14 155:18
  187:18

**opt** 91:23 134:11
  147:13 148:15
  152:16 178:1 209:2
  213:14,16 214:12
  214:12 217:12
  225:11,12,20,23
  231:2,9
**opted** 91:23 134:14
  147:9,23 148:4
  150:18 160:10
  213:17 215:4
**optimization** 48:4
**opting** 178:14
**option** 58:2 67:14
**options** 56:7,15
**oral** 15:21
**order** 19:12 47:8
  65:15 66:2 67:15,20
  67:22 68:7 69:11
  71:21 72:1 77:8
  78:21
**ordinarily** 115:10
  216:23
**ordinary** 115:22
  116:8,13
**original** 209:23
**originate** 229:7
**orlando** 99:14,17
**ourself** 230:14
**outbound** 31:9,10
  122:7
**outcome** 249:1
**outgoing** 32:22 86:8
  87:19
**outstanding** 18:9
**owed** 17:20 18:7
**owing** 16:20 17:1,3
**owned** 9:19 15:16
  185:16
**owners** 39:15 41:18
  42:20 44:6 48:8,9,9
**owns** 9:21 11:1
  29:11

**p**

**p** 2:1,1 3:1,1 61:11
**p.m.** 141:6,11
    199:22 200:2
    229:24 230:3 247:2
**package** 44:24
    45:16,16,19 54:2
    61:21 62:4 63:15
**packages** 47:16
**page** 4:2,20,21,21
    106:11 122:3 126:4
    157:2,7,8 158:18
    162:23 163:2 166:5
    166:10 167:8
    171:20 209:18,20
    209:24 212:24
    213:8 215:6,24
    216:15 218:1,13,15
    218:17 239:12,18
    251:7 252:3
**pages** 69:14 109:2
    109:10 161:2,14
**paid** 27:7 62:7 63:3
    63:4,19,24 75:6,11
    117:6,8,14,16
    164:16 220:12
    241:15
**pains** 204:1
**panici** 93:21 94:13
    95:6 119:21 123:15
    123:23 127:10,19
    130:5,9,10 181:1,17
    188:15 196:18
    199:4 233:20 234:6
**paragraph** 106:11
    126:4 127:5 128:8
    130:24 131:1,20
    132:10 137:14,22
    139:18 157:9
    163:24 240:8
**paragraphs** 240:8
**paren** 240:16
**part** 15:5 45:11
    82:19,20 84:2,20

111:20 113:18
135:13 139:22
140:10,11 246:2
251:9
**partial** 3:10 141:8
**participation** 190:3
**particular** 76:16
**particularly** 6:23
    127:7
**parties** 5:15 67:23
    184:4 198:14
    205:19 248:19,21
**party** 77:7
**passed** 58:11 64:7
    169:17
**pattern** 203:9
**pause** 144:23
**pauses** 69:3
**pausing** 210:24
**pay** 56:10 59:12
    63:6 64:2 65:3
    114:11 115:6
    129:17 134:5
    140:15,19 158:2
    191:10 205:2
    207:17 241:6,7,14
    242:10 243:1
**paying** 56:9,18,20
    115:11 164:2,9
    206:14 235:6
    240:13 242:1
**payments** 75:5
**pays** 117:9 241:19
**penalties** 204:1
**pennsylvania** 17:14
    218:2,11 224:16
    225:2,17
**people** 26:9,17
    30:20 35:2,7 36:7,9
    52:1,11,20 55:6
    61:18 62:2,3 65:4
    85:8,17 87:9 93:24
    94:1 103:16,16,18
    115:10 121:5,5,23
    124:19 134:18

138:6 144:20 147:6
147:9,14,23 148:3
150:18 154:21
155:6,6 160:10,15
165:14,18,21 167:4
173:22,23 176:4
177:9 178:11
189:16 191:8 192:1
217:20 225:10
228:5 231:1 240:15
242:16
**percent** 45:6 182:16
**percentage** 182:16
    182:18
**perform** 13:23
**performing** 14:5
**period** 89:1 103:13
    152:6
**perjury** 204:1
**permission** 184:17
**person** 34:1,21
    44:11 52:6 58:1
    61:1 62:14 80:23
    82:23,24 84:8 124:3
    128:5,6 130:3 138:4
    146:7 155:22 156:1
    157:6,15 158:3
    166:15 169:6 174:9
    180:11,13 213:7,13
    214:1,15,18,22
    215:1,21 217:12
    226:11,16 242:6
**person's** 62:15
**personal** 9:11 16:21
    90:14,16 94:7
    201:11 202:19
    204:14 207:13,16
    248:12
**personally** 16:7
    38:10 103:4,5
    161:20 167:13
    168:22 172:19
    208:21 220:9
    222:14 250:11
    251:15

**perspective** 76:17
    153:22
**pertain** 71:7
**pertains** 83:23
**phil** 3:10 173:2,9
**philip** 1:3 5:8 6:10
    201:8 250:3 251:3
**phillip** 5:20
**phone** 20:9 32:13
    33:6,7 35:8,16,16
    36:2,10 52:7,20
    53:3,20 84:7 85:14
    88:6,11,23 89:6,12
    89:13,18 129:24
    136:13 172:24
    173:3,9,15 174:15
    174:19 176:24
    177:4 178:1 200:4
    201:17 202:20
    225:15 244:10
**phones** 121:7
**pick** 58:13 59:6
**picked** 167:4
**place** 37:10 106:21
    248:17
**placed** 33:2 36:22
    37:4 38:1,2 107:6
    107:20 108:13,14
    205:7 213:20,22,24
**placing** 108:7
**plaintiff** 5:20
**plaintiff's** 65:20
**plaintiffs** 1:4 2:5,10
**play** 86:12 87:19
**played** 53:1 86:24
    88:4 97:13 160:21
    167:12
**playing** 92:13
**plc** 1:7 6:1
**pleaded** 74:13
**pleading** 72:12,14
    73:5 74:5,10 202:6
**pleadings** 72:16
    74:7,15,17

**please** 6:12 40:17,24
65:13 106:2 131:3
131:15 136:12
141:11 149:11
195:23 200:2
217:14 230:3 247:7
**pled** 72:10 73:4,9
**plugged** 226:5
**pocket** 140:16
**point** 68:2 71:18
73:1 74:18 161:5
163:21 221:10
**points** 100:3
**policies** 209:6 225:6
225:8
**policy** 213:12
215:19
**pop** 53:9 161:2,6
178:13
**popped** 229:16
**port** 61:3,4,6,8,9,10
61:15,16 114:14,22
129:17 158:9
191:10
**portion** 68:24
**portraying** 153:24
**ports** 60:22
**posed** 70:19 71:20
**position** 68:2 77:24
184:13
**positive** 47:18
220:14
**possession** 103:1
235:21
**possible** 57:7 69:9
72:2 200:19 201:1
**possibly** 102:22
**postdate** 18:12
222:16 233:8
**potential** 52:13 85:4
91:13 106:13,17
155:15 183:10,11
217:3
**potentially** 70:14

**practical** 74:1
**practice** 203:9
**prager** 5:2
**pre** 99:4
**predict** 99:7
**predictive** 85:5
88:12 91:17,20 92:1
92:1 126:10 127:3
195:2 234:4,9 240:2
243:11,21 245:11
245:20 246:14
**prefer** 92:21
**premium** 166:2
**prerecord** 99:23
100:5 141:15
143:21 155:23
167:12,23 168:3,4,7
168:9,14,15
**prerecording** 31:18
32:7,14,22 33:1,5
34:20 35:2,19,22
36:20 37:1,10,17
38:4 40:3 41:3 42:9
43:16 52:4 53:1
55:3 58:1,10 59:19
68:12 82:14,18,19
83:18 85:16 86:8,23
86:24 87:4,14,18
88:3 91:10,14 92:14
97:4,13 99:2,4,10
99:12 100:13
101:17,18,23 102:3
107:5,19,22 108:2
108:14 110:1,17,20
112:3,6,10,21
118:23 119:1,6,10
119:11 126:9 127:8
127:13,19 128:11
128:18 129:6 131:6
136:23 137:4,15
141:14,21 142:12
147:10 150:18
151:2,17 154:21
156:2 173:24 174:2
174:10 175:9,10,12

191:21 192:1,9,13
192:15 200:14
203:22 222:5 229:6
230:6 240:1 243:12
243:21 245:11,19
246:14
**prerecording**
111:11 127:7,14
**prerecords** 87:10
126:5,22 141:24
**prescrubbed** 208:24
**present** 3:9 84:9,11
141:8 152:7
**presentations** 27:19
187:3,5,7,9,11,12,14
**preserve** 80:14
123:14
**preserved** 81:2
**president** 20:10
29:4,6 50:12 51:19
51:21
**president's** 94:17
**press** 52:6 53:3,14
53:15,15 85:17
136:10,11,13
177:12
**pressed** 58:10
135:23 139:19
**presses** 31:19
**pressing** 32:2 36:9
136:9
**pretty** 47:21 227:13
**previous** 131:23
164:7 248:6
**previously** 34:3
113:11 153:8 162:6
**price** 45:5 56:10,18
114:8,13,14 115:8
115:22 116:8,14
159:1
**pricing** 134:7
**print** 202:1
**printouts** 149:16
**prior** 18:19 53:7
112:6,9 119:12,17

119:18 153:9 175:4
178:4 192:13
196:11 198:24
199:3 236:13,17,21
245:14,18
**privacy** 155:19,22
155:24 217:5
**privilege** 66:18,20
66:21,23 67:17 68:5
202:17 205:13,24
**privileged** 195:20
**probably** 42:19
55:21 88:1 114:20
121:12 122:22
136:16,16 148:18
162:2 180:16
188:18 213:17
217:12 219:16
237:13 239:15
**problem** 113:5
**procedure** 250:5
251:5
**procedures** 209:7
**proceed** 5:18 40:17
65:13,14 106:2
141:11 200:2
**proceeding** 3:10
141:9
**proceedings** 248:14
**process** 52:21 97:20
98:2 219:24
**produce** 80:4,7
211:1 226:14 236:1
**produced** 79:2,8,16
109:2,11 183:13
211:23 227:18
232:8 235:21 236:1
**production** 143:6
212:4
**program** 48:5
**programming** 86:13
**prohibits** 177:16
**prolong** 70:22
**promised** 204:16

**promo** 139:13 144:1
144:1 158:4 239:4
**promote** 109:22
112:4,12 118:23
141:15,20
**promoted** 99:1
**promoting** 101:12
101:24 107:20
108:2 192:2
**promotion** 53:17
54:3,9,13,14 55:13
57:24 62:22 63:21
85:7,20,21 86:2,5
87:23 98:15,16,16
100:10,10 109:4
111:4,6 112:22
113:18,19,20,21,21
115:19 139:8 164:2
168:9 240:12
241:20 242:1
**promotional** 59:7
143:4
**promotions** 55:2,17
98:11 99:22 100:6
109:23 110:17,21
110:23 111:2 119:3
166:19 230:7 237:3
237:6,13 238:7
**prompted** 102:7
**pronouncing** 19:20
**protection** 177:16
218:3 232:15
**protective** 65:15
66:2 67:15,19,22
68:7 69:11 71:21
72:1 77:8 78:21
**protocol** 88:20
**provide** 47:8 109:5
136:22 147:22
**provided** 143:5
148:7 174:10
203:20 214:24
**provider** 89:24 90:4
**providers** 107:16

**provides** 72:15
**public** 250:10,18
251:15,23 252:23
**pull** 73:12 134:18
**pulled** 41:10
**purchase** 72:6 84:12
84:17 166:19 183:8
236:13,17,21
**purchased** 54:3,14
55:1 58:18 62:21
72:8 84:5 126:24
151:1 176:4 180:3,8
180:12 184:3
214:22
**purchases** 239:4
**purchasing** 158:4
**purported** 186:19
**purpose** 54:15
120:10,12 145:2
234:17,20 235:1
**purposes** 90:15
**pursuant** 1:15 65:16
65:17 231:20
**pursue** 71:12
**put** 45:15 46:4
47:13 53:12 77:3
82:4 99:14 102:19
108:23 122:18
136:18 140:22
147:4 214:18
217:15 219:3
220:22
**puts** 212:14
**putting** 27:19

**q**

**qa** 166:2,6,11
**quality** 166:12,13
166:15,17,21,24
167:8
**quarterly** 120:8
188:16
**question** 6:24 7:2
24:11 36:24 37:14
38:23 40:6,19 41:1

47:17 52:16 58:7,16
58:22 59:16 68:23
72:5 75:11 76:10
78:17 81:12 90:5
92:20 99:9,11
111:17 113:2,8
114:6 115:3,9 116:1
116:4,6,22 124:15
138:17,21,23 150:1
150:2,6,7 153:22
157:12,16 174:6
175:21 180:7 188:4
190:13,16,17
191:16 197:3,6,16
197:23 198:11,12
198:14,23 202:23
206:18,20 207:2
223:4,5 225:23
246:8
**questioned** 153:13
**questioning** 60:2
65:16,23 66:7 67:8
69:6,23 71:4,11
75:5,24 78:19,20
135:14
**questions** 65:18,22
67:10 68:11,15 69:8
69:14,16 70:13,18
70:24 71:7,22,23
72:8 74:12,22 75:2
76:24 77:2,19 78:10
78:11,23 145:10
149:6,7 163:13
194:17 200:23
201:2,5 202:5
214:17 236:5
238:20 240:24
**quick** 22:11 35:24
222:22 240:12
**quicker** 69:18
**quiet** 144:10,19
**quote** 71:16 139:21
234:13

**r**

**r** 2:1 3:1 4:9 33:11
44:15 61:11
**raider** 83:1 227:6
**raise** 6:11
**ran** 43:10 54:1
112:22 171:18,19
172:1,18
**ranged** 56:6
**rate** 55:14,17 56:20
56:21,22,23,24 57:1
57:1,3,11 59:7,8
**rates** 57:5
**raymond** 169:3
**rci** 45:12
**reach** 230:22
**reached** 220:20,23
**read** 40:22 41:1
53:17,22 116:5,6
127:5 128:8 130:24
131:1,2 190:15,17
202:8 237:11,16
240:11 242:2,4
246:21 250:5,6,12
251:5,6,17
**reading** 145:4 151:9
158:13
**reads** 167:1
**ready** 61:21 140:24
**real** 22:11 208:14
222:22
**realize** 132:5 134:23
**really** 29:10 38:22
38:22 50:11,12
80:24 92:21 94:15
94:23 116:13 124:6
125:8 224:14
227:12,21 230:11
241:3 244:13
**reason** 15:19 16:8
124:21 127:21
130:22 131:10,11
155:14 176:21,23
177:4 204:7 214:14

230:10 251:8 252:3
**reasonable** 73:24
**reasons** 8:24 77:22
78:8
**reassert** 205:21
**rebate** 45:7
**recall** 21:24 24:15
26:23 28:23 38:21
39:9,10 41:17 95:6
95:7 98:10 118:21
118:21 129:23
145:4 153:12 154:5
166:1 171:22 182:4
190:8 196:17 215:2
215:3 216:7 221:23
222:9,14 234:14
236:6 237:10,24
243:7
**receive** 63:15 107:8
129:19 131:8
132:23 133:7,17
146:4 147:10
160:11 167:14
168:23 171:13
173:23 174:10
180:13 192:14,23
215:11
**received** 21:20 22:3
22:7 23:19 34:20
35:1,2,8 58:1 85:14
118:19 129:3 146:8
147:24 155:1 156:2
173:14 174:14
192:1 200:13
203:22 204:9
213:10 214:11
229:5 232:3,9
**receiving** 35:15,18
85:9 145:24 174:1,2
**recess** 40:15 65:11
105:22 141:7
199:23 230:1
**recipient** 31:18
**recognize** 20:7
106:6 125:22

133:23,24 142:20
142:24 143:2
145:19 148:23
149:3 150:5 152:1
153:10 162:17,20
163:3,8 209:24
210:2 212:24 215:8
215:9 216:1,15
218:4,5,17,20,22
**recommendation**
70:12 71:1 84:16
**recommended**
84:14 227:20
**reconsider** 72:12
**record** 7:4 18:22
20:4 23:2,3 40:12
40:14,17 64:13
65:10,13 67:20 71:5
75:16 87:4 105:20
106:2 109:8 128:21
141:6,11 142:17
149:10 151:21
163:4 191:12,16
193:13 197:10
199:21 200:2
202:13 210:10
226:14 229:24
230:3 247:2 248:13
251:9
**recorded** 87:2,10,14
165:5 170:3 204:13
**recording** 66:9
72:19 82:21 87:24
154:1,3 160:5,20
167:17 172:23
**recordings** 142:6,8
165:7,9
**records** 106:18
122:16,18 123:1,5,8
226:14,17
**redeem** 64:10 158:5
**reduced** 248:12
**refer** 49:21 153:7
167:11

**reference** 74:11
151:12,17 179:8
191:21 192:2 237:2
237:19
**referenced** 74:9
157:22 163:12
217:20 238:15
250:11 251:15
**references** 219:10
**referencing** 126:24
189:2
**referred** 29:8
214:10 228:4
234:12 241:4
**referring** 49:23 73:3
210:23
**refers** 211:18
**refundable** 159:13
240:14 242:2
**refunded** 62:23 63:2
64:12
**regard** 43:19 79:19
**regarded** 127:14
129:6
**regarding** 21:21
42:12 57:7 101:18
128:13,16 129:3
214:10 216:10
221:19
**regardless** 81:14,15
**regards** 19:13 181:3
181:9
**register** 152:16
193:11,17
**registered** 21:5,8
152:7,11,17,19,21
173:1,2
**registering** 193:21
194:7
**registration** 4:14
**registry** 194:18
**regulate** 158:8
**relate** 76:16 109:3
**related** 68:14 149:6
149:16 190:9,18

**relating** 109:3
194:17
**relationship** 10:9,10
10:15 29:14 45:12
176:16 186:14,15
**relationships** 11:15
**relative** 248:18,20
**relatively** 154:2
**relevant** 66:3,4,7,12
68:18 71:23
**remain** 195:19
**remainder** 62:7
69:8
**remains** 219:22
**remember** 19:10,11
19:12,23 24:3,5,7
24:17,23 25:1 26:7
28:2 35:9 38:16
39:7 59:24 60:7,8
93:18 94:10 98:22
109:11 112:2
129:15 130:4 134:4
142:10 145:4
165:22 183:4 214:1
214:3,7 215:17
217:13 219:19
224:22 244:5
**remembers** 198:23
**remote** 101:15
**remove** 176:14
**rendered** 204:21
**renewal** 55:7 145:9
**renewals** 107:23
**renewed** 32:20
**renewing** 32:19
**rep** 93:19 95:13,14
95:14,15,16,17 96:8
96:15 101:9
**repeat** 36:24 40:5
58:6 79:5 116:4
174:5 188:3 190:12
**report** 51:9 140:23
210:8
**reported** 1:18
129:14 130:1

248:11
**reporter** 5:16 6:11
7:1 15:22 40:22
223:20 247:3 248:2
248:4 250:7
**represent** 5:15
106:8 153:16
222:19 224:7,24
**representative**
100:21,23
**representatives**
127:12 171:7 243:9
243:10
**represented** 17:22
19:16
**representing** 5:2
**reproduce** 226:14
**reps** 120:13 169:19
**republic** 98:20
**request** 65:15 69:11
178:1 195:17,19
202:3 251:9,11
**requested** 174:1,2
231:21
**requesting** 231:10
**requests** 75:22
**require** 78:14
205:11
**required** 64:4
152:16
**requirements**
192:19 209:8,11
**research** 84:4 227:8
227:11,14,15,21
**researched** 84:15
172:20
**researching** 203:10
**reservation** 54:7
63:16
**reserve** 246:21,23
**resolve** 70:21 74:4
75:9,22 76:18 78:13
**resort** 1:6 2:19 4:13
5:23 11:17,23 12:3
12:5 14:20 15:3

25:22 26:1,11,18,19
27:4,14 28:8,10,21
29:8 34:4,6,14,16
34:24 35:12 36:22
37:4 38:1,18 39:7
49:10,16 50:1,8,13
50:17,20 51:10,12
51:19,21,24 56:2,9
79:23 82:13 83:3,18
84:6,23 87:3 88:6
88:24 89:24 91:8,12
92:7 93:13 97:5
98:9 101:11 102:2
102:17,18,20 103:1
103:8,10 104:11,18
104:20 105:3,9,12
106:21 107:4,6,8,19
108:12 109:18
110:7 111:18 112:1
112:3,22 119:21
120:20 122:10
123:5 128:14,23
130:1,12,16,18
133:9,17 134:4
135:17 136:24
137:5,18 141:13
146:19 147:5
150:19 151:6 152:5
152:10,10,20
156:10 165:5
169:24 170:13,22
171:2,8 172:1
174:11 176:17
177:6 178:19,23
179:11,19 180:21
181:2 183:12 184:2
184:12 185:11
186:13 187:3
188:16 195:10
196:14,22 199:10
200:4 204:12,16,19
205:1,7 206:7,8
208:5 209:6,12
216:12 217:8
218:21 219:10

221:7,9,12,15,20
225:7 226:4,12,13
226:18,21 228:11
228:24 229:5 230:5
232:1,12 234:20,23
236:11 241:21
246:13
**resorts** 234:24
**respect** 36:19
177:19 209:8,11
**respectfully** 67:18
74:14
**respiratory** 223:17
**respond** 70:5 202:16
217:9
**responded** 154:21
155:23
**responding** 111:5
**response** 15:21
16:11 213:11
215:13,16 225:6
**responses** 108:15
200:13
**responsibilities**
226:21
**responsible** 206:15
**rest** 43:6 67:21
**restaurant** 125:5
**restrictions** 156:4
**restricts** 67:4,5
**result** 102:5 184:24
**results** 227:18
**retail** 56:18 114:8
**retain** 220:3
**returned** 233:2,13
**returning** 233:3
**reuse** 100:2
**reused** 183:21,24
**review** 123:15 250:1
251:1
**reviewed** 143:16,17
**rica** 98:20
**rich** 51:7 86:17
132:14 139:4
181:18 213:23

**richard** 83:17 84:4
124:2 126:3 165:15
232:22
**right** 6:12 11:3
15:12 20:16,17 26:2
26:16 27:13 36:11
39:6,10 40:10 44:1
61:12 63:14 69:17
70:11 71:17 72:3
73:3,11 74:21 76:3
77:15 85:10,16,17
85:22 89:5 98:15
99:11 113:17
114:16 115:8
116:24 124:10
126:15,15,16
134:16,22,23 138:8
148:10 149:19
151:9 153:16
158:19 164:6
166:20 168:7,10
172:19 174:20
177:2 198:8,20
201:8 202:22 212:6
219:10 223:14
224:2 225:5 229:20
231:12 234:1 240:2
241:24 243:6
**river** 30:12
**rmg** 100:21
**robocall** 64:19,20
194:22 229:6
**robocalls** 71:14 73:2
73:8 74:10,13 75:1
75:2 168:23 175:6
177:19 229:4 232:2
234:4,9 238:16
**role** 44:21 50:19
51:1 83:17,19,20,21
83:22 84:1 228:24
229:2
**roles** 226:21
**room** 26:6,14,14
111:14,14 121:19
127:10 189:20

**rooms** 189:22
**rough** 30:17
**rowells** 2:15
**royal** 1:7 3:7 6:3,6
36:20 37:2,12,18
38:3 40:4 41:4 52:2
52:5 57:14 72:5
95:8,9 96:3 117:1
118:24 119:5,7
132:11,16 137:2
141:16 160:7,11,16
160:22 161:7
171:14 172:7,8
181:21 187:2 190:5
190:6 196:14 243:7
243:8,10 245:9,10
**rpr** 1:18 249:8
**rule** 6:22 65:17 67:4
71:20 72:15
**rules** 250:5 251:5
**run** 8:6 11:14 24:4
50:17 86:5 132:3
171:19 242:13
**running** 29:3 85:7
86:3 111:4
**runs** 167:1
**ruse** 139:22 140:2,7

**s**

**s** 2:1 3:1 33:11 44:15
145:21 240:18
251:8,8 252:3
**sale** 61:15 63:15
166:18
**sales** 31:8 62:5
85:13 95:15,16,16
100:21,23 101:9
120:13 144:16
157:4,8,9,11,14,22
158:18,21,23,24
169:19 181:14,14
187:3,5,6,8,13,18
189:6,8 191:3 227:4
**sampson** 169:7,12

**sat** 6:21 26:4 35:6
154:2 200:13 244:8
**save** 69:6 100:13
**saved** 100:19
**savvy** 136:15
**saw** 125:5 127:13
**saying** 8:5 58:12
60:8 72:3 75:18
76:14 95:2 139:5
179:8,15 210:21
213:7 232:8 245:3
**says** 47:12 68:2
73:21 126:5 127:6
127:19 131:20
132:11 137:14
139:17,18 144:10
146:11 157:3,8
160:5 164:4,6 217:2
239:21 241:24
242:17
**sbzrlaw** 2:18
**schedule** 118:3,17
118:18,20
**school** 7:13,17,18,22
7:24 8:4,10,13
**scope** 93:8
**scottsdale** 91:6
**scratch** 234:18
235:14
**screen** 4:11,12
149:16 151:5
**script** 53:17,22,23
53:24 68:13 82:21
85:10,21,24 97:20
98:2 131:22,23
143:9,17,24 144:11
145:2,5,10 159:14
163:9,12,16 164:7
166:3 167:1,7,8
192:4 235:21
239:22 240:22
242:22
**scripts** 97:12,18
98:5,7 123:15,18,21
127:15 143:4

144:12 145:3
158:12,16 191:20
191:24 235:8,11,12
235:16,24 237:8,11
237:16,19 239:10
**seal** 250:15 251:21
**search** 48:4 219:6,7
219:7 225:18
**second** 106:11 132:5
157:7 166:14
209:20 242:14
**secretly** 202:13
**section** 157:17
**see** 15:10 22:22,22
49:10 59:22 74:6,17
78:2,13,16 106:16
109:14 126:4 128:8
146:10 151:20
157:17,18 201:21
213:3 214:21 217:2
217:7 225:18
229:21 242:17
**seeing** 109:11
137:21,22
**seek** 67:14
**seeking** 203:11
**seen** 72:13 73:16,17
79:22 106:7 124:24
144:12 179:23
210:1,3 213:2 216:3
216:17,18,24 217:1
218:24 219:1
**select** 58:2
**selected** 59:12,20
84:12 167:13
168:22
**sell** 45:18 52:14 91:9
91:14 111:16
112:22 138:10,24
139:2 145:9 187:12
**selling** 27:13,15,18
27:22 46:10 116:18
121:23 139:7
188:14 195:11
196:15 228:1

**send** 63:16 86:13
102:14 115:5
**sense** 70:22 118:15
134:15
**sent** 54:2,7 106:9
232:1
**sentence** 61:14
242:15
**sentences** 240:22
**seo** 48:2,3
**separate** 14:6 75:23
165:2 202:24 208:7
**separately** 82:4,5,6
194:7
**september** 9:2 213:3
215:12
**serious** 115:22
116:7,9 125:10
**serve** 59:3 112:17
**served** 219:24
**server** 81:10,17,20
165:11 226:4
**service** 1:7 8:11,15
9:8,17,20 12:14
13:7,23 15:16 18:19
19:1,3,6,17 20:10
20:14,20 32:16
33:18,22 34:8,15
39:3,11,16,18 40:2
41:2,7 43:19,21
44:22 45:8 49:9
88:6 89:6 112:13,15
113:15,15 122:5
218:9
**services** 21:2,4 25:3
32:17 39:24 49:22
49:24 50:2,4,7
106:5,14 116:19
125:22 127:9,10
128:10,12,15,23,24
130:13 131:4,5,22
137:16 142:20
145:18 151:13
152:1 153:9 170:9
170:22 171:8 179:1

179:2,3,7,13,19
195:12 196:16
209:18 231:18,22
232:1,13,23 233:7
233:21 234:7,13,16
236:11,16 237:10
237:15 239:11
245:12,21 246:13
**set** 27:20 87:17
249:2
**setting** 27:12,12
82:17 84:5
**settle** 220:9,10
**settlement** 220:17
220:20,23
**seven** 104:8 139:14
163:24 232:5 240:7
**shareholder** 11:23
12:5,8,14,16,21
13:13 15:7 20:13
25:10,11 229:1
**shareholders** 9:23
10:6,8 12:2 13:9
14:16 15:2 42:21
**shares** 15:16
**shed** 211:12
**sheet** 224:8 225:1
251:7,10,18 252:1
**ship** 120:17 189:21
**ships** 181:13
**shopping** 186:20
**short** 166:6,11
171:19
**shorthand** 50:5,8
248:2,3
**shortly** 28:8
**shot** 4:11,12 33:13
151:5
**shots** 149:17
**show** 23:24 53:9
72:11 74:6 106:4
123:17 140:18
178:13,22 192:4
**showing** 125:21
142:19 145:17

151:24 209:17
212:9
**shown** 125:24 244:3
**shut** 104:11
**sick** 125:4,8,8
**side** 62:5
**sidelines** 76:23
**siedler** 44:12
**sign** 47:10 55:10
199:7 240:15
**signed** 55:6 62:19
130:23 198:19
199:10 203:24
204:4 250:13
251:18
**significant** 72:7
**signing** 173:23
196:11 199:3
**signs** 240:16
**similar** 190:3
**similarly** 1:3
**simply** 76:2,3
**simplyfree.com**
186:1
**simultaneous**
197:21
**single** 154:10 168:10
**sir** 22:20 193:13
**sitting** 76:23 121:6
178:18 198:17
**situated** 1:3
**situation** 69:19
73:18 207:19
**six** 55:4,7 127:16
144:2 163:24 232:4
240:7
**slide** 22:19
**slow** 182:22
**small** 102:8
**smbtrials.com** 2:14
**smith** 86:19,20,21
165:15,19 226:19
**soft** 22:14
**sold** 45:18,19,24
46:5 132:18 179:23

**sole** 20:13
**solely** 173:6
**solicitation** 156:6
**solicitor** 152:8,12,21
**solutions** 5:2 252:1
**somebody** 34:19
39:8 52:24 57:24
63:3,12 78:1 111:14
174:8 206:23
207:11 241:5
**sorry** 7:8 8:2 15:23
15:24 20:2 25:2
33:19 36:4 40:5
43:22 46:23 48:4,13
54:12 72:22 77:17
82:9 86:10 99:16
108:21 113:1,8
116:17 130:6 131:2
131:3 140:6,6 162:5
182:22 183:4
190:14 197:22
198:8 206:11 207:6
207:9 210:10 214:4
218:16 223:21
244:15
**sort** 74:18 77:2
89:13 114:8 182:14
214:13
**sound** 83:12 224:2
**sounded** 113:9
**sounds** 136:16 219:5
219:6
**source** 175:17
178:23 194:14
**south** 3:2
**span** 46:9
**speak** 22:13 86:10
154:5 199:4 234:7
**speaking** 36:6 69:4
126:18 154:21
155:15 156:5
157:11 193:10
235:3 243:9
**special** 32:19

**specific** 67:20 81:16
81:19 85:20,21
86:13 99:8,23 125:4
172:16 215:9
216:19 223:5
**specifically** 28:2
39:7 64:19 66:6
67:4,5 72:15 124:14
142:10 151:4
160:10 165:10
172:7 179:9,19
215:2,17 216:2
**specifics** 24:5
135:22 158:8
**specified** 248:17
**speculation** 155:12
207:5,21
**speeding** 21:15,16
21:17
**spell** 33:10 44:13
**spelled** 33:12
**spite** 222:12
**spoke** 23:5 155:9
192:11
**spoken** 22:14
130:10 233:21
**spot** 64:24
**spree** 186:20
**staff** 94:7 189:6,8
**staffing** 108:11
**stage** 71:18 78:9
166:14
**stake** 69:24
**stamper** 212:14,22
**stand** 23:8
**standard** 115:7
168:3
**standing** 71:12 72:9
156:12,17,21
**staple** 162:5,13
**starr** 2:15
**start** 31:10 35:18
40:18,21 82:14
84:24 98:13 101:12
101:17,18 110:8

111:19 118:22
192:6 234:19
**started** 27:6 31:17
44:22,24 55:2
110:12 113:23
126:5,22 175:3
196:8 237:13,23
238:7
**starting** 7:13
**state** 7:3 23:20
60:23 93:21 149:9
149:19 156:12,19
156:22 192:19
248:4 250:10
251:15
**stated** 244:22
**statement** 22:11
23:1 160:20 198:11
250:13,14 251:19
251:19
**states** 1:1 5:10 24:16
**stating** 77:24 152:4
**statute** 66:12
**stay** 59:3 115:2
139:14
**stenographically**
248:11
**step** 24:10
**steps** 80:13,16 147:5
147:16,20 225:5
**stewart** 17:15
224:19
**sticks** 165:23
**stipulate** 149:15
**stipulated** 153:18
**stipulation** 194:2
**stop** 24:10 102:2
110:7,18 130:13
131:4 189:16
193:10,10,23,23
230:6
**stopped** 110:24
175:4 230:10
**stopping** 110:20

**stored** 80:9,11 123:8
135:21,23 226:17
**street** 2:7 7:5
**strictly** 194:22
**strike** 50:16 96:17
103:9 131:1 134:6
150:24 180:23
222:3 226:15
**strong** 45:12
**structure** 118:5
**study** 7:19
**stuff** 27:21 98:18
125:6 174:17
181:15 189:22
**subject** 36:21 71:24
75:2,7 81:14,15
82:10 204:20
205:12
**submit** 171:23 173:3
173:8
**submitted** 160:6,21
172:4,22 173:16
**subscribed** 250:10
251:14 252:21
**sued** 16:7 18:19
19:3 20:20 48:19
207:13 224:16,19
224:22 225:17,22
230:19 232:14
**suggest** 71:13
**suggesting** 76:4
**suggestion** 78:8
**suggestions** 78:3
**suing** 71:15
**suite** 1:15 2:3,12,16
3:3 5:7
**summer** 2:7
**sunday** 146:3,7
147:1 180:12
216:22
**supervisor** 200:5
**support** 65:19 75:17
75:20
**supposed** 86:1

**supposedly** 73:3
215:4
**sure** 11:10 22:15,16
24:2 26:13,14 34:7
41:13 44:14 47:21
57:4 75:3 86:14
87:12 89:3,20 90:1
90:5 92:22 95:18
96:14 98:14,21
101:3 102:22 113:2
118:10 124:18
133:3 137:24
138:17 143:11
144:8 146:22 161:1
161:12 162:1 166:7
167:20 168:19
172:19 173:1 182:5
184:11 204:23
206:10 216:19
218:6 222:17,23
224:14,15 225:19
**surreptitiously**
202:13
**survived** 246:22
**suspend** 66:1 69:20
**swanson** 1:14 2:11
5:6
**swear** 5:17
**sworn** 6:13,16 248:8
250:10,13 251:14
251:18 252:21
**system** 33:5,6,7 84:7
88:4 106:22 107:13
111:3 200:4 202:20
236:13,18,22

**t**

**t** 33:11 61:11
**take** 7:1 40:9 65:6
67:21 69:10 77:7
105:18 134:24
140:21 141:1 147:6
147:16 162:10
164:16 173:7
188:18 199:15,18

225:5 229:20
**taken** 1:12 40:15
65:11 80:13 105:22
141:7 199:23 230:1
248:16
**takes** 166:24
**talk** 53:6 73:12
119:9 120:15,16
136:11 139:19
181:12 189:6,11,13
243:11
**talked** 26:5 58:10
60:1 93:24 94:2
95:19 121:6 147:11
166:14 182:6 190:7
**talking** 24:11 36:2,6
36:8 38:8 63:9,11
71:16 74:12,16 75:1
77:10,12,13 85:18
107:21 111:11
120:18 134:9 138:2
139:16 147:14
154:9 156:1 163:23
167:21 179:11
192:4 193:7 207:22
224:13
**tape** 105:18 202:13
**taped** 200:8
**tapes** 105:16
**tax** 19:6 157:4,14,22
158:21,23 159:1
**taxes** 59:11 60:3,12
60:15,19 61:5 64:7
66:16 75:5 114:14
115:7,11 138:14
158:6,8,9 159:6,18
163:19 164:2,4,8,9
164:10,16,17
240:13,17 241:4,5,6
241:17,20 242:1,18
242:24
**tcpa** 67:9,10 73:8
178:4
**team** 85:13

**technical** 90:12

**technology** 48:5

**ted** 2:9 5:19 22:11
22:22 36:3 69:1
70:13,18,23 71:23
78:4 126:14 149:7
150:9 194:1,10
202:1

**telemarket** 128:17
231:22

**telemarketers**
203:11

**telemarketing** 16:11
16:22 17:11 21:21
31:6,7,15 41:9 42:9
42:12 43:16,20
48:17,18 64:19
68:13 79:20 110:8
121:15 127:8,13,15
127:19 128:11,13
128:16,18 129:4,7,9
129:10,11 131:6
132:13,18 136:23
137:4,15 190:10,19
190:23 192:12,20
194:21,22 195:1,6
195:11 196:15
209:8,11 216:10
221:19 222:3
227:10,11 228:2,6
235:17 237:23
238:2,6,14

**telephone** 6:10 31:8
36:7 107:19 121:24
151:2,18 152:8,11
152:21 156:6
177:16 191:3 192:9
201:12 202:14
203:12 217:4 230:6
232:15 233:14
234:21 236:12,17
237:12,16 238:9
243:12 246:15

**telephones** 26:6

**telephonically** 3:10

**tell** 22:16 25:16
30:20 46:12 51:24
53:5 57:21 61:22
76:13 80:24 81:1
86:4 91:21 94:3
96:17 100:11 101:4
101:10 110:3,23
111:9,12 122:14
128:1 130:22 132:4
136:9 139:4 143:19
145:1 160:10
161:11,17,20,21
163:2,15,15,18
166:2 168:16
174:13,18,22
176:11 197:12
206:4 224:4 238:23
239:2

**telling** 144:15
147:17,18 172:3
217:11

**ten** 104:8

**term** 21:6 92:6
129:2 187:16
234:16 235:5 236:8
239:1,3

**terms** 92:1 108:11
180:24 225:9

**terry** 10:1,9,11
14:11 27:16 29:19
228:23

**test** 42:4 201:7

**testified** 6:16 15:6
28:20 97:21 113:11
154:18 233:19
239:24 240:23
243:6

**testify** 248:8

**testimony** 15:11
28:23 35:9 59:10
60:1,9 79:11 126:14
164:14 234:14
237:24 248:13
250:6,7 251:6,9,12

**text** 143:10 144:9
168:13

**thank** 23:4 32:18
162:10 211:6 246:6

**thing** 66:3 69:21
74:24 85:18 139:6
139:15 162:24
177:13 179:5 189:4
227:12 241:2,13
247:3

**things** 32:1 55:20
69:18 81:22,22
83:22 120:17
121:23 125:7
218:23 242:24

**think** 8:14 16:13,15
16:23 17:8 19:20
20:8 43:24 45:4
47:18 49:18,20 57:5
62:17 64:21 70:22
72:6 75:8 76:1,17
76:20 77:6,19 78:14
81:11 90:21 91:3
92:9,10 96:2,6
99:14,20 101:8
106:7 119:19
127:21 128:19
130:23 131:16,17
131:18 132:5
139:12,15 143:12
154:9 155:14
156:21 165:17
173:22,23 174:8
177:13 179:5
181:16 182:3 193:7
198:6 200:7 218:24
221:18 228:20
231:2,7 239:1,10,24
245:2

**thinks** 106:13

**third** 164:1 184:4

**thought** 63:20 69:13
70:17 97:21 130:6
170:13 188:16
206:11 220:4

230:10 237:22

**thousand** 174:18

**thousands** 172:14

**three** 16:23 37:3
53:2 88:8,10 98:17
114:9 119:15
139:11,13 142:1
154:15 159:22
163:24 172:16
182:8,10,15,17
188:7 194:13,16
200:1,17 240:7
247:1

**tickets** 21:15,16,17

**tie** 131:8

**tied** 130:19

**time** 5:3,14 9:12
12:13 15:1 26:22
37:15 40:14,17
42:19 53:18 61:15
61:16 62:19,21
63:16,21 65:10,13
70:19 73:10 75:13
78:22 84:13 87:20
88:14,18 89:1,20
90:1 93:22 100:3
102:1 103:13,15
105:21 106:2
110:20,23 112:5
119:23,24 125:16
134:12 135:5 137:1
137:16 141:6,11
145:7 147:14 152:6
171:19 173:17
174:21 184:15
192:11 199:22
200:2 215:14 226:9
226:9 229:24 230:3
230:19 231:4 233:9
236:15 245:11
247:2 248:17

**times** 56:19 91:4
120:2,5 140:18
148:1 183:19,24
232:12

**timeshare** 42:6
**timing** 127:16
**tip** 212:17
**tips** 212:18
**title** 43:7 51:12
**today** 5:3 69:10
  70:13 76:23 86:5
  111:23 114:18
  123:24 178:18
  202:1 235:8,12,16
  236:14,18 244:6
**today's** 149:14
**told** 131:20 132:7
  139:20 147:12
  180:11 203:1,8
  204:24 206:4,5
**tom** 93:21 94:13
  119:21 127:10,12
  127:14 180:24
  196:18
**tommy** 95:6
**ton** 154:6
**tonight** 164:2
  240:13 242:2
**tons** 38:6 148:4,18
**top** 143:10 144:9
  214:11 239:21
**topic** 67:20
**total** 62:17 240:14
  240:15 242:16
**totaled** 184:7,8
**totally** 72:9
**tour** 54:8 63:7 115:1
  138:5
**tours** 45:10
**trade** 53:9 178:13
  178:22
**trained** 144:20
**training** 209:10
**tran** 247:6
**transcribed** 250:7
**transcript** 153:18
  154:10 247:4
  248:10 250:5,12
  251:5,11,17

**transcripts** 153:13
  154:9,13
**transfer** 32:2
**transferred** 53:16
  53:21 136:14,17
  166:15,17 229:9
**transferring** 164:8
**travel** 1:7 7:17,24
  8:10,10,11,15 9:3,8
  9:17,19,22 12:11,12
  12:13,16,24 13:7,23
  15:16 18:19 19:1,3
  19:6,17 20:10,13,19
  21:2,4 25:3 30:24
  31:3,4,4 32:16 39:3
  39:11,16,18,24 40:2
  41:2,7,15,24 42:1,8
  43:19,21 45:7,8
  49:9,9,22,24 50:2,4
  50:7 52:1,22 53:11
  57:2 58:23 61:22
  64:11 76:8 83:13,15
  93:11 106:5,14
  111:20,23 112:16
  113:16 114:2
  115:16 117:10
  120:13 125:22
  127:8,10 128:10,12
  128:15,23,24
  129:18 130:13
  131:4,5,22 134:11
  137:16 138:4,6
  140:14 142:20
  145:18 147:13,13
  151:13 152:1 153:8
  159:16 160:16
  170:9,22 171:8,12
  172:12 176:19
  178:14 179:1,2,3,6
  179:7,13,15,16,18
  181:12,13,22,23
  182:5 186:20
  189:11,14 190:7
  208:6 209:17
  231:11,18,19,21,21

**232:1**,13,22 233:7
  233:20,21 234:3,7
  234:13,13,16,17,18
  234:21 235:2
  236:10,11,16 237:3
  237:5,10,15 239:11
  243:9,11,13,20
  245:12,20 246:13
**traveled** 145:6,7
**traveling** 139:9
**travels** 45:9
**trial** 54:15 55:4
  58:19 144:2 158:2
**tricky** 94:21
**tried** 138:4
**trip** 42:4 60:13
  63:17 94:23 158:5,7
  158:10 159:6,17,18
  164:15 167:5,6
  239:4
**trips** 61:17 113:21
  160:18
**true** 128:7 201:19
  230:17 243:15
  248:13
**truth** 248:8
**try** 11:14 55:9 70:12
  70:17 71:19 72:1
  74:22 75:9,9,22
  76:17 91:9,13
  137:19 138:7
**trying** 29:13,13 39:6
  52:10 94:20,23
  105:2 138:17
  183:21 210:22
  211:4
**ts** 211:1
**ts2** 219:5
**ts4605** 145:19
  209:21,24
**ts4605s** 210:11
**ts4607** 143:8
**ts4609** 144:24
**tsn** 1:7 12:11,12,16
  12:24 13:1,3,6,9,12

**13:15**,17,20 41:15
  42:8,16 43:1,1,12
  43:14,15,22 44:3,16
  45:21 46:5 49:8,8,9
**turn** 87:24 144:24
  162:5 209:20 215:6
  215:24 218:13
**twice** 232:16
**two** 10:3 14:23
  53:14 98:17 106:1
  106:11 109:2,10
  126:4,14 133:3
  135:23 136:9,10
  154:15 159:22
  163:23 165:14
  167:8 170:3,3
  177:12 199:21
  200:17 205:19
  210:11 240:7
**type** 35:16 113:16
  241:1
**types** 98:11 102:9
  160:18 187:8,13
**typewriting** 248:12
**typical** 122:11 134:5

**u**

**uh** 17:4 24:21 26:8
  41:22 45:22 46:14
  47:1 48:16 49:13
  53:4 87:16 98:24
  102:19 117:13
  118:16 123:13
  133:21 134:1
  164:23 207:15
  208:11 212:5 215:7
  218:9,14 219:15
  224:18 229:3
  239:20 240:10
  241:23 242:13,19
  243:18
**ultimate** 119:2
**umbrella** 14:1 27:23
**unamicable** 70:15

**unclear** 191:16
**underlying** 67:8
**understand** 75:3,7
  81:5 83:21 100:4
  113:8 115:9 177:12
  187:16 197:2
  204:23 205:5,17,19
  206:5,8
**understanding**
  175:21 177:15
  178:3,10 205:23
  206:6 208:23
**understood** 15:6
  18:5 59:10
**united** 1:1 5:10
**universe** 235:12
**unpaid** 219:22
**unused** 63:12
**upgrade** 140:14
**upgrades** 139:3
**upgrading** 62:1
**ups** 161:2 178:13
**upsell** 137:19 138:7
  138:8
**upstairs** 120:20
**usa** 90:10
**use** 32:7 61:19,21
  63:2 77:20 84:3
  85:10 86:1 90:14
  97:12 116:19 138:9
  141:14 143:20
  154:20 155:6
  158:18 159:12
  168:3 169:19 171:7
  174:22 175:2 192:1
  227:10 234:16
  235:5 237:8 238:10
**usually** 53:11
**utilize** 238:16
**utilized** 238:11,12
**utilizing** 237:11,15

**v**

**v** 250:3 251:3

**vacation** 8:4 11:4,5
  12:9 13:19,22 25:18
  25:20 26:13 27:23
  30:4,10,14 31:19
  32:7,12,15 33:2,4,8
  33:17 34:10,17
  43:14 44:19,23
  45:11,16,23,24 46:5
  47:6,7 49:12 54:17
  54:18 62:8 76:8
  83:5 102:21 104:17
  104:20,23 105:8
  236:21 237:3,5
**vacation.com**
  118:12,13,18
**vague** 135:22
**valente** 1:6,12 2:20
  4:3 5:9,13,23 6:7,14
  6:20 7:5,8 12:20
  39:19,19 106:4
  124:2 127:11
  131:21 196:2
  198:13 231:18
  238:23 246:12
  250:3,4,9 251:3,4
  251:13 252:20
**valid** 155:14 231:2,2
**validity** 225:23
**valuable** 220:6
**vegas** 32:19 98:16
  99:13,17 100:6
**vendor** 63:7 76:9
  117:10 231:19,21
**vendors** 88:11
  120:14
**veracity** 68:12
**verification** 53:22
  53:22,23,24 159:14
  163:9,12 165:4
  167:7 200:9 203:24
  239:21 240:1,22
**verifies** 166:24
**verify** 217:13
**veritext** 5:2,17
  252:1

**version** 167:23
**versus** 5:9
**vicarious** 68:19 71:8
  76:11
**vicariously** 205:7
**videographer** 5:1
  22:17,19 40:13,16
  65:9,12 105:19,24
  141:5,10 199:20,24
  229:23 230:2
  246:24
**videotaped** 1:11
  70:10
**view** 125:10,12
**violating** 73:8
  232:15
**violations** 217:4,5
**visa** 122:5 240:17
**visit** 119:22 120:10
**visited** 185:8 234:7
**visiting** 185:1
**vocational** 7:17,18
  7:22 8:4,12
**voice** 22:12 87:7
  88:20
**voicemail** 214:3,5,5
  214:6,8
**voip** 107:16 229:11
**volume** 57:3,7
  106:13,17 117:24
**voucher** 42:4
**vs** 1:5

**w**

**wabash** 1:14 2:11
  5:7
**wacker** 2:16
**wait** 94:7 99:4
  199:17 211:1 230:5
**waiters** 94:4
**waiting** 64:9 202:1
**want** 22:15 24:2
  28:3 36:5 38:1
  40:11,18,22 52:3
  53:14 59:2,3 61:23

62:4 63:18 64:20
  66:1 72:1 76:2,3
  77:23 78:23 93:16
  105:15 106:10
  108:24 113:2 114:9
  114:18 116:20
  122:23 125:17
  130:19 131:2,13
  134:12 135:2,3,7
  137:24 140:13
  141:1 149:7,9 153:4
  155:19 159:8
  162:24 166:5,7
  167:5,20 198:7,14
  198:22 199:15
  200:23 206:3,5
  220:11 241:3 246:9
**wanted** 11:14 24:4
  100:21 140:14
  210:13 240:3,21
**wants** 73:11 154:4
**warrant** 72:14
**waste** 134:12 147:14
  174:21
**wasting** 73:10
**watts** 3:10 141:8
**way** 25:10 38:5 46:4
  46:18 49:2 55:21
  67:23 69:5 70:21
  73:4 78:13 97:8
  102:14 107:23
  113:23 119:6
  122:21 133:19
  136:2 220:22
**wayback** 149:16
**ways** 46:14
**we've** 6:20 37:17
  49:5,7 98:18 118:1
  153:17 165:17
  235:8
**web** 48:2 161:1,13
  171:20 219:7
**website** 47:13 90:7
  134:18 146:19,22
  148:2 149:17

150:13 161:5 162:3
171:24 185:5,8,10
185:12,18,20,23
214:13 215:3 225:4
**websites** 148:14,18
150:17 151:3
178:12,19 185:22
186:8,11,14,16
**weed** 176:7,12
**week** 134:14
**weekend** 139:13
**weird** 64:23
**went** 7:16,23 13:4
34:17 52:4,21,21
69:15 93:22 162:3
164:19,23 168:1
214:3
**wheeler** 228:4,13
**whereof** 249:2
**whichever** 54:9 62:8
63:7
**white** 208:9,10
**wife** 202:12
**willing** 149:15
**win** 59:13,20 171:20
171:20
**wine** 188:11
**wiretap** 66:12 67:13
72:20
**wish** 117:21
**withdraw** 150:8
**witness** 2:20 4:2
5:12,17 6:13,15,17
10:14 15:23 16:2
21:24 22:12 28:18
35:4,15 36:11 37:6
37:14 38:13,21 39:3
40:7,11 41:5 44:1
47:1,3 50:24 51:2,6
52:16,19 55:16 56:5
57:10 58:6,17 59:16
60:11 61:12 65:1,7
67:16 76:5 77:7
79:19 80:6,23 81:19
82:2 83:10 85:12

91:16 93:7,9 94:15
95:22 96:11 97:8,16
98:4 100:16 101:3
104:22 107:1 108:4
108:17,21,24
110:11 112:9,15
114:6 115:13,24
116:9,17 120:4,12
121:2,11,18 122:2
122:13 123:17
124:6,24 125:12
128:1 129:6 131:13
131:16 135:9
137:11 138:16,20
140:6 141:3,20
142:4 143:23
147:20 149:2
150:21 151:9,15,20
152:15 155:18
156:8,24 157:24
158:15 159:4
160:14 161:11,24
162:23 163:8
164:13,22 165:17
167:16 168:18
169:1,15 170:6,11
170:17 171:5,16
174:5,13 175:20
176:11 177:21,23
178:7 182:22 183:6
183:23 184:21
185:4,14 186:22
188:1,3,22 189:8,19
190:14,22 191:13
195:1,4 197:2 198:1
199:12,16 200:16
203:5,17 204:4
206:19 207:6,22
208:2 209:14
212:19 221:23
222:8 223:8,21
224:4 226:24 227:3
230:9 231:9 233:17
243:18 244:22
245:7,14,16,23

246:5,22 248:7,7
249:2 250:1,4,11
251:1,4,15
**woman** 14:11
**won** 52:5 139:21
**wondering** 24:1
70:9 71:5
**wood** 69:13 70:16
**word** 21:14 83:20
118:10 124:9 138:8
138:9 158:19
179:15,16 191:7
192:2 242:17,21
**words** 48:5 244:18
244:20
**work** 8:3 10:24 11:1
13:4 30:1 33:20
86:21 90:15 94:4
97:6 98:8 102:11,17
134:7 165:19,24
226:12 228:7,8
**worked** 10:4 11:19
11:21 15:4 21:9
22:3,7 23:19 24:12
34:15 38:9 45:2
102:17 111:24
227:7
**working** 51:9 92:7
111:5 120:24
**works** 26:13 67:24
95:23
**write** 97:18 244:23
**writing** 24:23 46:24
98:2 129:20
**written** 196:2
231:24 239:16
**wrong** 230:12,24
231:5,7
**wrote** 24:8 97:12
123:21 143:9,12
244:18,19

---

**x**

**x** 4:1 242:16,17

**xcast** 88:10 106:9,12
106:22 107:9,13,14
**xxx** 240:20

---

**y**

**yeah** 8:2 22:17
23:14 25:5,12 36:17
40:20,21 44:1 47:17
49:15 50:24 62:17
64:5 76:6 77:13,17
93:9 105:17 109:15
110:22 123:9
128:20 138:19
141:2 143:15
145:13 157:10
159:19 162:10,15
163:7 166:10 180:2
188:2 198:2 199:14
212:21 223:1 224:6
225:4 227:2,3
229:22 240:15,19
241:16 242:13
244:11
**year** 46:9 122:11,20
**year's** 100:10
**yelling** 198:7
**yep** 16:2,2,2
**yesterday** 26:12
121:6 153:22

---

**z**

**zagel** 106:10
**ziegler** 15:1
**zink** 2:15,17 5:22,22
23:13 59:14 65:14
66:5,14,19,22 67:3
75:13,17,20 77:11
81:8 97:7 108:9
109:2,5 115:12,23
116:16 122:12
124:5 143:6 160:13
162:10 170:16
195:17,22 197:1
199:14 201:14
202:15 203:8,16
204:3 206:1 209:19

# Exhibit M

```
                                                         Page 1
 1    1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2    2                      EASTERN DIVISION
      3    IN THE MATTER OF:       )
 3                                 )
      4    PHILIP CHARVAT, on    ) Case No. 1:12-cv-5746
 4         Behalf of Himself and )
      5    Others Similarly      )
 5         Situated,            ) November 20, 2015
      6                          )
 6            Plaintiffs,       )
      7                          )
 7         vs.
                                 )
 8    8                          )
           TRAVEL SERVICES       )
 9    9    NETWORK, INC., et al.,)
                                 )
10   10       Defendants.        )
     11                DEPOSITION OF JASON RADER
11   12    APPEARANCES:
           For Plaintiff:        MATTHEW P. MCCUE, ESQ.
12   13                          LAW OFFICE OF MATTHEW MCCUE
                                 1 South Avenue
13   14                          Third Floor
                                 Natick, MA   07160
14   15
           For Defendant         JEFFREY S. BECKER, ESQ.
15   16    Carnival Corporation &  LENA SHAPIRO, ESQ.
           PLC:                  SWANSON MARTIN & BELL LLP
16   17                          330 N. Wabash Ave.
                                 Suite 3300
17   18                          Chicago, IL  60611
     19    For Defendants         CATHERINE J. MACIVOR, ESQ.
18         Royal Caribbean Cruises, FOREMAN FRIEDMAN, PA
     20    Ltd. and NCL (Bahamas)  1 South Biscayne Blvd.
19         Ltd.:                 Suite 2300
     21                          Miami, FL  33131
20   22
21   23
22
23   24
24
25   25
```

Page 2

1              I N D E X
2  WITNESS       EXAMINATION BY:        PAGE
3  JASON RADER     MR. MCCUE            5
4        MR. BECKER          231
5        MS. MACIVOR         377
6        MR. MCCUE           397
7        MS. MACIVOR         403
8
9          E X H I B I T S
10  EXHIBIT NO.                  PAGE
11  1                  29
    2                  47
12  3                  47
    4                  59
13  5                  73
    6                  75
14  7                  79
    8                  85
15  9                  90
    10                 96
16  11                 96
    12                 108
17  13                 115
    14                 117
18  15                 123
    16                 128
19  17                 129
    18                 133
20  19                 139
    20                 141
21  21                 153
    22                 159
22  23                 165
    24                 175
23  25                 177
    26                 179
24  27                 180
    28                 184
25  29                 190

Page 3

1   30                  193
    31                  196
2   32                  198
    33                  202
3   34                  209
    35                  210
4   36                  212
    37                  237
5   38                  238
    39                  239
6   40                  ---
    41                  244
7   42                  245
    43                  248
8   44                  268
    45                  275
9   46                  278
    47                  279
10  48                  282
    49                  289
11  50                  292
    51                  295
12  52                  298
    53                  299
13  54                  300
    55                  302
14  56                  307
    57                  309
15  58                  311
    59                  313
16  60                  315
    61                  316
17  62                  320
    63                  321
18  64                  322
    65                  328
19  66                  332
    67                  337
20  68                  338
    69                  338
21  70                  340
    71                  344
22  72                  348
    73                  350
23  74                  353
    75                  356
24  76                  367
    77                  368
25

Page 4

1              P R O C E E D I N G S
2        MR. MCCUE:  All right.  My recorder
3  is recording with everyone's consent as a backup
4  of the recording.
5        MR. BECKER:  Agreed.
6        THE REPORTER:  A backup to whom?
7        MR. BECKER:  A backup to the
8  backup.
9        THE REPORTER:  What happens with
10  these backups?
11    (Pause)
12        MR. MCCUE:  Counsel, if it gets
13  stuffy in here, the window does open.
14        MR. BECKER:  Okay.
15        MR. MCCUE:  It might get a little
16  loud but --
17        MR. BECKER:  Okay.
18        THE REPORTER:  (Indiscernible).
19    (Pause)
20        MS. MACIVOR:  Thank you.
21        THE REPORTER:  Okay.
22        MR. MCCUE:  This is fall, right?
23  This is a funny experience (indiscernible).
24        MR. BECKER:  Something I wanted to
25  check off on my --

Page 5

1        MR. MCCUE:  Yeah.  The bucket
2  was --
3        MR. MCCUE:  You covering for Ms.
4  (indiscernible).
5        MR. BECKER:  Yeah.  To do it.
6        THE REPORTER:  Raise your right
7  hand, please.  Raise your right hand, please.
8      JASON RADER, DEPONET, SWORN
9        MR. MCCUE:  You ready?
10        THE REPORTER:  Yeah.
11          EXAMINATION
12  BY MR. MCCUE:
13    Q.  Mr. Rader, thank you for coming today.
14  I'm glad we were able to get this
15  (indiscernible).  My name is Matthew McCue.  I
16  spoke with you on the phone a few times briefly.
17  I represent Phil Charvat in this litigation.
18  Have you ever been deposed before?
19    A.  No.
20    Q.  Okay.  Just to lay out some general
21  ground rules.  It's really just meant to be an
22  interview to obtain information about this case.
23  I will -- the only thing that's kind of formal
24  about this is that the court reporter is taking
25  down your testimony and it's under oath as if

Page 6

1  you were in court. Do you understand that?
2      A. Sure.
3          THE REPORTER: Keep your voice up.
4          MR. MCCUE: Sure.
5  BY MR. MCCUE:
6      Q. And that because he's creating a
7  record, you need to let me finish the whole
8  question and then I'll let you finish the whole
9  answer so the record is clear. Okay? Do you
10 understand?
11     A. Okay.
12     Q. It's not like regular conversation when
13 you kind of anticipate and talk over each other
14 in a natural way. Okay.
15         So another issue for the record is the
16 record can't take down nods of the head. So if
17 you can try to verbalize all your responses.
18     A. Sure.
19     Q. Okay. Excellent.
20         THE REPORTER: And who's that lady
21 here? I forgot to get her name.
22         MS. SHAPIRO: Lena Shapiro.
23         THE REPORTER: She's with you?
24         MR. BECKER: She's coming with me.
25         MR. MCCUE: She's with Jeff Becker.

Page 7

1          THE REPORTER: Oh, co-counsel --
2          MR. MCCUE: Yes.
3          THE REPORTER: -- for Becker?
4  Spell your name.
5          MS. SHAPIRO: L-E-N-A. Last name,
6  S-H --
7          THE REPORTER: You have a middle
8  initial, by the way?
9          MS. SHAPIRO: No.
10         THE REPORTER: All right. Last
11 name?
12         MS. SHAPIRO: S-H-A-P, as in Peter,
13 I-R-O.
14         THE REPORTER: Okay.
15         MR. MCCUE: Okay.
16 BY MR. MCCUE:
17     Q. Mr. Rader, I will proceed as
18 efficiently as I can today. I'm not here to
19 waste your time or anybody's time.
20     A. Okay.
21     Q. I do have a lot of things to cover.
22 There's a stack of documents before me but keep
23 in mind, these are quadruples -- there's four
24 copies of each. So it's not as intimidating as
25 it initially was.

Page 8

1      Could you summarize for me your
2  educational background?
3          THE REPORTER: I didn't get his
4  name.
5          MR. MCCUE: The deponent?
6          THE REPORTER: I didn't get -- you
7  didn't ask him his name.
8  BY MR. MCCUE:
9      Q. What is your name, sir?
10     A. Jason Rader, R-A-D-E-R.
11         THE REPORTER: D-E-R?
12         THE WITNESS: R-A-D-E-R.
13         THE REPORTER: Okay.
14 BY MR. MCCUE:
15     Q. And what is your business address?
16 Business address?
17     A. Business?
18     Q. Yes.
19     A. 34 North Bennett Street, Geneva,
20 Illinois.
21     Q. Who do you currently work for?
22     A. Dorn Marketing.
23         THE REPORTER: D-O-R-N?
24         THE WITNESS: D-O-R-N.
25 BY MR. MCCUE:

Page 9

1      Q. Could you summarize for me your
2  educational background starting with high
3  school?
4      A. Graduated from Geneva High School.
5  Four years. Then went to Milliken University.
6  Got a bachelor of science in marketing. And
7  that was it.
8      Q. Okay. Could you summarize for me your
9  work experience over the past 10 years?
10     A. Since 2005, I worked for Beth's
11 companies until August of last year. And then
12 prior -- since then, I've worked for Dorn
13 Marketing.
14     Q. Okay.
15         THE REPORTER: You said Best,
16 B-E-S --
17         THE WITNESS: B-E-T-H.
18         THE REPORTER: Oh, B-E-T-H.
19         THE WITNESS: Valente.
20         MR. MCCUE: Beth Valente's
21 companies.
22 BY MR. MCCUE:
23     Q. Correct?
24     A. Correct.
25     Q. Okay. And let's -- when you talk about

3 (Pages 6 - 9)

Page 10

1  Beth Valente's companies, I'd like to ask you
2  for a little more detail about that so I
3  understand.
4        When did you -- was it 2005 when you
5  first started working for a Beth Valente
6  associated company?
7     A. Correct.
8     Q. And who was that?
9     A. Resort Marketing Group.
10    Q. Okay. So your paycheck was really from
11 Resort Marketing Group?
12    A. I believe so.
13    Q. Okay. Are you familiar with a company
14 called TSN International?
15    A. Yes.
16    Q. Okay. Was your paycheck ever from TSN
17 International?
18    A. I don't recall. There were also some
19 companies doing business as. So I don't
20 recall --
21    Q. Okay.
22    A. -- where the paychecks were at the
23 time.
24    Q. So your best memory is in 2005, you
25 were working for a company called Resort

Page 11

1  Marketing Group.
2     A. To the best of my memory.
3     Q. Okay. And take me chronologically
4  through following 2005. Who did you work for
5  next?
6     A. I think there's a couple different
7  companies doing business as. But --
8     Q. Okay.
9     A. -- I think The Marketing Group was the
10 last one.
11    Q. The Marketing Group.
12    A. Yeah.
13    Q. Okay. And what years was that?
14    A. I think formally when it changed, it
15 was sometime around 2010.
16       THE REPORTER: When it changed it
17 was what?
18       THE WITNESS: 2010.
19       THE REPORTER: No. You said when
20 it changed, it was --
21       THE WITNESS: When it changed, I
22 believe it was 2010.
23       THE REPORTER: Okay.
24 BY MR. MCCUE:
25    Q. So between 2005, working for the Resort

Page 12

1  Marketing Group, 2010, working for The Marketing
2  Group, in between, was it just from Resort
3  Marketing Group to The Marketing Group?
4     A. I believe so, from a paycheck
5  standpoint.
6     Q. Okay. And through 2015, were you
7  working for The Marketing Group?
8     A. I -- correct me if I'm wrong. I'm
9  sorry. I want to go back. 2014, I've been --
10 August was one year at Dorn Marketing. So it
11 was 2014.
12    Q. Okay.
13    A. So that would have been 2014 in August
14 is when I switched companies to Dorn.
15    Q. So when you left working for any Beth
16 Valente company, that was The Marketing Group.
17 That's who you were working for.
18    A. Correct.
19    Q. Okay. And the only two formal
20 corporations that you worked for associated with
21 Ms. Valente were Resort Marketing Group and The
22 Marketing Group.
23    A. I believe so. Doing business, there
24 was TSN International.
25    Q. Yeah. I'll take you through those.

Page 13

1     A. Okay.
2     Q. All right. Who is Travel Service
3  Network?
4     A. TSN.
5     Q. You think they're the same thing.
6     A. Yeah.
7     Q. And --
8     A. To the best of my knowledge, yes.
9     Q. And one other rule about today is that
10 you're here to testify just based on the best of
11 your knowledge.
12    A. Yes.
13    Q. So TSN International, do you think that
14 is a standalone corporation or is that a DBA of
15 somebody else?
16    A. I don't know.
17    Q. Okay. YTH. Do you know what that is?
18    A. Your Travel Headquarters.
19    Q. And what was that?
20       THE REPORTER: Again. Your --
21       THE WITNESS: Your --
22       THE REPORTER: Your.
23       THE WITNESS: -- Travel
24 Headquarters.
25    (Phone ringing)

4 (Pages 10 - 13)

1    THE REPORTER: I'm sorry. Let me
2  just --
3  BY MR. MCCUE:
4    Q. Okay. We talked about --
5    MR. MCCUE: What's that noise?
6    THE REPORTER: Oh. It's playing
7  that recording. Okay.
8    MR. MCCUE: Are we good?
9    THE REPORTER: It was on the play
10 mode.
11   MR. MCCUE: Okay. We're on record
12 now? Okay.
13   THE REPORTER: We're good.
14 BY MR. MCCUE:
15   Q. YTH. Can you tell me what that was?
16   A. Your Travel Headquarters.
17   Q. And chronologically, when did YTH
18 exist?
19   A. I have no idea.
20   Q. Did you ever work for YTH?
21   A. I have no paychecks, I don't believe,
22 from there.
23   Q. Okay. Do you believe YTH was a DBA of
24 somebody else?
25   A. Yes.

1    Q. Who?
2    A. Travel Services. Travel Service
3  Network.
4    Q. Travel Service Network?
5    A. I believe -- I mean, that was a -- it
6  was back to doing business as Your Travel
7  Headquarters.
8    Q. Okay.
9    THE REPORTER: Doing business as
10 Your --
11   THE WITNESS: Your Travel
12 Headquarters.
13 BY MR. MCCUE:
14   Q. A company called Paradise?
15   A. Uh-huh.
16   Q. No? A company called Cruise -- when I
17 say company, an entity called Cruise and Land
18 Promotions?
19   A. Not familiar. Cruise on Land?
20   Q. Cruise and Land Promotions. The
21 Vacation Club?
22   A. Yes.
23   Q. What was that?
24   A. That was the main vacation club product
25 that Beth had for years. The Travel agency

1  (indiscernible) members and (indiscernible).
2    Q. Okay. You're talking about the travel
3  membership?
4    A. Correct.
5    Q. Where people who actually agreed to be
6  a member of Beth Valente's membership club, that
7  was under The Vacation Club?
8    A. Correct.
9    Q. Was that a separate company?
10   A. I don't think so.
11   Q. Okay. Resort Marketing Group. Explain
12 to me what they did.
13   A. I believe that was the parent company
14 to a lot of those companies.
15   Q. Okay. And The Marketing Group.
16 Explain to me what they did.
17   A. The Marketing Group was -- I believe
18 that Beth had different people involved in
19 different parts of the company that was more of
20 a B to B Company.
21   THE REPORTER: B to B?
22   THE WITNESS: B to B, ultimately.
23 BY MR. MCCUE:
24   Q. Okay.
25   A. The store was trying to become more BB.

1    Q. And what does B to B mean?
2    A. Business to Business.
3    Q. And what do they do?
4    A. Through this -- through The Marketing
5  Group, it assigned marketing services to
6  companies such as websites, for example.
7    Q. Okay. All right. Obviously, this
8  case, I'm sure you know, is about telemarketing.
9    A. Uh-huh.
10   Q. Okay. Okay. And I'm trying to get a
11 handle on -- you know, there's a lot of
12 different names and entities. I'm trying to get
13 a handle on, to the best of your knowledge, who
14 was the Beth Valente company that was associated
15 with telemarketing?
16   A. Travel Services.
17   Q. All right. When you say Travel
18 Services, you understand the struggle I'm
19 having?
20   A. Sure.
21   Q. Like, what is Travel Services?
22   A. The paycheck, I believe, was coming
23 from Resort Marketing Group.
24   Q. Okay. So is it -- I mean, you
25 described Resort Marketing Group as a parent

Page 18

1 company.
2    A. Uh-huh.
3    Q. Okay. So that kind of makes a little
4 more sense. You had a formal company called
5 Resort Marketing Group, you know, kind of at the
6 top. And then underneath that were a number of
7 different DBAs. The vacation club that ran the
8 membership club -- is that correct?
9    A. Correct.
10    Q. All right. The Marketing Group that
11 did websites -- okay --
12       THE REPORTER: You have to answer
13 out loud.
14       THE WITNESS: Yes. Yes.
15 BY MR. MCCUE:
16    Q. Okay. Who had the relationship with
17 Cruise Lines?
18    A. Resort Marketing Group.
19    Q. Okay. Do you know if they had a
20 contractual relationship with Cruise Lines?
21    A. I don't.
22    Q. Okay. Do you know anything about the
23 contractual relationship between the parties?
24    A. I don't, no. I would never handle
25 that.

Page 19

1    Q. Okay. All right. Who had the
2 relationship with Caldwell List?
3    A. Reserve Marketing Group.
4    Q. Who had the relationship with the
5 Asteria Dialer.
6    A. I have no idea.
7       THE REPORTER: Can you just spell
8 Asteria Dialer?
9       MR. MCCUE: A-S-T-E-R-I-A.
10       THE REPORTER: One word?
11       MR. MCCUE: Yes.
12       THE REPORTER: Okay.
13 BY MR. MCCUE:
14    Q. Who owned these companies?
15    A. I don't know. I know the CEO --
16    Q. Okay.
17    A. -- of the companies.
18    Q. You think --
19    A. But I don't know who the owners --
20    Q. Okay. All right. Safe to assume that
21 the actual owners of the companies weren't
22 involved on a day-to-day basis?
23    A. Yes.
24    Q. That's safe to assume. Okay.
25       THE REPORTER: You said were --

Page 20

1       MR. MCCUE: Were not involved on a
2 day-to-day basis.
3 BY MR. MCCUE:
4    Q. Correct?
5    A. Yes.
6    Q. Okay. And Beth Valente controlled
7 these companies.
8    A. Yes.
9    Q. She was the one making decisions.
10    A. Correct.
11    Q. Okay. Did she have checkbook
12 authority, things like that?
13    A. Yes.
14    Q. Hire and fire authority?
15    A. Yes.
16    Q. Okay. Help me out. There's different
17 names I see all the time. And I'm trying to
18 understand the relationship. Madeline Allerton
19 (ph.). Who is she?
20    A. Beth's daughter.
21    Q. Okay. What was her role in these
22 companies?
23    A. HR.
24    Q. Okay.
25       THE REPORTER: How do you spell

Page 21

1 Madeline?
2       THE WITNESS: M-A-D-E-L-I-N-E.
3       THE REPORTER: Thank you.
4 BY MR. MCCUE:
5    Q. Do you know who were the officers of
6 the corporations?
7    A. I don't specifically know who was --
8    Q. Okay.
9    A. -- officers.
10    Q. Do you have any understanding as to why
11 so many different DBAs were used for Reserved
12 Marketing Group?
13    A. I don't.
14    Q. Okay. Do you have a memory, if at all,
15 was associated with online complaints about
16 certain entities?
17    A. Can you be more specific?
18    Q. So, for example, you're doing business
19 as -- I'm saying you. I mean Beth Valente's
20 group. When they're doing business as Cruise
21 and Land Promotions and there's online
22 complaints about that or Better Business
23 complaints about that, would Ms. Valente then
24 change to a different DBA?
25    A. Specifically because of the complaints?

6 (Pages 18 - 21)

1    Q. In part or in whole or --
2    A. I do recall that there's a couple of
3  instances where there is some complaints on
4  online chats or reviews.
5    Q. Okay. Was it also --
6        THE REPORTER: Online
7  chats --
8        THE WITNESS: Or reviews.
9  BY MR. MCCUE:
10    Q. Was it also an issue with attorney
11  general complaints to certain DBAs and to kind
12  of create a clean name that another DBA would be
13  chosen?
14    A. I recall when there is a negative
15  review --
16    Q. Yeah.
17    A. -- that it was -- that there was times
18  when they wanted -- they tried to remove those
19  and could not. So then, at that point, there's
20  a few times where they said, well, we have a
21  different landing page where it's not associated
22  (indiscernible).
23    Q. Right.
24        THE REPORTER: A different
25  landing --

1        THE WITNESS: A landing page.
2        THE REPORTER: -- (indiscernible).
3        THE WITNESS: Landing page.
4        THE REPORTER: Okay.
5  BY MR. MCCUE:
6    Q. Do you refer to all these different
7  general entities kind of broadly as Travel
8  Services?
9    A. For the exception of The Marketing
10  Group, yes.
11    Q. Okay. All right. So in terms of the
12  entities that are mark -- telemarketing trying
13  to sell cruises, you said that Resort Marketing
14  Group is the formal corporation behind that.
15  But do you generically refer to it as Travel
16  Services?
17    A. Yes.
18    Q. Okay. So for today's deposition, I'll
19  do the same.
20    A. Okay.
21    Q. So when I use that term, that's what I
22  mean. I mean, the entities that are involved in
23  the telemarketing. Is that understood?
24    A. Okay.
25    Q. Okay. Explain how Travel Services made

1  money.
2    A. Travel Services made money by acquiring
3  members and then traveling the members.
4    Q. Okay. So acquiring the members, how
5  would they acquire the members?
6    A. A number of different ways from face-
7  to-face meetings, presentations, to online
8  efforts, to printed material, to telemarketing.
9    Q. Okay. So the telemarketing was -- when
10  you first joined Resort Marketing Group -- I
11  believe you said 2005?
12    A. Yes.
13    Q. Okay. Was Resort Marketing Group
14  trying to obtain new members for its club via
15  telemarketing?
16    A. Yes.
17    Q. And was it doing so using pre-recorded
18  message?
19    A. I do not believe in 2005.
20    Q. Okay. When, to your memory, did Resort
21  Marketing Group start using pre-recorded
22  messages to try to sell cruises?
23    A. I don't recall the date.
24    Q. A general date?
25    A. I don't recall.

1    Q. By 2010, were they using pre-records?
2    A. I don't recall the exact date.
3    Q. Okay. Well, let's start really
4  basically.
5    A. Yeah.
6    Q. Did Resort Marketing Group use pre-
7  records to telemarket trying to sell cruises?
8    A. Trying to sell a number of different
9  vacations including cruises.
10    Q. Okay. Did they telemarket via pre-
11  records specifically using the trade names of
12  Carnival and Norwegian and Royal Caribbean
13  Cruise Lines?
14    A. It -- can you repeat that question?
15    Q. Sure. Did Resort Marketing Group
16  telemarket via pre-record the message of which
17  specifically mentioned Carnival, Royal and
18  Norwegian Cruise Lines?
19    A. I don't recall if the cruise lines were
20  in the message.
21    Q. No memory of the substance of the
22  message at all.
23    A. I don't recall, no.
24    Q. Okay.
25        MR. MCCUE: Let's mark this as the

7 (Pages 22 - 25)

Page 26

1  first exhibit.
2          THE REPORTER:  You want that marked
3  specifically as Plaintiff's or another party?
4          MR. MCCUE:  Plaintiff's 1, yep.
5          THE REPORTER:  Okay.
6          MR. BECKER:  Just for the record
7  now --
8          MR. MCCUE:  Just for what -- yeah,
9  on the record?
10         MR. BECKER:  Over the course of the
11 dep, do you want us to mark ours separately from
12 yours starting with 1 again or do you just want
13 to a Rader1 all the way through?
14         MR. MCCUE:  Why don't we just do
15 Rader1.
16         MR. BECKER:  Yeah.
17         MR. MCCUE:  Unless -- let's just do
18 them as sequentially --
19         MR. BECKER:  Yeah.  So we're not
20 going to distinguish between Plaintiff's 1 and
21 Defendant's 1.  We'll just do sequential all the
22 way through.
23         THE REPORTER:  So you want not
24 Plaintiff but Rader.
25         MR. MCCUE:  Well, just 1.

Page 27

1          THE REPORTER:  But Rader not
2  Plaintiff.
3          MR. BECKER:  Right.
4          MR. MCCUE:  Yes.  But you don't
5  have to write "Rader" on every single one.
6          MS. MACIVOR:  It'll just be Exhibit
7  1.
8          MR. MCCUE:  Right.
9          THE REPORTER:  Just say Exhibit 1.
10         MR. BECKER:  Yeah.  You don't have
11 to spend time writing "Rader" on all of them.
12 We'll just do Deposition Exhibit 1,
13 2 --
14         THE REPORTER:  Just Plaintiff's
15 Exhibit 1.
16         MR. MCCUE:  No.  Just 1.
17         MS. MACIVOR:  Just Exhibit 1.
18         MR. MCCUE:  All it is is 1.
19 Exhibit 1.
20         THE REPORTER:  Okay.
21 (Exhibit No. 1 marked)
22         MR. MCCUE:  Okay.  This'll be the
23 first exhibit.
24 BY MR. MCCUE:
25     Q.  Mr. Rader, I'll show you what was

Page 28

1  marked as Exhibit 1.  Take a few moments to look
2  at that and let me know when you're ready.
3      (Pause)
4      A.  I'm done.
5      Q.  Okay.  Does this refer to --
6          MR. BECKER:  No, no.  Wait a
7  minute.  Wait a minute.
8  BY MR. MCCUE:
9      Q.  You ready?
10     A.  Yes.
11     Q.  What is Exhibit 1?
12     A.  Exhibit 1 looks like it's the Press 1
13 script.
14     Q.  Okay.  So let's define a few things.
15 What does Press 1 mean in your view?
16     A.  In this case, it's referring to the
17 dialer.
18     Q.  Okay.
19         THE REPORTER:  Referring to the
20 what?
21         THE WITNESS:  Dialer.
22 BY MR. MCCUE:
23     Q.  Let me just break that down so we're
24 clear.  When you say Press 1, is that the same
25 as a pre-recorded message?

Page 29

1      A.  In this case it is, yeah.
2      Q.  Okay.  So a message goes out to someone
3  over the phone, correct?  A pre-recorded message
4  goes out over the phone and the consumer that
5  receives the message would hear something like
6  what's in Exhibit number 1.
7      A.  Correct.
8      Q.  And would you also call that a
9  robocall?
10         MR. BECKER:  A what?
11         MR. MCCUE:  A robocall,
12 R-O-B-O-C-A-L-L.
13         THE WITNESS:  Yes.
14 BY MR. MCCUE:
15     Q.  Okay.  So just so that we have terms
16 defined properly, a Press 1, a pre-recorded,
17 robocall are all the same thing, is that
18 correct?
19     A.  Yes.
20     Q.  Okay.  Did Travel Services use Press 1s
21 to market the cruise lines using their trade
22 names?
23         MR. BECKER:  Object to the form.
24         MS. MACIVOR:  Object to the form.
25 BY MR. MCCUE:

8 (Pages 26 - 29)

Page 30

1    Q. When they object, you can still answer.
2    A. Travel Services used to market
3  themselves.
4    Q. Okay.
5        MR. BECKER: Travel did what?
6        THE WITNESS: Travel Services used
7  the market for themselves.
8  BY MR. MCCUE:
9    Q. Yeah.
10   A. In this case, they were referring to a
11  cruise that they could be then fulfilled through
12  the cruise lines.
13   Q. I understand. They're trying to sell
14  cruises, though, right?
15   A. They're trying to get members.
16       MS. MACIVOR: Object to the form.
17  BY MR. MCCUE:
18   Q. Okay. And they get members by selling
19  cruises and then add them to their membership
20  club, is that correct?
21   A. They get members by giving -- they get
22  members through incentives to add to the
23  database and then they travel them.
24   Q. Okay. So back to how -- well, first,
25  let's make sure we're crystal clear. Exhibit 1

Page 31

1  reflects Press 1s that Travel Services used in
2  its telemarketing practices.
3    A. Correct.
4        MS. MACIVOR: Object to the form.
5        MR. BECKER: Just want to make
6  sure --
7        MR. MCCUE: Correct.
8        THE WITNESS: Correct.
9  BY MR. MCCUE:
10   Q. Okay. And Exhibit 1, would you agree
11  with me that it's a chronology that's
12  essentially a diary of the different Press 1s
13  that were used during this period of time
14  reflected on Exhibit 1?
15       MS. MACIVOR: Object to the form.
16  Lack of foundation.
17       THE WITNESS: I mean, that's what
18  this appears to be.
19  BY MR. MCCUE:
20   Q. Okay. Do you remember at some point
21  Beth Valente instructing Laura Fernandez to
22  create a record that shows the history of the
23  different Press 1s that were being used to
24  telemarket cruise lines?
25   A. I do --

Page 32

1        MS. MACIVOR: Object to the form.
2        THE WITNESS: I do not.
3        MS. MACIVOR: Excuse me. You have
4  to let me object.
5        THE WITNESS: Okay.
6        MS. MACIVOR: -- for the record.
7        THE WITNESS: Yep.
8        MS. MACIVOR: Object to form, lack
9  of foundation, lack of predicate. Go ahead.
10       THE REPORTER: Lack of --
11       MS. MACIVOR: Predicate.
12  Foundation and predicate.
13       THE WITNESS: I do not.
14  BY MR. MCCUE:
15   Q. I forgot what my question was. She was
16  so aggressive.
17       MS. MACIVOR: I was not aggressive.
18  I was trying to get the objection in.
19       THE REPORTER: It was whether Beth
20  told Laura told something.
21       MR. MCCUE: Okay.
22  BY MR. MCCUE:
23   Q. You don't --
24       MR. MCCUE: Thank you, Joe.
25  BY MR. MCCUE:

Page 33

1    Q. You don't recall Beth Valente having a
2  discussion with Laura Fernandez saying, hey,
3  look. Let's keep track of the Press 1s as we
4  change them?
5        MS. MACIVOR: Objection. Lack of
6  foundation. Lack of predicate. Form.
7        THE WITNESS: I don't recall a
8  conversation between Laura and Beth.
9  BY MR. MCCUE:
10   Q. Okay. But Exhibit 1 does help you
11  recall the substance of the Press 1s that were
12  being used by Travel Services, is that correct?
13       MS. MACIVOR: Objection. Form.
14  Lack of foundation. Lack of predicate. Go
15  ahead.
16       THE WITNESS: These look like
17  scripts that could have been used for a pre-
18  recorded message.
19  BY MR. MCCUE:
20   Q. Okay. And this is consistent with your
21  memory of what the substance of those messages
22  was, correct?
23       MS. MACIVOR: Objection. Form.
24  Lack of foundation. Lack of predicate.
25       THE WITNESS: I don't recall the

9 (Pages 30 - 33)

Page 34

1 exact specifics of these.
2 BY MR. MCCUE:
3    Q. All right. So let's go back to Travel
4 Services and how they make money. You talked
5 about how -- so these telemarketing calls are
6 being made to -- in your words, to try to get
7 consumers to accept the incentive and to join
8 the club.
9       MS. MACIVOR: Objection.
10 Mischaracterizes his testimony. And form.
11       THE WITNESS: They tried to get the
12 consumers to see the good deals that they have
13 to offer.
14 BY MR. MCCUE:
15    Q. Okay.
16    A. And then have them join the club by
17 traveling them successfully.
18    Q. Okay. And when they joined the club,
19 how would they make money off of the consumers?
20    A. By traveling them --
21    Q. Okay.
22    A. -- and offering them a variety of
23 services that -- it also includes things outside
24 of travel such as things that they can do in
25 their hometown --

Page 35

1    Q. Okay.
2    A. -- such as savings on entertainment.
3    Q. All right. Looking at the substance of
4 these Press 1s. The first one, which is on
5 Bates 009 of Exhibit 1. It says:
6 "Congratulations! You filled out an entry
7 form." It talks about the spring promotion from
8 one of our preferred vendors.
9       Was there any type of entry form that
10 consumers filled out to be selected to receive a
11 cruise?
12       MR. BECKER: Objection. Lack of
13 foundation.
14       THE WITNESS: We did have --
15       MS. MACIVOR: Objection. Form.
16 Lack of foundation. Lack of predicate.
17       THE WITNESS: We did have the
18 landing pages where you could fill out an entry
19 form to -- that then came over as a lead to
20 us --
21 BY MR. MCCUE:
22    Q. Okay.
23    A. -- in order to travel them.
24    Q. You're referring to Travel Services'
25 own websites, correct?

Page 36

1    A. There is their own websites and there's
2 also a third party that was -- created these
3 websites in order to create leads as well.
4    Q. Okay. Which websites are you referring
5 to?
6    A. I don't remember the URLs.
7    Q. Okay. Do you agree with me that Travel
8 Services purchased a large amount of consumer
9 data from an entity called Caldwell List?
10       MS. MACIVOR: Object to the form.
11       THE WITNESS: I'm not sure in terms
12 of -- can you define "large" or --
13 BY MR. MCCUE:
14    Q. Well, that they purchased data from
15 Caldwell.
16    A. Yes.
17    Q. Okay. And was that data -- was it your
18 understanding that data was consumers who filled
19 out entry forms to specifically get calls from
20 Royal Caribbean, Carnival or Norwegian Cruise
21 Lines?
22       MS. MACIVOR: Objection to the
23 form. Lack of foundation. Lack of predicate.
24       THE WITNESS: They were opting in.
25       MR. BECKER: What was the last one?

Page 37

1 Lack of foundation and lack of form?
2       MS. MACIVOR: Predicate.
3       MR. BECKER: Oh.
4       THE WITNESS: They were opting in
5 to receive travel deals.
6 BY MR. MCCUE:
7    Q. Okay. And we'll get more into that
8 later but in terms of the specific entry forms,
9 I want you to exhaust your memory as to where
10 these entry forms came from that your Travel
11 Services is calling and saying congratulations,
12 you filled out a form and you were selected
13 today. What does -- exhaust your memory as to
14 where are these entry forms?
15       MS. MACIVOR: Form. Asked and
16 answered.
17       THE WITNESS: That people from the
18 leads were going to opt in information about
19 trying to get more travel, thus creating the
20 form.
21 BY MR. MCCUE:
22    Q. Okay. So we'll get back to that issue
23 and move on for now.
24       Did Travel Services charge consumers
25 for these cruises?

10 (Pages 34 - 37)

Page 38

1  A. Yes.
2  Q. And what were they charged?
3  A. I don't know. I did not handle
4  fulfillment.
5  Q. Okay. What was your title for the
6  Travel Services entities?
7  A. It started as marketing manager.
8  Q. Okay. At some point, were you the vice
9  president of marketing?
10  A. Yes.
11  Q. So are you aware that consumers were
12  told upfront that they had to pay taxes and port
13  fees?
14     MS. MACIVOR: Form. Lack of
15  foundation. Lack of predicate.
16     THE WITNESS: Can you define how
17  they were told that --
18  BY MR. MCCUE:
19  Q. You're the vice president of marketing,
20  right? When a consumer says I'm interested in
21  more about these cruises, what are they told in
22  terms of what are going to be the causes?
23  A. That -- I recall that one way was that
24  they could pay that upfront. And then --
25  Q. Okay.

Page 39

1  A. -- they could pay the rest of -- the
2  discounted portion on the back end.
3  Q. Okay. Pay what upfront?
4  A. Some of the port fees and taxes. They
5  can pay that portion of it, how it's broken
6  down.
7  Q. Okay. And they had to do that right
8  away, right? To proceed in the process, they
9  had to make an initial payment to Travel
10  Services.
11  A. Correct.
12  Q. Okay. And how much was that generally?
13  A. I don't recall.
14  Q. What is breakage?
15  A. In general?
16  Q. I'm more interested specifically how it
17  relates to Travel Services?
18  A. Breakage would be how if you sold ten
19  things and five of them did not -- five people
20  did not take advantage of the offer, then your
21  breakage was five.
22  Q. Okay. If -- bring that back to the
23  context of selling cruises. How does breakage
24  apply?
25  A. If you sold --

Page 40

1     MS. MACIVOR: Object to the form.
2     THE WITNESS: If you sold ten
3  memberships and the people didn't travel or
4  didn't or didn't utilize that offer, then if
5  five of them didn't then your breakage was five.
6  BY MR. MCCUE:
7  Q. Okay.
8     MR. BECKER: Your breakage was
9  what?
10     THE WITNESS: Was five.
11  BY MR. MCCUE:
12  Q. Was that a way in which Travel Services
13  generated revenue was into breakage?
14  A. We did not want breakage in terms of
15  how they generated revenue. In the bottom line,
16  I'm not sure how that was affected.
17  Q. Why would --
18     MR. BECKER: How that was affected?
19     THE WITNESS: How that was affected
20  one way or another.
21  BY MR. MCCUE:
22  Q. Why would Travel Services not want
23  breakage?
24  A. Because they wanted that person to
25  travel because they're going to make more money

Page 41

1  when that person's a lifetime member.
2  Q. Okay. Do you have any idea as to the
3  amount of revenue generated by Travel Services
4  via breakage?
5  A. No idea.
6  Q. Okay. Are you aware that reports could
7  be run internally at Travel Services to break
8  down the amount of breakage for the cruise
9  lines?
10     MS. MACIVOR: Form. Lack of
11  foundation. Lack of predicate.
12     THE WITNESS: No.
13  BY MR. MCCUE:
14  Q. Okay. If a consumer didn't fall
15  through on their cruise, what would happen to
16  the taxes and the port fees that they paid?
17  A. Generally, they would be contacted to
18  take the cruise. And if they still did not,
19  they would sit there until that person contacted
20  again. Even if that person was outside their
21  window, often time, it was my understanding that
22  they would allow them to further that window
23  because it enhanced the chances of them becoming
24  a member.
25  Q. Okay. And if all those efforts were

11 (Pages 38 - 41)

1  exhausted, would that become breakage?
2      A. Yes.
3      Q. Okay. What are net rates?
4      A. I did not handle the fulfillment but my
5  understanding is the net rates are the rates
6  from a travel vendor that is given to a travel
7  agency.
8      Q. Okay. Are you aware -- are net rates
9  given to every travel agent in the country or is
10  it a select few?
11      A. I have no idea.
12      Q. Okay. What are A&F rates?
13      A. A&F?
14      Q. Yeah.
15      A. No idea.
16      Q. What is a certificate program?
17      A. No idea.
18      Q. Turn back to Exhibit 1. Does this help
19  you, if you look at the third page, is May 10th,
20  2010 as a date, and underneath that is a script
21  for a pre-record. Would you agree with that?
22          MS. MACIVOR: Objection to form.
23          THE WITNESS: What page are you on?
24  BY MR. MCCUE:
25      Q. On the third page in the exhibit.

1          MS. MACIVOR: Lack of foundation.
2  Lack of predicate.
3          THE WITNESS: Yes. That appears to
4  be.
5  BY MR. MCCUE:
6      Q. Okay. Does that refresh your memory as
7  to approximately when Travel Services started
8  telemarketing by a pre-recorded message?
9      A. I mean, it's a number on here. I can't
10  say that just because it's on the sheet --
11      Q. I understand.
12      A. Yes.
13      Q. I'm trying to see if it refreshes your
14  memory.
15      A. No. I've -- I mean, being that it was
16  five years ago, I don't have a good standpoint
17  of what date fell when.
18      Q. Okay. Do you when Travel Services
19  stopped using pre-recorded messages to
20  telemarket using the trade names of the cruise
21  lines?
22      A. I do not.
23      Q. Okay.
24          MS. MACIVOR: I wanted to object to
25  the form. He's still effective in time to

1  object. Object to the form of that last
2  question.
3  BY MR. MCCUE:
4      Q. And let me just make sure I'm crystal
5  clear. Your memory is that Resort Marketing
6  Group was the entity making the telemarket
7  calls.
8      A. Yes.
9      Q. Okay. And that was the entity -- could
10  you identify for me the names of the individuals
11  who were working for Ms. Valente who had the
12  leadership role with the telemarketing?
13      A. In terms of leadership, you know,
14  nobody could do anything without Beth's
15  approval. I mean, I was the vice president and
16  I clocked in and out of a timeclock --
17      Q. Right.
18      A. -- daily and for lunches. If I needed
19  50 cents to give somebody in the lobby for
20  water, I had to seek approval for that.
21      Q. Okay.
22      A. So can you -- I mean, define
23  leadership.
24      Q. Well, I understand you guys had call
25  centers with a lot of telemarketing sales reps,

1  correct?
2          MS. MACIVOR: Object to the form.
3  Lack of foundation. Lack of predicate.
4          THE WITNESS: We had telemarketing
5  centers, correct.
6  BY MR. MCCUE:
7      Q. What I'm not interested in is the name
8  of every TSR, okay?
9      A. Okay.
10      Q. What I'm interested in are the names of
11  the managers, people that were in charge and
12  supervisors.
13      A. Depending on the rooms, Benny Aguilera.
14          MR. BECKER: Say again.
15          THE WITNESS: Benny Aguilera.
16          MR. BECKER: B-E-N-N-Y.
17          THE WITNESS: B-E-N-N-Y. Was a --
18  ran the sales rooms.
19  BY MR. MCCUE:
20      Q. Okay.
21      A. In terms of the different managers he
22  had underneath him, I remember that there is a
23  Joshua. I don't recall his last name.
24      Q. And let me stop you there. I'm
25  interested in kind of Benny and above.

12 (Pages 42 - 45)

Page 46

1    A. You know, Rich Borst was somebody I
2  would deem that I reported to at times.
3    Q. Okay.
4        THE REPORTER: How do you spell
5  Borst?
6        THE WITNESS: B-O-R-S-T.
7        And he was the president of the
8  company.
9  BY MR. MCCUE:
10   Q. President of Resort Marketing Group?
11   A. Yes.
12   Q. Okay. Are you finished with the
13 answer?
14   A. Yes.
15   Q. Okay. Who was Laura Fernandez and what
16 was her role?
17   A. She was a manager. She handled a lot
18 with fulfillment. She handled a number of
19 different things within the different companies
20 or doing business as companies.
21   Q. Okay. How about Jamie Smith?
22   A. Director of IT.
23       MR. MCCUE: We'll mark this as the
24 next two exhibits.
25   (Exhibit Nos. 2 and 3 marked).

Page 47

1        THE REPORTER: That's 2 and 3?
2        MR. MCCUE: Yes, sir.
3        THE REPORTER: 2.
4        MR. MCCUE: This is 2?
5        MS. MACIVOR: You have one for me?
6        MR. MCCUE: This is 3? And I'll
7  give both to (indiscernible). There you go.
8  BY MR. MCCUE:
9    Q. Mr. Rader, I want to turn your
10 attention now to different seminars that you
11 took over the years about telemarketing. Can
12 you first exhaust your memory about -- well,
13 before Kathy says lack of predicate, lack of
14 foundation, did you take any seminars over the
15 years about telemarketing compliance?
16   A. No.
17   Q. No. Okay. So I'll show you what's
18 been marked as Exhibit 2 and Exhibit 3. Ask you
19 to take a look at those e-mails. And let me
20 know when you're ready.
21       MR. MCCUE: You guys have an extra
22 copy of --
23       MR. BECKER: Yeah, I do.
24   (Conversation off the record)
25       THE WITNESS: Okay.

Page 48

1  BY MR. MCCUE:
2    Q. Okay. Exhibit 2 and Exhibit 3 appear
3  to be emails talking about attendance at
4  different compliance seminars. Would you agree
5  with that?
6    A. Yes.
7    Q. Okay. Did you actually go to these
8  seminars?
9    A. No.
10   Q. Okay. Is there a reason why you
11 didn't?
12   A. I don't recall.
13   Q. Okay. I'm going to turn your attention
14 now to your personal knowledge about
15 telemarketing compliance issues. And let me
16 take you through our chronology.
17       Back in 2010, let's just use this as a
18 special starting date, did you have any
19 knowledge about the telemarketing laws called
20 the TCPA or Telephone Consumer Protection Act?
21   A. I didn't. That was not my role to know
22 the legal part of it.
23   Q. Okay.
24       MR. BECKER: To know the legal
25 part?

Page 49

1        THE WITNESS: That was not my role
2  to know the legal part of it.
3  BY MR. MCCUE:
4    Q. So we started in 2010. Did that at any
5  time from 2010 to the time you left working for
6  Beth Valente in 2 -- was it 2015? 2014.
7    A. No.
8    Q. Did that change? Okay.
9        MR. BECKER: Did that change?
10       THE WITNESS: No.
11 BY MR. MCCUE:
12   Q. So you had no personal knowledge about
13 the legal requirements under the Telephone
14 Consumer Protection Act?
15   A. No. Just things that might have been
16 forwarded or things that I might have learned
17 that I had no knowledge of, like what specific
18 laws or --
19   Q. Okay.
20   A. -- or what exactly needed to be
21 compliant or not compliant.
22   Q. Okay. So that really is what I'm
23 interested in is what did you learn over the
24 years, like what knowledge did you pick up.
25   A. I don't recall specifics. I just

13 (Pages 46 - 49)

1  remember hearing that the laws constantly
2  change.
3      Q.  Okay.  Who at Travel Services was in
4  charge of telemarketing and compliance?
5      A.  Beth.
6      Q.  Okay.  What did Beth, to your
7  knowledge, to educate herself about
8  telemarketing laws?
9      A.  I don't know.  She didn't report to me.
10  It was the other way around.  So I don't know.
11      Q.  Okay.
12          MR. BECKER:  Pardon me.  Do what?
13          THE WITNESS:  She did not report to
14  me.  I reported to her.
15  BY MR. MCCUE:
16      Q.  Okay.  So you personally had no
17  knowledge about, say, for example, do not call
18  laws.
19      A.  I did not know the specific laws,
20  correct.
21      Q.  Okay.  Or about using an auto dialer to
22  call cell phones.
23      A.  Correct.
24      Q.  And the same as using pre-recorded
25  telemarketing to call homes or cell phones.

1      A.  I was not in charge of that, no.
2      Q.  Okay.  You mentioned earlier in your
3  testimony purchasing opt-in leads.  Bring you
4  back to that testimony.  What is an opt-in lead?
5          MR. BECKER:  Is it an opt-in or
6  opting?
7          MR. MCCUE:  Yeah.  O-P-T --
8          MR. BECKER:  Yeah.
9          MR. MCCUE:  -- I-N.  Two words.
10          THE WITNESS:  An opt-in lead is
11  when somebody goes online or in person and opts
12  to receive more information about something.
13  BY MR. MCCUE:
14      Q.  Okay.  And was it your understanding at
15  some point that if someone opted in, they could
16  be sent telemarketing calls?
17      A.  That sounds right.
18      Q.  All right.  And they could be sent
19  telemarketing calls as an exemption to the
20  Telephone Consumer Protection Act?
21      A.  Yes.  That's right.
22      Q.  What is the basis for that?  Like, who
23  told you that you could make -- did someone tell
24  you or was it your understanding you could use
25  opt-in leads to call people on the "Do not call"

1  list?
2      A.  I believe that, yes.
3      Q.  Who told you that?
4      A.  I don't recall.  It's -- I read it or
5  somebody told me that.
6      Q.  All right.  Similar to using auto
7  dialers to call cell phones, was it your
8  understanding that you could use opt-in leads to
9  call cell phones via auto dialer and -- despite
10  the Telephone Consumer Protection Act?
11      A.  You know, I remember thinking different
12  things.  Just learning -- mind developed hearing
13  different things on how the laws changed.  But I
14  believed at some time, I believed that, yes.
15      Q.  Okay.  And again, do you recall who
16  told you that or how you knew that?
17      A.  I don't.
18      Q.  Same question about the use of pre-
19  recorded messages that you think that opt-ins
20  would entitle or allow Travel Services to call
21  residences and cell phones using a pre-recorded
22  message?
23      A.  Yeah.  Same answer.  I believed.
24      Q.  Same answer.
25          MR. BECKER:  Know what?

1          THE WITNESS:  Same answer.
2  BY MR. MCCUE:
3      Q.  Okay.  Let me ask you more specifically
4  about an opt-in.  What -- in your mind, what is
5  an opt-in lead?  I know you said someone goes on
6  a website and does what?
7          MS. MACIVOR:  Objection.  Asked and
8  answered.
9          THE WITNESS:  They opt in more
10  information.
11          MR. BECKER:  Say it again.
12          THE WITNESS:  They opt to get more
13  information.
14  BY MR. MCCUE:
15      Q.  More information about what?
16      A.  Whatever it's about.  More information
17  about whatever they were searching for, whatever
18  it was they were looking at.
19      Q.  Okay.  So if someone goes on a travel
20  related website and opts in, is it your
21  understanding that they're asking to be contacted
22  by a pre-recorded message to sell Carnival
23  Cruise Lines?
24          MR. BECKER:  Objection to form.
25          MS. MACIVOR:  Objection to form.

14 (Pages 50 - 53)

1        MR. BECKER: Lack of foundation.

2        MS. MACIVOR: Lack of foundation.

3  Lack of predicate.

4        THE WITNESS: It is my

5  understanding that if somebody goes to opt-in

6  regardless of what they're looking at, they're

7  asking to get more information, to be contacted

8  by a phone, print, text. Pre-recorded messages.

9    Q. By anybody?

10       MR. BECKER: Objection. Lack of

11  foundation. Lack of predicate.

12       MS. MACIVOR: Join.

13       THE WITNESS: That they're asking

14  to get the more information. It doesn't matter.

15  I don't know that it matters where it comes

16  from.

17  BY MR. MCCUE:

18    Q. Okay. And I'm just looking for your

19  understanding.

20    A. Yeah.

21    Q. And so, in your mind, an opt-in does

22  not have to be specific to Carnival, Royal or

23  Norwegian Cruise Lines, is that true?

24    A. I believe that, yes.

25    Q. You believe it does not need to be that

1  specific.

2    A. I believe that, yes, at some -- back in

3  time, I believed that, yes.

4    Q. Okay. I just want the record to be

5  clear. Is it your understanding that an opt-in

6  does not have to be specific to Carnival,

7  Norwegian or Royal?

8       MS. MACIVOR: Form. Asked and

9  answered.

10      THE WITNESS: For what?

11  BY MR. MCCUE:

12    Q. To be used to telemarket via pre-

13  recorded message.

14      MS. MACIVOR: Form. Asked and

15  answered.

16      MR. BECKER: And lack of

17  foundation.

18      MS. MACIVOR: Join.

19      THE WITNESS: So they're opting in

20  for more travel. I don't know -- well, how the

21  cruise lines come in to play.

22  BY MR. MCCUE:

23    Q. I guess this is what I'm interested in.

24    A. Yes.

25    Q. When you say -- you think the consumers

1  who are opting in --

2    A. Yeah.

3    Q. -- are opting in to receive travel

4  information, correct?

5    A. Well, it depends what they're looking

6  at, but yeah.

7    Q. Sure. All right. So assume Ms.

8  Valente testified in her deposition that the

9  people who opted in were looking for discount

10  travel, would you agree with that?

11      MR. BECKER: Hold on. Hold on.

12  I'm going to object. Lack of foundation.

13  Incomplete hypothetical.

14      MR. MCCUE: Yeah. It's --

15      MS. MACIVOR: Join.

16      THE WITNESS: In terms of

17  specifics, though, what she testified to.

18      MR. MCCUE: All right. Let's

19  withdraw that.

20      THE WITNESS: Okay.

21  BY MR. MCCUE:

22    Q. Is it your memory that the opt-ins were

23  people who were looking for, generically,

24  broadly, looking for discount travel?

25      MS. MACIVOR: Object to the form.

1      THE WITNESS: I believe that they

2  were looking for travel, travel -- places were

3  discounted. They were looking -- they were

4  interested in travel.

5  BY MR. MCCUE:

6    Q. Okay. But they weren't -- they didn't

7  specifically say I am opting in to receive a

8  telemarketing call from Carnival, Norwegian or

9  Royal.

10      MR. BECKER: Objection. Objection.

11  Lack of foundation. Incomplete hypothetical.

12      MS. MACIVOR: Join. Lack of

13  predicate.

14      THE WITNESS: In terms of -- yeah.

15  It is my belief that they're not saying I want a

16  call from a specific person.

17  BY MR. MCCUE:

18    Q. Correct. Okay. Or entity.

19    A. Or entity.

20      MR. BECKER: Let me just get a

21  (indiscernible) order.

22      MR. MCCUE: Sure. Just let me know

23  when you're ready.

24      MR. BECKER: (Indiscernible).

25      MR. MCCUE: County's favorite

15 (Pages 54 - 57)

1 objection.
2          MS. MACIVOR: Only if
3 (indiscernible).
4          MR. MCCUE: Okay. We can mark it
5 as the next exhibit. This is 4.
6     (Exhibit No. 4 marked for identification).
7 BY MR. MCCUE:
8     Q. Mr. Rader, I want to take your
9 testimony next to Asteria dialer base or the
10 dialer as I believe you called it. And I put
11 before you Exhibit 4. I just want to have you
12 take a second to look through that and I'll ask
13 you questions about it when you're ready.
14     (Pause)
15     A. Okay.
16     Q. What was your understanding of the dialer
17 database or the dialer, as you mentioned? What
18 was it, in your opinion, in your mind?
19     A. There is a couple different dialers.
20 There is a predictive and a robo dialer.
21     Q. Okay. All right. So are you referring
22 to computer equipment that was owned by R&G?
23     A. No. When I talked about the dialer, a
24 predictive that I'm referring to, that was a way
25 to make the calls.

1     Q. Okay.
2     A. The other -- different -- there's third
3 parties as well as software that you could
4 purchase.
5     Q. I understand. Let me take your
6 attention to -- well, to lay a foundation, who
7 was Asteria?
8     A. I don't -- I know -- I have heard that
9 name many times --
10     Q. Okay.
11     A. -- but I don't know specifically what
12 they do from a technology standpoint.
13     Q. Okay. How did Travel Services initiate
14 a telemarketing campaign? How did it work?
15          THE REPORTER: How did what?
16          MR. MCCUE: How did Travel Services
17 initiate --
18          THE REPORTER: No. I --
19          MR. MCCUE: -- the telemarketing
20 campaign.
21          THE REPORTER: Okay.
22          THE WITNESS: How would it start?
23 BY MR. MCCUE:
24     Q. Yeah. How would it start?
25     A. You have to figure out a way how you're

1 calling the people, whether people dialing it.
2 Is it predictive? Is it an auto dialer? So
3 you'd start to where how you were running --
4     Q. Okay.
5     A. -- the call.
6     Q. So let's assume --
7     (Tone was sounded)
8          MR. BECKER: (Indiscernible).
9 BY MR. MCCUE:
10     Q. So let's assume we're doing a pre-
11 record campaign.
12     A. Okay.
13     Q. Okay? How would you start a pre-record
14 telemarketing campaign?
15     A. We'd have to figure out how we were
16 making -- who we were making the calls to.
17     Q. Okay. We talked about cruise lines
18 pre-records. Did Travel Services also use pre-
19 records to promote other products besides
20 cruises?
21     A. Yes.
22     Q. And what other products?
23     A. Well, Travel Services and The Marketing
24 Group and even a non-profit that we have not
25 talked about --

1     Q. Right.
2     A. -- for all different things, different
3 ways that they could reach out to people.
4     Q. Okay.
5     A. So there is travel packages, business
6 to business, donations from the non-profit.
7     Q. Yeah.
8     A. Recurrence of once they were already
9 members and you could renew a member, like just
10 letting him know that it was time for renewal.
11     Q. Okay.
12     A. Type (indiscernible) thank yous for
13 thank you for your renewal.
14     Q. Okay. And all of that would be done
15 using pre-recorded messages or the dialer
16 system.
17     A. Yes.
18     Q. Okay. Let me focus you on cold calls.
19 What is a cold call?
20     A. In my eyes, a cold call is just calling
21 somebody that is -- you're calling them from a
22 hand phone to another phone.
23     Q. Okay. The Exhibit 1, when we talked
24 about the Press 1 scripts --
25     A. Okay.

16 (Pages 58 - 61)

1    Q. -- would -- the people who got those,
2  would those be essentially cold calls?
3    A. No.
4    Q. How come?
5    A. Because they have to press 1.
6    Q. Okay. Okay. Okay. All right. But
7  Exhibit 1 would be used to hopefully find new
8  customers for Travel Services, correct?
9    A. Correct.
10    Q. All right. So --
11        MS. MACIVOR: Object. I'm going to
12  object to the form on that. Lack of foundation.
13  Lack of predicate.
14  BY MR. MCCUE:
15    Q. All right. What I'm trying to
16  understand is why wouldn't these calls be cold
17  calls on Exhibit 1 when someone gets a
18  pre-record and starts "Congratulations! You
19  filled out an entry"? Why is that not a cold
20  call in your mind?
21    A. My interpretation of a cold call is
22  that you're calling somebody from -- you're
23  picking up the phone and calling them.
24    Q. Okay.
25    A. So you're picking it up with the hand

1  phone.
2    Q. Okay. All right. So the consumers who
3  got these pre-records that are -- the scripts
4  that are in Exhibit 1, these would be -- these
5  were calls based upon these opt-in leads,
6  correct?
7        MS. MACIVOR: Objection. Lack
8  of -- form. Foundation. Lack of predicate.
9  And form.
10        THE WITNESS: Not necessarily.
11  BY MR. MCCUE:
12    Q. Okay.
13    A. So not --
14    Q. Can you explain?
15    A. -- necessarily just opt-in. I mean,
16  there is a number of different ways that they
17  can wind up in a campaign.
18    Q. Okay. Would you agree with me that
19  when you start a pre-recorded telemarketing
20  campaign, you would have to load up a database
21  of leads or linked to a database of leads?
22    A. There would have to be leads to call.
23  I specifically would not load them up.
24        THE REPORTER: I specifically --
25        THE WITNESS: I specifically would

1  not load them up.
2  BY MR. MCCUE:
3    Q. And was that all done kind of over the
4  computer and over the internet?
5    A. Yes.
6    Q. Okay. Just look at Exhibit 4. Explain
7  to me what is Exhibit 4? Looks like an e-mail
8  from you to Beth Valente dated May 26th, 2011?
9        MR. BECKER: '11.
10        MR. MCCUE: 2011.
11        THE WITNESS: Yeah. I'm not sure I
12  really get what this e-mail is talking about. I
13  mean, I see what -- I see some of it but I'm not
14  sure what my reference means.
15  BY MR. MCCUE:
16    Q. Okay. Well, just looking at the
17  substance of it, you're referring to 525 TS-2
18  2700 inbound calls. What do you think that
19  means?
20    A. The inbound calls of people who press 1
21  from the dialer.
22    Q. Okay. So are we talking about a
23  telemarketing campaign here where 654,000 people
24  were dialed, halfway down the page?
25    A. Yes.

1    Q. All right. And out of that, 2700
2  pressed 1?
3    A. Yes.
4    Q. Okay. Is that generally familiar and
5  consistent with your understanding of how many
6  calls had to be made to generate that many Press
7  1s?
8    A. No. In terms of the stats or
9  percentages, I'm not sure --
10        THE REPORTER: In terms of the
11  what?
12        THE WITNESS: In terms of the stats
13  or percentages, I'm not sure that that's
14  accurate.
15  BY MR. MCCUE:
16    Q. All right. Down at the bottom, it says
17  6,796 of those humans pressed either a 1 or a 2.
18  2500 pressed 1 and 4,000 pressed 2 for the DNC.
19  Do you see that?
20    A. I do.
21    Q. All right. First of all, when you
22  refer to humans, is that a disposition code from
23  something?
24    A. I'm not sure what he means except -- I
25  mean, I'm not sure exactly what Jamie means --

17 (Pages 62 - 65)

Page 66

1     Q. Okay.
2     A. -- in this e-mail.
3     Q. Okay. What is a "Press 2 for the DNC"
4  in this context?
5     A. I believe that for the people that they
6  dialed the Press 2 to ask to be put -- not
7  contacted again.
8     Q. Okay. And so, did Travel Services have
9  a database of people who pressed 2 and asked to
10  be put on the DNC, internal DNC?
11     A. There was an internal DNC as well as
12  the dialers had their DNCs.
13     Q. Okay.
14          THE REPORTER: The dialer --
15          THE WITNESS: The dialers had their
16  DNCs as well.
17  BY MR. MCCUE:
18     Q. Why would -- what is your understanding
19  of why people would press 2 to be added to the
20  DNC if they had asked for these calls?
21          MS. MACIVOR: Object to the form.
22  Improper speculation. Go ahead.
23          THE WITNESS: I'm sure that there's
24  a number of different reasons. Perhaps it was
25  somebody's relative that asked for the call and

Page 67

1  they weren't aware of it and somebody else
2  answered the phone. Another reason could be
3  that they don't recall. They don't remember
4  doing it. Maybe they weren't in the mood. So -
5  -
6          THE REPORTER: They were in the
7  mood?
8          THE WITNESS: Were not in the mood.
9  I'm sure there's a number of different reasons.
10  BY MR. MCCUE:
11     Q. Yeah. Do you have any sense as to the
12  number of pre-recorded messages that would
13  typically be made in a telemarketing campaign, a
14  Press 1 campaign, that promoted the cruise
15  lines?
16          MS. MACIVOR: Object to the form.
17  BY MR. MCCUE:
18     Q. Are we talking hundreds of thousands of
19  calls in one campaign?
20     A. I have no idea.
21     Q. Would that surprise if the dialer
22  database shows hundreds of thousands of calls
23  being made per day?
24          MS. MACIVOR: Object to form.
25          THE WITNESS: I don't really recall

Page 68

1  specific numbers.
2          MS. MACIVOR: You need to let me
3  get my objections --
4          THE WITNESS: Okay.
5          MS. MACIVOR: -- on, please.
6  BY MR. MCCUE:
7     Q. Do you have any idea as to the volume
8  of telemarketing calls made by Travel Services
9  using the trade names of the cruise lines?
10     A. I don't recall numbers.
11     Q. Would you be surprised if it was
12  hundreds of millions?
13          MS. MACIVOR: Object to the form.
14          THE WITNESS: I don't recall
15  specific numbers.
16  BY MR. MCCUE:
17     Q. I asked you would you be surprised.
18          MR. BECKER: I object to the
19  incomplete hypothetical.
20          THE WITNESS: Yeah. From a number
21  standpoint, I'm not --
22          MS. MACIVOR: Join.
23          THE WITNESS: -- I would not want
24  to commit one way or another.
25          MS. MACIVOR: I need to make a

Page 69

1  standing objection to Plaintiff's counsel's
2  repeatedly saying that Travel Services was
3  making pre-recorded telephone calls for the
4  cruise lines as that is a complete
5  mischaracterization of the testimony today. So
6  I'm going to make a standing objection to that.
7          MR. BECKER: That's a standing
8  speaking objection which is not appropriate.
9  So --
10          THE REPORTER: Which is what? In
11  terms of --
12          MR. BECKER: It's a speaking
13  objection which is not appropriate. Leading the
14  witness.
15  BY MR. MCCUE:
16     Q. Mr. Rader, let me turn you next to your
17  knowledge about the relationship with the cruise
18  lines. First, let's talk about Carnival.
19          What was your understanding of the
20  relationship between Carnival and Travel
21  Services?
22     A. That Travel Services was able to book
23  travel through Carnival.
24     Q. Okay. And why were they able to book
25  travel through Carnival?

18 (Pages 66 - 69)

Page 70

1    A. They were a certified travel agent.
2    Q. Okay. Did they also have an agreement
3  with Carnival that they could do so?
4    A. I don't know. It's not anything I
5  would handle.
6    Q. All right. And who were the
7  individuals from Carnival that were most
8  involved in the relationship with Travel
9  Services?
10    A. The only one I know (indiscernible)
11  because he used to stop at the office is Tom
12  Panici.
13    Q. Okay. Do you know who Mike Julius is?
14    A. That name sounds familiar.
15    THE REPORTER: How do you spell
16  Panici?
17    THE WITNESS: P-A-N-I-C-I.
18  BY MR. MCCUE:
19    Q. Okay. Kirk Neal? Does that ring a
20  bell?
21    A. That name sounds familiar as well.
22    Q. Okay. As familiar as associated with
23  Carnival?
24    A. I could say Mike Julius was. Kirk Neal
25  sounds like -- sounds familiar but I'm not 100

Page 71

1  percent sure.
2    Q. Who did you deal with from RCL or who
3  did Travel Services deal with from RCL?
4    A. I'm not sure who Travel Services dealt
5  with. Again, that wasn't anything I handled.
6  And I don't recall anybody.
7    Q. Do you know who Mitch Platt is?
8    A. That name sounds familiar.
9    Q. How about Jeff Caesar?
10    A. I don't -- I have not heard that name.
11    Q. All right. Did you hear the name of
12  Marilyn Portal, P-O-R-T-A-L?
13    A. It does not sound familiar.
14    THE REPORTER: Let me just take a
15  look and see how they're spelling --
16    MR. MCCUE: Sure.
17    THE REPORTER: -- all these names.
18  (Pause)
19    THE REPORTER: What was Marilyn's
20  last name? I don't see that one. Marilyn's
21  last name.
22    MR. MCCUE: Portal.
23    MR. BECKER: P-O-R-T-A-L.
24    THE REPORTER: Okay. I got it. I
25  got it.

Page 72

1    MR. BECKER: 5.
2    MR. MCCUE: Next exhibit, 5?
3    MS. MACIVOR: Oh, thank you.
4  (Exhibit No. 5 marked)
5  BY MR. MCCUE:
6    Q. Mr. Rader, before -- again, and for the
7  next document is kind of generically. In your
8  interactions with anyone from Carnival or Royal
9  or Norwegian, were you honest and forthright
10  with them about Travel Services' marketing
11  practices?
12    A. Yes. I believe so.
13    Q. In your observation, was Ms. Valente
14  open and honest with the cruise line about her
15  marketing practices?
16    MS. MACIVOR: Object to the form.
17  Lack of foundation. Lack of predicate.
18    THE WITNESS: From everything that
19  I've seen, yes.
20  BY MR. MCCUE:
21    Q. Okay. Let's go through Exhibit 5
22  carefully. Now if you could take a moment just
23  to review. And as it's an email, so
24  chronologically, they kind of start from more in
25  the back. Specifically, I'm going to ask you

Page 73

1  questions on page 502. And then there's
2  attachments to 502 and then to 501.
3    A. Okay.
4    MR. BECKER: Object to this line of
5  questioning based on lack of foundation.
6    THE WITNESS: Okay.
7  BY MR. MCCUE:
8    Q. Have you had a chance to review it?
9    A. I have.
10    Q. All right. So starting on page 502 --
11  and I'm going to ask for your understanding of
12  these e-mails, and based upon your position as
13  the vice president of marketing. But it looks
14  like on page 502, Beth Valente is sending an
15  e-mail to Carnival and that's talking about how
16  she markets. And she's attached a few things
17  including scripts. Would you agree with that?
18    A. Yes.
19    Q. Now it looks like on page 501 and in
20  response to Ms. Valente's e-mail, Mike Julius at
21  Carnival is asking Tom Panici to look at the
22  comments of a Marilyn Portal and to address
23  these questions to Rich and/or Beth. Do you see
24  that on page 1?
25    A. I do.

19 (Pages 70 - 73)

1    Q.  Okay.  Is Rich in that context, would
2  that be Rich Borst?
3    A.  Yes.
4    Q.  And Beth would be Beth Valente?
5    A.  Yes.
6    Q.  Okay.  And the substance of what
7  they're talking about is how Travel Services
8  does business, is that correct?
9          MR. BECKER:  Objection to form.
10         THE WITNESS:  It appears so.
11         MR. MCCUE:  Mark as the next
12  exhibit.
13    (Exhibit No. 6 marked)
14  BY MR. MCCUE:
15    Q.  Showing you now Exhibit 6 which is
16  another e-mail from -- now it's from April 23rd,
17  2009.  So now they're two days after Exhibit 5.
18  Do you follow that?
19    A.  Yes.
20    Q.  All right.  Exhibit 5 is April 21st,
21  2009.  Exhibit 6 is April 23rd, 2009.  And I'd
22  ask you to take a look through this e-mail and
23  let me know when you're ready.
24    A.  Ready.
25    Q.  Okay.  So would you agree with me that

1  the substance of this e-mail is there is a back
2  and forth between Carnival and Ms. Valente as to
3  how she does business?
4          MR. BECKER:  Objection to form and
5  foundation.
6          THE WITNESS:  It appears that
7  there's questions on the script.  I'm not -- I
8  mean, I don't know about in general how she does
9  business.
10  BY MR. MCCUE:
11    Q.  Okay.  All right.  And the beginning of
12  the e-mail, on page 528, is Tom Panici from
13  Carnival is asking Beth Valente to respond to
14  some of Marilyn's questions that are in blue.
15          THE REPORTER:  That are in the
16  what?
17          MR. MCCUE:  In blue.
18  BY MR. MCCUE:
19    Q.  Correct?
20    A.  Yes.
21    Q.  All right.  And the blue doesn't show
22  up.  But it looks like what Ms. Portal is --
23  she's asking a series of questions as to do
24  you -- how do you call these people, where do
25  you get the numbers from, things like that.

1  Would you agree?
2    (Pause)
3    Q.  So, for example, one-third down the
4  page in parentheticals --
5          MR. BECKER:  What was your answer?
6          MR. MCCUE:  Well, let me withdraw
7  that.
8  BY MR. MCCUE:
9    Q.  One-third down the page in
10  parentheticals there's a question:  how do they
11  get people to call in.  And after that, Ms.
12  Valente responds, "We have a phone system that
13  dials out our list of contacts and affiliates."
14  You see that?
15          MR. BECKER:  Objection to form.
16  Document speaks for itself.
17          THE WITNESS:  Where are you?
18  BY MR. MCCUE:
19    Q.  One-third down the page.  It says, "We
20  have a phone system that dials out our list of
21  contacts and affiliates."
22    A.  Oh, yep.
23    Q.  Okay.  That's correct?  And is that
24  correct in your memory?  That's how Travel
25  Services did business is that they had a phone

1  system that dialed out using a list of contacts
2  and affiliates?
3          MR. BECKER:  Objection to form and
4  foundation.
5          THE WITNESS:  We had a phone system
6  that dialed contacts.
7  BY MR. MCCUE:
8    Q.  Okay.
9    A.  Sure.
10    Q.  All right.  And then in bold which is -
11  - assume for the moment the bold is blue.  Ms.
12  Portal responds, "Where do you obtain these
13  names from?"  And Ms. Valente responds, "We have
14  in the past, used e-mails, newspaper and
15  internet but currently are only using the
16  phone."  See that?
17    A.  I do.
18    Q.  Okay.  Was that true as of that time,
19  April 23rd, 2009 that Travel Services was
20  primarily marketing using the phone or via
21  telemarketing?
22    A.  I have no idea on timelines.
23    Q.  All right.
24          THE REPORTER:  No idea --
25          THE WITNESS:  No idea on timelines.

20 (Pages 74 - 77)

Page 78

1  BY MR. MCCUE:
2      Q. All right. And then in bold, it says,
3  "So if you are calling out via this phone dial
4  system, you would not say 'Thank you for calling
5  Your Travel Headquarters.' Then how do you
6  start the conversation?" Do you see that?
7      A. I do.
8      Q. All right. And the question is "Does
9  the system leave a message in answering machines
10  if nobody answers? What does the message say?"
11  Do you see that?
12      A. I do.
13          MR. MCCUE: Mark this as the next
14  exhibit.
15          THE REPORTER: Exhibit -- that
16  would be.
17          MR. MCCUE: 7.
18      (Exhibit No. 7 marked)
19  BY MR. MCCUE:
20      Q. Refer you to the next exhibit, which is
21  7, which, again, the date is April 23rd. And
22  now we're at 2:30 in the afternoon, which is
23  about an hour after Exhibit 6. Do you see that?
24      A. Yes.
25      Q. Okay. And here -- and we do have a

Page 79

1  copy in blue. Would you agree with me that,
2  again, it's a continuation of this conversation
3  between Panici, Valente and Marilyn Portal?
4      A. Yes.
5      Q. Okay. And Valente says to "Tommy, here
6  are the answers to the questions" at the
7  beginning, correct?
8      A. Yes.
9      Q. And at the bottom, in blue and red, it
10  reads -- the question is "Is the agency paying
11  these cruises out of their own pocket?" The
12  answer: "We are paying the cruise portion and
13  allocating it towards marketing for the
14  membership." Do you see that?
15      A. I do.
16      Q. Is that an accurate statement?
17      A. I believe that is accurate, yes.
18      Q. Okay. The next, it says, "How does the
19  agency make money if they only charge government
20  taxes and fees?" And again, this is Ms. -- this
21  is Ms. Portal of Carnival and Mr. Panici of
22  Carnival asking Ms. Valente various questions.
23  Would you agree?
24      A. Yes.
25      Q. Okay. And the answer to that is "We

Page 80

1  make money from the membership portion of it."
2      A. Yes.
3      Q. And that's consistent with your
4  testimony today, correct?
5      A. Yes.
6      Q. You can turn to the next page, page
7  534. Again, we're reviewing questions that have
8  already been answered but let's go through it
9  carefully. The question is, "Where do you
10  obtain these names from?" The answer: "We have
11  in the past used e-mails, newspaper and internet
12  but currently only the phone." We've already
13  reviewed that, correct?
14      A. Yes.
15      Q. Okay. The next is, "So if you're
16  calling out via a phone dial system, you would
17  not say 'Thank you for calling Your Travel
18  Headquarters.' How do you start the
19  conversation? Does the system leave a message,
20  an answering machine? If nobody answers, what
21  does the message say?" Correct? That's the
22  question?
23      A. Yes.
24      Q. All right. And in red, Ms. Valente
25  responds, "The system we use has them press 1 if

Page 81

1  they are interested in hearing more." Did I say
2  that correctly?
3      A. Yes.
4      Q. Okay. So in red, Ms. Valente is
5  telling Carnival that they are using Press 1s to
6  call lists of consumers using a dial system.
7  Would you agree with that?
8          MR. BECKER: Objection to form and
9  foundation.
10          THE WITNESS: Yes. I'd agree with
11  that.
12  BY MR. MCCUE:
13      Q. And that was the truth, correct?
14          MR. BECKER: Objection to form and
15  foundation.
16          THE WITNESS: Can you -- what's the
17  question that you're asking me?
18  BY MR. MCCUE:
19      Q. The truth was that Travel Services was
20  using Press 1s to call a list of consumers to
21  try to sell cruises for Carnival, Royal and
22  Norwegian.
23      A. They were --
24          MS. MACIVOR: Objection. Form.
25  Lack of foundation.

21 (Pages 78 - 81)

1    THE WITNESS:  They were trying
2  to --
3        MS. MACIVOR:  Lack of predicate.
4        THE WITNESS:  Sorry.
5        They were trying to get
6  memberships.
7  BY MR. MCCUE:
8    Q.  I understand.
9    A.  Okay.
10   Q.  I understand.  I understand that that's
11 how you guys only phrase this.  All right?  I
12 understand that.  My question --
13       MS. MACIVOR:  I'm going to --
14       MR. MCCUE:  No.
15       MS. MACIVOR:  -- object --
16       MR. MCCUE:  No.
17       MS. MACIVOR:  -- to that
18 characterization.
19 BY MR. MCCUE:
20   Q.  My question is, did Ms. Valente tell
21 the truth when she said to Carnival "The system
22 we use has them press 1 if they're interested in
23 hearing more."
24       MR. BECKER:  I'm going to object
25 again for form and foundation.  Form onto scope.

1        THE WITNESS:  In terms of --
2        MS. MACIVOR:  Join.
3        THE WITNESS:  In terms of how the
4  dialer works, you have to press 1 in order to
5  hear more.
6  BY MR. MCCUE:
7    Q.  Okay.
8        THE REPORTER:  In order --
9        THE WITNESS:  In order to hear
10 more.
11 BY MR. MCCUE:
12   Q.  Okay.  Again, what we're talking about
13 is the dialer is playing a pre-recorded message,
14 correct?
15   A.  Correct.
16   Q.  And the consumer who hears the message
17 presses 1 to hear more, correct?
18   A.  Correct.
19   Q.  And in the context of this e-mail where
20 we're talking about Carnival Cruise Lines, the
21 substance of what we're talking about is Exhibit
22 1, correct?  It talks about "you've been
23 selected.  You've entered into a contest and
24 you've been selected for a cruise.
25       MR. BECKER:  Objection.

1  BY MR. MCCUE:
2    Q.  Correct?
3        MR. BECKER:  Hold on.  I'm going to
4  object.  Form, foundation.  Compound.  It
5  mischaracterizes the evidence in the record.
6        MS. MACIVOR:  Join.
7        THE WITNESS:  I can't tell you if
8  any of those scripts were used in this
9  particular -- what they're referring to.
10 BY MR. MCCUE:
11   Q.  Okay.
12   A.  In this --
13   Q.  You finished?
14   A.  Yeah.
15   Q.  But Ms. Valente is telling Carnival in
16 2009 that she is using Press 1s.
17   A.  Based on this e-mail, that's what it
18 looks like.
19   Q.  Right.  And Press 1s, as we talked
20 about earlier, are robocalls.
21   A.  Correct.
22       MR. MCCUE:  Mark this as the next
23 exhibit.  I think we're up to 8.
24   (Exhibit No. 8 marked)
25       MR. MCCUE:  Thank you, sir.

1  BY MR. MCCUE:
2    Q.  Mr. Rader, I want to draw your
3  attention next to complaints that Carnival
4  received over the years about Travel Services'
5  telemarketing.  Okay?
6        First, I'll ask you to look at Exhibit
7  8 and read it through.
8    A.  Okay.
9    Q.  All right?  Do you recall Travel
10 Services receiving this complaint from Carnival
11 back in March of 2010?
12   A.  I don't recall.
13   Q.  Do you have any memory at all of this
14 complaint?
15   A.  I don't.
16   Q.  All right.  Would you agree with me,
17 having reviewed it, that the substance of this
18 complaint is that internally at Carnival,
19 they're talking about a robocall complaint
20 submitted by a consumer -- two consumers, Tony
21 Schneider and Janet Taylor, and that Carnival
22 has linked the pre-record to U.S. Travel Group.
23       MR. BECKER:  Objection to form.
24 Foundation.  It's a compound and incomplete
25 hypothetical.

22 (Pages 82 - 85)

Page 86

1 THE REPORTER: Schneider is
2 SCHNEIDER?
3 MR. MCCUE: Correct.
4 MR. BECKER: Did you get my
5 objections?
6 MR. MCCUE: Yeah.
7 THE WITNESS: That's what it
8 appears.
9 BY MR. MCCUE:
10 Q. Okay. All right. And what is U.S.
11 Travel Group?
12 A. A DBA.
13 Q. Are they a DBA of TSN International?
14 A. Yeah. That's correct.
15 Q. Well, let's -- let me back it up here.
16 A. Travel Services for what
17 (indiscernible).
18 Q. All right. U.S. Travel Group is a DBA
19 of the parent entity we identified as Resort
20 Marketing Group, is that correct?
21 A. Yes.
22 Q. And your understanding is that TSN
23 International is also under the umbrella of
24 Resort Marketing Group.
25 A. I believe so.

Page 87

1 Q. Okay. To your knowledge.
2 A. Yeah, to my knowledge.
3 Q. Would you agree with me that as of
4 April 2010, Carnival had actual knowledge that
5 consumers were complaining about robocalls
6 coming from U.S. Travel Group?
7 MR. BECKER: Objection. Form and
8 foundation.
9 THE WITNESS: I see it in this
10 letter and I see that Carnival people are copied
11 on it. But I was -- I mean, this was nothing
12 that I wasn't copied on.
13 BY MR. MCCUE:
14 Q. Sure. And the substance of this,
15 though, is that Carnival is connecting a
16 robocall complaint to U.S. Travel Group,
17 correct?
18 A. The subject's "Do not call violation"
19 of the --
20 Q. I'm sorry. The subject --
21 A. The subject of this -- it says --
22 Q. I'm sorry.
23 A. -- "Do not call violation".
24 Q. Sure. I meant the substance of it.
25 Refer you to page 3 at the very beginning: "I,

Page 88

1 Tony, received an unsolicited obvious
2 robocall" --
3 A. Yeah. I see "robocall" and I see "Do
4 not call".
5 Q. Okay. Would you agree with me that
6 this complaint is a robocall complaint and
7 perhaps a DNC complaint that was submitted to
8 Carnival?
9 MR. BECKER: Objection. Form and
10 foundation.
11 THE WITNESS: It appears --
12 MS. MACIVOR: Join.
13 THE WITNESS: And Carnival
14 connected it to U.S. Travel Group.
15 MS. MACIVOR: Objection. Lack of
16 predicate. Lack of foundation and
17 mischaracterizes --
18 MR. MCCUE: On the face of the
19 e-mail.
20 MS. MACIVOR: -- (indiscernible).
21 THE WITNESS: It appears so in this
22 e-mail.
23 BY MR. MCCUE:
24 Q. Okay.
25 THE REPORTER: The DNC. The letter

Page 89

1 N in the middle, right?
2 MR. MCCUE: DNC, "do not call",
3 correct.
4 Mark this as the next exhibit which
5 we're up to 9.
6 (Exhibit No. 9 marked)
7 BY MR. MCCUE:
8 Q. I will show you this exhibit which is
9 Exhibit 9. Agree with me it's one day after
10 Exhibit 8? I'm sorry. Three days after Exhibit
11 8, dated April 12, 2010. All right? Could you
12 take a moment to look through that?
13 A. Okay.
14 Q. Okay. Would you agree with me that
15 Exhibit 9 looks like a continuation of the
16 conversation from Exhibit 8 and that the
17 complaint at Exhibit 8 was then forwarded to you
18 by Tom Panici evidenced by the second half of
19 page 892 on Exhibit 9?
20 A. Yes.
21 Q. All right. So Mr. Panici is sending
22 you the complaint that's evidenced at Exhibit 8
23 and he's asking you to look into it, is that
24 correct?
25 A. Yes.

23 (Pages 86 - 89)

1    Q.  And you respond at the top of the page,
2  correct?
3    A.  Correct.
4    Q.  All right.  And what you're basically
5  saying is that "Tommy" -- meaning Mr. Panici --
6  "it looks like he went to one of the websites
7  and entered in one of our drawings or contests
8  and opted in."  Correct?
9    A.  Yes.
10    Q.  All right.  So in response to
11  Carnival's forwarding to Travel Services the
12  robocall complaint of Mr. Schneider and Ms.
13  Taylor, you looked into it and determined that
14  Travel Services called them because of an opt-
15  in, is that right?
16    A.  The process would be I would -- I would
17  look into it, maybe pass it on to Laura or Beth.
18        THE REPORTER:  Meaning what?
19        THE WITNESS:  Pass it on to Laura
20  or Beth.  And then they would -- they would be
21  able to look in the database and tell us where
22  the call brats came from.
23  BY MR. MCCUE:
24    Q.  Okay.  I understand.  So in the
25  ordinary course, you wouldn't just respond

1  immediately.  You would ask for some type of
2  investigation to go on at Travel Services.
3        THE REPORTER:  To go on Travel
4  Services?
5        MR. MCCUE:  To go on at Travel
6  Services.
7        THE WITNESS:  If specifics were
8  asked for.
9  BY MR. MCCUE:
10    Q.  Okay.  And in this case, in response to
11  the complaint of Schneider and Taylor, you
12  indicated to Carnival that Travel Services
13  called them based upon an opt-in.
14    A.  Yes.  Yes.  That's what the e-mail
15  says.
16        THE REPORTER:  Opting?
17        MR. MCCUE:  An opt-in.
18        THE REPORTER:  Okay.  Opt-in.
19        MR. MCCUE:  O-P-T, I-N.
20        THE REPORTER:  Okay.  Okay.
21  BY MR. MCCUE:
22    Q.  All right.  And you also say to them
23  "At no time do we say we're representing
24  Carnival.  And our reps only go off with the
25  approved script."  Do you see that?

1    A.  Yes.
2    Q.  What does that mean, the approved
3  script?
4    A.  Just the script that we have as a
5  company that the reps have to follow.
6    Q.  Okay.  And was that approved by who?
7    A.  Assuming that this is talking about
8  just our management or Beth.
9    Q.  Okay.  Is it your understanding that
10  these scripts used by Travel Services were also
11  approved by Carnival?
12        MR. BECKER:  Objection to form and
13  foundation.
14        MS. MACIVOR:  Join.
15        THE WITNESS:  Yeah.  I'm not sure.
16  BY MR. MCCUE:
17    Q.  You have no knowledge at all about
18  whether or not Carnival reviewed Travel
19  Services' scripts?
20        MR. BECKER:  Objection.  Compound.
21        MS. MACIVOR:  Join.
22        THE WITNESS:  I believe at times
23  they requested to see scripts, at least --
24  accommodate that.
25  BY MR. MCCUE:

1    Q.  Okay.
2    A.  It wasn't a usual process, though.
3    Q.  I understand that.  But your memory is
4  that Carnival, on occasion, would ask for the
5  script that Travel Services used when
6  telemarketing, correct?
7    A.  I recall that some of the cruise lines
8  requested in the past that we sent them the
9  script.
10    Q.  Okay.  Did anyone at Royal or Norwegian
11  also ask to review the scripts that Travel
12  Services was using when they were telemarketing?
13    A.  I don't recall that.
14    Q.  But you do recall Carnival?
15    A.  I recall at least one time Carnival
16  asking to see a script.
17        THE REPORTER:  To see the script?
18        THE WITNESS:  To see a script.
19  BY MR. MCCUE:
20    Q.  Exhaust your memory of that occasion.
21        MS. MACIVOR:  Form.
22        THE WITNESS:  I don't recall
23  specifics.
24  BY MR. MCCUE:
25    Q.  Who, what, when, why, where.

24 (Pages 90 - 93)

Page 94

1    A. Yeah. I don't recall --
2         MS. MACIVOR: Form.
3         THE WITNESS: -- specifics. I just
4    recall that that did happen.
5         THE REPORTER: Did you say
6    something just now?
7         MS. MACIVOR: I said form.
8         THE REPORTER: Oh.
9    (Pause)
10        MS. MACIVOR: Just a housekeeping
11   matter, Matt. I know we started a little late
12   today but we actually -- I actually never got
13   anything to eat. So --
14        MR. MCCUE: Sure.
15        MS. MACIVOR: -- I'm happy to order
16   sandwiches and run through it.
17        THE REPORTER: Off the record.
18        MS. MACIVOR: But I will need --
19        MR. MCCUE: Yeah. Off the record.
20   (Off the record conversation)
21        (Recess)
22        THE REPORTER: Again, recording
23   back up with everyone's consent.
24        MR. MCCUE: Okay. You ready, sir?
25        THE WITNESS: Yeah, I'm ready.

Page 95

1         MR. MCCUE: So next exhibit is
2    Exhibit 10.
3    (Exhibit No. 10 marked)
4    BY MR. MCCUE:
5    Q. Mr. Rader, the next exhibit is marked
6    as Exhibit 10. It's an e-mail from March 24,
7    2011, Bates 1045, from Carnival. Just ask you
8    to take a look at that. Again, it's an e-mail
9    so front to back is the chronology.
10        Let me know when you're ready.
11   A. Okay.
12   Q. Okay? Would you agree with me that
13   this is a complaint from March 24, 2011 that's
14   internally being discussed at Carnival Cruise
15   Lines, again, about robocalls being made
16   promoting Carnival by a company called Travel
17   Services?
18        MR. BECKER: Objection to form and
19   lack of foundation.
20        THE WITNESS: It appears so.
21        MR. MCCUE: Next exhibit is 11.
22   (Exhibit No. 11 marked)
23   BY MR. MCCUE:
24   Q. Could you look at that next exhibit,
25   Exhibit 11, March 24, 2011. Look at that in the

Page 96

1    context of Exhibit 10 and let me know when
2    you're ready.
3    A. Okay.
4    Q. Would you agree with me that Exhibit 11
5    is the complaint that was being discussed as
6    evidenced by Exhibit 10 and that it was
7    forwarded over to you at Travel Services as
8    evidenced by Exhibit 11?
9    A. That is correct.
10   Q. Okay. And halfway down Exhibit 11,
11   Bates 6163.001, I believe it's Mr. Panici who's
12   saying "Hi Beth and Jason". Is that Beth
13   Valente?
14   A. Correct.
15   Q. And you are Jason Rader.
16   A. Correct.
17   Q. And Mr. Panici's informing you that
18   some complaints have gone directly to the office
19   of the president, correct?
20   A. Correct.
21   Q. Would that be the president of Carnival
22   Cruise Lines?
23   A. Yes. I believe that's what he's
24   talking about.
25   Q. And then Mr. Panici further says,

Page 97

1    "Let's work out a way to quickly stop using the
2    Carnival name on the cold calls." Do you see
3    that?
4    A. I do.
5    Q. And what do you think he meant by that?
6    A. I believe that he -- his sense of cold
7    calls is just the calls dialed that we're making
8    to try to get memberships.
9    Q. Okay. And the calls dialed that played
10   the pre-recorded messages?
11        MR. BECKER: Objection to form.
12        MS. MACIVOR: Calls for
13   speculation.
14        THE WITNESS: Yeah. I'm not sure
15   what kind of --
16   BY MR. MCCUE:
17   Q. Okay. Do you agree with me that --
18        THE REPORTER: Wait
19   (indiscernible).
20        THE WITNESS: I'm not sure of the
21   context.
22   BY MR. MCCUE:
23   Q. Do you agree with me that the context
24   of this specific e-mail, the subject is
25   robocalls?

25 (Pages 94 - 97)

1    A.  Correct.
2    Q.  All right?  And in response to a
3  robocall complaint, Mr. Panici is saying, "Let's
4  work out a way to quickly stop using the
5  Carnival name on the cold calls."  Do you think
6  in that context he's referring to the pre-
7  recorded messages themselves?
8        MR. BECKER:  Objection to form and
9  calls for speculation --
10        MS. MACIVOR:  Join.
11        MR. BECKER:  -- and lack of
12  foundation.
13        MS. MACIVOR:  Join.
14        THE WITNESS:  I believe he's just
15  talking about in general our calls and our
16  marketing.
17  BY MR. MCCUE:
18    Q.  Okay.  And your marketing for Carnival
19  used pre-recorded messages, correct?
20        MS. MACIVOR:  Object to the form.
21  Mischaracterizes the evidence.
22        THE WITNESS:  Our marketing was for
23  our memberships.  And we used pre-recorded along
24  with other means of -- means.
25  BY MR. MCCUE:

1    Q.  Okay.  At any time, to your knowledge,
2  did anyone at Carnival review the substance of
3  the scripts of the pre-recorded messages that
4  were being used by Travel Services?
5    A.  I don't recall.
6    Q.  Okay.  Did anyone at Royal or Norwegian
7  ever examine the substance of the scripts of the
8  pre-recorded messages?
9    A.  I don't recall.
10    Q.  All right.  So Exhibit 11, can we agree
11  that this is, at the top, you're responding to
12  Mr. Panici in regards to the robo complaint
13  that's forwarded over to your attention, is that
14  correct?
15    A.  I was -- correct.
16    Q.  Okay.  And just let me walk you through
17  -- or maybe -- why don't you walk me through
18  your response telling me what you said and what
19  you meant.  Well, I'll -- I'm sorry.  Let me
20  walk you through and I'll ask you more questions
21  about it.
22    A.  Sure.
23    Q.  First, you say "We did fire a rep for
24  saying just Carnival but we don't have our reps
25  say that in any way, shape or form."  What do

1  you mean by that?
2    A.  That our reps are never supposed to --
3        THE REPORTER:  Say it again.
4        THE WITNESS:  That our reps are
5  never supposed to represent they worked for
6  anybody but our company.
7  BY MR. MCCUE:
8    Q.  Okay.  Over the years you worked at
9  Travel Services, did -- was there occasional
10  problems where telemarketing sales reps were, in
11  fact, saying they were calling for the cruise
12  lines or from the cruise lines?
13    A.  Working in telemarketing, I've seen it
14  all.
15    Q.  Okay.  Right.
16    A.  And the sales reps often take things in
17  their own hands and need to be pulled back into
18  a box.
19    Q.  Okay.
20    A.  That one complaint was that they tried
21  -- that there was a specific isolated incidences
22  where they took it upon themselves to say they
23  were Carnival --
24    Q.  Okay.
25    A.  -- or they were Royal or Cruise Line.

1    Q.  I understand.  Five lines down in your
2  response.  You tell Mr. Panici, "Also the
3  scripts were approved by Carnival."  What do you
4  mean by that?
5    A.  I don't recall the context.
6    Q.  Okay.  But your memory is that Carnival
7  did request to review telemarketing scripts that
8  were used by Travel Services.
9    A.  I remember one instance in which we had
10  to send the script.
11    Q.  Okay.  Could there have been others?
12        MR. BECKER:  Objection.  Calls for
13  speculation.  Lack of foundation.
14        THE WITNESS:  Yeah.  I recall one.
15  BY MR. MCCUE:
16    Q.  Okay.  Is this e-mail consistent with
17  your memory that as of March 24, 2011, Carnival
18  had reviewed and approved scripts being used by
19  Travel Services?
20    A.  I'm not sure on the timelines.
21    Q.  Okay.  Does this e-mail (indiscernible)
22  the timeline?
23    A.  This e-mail says -- talks about the
24  robocall e-mail.  I'm not sure that this was the
25  time that there was a script approval or

26 (Pages 98 - 101)

1    anywhere around that time.
2        Q.   Okay.  What do you think -- what do you
3    think you're talking about here when you say
4    "also the scripts were approved by Carnival"?
5        A.   Yeah.  In terms of the context, I'm
6    unclear.  But reading this would lead me to
7    believe that it was around the time that, in the
8    past, that the script was approved.
9        Q.   Okay.  So as of March 24, 2011, at a
10   minimum, Travel Services was using scripts that
11   were approved by Carnival.
12           MR. BECKER:  Objection.  Form and
13   foundation.
14           THE WITNESS:  And I think when we
15   were talking about scripts, I think -- talking
16   about when the people are on the phone that when
17   you have somebody on the phone, how -- you know,
18   how we would talk about the different cruise
19   lines and the approval, that we could say that,
20   you know, we work with travel vendors such as
21   blah, blah, blah.
22   BY MR. MCCUE:
23       Q.   Okay.  All right.  And was Carnival a
24   preferred vendor of Travel Services?
25       A.   Can you define "preferred"?

1        Q.   Can you?
2        A.   Sure.
3        Q.   You're the marketing guy.
4        A.   Sure.  Yeah.  I would say that -- I
5    would say, yes, we preferred to do business with
6    Carnival.
7        Q.   Okay.  Over Royal and Norwegian?
8            MR. BECKER:  Objection to form.
9            THE WITNESS:  My belief is that the
10   net rates were better with Carnival.
11   BY MR. MCCUE:
12       Q.   Okay.  Did each of --
13           THE REPORTER:  The --
14           THE WITNESS:  Net --
15           THE REPORTER:  -- net rates were
16   better with Carnival.
17           THE WITNESS:  Net rates were better
18   with Carnival.
19   BY MR. MCCUE:
20       Q.   Okay.  Have you ever heard of the term
21   "pinnacle" as in the context of being a
22   preferred vendor of Carnival, a "pinnacle
23   partner"?
24       A.   I don't recall that specific --
25       Q.   Okay.

1        A.   -- terminology.
2        Q.   Did the cruise lines make payments
3    directly to Travel Services?
4        A.   I have no idea in terms of the
5    contracts how that worked.
6        Q.   You don't know if it got commission or
7    anything like that?
8        A.   I'm not sure if it was commission or
9    discounts or net rates.  I know that we
10   preferred -- it was good for Beth to do business
11   with some of the net rates in terms of the rates
12   that we could get.  But beyond, who was
13   compensated and what, I'm not sure of those
14   specifics.
15       Q.   Okay.  Towards the bottom of your
16   response on Exhibit 11, you say, "As always, we
17   appreciate your support, Tommy."  Are you
18   referring to Tom Panici?
19       A.   Correct.
20       Q.   "I know you have battles with people
21   there from what you have said on them wanting
22   sales but also zero complaints."  What do you
23   mean by that?
24       A.   That Beth had been doing business with
25   Carnival for tons of years and ultimately,

1    there's very minimal complaints.  And Tom just
2    alluding to that based on my knowledge that some
3    people at Carnival wanted zero complaints no
4    matter how much you ramped up the business.
5        Q.   Right.  And did you -- did Travel
6    Services deem Mr. Panici as an advocate for it?
7        A.   Advocate for me personally or --
8        Q.   No.  For the company.
9        A.   He was our sales rep.
10       Q.   All right.  So did he -- when you say
11   "battles", was Mr. Panici kind of watching your
12   back internally at Carnival and --
13       A.   I think Mr. Panici wanted the sales as
14   did me.
15       Q.   Sure.
16       A.   So we had common goals.
17       Q.   Sure.  So even though robocalls
18   continued to come in, Mr. Panici's focus is on
19   sales, right?
20           MR. BECKER:  Objection to the form
21   of the question.
22           THE WITNESS:  Yeah.  I can't -- I
23   mean, I can't tell you how he deals about
24   anything.
25       (Pause)

27 (Pages 102 - 105)

1  BY MR. MCCUE:
2      Q.  Agree with me, though, that the
3  documents evidenced at Exhibit 10 and 11 show a
4  second instance in which Carnival received a
5  robocall complaint that it connected to Travel
6  Services?
7          MR. BECKER:  Objection to form.
8          THE WITNESS:  It doesn't look like
9  it's talking about the same one.
10 BY MR. MCCUE:
11     Q.  Exhibit 11 doesn't look like it's
12 talking about Exhibit 10?
13     A.  Right.
14     Q.  If you look through them both.
15     A.  Correct.  10 and 11 are the same.
16     Q.  10 and 11 are not the same but their
17 day -- one's March 24, 2011 at 8:34 and the next
18 is March 24, 2011 at 10.  Right?
19     A.  Uh-huh.
20         THE REPORTER:  Yes?
21 BY MR. MCCUE:
22     Q.  Do you think they're two separate
23 robocall complaints?
24     A.  No.  I believe they're one.
25     Q.  Okay.  Yeah.  So my question was we

1  already talked about a robocall complaint --
2      A.  Oh, okay.  Okay.
3      Q.  -- from (indiscernible)
4      A.  Okay.
5      Q.  Correct?
6      A.  Yep.
7      Q.  All right.  And my question just before
8  I move on, I just want to confirm that this --
9  now we're in March 24, 2011 and we're talking
10 about a second robocall complaint.
11     A.  Correct.
12     Q.  Okay.
13         MR. MCCUE:  Next is 12.
14     (Exhibit No. 12 marked)
15 BY MR. MCCUE:
16     Q.  I'm showing you now Exhibit 12.  It's a
17 four or five-page e-mail, front to back
18 chronologically.  And I guess I'd ask you again
19 just to take some time to review it and I'll ask
20 some questions about it.
21     (Pause)
22     A.  Okay.
23     Q.  Ready?
24     A.  Yep.
25     Q.  So if we start chronologically on the

1  last page, which is Bates 1099 -- well, first,
2  let me just ask you some foundation questions.
3          Do you have a memory at all of in June
4  of 2011 Carnival threatening to punish Travel
5  Services due to complaints and you and Ms.
6  Valente and Ms. (sic) Panici working together
7  with Ms. Fernandez on crafting a defense and a
8  response to Carnival?  Do you have memories
9  about that?
10         MR. BECKER:  Objection to the form
11 of the question.
12         THE REPORTER:  You said Ms. Panici.
13 You meant Mister.
14         MR. MCCUE:  Mister.
15         MR. BECKER:  That's not why I
16 objected, though, just to be clear.
17         THE WITNESS:  Yeah.  I recall that
18 there is a time --
19 BY MR. MCCUE:
20     Q.  Okay.  So before we get into all these
21 documents, I just want to talk to you generally
22 about that.  And is your memory consistent that
23 around that time, June of 2011, Carnival started
24 to say to Travel Services, look, we're getting
25 too many complaints.  Something has to be done.

1  Something to that effect.
2      A.  I remember there was a conversation
3  about a lot of complaints and something -- yes.
4      Q.  Okay.
5      A.  Again, the timeline's five years ago.
6  There's no way I'm --
7      Q.  I understand.  And I have the documents
8  here to help you.
9      A.  Okay.
10     Q.  But what I want to do first is just
11 have you exhaust your memory.
12     A.  Yeah.
13     Q.  What were those complaints about or
14 tell me more about your memory.  What were the
15 issues?
16     A.  I recall that a lot of the complaints
17 were --
18         THE REPORTER:  You've got to raise
19 your voice.
20         THE WITNESS:  I recall that a lot
21 of the complaints were that some of the sales
22 reps were using -- representing that they were
23 Carnival.
24 BY MR. MCCUE:
25     Q.  Okay.  And were also consumers upset

28 (Pages 106 - 109)

1  that they felt that Travel Services was "a scam"
2  or a "fraud", complaints of that nature?
3      A.  I do recall a few of those complaints
4  but I do not believe that was the majority.
5      Q.  Okay.  All right.  So from Carnival's
6  perspective, your memory is that the real issue
7  was telemarketing sales reps not making it clear
8  that the calls were being made for Travel
9  Services and not for Carnival?
10     A.  Correct.
11     Q.  Okay.  And what happened next?  Like,
12  so there's this issue.  Does Carnival -- what
13  happens internally at Travel Services?  Was it a
14  really serious deal?  Was it a big deal?  How
15  would you describe it?
16     A.  You know, I don't recall specifics.  I
17  just remember there was an issue and e-mails
18  going back and forth.
19     Q.  Okay.
20     A.  You know, oftentimes Beth would be
21  involved and would ask us to do specific
22  tasks --
23     Q.  Right.
24     A.  -- whether that was research or whether
25  it was help her form an answer or sometimes

1  specifically her telling us to type this and
2  send it off.
3      Q.  Okay.  Did you get the message from Tom
4  Panici or maybe from Mike Julius that they
5  were -- at the corporate level, the very high
6  level at Carnival, people were very concerned
7  about Travel Services and the level of
8  complaints?
9      A.  Just based on that I saw that the
10  president was -- in one of the exhibits, the
11  president was --
12         THE REPORTER:  Did you say
13  president?
14         THE WITNESS:  The president --
15         THE REPORTER:  Yeah.  Okay.
16         THE WITNESS:  -- was asking.
17  BY MR. MCCUE:
18     Q.  So we're talking about Exhibit 12.
19  Right?  You just reviewed Exhibit 12?
20     A.  Yes.
21     Q.  And would you agree with me that this
22  is an internal e-mail from Carnival where
23  they're discussing Travel Services and the
24  complaints being submitted by consumers about
25  Travel Services?

1         MR. BECKER:  Objection.  Lack of --
2         THE REPORTER:  Consumers
3  (indiscernible) --
4         MR. MCCUE:  By consumers about
5  Travel Services.
6         MR. BECKER:  Objection.  Form and
7  foundation.
8         THE WITNESS:  That's what it
9  appears.
10  BY MR. MCCUE:
11     Q.  Okay.  And if you look at the last page
12  of the e-mail, page 1099, it talks about "On
13  with JR now regarding TSN."  Do you know who JR
14  is?
15     A.  No idea.
16     Q.  Do you know who Joni Rein is?
17     A.  I do not.
18         THE REPORTER:  How do you spell
19  Rein?
20         MR. MCCUE:  R-E-I-N.
21  BY MR. MCCUE:
22     Q.  And it says -- and the e-mail is from
23  Mike Julius to Kirk Neal, correct?
24         THE REPORTER:  Is that Kurt or
25  Kirk?

1         MR. MCCUE:  Kirk.  K-I-R-K.
2  BY MR. MCCUE:
3      Q.  The question was, is the e-mail from
4  Mike Julius to Kirk Neal.
5      A.  Yes.
6      Q.  Okay.  And he's talking about a meeting
7  last night with TSN.
8         MR. BECKER:  Objection to form.
9  BY MR. MCCUE:
10     Q.  What is TSN?
11     A.  Well, I don't recall -- it does not
12  look to me that the meeting was with TSN.
13     Q.  I understand.
14     A.  Okay.
15     Q.  I understand.  But TSN, is that short
16  for TSN for TSN International?
17     A.  Yes.
18     Q.  All right.  Which is one of the
19  entities under Resort Marketing Group.
20     A.  Yes.
21     Q.  And the general substance of these
22  e-mails we're talking about Ms. Valente's
23  entities, right?
24         THE REPORTER:  Ms. Valente's what?
25         MR. MCCUE:  Ms. Valente's entities.

29 (Pages 110 - 113)

1    MR. BECKER: Objection to form and
2  foundation. Document speaks for itself.
3    THE WITNESS: Yeah. It appears so.
4  BY MR. MCCUE:
5    Q. Mr. Becker is correct and I'm going to
6  move on.
7    MR. BECKER: Thank you.
8    MR. MCCUE: 13.
9    (Exhibit No. 13 marked)
10 BY MR. MCCUE:
11   Q. Just read through that and let me know
12 when you're ready.
13   (Pause)
14   A. Okay.
15   Q. All right? So looking at 13, again, in
16 the context of 12, Exhibit 12 is from June 14th,
17 2011 at 11:04 and this is an e-mail from the
18 same date dated 6:20 p.m. Do you agree?
19   A. Yes.
20   Q. All right. And it looks, again, like
21 Mr. Panici is following up on the concerns
22 addressed in Exhibit 12 and he's forwarding them
23 to Ms. Valente in Exhibit 13. Would you agree
24 with that characterization?
25   A. Yes.

1    Q. And toward the bottom of Exhibit 13 on
2  the first page, would you agree that Mr. Panici
3  is saying to Beth -- I'm sorry. It's on the
4  second page, Bates 6142, Mr. Panici is saying --
5    THE REPORTER: 6142?
6    MR. MCCUE: 6142.
7    MR. BECKER: .002.
8    MR. MCCUE: Yes.
9  BY MR. MCCUE:
10   Q. Mr. Panici is saying to Mr. Valente, "I
11 need your help to submit a business platform of
12 your agency to our VP of worldwide sales, Joni
13 Rein." Did I read that correctly?
14   A. Yes.
15   Q. Okay. Do you have a memory of this
16 happening in June of 14th (sic) -- June of 2011
17 where Panici's raising concerns. Mr. Panici
18 says to Ms. Valente, "Hey, I need your help in
19 putting together a summary of what you guys do
20 so I can submit it to superiors at Carnival."
21   A. That looks correct.
22   Q. Okay. And at the beginning of Exhibit
23 13, Ms. Valente is saying to Mr. Panici, "Tommy,
24 I understand but this continues to come up. I
25 am not sure how to change anything. We are

1  doing a lot of business which will mean more
2  people calling. We're following the rules that
3  Carnival gave us. We're not representing
4  ourselves as Carnival. They are charged by us.
5  They are given a brochure that is not Carnival,
6  a website that is not Carnival. So I am not
7  sure how else we can change anything else."
8    What do you think Ms. Valente meant
9  when she says "We are following the rules that
10 Carnival gave us"?
11   A. To make sure that we weren't
12 representing ourselves as Carnival.
13   Q. Okay. And at this point in time, we're
14 talking June 2011, this is two years after the
15 exchange with Ms. Portal where Ms. Valente said
16 to Ms. Portal, "We are using Press 1s."
17 Correct?
18   A. The one we previously talked about?
19   Q. Yes.
20   A. Yes.
21   MR. MCCUE: Next exhibit, 14.
22   (Exhibit No. 14 marked)
23 BY MR. MCCUE:
24   Q. Okay. Continuing on in the
25 conversation. This is Exhibit 14. Again, I'd

1  ask you to take a look at it and let me know
2  when you're ready.
3    (Pause)
4    MR. REPORTER: Do you want me to
5  show "Pause" when he's reading it or just put
6  the answer right after the question?
7    MR. MCCUE: I don't mind.
8    THE REPORTER: You don't mind?
9    MR. MCCUE: He's asking if he needs
10 to "Pause" on the record as --
11   MR. BECKER: No.
12   MS. MACIVOR: Just put the answer.
13 Yeah.
14   THE REPORTER: Sometimes it's a 10-
15 minute pause.
16 BY MR. MCCUE:
17   Q. Yeah. Let me know when you're ready.
18   A. Yeah. I'm good.
19   Q. Okay. So agree with me that this is a
20 continuation in the e-mails that we talked about
21 from Exhibit 12 and 13, same date, a little
22 later chronologically?
23   A. Correct.
24   Q. Okay. And you are involved now in this
25 e-mail chain, correct?

30 (Pages 114 - 117)

Page 118

1    A. Correct.
2    Q. And Ms. Valente says, "See below what
3 Jason added." And she's referring to you, is
4 that correct?
5    A. Yes.
6    Q. And on page 2 of this e-mail, which is
7 Bates 6141.002, halfway down, in capital
8 letters, it's -- that is my understanding of
9 your edits. Is that consistent with your
10 memory? "Below is what Jason added."
11    A. Yeah. I don't recall writing this but
12 it's -- I mean, that's what she's alluding to.
13    Q. Okay. And is it consistent with your
14 memory that you were personally involved in this
15 situation in June of 2011 when Travel Services
16 was asked to respond to Carnival's complaint by
17 Joni Rein to explain what Travel Services does?
18    A. I recall Beth asking me to help her.
19    Q. Okay. All right.
20       THE REPORTER: Jodie is JO-D-I-E?
21 Jodie, J-O-D-I-E?
22    MR. MCCUE: Joni, J-O-N-I.
23    THE REPORTER: J-O --
24    MR. MCCUE: N-I.
25    THE REPORTER: All right. I

Page 119

1 thought you said Jodi. Joni.
2 BY MR. MCCUE:
3    Q. All right. And what you say in caps,
4 "Then bring us customers that we probably would
5 not get on our own compared to the business they
6 do, they have very minimal complaints. Carnival
7 has approved their scripts" -- with an
8 exclamation point -- "and Mike Julian and myself
9 and Kirk Neal have all been to their facility
10 and have walked away impressed." Did I read all
11 that correctly?
12    A. Yes.
13       THE REPORTER: You said Julian.
14 You mean Julius?
15       MR. BECKER: It's written as Julian
16 in the document.
17       THE REPORTER: Oh, Julian. Okay.
18       MR. MCCUE: But, yeah, so thank
19 you.
20       THE REPORTER: Okay.
21       MR. MCCUE: In general, that's the
22 proper spelling of his name.
23 BY MR. MCCUE:
24    Q. Let me just walk you through that. So
25 the context here is you were suggesting edits

Page 120

1 that Ms. Valente should make to the presentation
2 to Carnival as to how Travel Services does
3 business. Is that correct?
4    A. That's what it appears.
5    Q. Okay. All right. And when you say,
6 "Compared to the business they do they have very
7 minimal complaints", are you referring to the
8 business that Travel Services does?
9    A. Correct.
10    Q. All right. And you say, "Carnival has
11 approved their scripts." Again, consistent with
12 your memory in that regard, correct?
13    A. Correct.
14    Q. Next. "Mike Julian" -- Julius --
15 "myself and Kirk Neal have all been to their
16 facility and have walked away impressed."
17 Right? And it's a little odd here -- now you're
18 writing this suggesting that this is language
19 that Mr. Panici used when explaining to his
20 superiors, is that correct?
21       THE REPORTER: When explaining to
22 what?
23       MR. MCCUE: To his superiors that
24 this is how Travel Services works.
25       THE WITNESS: Yes.

Page 121

1 BY MR. MCCUE:
2    Q. Okay. Exhaust your memory about this
3 meeting with Mike Julius, yourself and Kirk
4 Neal.
5    A. I don't recall -- I don't recall ever
6 meeting Mike Julius.
7    Q. All right. What about Kirk Neal?
8    A. I recall briefly meeting him and Tom
9 Panici at Travel Services.
10    Q. In this time frame of June of 2011?
11    A. I have no idea on the time frame.
12    Q. So you have no memory of -- when you
13 say "walked away impressed", what did you mean
14 by that?
15    A. Just think probably -- you know, I
16 don't recall what I meant --
17    Q. Okay.
18    A. -- specifically in there.
19    Q. When you meet with these types of
20 folks, Kirk Neal, Mike Julius, Tom Panici, would
21 they typically ask you how Travel Services
22 markets?
23    A. I would never -- I mean, I would never
24 hardly meet with any of them. So I do remember
25 meeting with Kirk and Tom when they came out but

31 (Pages 118 - 121)

1 that was not one of my job functions was to meet
2 with anybody from the cruise lines.
3     Q. Okay.
4         MR. MCCUE: It's 15.
5     (Exhibit No. 15 marked)
6         MR. BECKER: Are these all
7 chronological?
8         MR. MCCUE: Yeah. It's one big
9 document.
10         MR. BECKER: Okay.
11 BY MR. MCCUE:
12     Q. Showing you what's been marked Exhibit
13 15. And for the record --
14         MR. MCCUE: Eraser?
15         THE REPORTER: Yeah.
16 BY MR. MCCUE:
17     Q. Even though those e-mails dated
18 11/22/13, it's referring to a book created that
19 was submitted to Carnival.
20         So, Mr. Rader, I just want you look at
21 the document generally. I'm not going to ask
22 you specifics about certain pages.
23         But what I want to draw your attention
24 back is into this time frame I would just --
25         THE REPORTER: Oh, just a minute.

1         MR. MCCUE: Ready?
2         THE REPORTER: Yeah.
3 BY MR. MCCUE:
4     Q. We just reviewed a few documents where
5 in June of 2011, you're involved in kind of a
6 response plan to a concern by Carnival Cruise
7 Lines.
8     A. Okay.
9     Q. I'm sorry.
10     A. Yeah.
11     Q. And if you need a break, of course,
12 or --
13     A. No.
14     Q. -- at any time --
15     A. Yeah. I'm good.
16     Q. I know this is --
17     A. Nope.
18     Q. -- tedious and long.
19     A. Yeah. I'm good.
20     Q. But it's my understanding that in
21 approximately that time frame, Ms. Valente
22 instructs Ms. Fernandez to prepare a book or a
23 binder to submit to Carnival. Do you have a
24 memory of participating in that with Ms.
25 Fernandez?

1     A. No.
2     Q. Okay. So if you look at the second
3 page of this, or the third page of this, any
4 idea what this document is looking at perhaps
5 the table of contents?
6     A. No.
7     Q. Then you were not involved in preparing
8 a binder or a book for Carnival
9     A. I don't think so.
10     Q. Let's look at page 561, 788561.
11     A. Okay.
12         THE REPORTER: Is there a dot in
13 there?
14         MR. MCCUE: 788561. No dot.
15         THE REPORTER: Okay.
16         MR. BECKER: Sorry. Say it again.
17 788 --
18         MR. MCCUE: 561.
19         MS. MACIVOR: 561.
20 BY MR. MCCUE:
21     Q. So essentially, it's a table of
22 contents to this book.
23         THE REPORTER: Okay.
24 BY MR. MCCUE:
25     Q. You with me, Mr. Rader?

1     A. I am, yeah.
2     Q. And I want to turn your attention to
3 paragraph IV, "Recording". And it says, "Sales
4 recordings, 1, 2, 3, verification recordings,
5 1,2 3." What do you think that means?
6     A. I have no idea what this document -- or
7 what this book is.
8     Q. Okay.
9     A. I mean, look --
10     Q. Well, if I could just -- if you could
11 look at page 1, right?
12     A. Yeah.
13     Q. Ms. Valente is saying to Ms. Fernandez,
14 halfway down --
15     A. Yeah.
16     Q. -- "Can you send me electronically the
17 book that you put together for Carnival?"
18     A. Yeah.
19     Q. What do you think she's referring to?
20     A. No idea.
21     Q. Okay. All right. So then when you
22 talk -- look at the table of contents where it
23 says "Recordings", what would your
24 interpretation of the sales recordings and
25 verification recordings, what would your

32 (Pages 122 - 125)

Page 126

1  interpretation of that be in this context?
2          MR. BECKER: Objection. Lack of
3  foundation. Calls for speculation.
4          THE WITNESS: Yeah. It could be a
5  number of different things. It could be the
6  physical recordings of calls, it could be
7  scripts, it could be --
8      Q. Okay.
9  BY MR. MCCUE:
10     Q. Okay.
11     A. I mean, that could --
12     Q. Well, it's recording certainly, right?
13     A. Yeah.
14     Q. All right. Would it be copies of the
15  Press 1?
16         MR. BECKER: Objection.
17         THE WITNESS: Yeah. I have no
18  idea.
19         MR. MCCUE: Okay. (indiscernible)
20  what?
21         MS. MACIVOR: No.
22         MR. BECKER: No. Posted. I posted
23  an objection.
24         MS. MACIVOR: I'm sorry. What was
25  that one? That was 14?

Page 127

1          MR. BECKER: It was an objection,
2  lack of foundation.
3          THE REPORTER: Okay.
4          MR. BECKER: It wasn't really --
5          MS. MACIVOR: What was that --
6          MR. BECKER: This is number 15.
7          MS. MACIVOR: This is 15?
8          MR. BECKER: That was 15, yeah.
9          MS. MACIVOR: Okay. I missed that
10  one. Sorry.
11         MR. MCCUE: Okay. And we're going
12  to go to 16 now.
13     (Exhibit No. 16 marked)
14  BY MR. MCCUE:
15     Q. Take a second and review that e-mail.
16  Let me know when you're ready.
17     A. Okay.
18     Q. All right. Do you have any memory of a
19  telemarketing complaint being submitted to
20  Travel Services by Carnival in regards to a
21  consumer whose last name is Winninger?
22     A. I do not.
23         THE REPORTER: W-I-N-N-I-N-G-E-R.
24         MR. MCCUE: Correct.
25  BY MR. MCCUE:

Page 128

1      Q. Agree with me that the time frame for
2  this complaint is April 23rd, 2012?
3      A. That's what it says on the document,
4  yes.
5          THE REPORTER: I'm sorry. What?
6          MR. MCCUE: April 23rd, 2012.
7          Is the next exhibit 17?
8          MS. MACIVOR: I believe so.
9          MR. BECKER: Yes.
10     (Exhibit No. 17 marked)
11         MR. BECKER: No Bates stamp for
12  this one?
13         MR. MCCUE: No.
14  BY MR. MCCUE:
15     Q. Take a look at that complaint. I'm not
16  going to ask about every page. Just look at the
17  first few pages generally until you're familiar
18  with it.
19         THE REPORTER: Totally familiar --
20         MR. MCCUE: Until you are familiar
21  with it.
22         THE REPORTER: Yeah.
23         THE WITNESS: Okay.
24  BY MR. MCCUE:
25     Q. And what is Exhibit 17 and have you

Page 129

1  seen it before?
2      A. I don't recall exactly seeing it. I do
3  recall that there is a particular letter like
4  this. I don't know if it's the exact one that
5  I've seen before.
6      Q. Okay. So you have a memory. Is your
7  memory consistent with this time frame, March
8  2011, that Travel Services received a letter
9  from the Federal Communications Commission in
10  regards to its telemarketing practices?
11     A. Ballpark that sounds about right.
12     Q. And the certified mail is attention
13  Beth. And there's an address on that of 6229
14  North Hayden Road. Do you recognize that
15  address?
16     A. I don't.
17     Q. Okay. You know --
18         THE REPORTER: If I could get
19  you -- Hading?
20         MR. MCCUE: Hayden, H-A-Y-D-E-N,
21  Road.
22         THE REPORTER: Thank you.
23  BY MR. MCCUE:
24     Q. Did Ms. Valente have a residence in
25  Arizona?

33 (Pages 126 - 129)

Page 130

1    A. Yes.
2    Q. Okay. Was it in Scottsdale?
3    A. I believe so.
4    Q. What was your understanding of Exhibit
5  17? The FCC -- you call it the letter.
6    A. It looks like it's a warning about
7  robocalling.
8    Q. Okay. And do you remember that
9  attached to that citation when Travel Services
10 received it were the actual consumer complaints?
11   A. I don't recall.
12   Q. Okay. Describe for me the response
13 internally at Travel Services in regards to this
14 FCC letter that's Exhibit 17.
15   A. I can tell you from my standpoint,
16 assuming that this is the letter that I
17 remember --
18   Q. Yeah.
19   A. -- that I wasn't thrilled that there
20 was a government letter to the company I work
21 for.
22   Q. Right. Tell me about Ms. Valente's
23 reaction to receiving the letter.
24   A. I don't recall specifics. I recall
25 that I was more worried than she appeared to be.

Page 131

1    Q. Okay. And I'll come back to this. Let
2  me turn your attention next to Caldwell List.
3        MR. MCCUE: And this will be
4  Exhibit 18.
5        MS. MACIVOR: When were we planning
6  no breaking up for lunch?
7        MR. MCCUE: Whenever you guys want
8  to.
9        MR. BECKER: Why don't we take 1
10 o'clock which is less than 10 minutes.
11       MR. MCCUE: Okay.
12       MR. BECKER: Take a break --
13       MR. MCCUE: All right.
14       THE REPORTER: For five --
15       MR. BECKER: -- for a few minutes.
16 What's that?
17       THE REPORTER: Five minutes.
18       MR. BECKER: Yeah, exactly.
19       THE REPORTER: So 18?
20       MR. MCCUE: Yeah. It's 18.
21       MR. MCCUE: Watch that stack go
22 down.
23       MR. BECKER: I'm just concerned
24 about the number of paper clips I see in there,
25 Matt.

Page 132

1        MR. MCCUE: You can make up a new
2  18 and put it on the right.
3        THE REPORTER: I'm sorry.
4        MR. MCCUE: No. I put it on the
5  wrong --
6        THE REPORTER: Oh.
7        MR. MCCUE: No. It's not your
8  fault.
9    (Exhibit No. 18 marked)
10 BY MR. MCCUE:
11   Q. Show you what's just marked as Exhibit
12 18. Again, it's not a document that we need to
13 go through every page. If you'd just
14 familiarize yourself generally with the document
15 and let me know. And I'll ask you some
16 questions.
17   A. Okay. Okay.
18   Q. Okay. In June -- approximately June of
19 2010, May of 2010, did you approach a company
20 called Caldwell List?
21   A. I'm not sure on the timeline but, yes,
22 I remember -- recalling --
23   Q. Why don't we start with that? What is
24 your memory of when you first started having any
25 interactions with anyone from Caldwell List?

Page 133

1    A. I -- being five years ago, foggy on all
2  timelines. I do recall talking to Caldwell. I
3  do recall talking about liens.
4    Q. Okay.
5    A. But in terms of pinpointing a date --
6    Q. Okay. Looking at the date on this
7  e-mail, June 2010, is that consistent with when
8  Travel Services first started interacting with
9  Caldwell List?
10       MR. BECKER: Objection. Lack of
11 foundation.
12       THE WITNESS: I don't know that --
13 this is not indicating to me that this is when
14 it started. This is just indicating to me that
15 there was something regarding Cardwell (sic).
16   Q. Understood.
17   A. Okay.
18   Q. That's fair. So as of June of 2010,
19 would you agree with me there was some
20 relationship between you, on behalf of Travel
21 Services, and Caldwell List?
22   A. Yes.
23   Q. Okay.
24       MR. BECKER: Can I, for the record,
25 so you're aware, it's Caldwell, C-A-L-D-W-E-L-L.

34 (Pages 130 - 133)

1 You may have gotten that but Jason's accent
2 sounded like Cardwell. I want to make sure
3 you're clear.
4          THE REPORTER: Okay. I have it
5 exactly as Caldwell.
6          MR. BECKER: Good.
7 BY MR. MCCUE:
8     Q. So, Mr. Rader, it's my understanding,
9 correct me if I'm wrong, that you contacted
10 Caldwell List basically saying, look, I want to
11 buy data, opt-in data. And then you said to
12 them, I don't want to buy data I already have.
13 So here, tell me who you used -- which websites
14 do you use for opt-in data? Is that a fair
15 summary?
16          MR. BECKER: Objection to form.
17          MS. MACIVOR: Join.
18          THE WITNESS: I don't recall asking
19 what websites. I recall telling him specifics
20 of what we were looking for --
21 BY MR. MCCUE:
22     Q. Okay.
23     A. -- when we were looking for
24 (indiscernible). It's an opt-in data.
25     Q. What did you tell him you were looking

1 for specifically?
2     A. It would have been something around
3 travel. Travel responders.
4     Q. Okay. Do you recall sending him a list
5 of websites that you had already used for opt-in
6 data?
7     A. I don't recall that, no.
8     Q. Okay. Do you recall him sending you
9 Exhibit 18 which looks like it's a very, very,
10 very long list of websites that Caldwell List
11 uses?
12     A. I don't recall this. No. I don't
13 recall this big document. But, I mean,
14 obviously, my name's on it.
15     Q. Okay. Would that make sense in this
16 context that you would be asking Caldwell List
17 where you get your data from so you could check
18 them out?
19     A. Sure.
20     Q. Okay.
21          MR. MCCUE: Exhibit 19.
22     (Exhibit No. 19 marked)**
23 BY MR. MCCUE:
24     Q. Look at Exhibit 19. Let me know when
25 you're ready.

1     A. Okay.
2     Q. All right. Let's walk through some of
3 the players here. Rich Borst. I think you
4 already testified that he was the president of
5 Resort Marketing Group.
6     A. Yes.
7     Q. What is Fox Valley Technologies?
8     A. Doing business as one of the companies
9 at the --
10          THE REPORTER: Doing --
11          THE WITNESS: Doing one of the
12 companies --
13          MR. BECKER: You want to -- hold
14 on.
15          THE REPORTER: I need to turn my
16 tape.
17 BY MR. MCCUE:
18     Q. Just to -- I apologize. But if you
19 could just repeat your answer as to who is Fox
20 Valley Technologies.
21     A. One of the Beth -- one of the companies
22 that Beth controlled.
23     Q. All right. And do you know what they
24 did specifically?
25     A. Internet and marketing typically for

1 other businesses. So they were trying to --
2 this is how the whole business to business
3 evolved.
4     Q. Okay.
5     A. So it started as Fox Valley
6 Technologies.
7     Q. And did that then change over to The
8 Marketing Group?
9     A. Ultimately, yeah.
10     Q. Okay. All right. Jef Henderson. Who
11 is he?
12     A. At the time, he was the web development
13 manager for Fox Valley Technologies?
14          THE REPORTER: Web development?
15          THE WITNESS: Web development
16 manager.
17 BY MR. MCCUE:
18     Q. Okay. So the context of Exhibit 19 and
19 the context of Exhibit 18, do you have a memory
20 of Ms. Valente asking Mr. Henderson to check out
21 the website leads that were provided -- check
22 out the website leads that are evidenced at
23 Exhibit 18? In other words, did Ms. Valente
24 take Exhibit 18 and send it to Mr. Henderson
25 essentially saying can you check out these

35 (Pages 134 - 137)

Page 138

1  websites?
2      A. I don't recall this. I don't recall
3  being part of this process.
4      Q. And would that make sense in this
5  context of the dates? I'm talking June -- late
6  June 2010 -- really July 2006 -- I'm sorry.
7      A. I would need more context around it
8  just to -- there's 15 days since June -- since
9  the last e-mail regarding it.
10     Q. Yeah.
11     A. So, I mean, I can't -- I'm not going to
12 confirm that that's what it was about.
13     Q. Have you ever seen Exhibit 19 before?
14     A. I don't recall seeing Exhibit 19, no.
15     Q. Could you -- if you read through it,
16 how would you summarize it? What's going on
17 here? What's Mr. Henderson doing for Mr. Borst?
18     MS. MACIVOR: Object. Calls for
19 speculation. Document speaks for itself.
20     THE WITNESS: Yeah. There's not
21 enough information for me to --
22 BY MR. MCCUE:
23     Q. All right. Let me try to help you with
24 it.
25     THE REPORTER: For me to what?

Page 139

1      THE WITNESS: For me to figure it
2  out.
3  BY MR. MCCUE:
4      Q. Let me try to help with that. On page
5  2, Mr. Henderson is talking about a large list
6  of websites, 6,000 websites. See that?
7      A. Uh-huh.
8      Q. Would you agree with me that
9  approximately the exhibit at 18 has thousands of
10 websites on it?
11     A. Yeah. I agree with you.
12     Q. In the context of these two e-mails,
13 does it make sense that they're connected? 19
14 is a review of the websites evidenced at 18?
15     MR. BECKER: Objection. Form and
16 foundation.
17     THE REPORTER: Evidenced --
18     MR. MCCUE: Evidenced.
19     THE REPORTER: Object what?
20     MR. MCCUE: 19 is a review of the
21 websites from Exhibit 18.
22 (Exhibit No. 19 marked)
23     MR. BECKER: And I'm going to
24 object on form and foundation.
25     THE WITNESS: I have to see why

Page 140

1  you're making that connection. I cannot confirm
2  that that's exactly what happened here.
3  BY MR. MCCUE:
4      Q. Okay. Do you know if Ms. Valente at
5  any time asked anyone to do some due diligence
6  on the source of the opt-ins being purchased
7  from Caldwell List?
8      A. I can only tell you what she did with
9  me with asking me to do my due diligence when --
10 for lead generation.
11     Q. Excellent. Tell me what you did for
12 due diligence on the Caldwell List leads.
13     A. Well, just in general -- and keep in
14 mind there is actually a small part of what I
15 did. So it was -- I was involved in many
16 different parts. But I was constantly looking
17 for leads for all different types of companies.
18 In that due diligence, you know, we didn't want
19 any fly by night company. And we didn't want
20 just the cheapest leads or the lowest quality.
21 We wanted the best, the best bang for our buck
22 in anything that we were doing from a lead
23 generation standpoint.
24     Q. Okay.
25     MR. MCCUE: Next exhibit is 20.

Page 141

1  Oh, I'm sorry.
2  (Exhibit No. 20 marked)
3      MS. MACIVOR: Yes.
4      MR. MCCUE: I agreed to take a
5  break at this point.
6      MR. BECKER: All right. Off the
7  record for a few. Try to do this quick and keep
8  going.
9      MR. MCCUE: Yeah. Eating in here
10 or elsewhere?
11     MR. BECKER: It's up to you. I'm
12 fine eating it here just to keep it going. But,
13 Dan, is there a cafeteria or a kitchen? Not
14 cafeteria.
15     MR. MAROVICH: Not my home turf so
16 let me try to figure it out.
17 (Off the record)
18 (Recessed for lunch)
19 BY MR. MCCUE:
20     Q. Mr. Rader, back on the record after
21 lunch.
22 (Beeping noise - pause)
23     THE REPORTER: Ready to roll.
24     Q. Okay. Mr. Rader, we're back on the
25 record after lunch, and again I'll move along as

36 (Pages 138 - 141)

Page 142

1 quickly as I can.
2        But I just want to ask you generally
3 having testified for a few hours this morning
4 about the general relationship between the
5 cruise lines and Travel Services. And
6 specifically I want to ask you, at any time did
7 anyone from say Carnival say to Travel Services
8 stop using prerecorded telemarketing?
9        MS. MACIVOR: Object to the form of
10 the question.
11        MR. BECKER: Lack of foundation.
12        THE WITNESS: I don't recall that.
13 BY MR. MCCUE:
14    Q. Okay. Well, you did testify that
15 Carnival did receive a number of complaints
16 about robo call telemarketing then connected to
17 Travel Services, correct?
18    A. Correct.
19        MR. BECKER: Objection to form.
20    Q. And you have no memory of Carnival ever
21 saying this has to stop, you can't use
22 prerecorded?
23        MR. BECKER: Objection, form and
24 foundation.
25        THE WITNESS: I don't recall any

Page 143

1 specific terminology that you have to stop.
2    Q. Okay. As a Vice-President of Marketing
3 for Travel Services if someone at Carnival had
4 said, stop using robo calls, what would you have
5 recommended to Ms. Valente?
6    A. I would have passed that on to Ms.
7 Valente if she had not heard that first, that
8 was not my decision or recommendation, that was
9 strictly hers.
10    Q. What would your recommendation have
11 been as a marketing professional?
12        MR. BECKER: Objection, incomplete
13 hypothetical, calls for speculation.
14        MS. MACIVOR: Join.
15        THE WITNESS: I can't even pull my
16 --
17    Q. Say it again?
18    A. That was not my role. That was not my
19 decision. That was not something that I needed
20 to think about it, that it was --
21    Q. Even as the Vice-President of
22 Marketing?
23    A. Beth was going to do whatever.
24    Q. My question, and I don't want to be
25 unfair, is what would've been your

Page 144

1 recommendation to her if Carnival, Tom Panici
2 has said to you, Jason, you've got to --
3        THE REPORTER: Excuse me, one
4 second. I don't know if this is recording.
5    (Pause)
6        THE REPORTER: It's moving.
7        UNIDENTIFIED: Yeah, it's moving.
8 Oh, I didn't turn the microphone back on, that's
9 why. Okay. We're okay. Okay. Continue.
10        MR. MCCUE: This is why we have a
11 back-up.
12 BY MR. MCCUE:
13    Q. My question, Jason, was if Mr. Panici
14 had called you and said, look, Jason, we're
15 getting these robo call complaints, you guys
16 have to stop using prerecords, what would've
17 been your recommendation to Ms. Valente?
18        MR. BECKER: Objection, lack of
19 foundation, incomplete hypothetical, calls for
20 facts not in evidence.
21        MS. MACIVOR: Join.
22        THE WITNESS: If you're asking me
23 what I would do if it was my company?
24 BY MR. MCCUE:
25    Q. Yes.

Page 145

1    A. If Carnival recommended and Carnival
2 was under --
3        THE REPORTER: Say again?
4        THE WITNESS: If Carnival
5 recommended that I stop and Carnival was my --
6 was a vendor of mine, I would like to think I
7 would comply with them.
8    Q. Okay. And Carnival knew, at least as
9 early 2009, that Travel Services was, in fact,
10 using press 1's, correct?
11        MR. BECKER: Objection to form.
12        THE WITNESS: Based on the e-mails
13 that you provided today, that appears to be
14 accurate.
15    Q. Okay. Did you ever personally have
16 conversations with Mr. Panici about the use of
17 press 1's?
18    A. No.
19    Q. Anyone at Royal or Norwegian
20 specifically about the use of press 1's?
21    A. No.
22    Q. If any of the cruise lines had said to
23 you as the Vice-President of Marketing at Travel
24 Services, look, Jason, telemarketing is highly
25 regulated, go hire a third party compliance

37 (Pages 142 - 145)

1 outfit and get an opinion about whether or not
2 the marketing you're doing is compliant or not?
3        MS. MACIVOR: Are you finished?
4        MR. MCCUE: Yeah.
5        MS. MACIVOR: Improper
6 hypothetical, lack of foundation, lack of
7 predicate, form, and mischaracterizes -- sorry,
8 lack of evidentiary predicate, go ahead.
9        MR. BECKER: I join.
10        THE WITNESS: Can you repeat the
11 question?
12 BY MR. MCCUE:
13   Q. She's going to object again. My
14 question to you again, as a Vice-President of
15 Marketing at Travel Services, if anyone from the
16 cruise lines had said, Jason, tell Ms. Valente
17 you need to hire a third party to give you an
18 opinion as to whether or not the telemarketing
19 you're doing is compliant with telemarketing
20 law, what would you have done?
21        MS. MACIVOR: Improper
22 hypothetical, form, lack of foundation, lack of
23 predicate.
24        MR. BECKER: Join.
25        THE WITNESS: I would pass that on

1 to Ms. Valente.
2   Q. What would have been your personal
3 recommendation as a marketing professional?
4        MS. MACIVOR: Same objections, lack
5 of form, lack of foundation, lack of predicate.
6        MR. MCCUE: You really don't need
7 to do the whole over again, just --
8        MS. MACIVOR: But I do for the
9 record, Matt.
10        MR. MCCUE: Gosh.
11        MS. MACIVOR: And hyper-
12 hypothetical.
13        MR. BECKER: Join. It calls for
14 speculation.
15        THE WITNESS: I would recommend her
16 to take serious anything that comes from any of
17 our travel vendors.
18 BY MR. MCCUE:
19   Q. And as a marketing professional, are
20 you aware that there are entities such as
21 Compliance Point or Possible Now, these are
22 third party companies that assist businesses
23 comply with telemarketing laws, are you aware of
24 them?
25   A. I am not.

1   Q. Okay. Did anyone from the cruise
2 lines, either Carnival, Royal or Norwegian ever
3 question you about the opt-in consents?
4   A. I don't recall.
5   Q. You do recall telling at least Carnival
6 that you were telemarketing using opt-ins,
7 though, correct?
8        MR. BECKER: Objection to form.
9        MS. MACIVOR: Join.
10        THE WITNESS: I don't recall that
11 specifics as possible one way or another five
12 years ago, I don't recall.
13   Q. Okay. But as evidenced by the records
14 where you looked at, were you telling Tom
15 Panici, we used an opt-in? We can go back over
16 the documents again.
17   A. Yes.
18   Q. Okay. As evidenced by the documents
19 you were telling Mr. Panici you we opt-ins,
20 correct?
21        MR. BECKER: Objection to form,
22 mischaracterizes the evidence, the documents
23 speak for themselves.
24        MS. MACIVOR: Join.
25        THE WITNESS: That's what it appear

1 the documents say, yes.
2   Q. Okay. And your memory is that at no
3 time did Mr. Panici ask the follow-up question
4 of what do you mean by opt-ins or where do these
5 come from or what are they?
6   A. Correct.
7   Q. Let me take you back now to the FCC
8 citation or the letter. The timeframe is March
9 of 2011. And you had left off your testimony, I
10 asked you about your reactions, and you said,
11 you took it more seriously than Ms. Valente.
12 Was that a fair summary of your testimony?
13   A. I said I believe that, yes.
14   Q. Okay. What was Ms. Valente's response?
15   A. I don't remember specifics, but in
16 general is, this is part of business, and that
17 we'll look into it.
18        THE REPORTER: We'll look into?
19        THE WITNESS: Correct.
20 BY MR. MCCUE:
21   Q. I'm sorry, I didn't hear you.
22   A. We will look into it.
23   Q. Okay. How did Ms. Valente look into
24 it? What happened next after the FCC citation
25 was received?

38 (Pages 146 - 149)

1    MR. BECKER: Objection, lack of
2 foundation.
3    MS. MACIVOR: Join.
4    THE WITNESS: She said she was
5 going to do her own due diligence, as well as
6 talk to her legal team.
7    Q. Okay. And who was her legal team?
8    A. I have no idea.
9    Q. Did she really have a legal team?
10    A. I have no idea.
11    Q. Did she ask you to do any due diligence
12 to look further into the merits of the FCC
13 citation?
14    A. I don't recall.
15    Q. Do you recall that you sent a list of
16 phone numbers to Caldwell List shortly after
17 receiving the FCC citation?
18    A. I don't.
19    MR. MCCUE: This is 20.
20 BY MR. MCCUE:
21    Q. This is Exhibit 20, let me know when
22 you're ready.
23    A. Yep, ready.
24    Q. Looking at Exhibit 20, does that
25 refresh your memory about any action you took

1 after the receipt of the FCC citation by Travel
2 Services?
3    A. I understand that the dates coincide --
4    Q. Yeah.
5    A. -- but in terms of those numbers mean
6 nothing to me.
7    Q. Okay.
8    A. I mean, I don't know that that -- they
9 were talking about the same things.
10    Q. Okay.
11    A. I mean, it could be possible one way or
12 another, and I don't recall.
13    Q. Sure. Let me ask you more generally,
14 do you have a memory of following the FCC
15 citation having any interactions with Caldwell
16 List about the data that Travel Services was
17 purchased -- about the date that Travel Services
18 purchased from Caldwell List?
19    A. I don't specifically recall timewise.
20    Q. But generally, I'm just -- not even a
21 specific time, general memory?
22    A. Often I would go back with the Lead
23 Generation vendors and have conversations of how
24 the quality of leads were regardless or what --
25    Q. Okay.

1    A. -- things were going good, the files --
2 we did receive the files, we did. So there's --
3 I mean, to have communication with the lead
4 company is not unrare.
5    Q. Okay. Was Caldwell List one of the
6 largest sources of data that was purchased by
7 Travel Services?
8    A. I'm not sure in terms of the quantity,
9 who was the largest. They're definitely, you
10 know, one of the main providers.
11    Q. Who were the others?
12    A. You know, I remember a name, Jay, a guy
13 name Jay with Flow something.
14    THE REPORTER: Workflow something?
15    THE WITNESS: Flow something, but
16 I'm not sure in terms of the specific name of
17 the company?
18 BY MR. MCCUE:
19    Q. Does Flow Media ring a bell?
20    A. Yeah, that's correct.
21    Q. Exhaust your memory as to the any
22 investigation that Travel Services conducted
23 after receiving the FCC letter?
24    MS. MACIVOR: Object to the form.
25    MR. BECKER: Join.

1    THE WITNESS: Yeah, I do recall
2 that Beth said that she was going to look into,
3 but I don't recall, you know, how that played
4 out.
5 BY MR. MCCUE:
6    Q. Okay. Do you recall Jamie Smith (ph)
7 also doing some research to see if the consumers
8 at issue in the FTC letter were, in fact, called
9 by Travel Services?
10    A. That sounds accurate, the course of
11 action to be to look in the database to see if
12 we actually even called these people.
13    Q. And do you recall the results?
14    A. I don't recall the specific result, and
15 whatever the FTC complaint was.
16    Q. Do you recall any general response?
17    A. I don't recall the response, no.
18    Q. 21.
19    (Exhibit No. 21 marked)
20    THE REPORTER: 21?
21    MR. MCCUE: Yeah.
22 BY MR. MCCUE:
23    Q. I'm showing you Exhibit 21. Take a
24 look at that, let me know when you're ready.
25    A. Okay.

39 (Pages 150 - 153)

1    Q. All right. What is Exhibit 21?
2    A. Looks like it's an e-mail from me to
3 Beth saying this is what Caldwell sent over.
4    Q. Okay. And the Re line is phone match,
5 correct?
6    A. Correct.
7    Q. All right. If you could turn --
8         THE REPORTER: Between that red
9 line you say?
10        MR. MCCUE: The Re line.
11        THE REPORTER: Okay.
12        MR. MCCUE: The subject line.
13        THE WITNESS: The subject line is
14 your numbers, the attachment is phone match.
15    Q. The attachments are still -- okay. If
16 you could turn to the second page, do you see a
17 list of phone numbers on the left-hand column?
18    A. I do.
19    Q. Could you compare those phone numbers
20 to Exhibit 20, and let me know if those phone
21 numbers match?
22        THE REPORTER: When you say Ray, R-
23 a-y?
24        MR. MCCUE: It's R-e.
25        THE REPORTER: Huh?

1        MR. MCCUE: It's R-e:.
2        THE REPORTER: Oh, I'm sorry.
3        MR. BECKER: Short for regarding.
4        THE REPORTER: Oh, yeah, of course.
5        THE WITNESS: Yep, yep, they match.
6 BY MR. MCCUE:
7    Q. They do match?
8    A. Yes.
9    Q. Okay. So let's back up here, so
10 Exhibit 20 we talked about, it's a list of phone
11 numbers that you're sending over to Peter
12 Lachnicht, correct?
13    A. Yes.
14    Q. And he is the principal of Caldwell
15 List?
16    A. I know Peter works there, I don't know
17 if he's the principal.
18    Q. He was your contact?
19    A. Yeah.
20        THE REPORTER: How do you spell
21 Lachnicht?
22        MR. MCCUE: L-a-c-h-n-i-c-h-t.
23 BY MR. MCCUE:
24    Q. And this is on March 21st, 2011,
25 correct?

1    A. Yes.
2    Q. All right. And on March 23rd, 2011,
3 Caldwell List looks like it responds with a
4 phone match Xcel; is that correct?
5    A. Yes.
6    Q. And you are providing that to Ms.
7 Valente, correct?
8    A. Yes.
9    Q. And the phone match is that Caldwell
10 List is matching up the numbers you sent over on
11 March 21st; is that correct?
12    A. Yes.
13    Q. All right. And they do, in fact,
14 match, correct?
15    A. Correct.
16    Q. So in the last page of Exhibit 21,
17 which is Bates 557196, it says, "internet site,"
18 do you see that?
19    A. Yes.
20    Q. And what are those internet sites, how
21 would you describe those?
22    A. Looks like that's the websites they
23 went to that they were able to put in their
24 information.
25    Q. All right. So --

1        THE REPORTER: Put in their
2 information?
3        THE WITNESS: Put in their
4 information.
5        MR. MCCUE: Put in their
6 information.
7        MR. MCCUE: Yeah.
8 BY MR. MCCUE:
9    Q. These are the opt-in lists; is that
10 correct?
11    A. Or where they started at to get to the
12 specific ad.
13    Q. Okay. So let's say, I just picked by
14 random, the fourth one down, Cash for
15 Christians.com, do you see that one?
16    A. Yeah, I do.
17    Q. Okay. Is it your opinion or your
18 understanding that someone who went on Cash for
19 Christians.com was consenting to receive robo
20 calls promoting the cruise lines?
21        MS. MACIVOR: Object to form.
22        MR. BECKER: Join.
23        THE WITNESS: My belief is that --
24        MR. BECKER: And lack of
25 foundation.

40 (Pages 154 - 157)

Page 158

1    THE WITNESS: -- they went to Cash
2 for Christians, and then a banner would pop up
3 or something would pop up on the site, and then
4 they would click that, and that's what would
5 lead to the form.
6 BY MR. MCCUE:
7    Q.  Okay.  What is the form?
8    A.  Would lead to a form.  Would lead to a,
9 are you interested in travel, or some kind of
10 message, you click on the banner, and then they
11 can fill in their information.  And these are
12 the websites that spurred that.
13    Q.  Okay.  Have you ever seen the forms
14 that people fill out?
15    A.  We had some of our own, so yes.
16    Q.  Have you ever seen them from Caldwell
17 List?
18    A.  I don't recall.
19    Q.  At some point, do you remember asking
20 Caldwell List for the kind of foundation data
21 for the prior express consent -- strike that.
22 For the foundation data for the opt-ins?
23    A.  I don't recall if I asked them.  I
24 mean, I could've, couldn't have.
25    THE REPORTER:  I can't hear you.

Page 159

1    THE WITNESS:  I don't recall.
2 BY MR. MCCUE:
3    Q.  22.  Take a look through Exhibit 22 and
4 I won't question you about every page, just
5 generally familiarize yourself with it.
6    A.  Okay.
7    (Exhibit No. 22 marked.)
8    Q.  All right.  In general, do you
9 recognize what this document depicts?
10    A.  I do not.
11    Q.  What is your general memory of the
12 volume of Better Business Bureau, AG letters,
13 consumer complaints that Travel Services
14 received over the years?
15    A.  Not a lot compared to the volume of
16 business we did.
17    Q.  And how would you put a number on not a
18 lot?
19    A.  I wouldn't put a number on it.
20    Q.  Okay.  Hundreds of complaints?
21    A.  No, I don't recall how many complaints,
22 but I wouldn't say hundreds.
23    Q.  All right.  This letter -- this e-mail
24 seems to be from Beth Valente to Rich Borst
25 (ph), and Rich Borst is throwing together basic

Page 160

1 information, and would you agree with me that
2 there's a grand total of 248 entries, and those
3 entries are either AG letters or BBB letters?
4    MR. BECKER:  Objection, lack of
5 foundation, document speaks for itself.
6    MS. MACIVOR:  Join.
7    THE WITNESS:  Yeah, I just --
8 BY MR. MCCUE:
9    Q.  There's compliance.
10    A.  -- just see what this document says,
11 grand total 248.
12    Q.  Okay.  Would you agree with me this is
13 a table of at least evidencing AG letters and
14 Better Business complaints that have been filed
15 against Travel Services?
16    MS. MACIVOR:  Calls for
17 speculation, lack of form, lack of predicate,
18 lack of foundation.
19    THE WITNESS:  The only thing I can
20 see is that there's AG letter and a number next
21 to it, and BBB letter and a number next to it.
22 BY MR. MCCUE:
23    Q.  Okay.  What do you think AG letter
24 means?
25    MS. MACIVOR:  Objection, calls for

Page 161

1 speculation.
2    THE WITNESS:  I mean, since you're
3 asking me to speculate, I would -- assuming with
4 what we're talking about today, AG could mean
5 Attorney General.
6    Q.  Okay.  Do you have a memory over the
7 years that you worked with Ms. Valente of Travel
8 Services receiving letters from Attorney
9 Generals?
10    A.  I do recall letters.
11    Q.  And would those letters essentially be
12 forwarding consumer complaints about various
13 issues?
14    A.  That sounds accurate.
15    Q.  Okay.  And does BBB mean Better
16 Business Bureau?
17    A.  Yes.
18    Q.  And do you have a memory of Travel
19 Services receiving complaints from the Better
20 Business Bureau?
21    A.  Yes, I have.
22    Q.  Did anyone from the cruise lines ever
23 say to you, hey, Jason, if you get a letter from
24 the AG, I want to know?
25    MS. MACIVOR:  Object to --

41 (Pages 158 - 161)

Page 162

1  mischaracterizes the evidence, form, calls for
2  speculation.
3          THE WITNESS: No, but I -- no.
4  BY MR. MCCUE:
5      Q. So the answer is no?
6      A. Correct.
7      Q. As the Vice-President of Marketing, if
8  someone from the cruise lines had said, we want
9  to know when you get an AG letter, would you
10 have recommended to Ms. Valente that they --
11 that she be truthful and forthcoming?
12         MS. MACIVOR: Objection, calls for
13 speculation, form, lack of predicate, lack of
14 foundation, mischaracterizes the evidence of
15 record.
16         THE WITNESS: It wasn't my company.
17 I wasn't in the position to tell her how to run
18 her business.
19 BY MR. MCCUE:
20     Q. I totally understand, but as the Vice-
21 President of Marketing, what would your
22 recommendation have been, if say Mr. Panici had
23 said to you, I need to know when the AG writes
24 to you, and I need to know when the Better
25 Business Bureau writes to you?

Page 163

1      A. I would have passed that to Beth, I
2  would not tell Beth what to do.
3      Q. Okay. Would you have --
4          THE REPORTER: Not tell them what?
5          THE WITNESS: I would not tell Beth
6  what to do.
7  BY MR. MCCUE:
8      Q. Would you have recommended to Beth that
9  she be truthful and forthcoming in her
10 relationships with the cruise lines?
11     A. It was not --
12         MR. BECKER: Hold on. I'd like to
13 --
14         MS. MACIVOR: Oh, oh, objection.
15 Go ahead.
16         MR. BECKER: I'm going to object on
17 a lack of foundation, and incomplete
18 hypothetical.
19         MS. MACIVOR: I will join, lack of
20 predicate and form, calls for speculation.
21         THE WITNESS: It was not my
22 company, I was not an officer of the company,
23 there's no way I'm going to tell my boss what to
24 do.
25 BY MR. MCCUE:

Page 164

1      Q. I totally a hundred percent understand,
2  all right. What I'm asking you is, you were the
3  Vice-President of Marketing, correct?
4      A. Correct, that was my title.
5      Q. I'm asking you as a marketing
6  professional, if Mr. Panici had said to you, I
7  want to know when the AG writes to Travel
8  Services, would you have recommended to Ms.
9  Valente that she be truthful in her interactions
10 with the cruise lines?
11     A. I would've --
12         MS. MACIVOR: Objection, calls for
13 speculation.
14         MR. BECKER: Form and incomplete
15 hypothetical.
16         MS. MACIVOR: Join.
17         THE WITNESS: If that happened, I
18 would've passed that on to Beth, I would not
19 have recommended anything to her because that
20 was not my job, that was not my job to tell her
21 what to do.
22 BY MR. MCCUE:
23     Q. 23. Thank you, sir. Mr. Rader, before
24 we move on from 22, if you had been the owner of
25 Travel Services and Mr. Panici had said to you,

Page 165

1  Jason, tell us when you get an AG letter, would
2  you have agreed to be forthcoming with him in
3  the future and provide him with AG letters when
4  they were, in fact, received?
5      (Exhibit No. 23 marked)
6          MS. MACIVOR: Objection, calls for
7  speculation, form.
8          THE WITNESS: There's no way I can
9  answer that without knowing the relationship
10 that Beth had with them, the contracts, you
11 know, are you in business, how is everything
12 structured, how much of it, there's no way I
13 could answer that without --
14 BY MR. MCCUE:
15     Q. I'm asking if you owned the company,
16 what would you have done?
17         MS. MACIVOR: Same objections --
18         THE WITNESS: I would --
19         MS. MACIVOR: -- I had before.
20     Q. Are you refusing to answer a basic
21 question?
22     A. Huh?
23     Q. Are you refusing to answer the
24 question?
25         MS. MACIVOR: I'm going to object

42 (Pages 162 - 165)

Page 166

1  to this line of questioning, because it's
2  harassment.
3        MR. MCCUE: Harassment?
4        MS. MACIVOR: It's now been asked
5  and answered, yes, you're harassing the witness.
6        MR. MCCUE: Tell me how this is
7  harassment, Cathy?
8        MS. MACIVOR: You are harassing the
9  witness.
10       MR. BECKER: Hold on, can I --
11 Matt, he says he can't answer it.
12       MR. MCCUE: No, he can, he just
13 doesn't want to?
14       MS. MACIVOR: It's been asked and
15 answered.
16       MR. MCCUE: Right?
17       THE WITNESS: No.
18       MS. MACIVOR: You have asked him
19 about ten times.
20 BY MR. MCCUE:
21    Q. I show you an e-mail, Mr. Rader, from
22 March 28th, 2011, Exhibit 23. Can you tell me
23 what is this e-mail?
24    A. It's an e-mail from me to Beth telling
25 her that after I had met with her -- after I met

Page 167

1  with her face-to-face, just recapping my meeting
2  with her.
3     Q. Okay. And what was the meeting that
4  you had to her face-to-face?
5     A. That due to the FTC letter I was
6  uncomfortable with working with pre-recorded
7  messages, and it was too -- you know, the
8  business overall was just too complicated, and I
9  wanted to make sure that I wanted to move in
10 other directions that -- within her company but
11 did not want to deal with pre-recorded messages.
12 It was too gray, and I liked --
13       THE REPORTER: Too what?
14       THE WITNESS: Too gray and I liked
15 things black and white.
16 BY MR. MCCUE:
17    Q. And what happened next?
18    A. She e-mailed the company --
19    Q. She what, I'm sorry?
20       THE REPORTER: What?
21       THE WITNESS: She e-mailed the
22 company, letting them know that I was going to
23 be focused on other things, and that anything
24 regarding this would be -- would go directly to
25 her.

Page 168

1  BY MR. MCCUE:
2     Q. So just when you say she e-mailed the
3  company, you mean like an internal e-mail of
4  Travel Services?
5     A. Yes.
6     Q. Okay.
7     A. Just letting her know that it was
8  official --
9     Q. Okay.
10    A. -- because I had asked her to do that
11 as well.
12    Q. Okay. And tell me again why did you
13 say I want out?
14    A. I was uncomfortable with the Government
15 letter coming in about the company that I worked
16 for.
17    Q. Were you also uncomfortable with the
18 data that Ms. Valente was purchasing, and
19 whether or not that data was sufficient to
20 create prior express consent to telemarket under
21 the TCPA?
22       THE REPORTER: Excuse me, under the
23 C --
24       MR. MCCUE: TCPA.
25       THE WITNESS: It was not regarding

Page 169

1  data, it was regarding a government agency was
2  saying that it concerned.
3        THE REPORTER: That it concerned?
4        THE WITNESS: The data, yes, that
5  they were concerned.
6  BY MR. MCCUE:
7     Q. So March 28th, 2011, what was
8  your involvement with the pre-record
9  telemarketing conducted by Travel Services?
10    A. Zero.
11    Q. Did that telemarketing continue?
12    A. Yes.
13    Q. Did you ever seek -- did you ever seek
14 from a third party compliance advice as to
15 whether or not the telemarketing being done by
16 Travel Services was, in fact, compliant with the
17 TCPA?
18    A. I reached out to a friend, family
19 friend for my personal knowledge of just my
20 involvement saying that this was, hey -- that
21 this was going on, I was unclear, just can you
22 shed any light on any of the laws.
23    Q. Okay. And what did you find out?
24    A. The laws changed all the time, that
25 basically if -- you know, if there was a -- the

43 (Pages 166 - 169)

Page 170

1 government was looking into something that if
2 you can avoid that, then you should.
3 Q. Right. Did anyone at Travel Services
4 ever tell anyone from the cruise lines that the
5 citation had been received from the FCC?
6 A. I have no idea.
7 MS. MACIVOR: Object to the form,
8 object to lack of foundation, lack of predicate,
9 and there's no evidentiary basis for that
10 question.
11 THE WITNESS: I have no idea.
12 (Pause)
13 BY MR. MCCUE:
14 Q. So after Travel Services received a
15 citation, I think we established that you did
16 send follow-up requests to Caldwell List asking
17 them to match the data; is that correct?
18 A. Yes.
19 Q. Thereafter did you have conversations
20 with Peter Lachnicht from Caldwell List to the
21 effect that you or Ms. Valente were upset about
22 the quality of the data being sold to Travel
23 Services?
24 A. If I recall, we were being -- we were
25 questioning that we were getting duplicate data

Page 171

1 Q. Right. And what else?
2 A. That the data that he was sending us,
3 he'd already sent us in previous months or
4 years.
5 Q. All right. Do you recall Ms. Valente
6 expressing to you her concern or her suspicion
7 that the data had actually been changed to
8 insert new websites?
9 A. Yeah, I recall that.
10 Q. I didn't verbalize that very well, but
11 --
12 THE REPORTER: I'm sorry, what?
13 Q. I didn't verbalize that very well.
14 Tell me --
15 MS. MACIVOR: I agree.
16 Q. Tell me your concern, what was Ms.
17 Valente's concern about the quality of the
18 Caldwell List data?
19 A. That they were leads that opted in.
20 THE REPORTER: That they were --
21 say again?
22 THE WITNESS: That they were leads
23 that opted in, and months later, we would get
24 the exact same data that we had already bought,
25 but they changed what website they opted in at.

Page 172

1 THE REPORTER: When they changed
2 the website after --
3 THE WITNESS: That they opted in
4 at.
5 BY MR. MCCUE:
6 Q. Did Ms. Valente think that the leads
7 were fraudulent?
8 A. I remember having that conversation or
9 e-mail and I believe that she was thinking that
10 the term fraudulent was -- we were being sold
11 what we already bought.
12 Q. Right. With new opt-in URLs for
13 websites?
14 A. Correct.
15 Q. Okay. Do you know where this data came
16 from? I know you bought it from Caldwell List.
17 Do you know is Caldwell List the original source
18 of that data?
19 A. I don't know.
20 Q. Did you ever ask?
21 A. I don't recall.
22 Q. Do you know, in fact, that Caldwell
23 List was just a middleman who purchased that
24 data from another middleman?
25 MS. MACIVOR: Object to the form,

Page 173

1 calls for speculation.
2 THE WITNESS: You know, based on
3 what I know now, it's -- I believe that they
4 list brokers, and they were the middleman, yeah.
5 BY MR. MCCUE:
6 Q. What is a list broker?
7 A. They are in between the company that
8 purchases the data and the company that has
9 somebody fill them out.
10 Q. Okay.
11 THE REPORTER: Has somebody what?
12 THE WITNESS: Fill it in.
13 Q. And who was the company who fill it
14 out, what would you call them, the compiler of
15 the data?
16 A. Sure.
17 Q. Okay. And do you have any idea who
18 compiled the data that Caldwell List sold to
19 Travel Services?
20 A. No.
21 Q. So it could have been five middlemen in
22 the chain before the compiler?
23 MR. BECKER: Objection, calls for
24 speculation.
25 THE WITNESS: I have no idea.

44 (Pages 170 - 173)

1 BY MR. MCCUE:
2      Q. Could have been a hundred?
3      A. I have no idea.
4      Q. Knowing what you know now, do you think
5 this data that was purchased from Caldwell List
6 was authentic?
7      A. Define authentic.
8      Q. Real, legitimate, true?
9      A. Yeah.
10      Q. You think that all these people really
11 went on these websites?
12      A. Based on the definitions that we were
13 provided and based on dealing with other lead
14 companies, yes.
15      Q. Do you think they're telling you the
16 truth?
17      A. I have no idea, if they told me the
18 truth or not. I just know --
19      Q. Sure.
20      A. -- how the lead companies operate.
21      Q. Ms. Valente thought they were
22 fraudulent, correct?
23      MR. BECKER: Objection. Calls for
24 -- well, objection, mischaracterizes the prior
25 testimony.

1      MS. MACIVOR: Join.
2      THE WITNESS: I believe when she
3 was talking about fraudulent, she thought that
4 they were trying to sell us the same data that
5 they already sold us.
6 BY MR. MCCUE:
7      Q. Did Ms. Valente, do you recall her even
8 saying that Mr. Lachnicht could be sued because
9 the data was not legitimate?
10      A. I don't recall that, no. It doesn't
11 mean it didn't happen, I just don't recall.
12      MR. MCCUE: Are we up to 24?
13      UNIDENTIFIED: I believe we are.
14      MR. MCCUE: Thank you, sir.
15 (Exhibit No. 24 marked)
16      Q. Would you take a look at that e-mail
17 for me?
18      A. Okay.
19      Q. Okay. Tell me what Exhibit 24
20 represents.
21      A. It looks like me e-mailing Peter and
22 asking him about the technology that scrubs
23 versus cell phones --
24      THE REPORTER: The technology what?
25      THE WITNESS: Technology that

1 scrubs versus cell phones as well as or the
2 leads provided, are they able to send us
3 examples of the sheets that the customers fill
4 out.
5 BY MR. MCCUE:
6      Q. And when you say Peter, you mean Peter
7 from Caldwell List?
8      A. Yes.
9      Q. Okay. And what is Peter's response?
10      THE REPORTER: Scrubs, s-c-r-u-b-b-
11 s?
12      MR. BECKER: No, just one B.
13      THE REPORTER: Huh?
14      MR. BECKER: S-c-r-u-b-s.
15      THE REPORTER: Okay.
16      THE WITNESS: Peter's response is
17 that he's going to come up empty on both of
18 those.
19 BY MR. MCCUE:
20      Q. All right. So you are asking him
21 basically for the back-up data that shows that
22 people, in fact, went onto these websites,
23 correct?
24      A. Yes.
25      Q. And he tells you that I don't have it.

1      A. He tells -- yeah, he says that the
2 owner is very protective of the set-up, and
3 doesn't want people stealing his model.
4      Q. Okay. Does he even tell you who the
5 owner is?
6      A. No.
7      Q. So how can you have any sense to the
8 authenticity of the data if it was purchased
9 from a middleman, how do you know where it came
10 from?
11      A. I don't know where it came from.
12      MR. BECKER: Object, that was a
13 compound question.
14      MS. MACIVOR: Join.
15      MR. MCCUE: 25.
16 (Exhibit No. 25 marked)
17 BY MR. MCCUE:
18      Q. Take a look at that e-mail. Let me
19 know when you're ready.
20      A. Okay.
21      Q. What is Exhibit 25?
22      A. It looks like it's a -- it looks like
23 we're asking for the correct names associated
24 with some phone numbers.
25      Q. Okay. And at the top, you're saying to

45 (Pages 174 - 177)

Page 178

1   Mr. Lachnicht, "our owner is really freaked out
2   too because she thinks we are getting all this
3   bogus information. If nine out of ten have
4   wrong names with the numbers, I know it is not
5   you, Peter, but if you could hold them as
6   accountable as possible she is nervous they are
7   making stuff up." Did I read that correctly?
8       A. Yes.
9       Q. And when you say your owner, do you
10  mean Ms. Valente?
11      A. That's who I'm referring to in this,
12  yes.
13      Q. And when you say nine out of ten wrong
14  names, was that the match that had been done on
15  the FCC letter?
16      A. I don't believe that's what it's
17  talking about. I believe this is talking about
18  predictive dialing and talking --
19          THE REPORTER: Predictive what?
20          THE WITNESS: Predictive dialing.
21  And I believe this is talking about trying -- at
22  this point, we're trying to do predictive
23  dialing and we're -- there's a problem because
24  the names -- why it would be a problem is the
25  names aren't matching the people we're calling.

Page 179

1   BY MR. MCCUE:
2       Q. Not matching the opt-ins?
3       A. Correct.
4       Q. All right. And she's nervous they are
5   making stuff up, she's referring to Caldwell
6   List?
7       A. Correct.
8       Q. So again, this is an e-mail that
9   documents Ms. Valente's suspicion that the leads
10  were fraudulent or not authentic?
11          MR. BECKER: Objection.
12          THE WITNESS: Yeah, she's nervous
13  about the recent batch of leads.
14          THE REPORTER: Nervous about the
15  what?
16          THE WITNESS: The recent batch of
17  leads.
18  BY MR. MCCUE:
19      Q. 26.
20      (Exhibit No. 26 marked)
21          MS. MACIVOR: Oh, thanks.
22      Q. Just let me know when you've had a
23  chance to review that. Just let us know when
24  you're ready, take your time.
25      A. Okay.

Page 180

1       Q. All right. Can you tell me what this
2   e-mail is, Exhibit 26?
3       A. There's not enough context. I was
4   trying to figure that out. There's not enough
5   context for me to tell.
6       Q. Okay. So it's an e-mail from Beth
7   Valente to you, and you're saying, "It has not
8   gotten better," but you don't know what you're
9   referring to --
10      A. Correct.
11      Q. -- is that correct?
12      A. Correct.
13      Q. At one point did you try to get a
14  refund from Mr. Lachnicht or Caldwell List for
15  Ms. Valente?
16      A. I don't recall.
17      Q. 27.
18          MS. MACIVOR: Thanks.
19      Q. Look at that and let me know when
20  you're ready.
21      A. Okay.
22      Q. Tell me what this e-mail is talking
23  about.
24      A. It looks like it's Peter and me going
25  back and forth and Peter's saying he brought to

Page 181

1   the compiler's attention that -- the concerns
2   that Beth had, and the problem was not with the
3   compiler and they deal with these issues often.
4           THE REPORTER: They what?
5           THE WITNESS: They deal with the
6   issues often. And goes on to me forwarding on
7   to Beth saying, let me know who you want to
8   proceed.
9           THE REPORTER: Goes on with
10  something or another, goes on to --
11          THE WITNESS: Goes on to me
12  forwarding to Beth.
13          THE REPORTER: Oh, to me
14  forwarding.
15  BY MR. MCCUE:
16      Q. All right. So the bottom part of
17  Exhibit 27 is the compiler being Peter Lachnicht
18  responding to the concerns of Beth Valente about
19  the legitimacy of the leads that were being
20  sold; is that correct?
21          MR. BECKER: Objection to form,
22  mischaracterizes the testimony.
23          MS. MACIVOR: Join.
24          THE WITNESS: It looks like it's in
25  response to Beth's concerns, yes.

46 (Pages 178 - 181)

1  BY MR. MCCUE:
2      Q.  Okay.  And then you at the top are
3  forwarding Lachnicht's response to Ms. Valente,
4  correct?
5      A.  Yes.
6      Q.  All right.  And you specifically tell -
7  - you specifically tell Beth, you say, "Caldwell
8  has worked for us many times in the past, and I
9  don't buy the compiler's answer."  Do you see
10  that?
11      A.  Yes.
12      Q.  What did you mean by that?
13      A.  I didn't believe that the compiler was
14  saying that they were filling it out on
15  different forms at that point.
16      Q.  Right.  So the compiler is basically
17  saying, the numbers shows up under multiple opt-
18  ins because consumers are just entering contests
19  over and over and over again, correct?
20      A.  Correct.
21      Q.  All right.  And you're saying to Beth,
22  here's the response, but I don't buy it,
23  correct?
24      A.  Correct.  Keep in mind with this
25  timeframe, though, this is not talking about

1  robo dialing, because I'm out at that point.
2  This is --
3      Q.  So you're out of that, but Ms.
4  Valente's not.
5      A.  Okay.
6          MS. MACIVOR:  Object to the form.
7      Q.  Is that correct or not?
8      A.  I'm not sure.  Once I was out, I'm not
9  sure when they stopped robo dialing.
10      Q.  Well, robo or not robo, we're
11  talking about the opt-in data though from
12  Caldwell List, correct?
13      A.  That was used for many things, yes.
14      Q.  Sure.
15      A.  Yes.
16      Q.  Could be used for pre-records or could
17  be used for auto dialers, correct?
18      A.  Or hand dialing.
19      Q.  Sure.
20      A.  Yes.
21      Q.  Okay.  And you're saying that the
22  response from Peter Lachnicht about -- the
23  response of Peter Lachnicht to Ms. Valente's
24  concerns about the legitimacy of the data that
25  you are not buying the answer.

1          MR. BECKER:  Objection to form,
2  mischaracterizes the evidence, document speaks
3  for itself.
4          MS. MACIVOR:  Join.
5          THE WITNESS:  That's correct.
6  BY MR. MCCUE:
7      Q.  Okay.  28.  Take a look at this e-mail
8  and let me know when you're ready.
9      A.  I'm ready.
10      Q.  I'm showing you an e-mail from December
11  1st, 2009.  It's a response from Peter Lachnicht
12  to a guy named Tom Mongiovi.  Do you know who
13  Tom Mongiovi is?
14      A.  No.
15      Q.  Okay.  So for purposes of this
16  questioning, I want you to assume that he is
17  another middleman that Caldwell List purchased
18  data from; is that fair?
19      A.  Sure.
20      Q.  Okay.
21          THE REPORTER:  How do you spell
22  that name?
23          MR. MCCUE:  Peter -- I'm sorry,
24  Thomas M-o-n-g-i-o-v-i.
25  BY MR. MCCUE:

1      Q.  Would you agree with me in this e-mail
2  it looks like Lachnicht is sending Mongiovi a
3  list of opt-in websites that Travel Services
4  already used in the past; is that correct?
5      A.  Yes.
6      Q.  Do you have a memory now after looking
7  at this of sending Mr. Lachnicht that type of
8  data?
9      A.  Yeah, that sounds right.
10      Q.  Okay.  Do you -- the question was, do
11  you have a memory of sending the data?
12      A.  I don't recall specifically sending
13  that data.
14      Q.  Okay.  Would this e-mail be consistent
15  with something you would have done is sending
16  him the opt-ins that you currently use and
17  saying to him, look, I don't want the same
18  stuff?
19          MS. MACIVOR:  Objection, calls for
20  speculation and form.
21          THE WITNESS:  Yes, I remember doing
22  that at one point in time.
23  BY MR. MCCUE:
24      Q.  Okay.  And it looks like here Lachnicht
25  is forwarding the e-mails to Mongiovi.  Do you

47 (Pages 182 - 185)

Page 186

1 agree with me?
2    A. Yes.
3    Q. And he's basically saying, do you have
4 data that does not tie to these websites,
5 correct? If it's the same source or not,
6 correct?
7    A. Correct, he's looking for a different
8 source.
9    Q. Let me just read it through with you.
10 "Hey, Tom, while I'm getting closer with Jason
11 Rader, he sent me his other stuff," his other
12 stuff meaning the list of websites, would you
13 agree with that?
14    A. Yes.
15    Q. Okay. "He sent me his other stuff just
16 to make sure it wasn't going to be the same
17 sources," meaning the same sources of opt-in
18 data, correct?
19    A. Correct.
20    Q. "So if you want to look at these and
21 let me know if it's the same source or not, that
22 would be great." And then he says, "If so,"
23 meaning if they are the same, "is there any way
24 to make them look different? I'm such a
25 sleazebag I know." Did I read that correctly?

Page 187

1    A. Yeah.
2        MR. BECKER: Objection to form, the
3 document can speak for itself.
4    Q. Having looked at this e-mail --
5        MR. BECKER: And you did not
6 completely read the document.
7        THE REPORTER: What? You did not
8 want.
9        MR. BECKER: He did not completely
10 read the document.
11 BY MR. MCCUE:
12    Q. Having looked at this e-mail now --
13        MS. MACIVOR: Join, join.
14        MR. MCCUE: Can I ask a question?
15        MS. MACIVOR: Go ahead.
16    Q. Having looked at this document now, has
17 that changed your opinion as to whether or not
18 the data purchased from Caldwell List was
19 authentic or reliable?
20        MR. BECKER: Objection, a complete
21 hypothetical, calls for speculation.
22        MS. MACIVOR: Join.
23        THE WITNESS: This e-mail seems
24 like they're asking to provide inaccurate
25 information at this time.

Page 188

1 BY MR. MCCUE:
2    Q. Do you find this e-mail troubling,
3 upsetting?
4    A. Yeah.
5    Q. How come?
6    A. Just he's referencing that he's doing
7 something wrong.
8    Q. He's talking about making up data,
9 correct?
10    A. Uh-huh.
11    Q. And it's data --
12        THE REPORTER: And the answer?
13    Q. Was that a yes?
14    A. I don't know if he's making up the
15 data, he's making up the source.
16    Q. Right. And it's a source that Travel
17 Services relied upon to make robo calls to
18 consumers, correct?
19    A. Correct.
20    Q. And it made millions of robo calls to
21 consumers, correct?
22    A. I don't have exact numbers.
23    Q. Would that surprise you if the number
24 is in the millions?
25        MR. BECKER: Objection, form.

Page 189

1        MS. MACIVOR: Join.
2        THE WITNESS: I'm not going to
3 commit to numbers, just because I have no idea.
4 BY MR. MCCUE:
5    Q. So would the dialer database evidence
6 how many calls Travel Services made?
7    A. It should.
8    Q. Okay. And if Travel Services was
9 calling based upon bad data, then the pre-
10 records that it made were in violation of the
11 telemarketing law, correct?
12        MR. BECKER: Objection to form,
13 calls for a legal conclusion, calls for
14 speculation, lack of foundation.
15        MS. MACIVOR: Lack of predicate,
16 join.
17        THE WITNESS: Yeah, as I said
18 before, it was not my job to know the legal
19 ramification or --
20 BY MR. MCCUE:
21    Q. Sure.
22    A. -- the -- so I don't know.
23    Q. But this is why you told Ms. Valente
24 you want out, correct, because you were
25 concerned about the legality of the

48 (Pages 186 - 189)

Page 190

1 telemarketing campaign?
2        MR. BECKER: Objection,
3 mischaracterizes prior testimony.
4        MS. MACIVOR: Join.
5        THE WITNESS: I was concerned about
6 getting a government letter to a company I
7 worked for, not necessarily specifics, but just
8 that the government was looking into the
9 business, and I was not comfortable with that.
10 BY MR. MCCUE:
11    Q. Right. But the government letter
12 specifically said that Travel Services has
13 violated the Telephone Consumer Protection Act
14 by robo calling, correct?
15    A. Correct.
16    Q. 29 next exhibit.
17        UNIDENTIFIED: Try putting them on
18 the bottom and you can --
19        MR. MCCUE: Thank you, sir.
20        UNIDENTIFIED: It's okay.
21 BY MR. MCCUE:
22    Q. I show you the next exhibit, Exhibit
23 29. Let me know when you're ready.
24    A. Okay.
25    Q. Let me back up a little first.

Page 191

1        Are you generally chronologically aware
2 that this lawsuit, Mr. Charvat's lawsuit was
3 filed in July of 2012; is that generally
4 correct?
5    A. I'm not sure of the date.
6    Q. Okay.
7    A. I mean, I have no idea of when that
8 date.
9    Q. When did you first become aware that
10 Mr. Charvat had filed a class action lawsuit?
11    A. I don't recall the timelines.
12    Q. All right. Do you have any knowledge
13 of robo call complaint of Daniel Collins?
14    A. No. Was I even with the company at
15 this time?
16    Q. This e-mail is from January 22nd, 2014.
17    A. 2014, 2015, okay, no.
18    Q. Okay. What's your memory of your first
19 conversation with Ms. Valente about this
20 lawsuit?
21    A. I heard through the grapevine that
22 there was a lawsuit.
23    Q. What did you hear?
24    A. Just that Beth was being sued, based on
25 something regarding the do not call or robo

Page 192

1 dialing.
2    Q. Okay. When was the first time you had
3 a conversation with Ms. Valente herself about
4 this case?
5    A. I have no idea timeline.
6    Q. Exhaust your memory of any
7 conversations you've had with Ms. Valente about
8 this lawsuit?
9        MS. MACIVOR: Objection to form.
10        THE WITNESS: In terms of timeline,
11 I don't remember. I may --
12    Q. I'm not talking time even, I just want
13 to know what did you talk with Ms. Valente
14 about.
15    A. Just was there a lawsuit, was it true
16 that I heard this.
17    Q. Yeah. Did you ever talk to Ms. Valente
18 about the Caldwell List leads and why they --
19 how they were bogus and how it led to this
20 lawsuit, something to that effect?
21        MS. MACIVOR: Object to form.
22        THE WITNESS: Yeah, I don't -- I
23 don't think it was specific, it was more of
24 trying to find out more information what it was
25 about.

Page 193

1        MR. MCCUE: 30.
2        THE REPORTER: Exhibit 30.
3 BY MR. MCCUE:
4    Q. Mr. Rader, are you aware that after Mr.
5 Charvat filed the class action lawsuit against
6 Ms. Valente and the cruise lines, that the
7 curricular telemarketing, in fact, continued?
8    A. I'm not sure of timelines.
9    Q. No knowledge about that whatsoever?
10    A. I couldn't tell you when or if they
11 stopped.
12    Q. And do you know when they stopped, in
13 fact?
14    A. I have no idea.
15    Q. Do you know why they stopped?
16    A. I don't.
17    Q. Do you know if at any time anyone from
18 the cruise lines issued a cease and desist
19 against Travel Services for telemarketing using
20 their name?
21    A. Not that I'm aware of.
22        THE REPORTER: I'm sorry, marketing
23 into?
24        MR. MCCUE: Using their name.
25        THE WITNESS: Not that I'm aware.

49 (Pages 190 - 193)

1  BY MR. MCCUE:
2      Q.  30.  I show you what's marked as
3  Exhibit 30.  Take a look at that and let me know
4  what it is.
5      A.  It's from 2011, an e-mail -- 2010, I'm
6  sorry, December 20th, 2010.  It looks like me
7  saying to Tommy that we won the Winner's Circle
8  in 2002 and 2003.
9      Q.  Correct.
10     A.  And it appears I'm asking for that
11  document.
12     Q.  Okay.  Are you asking for a letter of
13  support from Carnival that you can put on the
14  Travel Services' website?
15     A.  Yeah, I recall this.  It was me asking
16  for just to be able to have something to show
17  that we, in fact, do send people to Carnival.
18     Q.  Okay.  On the Carnival letterhead?
19     A.  Yes.
20     Q.  And was put on Travel Services'
21  website?
22     A.  Correct, I believe it was in the
23  website or in a package.
24     Q.  Okay.  Was that -- was the purpose of
25  that to create credibility for Travel Services?

1      A.  Yeah, just to let them know that we
2  actually do business with Carnival.
3      Q.  And that you were a partner of
4  Carnival.
5          MR. BECKER:  Objection to form.
6          THE WITNESS:  I don't know that I
7  would use the word partner, but yeah, that we
8  did business with Carnival and that we
9  legitimately sent people to Carnival Cruises.
10  BY MR. MCCUE:
11     Q.  Okay.  Well, I'm using the term
12  partner, because Carnival uses the word partner.
13     A.  Okay.
14     Q.  Do you have memories of Mr. Panici
15  referring to you or anyone at Travel Services as
16  a partner of Carnival?
17     A.  I don't recall specifics, in terms of
18  the words.
19     Q.  And this letter of support, it actually
20  closes by saying, "On behalf of Carnival and our
21  employees, thank you so much for your continuing
22  partnership."  Isn't that what it says?
23     A.  Correct.
24     Q.  Okay.  So do you understand why I used
25  the word partner?

1      A.  I do.
2      Q.  And signed by Mr. Panici.
3      A.  Yes.
4      Q.  Well, I'm sorry, it's not signed by Mr.
5  Panici, but it has a signature block for Mr.
6  Panici; is that correct?
7      A.  Correct.
8      Q.  Okay.
9          MR. BECKER:  I've got to watch you.
10     Q.  31, next to the other.  I show you
11  what's marked as Exhibit 31, and ask if you can
12  tell me what it is.
13     A.  It looks like it's a letter from Mike
14  Julius to Travel Headquarters' members, just
15  saying that they have the relationship with your
16  Travel Headquarters.
17     Q.  Okay.  And --
18         THE REPORTER:  With your Travel
19  Headquarters?
20         THE WITNESS:  With your Travel
21  Headquarters.
22         THE REPORTER:  Got you.
23  BY MR. MCCUE:
24     Q.  Is your Travel Headquarters another
25  N.A. that falls under the resort marketing group

1  parent?
2      A.  Yes.
3      Q.  Is it called YTH?
4      A.  Correct.
5          THE REPORTER:  YTH?
6          MR. MCCUE:  YTH.
7      Q.  And Mike Julius is the Vice-President
8  of Sales for Central U.S., Carnival Cruise
9  Lines; is that correct?
10     A.  Yes.
11     Q.  And it's dated February 1st, 2009,
12  correct?
13     A.  Yes.
14     Q.  And it's actually signed by him?
15         MR. BECKER:  Objection to form,
16  lack of foundation.
17     Q.  Does it appear to be signed by Mr.
18  Julius?
19     A.  Yeah.
20     Q.  Is Mr. Julius also referred to Travel
21  Headquarters who is the same as Resort Marketing
22  as being a valuable partner to us for many
23  years.
24     A.  Yes.
25     Q.  And this is a letter that was posted on

50 (Pages 194 - 197)

1 the Travel Services' website and made available
2 to consumers?
3          MR. BECKER:  Objection, lack of
4 foundation.
5          THE WITNESS:  Yeah, I don't know
6 for sure if it was posted on the website, but it
7 was in some way shown to our members --
8     Q.  What's your understanding --
9     A.  -- or showing to the prospects.
10    Q.  Sorry.  What is your understanding of
11 how Carnival used this letter, I mean, how
12 Travel Services used the letter that's marked
13 Exhibit 31?
14    A.  Just to let prospective members know
15 that we do business with Carnival.
16    Q.  All right.  And to add to Travel
17 Services' credibility?
18    A.  Yes.
19    Q.  32.  Take a look at that e-mail and let
20 me know what it is.  Let me know when you're
21 ready.
22    A.  It looks like it's a letter from Mitch
23 Platt at Royal Caribbean to Kim, who is the
24 manager in fulfillment.
25    Q.  Okay.  And it says, "Kim, at Your

1 Membership Club.com," --
2     A.  Uh-huh.
3     Q.  -- is that another d/b/a of Resort
4 Marketing Group?
5     A.  That was the e-mails, yeah, that was
6 the e-mail addresses.
7     Q.  Okay.  And do you agree that Mitch
8 Platt is sending Kim an e-mail saying, "please
9 pass this on to your consumer.  Please note the
10 Travel Services Network is a legitimate travel
11 agency and is one of my top accounts within my
12 region.  Thank you, from Mitch Platt."  Is that
13 correct?
14          MS. MACIVOR:  Object to the form of
15 the question, it doesn't accurately portray the
16 e-mail.
17          THE REPORTER:  Lack of -- say it
18 again.
19          MS. MACIVOR:  Objection to the form
20 of the question, does not accurately portray the
21 e-mail, and you can go ahead and answer it.
22          THE WITNESS:  Yes.
23 BY MR. MCCUE:
24    Q.  So is this an example of Royal
25 providing Travel Services with a representation

1 that Travel Services can pass on to consumers
2 making the connection between Royal and Travel
3 Services?
4          MS. MACIVOR:  Object to the form,
5 lack of foundation, lack of predicate and the
6 form of the question, you can answer.
7          THE WITNESS:  I have no idea why
8 Kim requested this --
9 BY MR. MCCUE:
10    Q.  Okay.
11    A.  -- because I don't have enough context.
12    Q.  All right.
13    A.  So.
14    Q.  But would you --
15          THE REPORTER:  Did I hear the name
16 Ken or Kim?
17          MR. MCCUE:  Kim, K-i-m.
18          THE REPORTER:  Kim, okay.
19    Q.  Would you agree with me though that
20 evidenced by these documents, is that on
21 occasion Travel Services asked the cruise lines
22 for letters of support, that they could hand out
23 to consumers?
24          MS. MACIVOR:  Objection, lack of
25 foundation, lack of predicate, form of the

1 question, calls for complete speculation.
2          MR. BECKER:  Join.
3          THE WITNESS:  It was not rare for
4 us to ask our travel vendors for support or for
5 documents that we did business with them.
6 BY MR. MCCUE:
7     Q.  Okay.  And did they, in fact, give you
8 letters of support?
9     A.  Sure.
10    Q.  And your vendors meaning Carnival, yes?
11    A.  So, yeah, amongst many others.
12    Q.  I understand.  But I'm trying to figure
13 out, you'd get certainly letters of support from
14 Carnival, we saw them here today, right?
15    A.  Uh-huh.
16    Q.  Did you get --
17          THE REPORTER:  Answer?
18          THE WITNESS:  Yes.
19    Q.  Did you get support from Royal, as
20 evidenced by the e-mail I just showed you?
21          MS. MACIVOR:  Object to the form of
22 the question, lack of foundation, lack of
23 predicate, calls for speculation.
24          THE WITNESS:  According to this e-
25 mail, yes.

51 (Pages 198 - 201)

1 BY MR. MCCUE:
2     Q. Okay. And what about Norwegian, any
3 memory of requesting letters of support or some
4 type of affirmation from Norwegian Cruise Line?
5     A. I don't recall.
6        MR. MCCUE: We're getting there,
7 people. What are we up to?
8        THE REPORTER: 33.
9        MS. MACIVOR: I have 32. Did I
10 miss one?
11        THE REPORTER: (indiscernible) was
12 32.
13        MS. MACIVOR: Sorry.
14        UNIDENTIFIED: (indiscernible)
15 after that next.
16        MS. MACIVOR: Good deal.
17        UNIDENTIFIED: 33?
18        UNIDENTIFIED: Yeah.
19        MR. MCCUE: Thank you, sir.
20 BY MR. MCCUE:
21     Q. I'm showing you what's marked as
22 Exhibit 33. Take a quick look at that and let
23 me know when you're ready.
24     A. Ready.
25     Q. On occasion, did Carnival hold some

1 type of events where it recognized Travel
2 Services for its sales?
3     A. Events or launches.
4     Q. Okay. All right. So the context of
5 this e-mail November 19th, 2010 Panici says to
6 you, "Ryan, thanks for the update. I am sure we
7 could recognize the award winners at dinner."
8 Did I read that correctly?
9     A. He's talking to Ryan, yes.
10     Q. Okay. Ryan Holly I got it.
11     A. Yes.
12        THE REPORTER: Ryan what?
13        MR. MCCUE: Ryan Holly, H-o-l-l-y.
14 BY MR. MCCUE:
15     Q. So on -- your testimony is that on
16 occasion, Carnival would have lunches or dinners
17 where it would recognize people at Travel
18 Services, correct?
19     A. This is referring to, can we recognize
20 the awards at whatever function this is.
21     Q. Yep.
22     A. Through Carnival lunch it looks like.
23        THE REPORTER: Carnival what,
24 Carnival lunch?
25        THE WITNESS: Carnival lunch.

1 BY MR. MCCUE:
2     Q. What would the award be?
3     A. It looks like Ryan's asking can he
4 recognize some of his sales reps because he's
5 the sales manager --
6     Q. Yeah.
7     A. -- at this lunch.
8     Q. Okay.
9     A. Or dinner.
10     Q. And did that, in fact, happen?
11     A. I have no idea.
12     Q. On occasion, did Carnival offer
13 employees of Travel Services free cruises?
14     A. Employees?
15     Q. Yeah. Well, let me strike that.
16     A. Yeah.
17     Q. On occasion, did Carnival offer free
18 cruises to Travel Services?
19     A. I know Beth reaps in benefits with her
20 relationships, and I believe that she might have
21 handed out some of the -- like inaugural things
22 to other employees.
23     Q. Okay.
24     A. But I don't believe I was ever a
25 recipient of that.

1     Q. So on occasion, Beth would get free
2 cruises from Carnival?
3     A. I believe she had benefits with her
4 relationship, I don't know if they were free, if
5 they were discounted, so.
6     Q. Okay. Did anyone at Travel Services
7 get free cruises from Royal or Norwegian?
8     A. I believe she had those same benefits
9 with other cruise lines as well.
10     Q. Okay.
11     A. That she would be able to get -- go on
12 inaugural or big events, and at a discounted
13 rate or something.
14     Q. Okay.
15     A. Just through the runways and
16 grapevines.
17     Q. Okay. What other --
18        THE REPORTER: Just through the
19 what?
20        THE WITNESS: Through the
21 grapevine.
22 BY MR. MCCUE:
23     Q. What other types of incentives or
24 prizes or perks would Carnival, Royal or
25 Norwegian offer to Travel Services?

52 (Pages 202 - 205)

1          MR. BECKER: Objection, lack of
2   foundation.
3          MS. MACIVOR: Join.
4          THE WITNESS: Short of lunches, I
5   don't really know of any other incentives.
6      Q. So the lunches, we talked about Beth
7   getting cruises that she then could hand out, as
8   she saw fit; is that your understanding?
9          MR. BECKER: Objection to form,
10  mischaracterizes the testimony.
11         MS. MACIVOR: Join.
12         THE REPORTER: What?
13         MR. BECKER: It mischaracterizes
14  the testimony.
15         THE WITNESS: I believe that to be
16  true, yeah.
17  BY MR. MCCUE:
18      Q. All right. And just because there was
19  so many objections, my question was, did Beth
20  get cruise opportunities from Royal and
21  Norwegian and Carnival that she could either use
22  herself or give to somebody else.
23      A. I believe with all of her travel
24  vendors, she would have -- she would get some
25  kind of discounts that she could use for herself

1   or perhaps her employees.
2      Q. All right. And at any time over the
3   years, we're talking about from 2010 through
4   2015, did those perks stop for any reason?
5          MR. BECKER: Objection, lack of
6   foundation.
7          MS. MACIVOR: Join.
8          THE WITNESS: I have no idea. It
9   would not involve me, I wouldn't be aware of it,
10  so I have no idea.
11  BY MR. MCCUE:
12      Q. Okay. What was the Dewayne Wade Night?
13         THE REPORTER: What was the what?
14         MR. MCCUE: Dewayne Wade, D-w-a-n-
15  e, D-e-a-y-n-e --
16         THE REPORTER: D-w-y-a-n-e.
17         THE REPORTER: D-w-y-a-n-a -- I'm
18  sorry?
19         THE WITNESS: It's Dwayne, D-w-a-y-
20  n-e, and the last name is Wade, W-a-d-e. He's
21  from Chicago, you should know this.
22         THE REPORTER: And the answer is?
23  The answer to the question?
24         THE WITNESS: The Dewayne --
25  BY MR. MCCUE:

1      Q. What was the Dewayne Wade Night?
2      A. It was due to Carnival and Micky's
3   relation to the Miami Heat, Dewayne Wade had a
4   foundation that Carnival supported.
5      Q. Okay.
6      A. So --
7      Q. And Micky is Micky Arison?
8      A. Correct.
9          THE REPORTER: Haverson?
10         MR. MCCUE: Arison, A-r-i-s-o-n,
11  the owner of Carnival Cruise Lines.
12         THE WITNESS: Correct.
13  BY MR. MCCUE:
14      Q. Okay.
15      A. And Tommy invited Beth and whoever she
16  wanted to bring --
17      Q. Yeah.
18      A. -- to this bowling event.
19      Q. Okay.
20      A. It was in the city where you got to
21  meet Dewayne Wade.
22      Q. Sure. So it was kind of a big night in
23  Chicago, out for dinner, go bowling, that kind
24  of stuff?
25      A. Yeah.

1          MR. BECKER: Objection to the form
2   of the question.
3      Q. All right. And you guys rent a limo
4   and things like that.
5      A. Correct.
6      Q. And you had fun, right?
7      A. Yeah.
8      Q. And Carnival paid the bill.
9          MR. BECKER: Objection, calls for
10  speculation, and lack of foundation.
11      Q. Did Carnival pay the bill?
12      A. Carnival paid for us to get into the
13  Dewayne Wade night, we had to pay for the limo.
14      Q. Okay. So other than the limo, they
15  paid for the night.
16         MR. BECKER: Objection, lack of
17  foundation.
18         THE WITNESS: They paid for us to
19  get into Dewayne Wade, there was nothing beyond
20  that they paid for.
21  BY MR. MCCUE:
22      Q. Okay. But to get into the event,
23  there's food and drinks provided for you.
24      A. Correct.
25      Q. 34.

53 (Pages 206 - 209)

1       THE REPORTER: 34.
2       Q. Before you spend time looking at this,
3   I just want to ask you some background
4   questions. Do you have any knowledge of
5   relationships between Ms. Valente and lending
6   institutions that would lend money to people who
7   wanted to go on a cruise?
8       A. No.
9       Q. Okay. Have you ever heard of Monetary
10  (sic) Financial Services?
11      A. No.
12      Q. Okay. I won't waste any time on it
13  then.
14      35. Take a look at that e-mail and let
15  me know when you're ready.
16      A. Okay.
17      Q. So is this an e-mail -- now we're going
18  back to September 2010, you're writing to Laura
19  Fernandez and again, if you could just summarize
20  for me her job responsibilities.
21      A. Marketing coordinator, various -- she
22  was in management and also handled fulfillment.
23      Q. Okay. Was she also involved in
24  physically recording the press 1's for the
25  cruise lines?

1       MS. MACIVOR: Object to the form,
2   there's no evidentiary foundation.
3       MR. MCCUE: This is a speaking
4   objection, Cathy, I mean, jeepers.
5       MS. MACIVOR: Jeepers?
6       MR. MCCUE: Yeah.
7   BY MR. MCCUE:
8       Q. I'll repeat the question, did Ms.
9   Fernandez help record the prerecorded scripts
10  that use the trade names of Royal, Carnival and
11  Norwegian?
12      A. I believe she was one of the many, yes.
13      Q. Okay. The subject line here is RCCL
14  and Nor, do you interpret that as Royal and
15  Norwegian?
16      A. Correct.
17      Q. All right. And you're saying to her,
18  "Carnival won't allow us just to say 1, and that
19  created way more problems." Tell me what that
20  means.
21      A. That in the script that we need to
22  state that we work with multiple cruise lines,
23  so we can't just say in the script that you're
24  going on a Carnival cruise.
25      Q. Okay. So does that refer to some type

1   of event in the past where Carnival had said,
2   you can't just refer to Carnival in your script,
3   you have to put in the other cruise lines, and
4   they made a request that that change be made?
5       A. They did not want us to represent as
6   Carnival, correct.
7       Q. Okay. And Travel Services accommodated
8   them, correct?
9       A. Correct.
10      Q. The script was changed to include all
11  three cruise lines, correct?
12      A. Correct.
13      Q. Maybe I can do this without an exhibit.
14  Tell me about -- what is your knowledge as to
15  whether or not calls were recorded at Travel
16  Services? Do you know if they were recorded?
17      A. I knew we had a verification that the
18  calls were recorded.
19      Q. Okay. So I'm looking at an e-mail from
20  Mr. Agulera, Benny, let's call him Benny.
21      A. Uh-huh.
22      THE REPORTER: Agulera?
23      THE WITNESS: Yes.
24      MR. MCCUE: 36.
25      THE REPORTER: 36.

1       THE WITNESS: Okay.
2   BY MR. MCCUE:
3       Q. All right. Looking at Exhibit 36, e-
4   mail dated November 11th, 2012, Mr. Agulera, how
5   do you pronounce his name?
6       THE REPORTER: Agulera.
7       MR. MCCUE: Agulera.
8       MR. BECKER: That's right, got it.
9       Q. Tell me what he's talking about in this
10  e-mail.
11      A. It looks like he's talking about
12  listening to recordings of his reps talking to
13  customers.
14      Q. Okay. And he's specifically saying,
15  "I'm going to listen to tapes requesting to be
16  added to the DMC." Do you see that?
17      A. I do.
18      Q. So would that be consumers who pressed
19  2 in response to a peer recorded message
20  campaign?
21      A. No, I don't think that's what that
22  means.
23      Q. Okay. "Generally people asking to be
24  added to the DNC," it could be live or pre-
25  record.

54 (Pages 210 - 213)

1     THE REPORTER: Live?
2     MR. MCCUE: Live or pre-record.
3     THE WITNESS: I believe he's
4  talking about when a sales rep has somebody on
5  the phone, and they said, please add me to the
6  do not call.
7  BY MR. MCCUE:
8     Q. Okay. So Travel Services would make
9  recordings when people said, don't call me
10  anymore?
11     A. I believe in the beginning of every
12  call, once they were connected --
13     Q. Yeah.
14     A. -- they would say you're being
15  recorded.
16     Q. So --
17     A. So for training purposes like this.
18     Q. Okay. When you say transferred, does
19  that mean there's a press 1 being used?
20     A. Not necessarily.
21     Q. Okay. If a press 1 is used and someone
22  hits 2, right, are they then transferred?
23     A. I believe if they hit 2, then their
24  number is captured to be put to do not call.
25     Q. Okay. So --

1     THE REPORTER: To be put to what?
2     THE WITNESS: If they hit 2, then
3  their number is captured to be put on the do not
4  call.
5  BY MR. MCCUE:
6     Q. All right. And if they hit -- if they
7  press 1, they get sent to a live person?
8     A. If you're talking about robo dialing,
9  yes.
10     Q. Okay. All right. So do you think that
11  there are tape recordings of DNC requests at
12  Travel Services?
13     MR. BECKER: Objection, lack of
14  foundation.
15     MS. MACIVOR: Also -- join it and it
16  calls for speculation.
17     THE WITNESS: I believe that all of
18  the calls were recorded. I believe they're all
19  -- now, I will say that this is in January of
20  2012, and at that point, I had nothing to do
21  with recording.
22     MR. MCCUE: Okay. Why don't we
23  take a break and then we'll --
24     THE REPORTER: I had nothing to do
25  with it?

1     THE WITNESS: I didn't, yes.
2     MR. MCCUE: Okay. We're going to
3  take a five minute break.
4     THE REPORTER: Yeah.
5     (Recessed and reconvened)
6     MR. MCCUE: I'm ready when you are.
7     THE REPORTER: Okay.
8  BY MR. MCCUE:
9     Q. So, Mr. Rader, today we've gone through
10  a lot of testimony, I just want to kind of
11  summarize a few things. To your knowledge and
12  your position as Vice-President of Marketing,
13  which ended in two thousand and -- spring of
14  2012; is that correct?
15     Well, let me ask you more directly.
16  After you expressed your concerns about the FCC
17  citation to Ms. Valente, did you then transition
18  out to another job?
19     A. I transitioned to different roles
20  within the company.
21     Q. Within the same company.
22     A. Correct.
23     Q. Okay. Did your title change from Vice-
24  President of Marketing for TSN International to
25  Vice-President of Marketing for the marketing

1  group?
2     A. My title didn't change, no, I was still
3  the Vice-President. It was the -- I was doing
4  business as a lot more the marketing group
5  though.
6     Q. Okay.
7     A. Because I was transitioning into that.
8     Q. Okay. So you still were essentially
9  working closely with Ms. Valente until you left
10  in 2014?
11     A. Yes, that's correct.
12     Q. Are -- when a cruise line gives the net
13  rates to the travel vendor, is that
14  confidential? Is that confidential information
15  that they're sharing?
16     A. I don't know.
17     Q. You have no idea?
18     A. Uh-huh.
19     Q. Do you know how -- how did Travel
20  Services physically book a cruise? Did they
21  have access to databases made available by the
22  cruise lines?
23     A. I know there was an Amadeus --
24     Q. Yeah.
25     THE REPORTER: There was a what?

55 (Pages 214 - 217)

1  THE WITNESS: Amadeus was the name
2  of some database. Whether that was connected to
3  cruise or a third party, I don't know, I just
4  had heard that a lot, but I don't have or I
5  don't have any knowledge, nor would I have
6  software, or how that works.
7  BY MR. MCCUE:
8  Q. All right. So up until the time you
9  left working for Ms. Valente in 2014, was it
10  your understanding that Travel Services was
11  continuing to use pre-records to telemarket
12  using the names of the cruise lines?
13  MS. MACIVOR: Objection, asked and
14  answered.
15  MR. BECKER: Form and foundation.
16  THE WITNESS: It was --
17  MS. MACIVOR: Join.
18  THE REPORTER: What?
19  MS. MACIVOR: Join.
20  THE WITNESS: It was separate from
21  where my office was, so at that time I left, I
22  did not know if they were or were not doing pre-
23  recorded. I know they had telemarketing rooms.
24  Whether or not -- what they were doing in those
25  rooms, I was not privy to.

1  BY MR. MCCUE:
2  Q. Okay. To your knowledge, did anyone at
3  the cruise lines ever issue a cease and desist
4  order to Travel Services saying stop
5  telemarketing using our names?
6  MS. MACIVOR: Objection, asked and
7  answered.
8  THE WITNESS: Not -- yeah, not to
9  my knowledge.
10  Q. At any time?
11  A. Not to my knowledge.
12  Q. Okay. At any time did anyone from the
13  cruise lines say stop using pre-records?
14  MS. MACIVOR: Objection, lack of
15  foundation, lack of predicate, there's no
16  evidentiary basis.
17  THE WITNESS: Yeah, not to my
18  knowledge did they specifically say that.
19  THE REPORTER: Not to my knowledge
20  what?
21  THE WITNESS: Not to my knowledge
22  did they specifically say that.
23  BY MR. MCCUE:
24  Q. The first time you and I spoke was
25  roughly the summer; is that correct?

1  A. Yes.
2  Q. And it was about logistics of trying to
3  set up this deposition, correct?
4  A. Correct.
5  Q. And you expressed to me your desire not
6  to talk substantively about the case; is that
7  correct?
8  A. Correct.
9  Q. And you wanted to wait until this
10  deposition.
11  A. Correct.
12  Q. All right. Did we have any substantive
13  conversations at all, you and I?
14  A. Just over e-mail about logistics.
15  Q. Okay. Did you have any substantive
16  conversations with anyone from the plaintiff's
17  team in this case about this case?
18  A. Yes.
19  Q. Who? I'll get there. I said the
20  plaintiff's side which is --
21  A. Oh, I'm sorry.
22  Q. -- my side.
23  A. No, no, sorry.
24  Q. Okay. Let's turn to the defense side.
25  A. Yeah.

1  Q. When was the first time you spoke with
2  any of the attorneys in this case?
3  A. I really don't recall at this time.
4  Q. What was the substance of the
5  conversation?
6  A. I think it was just trying to set up
7  asking if I would come meet with them.
8  Q. Okay. And did you go meet with them?
9  A. Yes.
10  Q. And where was that?
11  A. It was at my house.
12  Q. And when was that?
13  A. Again, I don't recall, sometime between
14  the summer and now, a couple of months ago.
15  Q. Was it a couple of years ago or was it
16  this year?
17  A. No -- yeah, it was this year.
18  Q. Okay. So this year was the first time
19  you spoke with defense counsel in this case,
20  being Mr. Becker or Ms. Macivor.
21  A. I believe so. There's -- Beth had an
22  attorney --
23  Q. Okay.
24  A. -- that I was on a conference call with
25  at some point during my employment there.

56 (Pages 218 - 221)

Page 222

1    Q. Mr. Zink (ph)?
2    A. Yeah. That sounds right.
3    Q. Okay. What was your --
4        THE REPORTER: Mr. what?
5        MR. MCCUE: Mr. Zink, Z-i-n-k.
6    BY MR. MCCUE:
7    Q. When you met at your house with defense
8    counsel, what did you talk about?
9    A. Just what was going to happen here in
10   terms of questioning and then they asked me a
11   series of questions.
12   Q. What did they ask you about?
13   A. I don't recall specifics, but just what
14   type of questions you would ask, what type of
15   questions they would ask, what the -- you know,
16   I really at that time was still kind of fuzzy on
17   the details of the case.
18   Q. Yeah.
19   A. You know, I kind of thought still it
20   was a do not call case --
21   Q. Yeah.
22   A. -- because that was what I was led to
23   believe, and so they told me the details of the
24   case.
25   Q. Did they ask you about whether or not

Page 223

1    the cruise lines knew that Travel Services was
2    using pre-records?
3    A. You know, I don't recall like specific
4    questions, but there was questions very similar
5    to what you're asking me today.
6    Q. Okay. Did I ask any surprises?
7    A. The leading questions were surprises.
8    Q. I just had to ask you, okay.
9        When was the last time you spoke with
10   Mr. Becker and Ms. Macivor?
11   A. Up until today?
12   Q. Yeah.
13   A. This week just to confirm I was going
14   to be here.
15   Q. Okay. Did you talk --
16       THE WITNESS: Huh?
17       MS. MACIVOR: Okay.
18   Q. Did you talk substantively about the
19   case?
20   A. On the phone?
21   Q. On the phone.
22   A. No.
23   Q. Did you meet with them this morning?
24   A. Yes.
25   Q. Okay.

Page 224

1    A. Just to -- they said if I was
2    comfortable coming there first --
3    Q. Okay.
4    A. -- I could -- since I knew familiar
5    faces, then we -- then I could -- they could
6    point me in the right direction and we can come
7    over here.
8    Q. And did you talk about the case?
9    A. Talk about the case?
10   Q. Yes.
11   A. Just about what they expect and a
12   couple of -- who was going to be there.
13   Q. And who said what?
14   A. Introduced different associates.
15   Q. Okay. What was the substance of the
16   conversation?
17   A. Again, it was just more of this is what
18   to expect, this is what questions, you know, my
19   main concern was not going back and being part
20   of this anymore, so was it going to be over, so
21   I had some questions for them.
22       THE REPORTER: I had questions?
23       THE WITNESS: I had questions for
24   them whether or not I would -- there would be
25   anymore involvement for me at this -- this part.

Page 225

1    BY MR. MCCUE:
2    Q. Did they ask you this morning any
3    questions about the cruise lines' knowledge of
4    Travel Services' use of pre-record
5    telemarketing?
6    A. No.
7    Q. Okay. Anything more specific you can
8    think of about what you talked about this
9    morning?
10   A. No, it was very general.
11   Q. Okay. Do you know that the cruise
12   lines in this case are saying that Travel
13   Services was not authorized to pre-record
14   telemarketing on their behalf?
15       THE REPORTER: On their behalf?
16       MR. MCCUE: Correct.
17       THE WITNESS: That the cruise lines
18   are saying that?
19   BY MR. MCCUE:
20   Q. Right.
21   A. Yeah, I'm getting the gist of that.
22   Q. What's your reaction to that?
23   A. I mean, it makes sense from the
24   standpoint of they didn't care, you know, how we
25   were -- it makes sense to the point that we were

Page 226

1  doing business, we were our own entity.
2      Q.  Right.
3      A.  So we could funnel business however we
4  wanted.  We were -- our job was to funnel to
5  them, you know, if they felt that there was
6  something that was grey, I'm sure they would
7  discourage it.
8      Q.  Okay.  Well, we looked at e-mails today
9  where Ms. Valente told Carnival back in 2009
10  that she was using press 1's, correct?
11     A.  Correct.
12     Q.  All right.  And at no time after that,
13  to your knowledge, did anyone at Carnival say
14  stop using press 1's?
15         MR. BECKER:  Objection to form and
16  foundation.
17         THE WITNESS:  Yeah, that's correct.
18  BY MR. MCCUE:
19     Q.  Okay.
20     A.  To me at least.
21     Q.  And we went through a chronology of a
22  number of different robo call complaints that
23  were submitted to Carnival that Carnival
24  connected to Travel Services, correct?
25         MR. BECKER:  Objection to form and

Page 227

1  foundation.
2          THE WITNESS:  Correct.
3  BY MR. MCCUE:
4      Q.  All right.  And at no time did
5  Carnival, even after receiving those robo call
6  complaints, say to Travel Services stop using
7  pre-records?
8      A.  Through me, they did not.
9          THE REPORTER:  Say what?
10         THE WITNESS:  Through me, they did
11  not.
12     Q.  All right.  And I believe you testified
13  that you certainly weren't -- you did not have a
14  background in telemarketing compliance, correct?
15     A.  Correct.
16     Q.  And did Ms. Valente seem to have a
17  grasp of telemarketing compliance?
18         MR. BECKER:  Objection, lack of
19  foundation.
20         THE WITNESS:  You know, she was --
21  she had a legal team, and she had -- and she was
22  in charge of that from her standpoint, that she
23  would always take those questions, she would
24  always field those questions.
25  BY MR. MCCUE:

Page 228

1      Q.  Sure.  We also went through testimony
2  that you on occasion told Mr. Panici you were
3  using opt-in leads, correct?
4      A.  Correct.
5      Q.  And that was in response to --
6  specifically in response to robo call
7  complaints, correct?
8      A.  Correct.
9      Q.  And your working understanding was that
10  it was okay to use an opt-in to pre-record,
11  correct?
12     A.  Correct.
13     Q.  All right.  Who has a bigger legal
14  department, Carnival or Ms. Valente?
15         MR. BECKER:  Objection, lack of
16  foundation, calls for speculation.
17         THE WITNESS:  I'm guessing
18  Carnival.
19  BY MR. MCCUE:
20     Q.  Who do you think is more sophisticated
21  in telemarketing compliance, Carnival or Ms.
22  Valente?
23         MR. BECKER:  Objection, calls for
24  speculation, lack of foundation.
25         THE WITNESS:  Carnival.

Page 229

1  BY MR. MCCUE:
2      Q.  Ms. Valente was open and honest with
3  Carnival about exactly what she was doing,
4  wouldn't you agree with that?
5          MR. BECKER:  Objection, lack of
6  foundation, calls for speculation.
7          THE WITNESS:  Beth conveyed to
8  Carnival what she wanted the cruise lines to
9  hear.
10         THE REPORTER:  She wanted the
11  cruise lines to what?
12         THE WITNESS:  I believe with what
13  she wanted the cruise lines to hear.
14  BY MR. MCCUE:
15     Q.  She told them in 2009 she was using
16  press 1's, correct?
17         MS. MACIVOR:  Object to the lack of
18  foundation, lack of predicate, mischaracterizes
19  the evidence.
20         MR. MCCUE:  How could there be a
21  lack of foundation when we spent two --
22         MS. MACIVOR:  Told them.
23         UNIDENTIFIED:  You said they.
24         MS. MACIVOR:  Told them.
25         THE WITNESS:  Can you repeat the

58 (Pages 226 - 229)

Page 230

1  question?
2  BY MR. MCCUE:
3      Q.  Sure.  Ms. Valente told Carnival in
4  2009 that she was using press 1's, correct?
5      A.  Correct.
6      Q.  And you've told them that you were
7  using opt-ins, correct?
8      A.  Opt-ins, correct.
9      Q.  All right.  Carnival knew exactly what
10 Travel Services was doing, correct?
11         MR. BECKER:  Objection, lack of
12 foundation, and calls for speculation.
13         THE WITNESS:  From an opt-in
14 standpoint, those opt-ins could be used for many
15 different things besides robo call.
16 BY MR. MCCUE:
17     Q.  Understand.
18     A.  Okay.
19     Q.  Carnival knew Travel Services was using
20 press 1's, correct?
21         MR. BECKER:  Objection, lack of
22 foundation.
23         THE WITNESS:  I can't say that for
24 sure.
25 BY MR. MCCUE:

Page 231

1      Q.  Okay.  From the evidence you saw today.
2      A.  I could -- they knew there was
3  complaints about it, correct.
4      Q.  Complaints and also specifically Ms.
5  Valente said, we use press 1's, we can go back
6  over the e-mails again if you --
7      A.  The dial 1's, yeah.
8      Q.  The press 1's.
9      A.  Yeah.
10     Q.  Okay.
11         THE REPORTER:  Correct?
12         THE WITNESS:  Correct.
13         MR. MCCUE:  I have nothing further,
14 thank you for your time.
15         MR. BECKER:  Do you want to number
16 a bunch so we can tag them real easily?  Off the
17 record.
18     (Recessed and reconvened)
19         MR. BECKER:  Ready?
20         THE REPORTER:  Ready.
21             EXAMINATION
22 BY MR. BECKER:
23     Q.  All right.  Mr. Rader, good afternoon.
24 My name is Jeff Becker.  I represent Carnival
25 Corporation in this case.

Page 232

1      Mr. Rader, if you could tell me in what
2  various ways did -- I'm going to call the travel
3  agency RMG in most of this.  In what various
4  ways did Rader RMG contact individuals who were
5  seeking to secure as a member of its vacation
6  club?
7      A.  Mail, phone, internet, face-to-face.
8      Q.  Would it ever engage in person
9  presentations to customers?
10     A.  Correct.
11     Q.  Is that what you meant by face-to-face?
12     A.  Correct.
13     Q.  Would it ever engage in e-mail
14 advertising?
15     A.  Correct.
16     Q.  And when you talk about phone, would it
17 have ever pertained third parties to conduct
18 telephone -- telemarketing campaigns for it?
19     A.  Correct.
20     Q.  Okay.  During the course of your
21 employment with RMG, which went from
22 approximately 2005 through the end of 2014,
23 roughly --
24     A.  Yeah.
25     Q.  -- including the Marketing Group.

Page 233

1      Did RMG always use its phone internal
2  predictive dialing system?
3      A.  No.
4          THE REPORTER:  Internal what?
5          MR. BECKER:  Predictive dialing
6  system.
7      Q.  Do you have any personal knowledge as
8  to when RMG purchased its own predictive dialing
9  equipment?
10     A.  I don't recall.
11     Q.  Do you have an estimate?
12     A.  I don't recall.
13     Q.  If there's documentation that I can
14 show you that might refresh your recollection,
15 would that help?
16     A.  Sure.
17         MR. BECKER:  Let me borrow your
18 marker for one second and mark the page.  Unless
19 you do have the Asteria invoices by chance.
20         THE REPORTER:  Unless you do have
21 the what?
22         MR. BECKER:  I'm just -- this is
23 off the record.
24         THE REPORTER:  No, go ahead.
25         MR. BECKER:  It doesn't matter if

59 (Pages 230 - 233)

Page 234

1 he doesn't have it.
2         THE REPORTER:  Oh, okay.
3     (Pause)
4  BY MR. BECKER:
5     Q.  Mr. Rader, I'm going to show you a
6  document, we don't have it as a physical exhibit
7  at this time, but for the record, it's Bates
8  stamped beginning TS5044, which is an invoice
9  from a company called Asteria Solutions Group.
10    A.  Okay.
11    Q.  Can you take a moment to look at that?
12    A.  Yeah.
13    Q.  Would you tell me the date on that
14  document?
15    A.  The date is September 20th.
16    Q.  Of what year?
17    A.  2010.
18    Q.  And does this document refresh your
19  recollection as to when in the point of time
20  when RMG may have begun acquiring its own
21  predictive dialing system?
22    A.  It looks like that was maybe buying the
23  software.
24        THE REPORTER:  It was what?
25        THE WITNESS:  Buying the software.

Page 235

1  I mean, I don't believe that that's when it
2  started though.  I mean, I believe the software,
3  this doesn't start on the dime, they have to
4  acquire it and --
5  BY MR. BECKER:
6     Q.  So RMG's actual conducting of dialing
7  through its own predictive dialing system would
8  have started at some point thereafter?
9     A.  Correct.
10    Q.  Okay.  So would you agree with me then
11  that in a point in time, RMG did not conduct its
12  own predictive dialing with its own system until
13  sometime after September of 2010?
14    A.  Correct, we didn't have that software.
15    Q.  And then at some point in the latter
16  part of 2010 or beginning of 2011, RMG would've
17  begun conducting its own predictive dialing with
18  its own internal system?
19    A.  Correct.
20    Q.  Okay.  Would this be the first time
21  that you're aware of that RMG made telephone
22  calls to individuals using a predictive dialing
23  system installed in its own offices?
24    A.  Yes.
25    Q.  Prior to that time, what did RMG do for

Page 236

1  purposes of conducting telemarketing campaigns?
2     A.  In terms of robo dialing?
3     Q.  In terms of any telemarketing.  Did it
4  have robo dialing internally, did it use outside
5  robo dialing, did it manually dial?  What did
6  RMG do prior to acquisition of its own
7  predictive dialing system to telemarket?
8     A.  Manually dialing and then also third
9  party predictive, as well as third party robo
10  dialing.
11    Q.  Okay.  Do you recall what vendors RMG
12  may have used for purposes of conducting third
13  party robo or predictive dialing?
14    A.  There's message communication.
15    Q.  Okay.
16    A.  You have to help me with the others.
17    Q.  Do you recall a company called
18  BullsEye?
19    A.  Yep.  That was one.
20    Q.  Do you recall a company called Dynamic
21  Interactive?
22    A.  I do.
23    Q.  And were these three companies have
24  been companies that RMG would have used as third
25  party vendors of robo dialing and predictive

Page 237

1  dialing marketing?
2     A.  Correct.
3     Q.  I'd like to show you what we're going
4  to mark as Exhibit 37, which for the record is
5  Bates stamped TS7252.
6         MR. BECKER:  Can you hand those up
7  to -- I need one of them.  Yeah, that one to the
8  witness.
9         THE WITNESS:  Thanks.
10  BY MR. BECKER:
11    Q.  Take a moment and look at this
12  document.
13    A.  Yep.
14    Q.  Is this a correspondence between you
15  and the company BullsEye Broadcasting?
16    A.  Yes.
17    Q.  And this is a document referencing
18  correspondence between you and a company who was
19  conducting third party dialing for you?
20    A.  Correct.
21    Q.  And this was in February of 2010,
22  correct?
23    A.  Correct.
24    Q.  Is that evidence of the fact that in
25  February of 2010, you let a third party called

60 (Pages 234 - 237)

Page 238

1 BullsEye conducting robo dialing on behalf of
2 RMG?
3     A.  Correct.
4     Q.  As well as predictive dialing on behalf
5 of RMG?
6     A.  Correct.
7     Q.  Okay.
8         MR. BECKER:  Can I have -- do me a
9 favor, to make this easier, give all three to
10 Matt, he'll give the exhibit to the witness, and
11 then he'll pass out when he gets it; is that
12 okay?
13        MS. MACIVOR:  Uh-huh.
14 BY MR. BECKER:
15     Q.  This is marked Exhibit 38.  Take a
16 moment and look at this document.
17     A.  Okay.
18     Q.  And this is dated February of 2010 as
19 well, correct?
20     A.  Yeah.
21     Q.  February 9th?
22     A.  Yeah.
23     Q.  And does this say in the document from
24 you to Benny, "Make sure you train Ryan on
25 BullsEye, my plan is that he runs BullsEye in

Page 239

1 your room tomorrow night if that is okay."
2     A.  Yeah.
3         THE REPORTER:  Did you say train
4 ride?
5         MS. MACIVOR:  Ryan.
6         THE REPORTER:  Oh.
7         MR. BECKER:  Train Ryan.
8         THE REPORTER:  Okay.  I got it.
9 BY MR. BECKER:
10     Q.  So is this further evidence of the fact
11 that RMG was utilizing BullsEye for purposes of
12 robo dialing and predictive dialing in 2010?
13     A.  Yes.
14     Q.  Okay.  And for the record, are these
15 true and correct copies of correspondence that
16 you've exchanged or been a part of at the time?
17     A.  Yeah.
18     Q.  If you look at this document marked as
19 Exhibit 39 at the bottom half of the page, the
20 subject line says DNC, correct?
21     A.  Yep.
22     Q.  And the subject, and the statement
23 within the e-mail says, "Rich and Jamie who will
24 put people on the DNC for BullsEye, but can we
25 set up a queue that says, please leave your

Page 240

1 phone number and you'll be put on the DNC."
2     A.  Yeah.
3     Q.  Is this documentation evidence of the
4 fact that RMG was actually placing individuals
5 on the do not call list even through its use of
6 a third party dialing system?
7     A.  Correct.
8         MR. BECKER:  May I have the next
9 one?  Thank you.
10     Q.  Please take a moment to look at this
11 document, and let me know the date of it.
12     A.  3/19, 2010.
13     Q.  Okay.  And if you look in the middle of
14 the page, your e-mail to Beth Valente had a
15 subject 3/19/10 update.
16     A.  Yeah.
17     Q.  It says, "Beth, here's an update of
18 many things," right?
19     A.  Yep.
20     Q.  The first line says, "Tours scheduled
21 as of 5:57 p.m. are 51."
22     A.  Yep.
23     Q.  Do you see that?
24     A.  Yep.
25     Q.  Would you agree with me at the time

Page 241

1 this e-mail was written, RMG was conducting robo
2 and predictive dialing calls through a third
3 party system?  Because it's after the date of
4 the February 12 --
5     A.  Yes.
6     Q.  -- 2010.
7     A.  Yes.
8     Q.  Okay.  And it appears that tours are
9 being scheduled.  Do you see that?
10     A.  Yep.
11     Q.  What does that mean?
12     A.  Tours are to come see face-to-face
13 presentations, so setting appointments for
14 somebody to come and hear about the vacation
15 club.
16     Q.  And would those tours have been set up
17 and scheduled through the use of robo or
18 predictive dialing?
19     A.  Yeah, in many ways, but those are two
20 of the ways.
21     Q.  Okay.  Who made the decision to hire
22 the company BullsEye?
23     A.  Beth would make all the decisions
24 financially.
25     Q.  Did anyone else within RMG participate

61 (Pages 238 - 241)

Page 242

1 in this decision-making process?
2    A. I would do research and recommend,
3 Alissa or Laura could also be doing research.
4 Rich Borst, she could weigh-in on Rich Borst for
5 his opinion.
6    Q. Based upon your knowledge of this
7 process of retaining these third parties to
8 conduct robo and predictive dialing, do you know
9 whether anyone else outside of RMG was involved
10 in the decision to hire this company to provide
11 predictive dialing services to RMG?
12    A. No.
13    Q. No, you --
14    A. No. But, yeah, nobody else would --
15 outside the company to my knowledge.
16    Q. All right. You used the term travel
17 vendor earlier, do you recall that?
18    A. I do.
19    Q. What does travel vendor mean to you?
20    A. Just people that the travel agency
21 relied on to supply travel products.
22    Q. Okay.
23    A. Could be car rentals, could be cruises,
24 could be (indiscernible).
25    Q. Did any travel vendors have any

Page 243

1 involvement in RMG's decision to hire a company
2 to provide predictive or robo dialing services
3 for RMG?
4    A. No.
5    Q. Specifically, were any cruise line
6 defendants involved in RMG's decision to hire
7 this company BullsEye to provide predictive or
8 robo dialing services for RMG?
9    A. No.
10    Q. Did you ever tell any cruise line that
11 you had hired this third party to place
12 predictive or robo dialing services?
13    A. No.
14    Q. Was any cruise line ever involved in
15 determining which individuals this third party
16 would contact through its predictive dialer
17 system on behalf of RMG?
18    A. Could you repeat that, sorry?
19    Q. Was any cruise line involved in
20 determining which individuals this third party
21 BullsEye would contact through its predictive
22 dialing system?
23    A. No.
24       THE REPORTER: Is BullsEye one word
25 by the way?

Page 244

1       MR. BECKER: BullsEye is one word.
2 Do we have --
3 BY MR. BECKER:
4    Q. I'll show you what's being marked as
5 Exhibit 41. Take a moment and review this
6 document, and let me know if this document
7 comparing BullsEye to another third party
8 dialing system.
9    A. Yep, correct.
10    Q. And who is that?
11    A. BullsEye and Message Communication.
12    Q. Who's Message Communications?
13    A. A third party vendor.
14    Q. Okay. And did this third party vendor
15 also during the year 2010 provide third party
16 predictive and robo dialing services on behalf
17 of RMG?
18    A. Correct.
19    Q. Okay. And whose decision was it to
20 retain this company to provide these dialing
21 services?
22    A. Beth.
23    Q. Did anyone else within RMG participate
24 in that process?
25    A. Again, same process.

Page 245

1       THE REPORTER: Again what?
2       THE WITNESS: Same process.
3 BY MR. BECKER:
4    Q. So same people?
5    A. Just -- yeah.
6       THE REPORTER: Same what?
7       THE WITNESS: Same people.
8    Q. The same people were involved. And
9 based upon your knowledge of this process, was
10 any cruise line involved in the decision to hire
11 Message Communications?
12    A. No.
13    Q. Okay. Was any third party or was any
14 cruise line involved in determining what
15 individuals -- which individuals Message
16 Communications would contact through robo or
17 predictive dialing on behalf of RMG?
18    A. No.
19    Q. Okay. Do you recall ever telling any
20 of the cruise line defendants in this case that
21 RMG had retained Message Communications to
22 conduct these services?
23    A. No.
24    Q. Okay. I'm going to show you what we're
25 marking as Exhibit 42. Take a moment and look

62 (Pages 242 - 245)

1  at this document, and let me know if you can
2  tell who this correspondence is between.
3      A. It looks like it's between me and
4  Dynamic.
5      Q. Okay. Who's Dynamic?
6      A. I believe they're one of the third
7  party vendors.
8      Q. Okay. And this third party vendor was
9  conducting robo calling and predictive dialing
10  on behalf of RMG, correct?
11     A. Correct.
12     Q. And what's the date of this
13  correspondence?
14     A. March 2011.
15     Q. March of 2011. Is that after the March
16  6th, 2011 FCC letter that was received by RMG?
17     A. Yes.
18     Q. Okay. It says March 21st of 2011,
19  correct?
20     A. Correct.
21     Q. Okay. And if you look at the substance
22  of the e-mail that you've written here, it says
23  "Ed and Alex, can you please see whether the
24  dialer called these numbers and the status of
25  the calls and if they opted out?"

1      A. Correct.
2      Q. Do you see that?
3      A. Correct.
4      Q. Is this an inquiry by you to Dynamic to
5  see whether its dialer contacted a series of
6  numbers that follow your question?
7      A. Correct.
8      Q. Okay. And does this indicate to you
9  whether or not Dynamic was making predictive and
10  robo dialing calls on behalf of RMG in 2011?
11     A. Correct.
12     Q. Was Dynamic making predictive and robo
13  dialing calls through its own dialer on behalf
14  of RMG in March of 2011?
15     A. It appears so.
16     Q. And it also looks as though there's
17  reference to a campaign with an arrow download
18  DNC list. Do you see that?
19     A. I do.
20     Q. Is this an indication to you that
21  Dynamic was utilizing a DNC list for purposes of
22  assisting and facilitating its robo dialing
23  services and predictive dialing services to RMG?
24     A. Scrubbing the list, yes.
25     Q. Okay. Next. I'm going to show you

1  what's being marked as Exhibit 43. If you read
2  along with me in the middle here, or actually
3  from the bottom of the page, you see an e-mail
4  from Alex Quintana at Dynamic to you on March 21
5  of 2011, correct?
6      A. Correct.
7      (Exhibit No. 43 marked)
8          THE REPORTER: How do you spell
9  that name?
10         MR. BECKER: Quintana is Q-u-i-n-t-
11  a-n-a.
12  BY MR. BECKER:
13     Q. And the statement from -- do you know
14  if Alex is a guy or girl?
15     A. I have no idea.
16     Q. Okay. From Mr. or Ms. Quintana,
17  "Here's the response to your question directly
18  from our programmer. When a number is added
19  into the internal DNC of an account, any new
20  list loaded will not import the number. The
21  number will be taken out of any new list;
22  however, if there is another list in there that
23  hasn't been dialed and it has the number and
24  they dial it, it could be dialed. The old list
25  that contained the number can take up to two

1  weeks to scrub against the internal DNC." Do
2  you see that?
3      A. I do.
4      Q. You then reported this to Beth,
5  correct?
6      A. Yes.
7      Q. And you state here, "Beth, let me know
8  what you think we should do. If someone goes
9  into DNC today, it might take them out VM for
10  two weeks, not sure what the law is for internal
11  DMC lists, maybe this is compliant?" Right?
12     A. Correct.
13     Q. And then --
14         THE REPORTER: Take them out of --
15  what was that one word you said?
16         MR. BECKER: Compliant.
17         THE REPORTER: Take them out of
18  the?
19         MR. BECKER: Take them out of V-M.
20         THE REPORTER: Oh, okay, okay.
21         MR. BECKER: For two weeks. Okay.
22  BY MR. BECKER:
23     Q. And Beth says, "Put this is in our pile
24  for our meeting," correct?
25     A. Correct.

63 (Pages 246 - 249)

Page 250

1    Q.  And this e-mail was sent March 22 of
2    2011, correct?
3    A.  Correct.
4    Q.  This was after the FCC letter came
5    through, correct?
6    A.  Correct.
7    Q.  Is this an indication to you that as
8    part of the due diligence that RMG was
9    conducting following receipt of its FCC letter,
10   that it was contacting one of its third party
11   dialers, to assess whether or not some of these
12   calls were made by that dialing company?
13   A.  Correct.
14   Q.  Who made the decision to retain Dynamic
15   Interactive Group?
16   A.  Beth.
17   Q.  Okay.  Did anyone outside of RMG have
18   any role in selecting Dynamic Interactive Group
19   to conduct robo or predictive dialing services?
20   A.  No.
21   Q.  No cruise line?
22   A.  No.
23       THE REPORTER:  I need to change
24   this over.  All right.  You said no?
25       THE WITNESS:  I think that's on.

Page 251

1        THE REPORTER:  Yeah, you'll have to
2    answer.
3        THE WITNESS:  No.
4        THE REPORTER:  No, okay.
5    BY MR. BECKER:
6    Q.  Were any cruise line defendants
7    involved in selecting which individuals would
8    have been contacted through robo or predictive
9    dialing services by Dynamic?
10   A.  No.
11   Q.  Okay.  Did you ever tell any of the
12   cruise lines, Carnival, Royal or Norwegian in
13   March of 2011 that you were having these
14   conversations with Dynamic?
15   A.  No.
16   Q.  And if I remember correctly, you never
17   told any travel vendor, including the cruise
18   lines that RMG had hired any of these third
19   party companies to conduct robo or predictive
20   dialing calls; is that correct?
21   A.  Correct.
22   Q.  Now, as we looked at the invoice from
23   September of 2010, RMG purchased a predictive
24   dialing machine around that time, correct?
25   A.  Correct.

Page 252

1    Q.  It was after that time that RMG made --
2    gained the capability of conducting robo dialing
3    within its own company, correct?
4    A.  Correct.
5    Q.  Do you remember the e-mail that Mr.
6    McCue had showed you earlier in this deposition
7    with Maryland Portal where Beth Valente said we
8    use press 1's?
9    A.  Yes.
10   Q.  Do you remember the date of that
11   letter?
12   A.  I don't.
13   Q.  Can you turn to Exhibit 7 that's in
14   front of you?
15   A.  Okay.
16   Q.  Okay.  Would you turn to the second
17   page of that document which is Bates stamped
18   CC534?  Is this the document where Ms. Valente
19   says to Ms. Portal, the system we use has them
20   press 1 if they are interested in hearing more?
21   Do you see that?
22   A.  Yes.
23   Q.  And what is the date of that
24   correspondence?
25   A.  April 23rd, 2009.

Page 253

1    Q.  And how long prior to RMG's gaining the
2    capability of actually having a system of its
3    own to make these calls did this correspondence
4    take place?
5    A.  I'm not sure on the timelines here.
6    Q.  Well, we do know from the receipt that
7    you or the invoice that you looked at --
8    A.  Yeah.
9    Q.  -- it was dated in September 2010,
10   correct?
11   A.  Correct.
12   Q.  And we know that at some point
13   thereafter RMG was able to utilize a system
14   within its offices to make predictive calls,
15   correct?
16   A.  Correct.
17   Q.  And this letter is dated April of 2009,
18   correct?
19   A.  Correct, so before.
20   Q.  How long before?
21   A.  Six months, seven months, eight months.
22       THE REPORTER:  And what?
23   Q.  More than a year?
24   A.  Okay.  Sorry, more than a year, he's
25   correct, more than a year.

64 (Pages 250 - 253)

1    Q.  Okay.  So when Beth -- Ms. Valente was
2  explaining to Carnival how it made calls, did
3  she tell Carnival that they were using -- RMG
4  was using a third party company to make calls on
5  its behalf?
6    A.  No.
7    Q.  Did RMG have the capability within its
8  company to make any calls on its own at the time
9  she sent this letter in April of 2009?
10    A.  No.
11    Q.  Okay.  In fact, RMG did not have a
12  system that it used to place any robo or
13  predictive calls at the time this letter was
14  written, correct?
15    A.  Correct.
16    Q.  Do you know what the context was for
17  the purpose of this correspondence between Ms.
18  Valente and Carnival?
19    A.  The context was just questions --
20      THE REPORTER:  The context what?
21      THE WITNESS:  The context was
22  questions from Carnival asking about how they
23  conducted some of the business.
24  BY MR. BECKER:
25    Q.  Right.  Do you know why Carnival is

1  asking that question?
2      MR. MCCUE:  Objection.
3      THE WITNESS:  I don't.
4    Q.  You have no personal knowledge of the
5  reason that Carnival is asking this question to
6  RMG, correct?
7    A.  I don't -- correct.
8    Q.  Do you know, do you have personal
9  knowledge as to whether or not at the time of
10  this April 2009 communication, Carnival had ever
11  received a complaint about RMG that concerns it
12  having made a robo call or predictive call?
13      MR. MCCUE:  Objection.
14      THE WITNESS:  Yeah, prior to this.
15    Q.  No, you don't know, or no --
16    A.  No.  Yeah, there's not one that I know
17  of.
18    Q.  Okay.  So as far as you know, Carnival
19  had not received any complaints about RMG making
20  robo calls at the time this correspondence took
21  place in April of 2009, correct?
22      MR. MCCUE:  Objection.
23      THE WITNESS:  Correct.
24  BY MR. BECKER:
25    Q.  Whose decision was it to purchase an

1  automatic or predictive dialing machine that RMG
2  would use within its own offices?
3    A.  Beth and Rich.
4    Q.  Okay.  Did anyone outside of RMG
5  involved in the decision to purchase a
6  predictive dialing machine?
7    A.  No.
8    Q.  Did any travel vendors have any
9  involvement in RMG's decision to purchase its
10  own predictive dialing machine?
11    A.  No.
12    Q.  Did you ever inform any travel vendor
13  that RMG had purchased its own predictive
14  dialing machine?
15    A.  No.
16    Q.  Was any cruise line involved in the
17  decision as to whether RMG should implement or
18  utilize any predictive dialing telemarketing
19  programs?
20    A.  No.
21    Q.  Prior to RMG's purchase of any own
22  predictive dialing machine, did any travel
23  vendor participate in any discussion with you as
24  to whether RMG should engage in telemarketing
25  campaigns that utilized predictive dialing

1  technology?
2    A.  No.
3    Q.  That utilized the recorded message
4  technology?
5    A.  No.
6    Q.  Have you ever discussed RMG's
7  predictive dialing machine, purchase of a
8  predictive dialing machine with any
9  representative of Carnival Cruise Lines, Royal
10  Caribbean, or Norwegian?
11    A.  No.
12    Q.  With any travel vendor?
13    A.  No.
14    Q.  Did any cruise line play a part in the
15  installation, configuration or testing of this
16  predictive dialing system?
17    A.  No.
18    Q.  What was your role in the use and
19  operation of the predictive dialer system?
20    A.  Not a lot.  I mean not --
21      THE REPORTER:  What?
22      THE WITNESS:  Not a lot, just I
23  didn't configure -- I didn't configure, I didn't
24  run it.
25  BY MR. BECKER:

Page 258

1     Q. Okay. Was your primary role to acquire
2 leads that would be used in campaigns run
3 through the system?
4     A. Correct.
5     Q. And helping and determining what type
6 of campaign may be run through the system?
7     A. Correct.
8     Q. What was your role in implementing and
9 running campaigns, generally?
10     A. Just overseeing the quality of the
11 leads.
12     Q. Okay. To your knowledge, did any
13 cruise lines ever provide RMG with instructions
14 with respect to the manner by which it operated
15 its predictive dialing campaigns?
16     A. No.
17     Q. To your knowledge, was any cruise line
18 involved in overseeing the manner by which RMG
19 operated its predictive dialing system?
20     A. No.
21     Q. To your knowledge, was any cruise line
22 in control of the manner by which RMG
23 implemented or operated the predictive dialing
24 system?
25     MR. MCCUE: Objection.

Page 259

1     THE WITNESS: No.
2 BY MR. BECKER:
3     Q. With respect to the way that RMG
4 utilized pre-recorded messages?
5     A. No.
6     Q. After RMG acquired its own predictive
7 dialing equipment, did it continue to use third
8 party dialers dialing vendors to conduct pre-
9 recorded calls, robo calls, predictive dialing
10 calls?
11     A. Yes.
12     Q. Okay. And we saw that when we looked
13 at the Dynamic e-mails, correct?
14     A. Correct.
15     Q. Those predictive calls were taking
16 place following RMG's use and implementation of
17 its own predictive dialing system, correct?
18     A. Correct.
19     Q. In fact, those went all the way up
20 until the FCC letter came in March of 2011,
21 correct?
22     A. Correct.
23     Q. Who did RMG contact utilizing its
24 predictive dialing machine? What types of
25 individuals or companies did RMG contact

Page 260

1 utilizing its predictive dialing machine?
2     A. We used it for several different
3 campaigns.
4     THE REPORTER: We?
5     THE WITNESS: We used it for
6 several different campaigns. Just from RMG
7 standpoint or the marketing group as well.
8 BY MR. BECKER:
9     Q. There's a database --
10     A. Uh-huh.
11     Q. -- of phone calls that were made using
12 this predictive dialing system.
13     A. Yes.
14     Q. I'm interested, if you can tell me, all
15 these numbers that were called, what types of
16 people or businesses would have been contacted.
17 So if the dialing machine was used in more than
18 one aspect of Beth Valente's businesses, I'd
19 like to know that and I'd --
20     A. Yeah, it could've been a number of
21 different things. Everything from the non-
22 profit to the marketing group to setting up
23 appointments, what they call the (indiscernible)
24 setting for face-to-face, appointments to sell
25 the vacation club to selling land packages to

Page 261

1 selling Disney packages to selling cruises.
2     Q. Okay. And is that list exhaustive or
3 are there more types of calls that may have been
4 made?
5     A. There could be more. I mean I --
6     Q. I just want to know --
7     A. Yeah, I think it's pretty --
8     Q. -- if that's the extent of it, or if
9 that's just an example?
10     A. I mean, that's an example because
11 there's other vendors, there's --
12     Q. Okay. And you are personally familiar,
13 are you not, with RMG's purchase of consumer
14 leads during your employment, correct?
15     A. Correct.
16     Q. In fact, you oversaw that process, did
17 you not?
18     A. I would say not oversaw, but yeah, I
19 was the recommender.
20     Q. Okay. And during what period of time
21 while you were employed with RMG, were you
22 involved in RMG's acquisition of leads?
23     THE REPORTER: Acquisition of the
24 what?
25     MR. BECKER: Of leads, l-e-a-d-s.

66 (Pages 258 - 261)

Page 262

1      THE WITNESS: I'm not sure on
2  specific timelines, but I mean, it was leading
3  up until -- leading up to the time frame we're
4  talking about.
5  BY MR. BECKER:
6      Q. For several years, correct?
7      A. Correct.
8      Q. Encompassing many of the e-mails that
9  we saw the dates on, is that fair to say?
10     A. Correct.
11     Q. And this included a period of time
12 before RMG acquired its internal predictive
13 dialing system, correct?
14     A. Correct.
15     Q. And you reported to Beth with respect
16 to the leads that were going to be purchased by
17 RMG?
18     A. Correct.
19     Q. What, if any, instructions or
20 guidelines were you provided with concerning the
21 types of leads RMG was to purchase?
22     A. She would often pass a --
23     THE REPORTER: Say it again.
24     THE WITNESS: She would often pass
25 a referral or a recommendation that -- or

Page 263

1  something that she read about on line and asked
2  me to investigate, or she would pass it to
3  Alissa or somebody else and then they would pass
4  it to me.
5  BY MR. BECKER:
6      Q. Okay.
7      A. And then just to try and find the best
8  quality of leads for the lowest cost.
9      Q. Okay. And were there any parameters of
10 the types of actual substantive leads that RMG
11 was looking to acquire?
12     A. In regards to the specific campaign?
13     Q. Well, leads of people that can be
14 called versus e-mailed, or the opt-ins that you
15 kept referring to --
16     A. Sure.
17     Q. -- things like that?
18     A. I mean, we were -- for this campaign,
19 we were looking for people who were interested
20 in traveling.
21     Q. How many different vendors did RMG
22 purchase leads from during your employment?
23     A. Several.
24     Q. More than five?
25     A. I'm not sure in exact numbers.

Page 264

1      Q. Did you purchase leads on behalf of RMG
2  from Flow Media while you were employed with
3  RMG?
4      A. Yes, I recommended to Beth actually,
5  the contracts were in Beth's name, but yeah, I
6  recommended.
7      THE REPORTER: What?
8      THE WITNESS: I recommended the
9  contracts for Beth's name.
10 BY MR. BECKER:
11     Q. Let me rephrase it.
12     A. Sure.
13     Q. Did RMG purchase leads from a company
14 called Flow Media while you were employed by
15 RMG?
16     A. Yes.
17     Q. Did RMG purchase leads from a company
18 called Caldwell while you were employed by RMG?
19     A. Yes.
20     Q. Did RMG purchase leads from an
21 individual named Vince Deluca while you were
22 employed by RMG?
23     A. Yes.
24     Q. Did RMG purchase leads from a company
25 called executive leads while you were employed

Page 265

1  by RMG?
2      A. Yes.
3      Q. Are there others that you might not
4  recall at this time?
5      A. There could be others, sure.
6      THE REPORTER: Others?
7      THE WITNESS: There could be
8  others, yes.
9  BY MR. BECKER:
10     Q. Was any travel vendor, including any
11 cruise line involved in this lead purchasing
12 process?
13     A. No.
14     Q. Did you ever inform any travel vendor,
15 including the cruise lines that RMG was
16 purchasing leads from third parties to be used
17 in conjunction with its telemarketing campaigns?
18     A. No.
19     Q. Was any travel vendor, including any
20 cruise line, involved in determining which
21 individuals RMG would contact through use of its
22 own predictive dialing system?
23     A. No.
24     Q. Did any cruise line provide RMG with
25 the names of the individuals that it asked --

67 (Pages 262 - 265)

Page 266

1 let me try this again.
2         To your knowledge, did any cruise line
3 provide RMG with names of individuals it wanted
4 RMG to contact using the predictive dialing
5 system?
6     A. No.
7     Q. Was any cruise line involved in
8 overseeing the manner by which RMG operated its
9 predictive dialing system?
10    A. No.
11    Q. Okay. And you do recall, as we talked
12 about today, purchasing leads or having RMG
13 purchase leads from a company called Caldwell
14 List, correct?
15    A. Yes.
16    Q. What type of lead data were you seeking
17 from Caldwell?
18    A. Opt-in leads.
19    Q. Okay. And do you remember when that
20 began?
21    A. I don't.
22    Q. Okay. Do you remember how you
23 initiated communications with them?
24    A. I don't.
25    Q. How do you find them?

Page 267

1     A. I don't recall.
2     Q. Do you recall generally what you
3 discussed in your first communication with
4 Caldwell Leads?
5     A. Regarding travel, we were looking for
6 opt-in leads that were -- people interested in
7 travel.
8     Q. So you believe you told them what kind
9 of company you worked for at that time?
10    A. Sure.
11    Q. You would've told them that it was a
12 travel agency that you worked for?
13    A. Yes.
14    Q. When I say him, do you know who I'm
15 referring to?
16    A. Peter.
17    Q. And Peter was a representative of
18 Caldwell List, correct?
19    A. Correct.
20    Q. Okay. And you told him that you were
21 looking for leads of travel oriented
22 individuals?
23    A. Correct.
24    Q. And do you recall clarifying for Mr.
25 Lachnicht that you -- RMG wished to purchase

Page 268

1 leads that would allow RMG to contact
2 individuals through the use of telemarketing,
3 including predictive calls and robo calls?
4     A. I don't recall the specifics, but
5 that's -- I mean, that was what we were trying
6 to do so.
7     Q. And you do believe you told Mr.
8 Lachnicht what RMG intended to use the lead
9 information for?
10        MR. MCCUE: Objection.
11        THE WITNESS: Yes.
12 BY MR. BECKER:
13    Q. Okay. What was it that you believe you
14 told Mr. Lachnicht?
15    A. To make phone calls.
16    Q. Okay.
17        MR. BECKER: Can I see 69 and 70?
18    What are we up to?
19        MS. SHAPIRO: 44.
20    Q. Okay. I'm going to show you what we're
21 marking as Exhibit 44. Hold on a second, I --
22    A. Okay.
23    (Exhibit No. 44 marked)
24    Q. Do you recall a line of questioning by
25 Mr. McCue where he had showed you an e-mail

Page 269

1 between Tom Mongiovi and Peter Lachnicht?
2     A. I do.
3     Q. And that e-mail included a list of
4 websites and that the list of websites, Mr.
5 Lachnicht said, can you tell whether we can get
6 other sources.
7     A. Yes.
8     Q. And at the end of that e-mail, Mr.
9 Lachnicht had said something to Mr. Mongiovi,
10 see if they can change it up in some way.
11    A. Correct.
12        MR. BECKER: Let's actually find
13 that exhibit.
14        THE REPORTER: Actually what?
15        MR. BECKER: I'm going to find that
16 exhibit. Do you mind telling me what number it
17 is first, though, that would be great.
18        MR. MCCUE: 28.
19        MR. BECKER: There we go, yep, 28.
20 BY MR. BECKER:
21    Q. Exhibit 28.
22    A. Okay.
23    Q. Do you see the date of that Exhibit 28?
24    A. I do.
25    Q. What is it?

68 (Pages 266 - 269)

Page 270

1     A. December 1st, 2009.
2     Q. Right. And now you can look at Exhibit
3  44.
4     A. Yeah.
5     Q. Okay. What's the date on that one?
6     A. December 1st, 2009.
7     Q. Okay. And what -- do you know if that
8  was the beginning of your relationship with
9  Caldwell List?
10    A. The beginning?
11    Q. The beginning, the commencement of any
12 relationship between RMG and Caldwell.
13    A. Yeah, I don't -- I don't recall.
14    Q. Okay. I just want to point out on
15 Exhibit 28, at the end of the sentence that
16 says, "Let me know if it's the same source or
17 not, that would be great. If so, is there any
18 way to make them look different?? I'm such a
19 sleazebag I know," what comes after that?
20    A. A smiley face.
21    Q. Is that a smiley face emoticon?
22        MR. MCCUE: Objection.
23        THE WITNESS: Yes.
24        MR. MCCUE: Foundation.
25 BY MR. BECKER:

Page 271

1     Q. Do you know what that represents?
2     A. I don't know what he's -- putting a
3  smiley face in it for that.
4         MR. MCCUE: Objection.
5         THE REPORTER: I don't know what?
6         THE WITNESS: I don't know why he's
7  putting a smiley face for.
8     Q. Do you -- have you ever met Peter
9  Lachnicht?
10    A. No.
11    Q. Do you know, as you sit here today,
12 whether Peter Lachnicht was being serious or
13 facetious when he wrote that?
14        MR. MCCUE: Objection.
15        THE WITNESS: I have no idea.
16    Q. Do you know when this e-mail is in
17 point in time in comparison to when you were
18 having the correspondence about Caldwell being
19 allegedly fraudulent with its leads?
20        THE REPORTER: Allegedly fraudulent
21 with what?
22        MR. BECKER: Allegedly fraudulent
23 with its leads.
24 BY MR. BECKER:
25    Q. Do you remember those questions

Page 272

1  earlier?
2     A. Yeah.
3     Q. And there were correspondence between
4  you and Ms. Valente about this.
5     A. Yes.
6     Q. Do you remember when those
7  correspondence took place?
8     A. It was March 2010.
9     Q. It was -- well, let's see.
10       Well, actually look at Exhibit 21.
11       THE REPORTER: What, did you --
12    Q. Even better, go to Exhibit 25.
13    A. Okay.
14    Q. Okay. What's the date of that
15 correspondence?
16    A. March 30th, 2011.
17    Q. And what about the next one, Exhibit
18 26?
19    A. March --
20    Q. Slow down.
21    A. July 15th, 2011.
22    Q. Okay. And point in time, how far apart
23 is this correspondence where -- first of all,
24 would you agree with me that Exhibits 25 and 26
25 represent the point in time when you and Ms.

Page 273

1  Valente were having communications about your
2  concerns as to the substance and nature of
3  Caldwell's leads?
4     A. Yes.
5     Q. Okay. And it was in these
6  correspondences, was it not, where you said,
7  Caldwell had done a very good job for us in the
8  past?
9     A. Correct.
10    Q. At point in time, when did this
11 correspondence take place compared to the
12 exhibit where Peter Lachnicht was talking about
13 changing things up? What number was that now?
14       MS. MACIVOR: 28.
15       MR. BECKER: 28.
16    Q. Go to 28.
17    A. Okay.
18    Q. I understand 28 was shown to you after
19 25 and 26, but what was the date on Exhibit 28?
20    A. 2009.
21    Q. And point in time, when was that in
22 comparison to your e-mails with Beth addressing
23 concerns with the substance?
24    A. 2011.
25    Q. So about a year and a half later?

69 (Pages 270 - 273)

Page 274

1    A. Correct.
2    Q. Okay. And this was -- this 2009 e-mail
3 we looked at was also sent to Mr. Mongiovi
4 immediately following your delivery of Exhibit
5 44, correct?
6    A. Same day, yes.
7    Q. Same day, okay. So would you agree
8 with me then that this communication between Mr.
9 Mongiovi and Mr. Lachnicht took place
10 significantly before you raised issues in 2011?
11    A. Correct.
12       MR. MCCUE: Objection.
13    Q. Do you know whether or not Exhibit 44
14 was the first time you sent written
15 communication to Caldwell List?
16    A. I do not.
17    Q. Okay. Do you recall the purpose of
18 sending the document?
19    A. I don't recall, no.
20    Q. Do you recall where the information set
21 forth in that e-mail would've come from, all
22 that lead information, where do you think you
23 would've gotten that from?
24    A. A database.
25    Q. From other lead vendors?

Page 275

1    A. Sure.
2    Q. Is that an indication to you that RMG
3 had been purchasing lead information from
4 vendors other than Caldwell prior to December
5 1st of 2009?
6    A. Yep.
7    Q. I'm going to show you what we're
8 marking as Exhibit 45. Take a moment, look at
9 this document, tell me if you can tell what it
10 is.
11    A. It looks like an internal e-mail
12 through whoever Renee is and Peter, sending
13 leads to RMG.
14    (Exhibit No. 45 marked)
15    Q. Okay. Do you recall whether or not
16 this was an e-mail that would've led to the
17 first delivery of leads from Caldwell to RMG?
18       MR. MCCUE: Objection.
19    Q. Or does this help refresh your
20 recollection as to when RMG would've begun
21 receiving leads from Caldwell List?
22    A. Regarding the timeline, I can't tell
23 you if this is the first e-mail, but it appears
24 that this is setting up an account.
25    Q. Okay. Do you have any reason to doubt

Page 276

1 the fact that RMG began receiving leads from
2 Caldwell in December of 2009?
3       MR. MCCUE: Objection.
4       THE WITNESS: It sounds about right
5 with the timeline.
6 BY MR. BECKER:
7    Q. At the time you purchased these leads
8 from RMG, the beginning of your relationship in
9 December of 2009, was RMG utilizing its own
10 internal predictive dialing system?
11    A. I don't believe we had it set up yet.
12    Q. Right. It wasn't set up until late
13 2010, beginning 2011, correct?
14    A. Yep.
15    Q. So what was it doing with these leads
16 at that time?
17    A. Using them with either to call by hand,
18 call predictive through a third party, or
19 through a robo call through a third party.
20       THE REPORTER: Say again, robo --
21       THE WITNESS: Robo dial through a
22 third party.
23 BY MR. BECKER:
24    Q. Were leads received from Caldwell List
25 generally received by receipt of an e-mail with

Page 277

1 a FTP link contained therein?
2    A. I don't recall. I mean, it was a zip
3 file or FTP or some kind of link, it was all
4 done electronically, and it was usually to like
5 Alissa or Jamie.
6       THE REPORTER: What?
7       THE WITNESS: Alissa or Jamie.
8    Q. Would it assist you in refreshing your
9 recollection if I showed you a document?
10    A. Maybe.
11    Q. I'll show you a document.
12    A. Sure.
13    Q. Yeah.
14       THE REPORTER: What was that other
15 name, to Jamie and what was the other name?
16       THE WITNESS: Alissa. Jamie, m-i-
17 e?
18       THE WITNESS: J-a-m-i-e, yes.
19       THE REPORTER: E-l-i-s-s-a?
20       THE WITNESS: Alissa is A-l-i-s-s-
21 a.
22 BY MR. BECKER:
23    Q. I'm showing you what we've marked as
24 Exhibit 46. Would you take a moment and look
25 through this, and tell me if you recognize what

70 (Pages 274 - 277)

Page 278

1  this appears to be?
2      A. It looks like it's a bulk listing of --
3  it looks like this is where you download the
4  leads from.
5      (Exhibit No. 46 marked)
6      Q. Okay. Was this similar in format to
7  the e-mails that would have been received by RMG
8  from Caldwell for purposes of delivering leads
9  to RMG?
10     A. Yeah, it looks accurate.
11     Q. All right. And what is the date of
12 this e-mail, can you tell?
13     A. It looks like 3/16, 2010.
14     Q. And are you generally familiar with the
15 format of the lead source data? Let me rephrase
16 that, I don't like that word.
17        Are you generally familiar with the
18 format in which the leads were delivered to RMG
19 by Caldwell, in other words, what they were
20 contained within?
21     A. I believe it was like an Excel file.
22        THE REPORTER: It was like a what?
23        THE WITNESS: Excel, E-x-c-e-l.
24 BY MR. BECKER:
25     Q. Okay. I'm going to show you two

Page 279

1  documents, first physical Exhibit 47, as well as
2  an electronic Nativ file, which I will --
3      (Exhibit No. 47 marked)
4        THE REPORTER: Electronic native
5  what?
6        MR. BECKER: Nativ, N-a-t-i-v.
7      Q. Okay. You don't have to look at that
8  yet. I'm going to read into the record the name
9  of this Nativ file produced by RMG in this case,
10 it doesn't have a Bates number because it's
11 Nativ. The name is capital B-A-L-A-N-C-E,
12 BALANCE_M for March and then the rest of March
13 not capitalized, so M-a-r-c-h_16_10.xlsx with a
14 metadata date modified March 16, 2010, with a
15 size of 26,011 kilobytes.
16        Before I open it, I'd like you to see
17 the name of the file. Do you see that?
18     A. I do.
19     Q. Okay. I'm going to open this document
20 up. Now, if you wouldn't mind, hold on one
21 second, one second.
22        THE REPORTER: That one word you
23 said, data -- modified did you say before?
24        MR. BECKER: Modified.
25        THE REPORTER: Okay.

Page 280

1  BY MR. BECKER:
2      Q. If you would look at the first few
3  pages, or even the first several lines of what
4  I've given you marked Exhibit 47, and compare it
5  to the lines on the Nativ file that I just read
6  into the record. Can you tell me whether it
7  appears that but for certain redactions on
8  Exhibit 47, Exhibit 47 appears to be the same
9  document and information as the Nativ file we've
10 read into the record.
11     A. Correct.
12     Q. Okay. And I'd like you to do me a
13 favor, and go towards the back of Exhibit 47,
14 and you'll see an unredacted line there. Let me
15 know when you've found it. I believe it may be
16 highlighted.
17     A. Okay.
18     Q. I'd like you to compare that
19 information to the information on line 158106 on
20 the Nativ file I'm showing you, and let me know
21 if it's the same information.
22     A. Yeah, same.
23     Q. Okay. Now, as we've looked at this
24 document here that is titled
25 BALANCE_March_16_10.xlsx and you look at Exhibit

Page 281

1  47, can you confirm for me, based on your review
2  of this document, as well as Exhibit 46 that
3  this --
4        MS. MACIVOR: You said 47?
5        MR. BECKER: No, 46 and 47
6  together.
7        THE WITNESS: Yep.
8        MS. MACIVOR: Oh, I'm sorry, I
9  apologize.
10 BY MR. BECKER:
11     Q. That this is an e-mail or this is a
12 lead list that would've been sent to RMG by
13 Caldwell on March 16th of 2010.
14        MR. MCCUE: Objection.
15        THE WITNESS: Yes. Based on what
16 you just showed me, yes.
17     Q. Okay. And based upon your familiarity
18 and having received leads from Caldwell in the
19 past, correct?
20        MR. MCCUE: Objection.
21        THE WITNESS: Correct.
22        MR. BECKER: So what do you have
23 next?
24 BY MR. BECKER:
25     Q. I'm going to show you what's going to

71 (Pages 278 - 281)

1  be marked as Exhibit 48. Okay. If you could
2  start from the back and read upward to yourself,
3  let me know when you're done, I'd appreciate it.
4      A. Okay.
5      (Exhibit No. 48 marked)
6      Q. Now, you're familiar with Beth Valente,
7  Jamie Smith, Alissa Sunday and Laura Fernandez,
8  correct?
9      A. Correct.
10         THE REPORTER: Say those names
11  again, I'm sorry?
12         MR. BECKER: Jamie Smith, Beth
13  Valente, Alissa Sunday --
14         THE REPORTER: S-u-n-d-a-y?
15         MR. BECKER: S-u-n-d-a-y and Laura
16  Fernandez, okay.
17  BY MR. BECKER:
18      Q. And you also are included on this e-
19  mail, correct?
20      A. Yep.
21      Q. It's an e-mail correspondence that was
22  shared between individuals who worked for Resort
23  Marketing Group in December 2012, correct?
24      A. Correct.
25      Q. And would you agree with me that this

1  e-mail correspondence that you were a part of
2  followed an investigation by Jamie Smith as to
3  what leads may have been delivered to RMG over
4  the years that included contact information for
5  the plaintiff in this case?
6          MR. MCCUE: Objection.
7          THE WITNESS: Yeah, it's look like
8  it's started by Laura.
9      Q. Okay.
10     A. And Jamie is involved in it.
11     Q. Okay. And what were the results of the
12  investigation by Resort Marketing Group in
13  determining whether or not when the phone
14  numbers associated with Philip Charvat was in
15  the leads acquired by RMG?
16         MR. MCCUE: Objection.
17         THE WITNESS: Jamie said he found
18  it.
19     Q. Okay. And where did he find leads to
20  exist?
21     A. From Flow Media.
22         THE REPORTER: From where?
23         THE WITNESS: Flow Media.
24  BY MR. BECKER:
25     Q. As well as?

1      A. Caldwell.
2      Q. And would you agree with me that the
3  Caldwell list that Jamie identified is the same
4  list that we looked at just now?
5      A. Correct.
6      Q. Okay. And it also indicates that there
7  are two lead lists from Flow Media that also
8  include the phone number and contact information
9  for Mr. Charvat, correct?
10     A. Yeah, I mean, it looks like Allison,
11  but yeah.
12     Q. Well, it has Allison's name there,
13  correct?
14     A. Correct.
15     Q. Do you know whether the phone number
16  here is associated with Allison Charvat or
17  Philip Charvat?
18         MR. MCCUE: Objection.
19         THE WITNESS: I have no idea.
20  BY MR. BECKER:
21     Q. Okay. Fair enough. But you know that
22  the contact information pulled up a phone number
23  that was being searched for by RMG, correct?
24         MR. MCCUE: Objection.
25         THE WITNESS: Correct.

1      Q. Okay. I'm going to show you two more
2  documents. These are Nativ files, I'll read
3  them into the record again. The first one we'll
4  look at is titled Opt-in Plus.com, O-p-t-i-n-P-
5  l-u-s-.-c-o-m_500K-05-19-10-TSN-Eastern ERN --
6          THE REPORTER: East what?
7          MR. BECKER: Eastern.
8          THE REPORTER: Oh, Eastern.
9  BY MR. BECKER:
10     Q. (GMT-05)-3.csv. Okay. And I'm showing
11  you here the name of the document. Do you see
12  it?
13     A. I do.
14     Q. Okay. And the date modified on this is
15  May 24, 2010, correct?
16     A. Yes.
17     Q. Okay. We're going to open up this
18  document, and if you wouldn't mind looking at
19  line 12737, and telling me what you see.
20     A. Looks like Allison's e-mail address,
21  and address and phone number, IP address.
22     Q. What phone number?
23         THE REPORTER: IP address?
24         THE WITNESS: It looks -- IP
25  address.

1       THE REPORTER: Okay. Her phone
2 number.
3       THE WITNESS: What number is it?
4 BY MR. BECKER:
5   Q. Yes.
6   A. Can I expand here, it looks like a --
7   Q. Yes.
8   A. It's 614-895-8940.
9   Q. Okay. Hold on, okay. And can you
10 identify for me the date upon which leads were
11 supposedly --
12   A. 5/4, 2010.
13   Q. Okay. And based upon your familiarity
14 with leads that were acquired by RMG through
15 Caldwell, does this appear to be in Nativ file
16 format of a lead that was purchased by RMG from
17 Caldwell during your employment?
18   A. Yes.
19   Q. Okay. Let me have that back for one
20 moment.
21       THE REPORTER: And Nativ is N-a-t-
22 i-v, right, no E? Okay.
23       MR. BECKER: I-v, yeah.
24 BY MR. BECKER:
25   Q. I'm going to now show you one more

1 Nativ file, titled TSN_EAST_FULL_021611.csv with
2 a date modified of March 1, 2011. Okay. Trying
3 to open it up. Here we go, it's a large file.
4       Okay. I'd like to direct your
5 attention to line 4061, and tell me what
6 information you see there.
7   A. It looks like Allison's e-mail address,
8 phone number and IP address.
9   Q. Okay. Same phone number as the other
10 list?
11   A. Yeah, it appears so.
12   Q. The same information contained on
13 Exhibit No. 47 -- I'm sorry --
14   A. I'm not sure about the IP address, but
15 yeah.
16       THE REPORTER: You're not sure
17 about what?
18       THE WITNESS: The IP address.
19   Q. Same phone number that's on --
20 everything that's on Exhibit 48.
21   A. Yeah, it appears so.
22   Q. And this also is based upon your
23 experience in acquiring and purchasing leads
24 from Flow Media appears to be a Nativ file
25 format lead list purchased by RMG from Flow

1 Media during your employment, correct?
2   A. Correct.
3   Q. Okay. So would you agree with me that
4 it appears that contact information, including
5 the phone number for the plaintiff in this case
6 appears to have been on three lead lists that
7 were purchased by RMG during your employment
8 with that company, correct?
9       MR. MCCUE: Objection.
10       THE WITNESS: Correct.
11   Q. Okay. And multiple origin sources
12 beyond just 123 Travel.com, also ENews.com,
13 appear to be sources through which lead or
14 consent information may have been presented by
15 somebody putting in the Charvat information,
16 correct?
17       MR. MCCUE: Objection.
18       THE WITNESS: Correct.
19   Q. The issues that you mentioned earlier
20 about Caldwell List, where you and Mr. McCue
21 were talking about the data being fraudulent.
22 Can you clarify for me again when Ms. Valente is
23 using the word fraudulent, what it was
24 specifically that you and her interpreted that
25 to mean?

1   A. That they were taking the information
2 that they sold us, and selling it to us again.
3       THE REPORTER: Selling it what?
4       THE WITNESS: Selling to us again.
5 BY MR. BECKER:
6   Q. Is it true that during the course of
7 your relationship, RMG's relationship with
8 Caldwell List that there were issues where RMG
9 was receiving tons of duplicate leads, meaning
10 leads that were already in RMG's system?
11   A. Correct.
12   Q. And therefore, for example, let's do --
13 let's just do this one. Yeah, that's a big one.
14       For example, I'm going to show you what
15 we're marking as Exhibit 49.
16   A. Okay.
17   (Exhibit No. 49 marked)
18   Q. This is an e-mail between you and Ms.
19 Valente in March of 2011, correct?
20   A. Correct.
21   Q. And you're forwarding to Beth an e-mail
22 from Jamie to you, correct? Is that right?
23   A. Correct.
24   Q. And in Jamie's e-mail to you, there are
25 several figures that he's putting forth

Page 290

1 including that he received a file of 300,000
2 records from what -- I can't tell if it's
3 Caldwell or not, but at least in this e-mail, it
4 appears that you're comparing a 300,000 record
5 lead list that was received by RMG to your
6 scrubbing results; is that correct?
7     A. Correct.
8     Q. And when you're looking at this
9 document, does it show that of the numbers you
10 have here, 88,000 and change were already in
11 your leads master list?
12         THE REPORTER: Say again, 8,000 --
13         MR. BECKER: Here, I'll scratch it.
14 BY MR. BECKER:
15     Q. Does this e-mail represent that 88,763
16 of these leads were already in RMG's master
17 list?
18     A. Yes.
19     Q. That means those are duplicates of what
20 you already have, correct?
21     A. Correct.
22     Q. And then 153,135 were on the national
23 DNC, correct?
24     A. Correct.
25     Q. 3,559 of these leads were on your

Page 291

1 master DNC.
2     A. Correct.
3     Q. And 808 of these leads were self-
4 duplicates, correct?
5     A. Correct.
6     Q. That left only 48,581 leads that were
7 unique that you received from this lead vendor,
8 correct?
9     A. Correct.
10         THE REPORTER: That you received
11 from this?
12         MR. BECKER: Received from the lead
13 vendor.
14 BY MR. BECKER:
15     Q. Now, does this e-mail in your opinion
16 reflect the fact that RMG was, in fact,
17 scrubbing leads received from its vendors
18 through the National Do Not Call Registry?
19     A. Correct.
20     Q. Does it also reference the fact that
21 RMG was running these leads through its own
22 internal do not call list?
23     A. Correct.
24     Q. And as you testified today, RMG
25 maintained an internal do not call list for as

Page 292

1 long as you can remember during your employment
2 at RMG, correct?
3     A. Correct.
4     Q. It never sought to call people without
5 first determining whether or not it had scrubbed
6 the list, to make sure these people had not
7 already told RMG they did not want to be called,
8 correct?
9     A. That's correct.
10     Q. Okay.
11 (Pause)
12         MR. MCCUE: Would it be a good time
13 to take a five minute break?
14         MR. BECKER: If you want. Yeah,
15 let's take a break.
16 (Recessed and reconvened)
17         THE REPORTER: Okay.
18 BY MR. BECKER:
19     Q. I've showed you what we've marked as
20 Exhibit 50.
21     A. Okay.
22 (Exhibit No. 50 marked)
23     Q. This is an e-mail that goes back and
24 forth between you and Peter Lachnicht, correct?
25     A. Correct.

Page 293

1     Q. And this is evidencing the fact that
2 you brought to Mr. Lachnicht's attention on July
3 2011 how there were multiple dates of leads sent
4 to RMG by Caldwell were the same issue of usable
5 leads being left after scrubbing out for all
6 these different various reasons, resulted in
7 very few unique leads.
8     A. Correct.
9     Q. Was that not the primary concern that
10 RMG had Caldwell List?
11         MR. MCCUE: Objection.
12         THE WITNESS: Correct.
13 BY MR. BECKER:
14     Q. And was that not one of the reasons
15 that RMG was concerned that there was so many
16 duplicates?
17     A. Correct.
18     Q. But at the end of the day, would you
19 agree with me that despite your concerns or Ms.
20 Valente's concerns with Caldwell, that your
21 concerns never questioned the authenticity of
22 the original lead that was provided by Caldwell
23 regardless of whether it was later duplicated.
24         MR. MCCUE: Objection.
25         THE WITNESS: Correct. The concern

74 (Pages 290 - 293)

1   was there --
2           MR. MCCUE:  Mischaracterizes
3   testimony.
4           THE WITNESS:  The concern was that
5   they were selling us the same thing that they
6   already sold us.
7   BY MR. BECKER:
8       Q. Okay.  Did -- I believe you said
9   earlier that RMG utilized sources for leads
10  other than Caldwell List, correct?
11      A. Correct.
12      Q. Including Flow Media, correct?
13      A. Correct.
14      Q. And RMG had purchased leads from Flow
15  Media over a period of more than a year during
16  your employment, correct?
17      A. Correct.
18      Q. And what type of lead data did RMG
19  purchase from Flow Media?
20      A. Opt-in leads.
21      Q. Same type leads that RMG purchased from
22  Caldwell List?
23      A. Correct.
24      Q. Do you recall when that began?
25      A. I don't.

1           MR. BECKER:  Can I have 54?  Yeah.
2       Q. I'm showing you what we're marking as
3   Exhibit 51.  This is a communication between you
4   and Jay Williams in March of 2011, correct?
5       A. Correct.
6       (Exhibit No. 51 marked)
7       Q. This is the very, very end of March of
8   2011, correct?
9       A. Correct.
10      Q. Is this around the time that you said
11  you moved away from working with robo calls at
12  RMG?
13      A. Correct.
14      Q. Okay.  Which was shortly after the FCC
15  letter arrived?
16      A. Correct.
17      Q. And you asked Mr. Williams about live
18  transfer, correct?
19      A. Yes.
20      Q. And what are live transfers?
21      A. Is when the third party gets somebody
22  on the phone, an actual person on the phone and
23  they transfer a live person that's qualified and
24  interested in what you're selling.
25      Q. Do you know if RMG ever utilized that

1   service?
2       A. I believe we did.
3       Q. Okay.  And if you look at the bottom of
4   page or Exhibit 51, where you say in the last
5   paragraph of your e-mail to Mr. Williams, "As
6   for the live transfers, we just want to be
7   compliant and not with a robo dialer," correct?
8           THE REPORTER:  And not with what?
9           MR. BECKER:  Not with a robo
10  dialer.
11  BY MR. BECKER:
12      Q. Correct, is that what you wrote?
13      A. Yeah, correct.
14      Q. And you say then, "We are trying to
15  spread out different methods of marketing,"
16  correct?
17      A. Correct.
18      Q. And is it not a fact, sir, that
19  following March of 2011, when you moved to other
20  areas of RMG, that you did, in fact, spread out
21  to different types of marketing RMG did to gain
22  members of its vacation club?
23      A. Correct.
24      Q. And to sell vacations to its existing
25  members.

1       A. Correct.
2       Q. And does this e-mail also reflect the
3   fact that in March of 2011, you were concerned
4   with and trying to be compliant with the laws
5   that governed the marketing your company did?
6       A. Can you repeat that question?
7       Q. At this time in March of 2011, your e-
8   mail reflects the fact that you were concerned
9   and seeking to be compliant with the laws that
10  were governing the marketing that your company
11  did?
12      A. Yeah, in light of the -- yes, correct.
13      Q. Well, wouldn't you agree that you were
14  always trying to be compliant, the law didn't
15  change that fact?
16      A. Correct.
17      Q. Or the FCC letter didn't change that
18  fact?
19      A. Correct.
20      Q. Okay.  And isn't it true that during
21  the course of time that you used third party
22  dialers, that those companies were, in fact,
23  scrubbing the leads that you sent to them for
24  purposes of conducting the robo calls and
25  predictive calls for you?

75 (Pages 294 - 297)

Page 298

1    A. Correct.
2    Q. I'm going to show you what we're
3  marking as Exhibit 52. Would you agree this is
4  an e-mail, the top e-mail from March 31st, 2011?
5    A. Yep.
6    (Exhibit No. 52 marked)
7    Q. From Jason Rader, you, to Jay Williams?
8      THE REPORTER: Say it again, from
9  what?
10   Q. From Jason Reader or him -- you, to Jay
11  Williams.
12   A. Yeah.
13   Q. And --
14     THE REPORTER: Is that J-a-y, by
15  the way or G?
16     MR. BECKER: J-a-y.
17   Q. And immediately below that e-mail, do
18  you see where it says "FYI, the DNC file will be
19  under the directory 'phone only' starting
20  today"?
21     THE REPORTER: Phone what?
22     MR. BECKER: Phone only.
23  BY MR. BECKER:
24   Q. "Starting today"?
25   A. Yes.

Page 299

1    Q. Is this an indication that Flow Media
2  was sending leads to RMG in March of 2011?
3    A. Yes.
4    Q. And some of these leads were actually
5  being DNC'd; is that correct?
6    A. Correct.
7    Q. Which indicates that these were being
8  scrubbed in some manner before being sent to
9  RMG?
10   A. Correct.
11   Q. I'm going to show you what we're
12  marking as Exhibit 53. What is the date of this
13  e-mail, sir?
14   A. 4/4, 2011.
15   (Exhibit No. 53 marked)
16   Q. And the first sentence says, "Alissa
17  and Jamie, today Flow Media will be sending over
18  better leads for predictive dialing," correct?
19   A. Correct.
20   Q. Is this an indication to you that Flow
21  Media was still sending leads to RMG in April
22  2011?
23   A. Yes.
24   Q. I'm going to show you what we're
25  marking as Exhibit 54. What is the date of this

Page 300

1  e-mail?
2    A. 3/15, 2012.
3    (Exhibit No. 54 marked)
4    Q. This is an e-mail from Jay Williams to
5  you, correct?
6    A. Correct.
7    Q. And it says in this e-mail, subject
8  line "leads," l-e-a-d-s, "Okay, I will. This
9  new import is taking forever based on the fact I
10  am doing it the correct way and not taking
11  shortcuts. I will knock it out as soon as the
12  data is fully loaded."
13     THE REPORTER: As soon as what?
14     MR. BECKER: "I will knock it out
15  as soon as the data is fully loaded."
16  BY MR. BECKER:
17   Q. In looking at this e-mail from you, Jay
18  -- between you and Jay Williams, is this an
19  indication to you that RMG was continuing to
20  purchase leads from Flow Media in March of 2012?
21   A. Yes.
22   (Pause)
23   Q. Are you familiar with a company called
24  Executive Leads?
25   A. Yes.

Page 301

1    Q. What do they do?
2    A. Provide different source of lead
3  generation.
4    Q. Similar leads to those that were
5  purchased by RMG from Caldwell and Flow Media?
6    A. Yeah.
7    Q. And did RMG purchase leads from
8  Executive Leads?
9    A. Yes.
10   Q. Do you recall when that began?
11   A. I don't.
12     THE REPORTER: Did you say the word
13  regeneration or --
14     THE WITNESS: Lead generation.
15  BY MR. BECKER:
16   Q. Do you know whether or not RMG ever
17  engaged in any sort of e-mail marketing
18  campaigns or landing page marketing campaigns --
19     THE REPORTER: Or landing what?
20   Q. E-mail marketing campaigns or landing
21  page campaigns with Executive Leads?
22   A. Yes.
23   Q. Okay. Did they?
24   A. Yeah.
25   Q. Okay. I'm going to show you what we're

76 (Pages 298 - 301)

Page 302

1  marking as Exhibit 55. Take a moment to look
2  through the e-mails, beginning in the back and
3  working up.
4      A. Okay.
5      (Exhibit No. 55 marked)
6      Q. What does this e-mail reflect?
7      A. It looks like the landing pages for the
8  leads contract.
9      Q. Okay. And what did RMG do? How did
10  this e-mail landing page campaign work?
11      A. So it was an e-mail blast that went out
12  on our behalf with our -- they would land on our
13  landing pages, and it would fill in their
14  contact information, and we would call them.
15          THE REPORTER: And we would call
16  them?
17          THE WITNESS: Call them.
18          THE REPORTER: And you said blast,
19  right?
20          THE WITNESS: E-mail blast.
21          THE REPORTER: Yeah, yeah.
22  BY MR. BECKER:
23      Q. So let me break this down. So what
24  you're saying is, RMG hired Executive Leads to
25  create an e-mail campaign where consumers would

Page 303

1  receive a blast of e-mails that would include
2  information about RMG and a link to a website;
3  is that correct?
4      A. Yeah, correct.
5      Q. And so if consumers were interested
6  what they were reading in the e-mail, they would
7  then have to on their own, click on the
8  hyperlink in that e-mail, correct?
9      A. Correct.
10      Q. And that e-mail would then direct them
11  to a website landing page, correct?
12      A. Correct.
13      Q. And that's a website landing page that
14  was hosted or owned by RMG, correct?
15      A. Correct.
16      Q. And --
17          THE REPORTER: Let me just turn --
18  it was hosted, is that the word you said?
19          MR. BECKER: Hosted or owned by
20  RMG.
21          THE REPORTER: Yeah.
22      (Pause)
23          THE REPORTER: Okay.
24  BY MR. BECKER:
25      Q. Okay. And when the individual was

Page 304

1  directed to that website, it would be with a
2  domain name of some sort related to a business,
3  a d/b/a of RMG, correct?
4      A. Correct.
5      Q. So if you look back to 55, for example,
6  the last page has two different web addresses.
7  Do you see that?
8      A. Yep.
9      Q. And one of those is Cruise and Land
10  Travel 123.com, correct?
11      A. Correct.
12      Q. And that would be an example of a
13  webpage that may exist where RMG is directing
14  consumers to a webpage where they can provide
15  their information, correct?
16      A. Correct.
17      Q. The other web page they're actually
18  mentioned through are Carnival, does it not?
19      A. Correct.
20      Q. As you sit here today, do you know what
21  those webpages looked like?
22      A. Well, one of them is the webpage and
23  one of them is the e-mail.
24      Q. The e-mail.
25      A. So when you click on the e-mail, it

Page 305

1  clicks on the --
2      Q. Okay. So that --
3          THE REPORTER: It clicks on the
4  what?
5          THE WITNESS: Clicks on the e-mail.
6  BY MR. BECKER:
7      Q. Okay. And so that would show the e-
8  mail that a consumer might receive from these e-
9  mail blasts by Executive Leads.
10      A. Correct.
11      Q. And we don't know substantively what's
12  in those e-mails today, do we?
13      A. I couldn't tell you what's in it, no.
14      Q. Okay. And those were done by Executive
15  Leads, correct, the e-mails?
16      A. The e-mails, yes.
17      Q. All right. And so if someone were to
18  click on it, and they go to a webpage, and that
19  webpage would have information about some sort
20  of travel offer; is that correct?
21      A. Correct.
22      Q. And if the consumer was interested in
23  receiving more information, they can submit
24  their contact information into that website,
25  correct?

77 (Pages 302 - 305)

Page 306

1    A. Correct.
2    Q. Do you know whether or not those
3  websites would have had privacy policies of some
4  sort?
5    A. Yes.
6    Q. And do you know whether those website
7  privacy policies would have mentioned to the
8  consumer, that they were giving consent to be
9  contacted by your company?
10    A. Correct.
11    Q. And that would have included contact
12  through the use of robo calls or predictive
13  dialing, correct?
14    A. Correct.
15    Q. Okay. And once that information was
16  collected through this website, where would that
17  content information go?
18    A. It would go to the sales rooms.
19    Q. Okay. And would that contact
20  information then make its way into the valid
21  database that RMG had purchased and was
22  utilized?
23    A. Yes.
24    Q. Okay. So individuals who are contacted
25  through RMG's internal predictive dialing

Page 307

1  system, many of them are individuals that
2  consented to receive information directly from
3  RMG website landing pages, correct?
4    MR. MCCUE: Objection.
5    THE WITNESS: Correct.
6    Q. Okay. And this is through these
7  campaigns that RMG had conducted partially with
8  Executive leads?
9    A. Correct.
10    Q. Okay. I'm going to show you what's
11  being marked as Exhibit 56.
12    Okay. And what's the date of this e-
13  mail?
14    A. 4/19, 2011.
15    (Exhibit No. 56 marked)
16    Q. Okay. And 4/19, 2011 this e-mail was
17  sent by you to the help desk at RMG, correct?
18    A. Correct.
19    Q. Okay. And this is -- the subject line
20  is "XLeadsInc Lead Delivery."
21    THE REPORTER: Say that again.
22    MR. BECKER: XLeadsInc Leads
23  Delivery.
24  BY MR. BECKER:
25    Q. Correct?

Page 308

1    A. Yep.
2    Q. Okay.
3    THE REPORTER: I-n-c, Inc.?
4    MR. BECKER: I-n-c, yeah.
5    Q. And the e-mail says, "Can you scrub
6  this list versus the lead database and import
7  into the predictive dialer," correct?
8    A. Correct.
9    Q. Is this document evidence of the fact
10  that RMG would load the leads it received
11  through this e-mail blast campaign and website
12  landing page campaign into its internal dialer
13  database?
14    A. Yes.
15    Q. And you can see here that you're
16  referencing lower (indiscernible), "You do not
17  need to wash this versus the DNC National
18  database, just our in-house DNC, as they are
19  people who are asking us specifically for a
20  call," correct?
21    A. Correct.
22    Q. And this is evidence to you that leads
23  generated by RMG were individuals are
24  specifically asking RMG to call them are being
25  loaded into RMG's dialer database, correct?

Page 309

1    A. Correct.
2    Q. And then called by RMG using this
3  predictive dialing database --
4    A. Correct.
5    Q. -- your system. Okay.
6    (Pause)
7    MR. BECKER: Can I have this second
8  one?
9    (Pause)
10  BY MR. BECKER:
11    Q. I'm showing you what we're going to
12  mark as Exhibit 57.
13    A. Okay.
14    (Exhibit No. 57 marked)
15    Q. This is an April 2011 e-mail between
16  you and Beth Valente, correct?
17    A. Yep.
18    Q. And this e-mail, if you look three or
19  so down in the list here, you see an e-mail from
20  you to Beth where you say, "For press 1's we are
21  looking for travelers with a household income of
22  over 70,000, ideally lives close to a port and
23  holds a credit card." Do you see that?
24    A. Yeah.
25    THE REPORTER: Close to a what?

78 (Pages 306 - 309)

1     MR. BECKER: Port, p-o-r-t.
2     Q. And above that, it says from Beth to
3  you, "Just curious, what are we looking for for
4  predictive end leads, are the parameters
5  different??" Do you see that?
6     A. Yep.
7     Q. And your response was, "Not
8  necessarily, just more focused. We're trying
9  many different regions and lists for predictive
10  because that can be controlled a lot better in
11  lower quantity. With the daily feed it is a lot
12  more broad and you have a lot less control,"
13  correct?
14     A. Yes.
15     Q. Is this e-mail an indication to you
16  that in April of 2011, RMG is seeking leads to
17  be used both for purposes of conducting
18  predictive calls and robo calls?
19     A. Correct.
20     Q. And you understand the difference
21  between those two, correct?
22     A. I do, yes.
23     Q. And what's the difference?
24     A. Predictive is your -- robo calls is
25  there's a machine where you have to press to be

1  connected to a live representative.
2     Q. Right. And so there would be no pre-
3  recorded message played in a predictive call,
4  correct?
5     A. Correct.
6     Q. Okay. I'm showing you what we're
7  marking as 58.
8     A. Okay.
9     (Exhibit No. 58 marked)
10     Q. Let's go to the back of this e-mail or
11  the back of this exhibit again.
12     A. Okay.
13     Q. And the e-mail that you write to Ed
14  Tamayo in April of 2011. Says, "Ed, if we are
15  interested in buying predictive data from you,
16  not a daily feed, but predictive data where
17  consumers' information, of phone numbers and
18  names are highly accurate, would you have any of
19  that, and for what price." Do you see that?
20     A. Yep.
21     Q. And then above that, Ed says, "Yes, we
22  have that. Who are you doing the predictive
23  through? We have a good system." Do you see
24  that?
25     A. Yep.

1     Q. And then you say on April 21st, 2011,
2  "We have a predictive dialer. You can send me
3  the test file for Florida predictive, and also
4  send me the cost, if this works we should be
5  able to buy it."
6     A. Yep.
7     Q. And then you go to the very top, you
8  can see that Ed had sent you leads, and you
9  tested them, and you say, "Every single one of
10  these we already had in-house, or in the
11  National DNC." Do you see that?
12     A. Yeah.
13     Q. Okay. So you actually took the leads
14  that Mr. Tamayo sent you from Dynamic and
15  scrubbed them to see if you already had them,
16  and it turns out you had all of them, correct?
17     A. Correct.
18     Q. Okay. And he knew you were using these
19  for predictive dialing, correct?
20     A. Correct.
21     Q. And all the leads he secured for you
22  were already in your database, correct?
23     A. Correct.
24     Q. So is it clear to you from this e-mail
25  that more than one letter is providing with a

1  similar opt-in lead data?
2     A. Correct.
3     Q. So if the lead data is sent from one
4  person, had these names, now you see multiple
5  sources and verifying that somebody submitted
6  their information through some sort of opt-in
7  channel?
8        MR. MCCUE: Objection.
9        THE WITNESS: Yes.
10        THE REPORTER: How do you spell
11  Tamayo by the way?
12        THE WITNESS: T-a-m-a-y-o.
13  BY MR. BECKER:
14     Q. I'm showing you what we're marking as
15  No. 59. You talked earlier about the fact
16  Dynamic is one of those companies that you used
17  to actually act as a third party dialing vendor
18  for your company, correct?
19     A. Yep.
20     (Exhibit No. 59 marked)
21     Q. So they actually placed robo calls and
22  predictive calls for RMG, right?
23     A. Correct.
24     Q. But now if you look at the top of this
25  page, your e-mail here says, "Alissa, another

79 (Pages 310 - 313)

1  one to load. Can you name is Dynamic Florida
2  leads, put it in Benny's. This needs scrubbed
3  by all databases, please send me the numbers
4  what started and what is important." Do you see
5  that?
6      A. Yep.
7      Q. Is this evidence to you that not only
8  had you used Dynamic as a vendor to make calls
9  for you, but actually Dynamic is another lead
10  source who sold you leads?
11      A. Correct.
12      Q. And these leads were loaded into RMG's
13  dialer database and called to consumers through
14  that database, correct?
15      A. Correct.
16      Q. Okay. Did RMG also use its predictive
17  dial to place telephone calls?
18          THE REPORTER: Wait a minute, say
19  it again.
20      Q. Did RMG also use its predictive dialer
21  to place telephone calls to consumers whose
22  information RMG acquired through the purchase of
23  paper leads?
24      A. Yes.
25      Q. From whom did RMG purchase paper leads,

1  do you recall?
2      A. I think there's a couple of different
3  sources but one was Vince Deluca.
4      Q. Okay. And during what period of time
5  did RMG purchase these leads, do you recall?
6      A. I don't recall timelines.
7      Q. Okay. I'm showing you what we're
8  marking as Exhibit 60.
9          If you'd look at this e-mail from March
10  of 2011, and you see the middle e-mail from
11  Jason to Jamie, says that you would like this
12  list scrubbed versus do not call, and you can
13  see the instructions you're giving to him, and
14  in the middle of that, you state "so we can
15  match this with the paper lead with all the info
16  and call." Do you see that?
17      A. Yep.
18      (Exhibit No. 60 marked)
19      Q. Is this document evidence to you that
20  RMG was loading paper lead source information
21  that it received into its dialer database as
22  well?
23      A. Yes.
24      Q. Okay. Let's go on to -- I'm showing
25  you what we've marked as Exhibit 62.

1          MS. SHAPIRO: 1.
2      Q. 61. What's the date of this e-mail,
3  sir?
4      A. 5/16, 2011.
5      (Exhibit No. 61 marked)
6      Q. Okay. And this e-mail, the subject
7  line is "script," correct?
8      A. Correct.
9      Q. And if we read outloud the body of this
10  e-mail, this is between you and several, it
11  looks like managers of the dialers --
12      A. Correct.
13      Q. -- in your company?
14      A. Yep.
15      Q. "Guys, reminder, this is the only
16  script approved that the rep should be going off
17  of. Obviously the reps have to hit their points
18  and make it the conversation, but important all
19  reps are on the same page. Please see me with
20  questions. The first part is changed to go with
21  the on-line leads." Do you see that?
22      A. Yes.
23      Q. Okay. That's an e-mail you sent to
24  your managers, correct?
25      A. Correct.

1      Q. Now, let's look to the next page, the
2  script, "Hello. Is Mr. or Mrs. Jones there?"
3  Is that how the script begins?
4      A. Yes.
5      Q. And that's an indication that you're --
6      A. Predictive dialing or calling by hand.
7      Q. Okay.
8          THE REPORTER: Calling what?
9          THE WITNESS: Calling by hand.
10      Q. Or predictive dialing, correct?
11      A. Or predictive dialing, yeah.
12      Q. And it says here, "This is so and so
13  from Travel Services. We are calling you about
14  our promotion for you and your family and the
15  contact form you filled out." Do you see that?
16      A. Yep.
17      Q. Okay. Now, is this an indication then
18  that the information that you're utilizing, that
19  you're putting into the lead database is based
20  upon contact information from the actual on-line
21  leads that you refer to on the first page?
22          MR. MCCUE: Objection.
23          THE WITNESS: Yes.
24  BY MR. BECKER:
25      Q. And this on-line leads, this refers to

1 the website landing pages that we talked about a
2 little while ago, correct?
3    A. Correct.
4    Q. Okay. Do you recall what leads Deluca
5 sold you?
6    A. Show leads.
7    Q. Show leads. What's a show lead?
8       THE REPORTER: Shown what?
9       THE WITNESS: Show leads.
10       MR. BECKER: S-h-o-w, show leads.
11       THE WITNESS: Somebody that went to
12 a show and --
13       THE REPORTER: What, what?
14       THE WITNESS: Somebody that went to
15 a show.
16 BY MR. BECKER:
17    Q. What kind of a show?
18    A. It could be a number of different
19 shows.
20    Q. Like a convention or a Broadway show or
21 what?
22    A. It could be a convention, it could be a
23 Broadway show.
24    Q. Okay.
25    A. It could be trade shows, it could be --

1 the demographics were specific to what those
2 people were interested in.
3    Q. Okay. And these are leads that people
4 are physically filling out by hand; is that
5 correct?
6    A. Correct.
7    Q. These are not leads that people are
8 filling out on line, correct?
9    A. Correct.
10    Q. Okay.
11    A. You would mail them to us.
12    Q. And did RMG purchase physical leads,
13 physical show leads from Vince Deluca?
14    A. Correct.
15    Q. And were those show leads at some point
16 in time also uploaded into RMG's database?
17    A. After the reps had a chance to call
18 them, yeah.
19    Q. So if a rep hand dialed them and what
20 would happen before they would go into the
21 dialer?
22    A. If they didn't get ahold of them,
23 ultimately as time went on, they were a colder
24 lead so they were --
25       THE REPORTER: They were what?

1       THE WITNESS: A colder lead.
2       THE REPORTER: So?
3       THE WITNESS: So they would go into
4 the dialer, a dialer.
5 BY MR. BECKER:
6    Q. Okay. And so, in other words, RMG
7 would receive physical leads from Vince Deluca
8 that were hand filled out by individuals, that
9 at some point in time, many of which would end
10 up in his dialer database and then would either
11 be predictively called or robo called through
12 RMG's predictive dialing system?
13    A. Correct.
14    Q. Okay. I'm going to show you what we're
15 marking as Exhibit 62.
16      Is Exhibit 62 the e-mail and
17 attachments thereto reflect the types of
18 physical leads that Vince Deluca was selling to
19 RMG for purposes of making telemarketing calls
20 to consumers?
21    A. Yes.
22    (Exhibit No. 62 marked)
23       MR. BECKER:
               Okay. I'm scratching
24 stuff out.
25    (Pause)

1 BY MR. BECKER:
2    Q. I'm showing you what we're going to
3 mark as Exhibit 63.
4      This is an e-mail from March of 2011
5 between you and Madeline Allerton. Does this
6 reflect evidence that Vince Deluca had sent over
7 certain numbers of show leads to RMG?
8    A. Correct.
9    (Exhibit No. 63 marked)
10    Q. So it's evidence that RMG did indeed
11 purchase show leads from Vince Deluca in 2011,
12 correct?
13    A. Yeah, correct.
14    Q. And show these were one more source of
15 data that RMG utilized in populating its valid
16 database, correct?
17    A. Correct.
18    Q. And so show leads include individuals
19 who also were contacted by RMG through its
20 predictive dialing system?
21    A. Yeah, there's contacting --
22       THE REPORTER: I'm sorry?
23       THE WITNESS: Contacting a number
24 in different ways.
25    Q. Yeah. Okay.

81 (Pages 318 - 321)

1      MR. BECKER: Can I have this one?
2      Q. We're marking the next one 64.
3          Look at the bottom of this page, at 64,
4  you see an e-mail between you and Benny Agulera,
5  correct?
6      A. Yes.
7      (Exhibit No. 64 marked)
8      Q. Dated April 2, 2011.
9      A. Yep.
10     Q. And you asked on this e-mail for Benny
11 to give you a summary of Saturday by Monday,
12 correct?
13     A. Yes.
14     Q. And above that is that an e-mail
15 summary from Benny to you?
16     A. Yes.
17     Q. The e-mail begins, "The Caldwell leads
18 were better than the other ones you used
19 earlier. There are sales to be made, but it
20 will be a lot smaller amount than the press 1
21 campaign." Do you see that sentence?
22     A. Yes.
23     Q. Is that in reference to the fact that
24 over that period of time, Benny was running both
25 Caldwell leads and other leads?

1      A. Correct.
2      Q. And also that they were running other
3  campaigns besides press 1 campaigns, in other
4  words predictive campaigns?
5      A. Correct.
6      Q. Okay. Down below that, you see it says
7  here, "Carl's leads are doing awesome. No
8  complaints whatsoever on these." Correct?
9      A. Correct.
10     Q. Does this also reflect the fact that
11 RMG was running leads that it received through
12 Carl or Executive Leads at that same time?
13     A. Yes.
14     Q. And then right below that, it says,
15 "Show leads, I'm sure if we spent a bit more on
16 those, we could get them fresher. Our contact
17 rate was great, but people complained about
18 getting multiple calls on these." Do you see
19 that?
20     A. Yep.
21     Q. So is this e-mail reflective of the
22 fact that at least four different types of leads
23 were being used by Benny during the same period
24 of time?
25     A. Yes.

1      Q. And they were both press 1 campaigns,
2  as well as predictive campaigns happening at the
3  same time?
4      MR. MCCUE: Objection.
5      THE WITNESS: Yeah.
6  BY MR. BECKER:
7      Q. Okay. Now, I believe you said earlier
8  that individuals may contact RMG and leave a
9  message or not. I guess let me scratch that.
10     Based upon your experience working for
11 RMG, would there be an occasion where
12 individuals might call RMG's phone numbers?
13     A. Sure, based on the websites or finding
14 them on line.
15     THE REPORTER: Or what?
16     THE WITNESS: Or finding them on
17 line.
18     Q. So an individual may contact RMG by
19 finding them on line and calling a phone number,
20 correct?
21     A. Correct.
22     Q. And that phone number, would that end
23 up in some way in RMG's caller ID database?
24     A. It could end up in the database, yeah,
25 after the --

1      Q. Well, first of all, it shows up on some
2  caller ID on the side of RMG, correct?
3      A. Correct.
4      Q. Would RMG ever take those phone numbers
5  that were gathered through its caller ID system
6  and use them to populate its dialer database?
7      A. No, there was --
8      THE REPORTER: To use them as what?
9      MR. BECKER: Use those numbers to
10 populate their dialer database.
11     THE WITNESS: No, the caller IDs
12 are people calling in from rep's calls, they see
13 the number on the caller ID and then they call
14 us back.
15 BY MR. BECKER:
16     Q. And then what happens if when they call
17 you back they don't get through to somebody?
18     A. If they don't get a live agent, then it
19 would go into a campaign.
20     Q. That's my point.
21     A. Okay.
22     Q. So a consumer may call back to RMG --
23     A. Uh-huh.
24     Q. -- and when they call back to RMG, the
25 phone number called by that consumer --

82 (Pages 322 - 325)

Page 326

1    A. Yeah.
2    Q. -- will get logged into RMG's database
3 and then RMG would call them back.
4    A. They could press 1, and then they could
5 be logged into the database, and then they would
6 get a call back.
7    Q. Okay. So, in other words, an
8 individual may actively call RMG and press --
9 they would hear a recording when they called
10 RMG?
11    A. Yes.
12    Q. And they have the option of pressing 1
13 to get a call back?
14    A. Yes.
15    Q. And if they actively on their own call
16 RMG and then press 1, when they hear a message,
17 their phone number would then be logged into
18 RMG's dialer database?
19    A. Correct, it could go that route.
20    Q. And then those people would also be
21 called back?
22    A. Correct.
23    Q. By RMG through the predictive dialer.
24    A. Correct.
25    Q. So it's not just --

Page 327

1    A. Predictive or robo.
2    Q. Or robo.
3    A. Yeah.
4    Q. So it's just not individuals who
5 consented to receive information on line
6 supposedly and were on lists that were purchased
7 by lead vendors were getting calls from
8 RMG, right, it's also individuals who may have
9 called RMG and pressed 1 to get a call back?
10    A. Correct.
11         MR. MCCUE: Objection.
12    Q. Do you have any familiarity with how
13 the leads are loaded into the dialer database?
14    A. Not much.
15    Q. Okay. Do you know whether or not when
16 leads were put into the dialer database they
17 would first be scrubbed in some way?
18    A. I knew there were scrubbing mechanisms,
19 how that worked, I don't know.
20    Q. But you know that before leads were
21 actually put in the dialer, they were scrubbed
22 in some manner before they could be called by
23 RMG?
24    A. Whether it was in the dialer, scrubbed
25 or before they were scrubbed, but I just don't

Page 328

1 know the logistics of it.
2    Q. Do you know whether the lead
3 information received from these various sources
4 was merged together before it was actually put
5 into a campaign?
6    A. I don't know.
7    Q. Okay.
8         MR. BECKER: Can I see this one?
9 Let me have this one. 65. Got to keep going,
10 I'm trying.
11    (Exhibit No. 65 marked)
12         MS. MACIVOR: I didn't say
13 anything.
14         MR. BECKER: It's your look, it's
15 beautiful.
16 BY MR. BECKER:
17    Q. I'm showing you what we've marked as
18 Exhibit 65. Look at this e-mail being March
19 28th, 2011, the top e-mail says -- by you to
20 Jamie, "Okay. For T-3 --"
21         THE REPORTER: For what?
22    Q. "For T-3, for sure, I think we can take
23 all pitches, the ones that sold and the ones
24 that don't buy and make sure we can't call again
25 if we have to recycle at some point. Also, if

Page 329

1 you can load both recent Flow Media and Caldwell
2 for Benny to test for T-3, in theory, he should
3 be calling all uniques daily if we do this."
4         THE REPORTER: He should be calling
5 what?
6         MR. BECKER: He should be calling
7 all uniques -- unique, like a unique bird,
8 uniques daily if we do this.
9 BY MR. BECKER:
10    Q. Do you see that?
11    A. Yeah.
12    Q. Is this an indication by you that
13 you're asking Jamie to load both Caldwell leads
14 and Flow Media leads together to run a campaign?
15    A. Yes.
16    Q. Okay. You mentioned many different
17 purposes that RMG used this database for,
18 correct?
19    A. Yes.
20    Q. And it used its dialer database for
21 predictive calls and robo calls, correct?
22    A. Correct.
23    Q. You mentioned that they would call
24 members regularly to welcome them back to the
25 membership.

83 (Pages 326 - 329)

Page 330

1 A. Correct.
2 Q. And they would predictive -- they would
3 robo call and predictive call members of
4 purposes of reminding them to renew, correct?
5 A. Correct.
6 Q. They would call potential new customers
7 for purposes of incentivizing them to join the
8 membership, correct?
9 A. Correct.
10 Q. They would use it for B to B marketing,
11 correct?
12 A. Correct.
13 Q. They use it for a charity, for a non-
14 profit, correct?
15 A. Correct.
16 Q. And they use it to set up appointments
17 to have individuals come out and hear
18 presentations on joining the vacation club,
19 correct?
20 A. Yep, correct.
21 Q. And this was a non-exhaustive list,
22 correct?
23 A. Correct.
24 Q. Okay. And RMG, you said, did offer
25 consumers discounted cruise packages during

Page 331

1 telephone solicitations with consumers, correct?
2 A. Correct.
3 Q. And this was to incentivize these
4 consumers to try to --
5 THE REPORTER: I'm sorry?
6 Q. These were offered as incentives to
7 consumers to have them try RMG's vacation club?
8 MR. MCCUE: Objection.
9 THE WITNESS: Correct.
10 Q. And the whole goal of this ultimately
11 was to have them join the membership, correct?
12 MR. MCCUE: Objection.
13 THE WITNESS: Correct.
14 Q. Did RMG use other incentives besides
15 cruises to incentivize individuals to join the
16 vacation club?
17 A. Yes.
18 Q. What other incentives did they use?
19 A. Gift cards, condos --
20 Q. Land trips to Vegas.
21 A. Land trips to Vegas, Disney vacations.
22 Q. Okay. I'm showing you what we're
23 marking as Exhibit 66.
24 A. Is there a light at the end of the
25 tunnel here?

Page 332

1 (Exhibit No. 66 marked)
2 Q. There is.
3 MR. MCCUE: Undefined light.
4 Q. Can you read this e-mail?
5 A. "Benny, can you send me that script
6 when you get a chance. It's not complete yet,
7 it's almost there."
8 Q. And what do you say at the top of the
9 page?
10 A. "Got it. When do you think we'll be
11 done? Also, the whole goal is giving away --"
12 Q. If you could read real slowly for him
13 to record this down.
14 A. "Also, the whole goal is giving away
15 old cruise vouchers or 3/2s and making them a
16 member, so we get that membership fee, so you
17 can make the changes accordingly."
18 THE REPORTER: Did you say 3/2s?
19 THE WITNESS: 3/2.
20 MR. BECKER: 3/2.
21 BY MR. BECKER:
22 Q. What does that mean to you, the whole
23 goal is giving away, what does that mean that
24 sentence?
25 A. That we're giving away vouchers in

Page 333

1 order to get members.
2 Q. Is this intended to say that the entire
3 purpose of making these calls and giving away
4 these different incentives is to gain members
5 for the vacation club?
6 MR. MCCUE: Objection.
7 THE WITNESS: Yeah.
8 Q. Okay. And you're talking about cruise
9 vouchers there, correct?
10 A. Well, cruise --
11 Q. Partially.
12 A. I think it's cruise voucher, and then
13 maybe a three day, two night stay.
14 Q. And it's a land, that refers to a land
15 vacation?
16 A. Yeah, I believe so.
17 Q. So what you're saying in this e-mail to
18 Benny, is that the point of giving away cruises
19 or land vacations when contacting individuals is
20 to make them a member and get membership fees;
21 is that right?
22 A. That was the whole purpose of the
23 program, yeah.
24 Q. Okay.
25 THE REPORTER: Let me see that 3-2.

84 (Pages 330 - 333)

1    THE WITNESS:  It's 3-2.
2    MS. MACIVOR:  Slash.
3    THE REPORTER:  Slash.
4    THE WITNESS:  Yeah.
5  BY MR. BECKER:
6    Q.  And would you agree with me that land
7  vacations and cruise vacations and other sorts
8  of incentives, they were offered by RMG through
9  its predictive dialer regularly throughout your
10  employment with the company?
11    A.  Yeah.
12    Q.  If an individual wanted to purchase an
13  incentive, they would often times press 1 when
14  they heard a robo call pre-recorded message,
15  correct?
16    A.  Correct.
17    Q.  Where would they be directed to?
18    A.  A live representative.
19    Q.  Okay.  And if they decided to go
20  through the process and purchase this membership
21  or vacation package, what would happen next
22  generally?
23    A.  They would get an e-mail.  I'm sorry,
24  after they purchased it, they went to
25  verification.

1    Q.  Okay.
2    A.  After verification, they would get an
3  e-mail confirming what they bought.
4    Q.  Would they at some point in time
5  receive some sort of a package of information in
6  the mail?
7    A.  Yeah, and then they'd get a mail
8  package of what it included, and then, of
9  course, what the vacation club included.
10    Q.  Okay.  And how much time would they
11  generally have to redeem the incentive that they
12  would offer?
13    A.  I seem to recall 18 months.
14    Q.  Did it ever happen where if a consumer
15  called back, who was offered one type of travel
16  incentive during that first phone call, that
17  they would say they don't want that package,
18  they want some other sort of vacation?
19    A.  Yeah.
20    Q.  So, for example, if a consumer had
21  received a call for a cheap cruise, purchased
22  that cruise on the phone that day and paid that
23  deposit, and 16 months later they call back and
24  say, I really don't want a cruise, I'd rather go
25  to Vegas, that happens?

1    A.  Yeah, they can apply that money to
2  other travel.
3    THE REPORTER:  Say what?
4    THE WITNESS:  They can apply that
5  money to other travel.
6  BY MR. BECKER:
7    Q.  Did this happen with some regularity?
8    A.  Yes.
9    Q.  And would RMG accommodate those
10  individuals?
11    A.  Yes.
12    Q.  So RMG would often times initially have
13  a phone call with an individual where a cruise
14  incentive is offered, and then later have the
15  individual purchase a land travel vacation
16  instead.
17    A.  Or vice versa.
18    Q.  Sure.  Do cruise lines have any
19  influence over which cruise the consumers booked
20  on?
21    A.  No.
22    Q.  So when the consumer calls back to
23  redeem their cruise, they can choose a variety
24  of different cruises; is that correct?
25    A.  Correct.

1    Q.  Has it ever happened where a consumer
2  calls back and says, you know, I have kids now,
3  I'd like to go on a Disney cruise instead of a
4  Carnival or Royal or Norwegian cruise?
5    A.  Something like that.
6    Q.  And if they wanted to (indiscernible)
7  would they be able to apply that money towards a
8  Disney cruise instead?
9    A.  Yeah, you can always upgrade.
10    Q.  Okay.  I'm showing you what we're
11  marking as Exhibit 67.
12    A.  Okay.
13    (Exhibit No. 67 marked)
14    Q.  This is an e-mail from July of 2010,
15  correct?
16    A.  Yes.
17    Q.  And you can see here you're asking
18  Benny to ASAP send you a Vegas only press 1
19  script, right?
20    A.  Yep.
21    Q.  Is this evidence to you that in July of
22  2010, RMG was conducting predictive or robo
23  dialing calls utilizing Vegas incentives?
24    A.  Yes.
25    Q.  And during your employment, did RMG

1  also offer consumers low cost Disney vacations
2  through the use of predictive dialing and robo
3  calls?
4      A. Yes.
5      Q. I'm going to show you what we're
6  marking as Exhibit 68. Does this document
7  evidence the fact that RMG in November of 2010
8  was utilizing its predictive dialing machine to
9  offer Disney vacations?
10     A. Yep.
11     (Exhibit No. 68 marked)
12     Q. And is the script attached to this e-
13  mail relevant to that Disney campaign?
14     A. Yep.
15         MR. BECKER: Can I have the next
16  one?
17     Q. I'm showing you what we're marking as
18  Exhibit 69. This is an e-mail from November of
19  2010 as well, where you can see the subject line
20  is Disney sales room, and it's referencing in
21  the middle there, when someone presses 1, they
22  get the queue, correct?
23     A. Yep.
24     (Exhibit No. 69 marked)
25     Q. Is this reflecting the fact that RMG

1  was making predictive or robo dialing calls in
2  2010 where it offered the Disney vacations?
3      A. Yep.
4      Q. Did RMG ever contact Disney, to your
5  knowledge, to ask permission to do this?
6      A. No.
7      Q. Is there any difference in your mind
8  between the type of marketing campaign RMG was
9  conducting for Disney here in comparison to the
10  marketing campaign where the cruise lines were
11  mentioned?
12         MR. MCCUE: Objection.
13         THE WITNESS: No.
14  BY MR. BECKER:
15     Q. Okay. And during your employment, RMG
16  also offered customers low cost condominium or
17  timeshare travel vacations as well, correct?
18     A. Correct.
19     Q. And they did this through predictive
20  dialing and robo calls?
21     A. Correct.
22     Q. Okay. I'm going to show you what we're
23  marking as Exhibit 70.
24         If you're looking at this e-mail it's
25  dated in June of 2011, correct?

1      A. Yep.
2      (Exhibit No. 70 marked)
3      Q. The second e-mail from the top says
4  from Benny to you, "What type of leads are we
5  going to call for the condos? I need to have a
6  general idea so I can make a script," correct?
7      A. Correct.
8      Q. And above that, you say, "Not sure if
9  Beth is going to do press 1, but with me
10  internet web requests, and perhaps predictive
11  dialing," correct?
12     A. Correct.
13     Q. So is this an indication to you that in
14  June of 2011, RMG was using its predictive
15  dialer system to make robo -- predictive and
16  possibly robo calls where the incentive was
17  timeshare and condos?
18     A. Yeah.
19     Q. And at this point in time in June of
20  2011, you exclusively were making predictive
21  calls using the dialer database, correct?
22     A. Yeah, a division that I worked with,
23  correct.
24     Q. Do you know whether RMG ever changed
25  the incentive it was offering to consumers

1  during a campaign?
2      A. Yes.
3      Q. So are you familiar with -- you are
4  familiar. What are you familiar with, what's
5  happened?
6      A. You know, depending on what was
7  working, some days it would be closely monitored
8  to where Beth would say, we're not having enough
9  sales, sell this instead.
10     Q. Okay. So you're familiar with the
11  instances where a campaign is going on, and
12  consumers are being called using a predictive
13  dialer, where the incentive might be cruises,
14  and then during that campaign, the incentive is
15  changed to something else like condos?
16     A. Well, predictive or robo.
17     Q. Okay. So let's just start here. Are
18  you familiar with instances where during the
19  course of a robo campaign, an incentive of
20  cruises was being offered, where during that
21  campaign the incentive was changed to something
22  like land travel?
23     A. Correct.
24     Q. Okay. And you're also familiar with
25  where predictive campaigns may have been going

86 (Pages 338 - 341)

1  on, where during the campaign, the campaign was
2  switched from cruise incentives to travel
3  incentives?
4      A. Yeah, or vice versa.
5      Q. Or vice versa. So it's very possible
6  then that during the course of the campaign,
7  when you're looking at the numbers that were
8  called, some of those individuals were offered
9  one incentive like cruises, and others were
10  offered a different incentive like land travel?
11      MR. MCCUE: Objection.
12      THE WITNESS: Literally Beth would
13  make the call, Benny would stand up in the room
14  and switch on the dime.
15      THE REPORTER: Switch on the what?
16      THE WITNESS: Switch on the --
17  switch right away.
18      Q. Switch on the dime.
19      A. Switch right away.
20      Q. And this would happen regularly?
21      MR. MCCUE: Objection.
22      THE WITNESS: I -- define
23  regularly.
24  BY MR. BECKER:
25      Q. On more than one occasion this has

1  happened?
2      A. Yes.
3      MR. MCCUE: Okay.
4      Q. I mean, would this happen --
5      A. Multiple times.
6      Q. Okay. And you also said RMG uses
7  predictive dialer to make face-to-face
8  presentations, correct?
9      A. Correct.
10      MR. BECKER: Okay. Can I have --
11      THE WITNESS: To set up face-to-
12  face presentations.
13      Q. To set them up.
14      A. Correct.
15      Q. I'm going to show you what we're
16  marking as Exhibit 71. This is an e-mail, the
17  subject line is cruise script in January of
18  2012. When you say to Benny, "Benny, can you
19  send your current cruise script to Todd Kaplan,
20  he is copied in this e-mail. He's working on a
21  project with Beth selling face-to-face and they
22  would like to see the script. Please help Todd
23  with any script-like questions. I think at some
24  point Beth will request --"
25      THE REPORTER: Request some what?

1      (Exhibit No. 71 marked)
2  BY MR. BECKER:
3      Q. "At some point, I would believe Beth
4  will request a meeting setting some things up
5  with you as well." Do you see that?
6      A. Yes.
7      Q. Is this correspondence where you're
8  asking Benny to take a cruise script and convert
9  it so that it will be a script to allow for the
10  setting up a face-to-face presentations?
11      A. Yes.
12      Q. And RMG was indeed setting up face-to-
13  face presentations to sell its vacation club in
14  2012, correct?
15      A. Correct.
16      Q. And it was using its predictive dialer
17  to do so, correct?
18      A. Yep, predictive under me.
19      THE REPORTER: Say again, what?
20      THE WITNESS: Predictive, yes.
21  BY MR. BECKER:
22      Q. Okay. And RMG also offered consumers
23  low cost cruise vacations through the use of its
24  predictive dialing system and through the use of
25  pre-recorded messages, correct?

1      A. Correct.
2      Q. Did employee or any representative of
3  any cruise line vendor assist RMG in devising or
4  implementing this cruise vacation incentive?
5      A. No.
6      Q. How did RMG determine which cruise line
7  it would utilize and offering and booking its
8  low cost cruise vacations?
9      A. Beth figured it out.
10      Q. Okay. Did Carnival, Norwegian or Royal
11  ever ask you to refrain from including other
12  cruise lines, like Disney or other companies as
13  part of the program?
14      A. No.
15      Q. In fact, didn't Carnival inform you of
16  one point in time as we looked at in the
17  correspondence, that if you were only offering
18  it where Carnival's name was there, it wanted
19  you to include other cruise lines?
20      A. Correct.
21      Q. And the reason for that, as Carnival
22  told you, was it wanted to make it clear that
23  the package incentive you were offering was
24  something being offered by RMG and not Carnival?
25      A. Correct.

87 (Pages 342 - 345)

Page 346

1    Q. And the main issue Carnival had and the
2   concerns that were raised with you, was that RMG
3   on occasion not being clear on the fact that RMG
4   was offering the package as opposed to Carnival?
5    A. Correct.
6    Q. Before RMG offered these cruise line
7   incentives to customers, did you contact any
8   travel vendors to inform them that their
9   services were going to be offered to consumers
10  through the use of a predictive dialer or pre-
11  recorded messages?
12   A. No.
13   Q. After RMG started offering these
14  incentives to customers, did you contact any
15  travel vendors to inform them that their
16  services were being offered to consumers through
17  the use of predictive dialing or through pre-
18  recorded messages?
19   A. No.
20   Q. Okay. Did RMG, in utilizing its
21  predictive dialing system, often times have pre-
22  recorded message campaigns that offered both
23  cruise and land packages together?
24   A. Can you repeat that?
25   Q. Did RMG ever utilize its predictive

Page 347

1   dialer system to offer incentives to consumers
2   where a pre-recorded message offered either a
3   cruise or land travel vacation?
4    A. Yes.
5    Q. Okay. And did RMG also use its
6   predictive dialing system to offer vacation
7   packages to its existing members?
8    A. Yes.
9    Q. These are individuals who elected to
10  pay membership fees to RMG for the purpose of
11  receiving personal travel agency services from
12  RMG, correct?
13   A. Correct.
14   Q. And these individuals provided you with
15  telephone numbers and contact information that
16  could be used by RMG to contact them, correct?
17   A. Correct.
18   Q. And they gave their consent to be
19  contacted by RMG through various forms of
20  telemarketing, correct?
21      MR. MCCUE: Objection.
22      THE WITNESS: Correct.
23  BY MR. BECKER:
24   Q. Including robo calls?
25      MR. MCCUE: Objection.

Page 348

1       THE WITNESS: When they are
2   members?
3    Q. Yes.
4    A. Yes.
5    Q. And many of these members had already
6   utilized RMG to book their prior vacations,
7   correct?
8    A. Correct.
9    Q. And you said RMG also -- we're going
10  here. RMG also used its dialer -- internal
11  dialer to make calls for other purposes, such as
12  for charity purposes, correct?
13   A. Correct.
14   Q. I'm going to show you what we're
15  marking as Exhibit 72.
16      Take a look at this e-mail. Let me
17  know if this e-mail is evidence of the fact that
18  RMG used its predictive dialing system for
19  purposes of making either robo or predictive
20  calls to individuals for a charity called Supply
21  Hope.
22   A. Yep, correct.
23   (Exhibit No. 72 marked)
24      THE REPORTER: For a charity called
25  Supply Hope?

Page 349

1       MR. BECKER: Supply Hope, capital
2   S, capital H.
3       THE WITNESS: Correct.
4   BY MR. BECKER:
5    Q. Would you agree with me that when RMG
6   began doing predictive calls, you were asked to
7   go to Caldwell and purchase the do not call
8   capabilities?
9    A. Yes.
10   Q. Prior to the time that you had an
11  internal dialer system, you didn't need to have
12  internal DNC capabilities because your vendors
13  were doing it for you, correct?
14   A. Correct.
15   Q. And then when RMG brought the
16  predictive dialer system in-house, RMG went to
17  Caldwell and paid thousands of dollars to have a
18  monthly subscription to the do not call list,
19  correct?
20   A. Correct.
21   Q. And we referenced e-mails earlier that
22  reflected the fact that RMG was actually using
23  that do not call subscription to scrub its
24  leads, correct?
25   A. Correct.

88 (Pages 346 - 349)

1    Q.  Because RMG did not want to contact
2  people who were on the do not call registry,
3  correct?
4    A.  Correct.
5    Q.  Nor did it want to contact people who
6  were on -- who had asked RMG not to call it,
7  correct?
8    A.  Correct.
9    Q.  Which is why the evidence we looked at
10 earlier reflected the fact that RMG also
11 scrubbed its leads against its internal do not
12 call list, correct?
13   A.  Correct.
14   Q.  Okay.  I'm showing you what we're
15 marking as Exhibit 73.
16       And an e-mail dated --
17   (Exhibit No. 73 marked)
18       THE REPORTER:  Say again.
19   Q.  Exhibit 73 is an e-mail dated April 1,
20 2011, correct?
21   A.  Correct.
22   Q.  Between you and Jay Williams, correct?
23   A.  Correct.
24   Q.  And you state here, "Jay, we are now
25 using predictive dialer.  That's what I'm in

1  charge now versus the press 1."  Correct?
2    A.  Correct.
3    Q.  Is this reflective of the fact that
4  during the years following April 1, 2011, you
5  were primarily engaged in conducting predictive
6  dialing calls?
7        MR. MCCUE:  Objection.
8        THE WITNESS:  Part of the job,
9  yeah.
10 BY MR. BECKER:
11   Q.  Part of the job.
12   A.  Sure.
13   Q.  But any of the campaigns you were
14 involved in did not include the use of pre-
15 recorded messages, correct?
16       MR. MCCUE:  Objection.
17       THE WITNESS:  That's correct.
18   Q.  Were you involved in substantial number
19 of campaigns from April 1, 2011 until you left
20 the company?
21       MR. MCCUE:  Objection.  Can you
22 clarify, Jeff, he individual or he, Travel
23 Services, I'm not sure what you're asking?
24 BY MR. BECKER:
25   Q.  Well, RMG -- you worked for RMG after

1  April 1, 2011, correct?
2    A.  Correct.
3    Q.  And from that date on, any campaign
4  that you were involved in that utilized the
5  predictive dialing system, were solely
6  predictive calls, correct?
7    A.  Had nothing to do with robo.
8    Q.  So they were solely predictive?
9        THE REPORTER:  Nothing to do with
10 what?
11       THE WITNESS:  With robo.
12   Q.  They were solely predictive?
13   A.  Correct.
14   Q.  They had no pre-recorded messages
15 attached to it?
16   A.  Correct.
17   Q.  And will you agree with me that you
18 through RMG were involved in a substantial
19 number of campaigns that utilized the predictive
20 dialing system after April 1, 2011?
21   A.  Many of them, yeah.
22   Q.  So there would be a substantial number
23 of calls in the dialer database that would have
24 nothing to do with pre-recorded messages,
25 correct?

1    A.  That's correct, yes.
2    Q.  Okay.  In your experience working with
3  RMG, how frequently did RMG use its predictive
4  dialer to place purely predictive calls?
5    A.  How frequently?
6    Q.  Yeah.  Regularly, multiple times a
7  week?
8    A.  Sure.
9        MR. BECKER:  Okay.  Can I see --
10   Q.  I'm showing you what we're marking as
11 Exhibit 74.  I only have a few pages left and
12 I'm skipping a few.
13   A.  Yeah, 15 seconds for questions.
14   (Exhibit No. 74 marked)
15   Q.  Okay.  You can see this is an e-mail
16 dated April 4th, 2011, correct?
17   A.  Yep.
18   Q.  Okay.  And you can see the top of the
19 e-mail, it says, "50 percent of the time
20 Caldwell is a little better."  Correct?
21   A.  Yep.
22   Q.  And this is in reference to how
23 accurate Flow Media's leads were, correct?  If
24 you look down the e-mail, you can see about Flow
25 Media.

89 (Pages 350 - 353)

Page 354

1    A. Yep.
2    Q. And it's saying Caldwell is even more
3  accurate than Flow at some time, correct?
4        THE REPORTER: Say it again, what?
5    Q. That Caldwell is a little bit more
6  accurate than Flow at certain times, correct?
7    A. Correct.
8    Q. This is evidenced that in April of
9  2011, RMG was utilizing both Caldwell and Flow
10  Media leads, correct?
11    A. Yep, correct.
12    Q. Okay. Would RMG ever use both
13  predictive calls and robo calls during a single
14  campaign where during a campaign there might be
15  a robo message being played, but just like you
16  would switch from incentive-to-incentive, you
17  can switch it to predictive?
18    A. Sure.
19    Q. Okay. So in a single campaign, some
20  calls may be utilized in pre-recorded message,
21  and others may not.
22    A. There can be a cut off like during --
23        THE REPORTER: Say again.
24        THE WITNESS: There could be a cut
25  off during the day, it could be a predictive and

Page 355

1  then it could be switched over to robo.
2  BY MR. BECKER:
3    Q. Okay. And do you know whether or not
4  sounds that were used pre-recorded messages were
5  ever recorded over during the course of a
6  campaign?
7        MR. MCCUE: Objection.
8        THE WITNESS: Say that again.
9    Q. So if you wanted to change sounds, like
10  if there's a sound being played, a pre-recorded
11  message is being played in a campaign, do you
12  know whether or not those sounds were ever
13  recorded over to put in a new sound on to
14  complete the campaign?
15        MR. MCCUE: Objection.
16        THE WITNESS: Are you talking about
17  the pre-recorded message?
18  BY MR. BECKER:
19    Q. Yeah.
20    A. Recorded over?
21    Q. Yeah.
22    A. I'm not sure how it worked.
23    Q. And there came a point after the FCC
24  letter came out where you transitioned away from
25  working on robo call campaigns, correct?

Page 356

1    A. Correct.
2    Q. And we talked about the reason for that
3  already today.
4    A. Correct.
5    Q. Okay. I'm going to show you what we're
6  marking as Exhibit 75.
7        This is an e-mail I believe that we may
8  have looked at a little bit earlier from March
9  23rd, 2011 from Laura to you and Beth, correct,
10  it's attaching a spreadsheet, do you see that?
11    A. Yep.
12    (Exhibit No. 75 marked)
13    Q. And it says here, "I've taken a closer
14  look and we have one match on first and last
15  name, Reaca, R-e-a-c-a, Fielder, we have -- we
16  also have two that have the same last first --
17  the same first name but different last names,"
18  okay and if you turn the page there's a
19  spreadsheet here. Do you see that?
20    A. I do.
21    Q. And this is a spreadsheet that
22  identifies information related to the calls made
23  to the same individuals that came from the FCC
24  list, correct? We looked at earlier.
25    A. Yeah, it would appear so.

Page 357

1    Q. Turn to the third page of this
2  document, though, which is the second page of
3  the spreadsheet.
4    A. Yeah.
5    Q. And do you see how at the top of that
6  page there's a column that says, "provided
7  name".
8    A. Yep.
9    Q. And if you go down three -- the first
10  one says "no, no name provided."
11    A. Yep.
12    Q. Then it says "no name provided" again.
13    A. Yep.
14    Q. Then it says "Travel Services U.S."
15    A. Yep.
16    Q. Then it says "RCL and CCL," correct?
17    A. Correct.
18    Q. But it doesn't mention Norwegian, does
19  it?
20    A. No.
21    Q. The third one down says Carnival by
22  itself?
23    A. Yep.
24    Q. The third one says Travel Services,
25  correct?

90 (Pages 354 - 357)

Page 358

1    A. Correct.
2    Q. If you keep going further down the
3  line, does it also mention ADT?
4    A. Yeah.
5    Q. And above that, it says non-applicable
6  or not available.
7    A. Yeah.
8    Q. So if you look at this, it appears that
9  some of the people that were on this FCC letter
10  that was sent to RMG --
11    A. Yeah.
12    Q. -- for example, the third person from
13  the bottom, the last page is Julie Zaman.
14    A. Yeah.
15        THE REPORTER: How do you spell
16  that?
17        MR. BECKER: Z-a-m-a-n.
18    Q. If you look at the name that was
19  provided to her, it was ADT, correct?
20    A. Yeah.
21    Q. It wasn't even a cruise line, was it?
22    A. Yeah, correct.
23    Q. If you go three columns down from
24  there, where you see the service being offered -
25  -

Page 359

1    A. Yeah.
2    Q. -- what does it say?
3    A. Home security.
4    Q. Home security --
5    A. Gift cards and credit cards.
6        THE REPORTER: Wait, what?
7        THE WITNESS: Home security, gift
8  cards and credit cards.
9  BY MR. BECKER:
10    Q. Okay. And right above that, what kind
11  of services were being offered?
12    A. Money lenders.
13    Q. Okay. So not even all of the products
14  that were being listed are identified in the
15  phone calls the FCC cited to RMG had to do with
16  cruises at all, did they?
17    A. Or to do with us, like we never did
18  ADT.
19    Q. Okay.
20    A. Yeah.
21    Q. But the point is, is that you were
22  being cited by the FCC on certain phone calls,
23  some of them referenced ADT and security
24  services, correct?
25    A. Correct.

Page 360

1    Q. Others have unknown service providers,
2  and money lending services, correct?
3    A. Correct.
4    Q. And that was not even your company.
5    A. Correct.
6    Q. Certainly had nothing to do with cruise
7  lines.
8    A. Correct.
9    Q. Okay. Now, is it fair to say that when
10  the FCC --
11        THE REPORTER: Okay.
12    Q. Is it fair to say that when the FCC
13  letter came, you and others at RMG took the
14  letter seriously and were conducting due
15  diligence?
16        MR. MCCUE: Objection.
17        THE WITNESS: Yes.
18    Q. I mean, you reached out to Peter
19  Lachnicht to ask questions about the leads that
20  were sent to you, and you also asked questions
21  concerning whether or not cell phones can be
22  scrubbed. Do you remember that?
23    A. Yeah.
24    Q. Do you recall if that was at the
25  direction of Beth Valente?

Page 361

1        THE REPORTER: Beth Lindy?
2        MR. BECKER: Beth Valente.
3        THE REPORTER: Oh, Valente.
4        THE WITNESS: Yes, I'm sure it was.
5  BY MR. BECKER:
6    Q. Okay. Now, is this around the same
7  time, was it not, that Tom Panici had reached
8  out to you about one of these robo call
9  complaints, correct?
10    A. Correct.
11    Q. In fact, he sent you an e-mail March of
12  2011, as we looked at with Mr. Borst or Mr.
13  McCue -- gosh, it's getting late, with Mr. McCue
14  that concerned a robo call type complaint that
15  he had brought to your attention, correct?
16    A. Correct.
17    Q. And you responded to his inquiries,
18  correct?
19    A. Correct.
20    Q. And you said that you made sure this
21  individual is put on the do not call list,
22  correct?
23    A. Correct.
24    Q. And you said it must have been an opt-
25  in that we had received, correct?

91 (Pages 358 - 361)

1    A.  Correct.
2    Q.  Did you tell Mr. Panici at the time in
3  March of 2011 when this communication was taking
4  place that RMG had just received an FCC
5  citation?
6    A.  I did not.
7    Q.  Did you tell Mr. Panici anything about
8  the other issues that were going on with RMG
9  related to its robo calling campaigns?
10    A.  No.
11    Q.  No.  And isn't it fair to say that the
12  primary concern that was brought to your
13  attention by Carnival, dealt not with the fact
14  that a robo call complaint came in, but rather
15  that RMG was allegedly suggesting it was
16  Carnival again?
17    A.  Correct.
18    Q.  Okay.  And this complaint in 2011 was
19  approximately one year after the last complaint
20  that was brought to your attention by Mr. Panici
21  concerning a do not call or robo call violation,
22  correct?
23    A.  Sounds right.
24        THE REPORTER:  Let me just turn
25  this.

1    (Pause)
2  BY MR. BECKER:
3    Q.  During your employment with RMG, how
4  many different cruise lines had RMG offered to
5  its customers?
6    A.  Many.
7    Q.  And you're not aware of any contract
8  between RMG and any cruise line pursuant to
9  which Carnival or any of the other cruise lines
10  requested or authorized RMG to telemarket
11  consumers on their behalf?
12    A.  Correct.
13    Q.  And you're not aware of any contracts
14  between RMG and the cruise lines pursuant to
15  which the cruise lines retained RMG to market
16  its products via robo call, correct?
17    A.  Correct.
18    Q.  Or versus -- via predictive dialing,
19  correct?
20    A.  Correct.
21        THE REPORTER:  Or via what?
22        MR. BECKER:  Via predictive
23  dialing.
24  BY MR. BECKER:
25    Q.  Are you aware of any contracts entered

1  into between RMG and the cruise lines, pursuant
2  to which the cruise lines authorized, retained
3  RMG to market their product in any manner by
4  telephone?
5    A.  No.
6    Q.  Did RMG place any robo calls to
7  consumers at the request of Carnival?
8    A.  No.
9    Q.  Royal Caribbean?
10    A.  No.
11    Q.  Or Norwegian?
12    A.  No.
13    Q.  To your knowledge, did RMG ever seek
14  the cruise line's approval, Carnival, Royal, or
15  Norwegian with respect to any aspect of its
16  cruise promotions made via robo calls before it
17  commenced that marketing program?
18    A.  No.
19    Q.  Did RMG ever receive authority from the
20  cruise lines to hire third party vendors to
21  initiate predictive calls or robo calls on RMG's
22  behalf?
23    A.  No.
24    Q.  Did you ever show anyone from Royal,
25  Norwegian, or Carnival RMG predictive dialing

1  equipment?
2    A.  No.
3    Q.  Now, we've already confirmed that when
4  RMG was asked to show Carnival a script in 2009,
5  RMG didn't even have predictive dialing
6  equipment yet, correct?
7    A.  Correct.
8    Q.  In fact, it hadn't acquired predictive
9  dialing equipment until more than a year after
10  that?
11    A.  Sounds right.
12        THE REPORTER:  What?
13        THE WITNESS:  Yes.
14  BY MR. BECKER:
15    Q.  And Carnival reviewed the script in
16  2009, did it not, because it was concerned with
17  the way that RMG was representing its
18  relationship to Carnival?
19        MR. MCCUE:  Objection.
20        THE WITNESS:  Correct.
21    Q.  You never provided Carnival with any of
22  the scripts that relate to the actual pre-
23  recorded messages that were played on robo
24  calls, did you?
25    A.  No.

92 (Pages 362 - 365)

Page 366

1     Q. And you never provided Carnival with
2   any audio recordings that would've been the pre-
3   recorded messages played on robo calls, did you?
4     A. Correct.
5     Q. The only script that you ever provided
6   to Carnival was a script that had been read by a
7   live agent, correct?
8     A. Correct.
9     Q. And the same kind of script that
10  would've been read by a live agent not a
11  predictive call, correct?
12    A. Correct.
13    Q. And the same kind of script that
14  would've been ready by a live agent on a
15  manually dialed call, correct?
16    A. Correct.
17    Q. And whenever RMG was brought -- when it
18  was brought to the attention of RMG that
19  Carnival, that there was concern by a consumer
20  related to anything concerning do not call or
21  robo call, RMG immediately rectified the issue,
22  correct?
23    A. Yes.
24    Q. So do you believe RMG took Carnival's
25  correspondence seriously?

Page 367

1     A. Yeah.
2     Q. I'm going to show you what's marked as
3   Exhibit 76.
4       Do you recall that Carnival was having
5   communications with RMG concerning the complaint
6   in March of 2011, that was at the end of the
7   March of 2011, correct?
8     A. Correct.
9     (Exhibit No. 76 marked)
10    Q. And you see it here is an e-mail dated
11  March 28th, 2011, correct?
12    A. Correct.
13    Q. This is from Beth Valente to several
14  members of RMG's team, correct?
15    A. Correct.
16    Q. And what does it say?
17    A. Says, "It has come to my attention from
18  Carnival (not good) that we are representing
19  ourselves as Carnival. We all know that we
20  cannot do that. Please talk to the reps about
21  this, and most importantly, make sure they are
22  not doing this."
23    Q. Okay. So is this an indication to you
24  that once Carnival brought to the attention the
25  complaint it had received, Beth Valente

Page 368

1   immediately told the managers of the sales
2   department, you have to tell your reps that you
3   can't say that you're Carnival?
4     A. Yeah.
5     Q. And does this reflect to you the
6   substance of the concern, the primary concern
7   brought to RMG's attention by Carnival?
8     A. Yes.
9     Q. Which was about them representing
10  themselves as being Carnival, correct?
11    A. Correct.
12    Q. Okay. Last exhibit for today. I'm
13  showing you what we're marking as Exhibit 77.
14      Do you see here in the middle e-
15  mail, it says, "Done." This is from you -- Tom
16  to you saying "Done. Please send me a copy of
17  the most receipt script."
18    A. Yeah.
19    (Exhibit No. 77 marked)
20    Q. "I forgot to ask her for this."
21    A. Yep.
22    Q. This was sent to you in March of 2011,
23  right?
24    A. Yep.
25    Q. And then you say above that to Beth,

Page 369

1   "Beth, Tommy wants our script, please advise."
2   Correct?
3     A. Yep.
4     Q. And then Beth says to you, "Can you
5   make sure you send the same one that they
6   approved, also send me a copy." Do you see
7   that?
8     A. Yep.
9     Q. Okay. This is March of 2011, correct?
10    A. Yep.
11    Q. And the last time that Carnival
12  received a script was substantially earlier than
13  that, correct?
14      MR. MCCUE: Objection.
15    Q. Do you know when it was?
16    A. I don't.
17    Q. Do you know whether or not there were
18  changes made between the time that they last
19  approved the script?
20    A. I don't.
21      MR. MCCUE: Objection.
22  BY MR. BECKER:
23    Q. Okay. So it says here, at least, that
24  Beth is saying "send them the one that was
25  approved," correct?

93 (Pages 366 - 369)

Page 370

1   A. Correct.
2   Q. She does not say send them the most
3   current script we're using, does she?
4   A. No.
5   Q. Is it quite possible that Beth was
6   telling you to send a script that was out of
7   date?
8       MR. MCCUE: Objection.
9       THE WITNESS: Yeah.
10   Q. Okay. And so would you agree with me
11   that perhaps Beth wasn't being as straight
12   forward and honest with Carnival as Carnival
13   would have wanted?
14       MR. MCCUE: Objection.
15       THE WITNESS: Yeah.
16   Q. And this is consistent with what you
17   said earlier, which is sometimes Ms. Valente
18   will say things to the cruise lines that she
19   thinks the cruise lines want to hear.
20   A. Correct.
21       THE REPORTER: She wants to hear?
22       MR. BECKER: That they want to
23   hear.
24   BY MR. BECKER:
25   Q. Correct?

Page 371

1   A. Correct.
2   Q. Which is not necessarily always the
3   truth.
4       MR. MCCUE: Objection.
5       THE WITNESS: Yeah, I agree with
6   that statement.
7   Q. Okay.
8       THE REPORTER: I agree what?
9       THE WITNESS: I agree with the
10   statement.
11       MR. BECKER: Give me two seconds
12   and then I'm done. Let me look over --
13       MR. MCCUE: How long do you have,
14   Cathy?
15       MR. BECKER: I'm hoping I covered a
16   lot of what she wanted to --
17       MR. MCCUE: Yeah, I think you
18   tripled up a lot of questions.
19       MR. BECKER: Tripped over a lot of
20   questions?
21       MR. MCCUE: Tripled up.
22       MR. BECKER: Well, I was trying to
23   cover them for everybody.
24   BY MR. BECKER:
25   Q. Okay. Mr. McCue asked you earlier

Page 372

1   whether you knew the specific laws related to
2   TCPA, correct?
3   A. Correct.
4       THE REPORTER: Related to?
5   Q. Related to the TCPA, correct?
6   A. Correct.
7   Q. And you said you did not know them,
8   correct?
9   A. Correct.
10   Q. But you knew that such laws existed,
11   correct?
12   A. I knew there were laws regarding
13   telemarketing.
14       THE REPORTER: Regarding what?
15       THE WITNESS: Telemarketing.
16   Q. And you knew they needed to be complied
17   with, correct?
18   A. Yeah, I mean, I knew that was the point
19   of the laws, yeah.
20   Q. And did you believe that during the
21   course of the time you were working for RMG, it
22   was doing what it believed necessary to comply
23   with those laws?
24   A. Yeah, I believe we tried to be
25   compliant.

Page 373

1   Q. Okay. Keep going here. Do you know
2   what Carnival or Ms. Portal understood Ms.
3   Valente to be referring to when she said press 1
4   --
5       MR. MCCUE: Objection.
6       MR. BECKER: Let me finish the
7   question, Matt.
8   BY MR. BECKER:
9   Q. Do you know, do you have any knowledge
10   personally what Carnival or Ms. Portal
11   understood Ms. Valente's statement to mean when
12   she said in that April 2011 e-mail that we use
13   press 1?
14       MR. MCCUE: Objection.
15       THE WITNESS: No.
16   Q. Exhibit 15 that Mr. McCue showed you,
17   it's that big book.
18   A. 15?
19   Q. 1-5.
20   A. Yep.
21   Q. There's an e-mail from 2013 that
22   attached this big book.
23   A. Yeah.
24   Q. Do you know whether or not RMG actually
25   sent that to Carnival?

94 (Pages 370 - 373)

1    A. I have no idea.
2    Q. You don't know whether Carnival
3 received it, do you?
4    A. No.
5    Q. Mr. Winninger (ph) -- Mr. McCue showed
6 you some e-mails from Mr. Winninger earlier, do
7 you know whether Mr. Winninger had previously
8 submitted information or communicated with RMG
9 prior to being contacted by it?
10    A. No idea.
11    Q. One second here. Okay. Do you know
12 whether the phone numbers that were on the FCC
13 list may have also been listed on other lead
14 lists that you purchased from vendors other than
15 Caldwell?
16    A. No.
17    Q. As we've seen today, phone numbers are
18 often times are on multiple different lead
19 vendors' lists, correct?
20    A. Correct.
21    Q. Even Mr. Charvat's number ended up on a
22 Flow list and the Caldwell list, correct?
23    A. Correct.
24    Q. So is it quite possible that the phone
25 numbers that were identified in the FCC list

1 were not just sent to you or to RMG by Caldwell?
2    A. Correct.
3    Q. Mr. McCue asked you if you ever got any
4 actual source data from Caldwell when you asked
5 them to send it to you, like the actual forms
6 that were filled out. They didn't send it to
7 you, correct?
8    A. Correct.
9    Q. Mr. McCue asked you then how you know
10 whether or not it was valid, right?
11    A. Correct.
12    Q. Do you recall that Mr. Lachnicht also
13 mentioned in that e-mail that, oh, I can't send
14 it to you because it's held private by the
15 compiler, we provide you with IP addresses, and
16 time and date stamps and websites.
17    A. Correct.
18    Q. Was that not intended also to provide
19 you with some level of comfort that the
20 information was valid?
21    A. Yeah, to validate --
22        THE REPORTER: What?
23        THE WITNESS: The validate the
24 lead.
25 BY MR. BECKER:

1    Q. And at that time, when you were
2 receiving information that was considered opt-in
3 data, that included those columns of data, did
4 that provide you with comfort that you were
5 receiving valid opt-in leads?
6    A. When we had the validation and IP
7 address it did.
8        THE REPORTER: When what?
9        THE WITNESS: When we had the
10 validation of the IP address.
11 BY MR. BECKER:
12    Q. Okay. Do you know how long the letter
13 between -- those letters that Mr. McCue showed
14 you that Tom Panici wrote, do you know how long
15 that letter that Tom Panici wrote was actually
16 on the internet for you?
17    A. I have no idea.
18    Q. Do you recall whether Mr. Panici told
19 you shortly after uploading it that you've got
20 to take it down, it's causing problems for
21 Carnival?
22    A. I do recall we had to take it down.
23    Q. Right. So it was up for a very short
24 time and Carnival said, you've got to take it
25 down.

1    A. Correct.
2    Q. Yeah. And what about the letter from
3 Mr. Julius, do you know how long that was used
4 for?
5    A. I don't.
6    Q. Do you know whether Mr. Julius actually
7 signed that himself?
8    A. I can't witness that he signed it, no.
9        THE REPORTER: That what?
10        THE WITNESS: I can't witness that
11 he signed it, I was not a witness when he signed
12 it.
13 BY MR. BECKER:
14    Q. So if Mr. Julius says, I didn't
15 actually sign that letter, you wouldn't be able
16 to contest that, correct?
17    A. I personally couldn't, no.
18    Q. All right.
19        MR. BECKER: Okay. No further
20 questions.
21        EXAMINATION
22 BY MS. MACIVOR:
23    Q. All right. Mr. -- I'm going to try to
24 eliminate as much and make this as quick as
25 possible.

95 (Pages 374 - 377)

Page 378

1    A.  Yeah.
2    Q.  So Mr. McCue asked you some questions
3  about quote/unquote perks that were given to
4  persons at, I'm going to refer to them as Travel
5  Services, is that okay?
6    A.  Yes, yep.
7        THE REPORTER:  I'm going to what?
8        MS. MACIVOR:  Refer to them as
9  Travel Services.
10       THE REPORTER:  Oh, okay.
11   Q.  And you specifically spoke about Beth
12 Valente and some things were given out to Beth
13 Valente as perks.  Do you remember that?
14   A.  I do.
15   Q.  Can you specifically recall from your
16 own personal knowledge any perks that were given
17 by Norwegian Cruise Line to Ms. Valente?
18   A.  No.
19   Q.  Okay.  Do you recall as we sit here
20 today, any specific perks that were given by
21 Royal Caribbean to Ms. Valente?
22   A.  No.
23   Q.  Okay.  Do you know whether it is a
24 standard practice in the industry that whenever
25 a new ship comes out, that you know, thousands

Page 379

1  of travel agents are invited to come and see and
2  spend time on the new ship?
3        MR. MCCUE:  Objection.
4        THE WITNESS:  I believe that is
5  standard practice, yes.
6  BY MS. MACIVOR:
7    Q.  Okay.  And so that wouldn't be a perk
8  that was offered to just Ms. Valente, would it?
9    A.  No.
10   Q.  Okay.  And any perk that was ever
11 offered to Ms. Valente would not be a result of
12 some -- of robo calls made, correct?
13   A.  Correct.
14   Q.  Okay.  Now, on the Better Business
15 Bureau complaints that Mr. McCue was asking you
16 about, I'm not going to go to the exhibit, but I
17 mean, people make complaints for all kinds of
18 reasons all the time, don't they, to the Better
19 Business Bureau?
20   A.  Sure.
21   Q.  So all those Better Business
22 Bureau complaints, all you know is on that
23 exhibit that there were some complaints, but you
24 have no idea what the complaints were about, do
25 you?

Page 380

1    A.  Correct.
2    Q.  Royal Caribbean, Norwegian Cruise Line
3  and Carnival are all competitors, correct?
4    A.  Correct.
5    Q.  Okay.  They compete against each other
6  to sell cruises, correct?
7    A.  Correct.
8    Q.  So they're not working together to sell
9  cruises as one unit, are they?
10   A.  Not to my knowledge.
11   Q.  Okay.  And each company that I just
12 mentioned, Royal, Norwegian and Carnival they
13 each have separate representatives from their
14 own company, correct, that may or may not have
15 come to Travel Services, correct?
16   A.  Correct.
17   Q.  Did you ever meet with anyone from
18 Royal Caribbean Cruise Line?
19   A.  I don't believe so.
20   Q.  Okay.  Did you ever meet with anyone
21 from Norwegian Cruise Line?
22   A.  I don't believe so.
23   Q.  Would you remember if you had met with
24 them?
25   A.  I would think so.

Page 381

1    Q.  Okay.  I want to go back to Exhibit 28,
2  just find that real quick.  Maybe it's not 28.
3        MR. MCCUE:  What are you looking
4  for, Cathy?  I can help you.
5        MS. MACIVOR:  I'm looking for the
6  one -- I'm so tired I can barely think, hold on.
7  I'm looking for the one where -- that was the
8  one with the smiley emoticon, wasn't it?  28?
9        THE REPORTER:  With the what?
10       MR. MCCUE:  Yeah, that's 28.
11       MS. MACIVOR:  Yeah, it is.  Okay.
12 I'm losing my mind here.
13 BY MS. MACIVOR:
14   Q.  Okay.  You remember this one with the
15 smiley emoticon here?
16   A.  Yes.
17   Q.  So you testified previously that you
18 were concerned about the statement --
19       MR. BECKER:  I have an idea.  No,
20 you know what, just hold on one second.  I would
21 like to have Lena put my cell phone on speaker
22 in a second, so I can go -- it's off the record,
23 please.
24   (Recessed and reconvened)
25 BY MS. MACIVOR:

96 (Pages 378 - 381)

1    Q. All right. So the line I was referring
2  to from Exhibit 28 is, "If so, is there any way
3  to make them look different? I'm such a
4  sleazebag, I know," and then there's an --
5        THE REPORTER: What sleazebag?
6    Q. "Sleazebag, I know!" then there's a
7  smiley emoticon, correct?
8    A. Yeah.
9    Q. When Mr. McCue was asking you questions
10  about that particular sentence you said, hold on
11  I've lost my place because I've been interrupted
12  so many times, hold on.
13      Okay. You said you -- that that
14  statement gave you pause for some concern,
15  correct?
16    A. Correct.
17    Q. Okay. But if this was made in jest
18  would that still give you pause for concern?
19    A. I don't like that he made the comment
20  in general, but it would lessen my concerns if
21  it was a joke.
22    Q. Right. So when somebody uses a smiley
23  emoticon, what does that generally mean to you?
24      MR. MCCUE: Objection.
25      THE WITNESS: I mean, it can mean a

1  number of different things.
2  BY MS. MACIVOR:
3    Q. Exactly.
4      THE REPORTER: Are you saying
5  smiley what?
6      MR. MCCUE: Smiley emoticon.
7      THE REPORTER: Emoticon?
8      MR. MCCUE: E-m-o-t-i-c-o-n.
9      THE REPORTER: Emoticon.
10      UNIDENTIFIED: Take care, Jeff.
11      MR. MCCUE: See you, Jeff.
12      MR. BECKER: Thanks, guys. Jason,
13  thank you.
14      THE WITNESS: Yep.
15      MS. MACIVOR: Give me a minute,
16  will you, I've had so many interruptions, I just
17  need to get myself together here.
18      THE WITNESS: No problem.
19      MS. MACIVOR: Just one second. All
20  right.
21  BY MS. MACIVOR:
22    Q. You made a statement earlier, I don't
23  remember the exact question, but Mr. McCue asked
24  you a question about RMG's -- what RMG's job was
25  to do, and you made the comment it was RMG's job

1  to funnel business to the cruise lines. What
2  did you mean by that?
3    A. It was -- in relationship you mean?
4    Q. Uh-huh.
5    A. Just that we would have to buy cruises
6  through the cruise lines and we just had many
7  different vendors that we could choose from.
8    Q. Right. But it was not RMG's job to
9  procure business for the cruise line; am I
10  right?
11    A. Correct.
12      MR. MCCUE: Objection.
13    Q. Okay. All right. Now, you looked
14  previously at Exhibit 35, which I will have in a
15  second here. Now, this is the same one -- I can
16  show you because I've been writing on it.
17      MS. MACIVOR: Do you have a problem
18  with that, Matt?
19      THE WITNESS: Yeah.
20    Q. So it's right here, you can look at it
21  with me. So this is the one where you were
22  discussing --
23    A. Yep.
24    Q. -- about how Carnival gave a directive
25  to use other cruise lines names?

1    A. Yeah.
2    Q. At the time this e-mail was sent out in
3  2010, had anyone with RMG communicated
4  Carnival's directive to either Royal or
5  Norwegian?
6    A. No.
7    Q. So -- that's all right. I'm trying to
8  stream this along. Okay.
9      You testified earlier based on some
10  questions by Mr. McCue about how Ms. Valente may
11  have changed some names to d/b/a's or something
12  to that effect because of complaints received at
13  the Better Business Bureau.
14    A. Yeah.
15    Q. Okay. Do you recall that Travel
16  Services looked into removing the complaints
17  because a lot of those complaints were bogus?
18  And by that I mean, that when Travel Services
19  looked into them, they found that they'd either
20  been refunded or their complaint wasn't
21  accurate?
22    A. Yeah, absolutely. There was times that
23  it wasn't even our company, that it was being
24  credited to the account, whatever the BBB
25  account was, and it wasn't even our company, it

97 (Pages 382 - 385)

1  wasn't even a product that we sold.
2      Q.  Exactly.  And when Travel Services
3  looked into removing these from the Better
4  Business Bureau, they contacted companies and it
5  would have cost Travel Services a lot of money
6  to have those removed, correct?
7          MR. MCCUE:  Objection.
8          THE WITNESS:  Correct.
9      Q.  Okay.  And so it was determined that it
10  was just cost less money to try to distance
11  itself from a lot of these bogus complaints that
12  were made, that didn't have anything to do with
13  travel services to use a d/b/a on occasion,
14  correct?
15      A.  Correct.
16      Q.  Okay.  You were asked many times by Mr.
17  McCue questions where he would lump all of the
18  cruise lines together, and make the statement
19  that Travel Services was selling cruises for the
20  cruise lines.
21          I just want to be clear, at any time
22  was Travel Services selling cruises for any of
23  the cruise lines, and by that I mean, Carnival,
24  Norwegian or Royal Caribbean?
25      A.  Selling for them?

1      Q.  Uh-huh.
2      A.  No.
3      Q.  To be clear, Travel Services was
4  selling them to make money, correct?
5      A.  Or to get a membership.
6      Q.  To get membership, but the membership
7  would bring money to Travel Services, correct?
8      A.  Correct.
9      Q.  So Travel Services wasn't in business
10  to procure cruises for any of the cruise lines,
11  they were in business to make money for Travel
12  Services.
13      A.  Correct.
14      Q.  Okay.  One second.  Did you ever show a
15  script for either a robo call or a predictive
16  call to anyone at NCL?
17      A.  No.
18      Q.  Did you ever show a script for a robo
19  call or a predictive call to anyone at Royal
20  Caribbean?
21      A.  No.
22      Q.  You mentioned earlier today that RMG
23  preferred to do business with Carnival rather
24  than Royal or Norwegian Cruise Line, why is
25  that?

1      A.  Better net rates.
2      Q.  Okay.  And you mentioned earlier that
3  on Exhibit 14, page 2, that the caps were your
4  edits.
5      A.  Uh-huh.
6      Q.  Okay.  And so this sentence, "Well,
7  they do sell RCL and NCL, we've worked very,
8  very hard for them to push us first and they
9  have done that."  Is that an accurate statement?
10      A.  Yes.
11      Q.  Okay.  Have you ever heard the term
12  business partner?
13      A.  Sure.
14      Q.  Okay.  What does the term business
15  partner mean to you?
16      A.  Have a relationship --
17          THE REPORTER:  What?
18          THE WITNESS:  Relationship over
19  business with them.
20  BY MS. MACIVOR:
21      Q.  Does it mean by relationship to --
22  could business partner mean that in other words,
23  you do business with them?
24      A.  Sure.
25      Q.  Would the term business partner as it's

1  commonly used by people doing business together
2  mean that they have a formal legal relationship?
3      A.  Not necessarily.
4      Q.  Okay.  Did -- either RCL or NCL ever
5  give Travel Services letters of support?
6      A.  Didn't we see an e-mail in here?
7          THE REPORTER:  I can't hear you.
8          THE WITNESS:  Didn't we see an e-
9  mail in here that -- was it one of the documents
10  that Kim was involved in?
11  BY MS. MACIVOR:
12      Q.  Okay.  So I'll show you this in a
13  minute, we'll get to that, but other than this
14  one document that I'll get to you --
15      A.  Yeah, not to my knowledge.
16      Q.  Okay.
17          THE REPORTER:  What?
18          THE WITNESS:  Not to my knowledge.
19      Q.  Are you -- okay.  So you're not aware
20  of NCL ever having given Travel Services a
21  letter of support?
22      A.  Up until today, no.
23      Q.  Okay.  Do you know who Mitch Platt is
24  with?  I'm referring to Exhibit 32.
25      A.  Yep.

98 (Pages 386 - 389)

Page 390

1    Q. Who's he with?
2    A. Royal Caribbean.
3    Q. And do you know that just because
4  you're reading that on Exhibit 32?
5    A. Correct.
6    Q. Did you know who Mitch Platt was before
7  today?
8    A. I had heard the name before --
9    Q. Okay.
10    A. -- but I wouldn't have been able to
11  tell you Royal Caribbean.
12    Q. Right. And you were not copied on
13  Exhibit 32, were you?
14    A. No.
15    Q. Okay. So you really didn't know
16  anything about this particular e-mail before
17  today, did you?
18    A. Correct, no.
19    Q. Okay. But you do know who Kim Rakow
20  is, right?
21    A. Yes.
22    Q. Okay. And she's with Travel Services?
23    A. Correct.
24    Q. Okay. But it's really listed here as
25  your membership --

Page 391

1    A. That's the e-mail address for Travel
2  Services.
3    Q. Okay. And there's no -- there's
4  nothing in this e-mail to suggest what this e-
5  mail is responding to, correct?
6    A. Correct.
7    Q. Okay. So you don't even know if this
8  was ever given to a customer, do you?
9    A. Correct.
10    Q. Okay. So can we -- as you sit here
11  today, can you say that RCL ever gave a letter
12  of support that was used for customers?
13    A. I can't say that, no.
14    Q. Okay.
15        THE REPORTER: How do you spell
16  Rakow by the way?
17        MS. MACIVOR: R-a-k-o-w.
18        THE REPORTER: R-a-k-o-w.
19  BY MS. MACIVOR:
20    Q. One second. I'm cutting down.
21        You were also asked several times
22  today, did the cruise lines, lumping them all
23  together again, ask Travel Services to stop
24  using pre-recorded messages. Do you remember
25  Mr. McCue asking you that several times today?

Page 392

1    A. Yes, I do.
2    Q. Okay. As we sit here today, based on
3  your own personal knowledge, do you know whether
4  NCL or RCL ever knew about Travel Services using
5  pre-recorded messages?
6    A. I don't.
7    Q. So if they didn't know about them, they
8  couldn't ask them to stop, could they?
9    A. Correct.
10    Q. All right. Just a couple of more.
11        Just -- I want to make these clear, you
12  might have been asked this before, but I just
13  want to make it clear for the record --
14    A. Sure.
15    Q. -- it'll only just be a few questions.
16        Are you aware of whether NCL or RCL
17  ever authorized Travel Services to use pre-
18  recorded messages to market cruises?
19    A. No.
20    Q. Okay. Are you aware if there were any
21  contracts between NCL or RCL authorizing Travel
22  Services to market cruises via robo call?
23    A. No.
24    Q. Are you aware of any contracts between
25  RCL or NCL authorizing Travel Services to market

Page 393

1  cruises via a predictive calling?
2    A. No.
3    Q. Okay. Are you aware of any contracts
4  between RCL and NCL and RMG allowing RMG to
5  market cruise products in any way via the
6  telephone?
7    A. No.
8    Q. Okay. Are you aware of any agreements
9  between NCL or RCL to -- and RMG to hire a third
10  party to make any calls to consumers to sell
11  cruises?
12    A. No.
13    Q. Okay. Was either RCL -- was any member
14  -- oh, sorry. Was anyone at RCL or NCL ever
15  shown a script that was used for a predictive or
16  a robo call?
17    A. Not to my knowledge.
18    Q. Did NCL or RCL ever hire Travel
19  Services to fill up empty cabins on their cruise
20  ships?
21    A. Not to my knowledge.
22    Q. Were telemarketers at Travel Service
23  ever supposed to say to consumers, that Travel
24  Services was selling cruises for any cruise
25  line?

99 (Pages 390 - 393)

1     A. No.
2     Q. Did -- to your knowledge, did any
3  approved script and I mean approved by Travel
4  Services say that Travel Services was selling
5  cruises for any cruise line?
6     A. No.
7     Q. Do you know if anyone -- let's strike
8  that, never mind.
9        Okay. I'm skipping, skipping.
10       Did you have any contact with any NCL
11 employee while you were at Travel Services?
12    A. Not to my knowledge.
13    Q. And did you have any contact with any
14 RCL employee?
15    A. Not to my knowledge.
16    Q. Okay. Are you aware of any NCL
17 employee that visited Travel Services?
18    A. Not to my knowledge.
19    Q. Are you aware of any NCL employee that
20 visited Travel Services?
21    A. Not to my knowledge.
22    Q. Are you aware of any Carnival employees
23 that visited Travel Services?
24    A. Yes.
25    Q. Who would that be?

1     A. Tom Panici.
2     Q. Okay.
3        THE REPORTER: I'm sorry, what?
4        THE WITNESS: Tom Panici.
5  BY MS. MACIVOR:
6     Q. Have you ever corresponded with anyone
7  in NCL or RCL via e-mail or otherwise regarding
8  telemarketing via robo calls?
9     A. No.
10    Q. Are you aware of any complaints from
11 consumers about robo calls that were forwarded
12 by Travel Services to anyone at RCL or NCL?
13    A. No.
14    Q. Are you aware of anyone at Travel
15 Services receiving complaints about robo calls
16 from anyone at NCL or RCL?
17    A. No.
18    Q. Are you aware that anyone at RCL or NCL
19 ever gave any instruction whatsoever about any
20 aspect of Travel Services telemarketing programs
21 including robo calls or predictive dialing?
22    A. No.
23    Q. Okay. Do you know if any
24 representative from NCL or RCL ever saw any sort
25 of auto dialing or predictive dialing equipment?

1     A. No.
2     Q. Did NCL or RCL ever request or have an
3  agreement with Travel Services to advertise
4  cruises in newspapers?
5     A. Not to my knowledge.
6     Q. Okay. Did NCL or RCL ever know about
7  any FCC complaints?
8     A. Not to my knowledge.
9     Q. Okay. And by FCC complaints, I -- let
10 me ask the question again.
11       Did NCL or RCL ever know about any FCC
12 complaints regarding robo calls made by Travel
13 Services to consumers?
14    A. Not to my knowledge.
15    Q. Okay. Did NCL or RCL ever know about
16 any complaints from consumers regarding robo
17 calls made by Travel Services --
18       MR. MCCUE: Objection.
19    Q. -- that would have come from any State
20 Attorney's General?
21    A. Not to my knowledge.
22       MS. MACIVOR: Okay. What's your
23 objection? Okay. You withdraw it?
24       MR. MCCUE: Withdraw it.
25       MS. MACIVOR: Okay. I think that's

1  it.
2        MR. MCCUE: I just only have three
3  minutes.
4        EXAMINATION
5  BY MR. MCCUE:
6     Q. Prior to purchasing the Asteria dialer,
7  would you agree with me that Travel Services
8  engaged in press 1 pre-record telemarketing
9  using either BullsEye or Dynamic Interactive?
10    A. There could have been more.
11       THE REPORTER: I'm sorry, what?
12       THE WITNESS: There could have been
13 more.
14    Q. Okay. The point being is that long
15 prior to getting the Asteria dialer, Travel
16 Services used pre-recorded telemarketing,
17 correct?
18    A. Correct.
19    Q. Okay. And they used pre-recorded
20 telemarketing, specifically using the trade
21 names of the cruise lines, correct?
22    A. Correct.
23    Q. Okay. Mr. Becker had asked you
24 questions about leads that are generating from
25 Travel Services related landing pages, do you

1 remember those questions?
2   A. I do.
3   Q. Okay. Would those leads then be loaded
4 into a specific file with a specific name?
5   A. Not necessarily.
6   Q. Okay.
7   A. There could be -- a lot of times the
8 files were merged based on if you ran out of
9 Eastern time zone --
10   Q. Right.
11   A. -- and you need to fill that.
12   Q. All right. So if you look at Exhibit
13 56 quickly.
14   A. Yep. Okay.
15   Q. You notice how the attachment is --
16       THE REPORTER: Say again. Start
17 again.
18   Q. The attachment line to Exhibit 56 has a
19 title, right, Travel_Leads_, do you see that?
20   A. Yes, I do.
21   Q. Would that be the specific name given
22 to the Excel spreadsheet that would have these
23 leads in it that came from this landing page
24 that you talked about?
25   A. I believe so.

1   Q. Okay. And then what you're saying is,
2 is then an Excel like that might have been
3 combined with other leads, correct?
4   A. Well, it gets put into a database.
5   Q. Okay. But at some point, though, these
6 Excels are standalone files, right, that you put
7 the landing page leads into.
8   A. They put -- that company put the
9 landing page leads into it.
10   Q. Okay. And if I wanted to find those
11 leads would I say, produce the leads that are
12 titled Travel_Leads, is that how those leads
13 were titled, the landing page leads, is that
14 what they were called?
15   A. I don't recall specifically.
16       MR. BECKER: Objection, lack of
17 foundation.
18       THE WITNESS: I don't recall
19 specifically if that's the right title, but that
20 makes sense, the process and what you're saying
21 is -- makes sense.
22 BY MR. MCCUE:
23   Q. Okay. It makes sense in that these
24 Excels would be standalone files that evidence
25 the landing page leads.

1   A. They would have to come from somewhere.
2   Q. Okay. And similarly, Attorney Becker
3 asked you questions about the Vince Deluca
4 leads.
5   A. Yes.
6   Q. Which you called show leads.
7   A. Yes.
8   Q. All right. And those are evidence
9 which we saw a big thick document, that had
10 these kind of hand-filled out forms saying, I'm
11 interested in a cruise, is that what show leads
12 basically were?
13   A. They were -- yeah, they were physical
14 paper leads.
15   Q. Right.
16   A. Yeah.
17   Q. And so obviously they were produced in
18 this case so Travel Services would still be in
19 possession of the show leads.
20   A. I do not believe that they would be in
21 possession of all the show leads.
22   Q. Okay.
23   A. Because of the physical nature of them,
24 of paper, they were thrown around, thrown on the
25 floor. The paper leads were a mess.

1   Q. Sure. Compared to the size of --
2 compared to the number of opt-in leads that you
3 purchased from Caldwell List --
4   A. Sure.
5   Q. -- would you agree with me that the
6 show leads is a miniscule number of leads in
7 comparison to the Caldwell list opt-ins?
8   A. It's a smaller number for sure?
9       MR. BECKER: Objection. Hold on,
10 objection, form and foundation.
11       MR. MCCUE: We got it, Jeff, you're
12 on the record.
13 BY MR. MCCUE:
14   Q. This lawsuit was filed in July of 2012,
15 are you generally aware of that?
16   A. Yeah, I am now.
17   Q. And the lawsuit lays out allegations of
18 pre-record telemarketing violations made by
19 Travel Services acting on behalf of the cruise
20 lines. Are you generally aware of that?
21   A. Yes.
22   Q. Okay. So as of July 2012, at a
23 minimum, would you agree with me that Royal or
24 Norwegian knew that Travel Services allegedly
25 was using pre-record telemarketing to sell

1  cruises?
2          MS. MACIVOR:  Objection, form,
3  foundation, lack of predicate, there's no
4  evidence in the record of that.  Speculation.
5          THE WITNESS:  Are you asking me
6  that because there's a lawsuit then they would
7  have to know about it?
8  BY MR. MCCUE:
9      Q.  Correct.
10     A.  I would think that's the way it works.
11     Q.  And would you agree with me that after
12  2012, Travel Services continued to sell cruises
13  using press 1's?
14         MS. MACIVOR:  Objection, lack of
15  foundation, lack of predicate, asking the
16  witness to speculate.
17         THE WITNESS:  At that point, I was
18  out of robo calls, so I cannot confirm that a
19  hundred percent.
20  BY MR. MCCUE:
21     Q.  Okay.  However, do you agree with me
22  that at no point following July of 2012, did
23  anyone from Norwegian or Royal, to your
24  knowledge, say to Travel Services stop using
25  press 1's?

1          MS. MACIVOR:  Objection.
2          THE WITNESS:  To my knowledge.
3          MS. MACIVOR:  I'm making an
4  objection.
5          THE WITNESS:  Oh.
6          MS. MACIVOR:  Objection to form,
7  predicate, lack of foundation.
8          THE WITNESS:  To my knowledge,
9  correct.
10  BY MR. MCCUE:
11     Q.  Okay.  One second.
12         MR. MCCUE:  I have nothing further,
13  thank you for your time.
14         MS. MACIVOR:  Oh, I have one more
15  question, some follow-up questions to those.
16             EXAMINATION
17  BY MS. MACIVOR:
18     Q.  Would you have been made aware after
19  the filing of this lawsuit in 2012 if Royal or
20  Norwegian had asked Ms. Valente to stop making
21  pre-recorded calls --
22     A.  I wouldn't.
23     Q.  -- assuming they were continuing to be
24  made?
25     A.  I wouldn't be.

1          THE REPORTER:  What, I can't hear
2  you.
3          THE WITNESS:  I would not be made
4  aware necessarily.
5          MS. MACIVOR:  Okay.  That's it.
6          MR. MCCUE:  Jeff, are you all done?
7          MR. BECKER:  I got nothing further.
8          MR. MCCUE:  Okay.  We're going to
9  wrap it up then, okay.
10         MR. BECKER:  All right.  Wrap it
11  up, you're going to explain reservation, I think
12  we might want to hold on (indiscernible) before
13  we (indiscernible).
14         THE REPORTER:  It's hard to hear
15  you.
16         MR. MCCUE:  We'll go off the
17  record.
18         MS. MACIVOR:  Read or waive, so --
19         MR. BECKER:  I'm hanging up, guys.
20         MR. MCCUE:  Okay.
21         MS. MACIVOR:  So you can -- by that
22  means, you can read the transcript to see if
23  it's an accurate reflection of what you said
24  today.  I would recommend that.  That's just me
25  personally.

1          THE WITNESS:  Recommend about?
2          MS. MACIVOR:  That you read it,
3  given the circumstances.
4          THE WITNESS:  Yeah.
5          MS. MACIVOR:  Or you can waive it,
6  so that's up to you.
7          MR. MCCUE:  So now, I noticed your
8  depo, right, so what I would suggest and it's
9  your right --
10         THE WITNESS:  Yeah.
11         MR. MCCUE:  -- is that I can --
12  once I get the transcript, I can send it to you
13  --
14         THE WITNESS:  Yeah.
15         MR. MCCUE:  -- and then if there's
16  errors in the transcript, you have the
17  opportunity to make corrections --
18         THE WITNESS:  Yeah.
19         MR. MCCUE:  -- on the -- it's
20  called an errata sheet.
21         THE WITNESS:  Yeah.
22         MR. MCCUE:  Just sign it and send
23  it back to me.  So I can facilitate that if
24  that's what you want to do.  Your other option
25  is to say, I'll rely upon the court reporter to

102 (Pages 402 - 405)

Page 406

1   take down what I said.  I'll leave it to you.
2           THE WITNESS:  Yeah, I'll take a
3   look at it.  I mean, I'm not going to read ten
4   hours, and I'm anticipating that you guys are
5   going to bring a light either way if something's
6   inaccurate.
7           MR. MCCUE:  Okay.  So I'll do that.
8           THE WITNESS:  Yeah.
9           MR. MCCUE:  The only thing is, if
10  you could e-mail me a mailing address that
11  you're going to use --
12          THE WITNESS:  Yeah.
13          MR. MCCUE:  -- so I don't send it
14  to your work or --
15          THE WITNESS:  Yeah, please.
16          MR. MCCUE:  So you have my personal
17  e-mail, you can use that.
18          THE WITNESS:  Yeah.
19          MS. MACIVOR:  All right.  Thanks,
20  Jason.
21          THE WITNESS:  Are we all good?
22          MS. MACIVOR:  We're off.
23          MR. MCCUE:  Other than that, we're
24  done.  Thanks, Jason.
25  (Deposition concluded)

Page 407

1                   * * * * *
2
3
4
5           CERTIFICATIONS
6   I, Lisa Beck, certify that the foregoing transcript is
    a true and accurate record of the proceedings.
7
8
9
10  Lisa Beck (CET**D-486)
    AAERT Certified Electronic Transcriber
11
12          I, Sheila G. Orms, certify that the
13  foregoing is a correct transcript from the
14  official electronic sound recording of the
15  proceedings in the above-entitled matter.
16  Dated:  December 10, 2015
17
18
19
20
    Signature of Approved Transcriber
21
22
23
24
25

Page 408

1           Veritext Legal Solutions
            1 North Franklin Street - Suite 3000
2           Chicago, Illinois 60606
            Phone: 312-442-9087
3
4
    December, 11 2015
5
    To: Matthew P. McCue
6
    Case Name: Charvat, Philip, Etc. v. Travel Services Network, Inc., Et
7   Al.
8   Veritext Reference Number: 2199093
9   Witness:  Jason Rader    Deposition Date: 12/8/2015
10
    Dear Sir/Madam:
11
    Enclosed please find a deposition transcript.  Please have the witness
12  review the transcript and note any changes or corrections on the
13  included errata sheet, indicating the page, line number, change, and
14  the reason for the change.  Have the witness' signature at the bottom
15  of the sheet notarized and forward errata sheet back to us at the
16  address shown above, or email to production-midwest@veritext.com.
17
18  If the errata is not returned within thirty days of your receipt of
19  this letter, the reading and signing will be deemed waived.
20
21
22
23  Sincerely,
24
25  Production Department

Page 409

1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
3   ASSIGNMENT NO: 2199093
    CASE NAME: Charvat, Philip v. Travel Services Network, Inc.
    DATE OF DEPOSITION: 12/8/2015
4   WITNESS' NAME: Jason Rader
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____
9   Date          Jason Rader
10      Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15
    I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
    _____
18  Notary Public
19  _____
    Commission Expiration Date
20
21
22
23
24
25

103 (Pages 406 - 409)

Page 410

```
1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
      ASSIGNMENT NO: 2199093
3  CASE NAME: Charvat, Philip v. Travel Services Network, Inc.
      DATE OF DEPOSITION: 12/8/2015
4  WITNESS' NAME: Jason Rader
5        In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7        I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9        I request that these changes be entered
      as part of the record of my testimony.
10
         I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
      that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
      Date        Jason Rader
14
         Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
      the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
         They have listed all of their corrections
18      in the appended Errata Sheet;
         They signed the foregoing Sworn
19      Statement; and
         Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20____.
23  _____
         Notary Public
24
25      Commission Expiration Date
```

Page 411

```
1            ERRATA SHEET
           VERITEXT LEGAL SOLUTIONS MIDWEST
2            ASSIGNMENT NO: 2199093
3  PAGE/LINE(S) /        CHANGE        /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19
   _____        _____
20   Date              Jason Rader
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
           Notary Public
24
25  _____
           Commission Expiration Date
```

104 (Pages 410 - 411)

1                          *  *  *  *  *

2

3

4                          CERTIFICATIONS

5

6    I, Lisa Beck, certify that the foregoing transcript is

7    a true and accurate record of the proceedings.

8

9    _____

10   Lisa Beck (CET**D-486)

11   AAERT Certified Electronic Transcriber

12

13          I, Sheila G. Orms, certify that the

14   foregoing is a correct transcript from the

15   official electronic sound recording of the

16   proceedings in the above-entitled matter.

17   Dated:  December 10, 2015

18

19   _____

20

21   Signature of Approved Transcriber

22

23

24

25

| | | | |
|---|---|---|---|
| **&** | 117:14 131:10 | **153** 2:21 | 139:5 213:19 |
| **&** 1:15,15 | 407:16 | **153,135** 290:22 | 214:22,23 215:2 |
| **0** | **10.xlsx** 279:13 | **158106** 280:19 | 322:8 388:3 |
| **002** 115:7 | 280:25 | **159** 2:21 | **20** 1:5,18 2:20 |
| **009** 35:5 | **100** 70:25 | **15th** 272:21 | 140:25 141:2 |
| **021611.csv** 287:1 | **1045** 95:7 | **16** 1:15 2:18 127:12 | 150:19,21,24 |
| **05** 285:10 | **108** 2:16 | 127:13 279:13,14 | 154:20 155:10 |
| **05-19-10** 285:5 | **1099** 108:1 112:12 | 280:25 335:23 | 409:16 410:22 |
| **07160** 1:13 | **10th** 42:19 | **165** 2:22 | 411:22 |
| **1** | **11** 1:10 2:16 64:9 | **16th** 281:13 | **2002** 194:8 |
| **1** 1:1,12,18 2:11 | 95:21,22,25 96:4,8 | **17** 1:16 2:19 128:7 | **2003** 194:8 |
| 26:4,12,20,21,25 | 96:10 99:10 104:16 | 128:10,25 130:5,14 | **2005** 9:10 10:4,24 |
| 27:7,9,12,15,16,17 | 106:3,11,15,16 | **175** 2:22 | 11:4,25 24:11,19 |
| 27:18,19,21 28:1,11 | 408:4 | **177** 2:23 | 232:22 |
| 28:12,12,15,24 29:6 | **11/22/13** 122:18 | **179** 2:23 | **2006** 138:6 |
| 29:16 30:25 31:10 | **115** 2:17 | **18** 1:17 2:19 131:4 | **2009** 74:17,21,21 |
| 31:14 33:10 35:5 | **117** 2:17 | 131:19,20 132:2,9 | 77:19 84:16 145:9 |
| 42:18 61:23,24 62:5 | **11:04** 114:17 | 132:12 135:9 | 184:11 197:11 |
| 62:7,17 63:4 64:20 | **11th** 213:4 | 137:19,23,24 139:9 | 226:9 229:15 230:4 |
| 65:2,17,18 67:14 | **12** 1:11 2:16 89:11 | 139:14,21 335:13 | 252:25 253:17 |
| 73:24 80:25 82:22 | 107:13,14,16 | **180** 2:24 | 254:9 255:10,21 |
| 83:4,17,22 125:4,11 | 111:18,19 114:16 | **184** 2:24 | 270:1,6 273:20 |
| 126:15 131:9 | 114:16,22 117:21 | **19** 1:17 2:20 135:21 | 274:2 275:5 276:2,9 |
| 211:18 214:19,21 | 241:4 | 135:22,24 137:18 | 365:4,16 |
| 215:7 252:20 287:2 | **12/8/2015** 408:9 | 138:13,14 139:13 | **2010** 11:15,18,22 |
| 316:1 322:20 323:3 | 409:3 410:3 | 139:20,22 | 12:1 25:1 42:20 |
| 324:1 326:4,12,16 | **123** 2:18 288:12 | **190** 2:25 | 48:17 49:4,5 85:11 |
| 327:9 334:13 | **123.com** 304:10 | **193** 3:1 | 87:4 89:11 132:19 |
| 337:18 338:21 | **12737** 285:19 | **196** 3:1 | 132:19 133:7,18 |
| 340:9 350:19 351:1 | **128** 2:18 | **198** 3:2 | 138:6 194:5,6 203:5 |
| 351:4,19 352:1,20 | **129** 2:19 | **19th** 203:5 | 207:3 210:18 |
| 373:3,13 397:8 | **13** 1:12 2:17 114:8,9 | **1:12** 1:3 | 234:17 235:13,16 |
| 408:1 | 114:15,23 115:1,23 | **1s** 29:20 31:1,12,23 | 237:21,25 238:18 |
| **1's** 145:10,17,20 | 117:21 | 33:3,11 35:4 65:7 | 239:12 240:12 |
| 210:24 226:10,14 | **133** 2:19 | 81:5,20 84:16,19 | 241:6 244:15 |
| 229:16 230:4,20 | **139** 2:20 | 116:16 | 251:23 253:9 272:8 |
| 231:5,7,8 252:8 | **14** 1:13 2:17 116:21 | **1st** 184:11 197:11 | 276:13 278:13 |
| 309:20 402:13,25 | 116:22,25 126:25 | 270:1,6 275:5 | 279:14 281:13 |
| **1,2** 125:5 | 388:3 | **2** | 285:15 286:12 |
| **1-5** 373:19 | **141** 2:20 | **2** 1:2 2:11 27:13 | 337:14,22 338:7,19 |
| **10** 1:10 2:15 9:9 | **14th** 114:16 115:16 | 46:25 47:1,3,4,18 | 339:2 385:3 |
| 95:2,3,6 96:1,6 | **15** 1:14 2:18 122:4,5 | 48:2 49:6 64:17 | **2011** 64:8,10 95:7 |
| 106:3,12,15,16,18 | 122:13 127:6,7,8 | 65:17,18 66:3,6,9 | 95:13,25 101:17 |
| | 138:8 353:13 | 66:19 118:6 125:4 | 102:9 106:17,18 |
| | 373:16,18 | | 107:9 108:4,23 |

114:17 115:16
116:14 118:15
121:10 123:5 129:8
149:9 155:24 156:2
166:22 169:7 194:5
235:16 246:14,15
246:16,18 247:10
247:14 248:5 250:2
251:13 259:20
272:16,21 273:24
274:10 276:13
287:2 289:19 293:3
295:4,8 296:19
297:3,7 298:4 299:2
299:14,22 307:14
307:16 309:15
310:16 311:14
312:1 315:10 316:4
321:4,11 322:8
328:19 339:25
340:14,20 350:20
351:4,19 352:1,20
353:16 354:9 356:9
361:12 362:3,18
367:6,7,11 368:22
369:9 373:12
**2012** 128:2,6 191:3
213:4 215:20
216:14 282:23
300:2,20 343:18
344:14 401:14,22
402:12,22 403:19
**2013** 373:21
**2014** 12:9,11,13
49:6 191:16,17
217:10 218:9
232:22
**2015** 1:5 12:6 49:6
191:17 207:4
407:16 408:4
**202** 3:2
**209** 3:3
**20th** 194:6 234:15
**21** 1:19 2:21 153:18
153:19,20,23 154:1

156:16 248:4
272:10
**210** 3:3
**212** 3:4
**2199093** 408:8
409:2 410:2 411:2
**21st** 74:20 155:24
156:11 246:18
312:1
**22** 1:20 2:21 159:3,3
159:7 164:24 250:1
**22nd** 191:16
**23** 1:21 2:22 164:23
165:5 166:22
**2300** 1:19
**231** 2:4
**237** 3:4
**238** 3:5
**239** 3:5
**23rd** 74:16,21 77:19
78:21 128:2,6 156:2
252:25 356:9
**24** 1:23 2:22 95:6,13
95:25 101:17 102:9
106:17,18 107:9
175:12,15,19
285:15
**244** 3:6
**245** 3:7
**248** 3:7 160:2,11
**25** 1:25 2:23 177:15
177:16,21 272:12
272:24 273:19
**2500** 65:18
**26** 2:23 179:19,20
180:2 272:18,24
273:19
**26,011** 279:15
**268** 3:8
**26th** 64:8
**27** 2:24 180:17
181:17
**2700** 64:18 65:1
**275** 3:8

**278** 3:9
**279** 3:9
**28** 2:24 184:7
269:18,19,21,23
270:15 273:14,15
273:16,18,19 381:1
381:2,8,10 382:2
**282** 3:10
**289** 3:10
**28th** 166:22 169:7
328:19 367:11
**29** 2:11,25 190:16
190:23
**292** 3:11
**295** 3:11
**298** 3:12
**299** 3:12
**2:30** 78:22

### 3

**3** 1:2 2:12 46:25
47:1,6,18 48:2
87:25 125:4,5
328:20,22 329:2
**3,559** 290:25
**3-2** 333:25 334:1
**3.csv.** 285:10
**3/15** 300:2
**3/16** 278:13
**3/19** 240:12
**3/19/10** 240:15
**3/2** 332:19,20
**3/2s** 332:15,18
**30** 3:1 193:1,2 194:2
194:3
**300** 3:13
**300,000** 290:1,4
**3000** 408:1
**302** 3:13
**307** 3:14
**309** 3:14
**30th** 272:16
**31** 3:1 196:10,11
198:13

**311** 3:15
**312-442-9087** 408:2
**313** 3:15
**315** 3:16
**316** 3:16
**31st** 298:4
**32** 3:2 198:19 202:9
202:12 389:24
390:4,13
**320** 3:17
**321** 3:17
**322** 3:18
**328** 3:18
**33** 3:2 202:8,17,22
**330** 1:16
**3300** 1:16
**33131** 1:19
**332** 3:19
**337** 3:19
**338** 3:20,20
**34** 3:3 8:19 209:25
210:1
**340** 3:21
**344** 3:21
**348** 3:22
**35** 3:3 210:14
384:14
**350** 3:22
**353** 3:23
**356** 3:23
**36** 3:4 212:24,25
213:3
**367** 3:24
**368** 3:24
**37** 3:4 237:4
**377** 2:5
**38** 3:5 238:15
**39** 3:5 239:19
**397** 2:6

### 4

**4** 1:3 2:12 58:5,6,11
64:6,7
**4,000** 65:18

**4/19** 307:14,16
**4/4** 299:14
**40** 3:6
**403** 2:7
**4061** 287:5
**41** 3:6 244:5
**42** 3:7 245:25
**43** 3:7 248:1,7
**44** 3:8 268:19,21,23
  270:3 274:5,13
**45** 3:8 275:8,14
**46** 3:9 277:24 278:5
  281:2,5
**47** 2:11,12 3:9 279:1
  279:3 280:4,8,8,13
  281:1,4,5 287:13
**48** 3:10 282:1,5
  287:20
**48,581** 291:6
**486** 407:10
**49** 3:10 289:15,17
**4th** 353:16

**5**

**5** 1:4 2:3,13 72:1,2,4
  72:21 74:17,20
**5/16** 316:4
**5/4** 286:12
**50** 3:11 44:19
  292:20,22 353:19
**500k** 285:5
**501** 73:2,19
**502** 73:1,2,10,14
**51** 3:11 240:21
  295:3,6 296:4
**52** 3:12 298:3,6
**525** 64:17
**528** 75:12
**53** 3:12 299:12,15
**534** 80:7
**54** 3:13 295:1
  299:25 300:3
**55** 3:13 302:1,5
  304:5

**557196** 156:17
**56** 3:14 307:11,15
  398:13,18
**561** 124:10,18,19
**57** 3:14 309:12,14
**5746** 1:3
**58** 3:15 311:7,9
**59** 2:12 3:15 313:15
  313:20
**5:57** 240:21

**6**

**6** 1:5 2:13 74:13,15
  74:21 78:23
**6,000** 139:6
**6,796** 65:17
**60** 3:16 315:8,18
**60606** 408:2
**60611** 1:17
**61** 3:16 316:2,5
**614-895-8940** 286:8
**6141.002** 118:7
**6142** 115:4,5,6
**6163.001** 96:11
**62** 3:17 315:25
  320:15,16,22
**6229** 129:13
**63** 3:17 321:3,9
**64** 3:18 322:2,3,7
**65** 3:18 328:9,11,18
**654,000** 64:23
**66** 3:19 331:23
  332:1
**67** 3:19 337:11,13
**68** 3:20 338:6,11
**69** 3:20 268:17
  338:18,24
**6:20** 114:18
**6th** 246:16

**7**

**7** 1:6 2:14 78:17,18
  78:21 252:13
**70** 3:21 268:17
  339:23 340:2

**70,000** 309:22
**71** 3:21 343:16
  344:1
**72** 3:22 348:15,23
**73** 2:13 3:22 350:15
  350:17,19
**74** 3:23 353:11,14
**75** 2:13 3:23 356:6
  356:12
**76** 3:24 367:3,9
**77** 3:24 368:13,19
**788** 124:17
**788561** 124:10,14
**79** 2:14

**8**

**8** 1:8 2:14 84:23,24
  85:7 89:10,11,16,17
  89:22
**8,000** 290:12
**808** 291:3
**85** 2:14
**88,000** 290:10
**88,763** 290:15
**892** 89:19
**8:34** 106:17

**9**

**9** 1:9 2:15 89:5,6,9
  89:15,19
**90** 2:15
**96** 2:15,16
**9th** 238:21

**a**

**a&f** 42:12,13
**aaert** 407:10
**able** 5:14 69:22,24
  90:21 156:23 176:2
  194:16 205:11
  253:13 312:5 337:7
  377:15 390:10
**absolutely** 385:22
**accent** 134:1
**accept** 34:7

**access** 217:21
**accommodate** 92:24
  336:9
**accommodated**
  212:7
**account** 248:19
  275:24 385:24,25
**accountable** 178:6
**accounts** 199:11
**accurate** 65:14
  79:16,17 145:14
  153:10 161:14
  278:10 311:18
  353:23 354:3,6
  385:21 388:9
  404:23 407:6
**accurately** 199:15
  199:20
**acknowledge**
  409:11 410:16
**acquire** 24:5 235:4
  258:1 263:11
**acquired** 259:6
  262:12 283:15
  286:14 314:22
  365:8
**acquiring** 24:2,4
  234:20 287:23
**acquisition** 236:6
  261:22,23
**act** 48:20 49:14
  51:20 52:10 190:13
  313:17 409:14
  410:20
**acting** 401:19
**action** 150:25
  153:11 191:10
  193:5
**actively** 326:8,15
**actual** 19:21 87:4
  130:10 235:6
  263:10 295:22
  317:20 365:22
  375:4,5

Case: 1:12-cv-05746 Document #: 521-2 Filed: 08/31/16 Page 610 of 921 PageID #:17926

**ad** 157:12
**add** 30:19,22 198:16
  214:5
**added** 66:19 118:3
  118:10 213:16,24
  248:18
**address** 8:15,16
  73:22 129:13,15
  285:20,21,21,23,25
  287:7,8,14,18 376:7
  376:10 391:1
  406:10 408:16
**addressed** 114:22
**addresses** 199:6
  304:6 375:15
**addressing** 273:22
**adt** 358:3,19 359:18
  359:23
**advantage** 39:20
**advertise** 396:3
**advertising** 232:14
**advice** 169:14
**advise** 369:1
**advocate** 105:6,7
**affiliates** 76:13,21
  77:2
**affirmation** 202:4
**affixed** 409:15
  410:21
**afternoon** 78:22
  231:23
**ag** 159:12 160:3,13
  160:20,23 161:4,24
  162:9,23 164:7
  165:1,3
**agency** 15:25 42:7
  79:10,19 115:12
  169:1 199:11 232:3
  242:20 267:12
  347:11
**agent** 42:9 70:1
  325:18 366:7,10,14
**agents** 379:1
**aggressive** 32:16,17

**ago** 43:16 109:5
  133:1 148:12
  221:14,15 318:2
**agree** 31:10 36:7
  42:21 48:4 56:10
  63:18 73:17 74:25
  76:1 79:1,23 81:7
  81:10 85:16 87:3
  88:5 89:9,14 95:12
  96:4 97:17,23 99:10
  106:2 111:21
  114:18,23 115:2
  117:19 128:1
  133:19 139:8,11
  160:1,12 171:15
  185:1 186:1,13
  199:7 200:19 229:4
  235:10 240:25
  272:24 274:7
  282:25 284:2 288:3
  293:19 297:13
  298:3 334:6 349:5
  352:17 370:10
  371:5,8,9 397:7
  401:5,23 402:11,21
**agreed** 4:5 16:5
  141:4 165:2
**agreement** 70:2
  396:3
**agreements** 393:8
**aguilera** 45:13,15
**agulera** 212:20,22
  213:4,6,7 322:4
**ahead** 32:9 33:15
  66:22 146:8 163:15
  187:15 199:21
  233:24
**ahold** 319:22
**al** 1:9 408:7
**alex** 246:23 248:4,14
**alissa** 242:3 263:3
  277:5,7,16,20 282:7
  282:13 299:16
  313:25

**allegations** 401:17
**allegedly** 271:19,20
  271:22 362:15
  401:24
**allerton** 20:18 321:5
**allison** 284:10,16
**allison's** 284:12
  285:20 287:7
**allocating** 79:13
**allow** 41:22 52:20
  211:18 268:1 344:9
**allowing** 393:4
**alluding** 105:2
  118:12
**amadeus** 217:23
  218:1
**amount** 36:8 41:3,8
  322:20
**answer** 6:9 18:12
  30:1 46:13 52:23,24
  53:1 76:5 79:12,25
  80:10 110:25 117:6
  117:12 136:19
  162:5 165:9,13,20
  165:23 166:11
  182:9 183:25
  188:12 199:21
  200:6 201:17
  207:22,23 251:2
**answered** 37:16
  53:8 55:9,15 67:2
  80:8 166:5,15
  218:14 219:7
**answering** 78:9
  80:20
**answers** 78:10 79:6
  80:20
**anticipate** 6:13
**anticipating** 406:4
**anybody** 54:9 71:6
  100:6 122:2
**anybody's** 7:19
**anymore** 214:10
  224:20,25

**apart** 272:22
**apologize** 136:18
  281:9
**appear** 48:2 148:25
  197:17 286:15
  288:13 356:25
  409:11 410:15
**appearances** 1:11
**appeared** 130:25
**appears** 31:18 43:3
  74:10 75:6 86:8
  88:11,21 95:20
  112:9 114:3 120:4
  145:13 194:10
  241:8 247:15
  275:23 278:1 280:7
  280:8 287:11,21,24
  288:4,6 290:4 358:8
**appended** 410:11,18
**applicable** 358:5
**apply** 39:24 336:1,4
  337:7
**appointments**
  241:13 260:23,24
  330:16
**appreciate** 104:17
  282:3
**approach** 132:19
**appropriate** 69:8,13
**approval** 44:15,20
  101:25 102:19
  364:14
**approved** 91:25
  92:2,6,11 101:3,18
  102:4,8,11 119:7
  120:11 316:16
  369:6,19,25 394:3,3
  407:20
**approximately** 43:7
  123:21 132:18
  139:9 232:22
  362:19
**april** 74:16,20,21
  77:19 78:21 87:4
  89:11 128:2,6

252:25 253:17 254:9 255:10,21 299:21 309:15 310:16 311:14 312:1 322:8 350:19 351:4,19 352:1,20 353:16 354:8 373:12

**areas** 296:20
**arison** 208:7,10
**arizona** 129:25
**arrived** 295:15
**arrow** 247:17
**asap** 337:18
**asked** 37:15 53:7 55:8,14 66:9,20,25 68:17 91:8 118:16 140:5 149:10 158:23 166:4,14,18 168:10 200:21 218:13 219:6 222:10 263:1 265:25 295:17 322:10 349:6 350:6 360:20 365:4 371:25 375:3,4,9 378:2 383:23 386:16 391:21 392:12 397:23 400:3 403:20
**asking** 53:21 54:7 54:13 73:21 75:13 75:23 79:22 81:17 89:23 93:16 111:16 117:9 118:18 134:18 135:16 137:20 140:9 144:22 158:19 161:3 164:2,5 165:15 170:16 175:22 176:20 177:23 187:24 194:10,12,15 204:3 213:23 221:7 223:5 254:22 255:1,5

308:19,24 329:13 337:17 344:8 351:23 379:15 382:9 391:25 402:5 402:15

**aspect** 260:18 364:15 395:20
**assess** 250:11
**assigned** 17:5
**assignment** 409:2 410:2 411:2
**assist** 147:22 277:8 345:3
**assisting** 247:22
**associated** 10:6 12:20 17:14 21:15 22:21 70:22 177:23 283:14 284:16
**associates** 224:14
**assume** 19:20,24 56:7 60:6,10 77:11 184:16
**assuming** 92:7 130:16 161:3 403:23
**asteria** 19:5,8 58:9 59:7 233:19 234:9 397:6,15
**attached** 73:16 130:9 338:12 352:15 373:22 410:7
**attaching** 356:10
**attachment** 154:14 398:15,18
**attachments** 73:2 154:15 320:17
**attendance** 48:3
**attention** 47:10 48:13 59:6 85:3 99:13 122:23 125:2 129:12 131:2 181:1 287:5 293:2 361:15 362:13,20 366:18 367:17,24 368:7

**attorney** 22:10 161:5,8 221:22 400:2
**attorney's** 396:20
**attorneys** 221:2
**audio** 366:2
**august** 9:11 12:10 12:13
**authentic** 174:6,7 179:10 187:19
**authenticity** 177:8 293:21
**authority** 20:12,14 364:19
**authorize** 410:11
**authorized** 225:13 363:10 364:2 392:17
**authorizing** 392:21 392:25
**auto** 50:21 52:6,9 60:2 183:17 395:25
**automatic** 256:1
**available** 198:1 217:21 358:6
**ave** 1:16
**avenue** 1:12
**avoid** 170:2
**award** 203:7 204:2
**awards** 203:20
**aware** 38:11 41:6 42:8 67:1 133:25 147:20,23 191:1,9 193:4,21,25 207:9 235:21 363:7,13,25 389:19 392:16,20 392:24 393:3,8 394:16,19,22 395:10,14,18 401:15,20 403:18 404:4
**awesome** 323:7

---

**b**

**b** 2:9 9:16,17,18 16:20,20,21,21,22 16:22 17:1,1 29:12 45:16,17 46:6 176:10,10,12,14 199:3 279:11 304:3 330:10,10 385:11 386:13
**bachelor** 9:6
**back** 12:9 15:6 30:24 34:3 37:22 39:2,22 42:18 48:17 51:4 55:2 72:25 75:1 85:11 86:15 94:23 95:9 100:17 105:12 107:17 110:18 122:24 131:1 141:20,24 144:8,11 148:15 149:7 151:22 155:9 176:21 180:25 190:25 210:18 224:19 226:9 231:5 280:13 282:2 286:19 292:23 302:2 304:5 311:10 311:11 325:14,17 325:22,24 326:3,6 326:13,21 327:9 329:24 335:15,23 336:22 337:2 381:1 405:23 408:15
**background** 8:2 9:2 210:3 227:14
**backup** 4:3,6,7,8
**backups** 4:10
**bad** 189:9
**bahamas** 1:18
**balance** 279:12 280:25
**ballpark** 129:11
**bang** 140:21

**banner** 158:2,10

**barely** 381:6

**base** 58:9

**based** 13:10 63:5
73:5,12 84:17 91:13
105:2 111:9 145:12
173:2 174:12,13
189:9 191:24 242:6
245:9 281:1,15,17
286:13 287:22
300:9 317:19
324:10,13 385:9
392:2 398:8

**basic** 159:25 165:20

**basically** 25:4 90:4
134:10 169:25
176:21 182:16
186:3 400:12

**basis** 19:22 20:2
51:22 170:9 219:16

**batch** 179:13,16

**bates** 35:5 95:7
96:11 108:1 115:4
118:7 128:11
156:17 234:7 237:5
252:17 279:10

**battles** 104:20
105:11

**bb** 16:25

**bbb** 160:3,21 161:15
385:24

**beautiful** 328:15

**beck** 407:5,10

**becker** 1:14 2:4 4:5
4:7,14,17,24 5:5
6:24,25 7:3 26:6,10
26:16,19 27:3,10
28:6 29:10,23 30:5
31:5 35:12 36:25
37:3 40:8,18 45:14
45:16 47:23 48:24
49:9 50:12 51:5,8
52:25 53:11,24 54:1
54:10 55:16 56:11
57:10,20,24 60:8

64:9 68:18 69:7,12
71:23 72:1 73:4
74:9 75:4 76:5,15
77:3 81:8,14 82:24
83:25 84:3 85:23
86:4 87:7 88:9
92:12,20 95:18
97:11 98:8,11
101:12 102:12
103:8 105:20 106:7
108:10,15 112:1,6
113:8 114:1,5,7
115:7 117:11
119:15 122:6,10
124:16 126:2,16,22
127:1,4,6,8 128:9
128:11 131:9,12,15
131:18,23 133:10
133:24 134:6,16
136:13 139:15,23
141:6,11 142:11,19
142:23 143:12
144:18 145:11
146:9,24 147:13
148:8,21 150:1
152:25 155:3
157:22,24 160:4
163:12,16 164:14
166:10 173:23
174:23 176:12,14
177:12 179:11
181:21 184:1 187:2
187:5,9,20 188:25
189:12 190:2 195:5
196:9 197:15 198:3
201:2 206:1,9,13
207:5 209:1,9,16
213:8 215:13
218:15 221:20
223:10 226:15,25
227:18 228:15,23
229:5 230:11,21
231:15,19,22,24
233:5,17,22,25
234:4 235:5 237:6

237:10 238:8,14
239:7,9 240:8 244:1
244:3 245:3 248:10
248:12 249:16,19
249:21,22 251:5
254:24 255:24
257:25 259:2 260:8
261:25 262:5 263:5
264:10 265:9
268:12,17 269:12
269:15,19,20
270:25 271:22,24
273:15 276:6,23
277:22 278:24
279:6,24 280:1
281:5,10,22,24
282:12,15,17
283:24 284:20
285:7,9 286:4,23,24
289:5 290:13,14
291:12,14 292:14
292:18 293:13
294:7 295:1 296:9
296:11 298:16,22
298:23 300:14,16
301:15 302:22
303:19,24 305:6
307:22,24 308:4
309:7,10 310:1
313:13 317:24
318:10,16 320:5,23
321:1 322:1 324:6
325:9,15 328:8,14
328:16 329:6,9
332:20,21 334:5
336:6 338:15
339:14 342:24
343:10 344:2,21
347:23 349:1,4
351:10,24 353:9
355:2,18 358:17
359:9 361:2,5 363:2
363:22,24 365:14
369:22 370:22,24
371:11,15,19,22,24

373:6,8 375:25
376:11 377:13,19
381:19 383:12
397:23 399:16
400:2 401:9 404:7
404:10,19

**becoming** 41:23

**beeping** 141:22

**began** 266:20 276:1
294:24 301:10
349:6

**beginning** 75:11
79:7 87:25 115:22
214:11 234:8
235:16 270:8,10,11
276:8,13 302:2

**begins** 317:3 322:17

**begun** 234:20
235:17 275:20

**behalf** 1:4 133:20
195:20 225:14,15
238:1,4 243:17
244:16 245:17
246:10 247:10,13
254:5 264:1 302:12
363:11 364:22
401:19

**belief** 57:15 103:9
157:23

**believe** 10:12 11:22
12:4,23 14:21,23
15:5 16:13,17 17:22
24:11,19 52:2 54:24
54:25 55:2 57:1
58:10 66:5 72:12
79:17 86:25 92:22
96:11,23 97:6 98:14
102:7 106:24 110:4
128:8 130:3 149:13
172:9 173:3 175:2
175:13 178:16,17
178:21 182:13
194:22 204:20,24
205:3,8 206:15,23
211:12 214:3,11,23

215:17,18 221:21
222:23 227:12
229:12 235:1,2
246:6 267:8 268:7
268:13 276:11
278:21 280:15
294:8 296:2 324:7
333:16 344:3 356:7
366:24 372:20,24
379:4 380:19,22
398:25 400:20
**believed** 52:14,14,23
55:3 372:22
**bell** 1:15 70:20
152:19
**benefits** 204:19
205:3,8
**bennett** 8:19
**benny** 45:13,15,25
212:20,20 238:24
322:4,10,15,24
323:23 329:2 332:5
333:18 337:18
340:4 342:13
343:18,18 344:8
**benny's** 314:2
**best** 9:15 10:24 11:2
13:8,10 17:13
140:21,21 263:7
**beth** 9:20 10:1,5
12:15 15:25 16:6,18
17:14 20:6 21:19
31:21 32:19 33:1,8
49:6 50:5,6 64:8
73:14,23 74:4,4
75:13 90:17,20 92:8
96:12,12 104:10,24
110:20 115:3
118:18 129:13
136:21,22 143:23
153:2 154:3 159:24
163:1,2,5,8 164:18
165:10 166:24
180:6 181:2,7,12,18
182:7,21 191:24

204:19 205:1 206:6
206:19 208:15
221:21 229:7
240:14,17 241:23
244:22 249:4,7,23
250:16 252:7 254:1
256:3 260:18
262:15 264:4
273:22 282:6,12
289:21 309:16,20
310:2 340:9 341:8
342:12 343:21,24
344:3 345:9 356:9
360:25 361:1,2
367:13,25 368:25
369:1,4,24 370:5,11
378:11,12
**beth's** 9:10 20:20
44:14 181:25 264:5
264:9
**better** 21:22 103:10
103:16,17 159:12
160:14 161:15,19
162:24 180:8
272:12 299:18
310:10 322:18
353:20 379:14,18
379:21 385:13
386:3 388:1
**beyond** 104:12
209:19 288:12
**big** 110:14 122:8
135:13 205:12
208:22 289:13
373:17,22 400:9
**bigger** 228:13
**bill** 209:8,11
**binder** 123:23 124:8
**bird** 329:7
**biscayne** 1:18
**bit** 323:15 354:5
356:8
**black** 167:15
**blah** 102:21,21,21

**blast** 302:11,18,20
303:1 308:11
**blasts** 305:9
**block** 196:5
**blue** 75:14,17,21
77:11 79:1,9
**blvd** 1:18
**body** 316:9
**bogus** 178:3 192:19
385:17 386:11
**bold** 77:10,11 78:2
**book** 69:22,24
122:18 123:22
124:8,22 125:7,17
217:20 348:6
373:17,22
**booked** 336:19
**booking** 345:7
**borrow** 233:17
**borst** 46:1,5 74:2
136:3 138:17
159:24,25 242:4,4
361:12
**boss** 163:23
**bottom** 40:15 65:16
79:9 104:15 115:1
181:16 190:18
239:19 248:3 296:3
322:3 358:13
408:14
**bought** 171:24
172:11,16 335:3
**bowling** 208:18,23
**box** 100:18
**brats** 90:22
**break** 28:23 41:7
123:11 131:12
141:5 215:23 216:3
292:13,15 302:23
**breakage** 39:14,18
39:21,23 40:5,8,13
40:14,23 41:4,8
42:1
**breaking** 131:6

**briefly** 5:16 121:8
**bring** 39:22 51:3
119:4 208:16 387:7
406:5
**broad** 310:12
**broadcasting**
237:15
**broadly** 23:7 56:24
**broadway** 318:20
318:23
**brochure** 116:5
**broken** 39:5
**broker** 173:6
**brokers** 173:4
**brought** 180:25
293:2 349:15
361:15 362:12,20
366:17,18 367:24
368:7
**buck** 140:21
**bucket** 5:1
**bulk** 278:2
**bullseye** 236:18
237:15 238:1,25,25
239:11,24 241:22
243:7,21,24 244:1,7
244:11 397:9
**bunch** 231:16
**bureau** 159:12
161:16,20 162:25
379:15,19,22
385:13 386:4
**business** 8:15,16,17
10:19 11:7 12:23
15:6,9 17:2,2 21:18
21:20,22 46:20 61:5
61:6 74:8 75:3,9
76:25 103:5 104:10
104:24 105:4
115:11 116:1 119:5
120:3,6,8 136:8
137:2,2 149:16
159:12,16 160:14
161:16,20 162:18
162:25 165:11

167:8 190:9 195:2,8
198:15 201:5 217:4
226:1,3 254:23
304:2 379:14,19,21
384:1,9 385:13
386:4 387:9,11,23
388:12,14,19,22,23
388:25 389:1
**businesses** 137:1
147:22 260:16,18
**buy** 134:11,12 182:9
182:22 312:5
328:24 384:5
**buying** 183:25
234:22,25 311:15

**c**

**c** 4:1 29:12 70:17
133:25 155:22,22
168:23 176:10,14
278:23 279:11,13
285:5 308:3,4
356:15 383:8
**cabins** 393:19
**caesar** 71:9
**cafeteria** 141:13,14
**caldwell** 19:2 36:9
36:15 131:2 132:20
132:25 133:2,9,21
133:25 134:5,10
135:10,16 140:7,12
150:16 151:15,18
152:5 154:3 155:14
156:3,9 158:16,20
170:16,20 171:18
172:16,17,22
173:18 174:5 176:7
179:5 180:14 182:7
183:12 184:17
187:18 192:18
264:18 266:13,17
267:4,18 270:9,12
271:18 273:7
274:15 275:4,17,21
276:2,24 278:8,19

281:13,18 284:1,3
286:15,17 288:20
289:8 290:3 293:4
293:10,20,22
294:10,22 301:5
322:17,25 329:1,13
349:7,17 353:20
354:2,5,9 374:15,22
375:1,4 401:3,7
**caldwell's** 273:3
**call** 29:8 44:24
50:17,22,25 51:25
51:25 52:7,9,20
57:8,16 60:5 61:19
61:20 62:20,21
63:22 66:25 75:24
76:11 81:6,20 87:18
87:23 88:4 89:2
90:22 130:5 142:16
144:15 173:14
191:13,25 212:20
214:6,9,12,24 215:4
221:24 222:20
226:22 227:5 228:6
230:15 232:2 240:5
255:12,12 260:23
276:17,18,19
291:18,22,25 292:4
302:14,15,17
308:20,24 311:3
315:12,16 319:17
324:12 325:13,16
325:22,24 326:3,6,8
326:13,15 327:9
328:24 329:23
330:3,3,6 334:14
335:16,21,23
336:13 340:5
342:13 349:7,18,23
350:2,6,12 355:25
361:8,14,21 362:14
362:21,21 363:16
366:11,15,20,21
387:15,16,19,19
392:22 393:16

**called** 10:14,25
15:14,16,17 18:4
36:9 48:19 58:10
90:14 91:13 95:16
132:20 144:14
153:8,12 197:3
234:9 236:17,20
237:25 246:24
260:15 263:14
264:14,18,25
266:13 292:7
300:23 309:2
314:13 320:11,11
325:25 326:9,21
327:9,22 335:15
341:12 342:8
348:20,24 399:14
400:6 405:20
**caller** 324:23 325:2
325:5,11,13
**calling** 37:11 60:1
61:20,21 62:22,23
78:3,4 80:16,17
100:11 116:2
178:25 189:9
190:14 246:9 317:6
317:8,9,13 324:19
325:12 329:3,4,6
362:9 393:1
**calls** 34:5 36:19 44:7
51:16,19 58:25
60:16 61:18 62:2,16
62:17 63:5 64:18,20
65:6 66:20 67:19,22
68:8 69:3 97:2,7,7,9
97:12 98:5,9,15
101:12 110:8 126:3
126:6 138:18 143:4
143:13 144:19
147:13 157:20
160:16,25 162:1,12
163:20 164:12
165:6 173:1,23
174:23 185:19
187:21 188:17,20

189:6,13,13 201:1
201:23 209:9
212:15,18 215:16
215:18 228:16,23
229:6 230:12
235:22 241:2
246:25 247:10,13
250:12 251:20
253:3,14 254:2,4,8
254:13 255:20
259:9,9,10,15
260:11 261:3 268:3
268:3,15 295:11
297:24,25 306:12
310:18,18,24
313:21,22 314:8,17
314:21 320:19
323:18 325:12
327:7 329:21,21
333:3 336:22 337:2
337:23 338:3 339:1
339:20 340:16,21
347:24 348:11,20
349:6 351:6 352:6
352:23 353:4
354:13,13,20
356:22 359:15,22
364:6,16,21,21
365:24 366:3
379:12 393:10
395:8,11,15,21
396:12,17 402:18
403:21
**campaign** 59:14,20
60:11,14 63:17,20
64:23 67:13,14,19
190:1 213:20
247:17 258:6
263:12,18 302:10
302:25 308:11,12
322:21 325:19
328:5 329:14
338:13 339:8,10
341:1,11,14,19,21
342:1,1,6 352:3

354:14,14,19 355:6
355:11,14
**campaigns** 232:18
236:1 256:25 258:2
258:9,15 260:3,6
265:17 301:18,18
301:20,21 307:7
323:3,3,4 324:1,2
341:25 346:22
351:13,19 352:19
355:25 362:9
**capabilities** 349:8
349:12
**capability** 252:2
253:2 254:7
**capital** 118:7 279:11
349:1,2
**capitalized** 279:13
**caps** 119:3 388:3
**captured** 214:24
215:3
**car** 242:23
**card** 309:23
**cards** 331:19 359:5
359:5,8,8
**cardwell** 133:15
134:2
**care** 225:24 383:10
**carefully** 72:22 80:9
**caribbean** 1:18
25:12 36:20 198:23
257:10 364:9
378:21 380:2,18
386:24 387:20
390:2,11
**carl** 323:12
**carl's** 323:7
**carnival** 1:15 25:12
25:17 36:20 53:22
54:22 55:6 57:8
69:18,20,23,25 70:3
70:7,23 72:8 73:15
73:21 75:2,13 79:21
79:22 81:5,21 82:21
83:20 84:15 85:3,10

85:18,21 87:4,10,15
88:8,13 91:12,24
92:11,18 93:4,14,15
95:7,14,16 96:21
97:2 98:5,18 99:2
99:24 100:23 101:3
101:6,17 102:4,11
102:23 103:6,10,16
103:18,22 104:25
105:3,12 106:4
108:4,8,23 109:23
110:9,12 111:6,22
115:20 116:3,4,5,6
116:10,12 119:6
120:2,10 122:19
123:6,23 124:8
125:17 127:20
142:7,15,20 143:3
144:1 145:1,1,4,5,8
148:2,5 194:13,17
194:18 195:2,4,8,9
195:12,16,20 197:8
198:11,15 201:10
201:14 202:25
203:16,22,23,24,25
204:12,17 205:2,24
206:21 208:2,4,11
209:8,11,12 211:10
211:18,24 212:1,2,6
226:9,13,23,23
227:5 228:14,18,21
228:25 229:3,8
230:3,9,19 231:24
251:12 254:2,3,18
254:22,25 255:5,10
255:18 257:9
304:18 337:4
345:10,15,21,24
346:1,4 357:21
362:13,16 363:9
364:7,14,25 365:4
365:15,18,21 366:1
366:6,19 367:4,18
367:19,24 368:3,7
368:10 369:11

370:12,12 373:2,10
373:25 374:2
376:21,24 380:3,12
384:24 386:23
387:23 394:22
**carnival's** 90:11
110:5 115:17
118:16 345:18
366:24 385:4
**case** 1:3 5:22 17:8
28:16 29:1 30:10
91:10 192:4 220:6
220:17,17 221:2,19
222:17,20,24
223:19 224:8,9
225:12 231:25
245:20 279:9 283:5
288:5 400:18 408:6
409:3 410:3
**cash** 157:14,18
158:1
**catherine** 1:17
**cathy** 166:7 211:4
371:14 381:4
**causes** 38:22
**causing** 376:20
**cc534** 252:18
**ccl** 357:16
**cease** 193:18 219:3
**cell** 50:22,25 52:7,9
52:21 175:23 176:1
360:21 381:21
**centers** 44:25 45:5
**central** 197:8
**cents** 44:19
**ceo** 19:15
**certain** 21:16 22:11
122:22 280:7 321:7
354:6 359:22
**certainly** 126:12
201:13 227:13
360:6
**certificate** 42:16
410:11

**certification** 409:1
410:1
**certifications** 407:4
**certified** 70:1
129:12 407:10
**certify** 407:5,12
**cet** 407:10
**chain** 117:25 173:22
**chance** 73:8 179:23
233:19 319:17
332:6
**chances** 41:23
**change** 21:24 33:4
49:8,9 50:2 115:25
116:7 137:7 212:4
216:23 217:2
250:23 269:10
290:10 297:15,17
355:9 408:13,14
410:8 411:3
**changed** 11:14,16
11:20,21 52:13
169:24 171:7,25
172:1 187:17
212:10 316:20
340:24 341:15,21
385:11
**changes** 332:17
369:18 408:12
409:7 410:7,9
**changing** 273:13
**channel** 313:7
**characterization**
82:18 114:24
**charge** 37:24 45:11
50:4 51:1 79:19
227:22 351:1
**charged** 38:2 116:4
**charity** 330:13
348:12,20,24
**charvat** 1:3 5:17
191:10 193:5
283:14 284:9,16,17
288:15 408:6 409:3
410:3

**charvat's**  191:2
374:21
**chats**  22:4,7
**cheap**  335:21
**cheapest**  140:20
**check**  4:25 135:17
137:20,21,25
**checkbook**  20:11
**chicago**  1:17 207:21
208:23 408:2
**choose**  336:23 384:7
**chosen**  22:13
**christians**  158:2
**christians.com**
157:15,19
**chronological**  122:7
**chronologically**
11:3 14:17 72:24
107:18,25 117:22
191:1
**chronology**  31:11
48:16 95:9 226:21
**circle**  194:7
**circumstances**
405:3
**citation**  130:9 149:8
149:24 150:13,17
151:1,15 170:5,15
216:17 362:5
**cited**  359:15,22
**city**  208:20
**civil**  409:5 410:5
**clarify**  288:22
351:22
**clarifying**  267:24
**class**  191:10 193:5
**clean**  22:12
**clear**  6:9 28:24
30:25 44:5 55:5
108:16 110:7 134:3
312:24 345:22
346:3 386:21 387:3
392:11,13
**click**  158:4,10 303:7
304:25 305:18

**clicks**  305:1,3,5
**clips**  131:24
**clocked**  44:16
**close**  309:22,25
**closely**  217:9 341:7
**closer**  186:10
356:13
**closes**  195:20
**club**  15:21,24 16:6,7
18:7,8 24:14 30:20
34:8,16,18 232:6
241:15 260:25
296:22 330:18
331:7,16 333:5
335:9 344:13
**club.com**  199:1
**code**  65:22
**coincide**  151:3
**cold**  61:18,19,20
62:2,16,19,21 97:2
97:6 98:5
**colder**  319:23 320:1
**collected**  306:16
**collins**  191:13
**column**  154:17
357:6
**columns**  358:23
376:3
**combined**  399:3
**come**  55:21 62:4
105:18 115:24
131:1 149:5 176:17
188:5 221:7 224:6
241:12,14 274:21
330:17 367:17
379:1 380:15
396:19 400:1
**comes**  54:15 147:16
270:19 378:25
**comfort**  375:19
376:4
**comfortable**  190:9
224:2
**coming**  5:13 6:24
17:22 87:6 168:15

224:2
**commenced**  364:17
**commencement**
270:11
**comment**  382:19
383:25
**comments**  73:22
**commission**  104:6,8
129:9 409:19
410:25 411:25
**commit**  68:24 189:3
**common**  105:16
**commonly**  389:1
**communicated**
374:8 385:3
**communication**
152:3 236:14
244:11 255:10
267:3 274:8,15
295:3 362:3
**communications**
129:9 244:12
245:11,16,21
266:23 273:1 367:5
**companies**  9:11,21
10:1,19 11:7 12:14
16:14 17:6 19:14,17
19:21 20:7,22 46:19
46:20 136:8,12,21
140:17 147:22
174:14,20 236:23
236:24 251:19
259:25 297:22
313:16 345:12
386:4
**company**  10:6,13,25
12:16 15:14,16,17
16:9,13,19,20 17:14
18:1,4 46:8 92:5
95:16 100:6 105:8
130:20 132:19
140:19 144:23
152:4,17 162:16
163:22,22 165:15
167:10,18,22 168:3

168:15 173:7,8,13
190:6 191:14
216:20,21 234:9
236:17,20 237:15
237:18 241:22
242:10,15 243:1,7
244:20 250:12
252:3 254:4,8
264:13,17,24
266:13 267:9 288:8
297:5,10 300:23
306:9 313:18
316:13 334:10
351:20 360:4
380:11,14 385:23
385:25 399:8
**compare**  154:19
280:4,18
**compared**  119:5
120:6 159:15
273:11 401:1,2
**comparing**  244:7
290:4
**comparison**  271:17
273:22 339:9 401:7
**compensated**
104:13
**compete**  380:5
**competitors**  380:3
**compiled**  173:18
**compiler**  173:14,22
181:3,17 182:13,16
375:15
**compiler's**  181:1
182:9
**complained**  323:17
**complaining**  87:5
**complaint**  85:10,14
85:18,19 87:16 88:6
88:6,7 89:17,22
90:12 91:11 95:13
96:5 98:3 99:12
100:20 106:5 107:1
107:10 118:16
127:19 128:2,15

153:15 191:13
255:11 361:14
362:14,18,19 367:5
367:25 385:20
**complaints** 21:15,22
21:23,25 22:3,11
85:3 96:18 104:22
105:1,3 106:23
108:5,25 109:3,13
109:16,21 110:2,3
111:8,24 119:6
120:7 130:10
142:15 144:15
159:13,20,21
160:14 161:12,19
226:22 227:6 228:7
231:3,4 255:19
323:8 361:9 379:15
379:17,22,23,24
385:12,16,17
386:11 395:10,15
396:7,9,12,16
**complete** 69:4
187:20 201:1 332:6
355:14
**completely** 187:6,9
**compliance** 47:15
48:4,15 50:4 145:25
147:21 160:9
169:14 227:14,17
228:21
**compliant** 49:21,21
146:2,19 169:16
249:11,16 296:7
297:4,9,14 372:25
**complicated** 167:8
**complied** 372:16
**comply** 145:7
147:23 372:22
**compound** 84:4
85:24 92:20 177:13
**computer** 58:22
64:4
**concern** 123:6 171:6
171:16,17 224:19

293:9,25 294:4
362:12 366:19
368:6,6 382:14,18
**concerned** 111:6
131:23 169:2,3,5
189:25 190:5
293:15 297:3,8
361:14 365:16
381:18
**concerning** 262:20
360:21 362:21
366:20 367:5
**concerns** 114:21
115:17 181:1,18,25
183:24 216:16
255:11 273:2,23
293:19,20,21 346:2
382:20
**concluded** 406:25
**conclusion** 189:13
**condominium**
339:16
**condos** 331:19 340:5
340:17 341:15
**conduct** 232:17
235:11 242:8
245:22 250:19
251:19 259:8
**conducted** 152:22
169:9 254:23 307:7
**conducting** 235:6,17
236:1,12 237:19
238:1 241:1 246:9
250:9 252:2 297:24
310:17 337:22
339:9 351:5 360:14
**conference** 221:24
**confidential** 217:14
217:14
**configuration**
257:15
**configure** 257:23,23
**confirm** 107:8
138:12 140:1
223:13 281:1

402:18
**confirmed** 365:3
**confirming** 335:3
**congratulations**
35:6 37:11 62:18
**conjunction** 265:17
**connected** 88:14
106:5 139:13
142:16 214:12
218:2 226:24 311:1
**connecting** 87:15
**connection** 140:1
200:2
**consent** 4:3 94:23
158:21 168:20
288:14 306:8
347:18
**consented** 307:2
327:5
**consenting** 157:19
**consents** 148:3
**considered** 376:2
**consistent** 33:20
65:5 80:3 101:16
108:22 118:9,13
120:11 129:7 133:7
185:14 370:16
**constantly** 50:1
140:16
**consumer** 29:4 36:8
38:20 41:14 48:20
49:14 51:20 52:10
83:16 85:20 127:21
130:10 159:13
161:12 190:13
199:9 261:13 305:8
305:22 306:8
325:22,25 335:14
335:20 336:22
337:1 366:19
**consumers** 34:7,12
34:19 35:10 36:18
37:24 38:11 55:25
63:2 81:6,20 85:20
87:5 109:25 111:24

112:2,4 153:7
182:18 188:18,21
198:2 200:1,23
213:18 302:25
303:5 304:14
311:17 314:13,21
320:20 330:25
331:1,4,7 336:19
338:1 340:25
341:12 344:22
346:9,16 347:1
363:11 364:7
393:10,23 395:11
396:13,16
**contact** 155:18
232:4 243:16,21
245:16 259:23,25
265:21 266:4 268:1
283:4 284:8,22
288:4 302:14
305:24 306:11,19
317:15,20 323:16
324:8,18 339:4
346:7,14 347:15,16
350:1,5 394:10,13
**contacted** 41:17,19
53:21 54:7 66:7
134:9 247:5 251:8
260:16 306:9,24
321:19 347:19
374:9 386:4
**contacting** 250:10
321:21,23 333:19
**contacts** 76:13,21
77:1,6
**contained** 248:25
277:1 278:20
287:12
**content** 306:17
**contents** 124:5,22
125:22
**contest** 83:23
377:16
**contests** 90:7 182:18

**context** 39:23 66:4
74:1 83:19 96:1
97:21,23 98:6 101:5
102:5 103:21
114:16 119:25
126:1 135:16
137:18,19 138:5,7
139:12 180:3,5
200:11 203:4
254:16,19,20,21
**continuation** 79:2
89:15 117:20
**continue** 144:9
169:11 259:7
**continued** 105:18
193:7 402:12
**continues** 115:24
**continuing** 116:24
195:21 218:11
300:19 403:23
**contract** 302:8
363:7
**contracts** 104:5
165:10 264:5,9
363:13,25 392:21
392:24 393:3
**contractual** 18:20
18:23
**control** 258:22
310:12
**controlled** 20:6
136:22 310:10
**convention** 318:20
318:22
**conversation** 6:12
33:8 47:24 78:6
79:2 80:19 89:16
94:20 109:2 116:25
172:8 191:19 192:3
221:5 224:16
316:18
**conversations**
145:16 151:23
170:19 192:7
220:13,16 251:14

**convert** 344:8
**conveyed** 229:7
**coordinator** 210:21
**copied** 87:10,12
343:20 390:12
**copies** 7:24 126:14
239:15
**copy** 47:22 79:1
368:16 369:6
**corporate** 111:5
**corporation** 1:15
13:14 23:14 231:25
**corporations** 12:20
21:6
**correct** 9:23,24 10:7
12:8,18 16:4,8 18:8
18:9 20:4,10 29:3,7
29:18 30:20 31:3,7
31:8 33:12,22 35:25
39:11 45:1,5 50:20
50:23 56:4 57:18
62:8,9 63:6 74:8
75:19 76:23,24 79:7
80:4,13,21 81:13
83:14,15,17,18,22
84:2,21 86:3,14,20
87:17 89:3,24 90:2
90:3,8 93:6 96:9,14
96:16,19,20 98:1,19
99:14,15 104:19
106:15 107:5,11
110:10 112:23
114:5 115:21
116:17 117:23,25
118:1,4 120:3,9,12
120:13,20 127:24
134:9 142:17,18
145:10 148:7,20
149:6,19 152:20
154:5,6 155:12,25
156:4,7,11,14,15
157:10 162:6 164:3
164:4 170:17
172:14 174:22
176:23 177:23

179:3,7 180:10,11
180:12 181:20
182:4,19,20,23,24
183:7,12,17 184:5
185:4 186:5,6,7,18
186:19 188:9,18,19
188:21 189:11,24
190:14,15 191:4
194:9,22 195:23
196:6,7 197:4,9,12
199:13 203:18
208:8,12 209:5,24
211:16 212:6,8,9,11
212:12 216:14,22
217:11 219:25
220:3,4,7,8,11
225:16 226:10,11
226:17,24 227:2,14
227:15 228:3,4,7,8
228:11,12 229:16
230:4,5,7,8,10,20
231:3,11,12 232:10
232:12,15,19 235:9
235:14,19 237:2,20
237:22,23 238:3,6
238:19 239:15,20
240:7 244:9,18
246:10,11,19,20
247:1,3,7,11 248:5
248:6 249:5,12,24
249:25 250:2,3,5,6
250:13 251:20,21
251:24,25 252:3,4
253:10,11,15,16,18
253:19,25 254:14
254:15 255:6,7,21
255:23 258:4,7
259:13,14,17,18,21
259:22 261:14,15
262:6,7,10,13,14,18
266:14 267:18,19
267:23 269:11
273:9 274:1,5,11
276:13 280:11
281:19,21 282:8,9

282:19,23,24 284:5
284:9,13,14,23,25
285:15 288:1,2,8,10
288:16,18 289:11
289:19,20,22,23
290:6,7,20,21,23,24
291:2,4,5,8,9,19,23
292:2,3,8,9,24,25
293:8,12,17,25
294:10,11,12,13,16
294:17,23 295:4,5,8
295:9,13,16,18
296:7,12,13,16,17
296:23 297:1,12,16
297:19 298:1 299:5
299:6,10,18,19
300:5,6,10 303:3,4
303:8,9,11,12,14,15
304:3,4,10,11,15,16
304:19 305:10,15
305:20,21,25 306:1
306:10,13,14 307:3
307:5,9,17,18,25
308:7,8,20,21,25
309:1,4,16 310:13
310:19,21 311:4,5
312:16,17,19,20,22
312:23 313:2,18,23
314:11,14,15 316:7
316:8,12,24,25
317:10 318:2,3
319:5,6,8,9,14
320:13 321:8,12,13
321:16,17 322:5,12
323:1,5,8,9 324:20
324:21 325:2,3
326:19,22,24
327:10 329:18,21
329:22 330:1,4,5,8
330:9,11,12,14,15
330:19,20,22,23
331:1,2,9,11,13
333:9 334:15,16
336:24,25 337:15
338:22 339:17,18

339:21,25 340:6,7
340:11,12,21,23
341:23 343:8,9,14
344:14,15,17,25
345:1,20,25 346:5
347:12,13,16,17,20
347:22 348:7,8,12
348:13,22 349:3,13
349:14,19,20,24,25
350:3,4,7,8,12,13,20
350:21,22,23 351:1
351:2,15,17 352:1,2
352:6,13,16,25
353:1,16,20,23
354:3,6,7,10,11
355:25 356:1,4,9,24
357:16,17,25 358:1
358:19,22 359:24
359:25 360:2,3,5,8
361:9,10,15,16,18
361:19,22,23,25
362:1,17,22 363:12
363:16,17,19,20
365:6,7,20 366:4,7
366:8,11,12,15,16
366:22 367:7,8,11
367:12,14,15
368:10,11 369:2,9
369:13,25 370:1,20
370:25 371:1 372:2
372:3,5,6,8,9,11,17
374:19,20,22,23
375:2,7,8,11,17
377:1,16 379:12,13
380:1,3,4,6,7,14,15
380:16 382:7,15,16
384:11 386:6,8,14
386:15 387:4,7,8,13
390:5,18,23 391:5,6
391:9 392:9 397:17
397:18,21,22 399:3
402:9 403:9 407:13
**corrections** 405:17
408:12 410:17

**correctly** 81:2
115:13 119:11
178:7 186:25 203:8
251:16
**corresponded** 395:6
**correspondence**
237:14,18 239:15
246:2,13 252:24
253:3 254:17
255:20 271:18
272:3,7,15,23
273:11 282:21
283:1 344:7 345:17
366:25
**correspondences**
273:6
**cost** 263:8 312:4
338:1 339:16
344:23 345:8 386:5
386:10
**could've** 158:24
260:20
**couldn't** 305:13
392:8
**counsel** 4:12 7:1
221:19 222:8
**counsel's** 69:1
**country** 42:9
**county** 409:10
410:15
**county's** 57:25
**couple** 11:6 22:2
58:19 221:14,15
224:12 315:2
392:10
**course** 26:10 90:25
123:11 153:10
155:4 232:20 289:6
297:21 335:9
341:19 342:6 355:5
372:21
**court** 1:1 5:24 6:1
405:25 409:7
**cover** 7:21 371:23

**covered** 371:15
**covering** 5:3
**crafting** 108:7
**create** 22:12 31:22
36:3 168:20 194:25
302:25
**created** 36:2 122:18
211:19
**creating** 6:6 37:19
**credibility** 194:25
198:17
**credit** 309:23 359:5
359:8
**credited** 385:24
**cruise** 15:16,17,19
15:20 18:17,20
21:20 25:13,18,19
29:21 30:11,12
31:24 35:11 36:20
41:8,15,18 43:20
53:23 54:23 55:21
60:17 67:14 68:9
69:4,17 72:14 79:12
83:20,24 93:7 95:14
96:22 100:11,12,25
102:18 104:2 122:2
123:6 142:5 145:22
146:16 148:1
157:20 161:22
162:8 163:10
164:10 170:4 193:6
193:18 197:8
200:21 202:4 205:9
206:20 208:11
210:7,25 211:22,24
212:3,11 217:12,20
217:22 218:3,12
219:3,13 223:1
225:3,11,17 229:8
229:11,13 243:5,10
243:14,19 245:10
245:14,20 250:21
251:6,12,17 256:16
257:9,14 258:13,17
258:21 265:11,15

265:20,24 266:2,7
304:9 330:25
332:15 333:8,10,12
334:7 335:21,22,24
336:13,18,19,23
337:3,4,8 339:10
342:2 343:17,19
344:8,23 345:3,4,6
345:8,12,19 346:6
346:23 347:3
358:21 360:6 363:4
363:8,9,14,15 364:1
364:2,14,16,20
370:18,19 378:17
380:2,18,21 384:1,6
384:9,25 386:18,20
386:23 387:10,24
391:22 393:5,19,24
394:5 397:21
400:11 401:19
**cruises** 1:18 23:13
24:22 25:7,9 30:14
30:19 37:25 38:21
39:23 60:20 79:11
81:21 195:9 204:13
204:18 205:2,7
206:7 242:23 261:1
331:15 333:18
336:24 341:13,20
342:9 359:16 380:6
380:9 384:5 386:19
386:22 387:10
392:18,22 393:1,11
393:24 394:5 396:4
402:1,12
**crystal** 30:25 44:4
**curious** 310:3
**current** 343:19
370:3
**currently** 8:21
77:15 80:12 185:16
**curricular** 193:7
**customer** 391:8
**customers** 62:8
119:4 176:3 213:13

[customers - developed]

232:9 330:6 339:16
346:7,14 363:5
391:12
**cut** 354:22,24
**cutting** 391:20
**cv** 1:3

**d**

**d** 2:1 4:1 8:10,11,12
8:23,24 21:2 118:20
118:21 129:20
133:25 199:3
207:14,15,16,17,19
207:20 261:25
282:14,15 300:8
304:3 385:11
386:13 407:10
**daily** 44:18 310:11
311:16 329:3,8
**dan** 141:13
**daniel** 191:13
**data** 36:9,14,17,18
134:11,11,12,14,24
135:6,17 151:16
152:6 158:20,22
168:18,19 169:1,4
170:17,22,25 171:2
171:7,18,24 172:15
172:18,24 173:8,15
173:18 174:5 175:4
175:9 176:21 177:8
183:11,24 184:18
185:8,11,13 186:4
186:18 187:18
188:8,11,15 189:9
266:16 278:15
279:23 288:21
294:18 300:12,15
311:15,16 313:1,3
321:15 375:4 376:3
376:3
**database** 30:23
58:17 63:20,21 66:9
67:22 90:21 153:11
189:5 218:2 260:9

274:24 306:21
308:6,13,18,25
309:3 312:22
314:13,14 315:21
317:19 319:16
320:10 321:16
324:23,24 325:6,10
326:2,5,18 327:13
327:16 329:17,20
340:21 352:23
399:4
**databases** 217:21
314:3
**date** 24:23,24 25:2
42:20 43:17 48:18
78:21 114:18
117:21 133:5,6
151:17 191:5,8
234:13,15 240:11
241:3 246:12
252:10,23 269:23
270:5 272:14
273:19 278:11
279:14 285:14
286:10 287:2
299:12,25 307:12
316:2 352:3 370:7
375:16 408:9 409:3
409:9,19 410:3,13
410:25 411:20,25
**dated** 64:8 89:11
114:18 122:17
197:11 213:4
238:18 253:9,17
322:8 339:25
350:16,19 353:16
367:10 407:16
**dates** 138:5 151:3
262:9 293:3
**daughter** 20:20
**day** 19:22,22 20:2,2
67:23 89:9 106:17
274:6,7 293:18
333:13 335:22
354:25 409:16

410:22 411:22
**days** 74:17 89:10
138:8 341:7 408:18
**dba** 13:14 14:23
21:24 22:12 86:12
86:13,18
**dbas** 18:7 21:11
22:11
**deal** 71:2,3 110:14
110:14 167:11
181:3,5 202:16
**dealing** 174:13
**deals** 34:12 37:5
105:23
**dealt** 71:4 362:13
**dear** 408:10
**december** 184:10
194:6 270:1,6 275:4
276:2,9 282:23
407:16 408:4
**decided** 334:19
**decision** 143:8,19
241:21 242:1,10
243:1,6 244:19
245:10 250:14
255:25 256:5,9,17
**decisions** 20:9
241:23
**deed** 409:14 410:20
**deem** 46:2 105:6
**deemed** 408:19
**defendant** 1:14
**defendant's** 26:21
**defendants** 1:10,17
243:6 245:20 251:6
**defense** 108:7
220:24 221:19
222:7
**define** 28:14 36:12
38:16 44:22 102:25
174:7 342:22
**defined** 29:16
**definitely** 152:9
**definitions** 174:12

**delivered** 278:18
283:3
**delivering** 278:8
**delivery** 274:4
275:17 307:20,23
**deluca** 264:21 315:3
318:4 319:13 320:7
320:18 321:6,11
400:3
**demographics** 319:1
**dep** 26:11
**department** 228:14
368:2 408:25
**depending** 45:13
341:6
**depends** 56:5
**depicts** 159:9
**depo** 405:8
**deponent** 8:5
**deponet** 5:8
**deposed** 5:18
**deposit** 335:23
**deposition** 1:10
23:18 27:12 56:8
220:3,10 252:6
406:25 408:9,11
409:1,3 410:1,3
**describe** 110:15
130:12 156:21
**described** 17:25
**desire** 220:5
**desist** 193:18 219:3
**desk** 307:17
**despite** 52:9 293:19
**detail** 10:2
**details** 222:17,23
**determine** 345:6
**determined** 90:13
386:9
**determining** 243:15
243:20 245:14
258:5 265:20
283:13 292:5
**developed** 52:12

development 137:12
137:14,15
devising 345:3
dewayne 207:12,14
207:24 208:1,3,21
209:13,19
dial 78:3 80:16 81:6
231:7 236:5 248:24
276:21 314:17
dialed 64:24 66:6
77:1,6 97:7,9
248:23,24 319:19
366:15
dialer 19:5,8 28:17
28:21 50:21 52:9
58:9,10,16,17,20,23
60:2 61:15 64:21
66:14 67:21 83:4,13
189:5 243:16
246:24 247:5,13
257:19 296:7,10
308:7,12,25 312:2
314:13,20 315:21
319:21 320:4,4,10
325:6,10 326:18,23
327:13,16,21,24
329:20 334:9
340:15,21 341:13
343:7 344:16
346:10 347:1
348:10,11 349:11
349:16 350:25
352:23 353:4 397:6
397:15
dialers 52:7 58:19
66:12,15 183:17
250:11 259:8
297:22 316:11
dialing 60:1 178:18
178:20,23 183:1,9
183:18 192:1 215:8
233:2,5,8 234:21
235:6,7,12,17,22
236:2,4,5,7,8,10,13
236:25 237:1,19

238:1,4 239:12,12
240:6 241:2,18
242:8,11 243:2,8,12
243:22 244:8,16,20
245:17 246:9
247:10,13,22,23
250:12,19 251:9,20
251:24 252:2 256:1
256:6,10,14,18,22
256:25 257:7,8,16
258:15,19,23 259:7
259:8,9,17,24 260:1
260:12,17 262:13
265:22 266:4,9
276:10 299:18
306:13,25 309:3
312:19 313:17
317:6,10,11 320:12
321:20 337:23
338:2,8 339:1,20
340:11 344:24
346:17,21 347:6
348:18 351:6 352:5
352:20 363:18,23
364:25 365:5,9
395:21,25,25
dials 76:13,20
diary 31:12
difference 310:20
310:23 339:7
different 11:6 16:18
16:19 17:12 18:7
20:16 21:11,24
22:21,24 23:6 24:6
25:8 31:12,23 45:21
46:19,19 47:10 48:4
52:11,13 58:19 59:2
61:2,2 63:16 66:24
67:9 102:18 126:5
140:16,17 182:15
186:7,24 216:19
224:14 226:22
230:15 260:2,6,21
263:21 270:18
293:6 296:15,21

301:2 304:6 310:5,9
315:2 318:18
321:24 323:22
329:16 333:4
336:24 342:10
356:17 363:4
374:18 382:3 383:1
384:7
diligence 140:5,9,12
140:18 150:5,11
250:8 360:15
dime 235:3 342:14
342:18
dinner 203:7 204:9
208:23
dinners 203:16
direct 287:4 303:10
directed 304:1
334:17
directing 304:13
direction 224:6
360:25
directions 167:10
directive 384:24
385:4
directly 96:18 104:3
167:24 216:15
248:17 307:2
director 46:22
directory 298:19
discount 56:9,24
discounted 39:2
57:3 205:5,12
330:25
discounts 104:9
206:25
discourage 226:7
discussed 95:14
96:5 257:6 267:3
discussing 111:23
384:22
discussion 33:2
256:23
disney 261:1 331:21
337:3,8 338:1,9,13

338:20 339:2,4,9
345:12
disposition 65:22
distance 386:10
distinguish 26:20
district 1:1,1
division 1:2 340:22
dmc 213:16 249:11
dnc 65:18 66:3,10
66:10,11,20 88:7,25
89:2 213:24 215:11
239:20,24 240:1
247:18,21 248:19
249:1,9 290:23
291:1 298:18
308:17,18 312:11
349:12
dnc'd 299:5
dncs 66:12,16
document 72:7
76:16 114:2 119:16
122:9,21 124:4
125:6 128:3 132:12
132:14 135:13
138:19 159:9 160:5
160:10 184:2 187:3
187:6,10,16 194:11
234:6,14,18 237:12
237:17 238:16,23
239:18 240:11
244:6,6 246:1
252:17,18 274:18
275:9 277:9,11
279:19 280:9,24
281:2 285:11,18
290:9 308:9 315:19
338:6 357:2 389:14
400:9
documentation
233:13 240:3
documents 7:22
106:3 108:21 109:7
123:4 148:16,18,22
149:1 179:9 200:20
201:5 279:1 285:2

389:9

**doing** 10:19 11:7
12:23 15:6,9 21:18
21:20 24:17 46:20
60:10 67:4 104:24
116:1 136:8,10,11
138:17 140:22
146:2,19 153:7
185:21 188:6 217:3
218:22,24 226:1
229:3 230:10 242:3
276:15 300:10
311:22 323:7 349:6
349:13 367:22
372:22 389:1

**dollars** 349:17

**domain** 304:2

**donations** 61:6

**dorn** 8:22 9:12
12:10,14

**dot** 124:12,14

**doubt** 275:25

**download** 247:17
278:3

**draw** 85:2 122:23

**drawings** 90:7

**drinks** 209:23

**due** 108:5 140:5,9
140:12,18 150:5,11
167:5 208:2 250:8
360:14

**duplicate** 170:25
289:9

**duplicated** 293:23

**duplicates** 290:19
291:4 293:16

**dwayne** 207:19

**dynamic** 236:20
246:4,5 247:4,9,12
247:21 248:4
250:14,18 251:9,14
259:13 312:14
313:16 314:1,8,9
397:9

**e**

**e** 2:1,9 4:1,1 7:5
8:10,11,12 9:16,17
9:18 19:9 21:2,2
45:16,17 47:19 64:7
64:12 66:2 73:12,15
73:20 74:16,22 75:1
75:12 77:14 80:11
83:19 84:17 88:19
88:22 91:14 95:6,8
97:24 101:16,21,23
101:24 107:17
110:17 111:22
112:12,20,22 113:3
113:22 114:17
117:20,25 118:6,20
118:21 122:17
127:15,23 129:20
133:7,25 138:9
139:12 145:12
154:2,24 155:1
159:23 166:21,23
166:24 167:18,21
168:2,3 172:9
175:16,21 177:18
179:8 180:2,6,22
184:7,10 185:1,14
185:25 187:4,12,23
188:2 191:16 194:5
198:19 199:5,6,8,16
199:21 201:20,24
203:5 207:15,15,15
207:16,20,20
210:14,17 212:19
213:3,10 220:14
226:8 231:6 232:13
239:23 240:14
241:1 246:22 248:3
250:1 252:5 259:13
261:25 262:8
263:14 268:25
269:3,8 271:16
273:22 274:2,21
275:11,16,23

276:25 277:17,18
277:19 278:7,12,23
278:23 279:11
281:11 282:18,21
283:1 285:20
286:22 287:7
289:18,21,24 290:3
290:15 291:15
292:23 296:5 297:2
297:7 298:4,4,17
299:13 300:1,4,7,8
300:17 301:17,20
302:2,6,10,11,20,25
303:1,6,8,10 304:23
304:24,25 305:5,7,8
305:12,15,16
307:12,16 308:5,11
309:15,18,19
310:15 311:10,13
312:24 313:25
315:9,10 316:2,6,10
316:23 320:16
321:4 322:4,10,14
322:17 323:21
328:18,19 332:4
333:17 334:23
335:3 337:14
338:12,18 339:24
340:3 343:16,20
348:16,17 349:21
350:16,19 353:15
353:19,24 356:7,15
361:11 367:10
368:14 373:12,21
374:6 375:13 383:8
385:2 389:6,8
390:16 391:1,4,4
395:7 406:10,17

**earlier** 51:2 84:20
242:17 252:6 272:1
288:19 294:9
313:15 322:19
324:7 349:21
350:10 356:8,24
369:12 370:17

371:25 374:6
383:22 385:9
387:22 388:2

**early** 145:9

**easier** 238:9

**easily** 231:16

**east** 285:6 287:1

**eastern** 1:2 285:5,7
285:8 398:9

**eat** 94:13

**eating** 141:9,12

**ed** 246:23 311:13,14
311:21 312:8

**edits** 118:9 119:25
388:4

**educate** 50:7

**educational** 8:2 9:2

**effect** 109:1 170:21
192:20 385:12

**effective** 43:25

**efficiently** 7:18

**efforts** 24:8 41:25

**eight** 253:21

**either** 65:17 148:2
160:3 206:21
276:17 320:10
347:2 348:19 385:4
385:19 387:15
389:4 393:13 397:9
406:5

**elected** 347:9

**electronic** 279:2,4
407:10,14

**electronically**
125:16 277:4

**eliminate** 377:24

**email** 72:23 408:16

**emails** 48:3

**emoticon** 270:21
381:8,15 382:7,23
383:6,7,9

**employed** 261:21
264:2,14,18,22,25

**employee** 345:2
394:11,14,17,19

**employees** 195:21 204:13,14,22 207:1 394:22

**employment** 221:25 232:21 261:14 263:22 286:17 288:1,7 292:1 294:16 334:10 337:25 339:15 363:3

**empty** 176:17 393:19

**enclosed** 408:11

**encompassing** 262:8

**ended** 216:13 374:21

**enews.com** 288:12

**engage** 232:8,13 256:24

**engaged** 301:17 351:5 397:8

**enhanced** 41:23

**entered** 83:23 90:7 363:25 410:9

**entering** 182:18

**entertainment** 35:2

**entire** 333:2 409:5 410:5

**entities** 17:12 21:16 23:7,12,22 38:6 113:19,23,25 147:20

**entitle** 52:20

**entitled** 407:15

**entity** 15:17 36:9 44:6,9 57:18,19 86:19 226:1

**entries** 160:2,3

**entry** 35:6,9,18 36:19 37:8,10,14 62:19

**equipment** 58:22 233:9 259:7 365:1,6 365:9 395:25

**eraser** 122:14

**ern** 285:5

**errata** 405:20 408:13,15,18 410:7 410:10,18 411:1

**errors** 405:16

**esq** 1:11,14,15,17

**essentially** 31:12 62:2 124:21 137:25 161:11 217:8

**established** 170:15

**estimate** 233:11

**et** 1:9 408:6

**event** 208:18 209:22 212:1

**events** 203:1,3 205:12

**everybody** 371:23

**everyone's** 4:3 94:23

**evidence** 84:5 98:21 144:20 148:22 162:1,14 184:2 189:5 229:19 231:1 237:24 239:10 240:3 308:9,22 314:7 315:19 321:6 321:10 337:21 338:7 348:17 350:9 399:24 400:8 402:4

**evidenced** 89:18,22 96:6,8 106:3 137:22 139:14,17,18 148:13,18 200:20 201:20 354:8

**evidencing** 160:13 293:1

**evidentiary** 146:8 170:9 211:2 219:16

**evolved** 137:3

**exact** 25:2 34:1 129:4 171:24 188:22 263:25 383:23

**exactly** 49:20 65:25 129:2 131:18 134:5 140:2 229:3 230:9 383:3 386:2

**examination** 2:2 5:11 231:21 377:21 397:4 403:16

**examine** 99:7

**example** 17:6 21:18 50:17 76:3 199:24 261:9,10 289:12,14 304:5,12 335:20 358:12

**examples** 176:3

**excel** 278:21,23 398:22 399:2

**excellent** 6:19 140:11

**excels** 399:6,24

**exception** 23:9

**exchange** 116:15

**exchanged** 239:16

**exclamation** 119:8

**exclusively** 340:20

**excuse** 32:3 144:3 168:22

**executed** 410:10

**execution** 409:14 410:19

**executive** 264:25 300:24 301:8,21 302:24 305:9,14 307:8 323:12

**exemption** 51:19

**exhaust** 37:9,13 47:12 93:20 109:11 121:2 152:21 192:6

**exhausted** 42:1

**exhaustive** 261:2 330:21

**exhibit** 2:10 26:1 27:6,9,12,15,17,19 27:21,23 28:1,11,12 29:6 30:25 31:10,14 33:10 35:5 42:18,25

46:25 47:18,18 48:2 48:2 58:5,6,11 61:23 62:7,17 63:4 64:6,7 72:2,4,21 74:12,13,15,17,20 74:21 78:14,15,18 78:20,23 83:21 84:23,24 85:6 89:4 89:6,8,9,10,10,15,16 89:17,19,22 95:1,2 95:3,5,6,21,22,24,25 96:1,4,6,8,10 99:10 104:16 106:3,11,12 107:14,16 111:18 111:19 114:9,16,22 114:23 115:1,22 116:21,22,25 117:21 122:5,12 127:13 128:7,10,25 130:4,14 131:4 132:9,11 135:9,21 135:22,24 137:18 137:19,23,24 138:13,14 139:9,21 139:22 140:25 141:2 150:21,24 153:19,23 154:1,20 155:10 156:16 159:3,7 165:5 166:22 175:15,19 177:16,21 179:20 180:2 181:17 190:16,22,22 193:2 194:3 196:11 198:13 202:22 212:13 213:3 234:6 237:4 238:10,15 239:19 244:5 245:25 248:1,7 252:13 268:21,23 269:13,16,21,23 270:2,15 272:10,12 272:17 273:12,19 274:4,13 275:8,14 277:24 278:5 279:1

279:3 280:4,8,8,13
280:25 281:2 282:1
282:5 287:13,20
289:15,17 292:20
292:22 295:3,6
296:4 298:3,6
299:12,15,25 300:3
302:1,5 307:11,15
309:12,14 311:9,11
313:20 315:8,18,25
316:5 320:15,16,22
321:3,9 322:7
328:11,18 331:23
332:1 337:11,13
338:6,11,18,24
339:23 340:2
343:16 344:1
348:15,23 350:15
350:17,19 353:11
353:14 356:6,12
367:3,9 368:12,13
368:19 373:16
379:16,23 381:1
382:2 384:14 388:3
389:24 390:4,13
398:12,18
**exhibits** 46:24
111:10 272:24
**exist** 14:18 283:20
304:13
**existed** 372:10
**existing** 296:24
347:7
**expand** 286:6
**expect** 224:11,18
**experience** 4:23 9:9
287:23 324:10
353:2
**expiration** 409:19
410:25 411:25
**explain** 16:11,16
23:25 63:14 64:6
118:17 404:11
**explaining** 120:19
120:21 254:2

**express** 158:21
168:20
**expressed** 216:16
220:5
**expressing** 171:6
**extent** 261:8
**extra** 47:21
**eyes** 61:20

**f**

**face** 24:6,7 88:18
167:1,1,4,4 232:7,7
232:11,11 241:12
241:12 260:24,24
270:20,21 271:3,7
343:7,7,11,12,21,21
344:10,10,12,13
**faces** 224:5
**facetious** 271:13
**facilitate** 405:23
**facilitating** 247:22
**facility** 119:9 120:16
**fact** 100:11 145:9
153:8 156:13 165:4
169:16 172:22
176:22 193:7,13
194:17 201:7
204:10 237:24
239:10 240:4
254:11 259:19
261:16 276:1
291:16,16,20 293:1
296:18,20 297:3,8
297:15,18,22 300:9
308:9 313:15
322:23 323:10,22
338:7,25 345:15
346:3 348:17
349:22 350:10
351:3 361:11
362:13 365:8
**facts** 144:20
**fair** 133:18 134:14
149:12 184:18
262:9 284:21 360:9

360:12 362:11
**fall** 4:22 41:14
**falls** 196:25
**familiar** 10:13 15:19
65:4 70:14,21,22,25
71:8,13 128:17,19
128:20 224:4
261:12 278:14,17
282:6 300:23 341:3
341:4,4,10,18,24
**familiarity** 281:17
286:13 327:12
**familiarize** 132:14
159:5
**family** 169:18
317:14
**far** 255:18 272:22
**fault** 132:8
**favor** 238:9 280:13
**favorite** 57:25
**fcc** 130:5,14 149:7
149:24 150:12,17
151:1,14 152:23
170:5 178:15
216:16 246:16
250:4,9 259:20
295:14 297:17
355:23 356:23
358:9 359:15,22
360:10,12 362:4
374:12,25 396:7,9
396:11
**february** 197:11
237:21,25 238:18
238:21 241:4
**federal** 129:9
**fee** 332:16
**feed** 310:11 311:16
**fees** 38:13 39:4
41:16 79:20 333:20
347:10
**fell** 43:17
**felt** 110:1 226:5
**fernandez** 31:21
33:2 46:15 108:7

123:22,25 125:13
210:19 211:9 282:7
282:16
**field** 227:24
**fielder** 356:15
**figure** 59:25 60:15
139:1 141:16 180:4
201:12
**figured** 345:9
**figures** 289:25
**file** 277:3 278:21
279:2,9,17 280:5,9
280:20 286:15
287:1,3,24 290:1
298:18 312:3 398:4
**filed** 160:14 191:3
191:10 193:5
401:14
**files** 152:1,2 285:2
398:8 399:6,24
**filing** 403:19
**fill** 35:18 158:11,14
173:9,12,13 176:3
302:13 393:19
398:11
**filled** 35:6,10 36:18
37:12 62:19 317:15
320:8 375:6 400:10
**filling** 182:14 319:4
319:8
**financial** 210:10
**financially** 241:24
**find** 62:7 169:23
188:2 192:24 263:7
266:25 269:12,15
283:19 381:2
399:10 408:11
**finding** 324:13,16
324:19
**fine** 141:12
**finish** 6:7,8 373:6
**finished** 46:12 84:13
146:3
**fire** 20:14 99:23

**first**   10:5 24:10 26:1
  27:23 30:24 35:4
  47:12 65:21 69:18
  85:6 99:23 108:1
  109:10 115:2
  128:17 132:24
  133:8 143:7 190:25
  191:9,18 192:2
  219:24 221:1,18
  224:2 235:20
  240:20 267:3
  269:17 272:23
  274:14 275:17,23
  279:1 280:2,3 285:3
  292:5 299:16
  316:20 317:21
  325:1 327:17
  335:16 356:14,16
  356:17 357:9 388:8
**fit**  206:8
**five**  39:19,19,21
  40:5,5,10 43:16
  101:1 107:17 109:5
  131:14,17 133:1
  148:11 173:21
  216:3 263:24
  292:13
**fl**  1:19
**floor**  1:13 400:25
**florida**  312:3 314:1
**flow**  152:13,15,19
  264:2,14 283:21,23
  284:7 287:24,25
  294:12,14,19 299:1
  299:17,20 300:20
  301:5 329:1,14
  353:23,24 354:3,6,9
  374:22
**fly**  140:19
**focus**  61:18 105:18
**focused**  167:23
  310:8
**foggy**  133:1
**folks**  121:20

**follow**  74:18 92:5
  149:3 170:16 247:6
  403:15
**followed**  283:2
**following**  11:4
  114:21 116:2,9
  151:14 250:9
  259:16 274:4
  296:19 351:4
  402:22
**food**  209:23
**foregoing**  407:5,13
  409:13 410:18
**foreman**  1:18
**forever**  300:9
**forgot**  6:21 32:15
  368:20
**form**  29:23,24 30:16
  31:4,15 32:1,8 33:6
  33:13,23 34:10 35:7
  35:9,15,19 36:10,23
  37:1,12,15,20 38:14
  40:1 41:10 42:22
  43:25 44:1 45:2
  53:24,25 55:8,14
  56:25 62:12 63:8,9
  66:21 67:16,24
  68:13 72:16 74:9
  75:4 76:15 77:3
  81:8,14,24 82:25,25
  84:4 85:23 87:7
  88:9 92:12 93:21
  94:2,7 95:18 97:11
  98:8,20 99:25
  102:12 103:8
  105:20 106:7
  108:10 110:25
  112:6 113:8 114:1
  134:16 139:15,24
  142:9,19,23 145:11
  146:7,22 147:5
  148:8,21 152:24
  157:21 158:5,7,8
  160:17 162:1,13
  163:20 164:14

165:7 170:7 172:25
  181:21 183:6 184:1
  185:20 187:2
  188:25 189:12
  192:9,21 195:5
  197:15 199:14,19
  200:4,6,25 201:21
  206:9 209:1 211:1
  218:15 226:15,25
  317:15 401:10
  402:2 403:6
**formal**  5:23 12:19
  18:4 23:14 389:2
**formally**  11:14
**format**  278:6,15,18
  286:16 287:25
**forms**  36:19 37:8,10
  37:14 158:13
  182:15 347:19
  375:5 400:10
**forth**  75:2 110:18
  180:25 274:21
  289:25 292:24
**forthcoming**  162:11
  163:9 165:2
**forthright**  72:9
**forward**  370:12
  408:15
**forwarded**  49:16
  89:17 96:7 99:13
  395:11
**forwarding**  90:11
  114:22 161:12
  181:6,12,14 182:3
  185:25 289:21
**found**  280:15
  283:17 385:19
**foundation**  31:16
  32:9,12 33:6,14,24
  35:13,16 36:23 37:1
  38:15 41:11 43:1
  45:3 47:14 54:1,2
  54:11 55:17 56:12
  57:11 59:6 62:12
  63:8 72:17 73:5

75:5 77:4 81:9,15
  81:25 82:25 84:4
  85:24 87:8 88:10,16
  92:13 95:19 98:12
  101:13 102:13
  108:2 112:7 114:2
  126:3 127:2 133:11
  139:16,24 142:11
  142:24 144:19
  146:6,22 147:5
  150:2 157:25
  158:20,22 160:5,18
  162:14 163:17
  170:8 189:14
  197:16 198:4 200:5
  200:25 201:22
  206:2 207:6 208:4
  209:10,17 211:2
  215:14 218:15
  219:15 226:16
  227:1,19 228:16,24
  229:6,18,21 230:12
  230:22 270:24
  399:17 401:10
  402:3,15 403:7
**four**  7:23 9:5 107:17
  323:22
**fourth**  157:14
**fox**  136:7,19 137:5
  137:13
**frame**  121:10,11
  122:24 123:21
  128:1 129:7 262:3
**franklin**  408:1
**fraud**  110:2
**fraudulent**  172:7,10
  174:22 175:3
  179:10 271:19,20
  271:22 288:21,23
**freaked**  178:1
**free**  204:13,17 205:1
  205:4,7 409:14
  410:20
**frequently**  353:3,5

**fresher** 323:16
**friedman** 1:18
**friend** 169:18,19
**front** 95:9 107:17
  252:14
**ftc** 153:8,15 167:5
**ftp** 277:1,3
**fulfilled** 30:11
**fulfillment** 38:4
  42:4 46:18 198:24
  210:22
**full** 287:1
**fully** 300:12,15
**fun** 209:6
**function** 203:20
**functions** 122:1
**funnel** 226:3,4
  384:1
**funny** 4:23
**further** 41:22 96:25
  150:12 231:13
  239:10 358:2
  377:19 403:12
  404:7
**future** 165:3
**fuzzy** 222:16
**fyi** 298:18

**g**

**g** 4:1 127:23 184:24
  298:15 407:12
**gain** 296:21 333:4
**gained** 252:2
**gaining** 253:1
**gathered** 325:5
**general** 5:20 22:11
  23:7 24:24 39:15
  75:8 98:15 113:21
  119:21 140:13
  142:4 149:16
  151:21 153:16
  159:8,11 161:5
  225:10 340:6
  382:20 396:20

**generally** 39:12
  41:17 65:4 108:21
  122:21 128:17
  132:14 142:2
  151:13,20 159:5
  191:1,3 213:23
  258:9 267:2 276:25
  278:14,17 334:22
  335:11 382:23
  401:15,20
**generals** 161:9
**generate** 65:6
**generated** 40:13,15
  41:3 308:23
**generating** 397:24
**generation** 140:10
  140:23 151:23
  301:3,14
**generically** 23:15
  56:23 72:7
**geneva** 8:19 9:4
**getting** 108:24
  144:15 170:25
  178:2 186:10 190:6
  202:6 206:7 225:21
  323:18 327:7
  361:13 397:15
**gift** 331:19 359:5,7
**girl** 248:14
**gist** 225:21
**give** 44:19 47:7
  146:17 201:7
  206:22 238:9,10
  322:11 371:11
  382:18 383:15
  389:5
**given** 42:6,9 116:5
  280:4 378:3,12,16
  378:20 389:20
  391:8 398:21 405:3
**gives** 217:12
**giving** 30:21 306:8
  315:13 332:11,14
  332:23,25 333:3,18

**glad** 5:14
**gmt** 285:10
**go** 12:9 32:9 33:14
  34:3 47:7 48:7
  66:22 72:21 80:8
  91:2,3,5,24 127:12
  131:21 132:13
  145:25 146:8
  148:15 151:22
  163:15 167:24
  187:15 199:21
  205:11 208:23
  210:7 221:8 231:5
  233:24 269:19
  272:12 273:16
  280:13 287:3
  305:18 306:17,18
  311:10 312:7
  315:24 316:20
  319:20 320:3
  325:19 326:19
  334:19 335:24
  337:3 349:7 357:9
  358:23 379:16
  381:1,22 404:16
**goal** 331:10 332:11
  332:14,23
**goals** 105:16
**goes** 29:2,4 51:11
  53:5,19 54:5 181:6
  181:9,10,11 249:8
  292:23
**going** 26:20 37:18
  38:22 40:25 48:13
  56:12 62:11 69:6
  72:25 73:11 82:13
  82:24 84:3 110:18
  114:5 122:21
  127:11 128:16
  138:11,16 139:23
  141:8,12 143:23
  146:13 150:5 152:1
  153:2 163:16,23
  165:25 167:22
  169:21 176:17

  180:24 186:16
  189:2 210:17
  211:24 213:15
  216:2 222:9 223:13
  224:12,19,20 232:2
  234:5 237:3 245:24
  247:25 262:16
  268:20 269:15
  275:7 278:25 279:8
  279:19 281:25,25
  285:1,17 286:25
  289:14 298:2
  299:11,24 301:25
  307:10 309:11
  316:16 320:14
  321:2 328:9 338:5
  339:22 340:5,9
  341:11,25 343:15
  346:9 348:9,14
  356:5 358:2 362:8
  367:2 373:1 377:23
  378:4,7 379:16
  404:8,11 406:3,5,11
**good** 14:8,13 34:12
  43:16 104:10
  117:18 123:15,19
  134:6 152:1 202:16
  231:23 273:7
  292:12 311:23
  367:18 406:21
**gosh** 147:10 361:13
**gotten** 134:1 180:8
  274:23
**governed** 297:5
**governing** 297:10
**government** 79:19
  130:20 168:14
  169:1 170:1 190:6,8
  190:11
**graduated** 9:4
**grand** 160:2,11
**grapevine** 191:21
  205:21
**grapevines** 205:16

**[grasp - hypothetical]**

**grasp** 227:17
**gray** 167:12,14
**great** 186:22 269:17
  270:17 323:17
**grey** 226:6
**ground** 5:21
**group** 10:9,11 11:1
  11:9,11 12:1,2,3,3,7
  12:16,21,22 16:11
  16:15,17 17:5,23,25
  18:5,10,18 19:3
  21:12,20 23:10,14
  24:10,13,21 25:6,15
  44:6 46:10 60:24
  85:22 86:11,18,20
  86:24 87:6,16 88:14
  113:19 136:5 137:8
  196:25 199:4 217:1
  217:4 232:25 234:9
  250:15,18 260:7,22
  282:23 283:12
**guess** 55:23 107:18
  324:9
**guessing** 228:17
**guidelines** 262:20
**guy** 103:3 152:12
  184:12 248:14
**guys** 44:24 47:21
  82:11 115:19 131:7
  144:15 209:3
  316:15 383:12
  404:19 406:4

**h**

**h** 2:9 7:6,12 9:17,18
  129:20 155:22,22
  203:13 279:13
  318:10 349:2
**hading** 129:19
**half** 89:18 239:19
  273:25
**halfway** 64:24 96:10
  118:7 125:14
**hand** 5:7,7 61:22
  62:25 154:17

183:18 200:22
  206:7 237:6 276:17
  317:6,9 319:4,19
  320:8 400:10
**handed** 204:21
**handle** 17:11,13
  18:24 38:3 42:4
  70:5
**handled** 46:17,18
  71:5 210:22
**hands** 100:17
**hanging** 404:19
**happen** 41:15 94:4
  175:11 204:10
  222:9 319:20
  334:21 335:14
  336:7 342:20 343:4
**happened** 110:11
  140:2 149:24
  164:17 167:17
  337:1 341:5 343:1
**happening** 115:16
  324:2
**happens** 4:9 110:13
  325:16 335:25
**happy** 94:15
**harassing** 166:5,8
**harassment** 166:2,3
  166:7
**hard** 388:8 404:14
**haverson** 208:9
**hayden** 129:14,20
**he'll** 238:10,11
**head** 6:16
**headquarters** 13:18
  13:24 14:16 15:7,12
  78:5 80:18 196:14
  196:16,19,21,24
  197:21
**hear** 29:5 71:11 83:5
  83:9,17 149:21
  158:25 191:23
  200:15 229:9,13
  241:14 326:9,16
  330:17 370:19,21

370:23 389:7 404:1
  404:14
**heard** 59:8 71:10
  103:20 143:7
  191:21 192:16
  210:9 218:4 334:14
  388:11 390:8
**hearing** 50:1 52:12
  81:1 82:23 252:20
**hears** 83:16
**heat** 208:3
**held** 375:14
**hello** 317:2
**help** 20:16 33:10
  42:18 109:8 110:25
  115:11,18 118:18
  138:23 139:4 211:9
  233:15 236:16
  275:19 307:17
  343:22 381:4
**helping** 258:5
**henderson** 137:10
  137:20,24 138:17
  139:5
**hey** 33:2 115:18
  161:23 169:20
  186:10
**hi** 96:12
**high** 9:2,4 111:5
**highlighted** 280:16
**highly** 145:24
  311:18
**hire** 20:14 145:25
  146:17 241:21
  242:10 243:1,6
  245:10 364:20
  393:9,18
**hired** 243:11 251:18
  302:24
**history** 31:22
**hit** 214:23 215:2,6
  316:17
**hits** 214:22
**hold** 56:11,11 84:3
  136:13 163:12

166:10 178:5
  202:25 268:21
  279:20 286:9 381:6
  381:20 382:10,12
  401:9 402:12
**holds** 309:23
**holly** 203:10,13
**home** 141:15 359:3
  359:4,7
**homes** 50:25
**hometown** 34:25
**honest** 72:9,14
  229:2 370:12
**hope** 348:21,25
  349:1
**hopefully** 62:7
**hoping** 371:15
**hosted** 303:14,18,19
**hour** 78:23
**hours** 142:3 406:4
**house** 221:11 222:7
  308:18 312:10
  349:16
**household** 309:21
**housekeeping** 94:10
**hr** 20:23
**huh** 15:15 17:9 18:2
  106:19 139:7
  154:25 165:22
  176:13 188:10
  199:2 201:15
  212:21 217:18
  223:16 238:13
  260:10 325:23
  384:4 387:1 388:5
**humans** 65:17,22
**hundred** 164:1
  174:2 402:19
**hundreds** 67:18,22
  68:12 159:20,22
**hyper** 147:11
**hyperlink** 303:8
**hypothetical** 56:13
  57:11 68:19 85:25
  143:13 144:19

[hypothetical - insert]                                                    Page 22

146:6,22 147:12
163:18 164:15
187:21

**i**

**idea** 14:19 19:6 41:2
41:5 42:11,15,17
67:20 68:7 77:22,24
77:25 104:4 112:15
121:11 124:4 125:6
125:20 126:18
150:8,10 170:6,11
173:17,25 174:3,17
189:3 191:7 192:5
193:14 200:7
204:11 207:8,10
217:17 248:15
271:15 284:19
340:6 374:1,10
376:17 379:24
381:19
**ideally** 309:22
**identification** 58:6
**identified** 86:19
284:3 359:14
374:25
**identifies** 356:22
**identify** 44:10
286:10
**ids** 325:11
**il** 1:17
**illinois** 1:1 8:20
408:2
**immediately** 91:1
274:4 298:17
366:21 368:1
**implement** 256:17
**implementation**
259:16
**implemented**
258:23
**implementing** 258:8
345:4
**import** 248:20 300:9
308:6

**important** 314:4
316:18
**importantly** 367:21
**impressed** 119:10
120:16 121:13
**improper** 66:22
146:5,21
**inaccurate** 187:24
406:6
**inaugural** 204:21
205:12
**inbound** 64:18,20
**incentive** 34:7
334:13 335:11,16
336:14 340:16,25
341:13,14,19,21
342:9,10 345:4,23
354:16,16
**incentives** 30:22
205:23 206:5 331:6
331:14,18 333:4
334:8 337:23 342:2
342:3 346:7,14
347:1
**incentivize** 331:3,15
**incentivizing** 330:7
**incidences** 100:21
**include** 212:10
284:8 303:1 321:18
345:19 351:14
**included** 262:11
269:3 282:18 283:4
306:11 335:8,9
376:3 408:13
**includes** 34:23
**including** 25:9
73:17 232:25
251:17 265:10,15
265:19 268:3 288:4
290:1 294:12
345:11 347:24
395:21
**income** 309:21
**incomplete** 56:13
57:11 68:19 85:24

143:12 144:19
163:17 164:14
**incorporated**
410:12
**indicate** 247:8
**indicated** 91:12
**indicates** 284:6
299:7
**indicating** 133:13
133:14 408:13
**indication** 247:20
250:7 275:2 299:1
299:20 300:19
310:15 317:5,17
329:12 340:13
367:23
**indiscernible** 4:18
4:23 5:4,15 16:1,1
22:22 23:2 47:7
57:21,24 58:3 60:8
61:12 70:10 86:17
88:20 97:19 101:21
107:3 112:3 126:19
134:24 202:11,14
242:24 260:23
308:16 337:6
404:12,13
**individual** 264:21
303:25 324:18
326:8 334:12
336:13,15 351:22
361:21
**individuals** 44:10
70:7 232:4 235:22
240:4 243:15,20
245:15,15 251:7
259:25 265:21,25
266:3 267:22 268:2
282:22 306:24
307:1 308:23 320:8
321:18 324:8,12
327:4,8 330:17
331:15 333:19
336:10 342:8 347:9
347:14 348:20

356:23
**industry** 378:24
**influence** 336:19
**info** 315:15
**inform** 256:12
265:14 345:15
346:8,15
**information** 5:22
37:18 51:12 53:10
53:13,15,16 54:7,14
56:4 138:21 156:24
157:2,4,6 158:11
160:1 178:3 187:25
192:24 217:14
268:9 274:20,22
275:3 280:9,19,19
280:21 283:4 284:8
284:22 287:6,12
288:4,14,15 289:1
302:14 303:2
304:15 305:19,23
305:24 306:15,17
306:20 307:2
311:17 313:6
314:22 315:20
317:18,20 327:5
328:3 335:5 347:15
356:22 374:8
375:20 376:2
**informing** 96:17
**initial** 7:8 39:9
**initially** 7:25 336:12
**initiate** 59:13,17
364:21
**initiated** 266:23
**inquiries** 361:17
**inquiry** 247:4
**ins** 52:19 56:22
140:6 148:6,19
149:4 158:22 179:2
182:18 185:16
230:7,8,14 263:14
401:7
**insert** 171:8

**installation**  257:15
**installed**  235:23
**instance**  101:9
  106:4
**instances**  22:3
  341:11,18
**institutions**  210:6
**instructing**  31:21
**instruction**  395:19
**instructions**  258:13
  262:19 315:13
**instructs**  123:22
**intended**  268:8
  333:2 375:18
**interacting**  133:8
**interactions**  72:8
  132:25 151:15
  164:9
**interactive**  236:21
  250:15,18 397:9
**interested**  38:20
  39:16 45:7,10,25
  49:23 55:23 57:4
  81:1 82:22 158:9
  252:20 260:14
  263:19 267:6
  295:24 303:5
  305:22 311:15
  319:2 400:11
**internal**  66:10,11
  111:22 168:3 233:1
  233:4 235:18
  248:19 249:1,10
  262:12 275:11
  276:10 291:22,25
  306:25 308:12
  348:10 349:11,12
  350:11
**internally**  41:7
  85:18 95:14 105:12
  110:13 130:13
  236:4
**international**  10:14
  10:17 12:24 13:13
  86:13,23 113:16

216:24
**internet**  64:4 77:15
  80:11 136:25
  156:17,20 232:7
  340:10 376:16
**interpret**  211:14
**interpretation**  62:21
  125:24 126:1
**interpreted**  288:24
**interrupted**  382:11
**interruptions**
  383:16
**interview**  5:22
**intimidating**  7:24
**introduced**  224:14
**investigate**  263:2
**investigation**  91:2
  152:22 283:2,12
**invited**  208:15 379:1
**invoice**  234:8
  251:22 253:7
**invoices**  233:19
**involve**  207:9
**involved**  16:18
  19:22 20:1 23:22
  70:8 110:21 117:24
  118:14 123:5 124:7
  140:15 210:23
  242:9 243:6,14,19
  245:8,10,14 251:7
  256:5,16 258:18
  261:22 265:11,20
  266:7 283:10
  351:14,18 352:4,18
  389:10
**involvement**  169:8
  169:20 224:25
  243:1 256:9
**ip**  285:21,23,24
  287:8,14,18 375:15
  376:6,10
**isolated**  100:21
**issue**  6:15 22:10
  37:22 110:6,12,17
  153:8 219:3 293:4

346:1 366:21
**issued**  193:18
**issues**  48:15 109:15
  161:13 181:3,6
  274:10 288:19
  289:8 362:8
**it'll**  27:6 392:15
**iv**  125:3

**j**

**j**  1:17 118:21,22,23
  277:18 298:14,16
**jamie**  46:21 65:25
  153:6 239:23 277:5
  277:7,15,16 282:7
  282:12 283:2,10,17
  284:3 289:22
  299:17 315:11
  328:20 329:13
**jamie's**  289:24
**janet**  85:21
**january**  191:16
  215:19 343:17
**jason**  1:10 2:3 5:8
  8:10 96:12,15 118:3
  118:10 144:2,13,14
  145:24 146:16
  161:23 165:1
  186:10 298:7,10
  315:11 383:12
  406:20,24 408:9
  409:4,9 410:4,13
  411:20
**jason's**  134:1
**jay**  152:12,13 295:4
  298:7,10 300:4,17
  300:18 350:22,24
**jeepers**  211:4,5
**jef**  137:10
**jeff**  6:25 71:9
  231:24 351:22
  383:10,11 401:11
  404:6
**jeffrey**  1:14

**jest**  382:17
**jo**  118:20
**job**  122:1 164:20,20
  189:18 210:20
  216:18 226:4 273:7
  351:8,11 383:24,25
  384:8
**jodi**  119:1
**jodie**  118:20,21
**joe**  32:24
**join**  34:7,16 54:12
  55:18 56:15 57:12
  68:22 83:2 84:6
  88:12 92:14,21
  98:10,13 134:17
  143:14 144:21
  146:9,24 147:13
  148:9,24 150:3
  152:25 157:22
  160:6 163:19
  164:16 175:1
  177:14 181:23
  184:4 187:13,13,22
  189:1,16 190:4
  201:2 206:3,11
  207:7 215:15
  218:17,19 330:7
  331:11,15
**joined**  24:10 34:18
**joining**  330:18
**joke**  382:21
**jones**  317:2
**joni**  112:16 115:12
  118:17,22 119:1
**joshua**  45:23
**jr**  112:13,13
**julian**  119:8,13,15
  119:17 120:14
**julie**  358:13
**julius**  70:13,24
  73:20 111:4 112:23
  113:4 119:14
  120:14 121:3,6,20
  196:14 197:7,18,20
  377:3,6,14

**july** 138:6 191:3
272:21 293:2
337:14,21 401:14
401:22 402:22
**june** 108:3,23
114:16 115:16,16
116:14 118:15
121:10 123:5
132:18,18 133:7,18
138:5,6,8 339:25
340:14,19

**k**

**k** 113:1,1 200:17
222:5 391:17,18
**kaplan** 343:19
**kathy** 47:13
**keep** 6:3 7:22 33:3
140:13 141:7,12
182:24 328:9 358:2
373:1
**ken** 200:16
**kept** 263:15
**kids** 337:2
**kilobytes** 279:15
**kim** 198:23,25 199:8
200:8,16,17,18
389:10 390:19
**kind** 5:23 6:13 18:3
18:5 22:11 23:7
45:25 64:3 72:7,24
97:15 105:11 123:5
158:9,20 206:25
208:22,23 216:10
222:16,19 267:8
277:3 318:17
359:10 366:9,13
400:10
**kinds** 379:17
**kirk** 70:19,24
112:23,25 113:1,4
119:9 120:15 121:3
121:7,20,25
**kitchen** 141:13

**knew** 52:16 145:8
212:17 223:1 224:4
230:9,19 231:2
312:18 327:18
372:1,10,12,16,18
392:4 401:24
**knock** 300:11,14
**know** 13:16,17 17:8
17:11 18:5,19,22
19:15,15,19 21:5,7
28:2 38:3 44:13
46:1 47:20 48:21,24
49:2 50:9,10,19
52:11,25 53:5 54:15
55:20 57:22 59:8,11
61:10 70:4,10,13
71:7 74:23 75:8
94:11 95:10 96:1
102:17,20 104:6,9
104:20 110:16,20
112:13,16 114:11
117:1,17 121:15
123:16 127:16
129:4,17 132:15
133:12 135:24
136:23 140:4,18
144:4 150:21 151:8
152:10,12 153:3,24
154:20 155:16,16
161:24 162:9,23,24
164:7 165:11 167:7
167:22 168:7
169:25 172:15,16
172:17,19,22 173:2
173:3 174:4,18
177:9,11,19 178:4
179:22,23 180:8,19
181:7 184:8,12
186:21,25 188:14
189:18,22 190:23
192:13 193:12,15
193:17 194:3 195:1
195:6 198:5,14,20
198:20 202:23
204:19 205:4 206:5

207:21 210:15
212:16 217:16,19
217:23 218:3,22,23
222:15,19 223:3
224:18 225:11,24
226:5 227:20
240:11 242:8 244:6
246:1 248:13 249:7
253:6,12 254:16,25
255:8,15,16,18
260:19 261:6
267:14 270:7,16,19
271:1,2,5,6,11,16
274:13 280:15,20
282:3 284:15,21
295:25 301:16
304:20 305:11
306:2,6 327:15,19
327:20 328:1,2,6
337:2 340:24 341:6
348:17 355:3,12
367:19 369:15,17
372:7 373:1,9,24
374:2,7,11 375:9
376:12,14 377:3,6
378:23,25 379:22
381:20 382:4,6
389:23 390:3,6,15
390:19 391:7 392:3
392:7 394:7 395:23
396:6,11,15 402:7
**knowing** 165:9
174:4
**knowledge** 13:8,11
17:13 48:14,19
49:12,17,24 50:7,17
69:17 87:1,2,4
92:17 99:1 105:2
169:19 191:12
193:9 210:4 212:14
216:11 218:5 219:2
219:9,11,18,19,21
225:3 226:13 233:7
242:6,15 245:9
255:4,9 258:12,17

258:21 266:2 339:5
364:13 373:9
378:16 380:10
389:15,18 392:3
393:17,21 394:2,12
394:15,18,21 396:5
396:8,14,21 402:24
403:2,8
**kurt** 112:24

**l**

**l** 7:5 21:2 29:12,12
71:12,23 133:25,25
133:25 155:22
203:13,13 261:25
277:19,20 278:23
279:11 285:5 300:8
**lachnicht** 155:12,21
170:20 175:8 178:1
180:14 181:17
183:22,23 184:11
185:2,7,24 267:25
268:8,14 269:1,5,9
271:9,12 273:12
274:9 292:24
360:19 375:12
**lachnicht's** 182:3
293:2
**lack** 31:16 32:8,9,10
33:5,6,14,14,24,24
35:12,16,16 36:23
36:23 37:1,1 38:14
38:15 41:10,11 43:1
43:2 45:3,3 47:13
47:13 54:1,2,3,10
54:11 55:16 56:12
57:11,12 62:12,13
63:7,8 72:17,17
73:5 81:25 82:3
88:15,16 95:19
98:11 101:13 112:1
126:2 127:2 133:10
142:11 144:18
146:6,6,8,22,22
147:4,5,5 150:1

157:24 160:4,17,17
160:18 162:13,13
163:17,19 170:8,8
189:14,15 197:16
198:3 199:17 200:5
200:5,24,25 201:22
201:22 206:1 207:5
209:10,16 215:13
219:14,15 227:18
228:15,24 229:5,17
229:18,21 230:11
230:21 399:16
402:3,14,15 403:7
**lady** 6:20
**land** 15:17,19,20
21:21 260:25
302:12 304:9
331:20,21 333:14
333:14,19 334:6
336:15 341:22
342:10 346:23
347:3
**landing** 22:21,25
23:1,3 35:18 301:18
301:19,20 302:7,10
302:13 303:11,13
307:3 308:12 318:1
397:25 398:23
399:7,9,13,25
**language** 120:18
**large** 36:8,12 139:5
287:3
**largest** 152:6,9
**late** 94:11 138:5
276:12 361:13
**launches** 203:3
**laura** 31:21 32:20
33:2,8 46:15 90:17
90:19 210:18 242:3
282:7,15 283:8
356:9
**law** 1:12 146:20
189:11 249:10
297:14

**laws** 48:19 49:18
50:1,8,18,19 52:13
147:23 169:22,24
297:4,9 372:1,10,12
372:19,23
**lawsuit** 191:2,2,10
191:20,22 192:8,15
192:20 193:5
401:14,17 402:6
403:19
**lay** 5:20 59:6
**lays** 401:17
**lead** 35:19 51:4,10
53:5 102:6 140:10
140:22 151:22
152:3 158:5,8,8
174:13,20 265:11
266:16 268:8
274:22,25 275:3
278:15 281:12
284:7 286:16
287:25 288:6,13
290:5 291:7,12
293:22 294:18
301:2,14 307:20
308:6 313:1,3 314:9
315:15,20 317:19
318:7 319:24 320:1
327:7 328:2 374:13
374:18 375:24
**leadership** 44:12,13
44:23
**leading** 69:13 223:7
262:2,3
**leads** 36:3 37:18
51:3,25 52:8 63:5
63:21,21,22 137:21
137:22 140:12,17
140:20 151:24
171:19,22 172:6
176:2 179:9,13,17
181:19 192:18
228:3 258:2,11
261:14,22,25
262:16,21 263:8,10

263:13,22 264:1,13
264:17,20,24,25
265:16 266:12,13
266:18 267:4,6,21
268:1 271:19,23
273:3 275:13,17,21
276:1,7,15,24 278:4
278:8,18 281:18
283:3,15,19 286:10
286:14 287:23
289:9,10 290:11,16
290:25 291:3,6,17
291:21 293:3,5,7
294:9,14,20,21
297:23 299:2,4,18
299:21 300:8,20,24
301:4,7,8,21 302:8
302:24 305:9,15
307:8,22 308:10,22
310:4,16 312:8,13
312:21 314:2,10,12
314:23,25 315:5
316:21 317:21,25
318:4,6,7,9,10
319:3,7,12,13,15
320:7,18 321:7,11
321:18 322:17,25
322:25 323:7,11,12
323:15,22 327:13
327:16,20 329:13
329:14 340:4
349:24 350:11
353:23 354:10
360:19 376:5
397:24 398:3,19,23
399:3,7,9,11,11,12
399:12,13,25 400:4
400:6,11,14,19,21
400:25 401:2,6,6
**learn** 49:23
**learned** 49:16
**learning** 52:12
**leave** 78:9 80:19
239:25 324:8 406:1

**led** 192:19 222:22
275:16
**left** 12:15 49:5 149:9
154:17 217:9 218:9
218:21 291:6 293:5
351:19 353:11
**legal** 48:22,24 49:2
49:13 150:6,7,9
189:13,18 227:21
228:13 389:2 408:1
411:1
**legality** 189:25
**legitimacy** 181:19
183:24
**legitimate** 174:8
175:9 199:10
**legitimately** 195:9
**lena** 1:15 6:22
381:21
**lend** 210:6
**lenders** 359:12
**lending** 210:5 360:2
**lessen** 382:20
**letter** 87:10 88:25
129:3,8 130:5,14,16
130:20,23 149:8
152:23 153:8
159:23 160:20,21
160:23 161:23
162:9 165:1 167:5
168:15 178:15
190:6,11 194:12
195:19 196:13
197:25 198:11,12
198:22 246:16
250:4,9 252:11
253:17 254:9,13
259:20 295:15
297:17 312:25
355:24 358:9
360:13,14 376:12
376:15 377:2,15
389:21 391:11
408:19

**letterhead** 194:18
**letters** 118:8 159:12
  160:3,3,13 161:8,10
  161:11 165:3
  200:22 201:8,13
  202:3 376:13 389:5
**letting** 61:10 167:22
  168:7
**level** 111:5,6,7
  375:19
**liens** 133:3
**lifetime** 41:1
**light** 169:22 297:12
  331:24 332:3 406:5
**liked** 167:12,14
**limo** 209:3,13,14
**lindy** 361:1
**line** 40:15 72:14
  73:4 100:25 154:4,9
  154:10,12,13 166:1
  202:4 211:13
  217:12 239:20
  240:20 243:5,10,14
  243:19 245:10,14
  245:20 250:21
  251:6 256:16
  257:14 258:17,21
  263:1 265:11,20,24
  266:2,7 268:24
  280:14,19 285:19
  287:5 300:8 307:19
  316:7,21 317:20,25
  319:8 324:14,17,19
  327:5 338:19
  343:17 345:3,6
  346:6 358:3,21
  363:8 378:17 380:2
  380:18,21 382:1
  384:9 387:24
  393:25 394:5
  398:18 408:13
  410:7 411:3
**line's** 364:14
**lines** 18:17,20 25:13
  25:18,19 29:21

30:12 31:24 36:21
41:9 43:21 53:23
54:23 55:21 60:17
67:15 68:9 69:4,18
83:20 93:7 95:15
96:22 100:12,12
101:1 102:19 104:2
122:2 123:7 142:5
145:22 146:16
148:2 157:20
161:22 162:8
163:10 164:10
170:4 193:6,18
197:9 200:21 205:9
208:11 210:25
211:22 212:3,11
217:22 218:12
219:3,13 223:1
225:3,12,17 229:8
229:11,13 251:12
251:18 257:9
258:13 265:15
280:3,5 336:18
339:10 345:12,19
360:7 363:4,9,14,15
364:1,2,20 370:18
370:19 384:1,6,25
386:18,20,23
387:10 391:22
397:21 401:20
**link** 277:1,3 303:2
**linked** 63:21 85:22
**lisa** 407:5,10
**list** 19:2 36:9 52:1
76:13,20 77:1 81:20
131:2 132:20,25
133:9,21 134:10
135:4,10,10,16
139:5 140:7,12
150:15,16 151:16
151:18 152:5
154:17 155:10,15
156:3,10 158:17,20
170:16,20 171:18
172:16,17,23 173:4

173:6,18 174:5
176:7 179:6 180:14
183:12 184:17
185:3 186:12
187:18 192:18
240:5 247:18,21,24
248:20,21,22,24
261:2 266:14
267:18 269:3,4
270:9 274:15
275:21 276:24
281:12 284:3,4
287:10,25 288:20
289:8 290:5,11,17
291:22,25 292:6
293:10 294:10,22
308:6 309:19
315:12 330:21
349:18 350:12
356:24 361:21
374:13,22,22,25
401:3,7
**listed** 359:14 374:13
390:24 410:7,17
**listen** 213:15
**listening** 213:12
**listing** 278:2 410:7
**lists** 81:6 157:9
249:11 284:7 288:6
310:9 327:6 374:14
374:19
**literally** 342:12
**litigation** 5:17
**little** 4:15 10:2 18:3
94:11 117:21
120:17 190:25
318:2 353:20 354:5
356:8
**live** 213:24 214:1,2
215:7 295:17,20,23
296:6 311:1 325:18
334:18 366:7,10,14
**lives** 309:22
**llp** 1:15

**load** 63:20,23 64:1
308:10 314:1 329:1
329:13
**loaded** 248:20
300:12,15 308:25
314:12 327:13
398:3
**loading** 315:20
**lobby** 44:19
**logged** 326:2,5,17
**logistics** 220:2,14
328:1
**long** 123:18 135:10
253:1,20 292:1
371:13 376:12,14
377:3 397:14
**look** 28:1 33:3,16
42:19 47:19 58:12
64:6 71:15 73:21
74:22 85:6 89:12,23
90:17,21 95:8,24,25
106:8,11,14 108:24
112:11 113:12
117:1 122:20 124:2
124:10 125:9,11,22
128:15,16 134:10
135:24 144:14
145:24 149:17,18
149:22,23 150:12
153:2,11,24 159:3
175:16 177:18
180:19 184:7
185:17 186:20,24
194:3 198:19
202:22 210:14
234:11 237:11
238:16 239:18
240:10,13 245:25
246:21 270:2,18
272:10 275:8
277:24 279:7 280:2
280:25 283:7 285:4
296:3 302:1 304:5
309:18 313:24
315:9 317:1 322:3

328:14,18 348:16
353:24 356:14
358:8,18 371:12
382:3 384:20
398:12 406:3
**looked** 90:13 148:14
187:4,12,16 226:8
251:22 253:7
259:12 274:3
280:23 284:4
304:21 345:16
350:9 356:8,24
361:12 384:13
385:16,19 386:3
**looking** 35:3 53:18
54:6,18 56:5,9,23
56:24 57:2,3 64:16
114:15 124:4 133:6
134:20,23,25
140:16 150:24
170:1 185:6 186:7
190:8 210:2 212:19
213:3 263:11,19
267:5,21 285:18
290:8 300:17
309:21 310:3
339:24 342:7 381:3
381:5,7
**looks** 28:12 64:7
73:13,19 75:22
84:18 89:15 90:6
114:20 115:21
130:6 135:9 154:2
156:3,22 175:21
177:22,22 180:24
181:24 185:2,24
194:6 196:13
198:22 203:22
204:3 213:11
234:22 246:3
247:16 275:11
278:2,3,10,13
284:10 285:20,24
286:6 287:7 302:7
316:11

**losing** 381:12
**lost** 382:11
**lot** 7:21 16:14 17:11
44:25 46:17 109:3
109:16,20 116:1
159:15,18 216:10
217:4 218:4 257:20
257:22 310:10,11
310:12 322:20
371:16,18,19
385:17 386:5,11
398:7
**loud** 4:16 18:13
**low** 338:1 339:16
344:23 345:8
**lower** 308:16 310:11
**lowest** 140:20 263:8
**lump** 386:17
**lumping** 391:22
**lunch** 131:6 141:18
141:21,25 203:22
203:24,25 204:7
**lunches** 44:18
203:16 206:4,6

**m**

**m** 21:2 184:24
200:17 249:19
277:16,18 279:12
279:13 285:5
313:12 358:17
383:8
**ma** 1:13
**machine** 80:20
251:24 256:1,6,10
256:14,22 257:7,8
259:24 260:1,17
310:25 338:8
**machines** 78:9
**macivor** 1:17 2:5,7
4:20 27:6,17 29:24
30:16 31:4,15 32:1
32:3,6,8,11,17 33:5
33:13,23 34:9 35:15
36:10,22 37:2,15

38:14 40:1 41:10
42:22 43:1,24 45:2
47:5 53:7,25 54:2
54:12 55:8,14,18
56:15,25 57:12 58:2
62:11 63:7 66:21
67:16,24 68:2,5,13
68:22,25 72:3,16
81:24 82:3,13,15,17
83:2 84:6 88:12,15
88:20 92:14,21
93:21 94:2,7,10,15
94:18 97:12 98:10
98:13,20 117:12
124:19 126:21,24
127:5,7,9 128:8
131:5 134:17
138:18 141:3 142:9
143:14 144:21
146:3,5,21 147:4,8
147:11 148:9,24
150:3 152:24
157:21 160:6,16,25
161:25 162:12
163:14,19 164:12
164:16 165:6,17,19
165:25 166:4,8,14
166:18 170:7
171:15 172:25
175:1 177:14
179:21 180:18
181:23 183:6 184:4
185:19 187:13,15
187:22 189:1,15
190:4 192:9,21
199:14,19 200:4,24
201:21 202:9,13,16
206:3,11 207:7
211:1,5 215:15
218:13,17,19 219:6
219:14 221:20
223:10,17 229:17
229:22,24 238:13
239:5 273:14 281:4
281:8 328:12 334:2

377:22 378:8 379:6
381:5,11,13,25
383:2,15,19,21
384:17 388:20
389:11 391:17,19
395:5 396:22,25
402:2,14 403:1,3,6
403:14,17 404:5,18
404:21 405:2,5
406:19,22
**madam** 408:10
**madeline** 20:18 21:1
321:5
**mail** 64:7,12 66:2
73:15,20 74:16,22
75:1,12 83:19 84:17
88:19,22 91:14 95:6
95:8 97:24 101:16
101:21,23,24
107:17 111:22
112:12,22 113:3
114:17 117:25
118:6 127:15
129:12 133:7 138:9
154:2 159:23
166:21,23,24 168:3
172:9 175:16
177:18 179:8 180:2
180:6,22 184:7,10
185:1,14 187:4,12
187:23 188:2
191:16 194:5
198:19 199:6,8,16
199:21 201:20,25
203:5 210:14,17
212:19 213:4,10
220:14 232:7,13
239:23 240:14
241:1 246:22 248:3
250:1 252:5 268:25
269:3,8 271:16
274:2,21 275:11,16
275:23 276:25
278:12 281:11
282:19,21 283:1

285:20 287:7
289:18,21,24 290:3
290:15 291:15
292:23 296:5 297:2
297:8 298:4,4,17
299:13 300:1,4,7,17
301:17,20 302:6,10
302:11,20,25 303:6
303:8,10 304:23,24
304:25 305:5,8,9
307:13,16 308:5,11
309:15,18,19
310:15 311:10,13
312:24 313:25
315:9,10 316:2,6,10
316:23 319:11
320:16 321:4 322:4
322:10,14,17
323:21 328:18,19
332:4 333:17
334:23 335:3,6,7
337:14 338:13,18
339:24 340:3
343:16,20 348:16
348:17 350:16,19
353:15,19,24 356:7
361:11 367:10
368:15 373:12,21
375:13 385:2 389:6
389:9 390:16 391:1
391:4,5 395:7
406:10,17
**mailed** 167:18,21
168:2 263:14
**mailing** 175:21
406:10
**mails** 47:19 73:12
77:14 80:11 110:17
113:22 117:20
122:17 139:12
145:12 185:25
199:5 226:8 231:6
259:13 262:8
273:22 278:7 302:2
303:1 305:12,15,16

349:21 374:6
**main** 15:24 152:10
224:19 346:1
**maintained** 291:25
**majority** 110:4
**making** 20:9 44:6
60:16,16 69:3 97:7
110:7 140:1 178:7
179:5 188:8,14,15
200:2 242:1 247:9
247:12 255:19
320:19 332:15
333:3 339:1 340:20
348:19 403:3,20
**management** 92:8
210:22
**manager** 38:7 46:17
137:13,16 198:24
204:5
**managers** 45:11,21
316:11,24 368:1
**manner** 258:14,18
258:22 266:8 299:8
327:22 364:3
**manually** 236:5,8
366:15
**march** 85:11 95:6
95:13,25 101:17
102:9 106:17,18
107:9 129:7 149:8
155:24 156:2,11
166:22 169:7
246:14,15,15,18
247:14 248:4 250:1
251:13 259:20
272:8,16,19 279:12
279:12,14 280:25
281:13 287:2
289:19 295:4,7
296:19 297:3,7
298:4 299:2 300:20
315:9 321:4 328:18
356:8 361:11 362:3
367:6,7,11 368:22
369:9

**marilyn** 71:12 73:22
79:3
**marilyn's** 71:19,20
75:14
**mark** 23:12 25:25
26:11 46:23 58:4
74:11 78:13 84:22
89:4 233:18 237:4
309:12 321:3
**marked** 26:2 27:21
28:1 46:25 47:18
58:6 72:4 74:13
78:18 84:24 89:6
95:3,5,22 107:14
114:9 116:22 122:5
122:12 127:13
128:10 132:9,11
135:22 139:22
141:2 153:19 159:7
165:5 175:15
177:16 179:20
194:2 196:11
198:12 202:21
238:15 239:18
244:4 248:1,7
268:23 275:14
277:23 278:5 279:3
280:4 282:1,5
289:17 292:19,22
295:6 298:6 299:15
300:3 302:5 307:11
307:15 309:14
311:9 313:20
315:18,25 316:5
320:22 321:9 322:7
328:11,17 332:1
337:13 338:11,24
340:2 344:1 348:23
350:17 353:14
356:12 367:2,9
368:19
**marker** 233:18
**market** 29:21 30:2,7
363:15 364:3
392:18,22,25 393:5

**marketing** 8:22 9:6
9:13 10:9,11 11:1,9
11:11 12:1,1,3,3,7
12:10,16,21,22
16:11,15,17 17:4,5
17:23,25 18:5,10,18
19:3 21:12 23:9,13
24:10,13,21 25:6,15
38:7,9,19 44:5
46:10 60:23 72:10
72:15 73:13 77:20
79:13 86:20,24
98:16,18,22 103:3
113:19 136:5,25
137:8 143:2,11,22
145:23 146:2,15
147:3,19 162:7,21
164:3,5 193:22
196:25 197:21
199:4 210:21
216:12,24,25,25
217:4 232:25 237:1
260:7,22 282:23
283:12 296:15,21
297:5,10 301:17,18
301:20 330:10
339:8,10 364:17
**markets** 73:16
121:22
**marking** 245:25
268:21 275:8
289:15 295:2 298:3
299:12,25 302:1
311:7 313:14 315:8
320:15 322:2
331:23 337:11
338:6,17 339:23
343:16 348:15
350:15 353:10
356:6 368:13
**marovich** 141:15
**martin** 1:15
**maryland** 252:7
**master** 290:11,16
291:1

**match** 154:4,14,21
155:5,7 156:4,9,14
170:17 178:14
315:15 356:14
**matching** 156:10
178:25 179:2
**material** 24:8
**matt** 94:11 131:25
147:9 166:11
238:10 373:7
384:18
**matter** 1:2 54:14
94:11 105:4 233:25
407:15
**matters** 54:15
**matthew** 1:11,12
5:15 408:5
**mccue** 1:11,12 2:3,6
4:2,12,15,22 5:1,3,9
5:12,15 6:4,5,25 7:2
7:15,16 8:5,8,14,25
9:20,22 11:24 14:3
14:5,8,11,14 15:13
16:23 18:15 19:9,11
19:13 20:1,3 21:4
22:9 23:5 25:25
26:4,8,14,17,25
27:4,8,16,18,22,24
28:8,22 29:11,14,25
30:8,17 31:7,9,19
32:14,21,22,24,25
33:9,19 34:2,14
35:21 36:13 37:6,21
38:18 40:6,11,21
41:13 42:24 43:5
44:3 45:6,19 46:9
46:23 47:2,4,6,8,21
48:1 49:3,11 50:15
51:7,9,13 53:2,14
54:17 55:11,22
56:14,18,21 57:5,17
57:22,25 58:4,7
59:16,19,23 60:9
62:14 63:11 64:2,10
64:15 65:15 66:17

67:10,17 68:6,16
69:15 70:18 71:16
71:22 72:2,5,20
73:7 74:11,14 75:10
75:17,18 76:6,8,18
77:7 78:1,13,17,19
81:12,18 82:7,14,16
82:19 83:6,11 84:1
84:10,22,25 85:1
86:3,6,9 87:13
88:18,23 89:2,7
90:23 91:5,9,17,19
91:21 92:16,25
93:19,24 94:14,19
94:24 95:1,4,21,23
97:16,22 98:17,25
100:7 101:15
102:22 103:11,19
106:1,10,21 107:13
107:15 108:14,19
109:24 111:17
112:4,10,20,21
113:1,2,9,25 114:4
114:8,10 115:6,8,9
116:21,23 117:7,9
117:16 118:22,24
119:2,18,21,23
120:23 121:1 122:4
122:8,11,14,16
123:1,3 124:14,18
124:20,24 126:9,19
127:11,14,24,25
128:6,13,14,20,24
129:20,23 131:3,7
131:11,13,20,21
132:1,4,7,10 134:7
134:21 135:21,23
136:17 137:17
138:22 139:3,18,20
140:3,25 141:4,9,19
142:13 144:10,12
144:24 146:4,12
147:6,10,18 149:20
150:19,20 152:18
153:5,21,22 154:10

154:12,24 155:1,6
155:22,23 157:5,7,8
158:6 159:2 160:8
160:22 162:4,19
163:7,25 164:22
165:14 166:3,6,12
166:16,20 167:16
168:1,24 169:6
170:13 172:5 173:5
174:1 175:6,12,14
176:5,19 177:15,17
179:1,18 181:15
182:1 184:6,23,25
185:23 187:11,14
188:1 189:4,20
190:10,19,21 193:1
193:3,24 194:1
195:10 196:23
197:6 199:23 200:9
200:17 201:6 202:1
202:6,19,20 203:13
203:14 204:1
205:22 206:17
207:11,14,25
208:10,13 209:21
211:3,6,7 212:24
213:2,7 214:2,7
215:5,22 216:2,6,8
218:7 219:1,23
222:5,6 225:1,16,19
226:18 227:3,25
228:19 229:1,14,20
230:2,16,25 231:13
252:6 255:2,13,22
258:25 268:10,25
269:18 270:22,24
271:4,14 274:12
275:18 276:3
281:14,20 283:6,16
284:18,24 288:9,17
288:20 292:12
293:11,24 294:2
307:4 313:8 317:22
324:4 327:11 331:8
331:12 332:3 333:6

339:12 342:11,21
343:3 347:21,25
351:7,16,21 355:7
355:15 360:16
361:13,13 365:19
369:14,21 370:8,14
371:4,13,17,21,25
373:5,14,16 374:5
375:3,9 376:13
378:2 379:3,15
381:3,10 382:9,24
383:6,8,11,23
384:12 385:10
386:7,17 391:25
396:18,24 397:2,5
399:22 401:11,13
402:8,20 403:10,12
404:6,8,16,20 405:7
405:11,15,19,22
406:7,9,13,16,23
408:5
**mean** 15:5 17:1,24
21:19 23:22,22
28:15 31:17 43:9,15
44:15,22 63:15
64:13 65:25 75:8
87:11 92:2 100:1
101:4 104:23
105:23 116:1
118:12 119:14
121:13,23 125:9
126:11 135:13
138:11 149:4 151:5
151:8,11 152:3
158:24 161:2,4,15
168:3 175:11 176:6
178:10 182:12
191:7 198:11 211:4
214:19 225:23
235:1,2 241:11
242:19 257:20
261:5,10 262:2
263:18 268:5 277:2
284:10 288:25
332:22,23 343:4

360:18 372:18
373:11 379:17
382:23,25,25 384:2
384:3 385:18
386:23 388:15,21
388:22 389:2 394:3
406:3
**meaning** 90:5,18
186:12,17,23
201:10 289:9
**means** 64:14,19
65:24,25 98:24,24
125:5 160:24
211:20 213:22
290:19 404:22
**meant** 5:21 87:24
97:5 99:19 108:13
116:8 121:16
232:11
**mechanisms** 327:18
**media** 152:19 264:2
264:14 283:21,23
284:7 287:24 288:1
294:12,15,19 299:1
299:17,21 300:20
301:5 329:1,14
353:25 354:10
**media's** 353:23
**meet** 121:19,24
122:1 208:21 221:7
221:8 223:23
380:17,20
**meeting** 113:6,12
121:3,6,8,25 167:1
167:3 249:24 344:4
**meetings** 24:7
**member** 16:6 41:1
41:24 61:9 232:5
332:16 333:20
393:13
**members** 16:1 24:3
24:3,4,5,14 30:15
30:18,21,22 61:9
196:14 198:7,14
296:22,25 329:24

330:3 333:1,4 347:7
348:2,5 367:14
**membership** 16:3,6
18:8 30:19 79:14
80:1 199:1 329:25
330:8 331:11
332:16 333:20
334:20 347:10
387:5,6,6 390:25
**memberships** 40:3
82:6 97:8 98:23
**memories** 108:8
195:14
**memory** 10:24 11:2
21:14 24:20 25:21
33:21 37:9,13 43:6
43:14 44:5 47:12
56:22 76:24 85:13
93:3,20 101:6,17
108:3,22 109:11,14
110:6 115:15
118:10,14 120:12
121:2,12 123:24
127:18 129:6,7
132:24 137:19
142:20 149:2
150:25 151:14,21
152:21 159:11
161:6,18 185:6,11
191:18 192:6 202:3
**mention** 357:18
358:3
**mentioned** 25:17
51:2 58:17 288:19
304:18 306:7
329:16,23 339:11
375:13 380:12
387:22 388:2
**merged** 328:4 398:8
**merits** 150:12
**mess** 400:25
**message** 24:18
25:16,20,22 28:25
29:2,3,5 33:18 43:8
52:22 53:22 55:13

78:9,10 80:19,21
83:13,16 111:3
158:10 213:19
236:14 244:11,12
245:11,15,21 257:3
311:3 324:9 326:16
334:14 346:22
347:2 354:15,20
355:11,17
**messages** 24:22
33:21 43:19 52:19
54:8 61:15 67:12
97:10 98:7,19 99:3
99:8 167:7,11 259:4
344:25 346:11,18
351:15 352:14,24
355:4 365:23 366:3
391:24 392:5,18
**met** 166:25,25 222:7
271:8 380:23
**metadata** 279:14
**methods** 296:15
**miami** 1:19 208:3
**micky** 208:7,7
**micky's** 208:2
**microphone** 144:8
**middle** 7:7 89:1
240:13 248:2
315:10,14 338:21
368:14
**middleman** 172:23
172:24 173:4 177:9
184:17
**middlemen** 173:21
**midwest** 408:16
411:1
**mike** 70:13,24 73:20
111:4 112:23 113:4
119:8 120:14 121:3
121:6,20 196:13
197:7
**milliken** 9:5
**millions** 68:12
188:20,24

**mind** 7:23 52:12
53:4 54:21 58:18
62:20 117:7,8
140:14 182:24
269:16 279:20
285:18 339:7
381:12 394:8
**mine** 145:6
**minimal** 105:1
119:6 120:7
**minimum** 102:10
401:23
**miniscule** 401:6
**minute** 28:7,7
117:15 122:25
216:3 292:13
314:18 383:15
389:13
**minutes** 131:10,15
131:17 397:3
**mischaracterization**
69:5
**mischaracterizes**
34:10 84:5 88:17
98:21 146:7 148:22
162:1,14 174:24
181:22 184:2 190:3
206:10,13 229:18
294:2
**missed** 127:9
**mister** 108:13,14
**mitch** 71:7 198:22
199:7,12 389:23
390:6
**mode** 14:10
**model** 177:3
**modified** 279:14,23
279:24 285:14
287:2
**moment** 72:22 77:11
89:12 234:11
237:11 238:16
240:10 244:5
245:25 275:8
277:24 286:20

302:1

**moments** 28:1

**monday** 322:11

**monetary** 210:9

**money** 24:1,2 34:4
34:19 40:25 79:19
80:1 210:6 336:1,5
337:7 359:12 360:2
386:5,10 387:4,7,11

**mongiovi** 184:12,13
185:2,25 269:1,9
274:3,9

**monitored** 341:7

**monthly** 349:18

**months** 171:3,23
221:14 253:21,21
253:21 335:13,23

**mood** 67:4,7,8

**morning** 142:3
223:23 225:2,9

**move** 37:23 107:8
114:6 141:25
164:24 167:9

**moved** 295:11
296:19

**moving** 144:6,7

**multiple** 182:17
211:22 288:11
293:3 313:4 323:18
343:5 353:6 374:18

**n**

**n** 1:16 2:1 4:1 7:5
8:23,24 21:2 45:16
45:16,17,17 51:9
70:17 89:1 91:19
112:20 118:22,24
127:23,23,23
129:20 155:22
184:24 207:14,15
207:16,17,20
208:10 222:5
248:10,11 279:6,11
282:14,15 285:4
286:21 308:3,4

358:17 383:8

**n.a.** 196:25

**name** 5:15 6:21 7:4
7:5,11 8:4,7,9 22:12
45:7,23 59:9 70:14
70:21 71:8,10,11,20
71:21 97:2 98:5
119:22 127:21
152:12,13,16
184:22 193:20,24
200:15 207:20
213:5 218:1 231:24
248:9 264:5,9
277:15,15 279:8,11
279:17 284:12
285:11 304:2 314:1
345:18 356:15,17
357:7,10,12 358:18
390:8 398:4,21
408:6 409:3,4,15
410:3,4,21

**name's** 135:14

**named** 184:12
264:21

**names** 17:12 20:17
25:11 29:22 43:20
44:10 45:10 68:9
71:17 77:13 80:10
177:23 178:4,14,24
178:25 211:10
218:12 219:5
265:25 266:3
282:10 311:18
313:4 356:17
384:25 385:11
397:21

**natick** 1:13

**national** 290:22
291:18 308:17
312:11

**nativ** 279:2,6,9,11
280:5,9,20 285:2
286:15,21 287:1,24

**native** 279:4

**natural** 6:14

**nature** 110:2 273:2
400:23

**ncl** 1:18 387:16
388:7 389:4,20
392:4,16,21,25
393:4,9,14,18
394:10,16,19 395:7
395:12,16,18,24
396:2,6,11,15

**neal** 70:19,24
112:23 113:4 119:9
120:15 121:4,7,20

**necessarily** 63:10,15
190:7 214:20 310:8
371:2 389:3 398:5
404:4

**necessary** 372:22

**need** 6:7 54:25 68:2
68:25 94:18 100:17
115:11,18 123:11
132:12 136:15
138:7 146:17 147:6
162:23,24 211:21
237:7 250:23
308:17 340:5
349:11 383:17
398:11

**needed** 44:18 49:20
143:19 372:16

**needs** 117:9 314:2

**negative** 22:14

**nervous** 178:6 179:4
179:12,14

**net** 42:3,5,8 103:10
103:14,15,17 104:9
104:11 217:12
388:1

**network** 1:9 13:3
15:3,4 199:10 408:6
409:3 410:3

**never** 18:24 94:12
100:2,5 121:23,23
251:16 292:4
293:21 359:17

365:21 366:1 394:8

**new** 24:14 62:7
132:1 171:8 172:12
248:19,21 300:9
330:6 355:13
378:25 379:2

**newspaper** 77:14
80:11

**newspapers** 396:4

**night** 113:7 140:19
207:12 208:1,22
209:13,15 239:1
333:13

**nine** 178:3,13

**nods** 6:16

**noise** 14:5 141:22

**non** 60:24 61:6
260:21 330:13,21
358:5

**nope** 123:17

**north** 8:19 129:14
408:1

**northern** 1:1

**norwegian** 25:12,18
36:20 54:23 55:7
57:8 72:9 81:22
93:10 99:6 103:7
145:19 148:2 202:2
202:4 205:7,25
206:21 211:11,15
251:12 257:10
337:4 345:10
357:18 364:11,15
364:25 378:17
380:2,12,21 385:5
386:24 387:24
401:24 402:23
403:20

**nos** 46:25

**notarized** 408:15

**notary** 409:10,18
410:15,23 411:23

**note** 199:9 408:12

**notice** 398:15

noticed   405:7
**november**   1:5 203:5
  213:4 338:7,18
**number**   18:6 24:6
  25:8 29:6 43:9
  46:18 63:16 66:24
  67:9,12 68:20 126:5
  127:6 131:24
  142:15 159:17,19
  160:20,21 188:23
  214:24 215:3
  226:22 231:15
  240:1 248:18,20,21
  248:23,25 260:20
  269:16 273:13
  279:10 284:8,15,22
  285:21,22 286:2,3
  287:8,9,19 288:5
  318:18 321:23
  324:19,22 325:13
  325:25 326:17
  351:18 352:19,22
  374:21 383:1 401:2
  401:6,8 408:8,13
**numbers**   68:1,10,15
  75:25 150:16 151:5
  154:14,17,19,21
  155:11 156:10
  177:24 178:4
  182:17 188:22
  189:3 246:24 247:6
  260:15 263:25
  283:14 290:9
  311:17 314:3 321:7
  324:12 325:4,9
  342:7 347:15
  374:12,17,25 410:7

**o**

**o**   4:1 7:13 8:23,24
  29:12,12 46:6 51:7
  71:12,23 91:19
  118:21,22,23
  184:24,24 203:13
  208:10 285:4,5

  310:1 313:12
  318:10 383:8,8
  391:17,18
**o'clock**   131:10
**oath**   5:25
**object**   29:23,24 30:1
  30:16 31:4,15 32:1
  32:4,8 36:10 40:1
  43:24 44:1,1 45:2
  56:12,25 62:11,12
  66:21 67:16,24
  68:13,18 72:16 73:4
  82:15,24 84:4 98:20
  138:18 139:19,24
  142:9 146:13
  152:24 157:21
  161:25 163:16
  165:25 170:7,8
  172:25 177:12
  183:6 192:21
  199:14 200:4
  201:21 211:1
  229:17
**objected**   108:16
**objection**   32:18 33:5
  33:13,23 34:9 35:12
  35:15 36:22 42:22
  53:7,24,25 54:10
  57:10,10 58:1 63:7
  69:1,6,8,13 74:9
  75:4 76:15 77:3
  81:8,14,24 83:25
  85:23 87:7 88:9,15
  92:12,20 95:18
  97:11 98:8 101:12
  102:12 103:8
  105:20 106:7
  108:10 112:1,6
  113:8 114:1 126:2
  126:16,23 127:1
  133:10 134:16
  139:15 142:19,23
  143:12 144:18
  145:11 148:8,21
  150:1 160:4,25

  162:12 163:14
  164:12 165:6
  173:23 174:23,24
  179:11 181:21
  184:1 185:19 187:2
  187:20 188:25
  189:12 190:2 192:9
  195:5 197:15 198:3
  199:19 200:24
  206:1,9 207:5 209:1
  209:9,16 211:4
  215:13 218:13
  219:6,14 226:15,25
  227:18 228:15,23
  229:5 230:11,21
  255:2,13,22 258:25
  268:10 270:22
  271:4,14 274:12
  275:18 276:3
  281:14,20 283:6,16
  284:18,24 288:9,17
  293:11,24 307:4
  313:8 317:22 324:4
  327:11 331:8,12
  333:6 339:12
  342:11,21 347:21
  347:25 351:7,16,21
  355:7,15 360:16
  365:19 369:14,21
  370:8,14 371:4
  373:5,14 379:3
  382:24 384:12
  386:7 396:18,23
  399:16 401:9,10
  402:2,14 403:1,4,6
**objections**   68:3 86:5
  147:4 165:17
  206:19
**observation**   72:13
**obtain**   5:22 24:14
  77:12 80:10
**obvious**   88:1
**obviously**   17:7
  135:14 316:17
  400:17

**occasion**   93:4,20
  200:21 202:25
  203:16 204:12,17
  205:1 228:2 324:11
  342:25 346:3
  386:13
**occasional**   100:9
**odd**   120:17
**offer**   34:13 39:20
  40:4 204:12,17
  205:25 305:20
  330:24 335:12
  338:1,9 347:1,6
**offered**   331:6 334:8
  335:15 336:14
  339:2,16 341:20
  342:8,10 344:22
  345:24 346:6,9,16
  346:22 347:2
  358:24 359:11
  363:4 379:8,11
**offering**   34:22
  340:25 345:7,17,23
  346:4,13
**office**   1:12 70:11
  96:18 218:21
**officer**   163:22
**officers**   21:5,9
**offices**   235:23
  253:14 256:2
**official**   168:8 407:14
  409:15 410:21
**oftentimes**   110:20
**oh**   7:1 9:18 14:6
  37:3 72:3 76:22
  94:8 107:2 119:17
  122:25 132:6 141:1
  144:8 155:2,4
  163:14,14 179:21
  181:13 220:21
  234:2 239:6 249:20
  281:8 285:8 361:3
  375:13 378:10
  393:14 403:5,14

**okay** 4:14,17,21
5:20 6:9,11,14,19
7:14,15,20 8:13 9:8
9:14,25 10:10,13,16
10:21 11:3,8,13,23
12:6,12,19 13:1,17
14:4,7,11,12,23
15:8 16:2,11,15,24
17:7,10,10,24 18:3
18:11,16,19,22 19:1
19:12,16,20,24 20:6
20:11,16,21,24 21:8
21:14 22:5 23:4,11
23:18,20,24,25 24:4
24:9,13,20 25:3,10
25:24 26:5 27:20,22
28:5,14,18 29:2,15
29:20 30:4,18,24
31:10,20 32:5,21
33:10,20 34:15,18
34:21 35:1,22 36:4
36:7,17 37:7,22
38:5,8,25 39:3,7,12
39:22 40:7 41:2,6
41:14,25 42:3,8,12
43:6,18,23 44:9,21
45:8,9,20 46:3,12
46:15,21 47:17,25
48:2,7,10,13,23
49:8,19,22 50:3,6
50:11,16,21 51:2,14
52:15 53:3,19 54:18
55:4 56:20 57:6,18
58:4,15,21 59:1,10
59:13,21 60:4,12,13
60:17 61:4,11,14,18
61:23,25 62:6,6,6
62:24 63:2,12,18
64:6,16,22 65:4
66:1,3,8,13 68:4
69:24 70:2,13,19,22
71:24 72:21 73:3,6
74:1,6,25 75:11
76:23 77:8,18 78:25
79:5,18,25 80:15

81:4 82:9 83:7,12
84:11 85:5,8 86:10
87:1 88:5,24 89:13
89:14 90:24 91:10
91:18,20,20 92:6,9
93:1,10 94:24 95:11
95:12 96:3,10 97:9
97:17 98:18 99:1,6
99:16 100:8,15,19
100:24 101:6,11,16
101:21 102:2,9,23
103:7,12,20,25
104:15 106:25
107:2,2,4,12,22
108:20 109:4,9,25
110:5,11,19 111:3
111:15 112:11
113:6,14 114:14
115:15,22 116:13
116:24 117:19,24
118:13,19 119:17
119:20 120:5 121:2
121:17 122:3,10
123:8 124:2,11,15
124:23 125:8,21
126:8,10,19 127:3,9
127:11,17 128:23
129:6,17 130:2,8,12
131:1,11 132:17,17
132:18 133:4,6,17
133:23 134:4,22
135:4,8,15,20 136:1
137:4,10,18 140:4
140:24 141:24
142:14 143:2 144:9
144:9,9 145:8,15
148:1,13,18 149:2
149:14,23 150:7
151:7,10,25 152:5
153:6,25 154:4,11
154:15 155:9
157:13,17 158:7,13
159:6,20 160:12,23
161:6,15 163:3
167:3 168:6,9,12

169:23 172:15
173:10,17 175:18
175:19 176:9,15
177:4,20,25 179:25
180:6,21 182:2
183:5,10,21 184:7
184:15,20 185:10
185:14,24 186:15
189:8 190:20,24
191:6,17,18 192:2
194:12,18,24
195:11,13,24 196:8
196:17 198:25
199:7 200:10,18
201:7 202:2 203:4
203:10 204:8,23
205:6,10,14,17
207:12 208:5,14,19
209:14,22 210:9,12
210:16,23 211:13
211:25 212:7,19
213:1,14,23 214:8
214:18,21,25
215:10,22 216:2,7
216:23 217:6,8
219:2,12 220:15,24
221:8,18,23 222:3
223:6,8,15,17,25
224:3,15 225:7,11
226:8,19 228:10
230:18 231:1,10
232:20 234:2,10
235:10,20 236:11
236:15 238:7,12,17
239:1,8,14 240:13
241:8,21 242:22
244:14,19 245:13
245:19,24 246:5,8
246:18,21 247:8,25
248:16 249:20,20
249:21 250:17
251:4,11 252:15,16
253:24 254:1,11
255:18 256:4 258:1
258:12 259:12

261:2,12,20 263:6,9
266:11,19,22
267:20 268:13,16
268:20,22 269:22
270:5,7,14 272:13
272:14,22 273:5,17
274:2,7,17 275:15
275:25 278:6,25
279:7,19,25 280:12
280:17,23 281:17
282:1,4,16 283:9,11
283:19 284:6,21
285:1,10,14,17
286:1,9,9,13,19,22
287:2,4,9 288:3,11
289:16 292:10,17
292:21 294:8
295:14 296:3
297:20 300:8
301:23,25 302:4,9
303:23,25 305:2,7
305:14 306:15,19
306:24 307:6,10,12
307:16,19 308:2
309:5,13 311:6,8,12
312:13,18 314:16
315:4,7,24 316:6,23
317:7,17 318:4,24
319:3,10 320:6,14
320:23 321:25
323:6 324:7 325:21
326:7 327:15 328:7
328:20 329:16
330:24 331:22
333:8,24 334:19
335:1,10 337:10,12
339:15,22 341:10
341:17,24 343:3,6
343:10 344:22
345:10 346:20
347:5 350:14 353:2
353:9,15,18 354:12
354:19 355:3 356:5
356:18 359:10,13
359:19 360:9,11

361:6 362:18
367:23 368:12,14
369:9,23 370:10
371:7,25 373:1
374:11 376:12
377:19 378:5,10,19
378:23 379:7,10,14
379:21 380:5,11,20
381:1,11,14 382:13
382:17 384:13
385:8,15 386:9,16
387:14 388:2,6,11
388:14 389:4,12,16
389:19,23 390:9,15
390:19,22,24 391:3
391:7,10,14 392:2
392:20 393:3,8,13
394:9,16 395:2,23
396:6,9,15,22,23,25
397:14,19,23 398:3
398:6,14 399:1,5,10
399:23 400:2,22
401:22 402:21
403:11 404:5,8,9,20
406:7

**old**  248:24 332:15
**once**  61:8 183:8
214:12 306:15
367:24 405:12
**one's**  106:17
**ones**  322:18 328:23
328:23
**online**  21:15,21 22:4
22:6 24:7 51:11
**open**  4:13 72:14
229:2 279:16,19
285:17 287:3
**operate**  174:20
**operated**  258:14,19
258:23 266:8
**operation**  257:19
**opinion**  58:18 146:1
146:18 157:17
187:17 242:5
291:15

**opportunities**
206:20
**opportunity**  405:17
**opposed**  346:4
**opt**  37:18 51:3,4,5
51:10,25 52:8,19
53:4,5,9,12 54:5,21
55:5 56:22 63:5,15
90:14 91:13,17,18
134:11,14,24 135:5
140:6 148:3,6,15,19
149:4 157:9 158:22
172:12 179:2
182:17 183:11
185:3,16 186:17
228:3,10 230:7,8,13
230:14 263:14
266:18 267:6 285:4
294:20 313:1,6
361:24 376:2,5
401:2,7

**opted**  51:15 56:9
90:8 171:19,23,25
172:3 246:25
**opting**  36:24 37:4
51:6 55:19 56:1,3
57:7 91:16
**option**  326:12
405:24
**opts**  51:11 53:20
**order**  35:23 36:3
57:21 83:4,8,9
94:15 219:4 333:1
**ordinary**  90:25
**oriented**  267:21
**origin**  288:11
**original**  172:17
293:22
**orms**  407:12
**outfit**  146:1
**outloud**  316:9
**outside**  34:23 41:20
236:4 242:9,15
250:17 256:4

**overall**  167:8
**oversaw**  261:16,18
**overseeing**  258:10
258:18 266:8
**owned**  19:14 58:22
165:15 303:14,19
**owner**  164:24 177:2
177:5 178:1,9
208:11
**owners**  19:19,21

**p**

**p**  1:11 4:1 7:12 51:7
70:17 71:12,23
91:19 285:4,4 310:1
408:5
**p.m.**  114:18 240:21
**pa**  1:18
**package**  194:23
334:21 335:5,8,17
345:23 346:4
**packages**  61:5
260:25 261:1
330:25 346:23
347:7
**page**  2:2,10 22:21
23:1,3 42:19,23,25
64:24 73:1,10,14,19
73:24 75:12 76:4,9
76:19 80:6,6 87:25
89:19 90:1 107:17
108:1 112:11,12
115:2,4 118:6 124:3
124:3,10 125:11
128:16 132:13
139:4 154:16
156:16 159:4
233:18 239:19
240:14 248:3
252:17 296:4
301:18,21 302:10
303:11,13 304:6,17
308:12 313:25
316:19 317:1,21
322:3 332:9 356:18

**357:**1,2,6 358:13
388:3 398:23 399:7
399:9,13,25 408:13
410:7 411:3
**pages**  35:18 122:22
128:17 280:3 302:7
302:13 307:3 318:1
353:11 397:25
**paid**  41:16 209:8,12
209:15,18,20
335:22 349:17
**panici**  70:12,16
73:21 75:12 79:3,21
89:18,21 90:5 96:11
96:25 98:3 99:12
101:2 104:18 105:6
105:11,13 108:6,12
111:4 114:21 115:2
115:4,10,17,23
120:19 121:9,20
144:1,13 145:16
148:15,19 149:3
162:22 164:6,25
195:14 196:2,5,6
203:5 228:2 361:7
362:2,7,20 376:14
376:15,18 395:1,4
**panici's**  96:17
105:18
**paper**  131:24
314:23,25 315:15
315:20 400:14,24
400:25
**paradise**  15:14
**paragraph**  125:3
296:5
**parameters**  263:9
310:4
**pardon**  50:12
**parent**  16:13 17:25
86:19 197:1
**parentheticals**  76:4
76:10
**part**  22:1 48:22,25
49:2 138:3 140:14

149:16 181:16
224:19,25 235:16
239:16 250:8
257:14 283:1
316:20 345:13
351:8,11 410:9
**partially** 307:7
333:11
**participate** 241:25
244:23 256:23
**participating**
123:24
**particular** 84:9
129:3 382:10
390:16
**parties** 18:23 59:3
232:17 242:7
265:16
**partner** 103:23
195:3,7,12,12,16,25
197:22 388:12,15
388:22,25
**partnership** 195:22
**parts** 16:19 140:16
**party** 26:3 36:2
145:25 146:17
147:22 169:14
218:3 236:9,9,13,25
237:19,25 240:6
241:3 243:11,15,20
244:7,13,14,15
245:13 246:7,8
250:10 251:19
254:4 259:8 276:18
276:19,22 295:21
297:21 313:17
364:20 393:10
**pass** 90:17,19
146:25 199:9 200:1
238:11 262:22,24
263:2,3
**passed** 143:6 163:1
164:18
**pause** 4:11,19 28:3
58:14 71:18 76:2

94:9 105:25 107:21
114:13 117:3,5,10
117:15 141:22
144:5 170:12 234:3
292:11 300:22
303:22 309:6,9
320:25 363:1
382:14,18
**pay** 38:12,24 39:1,3
39:5 209:11,13
347:10
**paycheck** 10:10,16
12:4 17:22
**paychecks** 10:22
14:21
**paying** 79:10,12
**payment** 39:9
**payments** 104:2
**peer** 213:19
**people** 16:5,18
37:17 39:19 40:3
45:11 51:25 56:9,23
60:1,1 61:3 62:1
64:20,23 66:5,9,19
75:24 76:11 87:10
102:16 104:20
105:3 111:6 116:2
153:12 158:14
174:10 176:22
177:3 178:25
194:17 195:9 202:7
203:17 210:6
213:23 214:9
239:24 242:20
245:4,7,8 260:16
263:13,19 267:6
292:4,6 308:19
319:2,3,7 323:17
325:12 326:20
350:2,5 358:9
379:17 389:1
**percent** 71:1 164:1
353:19 402:19
**percentages** 65:9,13

**period** 31:13 261:20
262:11 294:15
315:4 322:24
323:23
**perk** 379:7,10
**perks** 205:24 207:4
378:3,13,16,20
**permission** 339:5
**person** 40:24 41:19
41:20 51:11 57:16
215:7 232:8 295:22
295:23 313:4
358:12
**person's** 41:1
**personal** 48:14
49:12 147:2 169:19
233:7 255:4,8
347:11 378:16
392:3 406:16
**personally** 50:16
105:7 118:14
145:15 261:12
373:10 377:17
404:25 409:11
410:15
**persons** 378:4
**perspective** 110:6
**pertained** 232:17
**peter** 7:12 155:11,16
170:20 175:21
176:6,6 178:5
180:24 181:17
183:22,23 184:11
184:23 267:16,17
269:1 271:8,12
273:12 275:12
292:24 360:18
**peter's** 176:9,16
180:25
**ph** 20:19 153:6
159:25 222:1 374:5
**phil** 5:17
**philip** 1:3 283:14
284:17 408:6 409:3
410:3

**phone** 5:16 13:25
29:3,4 54:8 61:22
61:22 62:23 63:1
67:2 76:12,20,25
77:5,16,20 78:3
80:12,16 102:16,17
150:16 154:4,14,17
154:19,20 155:10
156:4,9 177:24
214:5 223:20,21
232:7,16 233:1
240:1 260:11
268:15 283:13
284:8,15,22 285:21
285:22 286:1 287:8
287:9,19 288:5
295:22,22 298:19
298:21,22 311:17
324:12,19,22 325:4
325:25 326:17
335:16,22 336:13
359:15,22 374:12
374:17,24 381:21
408:2
**phones** 50:22,25
52:7,9,21 175:23
176:1 360:21
**phrase** 82:11
**physical** 126:6
234:6 279:1 319:12
319:13 320:7,18
400:13,23
**physically** 210:24
217:20 319:4
**pick** 49:24
**picked** 157:13
**picking** 62:23,25
**pile** 249:23
**pinnacle** 103:21,22
**pinpointing** 133:5
**pitches** 328:23
**place** 243:11 253:4
254:12 255:21
259:16 272:7
273:11 274:9

314:17,21 353:4
362:4 364:6 382:11
**placed** 313:21
**places** 57:2
**placing** 240:4
**plaintiff** 1:11 26:24
27:2 283:5 288:5
**plaintiff's** 26:3,4,20
27:14 69:1 220:16
220:20
**plaintiffs** 1:6
**plan** 123:6 238:25
**planning** 131:5
**platform** 115:11
**platt** 71:7 198:23
199:8,12 389:23
390:6
**play** 14:9 55:21
257:14
**played** 97:9 153:3
311:3 354:15
355:10,11 365:23
366:3
**players** 136:3
**playing** 14:6 83:13
**plc** 1:15
**please** 5:7,7 68:5
199:8,9 214:5
239:25 240:10
246:23 314:3
316:19 343:22
367:20 368:16
369:1 381:23
406:15 408:11,11
**plus.com** 285:4
**pocket** 79:11
**point** 22:19 31:20
38:8 51:15 116:13
119:8 141:5 147:21
158:19 178:22
180:13 182:15
183:1 185:22
215:20 221:25
224:6 225:25
234:19 235:8,11,15

253:12 270:14
271:17 272:22,25
273:10,21 319:15
320:9 325:20
328:25 333:18
335:4 340:19
343:24 344:3
345:16 355:23
359:21 372:18
397:14 399:5
402:17,22
**points** 316:17
**policies** 306:3,7
**pop** 158:2,3
**populate** 325:6,10
**populating** 321:15
**port** 38:12 39:4
41:16 309:22 310:1
**portal** 71:12,22
73:22 75:22 77:12
79:3,21 116:15,16
252:7,19 373:2,10
**portion** 39:2,5 79:12
80:1
**portray** 199:15,20
**position** 73:12
162:17 216:12
**possession** 400:19
400:21
**possible** 147:21
148:11 151:11
178:6 342:5 370:5
374:24 377:25
**possibly** 340:16
**posted** 126:22,22
197:25 198:6
**potential** 330:6
**practice** 378:24
379:5
**practices** 31:2 72:11
72:15 129:10
**pre** 24:17,21 25:1,6
25:10,16 28:25 29:3
29:16 33:17 42:21
43:8,19 50:24 52:18

52:21 53:22 54:8
55:12 60:10,13,18
60:18 61:15 62:18
63:3,19 67:12 69:3
83:13 85:22 97:10
98:6,19,23 99:3,8
167:6,11 169:8
183:16 189:9
213:24 214:2
218:11,22 219:13
223:2 225:4,13
227:7 228:10 259:4
259:8 311:2 334:14
344:25 346:10,17
346:21 347:2
351:14 352:14,24
354:20 355:4,10,17
365:22 366:2
391:24 392:5,17
397:8,16,19 401:18
401:25 403:21
**predicate** 32:9,11,12
33:6,14,24 35:16
36:23 37:2 38:15
41:11 43:2 45:3
47:13 54:3,11 57:13
62:13 63:8 72:17
82:3 88:16 146:7,8
146:23 147:5
160:17 162:13
163:20 170:8
189:15 200:5,25
201:23 219:15
229:18 402:3,15
403:7
**predictive** 58:20,24
60:2 178:18,19,20
178:22 233:2,5,8
234:21 235:7,12,17
235:22 236:7,9,13
236:25 238:4
239:12 241:2,18
242:8,11 243:2,7,12
243:16,21 244:16
245:17 246:9 247:9

247:12,23 250:19
251:8,19,23 253:14
254:13 255:12
256:1,6,10,13,18,22
256:25 257:7,8,16
257:19 258:15,19
258:23 259:6,9,15
259:17,24 260:1,12
262:12 265:22
266:4,9 268:3
276:10,18 297:25
299:18 306:12,25
308:7 309:3 310:4,9
310:18,24 311:3,15
311:16,22 312:2,3
312:19 313:22
314:16,20 317:6,10
317:11 320:12
321:20 323:4 324:2
326:23 327:1
329:21 330:2,3
334:9 337:22 338:2
338:8 339:1,19
340:10,14,15,20
341:12,16,25 343:7
344:16,18,20,24
346:10,17,21,25
347:6 348:18,19
349:6,16 350:25
351:5 352:5,6,8,12
352:19 353:3,4
354:13,17,25
363:18,22 364:21
364:25 365:5,8
366:11 387:15,19
393:1,15 395:21,25
**predictively** 320:11
**preferred** 35:8
102:24,25 103:5,22
104:10 387:23
**prepare** 123:22
**preparing** 124:7
**prerecorded** 142:8
142:22 211:9

**prerecords** 144:16
**presentation** 120:1
**presentations** 24:7
  232:9 241:13
  330:18 343:8,12
  344:10,13
**presented** 288:14
**president** 38:9,19
  44:15 46:7,10 73:13
  96:19,21 111:10,11
  111:13,14 136:4
  143:2,21 145:23
  146:14 162:7,21
  164:3 197:7 216:12
  216:24,25 217:3
**press** 28:12,15,24
  29:16,20 31:1,12,23
  33:3,11 35:4 61:24
  62:5 64:20 65:6
  66:3,6,19 67:14
  80:25 81:5,20 82:22
  83:4 84:16,19
  116:16 126:15
  145:10,17,20
  210:24 214:19,21
  215:7 226:10,14
  229:16 230:4,20
  231:5,8 252:8,20
  309:20 310:25
  322:20 323:3 324:1
  326:4,8,16 334:13
  337:18 340:9 351:1
  373:3,13 397:8
  402:13,25
**pressed** 65:2,17,18
  65:18 66:9 213:18
  327:9
**presses** 83:17
  338:21
**pressing** 326:12
**pretty** 261:7
**previous** 171:3
**previously** 116:18
  374:7 381:17
  384:14

**price** 311:19
**primarily** 77:20
  351:5
**primary** 258:1
  293:9 362:12 368:6
**principal** 155:14,17
**print** 54:8
**printed** 24:8
**prior** 9:12 158:21
  168:20 174:24
  190:3 235:25 236:6
  253:1 255:14
  256:21 275:4 348:6
  349:10 374:9 397:6
  397:15
**privacy** 306:3,7
**private** 375:14
**privy** 218:25
**prizes** 205:24
**probably** 119:4
  121:15
**problem** 178:23,24
  181:2 383:18
  384:17
**problems** 100:10
  211:19 376:20
**procedure** 409:5
  410:5
**proceed** 7:17 39:8
  181:8
**proceedings** 407:6
  407:15
**process** 39:8 90:16
  93:2 138:3 242:1,7
  244:24,25 245:2,9
  261:16 265:12
  334:20 399:20
**procure** 384:9
  387:10
**produce** 399:11
**produced** 279:9
  400:17
**product** 15:24 364:3
  386:1

**production** 408:16
  408:25
**products** 60:19,22
  242:21 359:13
  363:16 393:5
**professional** 143:11
  147:3,19 164:6
**profit** 60:24 61:6
  260:22 330:14
**program** 42:16
  333:23 345:13
  364:17
**programmer** 248:18
**programs** 256:19
  395:20
**project** 343:21
**promote** 60:19
**promoted** 67:14
**promoting** 95:16
  157:20
**promotion** 35:7
  317:14
**promotions** 15:18
  15:20 21:21 364:16
**pronounce** 213:5
**proper** 119:22
**properly** 29:16
**prospective** 198:14
**prospects** 198:9
**protection** 48:20
  49:14 51:20 52:10
  190:13
**protective** 177:2
**provide** 165:3
  187:24 242:10
  243:2,7 244:15,20
  258:13 265:24
  266:3 301:2 304:14
  375:15,18 376:4
**provided** 137:21
  145:13 174:13
  176:2 209:23
  262:20 293:22
  347:14 357:6,10,12
  358:19 365:21

366:1,5
**providers** 152:10
  360:1
**providing** 156:6
  199:25 312:25
**public** 409:10,18
  410:15,23 411:23
**pull** 143:15
**pulled** 100:17
  284:22
**punish** 108:4
**purchase** 59:4
  255:25 256:5,9,21
  257:7 261:13
  262:21 263:22
  264:1,13,17,20,24
  266:13 267:25
  294:19 300:20
  301:7 314:22,25
  315:5 319:12
  321:11 334:12,20
  336:15 349:7
**purchased** 36:8,14
  140:6 151:17,18
  152:6 172:23 174:5
  177:8 184:17
  187:18 233:8
  251:23 256:13
  262:16 276:7
  286:16 287:25
  288:7 294:14,21
  301:5 306:21 327:6
  334:24 335:21
  374:14 401:3
**purchases** 173:8
**purchasing** 51:3
  168:18 265:11,16
  266:12 275:3
  287:23 397:6
**purely** 353:4
**purpose** 194:24
  254:17 274:17
  333:3,22 347:10
**purposes** 184:15
  214:17 236:1,12

**[purposes - really]** Page 38

239:11 247:21
278:8 297:24
310:17 320:19
329:17 330:4,7
348:11,12,19
**pursuant** 363:8,14
364:1
**push** 388:8
**put** 58:10 66:6,10
117:5,12 125:17
132:2,4 156:23
157:1,3,5 159:17,19
194:13,20 212:3
214:24 215:1,3
239:24 240:1
249:23 314:2
327:16,21 328:4
355:13 361:21
381:21 399:4,6,8,8
**putting** 115:19
190:17 271:2,7
288:15 289:25
317:19

**q**

**quadruples** 7:23
**qualified** 295:23
**quality** 140:20
151:24 170:22
171:17 258:10
263:8
**quantity** 152:8
310:11
**question** 6:8 25:14
32:15 44:2 52:18
76:10 78:8 79:10
80:9,22 81:17 82:12
82:20 105:21
106:25 107:7
108:11 113:3 117:6
142:10 143:24
144:13 146:11,14
148:3 149:3 159:4
165:21,24 170:10
177:13 185:10

187:14 199:15,20
200:6 201:1,22
206:19 207:23
209:2 211:8 230:1
247:6 248:17 255:1
255:5 297:6 373:7
383:23,24 396:10
403:15
**questioned** 293:21
**questioning** 73:5
166:1 170:25
184:16 222:10
268:24
**questions** 58:13
73:1,23 75:7,14,23
79:6,22 80:7 99:20
107:20 108:2
132:16 210:4
222:11,14,15 223:4
223:4,7 224:18,21
224:22,23 225:3
227:23,24 254:19
254:22 271:25
316:20 343:23
353:13 360:19,20
371:18,20 377:20
378:2 382:9 385:10
386:17 392:15
397:24 398:1 400:3
403:15
**queue** 239:25
338:22
**quick** 141:7 202:22
377:24 381:2
**quickly** 97:1 98:4
142:1 398:13
**quintana** 248:4,10
248:16
**quite** 370:5 374:24
**quote** 378:3

**r**

**r** 4:1 7:13 8:10,10,11
8:12,12,23,24 19:9
29:12 46:6 71:12,23

112:20 113:1
127:23 154:22,24
155:1 176:10,14
208:10 279:13
310:1 356:15
391:17,18
**r&g** 58:22
**rader** 1:10 2:3 5:8
5:13 7:17 8:10
26:24 27:1,5,11,25
47:9 58:8 69:16
72:6 85:2 95:5
96:15 122:20
124:25 134:8
141:20,24 164:23
166:21 186:11
193:4 216:9 231:23
232:1 234:5 298:7
408:9 409:4,9 410:4
410:13 411:20
**rader1** 26:13,15
**raise** 5:6,7 109:18
**raised** 274:10 346:2
**raising** 115:17
**rakow** 390:19
391:16
**ramification** 189:19
**ramped** 105:4
**ran** 18:7 45:18
398:8
**random** 157:14
**rare** 201:3
**rate** 205:13 323:17
**rates** 42:3,5,5,8,12
103:10,15,17 104:9
104:11,11 217:13
388:1
**ray** 154:22
**rccl** 211:13
**rcl** 71:2,3 357:16
388:7 389:4 391:11
392:4,16,21,25
393:4,9,13,14,18
394:14 395:7,12,16
395:18,24 396:2,6

396:11,15
**reaca** 356:15
**reach** 61:3
**reached** 169:18
360:18 361:7
**reaction** 130:23
225:22
**reactions** 149:10
**read** 52:4 85:7
114:11 115:13
119:10 138:15
178:7 186:9,25
187:6,10 203:8
248:1 263:1 279:8
280:5,10 282:2
285:2 316:9 332:4
332:12 366:6,10
404:18,22 405:2
406:3 409:5,6,12
410:5,6,17
**reader** 298:10
**reading** 102:6 117:5
303:6 390:4 408:19
**reads** 79:10
**ready** 5:9 28:2,9
47:20 57:23 58:13
74:23,24 94:24,25
95:10 96:2 107:23
114:12 117:2,17
123:1 127:16
135:25 141:23
150:22,23 153:24
177:19 179:24
180:20 184:8,9
190:23 198:21
202:23,24 210:15
216:6 231:19,20
366:14
**real** 110:6 174:8
231:16 332:12
381:2
**really** 5:21 10:10
25:3 49:22 64:12
67:25 110:14 127:4
138:6 147:6 150:9

174:10 178:1 206:5
221:3 222:16
335:24 390:15,24
**reaps** 204:19
**reason** 48:10 67:2
207:4 255:5 275:25
345:21 356:2
408:14 410:8 411:3
**reasons** 66:24 67:9
293:6,14 379:18
**recall** 10:18,20 22:2
22:14 24:23,25 25:2
25:19,23 33:1,7,11
33:25 38:23 39:13
45:23 48:12 49:25
52:4,15 67:3,25
68:10,14 71:6 85:9
85:12 93:7,13,14,15
93:22 94:1,4 99:5,9
101:5,14 103:24
108:17 109:16,20
110:3,16 113:11
118:11,18 121:5,5,8
121:16 129:2,3
130:11,24,24 133:2
133:3 134:18,19
135:4,7,8,12,13
138:2,2,14 142:12
142:25 148:4,5,10
148:12 150:14,15
151:12,19 153:1,3,6
153:13,14,16,17
158:18,23 159:1,21
161:10 170:24
171:5,9 172:21
175:7,10,11 180:16
185:12 191:11
194:15 195:17
202:5 221:3,13
222:13 223:3
233:10,12 236:11
236:17,20 242:17
245:19 265:4
266:11 267:1,2,24
268:4,24 270:13

274:17,19,20
275:15 277:2
294:24 301:10
315:1,5,6 318:4
335:13 360:24
367:4 375:12
376:18,22 378:15
378:19 385:15
399:15,18
**recalling** 132:22
**recapping** 167:1
**receipt** 151:1 250:9
253:6 276:25
368:17 408:18
**receive** 35:10 37:5
51:12 56:3 57:7
142:15 152:2
157:19 303:1 305:8
307:2 320:7 327:5
335:5 364:19
**received** 85:4 88:1
106:4 129:8 130:10
149:25 159:14
165:4 170:5,14
246:16 255:11,19
276:24,25 278:7
281:18 290:1,5
291:7,10,12,17
308:10 315:21
323:11 328:3
335:21 361:25
362:4 367:25
369:12 374:3
385:12
**receives** 29:5
**receiving** 85:10
130:23 150:17
152:23 161:8,19
227:5 275:21 276:1
289:9 305:23
347:11 376:2,5
395:15
**recess** 94:21
**recessed** 141:18
216:5 231:18

292:16 381:24
**recipient** 204:25
**recognize** 129:14
159:9 203:7,17,19
204:4 277:25
**recognized** 203:1
**recollection** 233:14
234:19 275:20
277:9
**recommend** 147:15
242:2 404:24 405:1
**recommendation**
143:8,10 144:1,17
147:3 162:22
262:25
**recommended**
143:5 145:1,5
162:10 163:8 164:8
164:19 264:4,6,8
**recommender**
261:19
**reconvened** 216:5
231:18 292:16
381:24
**record** 6:7,9,15,16
14:11 25:16 26:6,9
31:22 32:6 42:21
47:24 55:4 60:11,13
62:18 84:5 85:22
94:17,19,20 117:10
122:13 133:24
141:7,17,20,25
147:9 162:15 169:8
211:9 213:25 214:2
225:4,13 228:10
231:17 233:23
234:7 237:4 239:14
279:8 280:6,10
285:3 290:4 332:13
381:22 392:13
397:8 401:12,18,25
402:4 404:17 407:6
410:9
**recorded** 24:17,21
28:25 29:3,16 33:18

43:8,19 50:24 52:19
52:21 53:22 54:8
55:13 61:15 63:19
67:12 69:3 83:13
97:10 98:7,19,23
99:3,8 167:6,11
212:15,16,18
213:19 214:15
215:18 218:23
257:3 259:4,9 311:3
334:14 344:25
346:11,18,22 347:2
351:15 352:14,24
354:20 355:4,5,10
355:13,17,20
365:23 366:3
391:24 392:5,18
397:16,19 403:21
**recorder** 4:2
**recording** 4:3,4 14:7
94:22 125:3 126:12
144:4 210:24
215:21 326:9
407:14
**recordings** 125:4,4
125:23,24,25 126:6
213:12 214:9
215:11 366:2
**records** 25:1,7,11
60:18,19 63:3
148:13 183:16
189:10 218:11
219:13 223:2 227:7
290:2
**rectified** 366:21
**recurrence** 61:8
**recycle** 328:25
**red** 79:9 80:24 81:4
154:8
**redactions** 280:7
**redeem** 335:11
336:23
**refer** 23:6,15 28:5
65:22 78:20 87:25
211:25 212:2

317:21 378:4,8
**reference** 64:14
247:17 291:20
322:23 353:22
408:8
**referenced** 349:21
359:23 409:11
410:15
**referencing** 188:6
237:17 308:16
338:20
**referral** 262:25
**referred** 197:20
**referring** 28:16,19
30:10 35:24 36:4
58:21,24 64:17 84:9
98:6 104:18 118:3
120:7 122:18
125:19 178:11
179:5 180:9 195:15
203:19 263:15
267:15 373:3 382:1
389:24
**refers** 317:25
333:14
**reflect** 291:16 297:2
302:6 320:17 321:6
323:10 368:5
**reflected** 31:14
349:22 350:10
**reflecting** 338:25
**reflection** 404:23
**reflective** 323:21
351:3
**reflects** 31:1 297:8
**refrain** 345:11
**refresh** 43:6 150:25
233:14 234:18
275:19
**refreshes** 43:13
**refreshing** 277:8
**refund** 180:14
**refunded** 385:20
**refusing** 165:20,23

**regard** 120:12
**regarding** 112:13
133:15 138:9 155:3
167:24 168:25
169:1 191:25 267:5
275:22 372:12,14
395:7 396:12,16
**regardless** 54:6
151:24 293:23
**regards** 99:12
127:20 129:10
130:13 263:12
**regeneration** 301:13
**region** 199:12
**regions** 310:9
**registry** 291:18
350:2
**regular** 6:12
**regularity** 336:7
**regularly** 329:24
334:9 342:20,23
353:6
**regulated** 145:25
**rein** 112:16,19
115:13 118:17
**relate** 365:22
**related** 53:20 304:2
356:22 362:9
366:20 372:1,4,5
397:25
**relates** 39:17
**relation** 208:3
**relationship** 18:16
18:20,23 19:2,4
20:18 69:17,20 70:8
133:20 142:4 165:9
196:15 205:4 270:8
270:12 276:8 289:7
289:7 365:18 384:3
388:16,18,21 389:2
**relationships**
163:10 204:20
210:5
**relative** 66:25

**relevant** 338:13
**reliable** 187:19
**relied** 188:17 242:21
**rely** 405:25
**remember** 31:20
36:6 45:22 50:1
52:11 67:3 101:9
109:2 110:17
121:24 130:8,17
132:22 149:15
152:12 158:19
172:8 185:21
192:11 251:16
252:5,10 266:19,22
271:25 272:6 292:1
360:22 378:13
380:23 381:14
383:23 391:24
398:1
**reminder** 316:15
**reminding** 330:4
**remove** 22:18
**removed** 386:6
**removing** 385:16
386:3
**renee** 275:12
**renew** 61:9 330:4
**renewal** 61:10,13
**rent** 209:3
**rentals** 242:23
**rep** 99:23 105:9
214:4 316:16
319:19
**rep's** 325:12
**repeat** 25:14 136:19
146:10 211:8
229:25 243:18
297:6 346:24
**repeatedly** 69:2
**rephrase** 264:11
278:15
**report** 50:9,13
**reported** 46:2 50:14
249:4 262:15

**reporter** 4:6,9,18,21
5:6,10,24 6:3,20,23
7:1,3,7,10,14 8:3,6
8:11,13,23 9:15,18
11:16,19,23 13:20
13:22 14:1,6,9,13
15:9 16:21 18:12
19:7,10,12,25 20:25
21:3 22:6,24 23:2,4
26:2,5,23 27:1,9,14
27:20 28:19 32:10
32:19 46:4 47:1,3
59:15,18,21 63:24
65:10 66:14 67:6
69:10 70:15 71:14
71:17,19,24 75:15
77:24 78:15 83:8
86:1 88:25 90:18
91:3,16,18,20 93:17
94:5,8,17,22 97:18
100:3 103:13,15
106:20 108:12
109:18 111:12,15
112:2,18,24 113:24
115:5 117:4,8,14
118:20,23,25
119:13,17,20
120:21 122:15,25
123:2 124:12,15,23
127:3,23 128:5,19
128:22 129:18,22
131:14,17,19 132:3
132:6 134:4 136:10
136:15 137:14
138:25 139:17,19
141:23 144:3,6
145:3 149:18
152:14 153:20
154:8,11,22,25
155:2,4,20 157:1
158:25 163:4
167:13,20 168:22
169:3 171:12,20
172:1 173:11
175:24 176:10,13

176:15 178:19
179:14 181:4,9,13
184:21 187:7
188:12 193:2,22
196:18,22 197:5
199:17 200:15,18
201:17 202:8,11
203:12,23 205:18
206:12 207:13,16
207:17,22 208:9
210:1 212:22,25
213:6 214:1 215:1
215:24 216:4,7
217:25 218:18
219:19 222:4
224:22 225:15
227:9 229:10
231:11,20 233:4,20
233:24 234:2,24
239:3,6,8 243:24
245:1,6 248:8
249:14,17,20
250:23 251:1,4
253:22 254:20
257:21 260:4
261:23 262:23
264:7 265:6 269:14
271:5,20 272:11
276:20 277:6,14,19
278:22 279:4,22,25
282:10,14 283:22
285:6,8,23 286:1,21
287:16 289:3
290:12 291:10
292:17 296:8 298:8
298:14,21 300:13
301:12,19 302:15
302:18,21 303:17
303:21,23 305:3
307:21 308:3
309:25 313:10
314:18 317:8 318:8
318:13 319:25
320:2 321:22
324:15 325:8

328:21 329:4 331:5
332:18 333:25
334:3 336:3 342:15
343:25 344:19
348:24 350:18
352:9 354:4,23
358:15 359:6
360:11 361:1,3
362:24 363:21
365:12 370:21
371:8 372:4,14
375:22 376:8 377:9
378:7,10 381:9
382:5 383:4,7,9
388:17 389:7,17
391:15,18 395:3
397:11 398:16
404:1,14 405:25
409:7
**reports** 41:6
**represent** 5:17
  100:5 212:5 231:24
  272:25 290:15
**representation**
  199:25
**representative**
  257:9 267:17 311:1
  334:18 345:2
  395:24
**representatives**
  380:13
**representing** 91:23
  109:22 116:3,12
  365:17 367:18
  368:9
**represents** 175:20
  271:1
**reps** 44:25 91:24
  92:5 99:24 100:2,4
  100:10,16 109:22
  110:7 204:4 213:12
  316:17,19 319:17
  367:20 368:2
**request** 101:7 212:4
  343:24,25 344:4

364:7 396:2 410:9
  410:11
**requested** 92:23
  93:8 200:8 363:10
**requesting** 202:3
  213:15
**requests** 170:16
  215:11 340:10
**requirements** 49:13
**research** 110:24
  153:7 242:2,3
**reservation** 404:11
**reserve** 19:3
**reserved** 21:11
**residence** 129:24
**residences** 52:21
**resort** 10:9,11,25
  11:25 12:2,21 16:11
  17:23,25 18:5,18
  23:13 24:10,13,20
  25:6,15 44:5 46:10
  86:19,24 113:19
  136:5 196:25
  197:21 199:3
  282:22 283:12
**respect** 258:14
  259:3 262:15
  364:15
**respond** 75:13 90:1
  90:25 118:16
**responded** 361:17
**responders** 135:3
**responding** 99:11
  181:18 391:5
**responds** 76:12
  77:12,13 80:25
  156:3
**response** 73:20
  90:10 91:10 98:2
  99:18 101:2 104:16
  108:8 123:6 130:12
  149:14 153:16,17
  176:9,16 181:25
  182:3,22 183:22,23
  184:11 213:19

228:5,6 248:17
  310:7
**responses** 6:17
**responsibilities**
  210:20
**rest** 39:1 279:12
**result** 153:14 379:11
**resulted** 293:6
**results** 153:13
  283:11 290:6
**retain** 244:20
  250:14
**retained** 245:21
  363:15 364:2
**retaining** 242:7
**returned** 408:18
**revenue** 40:13,15
  41:3
**review** 22:15 72:23
  73:8 93:11 99:2
  101:7 107:19
  127:15 139:14,20
  179:23 244:5 281:1
  408:12 409:1 410:1
**reviewed** 80:13
  85:17 92:18 101:18
  111:19 123:4
  365:15
**reviewing** 80:7
**reviews** 22:4,8
**rich** 46:1 73:23 74:1
  74:2 136:3 159:24
  159:25 239:23
  242:4,4 256:3
**ride** 239:4
**right** 4:2,22 5:6,7
  7:10 13:2 17:7,17
  18:10 19:1,20 22:23
  23:11 27:3,8 30:14
  34:3 35:3 38:20
  39:7,8 44:17 51:17
  51:18,21 52:6 56:7
  56:18 58:21 61:1
  62:6,10,15 63:2
  65:1,16,21 70:6

**[right - robo]**                                                                                          Page 42

| | | | |
|---|---|---|---|
| 71:11 73:10 74:20 | 323:14 327:8 | 292:2,7 293:4,10,15 | 290:16 306:25 |
| 75:11,21 77:10,23 | 333:21 337:19 | 294:9,14,18,21 | 308:25 314:12 |
| 78:2,8 80:24 82:11 | 342:17,19 359:10 | 295:12,25 296:20 | 319:16 320:12 |
| 84:19 85:9,16 86:10 | 362:23 365:11 | 296:21 299:2,9,21 | 324:12,23 326:2,18 |
| 86:18 89:1,11,21 | 368:23 375:10 | 300:19 301:5,7,16 | 331:7 364:21 |
| 90:4,10,15 91:22 | 376:23 377:18,23 | 302:9,24 303:2,14 | 367:14 368:7 |
| 98:2 99:10 100:15 | 382:1,22 383:20 | 303:20 304:3,13 | 383:24,24,25 384:8 |
| 102:23 105:5,10,19 | 384:8,10,13,20 | 306:21 307:3,7,17 | **road**   129:14,21 |
| 106:13,18 107:7 | 385:7 390:12,20 | 308:10,23,24 309:2 | **robo**   58:20 99:12 |
| 110:5,23 111:19 | 392:10 398:10,12 | 310:16 313:22 | 142:16 143:4 |
| 113:18,23 114:15 | 398:19 399:6,19 | 314:16,20,22,25 | 144:15 157:19 |
| 114:20 117:6 | 400:8,15 404:10 | 315:5,20 319:12 | 183:1,9,10,10 |
| 118:19,25 119:3 | 405:8,9 406:19 | 320:6,19 321:7,10 | 188:17,20 190:14 |
| 120:5,10,17 121:7 | **ring**   70:19 152:19 | 321:15,19 323:11 | 191:13,25 215:8 |
| 125:11,21 126:12 | **ringing**   13:25 | 324:8,11,18 325:2,4 | 226:22 227:5 228:6 |
| 126:14 127:18 | **rmg**   232:3,4,21 | 325:22,24 326:3,8 | 230:15 236:2,4,5,9 |
| 129:11 130:22 | 233:1,8 234:20 | 326:10,16,23 327:8 | 236:13,25 238:1 |
| 131:13 132:2 136:2 | 235:11,16,21,25 | 327:9,23 329:17 | 239:12 241:1,17 |
| 136:23 137:10 | 236:6,11,24 238:2,5 | 330:24 331:14 | 242:8 243:2,8,12 |
| 138:23 141:6 154:1 | 239:11 240:4 241:1 | 334:8 336:9,12 | 244:16 245:16 |
| 154:7 156:2,13,25 | 241:25 242:9,11 | 337:22,25 338:7,25 | 246:9 247:10,12,22 |
| 159:8,23 164:2 | 243:3,8,17 244:17 | 339:4,8,15 340:14 | 250:19 251:8,19 |
| 166:16 170:3 171:1 | 244:23 245:17,21 | 340:24 343:6 | 252:2 254:12 |
| 171:5 172:12 | 246:10,16 247:10 | 344:12,22 345:3,6 | 255:12,20 259:9 |
| 176:20 179:4 180:1 | 247:14,23 250:8,17 | 345:24 346:2,3,6,13 | 268:3 276:19,20,21 |
| 181:16 182:6,16,21 | 251:18,23 252:1 | 346:20,25 347:5,10 | 295:11 296:7,9 |
| 185:9 188:16 | 253:13 254:3,7,11 | 347:12,16,19 348:6 | 297:24 306:12 |
| 190:11 191:12 | 255:6,11,19 256:1,4 | 348:9,10,18 349:5 | 310:18,24 313:21 |
| 198:16 200:12 | 256:13,17,24 | 349:15,16,22 350:1 | 320:11 327:1,2 |
| 201:14 203:4 | 258:13,18,22 259:3 | 350:6,10 351:25,25 | 329:21 330:3 |
| 206:18 207:2 209:3 | 259:6,23,25 260:6 | 352:18 353:3,3 | 334:14 337:22 |
| 209:6 211:17 213:3 | 261:21 262:12,17 | 354:9,12 358:10 | 338:2 339:1,20 |
| 213:8 214:22 215:6 | 262:21 263:10,21 | 359:15 360:13 | 340:15,16 341:16 |
| 215:10 218:8 | 264:1,3,13,15,17,18 | 362:4,8,15 363:3,4 | 341:19 347:24 |
| 220:12 222:2 224:6 | 264:20,22,24 265:1 | 363:8,10,14,15 | 348:19 352:7,11 |
| 225:20 226:2,12 | 265:15,21,24 266:3 | 364:1,3,6,13,19,25 | 354:13,15 355:1,25 |
| 227:4,12 228:13 | 266:4,8,12 267:25 | 365:4,5,17 366:17 | 361:8,14 362:9,14 |
| 230:9 231:23 | 268:1,8 270:12 | 366:18,21,24 367:5 | 362:21 363:16 |
| 240:18 242:16 | 275:2,13,17,20 | 372:21 373:24 | 364:6,16,21 365:23 |
| 249:11 250:24 | 276:1,8,9 278:7,9 | 374:8 375:1 385:3 | 366:3,21 379:12 |
| 254:25 270:2 276:4 | 278:18 279:9 | 387:22 393:4,4,9 | 387:15,18 392:22 |
| 276:12 278:11 | 281:12 283:3,15 | **rmg's**   235:6 243:1,6 | 393:16 395:8,11,15 |
| 286:22 289:22 | 284:23 286:14,16 | 253:1 256:9,21 | 395:21 396:12,16 |
| 302:19 305:17 | 287:25 288:7 289:8 | 257:6 259:16 | 402:18 |
| 311:2 313:22 | 290:5 291:16,21,24 | 261:13,22 289:7,10 | |

**robocall**  29:9,11,17
  85:19 87:16 88:2,3
  88:6 90:12 98:3
  101:24 106:5,23
  107:1,10
**robocalling**  130:7
**robocalls**  84:20 87:5
  95:15 97:25 105:17
**role**  20:21 44:12
  46:16 48:21 49:1
  143:18 250:18
  257:18 258:1,8
**roles**  216:19
**roll**  141:23
**room**  239:1 338:20
  342:13
**rooms**  45:13,18
  218:23,25 306:18
**roughly**  219:25
  232:23
**route**  326:19
**royal**  1:18 25:12,17
  36:20 54:22 55:7
  57:9 72:8 81:21
  93:10 99:6 100:25
  103:7 145:19 148:2
  198:23 199:24
  200:2 201:19 205:7
  205:24 206:20
  211:10,14 251:12
  257:9 337:4 345:10
  364:9,14,24 378:21
  380:2,12,18 385:4
  386:24 387:19,24
  390:2,11 401:23
  402:23 403:19
**rule**  13:9
**rules**  5:21 116:2,9
  409:5 410:5
**run**  41:7 94:16
  162:17 257:24
  258:2,6 329:14
**running**  60:3 258:9
  291:21 322:24
  323:2,11

**runs**  238:25
**runways**  205:15
**ryan**  203:6,9,10,12
  203:13 238:24
  239:5,7
**ryan's**  204:3

**s**

**s**  1:14 2:9 4:1 7:6,12
  9:16 19:9 46:6
  176:10,11,14,14
  208:10 261:25
  277:19,19,20,20
  282:14,15 285:5
  300:8 318:10 349:2
  410:8,8 411:3
**safe**  19:20,24
**sales**  44:25 45:18
  100:10,16 104:22
  105:9,13,19 109:21
  110:7 115:12 125:3
  125:24 197:8 203:2
  204:4,5 214:4
  306:18 322:19
  338:20 341:9 368:1
**sandwiches**  94:16
**saturday**  322:11
**savings**  35:2
**saw**  111:9 201:14
  206:8 231:1 259:12
  262:9 395:24 400:9
**saying**  21:19 33:2
  37:11 57:15 69:2
  90:5 96:12 98:3
  99:24 100:11 115:3
  115:4,10,23 125:13
  134:10 137:25
  142:21 154:3 169:2
  169:20 175:8
  177:25 180:7,25
  181:7 182:14,17,21
  183:21 185:17
  186:3 194:7 195:20
  196:15 199:8
  211:17 213:14

**219:4 225:12,18
  302:24 333:17
  354:2 368:16
  369:24 383:4 399:1
  399:20 400:10
**says**  35:5 38:20
  47:13 65:16 76:19
  78:2 79:5,18 87:21
  91:15 96:25 101:23
  112:22 115:18
  116:9 118:2 125:3
  125:23 128:3
  156:17 160:10
  166:11 177:1
  186:22 195:22
  198:25 203:5
  239:20,23,25
  240:17,20 246:18
  246:22 249:23
  252:19 270:16
  298:18 299:16
  300:7 308:5 310:2
  311:14,21 313:25
  315:11 317:12
  323:6,14 328:19
  337:2 340:3 353:19
  356:13 357:6,10,12
  357:14,16,21,24
  358:5 367:17
  368:15 369:4,23
  377:14
**scam**  110:1
**scheduled**  240:20
  241:9,17
**schneider**  85:21
  86:1,2 90:12 91:11
**school**  9:3,4
**science**  9:6
**scope**  82:25
**scottsdale**  130:2
**scratch**  290:13
  324:9
**scratching**  320:23
**script**  28:13 42:20
  75:7 91:25 92:3,4

**93:5,9,16,17,18
  101:10,25 102:8
  211:21,23 212:2,10
  316:7,16 317:2,3
  332:5 337:19
  338:12 340:6
  343:17,19,22,23
  344:8,9 365:4,15
  366:5,6,9,13 368:17
  369:1,12,19 370:3,6
  387:15,18 393:15
  394:3
**scripts**  33:17 61:24
  63:3 73:17 84:8
  92:10,19,23 93:11
  99:3,7 101:3,7,18
  102:4,10,15 119:7
  120:11 126:7 211:9
  365:22
**scrub**  249:1 308:5
  349:23
**scrubbed**  292:5
  299:8 312:15 314:2
  315:12 327:17,21
  327:24,25 350:11
  360:22
**scrubbing**  247:24
  290:6 291:17 293:5
  297:23 327:18
**scrubs**  175:22 176:1
  176:10
**seal**  409:15 410:21
**searched**  284:23
**searching**  53:17
**second**  58:12 89:18
  106:4 107:10 115:4
  124:2 127:15 144:4
  154:16 233:18
  252:16 268:21
  279:21,21 309:7
  340:3 357:2 374:11
  381:20,22 383:19
  384:15 387:14
  391:20 403:11

**seconds** 353:13 371:11
**secure** 232:5
**secured** 312:21
**security** 359:3,4,7 359:23
**see** 20:17 34:12 43:13 64:13,13 65:19 71:15,20 73:23 76:14 77:16 78:6,11,23 79:14 87:9,10 88:3,3 91:25 92:23 93:16 93:17,18 97:2 118:2 131:24 139:6,25 153:7,11 154:16 156:18 157:15 160:10,20 182:9 213:16 240:23 241:9,12 246:23 247:2,5,18 248:3 249:2 252:21 268:17 269:10,23 272:9 279:16,17 280:14 285:11,19 287:6 298:18 304:7 308:15 309:19,23 310:5 311:19,23 312:8,11,15 313:4 314:4 315:10,13,16 316:19,21 317:15 322:4,21 323:6,18 325:12 328:8 329:10 333:25 337:17 338:19 343:22 344:5 353:9 353:15,18,24 356:10,19 357:5 358:24 367:10 368:14 369:6 379:1 383:11 389:6,8 398:19 404:22
**seeing** 129:2 138:14
**seek** 44:20 169:13 169:13 364:13

**seeking** 232:5 266:16 297:9 310:16
**seen** 72:19 100:13 129:1,5 138:13 158:13,16 374:17
**select** 42:10
**selected** 35:10 37:12 83:23,24
**selecting** 250:18 251:7
**self** 291:3
**sell** 23:13 24:22 25:7 25:8 30:13 53:22 81:21 175:4 260:24 296:24 341:9 344:13 380:6,8 388:7 393:10 401:25 402:12
**selling** 30:18 39:23 260:25 261:1,1 289:2,3,4 294:5 295:24 320:18 343:21 386:19,22 386:25 387:4 393:24 394:4
**seminars** 47:10,14 48:4,8
**send** 101:10 111:2 125:16 137:24 170:16 176:2 194:17 312:2,4 314:3 332:5 337:18 343:19 368:16 369:5,6,24 370:2,6 375:5,6,13 405:12 405:22 406:13
**sending** 73:14 89:21 135:4,8 155:11 171:2 185:2,7,11,12 185:15 199:8 274:18 275:12 299:2,17,21
**sense** 18:4 67:11 97:6 135:15 138:4

139:13 177:7 225:23,25 399:20 399:21,23
**sent** 51:16,18 93:8 150:15 154:3 156:10 171:3 186:11,15 195:9 215:7 250:1 254:9 274:3,14 281:12 293:3 297:23 299:8 307:17 312:8,14 313:3 316:23 321:6 358:10 360:20 361:11 368:22 373:25 375:1 385:2
**sentence** 270:15 299:16 322:21 332:24 382:10 388:6
**separate** 16:9 106:22 218:20 380:13
**separately** 26:11
**september** 210:18 234:15 235:13 251:23 253:9
**sequential** 26:21
**sequentially** 26:18
**series** 75:23 222:11 247:5
**serious** 110:14 147:16 271:12
**seriously** 149:11 360:14 366:25
**service** 13:2 15:2,4 296:1 358:24 360:1 393:22
**services** 1:8 15:2 17:5,16,18,21 23:8 23:16,25 24:2 29:20 30:2,6 31:1 33:12 34:4,23 35:24 36:8 37:11,24 38:6 39:10 39:17 40:12,22 41:3 41:7 43:7,18 50:3

52:20 59:13,16 60:18,23 62:8 66:8 68:8 69:2,21,22 70:9 71:3,4 72:10 74:7 76:25 77:19 81:19 85:4,10 86:16 90:11,14 91:2,4,6 91:12 92:10,19 93:5 93:12 95:17 96:7 99:4 100:9 101:8,19 102:10,24 104:3 105:6 106:6 108:5 108:24 110:1,9,13 111:7,23,25 112:5 118:15,17 120:2,8 120:24 121:9,21 127:20 129:8 130:9 130:13 133:8,21 142:5,7,17 143:3 145:9,24 146:15 151:2,16,17 152:7 152:22 153:9 159:13 160:15 161:8,19 164:8,25 168:4 169:9,16 170:3,14,23 173:19 185:3 188:17 189:6 189:8 190:12 193:19 194:14,20 194:25 195:15 198:1,12,17 199:10 199:25 200:1,3,21 203:2,18 204:13,18 205:6,25 210:10 212:7,16 214:8 215:12 217:20 218:10 219:4 223:1 225:4,13 226:24 227:6 230:10,19 242:11 243:2,8,12 244:16,21 245:22 247:23,23 250:19 251:9 317:13 346:9 346:16 347:11 351:23 357:14,24

359:11,24 360:2
378:5,9 380:15
385:16,18 386:2,5
386:13,19,22 387:3
387:7,9,12 389:5,20
390:22 391:2,23
392:4,17,22,25
393:19,24 394:4,4
394:11,17,20,23
395:12,15,20 396:3
396:13,17 397:7,16
397:25 400:18
401:19,24 402:12
402:24 408:6 409:3
410:3
**set**  177:2 220:3
221:6 239:25
241:16 274:20
276:11,12 330:16
343:11,13
**setting**  241:13
260:22,24 275:24
344:4,10,12
**seven**  253:21
**shape**  99:25
**shapiro**  1:15 6:22
6:22 7:5,9,12
268:19 316:1
**shared**  282:22
**sharing**  217:15
**shed**  169:22
**sheet**  43:10 405:20
408:13,15,15 410:7
410:10,18 411:1
**sheets**  176:3
**sheila**  407:12
**ship**  378:25 379:2
**ships**  393:20
**short**  113:15 155:3
206:4 376:23
**shortcuts**  300:11
**shortly**  150:16
295:14 376:19
**show**  27:25 47:17
75:21 89:8 106:3

117:5 132:11
166:21 190:22
194:2,16 196:10
233:14 234:5 237:3
244:4 245:24
247:25 268:20
275:7 277:11
278:25 281:25
285:1 286:25
289:14 290:9 298:2
299:11,24 301:25
305:7 307:10 318:6
318:7,7,9,10,12,15
318:17,20,23
319:13,15 320:14
321:7,11,14,18
323:15 338:5
339:22 343:15
348:14 356:5
364:24 365:4 367:2
384:16 387:14,18
389:12 400:6,11,19
400:21 401:6
**showed**  201:20
252:6 268:25 277:9
281:16 292:19
373:16 374:5
376:13
**showing**  74:15
107:16 122:12
153:23 184:10
198:9 202:21
277:23 280:20
285:10 295:2
309:11 311:6
313:14 315:7,24
321:2 328:17
331:22 337:10
338:17 350:14
353:10 368:13
**shown**  198:7 273:18
318:8 393:15
408:16
**shows**  31:22 67:22
176:21 182:17

318:19,25 325:1
**sic**  108:6 115:16
133:15 210:10
**side**  220:20,22,24
325:2
**sign**  377:15 405:22
**signature**  196:5
407:20 408:14
**signed**  196:2,4
197:14,17 377:7,8
377:11,11 409:13
410:18
**significantly**  274:10
**signing**  408:19
**similar**  52:6 223:4
278:6 301:4 313:1
**similarly**  1:4 400:2
**sincerely**  408:23
**single**  27:5 312:9
354:13,19
**sir**  8:9 47:2 84:25
94:24 164:23
175:14 190:19
202:19 296:18
299:13 316:3
408:10
**sit**  41:19 271:11
304:20 378:19
391:10 392:2
**site**  156:17 158:3
**sites**  156:20
**situated**  1:5
**situation**  118:15
**six**  253:21
**size**  279:15 401:1
**skipping**  353:12
394:9,9
**slash**  334:2,3
**sleazebag**  186:25
270:19 382:4,5,6
**slow**  272:20
**slowly**  332:12
**small**  140:14
**smaller**  322:20
401:8

**smiley**  270:20,21
271:3,7 381:8,15
382:7,22 383:5,6
**smith**  46:21 153:6
282:7,12 283:2
**software**  59:3 218:6
234:23,25 235:2,14
**sold**  39:18,25 40:2
170:22 172:10
173:18 175:5
181:20 289:2 294:6
314:10 318:5
328:23 386:1
**solely**  352:5,8,12
**solicitations**  331:1
**solutions**  234:9
408:1 411:1
**somebody**  13:15
14:24 44:19 46:1
51:11 52:5 54:5
61:21 62:22 67:1
102:17 173:9,11
206:22 214:4
241:14 263:3
288:15 295:21
313:5 318:11,14
325:17 382:22
**somebody's**  66:25
**something's**  406:5
**soon**  300:11,13,15
**sophisticated**
228:20
**sorry**  12:9 14:1 82:4
87:20,22 89:10
99:19 115:3 123:9
124:16 126:24
127:10 128:5 132:3
138:6 141:1 146:7
149:21 155:2
167:19 171:12
184:23 193:22
194:6 196:4 198:10
202:13 207:18
220:21,23 243:18
253:24 281:8

282:11 287:13
321:22 331:5
334:23 393:14
395:3 397:11
**sort** 301:17 304:2
305:19 306:4 313:6
335:5,18 395:24
**sorts** 334:7
**sought** 292:4
**sound** 71:13 355:10
355:13 407:14
**sounded** 60:7 134:2
**sounds** 51:17 70:14
70:21,25,25 71:8
129:11 153:10
161:14 185:9 222:2
276:4 355:4,9,12
362:23 365:11
**source** 140:6 172:17
186:5,8,21 188:15
188:16 270:16
278:15 301:2
314:10 315:20
321:14 375:4
**sources** 152:6
186:17,17 269:6
288:11,13 294:9
313:5 315:3 328:3
**south** 1:12,18
**speak** 148:23 187:3
**speaker** 381:21
**speaking** 69:8,12
211:3
**speaks** 76:16 114:2
138:19 160:5 184:2
**special** 48:18
**specific** 21:17 37:8
49:17 50:19 54:22
55:1,6 57:16 68:1
68:15 97:24 100:21
103:24 110:21
143:1 151:21
152:16 153:14
157:12 192:23
223:3 225:7 262:2

263:12 319:1 372:1
378:20 398:4,4,21
**specifically** 21:7,25
25:11,17 26:3 36:19
39:16 53:3 57:7
59:11 63:23,24,25
72:25 111:1 121:18
135:1 136:24 142:6
145:20 151:19
182:6,7 185:12
190:12 213:14
219:18,22 228:6
231:4 243:5 288:24
308:19,24 378:11
378:15 397:20
399:15,19
**specifics** 34:1 49:25
56:17 91:7 93:23
94:3 104:14 110:16
122:22 130:24
134:19 148:11
149:15 190:7
195:17 222:13
268:4
**speculate** 161:3
402:16
**speculation** 66:22
97:13 98:9 101:13
126:3 138:19
143:13 147:14
160:17 161:1 162:2
162:13 163:20
164:13 165:7 173:1
173:24 185:20
187:21 189:14
201:1,23 209:10
215:16 228:16,24
229:6 230:12 402:4
**spell** 7:4 19:7 20:25
46:4 70:15 112:18
155:20 184:21
248:8 313:10
358:15 391:15
**spelling** 71:15
119:22

**spend** 27:11 210:2
379:2
**spent** 229:21 323:15
**spoke** 5:16 219:24
221:1,19 223:9
378:11
**spread** 296:15,20
**spreadsheet** 356:10
356:19,21 357:3
398:22
**spring** 35:7 216:13
**spurred** 158:12
**stack** 7:22 131:21
**stamp** 128:11
**stamped** 234:8
237:5 252:17
**stamps** 375:16
**stand** 342:13
**standalone** 13:14
399:6,24
**standard** 378:24
379:5
**standing** 69:1,6,7
**standpoint** 12:5
43:16 59:12 68:21
130:15 140:23
225:24 227:22
230:14 260:7
**start** 24:21 25:3
59:22,24 60:3,13
63:19 72:24 78:6
80:18 107:25
132:23 235:3 282:2
341:17 398:16
**started** 10:5 38:7
43:7 49:4 94:11
108:23 132:24
133:8,14 137:5
157:11 235:2,8
283:8 314:4 346:13
**starting** 9:2 26:12
48:18 73:10 298:19
298:24
**starts** 62:18

**state** 211:22 249:7
315:14 350:24
396:19 409:10
410:15
**statement** 79:16
239:22 248:13
371:6,10 373:11
381:18 382:14
383:22 386:18
388:9 409:13,14
410:19,19
**states** 1:1
**stats** 65:8,12
**status** 246:24
**stay** 333:13
**stealing** 177:3
**stop** 45:24 70:11
97:1 98:4 142:8,21
143:1,4 144:16
145:5 207:4 219:4
219:13 226:14
227:6 391:23 392:8
402:24 403:20
**stopped** 43:19 183:9
193:11,12,15
**store** 16:25
**straight** 370:11
**stream** 385:8
**street** 8:19 408:1
**strictly** 143:9
**strike** 158:21 204:15
394:7
**structured** 165:12
**struggle** 17:18
**stuff** 178:7 179:5
185:18 186:11,12
186:15 208:24
320:24
**stuffy** 4:13
**subject** 87:20,21
97:24 154:12,13
211:13 239:20,22
240:15 300:7
307:19 316:6
338:19 343:17

**subject's** 87:18
**submit** 115:11,20
  123:23 305:23
**submitted** 85:20
  88:7 111:24 122:19
  127:19 226:23
  313:5 374:8
**subscribed** 409:10
  410:14 411:21
**subscription** 349:18
  349:23
**substance** 25:21
  33:11,21 35:3 64:17
  74:6 75:1 83:21
  85:17 87:14,24 99:2
  99:7 113:21 221:4
  224:15 246:21
  273:2,23 368:6
**substantial** 351:18
  352:18,22
**substantially** 369:12
**substantive** 220:12
  220:15 263:10
**substantively** 220:6
  223:18 305:11
**successfully** 34:17
**sued** 175:8 191:24
**sufficient** 168:19
**suggest** 391:4 405:8
**suggesting** 119:25
  120:18 362:15
**suite** 1:16,19 408:1
**summarize** 8:1 9:1,8
  138:16 210:19
  216:11
**summary** 115:19
  134:15 149:12
  322:11,15
**summer** 219:25
  221:14
**sunday** 282:7,13
**superiors** 115:20
  120:20,23
**supervisors** 45:12

**supply** 242:21
  348:20,25 349:1
**support** 104:17
  194:13 195:19
  200:22 201:4,8,13
  201:19 202:3 389:5
  389:21 391:12
**supported** 208:4
**supposed** 100:2,5
  393:23
**supposedly** 286:11
  327:6
**sure** 6:2,4,18 17:8
  17:20 25:15 30:25
  31:6 36:11 40:16
  44:4 56:7 57:22
  64:11,14 65:9,13,24
  65:25 66:23 67:9
  71:1,4,16 77:9
  87:14,24 92:15
  94:14 97:14,20
  99:22 101:20,24
  103:2,4 104:8,13
  105:15,17 115:25
  116:7,11 132:21
  134:2 135:19
  151:13 152:8,16
  167:9 173:16
  174:19 183:8,9,14
  183:19 184:19
  186:16 189:21
  191:5 193:8 198:6
  201:9 203:6 208:22
  226:6 228:1 230:3
  230:24 233:16
  238:24 249:10
  253:5 262:1 263:16
  263:25 264:12
  265:5 267:10 275:1
  277:12 287:14,16
  292:6 323:15
  324:13 328:22,24
  336:18 340:8
  351:12,23 353:8
  354:18 355:22

361:4,20 367:21
  369:5 379:20
  388:13,24 392:14
  401:1,4,8
**surprise** 67:21
  188:23
**surprised** 68:11,17
**surprises** 223:6,7
**suspicion** 171:6
  179:9
**swanson** 1:15
**switch** 342:14,15,16
  342:17,18,19
  354:16,17
**switched** 12:14
  342:2 355:1
**sworn** 5:8 409:10,13
  410:14,18 411:21
**system** 61:16 76:12
  76:20 77:1,5 78:4,9
  80:16,19,25 81:6
  82:21 233:2,6
  234:21 235:7,12,18
  235:23 236:7 240:6
  241:3 243:17,22
  244:8 252:19 253:2
  253:13 254:12
  257:16,19 258:3,6
  258:19,24 259:17
  260:12 262:13
  265:22 266:5,9
  276:10 289:10
  307:1 309:5 311:23
  320:12 321:20
  325:5 340:15
  344:24 346:21
  347:1,6 348:18
  349:11,16 352:5,20

**t**

**t** 2:9 9:17,18 19:9
  46:6 51:7 71:12,23
  91:19 155:22
  248:10 279:6 285:4
  286:21 310:1

313:12 328:20,22
  329:2 383:8
**table** 124:5,21
  125:22 160:13
**tag** 231:16
**take** 6:16 11:3 12:25
  28:1 39:20 41:18
  47:14,19 48:16 58:8
  58:12 59:5 71:14
  72:22 74:22 89:12
  95:8 100:16 107:19
  117:1 127:15
  128:15 131:9,12
  137:24 141:4
  147:16 149:7
  153:23 159:3
  175:16 177:18
  179:24 184:7 194:3
  198:19 202:22
  210:24 215:23
  216:3 227:23
  234:11 237:11
  238:15 240:10
  244:5 245:25
  248:25 249:9,14,17
  249:19 253:4
  273:11 275:8
  277:24 292:13,15
  302:1 325:4 328:22
  344:8 348:16
  376:20,22,24
  383:10 406:1,2
**taken** 248:21 356:13
**talk** 6:13 9:25 69:18
  102:18 108:21
  125:22 150:6
  192:13,17 220:6
  222:8 223:15,18
  224:8,9 232:16
  367:20
**talked** 14:4 34:4
  58:23 60:17,25
  61:23 84:19 107:1
  116:18 117:20
  155:10 206:6 225:8

266:11 313:15
318:1 356:2 398:24
**talking**  16:2 48:3
64:12,22 67:18
73:15 74:7 83:12,20
83:21 85:19 92:7
96:24 98:15 102:3
102:15,15 106:9,12
107:9 111:18 113:6
113:22 116:14
133:2,3 138:5 139:5
151:9 161:4 175:3
178:17,17,18,21
180:22 182:25
183:11 188:8
192:12 203:9 207:3
213:9,11,12 214:4
215:8 262:4 273:12
288:21 333:8
355:16
**talks**  35:7 83:22
101:23 112:12
**tamayo**  311:14
312:14 313:11
**tape**  136:16 215:11
**tapes**  213:15
**tasks**  110:22
**taxes**  38:12 39:4
41:16 79:20
**taylor**  85:21 90:13
91:11
**tcpa**  48:20 168:21
168:24 169:17
372:2,5
**team**  150:6,7,9
220:17 227:21
367:14
**technologies**  136:7
136:20 137:6,13
**technology**  59:12
175:22,24,25 257:1
257:4
**tedious**  123:18
**telemarket**  25:7,10
25:16 31:24 43:20

44:6 55:12 168:20
218:11 236:7
363:10
**telemarketers**
393:22
**telemarketing**  17:8
17:15 23:12,23 24:8
24:9,15 31:2 34:5
43:8 44:12,25 45:4
47:11,15 48:15,19
50:4,8,25 51:16,19
57:8 59:14,19 60:14
63:19 64:23 67:13
68:8 77:21 85:5
93:6,12 100:10,13
101:7 110:7 127:19
129:10 142:8,16
145:24 146:18,19
147:23 148:6 169:9
169:11,15 189:11
190:1 193:7,19
218:23 219:5 225:5
225:14 227:14,17
228:21 232:18
236:1,3 256:18,24
265:17 268:2
320:19 347:20
372:13,15 395:8,20
397:8,16,20 401:18
401:25
**telephone**  48:20
49:13 51:20 52:10
69:3 190:13 232:18
235:21 314:17,21
331:1 347:15 364:4
393:6
**tell**  14:15 51:23
82:20 84:7 90:21
101:2 105:23
109:14 130:15,22
134:13,25 140:8,11
146:16 162:17
163:2,4,5,23 164:20
165:1 166:6,22
168:12 170:4

171:14,16 175:19
177:4 180:1,5,22
182:6,7 193:10
196:12 211:19
212:14 213:9 232:1
234:13 243:10
246:2 251:11 254:3
260:14 269:5 275:9
275:9,22 277:25
278:12 280:6 287:5
290:2 305:13 362:2
362:7 368:2 390:11
**telling**  81:5 84:15
99:18 111:1 134:19
148:5,14,19 166:24
174:15 245:19
269:16 285:19
370:6
**tells**  176:25 177:1
**ten**  39:18 40:2
166:19 178:3,13
406:3
**term**  23:21 103:20
172:10 195:11
242:16 388:11,14
388:25
**terminology**  104:1
143:1
**terms**  23:11 29:15
36:11 37:8 38:22
40:14 44:13 45:21
56:16 57:14 65:8,10
65:12 69:11 83:1,3
102:5 104:4,11
133:5 151:5 152:8
152:16 192:10
195:17 222:10
236:2,3
**test**  312:3 329:2
**tested**  312:9
**testified**  56:8,17
136:4 142:3 227:12
291:24 381:17
385:9

**testify**  13:10 142:14
**testimony**  5:25
34:10 51:3,4 58:9
69:5 80:4 149:9,12
174:25 181:22
190:3 203:15
206:10,14 216:10
228:1 294:3 409:6,7
410:6,9,12
**testing**  257:15
**text**  54:8
**thank**  4:20 5:13
21:3 32:24 61:12,13
72:3 78:4 80:17
84:25 114:7 119:18
129:22 164:23
175:14 190:19
195:21 199:12
202:19 231:14
240:9 383:13
403:13
**thanks**  179:21
180:18 203:6 237:9
383:12 406:19,24
**theory**  329:2
**thereto**  320:17
**thick**  400:9
**thing**  5:23 13:5
29:17 160:19 294:5
406:9
**things**  7:21 20:12
28:14 34:23,24
39:19 46:19 49:15
49:16 52:12,13 61:2
73:16 75:25 100:16
126:5 151:9 152:1
167:15,23 183:13
204:21 209:4
216:11 230:15
240:18 260:21
263:17 273:13
344:4 370:18
378:12 383:1
**think**  11:6,9,14 13:5
13:13 16:10 19:18

52:19 55:25 64:18
84:23 97:5 98:5
102:2,3,14,15
105:13 106:22
116:8 121:15 124:9
125:5,19 136:3
143:20 145:6
160:23 170:15
172:6 174:4,10,15
192:23 213:21
215:10 221:6 225:8
228:20 249:8
250:25 261:7
274:22 315:2
328:22 332:10
333:12 343:23
371:17 380:25
381:6 396:25
402:10 404:11
**thinking** 52:11
172:9
**thinks** 178:2 370:19
**third** 1:13 36:2
42:19,25 59:2 76:3
76:9,19 124:3
145:25 146:17
147:22 169:14
218:3 232:17 236:8
236:9,12,24 237:19
237:25 240:6 241:2
242:7 243:11,15,20
244:7,13,14,15
245:13 246:6,8
250:10 251:18
254:4 259:7 265:16
276:18,19,22
295:21 297:21
313:17 357:1,21,24
358:12 364:20
393:9
**thirty** 408:18
**this'll** 27:22
**thomas** 184:24
**thought** 119:1
174:21 175:3

222:19
**thousand** 216:13
**thousands** 67:18,22
139:9 349:17
378:25
**threatening** 108:4
**three** 89:10 212:11
236:23 238:9 288:6
309:18 333:13
357:9 358:23 397:2
**thrilled** 130:19
**throwing** 159:25
**thrown** 400:24,24
**tie** 186:4
**time** 7:19,19 10:23
20:17 27:11 31:13
41:21 43:25 49:5,5
52:14 55:3 61:10
77:18 91:23 93:15
99:1 101:25 102:1,7
107:19 108:18,23
116:13 121:10,11
122:24 123:14,21
128:1 129:7 137:12
140:5 142:6 149:3
151:21 169:24
179:24 185:22
187:25 191:15
192:2,12 193:17
207:2 210:2,12
218:8,21 219:10,12
219:24 221:1,3,18
222:16 223:9
226:12 227:4
231:14 234:7,19
235:11,20,25
239:16 240:25
251:24 252:1 254:8
254:13 255:9,20
261:20 262:3,11
265:4 267:9 271:17
272:22,25 273:10
273:21 274:14
276:7,16 292:12
295:10 297:7,21

315:4 319:16,23
320:9 322:24
323:12,24 324:3
335:4,10 340:19
345:16 349:10
353:19 354:3 361:7
362:2 369:11,18
372:21 375:16
376:1,24 379:2,18
385:2 386:21 398:9
403:13
**timeclock** 44:16
**timeframe** 149:8
182:25
**timeline** 101:22
132:21 192:5,10
275:22 276:5
**timeline's** 109:5
**timelines** 77:22,25
101:20 133:2
191:11 193:8 253:5
262:2 315:6
**times** 5:16 22:17,20
46:2 59:9 92:22
166:19 182:8
334:13 336:12
343:5 346:21 353:6
354:6 374:18
382:12 385:22
386:16 391:21,25
398:7
**timeshare** 339:17
340:17
**timewise** 151:19
**tired** 381:6
**title** 38:5 164:4
216:23 217:2
398:19 399:19
**titled** 280:24 285:4
287:1 399:12,13
**today** 5:13 7:18 13:9
37:13 69:5 80:4
94:12 145:13 161:4
201:14 216:9 223:5
223:11 226:8 231:1

249:9 266:12
271:11 291:24
298:20,24 299:17
304:20 305:12
356:3 368:12
374:17 378:20
387:22 389:22
390:7,17 391:11,22
391:25 392:2
404:24
**today's** 23:18
**todd** 343:19,22
**told** 32:20,20 38:12
38:17,21 51:23 52:3
52:5,16 174:17
189:23 222:23
226:9 228:2 229:15
229:22,24 230:3,6
251:17 267:8,11,20
268:7,14 292:7
345:22 368:1
376:18
**tom** 70:11 73:21
75:12 89:18 104:18
105:1 111:3 121:8
121:20,25 144:1
148:14 184:12,13
186:10 269:1 361:7
368:15 376:14,15
395:1,4
**tommy** 79:5 90:5
104:17 115:23
194:7 208:15 369:1
**tomorrow** 239:1
**tone** 60:7
**tons** 104:25 289:9
**tony** 85:20 88:1
**top** 18:6 90:1 99:11
177:25 182:2
199:11 298:4 312:7
313:24 328:19
332:8 340:3 353:18
357:5
**total** 160:2,11

**totally** 128:19
162:20 164:1
**tours** 240:20 241:8
241:12,16
**track** 33:3
**trade** 25:11 29:21
43:20 68:9 211:10
318:25 397:20
**train** 238:24 239:3,7
**training** 214:17
**transcribed** 409:7
**transcriber** 407:10
407:20
**transcript** 404:22
405:12,16 407:5,13
408:11,12 409:5,12
410:5,11,17
**transfer** 295:18,23
**transferred** 214:18
214:22
**transfers** 295:20
296:6
**transition** 216:17
**transitioned** 216:19
355:24
**transitioning** 217:7
**travel** 1:8 13:2,18
13:23 14:16 15:2,2
15:4,6,11,25 16:2
17:16,17,21 23:7,15
23:25 24:2 29:20
30:2,5,6,23 31:1
33:12 34:3,24 35:23
35:24 36:7 37:5,10
37:19,24 38:6 39:9
39:17 40:3,12,22,25
41:3,7 42:6,6,9 43:7
43:18 50:3 52:20
53:19 55:20 56:3,10
56:24 57:2,2,4
59:13,16 60:18,23
61:5 62:8 66:8 68:8
69:2,20,22,23,25
70:1,8 71:3,4 72:10
74:7 76:24 77:19

78:5 80:17 81:19
85:4,9,22 86:11,16
86:18 87:6,16 88:14
90:11,14 91:2,3,5
91:12 92:10,18 93:5
93:11 95:16 96:7
99:4 100:9 101:8,19
102:10,20,24 104:3
105:5 106:5 108:4
108:24 110:1,8,13
111:7,23,25 112:5
118:15,17 120:2,8
120:24 121:9,21
127:20 129:8 130:9
130:13 133:8,20
135:3,3 140:14
142:5,7,17 143:3
145:9,23 146:15
147:17 151:1,16,17
152:7,22 153:9
158:9 159:13
160:15 161:7,18
164:7,25 168:4
169:9,16 170:3,14
170:22 173:19
185:3 188:16 189:6
189:8 190:12
193:19 194:14,20
194:25 195:15
196:14,16,18,20,24
197:20 198:1,12,16
199:10,10,25 200:1
200:2,21 201:4
203:1,17 204:13,18
205:6,25 206:23
212:7,15 214:8
215:12 217:13,19
218:10 219:4 223:1
225:4,12 226:24
227:6 230:10,19
232:2 242:16,19,20
242:21,25 251:17
256:8,12,22 257:12
265:10,14,19 267:5
267:7,12,21 304:10

305:20 317:13
335:15 336:2,5,15
339:17 341:22
342:2,10 346:8,15
347:3,11 351:22
357:14,24 378:4,9
379:1 380:15
385:15,18 386:2,5
386:13,19,22 387:3
387:7,9,11 389:5,20
390:22 391:1,23
392:4,17,21,25
393:18,22,23 394:3
394:4,11,17,20,23
395:12,14,20 396:3
396:12,17 397:7,15
397:25 398:19
399:12 400:18
401:19,24 402:12
402:24 408:6 409:3
410:3
**travel.com** 288:12
**travelers** 309:21
**traveling** 24:3 34:17
34:20 263:20
**tried** 22:18 34:11
100:20 372:24
**tripled** 371:18,21
**tripped** 371:19
**trips** 331:20,21
**troubling** 188:2
**true** 54:23 77:18
174:8 192:15
206:16 239:15
289:6 297:20 407:6
**truth** 81:13,19 82:21
174:16,18 371:3
**truthful** 162:11
163:9 164:9
**try** 6:17 24:22 34:6
81:21 97:8 138:23
139:4 141:7,16
180:13 190:17
263:7 266:1 331:4,7
377:23 386:10

**trying** 16:25 17:10
17:12 20:17 23:12
24:14 25:7,8 30:13
30:15 32:18 37:19
43:13 62:15 82:1,5
137:1 175:4 178:21
178:22 180:4
192:24 201:12
220:2 221:6 268:5
287:2 296:14 297:4
297:14 310:8
328:10 371:22
385:7
**ts** 64:17
**ts5044** 234:8
**ts7252** 237:5
**tsn** 10:14,16 12:24
13:4,13 86:13,22
112:13 113:7,10,12
113:15,16,16
216:24 285:5 287:1
**tsr** 45:8
**tunnel** 331:25
**turf** 141:15
**turn** 42:18 47:9
48:13 69:16 80:6
125:2 131:2 136:15
144:8 154:7,16
220:24 252:13,16
303:17 356:18
357:1 362:24
**turns** 312:16
**two** 12:19 46:24
51:9 74:17 85:20
106:22 116:14
139:12 216:13
229:21 241:19
248:25 249:10,21
278:25 284:7 285:1
304:6 310:21
333:13 356:16
371:11
**type** 35:9 61:12 91:1
111:1 185:7 202:4
203:1 211:25

[type - valente]                                                                                         Page 51

222:14,14 258:5
266:16 294:18,21
335:15 339:8 340:4
361:14
**types** 121:19 140:17
205:23 259:24
260:15 261:3
262:21 263:10
296:21 320:17
323:22
**typically** 67:13
121:21 136:25

**u**

**u** 176:10,14 248:10
282:14,15 285:5
**u.s.** 85:22 86:10,18
87:6,16 88:14 197:8
357:14
**uh** 15:15 17:9 18:2
106:19 139:7
188:10 199:2
201:15 212:21
217:18 238:13
260:10 325:23
384:4 387:1 388:5
**ultimately** 16:22
104:25 137:9
319:23 331:10
**umbrella** 86:23
**unclear** 102:6
169:21
**uncomfortable**
167:6 168:14,17
**undefined** 332:3
**underneath** 18:6
42:20 45:22
**understand** 6:1,10
10:3 17:18 20:18
30:13 43:11 44:24
58:16 59:5 62:16
82:8,10,10,12 90:24
93:3 101:1 109:7
113:13,15 115:24
151:3 162:20 164:1

195:24 201:12
230:17 273:18
310:20
**understanding**
21:10 36:18 41:21
42:5 51:14,24 52:8
53:21 54:5,19 55:5
65:5 66:18 69:19
73:11 86:22 92:9
118:8 123:20 130:4
134:8 157:18 198:8
198:10 206:8
218:10 228:9
**understood** 23:23
133:16 373:2,11
**unfair** 143:25
**unidentified** 144:7
175:13 190:17,20
202:14,17,18
229:23 383:10
**unique** 291:7 293:7
329:7,7
**uniques** 329:3,7,8
**unit** 380:9
**united** 1:1
**university** 9:5
**unknown** 360:1
**unquote** 378:3
**unrare** 152:4
**unredacted** 280:14
**unsolicited** 88:1
**update** 203:6 240:15
240:17
**upfront** 38:12,24
39:3
**upgrade** 337:9
**uploaded** 319:16
**uploading** 376:19
**upset** 109:25 170:21
**upsetting** 188:3
**upward** 282:2
**urls** 36:6 172:12
**usable** 293:4
**use** 23:21 25:6 29:20
48:17 51:24 52:8,18

60:18 80:25 82:22
134:14 142:21
145:16,20 185:16
195:7 206:21,25
211:10 218:11
225:4 228:10 231:5
233:1 236:4 240:5
241:17 252:8,19
256:2 257:18 259:7
259:16 265:21
268:2,8 306:12
314:16,20 325:6,8,9
330:10,13,16
331:14,18 338:2
344:23,24 346:10
346:17 347:5
351:14 353:3
354:12 373:12
384:25 386:13
392:17 406:11,17
**uses** 135:11 195:12
343:6 382:22
**usual** 93:2
**usually** 277:4
**utilize** 40:4 253:13
256:18 345:7
346:25
**utilized** 256:25
257:3 259:4 294:9
295:25 306:22
321:15 348:6 352:4
352:19 354:20
**utilizing** 239:11
247:21 259:23
260:1 276:9 317:18
337:23 338:8
346:20 354:9

**v**

**v** 184:24 249:19
279:6 286:22,23
408:6 409:3 410:3
**vacation** 15:21,24
16:7 18:7 232:5
241:14 260:25

296:22 330:18
331:7,16 333:5,15
334:21 335:9,18
336:15 344:13
345:4 347:3,6
**vacations** 25:9
296:24 331:21
333:19 334:7,7
338:1,9 339:2,17
344:23 345:8 348:6
**valente** 9:19 10:5
12:16,21 17:14 20:6
21:23 31:21 33:1
44:11 49:6 56:8
64:8 72:13 73:14
74:4 75:2,13 76:12
77:13 79:3,5,22
80:24 81:4 82:20
84:15 96:13 108:6
114:23 115:10,18
115:23 116:8,15
118:2 120:1 123:21
125:13 129:24
137:20,23 140:4
143:5,7 144:17
146:16 147:1
149:11,23 156:7
159:24 161:7
162:10 164:9
168:18 170:21
171:5 172:6 174:21
175:7 178:10 180:7
180:15 181:18
182:3 189:23
191:19 192:3,7,13
192:17 193:6 210:5
216:17 217:9 218:9
226:9 227:16
228:14,22 229:2
230:3 231:5 240:14
252:7,18 254:1,18
272:4 273:1 282:6
282:13 288:22
289:19 309:16
360:25 361:2,3

367:13,25 370:17
373:3 378:12,13,17
378:21 379:8,11
385:10 403:20
**valente's** 9:20 10:1
16:6 21:19 73:20
113:22,24,25
130:22 149:14
171:17 179:9 183:4
183:23 260:18
293:20 373:11
**valid** 306:20 321:15
375:10,20 376:5
**validate** 375:21,23
**validation** 376:6,10
**valley** 136:7,20
137:5,13
**valuable** 197:22
**variety** 34:22
336:23
**various** 79:22
161:12 210:21
232:2,3 293:6 328:3
347:19
**vegas** 331:20,21
335:25 337:18,23
**vendor** 42:6 102:24
103:22 145:6
217:13 242:17,19
244:13,14 246:8
251:17 256:12,23
257:12 265:10,14
265:19 291:7,13
313:17 314:8 345:3
**vendors** 35:8 102:20
147:17 151:23
201:4,10 206:24
236:11,25 242:25
246:7 256:8 259:8
261:11 263:21
274:25 275:4
291:17 327:7 346:8
346:15 349:12
364:20 374:14,19
384:7

**verbalize** 6:17
171:10,13
**verification** 125:4
125:25 212:17
334:25 335:2
**verifying** 313:5
**veritext** 408:1,8
411:1
**veritext.com.**
408:16
**versa** 336:17 342:4
342:5
**versus** 175:23 176:1
263:14 308:6,17
315:12 351:1
363:18
**vice** 38:8,19 44:15
73:13 143:2,21
145:23 146:14
162:7,20 164:3
197:7 216:12,23,25
217:3 336:17 342:4
342:5
**view** 28:15
**vince** 264:21 315:3
319:13 320:7,18
321:6,11 400:3
**violated** 190:13
**violation** 87:18,23
189:10 362:21
**violations** 401:18
**visited** 394:17,20,23
**vm** 249:9
**voice** 6:3 109:19
**volume** 68:7 159:12
159:15
**voucher** 333:12
**vouchers** 332:15,25
333:9
**vp** 115:12
**vs** 1:7

|  **w**  |

**w** 127:23 133:25
207:14,16,17,19,20

318:10 391:17,18
**wabash** 1:16
**wade** 207:12,14,20
208:1,3,21 209:13
209:19
**wait** 28:6,7 97:18
220:9 314:18 359:6
**waive** 404:18 405:5
**waived** 408:19
**walk** 99:16,17,20
119:24 136:2
**walked** 119:10
120:16 121:13
**want** 12:9 26:2,11
26:12,23 31:5 37:9
40:14,22 47:9 55:4
57:15 58:8,11 68:23
85:2 107:8 108:21
109:10 117:4
122:20,23 125:2
131:7 134:2,10,12
136:13 140:18,19
142:2,6 143:24
161:24 162:8 164:7
166:13 167:11
168:13 177:3 181:7
184:16 185:17
186:20 187:8
189:24 192:12
210:3 212:5 216:10
231:15 261:6
270:14 292:7,14
296:6 335:17,18,24
350:1,5 370:19,22
381:1 386:21
392:11,13 404:12
405:24
**wanted** 4:24 22:18
40:24 43:24 105:3
105:13 140:21
167:9,9 208:16
210:7 220:9 226:4
229:8,10,13 266:3
334:12 337:6
345:18,22 355:9

370:13 371:16
399:10
**wanting** 104:21
**wants** 369:1 370:21
**warning** 130:6
**wash** 308:17
**waste** 7:19 210:12
**watch** 131:21 196:9
**watching** 105:11
**water** 44:20
**way** 6:14 7:8 26:13
26:22 38:23 40:12
40:20 50:10 58:24
59:25 68:24 97:1
98:4 99:25 109:6
148:11 151:11
163:23 165:8,12
186:23 198:7
211:19 243:25
259:3,19 269:10
270:18 298:15
300:10 306:20
313:11 324:23
327:17 365:17
382:2 391:16 393:5
402:10 406:5
**ways** 24:6 61:3
63:16 232:2,4
241:19,20 321:24
**we've** 80:12 216:9
277:23 280:9,23
292:19 315:25
328:17 365:3
374:17 388:7
**web** 137:12,14,15
304:6,17 340:10
**webpage** 304:13,14
304:22 305:18,19
**webpages** 304:23
**website** 53:6,20
116:6 137:21,22
171:25 172:2
194:14,21,23 198:1
198:6 303:2,11,13
304:1 305:24 306:6

| | | | |
|---|---|---|---|
| 306:16 307:3 | 22:8 23:1,3 28:21 | 166:5,9,17 167:14 | 321:23 324:5,16 |
| 308:11 318:1 | 29:13 30:6 31:8,17 | 167:21 168:25 | 325:11 331:9,13 |
| **websites** 17:6 18:11 | 32:2,5,7,13 33:7,16 | 169:4 170:11 | 332:19 333:7 334:1 |
| 35:25 36:1,3,4 90:6 | 33:25 34:11 35:14 | 171:22 172:3 173:2 | 334:4 336:4 339:13 |
| 134:13,19 135:5,10 | 35:17 36:11,24 37:4 | 173:12,25 175:2,25 | 342:12,16,22 |
| 138:1 139:6,6,10,14 | 37:17 38:16 40:2,10 | 176:16 178:20 | 343:11 344:20 |
| 139:21 156:22 | 40:19 41:12 42:23 | 179:12,16 181:5,11 | 347:22 348:1 349:3 |
| 158:12 171:8 | 43:3 45:4,15,17 | 181:24 184:5 | 351:8,17 352:11 |
| 172:13 174:11 | 46:6 47:25 49:1,10 | 185:21 187:23 | 354:24 355:8,16 |
| 176:22 185:3 186:4 | 50:13 51:10 53:1,9 | 189:2,17 190:5 | 359:7 360:17 361:4 |
| 186:12 269:4,4 | 53:12 54:4,13 55:10 | 192:10,22 193:25 | 365:13,20 370:9,15 |
| 306:3 324:13 | 55:19 56:16,20 57:1 | 195:6 196:20 198:5 | 371:5,9 372:15 |
| 375:16 | 57:14 59:22 63:10 | 199:22 200:7 201:3 | 373:15 375:23 |
| **week** 223:13 353:7 | 63:25 64:11 65:12 | 201:18,24 203:25 | 376:9 377:8,10,10 |
| **weeks** 249:1,10,21 | 66:15,23 67:8,25 | 205:20 206:4,15 | 377:11 379:4 |
| **weigh** 242:4 | 68:4,14,20,23 69:14 | 207:8,19,24 208:12 | 382:25 383:14,18 |
| **welcome** 329:24 | 70:17 72:18 73:6 | 209:18 212:23 | 384:19 386:8 |
| **went** 9:5 90:6 | 74:10 75:6 76:17 | 213:1 214:3 215:2 | 388:18 389:8,18 |
| 156:23 157:18 | 77:5,25 81:10,16 | 215:17 216:1 218:1 | 395:4 397:12 |
| 158:1 174:11 | 82:1,4 83:1,3,9 84:7 | 218:16,20 219:8,17 | 399:18 402:5,16,17 |
| 176:22 226:21 | 86:7 87:9 88:11,13 | 219:21 223:16 | 403:2,5,8 404:3 |
| 228:1 232:21 | 88:21 90:19 91:7 | 224:23 225:17 | 405:1,4,10,14,18,21 |
| 259:19 302:11 | 92:15,22 93:18,22 | 226:17 227:2,10,20 | 406:2,8,12,15,18,21 |
| 318:11,14 319:23 | 94:3,25 95:20 97:14 | 228:17,25 229:7,12 | 408:9,11 409:1,4,11 |
| 334:24 349:16 | 97:20 98:14,22 | 229:25 230:13,23 | 410:1,4,15 |
| **whatsoever** 193:9 | 100:4 101:14 | 231:12 234:25 | **witness'** 408:14 |
| 323:8 395:19 | 102:14 103:9,14,17 | 237:8,9 238:10 | **won** 194:7 |
| **white** 167:15 | 105:22 106:8 | 245:2,7 250:25 | **word** 19:10 195:7 |
| **williams** 295:4,17 | 108:17 109:20 | 251:3 254:21 255:3 | 195:12,25 243:24 |
| 296:5 298:7,11 | 111:14,16 112:8 | 255:14,23 257:22 | 244:1 249:15 |
| 300:4,18 350:22 | 114:3 120:25 126:4 | 259:1 260:5 262:1 | 278:16 279:22 |
| **wind** 63:17 | 126:17 128:23 | 262:24 264:8 265:7 | 288:23 301:12 |
| **window** 4:13 41:21 | 133:12 134:18 | 268:11 270:23 | 303:18 |
| 41:22 | 136:11 137:15 | 271:6,15 276:4,21 | **words** 34:6 51:9 |
| **winner's** 194:7 | 138:20 139:1,25 | 277:7,16,18,20 | 137:23 195:18 |
| **winners** 203:7 | 142:12,25 143:15 | 278:23 281:7,15,21 | 278:19 320:6 323:4 |
| **winninger** 127:21 | 144:22 145:4,12 | 283:7,17,23 284:19 | 326:7 388:22 |
| 374:5,6,7 | 146:10,25 147:15 | 284:25 285:24 | **work** 8:21 9:9 11:4 |
| **wished** 267:25 | 148:10,25 149:19 | 286:3 287:18 | 14:20 59:14 97:1 |
| **withdraw** 56:19 | 150:4 152:15 153:1 | 288:10,18 289:4 | 98:4 102:20 130:20 |
| 76:6 396:23,24 | 154:13 155:5 157:3 | 293:12,25 294:4 | 211:22 302:10 |
| **witness** 2:2 8:12,24 | 157:23 158:1 159:1 | 301:14 302:17,20 | 406:14 |
| 9:17,19 11:18,21 | 160:7,19 161:2 | 305:5 307:5 313:9 | **worked** 9:10,12 |
| 13:21,23 15:11 | 162:3,16 163:5,21 | 313:12 317:9,23 | 12:20 100:5,8 104:5 |
| 16:22 18:14 21:2 | 164:17 165:8,18 | 318:9,11,14 320:1,3 | 161:7 168:15 182:8 |

190:7 267:9,12
282:22 327:19
340:22 351:25
355:22 388:7
**workflow**  152:14
**working**  10:5,25
  11:25 12:1,7,15,17
  44:11 49:5 100:13
  108:6 167:6 217:9
  218:9 228:9 295:11
  302:3 324:10 341:7
  343:20 353:2
  355:25 372:21
  380:8
**works**  83:4 120:24
  155:16 218:6 312:4
  402:10
**worldwide**  115:12
**worried**  130:25
**would've**  143:25
  144:16 164:11,18
  235:16 267:11
  274:21,23 275:16
  275:20 281:12
  366:2,10,14
**wrap**  404:9,10
**write**  27:5 311:13
**writes**  162:23,25
  164:7
**writing**  27:11
  118:11 120:18
  210:18 384:16
**written**  119:15
  241:1 246:22
  254:14 274:14
**wrong**  12:8 132:5
  134:9 178:4,13
  188:7
**wrote**  271:13 296:12
  376:14,15

**x**

**x**  2:1,9 278:23
**xcel**  156:4

**xleadsinc**  307:20,22

**y**

**y**  45:16,17 129:20
  154:23 203:13
  207:15,16,17,19
  282:14,15 298:14
  298:16 313:12
**yeah**  5:1,5,10 11:12
  12:25 13:6 22:16
  25:5 26:8,16,19
  27:10 29:1 30:9
  42:14 47:23 51:7,8
  52:23 54:20 56:2,6
  56:14 57:14 59:24
  61:7 64:11 67:11
  68:20 84:14 86:6,14
  87:2 88:3 92:15
  94:1,19,25 97:14
  101:14 102:5 103:4
  105:22 106:25
  108:17 109:12
  111:15 114:3
  117:13,17,18
  118:11 119:18
  122:8,15 123:2,10
  123:15,19 125:1,12
  125:15,18 126:4,13
  126:17 127:8
  128:22 130:18
  131:18,20 137:9
  138:10,20 139:11
  141:9 144:7 146:4
  151:4 152:20 153:1
  153:21 155:4,19
  157:7,16 160:7
  171:9 173:4 174:9
  177:1 179:12 185:9
  187:1 188:4 189:17
  192:17,22 194:15
  195:1,7 197:19
  198:5 199:5 201:11
  202:18 204:6,15,16
  206:16 208:17,25
  209:7 211:6 214:13

216:4 217:24 219:8
219:17 220:25
221:17 222:2,18,21
223:12 225:21
226:17 231:7,9
232:24 234:12
237:7 238:20,22
239:2,17 240:2,16
241:19 242:14
245:5 251:1 253:8
255:14,16 260:20
261:7,18 264:5
270:4,13 272:2
277:13 278:10
280:22 283:7
284:10,11 286:23
287:11,15,21
289:13 292:14
295:1 296:13
297:12 298:12
301:6,24 302:21,21
303:4,21 308:4
309:24 312:12
317:11 319:18
321:13,21,25 324:5
324:24 326:1 327:3
329:11 333:7,16,23
334:4,11 335:7,19
336:1 337:9 340:18
340:22 342:4 351:9
352:21 353:6,13
355:19,21 356:25
357:4 358:4,7,11,14
358:20,22 359:1,20
360:23 367:1 368:4
368:18 370:9,15
371:5,17 372:18,19
372:24 373:23
375:21 377:2 378:1
381:10,11 382:8
384:19 385:1,14,22
389:15 400:13,16
401:16 405:4,10,14
405:18,21 406:2,8
406:12,15,18

**year**  9:11 12:10
  221:16,17,18
  234:16 244:15
  253:23,24,25
  273:25 294:15
  362:19 365:9
**years**  9:5,9 11:13
  15:25 43:16 47:11
  47:15 49:24 85:4
  100:8 104:25 109:5
  116:14 133:1
  148:12 159:14
  161:7 171:4 197:23
  207:3 221:15 262:6
  283:4 351:4
**yep**  26:4 32:7 76:22
  107:6,24 150:23
  155:5,5 203:21
  236:19 237:13
  239:21 240:19,22
  240:24 241:10
  244:9 269:19 275:6
  276:14 281:7
  282:20 298:5 304:8
  308:1 309:17 310:6
  311:20,25 312:6
  313:19 314:6
  315:17 316:14
  317:16 322:9
  323:20 330:20
  337:20 338:10,14
  338:23 339:3 340:1
  344:18 348:22
  353:17,21 354:1,11
  356:11 357:8,11,13
  357:15,23 368:21
  368:24 369:3,8,10
  373:20 378:6
  383:14 384:23
  389:25 398:14
**yous**  61:12
**yth**  13:17 14:15,17
  14:20,23 197:3,5,6

| z |
|---|
| **z** 222:5 358:17 |
| **zaman** 358:13 |
| **zero** 104:22 105:3 |
| 169:10 |
| **zink** 222:1,5 |
| **zip** 277:2 |
| **zone** 398:9 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

**Exhibit N**

## Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO. 1:12-cv-5746

Philip Charvat on behalf of
himself and Others similarly
situated,

     Plaintiff,

vs.

Elizabeth Valente, et al,

     Defendants.

     - - -

DEPOSITION OF
PETER LACHNICHT

June 3, 2015
10:10 a.m.

2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

Michelle J. Ruiz, CCR, B-1397

## Page 2

1  APPEARANCES OF COUNSEL:
2  For the Plaintiff:
3     EDWARD A. BRODERICK, Esq.
   Broderick Law, P.C.
4     125 Summer Street, Suite 1030
   Boston, MA 02110
5     email: Ted@broderick-law.com
   (617) 738-7080
6     (via telephone conference)
7  For the Defendants Royal Caribbean Cruises, Ltd. and
   NCL (Bahamas), Ltd.
8
   CATHERINE J. MACIVOR, Esq.
9     Foreman, Friedman, PA
   2 South Biscayne Boulevard, Suite 2300
10     Miami, FL 33131
   email: Cmacivor@fflegal.com
11     (305) 358-6555
   (via telephone conference)
12
13  For the Defendants Carnival Corporation and PLC:
14     JEFFREY S. BECKER, Esq.
   Swanson, Martin & Bell, LLP
15     330 North Wabash Avenue, Suite 3300
   Chicago, IL 60611
16     email: Jbecker@smbtrials.com
   (312) 321-9100
17
18
19
20
21
22
23
24
25

## Page 3

C O N T E N T S

WITNESS     EXAMINATION     FURTHER EXAMINATION
PETER LACHNICHT
BY MR. BECKER     PAGE 4     PAGE 217
BY MR. BRODERICK   PAGE 197     PAGE 226

E X H I B I T S

DEFENDANT'S
EXHIBIT NO.     IDENTIFICATION     PAGE

EXHIBIT 1     SUBPOENA     63
EXHIBIT 2     CALDWELL DOCUMENTS     64
EXHIBIT 3     EMAILS     66
EXHIBIT 4     EMAILS     84
EXHIBIT 5     SPREADSHEETS     133
EXHIBIT 6     EMAIL     147
EXHIBIT 7 AND 8     EMAIL     151
EXHIBIT 9     EMAIL     153
EXHIBIT 10     EMAIL     165
EXHIBIT 11     EMAIL     170
EXHIBIT 12     EMAIL     174
EXHIBIT 13     EMAIL     178
EXHIBIT 14     EMAIL     186
EXHIBIT 15 AND 16   EMAILS     187
EXHIBIT 17     MONGIOVI AFFIDAVIT     199

## Page 4

P R O C E E D I N G S

PETER LACHNICHT,
being first duly sworn, was examined and
testified as follows:

     EXAMINATION
BY MR. BECKER:

   Q   This is the discovery deposition of Peter
Lachnicht, taken pursuant to subpoena and federal
rules of civil procedure.

     Sir, can you please state and spell your
name for the record.

   A   Peter Joseph Lachnicht. Spelled
P-E-T-E-R, J-O-S-E-P-H, L-A-C-H-N-I-C-H-T.

   Q   What is your residential address, sir?

   A   100 Blackberry Court, one word, Woodstock,
Georgia, 30188.

   Q   How are you feeling today?

   A   Lovely.

   Q   Do you have any factors that exist which
might affect your ability to answer or understand my
questions today?

   A   No.

   Q   Are you hard of hearing at all?

   A   No.

   Q   Are you on any medication or drugs today?

Page 5

1    A   No.
2    Q   So is there anything else I should know
3  that might interfere with your understanding of my
4  questions?
5    A   No.
6    Q   Sir, while we are not in court today, this
7  deposition is given many of the same formalities as
8  we would have if we were in a courtroom.  Okay?  For
9  instance, I ask that when you answer questions
10  today, you answer them audibly, with a yes or a no,
11  or a statement that the court reporter can record.
12    A   Okay.
13    Q   And the reason for that is because it's
14  hard for the court reporter to record a yes if you
15  say uh-huh or huh-hu.
16    A   Okay.
17    Q   Right.  Okay.
18       Also, it's important that you speak loud
19  and clear so that the court reporter again can
20  record your answers as accurately as possible.
21  Okay?
22    A   Okay.
23    Q   Further, it's very important that you
24  allow me to finish my questions before you begin
25  your answers.  The reason for that again is because

Page 6

1  we are trying to record your testimony and it's
2  going to be hard for the court reporter to record
3  both my questions and your answer.  Okay?
4    A   Sure, okay.
5    Q   Now, we are here today to collect
6  information that you know, right?  And therefore,
7  it's very important that you be truthful and honest
8  with your answers.  Okay?
9    A   Okay.
10    Q   Again, that's the audible thing.  A shake
11  of the head or a nod is not appropriate.
12    A   I didn't know if you were finished or not.
13  Fair enough.
14    Q   That's fine.  If you're not clear if I'm
15  finished, always wait because we want truthful
16  answers and we want accurate answers.  If you try to
17  answer my question before I finish, you might give
18  an answer that's different than what you would have
19  given had you heard the entire question.  Okay?
20    A   Understood.
21    Q   Again, we want truthful and accurate
22  answers today, which means if you don't understand a
23  question, ask me to repeat it.  There is a
24  possibility that I ask a question that's unclear, or
25  one of the other attorneys on the phone asks a

Page 7

1  questions that's unclear.  We don't want you to
2  answer a question if you do not understand it.
3  Okay?
4    A   Okay.
5    Q   We also will assume that if you give an
6  answer to a question you understood it and you had
7  knowledge to give that answer.  Okay?
8    A   Okay.
9    Q   I don't want you guessing.  I don't want
10  you speculating.  If you don't know the answer, tell
11  me that.  Okay?
12    A   Okay.
13    Q   If you need a break at any time, let us
14  know.  We will go off the record when we need to, as
15  long as there is not a question pending, to allow
16  you to take a break.
17    A   Okay.
18    Q   What's your birth date?
19    A   September 4, 1984.
20    Q   Do you have an e-mail address, sir?
21    A   Peter@caldwell-list.com.
22    Q   Do you have any others?
23    A   I have multiple personal e-mail addresses.
24    Q   How many personal addresses do you have?
25    A   Probably two.

Page 8

1    Q   What are there?
2    A   My first dot last name at gmail.com.
3    Q   Okay.
4    A   And probably the other is PeteyZ71.
5    Q   Spell Petey.
6    A   P-E-T-E-Y, Z as in Zoro, 71@aol.com.
7       MR. BRODERICK:  Jeff, I'm sorry to
8  interrupt.  Should we put on any stipulations?
9  We have the usual stipulation that we put on
10  the record that we are reserving all objections
11  except as to the form of the question.
12       MR. BECKER:  That's fine with me.
13       MR. BRODERICK:  Until trial.
14       MR. BECKER:  That's fine with me.  Cathy?
15       MS. MACIVOR:  Agreed.
16  BY MR. BECKER:
17    Q   Have you ever given a deposition before?
18    A   No.
19    Q   Have you ever testified at a trial or
20  other proceeding before?
21    A   No.
22    Q   Have you ever been a party to a lawsuit
23  before?
24    A   No.
25    Q   Have you ever been subject to a criminal

2 (Pages 5 to 8)

1 proceeding before?
2     A No.
3     Q Have you ever been arrested before?
4     A No.
5     Q Have you discussed the fact that you were
6 giving a deposition today with anyone over the last
7 30 days?
8     A Yes.
9     Q Who?
10     A My coworkers, my girlfriend, my parents,
11 my bible study class. I mean, probably the
12 check-out lady at the grocery store. Keep going?
13     Q If you discussed the deposition or you're
14 giving a deposition in the last 30 days with anyone,
15 yes.
16     A A guy at the gym. Couldn't tell you his
17 name. My friend who is an attorney. That's
18 probably about it.
19     Q Any other attorneys?
20     A In the last 30 days, no.
21     Q Okay. Last 60 days?
22     A No.
23     Q Have you discussed this case at all with
24 Tom Mongiovi?
25     A Not within the last six to 12 months,

1 probably.
2     Q What did you do to prepare for today's
3 deposition, if anything?
4     A Honestly, nothing.
5     Q Did you review any documents today or in
6 the last week in advance of this deposition?
7     A Just my responses to the request that were
8 originally sent to me to provide. It's been five
9 years, so it's kind of -- or four years, so it's not
10 the freshest in my mind.
11     Q That's fair. Where did you go to high
12 school?
13     A Pope High School, Marietta.
14     Q What year did you graduate?
15     A 2003.
16     Q Did you go to college?
17     A Yes.
18     Q Where did you go?
19     A Kennesaw State University.
20     Q Did you graduate?
21     A 2007.
22     Q Degree?
23     A Business and marketing.
24     Q After graduation, what was your first job?
25     A This, Caldwell List.

1     Q Have you had any other jobs after
2 graduation?
3     A No.
4     Q Did you work at Caldwell List before you
5 graduated from college?
6     A No.
7     Q Okay.
8     A I started in February of 2007.
9     Q Okay. How long has Caldwell List been in
10 business, as far as you know?
11     A My grandpa started it in 1969.
12     Q 1969?
13     A Uh-huh.
14     Q Okay.
15     A It wasn't incorporated until the '80s when
16 my parents took it over.
17     Q When did your parents take it over?
18     A I don't know the exact year; '85, '86.
19     Q And you said they incorporated it at that
20 time?
21     A Yes.
22     Q Okay. So it's a Georgia corporation?
23     A Yes. It's currently a C-corporation. I
24 don't know if it originally was or not.
25     Q You have worked there since 2007?

1     A I believe. I know it was a February start
2 date. It's either 2007 or 2008. Maybe I have the
3 wrong years there, but one of the two.
4     Q Your parents owned it since the '80s?
5     A That's correct.
6     Q You didn't work there in college or high
7 school or summer jobs or anything like that?
8     A No. I have been around the industry all
9 my life obviously because they always brought their
10 work home with them. I grew up with my grandpa
11 around the industry, so. I didn't actually get a
12 W-2 from them, but I have always had -- you know,
13 been around it.
14     Q Sure. Did you have any jobs while you
15 were in college?
16     A Yes.
17     Q What did you do?
18     A Personal training.
19     Q Having been there since 2007 working, or
20 2008, and having been around the business your
21 entire life, do you have a pretty good working
22 knowledge of the operations of the business?
23     A Yes.
24     Q Do you know whether Caldwell List is
25 currently a member of any trade associations?

Page 13

1    A  Uh-huh.
2    Q  Which ones?
3    A  Direct Marketing Association or DMA.
4    Q  Okay.
5    A  I would have to see about the others if we
6  are still current with them or not.  That's the only
7  one that really holds weight in our industry, so
8  that's what we stick with.  I mean, obviously Better
9  Business Bureau, as well, which we have an A Plus
10  rating.
11    Q  Have you always had an A Plus rating, as
12  far as you know?
13    A  Actually, I think we had a pretty serious
14  dispute with them.  I think we had one complaint in
15  about 15 years and they marked us down to a D, so we
16  never paid them for a membership until fairly
17  recently where -- you know, I personally probably
18  place 60 orders a month and we had one complaint in
19  a month and they gave us a D.  It just didn't make
20  sense, so.
21    Q  What year was that, do you recall?
22    A  No.
23    Q  Was it within the last five years?
24    A  I couldn't tell you.  Since I have worked
25  there, so.

Page 14

1    Q  It was since you worked there?
2    A  Right.  The complaint wasn't with me
3  personally.  It was another sales rep there.
4    Q  Was it within the first year or two of you
5  being there?
6    A  I couldn't tell you.
7    Q  Do you know anyone that works for Caldwell
8  List named Shannon?
9    A  Uh-huh.
10    Q  Who is Shannon?
11    A  She's an administrative assistant, I guess
12  you would say.
13    Q  Whose assistant is she?
14    A  Everybody's; like any of the sales reps.
15    Q  How long she been there?
16    A  I should know this.  I want to say between
17  15 and 20 years.
18    Q  Is she a good employee?
19    A  Great.
20    Q  Does she have a good working knowledge of
21  the business?
22    A  Yes.  It's the only job she's ever had,
23  too, in her adult life, I think.
24    Q  She understands the marketing industry
25  pretty well then, as far as you know?

Page 15

1    A  I wouldn't say the marketing industry.  We
2  are very narrow in the marketing industry.
3    Q  Okay.
4    A  We are very -- you will see that when
5  clients ask us what we do, we are data providers
6  solely.
7    Q  Okay.
8    A  Marketing tactics, campaigns, not
9  something we give advice on.  Not something we claim
10  to know.  So, when you look at the industry we are
11  in, I would have to say we are a data broker,
12  period.
13    Q  Okay.  You give certain information and
14  sources of information through which to learn more
15  about marketing on your website, do you not?
16    A  I don't know.
17    Q  Okay.  Are you familiar with your website?
18    A  Yes.
19    Q  Does your website say, if you click on
20  different types of provide -- does your website
21  first provide the ability to link onto different
22  types of data that you offer to your customers?
23    A  Yes.
24    Q  Is one of those types of data
25  telemarketing data?

Page 16

1    A  Sure.
2    Q  And is there information there where you
3  can click on and find out whether or not -- or find
4  out more information about how to make sure your
5  telemarketing leads and tactics comply with the law?
6    A  Probably, but I'm not sure.
7    Q  What services does Caldwell List offer to
8  its customers?
9    A  Data brokering.  If you need a list, we
10  can provide a list.
11    Q  Okay.  Anything else?
12    A  No.
13    Q  Okay.
14    A  I guess you could consider data hygiene.
15  If you already have a list, we can clean it up.
16  De-duplicate records, scrub it with the national
17  change of address.
18    Q  Is that what you mean by data hygiene?
19    A  Uh-huh, data hygiene.
20    Q  So data hygiening would be, as you
21  mentioned, de-duplicating records, right, and also
22  scrubbing the national change of address database,
23  right?  Is there anything else that would fall
24  within the realm of hygiening?
25    A  Probably, but that's something we

4  (Pages 13 to 16)

1    outsource.  So, I typically would contact the vendor
2    and ask them, hey, I've got a client that needs A, B
3    and C down to a file, here is how many records they
4    have, what's the cost.
5        Q   So hygiene, though, to you is talking
6    about scrubbing them against address changes and
7    de-duplicating them to make sure if not --
8        A   Yes.  Or, if they have a list of 100,000
9    records and not all the record fields match up, they
10   can parse it, chop it up and make it fit so that all
11   the fields are consistent.  Does that make sense?
12   So, let's say record one has first name, last name,
13   postal address, telephone number, for instance.
14   Record two might have telephone number first,
15   address next, first name, last name.
16       Q   Okay.
17       A   So hygiene would be, well, I want all
18   these fields consistent in the same columns and so
19   forth, so.
20       Q   And data brokering, you also mentioned, is
21   a service you provide?
22       A   Yes.  It's probably our main service.
23       Q   Okay.  When you talk about data brokering,
24   you're referring to providing lead information to
25   your customers?

1        A   Define lead information.
2        Q   I don't know if it has a general
3    understood meaning in your industry or not.  How
4    would you define it?
5        A   I won't be able to answer it unless you
6    tell me something more specific.
7        Q   How would you define lead information?
8    What does that mean to you?
9        A   I don't know what that means.  If a
10   customer came to me and said lead information, I'd
11   say, what is it that you're looking for.  Are you
12   trying to target consumer households, are you trying
13   to target businesses, who is your lead, what is the
14   criteria you want to target.  And then, I can
15   probably provide you with information.
16       Q   Let's back up.
17       A   Okay.
18       Q   The information that you provide when
19   you're talking about data brokering is primarily
20   contact information for individuals.  Is that fair
21   to say?
22       A   Or businesses.
23       Q   Or businesses.  But it's contact
24   information to reach either a business or a person?
25       A   Right.

1        Q   Okay.  And there is a variety of different
2    types of contact information that could be included
3    on a list, correct?
4        A   Sure, I guess.
5        Q   I mean, it would usually include maybe a
6    name.  Is that fair?
7        A   Yes.
8        Q   An e-mail address could be included, a
9    phone number could be included?  I apologize.  You
10   have to say yes.
11       A   Yes to all.
12       Q   Yes to all so far?  Other types of contact
13   information might be included on those lists?
14       A   Correct.
15       Q   I guess what I'm thinking of is lead
16   information as the set of lists that includes the
17   names and contact information for individuals or
18   businesses.
19       A   Okay.
20       A   Okay.
21       A   Sure.
22       Q   When you're doing data brokering, is that
23   the kind of information you're talking about
24   brokering for customers?
25       A   Yes, I guess.  I mean, it depends on the

1    request, though.
2        Q   Any type of data other than contact
3    information that you would typically be brokering?
4        A   Yes.  Experian, for instance, is one of
5    our vendors.  They do profiling.
6        Q   Okay.
7        A   So a customer can give us a list and say
8    here is our customer list, I want to know who my
9    customer is.
10       Q   Okay.
11       A   So you give it to Experian, they run a
12   profile on it and they can take, based on the names
13   and postal addresses, the specific criterion which
14   they fall under.  So then, client A can then take
15   that profiling information and run counts based on
16   that information and target their consumers, who
17   they would be good prospects.
18       Q   Is the primary goal of your consumer base
19   to be able to learn information with which to
20   contact their customers or potential customers?
21       A   I would say that's probably what the whole
22   advertising industry is.
23       Q   So it's really, what we are talking about
24   here, is you're providing information to assist your
25   customers in their advertising or marketing

1    practices.  Is that fair to say?

2       A   Yes.  I mean, but sometimes for political

3    campaigns, for instance, some people just want to

4    know how many residents fall within what criteria

5    and what district.  So, sometimes it's for research,

6    sometimes it's for marketing.  It's not always

7    marketing.

8       Q   Make sense.  What percentage of your

9    business would you say is more marketing?

10       A   Probably 80.

11       Q   And the other 20 percent is made up of

12    what?

13       A   Could be research, could be profiling,

14    could be hygiene, could be -- that's all I can

15    really think of off the top of my head.

16       Q   When you're talking about providing data

17    to individuals, we are not talking now about

18    hygiene, we are not talking about profiling, we are

19    talking consumers that want to buy contact

20    information they're going to use to reach out to

21    people for marketing purposes.  Okay?

22       A   Uh-huh.

23       Q   When Caldwell is brokering that type of

24    information, is it typically in a list form?  The

25    format of the information you're conveying to a

1    customer, is it typically in some sort of a list

2    format?

3       A   Yes, probably Excel format, spreadsheet.

4       Q   And there is different types of lists that

5    Caldwell can offer to customers.  Is that fair to

6    say?

7       A   Yes.

8       Q   What types of lists are we talking about?

9       A   Consumer, business, specialty lists.

10    American Medical Association files.  People who have

11    purchased certain products.  There is probably a few

12    thousand of them I could name for you.

13       Q   What types of contact information is

14    typically provided or requested of Caldwell by its

15    customers?

16       A   80 percent of the time it's for name and

17    postal address.

18       Q   Okay.  And the other 20 percent?

19       A   Telemarketing probably 15 percent and five

20    percent e-mail.

21       Q   Okay.  Are you familiar with the concept

22    of an opt-in lead?

23       A   Yes.

24       Q   What is that?

25       A   You would have to define it for me.

1       Q   I need you to define.  Define opt-in lead

2    as you understand it.

3       A   There is multiple kinds of opt-in leads.

4    It could be as basic as information on a website,

5    you know, by a registration form.  Or, it could be

6    more specific, somebody responds to a mail piece and

7    then a telemarketer calls and verifies that

8    information and they say it's okay for a third --

9    specific third-party to contact them.  So, that's

10    what we would consider a prequalified opt-in.

11       Q   Does opt-in data typically refer to a

12    specific type of contact information?

13       A   No.

14       Q   Okay.

15       A   Now, do you mean between postal, phone and

16    e-mail?  Is that what you're asking?

17       Q   Right.  If you have opt-in data that you

18    receive and there is a phone number, a name and an

19    e-mail address and an address.

20       A   You would have to specify.

21       Q   Is it typically the case that if you have

22    opt-in data that you receive that has all three of

23    those types of contact, phone, e-mail, physical

24    address on it, that those three pieces of contact

25    information qualify as the opt-in data the consumer

1    provided?

2       A   I can't tell you that, but I would imagine

3    so.  I'm not -- see, again, that question should

4    probably be directed at who is generating the leads

5    as opposed to me as the broker.

6       Q   But you're the one that's ultimately

7    disbursing this to the consumer and --

8       A   Right.

9       Q   -- receiving from -- you're ultimately the

10    person that's disbursing the opt-in data to the

11    consumer and also receiving it from the compiler.

12    Would you be qualified to then know what information

13    you're buying and then giving to a consumer?

14       A   Yes.  I would have to take what the

15    customer needs, specifically from the customer, go

16    to the vendor and ask them if it's possible to

17    output postal, phone, e-mail based on the request.

18    But, there are also some fees that come with it, all

19    three of the above, name, postal, phone, e-mail,

20    come with all of it, no matter when you buy it.  You

21    don't have to request that.

22       So, Experian, for instance, that's one of

23    our vendors that we mentioned earlier, we have to

24    specify if they want a phone number.  If not, the

25    list just comes with name and postal address.  So

Page 25

1    when we actually say that we need a phone number,
2    they require what's called a SAN number,
3    subscription account number, through the FTC where
4    the telemarketer has submitted information and paid
5    per area code that they are marketing into. So,
6    depending on the client's request and based on their
7    questions to me, I know -- typically I know what
8    information they need or what they will be using.
9       Q  So if you know a client is going to be
10   sending mailing pieces out and they are asking for
11   opt-in information, you would make sure then to have
12   the compiler provide you with opt-in information
13   with mailing information provided that was opted
14   into?
15      A  Yes.  But with a lot of customers, like
16   you did earlier, when you said lead information.
17      Q  Right.
18      A  There is a lot of slang that customers
19   use, even people that are vendors or brokers in the
20   industry use.  For instance, we consider consumer
21   data what the customer A might call residential data
22   or customer B might call homeowner data.  There is a
23   lot of different terms used for the same types of
24   data.  So, when you say opt-in information, the same
25   thing is true where I give you two different kinds

Page 26

1    of opt-ins, it's also -- opt-in data is also
2    considered when somebody has just visited a website,
3    we take that information.  It could be first and
4    last name and postal address is all we need because
5    the client just needs to know that they were on a
6    specific type of website and they want to mail to
7    them, which is the mail order responder file.  So
8    when you hear the term opt-in in the industry, it's
9    thrown around and not clearly defined.  The other
10   place you're going to see opt-in and, quote,
11   unquote, double opt-in, is with e-mail lists and 99
12   percent of the time they are not double opt-in when
13   people request them because -- do you want me to
14   keep going on that or am I getting off on a tangent?
15      Q  Well, I think you're getting a little off
16   on your tangent.  Let me ask a more direct question.
17        If the customer hires you, hires Caldwell,
18   and says I would like to buy from you opt-in data
19   and I want to e-mail people.  I want to make sure
20   they've opted in to receive e-mails from me.
21   Caldwell then goes and sources that data and
22   provides them with opt-in information.
23      A  I stop them right there with e-mail
24   addresses and I tell them opt-in information is a
25   term that's been thrown around.

Page 27

1      Q  Okay.
2      A  Opt-in information --
3      Q  Can I stop you for a second?
4      A  Sure.
5      Q  I actually didn't finish the question.
6      A  Okay.
7      Q  If a consumer hires Caldwell to source
8    opt-in information so they can e-mail people and
9    they say I would like to get opted information from
10   you, opt-in data from you so I can e-mail people,
11   tell me what you will tell that person, that
12   customer, and tell me what you would give that
13   customer?
14      A  We've been trained from day one since we
15   started selling e-mail lists that unless the
16   customer has generated the e-mail list themselves,
17   there is no such thing as an opt-in list that is a
18   third-party list that you can purchase.
19        Let's say, Jeff Becker, you work for SMB
20   Trials, whatever it stands for.  So SMB Trials comes
21   to me and they say I want an opt-in list of people
22   who need legal help.  And I say, well, there might
23   be a list out there where people are looking for
24   legal help, but they didn't opt-in to SMB Trials so
25   it's not an opt-in list for you.

Page 28

1        Now, what you can do is buy bulk data and
2    there are ways that we refer vendors out, refer
3    customers to go to these vendors where you can
4    purchase bulk data and have them do what are called
5    permission passes to try to generate an opt-in.
6    That's something we don't do.  It's something we
7    refer our clients out.
8      Q  And have you had clients hire you for that
9    purpose before?
10      A  They've contacted us for it.  Whether they
11   use our vendor or not, it's totally up to them.
12      Q  So you won't broker it through a vendor of
13   yours?
14      A  State that again.
15      Q  You wouldn't actually go get the vendor
16   and hire the vendor to do this and --
17      A  No.
18      Q  -- act as the broker --
19      A  No.
20      Q  -- to do that?
21      A  No.  There is just no money in it for us.
22      Q  So if an individual or a company wanted to
23   hire you to go opt-in leads for phone numbers.
24      A  Uh-huh.
25      Q  Is that something that you have done

Page 29

1  before?
2      A   It's not.  We don't dial.  We don't
3  actually dial out any phone numbers.  We resale data
4  based on a request.
5      Q   So if a customer called you and says, I
6  want opt-in leads, that's what they said, that's how
7  they said it.  If the customer said I want opt-in
8  leads from you, you would say, no, we can't do that,
9  I can refer you to somebody?
10     A   No, I wouldn't say that.
11     Q   What would you be giving them then if they
12 asked for opt-in leads?
13     A   I would have them clearly define what they
14 mean by opt-in.
15     Q   Okay.  Once they've clearly defined that,
16 what type of definition can they give you that you
17 could say, yes, this is the type of service that we
18 can provide, and what type would they provide you
19 where you'd say, no, we have to refer you somewhere
20 else?
21     A   If they asked for e-mail addresses, we
22 have to automatically refer them out.
23     Q   Okay.
24     A   So a lot of times what people mean when
25 they want opt-in data is they're looking for

Page 30

1  response data and not opt-in data.  They're looking
2  for somebody who self reported that they liked
3  jogging or walking or -- and they mean -- they say
4  opt-in, but they mean response data.  So that's what
5  I have to get them to clearly define that to me.
6      Q   When you say opt-in, what do you mean?
7      A   When I typically say opt-in, I mean that
8  second type, that's a prequalified, hey, I gave my
9  information somewhere, they called me, verified my
10 information, and I said it's okay for this specific
11 third-party to contact me.
12     Q   When you're saying I'm giving you opt-in
13 leads, you're referring to leads where these
14 individuals have -- that are on the list have
15 previously indicated in an agreement, in a consent,
16 to be contacted?
17     A   That's after I've clarified with the
18 client that they mean the same thing, yes.
19     Q   Okay.  So if you and the client agree that
20 the client is going to acquire opt-in leads from
21 you, then that means you and the client have reached
22 an agreement that what the client is looking for you
23 to source for them are leads of individuals or
24 businesses who have consented to being contacted in
25 some manner?

Page 31

1      A   No, not specifically.
2      Q   What did I miss?
3          MR. BRODERICK:  Object to the form.
4          THE WITNESS:  Well, no, because you're
5      kind of skipping some steps there.  I don't
6      automatically assume anything until I hear it
7      from the client.
8          In this case, which I'm guessing you're
9      pertaining to, this question pertains to.
10 BY MR. BECKER:
11     Q   Right now I'm not on this case at all.
12     A   Well, let's say hypothetically a customer
13 provides me with some websites that they are
14 getting, quote, unquote, opt-in data from and they
15 say, hey, I'm already purchasing these, can you
16 provide unique data from other websites like these.
17 I say I don't know, send them over to me and I will
18 take a look.  So, that customer sends me a list of
19 websites and I say, well, yes, let me contact some
20 vendors and see if we have any unique websites with
21 similar data.  I do so.  The vendor says, yes, here
22 is some websites we have that's the same type of
23 data, here is a list of what we can provide.  I
24 would send that to the client and it's kind of on
25 that client to do due-diligence, to read privacy

Page 32

1  policies, for whatever purpose they're going to use
2  the data for.  As a data broker, we don't give legal
3  advice, we don't -- all we do is try to source data
4  based on a client's request.
5      Q   Peter, it's going to be a long day if we
6  start going off on answering questions I'm not
7  asking yet.
8      A   Okay.
9      Q   I'm asking you specifically about the type
10 of data we're talking about right now.
11     A   Okay.
12     Q   We are talking about opt-in data.
13     A   Okay.
14     Q   And what I'm trying to understand is, is
15 when you reach a point in a transaction where you
16 agree to give a client what you're calling opt-in
17 data, my understanding from your earlier testimony
18 was that there is a misunderstanding amongst certain
19 consumers as to what opt-in data means; is that
20 correct?
21     A   Correct.
22     Q   And you have an understanding personally
23 as to what you qualify as opt-in data, correct?
24     A   Well, let me stop you.  That's incorrect.
25 Because, it depends on -- let's say, okay -- let's

JEANNIE REPORTING                                    305-577-1705
                  YOUR WISH IS OUR JOB!

1  go back to the consumer example.  Let's say I
2  consider consumer data consumer data.  That's what I
3  call it.
4       Q   Sure.
5       A   Customer A calls and he says I need
6  residential data.  It's important in our industry in
7  sales to refer to the same term as what the client
8  states.  And I will tell you why, because if he says
9  residential data and I start saying consumer data,
10  it starts to confuse the customer and they think I'm
11  not providing what they're asking for.
12       Q   Let me back up.  I have another way of
13  saying this.  If you reach a point in a transaction
14  where you agree to go forward with the consumer by
15  providing them with a certain type of data, whatever
16  that data type is, would you agree with me that it's
17  important to you to reach an understanding with the
18  client as to what the two of you mean by that data
19  type, what you're referring to so you're on the same
20  pages?
21       A   It depends.
22       Q   So you're willing to go forward in a
23  transaction and sell a consumer data that they are
24  calling residential data, even if you and the
25  consumer have not reached an agreement as to what

1  the two of you mean by residential data?
2       A   It's hard to say.  It's hard to say
3  because -- I will tell you where it's hard to answer
4  the question.  I know where you're going with that.
5  But, in that case, it's because he gave -- I
6  shouldn't say --
7       Q   Don't guess where I'm going.  I'm not
8  going anywhere with this.
9       A   So typically --
10       Q   They can't hear the question if you're
11  answering on top of it.
12       A   Okay.
13       Q   I'm asking a very general question right
14  now which is, when a client comes to you, and wants
15  to engage in a transaction with you and they are
16  asking you for a certain type of data that they'd
17  like to acquire from you, is it not important to you
18  to make sure that you and the client reach an
19  agreement as to what the two of you believe that
20  data means, whatever they're calling the data?
21       A   I can't answer that question.
22       Q   That's not important to you to understand
23  what they are looking for and what you're going to
24  provide them?
25       A   It is important, but I can't -- I can't

1  say that in good faith knowing where you're going
2  with that because of a certain circumstance.  It's
3  circumstantial is what I can say.
4       Q   So in some circumstances it's not
5  important to you then to understand what kind of
6  data your client is seeking to acquire?
7       A   It's always important, but -- to me
8  personally, it's always important, but it's not
9  necessary.
10       Q   Okay.  So it's not necessary for you to
11  make sure that you understand what kind of data your
12  client is buying from you?
13       A   That's correct.
14       Q   Okay.
15       A   If they've given me examples of what they
16  need.  That's enough.
17       Q   Okay.  And is there a term in your
18  industry that you know of called voice broadcasting?
19       A   Yes.
20       Q   Does that term have an understandable
21  meaning to you?
22       A   Yes.
23       Q   What does voice broadcasting mean to you?
24       A   To me it's like a robo call.
25       Q   Caldwell procures lead information that it

1  resells to customers; is that correct?
2       A   Break that down for me.
3       Q   It doesn't generate the lead information
4  itself?
5       A   That's correct.
6       Q   It buys it from a third-party?
7       A   We resell, yes.
8       Q   You got to wait until I'm done asking the
9  question.
10       A   Sorry.
11       Q   So it resells lead information.  It does
12  not create it itself or procure it itself?
13       A   Right.
14       Q   Let's back up a little bit.  When we're
15  referring to lead information again, we are
16  referring to the contact information of whether it's
17  consumers or residential or whatever.  We're talking
18  about contact information that someone is buying
19  from you to use for marketing purposes, okay?  Is
20  that fair?
21       A   That's fair.
22       Q   Okay.  And ultimately, that information is
23  generated at some original source.  Can we agree on
24  that?
25       A   Sure.

Page 37

1    Q   So if it's consumer information, the
2  consumer would have gone onto a website for example,
3  put in his or her information, and that becomes a
4  lead.  Is that fair to say?
5    A   It could.
6    Q   It could.  But it goes into a computer
7  somewhere and somebody received that added source,
8  right?
9    A   It could.
10    Q   Okay.
11        MR. BRODERICK:  Objection.
12        MR. BECKER:  I'm sorry, Ted.
13        MR. BRODERICK:  I was just registering an
14    objection.
15        MR. BECKER:  That's fine.
16        Really what I'm focusing on is how the
17    process works.  There is at some point in time
18    a website that could be used, for example, of
19    where somebody inputs information into that
20    website that might include their name, phone
21    number, e-mail address and address, and that
22    information would be stored somewhere, okay.
23    Fair?
24        THE WITNESS:  Sure.
25        MR. BRODERICK:  Objection.

Page 38

1  BY MR. BECKER:
2    Q   And at some point, whoever is collecting
3  that information, can compile that information with
4  other information and could sell that to somebody
5  else if they wanted to.  Is that fair to say?
6        MR. BRODERICK:  Objection.
7        THE WITNESS:  I'm really not --
8        MR. BRODERICK:  Objection.
9  BY MR. BECKER:
10    Q   Go ahead.
11    A   I don't know that that happens.  I mean,
12  you can speculate and I can agree with you, but I
13  don't know.
14    Q   Okay.  And ultimately, whoever collects
15  that information, could resell that to another
16  person.  Is that fair to say?
17    A   If you want to speculate, sure.
18    Q   I don't think I'm speculating on that one.
19  I think that's where you might come into the
20  picture.  What I'm trying to understand is, I want
21  to get testimony from you that clarifies where you
22  are in the picture.
23        We can agree that data is originally
24  compiled somewhere when somebody inputs information,
25  whether it's on a physical form or a website or some

Page 39

1  other manner.  My point here in these questions is
2  simply to say, you're not at that original source
3  level.  Is that fair to say?
4    A   That's definitely fair to say.
5        MR. BRODERICK:  Objection.
6  BY MR. BECKER:
7    Q   You will buy that information or acquire
8  that information somewhere else down the line?
9    A   That's correct.
10    Q   And ultimately resell that information to
11  your customers, right?
12    A   Correct.
13    Q   That's all I'm asking.  I'm trying to
14  differentiate between you, the company, that's not
15  gathering the information from the source, and that
16  company?
17    A   Right.  And I'm sorry if it takes that
18  long for you to explain it.  I need you to not talk
19  in general terms.  Because, unless you explain it
20  like that, I can't agree to it.  Because, you can
21  speculate on anything and it makes it -- you know, I
22  can't agree to things that you're speculating on
23  that I don't know.
24    Q   Right.  Right now I'm not asking for
25  speculation so much as someone who has been in the

Page 40

1  industry for a decade, working at this company --
2    A   Well, when you start --
3    Q   Hold on.  And someone -- I'm asking about
4  your personal knowledge as well as the knowledge
5  that you gathered through your experience in this
6  industry.  I'm not asking about a specific question
7  sometimes.  What I'm doing right now is getting the
8  general background information.  I think that
9  understanding there is some entities out there
10  just -- I know this from being on the case, and I'm
11  guessing you know this from being in the industry,
12  that gathering the information and there are those
13  companies that might buy it and resell it.  I want
14  to understand where you fall in the mix.  That's all
15  I'm trying to do.
16    A   Okay.
17    Q   We agree that somewhere along the line
18  data is that collected and eventually it's purchased
19  by you and resold to your customers.  Is that a fair
20  assessment of where you fit into that chain of
21  events?
22    A   Fair.  And where we were getting lost is
23  where the data is collected and then enhanced and
24  then resold.  I think that's your speculation.
25    Q   It could be.  Who knows.  I mean, I agree

1    with you.  It could simply be that you might buy it
2    directly from the person who collected it.  There
3    might not be two or 3,000 people along the chain.
4        A   Right.
5        Q   We have no idea how long those chains are.
6    I'm just saying you're not at the beginning of the
7    process?
8        A   That's correct.
9        Q   So Caldwell does not generate or collect
10   any lead information from the source on its own,
11   correct?
12       A   Correct.
13       Q   Okay.  It will always purchase lead
14   information from other companies?
15       A   That's correct.
16       Q   How many different compilers has Caldwell
17   used over the last five years?
18       A   There is also a difference in compilers
19   and vendors.
20       Q   Tell me what the difference is between a
21   compiler and vendor.
22       A   Compiler would be somebody like Equifax,
23   Experian, Info USA.  Those are companies that
24   compile the data, keep it updated, telephone verify
25   it.  And then there are, I guess you would call, you

1    know, other brokers that have a better price
2    position and they can resell to other brokers like
3    us.  So, sometimes they will call themselves a
4    compiler but they're not really a compiler.  So
5    really, they are just higher up the chain than we
6    are.  So when you -- you can't really say compiler
7    unless you mean compiler where it's one of big data
8    compilers.
9        Q   Okay.  So when you say compiler, you're
10   referring --
11       A   I'm talking about --
12       Q   Hold on.  When you, Peter Lachnicht, are
13   referring to compilers, you're referring to those
14   top level guys who are compiling and verifying the
15   information?
16       A   Right.  Or in certain cases, they might
17   own websites that are generating registrations.
18       Q   Okay.  Interesting.  So that's kind of who
19   I'm referring to at that initial level, those
20   individuals or businesses who own the websites who
21   are generating the registrations.
22       A   Shocker, yes.
23       Q   What's a vendor?
24       A   A TDC.
25       Q   Okay.  Explain what that means.  We

1    haven't really talked about TDC yet.  Explain what a
2    vendor then is without referring to TDC.
3        A   The company we purchase from that gets it
4    from a compiler, if we're not in a position to buy
5    from a compiler, i.e., we don't know who the source
6    is.
7        Q   So is a vendor essentially another level
8    of a broker?
9        A   Yes.
10       Q   When you're referring to compilers, you're
11   not referring to a vendor, you're referring again to
12   that top level business who is compiling and
13   generating the actual leads themselves?
14       A   Me personally, yes.
15       Q   Can you explain the process by which a
16   customer hires Caldwell?
17       A   In which a customer hires Caldwell?
18       Q   Yes.
19       A   I wouldn't say a customer hires us.  They
20   purchase the product from us.
21       Q   Explain the process by which they purchase
22   products from you.
23       A   Okay.
24       Q   The initial onset of their inquiry.
25       A   We receive a telephone call from them.  We

1    don't outbound dial at all.  The only way we
2    generate leads is from our website traffic, so we
3    receive an inbound phone call.  I will ask a
4    customer who it is they want to target and how they
5    want to target them.  So, you know, is it direct
6    mail, is it e-mail, is it a telephone number, are
7    they knocking on doors.  So then we discuss criteria
8    sets as far as who they want to target.  Once we get
9    general information about how they are going to
10   target them and, you know, whether it's business or
11   consumer, we will run a count based on their
12   criteria and their request.  We will then set a
13   deal.  We charge, you know, per thousand records for
14   most files.  It's based on volume.  So, whatever the
15   customer has in mind as far as budget versus how
16   many they want to contact, we set a price, we agree
17   on the price.  We fill out proper forms as far as
18   credit cards or figure out payment information.  We
19   then process the order.  We then e-mail the order to
20   them.  That's it.
21       Q   Okay.  So if your customers request
22   specific types of data, which I think you said was
23   part of the process, understanding what data they
24   want to collect, in other words, what the criteria
25   is, how do you determine the price of that data?

JEANNIE REPORTING                                   305-577-1705
                    YOUR WISH IS OUR JOB!

1     A    It depends on a lot of factors.
2     Q    Tell me about those factors.
3     A    You know, if it's coming from one of the
4  main compilers, like Experian, it's probably going
5  to be more expensive. You know, there is -- it just
6  depends on their request as far as what selects and
7  criteria they need. So, that helps me breakdown
8  which compiler's data is going to be best fit for
9  them. Then I give options based on, hey, your
10 request is this, these compilers or these vendors
11 have these files that would fit your criteria.
12 Here is different pricing, here is pros and cons.
13    Q    And you'll differentiate between whether
14 they're going to be getting information from a
15 compiler versus a vendor?
16    A    Not always. If they ask, typically not.
17 A lot of customers are savvy these days with
18 internet searches and they've already checked with
19 Experian and they can find what we can find and it
20 saves them money for the same data. So sometimes
21 they ask, sometimes they don't want to do business
22 with us because we are a broker. I mean, it just
23 depends. It's -- every request is different.
24    Q    Okay. So how do you go about determining
25 whether Caldwell is ultimately able to source the

1  data requested by the customer?
2     A    I know from experience.
3     Q    Do you have to reach out and ask compilers
4  or vendors ever?
5     A    All the time.
6     Q    How do you go about requesting and
7  receiving information that you're going to acquire
8  for the customers from the compiler or the vendor?
9     A    Typically e-mail or phone call. It
10 depends on the vendor.
11    Q    Well, you might do a phone call to request
12 the information, right?
13    A    Typically, I e-mail to request the
14 information and then they call me.
15    Q    But they'd ultimately not be able to call
16 you to give you the information, right? They'd have
17 to ultimately e-mail you the information?
18    A    No, that's incorrect.
19    Q    They can call you and give you the
20 information over the phone?
21    A    Yes. I have got that file. Here is the
22 cost.
23    Q    I'm sorry. I was asking how you get the
24 information, not the actual --
25    A    After it's purchased?

1     Q    Yes.
2     A    Yes, that would be -- could be peel and
3  stick labels where we ship it directly to the
4  customer. Like I said, for our mailing clients,
5  that's fairly common. Or, it could be e-mailed,
6  just depends. Some people -- some old mailers or
7  telemarketers still want it on three-by-five cards
8  and we ship them three-by-fives.
9     Q    And how do you pay the compiler or the
10 vendor for the information that you're acquiring
11 from them?
12    A    It depends. The ones we have done
13 business with for 30 or 40 years, we are on payment
14 terms, so they invoice us. Or, the ones that we
15 don't do business with as often, we have to prepay
16 them.
17    Q    How do you identify which compiler or
18 vendor you're going to use to acquire the
19 information a customer wants?
20    A    What their request is based on the
21 criteria, what source has the closest data, the best
22 fit for them versus price. It's something I have to
23 discover from the client first. And then it sets my
24 sites onto, well, this is the only option for them,
25 or we have got five options for them and I will let

1  them pick.
2     Q    When you identify the compiler and you're
3  providing them with information to make the
4  purchase, how do you identify for the compiler the
5  type of information the customer wants? Will you
6  typically put that into an e-mail so you have a
7  record of it or will you do that over the phone,
8  too?
9     A    Either way.
10    Q    Okay.
11    A    I mean, there is some like, for instance,
12 Experian, the one we do probably the most business
13 with. Shannon has a direct log-in where she can run
14 the counts herself. We don't contact Experian at
15 all like we are a reseller for them, so.
16    Q    If your customer informs you of the way in
17 which they intend to use the information you're
18 selling them, is that something you would convey to
19 the compiler?
20    A    Yes. I need to know what data to output.
21    Q    Sure. Does the compiler, will they
22 typically send you only the information purchased by
23 the customer or send additional information, too?
24    A    They can send additional information.
25    Q    What do they typically do?

12  (Pages 45 to 48)

Page 49

1    A    I mean, like we discussed earlier, certain
2  compilers, Experian, will just send name and address
3  unless we request a telephone number.  But then
4  there is other data feeds out there that give you
5  name, postal, phone and e-mail without even asking
6  for it.
7    Q    If they send you additional information,
8  the compiler of the vendor, will you typically send
9  that information along to your customer, too?
10    A    Yes.
11    Q    Is there independent value to each type of
12  information provided by a lead?
13    A    How do you mean?
14    A    Well, I mean, you're in the business of
15  selling data, correct?
16    A    Correct.
17    Q    And if someone is asking you for just
18  direct leads that they can mail things to.
19    A    Uh-huh.
20    Q    There is obviously a value to that,
21  because they are paying you money for it, correct?
22    A    Right.
23    Q    And if that same individual who provided
24  their address, provided their e-mail address, which
25  is another form of contact information, would that

Page 50

1  not have a value, as well, independent of direct
2  mail?
3    A    Sure.  We typically charge more for -- if
4  we know a customer.  If we know a data -- if we know
5  a data feed has all three outputs, postal, phone,
6  e-mail, we know that they are going to use more than
7  just the base, what we call direct mail, we
8  typically charge more.
9    Q    Okay.  So if the customer doesn't agree to
10  pay more to have all that information, will you
11  redact the information that they are not willing to
12  pay for?
13    A    Probably not.
14    Q    Okay.  So it's more of a negotiation thing
15  at the beginning?
16    A    We do a lot of handshake.  We are a small
17  company.
18    Q    What is the profit margin that you
19  typically make on a resell of this information?
20    A    I mean, all data is different.  There are
21  association files we make 10 percent on.  There is
22  Experian data we can make 70 percent on.
23    Q    Is that the range, 10 to 70 percent?
24    A    Yes.
25    Q    When Caldwell receives the lead

Page 51

1  information from its compilers or vendors, that
2  would typically be -- if it's electronic, would that
3  typically be by an e-mail with an attachment or a
4  FTP site or something else?
5    A    Either/or.
6    Q    Okay.
7    A    But again, it could be -- like we talked
8  about, could be peel and stick labels going directly
9  to the customer, could be three-by-five cards going
10  to a telemarketer.
11    Q    That's why I was asking about electronic.
12  I wasn't sure if there is other electronic means.
13    A    Oh, no.  Other electronic means?
14    Q    Yes.
15    A    Other than different formats, Excel text,
16  probably not.  It would still have to be e-mailed,
17  would be my guess.
18    Q    Okay.  Does Caldwell do anything to the
19  information that it receives from its compiler or
20  vendor before sending it along to its customers?
21    A    No.
22    Q    It never reviews it?
23    A    Certain files, yes.  I mean, they can,
24  depending on the file.
25    Q    What files would it review?

Page 52

1    A    Smaller files.
2    Q    What would it be reviewing it for?
3    A    Make sure the information requested is on
4  there.  Make sure it's the right amount of records.
5    Q    Would it do this on a regular basis for
6  every customer or only on certain occasions?
7    A    Typically not.  Typically just orders that
8  we see are not as often.  If it's a new customer, we
9  want everything to go smoothly, be right, so we
10  double check, but.
11    Q    Okay.  Will it ever break up the
12  information or remove information from the files?
13    A    If -- you know, as-needed.
14    Q    Then when Caldwell sends this information
15  to clients, I think we've already talked about all
16  the different methods that it could send
17  information, right, from physical, electronic.  Is
18  that fair to say?
19    A    Yes.
20    Q    Do you personally look at this information
21  when you're sending it to the client?
22    A    No.
23    Q    Would it be somebody else in your office
24  that would be responsible for that?
25    A    It could be.  It depends on the file and

13  (Pages 49 to 52)

Page 53

1    who is sending it.
2        Q   What is your experience with selling what
3    you describe as opt-in data?  How often do you do
4    that?  Is that a regular part of your business?
5        A   Ever since this, I have not sold it since.
6        Q   How about since prior to this case?
7        A   Not often because it's usually not good
8    data.
9        Q   Did you know that when you were selling
10   it?
11       A   No.
12       Q   Did you believe the data when you were
13   selling it was good data?
14       A   Yes.
15       Q   Do you recall if you ever had occasion to
16   review opt-in data received from your compilers?
17       A   I don't recall.
18       Q   Okay.
19       A   I've probably seen the file at least once
20   so I know what it looks like.
21       Q   Does it typically always look the same?
22       A   Yes.  I mean, the only times I have seen
23   it, it looks the same.
24       Q   What does it look like?
25       A   Name, address, phone, e-mail, time and

Page 54

1    date stamp, IP address.  That's about it.
2        Q   Is it typically in a certain format?
3        A   Usually in Excel.
4        Q   Do you have the ability to say whether or
5    not, when an individual provides opt-in information
6    at its source when it's registering a website, would
7    he or she be providing consent to be contacted in
8    some ways versus others?
9            MR. BRODERICK:  Objection.
10   BY MR. BECKER:
11       Q   Go ahead.
12       A   I wouldn't be able to say.
13       Q   Have you ever had occasion to request from
14   your compiler the source data related to the opt-in
15   leads that's sent to you?
16       A   Say that again.  I'm sorry.
17       Q   Have you ever had occasion to request from
18   your compiler the source data to the opt-in leads it
19   sent you?
20       A   I still don't understand the question.
21       Q   By source data, I'm referring to, let's
22   say, if there is physical form someone filled out
23   that's got the consent information on it, or
24   evidence of the website that they went through to
25   put the information into, in other words, verifying

Page 55

1    what the source of the registration was?
2        A   Not to my knowledge, no.
3        Q   You've never requested it?
4        A   (Witness shakes head from side to side).
5        Q   I just want to apologize that we have to
6    do this.  I think -- do you have your phone below
7    the table right now?
8        A   Yes.
9        Q   I didn't mention this during the rules at
10   the beginning of this, you probably should turn your
11   phone off, if you're reading text or communicating
12   during the deposition.  We can ask what you're --
13   who you're talking to, what you're talking about.  I
14   have no interest in that, so what I would ask is
15   simply you either turn it off or put it away.  If
16   you need a break to contact someone, obviously let
17   me know.
18       A   How much longer do you think this will be?
19       Q   It's going to be a few hours.
20       A   Okay.
21           (WHEREUPON, A SHORT BREAK WAS HAD
22       IN THE DEPOSITION.)
23   BY MR. BECKER:
24       Q   Back on the record.  So you have never
25   personally requested from one of your compilers to

Page 56

1    review the source data underlying the opt-in
2    information they provided to you?
3        A   No.
4        Q   That's correct, you have not?
5        A   That's correct, I have not.
6        Q   How does Caldwell know whether the opt-in
7    data its selling to its customers was legitimately
8    entered by a consumer rather than artificially
9    created by its compiler?
10       A   We have to trust our vendor.
11       Q   Have you ever had issues with a compiler
12   or a vendor artificially creating opt-in data?
13       A   No.
14       Q   Have you ever received a complaint
15   concerning a compiler or a vendor artificially
16   creating opt-in data?
17       A   No.
18       Q   So on what basis do you trust your
19   compilers or vendors?
20       A   Explain basis.
21       Q   I mean, what is the reason that you trust
22   them?  Is it from your experience with them, the
23   time you have been working with them, is it from
24   clients calling you saying this has been great data?
25   What are the factual reasons that you would trust

Page 57

1    your compiler when they are giving you opt-in data?
2        A   All of what you stated.  Plus, we get 70
3    to 80 percent of our clients to purchase from us
4    again so we know it works.
5        Q   In your experience, during the period of
6    time that you were reselling opt-in data, you found
7    that the opt-in data was well received by your
8    customers.  Is that fair to say?
9            MR. BRODERICK:  Objection.
10           THE WITNESS:  Do I still answer that?
11   BY MR. BECKER:
12       Q   Objections are for the record.  They're
13   not for you.
14       A   State that question again.
15           MR. BECKER:  Can you repeat it?
16           (WHEREUPON, THE COURT REPORTER READ BACK
17   THE PREVIOUS QUESTION.)
18           THE WITNESS:  Well, with this particular
19   opt-in data that I guess we are referring to,
20   this TSN that --
21   BY MR. BECKER:
22       Q   I'm not -- I'm referring generally.
23       A   Well, that's the only type of opt-in data,
24   quote, unquote, that I sold.  So, I can only base my
25   assumptions on how the quality of the data is based

Page 58

1    on this case.  I don't know how to judge it.  You
2    tell me.
3        Q   Is it your opinion that the opt-in data
4    provided to Caldwell by its compilers or its vendors
5    is comprised of data that was legitimately provided
6    by actual consumers rather than artificially created
7    by its compilers?
8        A   Yes.
9            MR. BRODERICK:  Objection.
10   BY MR. BECKER:
11       Q   Are you experienced with a company called
12   TDC Marketing?
13       A   Yes.
14       Q   Who are they?
15       A   A vendor of ours.
16       Q   What is your experience with TDC?
17       A   They provide excellent data for excellent
18   prices.  They work long hours.  So you know, I can
19   get data from them on a Friday at 11 if I have a
20   customer in the Dominican Republic in a call center
21   that needs it.
22       Q   Do you currently work with TDC?
23       A   I do.
24       Q   For how long have you been working with
25   TDC?

Page 59

1        A   As long as I've been employed at Caldwell.
2        Q   Did TDC have a relationship with Caldwell
3    prior to your employment?
4        A   To my knowledge, I don't know.  Probably.
5    That's probably how I got their information.
6        Q   Who is your contact at TDC?
7        A   Tom Mongiovi.
8        Q   Can you spell that?
9        A   M-O-N-G-I-O-V-I.
10       Q   What is his role within the company, if
11   you know?
12       A   Say that again.
13       Q   What's his role within the company?
14       A   I believe he's the owner.
15       Q   Do you know how many employees or people
16   that work at TDC there are?
17       A   I don't.
18       Q   Do you know if it's more than just 10?
19       A   I do.
20       Q   What is the answer?
21       A   At least one other.
22       Q   What does Caldwell purchase from TDC?
23       A   Now, just compiled data.
24       Q   What is that?
25       A   Same type of data that Experian provides

Page 60

1    us.  Database of consumer households that they keep
2    updating on a quarterly basis.
3        Q   When did it become the case that that was
4    the only type of data you were purchasing from TDC?
5        A   The first time I heard from you.
6        Q   Which, is it fair to say, would have been
7    after this lawsuit started?
8        A   When did the lawsuit start?
9        Q   Like summer 2012.
10       A   I believe I spoke with you before that
11   probably.
12       Q   So do you believe that you spoke with me
13   for any reason other than in relation to this
14   lawsuit?
15       A   No.  I feel like I have talked to you for
16   more than two or three years.
17       Q   And other than the Experian data you
18   mentioned, what other type of data did you purchase
19   from TDC prior to your limiting it to only that
20   data?
21       A   They had a business file as well that we
22   purchased data from.  I just ended up getting a
23   better price from Info USA, so I don't use Tom
24   anymore for that.
25       Q   What other data besides those types?

15  (Pages 57 to 60)

Page 61

1   A   This opt-in file.  Quote, unquote, opt-in.
2   Q   What else?
3   A   That's it.
4   Q   Have you ever had occasion to ask Mr.
5   Mongiovi or TDC to provide you with the underlying
6   source data related to any of the leads it sent you?
7   A   Is that the same question we have already
8   had, just asked in a different way?
9   Q   I'm asking if you ever asked TDC to send
10  you any sort of underlying source data related to
11  the data he sent you?
12  A   To prove?
13  Q   To prove that the data is legitimate.
14  A   No.
15  Q   How does Caldwell know whether the opt-in
16  data or any other data that TDC provided to it was
17  legitimately entered by consumers or individuals who
18  entered it rather than being artificially created by
19  Mr. Mongiovi?
20  A   We don't.
21      MR. BRODERICK:  Objection.
22  BY MR. BECKER:
23  Q   Have you ever had issues with TDC
24  artificially creating data?
25  A   No.

Page 62

1   Q   Have you ever had complaints from a
2   customer about TDC?
3   A   No.
4   Q   On what basis do you trust TDC?
5   A   As well as I trust any other vendor.
6   Q   Why?
7   A   Consistency.  If you work with somebody
8   for seven years and you don't see them make
9   mistakes, you trust them.
10  Q   So is it your opinion that any of the data
11  provided to Caldwell by TDC was legitimately created
12  data and not officially created data by Mr. Mongiovi
13  or TDC?
14  A   I don't have an opinion.
15      MR. BRODERICK:  Objection.
16  BY MR. BECKER:
17  Q   Do you have any reason to believe that not
18  to be the case?
19  A   No.
20  Q   That wasn't a very well worded question.
21      Do you have any basis to believe that the
22  data Mr. Mongiovi provided to you or your company
23  was artificially created at any time?
24  A   No.
25      MR. BRODERICK:  Objection.

Page 63

1   BY MR. BECKER:
2   Q   Do you know whether TDC obtained its lead
3   information directly from consumers or acquired it
4   from other compilers or vendors?
5   A   I don't think -- this is a speculation.  I
6   don't think TDC compiles any data themselves.  So,
7   the answer to your question would probably be that
8   they purchased it from the source or another broker.
9   Q   In that regard, you don't have personal
10  knowledge, you're speculating?
11  A   Right.
12      (WHEREUPON, DEFENDANT'S EXHIBIT
13      NUMBER 1 WAS MARKED FOR THE
14      PURPOSES OF IDENTIFICATION.)
15  BY MR. BECKER:
16  Q   I will show you what we have marked as
17  Exhibit 1 in this case which is the subpoena issued
18  by the Broderick Law Firm.  Have you seen this
19  document before?
20  A   Yes.
21  Q   And you received this subpoena sometime
22  around March 28, 2014; is that correct?
23  A   You tell me.  I couldn't -- I don't --
24  Q   I never received it.
25  A   You knew when I got it.

Page 64

1   Q   I mean, I'm guessing you got it around the
2   time I did?
3   A   Right.
4   Q   I'm going based on the date on the first
5   page.
6   A   Okay.
7   Q   I'm trying to establish a time frame.
8   A   You're asking me -- we've been talking
9   about this case for three or four years.  I couldn't
10  tell you dates on anything, so.  Based on the date,
11  it's actually March 28th, 2014.
12  Q   That's what I thought I said.
13  A   I thought you said November.
14  Q   So that's around the time you would have
15  received this, you think?
16  A   I would guess.
17      (WHEREUPON, DEFENDANT'S EXHIBIT
18      NUMBER 2 WAS MARKED FOR THE
19      PURPOSES OF IDENTIFICATION.)
20  BY MR. BECKER:
21  Q   In response to subpoena, you produced the
22  following documents; is that correct, and I'm
23  showing you Exhibit 2?
24  A   Yes.
25  Q   Hold on.  We will ask questions about

16  (Pages 61 to 64)

1    those documents.
2      A  Yes.
3      MR. BECKER: I have given him a packet of
4   the Caldwell documents marked Caldwell one
5   through 184, guys.
6      The first two pages of your production
7   appear to be answers drafted by you to the
8   request beginning on page four of the subpoena;
9   is that correct?
10     THE WITNESS: That's correct.
11 BY MR. BECKER:
12    Q  Why don't we turn in your subpoena to the
13 requests that are framed to you there. I believe
14 you start on page four. At the top of the page says
15 requests and it's underlined. Do you see that?
16     A  Yes.
17    Q  Request one says, please provide all
18 consumer data leads or lead lists which you provided
19 to Resort Marketing Group, including any of its
20 employees from January 1st, 2009 through the present
21 date. Do you see that request?
22     A  Yep.
23    Q  And your answer is we no longer have this
24 data stored or saved on any hard drive or server.
25 As far as the actual data lists and leads that we

1 sent to Resort Marketing Group, we typically only
2 hold customer data files for six months at the most.
3 And since these files were so large, we held these
4 even less time. Is that an accurate answer to
5 request number one?
6     A  Yes.
7    Q  And you no longer have any of this data;
8 is that correct?
9     A  To my knowledge, no.
10    Q  Okay. Request number two says, please
11 provide all emails, including attachments sent from
12 Renee Vanderburgh or info@amex.memeo.com to Alissa
13 Sunday, or alissas@yourmembershipclub.com from
14 January 1, 2009 to the present date. Do you see
15 that request?
16     A  Uh-huh.
17    Q  Your answer was, the account of Memeo FTP
18 server that Renee Vanderburgh used to deliver files
19 to Alissa no longer has any of this data stored that
20 is accessible to us. Do you see that?
21     A  Yes.
22    Q  Is that an accurate answer?
23     A  Yes.
24      (WHEREUPON, DEFENDANT'S EXHIBIT
25      NUMBER 3 WAS MARKED FOR THE

1      PURPOSES OF IDENTIFICATION.)
2 BY MR. BECKER:
3    Q  I will show what we will mark Exhibit 3.
4     MR. BECKER: For those on the phone,
5 Exhibit 3 are documents produced by Travel
6 Services, Bates stamped TS4607 through 4609.
7 They are the printouts of the e-mail. On the
8 first page it looks like a Memeo screen shot on
9 the e-mail followed by an mail archival record
10 of the e-mail itself.
11     MR. BRODERICK: Is that within the 76
12 pages you e-mailed this morning?
13     MR. BECKER: No. The 76 e-mails this
14 morning are simply the un-Bates stamped ones
15 that I didn't have any other real way of
16 identifying for you other than dates. So those
17 are the chronological e-mails. The only other
18 documents I'm using are going to be Bates
19 stamped document, either Caldwell documents
20 primarily, or the Travel Service documents.
21     MR. BRODERICK: Can you e-mail me an
22 electronic copy of that so I don't have to dig
23 through the entire production?
24     MR. BECKER: I can at a break. I don't
25 have it on my computer. I will have to get it

1 sent over to you. It's again, TS4607 through
2 4609. I'm not going to ask a lot of questions
3 about it. It's primarily just if he recognizes
4 this as something that would have been sent
5 through the Memeo files that we were just
6 referring to in his response.
7     With that, Mr. Lachnicht, have you had a
8 chance to look over this document?
9     THE WITNESS: I have.
10 BY MR. BECKER:
11    Q  Does this look similar to the type of
12 Memeo files that were being requested in number two
13 here?
14     A  I wouldn't know. I never saw them.
15    Q  You never saw them before?
16     A  No.
17    Q  Who is Renee Vanderburgh?
18     A  She was an employee.
19    Q  And did she work for your company in March
20 of 2010?
21     A  Yes.
22    Q  And do you understand how Ms. Vanderburgh
23 would have communicated or sent files to RMG or TSN
24 in this matter?
25     A  Based on this, it was an FTP.

```
 1      Q   Do you have anyway to either confirm or
 2  deny that this document here, Exhibit 3, reflects an
 3  e-mail sent by Caldwell List to RMG?
 4      A   I don't.  I can't confirm of deny it.
 5      Q   That's fine.  You don't have the personal
 6  knowledge to do so, right?
 7      A   Right.
 8      Q   Request number three asks you to please
 9  provide all documents reflecting transactions
10  between you and Resort Marketing Group, including
11  invoices, charges and payment.  Do you see that?
12      A   Yes.
13      Q   In your response, you write down, quote,
14  report, orders by customer for each transaction
15  between us and Resort Marketing Group attached,
16  right?  So you're reflecting that there are
17  documents in here, in this Caldwell production, that
18  are responsive to request three, correct?
19      A   Right.
20      Q   Number four, request four, asks you for
21  all consumer data leads or lead lists sold to Resort
22  Marketing Going.  And for that information, please
23  produce documents that identify the individual or
24  entity that provided you with such information and
25  the original source of such information.  Do you see
```

```
 1  that?
 2      A   Yes.
 3      Q   In response you wrote down, TDC Marketing
 4  in Florida was the supplier we brokered all data
 5  from that we sent to Resort Marketing Group,
 6  correct?
 7      A   Correct.
 8      Q   Is that an accurate statement?
 9      A   Yes.
10      Q   And do you have any of the data that TDC
11  would have sent to you?
12      A   Again, no.
13      Q   Okay.  Number five, request five, asks you
14  to please produce all documents relating to Allison
15  Charvat.  In response you say, we have no such
16  records of any communication or data relating to
17  Allison Charvat.  Is that an accurate statement by
18  you?
19      A   Yes.
20      Q   Request six, quote, if you contend that
21  any individual or entity whose information you sold
22  to Resort Marketing Group consented to receive
23  prerecorded messages, please provide information
24  that supports that contention.
25          In response you write:  We do contend that
```

```
 1  the information we brokered to Resort Marketing
 2  Group consented to be contacted based on TDC's
 3  description of the source of the data that we were
 4  purchasing and what the data looked like.  In our
 5  initial emails, Jason Raider at TSN provided us with
 6  a certain type of data, parenthesis, that they were
 7  currently purchasing from another vendor, end
 8  parenthesis, and asked us if we had a source for
 9  similar data.  We took this request and brought it
10  to TDC in which they provided similar data for Jason
11  Raider's approval.  Jason approved it and the
12  purchasing began.  As a broker, however, we can only
13  take our vendors at their word for what the data
14  was.  Based on our previous dealings with TDC
15  Marketing, they'd always been truthful and provided
16  quality data.  Is that an accurate answer?
17      A   Yes.
18      Q   Request number seven, they asked you as
19  follows:  Please provide all documents that identify
20  the source from which you obtained consumer data
21  leads or lead lists in any way relating to the
22  website 123freetravel.com.
23          In number seven you wrote, quote,
24  suppliers by list type, end quote, using only orders
25  that were supplied by TDC to a Caldwell List within
```

```
 1  the time frames that Resort Marketing Group was
 2  purchasing, period.  Report attached showing each
 3  transaction and corresponding date slash amount that
 4  will match above report, quote, orders by customer,
 5  end quote, within it.  What is that referring to?
 6      A   That's a good question.  I haven't looked
 7  at this since last year.  Orders by customer.
 8      Q   Turn to Caldwell three.
 9      A   Okay.
10      Q   Tell me what Caldwell three is showing us.
11      A   This shows apparently all the orders that
12  we provided from TDC to TSN or RMG, dates, amounts.
13      Q   Is it your testimony that every
14  transaction on this page, every order by the
15  customer TSN International, necessarily corresponds
16  with information acquired from TDC and TDC alone?
17      A   Yes.
18      Q   Turn the page for me.  So on the next
19  page, Caldwell four, the top of the page says,
20  suppliers by list type.  What does that mean?
21      A   There is pulled from just by pulling TDC
22  Marketing as a supplier.
23      Q   So all of these show different things that
24  TDC Marketing supplied to Caldwell for different
25  customers?
```

1    A    Yes.
2    Q    Okay.
3    A    It looks like it.
4    Q    Underneath the columns or the rows that
5  say order date, order number, so on, there is a
6  statement that says, list type, e-mail slash
7  consumer.  What does that mean?
8    A    We put them into categories with -- if a
9  list has e-mail or not listed on it, we put it on.
10  Like, if there is a list that we provide that has an
11  e-mail address output on the list, we put it into a
12  separate category to keep track of whether it's even
13  worth to broker lists that have e-mail addresses on
14  them or not.
15    Q    Okay.
16    A    It help us with our marketing efforts to
17  see if we need to do higher paperclip campaigns to
18  advertise e-mail lists or put more content-related
19  information on our website about e-mail lists.
20  That's why we track this.
21    Q    And with the word consumer there, what is
22  that referring to for Caldwell --
23    A    That it's not a business list.
24    Q    And there are obviously various different
25  customers listed on here outside of TSN

1  International, correct?
2    A    That's correct.
3    Q    So these are referencing other customers
4  that TDC would have been providing you with lead
5  data for that are not related to this case?
6    A    Yes.  If you look at the volumes versus
7  the prices, you will see that there are all
8  different types of files.  Because, the volume
9  versus the price has a lot to do with -- you can
10  tell it's not the same type of data, although it's
11  the same supplier.  You can tell no other customer
12  is that kind of -- except for maybe on April 8th,
13  Total Network Solutions, that looks like it could be
14  another one of those files.  But, there is not very
15  much of them, if you notice.
16    Q    Yes.  They got 10 million files for
17  $3,000.  What is that?
18    A    Probably the same type of data TSN was
19  into.
20    Q    It seems like a better deal than TSN was
21  getting?
22    A    Like I said, it's not very expensive data.
23    Q    If you can turn to Caldwell seven.  This
24  has last list type consumer.  It doesn't say e-mail.
25  What does that mean?

1    A    It just got categorized in the wrong
2  category.
3    Q    Okay.  It's obviously all still consumer
4  data.  Is that fair to say?
5    A    Same quantity, same cost.
6    Q    Was RMG or TSN -- I'll probably call them
7  RMG if that's with you.
8    A    That's fine.
9    Q    Was RMG primarily buying consumer data
10  from you, is that the type of information they
11  wanted?
12    A    Yes.
13    Q    Then on the page Caldwell nine, the list
14  type there lists as other, what does that mean?
15    A    Same thing.  Different categorization.  It
16  should have all been under e-mail.
17    Q    Would you agree with me, though, that
18  ultimately what RMG was acquiring or purchasing from
19  Caldwell during its relationship was consumer opt-in
20  data?
21    A    Yes.
22    Q    Okay.
23    A    To clarify that, sorry, consumer opt-in
24  data, Jason Raider's words.  I have to clarify that.
25    Q    So you never used opt-in data with Jason

1  Raider?
2    A    Remember my earlier statements, my
3  personal opt-in description is prequalified opt-in.
4    Q    Right?
5    A    When Jason refers to it as opt-in and
6  that's what he's going to call it, that's what I
7  call it.
8    Q    What did you think Jason was buying?
9    A    I did think that this is data that people
10  have been on websites and registered their
11  information.  To my knowledge, that's what it was.
12    Q    To your knowledge, you were reselling to
13  RMG consumer data where individuals went onto
14  websites and opted in to receive telephone calls,
15  e-mails and direct mailings.  Is that fair to say?
16    A    You're speculating on the telephones and
17  e-mails.  But I know, the only time I've used it in
18  the past is for mailing.
19    Q    I understand that.  My understanding is
20  that the only time you used it was for this
21  particular transaction?
22    A    Yes.  But the only time I've even quoted
23  it was for mailing.
24    Q    But in this case, you knew that Jason
25  Raider was looking to use this information for

1   telemarketing purposes, correct?

2     A  I did not know.

3       MR. BRODERICK:  Objection.

4  BY MR. BECKER:

5     Q  During the course of your communications

6  with Jason Raider, and through the information he

7  provided you in your relationship, did he not make

8  it clear that he was using the information you were

9  selling to him to make telemarketing calls?

10    A  I asked him if he wanted a DNC scrub on

11  it.

12    Q  That's not the question.  My question is

13  very specific.

14    A  Okay.

15    Q  During the course of your relationship

16  with RMG, did Jason Raider make clear to you that

17  they were using the opt-in data that you were

18  selling them to make telemarketing calls?

19    A  No.

20    Q  He never made anything clear to you to

21  indicate to you that they were using these lead

22  lists that you were selling them to make phone

23  calls?

24    A  No.

25    Q  Okay.

1    A  And --

2    Q  That was a yes or no question.

3    A  Okay.

4    Q  You have plenty of time later to answer

5  any questions that might ask for that information.

6     Go back to request number seven or request

7  number eight.  Please produce all documents

8  evidencing any assurances made to Resort Marketing

9  Group by you as to whether the leads sold to Resort

10  Marketing Group by you were compliant with the

11  telephone Consumer Protection Act.

12     Number eight you say, the only assurances

13  we would have made would have been within the

14  attached e-mails we provided within.  If we make

15  assurances, we put it in writing for reasons like

16  this.  I don't recall Resort Marketing Group ever

17  asking us.  Instead, based on the first initial

18  e-mails, they showed us the types of data they were

19  purchasing already and we were to find similar type

20  data types from a different source.  The e-mails

21  will spell out the rest of the answer to this

22  question.  Is that an accurate answer to that

23  question?

24    A  To my knowledge, yes.

25    Q  Okay.  Request nine, all communications

1  received from or sent to Resort Marketing Group or

2  to its representatives, including its counsel.

3  Number nine says, included within the e-mails

4  provided.  Is that accurate?

5    A  To my knowledge, yes.

6    Q  Number 10 says, all communications

7  received from or sent to any party to this lawsuit

8  or its representatives, including counsel.  Your

9  response was, none.  Is that accurate?

10    A  That one not so much.

11    Q  Okay.

12    A  And I didn't -- I don't know what you

13  meant by -- maybe it's because I was rushed.  I

14  received this subpoena a week before it was due,

15  originally.  So, it wasn't a whole lot of time given

16  to me which is why I have misspellings and all that

17  on these answers.  But 10, I believe you and I had

18  discussed the case before receiving this subpoena.

19  Because, it wasn't hard copy or anything that you

20  and I had discussed, I couldn't provide so that's

21  why I answered none.  But the honest truth is that

22  we actually did discuss this and I would say you're

23  counsel for somebody, so.

24    Q  This is a document request, asking for

25  documents.  I understand that RMG produced a

1  document where you and I had an e-mail exchange.  I

2  believe we had one e-mail exchange at the beginning

3  of this case.  It wasn't produced by you, but it was

4  produced by RMG.

5    A  Okay.

6    Q  You didn't produce any e-mail

7  correspondence between you and Mr. Peronik who works

8  for Mr. Broderick in this case neither, did you?

9    A  No.

10    Q  But they seemed to have produced it

11  themselves.

12    A  Okay.

13    Q  So be it.  Your answer here was none.  I

14  believe the documents have been produced at this

15  point.  Is there anything else, other than that one

16  communication with me and a few communications with

17  Mr. Peronik by e-mail, that you have, any other

18  communication --

19    A  To my knowledge -- sorry.

20    Q  Go ahead.

21    A  To my knowledge, no.

22    Q  Okay.  With respect to number 11, it says

23  all documents sent to or received from any

24  third-party that in any way relate to complaints or

25  allegations of unlawful telemarketing in any way

Page 81

1    relating to Resort Marketing Group. Your answer was
2    none. Is that accurate?
3        A   To my knowledge, yes.
4        Q   Number 12 is asking you to please produce
5    the documents identified in these requests
6    electronically as well as in their native format.
7    Your answer was, we do not have the capability to
8    provide these e-mails electronically as the e-mails
9    between Anthony Peronik and Peter Lachnicht show we
10   have tried everything we possibly can to accommodate
11   this request, including contacting the manufacturer
12   of our CRM system and asking -- and asked for
13   assistance from our retained IT support. However,
14   we have not been able to figure out a way to provide
15   these documents electronically. As we mentioned to
16   Anthony, our doors are open for any counsel or
17   representatives of this lawsuit to come to our
18   location in person and extract any data he or she
19   would like. Is that an accurate answer?
20       A   Yes.
21       Q   That references the communication you had
22   with Mr. Peronik you didn't produce, correct?
23       A   Yes.
24       Q   But again, I believe those were produced
25   by Mr. Broderick at some point. That's fine.

Page 82

1        MR. BRODERICK: Actually, there are at 174
2    in his production.
3        MR. BECKER: Did he give those to you?
4    That's the thing. I know you put them in here
5    and Bates stamped them. Those didn't come from
6    him to you, did they?
7        MR. BRODERICK: No. I think they were in
8    the original that we got. I can double check.
9        THE WITNESS: I personally don't think I
10   would included that because I didn't think to
11   even -- such miniscule, meaningless emails, I
12   wouldn't have thought to include.
13   BY MR. BECKER:
14       Q   You didn't have any real substantive
15   e-mail communication with any attorneys in this
16   case, correct?
17       A   Right.
18       Q   That's fine. Now, in your response here
19   that you provided back in 2014 you say, in number
20   six, that it was your contention that you brokered
21   information that you gave to RMG that did include
22   individuals who consented to receive prerecorded
23   messages. Do you see that?
24       A   That I consented to be contacted.
25       Q   Well, the question asked specifically, do

Page 83

1    you contend that any individual who sold you -- who
2    you sold information --
3        Question six says, if you contend any
4    individual or entity whose information you sold to
5    RMG consented to receive prerecorded calls. You
6    said, yes, I contend that they did, but I was
7    relying upon TDC.
8        A   That's a mistake on my part.
9        MR. BRODERICK: Objection.
10   BY MR. BECKER:
11       Q   Okay.
12       A   Again, that's what happens when I get a
13   week to respond to a pretty hefty subpoena. I was
14   kind of rushing through it.
15       Q   You received samples of the opt-in data
16   that Jason Raider had been using prior to hiring
17   Caldwell, correct?
18       A   Correct.
19       Q   And that information included a sampling
20   of leads that Caldwell received or RMG had received
21   from another vendor?
22       A   That's correct.
23       Q   And that data included phone numbers on
24   it, correct?
25       A   Yes.

Page 84

1        Q   Okay. Did you take this data to TDC and
2    show it to them?
3        A   Yes.
4        Q   And this was done so that TDC could
5    determine whether or not it could provide similar
6    data; is that correct?
7        A   Yes.
8        Q   Would you agree that at a minimum Caldwell
9    List had assured RMG during the course of its
10   relationship that the information it was sourcing
11   from TDC was valid opt-in data?
12       A   No.
13       MR. BRODERICK: Objection.
14   BY MR. BECKER:
15       Q   Do you remember or recall a period of
16   time --
17       MR. BECKER: By the way, for those on the
18   phone, I will be showing e-mails to
19   Mr. Lachnicht that are from March 30th, 2011,
20   March 29th and 30th, 2011. The first document
21   in the set is a Bates stamp of March 30, 2011
22   at 2:23 p.m.
23       Mr. Lachnicht, do you recall a period of
24   time in March of 2011 where Mr. Raider reached
25   out to you and expressed concern that the phone

Page 85

1        numbers on the lead list that you were selling
2    to him did not accurately match up with the
3    names of the individuals --
4        THE WITNESS:  No.
5    BY MR. BECKER:
6        Q   -- connected with those phone number?
7        A   I don't recall it.
8            (WHEREUPON, DEFENDANT'S EXHIBIT
9            NUMBER 4 WAS MARKED FOR THE
10           PURPOSES OF IDENTIFICATION.)
11   BY MR. BECKER:
12       Q   I will show you what we have marked
13   Exhibit 4.  Do me a favor and turn for me to the
14   third page of this document.
15       MR. BECKER:  And for those on the
16   attorneys, the third page -- this document is
17   March 30th e-mails.  And one, two, three, four,
18   five, six pages.  The page I'm looking at
19   begins with a time stamp of March 30, 2011 at
20   3:30 p.m.  If you go halfway down that, past
21   your e-mail, Peter, below the name Peter.  Do
22   you see where it say our owner?
23       A   Uh-huh.
24   BY MR. BECKER:
25       Q   Okay.  This is a statement that was

Page 86

1    written by Jason Raider to you.  Our owner is really
2    freaked out, too, because she thinks we're getting
3    all this bogus information.  If nine out 10 had
4    wrong names with the numbers, dot, dot, dot, I know
5    it's not you, Peter, but if you can hold them as
6    accountable as possible, dash, she is nervous they
7    are making stuff up.  Do you remember getting this
8    e-mail from Jason Raider?
9        A   I don't.
10       Q   Is this an indication to you when you read
11   this that Jason is bringing up the fact that nine
12   out of 10 names that he provided to you had the
13   wrong phone number next to it?
14       A   Yes.
15       Q   In response to that, you write as follows:
16   I understand.  But I think I asked them to do
17   something incorrectly and something they couldn't
18   do.  They had been requesting dates from you from
19   the get-go and told me it would not be accurate if
20   we didn't have the dates they could pull them from.
21   It's also self reported info they received and it's
22   fairly common people submit incorrect addresses and
23   phone numbers.  The leads that we send every day are
24   definitely not made up.  Since we know of a few
25   other data compilers that get produced these daily

Page 87

1    slash weekly feeds, also.
2        So in response to Jason Raider's concern
3    that the phone numbers that you're giving them are
4    possibly made up because 90 percent of the numbers
5    they looked at didn't match up with the names, did
6    you not assure him that these leads were definitely
7    not made up?
8        A   It appears I did.
9        Q   Yes.
10       A   I do want to note, though, our owner is
11   freaked out -- I'm just reading it.  Our owner is
12   freaked out, too, because she thinks we're getting
13   all this bogus information.  Nine out of 10 had
14   wrong names with the numbers.  There was a lot of
15   back and forth between Jason Raider and I about
16   duplicate information.  Why we had to start with
17   supplying him with 300,000 records per day, then had
18   to go to 400,000 because there was a lot of
19   duplicate records.  He also --
20       Q   This doesn't seem to be about duplicate
21   records, though, does it?
22       A   No.  And that's why I wonder if this is --
23   I'm just trying to read because this obviously
24   wasn't in the e-mails that I provided you.
25       Q   No, it wasn't.

Page 88

1        A   Right.  So I have no knowledge of this.
2    It's obviously not in our database.  So, if I
3    haven't been able to read it, I need time to read
4    it.  So, this does change the game to me because --
5        Q   Yes.
6        A   -- I do remember there was a lot of back
7    and forth going about duplication.  So, I don't know
8    if he was responding to same numbers as in phone
9    numbers or if he's talking about the numbers of
10   records that he's purchasing, so.
11       Q   Let's get through more of these documents
12   that will help refresh your recollection more.
13       A   Okay.
14       Q   But at least in this case here, don't you
15   agree with me that it appears that Jason Raider is
16   looking at phone numbers and names and bringing up
17   to you the fact that these numbers don't seem to be
18   lining with the names?
19       A   It does.
20       Q   Does it also indicate to you that possibly
21   Jason Raider or RMG is making phone calls to people
22   and finding out the names on the list you gave them
23   don't line up with the phone numbers that they're
24   calling?
25       A   Right, unless he's double checking to make

22  (Pages 85 to 88)

Page 89

1 sure the names match the addresses.
2 Q Which would also be something like a form
3 of due-diligence that they'd be doing to make sure
4 that your leads are accurate, right?
5 A Yes.
6 Q Okay. We'll put Exhibit 4 to the side for
7 a moment.
8 Before I get into the next exhibit, what
9 did you do to search for the emails that you
10 produced pursuant to this subpoena?
11 A We have a system called Goldmine.
12 Q How does Goldmine work?
13 A It keeps track of any of our customers.
14 It's a CRM system. It keeps track of our customers,
15 keeps track of our day-to-day discussions with them.
16 We can track times we communicate with customers.
17 Q Is Goldmine an e-mail archiving system?
18 A Yes, I guess.
19 Q Does it preserve all of the e-mails that
20 you send and receive from your company?
21 A Typically, yes.
22 Q Okay. Does your company have a data
23 preservation system in place?
24 A I don't know.
25 Q But clearly, you were able to go back and

Page 90

1 find e-mails from 2009 and '10 and '11 responsive to
2 the subpoena in this case, correct?
3 A Yes.
4 Q Do you know why or whether any e-mails
5 such as the one we just looked at would not have
6 been in the archiving system?
7 A No. And I'm guessing you probably have
8 more.
9 Q We will find out in a few minutes. My
10 question for you is, if an e-mail was sent and
11 received by you in 2009, '10 or '11 in the same time
12 frame that the documents you provided here were
13 produced, would those be in your server system?
14 A Not necessarily.
15 Q Why wouldn't they be?
16 A If I don't fast file it and I just delete
17 an e-mail, it doesn't archive it like you said.
18 Q So if you deleted a message, it would not
19 be archived. Is that fair to say?
20 A Yes. Yes. It depends on how you save the
21 messages.
22 Q So in other words, you have to do what you
23 call fast file it --
24 A Uh-huh.
25 Q -- of a document in order for that to be

Page 91

1 the case?
2 A Yes.
3 Q Most of these e-mails are not e-mails you
4 received. Most of the e-mails in your production
5 are emails you sent. Are those automatically fast
6 filed?
7 A Sent, yes. Sent are always filed.
8 Incoming are the ones that you have to file.
9 Q So there is an issue where an incoming
10 message you may have received might not have been
11 preserved?
12 A Right.
13 Q Because you might not have fast filed it?
14 A Right.
15 Q But if you sent an e-mail, it would have
16 been fast filed?
17 A Yes.
18 Q Automatically?
19 A Should be, yes.
20 Q In which case it would have been
21 preserved?
22 A Should be.
23 Q Therefore, should be in the Goldmine
24 system?
25 A I would think.

Page 92

1 Q In which case it would be produced by you
2 in this production here?
3 A Yes, right.
4 Q When an e-mail is preserved in Goldmine,
5 is the attachment to the e-mail also preserved?
6 A Until we delete the file or it's saved.
7 The source file.
8 Q Well, if you sent a message and you
9 attached a credit card authorization form to it,
10 that message would have been automatically fast
11 filed because it was sent?
12 A Yes. Not the attachment.
13 Q So the attachment to the e-mail would be
14 erased, but the e-mail itself would be preserved?
15 A Correct.
16 Q Is that why numerous e-mails in your
17 production don't have attachments to them?
18 A That's correct. That's a space issue.
19 Q Do you recall when you were first
20 contacted by Mr. Raider?
21 A When I was first contacted by Mr. Raider?
22 Q Yes, to procure your services.
23 A No. Just based on the dates, I would
24 guess 2009.
25 Q Let's look at Exhibit 2, Peter. Let's see

23 (Pages 89 to 92)

1    if we can't pin this down a little bit more.  Go to
2    Caldwell 116.  This looks like the end of a thread
3    that may begin on the pages preceding it.
4        A   Okay.
5        Q   It looks like dates on these range from
6    December 10 to December 11th.  Is that fair to say?
7        A   Okay.
8        Q   Okay.  So you would agree with me
9    obviously that you would have been communicating
10   with Mr. Raider at least as early as December 2009,
11   correct?
12       A   Right.
13       Q   It looks like if you look at the top of
14   Caldwell 116, the e-mail Jason sent to you says, got
15   it, thanks.  I will expect a link every day and let
16   you know if I don't get.  Can you also copy Alissa,
17   as well, in the link e-mails.  Do you see that?
18       A   Yes.
19       Q   Then if you go down a little bit, middle
20   of the page, e-mail from Jason to you on
21   December 11th saying, Peter, we haven't gotten
22   anything yet.  Did you send the link.  Do you see
23   that?
24       A   Yes.
25       Q   Does this refresh your recollection as to

1    whether this, around December of 2009, may have been
2    the beginning of the relationship between your
3    company and RMG?
4        A   Sure.
5        Q   Would you agree it would have been around
6    December of 2009?
7        A   If you say, sure.
8        Q   I'm not saying it.  I'm asking you based
9    on the dates?
10       A   I don't have the information in front of
11   me.
12       Q   You have e-mails in front of you.  I'm
13   asking if the e-mails refresh your recollection?
14       A   Yes.  Like I said, if I was in front of my
15   Goldmine database, I could tell you the first time I
16   sent him an e-mail, at least.
17       Q   So let's --
18       A   I'm looking at some down --
19       Q   -- look at Caldwell 129.
20       A   I'm looking at some further back.
21       Q   What's the date?
22       A   December 7th.
23       Q   What's the Bates stamp?
24       A   Caldwell 114.
25       Q   144?

1       A   Yes.  So that one goes back December 7th.
2    A couple further back, December 7th.  December 2nd.
3       Q   What is the Bates stamp?
4       A   155.
5       Q   Look at Caldwell 155 for a minute.
6    Actually, go back one page to 154.
7       A   Okay.
8       Q   So this is dated December 7, 2009,
9    correct?
10       A   Uh-huh.
11       Q   Okay.  And then the page before or page
12   after, 155, shows a date of December 2, 2009 where
13   you're sending Jason Raider an e-mail saying, your
14   compiler took a look at these and verified that
15   these are not sourced from them.  They do have
16   rights to use some of the websites listed, but they
17   primarily use other sites to source their opt-ins.
18   Do you see that?
19       A   Yes.
20       Q   Do these documents refresh your
21   recollection as to whether or not the beginning of
22   your relationship with TSN was around December of
23   2009?
24       A   Yes.
25       Q   And these e-mails seem to indicate that

1    you're beginning the relationship that you referred
2    to earlier, correct?
3        A   Yes.
4        Q   Earlier you mentioned at the beginning of
5    the relationship Jason gave you some samples of
6    leads?
7        A   Right.
8        Q   And you looked at those leads with your
9    compiler to see if you could assist RMG, correct?
10       A   Yes.
11       Q   Would you agree with me then, at the
12   beginning of December 2009, that's the origin of
13   your relationship with RMG?
14       A   I would say that, yes.
15       Q   I'm not trying to trick you here.
16       A   I don't know, man.
17       Q   I'm looking at the emails and just trying
18   to --
19       A   But --
20       Q   -- see if this refreshes your
21   recollection.
22       A   -- some of these things, the way you word
23   it, do matter.
24       Q   Let's go to Caldwell 163.  Even better.
25    Go to Caldwell 166.

1      A   Okay.
2      Q   This e-mail is dated December 1st, 2009.
3   It's an e-mail by you to Jason Raider saying, I got
4   it and none of those sites look familiar.  They must
5   be from another network of websites but I'll check
6   with the compiler to make sure.  I will have a
7   definite answer for you tomorrow morning, Peter.
8   And then below that it says, Peter, here you go.
9   Let me know you got, Jason.
10     A   Yes.
11     Q   First, is this e-mail where Jason is
12  sending, says, Peter, here you go, and has a whole
13  bunch of names and e-mail addresses and phone
14  numbers and IP addresses, is this the information
15  you referred to earlier in the deposition where Mr.
16  Raider sent you a sampling of the information that
17  he had been using prior to calling you?
18     A   Yes.
19     Q   And you sent this information then to your
20  compiler, TDC, correct?
21     A   Right.
22     Q   Who you referred to in this e-mail as your
23  compiler, correct?
24     A   Yes.
25     Q   Go back to Caldwell 164.  Now, at the top

1   of this e-mail it says, December 2, 2009, good
2   morning, Jason.  My compiler took a look at these
3   and verified that these are not sourced from them.
4   They do have rights to use some of the websites
5   listed, but they primarily use other sites to source
6   their opt-ins.  Do you see that?
7      A   Yes.
8      Q   And that's an indication by you to Jason
9   Raider that you've now sent this information to your
10  compiler and confirmed that they are able to assist?
11     A   Right.
12     Q   And it also indicates that they have
13  sourced opt-ins for other people in the past besides
14  this RMG transaction, correct?
15     A   Yes, what Jason considers opt-in.
16     Q   No.  What you're saying, you're using the
17  word opt-in here.
18     A   I use it because that's what Jason called
19  it, opt-in data.
20     Q   Now, when you're talking to your compiler,
21  are you talking to him about opt-ins?
22     A   I find similar data.  I just said find
23  similar data.  I don't know if I'd have said opt-in
24  or not.  I'd have to look and see what I said to Tom
25  Mongiovi.

1      Q   It seems -- well, you would have those
2   e-mails, too, wouldn't you?
3      A   I would.
4      Q   As we sit here today, I would ask that you
5   preserve and make sure that you don't erase any
6   e-mails that you may have exchanged with Mr.
7   Mongiovi concerning this matter.  Okay?
8      A   Okay.
9      Q   Thank you.  Now, as I read this e-mail,
10  though, what you're saying is you're conveying to
11  Mr. Raider the substance of your communications with
12  Mr. Mongiovi, correct?
13     A   Yes.
14     Q   You're saying here that Mr. Mongiovi told
15  you they primarily use other sites to source their
16  opt-ins, correct?
17     A   Yes.
18     Q   Did Mr. Mongiovi explain to you what he
19  meant by opt-ins when he was explaining to you where
20  he sources his opt-ins from?
21     A   I don't know.
22     Q   Do you think Mr. Mongiovi, who compiles
23  opt-in leads, had the same understanding of what
24  that term meant as Mr. Raider?
25     A   I don't know.

1      Q   Okay.  But it's fair to say that Mr.
2   Mongiovi is conveying something to you based upon
3   his understanding of the term and not Mr. Raider's
4   now, correct?
5      A   Yes.
6      Q   Was it not important to you, during these
7   transactions, to understand both what your customer
8   and compiler were referring to about the type of
9   information you were selling to them?
10     A   Well, when I have a picture of what was
11  provided to me from Jason Raider and I have a
12  picture of what Tom says he's got, I don't have to
13  have stuff spelled out to me.
14     Q   And the picture of what he gave you,
15  Mr. Raider, included telephone numbers, correct?
16     A   Yes.
17     Q   And is it your testimony that you did not
18  then ask Mr. Raider if he was going to be calling
19  the people that you're going to be providing leads
20  from?
21     A   To my knowledge, I did not.
22     Q   Okay.  How often did you communicate with
23  Mr. Raider during the beginning of this
24  relationship?
25     A   The e-mails will tell you.

1   Q  Did you ever talk to him on the phone?

2   A  Rarely.

3   Q  Mostly email?

4   A  Yes.

5   Q  Sometimes on the phone?

6   A  Not often, no.

7   Q  Infrequently?

8   A  Probably the first time he contacted us

9 was probably by phone, but that was probably one of

10 the only times.

11   Q  Was that more of an introduction, hey, I

12 want to hear about your company?

13   A  Yes.

14   Q  Do you recall having a conversation with

15 him about your company at that time?

16   A  No.

17   Q  Were you trying to sell to him the idea of

18 using your company --

19   A  I'm sure.

20   Q  -- as opposed to others?

21   A  That's what salespeople do.

22   Q  There is nothing wrong with that. I'm

23 just asking.

24   A  Right.

25   Q  Do you recall what Mr. Raider said during

1 that initial conversation?

2   A  No.

3   Q  Do you recall what you said to him?

4   A  No.

5   Q  Did Mr. Raider explain to you at that time

6 the type of business he worked for?

7   A  No.

8   Q  Do you have an understanding of what kind

9 of business Mr. Raider worked for?

10   A  I still don't really. I know it's travel

11 related. That's about as far as know.

12   Q  Did Mr. Raider ever explain he worked for

13 a travel agency?

14   A  No.

15   Q  No?

16   A  Not to my knowledge.

17   Q  Mr. Raider ever ask you for specific types

18 of leads related to travel-oriented businesses or

19 consumers?

20   A  I don't know.

21   Q  Mr. Raider ever explain to you the type of

22 customer his business was looking to acquire with

23 the leads he was buying from you?

24   A  I don't know. He may have. I mean, dude,

25 you're talking about five years ago. I talk with --

1 I process 60 to 100 orders a month. You're talking

2 about one customer five years ago and you want me to

3 remember every conversation with him.

4   Q  I'm asking if you recall them. I have to

5 understand the extent to which you remember things.

6   A  I get it. Maybe I shouldn't look at you

7 because the facial expressions to some of my answers

8 seem like I'm stupid.

9   Q  Okay.

10   A  Or like it's crazy that I don't remember.

11 So maybe I should look somewhere else in the room

12 when I answer.

13   Q  When I'm asking you a question,

14 specifically, whether you remember having

15 conversations or what they were about, I'm okay with

16 you saying you don't know.

17   A  Okay.

18   Q  I don't need the extra statements which is

19 where I have my problem.

20   A  Okay.

21   Q  Which is this was a long time ago, so on

22 and so forth.

23      Is it fair to say this transaction with

24 Mr. Raider and RMG isn't something that stood out in

25 your mind as compared to any of the other

1 transactions you dealt with over the years?

2   A  It was run of the mill.

3   Q  Okay. Until this lawsuit happened, this

4 thing didn't spark any special note or interest in

5 your mind, other than any other business transaction

6 you engage in. Is that fair to say?

7   A  Yes.

8   Q  And during these initial conversations,

9 Mr. Raider informed you TSN had been purchasing

10 leads from another lead brokers prior to its

11 contacting you, correct?

12   A  Yes.

13   Q  And he explained to you at that time that

14 the lead information he was buying he referred to as

15 opt-in data, correct?

16   A  Right.

17   Q  And is it your testimony then that you did

18 not seek to clarify what he meant by that?

19   A  I did by receiving his samples.

20   Q  So the samples that Mr. Raider provided

21 you with the substance of what Mr. Raider considered

22 to be opt-in data. Is that fair to say?

23   A  That's correct.

24   Q  And your entire understanding of what Mr.

25 Raider intended by the type of data he considered to

1    be opt-in data was formed by your review of the
2    e-mail he sent you in December of 2009?
3        A   Right.
4        Q   Okay.  This information was sent to
5    Caldwell by Mr. Raider based upon your request that
6    he send you information so you can determine whether
7    you would be able to source similar opt-in data?
8        A   Right.
9        Q   Just so the record is clear, the data that
10   Mr. Raider sent you included e-mails addresses,
11   correct?
12       A   I think -- wait.  That he sent me?
13       Q   Yes.
14       A   Samples, yes.
15       Q   That included first and last names?
16       A   Yes.
17       Q   And included a physical mailing address?
18       A   Yes.
19       Q   Included a phone number?
20       A   Yes.
21       Q   Included a date and time stamp?
22       A   Yes.
23       Q   And included an IP address?
24       A   Yes.
25       Q   And included a website address?

1        A   Yes.
2        Q   Based upon your experience in reviewing
3    this type of data, is it your understanding that
4    this is the type of data you're referring to earlier
5    as the typical type of information that is included
6    in, quote, opt-in data?
7        A   Yes.  I mean, it depends.
8        Q   I'm not trying to put words in your mouth.
9        A   I will say I don't know.  I don't know how
10   to answer that.
11       Q   I thought you had said earlier that your
12   general familiarity with opt-in data was --
13       A   Not mine.
14       Q   Hold on.  That's why I'm trying to clarify
15   for the record.  I want to make sure your testimony
16   is as accurate as possible.
17           My recollection was that when I asked you
18   before you looked at this e-mail here today, what
19   typically opt-in data looks like, your experience of
20   what it looks like.  I thought you said something
21   like it included the contact info and IP addresses
22   and time stamps.  I'm asking if this comports to
23   what you were referring to earlier?
24       A   Yes.
25       Q   If you want to clarify what you said

1    earlier with what I'm asking, go ahead.
2        A   Yes, that's correct?
3            MR. BRODERICK:  Objection.
4    BY MR. BECKER:
5        Q   Do you understand what my question was?
6        A   I do.  I understand the question now.
7        Q   And the information that Mr. Raider sent
8    you here in this e-mail comports with what your
9    general understanding was of the type of data that
10   would fall within opt-in data?
11       A   Yes.
12       Q   Do you know, in looking at this type of
13   data here, what the website address relates to, what
14   it refers to?
15       A   How do you mean?
16       Q   Do you have an understanding of like when
17   a website is next to someone's name and contact
18   information, what that website is intended to
19   indicate?
20       A   I would imagine that's where they opted
21   in.
22           MR. BRODERICK:  Okay.
23   BY MR. BECKER:
24       Q   And the IP address, do you know what the
25   IP address is intended to indicate?

1        A   The IP address of the computer they opted
2    in from.
3        Q   So it's the IP address -- let me make sure
4    again.  One day we will be using this transcript,
5    either in a court proceeding or in a brief.  I want
6    to make sure we are clear.  Sometimes we speak in a
7    conversational way and it doesn't come out as
8    clearly as we'd like it to when we read it back.
9            When you're talking about it's the IP
10   address of their computer.  The last question we
11   asked about was about website.  You said they.
12           What I'm asking is, are you referring here
13   to the IP address being the IP address of the
14   individual whose name is listed here or the IP
15   address associated with the website that's listed
16   here
17       A   I don't know.
18           MR. BRODERICK:  Objection.
19   BY MR. BECKER:
20       Q   What about the date and time stamp, do you
21   have an understanding of what's that intended to
22   indicate?
23       A   I don't know.
24       Q   Do you know what the purpose is for why
25   this type of information, an IP address and time

1    stamps and websites, what the purpose of providing
2    that to your customer would be?
3           MR. BRODERICK:  Objection.
4           THE WITNESS:  Probably to prove the date
5       and time they said, hey, it's okay to contact.
6    BY MR. BECKER:
7       Q   So this is information that a customer
8    would want to have in order to provide some level of
9    evidence that the individual's name is connected t
10   that website, IP address and time stamp, actually
11   went on and consented to receive certain
12   information?
13      A   I would think so.
14          MR. BRODERICK:  Objection.
15   BY MR. BECKER:
16      Q   And the reason Mr. Raider sent this
17   information to you was that so you could better
18   understand the data that Caldwell would need to
19   source to sell to TSN, correct?
20      A   Correct.
21      Q   In determining the type of information
22   Caldwell received to source for TSN would also be
23   important to understand how TSN intended to use the
24   information, correct?
25      A   Yes.

1           MR. BRODERICK:  Objection.
2    BY MR. BECKER:
3       Q   That's why it was relevant to you to form
4    an understanding as to how TSN had previously used
5    the information Mr. Raider sent to you in December
6    of 2009?
7           MR. BRODERICK:  Objection.
8    BY MR. BECKER:
9       Q   So Mr. Raider had sent you this
10   information in December of 2010 so that you could
11   better form an understanding of how RMG had used
12   this data prior to it hiring Caldwell?
13      A   Not really.
14      Q   What's that?
15          MR. BRODERICK:  Objection.
16          THE WITNESS:  I really don't understand
17      your question.
18   BY MR. BECKER:
19      Q   That's fine.
20      A   The stack is getting thin.
21      Q   What's that?
22      A   I said the stack is getting thin.
23      Q   Well, there's still a big stack in front
24   of me.
25      A   Great.

1       Q   Did you form an understanding of how Mr.
2    Raider's company has previously used the information
3    he provided you on December 1st?
4       A   No.
5       Q   Why not?
6       A   He was very particular about the kind of
7    data he wanted.  He provided that to me.  I sourced
8    that kind of data.
9       Q   So it did not matter to you how Mr. Raider
10   intended to use that data.  Is that what you're
11   saying?
12      A   That's correct.
13      Q   When you sent this information, the lead
14   information to Mr. Mongiovi, and discussed this RMG
15   transaction with him, would you have given him all
16   the relevant information you had received from Mr.
17   Raider concerning the potential transaction with
18   RMG?
19      A   I probably would have called him.  We
20   talked probably on the phone more than we e-mailed.
21   I would have e-mailed the list of the leads to him,
22   but I probably would have called him and asked.
23      Q   What would you have talked about with him?
24      A   Said I'm going to send you some leads, see
25   if you can find -- if you have sources for any

1    similar data that's not the same websites.
2       Q   Okay.  Would you have told Mr. Mongiovi
3    who the client was that you were working with?
4       A   No.
5       Q   Would you have kept that private so that
6    you can maintain that customer so that the customer
7    doesn't go directly to your source?
8       A   Right.
9       Q   At the time you sent these leads to Mr.
10   Mongiovi, how long had Caldwell been purchasing the
11   lists from TDC Marketing?
12      A   I don't know.
13      Q   At least as long as you were there, if not
14   longer?
15      A   Yes.
16      Q   At that time, had you had a negative
17   experience or problem working with TDC at all?
18      A   No.
19      Q   Have you had any negative issues with them
20   since that time?
21      A   No.
22      Q   Had Caldwell List ever received poor
23   quality or inaccurate information from TDC at that
24   time?
25      A   No.

Page 113

1    Q   So Mr. Mongiovi responded to you after you
2  sent him the sample information, correct?
3    A   Say that again.
4    Q   Mr. Mongiovi had responded to you or
5  communicated with you after you sent him this
6  information?
7    A   Yes.
8    Q   What did he say to you?
9    A   I don't remember.  Hey -- obviously, he
10  said that they were unique websites.
11    Q   What arrangement did you then reach with
12  Mr. Raider concerning TSN's purchase of lead
13  information from Caldwell?
14    A   All I can remember is what is in the
15  e-mails.
16    Q   Let's look at the e-mails then.
17    A   Cool.
18    Q   Caldwell 138, please.
19    A   Okay.
20    Q   Does this e-mail here refresh your
21  recollection as to what the original arrangement was
22  between Caldwell and RMG concerning its acquisition
23  of opt-in leads from you?
24    A   Yes.
25    Q   What was that?

Page 114

1    A   300,000 records raw per day for $1,000 a
2  month.
3    Q   Had you initially provided Mr. Raider with
4  the opportunity to purchase less per day in exchange
5  for payment of $1,000 per month?
6    A   Yes, with a DNC scrub.
7    Q   Not with a DNC scrub.  Did you originally
8  offer to sell Mr. Raider less leads for $1,000 a
9  month, in other words --
10    A   I don't know.  You tell me.
11    Q   -- take a look at the e-mails, read 139 to
12  140.
13    A   You're the one that knows the e-mails.
14  You tell me.
15    Q   I'm asking you to look at the e-mails.
16    A   Is this a test?
17    Q   I'm asking you if it refreshes your
18  recollection as to what the transaction was.  Now
19  I'm asking you if these e-mails refresh your
20  recollection as to whether the original offer was
21  actually for less leads per month?
22    A   200,000 about 50 percent, yes, I guess.
23    Q   Do you recall what the reason was that the
24  final number you reached was 300,000?
25    A   I believe it was duplicates at that time.

Page 115

1    Q   Okay.
2    A   He had a high dup rate.
3    Q   Let's go to page Caldwell 139.  And then,
4  a quarter way down that, there is an e-mail that
5  starts from you on December 7, 2009 at noon.  Do you
6  see that?
7    A   Uh-huh.
8    Q   The subject says DNC scrubs.  Do you see
9  that?
10    A   Yes.
11    Q   And it reads, hey, Jason, do you have DNC
12  scrub capability.  I forgot to check with you on
13  that.  Normally, we supply 200,000 records.  About
14  50 percent will end up being useable and clear
15  through the DNC.  You may, however, be DNC exempt
16  and not have to worry.  I just thought I'd check and
17  make sure.  Do you see that?
18    A   Yes.
19    Q   Why were you asking Mr. Raider that
20  question?
21    A   To know if he's going to use the phone
22  numbers or not.
23    Q   And did you acquire an understanding from
24  his e-mail response to you?
25    A   Yes.  But, he never supplied a SAN number.

Page 116

1  If they're supplying a SAN number to show us the DNC
2  capability, we expect they're not going to use the
3  phone numbers.
4    Q   Let's read Jason's response to you.
5  Peter, we do have DNC capability; however, with our
6  other company, we get about 600,000 a day because so
7  many are on the DNC and it comes out to be about
8  300,000 plus.  Do you see that?
9    A   Uh-huh.
10    Q   Is that an indication by Mr. Raider to you
11  that he is scrubbing leads against the DNC and only
12  about half of which are usable from those he
13  received from his other vendor?
14    A   You might be -- he's talking about an
15  internal do not contact.
16    Q   He is responding to your question about
17  DNC scrub capability.
18    A   Right.  And he's talking about it, it went
19  from 600,000 down to 300,000.  Why is he even DNC
20  scrubbing if he's buying opt-in data if you're
21  talking about do not call?
22    Q   Isn't that what DNC means?
23    A   There is also do not contact.
24    Q   What do you think they're referring to
25  here?

JEANNIE REPORTING                                    305-577-1705
              YOUR WISH IS OUR JOB!

1     A   What I'm referring -- if he's referring to
2  something going down from 600,000 down to 300,000.
3     Q   In your e-mail first.  Start with your
4  e-mail.
5     A   Yes.
6     Q   Your e-mail has the subject line that you
7  wrote called DNC scrubs.
8     A   Yes.
9     Q   Again, I'm just trying to understand what
10  you were talking about here.  I'm not trying to
11  challenge you.  When you say DNC scrubs in the
12  subject line and then you ask him if he has DNC
13  scrub capability, what are you referring to?
14     A   Well, based on these numbers and based on
15  the conversation that I know we had, which is why I
16  mentioned duplication to you earlier but you kind of
17  brushed it off.
18     Q   We're going to get to duplication, that's
19  why.
20     A   Okay.  So the DNC with what we were
21  talking about is an internal DNC, do not contact,
22  meaning he had a high duplication rate.  He's
23  already purchasing these leads from a different
24  source.  I knew there was going to be high
25  duplication between the two sources, so that's why

1  he had to start bumping up the volumes.  So, what I
2  suggested, and I know you don't like me elaborating,
3  but maybe to help you understand.
4     Q   Yes.
5     A   What I suggested was for him to supply us
6  a suppression file.  Probably the first time we
7  talked, we talked about that.  You give me an
8  overall suppression file and I can omit that from
9  the orders every time we process an order so we
10  don't have to worry about duplication.
11     Q   Okay.  When you're referring to DNC exempt
12  in your e-mail of December 7, 2009, is that not
13  referring to the possibility that they might be
14  exempt of the do not call restrictions of the TCPA?
15     A   I don't think that's what I meant by that
16  at all.
17     Q   What does DNC mean to you?
18     A   If they don't care about duplicates, they
19  remail.
20     Q   Is there a difference, in your mind,
21  between a duplicate record and a DNC record?
22     A   Yes.
23     Q   What's the difference?
24     A   I would say a duplicate record is your
25  name and address times two in a database.

1     Q   And I believe you mentioned earlier that
2  there was an issue at some point in this
3  relationship with RMG where they were receiving a
4  lot of duplicate records, correct?
5     A   Yes.
6     Q   What you were referring to there was to
7  the fact that a lot of the records they were
8  receiving from Caldwell were already in their system
9  or on the same record multiple times, correct?
10     A   Yes.
11     Q   So the issue of duplicates doesn't refer
12  to DNC or any compliance issues?
13     A   No.  In the industry we call that a do not
14  contact, too, because they've either been duplicated
15  and contacted already.
16     Q   Okay.  So when you refer to DNC here,
17  you're not referring to the do not call list?
18     A   Not at this time.  We ended up -- further
19  down in the orders, we ended up talking about do not
20  call scrubbing for national DNC because we actually
21  did an order with them from that after they started
22  telemarketing.
23     Q   At which point you know they're
24  telemarketing, right?
25     A   After we sell them a DNC scrub, we know

1  they're telemarketing.
2     Q   It's pretty obvious at that point when
3  they're buying a DNC list that they're using --
4     A   Right.
5     Q   -- the list to make telephone calls,
6  right?
7     A   Right.
8     Q   When they start making telephone calls
9  with predictive dialers or robo calls, that's when
10  you need to be compliant with the TCPA?
11     A   Right.
12     Q   And so for that purpose, and one of the
13  things they did to try to maintain due-diligence in
14  their marketing efforts was to buy the DNC list from
15  you?
16     A   That's correct.  You find the order on
17  that, as well.
18     Q   But for purposes of the very beginning of
19  the relationship is what I'm talking about right
20  now.
21     A   Uh-huh.
22     Q   In December of 2009 when you began the
23  process of working with RMG you asked if they had
24  DNC scrub capability, right?
25     A   Right.

Page 121

```
 1     Q   Just for the record, now to clarify, what
 2  you meant when you asked him if he had DNC scrub
 3  capability?
 4     A   At this point?
 5     Q   Yes.
 6     A   We are talking about do not contacts, like
 7  duplication.  So, if I send you a file, Jason, every
 8  day, you're going to go through every day and scrub
 9  out your DNCs.
10     Q   Okay.
11     A   Because, to make your job a lot easier,
12  Jason, you can send me that suppression file that we
13  talked about.
14     Q   And so what he is saying to you then here
15  is, we have the ability to scrub for DNC, we can
16  scrub it ourselves.  But when we were working with
17  our other company, the company that they sent you an
18  example from, we would get 600,000 and when we
19  scrubbed it, we had 300,000 left.  Is that what he
20  is saying to you here then?
21     A   Yes.
22         MR. BRODERICK:  Objection.
23  BY MR. BECKER:
24     Q   I'm asking for clarification of what he
25  was saying to Mr. Lachnicht.
```

Page 122

```
 1         So, this whole line of questioning, Peter,
 2  was simply to clarify what the original terms of the
 3  deal were offered and agreed upon.
 4     A   Right.
 5     Q   It sounds like on December 7 you're saying
 6  we will give you 200,000, but if you want us to
 7  scrub that, let us know because only half of them
 8  will be left after we scrub the duplicates?
 9     A   Right, based on his file, if he provided
10  it.
11     Q   If he did.  And he says to you in
12  response, no, I can do it myself.  But wait a
13  minute, we end up with 300 usable after we scrub for
14  duplicates.  Is that what he is saying?
15     A   Yes, right.
16     Q   Flip back to 138.
17     A   Okay.
18     Q   Then you say, no problem, Jason.  I will
19  put in the contract between the compiler and my
20  company that we will provide you with 300,000 raw
21  which will hopefully provide you with 150 usable
22  numbers per day, for an extra 200 per month.  If you
23  wanted 200,000 records scrubbed, we can do that for
24  an extra monthly charge of 1,500 as opposed to
25  1,000, right?
```

Page 123

```
 1     A   Right.
 2     Q   Are these the original negotiations,
 3  figuring out price and the product?
 4     A   Yes.
 5     Q   So originally, you were offering him
 6  200,000 leads for 1,000 a month, right?
 7     A   Yes.
 8     Q   He said, wait a minute, we need more than
 9  that?
10     A   You're talking about per day.
11     Q   You're right.  I'm talking about $1,000
12  per month for 200,000 per day?
13     A   Per day.
14     Q   Thank you.
15     A   Not per month.
16     Q   Per day.  The leads are coming in on a
17  daily basis?
18     A   Five days a week.
19     Q   The price is set for the month?
20     A   Right.
21     Q   You get five days a week for four weeks?
22     A   Right.
23     Q   That's the transaction?
24     A   Correct.
25     Q   Okay.  And ultimately, they pointed out to
```

Page 124

```
 1  you, we have the ability to scrub this ourselves, we
 2  don't need you to do that, but we need more raw data
 3  so that when we scrub these, we have got enough
 4  usable data left?
 5     A   Correct.
 6     Q   Okay.  So would you agree with me then
 7  that in the beginning stages of the relationship Mr.
 8  Raider was explaining to you they do have some
 9  capability on their end to scrub this and make sure
10  they have some level of unique numbers on their own?
11     A   Yes.
12     Q   They don't need you to do it?
13     A   To do it, right.
14     Q   Do you know what kind on technology RMG
15  was using at that time?
16     A   No.
17     Q   Do you know whether, at that time, RMG was
18  making robo calls or predicative calls internally or
19  using a third-party to do it for them?
20     A   No.
21     Q   No.  Okay.  All you know, though, from the
22  e-mails here, is that they have some ability to
23  scrub these themselves?
24     A   Right.
25         (WHEREUPON, A SHORT BREAK WAS HAD
```

1    IN THE DEPOSITION.)
2  BY MR. BECKER:
3    Q  Following your initial conversations with
4  Mr. Raider where you discussed the number of raw
5  leads you were going to provide him on a daily
6  basis, is it fair to say that you then conveyed that
7  information to Mr. Mongiovi, as well?
8    A  Yes.
9    Q  And obviously, you wanted to make sure he
10  would be able to provide you with that same amount
11  of data at the agreed upon price?
12    A  Yes.
13    Q  If you look on Caldwell 130.  Again, I'm
14  trying to confirm time frame that things happened.
15  E-mails dated December 9, 2009.  Would you agree
16  with me that this e-mail reflects the first date
17  that leads were sent by Caldwell to RMG?
18    A  Yes.
19    Q  And the communications of pricing were
20  December 7 or so?
21    A  Yes.
22    Q  It appears there is an e-mail from Tom
23  below with a link.
24    A  Yes.
25    Q  And then above it there is an e-mail by

1  you, hey, Renee, the link is below.  If you could
2  take this 300,000 records and take out certain
3  states and send these as separate files, then all
4  other links will be together.  We will end up
5  sending five different files each day.  These will
6  be sent to Jason Raider at the following e-mail
7  address.  It seems like December 9th was the
8  beginning of the process where you're sending the
9  leads to Mr. Raider?
10    A  Okay, sure.
11    Q  Do you agree with that?
12    A  Yes.
13    Q  And do you know for what period of time
14  TSN ultimately purchased leads from Caldwell?
15    A  I would say two or three years.
16    Q  Let's go to these reports.  I want to pin
17  it down, if we can.  Would Caldwell three help with
18  that?  Those seem to be the billing, the reference
19  of billing, to RMG?
20    A  Yes, that's it.
21    Q  It looks like the earlier date was
22  December 8th, 2009, the day before this e-mail with
23  the first leads on it.  Do you see that?
24    A  Yes.
25    Q  It goes all the way through July 2011?

1    A  That's correct.
2    Q  Is that the time frame then that RMG
3  purchased leads from Caldwell List?
4    A  Yes.
5    Q  And it seems the pricing is relatively
6  equivalent throughout this, mostly $1,000 per
7  charge.  Would those reflect the charges for those
8  opt-in leads that you were selling them?
9    A  Yes.
10    Q  Then there is some different pricing, a
11  couple of them where it's $300, or $4,500, or $400
12  or $500.  Do you know what those relate to?
13    A  The big $4,500 towards the end is when we
14  had finally understood that they were using the
15  telephone numbers and they were going to start do
16  not call scrubbing, so we sold them the do not call
17  scrub subscription so that they could scrub it.  We
18  sent them the overall updated I believe monthly DNCs
19  that get added to the national DNC registry each
20  month so they can scrub files from it each day.
21    Q  Prior to that time, you hadn't asked and
22  they hadn't conveyed to you that they were using --
23    A  It was there -- sorry.
24    Q  You hadn't asked and they hadn't conveyed
25  to you that they were using the leads for the

1  telephone; is that correct?
2    A  Correct.
3    Q  But then, it looks like February of 2011,
4  they purchased the do not call list for subscription
5  from you?
6    A  Yes.
7    Q  That's the $4,500 charge?
8    A  Yes.
9    Q  What are those smaller numbers, $300,
10  $400, $500 charges?
11    A  I couldn't tell you.
12    Q  It looks like the lead quantity went up at
13  some point, form 300 to up 350 to 400 to six; is
14  that correct?
15    A  That's correct.
16    Q  Do you know what the reason for that was?
17    A  I believe we had to supply them with
18  higher volumes.  If you look at the quantities, it
19  went from 300,000 to 400,000 per day.
20    Q  Is it your recollection that the reason
21  the quantities went up was because as you continued
22  to sell such large volumes of leads to the company,
23  eventually they were running out of unique contact
24  data?
25    A  Correct.

1    Q   So the increase in the raw data you were
2  sending to them was intended to allow for them after
3  scrubbing to indicate that there is significantly
4  less, but still more than they were getting earlier
5  on leads?
6    A   Right.  After -- we had to up the overall
7  raw volume because after their internal do not
8  contact scrub, then if they were going to also use
9  it for telemarketing and do the DNC scrub, obviously
10  it's killing the numbers.  So, I don't know if they
11  discontinued mailing and they were only
12  telemarketing at that point.
13    Q   Okay.
14    A   That's why we had to start upping the
15  quantity of raw.
16    Q   Do you know whether or not in 2009 and
17  2010 RMG had been making robo calls with a third
18  party and not on their own?
19    A   I have no idea.  Had I known, I would have
20  told them that robo calls were not -- we have
21  always -- Caldwell List has never sold for robo call
22  purposes, even for political campaigns.
23    Q   Now, do you understand the concepts
24  behind -- precepts behind the TCPA and how robo
25  calls are and are not legally permitted?

1    A   I know some of the exemptions, political
2  campaigns, et cetera.  But typically, if a client
3  tells us that they are robo calling, period, we
4  don't sell them a list.
5    Q   And if a client had obtained -- well, let
6  me try again.  Is it your understanding that if a
7  consumer opts to receive robo calls, then that would
8  be something that a marketer is allowed to then call
9  that person?
10    A   I don't know.
11    Q   You don't know?
12    A   I would not give legal advice on that.
13    Q   I wouldn't ask you to.
14    A   Okay.
15    Q   But as far as the opt-in data that you
16  gave to RMG, do you know whether that opt-in data
17  actually did provide consent on certain individuals
18  to be called through robo call?
19    A   I don't.
20    Q   If there -- it looks to me from the lead
21  data that you provided that there is a lot of
22  different websites through which people submitted
23  their information, correct?
24    A   Yes.
25    Q   And you haven't personally gone through

1  the different privacy policies on websites to
2  determine whether or not each of those consumers
3  consented to be contacted in various different ways,
4  have you?
5    A   No.
6    Q   Now, is it your understanding that
7  oftentimes privacy policies will inform consumers
8  that they're giving consent to be e-mailed?
9    A   I believe they have to and that's why we
10  give them the --
11      MR. BRODERICK:  Objection.
12      THE WITNESS:  I believe those websites
13  have to state that in the privacy policies and
14  which is why we give them, our customers, the
15  source sites because it's on them to
16  investigate whether it's legal for them to use
17  which channel marketing they're going to use.
18      MR. BRODERICK:  Objection.
19  BY MR. BECKER:
20    Q   So in other words, the opt-in data you
21  were sending to RMG very well could have provided
22  consent to have those consumers contacted in a
23  variety of different ways, telephone, e-mail, or
24  direct mail, correct?
25    A   Correct.

1      MR. BRODERICK:  Objection.
2  BY MR. BECKER:
3    Q   And the only way then to understand
4  whether or not the leads that you sent to RMG
5  allowed a consumer to be contacted via robo call or
6  predictive call would be by checking the privacy
7  policies on the particular websites listed in the
8  lead list, correct?
9    A   Correct.
10      MR. BRODERICK:  Objection.
11  BY MR. BECKER:
12    Q   To clarify something from earlier.  When
13  you provided the sampling, e-mail sampling of the
14  opt-in data that RMG gave to you in December of
15  2009, when you gave that to Mr. Mongiovi, did you
16  explain to Mr. Mongiovi the different methods of
17  communication that RMG was going to be using to
18  contact the leads?
19    A   No, I didn't specify with channel of
20  marketing they'd use.
21    Q   Did you tell Mr. Mongiovi that the
22  customer, RMG, was only going to be using those
23  leads to make solicitation through direct mail?
24    A   No.
25    Q   Did your company, Caldwell, contract with

JEANNIE REPORTING                                        305-577-1705
                  YOUR WISH IS OUR JOB!

1    TDS (sic) pertaining to the leads that it was
2    buying?
3        A    TDC?
4        Q    TDC.  Did Caldwell have a contract with
5    TDC pertaining to the leads transaction it was
6    entering into for RMG?
7        A    I wouldn't call it a contract.  It was on
8    a month-to-month basis.  The only contract is we
9    sent them a PO for the upcoming month.
10       Q    Did Caldwell List source any of the leads
11   it sent to RMG from any compilers other than TDC
12   Marketing?
13       A    No.
14       Q    I believe I asked this in a variety of
15   ways earlier.  I want to ask it just for clarity
16   purposes here.  Is it your testimony that the leads
17   that you sent to RMG that you received from TDC were
18   valid and legitimately entered data by consumers as
19   referenced in the lead lists and not artificially
20   created by the compiler or somebody else?
21       A    Yes.
22       MR. BRODERICK:  Objection.
23   BY MR. BECKER:
24       Q    Do you have any reason to believe that any
25   of the information contained in the lead list that

1    you sent to RMG were officially created by Mr.
2    Mongiovi?
3        A    No.
4            (WHEREUPON, DEFENDANT'S EXHIBIT
5            NUMBER 5 WAS MARKED FOR THE
6            PURPOSES OF IDENTIFICATION.)
7    BY MR. BECKER:
8        Q    So I will show Mr. Lachnicht what I'm
9    going to mark Exhibit 5.
10       MR. BECKER:  For those playing at home,
11       these are Bates stamped TS38 through TS47.
12       Ted, this actually comprises the page that you
13       had produced, if one with Allison Charvat's
14       name on it.  Let me find that real quick.  Not
15       produce.  The one you sent down here to be used
16       today.
17       MR. BRODERICK:  The attorney's eyes only
18       document.
19       MR. BECKER:  Yes.  Let me see something
20       real quick.  I will use yours instead.  I tried
21       creating an exhibit that included the very,
22       very beginning of that spreadsheet.  And then I
23       cut to one where Allison was on it.  Actually,
24       I think I can still do that.  Ted, if this
25       works for you, I'm going to take TS3021, which

1    is the one with Allison Charvat's name
2    un-redacted and I'm going to put that at the
3    back of Exhibit 5, which is the beginning of
4    that same spreadsheet, so that we have a point
5    of reference.  I will show him the electronic
6    version to have him confirm these are the same
7    records that are electronic only in a redacted
8    form.  Are you following me over the phone?
9        MR. BRODERICK:  It's sort of hard.  I
10   mean, you don't have wifi to mail it?
11       MR. BECKER:  I don't have access to my
12   internal -- I didn't bring 10,000 pages of
13   document on my computer.  I don't have access
14   to my internal -- what's it called -- document
15   management system, DMS.  I don't have access to
16   the DMS when I'm remote so I can't get to the
17   Resort Marketing Group production.  But, I will
18   send it to you.  I will e-mail it at a break.
19   But for now's purposes and for the record,
20   Exhibit 5 will be TS38 through TS47.  Then
21   TS3021 will be the last page of it.
22       What I'm representing to you guys is that
23   this makes up the very, very few pages of the
24   lead list that RMG produced which began on page
25   TS38 then skips to the one where Allison

1    Charvat's name is on there in un-redacted form.
2        MR. BRODERICK:  Okay.
3    BY MR. BECKER:
4        Q    Peter, my first question for you simply
5    is, do you recall ever looking at the lead lists
6    that TDC sent to you that you then forwarded onto
7    RMG?
8        A    No.
9        Q    Do you know the format that they would
10   have been produced in or the names of them?
11       A    I would imagine they were Excel.
12       Q    Okay.
13       A    And he would usually send us a link.  I
14   would forward that to Renee for her to break it down
15   and sent via FTP.  Typically, they were such large
16   files that I didn't even open them.
17       Q    Renee no longer works for your company; is
18   that right?
19       A    Correct.
20       Q    Where does she live or work now, do you
21   know?
22       A    I have no idea.
23       Q    How long ago did she leave the company?
24       A    Three or four years ago probably.
25       Q    Do you recall when you were working with

Page 137

1    RMG what the titles of the documents might have
2    been, how you would have labeled them?
3        A   No.
4        Q   If I showed you a label, would that help
5    refresh your recollection possibly?
6        A   It could.
7        Q   Give me one second here.  So the witness
8    has Exhibit 5.  What I'm showing him is a native
9    file that was produced in this case by RMG.  It's an
10   Excel spreadsheet.  The title of it is balance,
11   underscore, March, underscore, 16, underscore, 10,
12   dot X-L-S-X.  And the meta data shows last date
13   modified was March 16, 2010 at 5:32 p.m.
14           If you wouldn't mind, for a moment, Mr.
15   Lachnicht, looking at the beginning of this
16   spreadsheet and comparing it to Exhibit 5?  And can
17   you tell me if the initial few entries, albeit in
18   redacted form taking out the addresses and full last
19   names and e-mail addresses, contains the same or
20   similar information to what's on Exhibit 5 -- what
21   is in the electronic spreadsheet?
22       A   Yes.
23       Q   It is.  So would you agree with me then
24   that when we look at the first entry line, the name
25   Angela comes up both on Exhibit 5 as well as in the

Page 138

1    electronic document?
2        A   Yes.
3        Q   Then similarly, you will see a phone
4    number of 2565 that also shows up here on the
5    Exhibit 5, correct?
6        A   Yes.
7        Q   And then finally, one more point of
8    reference, IP address appears here has 66.197 and
9    similarly that shows up on Exhibit 5, as well?
10       A   Yes.
11       Q   And if you turn then to the very last page
12   of Exhibit 5, there is similar data.  Yet, there is
13   one highlighted line.  Do you see that?
14       A   Yes.
15       Q   Can you read to me what's on that
16   highlighted line?
17       A   First six digits of phone number, Allison
18   Charvat, 636 Colony Drive, Westerville, Ohio, 43081.
19   The e-mail address, the time, date stamp and the
20   website she was on.
21       Q   What website does it show?
22       A   123freetravel.com.
23       Q   Do you have any experience with that
24   website previously?
25       A   Only from these leads.

Page 139

1        Q   And I'm showing you the electronic native
2    file that we were looking at a moment ago.  I'm
3    showing you what is line 158106 on this file.  Do
4    you see it?
5        A   Yes.
6        Q   Does the data that's on the electronic
7    file comport with the data that's on Exhibit 5 with
8    the exception of the last four digits of Ms.
9    Charvat's phone number being redacted?
10       A   Yes.
11       Q   Now, looking at the document, the native
12   file then, which this electronic file is intended to
13   be the original version of what you're looking at in
14   Exhibit 5, do you agree it appears to be at least,
15   from what you have looked at, a full and complete
16   electronic version of the sampling you have in
17   Exhibit 5?
18       A   Yes.
19       Q   In seeing the data that's on here, does
20   this appear to be similar to what you have described
21   earlier as the opt-in lead data you're familiar
22   with?
23       A   Pertaining to --
24           MR. BRODERICK:  Objection.
25           THE WITNESS:  -- Jason Raider, yes.

Page 140

1    BY MR. BECKER:
2        Q   In referring to what Jason Raider sent you
3    and what you may have sent to Jason Raider, this
4    appears to be similar to the data that you were
5    describing earlier?
6        A   Yes.
7        Q   Okay.  And from the data that's contained
8    herein and from the title which is balance,
9    March 16, 2010, X-L-S, which indicates it's an
10   Excel format document, can you say whether this is
11   the type of data that you, through Caldwell, would
12   have been selling to RMG during the course of your
13   relationship?
14       A   Yes.  I don't remember the title like
15   that.  I don't remember any orders that were being
16   titled like that.  They could have renamed it maybe.
17       Q   Do you recall the e-mail I was showing you
18   on December 9 where you were describing to Renee how
19   to break these up each day?
20       A   Uh-huh.
21       Q   And you mentioned that there are certain
22   states you want to separate out and then the balance
23   would be put into a separate document?
24       A   Yes.
25       Q   Would this title then, balance, March 16,

35  (Pages 137 to 140)

Page 141

1    be consistent with the instructions you gave Renee?
2        A   Yes.
3        Q   Do you have any reason to believe that
4    this document, this file, isn't one that Caldwell
5    had sent to RMG during the course of its
6    relationship?
7        A   No.
8        Q   Do you know, sitting here today for sure,
9    whether that is the case?
10       A   No.
11       Q   How would you go about confirming that?
12       A   I guess you would have to subpoena Jason
13   Raider.
14       Q   So if Jason Raider was to testify then
15   that this file that we just looked at, the native
16   file, was sent by Caldwell to RMG, you would agree
17   that that would be a true statement?
18       A   Yes.  The only question to that fact is
19   that they could have still been buying from a second
20   source.  I don't know.  That's something I can't
21   answer.
22       Q   So if Jason, who was personally involved
23   in the transaction with you was to say that, you
24   would have no reason to dispute.  Is that fair to
25   say?

Page 142

1        A   I guess.  I mean, whatever.
2        Q   As you said earlier, the data that you
3    looked at on this file, of which there is hundreds
4    of thousands of names and phone numbers and
5    addresses, it's your opinion, based upon your
6    experience with TDC, that the information contained
7    herein would have been something actually registered
8    by those individuals on the dates and times set
9    forth therein and not officially created by Tom
10   Mongiovi?
11       A   Yes.
12       MR. BRODERICK:  Objection.
13   BY MR. BECKER:
14       Q   You have no reason to believe otherwise,
15   is that fair to say?
16       A   That's fair to say.
17       Q   Just going back to Caldwell three, which
18   is a printout of the payments that were made by RMG
19   to Caldwell, does this document truly and accurately
20   reflect the amount of money RMG paid to Caldwell for
21   the leads it purchased from your company over the
22   course of your relationship with RMG?
23       A   Yes.
24       Q   And during all of your communications and
25   correspondence with RMG and Mr. Raider, he never

Page 143

1    informed you that the lead information he sought to
2    purchase from Caldwell List was intended to be used
3    solely for the purpose of sending direct mail
4    advertisements to consumers, correct?
5        A   No, he never specified.
6        Q   Can you turn to Caldwell 111.  Now, if you
7    recall, the first date any leads were sent to RMG by
8    Caldwell was December 9th, 2009, correct?
9        A   Yes.
10       Q   What's the date of this e-mail?
11       A   December 16.
12       Q   So that's within one week of the first set
13   of leads being sent to RMG, correct?
14       A   Correct.
15       Q   And what does Jason Raider say to you
16   here?
17       A   Peter, we are getting a lot of wrong
18   numbers.  Is the data cleaned up.  Let me know when
19   you get a chance.
20       Q   The subject of this e-mail is what?
21       A   Wrong numbers.
22       Q   Would you agree this is an indication to
23   you by Jason Raider that RMG was using the leads
24   that you were sending them to make phone calls?
25       A   I still didn't think at the time.  I'm not

Page 144

1    going to answer your question if you don't hear me
2    out.
3        Q   Go ahead.
4        A   I still didn't think at the time they were
5    using it for telephone purposes because we never
6    talked about telephones.  I didn't even tell him it
7    was going to be included on the file, so I thought
8    maybe they were just trying to telephone verify to
9    make sure that they were correct.
10       Q   But you would agree with me then that at
11   least on December 16, 2009, Jason Raider had
12   e-mailed you and indicated that they were making
13   phone calls using the leads you sent them, correct?
14       A   Correct.  Not for marketing purposes
15   because he didn't specify.
16       Q   Do you recall what your response to this
17   was?
18       A   I don't.
19       Q   Do you recall if you ever told him, hey,
20   you're not supposed to be using these for phone
21   calls?
22       A   I probably didn't.
23       Q   Okay.
24       A   That's -- like we discussed before, that's
25   typically due-diligence on the client's part.

Page 145

```
 1      Q    And so, in your opinion, this e-mail very
 2  well may just be an indication that RMG was doing
 3  due-diligence with the leads that it received from
 4  you?
 5      A    Well, the due-diligence I'm talking about
 6  is checking the privacy policy statements.
 7      Q    Right.
 8      A    On the websites that we output on every
 9  record.
10      Q    I thought you said earlier, though, that
11  you do phone verifications to make sure that the
12  information is accurate?
13      A    We don't, no.
14      Q    Right.  No, no, no.  I thought you said
15  sometimes compilers or the people that are using
16  these leads will double check --
17      A    Yes.
18      Q    -- the accuracy by calling people?
19      A    That's what I imagine this was.
20      Q    That's what I'm saying.  So it may have
21  just --
22      A    Yes.
23      Q    -- been RMG doing due-diligence --
24      A    Right.
25      Q    -- to verify --
```

Page 146

```
 1      A    Right.
 2      Q    -- the accuracy of the leads?
 3      A    Yes.
 4      Q    But you're not sure, as you sit here
 5  today, is that fair to say?
 6      A    That's correct.
 7      Q    Turn back to page 110.  This appears to be
 8  your response to Mr. Raider.  Hey, Jason, yes, the
 9  data is hygiened in a basic level, but it's all self
10  reported data so the compiler won't catch them all.
11  Any fresh opt-in data usually performs at a higher
12  un-deliverability rate than your common compiled
13  list but it also should respond much better, as
14  well.  With this data, it's a bit of a give and
15  take.  Higher disconnect ratios but should be higher
16  response, as well.  Explain to me what you mean by
17  this e-mail, hygiene at a basic level and
18  disconnectivity.  I don't understand that.
19      A    Pretty much the only hygiene that's ever
20  done on these records are if the data is incomplete,
21  the national chain of address scrubs are not done.
22  So, it's one of those things that you get the data
23  cheap and you have that data hygiened and then
24  cleaned before you mail to it.  The key term in this
25  e-mail is a higher un-deliverability rate.  That's a
```

Page 147

```
 1  term you use in direct mail.
 2      Q    What about higher disconnect ratios?
 3      A    Same thing.  Could be phone number for
 4  their verification purposes.  That's why, if I
 5  thought he was telephone verifying to check the
 6  names and addresses, that's maybe why he was seeing
 7  a higher disconnect rate.
 8      Q    I don't think you guys go any further
 9  than that in these conversations as far as you know?
10      A    You know better than I do, I'm sure.
11      Q    I really don't.
12      A    Well, it was six years ago.  I couldn't
13  tell you.
14      Q    Fair enough.  So I believe you said
15  earlier that Caldwell List ultimately sold RMG a
16  subscription to the national do not call registry;
17  is that correct?
18      A    Correct.
19      Q    Turn to Caldwell 46.  And the subject of
20  this e-mail is a subscription for do not call,
21  correct?
22      A    Yes.
23      Q    What's the date of it?
24      A    February 8th, 2011.
25      Q    Okay.  This e-mail says, hi, Jason.
```

Page 148

```
 1  Please see the attached contract and credit card
 2  form.  At your earliest convenience, please sign the
 3  contract at the bottom and please fill out the
 4  credit card form with full billing address and cvb
 5  number.  This is an indication, is it not, that you
 6  were beginning the process of selling the do not
 7  call subscription to RMG, correct?
 8      A    That's correct.
 9          (WHEREUPON, DEFENDANT'S EXHIBIT
10           NUMBER 6 WAS MARKED FOR THE
11           PURPOSES OF IDENTIFICATION.)
12      MR. BECKER:  So guys, I'm giving him what
13  we are marking as Exhibit 6.  It's dated
14  February 8th, 2011 at 8:40 a.m.  It is the
15  exact same e-mail that you're looking at
16  Coldwell 46, except it has a two page
17  attachment to it.  Why don't I have Mr.
18  Lachnicht tell me what those two pages are so
19  we can verify this is the attachment that was
20  not connected with the e-mail that he had in
21  his archived system.
22      THE WITNESS:  Okay.  It's a credit card
23  authorization form and pretty much an invoice
24  describing the contract of services.
25
```

JEANNIE REPORTING                                    305-577-1705

YOUR WISH IS OUR JOB!

BY MR. BECKER:
 Q   And according to the invoice, how long a
period of time was RMG receiving a subscription to
the do not call list?
 A   Two times per month for one year.
 Q   So ultimately, RMG had agreed to pay
$4,500 to your company to purchase a one year
subscription to the do not call registry, correct?
 A   Yes.
 Q   And the arrangement provided that RMG
would receive an update to the registry every two
weeks?
 A   Right.
 Q   Okay.  That it would then be able to use
to run against the leads it has to determine whether
or not those leads were on the do not call list,
correct?
 A   Yes.
 Q   Is it fair to say at this point in time
you understood that RMG was going to be using the
leads to make phone calls so that it was compliant
with the do not call list?
 A   Yes.  I mean, the only other question is,
is it for a different source of leads.
 Q   Sure.

 A   You know, they could now buy compiled data
for cheap and do not call scrub it.  You know, they
could buy white pages data, because I know they like
cheap data.  They could buy 10 million record
database on the internet for $300 and start to
telemarket to it.
 Q   Sure.  Either way, the fact of the matter
is, that from its purchase of this list, this
registry from your company, it's clear that RMG was
taking steps in an attempt to be compliant with the
TCPA's do not call regulations?
 A   Yes.
      MR. BRODERICK:  Objection.
      MR. BECKER:  Go off the record for a
      second.  I will give the court reporter a few
      minutes to quickly get some food in her
      stomach.  Is that okay with you guys?
      MR. BRODERICK:  Yes, sure.
      (WHEREUPON, A LUNCH BREAK WAS HAD
      IN THE DEPOSITION.)
BY MR. BECKER:
 Q   As we talked about earlier, Mr. Lachnicht,
RMG purchased the do not call registration, a one
year subscription from your company, in February of
2011, correct?

 A   Correct.
 Q   Okay.  And following the purchase of the
do not call registration from Caldwell, do you
recall whether RMG had ever confirmed or indicated
to you that it was seeking to scrub the leads it was
buying from Caldwell against that list?
 A   I don't.
 Q   Do you recall whether it indicated in any
way that it was trying to be compliant with the TCPA
by using the do not call list from your company?
 A   I don't.  I imagine if they paid five
grand for it, they probably would, yes.
 Q   Would want to.
 A   Yes.
 Q   Do you recall that at some point in this
relationship with RMG, it indicated to you that it
was having issues with the number of usable leads
that remained in its lead list after scrubbing it
against a variety of different sources?
 A   Yes.
      (WHEREUPON, DEFENDANT'S EXHIBIT
      NUMBERS 7 AND 8 WAS MARKED FOR
      THE PURPOSES OF IDENTIFICATION.)
BY MR. BECKER:
 Q   I'm going to mark e-mails I sent you

Exhibit 7 and 8.  Exhibit 7 is dated February 9th,
2011 at 11:36 a.m.  And the next Exhibit will be
February 21, 2011, at 11:34 a.m.  The first exhibit
is one page.  The second exhibit will be three
pages.  Okay.  Look at the first e-mail I want to
show us is marked Exhibit 7.  It's an e-mail dated
February 9th, 2011 at 11:36 a.m.  Can you tell me
what this e-mail is related to?
 A   It looks like an undate for the do not
call registry in four parts.
 Q   Which is this an indication to you that
this is the first time Caldwell is delivering to RMG
the do not call registry it just purchased the day
before?
 A   Yes.
 Q   Then look at the next exhibit, Exhibit 8,
dated February 21, 2011.  The first page says,
Peter, we are having trouble running our DNC list
versus our leads.  Is there a service or program
that does this quickly?  How do other companies do
this?  Any help you or employer could give would be
helpful.  Do you see that?
 A   Yes.
 Q   Is this an e-mail that you received from
Jason Raider indicating that they are trying to run

Page 153

1  their do not call list against the leads they've
2  acquired?
3      A  Yes.
4      Q  In the following page shows your response
5  in the middle of the page indicating that you passed
6  this info to the compiler and they referred to a
7  business called Scrub DNC, correct?
8      A  Correct.
9      Q  First, I guess, do you know if the
10  compiler of the DC, that's not TDC, is it?
11     A  That's who we got it from, the updates.
12     Q  I thought that the compiler you got the do
13  not call list is different than the compiler that
14  you got the leads from.  Is that not the case?
15     A  It's a different file, but they carry both
16  of them.
17     Q  So TDC is the company that provided the do
18  not call registry?
19     A  National DNC updates.
20     Q  It's fair to say that TDC knew that it was
21  selling RMG the do not call registry, is that fair
22  to say?
23     A  I don't know if they knew it was for the
24  same client, but I would guess.
25     Q  Put these off to the side if you want.

Page 154

1          MR. BECKER:  Guys, the next set of
2  exhibits I'm using start on July 8th, 2011.
3  The top of the page.  It's an e-mail from Peter
4  to James Smith, July 8th, 2011, 9:08 a.m.  It
5  goes for nine pages.  But all the dates within
6  that range are July 8th.  So these are the
7  July 8th, 2011 e-mails.
8          (WHEREUPON, DEFENDANT'S EXHIBIT
9          NUMBER 9 WAS MARKED FOR THE
10         PURPOSES OF IDENTIFICATION.)
11  BY MR. BECKER:
12     Q  Mr. Lachnicht, if you look halfway down
13  page one, you see where it starts out with Peter,
14  with a kind of a greater than sign, as an indication
15  this is an e-mail from somebody else to you?
16     A  Yes.
17     Q  It says, Peter, I'm not sure if this means
18  anything to you.  I wanted to show you the breakdown
19  of the first two files you have given us.  This is
20  July of 2011, so this is five months or so after
21  they purchased the do not call list from you,
22  correct?
23     A  Correct.
24     Q  Now, if you look at the numbers, it shows
25  that on July 5, 2011, this is being reported to you

Page 155

1  by RMG, you sent them 400,000 leads total.  Then it
2  says removed numbers.  I can't tell what that number
3  is, but it looks like 50,078.  That's an indication
4  that there were no phone numbers on the leads for
5  that particular -- those entries, correct?
6      A  Correct.
7      Q  And then there were 3,600 numbers that
8  were deleted?
9      A  Yes.
10     Q  73 were several duplicates?
11     A  Correct.
12     Q  What is a self duplicate, do you know?
13     A  Probably the exact same record they've
14  input multiple times.
15     Q  Would you maybe agree that it might be it
16  means that the same numbers on the exact same entry
17  that you just sent them, like 400,000, there is more
18  than one in that entry itself?
19     A  In that file?
20     Q  Yes.
21     A  That's what I mean, duplicates records in
22  the same file.
23     Q  Okay.  And then keep going, it says there
24  is 10,804 entries that were on our internal DNC
25  master.

Page 156

1      A  Right.
2      Q  191,736 were on the national DNC, but they
3  fill out a web form and we have the date and site,
4  does that mean anything?  Then 118,178 numbers were
5  already in our system.  We called them in the last
6  30 days.  So that leaves them with usable numbers of
7  25,895.  Numbers that we already have but we
8  refreshed, we haven't called them 30 days.  And,
9  2,500 numbers are brand-new to us.  Do you see
10  that?
11     A  Okay.
12     Q  So, is it fair to summarize what we are
13  reading here as a breakdown by RMG to you of, you
14  know, here are 400,000 files we just got from you,
15  here is how many we can use and here is why we can't
16  use the other ones?
17     A  Yes.
18     Q  Would you agree with me then that RMG is
19  reporting to you that they are scrubbing the 400,000
20  leads they received in July of 11 against their
21  internal do not call master list?
22     A  Yes, yes.
23     Q  And they're also scrubbing it against the
24  national do not call list?
25     A  Yes.

JEANNIE REPORTING                                        305-577-1705
          YOUR WISH IS OUR JOB!

1    Q   That would be the list they bought from
2  you five months earlier?
3    A   Yes.
4    Q   It also appears that they are scrubbing
5  against their internal list for duplicates?
6    A   Can I stop you on the last note?
7    Q   Sure.
8    A   We were giving them updates twice a month,
9  so it's not really from that.
10   Q   Not from the original?
11   A   Yes.
12   Q   More than likely than not, you gave them
13 one sometime within the last two weeks?
14   A   Probably beginning of July.
15   Q   Sure.  They're running it against --
16   A   Right.
17   Q   The point is they're running it against
18 the do not call registry, they're not just calling
19 people without doing that, right?
20   A   Yes.
21       MR. BRODERICK:  Objection.
22 BY MR. BECKER:
23   Q   At the end of the day, what they're trying
24 to express to you is a concern with the number of
25 unique numbers they are getting from you?

1    A   Yes.
2    Q   But in doing so, they're conveying to you
3  that they're scrubbing the leads against a variety
4  of different sources?
5    A   Yes.
6    Q   Including do not call lists?
7    A   Correct.
8    Q   And then, on this line of 191,000 that
9  were on the national do not call, in parenthesis
10 they say, but they filled out a web form and we have
11 the date and site.  Does that mean anything?  Do you
12 know what that's referring?
13   A   I'm guess the opt-in portion.
14   Q   Okay.  And do you know what relevance
15 there would be to that?
16   A   I do not.
17   Q   And continuing on that page, it looks like
18 they do the exact same thing for the July 6th entry
19 they gave you.  Do you see that?
20   A   Yes.
21   Q   And so in response to this, at the top of
22 the page, you're explaining to RMG that you will run
23 these numbers by the compiler and see if there is
24 anything they can do to spice up the list?
25   A   Right.

1    Q   By spice up the list, you mean try to get
2  them more usable phone numbers?
3    A   Yes.
4    Q   Then if you go another page in, two pages
5  in, there is a long e-mail by you, dated July 8th,
6  2011, 9:59 a.m.  Do you see that?
7    A   Yes.
8    Q   In here you say, hi, Jason.  Okay.  I just
9  got off the phone with the data compiler.  We asked
10 them solutions to help these issues.  The refund at
11 this point is out of the question.  I will stop for
12 a second.  Go to the bottom of the page.  It looks
13 like you're responding to this e-mail first.
14   A   Okay.
15   Q   At the bottom of the third page of Exhibit
16 9 it says, Peter, can we get a refund on our money
17 for the lead feed?  I know you're not the middleman
18 and I'm not blaming you, but we are getting 95
19 percent of the same leads that we got over the last
20 year when we had a subscription with you before.
21 The owner just wants her money back and as that is
22 not going to work and it looks like they're putting
23 the same names and just changing the IP websites
24 they visited.  Please let me know ASAP, Jason.  Do
25 you see that?

1    A   I see it.
2    Q   And that would be an e-mail that you would
3  have received from Jason prior to the one that we
4  are about to look at on July 8th, correct?
5    A   Yes.
6    Q   And your response to Jason is this, I just
7  got off the phone with the data compiler and we have
8  some solutions to help out these issues.  The refund
9  at this point is out of the question since we
10 prepaid for a 30-day prescription which is why the
11 price is so low to begin with.  Please do understand
12 though that we at Caldwell and the data compiler
13 both want to make your company happy with the
14 purchase to make this work.  This is the first time
15 we've been able to see the numbers you were getting
16 and first time these issues were brought to our
17 attention.  We would like to try to offer solutions
18 to help them out.  Remember, we did up the volume
19 for you guys to 400,000 records from per day from
20 300,000 in an effort to get you higher volume
21 counts.  At this point, the do not call registry and
22 the numbers that you already have in your system are
23 the two largest problems.  The DNC is an issue we
24 cannot avoid.  But the issue with duplicating
25 records you have in you system is one we can fix by

JEANNIE REPORTING                                    305-577-1705
                     YOUR WISH IS OUR JOB!

1    using a suppression file.  Do you agree that's what
2    said to Jason on July 8th?
3        A    Which I told him the first day we ever
4    spoke.
5        Q    And that's what we're getting to now.  Now
6    you're talking here about the idea of a suppression
7    file which in saying this are you suggesting to him
8    you give us a suppression file of what's in the your
9    system so we can run that for you and then make sure
10   that when we give you leads, it's not going to be
11   duplicates of what you already have?
12       A    That's right, all unique data.
13       Q    So that was a way that you could help
14   avoid the issue of what they already have in their
15   system, correct?
16       A    Correct.
17       Q    You referenced the do not call registry
18   here, correct?
19       A    Yes.
20       Q    And you say DNC, but in this case you mean
21   do not call?
22       A    Do not call, which typically when I say
23   that, I will spell out do not call registry first
24   and then use DNC if I meant DNC in that sense as
25   opposed to a do not contact.

1        Q    So what you're explaining to him here is,
2    look, I can't do anything about this if there is
3    somebody on the do not call registry, you can't call
4    them, but I can at least -- correct?
5        A    Correct.
6        Q    But I can at least try to find you more
7    unique numbers that are not already in your files?
8        A    Right.
9        Q    So long as you give us a suppression
10   system?
11       A    Yes.
12       Q    Continue on.  A suppression file would be
13   supplied by you that holds the phone numbers in
14   your system and is sent us to omit as many of these
15   records as possible on each file we send you.
16   Normally, the data compiler charges us $50 per run
17   which would cost an additional $1,000 per month
18   since it would have to be run every day.  I would
19   ask them and try to work out something with them to
20   work on the cost for doing this if you would like.
21   Whatever we work out on this issue, please note that
22   this will change the available volume per day since
23   it's always expected that there will be duplicates
24   in this pricing -- there is a three hole punch
25   there.  Do you know what that word would be?

1        A    No.  For the subscription.
2        Q    In this pricing for the subscription after
3    it's before continued to such a time.  Just like any
4    company, the data compiler would have to make the
5    fees they are charging make sense compared to the
6    work and the servicing they are providing.  As far
7    as the other issues such as records having no phone
8    numbers or having their own format, we don't
9    normally credit back since it's a raw data feed, but
10   we will credit these back to you at no extra cost.
11   It looks like an average of 50,000 records per day
12   based on these two dates, so I will get the volume
13   bumped up to 450 total records per day.  Let me know
14   what steps you can take to finish this month out.
15   So this here is an indication that you're trying to
16   find a way to address the issue that they were
17   having with the unique numbers they were receiving,
18   correct?
19       A    That's correct.
20       Q    Now, if you can turn to in this exhibit,
21   the page that's starts with July 8th, 2011, at
22   12:24 p.m.  Do you see that?
23       A    I'm looking.
24       Q    Take your time.
25            MR. BECKER:  On the phone, it's an e-mail

1    from Peter to Jamie Smith and Jason.  The
2    subject line is regarding suppression file.
3    July 8th, 2011, 12:24 p.m.  If you look halfway
4    down, you'll see an e-mail to you first,
5    correct?
6            THE WITNESS:  Yes.
7    BY MR. BECKER:
8        Q    It's from Jamie, and it says, Peter, our
9    suppression file would be one of 36 million records.
10   80 to 90 percent of these we have already purchased
11   from you once over the last year.  Would you want
12   the file in CSU format.  Do you see that?
13       A    Yes.
14       Q    In response to Jamie you say, after
15   showing the data compiler how large the suppression
16   files are going to be, they aren't willing to run
17   this for us for free, right?
18       A    Right.
19       Q    And then, summarizing this, and obviously
20   read it over, it appears what you're offering them
21   is the ability to do $50 per day to run the
22   suppression file, or as a counteroffer, why don't
23   they give you 500,000 records instead of four so
24   hopefully there will be more uniques after the
25   suppression is run.

Page 165

1    A   Right.
2    Q   That was sent on July 8th, 2011, correct?
3    A   That's correct.
4    Q   Do you recall, first of all, was this
5  around the time period where RMG stopped working
6  with Caldwell, do you recall?
7    A   Yes, I think this was the end of the road
8  with them.
9    Q   Okay.  And you saw here that they were
10 asking for a refund, correct?
11   A   Yes.
12           (WHEREUPON, DEFENDANT'S EXHIBIT
13           NUMBER 10 WAS MARKED FOR THE
14           PURPOSES OF IDENTIFICATION.)
15 BY MR. BECKER:
16   Q   I'm giving you Exhibit 10, which is
17 July 18, 2011, at 10:29 a.m.  That's the first page.
18 It goes on for five pages.  It's comprised of two
19 e-mail chains, both July 18, 2011.
20       So the e-mails we just looked at, that was
21 July 8th, correct?
22   A   Yes.
23   Q   So this is about 10 later.  Go to the
24 third page of this.  It's the second e-mail which
25 starts on 11:10 a.m.  Do you see that?

Page 166

1    A   Yes.
2    Q   Read that for a moment.  This is an e-mail
3  from Jason to you.  Subject line is daily feed.
4  Peter, thanks for the counts on the Barrington
5  leads.  I will let you know.  Also, the owner wanted
6  me to touch base with you on the daily feed.  It
7  appears the daily feed consists of much of the same
8  information, but perhaps different IP addresses and
9  websites that was given months ago.  She feels the
10 compiler is being fraudulent and just sending the
11 same data over and over because there is no way all
12 those people are logging onto a different computer
13 and filling out forms everywhere all the time.  Can
14 she please get a refund or is there anything you can
15 do?  Jamie can share stats if you need me to prove
16 this.  That was at 11:10 a.m.  Then if you go to the
17 next page, you will see the beginning of that
18 e-mail, at the very bottom of the page there.  Do
19 you see that, Peter, thanks for the accounts?
20   A   Yes.
21   Q   And above that is your response, July 18th
22 at 11:30 a.m.  Hi, Jason, yes, I have brought this
23 to the compilers attention, as well, but there is
24 nothing they can do about the -- other than continue
25 to raise the volumes to get you more uniques.  The

Page 167

1  problem is not with the compiler being fraudulent as
2  we deal with these issues often with other clients.
3  But, it's the types of people that are responding
4  and opting in for these offers are the types of
5  people that will resubmit their information multiple
6  times, even within the same day to try to win some
7  of these offers.  They'll submit information with
8  different names, address, phones, e-mails and from
9  other computers in hopes it will raise the chances
10 they have of winning.  These types of prospects are
11 what we refer to as sweepstakes leads in the
12 industry and they tend to be very impulsive when it
13 comes to buying.  This makes them valuable to many
14 offers and valuable prospects, but you have to take
15 the good with the bad on this type of data.
16       Okay.  Would you agree with me then that
17 in responding to Jason, you're trying to alleviate
18 his concern or his boss's concern that the leads
19 you're spending them are fraudulent?
20   A   Yes, that's exactly what was probably
21 given to me from Tom.
22   Q   And do you raise this issue Tom?
23   A   Oh, every time.  I don't just make this
24 info up as a broker.  Every time I say I spoke to
25 the compiler, it means I'm speaking to Tom and that

Page 168

1  came from Tom's mouth.
2    Q   Okay.
3    A   So he probably told me this and I either
4  typed it as he was telling me or he e-mail it to me,
5  I'm sure; one or the other.
6    Q   Is it fair to say that Tom had conveyed to
7  you, the leads that I'm giving you, these are leads
8  that real people genuinely put into these websites
9  and there is no changing data or duplicating data by
10 me, I'm giving you what people put in and register
11 with the websites at the date and time they did so?
12   A   That's correct.
13   Q   Is there anyway to know or did Tom explain
14 to you whether there is anyway to know in what
15 manner those individuals who are on the lead lists
16 consented to be contacted?
17   A   Yes.
18   Q   What did he say?
19   A   That each of the websites that we output
20 on every single record has a privacy policy listed
21 on the website and that you could, you meaning the
22 client, could go on and research the privacy
23 policies and know which channel of marketing they
24 could use for which website.
25   Q   And you knew that you were buying from Tom

42  (Pages 165 to 168)

Page 169

1  opt-in data, correct?
2      A   Yes.
3      Q   And this is data that therefore means that
4  some consumer went on some website and put in
5  information agreeing to be contacted in some manner?
6      A   Correct.
7      Q   What manner they agreed to be contacted
8  in, though, depended entirely on which website they
9  put their information into, correct?
10     A   Right, and what each website's privacy
11 policy states.
12     Q   So do you believe then that the data you
13 were giving to RMG was data that would in way
14 whatsoever have given them the consent or the
15 ability to contact people by robo call?
16     A   Each policy would have to state robo call.
17     Q   In other words, if the privacy policy on
18 the website associated with any given lead had given
19 consent by that individual to be contacted by robo
20 call, then, in your opinion, that opt-in would have
21 given the consent necessary to make the robo call to
22 that consumer?
23     A   Yes.
24     Q   But again, completely dependent on what
25 the privacy policy says on each website associated

Page 170

1  with the leads?
2      A   Which is exactly why we output a website
3  on every lead.
4      Q   Tom explained that to you during these
5  conversations?
6      A   Yes.
7      Q   Did Tom ever say to you, hey, none of
8  these leads can be used for robo call?
9      A   No.
10     Q   So following your explanation here on July
11 18 to Jason, he responded to you and said, thanks,
12 Peter. We totally understand you're middleman and
13 enjoyed doing business with you. I'll pass onto the
14 owner and see what we can do from here, right?
15     A   Yes.
16     Q   Do you know what the Barrington leads
17 relate to?
18     A   I don't. Sounds like city. It might have
19 been compiled data in a city.
20              (WHEREUPON, DEFENDANT'S EXHIBIT
21           NUMBER 11 WAS MARKED FOR THE
22           PURPOSES OF IDENTIFICATION.)
23     MR. BECKER: I'm providing the witness
24 with what's marked Exhibit 11. The first page
25 is dated July 22, 2011, 11:00 o'clock a.m. And

Page 171

1  continuing beyond that it's seven pages. The
2  final page is an invoice dated July 22, 2011,
3  as well.
4  BY MR. BECKER:
5      Q   The first page of Exhibit 11 halfway down,
6  do you see the carat where it was an e-mail by Jason
7  to you?
8      A   Yep.
9      Q   It says, Peter, our owner would like the
10 Barrington leads for free in exchange for this whole
11 lead fiasco. I was told they look they increase the
12 leads but that has nothing for the uniques we have
13 gotten. While there is typos there, it appears to
14 indicate by Jason to you that we are not really
15 getting anymore uniques. Is that accurate?
16     A   Yes.
17     Q   In exchange for that, they hoping that you
18 give them the Barrington leads for free?
19     A   Yes.
20     Q   Then you say, hey, Jason, let me see what
21 I workout over here. They are different compilers,
22 so Caldwell would be paying for it out of our
23 pockets, but I would almost rather pay for it and
24 have this issue done and over with. I will see what
25 I can do, right?

Page 172

1      A   Yes.
2      Q   Flip a couple pages here. Two pages in
3  there is an e-mail by you, July 22, 2011 at 11:13
4  a.m. Do you see that?
5      A   Yes.
6      Q   You say, hey, Jason. All right. I just
7  discussed with the owner here. We would like to
8  offer the Barrington leads to you for $300 purchase
9  if you want to purchase them. This will -- we split
10 them as our cost of going -- essentially you're
11 saying you will split the cost of these Barrington
12 leads $300 each, correct?
13     A   Yes.
14     Q   And that is the way that you're hoping to
15 address this issue they were having with the daily
16 feeds?
17     A   Right.
18     Q   And if you go two more pages in, July 22,
19 2011, 2:41 p.m. you see here it says -- subject is
20 regarding to Barrington leads. Hi, Jason. Please
21 see the attached invoice. Can you forward this to
22 her. Is this an indication to you that an agreement
23 has been reached and you were sending along the
24 invoice to accomplish or complete this transaction?
25     A   Yes.

JEANNIE REPORTING                              305-577-1705
              YOUR WISH IS OUR JOB!

1    Q   And if you flip to the very last page of
2  this thread, there is an invoice.  It says here,
3  660,000 Barrington e-mail, 20 mile radius, $300.  Do
4  you see that?
5    A   Yes.
6    Q   And it says here, cost approved to
7  compensate for dissatisfied customer.  Average
8  deliverability on these e-mails, 50 percent, self
9  reported e-mails.  And ultimately, the final price
10  was $300, right?
11    A   Yes.
12    Q   So in July of 2011, in order to satisfy or
13  rectify the issues that RMG was having with the
14  number of unique phone numbers that were coming
15  through on the leads, you offered to provide them a
16  discounted price on these e-mail lists, the
17  Barrington leads they called them; is that correct?
18    A   Yes.
19    Q   Go to Caldwell 30 in the big book.  This
20  is dated August 4, 2011.  It's an e-mail from you to
21  Jason.  Hi, Jason.  I'm sure you'll be happy to hear
22  the subscription will be completed tomorrow.  It
23  will be the last 500,000 file sent.  Thanks.  Do you
24  see that?
25    A   Yes.

1    Q   Is this an e-mail sent to Jason indicating
2  the end of the relationship concerning these daily
3  feeds?
4    A   I would think so, yes.
5    Q   And also, it's consistent then with your
6  bills --
7    A   Yes.
8    Q   -- which ended in July of 2011.  The
9  completion of Caldwell's transaction with RMG
10  concerning the sale of opt-in leads concluded on
11  August 5, 2011?
12    A   Yes.
13    Q   Do you remember any communication or
14  correspondence with RMG where they're asking you if
15  it was possible to filter out cell phone numbers on
16  the lead lists that you were getting -- you were
17  sending to them?
18    A   I don't.
19            (WHEREUPON, DEFENDANT'S EXHIBIT
20            NUMBER 12 WAS MARKED FOR THE
21            PURPOSES OF IDENTIFICATION.)
22  BY MR. BECKER:
23    Q   Exhibit 12 is dated March 18, 2011.  And
24  if you recall, at this point in time, RMG was buying
25  the do not registry from you for about a month, they

1  bought it February 9?
2    A   Okay.
3    Q   And here are a few questions that Jason
4  poses.  Peter, a few questions for you.  One, with
5  the DNC list, is there anyway to get something that
6  scrubs against cell phones so we don't get any cell
7  phone numbers.  Do you see that?
8    A   Yes.
9    Q   And you will agree with me that you
10  interpret the DNC in this e-mail to mean do not call
11  list, correct?
12    A   Correct.
13    Q   Number two, since they are opt-in leads,
14  it wouldn't matter if we called a cell phone because
15  they are opting in for a call, right.  Please let me
16  know when you can today.  Thanks, Peter.
17         Now, in the middle of the next page --
18  well, it starts at the top of the page, thanks,
19  Shannon.  And then on the second page, the e-mail
20  dated March 18, 2011, 11:48 a.m.  Do you see that?
21    A   Yes.
22    Q   And this is an e-mail that says, hi,
23  Jason.  Peter is out of the office today, so I'm
24  going to try to help you out.  Unfortunately, since
25  so many people no longer have land lines, they use a

1  cell phone as their, quote, home phone number and
2  there is no way to avoid getting the cell phones.
3  On the second question, you're absolutely right,
4  they provided that number to someone to use so it's
5  okay to call them.  I hope this helps.  Let me know
6  if you have any other questions.  Do you see that?
7    A   Yes.
8    Q   It was an e-mail sent by Shannon to Jason
9  on March 18, 2011, correct?
10    A   Correct.
11    Q   Do you recall whether you talked to
12  Shannon about this e-mail?
13    A   I don't.
14    Q   Do you disagree or agree with any of the
15  substance of Shannon's e-mail to Jason?
16    A   I mean, the problem is she didn't really
17  know which file to refer to.  She had no idea what
18  kind of file Jason was buying, I'm sure.  She
19  typically only deals with Experian.  She processes
20  our Experian orders, so she probably thought more
21  along the lines of a compiled file but I don't know.
22  I'm speaking for her now.
23    Q   You don't know for sure?
24    A   Yes.
25    Q   But you agree with me, though, at least at

JEANNIE REPORTING                                    305-577-1705
            YOUR WISH IS OUR JOB!

1   this point in time, you knew RMG was making phone
2   calls of some sort, right?
3       A   Yes.
4       Q   Because a month earlier they bought the do
5   not call list?
6       A   Yes.
7       Q   They're talking to about that the do not
8   call list in the e-mail, right?
9       A   Yes.
10      Q   And it's clear from their e-mail to you
11  they're trying to find out now, is there a way we
12  can remove cell phones --
13      A   Right.
14      Q   -- from the equation?
15      A   Yes.
16      Q   Do you understand why they would want to
17  do that?
18      A   Yes.
19      Q   Why?
20      A   I mean, typically land lines are the only
21  ones that can be -- as far as TCPA at the time, back
22  then was, you can only legally call those that are
23  DNC scrubbed to be totally compliant, depending on
24  what business you're in, but.
25      Q   Sure.  I understand you're talking in

1   generalities and that you're not a lawyer?
2       A   Right.
3       Q   But you would agree with me, wouldn't you,
4   that this e-mail by Jason to you was another example
5   of one of your customers trying to conduct
6   due-diligence in order to make sure they're
7   complying with these provisions of the TCPA?
8       A   Yes.
9       MR. BRODERICK:  Objection.
10  BY MR. BECKER:
11      Q   And was also done during a period of time
12  that you were aware they were making phone calls
13  with these leads?
14      A   Correct.
15          (WHEREUPON, DEFENDANT'S EXHIBIT
16          NUMBER 13 WAS MARKED FOR THE
17          PURPOSES OF IDENTIFICATION.)
18  BY MR. BECKER:
19      Q   Go to Exhibit 13.  Now, the first page of
20  this is an e-mail by Jason to you with the subject
21  line question mark, correct?
22      A   Yes.
23      Q   And the e-mail, Peter, we are told there
24  is a list or technology that scrubs versus cell
25  phone numbers.  Do you sell this?  Also, with the

1   leads you provide, are you able to send us examples
2   of the sheets the potential customer fills out,
3   Jason.  Do you see that?
4       A   Yes.
5       Q   Would you agree with me that this is again
6   an example of Jason trying to conduct due-diligence
7   to see if there is a way they can further comply
8   with the TCPA?
9       A   Yes.
10      Q   And is this an example -- I mean, do you
11  interpret Jason's second question here as one where
12  he's actually trying to find that source data we
13  were talking earlier to verify how these consents
14  were coming in?
15      A   I do.
16      Q   And this was also during a period of time
17  that you were aware RMG was making phone calls,
18  correct?
19      A   Yes.
20      Q   Go to the next page.  Now, it appears in
21  response to this e-mail you say the following on
22  March 21 at 9:37 a.m.  Hi, Jason.  Unfortunately,
23  I'm going to come up empty on both of these.  The
24  data is basic opt-in data.  It has not been hygiened
25  in any way and we really don't make enough profit on

1   it to invest in any further technology to manipulate
2   the data in any way.  As far as the forms go, the
3   list compiler slash owner is very protective of the
4   set-up slash design of the opt-in forms and privacy
5   policies to have them placed to generate such high
6   volumes of opt-ins to deter competition from
7   borrowing their model.  They do provide the opt-in
8   time, date, OP addresses which is as much as info as
9   they will release to help show these are opt-in
10  records.  Sorry I couldn't be more help on this.  I
11  tried.  Do you see that?
12      A   Yes.
13      Q   What are you trying to convey here to
14  Jason?
15      A   That the data that he is purchasing and
16  has been purchasing was opt-in.  And when I go back
17  to the compiler which is TDC, they have obviously
18  given me these answers to give to Jason, so.
19      Q   And this is directly in response to an
20  inquiry by Jason where he's asking about scrubbing
21  out cell phones, correct?
22      A   Yes, I would guess so.
23      Q   I mean, because the e-mail right below it
24  asks Peter, we are told there is a list or
25  technology that scrubs cell phones versus numbers,

Page 181

1  right?
2      A   Right.
3      Q   And would you have told this to Tom when
4  you called him, hey, our client is trying to find
5  out if there is a way to remove the cell phone
6  number --
7      A   Yes.
8      Q   -- leads?
9      A   Yes.
10     Q   Is that an indication to you -- would that
11 be an indication by you to Tom, hey, our customer is
12 trying to remove the cell phone numbers, they don't
13 want to call cell phones?
14     A   Yes.
15     Q   And an indication again by you to Tom,
16 hey, this customer is making phone calls?
17     A   That's correct.
18     Q   And you then told Jason in this e-mail, my
19 compiler is very protective of the source of this
20 data, right?
21     A   Yes.  But really, that probably came from
22 Tom who got it from his guy.
23     Q   That's the next question I was going to
24 ask.  The first point is, you're conveying to Jason,
25 my compiler is protective of the source of the data

Page 182

1  they provide to me, right?
2      A   Right.
3      Q   Because that's the way they make money,
4  correct?
5      A   Yes.
6      Q   They sell data, right?
7      A   Yes.
8      Q   And they want to protect the, I guess,
9  novel way in which they compile that information?
10     A   Right.
11     Q   But then you say, hey, we provide you with
12 all of this other information like opt-in time, and
13 date, IP addresses, the website, and that's
14 information that you're supposed to be able to rely
15 upon to know this is a valid opt-in lead, correct?
16     A   That's correct.
17         MR. BRODERICK:  Objection.
18 BY MR. BECKER:
19     Q   And would that information have been
20 information that you had received from Tom during
21 your conversation with Tom?
22     A   I mean, I probably could have told him
23 that years ago.  Typically, when we give people
24 samples of the websites we can provide them, you
25 would think -- one would think they'd go to the

Page 183

1  websites and look at the privacy policies.
2      A   Sure.
3      A   That's the reason you give them the
4  website.
5      Q   But here is I think the point, right, the
6  website is there for that purpose.  But, the date
7  and time stamp is something that provides another
8  level of authentication that it's a real person that
9  did it and not Tom making up some person's name and
10 just throwing the website on there?
11     A   It should.
12     Q   Right.
13         MR. BRODERICK:  Objection.
14 BY MR. BECKER:
15     Q   And so, in this e-mail, you're trying to
16 alleviate the concern that RMG is presenting to you
17 that the opt-in data is invalid, correct?
18     A   Correct.
19     Q   And that the opt-in data is being
20 authenticated by Tom through his providing of time
21 and date stamp and IP address related with the
22 consumer that supposedly visited that website,
23 correct?
24     A   Yes.
25     Q   And as far as what type of opt-in this

Page 184

1  consumer provided, whether it's opt-in to get phone
2  calls, opt-in to get mail, opt-in to get e-mail,
3  that would be completely dependent on the website
4  that they visited, correct?
5      A   Each specific website and its privacy
6  policy.
7      Q   So the only way one would know whether or
8  not a consumer on your lead lists had opted to
9  receive robo calls would be to check the particular
10 privacy policy on each website affiliated with that
11 individual's name on the lead lists you produced?
12     A   Correct.
13         MR. BRODERICK:  Objection.
14 BY MR. BECKER:
15     Q   So continuing on this exhibit, a few pages
16 in.  The e-mail I'm looking at is March 21, 2011, at
17 11:08 a.m.  This came about two hours after your
18 e-mail at 9:30 a.m.  Do you see this?  About an hour
19 and a half after.  Do you see this?
20     A   Okay.
21     Q   And the subject matter is cell phones
22 again, correct?
23     A   Yes.
24     Q   And the question posed to you is, Peter,
25 do you know if there are forms -- do you know if

46 (Pages 181 to 184)

1    their forms just ask for a number or they have a way
2    to put a cell phone.  Do you see that?
3        A   Yes.
4        Q   Is that, in your interpretation, Jason
5    asking you if your compiler's forms that they have
6    identify whether it's a cell phone?
7        A   Yes.
8        Q   Okay.  Then it says, also, do you know of
9    any software technology that washes out the cell
10   phones?
11       A   Yes.
12       Q   Go to the next page.  This is your
13   response a few moments later.  Hi, Jason.  The forms
14   just ask for preferred phone number to be contacted
15   on.  And I don't know of any specific software or
16   technology to scrub out the cell phones,
17   unfortunately.  Do you see that?
18       A   Yes.
19       Q   Do you know if this is you responding
20   quickly to Jason or if this is something you
21   responded to Jason -- do you know whether you
22   responded to Jason in this way without talking to
23   Tom?
24       A   I mean, I typically will check with Tom
25   because I could have made money on that.  I could

1    have gotten a referral to somebody who would have
2    paid money for it.  So, I would imagine I would have
3    checked with Tom.
4        Q   When you say here, their forms just ask
5    for preferred phone number to be contacted on, was
6    that you conveying something that Tom told you?
7        A   I couldn't tell you.
8        Q   Okay.
9        A   But I would imagine, my work ethic, I
10   don't get lazy.  I like to make sales.  So, I would
11   have imagined that I would have checked with Tom.
12       Q   Then continuing onto the next page.  The
13   date is March 21, 2011 at 11:29 a.m.  Do you see
14   that?
15       A   Yes.
16       Q   And the importance is marked high,
17   correct?
18       A   Yes.
19       Q   It says, Peter, is there anyway we can get
20   a confirmation of specific phone numbers if I send
21   it to you.  I have about 10 numbers.  I would need
22   all the information you sent over as it literally
23   takes us days to find it.  And then the next page,
24   it looks like it's five minutes later.  First, you
25   respond back immediately saying, hi, Jason.  Send it

1    over.  I will have it done for you.  And then four
2    minutes later at 11:34 a.m. Jason sends 10 phone
3    numbers, correct?
4        A   Yes.
5            (WHEREUPON, DEFENDANT'S EXHIBIT
6           NUMBER 14 WAS MARKED FOR THE
7           PURPOSES OF IDENTIFICATION.)
8    BY MR. BECKER:
9        Q   Exhibit 14 is dated September 15, 2010 at
10   12:03 p.m.  Do you see this e-mail, Mr. Lachnicht?
11       A   Yes.
12       Q   This is dated September 15, 2010.  It's an
13   E-mail from Jason Raider to you, is it not?
14       A   Yes.
15       Q   It says, Peter, it seems we are getting a
16   ton of duplicates and wrong numbers, up to
17   70 percent.  Is there anyway, one, you can washout
18   the duplicates and, two, run them against a recent
19   connect list that would take the wrong numbers out
20   of the list.  It's killing our campaigns.  Do you
21   see that?
22       A   Uh-huh.
23       Q   Is this an indication to you that at that
24   time RMG was using the leads to make phone calls?
25       A   This could be the first time I knew,

1    confirmed that it was -- because I know it was about
2    this time, not long before I sold them the DNC list,
3    I discovered that.
4        Q   Probably around the same time you started
5    talking to them about the DNC list?
6        A   Probably so.
7            (WHEREUPON, DEFENDANT'S EXHIBIT
8           NUMBERS 15 AND 16 WAS MARKED FOR
9           THE PURPOSES OF IDENTIFICATION.)
10   BY MR. BECKER:
11       Q   Next two exhibits I'm marking 15 and 16
12   are as follows:  Exhibit 15 is dated November 19,
13   2010 at 10:20 a.m.  It's three pages.  Exhibit 16 is
14   dated January 21, 2011, and it's two pages.
15       Let me show you Exhibit 15 real quick.  So
16   Mr. Lachnicht, I'm showing you an e-mail, dated
17   November 19, 2010 at 10:20 a.m.  Halfway down that
18   page, the first page, there is another e-mail,
19   though, at 12:00 o'clock p.m. it looks like.  It
20   says here, Jason -- let me back up.
21       Your e-mail here in the middle of the page
22   says, Jason, e-mail addresses are not compiled on
23   this file.  I didn't mention that they would be
24   included that I know of.  I don't recall you
25   requesting them either.  Do you, and I don't

JEANNIE REPORTING                       305-577-1705
YOUR WISH IS OUR JOB!

1   remember it. Oh, I see, and then right below there
2   is one sentence e-mail from Jason to you saying,
3   Peter, where are the e-mail addresses. That's what
4   I was looking for.
5       A   Yes.
6       Q   Jason had e-mailed inquiring you where the
7   e-mail address were on a certain list. I don't know
8   what lead list this would be particularly. Can you
9   tell?
10      A   Yes.
11      Q   Can you tell?
12      A   Uh-huh.
13      Q   Go ahead and tell me what the story is.
14      A   The page behind it tells you. It's a list
15  of churches which is a business list that don't come
16  standard with e-mail addresses.
17      Q   So they did purchase other types of list
18  from you, obviously?
19      A   Yes.
20      Q   The Barrington list?
21      A   Yes.
22      Q   The church list?
23      A   Yes.
24      Q   Were these compiled by TDC or someone
25  else?

1       A   No. This would have come from, at the
2   time, Info USA or Dun & Bradstreet.
3       Q   Is this an example of what you were saying
4   earlier that sometimes if the customer does not ask
5   for certain data, you're not going to give it to
6   them for free?
7       A   Right. I mean, there is only certain
8   files, like I said from the getgo, that we would
9   just give to them for free. That, quote, unquote,
10  opt-in file, seemed to be one of them. They are
11  typically not like that.
12      Q   Right. Okay. The opt-in files that TDC
13  was giving to you, these lead lists, were you
14  selling that data feed to anybody else besides RMG?
15      A   I probably quoted it before back in the
16  day. Back then I probably quoted it. Not many
17  people bought it.
18      Q   I will show you Exhibit 16.
19      A   Okay.
20      Q   Go to the second page of this. I don't
21  see the e-mail before it. In the middle of the
22  first page there is an e-mail from you to Jason
23  Raider, January 21, 2011 at 10:01 a.m. Hi, Jason.
24  Great to speak with you earlier. I do have -- I
25  have to say I do completely understand your concerns

1   for the data subscription in reference to the
2   duplicates. Okay. Is this first sentence an
3   indication you're responding to some concerns Jason
4   has --
5       A   Yes.
6       Q   -- over the unique data?
7       A   Yes.
8       Q   There are a couple of points I do want you
9   to realize about the pricing your paying compared to
10  the amount of data you're receiving. You can
11  honestly look at me as an unbiased party, too, since
12  we, Caldwell, make only 15 percent, $150 profit
13  margin, on this order each month. We do appreciate
14  all business, but do note that I'm telling you this
15  for your company's good and not really ours. Points
16  to note. I have three other clients that use this
17  data feed and the one that pays the closest amount
18  to you is paying $2,300 per month for the same
19  volume. When we negotiated prices through this
20  compiler, the industry was way down and things were
21  never negotiable. You will lose this pricing for
22  good if you discontinue the service. Does this
23  clarify or refresh your recollection as to whether
24  you're selling the same data feeds to other
25  customers?

1       A   No. That came from Tom.
2       Q   Okay. This is not a statement that you're
3   making to Jason. This is a statement that you're
4   conveying that Tom made to you?
5       A   Correct.
6       Q   Okay.
7       A   I mean, sometimes that's the way
8   salespeople work. I know you're in law, you
9   typically don't have to sell. But, if I don't have
10  a client using a file and I can't vouch for it, the
11  next best thing is I know somebody whose client is
12  using it.
13      Q   My confusion in this e-mail is simply the
14  way it was written, points to note. I thought you
15  were conveying those points to note to Jason, like
16  it was coming from you. I have three. There is no
17  quote. I didn't realize -- it didn't say the
18  compiler said this.
19      A   Yes.
20      Q   I was confused on who was saying this.
21      A   Yes, you do that in sales. You know, we
22  might not, as Caldwell, but the vendor that's
23  providing the same file has clients using it. I
24  stretch the truth and say I.
25      Q   Okay.

1    A   Because I can vouch for it.
2    Q   I wasn't suggesting that you were lying to
3  them about having the customers.  I thought maybe
4  you just misquoted it and didn't say, by the way,
5  this is coming from the compiler.
6        But you're telling me now, as you sit here
7  today at least, that this was not a true statement
8  you were making to RMG about you selling this to
9  other clients of yours?
10   A   Correct.
11   Q   Okay.
12   A   What I was portraying here is the pricing
13  on the market.  Where I did fudge the truth is that
14  it's our clients that are using it.  But having
15  known that it's Tom saying, well, I'm charging a
16  client $2,300 for this same amount of data.  That's
17  market price and I can vouch for it saying, well,
18  Tom has got a client using this and paying this.
19   Q   Is the $2,300 the amount Tom is charging?
20   A   It would be, yes, because there is no
21  middleman there.
22   Q   So in reality, if this was market price
23  and you were selling it as a reseller, it would be
24  even more than $2,300 to RMG, right?
25   A   No.  Tom would probably split that with

1  us.  So, if it was me that found the client and he
2  was charging -- we charge them -- he wanted me to
3  charge $2,500.  He would get $1,250, I get $1,250 on
4  this particular file that's 50 percent.
5    Q   First, is it fair to say then that Tom was
6  using this data feed to supply leads to other
7  customers besides just Caldwell, right?
8    A   Yes.
9    Q   Therefore, not just RMG, they were selling
10  it to three other clients?
11   A   Unless he did the same thing I did, and
12  it's where he's getting it from that got the market
13  price saying it's his clients.  Somebody else is --
14   Q   Somebody else -- this is being used by
15  multiple customers?
16   A   Yes.
17   Q   Whether or not it's your customer or Tom's
18  customer -- well, we know it's not your customer?
19   A   Yes.
20   Q   Whether it's Tom's customer, you're not
21  sure?
22   A   Correct.
23   Q   Tom is conveying to you, this data feed is
24  being used by multiple people?
25   A   Yes.

1    Q   And that RMG is paying significantly below
2  market price for it, correct?
3    A   Correct.
4    Q   So it's not just that the leads that RMG
5  is getting are super cheap, it's that they're
6  getting a great deal on it?
7    A   Because they bought during the worst
8  recession.
9    Q   So the value of the leads RMG is getting
10  are actually higher than the amount they are paying?
11   A   By almost three times.
12   Q   By almost three times.  That makes sense.
13   A   Okay.
14   Q   That clarifies that.
15       Do you have any personal knowledge
16  concerning the manner by which RMG scrubbed the
17  leads you provided them?
18   A   No.
19   Q   Except for the fact you know at some point
20  they started scrubbing them against the do not call
21  list you sent them?
22   A   Yes.  After February 2011, they were
23  probably scrubbing against the DNC that we sold
24  them.
25   Q   But how they did it, whether it's from a

1  system they have in-house or a third-party, you
2  don't know?
3    A   I don't.
4    Q   Do you have any personal knowledge
5  concerning the manner by which RMG loaded leads it
6  bought from you into any dialer systems?
7    A   No.
8    Q   And you have no idea whether RMG used your
9  leads through dialer systems it operated itself or
10  it hired another party to operate, correct?
11   A   No.
12   Q   That's correct, you don't know?
13   A   That's correct, I don't know.
14   Q   Do you have any idea what dialer system
15  RMG used?
16   A   No.
17   Q   Do you know when or whether RMG ever
18  required their own dialer system?
19   A   I don't.
20   Q   Did RMG ever tell you it was buying leads
21  from you at the request of any cruise lines?
22   A   No.
23   Q   Did RMG ever tell you that it was going to
24  be making robo calls on behalf of Carnival Cruise
25  Lines?

1    A  No.

2    Q  Did they ever tell you that it was making

3 robo calls on behalf of Royal Caribbean or Norwegian

4 Cruise Lines?

5    A  No.

6    Q  Based upon your discussions with Jason

7 Raider over the course of multiple years, was it

8 your impression that RMG was buying leads to operate

9 its own business or to market to consumers to

10 generate customers for its own business or somebody

11 else's business?

12    A  It's my knowledge --

13    MR. BRODERICK:  Objection.

14    THE WITNESS:  -- it's for their own

15 business.

16    BY MR. BECKER:

17    Q  For its own business?

18    A  Yes.

19    Q  So if someone was to say to you, do you

20 believe RMG was buying leads to you to make phone

21 calls to generate customers for Norwegian Cruise

22 Lines or Royal Caribbean Cruise Lines or Norwegian

23 Cruise Lines, would you agree or disagree with that?

24    A  I would disagree.

25    MR. BRODERICK:  Objection.

1    THE WITNESS:  That never came up.

2    MR. BECKER:  No further questions at this

3 time.

4    MS. MACIVOR:  I don't have any at this

5 time.

6    EXAMINATION

7    BY MR. BRODERICK:

8    Q  Mr. Lachnicht, my name is Ted Broderick.

9 We met before the deposition started over the phone.

10    Would you say that you're any kind of an

11 expert in TCPA compliance?

12    A  No.

13    Q  Do you represent to your customers that

14 you will sell them lists that will allow them to

15 call those people without fear of violating the

16 TCPA?

17    MR. BECKER:  Objection to the form.

18    BY MR. BRODERICK:

19    Q  Did you ever say anything to RMG or TSN to

20 suggest that you guaranteed them that they could

21 call these numbers that you were providing and would

22 not violate the TCPA in doing so?

23    MR. BRODERICK:  Objection to the form.

24    MS. MACIVOR:  Form.

25    THE WITNESS:  No.

1    BY MR. BRODERICK:

2    Q  Did Mr. Mongiovi ever tell you who the

3 source was that he got the lead list that he

4 provided to you --

5    A  No.

6    Q  -- was?

7    A  No, or I would have told you.

8    Q  Yes.  And you still don't know to this

9 day?

10    A  I don't.

11    MR. BRODERICK:  Do you all have the -- I

12 sent down a Fed-Ex of --

13    MR. BECKER:  Yes.

14    BY MR. BRODERICK:

15    Q  You have the affidavit of Thomas Mongiovi.

16 It's marked PDC-4 and five?

17    MR. BECKER:  You didn't actually send it,

18 Ted, but I think I have a copy.

19    (WHEREUPON, DEFENDANT'S EXHIBIT

20    NUMBER 17 WAS MARKED FOR THE

21    PURPOSES OF IDENTIFICATION.)

22    BY MR. BRODERICK:

23    Q  As you have testified, Thomas Mongiovi is

24 the owner of TDC Marketing, Inc., correct?

25    A  That's correct.

1    Q  Have you seen this affidavit before?

2    A  You know what, I feel like I have, or it

3 may just be that I discussed it with him, like how

4 he answered some of these questions.  I don't

5 remember, to be honest with you, if I saw it or I

6 just discussed it with him.

7    Q  Did you discuss it with him before he

8 signed the affidavit?

9    A  I don't recall.

10    Q  Do you have a rough idea of when that

11 would have been?

12    A  I don't.

13    Q  What was the context?  Did he call you

14 specifically to discuss the affidavit or in the

15 course of ordinary business?

16    A  I think I called him probably because, you

17 know, this is closer to me and my company, so.  And

18 I'm kind of in the middle, so I really wanted to get

19 answers, you know.  So, if anybody ever contacted

20 anybody about this case, it was me contacting him to

21 try to get further information or find out if he was

22 getting subpoenaed, just like I was.  Yes, it was

23 always me reaching out to him, I think.

24    Q  Okay.  And just for the record, so I will

25 read the affidavit paragraph by paragraph and I will

1    ask you to tell me whether you agree or disagree
2    with Mr. Mongiovi's statement.
3         Paragraph two, TDC Marketing, it should
4    say, gives a data aggregate as it obtains and sells
5    information.  Is that how you would describe him?
6         A   Yes.
7         Q   And paragraph four, I have never had any
8    direct contact with RMG; however, I did sell
9    individual contact information otherwise known in my
10   industry as lead information to Peter Lachnicht of
11   Caldwell List Company, who I understand then sold
12   the information to Jason Raider with RMG.  Is that
13   accurate?
14        A   Yes.
15        Q   Again, do you know what Mr. Mongiovi means
16   by, quote, lead information in paragraph four?
17        A   That sounds vague to me, I do not.
18        Q   Would you assume that it's the lead list
19   that you then resold to RMG?
20        A   Yes.
21            MR. BECKER:  Objection.
22            MS. MACIVOR:  Form.
23   BY MR. BRODERICK:
24        Q   In paragraph five, I recall that Mr.
25   Lachnicht of Caldwell Lists informed me that Mr.

1    Raider of RMG was interested in purchasing lead
2    information in order to send direct mail
3    advertisements.  Is that an accurate statement?
4         A   No.
5         Q   You never told him that?
6         A   I don't believe I ever specified what
7    channel of marketing it was going to be used for.
8         Q   But did you tell him -- did you tell him
9    then that it was going to be used for telephone
10   calls?
11        A   Well, there is three channels that you can
12   pick from on that file, direct mail, telemarketing
13   and e-mail.  I didn't specify, so I don't know what
14   to tell you.
15        Q   Okay.  Paragraph six.  The information
16   that was provided to Caldwell List Company to sell
17   to RMG was raw internet data feed.  Is that
18   accurate?
19        A   I would have to agree.
20        Q   And what's your understanding of raw
21   internet data feed?
22        A   I guess what his understanding is since
23   that's what he sold us.
24        Q   Well, I'm asking how you understand that
25   phrase.

1         A   Well, raw --
2         Q   Not how do you think he understands.  When
3    you read that sentence, what does it mean to you?
4         A   I would say raw internet data feed, it
5    doesn't just show up on the internet, somebody has
6    got to put the information in somewhere.  So,
7    somebody types in Dick Butkus and that's going to be
8    the name that shows up.  I don't know what else to
9    tell you.
10        Q   You don't really interact with anybody who
11   is collecting the raw internet data yourself in
12   compiling the lists that you sell?
13        A   No.  As you can see, I'm pretty much
14   second middleman.
15        Q   Understood.  Paragraph seven says, the raw
16   internet data feed is a feed from the lead provider,
17   in this case, Jeff Katz, that he provides from a
18   variety of internet sites.  The lead information is
19   not, quote, hygiene at all.  This means all phone
20   information, e-mail information, name, mailing
21   address have not been verified and checked with
22   master consumer database or the national do not call
23   list.  Is there anything in that paragraph that you
24   disagree with?
25            MR. BECKER:  Objection to the form.  Lack

1    of foundation.
2            THE WITNESS:  Again, I wouldn't know.
3    Again, I take my answers from Tom.
4            MS. MACIVOR:  Join.
5    BY MR. BRODERICK:
6         Q   Okay.  Paragraph eight says, none of the
7    data sold to Caldwell List Company is in possession
8    of TDC Marketing any longer.  You have no reason to
9    disbelieve that statement, do you?
10        A   No.
11            MS. MACIVOR:  Form.
12   BY MR. BRODERICK:
13        Q   Paragraph nine, Mr. Mongiovi says, the
14   data sold to Caldwell List Company, which was
15   subsequently sold to RMG, was purchased by TPC from
16   Jeff Katz.  Do you agree with that statement or have
17   any reason to disbelieve it?
18        A   No reason to disbelieve it.
19            MS. MACIVOR:  Form.
20   BY MR. BRODERICK:
21        Q   I'm sorry, I couldn't hear.
22        A   I don't know Jeff Katz.  And I couldn't
23   tell, but no reason to disbelieve it.
24        Q   You don't know whether Mr. Katz in fact
25   now lives in the Philippines, do you?

JEANNIE REPORTING                                    305-577-1705
                   YOUR WISH IS OUR JOB!

Page 205

1    A   I have never heard of him before.
2    Q   You have never heard of him?
3    A   No.
4    Q   Paragraph 11, none of the information
5    obtained from Mr. Katz and sold by TDC to Caldwell
6    List allowed anyone, including the defendants in
7    this lawsuit, to contact individuals who were on the
8    national do not call list or to make telephone calls
9    using prerecorded telemarketing messages.  Do you
10   agree with that statement?
11       MR. BECKER:  Objection to the form.  Lack
12   of foundation.
13       MS. MACIVOR:  Join.
14       THE WITNESS:  I can't agree or disagree.
15   Again, I take my answers from Tom and he's the
16   one writing this.
17   BY MR. BRODERICK:
18   Q   So you have no reason to believe that --
19   you never represented that you're allowed to call
20   these people on this list regardless of whether
21   they're on the national do not call list?
22   A   Correct, not to my knowledge.
23   Q   You never told RMG or Jason Raider that he
24   could use prerecorded telemarketing to call the
25   people on the lead list that you were providing,

Page 206

1    correct?
2    A   That's definitely correct.
3    Q   And in paragraph 12 it says, in fact,
4    Caldwell List Company asked Mr. Raider specifically
5    if he would like to have his data scrubbed against
6    the national do not call list and he refused.  Is
7    that accurate?
8        MR. BECKER:  Objection.
9        THE WITNESS:  At first, yes.  Earlier in
10   our business relationship, that is correct.
11   BY MR. BRODERICK:
12   Q   And having the list that you were
13   providing pre-scrubbed against the DNC before you
14   sent it to RMG would have cost more money, correct?
15   A   That's correct.
16   Q   And did you ever talk with Mr. Raider
17   about why he didn't want that done?
18   A   No.  I don't typically push products.  I
19   just offer them.
20   Q   Paragraph 13, TDC Marketing subscribes to
21   the national do not call list and offers its client
22   the option of scrubbing the information that is sold
23   to them against the national do not call list.  Is
24   that an accurate statement?
25   A   Yes.

Page 207

1    Q   I believe you have already testified, and
2    I apologize if its repetitious, but the subscription
3    that you sold to the DNC to RMG was, in fact, via
4    TDC Marketing subscription, correct?
5    A   That's correct.
6    Q   And paragraph 14, Mr. Mongiovi says it was
7    my understanding that the data sold to Caldwell List
8    then sold again to RMG was to be used only for
9    direct mail purposes and not for telemarketing?
10   A   That's one --
11   Q   Do you disagree with that statement?
12   A   That is one I disagree with.  I never
13   specified.
14   Q   Are you also confident that you never told
15   him it was for the purpose of telemarketing?
16   A   Restate that question.
17   Q   Well, I think it's probably a repetition.
18   But, you say you never specified, but that includes
19   you never told them it was for telemarketing?
20   A   Correct.
21       MR. BECKER:  Object to the form on that
22   just to be clear.
23       MS. MACIVOR:  Join.
24   BY MR. BRODERICK:
25   Q   Did you ever visit any of the websites on

Page 208

1    the lead list that you sold -- or any of the lead
2    lists that you sold to RMG to view the privacy
3    policy?
4    A   Yes.  After getting subpoenaed for this, I
5    started to dig into it myself when I was having to
6    ask Tom about the authenticity.  I went to 123 Free
7    Travel.  Again, I'm not a -- I have got ADD and I'm
8    not a lawyer, so it doesn't really interest me.
9    Q   It doesn't really interest us that much
10   either, so you're not alone.
11   A   I hear you.
12   Q   But you didn't do it before you sold the
13   data?
14   A   No.  That's why we provide the websites.
15   You know, it's a very inexpensive file.  They were
16   getting a great price.  I figured they could at
17   least do the due-diligence and look into whether
18   these websites are going to work for them.
19   Q   Right.  And there was no promise made to
20   RMG that this is opt-in data that allows you to call
21   these people?
22   A   Certainly not to robo call them.
23   Q   Okay.
24   A   You know, again, you guys probably know
25   the e-mails better than I do, it's been five, six

1    years.  I couldn't tell you what I told them five,
2    six years ago.  You probably know that answer and
3    want to hear me say it.  If you to rephrase the
4    question you can.
5         Q   No.  I mean, you said you don't give your
6    clients legal advice.  Is that a policy that you
7    have across the board?
8         A   Yes.
9         Q   Okay.
10        A   You wouldn't want me being your counsel, I
11   promise.
12        Q   Also, it's not really in the nature of
13   what you do, correct?
14        A   Correct.
15        Q   You are just selling data and how a client
16   uses it is the client's business?
17        A   Correct.
18            MS. MACIVOR:  Form.
19            THE WITNESS:  We do, from time to time,
20       get a lot of questions about legality with do
21       not call registration, do not mail.  But, I can
22       only refer them to the FTC websites.
23   BY MR. BRODERICK:
24        Q   And in Exhibit 9, a longer e-mail from you
25   to Jason Raider.  You say that the DNC is an issue

1    that we cannot avoid.  Did you mean to say that
2    these records don't give you permission to call
3    somebody who is on the DNC list?
4         A   No.
5         Q   What did you mean by this is an issue we
6    can't avoid?
7         A   It would seem like their complaint was
8    that the majority of the loss of the data was coming
9    from a do not call registry.  So, I was touching on
10   probably their main concern was losing the 190,000
11   records of the 400,000 to a DNC compliance.  That's
12   something I can't change.
13        Q   Right.  And if they had purchased leads
14   that were already scrubbed against the do not call
15   list, they wouldn't have had the complaint, correct?
16            MR. BECKER:  Objection to the form.
17       Calling for speculation.
18            MS. MACIVOR:  Join.
19   BY MR. BRODERICK:
20        Q   I'll rephrase.  If you sell a scrubbed
21   list against the do not call, it won't have numbers
22   on it that are on the do not call list, correct?
23        A   That's correct.
24        Q   And that list costs more money, correct?
25        A   Correct, yes.

1         Q   And if they had paid more money, they
2    would not have lost as many -- as they put it, as
3    many numbers out of the lead list that you gave
4    them, right?
5             MR. BECKER:  Objection to the form.
6             MS. MACIVOR:  Join.
7             THE WITNESS:  I mean, they ended up
8        purchasing the do not call registry, so I can't
9        really say that they didn't scrub it.  They
10       ended up purchasing it.
11   BY MR. BRODERICK:
12        Q   You don't know, as a matter of personal
13   knowledge, whether they did or didn't scrub,
14   correct?
15        A   I would think if they paid five grand,
16   they'd probably use the product, right.
17        Q   But you don't know that they did?
18            MR. BECKER:  Objection to form.
19            THE WITNESS:  No, sir.
20            MS. MACIVOR:  Join.
21            THE WITNESS:  No, sir.
22   BY MR. BRODERICK:
23        Q   Would you agree with me that Mr. Mongiovi
24   knows more about the source of the lead lists that
25   you resold to RMG than you do?

1             MR. BECKER:  Objection to form.
2             THE WITNESS:  Absolutely.
3             MS. MACIVOR:  Join.
4    BY MR. BRODERICK:
5         Q   In an earlier answer to one of my
6    questions you said it certainly doesn't give
7    permission to robo call.  What did you mean by that?
8             MR. BECKER:  Objection to the form.
9             THE WITNESS:  We've been --
10            MS. MACIVOR:  Join.
11            THE WITNESS:  In our industry, we've
12       been -- you know, like I said, we are a company
13       that's been in business for over 45 years.  We
14       typically wear the white hat and we steer away
15       from campaigns that might be frowned upon and
16       typically robo calls are frowned upon.  So,
17       even if it's a political campaign who is robo
18       call exempt, where they're able to robo call,
19       we don't take that campaign.
20   BY MR. BRODERICK:
21        Q   And have you told -- I think you said you
22   no longer sell this kind of lead list in your
23   business?
24        A   Well, ever since this case came along, no.
25        Q   And why is that, just a hassle of a

1    lawsuit?  Why don't you sell the list?
2        A    Same reason if you lost a case, sir, and
3    you know, you were my counsel, I wouldn't come back
4    to you.  If the list was causing issues, I don't
5    think I'm going to try to resell that list again.
6        Q    Do you have doubts about the voracity of
7    the opt-in data on the list?
8        MR. BECKER:  Objection.
9        THE WITNESS:  I don't.  I fully trust Tom
10   and if Tom -- you know, Tom can -- I take to
11   take Tom at his word.  He's never steered us
12   the wrong way.  Ever since, he hasn't steered
13   us the wrong way.  We typically vet our vendors
14   pretty well and he's been consistent throughout
15   the years.  Now, is he dealing with a
16   questionable source on this data, I don't know.
17   I can't answer that.  That's something for Tom
18   and his source to answer for you.
19   BY MR. BRODERICK:
20       Q    But you still do business with Mr.
21   Mongiovi, correct?
22       A    Yes.
23       Q    And when was the last time you talked to
24   him about your dealings with RMG?
25       A    Probably six to 12 months ago.  It's been

1    a while.
2        Q    Could you tell me the substance of that
3    conversation?
4        A    I think I was making fun of Jeff Becker
5    and asked him if he ever had to deal with him.  I
6    asked about, you know, what his take was on it.  I
7    asked about the authenticity of the data.  I asked
8    about everything.  I can't say I get straight
9    answers, but it's -- I just like to know what he
10   knows.  See if he knows any more than I do.
11       Q    What did he say?
12       A    He said he didn't know, but he thought
13   Jeff was probably a prick.
14       MR. BECKER:  Let the record reflect he's
15   smiling.  Your joke will not show up clearly on
16   the record.
17       THE WITNESS:  His response was, he's
18   pretty much -- he wishes -- I don't know -- I
19   think he errs to staying quiet and I err to
20   trying to voice as much honesty as I can and
21   hopefully it blows over.  You know, neither of
22   us want this.  I want to be as helpful as I can
23   so I don't get drug into the middle of it, and
24   too late for that.
25

1    BY MR. BRODERICK:
2        Q    And did he say anything about -- anything
3    more about what he thought RMG was going to use the
4    list for or really anything else?
5        A    No, no specifics.
6        Q    Did he feel like he had done something
7    wrong?
8        MR. BECKER:  Objection to the form.
9        THE WITNESS:  No.  He -- no.
10   BY MR. BRODERICK:
11       Q    Did he say that you had done anything
12   wrong in selling the list as you did to RMG?
13       A    No.
14       Q    So you have no knowledge as to whether
15   Allison Charvat went onto 123 Travel website,
16   correct?
17       MR. BECKER:  Objection to form.
18       THE WITNESS:  Correct.
19   BY MR. BRODERICK:
20       Q    Are you familiar with the New Star
21   Database?
22       A    No, I'm not.
23       Q    You never got to the stage where you got a
24   suppression file from RMG, correct?
25       A    No.

1        Q    And if I can have you turn to your
2    subpoena response, the documents that are marked
3    Caldwell one through 184.
4        MR. BECKER:  The big one.
5    BY MR. BRODERICK:
6        Q    I have a question on page one.
7        A    Okay.
8        Q    When Mr. Becker was asking you questions
9    about paragraph six, I believe you said, well, that
10   was a mistake because I was rushed in having to
11   respond to a subpoena in only a week.
12       A    Correct.
13       Q    What in that paragraph do you disagree
14   with?
15       A    It had to do with the question.  Let me
16   pull the question for that request.  Where I didn't
17   see, because I was rushing through, what I didn't
18   realize was the key words to receive prerecorded
19   messages.  And you can see in my response, it says
20   nothing about prerecorded messages specifically.
21   Just because, like I told you a couple of questions
22   ago, we turned down robo call campaigns if we know
23   they are doing that.
24       Q    Okay.
25       A    So that's a total mistake on my part.  Not

JEANNIE REPORTING                                    305-577-1705
                    YOUR WISH IS OUR JOB!

Page 217

1  trying to fudge the truth.  The wording of it with
2  the word contend always confuses me to begin with.
3  So, yes, I do contend this, this and this, but yes,
4  don't -- I don't think I ever would be okay with a
5  prerecorded message campaign, period.
6       Q    RMG never told you we are doing a
7  prerecorded message campaign?
8       A    That's correct, they did not.
9       Q    And similarly, you never told them you can
10  send prerecorded messages to the numbers on this
11  lead list?
12       A    That's correct.
13       Q    And do you continue to believe that TDC
14  Marketing, Mr. Mongiovi, are truthful in what they
15  say --
16            MR. BECKER:  Objection form.
17  BY MR. BRODERICK:
18       Q    -- in your business dealings?
19       A    I do.  I have had no issues since --
20            MS. MACIVOR:  Form.
21            THE WITNESS:  -- and no issue before.
22  This case seems to be the outlier, if you will.
23            MR. BRODERICK:  Okay.  Let me just take a
24  minute.  I'm almost done.  I will be right back
25  with.  I'll put it on mute for a second and

Page 218

1  shuffle papers.
2            MR. BECKER:  I've got about six or seven
3  questions after Cathy goes, if she has
4  anything.
5            MS. MACIVOR:  Jeff, since you're in a
6  rush, why don't you just go.
7            FURTHER EXAMINATION
8  BY MR. BECKER:
9       Q    I would like you to have in front of you
10  Exhibit 9 again as well as the Mongiovi affidavit.
11  Let's see here.  Exhibit 11 -- paragraph 11 of the
12  Mongiovi affidavit.  Mr. Broderick read this to you,
13  and it says, none of the information obtained from
14  Mr. Katz and sold to TDC to Caldwell List, list out
15  anyone, including the defendants in this lawsuit to
16  contact individuals who are on the national do not
17  call list or to make telephones calls, prerecorded
18  telemarketing messages.  Do you see that?
19       A    Yes.
20       Q    And you said that Mr. Mongiovi would know
21  the answer to that better than you would, correct?
22       A    Yes.
23       Q    Wouldn't you agree that Mr. Katz would
24  likely know the answer better than Mr. Mongiovi?
25       A    Yes.

Page 219

1       Q    And that's because Mr. Mongiovi acquired
2  the information from Mr. Katz the same way you
3  acquired it from Mr. Mongiovi, right?
4       A    And I would say Mr. Katz probably wrote
5  the privacy policy.
6       Q    Okay.  And wouldn't you also agree with me
7  that whether or not an individual had consented to
8  be contacted by prerecorded message would depend
9  entirely on the privacy policy associated with the
10  website that they went onto and registered their
11  information?
12       A    Yes.
13            MR. BRODERICK:  Objection.
14  BY MR. BECKER:
15       Q    Mr. Broderick asked you some questions
16  early in his questioning of you that mentioned that
17  earlier in your discussions with Mr. Raider you had
18  asked him if he wanted to have his leads that he was
19  going to buy from you scrubbed against the DNC,
20  correct?
21       A    Yes.
22       Q    And he called it the do not call list?
23       A    Yes.
24       Q    Actually, isn't it the case that when you
25  were talking about the DNC early in the

Page 220

1  communications with Mr. Raider that you were
2  referring to the do not contact list?
3       A    His own internal do not contact.
4       Q    Right.  What you were referring to there
5  was you asking RMG whether they wanted to have the
6  leads scrubbed to remove duplicates?
7       A    Correct.
8       Q    That had nothing to do with the do not
9  call list at that time, correct?
10       A    No.
11       Q    You did ask about the do not call list
12  later?
13       A    Yes.
14       Q    And they bought the do know call list from
15  your company?
16       A    After we discovered -- in September of
17  2010, after we discovered they were using the
18  telephone numbers.
19       Q    Right.
20       A    That's when I thought I could at least get
21  some further business from them into the do not call
22  scrub since they're using the phone numbers.
23       Q    Is it fair to suggest that maybe if they
24  starting making robo calls around that time that it
25  would make sense then naturally to acquire a do not

1    call list at that time?
2        A   If they were robo calling, again, we
3    didn't know of it.  But, yes, it would make sense.
4        Q   Now, you mentioned that in paragraph --
5    Mr. Broderick asked you if you agree Mr. Mongiovi
6    was generally a truthful person, right?
7        A   Yes.
8        Q   And you said yes?
9        A   Yes.
10       Q   And as far as this affidavit goes, you did
11   disagree with the accuracy of a few of his
12   statements?
13       A   Yes.
14       Q   It doesn't mean that you don't believe he
15   is any less truthful, just that --
16       A   It was six years ago.  His memory could be
17   as off as mine on these points, so.
18       Q   Now, you said here you never specified --
19   said to Mr. Broderick you never specified to Tom
20   when you were beginning this transaction that RMG
21   was going to be using these leads to make
22   telemarketing calls, correct?
23       A   Yes, I didn't specify a channel.
24       Q   You would agree with me that through the
25   e-mails we looked at over the course of this

1    deposition that at a point in time shortly after the
2    do not call list was purchased you did have
3    communications with Tom where you were telling him
4    they were using the leads and making phone calls?
5        A   Yes.
6        Q   So it's fair to assume Tom knew after that
7    point that RMG was using the lead list to make
8    telemarketing calls?
9        A   Yes.
10       Q   Mr. Broderick asked you whether you told
11   RMG that they can use a lead list to make
12   prerecorded calls.  Do you remember that?
13       A   Yes.
14       Q   And you said you did not tell him that?
15       A   Correct.
16       Q   You also did not specifically admonish
17   them and tell them they could not use those lead
18   lists to make robo calls to the leads, correct?
19       A   Correct.
20       Q   And whether they could or couldn't would
21   depend entirely on what the privacy policy said for
22   each particular lead, correct?
23       A   Correct.
24           MR. BRODERICK:  Objection.
25

1    BY MR. BECKER:
2        Q   Mr. Broderick also asked you whether you
3    have any knowledge whether Allison Charvat went onto
4    123travel.com, correct?
5        A   Right.
6        Q   And you said you didn't?
7        A   Correct.
8        Q   Isn't it more accurate to say you don't
9    have personal knowledge whether she did?
10       A   Yes.  If you based it on the list, you
11   would say she did.
12       Q   Based on the list that you got from Mr.
13   Mongiovi, you have no reason --
14       A   Right.
15       Q   -- as you said several times today, you
16   have no reason to doubt or question the validity of
17   the information Mr. Mongiovi gave you on those lead
18   lists, correct?
19       A   Yes.
20       Q   So there is some knowledge that Allison
21   Charvat did it, whether it's completely accurate,
22   you don't know personally?
23       A   That's correct.
24           MR. BRODERICK:  Objection.
25           THE WITNESS:  I didn't see her do it, but

1    there is some knowledge of it, sure.
2    BY MR. BECKER:
3        Q   Is it true that RMG, based on your
4    knowledge, was using other vendors to purchase leads
5    to make its solicitations beyond just Caldwell?
6        A   Sure.
7        Q   So not all the leads that they may have
8    been using to make phone calls came from you?
9        A   Absolutely.  They found us on purpose
10   because they were already purchasing from a
11   different vendor and wanted to add to it.
12       Q   You ever heard of a company called Bull's
13   Eye in the context of marketing?
14       A   Yes.  I know few.
15       Q   What do you know?
16       A   I know Bull's Eye when it comes to
17   generating leads for insurance agents.  They
18   generate prequalified leads that we talked about,
19   prequalified opt-ins.  I also know Bull's Eye, they
20   do voice broadcasting, they do text messages, or
21   did.  I don't know if they are still around.
22       Q   Is it Bull's Eye that does voice
23   broadcasting, is that a company then that would make
24   prerecorded calls on behalf of their customers?
25       A   I would imagine so, yes.

JEANNIE REPORTING                                    305-577-1705
            YOUR WISH IS OUR JOB!

1    Q   Is it typical practice that a voice
2  broadcaster like that Bull's Eye would take the
3  leads that were given to them by their customer and
4  then use those leads to operate its voice
5  broadcasting process?
6    A   Yes.
7       MR. BRODERICK:  Objection.
8  BY MR. BECKER:
9    Q   The Bull's Eye that you're referring to,
10  that you are aware of that did voice broadcasting,
11  do you know anything about them, where they are,
12  whether they're still in business?
13    A   No.  I just heard around the industry
14  people using them.
15    Q   That Exhibit 9 we were looking at, Exhibit
16  9 has all those different -- it says here is 400,000
17  leads and here are all the different ways those
18  leads are not usable.  You see RMG was giving you a
19  specific number, 191,736 that came up as being on
20  the national do not call list, correct?
21    A   Correct.
22    Q   Is that not evidence to you that RMG was
23  running the leads that you gave them against the do
24  not call list?
25    A   Yes.  After they purchased the DNC.

1    Q   And is it also evidence of 118,178 numbers
2  that were already in their system?
3    A   Yes.
4    Q   Isn't that also evidence that RMG was
5  running its own suppression against your -- your
6  lead list against your own suppression file?
7    A   Yes, which they had been doing since day
8  one.
9       MR. BRODERICK:  Objection.
10  BY MR. BECKER:
11    Q   So isn't it therefore reasonable for RMG
12  not to have paid extra for your company or another
13  vendor to run a suppression file for them if they
14  can do it themselves?
15    A   Yes.
16       MR. BRODERICK:  Objection.
17       MR. BECKER:  That's all I got.
18       FURTHER EXAMINATION
19  BY MR. BRODERICK:
20    Q   On the exhibit that Mr. Becker just asked
21  you a question on, is it also possible that that --
22  they just ran the check on one file to give you an
23  example of how your data was -- breaks down in terms
24  of an analysis?
25    A   To me it's doubtful since they bought the

1  DNC from us in February and that e-mail was in July.
2  I mean, if they just sat around on their thumbs for
3  five months, maybe.  But, if I spent five grand on
4  something, I probably would have used it the same
5  day.
6    Q   Do you have any knowledge about how many
7  calls they made to people who are on the DNC?
8    A   I have no knowledge of that.
9    Q   On Exhibit 13, I'm looking at an e-mail
10  dated March 23, 2011 at 3:50 p.m.  The question
11  first, do you have the e-mail?
12       MR. BECKER:  We don't have it here, unless
13    it's in a Caldwell file.
14       MR. BRODERICK:  No.  It's in the stack of
15    e-mails you had.
16       MR. BECKER:  I packed it up, Ted.
17  BY MR. BRODERICK:
18    Q   I will ask him a question.  It's a list of
19  names and it's an e-mail from Jason to you that
20  reads, Peter, all of the phone numbers you searched,
21  only one was the correct person with the correct
22  name.  Our owner is freaking out thinking that the
23  people that you buy from is just throwing them
24  together.  I told her I'm sure it was just a mistake
25  maybe in the way it was sent over.  Do you know why

1  that would be?  Can you have search by these names
2  and see if the correct info comes over.  And then
3  there is a list of about 15 names.  Did Jason Raider
4  ever explain to you how he had selected those names
5  for you to look up?
6    A   No.  What was the date?  You said March.
7  What year?
8    Q   March 23, 2011.
9    A   It would kind of make me question that the
10  issue wasn't on their end in a formatting way.  That
11  they can purchase from us for two years and then all
12  of a sudden they start having issues pop up.  Does
13  that make sense to you?
14    Q   Yes.  I guess what I was trying to get at,
15  there is Kelly Smith, Tamara Ramsey and, you know,
16  I'm wondering if you know why those names were
17  selected for you to search?
18    A   No.  To me it sounds like they could be
19  the first 20 in the list we supplied them with and
20  they just wanted to run them -- you know, maybe
21  manually dial them and check the records.  I don't
22  know.  If somebody is going to sample a list in our
23  industry, that's how it's done, pick out every tenth
24  record and dial it and see if a connect or not.
25    Q   You don't know if those are people who

JEANNIE REPORTING                                    305-577-1705
              YOUR WISH IS OUR JOB!

Page 229

```
1    lodged a complaint about getting a call from RMG?
2       A   No, no.
3          MR. BRODERICK:  Okay.  Nothing else.  I
4    appreciate all this time.
5          MR. BECKER:  Thank you.  You have an
6    option of reserving signature on this, which
7    means you will get a copy of this and review
8    it.  But, you cannot change substantive
9    answers.  You can't change a yes to a no.  You
10   look to see whether the court reporter
11   accurately typed up what you said.
12         THE WITNESS:  I'm not going to look at it.
13         MR. BECKER:  Then you have the option of
14   waiving signature.  For the record, do you wish
15   to waive signature?
16         THE WITNESS:  Please.
17         (WHEREUPON, THE DEPOSITION WAS
18   CONCLUDED AT 3:20 P.M.)
19         (PURSUANT TO RULE 30(e) OF THE FEDERAL
20   RULES OF CIVIL PROCEDURE AND/OR O.C.G.A.
21   9-11-30(e), SIGNATURE OF THE WITNESS HAS BEEN
22   WAIVED.)
23
24
25
```

Page 230

```
1          C E R T I F I C A T E
2    STATE OF GEORGIA )
3    COUNTY OF HALL   )
4         I hereby certify that the foregoing
5    transcript was taken down, as stated in the
6    caption, and the proceedings were reduced to
7    typewriting under my direction and control.
8         I further certify that the transcript is a
9    true and correct record of the evidence given
10   at the said proceedings.
11        I further certify that I am neither a
12   relative or employee or attorney or counsel to
13   any of the parties, nor financially or
14   otherwise interested in this matter.
15        This, the 17th day of June, 2015.
16   _____
     MICHELLE J. RUIZ
17   CERTIFIED COURT REPORTER, B-1397
18
19
20
21
22
23
24
25
```

Page 231

```
1          DISCLOSURE OF NO CONTRACT
2         I, Michelle J. Ruiz, Certified Court
     Reporter, do hereby disclose pursuant to
3    Article 10.B of the Rules and Regulations of
     the Board of Court Reporting of the Judicial
4    Council of Georgia that I am a Georgia
     Certified Court Reporter; I was contacted by
5    the party taking the deposition to provide
     court reporting services for this deposition; I
6    will not be taking this deposition under any
     contract that is prohibited by O.C.G.A.
7    15-14-37(a) and (b) or Article 7.C of the Rules
     and Regulations of the Board; and I am not
8    disqualified for a relationship of interest
     under O.C.G.A. 9-11-28(c).
9         There is no contract to provide reporting
     services between myself any person with whom
10   I have a principal and agency relationship nor
     any attorney at law in this action, party to
11   this action, party having a financial interest
     in this action, or agent for an attorney at law
12   in this action, party to this action, or party
     having a financial interest in this action.
13   Any and all financial arrangements beyond my
     usual and customary rates have been disclosed
14   and offered to all parties.
15   This, the 15th day of June, 2015.
16
17   Michelle J. Ruiz
     Certified Court Reporter
18   Certificate Number B-1397
19
20
21
22
23
24
25
```

**A**

**a.m** 1:16 148:14
 152:2,3,7 154:4
 159:6 165:17,25
 166:16,22 170:25
 172:4 175:20
 179:22 184:17,18
 186:13 187:2
 188:13,17 190:23
**ability** 4:20 15:21
 54:4 121:15 124:1
 124:22 164:21
 169:15
**able** 18:5 20:19
 45:25 46:15 54:12
 81:14 88:3 89:25
 98:10 105:7
 125:10 149:14
 160:15 179:1
 182:14 212:18
**absolutely** 176:3
 212:2 224:9
**access** 135:11,13,15
**accessible** 66:20
**accommodate**
 81:10
**accomplish** 172:24
**account** 25:3 66:17
**accountable** 86:6
**accounts** 166:19
**accuracy** 145:18
 146:2 221:11
**accurate** 6:16,21
 66:4,22 70:8,17
 71:16 78:22 79:4
 79:9 81:2,19
 86:19 89:4 106:16
 145:12 171:15
 201:13 202:3,18
 206:7,24 223:8,21
**accurately** 5:20
 85:2 142:19
 229:11
**acquire** 30:20
 34:17 35:6 39:7
 46:7 47:18 102:22

115:23 220:25
**acquired** 63:3
 72:16 153:2 219:1
 219:3
**acquiring** 47:10
 75:18
**acquisition** 113:22
**act** 28:18 78:11
**action** 231:10,11,11
 231:12,12,12
**actual** 43:13 46:24
 58:6 65:25
**add** 208:7 224:11
**added** 37:7 127:19
**additional** 48:23,24
 49:7 162:17
**address** 4:14 7:20
 16:17,22 17:6,13
 17:15 19:8 22:17
 23:19,19,24 24:25
 26:4 37:21,21
 49:2,24,24 53:25
 54:1 73:11 105:17
 105:23,25 107:13
 107:24,25 108:1,3
 108:10,13,13,15
 108:25 109:10
 118:25 126:7
 138:8,19 146:21
 148:4 163:16
 167:8 172:15
 183:21 189:7
 203:21
**addresses** 7:23,24
 20:13 26:24 29:21
 73:13 86:22 89:1
 97:13,14 105:10
 106:21 137:18,19
 142:5 147:6 166:8
 180:8 182:13
 188:22 189:3,16
**administrative**
 14:11
**admonish** 222:16
**adult** 14:23
**advance** 10:6
**advertise** 73:18

**advertisements**
 143:4 202:3
**advertising** 20:22
 20:25
**advice** 15:9 32:3
 130:12 209:6
**affect** 4:20
**affidavit** 3:16
 199:15 200:1,8,14
 200:25 218:10,12
 221:10
**affiliated** 184:10
**agency** 102:13
 231:10
**agent** 231:11
**agents** 224:17
**aggregate** 201:4
**ago** 102:25 103:2
 103:21 136:23,24
 139:2 147:12
 166:9 182:23
 209:2 213:25
 216:22 221:16
**agree** 30:19 32:16
 33:14,16 36:23
 38:12,23 39:20,22
 40:17,25 44:16
 50:9 75:17 84:8
 88:15 93:8 94:5
 96:11 124:6
 125:15 126:11
 137:23 139:14
 141:16 143:22
 144:10 155:15
 156:18 161:1
 167:16 175:9
 176:14,25 178:3
 179:5 197:23
 201:1 202:19
 204:16 205:10,14
 211:23 218:23
 219:6 221:5,24
**agreed** 8:15 122:3
 125:11 149:6
 169:7
**agreeing** 169:5
**agreement** 30:15

30:22 33:25 34:19
 172:22
**ahead** 38:10 54:11
 80:20 107:1 144:3
 189:13
**al** 1:7
**albeit** 137:17
**Alissa** 66:12,19
 93:16
**alissas@yourme...**
 66:13
**allegations** 80:25
**alleviate** 167:17
 183:16
**Allison** 70:14,17
 134:13,23 135:1
 135:25 138:17
 215:15 223:3,20
**allow** 5:24 7:15
 129:2 198:14
**allowed** 130:8
 132:5 205:6,19
**allows** 208:20
**American** 22:10
**amount** 52:4 72:3
 125:10 142:20
 191:10,17 193:16
 193:19 195:10
**amounts** 72:12
**analysis** 226:24
**AND/OR** 229:20
**Angela** 137:25
**answer** 4:20 5:9,10
 6:3,17,18 7:2,6,7
 7:10 18:5 34:3,21
 57:10 59:20 63:7
 65:23 66:4,17,22
 71:16 78:4,21,22
 80:13 81:1,7,19
 97:7 103:12
 106:10 141:21
 144:1 209:2 212:5
 213:17,18 218:21
 218:24
**answered** 79:21
 200:4
**answering** 32:6

34:11
**answers** 5:20,25
 6:8,16,16,22 65:7
 79:17 103:7
 180:18 200:19
 204:3 205:15
 214:9 229:9
**Anthony** 81:9,16
**anybody** 190:14
 200:19,20 203:10
**anymore** 60:24
 171:15
**anyway** 69:1
 168:13,14 175:5
 186:19 187:17
**apologize** 19:9 55:5
 207:2
**apparently** 72:11
**appear** 65:7 139:20
**APPEARANCES**
 2:1
**appears** 87:8 88:15
 125:22 138:8
 139:14 140:4
 146:7 157:4
 164:20 166:7
 171:13 179:20
**appreciate** 191:13
 229:4
**appropriate** 6:11
**approval** 71:11
**approved** 71:11
 173:6
**April** 74:12
**archival** 67:9
**archive** 90:17
**archived** 90:19
 148:21
**archiving** 89:17
 90:6
**area** 25:5
**arrangement**
 113:11,21 149:10
**arrangements**
 231:13
**arrested** 9:3
**Article** 231:3,7

**artificially** 56:8,12
  56:15 58:6 61:18
  61:24 62:23
  133:19
**as-needed** 52:13
**ASAP** 159:24
**asked** 29:12,21
  61:8,9 71:8,18
  77:10 81:12 82:25
  86:16 106:17
  108:11 111:22
  120:23 121:2
  127:21,24 133:14
  159:9 206:4 214:5
  214:6,7,7 219:15
  219:18 221:5
  222:10 223:2
  226:20
**asking** 23:16 25:10
  32:7,9 33:11
  34:13,16 36:8
  39:13,24 40:3,6
  46:23 49:5,17
  51:11 61:9 64:8
  78:17 79:24 81:4
  81:12 94:8,13
  101:23 103:4,13
  106:22 107:1
  108:12 114:15,17
  114:19 115:19
  121:24 165:10
  174:14 180:20
  185:5 202:24
  216:8 220:5
**asks** 6:25 69:8,20
  70:13 180:24
**assessment** 40:20
**assist** 20:24 96:9
  98:10
**assistance** 81:13
**assistant** 14:11,13
**associated** 108:15
  169:18,25 219:9
**association** 13:3
  22:10 50:21
**associations** 12:25
**assume** 7:5 31:6

201:18 222:6
**assumptions** 57:25
**assurances** 78:8,12
  78:15
**assure** 87:6
**assured** 84:9
**Atlanta** 1:19
**attached** 69:15
  72:2 78:14 92:9
  148:1 172:21
**attachment** 51:3
  92:5,12,13 148:17
  148:19
**attachments** 66:11
  92:17
**attempt** 150:10
**attention** 160:17
  166:23
**attorney** 9:17
  230:12 231:10,11
**attorney's** 134:17
**attorneys** 6:25 9:19
  82:15 85:16
**audible** 6:10
**audibly** 5:10
**August** 173:20
  174:11
**authenticated**
  183:20
**authentication**
  183:8
**authenticity** 208:6
  214:7
**authorization** 92:9
  148:23
**automatically**
  29:22 31:6 91:5
  91:18 92:10
**available** 162:22
**Avenue** 2:15
**average** 163:11
  173:7
**avoid** 160:24
  161:14 176:2
  210:1,6
**aware** 178:12
  179:17 225:10

**B**

**b** 3:7 17:2 25:22
  231:7
**B-1397** 1:22 230:17
  231:18
**back** 18:16 33:1,12
  36:14 55:24 57:16
  78:6 82:19 87:15
  88:6 89:25 94:20
  95:1,2,6 97:25
  108:8 122:16
  135:3 142:17
  146:7 159:21
  163:9,10 177:21
  180:16 186:25
  188:20 190:15,16
  213:3 217:24
**background** 40:8
**bad** 167:15
**Bahamas** 2:7
**balance** 137:10
  140:8,22,25
**Barrington** 166:4
  170:16 171:10,18
  172:8,11,20 173:3
  173:17 189:20
**base** 20:18 50:7
  57:24 166:6
**based** 20:12,15
  24:17 25:6 29:4
  32:4 44:11,14
  45:9 47:20 57:25
  64:4,10 68:25
  71:2,14 78:17
  92:23 94:8 100:2
  105:5 106:2
  117:14,14 122:9
  142:5 163:12
  197:6 223:10,12
  224:3
**basic** 23:4 146:9,17
  179:24
**basis** 52:5 56:18,20
  60:2 62:4,21
  123:17 125:6
  133:8

**Bates** 67:6,18 82:5
  84:21 94:23 95:3
  134:11
**Becker** 2:14 3:4 4:6
  8:12,14,16 27:19
  31:10 37:12,15
  38:1,9 39:6 54:10
  55:23 57:11,15,21
  58:10 61:22 62:16
  63:1,15 64:20
  65:3,11 67:2,4,13
  67:24 68:10 77:4
  82:3,13 83:10
  84:14,17 85:5,11
  85:15,24 107:4,23
  108:19 109:6,15
  110:2,8,18 121:23
  125:2 131:19
  132:2,11 133:23
  134:7,10,19
  135:11 136:3
  140:1 142:13
  148:12 149:1
  150:14,21 151:24
  154:1,11 157:22
  163:25 164:7
  165:15 170:23
  171:4 174:22
  178:10,18 182:18
  183:14 184:14
  187:8 188:10
  197:16 198:2,17
  198:23 199:13,17
  201:21 203:25
  205:11 206:8
  207:21 210:16
  211:5,18 212:1,8
  213:8 214:4,14
  215:8,17 216:4,8
  217:16 218:2,8
  219:14 223:1
  224:2 225:8
  226:10,17,20
  227:12,16 229:5
  229:13
**began** 71:12 120:22
  135:24

**beginning** 41:6
  50:15 55:10 65:8
  80:2 94:2 95:21
  96:1,4,12 100:23
  120:18 124:7
  126:8 134:22
  135:3 137:15
  148:6 157:14
  166:17 221:20
**begins** 85:19
**behalf** 1:3 196:24
  197:3 224:24
**believe** 12:1 34:19
  53:12 59:14 60:10
  60:12 62:17,21
  65:13 79:17 80:2
  80:14 81:24
  114:25 119:1
  127:18 128:17
  131:9,12 133:14
  133:24 141:3
  142:14 147:14
  169:12 197:20
  202:6 205:18
  207:1 216:9
  217:13 221:14
**Bell** 2:14
**best** 45:8 47:21
  192:11
**better** 13:8 42:1
  60:23 74:20 96:24
  109:17 110:11
  146:13 147:10
  208:25 218:21,24
**beyond** 171:1 224:5
  231:13
**bible** 9:11
**big** 42:7 110:23
  127:13 173:19
  216:4
**billing** 126:18,19
  148:4
**bills** 174:6
**birth** 7:18
**Biscayne** 2:9
**bit** 36:14 93:1,19
  146:14

**Blackberry** 4:15
**blaming** 159:18
**blows** 214:21
**board** 209:7 231:3
  231:7
**bogus** 86:3 87:13
**book** 173:19
**borrowing** 180:7
**boss's** 167:18
**Boston** 2:4
**bottom** 148:3
  159:12,15 166:18
**bought** 157:1 175:1
  177:4 190:17
  195:7 196:6
  220:14 226:25
**Boulevard** 2:9
**Bradstreet** 190:2
**brand-new** 156:9
**break** 7:13,16 36:2
  52:15 55:16,21
  67:24 124:25
  135:18 136:14
  140:19 150:19
**breakdown** 45:7
  154:18 156:13
**breaks** 226:23
**brief** 108:5
**bring** 135:12
**bringing** 86:11
  88:16
**broadcaster** 225:2
**broadcasting** 35:18
  35:23 224:20,23
  225:5,10
**Broderick** 2:3,3 3:5
  8:7,13 31:3 37:11
  37:13,25 38:6,8
  39:5 54:9 57:9
  58:9 61:21 62:15
  62:25 63:18 67:11
  67:21 77:3 80:8
  81:25 82:1,7 83:9
  84:13 107:3,22
  108:18 109:3,14
  110:1,7,15 121:22
  131:11,18 132:1

132:10 133:22
134:17 135:9
136:2 139:24
142:12 150:13,18
157:21 178:9
182:17 183:13
184:13 197:13,25
198:7,8,18 199:1
199:11,14,22
201:23 204:5,12
204:20 205:17
206:11 207:24
209:23 210:19
211:11,22 212:4
212:20 213:19
215:1,10,19 216:5
217:17,23 218:12
219:13,15 221:5
221:19 222:10,24
223:2,24 225:7
226:9,16,19
227:14,17 229:3
**broker** 15:11 24:5
  28:12,18 32:2
  43:8 45:22 63:8
  71:12 73:13
  167:24
**brokered** 70:4 71:1
  82:20
**brokering** 16:9
  17:20,23 18:19
  19:22,24 20:3
  21:23
**brokers** 25:19 42:1
  42:2 104:10
**brought** 12:9 71:9
  160:16 166:22
**brushed** 117:17
**budget** 44:15
**Building** 1:19
**bulk** 28:1,4
**Bull's** 224:12,16,19
  224:22 225:2,9
**bumped** 163:13
**bumping** 118:1
**bunch** 97:13
**Bureau** 13:9

**business** 10:23
  11:10 12:20,22
  13:9 14:21 18:24
  21:9 22:9 43:12
  44:10 45:21 47:13
  47:15 48:12 49:14
  53:4 60:21 73:23
  102:6,9,22 104:5
  153:7 170:13
  177:24 189:15
  191:14 197:9,10
  197:11,15,17
  200:15 206:10
  209:16 212:13,23
  213:20 217:18
  220:21 225:12
**businesses** 18:13,22
  18:23 19:18 30:24
  42:20 102:18
**Butkus** 203:7
**buy** 21:19 24:20
  26:18 28:1 39:7
  40:13 41:1 43:4
  120:14 150:1,3,4
  219:19 227:23
**buying** 24:13 35:12
  36:18 75:9 76:8
  102:23 104:14
  116:20 120:3
  133:2 141:19
  151:6 167:13
  168:25 174:24
  176:18 196:20
  197:8,20
**buys** 36:6

**C**

**C** 3:1 4:1 17:3
  230:1,1
**C-corporation**
  11:23
**Caldwell** 3:10
  10:25 11:4,9
  12:24 14:7 16:7
  21:23 22:5,14
  26:17,21 27:7
  35:25 41:9,16

43:16,17 45:25
50:25 51:18 52:14
56:6 58:4 59:1,2
59:22 61:15 62:11
65:4,4 67:19 69:3
69:17 71:25 72:8
72:10,19,24 73:22
74:23 75:13,19
83:17,20 84:8
93:2,14 94:19,24
95:5 96:24,25
97:25 105:5
109:18,22 110:12
112:10,22 113:13
113:18,22 115:3
119:8 125:13,17
126:14,17 127:3
129:21 132:25
133:4,10 140:11
141:4,16 142:17
142:19,20 143:2,6
143:8 147:15,19
151:3,6 152:12
160:12 165:6
171:22 173:19
191:12 192:22
194:7 201:11,25
202:16 204:7,14
205:5 206:4 207:7
216:3 218:14
224:5 227:13
**Caldwell's** 174:9
**call** 25:21,22 33:3
  35:24 41:25 42:3
  43:25 44:3 46:9
  46:11,14,15,19
  50:7 58:20 75:6
  76:6,7 90:23
  116:21 118:14
  119:13,17,20
  127:16,16 128:4
  129:21 130:8,18
  132:5,6 133:7
  147:16,20 148:7
  149:4,8,16,22
  150:2,11,23 151:3
  151:10 152:10,13

153:1,13,18,21
154:21 156:21,24
157:18 158:6,9
160:21 161:17,21
161:22,23 162:3,3
169:15,16,20,21
170:8 175:10,15
176:5 177:5,8,22
181:13 195:20
198:15,21 200:13
203:22 205:8,19
205:21,24 206:6
206:21,23 208:20
208:22 209:21
210:2,9,14,21,22
211:8 212:7,18,18
216:22 218:17
219:22 220:9,11
220:14,21 221:1
222:2 225:20,24
229:1
**called** 25:2 28:4
  29:5 30:9 35:18
  58:11 89:11 98:18
  111:19,22 117:7
  130:18 135:14
  153:7 156:5,8
  173:17 175:14
  181:4 200:16
  219:22 224:12
**calling** 32:16 33:24
  34:20 56:24 88:24
  97:17 100:18
  130:3 145:18
  157:18 210:17
  221:2
**calls** 23:7 33:5
  76:14 77:9,18,23
  83:5 88:21 120:5
  120:8,9 124:18,18
  129:17,20,25
  130:7 143:24
  144:13,21 149:21
  177:2 178:12
  179:17 181:16
  184:2,9 187:24
  196:24 197:3,21

202:10 205:8
212:16 218:17
220:24 221:22
222:4,8,12,18
224:8,24 227:7
**campaign** 212:17
212:19 217:5,7
**campaigns** 15:8
21:3 73:17 129:22
130:2 187:20
212:15 216:22
**capability** 81:7
115:12 116:2,5,17
117:13 120:24
121:3 124:9
**caption** 230:6
**carat** 171:6
**card** 92:9 148:1,4
148:22
**cards** 44:18 47:7
51:9
**care** 118:18
**Caribbean** 2:7
197:3,22
**Carnival** 2:13
196:24
**carry** 153:15
**case** 1:2 9:23 23:21
31:8,11 34:5
40:10 53:6 58:1
60:3 62:18 63:17
64:9 74:5 76:24
79:18 80:3,8
82:16 88:14 90:2
91:1,20 92:1
137:9 141:9
153:14 161:20
200:20 203:17
212:24 213:2
217:22 219:24
**cases** 42:16
**catch** 146:10
**categories** 73:8
**categorization**
75:15
**categorized** 75:1
**category** 73:12

75:2
**CATHERINE** 2:8
**Cathy** 8:14 218:3
**causing** 213:4
**CCR** 1:22
**cell** 174:15 175:6,6
175:14 176:1,2
177:12 178:24
180:21,25 181:5
181:12,13 184:21
185:2,6,9,16
**center** 58:20
**certain** 15:13 22:11
32:18 33:15 34:16
35:2 42:16 49:1
51:23 52:6 54:2
71:6 109:11 126:2
130:17 140:21
189:7 190:5,7
**certainly** 208:22
212:6
**Certificate** 231:18
**Certified** 230:17
231:2,4,17
**certify** 230:4,8,11
**cetera** 130:2
**chain** 40:20 41:3
42:5 146:21
**chains** 41:5 165:19
**challenge** 117:11
**Chamblee** 1:18
**chance** 68:8 143:19
**chances** 161:7
**change** 16:17,22
88:4 162:22
210:12 229:8,9
**changes** 17:6
**changing** 159:23
168:9
**channel** 131:17
132:19 168:23
202:7 221:23
**channels** 202:11
**charge** 44:13 50:3
50:8 122:24 127:7
128:7 194:2,3
**charges** 69:11

127:7 128:10
162:16
**charging** 163:5
193:15,19 194:2
**Charvat** 1:3 70:15
70:17 138:18
215:15 223:3,21
**Charvat's** 134:13
135:1 136:1 139:9
**cheap** 146:23 150:2
150:4 195:5
**check** 52:10 82:8
97:5 115:12,16
145:16 147:5
184:9 185:24
226:22 228:21
**check-out** 9:12
**checked** 45:18
186:3,11 203:21
**checking** 88:25
132:6 145:6
**Chicago** 2:15
**chop** 17:10
**chronological**
67:17
**church** 189:22
**churches** 189:15
**circumstance** 35:2
**circumstances** 35:4
**circumstantial** 35:3
**city** 170:18,19
**civil** 4:9 229:20
**claim** 15:9
**clarification**
121:24
**clarified** 30:17
**clarifies** 38:21
195:14
**clarify** 75:23,24
104:18 106:14,25
121:1 122:2
132:12 191:23
**clarity** 133:15
**class** 9:11
**clean** 16:15
**cleaned** 143:18
146:24

**clear** 5:19 6:14
77:8,16,20 105:9
108:6 115:14
150:9 177:10
207:22
**clearly** 26:9 29:13
29:15 30:5 89:25
108:8 214:15
**click** 15:19 16:3
**client** 17:2 20:14
25:9 26:5 30:18
30:19,20,21,22
31:7,24,25 32:16
33:7,18 34:14,18
35:6,12 47:23
52:21 112:3 130:2
130:5 153:24
168:22 181:4
192:10,11 193:16
193:18 194:1
206:21 209:15
**client's** 25:6 32:4
144:25 209:16
**clients** 15:5 28:7,8
47:4 52:15 56:24
57:3 167:2 191:16
192:23 193:9,14
194:10,13 209:6
**closer** 200:17
**closest** 47:21
191:17
**Cmacivor@ffleg...**
2:10
**code** 25:5
**Coldwell** 148:16
**collect** 6:5 41:9
44:24
**collected** 40:18,23
41:2
**collecting** 38:2
203:11
**collects** 38:14
**college** 10:16 11:5
12:6,15
**Colony** 138:18
**columns** 17:18 73:4
**come** 24:18,20

38:19 81:17 82:5
108:7 179:23
189:15 190:1
213:3
**comes** 24:25 27:20
34:14 116:7
137:25 167:13
224:16 228:2
**coming** 45:3 123:16
173:14 179:14
192:16 193:5
210:8
**common** 47:5
86:22 146:12
**communicate**
89:16 100:22
**communicated**
68:23 113:5
**communicating**
55:11 93:9
**communication**
70:16 80:16,18
81:21 82:15
132:17 174:13
**communications**
77:5 78:25 79:6
80:16 99:11
125:19 142:24
220:1 222:3
**companies** 40:13
41:14,23 152:20
**company** 28:22
39:14,16 40:1
43:3 50:17 58:11
59:10,13 62:22
68:19 89:20,22
94:3 101:12,15,18
111:2 116:6
121:17,17 122:20
128:22 132:25
136:17,23 142:21
149:7 150:9,24
151:10 153:17
160:13 163:4
200:17 201:11
202:16 204:7,14
206:4 212:12

220:15 224:12,23
226:12
**company's** 191:15
**compared** 103:25
163:5 191:9
**comparing** 137:16
**compensate** 173:7
**competition** 180:6
**compile** 38:3 41:24
182:9
**compiled** 38:24
59:23 146:12
150:1 170:19
176:21 188:22
189:24
**compiler** 24:11
25:12 41:21,22
42:4,4,6,7,9 43:4
43:5 45:15 46:8
47:9,17 48:2,4,19
48:21 49:8 51:19
54:14,18 56:9,11
56:15 57:1 95:14
96:9 97:6,20,23
98:2,10,20 100:8
122:19 133:20
146:10 153:6,10
153:12,13 158:23
159:9 160:7,12
162:16 163:4
164:15 166:10
167:1,25 180:3,17
181:19,25 191:20
192:18 193:5
**compiler's** 45:8
185:5
**compilers** 41:16,18
42:8,13 43:10
45:4,10 46:3 49:2
51:1 53:16 55:25
56:19 58:4,7 63:4
86:25 133:11
145:15 166:23
171:21
**compiles** 63:6
99:22
**compiling** 42:14

43:12 203:12
**complaint** 13:14,18
14:2 56:14 210:7
210:15 229:1
**complaints** 62:1
80:24
**complete** 139:15
172:24
**completed** 173:22
**completely** 169:24
184:3 190:25
223:21
**completion** 174:9
**compliance** 119:12
198:11 210:11
**compliant** 78:10
120:10 149:21
150:10 151:9
177:23
**comply** 16:5 179:7
**complying** 178:7
**comport** 139:7
**comports** 106:22
107:8
**comprised** 58:5
165:18
**comprises** 134:12
**computer** 37:6
67:25 108:1,10
135:13 166:12
**computers** 167:9
**concept** 22:21
**concepts** 129:23
**concern** 84:25 87:2
157:24 167:18,18
183:16 210:10
**concerning** 56:15
99:7 111:17
113:12,22 174:2
174:10 195:16
196:5
**concerns** 190:25
191:3
**concluded** 174:10
229:18
**conduct** 178:5
179:6

**conference** 2:6,11
**confident** 207:14
**confirm** 69:1,4
125:14 135:6
**confirmation**
186:20
**confirmed** 98:10
151:4 188:1
**confirming** 141:11
**confuse** 33:10
**confused** 192:20
**confuses** 217:2
**confusion** 192:13
**connect** 187:19
228:24
**connected** 85:6
109:9 148:20
**cons** 45:12
**consent** 30:15 54:7
54:23 130:17
131:8,22 169:14
169:19,21
**consented** 30:24
70:22 71:2 82:22
82:24 83:5 109:11
131:3 168:16
219:7
**consents** 179:13
**consider** 16:14
23:10 25:20 33:2
**considered** 26:2
104:21,25
**considers** 98:15
**Consistency** 62:7
**consistent** 17:11,18
141:1 174:5
213:14
**consists** 166:7
**consumer** 18:12
20:18 22:9 23:25
24:7,11,13 25:20
27:7 33:1,2,2,9,14
33:23,25 37:1,2
44:11 56:8 60:1
65:18 69:21 71:20
73:7,21 74:24
75:3,9,19,23

76:13 78:11 130:7
132:5 169:4,22
183:22 184:1,8
203:22
**consumers** 20:16
21:19 32:19 36:17
58:6 61:17 63:3
102:19 131:2,7,22
133:18 143:4
197:9
**contact** 17:1 18:20
18:23 19:2,12,17
20:2,20 21:19
22:13 23:9,12,23
23:24 30:11 31:19
36:16,18 44:16
48:14 49:25 55:16
59:6 106:21
107:17 109:5
116:15,23 117:21
119:14 128:23
129:8 132:18
161:25 169:15
201:8,9 205:7
218:16 220:2,3
**contacted** 28:10
30:16,24 54:7
71:2 82:24 92:20
92:21 101:8
119:15 131:3,22
132:5 168:16
169:5,7,19 185:14
186:5 200:19
219:8 231:4
**contacting** 81:11
104:11 200:20
**contacts** 121:6
**contained** 133:25
140:7 142:6
**contains** 137:19
**contend** 70:20,25
83:1,3,6 217:2,3
**content-related**
73:18
**contention** 70:24
82:20
**context** 200:13

224:13
**continue** 162:12
166:24 217:13
**continued** 128:21
163:3
**continuing** 158:17
171:1 184:15
186:12
**contract** 122:19
132:25 133:4,7,8
148:1,3,24 231:1
231:6,9
**control** 230:7
**convenience** 148:2
**conversation**
101:14 102:1
103:3 117:15
182:21 214:3
**conversational**
108:7
**conversations**
103:15 104:8
125:3 147:9 170:5
**convey** 48:18
180:13
**conveyed** 125:6
127:22,24 168:6
**conveying** 21:25
99:10 100:2 158:2
181:24 186:6
192:4,15 194:23
**Cool** 113:17
**copy** 67:22 79:19
93:16 199:18
229:7
**corporation** 2:13
11:22
**correct** 12:5 19:3
19:14 32:20,21,23
35:13 36:1,5 39:9
39:12 41:8,11,12
41:15 49:15,16,21
56:4,5 63:22
64:22 65:9,10
66:8 69:18 70:6,7
74:1,2 77:1 81:22
82:16 83:17,18,22

83:24 84:6 90:2
92:15,18 93:11
95:9 96:2,9 97:20
97:23 98:14 99:12
99:16 100:4,15
104:11,15,23
105:11 107:2
109:19,20,24
111:12 113:2
119:4,9 120:16
123:24 124:5
127:1 128:1,2,14
128:15,25 130:23
131:24,25 132:8,9
136:19 138:5
143:4,8,13,14
144:9,13,14 146:6
147:17,18,21
148:7,8 149:8,17
150:25 151:1
153:7,8 154:22,23
155:5,6,11 158:7
160:4 161:15,16
161:18 162:4,5
163:18,19 164:5
165:2,3,10,21
168:12 169:1,6,9
172:12 173:17
175:11,12 176:9
176:10 178:14,21
179:18 180:21
181:17 182:4,15
182:16 183:17,18
183:23 184:4,12
184:22 186:17
187:3 192:5
193:10 194:22
195:2,3 196:10,12
196:13 199:24,25
205:22 206:1,2,10
206:14,15 207:4,5
207:20 209:13,14
209:17 210:15,22
210:23,24,25
211:14 213:21
215:16,18,24
216:12 217:8,12

218:21 219:20
220:7,9 221:22
222:15,18,19,22
222:23 223:4,7,18
223:23 225:20,21
227:21,21 228:2
230:9
**correspondence**
80:7 142:25
174:14
**corresponding**
72:3
**corresponds** 72:15
**cost** 17:4 46:22
75:5 162:17,20
163:10 172:10,11
173:6 206:14
**costs** 210:24
**Council** 231:4
**counsel** 2:1 79:2,8
79:23 81:16
209:10 213:3
230:12
**count** 44:11
**counteroffer**
164:22
**counts** 20:15 48:14
160:21 166:4
**COUNTY** 230:3
**couple** 95:2 127:11
172:2 191:8
216:21
**course** 77:5,15 84:9
140:12 141:5
142:22 197:7
200:15 221:25
**court** 1:1 4:15 5:6
5:11,14,19 6:2
57:16 108:5
150:15 229:10
230:17 231:2,3,4
231:5,17
**courtroom** 5:8
**coworkers** 9:10
**crazy** 103:10
**create** 36:12
**created** 56:9 58:6

61:18 62:11,12,23
133:20 134:1
142:9
**creating** 56:12,16
61:24 134:21
**credit** 44:18 92:9
148:1,4,22 163:9
163:10
**criminal** 8:25
**criteria** 18:14 21:4
44:7,12,24 45:7
45:11 47:21
**criterion** 20:13
**CRM** 81:12 89:14
**cruise** 196:21,24
197:4,21,22,23
**Cruises** 2:7
**CSU** 164:12
**current** 13:6
**currently** 11:23
12:25 58:22 71:7
**customary** 231:13
**customer** 18:10
20:7,8,9 22:1
24:15,15 25:21,22
26:17 27:12,13,16
29:5,7 31:12,18
33:5,10 43:16,17
43:19 44:4,15
46:1 47:4,19 48:5
48:16,23 49:9
50:4,9 51:9 52:6,8
58:20 62:2 66:2
69:14 72:4,7,15
74:11 100:7
102:22 103:2
109:2,7,17 112:6,6
132:22 173:7
179:2 181:11,16
190:4 194:17,18
194:18,20 225:3
**customers** 15:22
16:8 17:25 19:24
20:20,20,25 22:5
22:15 25:15,18
28:3 36:1 39:11
40:19 44:21 45:17

46:8 51:20 56:7
57:8 72:25 73:25
74:3 89:13,14,16
131:14 178:5
191:25 193:3
194:7,15 197:10
197:21 198:13
224:24
**cut** 134:23
**cvb** 148:4

---

### D

**D** 4:1 13:15,19
**daily** 86:25 123:17
125:5 166:3,6,7
172:15 174:2
**dash** 86:6
**data** 15:5,11,22,24
15:25 16:9,14,18
16:19,20 17:20,23
18:19 19:22 20:2
21:16 23:11,17,22
23:25 24:10 25:21
25:21,22,24 26:1
26:18,21 27:10
28:1,4 29:3,25
30:1,1,4 31:14,16
31:21,23 32:2,2,3
32:10,12,17,19,23
33:2,2,6,9,9,15,16
33:18,23,24 34:1
34:16,20,20 35:6
35:11 38:23 40:18
40:23 41:24 42:7
44:22,23,25 45:8
45:20 46:1 47:21
48:20 49:4,15
50:4,5,20,22 53:3
53:8,12,13,16
54:14,18,21 56:1
56:7,12,16,24
57:1,6,7,19,23,25
58:3,5,17,19
59:23,25 60:4,17
60:18,20,22,25
61:6,10,11,13,16
61:16,24 62:10,12

62:12,22 63:6
65:18,24,25 66:2
66:7,19 69:21
70:4,10,16 71:3,4
71:6,9,10,13,16
71:20 74:5,10,18
74:22 75:4,9,20
75:24,25 76:9,13
77:17 78:18,20
81:18 83:15,23
84:1,6,11 86:25
89:22 98:19,22,23
104:15,22,25
105:1,7,9 106:3,4
106:6,12,19 107:9
107:10,13 109:18
110:12 111:7,8,10
112:1 116:20
124:2,4 125:11
128:24 129:1
130:15,16,21
131:20 132:14
133:18 137:12
138:12 139:6,7,19
139:21 140:4,7,11
142:2 143:18
146:9,10,11,14,20
146:22,23 150:1,3
150:4 159:9 160:7
160:12 161:12
162:16 163:4,9
164:15 166:11
167:15 168:9,9
169:1,3,12,13
170:19 179:12,24
179:24 180:2,15
181:20,25 182:6
183:17,19 190:5
190:14 191:1,6,10
191:17,24 193:16
194:6,23 201:4
202:17,21 203:4
203:11,16 204:7
204:14 206:5
207:7 208:13,20
209:15 210:8
213:7,16 214:7

226:23
**database** 16:22
  60:1 88:2 94:15
  118:25 150:5
  203:22 215:21
**date** 7:18 12:2 54:1
  64:4,10 65:21
  66:14 72:3 73:5
  94:21 95:12
  105:21 108:20
  109:4 125:16
  126:21 137:12
  138:19 143:7,10
  147:23 156:3
  158:11 168:11
  180:8 182:13
  183:6,21 186:13
  228:6
**dated** 95:8 97:2
  125:15 148:13
  152:1,6,17 159:5
  170:25 171:2
  173:20 174:23
  175:20 187:9,12
  188:12,14,16
  227:10
**dates** 64:10 67:16
  72:12 86:18,20
  92:23 93:5 94:9
  142:8 154:5
  163:12
**day** 27:14 32:5
  86:23 87:17 93:15
  108:4 114:1,4
  116:6 121:8,8
  122:22 123:10,12
  123:13,16 126:5
  126:22 127:20
  128:19 140:19
  152:13 157:23
  160:19 161:3
  162:18,22 163:11
  163:13 164:21
  167:6 190:16
  199:9 226:7 227:5
  230:15 231:15
**day-to-day** 89:15

**days** 9:7,14,20,21
  45:17 123:18,21
  156:6,8 186:23
**DC** 153:10
**De-duplicate** 16:16
**de-duplicating**
  16:21 17:7
**deal** 44:13 74:20
  122:3 167:2 195:6
  214:5
**dealing** 213:15
**dealings** 71:14
  213:24 217:18
**deals** 176:19
**dealt** 104:1
**decade** 40:1
**December** 93:6,6
  93:10,21 94:1,6
  94:22 95:1,2,2,8
  95:12,22 96:12
  97:2 98:1 105:2
  110:5,10 111:3
  115:5 118:12
  120:22 122:5
  125:15,20 126:7
  126:22 132:14
  140:18 143:8,11
  144:11
**DEFENDANT'S**
  3:8 63:12 64:17
  66:24 85:8 134:4
  148:9 151:21
  154:8 165:12
  170:20 174:19
  178:15 187:5
  188:7 199:19
**defendants** 1:8 2:7
  2:13 205:6 218:15
**define** 18:1,4,7
  22:25 23:1,1
  29:13 30:5
**defined** 26:9 29:15
**definite** 97:7
**definitely** 39:4
  86:24 87:6 206:2
**definition** 29:16
**Degree** 10:22

**delete** 90:16 92:6
**deleted** 90:18 155:8
**deliver** 66:18
**deliverability**
  173:8
**delivering** 152:12
**deny** 69:2,4
**depend** 219:8
  222:21
**depended** 169:8
**dependent** 169:24
  184:3
**depending** 25:6
  51:24 177:23
**depends** 19:25
  32:25 33:21 45:1
  45:6,23 46:10
  47:6,12 52:25
  90:20 106:7
**deposition** 1:12 4:7
  5:7 8:17 9:6,13,14
  10:3,6 55:12,22
  97:15 125:1
  150:20 198:9
  222:1 229:17
  231:5,5,6
**describe** 53:3 201:5
**described** 139:20
**describing** 140:5
  140:18 148:24
**description** 71:3
  76:3
**design** 180:4
**deter** 180:6
**determine** 44:25
  84:5 105:6 131:2
  149:15
**determining** 45:24
  109:21
**dial** 29:2,3 44:1
  228:21,24
**dialer** 196:6,9,14
  196:18
**dialers** 120:9
**Dick** 203:7
**difference** 41:18,20
  118:20,23

**different** 6:18
  15:20,21 19:1
  22:4 25:23,25
  41:16 45:12,23
  50:20 51:15 52:16
  61:8 72:23,24
  73:24 74:8 75:15
  78:20 117:23
  126:5 127:10
  130:22 131:1,3,23
  132:16 149:24
  151:19 153:13,15
  158:4 166:8,12
  167:8 171:21
  224:11 225:16,17
**differentiate** 39:14
  45:13
**dig** 67:22 208:5
**digits** 138:17 139:8
**direct** 13:3 26:16
  44:5 48:13 49:18
  50:1,7 76:15
  131:24 132:23
  143:3 147:1 201:8
  202:2,12 207:9
**directed** 24:4
**direction** 230:7
**directly** 41:2 47:3
  51:8 63:3 112:7
  180:19
**disagree** 176:14
  197:23,24 201:1
  203:24 205:14
  207:11,12 216:13
  221:11
**disbelieve** 204:9,17
  204:18,23
**disbursing** 24:7,10
**disclose** 231:2
**disclosed** 231:13
**DISCLOSURE**
  231:1
**disconnect** 146:15
  147:2,7
**disconnectivity**
  146:18
**discontinue** 191:22

**discontinued**
  129:11
**discounted** 173:16
**discover** 47:23
**discovered** 188:3
  220:16,17
**discovery** 4:7
**discuss** 44:7 79:22
  200:7,14
**discussed** 9:5,13,23
  49:1 79:18,20
  111:14 125:4
  144:24 172:7
  200:3,6
**discussions** 89:15
  197:6 219:17
**dispute** 13:14
  141:24
**disqualified** 231:8
**dissatisfied** 173:7
**district** 1:1,1 21:5
**DMA** 13:3
**DMS** 135:15,16
**DNC** 77:10 114:6,7
  115:8,11,15,15
  116:1,5,7,11,17
  116:19,22 117:7
  117:11,12,20,21
  118:11,17,21
  119:12,16,20,25
  120:3,14,24 121:2
  121:15 127:19
  129:9 152:18
  153:7,19 155:24
  156:2 160:23
  161:20,24,24
  175:5,10 177:23
  188:2,5 195:23
  206:13 207:3
  209:25 210:3,11
  219:19,25 225:25
  227:1,7
**DNCs** 121:9 127:18
**document** 63:19
  67:19 68:8 69:2
  79:24 80:1 84:20
  85:14,16 90:25

134:18 135:13,14
138:1 139:11
140:10,23 141:4
142:19
**documents** 3:10
10:5 64:22 65:1,4
67:5,18,19,20
69:9,17,23 70:14
71:19 78:7 79:25
80:14,23 81:5,15
88:11 90:12 95:20
137:1 216:2
**doing** 19:22 40:7
89:3 145:2,23
157:19 158:2
162:20 170:13
198:22 216:23
217:6 226:7
**Dominican** 58:20
**doors** 44:7 81:16
**dot** 8:2 86:4,4,4
137:12
**double** 26:11,12
52:10 82:8 88:25
145:16
**doubt** 223:16
**doubtful** 226:25
**doubts** 213:6
**drafted** 65:7
**drive** 65:24 138:18
**drug** 214:23
**drugs** 4:25
**dude** 102:24
**due** 79:14
**due-diligence**
31:25 89:3 120:13
144:25 145:3,5,23
178:6 179:6
208:17
**duly** 4:3
**Dun** 190:2
**dup** 115:2
**duplicate** 87:16,19
87:20 118:21,24
119:4 155:12
**duplicated** 119:14
**duplicates** 114:25

118:18 119:11
122:8,14 155:10
155:21 157:5
161:11 162:23
187:16,18 191:2
220:6
**duplicating** 160:24
168:9
**duplication** 88:7
117:16,18,22,25
118:10 121:7

## E

**E** 3:1,7 4:1,1 230:1
230:1
**e-mail** 7:20,23 19:8
22:20 23:16,19,23
24:17,19 26:11,19
26:23 27:8,10,15
27:16 29:21 37:21
44:6,19 46:9,13
46:17 48:6 49:5
49:24 50:6 51:3
53:25 67:7,9,10
67:21 69:3 73:6,9
73:11,13,18,19
74:24 75:16 80:1
80:2,6,17 82:15
85:21 86:8 89:17
90:10,17 91:15
92:4,5,13,14
93:14,20 94:16
95:13 97:2,3,11
97:13,22 98:1
99:9 105:2 106:18
107:8 113:20
115:4,24 117:3,4
117:6 118:12
125:16,22,25
126:6,22 131:23
132:13 135:18
137:19 138:19
140:17 143:10,20
145:1 146:17,25
147:20,25 148:15
148:20 152:5,6,8
152:24 154:3,15

159:5,13 160:2
163:25 164:4
165:19,24 166:2
166:18 168:4
171:6 172:3 173:3
173:16,20 174:1
175:10,19,22
176:8,12,15 177:8
177:10 178:4,20
178:23 179:21
180:23 181:18
183:15 184:2,16
184:18 187:10,13
188:16,18,21,22
189:2,3,7,16
190:21,22 192:13
202:13 203:20
209:24 227:1,9,11
227:19
**e-mailed** 47:5
51:16 67:12
111:20,21 131:8
144:12 189:6
**e-mails** 26:20 67:13
67:17 76:15,17
78:14,18,20 79:3
81:8,8 84:18
85:17 87:24 89:19
90:1,4 91:3,3,4
92:16 93:17 94:12
94:13 95:25 99:2
99:6 100:25
105:10 113:15,16
114:11,13,15,19
124:22 125:15
151:25 154:7
165:20 167:8
173:8,9 208:25
221:25 227:15
**earlier** 24:23 25:16
32:17 49:1 76:2
96:2,4 97:15
106:4,11,23 107:1
117:16 119:1
126:21 129:4
132:12 133:15
139:21 140:5

142:2 145:10
147:15 150:22
157:2 177:4
179:13 190:4,24
206:9 212:5
219:17
**earliest** 148:2
**early** 93:10 219:16
219:25
**easier** 121:11
**EDWARD** 2:3
**effort** 160:20
**efforts** 73:16
120:14
**eight** 78:7,12 204:6
**either** 12:2 18:24
48:9 55:15 67:19
69:1 108:5 119:14
150:7 168:3
188:25 208:10
**Either/or** 51:5
**elaborating** 118:2
**electronic** 51:2,11
51:12,13 52:17
67:22 135:5,7
137:21 138:1
139:1,6,12,16
**electronically** 81:6
81:8,15
**Elizabeth** 1:7
**else's** 197:11
**email** 2:5,10,16
3:12,12,13,13,14
3:14,15,15 101:3
**emails** 3:10,11,16
66:11 71:5 82:11
89:9 91:5 96:17
**employed** 59:1
**employee** 14:18
68:18 230:12
**employees** 59:15
65:20
**employer** 152:21
**employment** 59:3
**empty** 179:23
**ended** 60:22 119:18
119:19 174:8

211:7,10
**engage** 34:15 104:6
**enhanced** 40:23
**enjoyed** 170:13
**entered** 56:8 61:17
61:18 133:18
**entering** 133:6
**entire** 6:19 12:21
67:23 104:24
**entirely** 169:8
219:9 222:21
**entities** 40:9
**entity** 69:24 70:21
83:4
**entries** 137:17
155:5,24
**entry** 137:24
155:16,18 158:18
**equation** 177:14
**Equifax** 41:22
**equivalent** 127:6
**erase** 99:5
**erased** 92:14
**err** 214:19
**errs** 214:19
**Esq** 2:3,8,14
**essentially** 43:7
172:10
**establish** 64:7
**et** 1:7 130:2
**ethic** 186:9
**events** 40:21
**eventually** 40:18
128:23
**Everybody's** 14:14
**evidence** 54:24
109:9 225:22
226:1,4 230:9
**evidencing** 78:8
**exact** 11:18 148:15
155:13,16 158:18
**exactly** 167:20
170:2
**EXAMINATION**
3:2,2 4:5 198:6
218:7 226:18
**examined** 4:3

**example** 33:1 37:2
  37:18 121:18
  178:4 179:6,10
  190:3 226:23
**examples** 35:15
  179:1
**Excel** 22:3 51:15
  54:3 136:11
  137:10 140:10
**excellent** 58:17,17
**exception** 139:8
**exchange** 80:1,2
  114:4 171:10,17
**exchanged** 99:6
**exempt** 115:15
  118:11,14 212:18
**exemptions** 130:1
**exhibit** 3:8,9,10,10
  3:11,11,12,12,13
  3:13,14,14,15,15
  3:16,16 63:12,17
  64:17,23 66:24
  67:3,5 69:2 85:8
  85:13 89:6,8
  92:25 134:4,9,21
  135:3,20 137:8,16
  137:20,25 138:5,9
  138:12 139:7,14
  139:17 148:9,13
  151:21 152:1,1,2
  152:3,4,6,16,16
  154:8 159:15
  163:20 165:12,16
  170:20,24 171:5
  174:19,23 178:15
  178:19 184:15
  187:5,9 188:7,12
  188:13,15 190:18
  199:19 209:24
  218:10,11 225:15
  225:15 226:20
  227:9
**exhibits** 154:2
  188:11
**exist** 4:19
**expect** 93:15 116:2
**expected** 162:23

**expensive** 45:5
  74:22
**Experian** 20:4,11
  24:22 41:23 45:4
  45:19 48:12,14
  49:2 50:22 59:25
  60:17 176:19,20
**experience** 40:5
  46:2 53:2 56:22
  57:5 58:16 106:2
  106:19 112:17
  138:23 142:6
**experienced** 58:11
**expert** 198:11
**explain** 39:18,19
  42:25 43:1,15,21
  56:20 99:18 102:5
  102:12,21 132:16
  146:16 168:13
  228:4
**explained** 104:13
  170:4
**explaining** 99:19
  124:8 158:22
  162:1
**explanation** 170:10
**express** 157:24
**expressed** 84:25
**expressions** 103:7
**extent** 103:5
**extra** 103:18
  122:22,24 163:10
  226:12
**extract** 81:18
**Eye** 224:13,16,19
  224:22 225:2,9
**eyes** 134:17

---

**F**

**F** 230:1
**facial** 103:7
**fact** 9:5 86:11
  88:17 119:7
  141:18 150:7
  195:19 204:24
  206:3 207:3
**factors** 4:19 45:1,2

**factual** 56:25
**fair** 6:13 10:11
  18:20 19:6 21:1
  22:5 36:20,21
  37:4,23 38:5,16
  39:3,4 40:19,22
  52:18 57:8 60:6
  75:4 76:15 90:19
  93:6 100:1 103:23
  104:6,22 125:6
  141:24 142:15,16
  146:5 147:14
  149:19 153:20,21
  156:12 168:6
  194:5 220:23
  222:6
**fairly** 13:16 47:5
  86:22
**faith** 35:1
**fall** 16:23 20:14
  21:4 40:14 107:10
**familiar** 15:17
  22:21 97:4 139:21
  215:20
**familiarity** 106:12
**far** 11:10 13:12
  14:25 19:12 44:8
  44:15,17 45:6
  65:25 102:11
  130:15 147:9
  163:6 177:21
  180:2 183:25
  221:10
**fast** 90:16,23 91:5
  91:13,16 92:10
**favor** 85:13
**fear** 198:15
**February** 11:8 12:1
  128:3 147:24
  148:14 150:24
  152:1,3,7,17
  175:1 195:22
  227:1
**Fed-Ex** 199:12
**federal** 4:8 229:19
**feed** 50:5 159:17
  163:9 166:3,6,7

190:14 191:17
  194:6,23 202:17
  202:21 203:4,16
  203:16
**feeds** 49:4 87:1
  172:16 174:3
  191:24
**feel** 60:15 200:2
  215:6
**feeling** 4:17
**feels** 166:9
**fees** 24:18 163:5
**fiasco** 171:11
**fields** 17:9,11,18
**figure** 44:18 81:14
**figured** 208:16
**figuring** 123:3
**file** 17:3 26:7 46:21
  51:24 52:25 53:19
  60:21 61:1 90:16
  90:23 91:8 92:6,7
  118:6,8 121:7,12
  122:9 137:9 139:2
  139:3,7,12,12
  141:4,15,16 142:3
  144:7 153:15
  155:19,22 161:1,7
  161:8 162:12,15
  164:2,9,12,22
  173:23 176:17,18
  176:21 188:23
  190:10 192:10,23
  194:4 202:12
  208:15 215:24
  226:6,13,22
  227:13
**filed** 91:6,7,13,16
  92:11
**files** 22:10 44:14
  45:11 50:21 51:23
  51:25 52:1,12
  66:2,3,18 68:5,12
  68:23 74:8,14,16
  126:3,5 127:20
  136:16 154:19
  156:14 162:7
  164:16 190:8,12

**fill** 44:17 148:3
  156:3
**filled** 54:22 158:10
**filling** 166:13
**fills** 179:2
**filter** 174:15
**final** 114:24 171:2
  173:9
**finally** 127:14
  138:7
**financial** 231:11,12
  231:13
**financially** 230:13
**find** 16:3,3 45:19
  45:19 78:19 90:1
  90:9 98:22,22
  111:25 120:16
  134:14 162:6
  163:16 177:11
  179:12 181:4
  186:23 200:21
**finding** 88:22
**fine** 6:14 8:12,14
  37:15 69:5 75:8
  81:25 82:18
  110:19
**finish** 5:24 6:17
  27:5 163:14
**finished** 6:12,15
**Firm** 63:18
**first** 4:3 8:2 10:24
  14:4 15:21 17:12
  17:14,15 26:3
  47:23 60:5 64:4
  65:6 67:8 78:17
  84:20 92:19,21
  94:15 97:11 101:8
  105:15 117:3
  118:6 125:16
  126:23 136:4
  137:24 138:17
  143:7,12 152:3,5
  152:12,17 153:9
  154:19 159:13
  160:14,16 161:3
  161:23 164:4
  165:4,17 170:24

171:5 178:19
181:24 186:24
187:25 188:18
190:22 191:2
194:5 206:9
227:11 228:19
**fit** 17:10 40:20 45:8
45:11 47:22
**five** 10:8 13:23
22:19 41:17 47:25
70:13,13 85:18
102:25 103:2
123:18,21 126:5
151:11 154:20
157:2 165:18
186:24 199:16
201:24 208:25
209:1 211:15
227:3,3
**fix** 160:25
**FL** 2:10
**flip** 122:16 172:2
173:1
**Florida** 70:4
**focusing** 37:16
**followed** 67:9
**following** 64:22
125:3 126:6 135:8
151:2 153:4
170:10 179:21
**follows** 4:4 71:19
86:15 188:12
**food** 150:16
**foregoing** 230:4
**Foreman** 2:9
**forgot** 115:12
**form** 8:11 21:24
23:5 31:3 38:25
49:25 54:22 89:2
92:9 110:3,11
111:1 128:13
135:8 136:1
137:18 148:2,4,23
156:3 158:10
198:17,23,24
201:22 203:25
204:11,19 205:11

207:21 209:18
210:16 211:5,18
212:1,8 215:8,17
217:16,20
**formalities** 5:7
**format** 21:25 22:2
22:3 54:2 81:6
136:9 140:10
163:8 164:12
**formats** 51:15
**formatting** 228:10
**formed** 105:1
**forms** 44:17 166:13
180:2,4 184:25
185:1,5,13 186:4
**forth** 17:19 87:15
88:7 103:22 142:9
**forward** 33:14,22
136:14 172:21
**forwarded** 136:6
**found** 57:6 194:1
224:9
**foundation** 204:1
205:12
**four** 10:9 64:9 65:8
65:14 69:20,20
72:19 85:17
123:21 136:24
139:8 152:10
164:23 187:1
201:7,16
**frame** 64:7 90:12
125:14 127:2
**framed** 65:13
**frames** 72:1
**fraudulent** 166:10
167:1,19
**freaked** 86:2 87:11
87:12
**freaking** 227:22
**free** 164:17 171:10
171:18 190:6,9
208:6
**fresh** 146:11
**freshest** 10:10
**Friday** 58:19
**Friedman** 2:9

**friend** 9:17
**front** 94:10,12,14
110:23 218:9
**frowned** 212:15,16
**FTC** 25:3 209:22
**FTP** 51:4 66:17
68:25 136:15
**fudge** 193:13 217:1
**full** 137:18 139:15
148:4
**fully** 213:9
**fun** 214:4
**further** 3:2 5:23
94:20 95:2 119:18
147:8 179:7 180:1
198:2 200:21
218:7 220:21
226:18 230:8,11

---

## G

**G** 4:1
**game** 88:4
**gathered** 40:5
**gathering** 39:15
40:12
**general** 18:2 34:13
39:19 40:8 44:9
106:12 107:9
**generalities** 178:1
**generally** 57:22
221:6
**generate** 28:5 36:3
41:9 44:2 180:5
197:10,21 224:18
**generated** 27:16
36:23
**generating** 24:4
42:17,21 43:13
224:17
**genuinely** 168:8
**Georgia** 1:1,19
4:16 11:22 230:2
231:4,4
**get-go** 86:19
**getgo** 190:8
**getting** 26:14,15
31:14 40:7,22

45:14 60:22 74:21
86:2,7 87:12
110:20,22 129:4
143:17 157:25
159:18 160:15
161:5 171:15
174:16 176:2
187:15 194:12
195:5,6,9 200:22
208:4,16 229:1
**girlfriend** 9:10
**give** 6:17 7:5,7 15:9
15:13 20:7,11
25:25 27:12 29:16
32:2,16 45:9
46:16,19 49:4
82:3 118:7 122:6
130:12 131:10,14
137:7 146:14
150:15 152:21
161:8,10 162:9
164:23 171:18
180:18 182:23
183:3 190:5,9
209:5 210:2 212:6
226:22
**given** 5:7 6:19 8:17
35:15 65:3 79:15
111:15 154:19
166:9 167:21
169:14,18,18,21
180:18 225:3
230:9
**gives** 201:4
**giving** 9:6,14 24:13
29:11 30:12 57:1
87:3 131:8 148:12
157:8 165:16
168:7,10 169:13
190:13 225:18
**gmail.com** 8:2
**go** 7:14 10:11,16,18
24:15 28:3,15
33:1,14,22 38:10
45:24 46:6 52:9
54:11 78:6 80:20
85:20 87:18 89:25

93:1,19 95:6
96:24,25 97:8,12
97:25 107:1 112:7
115:3 121:8
126:16 141:11
144:3 147:8
150:14 159:4,12
165:23 166:16
168:22 172:18
173:19 178:19
179:20 180:2,16
182:25 185:12
189:13 190:20
218:6
**goal** 20:18
**goes** 26:21 37:6
95:1 126:25 154:5
165:18 218:3
221:10
**going** 6:2 9:12
21:20 25:9 26:10
26:14 30:20 32:1
32:5,6 34:4,7,8,23
35:1 44:9 45:4,8
45:14 46:7 47:18
50:6 51:8,9 55:19
64:4 67:18 68:2
69:22 76:6 88:7
100:18,19 111:24
115:21 116:2
117:2,18,24 121:8
125:5 127:15
129:8 131:17
132:17,22 134:9
134:25 135:2
142:17 144:1,7
149:20 151:25
155:23 159:22
161:10 164:16
172:10 175:24
179:23 181:23
190:5 196:23
202:7,9 203:7
208:18 213:5
215:3 219:19
221:21 228:22
229:12

**Goldmine** 89:11,12 89:17 91:23 92:4 94:15
**good** 12:21 14:18 14:20 20:17 35:1 53:7,13 72:6 98:1 167:15 191:15,22
**gotten** 93:21 171:13 186:1
**graduate** 10:14,20
**graduated** 11:5
**graduation** 10:24 11:2
**grand** 151:12 211:15 227:3
**grandpa** 11:11 12:10
**great** 14:19 56:24 110:25 190:24 195:6 208:16
**greater** 154:14
**grew** 12:10
**grocery** 9:12
**Group** 65:19 66:1 69:10,15 70:5,22 71:2 72:1 78:9,10 78:16 79:1 81:1 135:17
**guaranteed** 198:20
**guess** 14:11 16:14 19:4,15,25 34:7 41:25 51:17 57:19 64:16 89:18 92:24 114:22 141:12 142:1 153:9,24 158:13 180:22 182:8 202:22 228:14
**guessing** 7:9 31:8 40:11 64:1 90:7
**guy** 9:16 181:22
**guys** 42:14 65:5 135:22 147:8 148:12 150:17 154:1 160:19 208:24
**gym** 9:16

**H**

**H** 3:7
**half** 116:12 122:7 184:19
**halfway** 85:20 154:12 164:3 171:5 188:17
**HALL** 230:3
**handshake** 50:16
**happened** 104:3 125:14
**happens** 38:11 83:12
**happy** 160:13 173:21
**hard** 4:23 5:14 6:2 34:2,2,3 65:24 79:19 135:9
**hassle** 212:25
**hat** 212:14
**head** 6:11 21:15 55:4
**hear** 26:8 31:6 34:10 101:12 144:1 173:21 204:21 208:11 209:3
**heard** 6:19 60:5 205:1,2 224:12 225:13
**hearing** 4:23
**hefty** 83:13
**held** 66:3
**help** 27:22,24 73:16 88:12 118:3 126:17 137:4 152:21 159:10 160:8,18 161:13 175:24 180:9,10
**helpful** 152:22 214:22
**helps** 45:7 176:5
**hey** 17:2 30:8 31:15 45:9 101:11 109:5 113:9 115:11 126:1 144:19

146:8 170:7 171:20 172:6 181:4,11,16 182:11
**hi** 147:25 159:8 166:22 172:20 173:21 175:22 179:22 185:13 186:25 190:23
**high** 10:11,13 12:6 115:2 117:22,24 180:5 186:16
**higher** 42:5 73:17 128:18 146:11,15 146:15,25 147:2,7 160:20 195:10
**highlighted** 138:13 138:16
**hire** 28:8,16,23
**hired** 196:10
**hires** 26:17,17 27:7 43:16,17,19
**hiring** 83:16 110:12
**hold** 40:3 42:12 64:25 66:2 86:5 106:14
**holds** 13:7 162:13
**hole** 162:24
**home** 12:10 134:10 176:1
**homeowner** 25:22
**honest** 6:7 79:21 200:5
**honestly** 10:4 191:11
**honesty** 214:20
**hope** 176:5
**hopefully** 122:21 164:24 214:21
**hopes** 167:9
**hoping** 171:17 172:14
**hour** 184:18
**hours** 55:19 58:18 184:17
**households** 18:12 60:1

**huh-hu** 5:15
**hundreds** 142:3
**hygiene** 16:14,18 16:19 17:17 21:14 21:18 146:17,19 203:19
**hygiened** 146:9,23 179:24
**hygiening** 16:20,24 17:5
**hypothetically** 31:12

**I**

**i.e** 43:5
**idea** 41:5 101:17 129:19 136:22 161:6 176:17 196:8,14 200:10
**IDENTIFICATI...** 3:8 63:14 64:19 67:1 85:10 134:6 148:11 151:23 154:10 165:14 170:22 174:21 178:17 187:7 188:9 199:21
**identified** 81:5
**identify** 47:17 48:2 48:4 69:23 71:19 185:6
**identifying** 67:16
**IL** 2:15
**imagine** 24:2 107:20 136:11 145:19 151:11 186:2,9 224:25
**imagined** 186:11
**immediately** 186:25
**importance** 186:16
**important** 5:18,23 6:7 33:6,17 34:17 34:22,25 35:5,7,8 100:6 109:23
**impression** 197:8
**impulsive** 167:12

**in-house** 196:1
**inaccurate** 112:23
**inbound** 44:3
**include** 19:5 37:20 82:12,21
**included** 19:2,8,9 19:13 79:3 82:10 83:19,23 100:15 105:10,15,17,19 105:21,23,25 106:5,21 134:21 144:7 188:24
**includes** 19:16 207:18
**including** 65:19 66:11 69:10 79:2 79:8 81:11 158:6 205:6 218:15
**incoming** 91:8,9
**incomplete** 146:20
**incorporated** 11:15 11:19
**incorrect** 32:24 46:18 86:22
**incorrectly** 86:17
**increase** 129:1 171:11
**independent** 49:11 50:1
**indicate** 77:21 88:20 95:25 107:19,25 108:22 129:3 171:14
**indicated** 30:15 144:12 151:4,8,16
**indicates** 98:12 140:9
**indicating** 152:25 153:5 174:1
**indication** 86:10 98:8 116:10 143:22 145:2 148:5 152:11 154:14 155:3 163:15 172:22 181:10,11,15 187:23 191:3

**individual** 28:22 49:23 54:5 69:23 70:21 83:1,4 108:14 169:19 201:9 219:7
**individual's** 109:9 184:11
**individuals** 18:20 19:17 21:17 30:14 30:23 42:20 61:17 76:13 82:22 85:3 130:17 142:8 168:15 205:7 218:16
**industry** 12:8,11 13:7 14:24 15:1,2 15:10 18:3 20:22 25:20 26:8 33:6 35:18 40:1,6,11 119:13 167:12 191:20 201:10 212:11 225:13 228:23
**inexpensive** 208:15
**info** 41:23 60:23 86:21 106:21 153:6 167:24 180:8 190:2 228:2
**info@amex.mem...** 66:12
**inform** 131:7
**information** 6:6 15:13,14 16:2,4 17:24 18:1,7,10 18:15,18,20,24 19:2,13,16,17,23 20:3,15,16,19,24 21:20,24,25 22:13 23:4,8,12,25 24:12 25:4,8,11 25:12,13,16,24 26:3,22,24 27:2,8 27:9 30:9,10 35:25 36:3,11,15 36:16,18,22 37:1 37:3,19,22 38:3,3 38:4,15,24 39:7,8

39:10,15 40:8,12 41:10,14 42:15 44:9,18 45:14 46:7,12,14,16,17 46:20,24 47:10,19 48:3,5,17,22,23 48:24 49:7,9,12 49:25 50:10,11,19 51:1,19 52:3,12 52:12,14,17,20 54:5,23,25 56:2 59:5 63:3 69:22 69:24,25 70:21,23 71:1 72:16 73:19 75:10 76:11,25 77:6,8 78:5 82:21 83:2,4,19 84:10 86:3 87:13,16 94:10 97:14,16,19 98:9 100:9 104:14 105:4,6 106:5 107:7,18 108:25 109:7,12,17,21,24 110:5,10 111:2,13 111:14,16 112:23 113:2,6,13 125:7 130:23 133:25 137:20 142:6 143:1 145:12 166:8 167:5,7 169:5,9 182:9,12 182:14,19,20 186:22 200:21 201:5,9,10,12,16 202:2,15 203:6,18 203:20,20 205:4 206:22 218:13 219:2,11 223:17
**informed** 104:9 143:1 201:25
**informs** 48:16
**Infrequently** 101:7
**initial** 42:19 43:24 71:5 78:17 102:1 104:8 125:3 137:17
**initially** 114:3

**input** 155:14
**inputs** 37:19 38:24
**inquiring** 189:6
**inquiry** 43:24 180:20
**instance** 5:9 17:13 20:4 21:3 24:22 25:20 48:11
**instructions** 141:1
**insurance** 224:17
**intend** 48:17
**intended** 104:25 107:18,25 108:21 109:23 111:10 129:2 139:12 143:2
**interact** 203:10
**interest** 55:14 104:4 208:8,9 231:8,11,12
**interested** 202:1 230:14
**Interesting** 42:18
**interfere** 5:3
**internal** 116:15 117:21 129:7 135:12,14 155:24 156:21 157:5 220:3
**internally** 124:18
**International** 72:15 74:1
**internet** 45:18 150:5 202:17,21 203:4,5,11,16,18
**interpret** 175:10 179:11
**interpretation** 185:4
**interrupt** 8:8
**introduction** 101:11
**invalid** 183:17
**invest** 180:1
**investigate** 131:16
**invoice** 47:14 148:23 149:2

171:2 172:21,24 173:2
**invoices** 69:11
**involved** 141:22
**IP** 54:1 97:14 105:23 106:21 107:24,25 108:1,3 108:9,13,13,14,25 109:10 138:8 159:23 166:8 182:13 183:21
**issue** 91:9 92:18 119:2,11 160:23 160:24 161:14 162:21 163:16 167:22 171:24 172:15 209:25 210:5 217:21 228:10
**issued** 63:17
**issues** 56:11 61:23 112:19 119:12 151:17 159:10 160:8,16 163:7 167:2 173:13 213:4 217:19 228:12

**J**
**J** 1:22 2:8 230:16 231:2,17
**J-O-S-E-P-H** 4:13
**James** 154:4
**Jamie** 164:1,8,14 166:15
**January** 65:20 66:14 188:14 190:23
**Jason** 71:5,10,11 75:24,25 76:5,8 76:24 77:6,16 83:16 86:1,8,11 87:2,15 88:15,21 93:14,20 95:13 96:5 97:3,9,11 98:2,8,15,18 100:11 115:11

121:7,12 122:18 126:6 139:25 140:2,3 141:12,14 141:22 143:15,23 144:11 146:8 147:25 152:25 159:8,24 160:3,6 161:2 164:1 166:3 166:22 167:17 170:11 171:6,14 171:20 172:6,20 173:21,21 174:1 175:3,23 176:8,15 176:18 178:4,20 179:3,6,22 180:14 180:18,20 181:18 181:24 185:4,13 185:20,21,22 186:25 187:2,13 188:20,22 189:2,6 190:22,23 191:3 192:3,15 197:6 201:12 205:23 209:25 227:19 228:3
**Jason's** 116:4 179:11
**Jbecker@smbtri...** 2:16
**Jeff** 8:7 27:19 203:17 204:16,22 214:4,13 218:5
**JEFFREY** 2:14
**job** 10:24 14:22 121:11
**jobs** 11:1 12:7,14
**jogging** 30:3
**Join** 204:4 205:13 207:23 210:18 211:6,20 212:3,10
**joke** 214:15
**Joseph** 4:12
**judge** 58:1
**Judicial** 231:3
**July** 126:25 154:2,4 154:6,7,20,25 156:20 157:14

158:18 159:5
160:4 161:2
163:21 164:3
165:2,17,19,21
166:21 170:10,25
171:2 172:3,18
173:12 174:8
227:1
**June** 1:15 230:15
231:15

**K**
**Katz** 203:17 204:16
204:22,24 205:5
218:14,23 219:2,4
**keep** 9:12 26:14
41:24 60:1 73:12
155:23
**keeps** 89:13,14,15
**Kelly** 228:15
**Kennesaw** 10:19
**kept** 112:5
**key** 146:24 216:18
**killing** 129:10
187:20
**kind** 10:9 19:23
31:5,24 35:5,11
42:18 74:12 83:14
102:8 111:6,8
117:16 124:14
154:14 176:18
198:10 200:18
212:22 228:9
**kinds** 23:3 25:25
**knew** 63:25 76:24
117:24 153:20,23
168:25 177:1
187:25 222:6
**knocking** 44:7
**know** 5:2 6:6,12
7:10,14 11:10,18
11:24 12:1,12,24
13:12,17 14:7,16
14:25 15:10,16
18:2,9 20:8 21:4
23:5 24:12 25:7,7
25:9 26:5 31:17

34:4 35:18 38:11
38:13 39:21,23
40:10,11 42:1
43:5 44:5,10,13
45:3,5 46:2 48:20
50:4,4,4,6 52:13
53:9,20 55:17
56:6 57:4 58:1,18
59:4,11,15,18
61:15 63:2 68:14
76:17 77:2 79:12
82:4 86:4,24 88:7
89:24 90:4 93:16
96:16 97:9 98:23
99:21,25 102:10
102:11,20,24
103:16 106:9,9
107:12,24 108:17
108:23,24 112:12
114:10 115:21
117:15 118:2
119:23,25 122:7
124:14,17,21
126:13 127:12
128:16 129:10,16
130:1,10,11,16
136:9,21 141:8,20
143:18 147:9,10
150:1,2,3 153:9
153:23 155:12
156:14 158:12,14
159:17,24 162:25
163:13 166:5
168:13,14,23
170:16 175:16
176:5,17,21,23
182:15 184:7,25
184:25 185:8,15
185:19,21 188:1
188:24 189:7
192:8,11,21
194:18 195:19
196:2,12,13,17
199:8 200:2,17,19
201:15 202:13
203:8 204:2,22,24
208:15,24,24

209:2 211:12,17
212:12 213:3,10
213:16 214:6,9,12
214:18,21 216:22
218:20,24 220:14
221:3 223:22
224:14,15,16,19
224:21 225:11
227:25 228:15,16
228:20,22,25
**knowing** 35:1
**knowledge** 7:7
12:22 14:20 40:4
40:4 55:2 59:4
63:10 66:9 69:6
76:11,12 78:24
79:5 80:19,21
81:3 88:1 100:21
102:16 195:15
196:4 197:12
205:22 211:13
215:14 223:3,9,20
224:1,4 227:6,8
**known** 129:19
193:15 201:9
**knows** 40:25
114:13 211:24
214:10,10

**L**
**L-A-C-H-N-I-C-...**
4:13
**label** 137:4
**labeled** 137:2
**labels** 47:3 51:8
**Lachnicht** 1:13 3:3
4:2,8,12 42:12
68:7 81:9 84:19
84:23 121:25
134:8 137:15
148:18 150:22
154:12 187:10
188:16 198:8
201:10,25
**Lack** 203:25
205:11
**lady** 9:12

**land** 175:25 177:20
**large** 66:3 128:22
136:15 164:15
**largest** 160:23
**late** 214:24
**law** 2:3 16:5 63:18
192:8 231:10,11
**lawsuit** 8:22 60:7,8
60:14 79:7 81:17
104:3 205:7 213:1
218:15
**lawyer** 178:1 208:8
**lazy** 186:10
**lead** 17:24 18:1,7
18:10,13 19:15
22:22 23:1 25:16
35:25 36:3,11,15
37:4 41:10,13
49:12 50:25 63:2
65:18 69:21 71:21
74:4 77:21 85:1
104:10,14 111:13
113:12 128:12
130:20 132:8
133:19,25 135:24
136:5 139:21
143:1 151:18
159:17 168:15
169:18 170:3
171:11 174:16
182:15 184:8,11
189:8 190:13
199:3 201:10,16
201:18 202:1
203:16,18 205:25
208:1,1 211:3,24
212:22 217:11
222:7,11,17,22
223:17 226:6
**leads** 16:5 23:3
24:4 28:23 29:6,8
29:12 30:13,13,20
30:23 43:13 44:2
49:18 54:15,18
61:6 65:18,25
69:21 71:21 78:9
83:20 86:23 87:6

89:4 96:6,8 99:23
100:19 102:18,23
104:10 111:21,24
112:9 113:23
114:8,21 116:11
117:23 123:6,16
125:5,17 126:9,14
126:23 127:3,8,25
128:22 129:5
132:4,18,23 133:1
133:5,10,16
138:25 142:21
143:7,13,21
144:13 145:3,16
146:2 149:15,16
149:21,24 151:5
151:17 152:19
153:1,14 155:1,4
156:20 158:3
159:19 161:10
166:5 167:11,18
168:7,7 170:1,8
170:16 171:10,12
171:18 172:8,12
172:20 173:15,17
174:10 175:13
178:13 179:1
181:8 187:24
194:6 195:4,9,17
196:5,9,20 197:8
197:20 210:13
219:18 220:6
221:21 222:4,18
224:4,7,17,18
225:3,4,17,18,23
**learn** 15:14 20:19
**leave** 136:23
**leaves** 156:6
**left** 121:19 122:8
124:4
**legal** 27:22,24 32:2
130:12 131:16
209:6
**legality** 209:20
**legally** 129:25
177:22
**legitimate** 61:13

**legitimately** 56:7
58:5 61:17 62:11
133:18
**let's** 17:12 18:16
27:19 31:12 32:25
32:25 33:1 36:14
54:21 88:11 92:25
92:25 94:17 96:24
113:16 115:3
116:4 126:16
218:11
**level** 39:3 42:14,19
43:7,12 109:8
124:10 146:9,17
183:8
**life** 12:9,21 14:23
**liked** 30:2
**limiting** 60:19
**line** 39:8 40:17
88:23 117:6,12
122:1 137:24
138:13,16 139:3
158:8 164:2 166:3
178:21
**lines** 175:25 176:21
177:20 196:21,25
197:4,22,22,23
**lining** 88:18
**link** 15:21 93:15,17
93:22 125:23
126:1 136:13
**links** 126:4
**list** 10:25 11:4,9
12:24 14:8 16:7,9
16:10,15 17:8
19:3 20:7,8 21:24
22:1 24:25 27:16
27:17,18,21,23,25
30:14 31:18,23
69:3 71:24,25
72:20 73:6,9,10
73:11,23 74:24
75:13 84:9 85:1
88:22 111:21
112:22 119:17
120:3,5,14 127:3
128:4 129:21

130:4 132:8
133:10,25 135:24
143:2 146:13
147:15 149:4,16
149:22 150:8
151:6,10,18
152:18 153:1,13
154:21 156:21,24
157:1,5 158:24
159:1 175:5,11
177:5,8 178:24
180:3,24 187:19
187:20 188:2,5
189:7,8,14,15,17
189:20,22 195:21
199:3 201:11,18
202:16 203:23
204:7,14 205:6,8
205:20,21,25
206:4,6,12,21,23
207:7 208:1 210:3
210:15,21,22,24
211:3 212:22
213:1,4,5,7 215:4
215:12 217:11
218:14,14,17
219:22 220:2,9,11
220:14 221:1
222:2,7,11 223:10
223:12 225:20,24
226:6 227:18
228:3,19,22
**listed** 73:9,25 95:16
98:5 108:14,15
132:7 168:20
**lists** 19:13,16 22:4
22:8,9 26:11
27:15 65:18,25
69:21 71:21 73:13
73:18,19 75:14
77:22 112:11
133:19 136:5
158:6 168:15
173:16 174:16
184:8,11 190:13
198:14 201:25
203:12 208:2

211:24 222:18
223:18
**literally** 186:22
**little** 26:15 36:14
93:1,19
**live** 136:20
**lives** 204:25
**LLP** 2:14
**loaded** 196:5
**location** 81:18
**lodged** 229:1
**log-in** 48:13
**logging** 166:12
**long** 7:15 11:9
14:15 32:5 39:18
41:5 58:18,24
59:1 103:21
112:10,13 136:23
149:2 159:5 162:9
188:2
**longer** 55:18 65:23
66:7,19 112:14
136:17 175:25
204:8 209:24
212:22
**look** 15:10 31:18
52:20 53:21,24
68:8,11 74:6
92:25 93:13 94:19
95:5,14 97:4 98:2
98:24 103:6,11
113:16 114:11,15
125:13 128:18
137:24 152:5,16
154:12,24 160:4
162:2 164:3
171:11 183:1
191:11 208:17
228:5 229:10,12
**looked** 71:4 72:6
87:5 90:5 96:8
106:18 139:15
141:15 142:3
165:20 221:25
**looking** 18:11
27:23 29:25 30:1
30:22 34:23 76:25

85:18 88:16 94:18
94:20 96:17
102:22 107:12
136:5 137:15
139:2,11,13
148:15 163:23
184:16 189:4
225:15 227:9
**looks** 53:20,23 67:8
73:3 74:13 93:2,5
93:13 106:19,20
126:21 128:3,12
130:20 152:9
155:3 158:17
159:12,22 163:11
186:24 188:19
**lose** 191:21
**losing** 210:10
**loss** 210:8
**lost** 40:22 211:2
213:2
**lot** 25:15,18,23
29:24 45:1,17
50:16 68:2 74:9
79:15 87:14,18
88:6 119:4,7
121:11 130:21
143:17 209:20
**loud** 5:18
**Lovely** 4:18
**low** 160:11
**LUNCH** 150:19
**lying** 193:2

**M**
**M-O-N-G-I-O-V-I**
59:9
**MA** 2:4
**MACIVOR** 2:8
8:15 198:4,24
201:22 204:4,11
204:19 205:13
207:23 209:18
210:18 211:6,20
212:3,10 217:20
218:5
**mail** 23:6 26:6,7

44:6 49:18 50:2,7
67:9 131:24
132:23 135:10
143:3 146:24
147:1 184:2 202:2
202:12 207:9
209:21
**mailers** 47:6
**mailing** 25:10,13
47:4 76:18,23
105:17 129:11
203:20
**mailings** 76:15
**main** 17:22 45:4
210:10
**maintain** 112:6
120:13
**majority** 210:8
**making** 86:7 88:21
120:8 124:18
129:17 144:12
177:1 178:12
179:17 181:16
183:9 192:3 193:8
196:24 197:2
214:4 220:24
222:4
**man** 96:16
**management**
135:15
**manipulate** 180:1
**manner** 30:25 39:1
168:15 169:5,7
195:16 196:5
**manually** 228:21
**manufacturer**
81:11
**March** 63:22 64:11
68:19 84:19,20,21
84:24 85:17,19
137:11,13 140:9
140:25 174:23
175:20 176:9
179:22 184:16
186:13 227:10
228:6,8
**margin** 50:18

191:13
**Marietta** 10:13
**mark** 67:3 134:9
151:25 178:21
**marked** 13:15
63:13,16 64:18
65:4 66:25 85:9
85:12 134:5
148:10 151:22
152:6 154:9
165:13 170:21,24
174:20 178:16
186:16 187:6
188:8 199:16,20
216:2
**market** 193:13,17
193:22 194:12
195:2 197:9
**marketer** 130:8
**marketing** 10:23
13:3 14:24 15:1,2
15:8,15 20:25
21:6,7,9,21 25:5
36:19 58:12 65:19
66:1 69:10,15,22
70:3,5,22 71:1,15
72:1,22,24 73:16
78:8,10,16 79:1
81:1 112:11
120:14 131:17
132:20 133:12
135:17 144:14
168:23 199:24
201:3 202:7 204:8
206:20 207:4
217:14 224:13
**marking** 148:13
188:11
**Martin** 2:14
**master** 155:25
156:21 203:22
**match** 17:9 72:4
85:2 87:5 89:1
**matter** 24:20 68:24
96:23 99:7 111:9
150:7 175:14
184:21 211:12

230:14
**mean** 9:11 13:8
16:18 18:8 19:5
19:25 21:2 23:15
29:14,24 30:3,4,6
30:7,18 33:18
34:1 35:23 38:11
40:25 42:7 45:22
48:11 49:1,13,14
50:20 51:23 53:22
56:21 64:1 72:20
73:7 74:25 75:14
102:24 106:7
107:15 118:17
135:10 142:1
146:16 149:23
155:21 156:4
158:11 159:1
161:20 175:10
176:16 177:20
179:10 180:23
182:22 185:24
190:7 192:7 203:3
209:5 210:1,5
211:7 212:7
221:14 227:2
**meaning** 18:3
35:21 117:22
168:21
**meaningless** 82:11
**means** 6:22 18:9
30:21 32:19 34:20
42:25 51:12,13
116:22 154:17
155:16 167:25
169:3 201:15
203:19 229:7
**meant** 79:13 99:19
99:24 104:18
118:15 121:2
161:24
**Medical** 22:10
**medication** 4:25
**member** 12:25
**membership** 13:16
**Memeo** 66:17 67:8
68:5,12

**memory** 221:16
**mention** 55:9
188:23
**mentioned** 16:21
17:20 24:23 60:18
81:15 96:4 117:16
119:1 140:21
219:16 221:4
**message** 90:18
91:10 92:8,10
217:5,7 219:8
**messages** 70:23
82:23 90:21 205:9
216:19,20 217:10
218:18 224:20
**met** 198:9
**meta** 137:12
**methods** 52:16
132:16
**Miami** 2:10
**Michelle** 1:22
230:16 231:2,17
**middle** 93:19 153:5
175:17 188:21
190:21 200:18
214:23
**middleman** 159:17
170:12 193:21
203:14
**mile** 173:3
**mill** 104:2
**million** 74:16 150:4
164:9
**mind** 10:10 44:15
103:25 104:5
118:20 137:14
**mine** 106:13 221:17
**minimum** 84:8
**miniscule** 82:11
**minute** 95:5 122:13
123:8 217:24
**minutes** 90:9
150:16 186:24
187:2
**misquoted** 193:4
**misspellings** 79:16
**mistake** 83:8

216:10,25 227:24
**mistakes** 62:9
**misunderstanding**
32:18
**mix** 40:14
**model** 180:7
**modified** 137:13
**moment** 89:7
137:14 139:2
166:2
**moments** 185:13
**money** 28:21 45:20
49:21 142:20
159:16,21 182:3
185:25 186:2
206:14 210:24
211:1
**Mongiovi** 3:16 9:24
59:7 61:5,19
62:12,22 98:25
99:7,12,14,18,22
100:2 111:14
112:2,10 113:1,4
125:7 132:15,16
132:21 134:2
142:10 199:2,15
199:23 201:15
204:13 207:6
211:23 213:21
217:14 218:10,12
218:20,24 219:1,3
221:5 223:13,17
**Mongiovi's** 201:2
**month** 13:18,19
103:1 114:2,5,9
114:21 122:22
123:6,12,15,19
127:20 133:9
149:5 157:8
162:17 163:14
174:25 177:4
191:13,18
**month-to-month**
133:8
**monthly** 122:24
127:18
**months** 9:25 66:2

154:20 157:2
166:9 213:25
227:3
**morning** 67:12,14
97:7 98:2
**mouth** 106:8 168:1
**multiple** 7:23 23:3
119:9 155:14
167:5 194:15,24
197:7
**mute** 217:25

**N**

**N** 3:1,1 4:1
**name** 4:11 8:2 9:17
17:12,12,15,15
19:6 22:12,16
23:18 24:19,25
26:4 37:20 49:2,5
53:25 85:21
107:17 108:14
109:9 118:25
134:14 135:1
136:1 137:24
183:9 184:11
198:8 203:8,20
227:22
**named** 14:8
**names** 19:17 20:12
85:3 86:4,12 87:5
87:14 88:16,18,22
89:1 97:13 105:15
136:10 137:19
142:4 147:6
159:23 167:8
227:19 228:1,3,4
228:16
**narrow** 15:2
**national** 16:16,22
119:20 127:19
146:21 147:16
153:19 156:2,24
158:9 203:22
205:8,21 206:6,21
206:23 218:16
225:20
**native** 81:6 137:8

139:1,11 141:15
**naturally** 220:25
**nature** 209:12
**NCL** 2:7
**necessarily** 72:15
90:14
**necessary** 35:9,10
169:21
**need** 7:13,14 16:9
23:1 25:1,8 26:4
27:22 33:5 35:16
39:18 45:7 48:20
55:16 73:17 88:3
103:18 109:18
120:10 123:8
124:2,2,12 166:15
186:21
**needs** 17:2 24:15
26:5 58:21
**negative** 112:16,19
**negotiable** 191:21
**negotiated** 191:19
**negotiation** 50:14
**negotiations** 123:2
**neither** 80:8 214:21
230:11
**nervous** 86:6
**network** 74:13 97:5
**never** 13:16 51:22
55:3,24 63:24
68:14,15 75:25
77:20 115:25
129:21 142:25
143:5 144:5
191:21 198:1
201:7 202:5 205:1
205:2,19,23
207:12,14,18,19
213:11 215:23
217:6,9 221:18,19
**new** 52:8 215:20
**nine** 75:13 78:25
79:3 86:3,11
87:13 154:5
204:13
**nod** 6:11
**noon** 115:5

**normally** 115:13
162:16 163:9
**North** 2:15
**NORTHERN** 1:1
**Norwegian** 197:3
197:21,22
**note** 87:10 104:4
157:6 162:21
191:14,16 192:14
192:15
**notice** 74:15
**novel** 182:9
**November** 64:13
188:12,17
**now's** 135:19
**number** 17:13,14
19:9 23:18 24:24
25:1,2,3 37:21
44:6 49:3 63:13
64:18 66:5,10,25
68:12 69:8,20
70:13 71:18,23
73:5 78:6,7,12
79:3,6 80:22 81:4
82:19 85:6,9
86:13 105:19
114:24 115:25
116:1 125:4 134:5
138:4,17 139:9
147:3 148:5,10
151:17 154:9
155:2 157:24
165:13 170:21
173:14 174:20
175:13 176:1,4
178:16 181:6
185:1,14 186:5
187:6 199:20
225:19 231:18
**numbers** 28:23
29:3 83:23 85:1
86:4,23 87:3,4,14
88:8,9,9,16,17,23
97:14 100:15
115:22 116:3
117:14 122:22
124:10 127:15

128:9 129:10
142:4 143:18,21
151:22 154:24
155:2,4,7,16
156:4,6,7,9
157:25 158:23
159:2 160:15,22
162:7,13 163:8,17
173:14 174:15
175:7 178:25
180:25 181:12
186:20,21 187:3
187:16,19 188:8
198:21 210:21
211:3 217:10
220:18,22 226:1
227:20
**numerous** 92:16

---
## O

**O** 3:1 4:1
**o'clock** 170:25
188:19
**O.C.G.A** 229:20
231:6,8
**Object** 31:3 207:21
**objection** 37:11,14
37:25 38:6,8 39:5
54:9 57:9 58:9
61:21 62:15,25
77:3 83:9 84:13
107:3 108:18
109:3,14 110:1,7
110:15 121:22
131:11,18 132:1
132:10 133:22
139:24 142:12
150:13 157:21
178:9 182:17
183:13 184:13
197:13,25 198:17
198:23 201:21
203:25 205:11
206:8 210:16
211:5,18 212:1,8
213:8 215:8,17
217:16 219:13

222:24 223:24
225:7 226:9,16
**objections** 8:10
57:12
**obtained** 63:2
71:20 130:5 205:5
218:13
**obtains** 201:4
**obvious** 120:2
**obviously** 12:9 13:8
49:20 55:16 73:24
75:3 87:23 88:2
93:9 113:9 125:9
129:9 164:19
180:17 189:18
**occasion** 53:15
54:13,17 61:4
**occasions** 52:6
**offer** 15:22 16:7
22:5 114:8,20
160:17 172:8
206:19
**offered** 122:3
173:15 231:14
**offering** 123:5
164:20
**offers** 167:4,7,14
206:21
**office** 52:23 175:23
**officially** 62:12
134:1 142:9
**oftentimes** 131:7
**Oh** 51:13 167:23
189:1
**Ohio** 138:18
**okay** 5:8,12,16,17
5:21,22 6:3,4,8,9
6:19 7:3,4,7,8,11
7:12,17 8:3 9:21
11:7,9,14,22 13:4
15:3,7,13,17
16:11,13 17:16,23
18:17 19:1,19,20
20:6,10 21:21
22:18,21 23:8,14
27:1,6 29:15,23
30:10,19 32:8,11

32:13,25 34:12
35:10,14,17 36:19
36:22 37:10,22
38:14 40:16 41:13
42:9,18,25 43:23
44:21 45:24 48:10
50:9,14 51:6,18
52:11 53:18 55:20
64:6 66:10 70:13
72:9 73:2,15 75:3
75:22 77:14,25
78:3,25 79:11
80:5,12,22 83:11
84:1 85:25 88:13
89:6,22 93:4,7,8
95:7,11 97:1 99:7
99:8 100:1,22
103:9,15,17,20
104:3 105:4
107:22 109:5
112:2 113:19
115:1 117:20
118:11 119:16
121:10 122:17
123:25 124:6,21
126:10 129:13
130:14 136:2,12
140:7 144:23
147:25 148:22
149:14 150:17
151:2 152:5
155:23 156:11
158:14 159:8,14
165:9 167:16
168:2 175:2 176:5
184:20 185:8
186:8 190:12,19
191:2 192:2,6,25
193:11 195:13
200:24 202:15
204:6 208:23
209:9 216:7,24
217:4,23 219:6
229:3
**old** 47:6
**omit** 118:8 162:14
**once** 29:15 44:8

53:19 164:11
**ones** 13:2 47:12,14
67:14 91:8 156:16
177:21
**onset** 43:24
**OP** 180:8
**open** 81:16 136:16
**operate** 196:10
197:8 225:4
**operated** 196:9
**operations** 12:22
**opinion** 58:3 62:10
62:14 142:5 145:1
169:20
**opportunity** 114:4
**opposed** 24:5
101:20 122:24
161:25
**opt-in** 22:22 23:1,3
23:10,11,17,22,25
24:10 25:11,12,24
26:1,8,10,11,12
26:18,22,24 27:2
27:8,10,17,21,24
27:25 28:5,23
29:6,7,12,14,25
30:1,4,6,7,12,20
31:14 32:12,16,19
32:23 53:3,16
54:5,14,18 56:1,6
56:12,16 57:1,6,7
57:19,23 58:3
61:1,1,15 75:19
75:23,25 76:3,3,5
77:17 83:15 84:11
98:15,17,19,23
99:23 104:15,22
105:1,7 106:6,12
106:19 107:10
113:23 116:20
127:8 130:15,16
131:20 132:14
139:21 146:11
158:13 169:1,20
174:10 175:13
179:24 180:4,7,9
180:16 182:12,15

183:17,19,25
184:1,2,2 190:10
190:12 208:20
213:7
**opt-ins** 26:1 95:17
98:6,13,21 99:16
99:19,20 180:6
224:19
**opted** 25:13 26:20
27:9 76:14 107:20
108:1 184:8
**opting** 167:4
175:15
**option** 47:24
206:22 229:6,13
**options** 45:9 47:25
**opts** 130:7
**order** 26:7 44:19
44:19 72:14 73:5
73:5 90:25 109:8
118:9 119:21
120:16 173:12
178:6 191:13
202:2
**orders** 13:18 52:7
69:14 71:24 72:4
72:7,11 103:1
118:9 119:19
140:15 176:20
**ordinary** 200:15
**origin** 96:12
**original** 36:23 39:2
69:25 82:8 113:21
114:20 122:2
123:2 139:13
157:10
**originally** 10:8
11:24 38:23 79:15
114:7 123:5
**outbound** 44:1
**outlier** 217:22
**output** 24:17 48:20
73:11 145:8
168:19 170:2
**outputs** 50:5
**outside** 73:25
**outsource** 17:1

**overall** 118:8
127:18 129:6
**owned** 12:4
**owner** 59:14 85:22
86:1 87:10,11
159:21 166:5
170:14 171:9
172:7 180:3
199:24 227:22

**P**

**P** 4:1
**P-E-T-E-R** 4:13
**P-E-T-E-Y** 8:6
**P.C** 2:3
**p.m** 84:22 85:20
137:13 163:22
164:3 172:19
187:10 188:19
227:10 229:18
**PA** 2:9
**packed** 227:16
**packet** 65:3
**page** 3:4,4,5,5,8
64:5 65:8,14,14
67:8 72:14,18,19
72:19 75:13 85:14
85:16,18 93:20
95:6,11,11 115:3
134:12 135:21,24
138:11 146:7
148:16 152:4,17
153:4,5 154:3,13
158:17,22 159:4
159:12,15 163:21
165:17,24 166:17
166:18 170:24
171:2,5 173:1
175:17,18,19
178:19 179:20
185:12 186:12,23
188:18,18,21
189:14 190:20,22
216:6
**pages** 33:20 65:6
67:12 85:18 93:3
135:12,23 148:18

150:3 152:5 154:5
159:4 165:18
171:1 172:2,2,18
184:15 188:13,14
**paid** 13:16 25:4
142:20 151:11
186:2 211:1,15
226:12
**paperclip** 73:17
**papers** 218:1
**paragraph** 200:25
200:25 201:3,7,16
201:24 202:15
203:15,23 204:6
204:13 205:4
206:3,20 207:6
216:9,13 218:11
221:4
**parenthesis** 71:6,8
158:9
**parents** 9:10 11:16
11:17 12:4
**parse** 17:10
**part** 44:23 53:4
83:8 144:25
216:25
**particular** 57:18
76:21 111:6 132:7
155:5 184:9 194:4
222:22
**particularly** 189:8
**parties** 230:13
231:14
**parts** 152:10
**party** 8:22 79:7
129:18 191:11
196:10 231:5,10
231:11,12,12
**pass** 170:13
**passed** 153:5
**passes** 28:5
**pay** 47:9 50:10,12
149:6 171:23
**paying** 49:21
171:22 191:9,18
193:18 195:1,10
**payment** 44:18

47:13 69:11 114:5
**payments** 142:18
**pays** 191:17
**PDC-4** 199:16
**peel** 47:2 51:8
**pending** 7:15
**people** 21:3,21
22:10 25:19 26:13
26:19 27:8,10,21
27:23 29:24 41:3
47:6 59:15 76:9
86:22 88:21 98:13
100:19 130:22
145:15,18 157:19
166:12 167:3,5
168:8,10 169:15
175:25 182:23
190:17 194:24
198:15 205:20,25
208:21 225:14
227:7,23 228:25
**percent** 21:11
22:16,18,19,20
26:12 50:21,22,23
57:3 87:4 114:22
115:14 159:19
164:10 173:8
187:17 191:12
194:4
**percentage** 21:8
**performs** 146:11
**period** 15:12 57:5
72:2 84:15,23
126:13 130:3
149:3 165:5
178:11 179:16
217:5
**permission** 28:5
210:2 212:7
**permitted** 129:25
**Peronik** 80:7,17
81:9,22
**person** 18:24 24:10
27:11 38:16 41:2
81:18 130:9 183:8
221:6 227:21
231:9

person's 183:9
personal 7:23,24
    12:18 40:4 63:9
    69:5 76:3 195:15
    196:4 211:12
    223:9
personally 13:17
    14:3 32:22 35:8
    43:14 52:20 55:25
    82:9 130:25
    141:22 223:22
pertaining 31:9
    133:1,5 139:23
pertains 31:9
Peter 1:13 3:3 4:2,7
    4:12 32:5 42:12
    81:9 85:21,21
    86:5 92:25 93:21
    97:7,8,12 116:5
    122:1 136:4
    143:17 152:18
    154:3,13,17
    159:16 164:1,8
    166:4,19 170:12
    171:9 175:4,16,23
    178:23 180:24
    184:24 186:19
    187:15 189:3
    201:10 227:20
Peter@caldwell-l...
    7:21
Petey 8:5
PeteyZ71 8:4
Philip 1:3
Philippines 204:25
phone 6:25 19:9
    23:15,18,23 24:17
    24:19,24 25:1
    28:23 29:3 37:20
    44:3 46:9,11,20
    48:7 49:5 50:5
    53:25 55:6,11
    67:4 77:22 83:23
    84:18,25 85:6
    86:13,23 87:3
    88:8,16,21,23
    97:13 101:1,5,9

105:19 111:20
115:21 116:3
135:8 138:3,17
139:9 142:4
143:24 144:13,20
145:11 147:3
149:21 155:4
159:2,9 160:7
162:13 163:7,25
173:14 174:15
175:7,14 176:1,1
177:1 178:12,25
179:17 181:5,12
181:16 184:1
185:2,6,14 186:5
186:20 187:2,24
197:20 198:9
203:19 220:22
222:4 224:8
227:20
phones 167:8 175:6
    176:2 177:12
    180:21,25 181:13
    184:21 185:10,16
phrase 202:25
physical 23:23
    38:25 52:17 54:22
    105:17
pick 48:1 202:12
    228:23
picture 38:20,22
    100:10,12,14
piece 23:6
pieces 23:24 25:10
pin 93:1 126:16
place 13:18 26:10
    89:23
placed 180:5
Plaintiff 1:5 2:2
playing 134:10
PLC 2:13
please 4:10 65:17
    66:10 69:8,22
    70:14,23 71:19
    78:7 81:4 113:18
    148:1,2,3 159:24
    160:11 162:21

166:14 172:20
    175:15 229:16
plenty 78:4
plus 13:9,11 57:2
    116:8
PO 133:9
pockets 171:23
point 32:15 33:13
    37:17 38:2 39:1
    80:15 81:25 119:2
    119:23 120:2
    121:4 128:13
    129:12 135:4
    138:7 149:19
    151:15 157:17
    159:11 160:9,21
    174:24 177:1
    181:24 183:5
    195:19 222:1,7
pointed 123:25
points 191:8,15
    192:14,15 221:17
policies 32:1 131:1
    131:7,13 132:7
    168:23 180:5
    183:1
policy 145:6 168:20
    169:11,16,17,25
    184:6,10 208:3
    209:6 219:5,9
    222:21
political 21:2
    129:22 130:1
    212:17
poor 112:22
pop 228:12
Pope 10:13
portion 158:13
portraying 193:12
posed 184:24
poses 175:4
position 42:2 43:4
possession 204:7
possibility 6:24
    118:13
possible 5:20 24:16
    86:6 106:16

162:15 174:15
    226:21
possibly 81:10 87:4
    88:20 137:5
postal 17:13 20:13
    22:17 23:15 24:17
    24:19,25 26:4
    49:5 50:5
potential 20:20
    111:17 179:2
practice 225:1
practices 21:1
pre-scrubbed
    206:13
preceding 93:3
precepts 129:24
predicative 124:18
predictive 120:9
    132:6
preferred 185:14
    186:5
prepaid 160:10
prepare 10:2
prepay 47:15
prequalified 23:10
    30:8 76:3 224:18
    224:19
prerecorded 70:23
    82:22 83:5 205:9
    205:24 216:18,20
    217:5,7,10 218:17
    219:8 222:12
    224:24
prescription
    160:10
present 65:20
    66:14
presenting 183:16
preservation 89:23
preserve 89:19
    99:5
preserved 91:11,21
    92:4,5,14
pretty 12:21 13:13
    14:25 83:13 120:2
    146:19 148:23
    203:13 213:14

214:18
previous 57:17
    71:14
previously 30:15
    110:4 111:2
    138:24
price 42:1 44:16,17
    44:25 47:22 60:23
    74:9 123:3,19
    125:11 160:11
    173:9,16 193:17
    193:22 194:13
    195:2 208:16
prices 58:18 74:7
    191:19
pricing 45:12
    125:19 127:5,10
    162:24 163:2
    191:9,21 193:12
prick 214:13
primarily 18:19
    67:20 68:3 75:9
    95:17 98:5 99:15
primary 20:18
principal 231:10
printout 142:18
printouts 67:7
prior 53:6 59:3
    60:19 83:16 97:17
    104:10 110:12
    127:21 160:3
privacy 31:25
    131:1,7,13 132:6
    145:6 168:20,22
    169:10,17,25
    180:4 183:1 184:5
    184:10 208:2
    219:5,9 222:21
private 112:5
probably 7:25 8:4
    9:11,18 10:1
    13:17 16:6,25
    17:22 18:15 20:21
    21:10 22:3,11,19
    24:4 45:4 48:12
    50:13 51:16 53:19
    55:10 59:4,5

60:11 63:7 74:18
75:6 90:7 101:8,9
101:9 109:4
111:19,20,22
118:6 136:24
144:22 151:12
155:13 157:14
167:20 168:3
176:20 181:21
182:22 188:4,6
190:15,16 193:25
195:23 200:16
207:17 208:24
209:2 210:10
211:16 213:25
214:13 219:4
227:4
**problem** 103:19
112:17 122:18
167:1 176:16
**problems** 160:23
**procedure** 4:9
229:20
**proceeding** 8:20
9:1 108:5
**proceedings** 230:6
230:10
**process** 37:17 41:7
43:15,21 44:19,23
103:1 118:9
120:23 126:8
148:6 225:5
**processes** 176:19
**procure** 36:12
92:22
**procures** 35:25
**produce** 69:23
70:14 78:7 80:6
81:4,22 134:15
**produced** 64:21
67:5 79:25 80:3,4
80:10,14 81:24
86:25 89:10 90:13
92:1 134:13
135:24 136:10
137:9 184:11
**product** 43:20

123:3 211:16
**production** 65:6
67:23 69:17 82:2
91:4 92:2,17
135:17
**products** 22:11
43:22 206:18
**profile** 20:12
**profiling** 20:5,15
21:13,18
**profit** 50:18 179:25
191:12
**program** 152:19
**prohibited** 231:6
**promise** 208:19
209:11
**proper** 44:17
**pros** 45:12
**prospects** 20:17
167:10,14
**protect** 182:8
**Protection** 78:11
**protective** 180:3
181:19,25
**prove** 61:12,13
109:4 166:15
**provide** 10:8 15:20
15:21 16:10 17:21
18:15,18 25:12
29:18,18 31:16,23
34:24 58:17 61:5
65:17 66:11 69:9
70:23 71:19 73:10
79:20 81:8,14
84:5 109:8 122:20
122:21 125:5,10
130:17 173:15
179:1 180:7 182:1
182:11,24 208:14
231:5,9
**provided** 22:14
24:1 25:13 49:12
49:23,24 56:2
58:4,5 61:16
62:11,22 65:18
69:24 71:5,10,15
72:12 77:7 78:14

79:4 82:19 86:12
87:24 90:12
100:11 104:20
111:3,7 114:3
122:9 130:21
131:21 132:13
149:10 153:17
176:4 184:1
195:17 199:4
202:16
**provider** 203:16
**providers** 15:5
**provides** 26:22
31:13 54:5 59:25
183:7 203:17
**providing** 17:24
20:24 21:16 33:11
33:15 48:3 54:7
74:4 100:19 109:1
163:6 170:23
183:20 192:23
198:21 205:25
206:13
**provisions** 178:7
**pull** 86:20 216:16
**pulled** 72:21
**pulling** 72:21
**punch** 162:24
**purchase** 27:18
28:4 41:13 43:3
43:20,21 48:4
57:3 59:22 60:18
113:12 114:4
143:2 149:7 150:8
151:2 160:14
172:8,9 189:17
224:4 228:11
**purchased** 22:11
40:18 46:25 48:22
60:22 63:8 126:14
127:3 128:4
142:21 150:23
152:13 154:21
164:10 204:15
210:13 222:2
225:25
**purchasing** 31:15

60:4 71:4,7,12
72:2 75:18 78:19
88:10 104:9
112:10 117:23
180:15,16 202:1
211:8,10 224:10
**purpose** 28:9 32:1
108:24 109:1
120:12 143:3
183:6 207:15
224:9
**purposes** 21:21
36:19 63:14 64:19
67:1 77:1 85:10
120:18 129:22
133:16 134:6
135:19 144:5,14
147:4 148:11
151:23 154:10
165:14 170:22
174:21 178:17
187:7 188:9
199:21 207:9
**pursuant** 4:8 89:10
229:19 231:2
**push** 206:18
**put** 8:8,9 37:3 48:6
54:25 55:15 73:8
73:9,11,18 78:15
82:4 89:6 106:8
122:19 135:2
140:23 153:25
168:8,10 169:4,9
185:2 203:6 211:2
217:25
**putting** 159:22

**Q**

**qualified** 24:12
**qualify** 23:25 32:23
**quality** 57:25 71:16
112:23
**quantities** 128:18
128:21
**quantity** 75:5
128:12 129:15
**quarter** 115:4

**quarterly** 60:2
**question** 6:17,19,23
6:24 7:2,6,15 8:11
24:3 26:16 27:5
31:9 34:4,10,13
34:21 36:9 40:6
54:20 57:14,17
61:7 62:20 63:7
72:6 77:12,12
78:2,22,23 82:25
83:3 90:10 103:13
107:5,6 108:10
110:17 115:20
116:16 136:4
141:18 144:1
149:23 159:11
160:9 176:3
178:21 179:11
181:23 184:24
207:16 209:4
216:6,15,16
223:16 226:21
227:10,18 228:9
**questionable**
213:16
**questioning** 122:1
219:16
**questions** 4:21 5:4
5:9,24 6:3 7:1
25:7 32:6 39:1
64:25 68:2 78:5
175:3,4 176:6
198:2 200:4
209:20 212:6
216:8,21 218:3
219:15
**quick** 134:14,20
188:15
**quickly** 150:16
152:20 185:20
**quiet** 214:19
**quote** 26:10 31:14
57:24 61:1 69:13
70:20 71:23,24
72:4,5 106:6
176:1 190:9
192:17 201:16

203:19
quoted 76:22
190:15,16

**R**

**R** 4:1 230:1
**radius** 173:3
**Raider** 71:5 76:1
76:25 77:6,16
83:16 84:24 86:1
86:8 87:15 88:15
88:21 92:20,21
93:10 95:13 97:3
97:16 98:9 99:11
99:24 100:11,15
100:18,23 101:25
102:5,9,12,17,21
103:24 104:9,20
104:21,25 105:5
105:10 107:7
109:16 110:5,9
111:9,17 113:12
114:3,8 115:19
116:10 124:8
125:4 126:6,9
139:25 140:2,3
141:13,14 142:25
143:15,23 144:11
146:8 152:25
187:13 190:23
197:7 201:12
202:1 205:23
206:4,16 209:25
219:17 220:1
228:3
**Raider's** 71:11
75:24 87:2 100:3
111:2
**raise** 166:25 167:9
167:22
**Ramsey** 228:15
**ran** 226:22
**range** 50:23 93:5
154:6
**Rarely** 101:2
**rate** 115:2 117:22
146:12,25 147:7

**rates** 231:13
**rating** 13:10,11
**ratios** 146:15 147:2
**raw** 114:1 122:20
124:2 125:4 129:1
129:7,15 163:9
202:17,20 203:1,4
203:11,15
**reach** 18:24 21:20
32:15 33:13,17
34:18 46:3 113:11
**reached** 30:21
33:25 84:24
114:24 172:23
**reaching** 200:23
**read** 31:25 57:16
86:10 87:23 88:3
88:3 99:9 108:8
114:11 116:4
138:15 164:20
166:2 200:25
203:3 218:12
**reading** 55:11
87:11 156:13
**reads** 115:11
227:20
**real** 67:15 82:14
134:14,20 168:8
183:8 188:15
**reality** 193:22
**realize** 191:9
192:17 216:18
**really** 13:7 20:23
21:15 37:16 38:7
42:4,5,6 43:1 86:1
102:10 110:13,16
147:11 157:9
171:14 176:16
179:25 181:21
191:15 200:18
203:10 208:8,9
209:12 211:9
215:4
**realm** 16:24
**reason** 5:13,25
56:21 60:13 62:17
109:16 114:23

128:16,20 133:24
141:3,24 142:14
183:3 204:8,17,18
204:23 205:18
213:2 223:13,16
**reasonable** 226:11
**reasons** 56:25
78:15
**recall** 13:21 53:15
53:17 78:16 84:15
84:23 85:7 92:19
101:14,25 102:3
103:4 114:23
136:5,25 140:17
143:7 144:16,19
151:4,8,15 165:4
165:6 174:24
176:11 188:24
200:9 201:24
**receive** 23:18,22
26:20 43:25 44:3
70:22 76:14 82:22
83:5 89:20 109:11
130:7 149:11
184:9 216:18
**received** 37:7 53:16
56:14 57:7 63:21
63:24 64:15 79:1
79:7,14 80:23
83:15,20,20 86:21
90:11 91:4,10
109:22 111:16
112:22 116:13
133:17 145:3
152:24 156:20
160:3 182:20
**receives** 50:25
51:19
**receiving** 24:9,11
46:7 79:18 104:19
119:3,8 149:3
163:17 191:10
**recession** 195:8
**recognizes** 68:3
**recollection** 88:12
93:25 94:13 95:21
96:21 106:17

113:21 114:18,20
128:20 137:5
191:23
**record** 4:11 5:11,14
5:20 6:1,2 7:14
8:10 17:9,12,14
48:7 55:24 57:12
67:9 105:9 106:15
118:21,21,24
119:9 121:1
135:19 145:9
150:4,14 155:13
168:20 200:24
214:14,16 228:24
229:14 230:9
**records** 16:16,21
17:3,9 44:13 52:4
70:16 87:17,19,21
88:10 114:1
115:13 119:4,7
122:23 126:2
135:7 146:20
155:21 160:19,25
162:15 163:7,11
163:13 164:9,23
180:10 210:2,11
228:21
**rectify** 173:13
**redact** 50:11
**redacted** 135:7
137:18 139:9
**reduced** 230:6
**refer** 23:11 28:2,2,7
29:9,19,22 33:7
119:11,16 167:11
176:17 209:22
**reference** 126:18
135:5 138:8 191:1
**referenced** 133:19
161:17
**references** 81:21
**referencing** 74:3
**referral** 186:1
**referred** 96:1 97:15
97:22 104:14
153:6
**referring** 17:24

30:13 33:19 36:15
36:16 42:10,13,13
42:19 43:2,10,11
43:11 54:21 57:19
57:22 68:6 72:5
73:22 100:8 106:4
106:23 108:12
116:24 117:1,1,13
118:11,13 119:6
119:17 140:2
158:12 220:2,4
225:9
**refers** 76:5 107:14
**reflect** 127:7
142:20 214:14
**reflecting** 69:9,16
**reflects** 69:2 125:16
**refresh** 88:12 93:25
94:13 95:20
113:20 114:19
137:5 191:23
**refreshed** 156:8
**refreshes** 96:20
114:17
**refund** 159:10,16
160:8 165:10
166:14
**refused** 206:6
**regard** 63:9
**regarding** 164:2
172:20
**regardless** 205:20
**register** 168:10
**registered** 76:10
142:7 219:10
**registering** 37:13
54:6
**registration** 23:5
55:1 150:23 151:3
209:21
**registrations** 42:17
42:21
**registry** 127:19
147:16 149:8,11
150:9 152:10,13
153:18,21 157:18
160:21 161:17,23

162:3 174:25 210:9 211:8
**regular** 52:5 53:4
**regulations** 150:11 231:3,7
**relate** 80:24 127:12 170:17
**related** 54:14 61:6 61:10 74:5 102:11 102:18 152:8 183:21
**relates** 107:13
**relating** 70:14,16 71:21 81:1
**relation** 60:13
**relationship** 59:2 75:19 77:7,15 84:10 94:2 95:22 96:1,5,13 100:24 119:3 120:19 124:7 140:13 141:6 142:22 151:16 174:2 206:10 231:8,10
**relative** 230:12
**relatively** 127:5
**release** 180:9
**relevance** 158:14
**relevant** 110:3 111:16
**rely** 182:14
**relying** 83:7
**remail** 118:19
**remained** 151:18
**remember** 76:2 84:15 86:7 88:6 103:3,5,10,14 113:9,14 140:14 140:15 160:18 174:13 189:1 200:5 222:12
**remote** 135:16
**remove** 52:12 177:12 181:5,12 220:6
**removed** 155:2
**renamed** 140:16

**Renee** 66:12,18 68:17 126:1 136:14,17 140:18 141:1
**rep** 14:3
**repeat** 6:23 57:15
**repetition** 207:17
**repetitious** 207:2
**rephrase** 209:3 210:20
**report** 69:14 72:2,4
**reported** 30:2 86:21 146:10 154:25 173:9
**reporter** 5:11,14,19 6:2 57:16 150:15 229:10 230:17 231:2,4,17
**reporting** 156:19 231:3,5,9
**reports** 126:16
**represent** 198:13
**representatives** 79:2,8 81:17
**represented** 205:19
**representing** 135:22
**reps** 14:14
**Republic** 58:20
**request** 10:7 20:1 24:17,21 25:6 26:13 29:4 32:4 44:12,21 45:6,10 45:23 46:11,13 47:20 49:3 54:13 54:17 65:8,17,21 66:5,10,15 69:8 69:18,20 70:13,20 71:9,18 78:6,6,25 79:24 81:11 105:5 196:21 216:16
**requested** 22:14 46:1 52:3 55:3,25 68:12
**requesting** 46:6 86:18 188:25
**requests** 65:13,15

81:5
**require** 25:2
**required** 196:18
**resale** 29:3
**research** 21:5,13 168:22
**resell** 36:7 38:15 39:10 40:13 42:2 50:19 213:5
**reseller** 48:15 193:23
**reselling** 57:6 76:12
**resells** 36:1,11
**reserving** 8:10 229:6
**residential** 4:14 25:21 33:6,9,24 34:1 36:17
**residents** 21:4
**resold** 40:19,24 201:19 211:25
**Resort** 65:19 66:1 69:10,15,21 70:5 70:22 71:1 72:1 78:8,9,16 79:1 81:1 135:17
**respect** 80:22
**respond** 83:13 146:13 186:25 216:11
**responded** 113:1,4 170:11 185:21,22
**responder** 26:7
**responding** 88:8 116:16 159:13 167:3,17 185:19 191:3
**responds** 23:6
**response** 30:1,4 64:21 68:6 69:13 70:3,15,25 79:9 82:18 86:15 87:2 115:24 116:4 122:12 144:16 146:8,16 153:4 158:21 160:6 164:14 166:21

179:21 180:19 185:13 214:17 216:2,19
**responses** 10:7
**responsible** 52:24
**responsive** 69:18 90:1
**rest** 78:21
**Restate** 207:16
**restrictions** 118:14
**resubmit** 167:5
**retained** 81:13
**review** 10:5 51:25 53:16 56:1 105:1 229:7
**reviewing** 52:2 106:2
**reviews** 51:22
**right** 5:17 6:6 14:2 16:21,23 18:25 23:17 24:8 25:17 26:23 31:11 32:10 34:13 36:13 37:8 39:11,17,24,24 40:7 41:4 42:16 46:12,16 49:22 52:4,9,17 55:7 63:11 64:3 69:6,7 69:16,19 76:4 82:17 88:1,25 89:4 91:12,14 92:3 93:12 96:7 97:21 98:11 101:24 104:16 105:3,8 112:8 116:18 119:24 120:4,6,7,11,19 120:24,25 122:4,9 122:15,25 123:1,6 123:11,20,22 124:13,24 129:6 136:18 145:7,14 145:24 146:1 149:13 156:1 157:16,19 158:25 161:12 162:8 164:17,18 165:1

169:10 170:14 171:25 172:6,17 173:10 175:15 176:3 177:2,8,13 178:2 180:23 181:1,2,20 182:1 182:2,6,10 183:5 183:12 189:1 190:7,12 193:24 194:7 208:19 210:13 211:4,16 217:24 219:3 220:4,19 221:6 223:5,14
**rights** 95:16 98:4
**RMG** 68:23 69:3 72:12 75:6,7,9,18 76:13 77:16 79:25 80:4 82:21 83:5 83:20 84:9 88:21 94:3 96:9,13 98:14 103:24 110:11 111:14,18 113:22 119:3 120:23 124:14,17 125:17 126:19 127:2 129:17 130:16 131:21 132:4,14,17,22 133:6,11,17 134:1 135:24 136:7 137:1,9 140:12 141:5,16 142:18 142:20,22,25 143:7,13,23 145:2 145:23 147:15 148:7 149:3,6,10 149:20 150:9,23 151:4,16 152:12 153:21 155:1 156:13,18 158:22 165:5 169:13 173:13 174:9,14 174:24 177:1 179:17 183:16 187:24 190:14 193:8,24 194:9

195:1,4,9,16
196:5,8,15,17,20
196:23 197:8,20
198:19 201:8,12
201:19 202:1,17
204:15 205:23
206:14 207:3,8
208:2,20 211:25
213:24 215:3,12
215:24 217:6
220:5 221:20
222:7,11 224:3
225:18,22 226:4
226:11 229:1
**road** 1:18 165:7
**robo** 35:24 120:9
124:18 129:17,20
129:21,24 130:3,7
130:18 132:5
169:15,16,19,21
170:8 184:9
196:24 197:3
208:22 212:7,16
212:17,18 216:22
220:24 221:2
222:18
**role** 59:10,13
**room** 103:11
**rough** 200:10
**rows** 73:4
**Royal** 2:7 197:3,22
**Ruiz** 1:22 230:16
231:2,17
**RULE** 229:19
**rules** 4:9 55:9
229:20 231:3,7
**run** 20:11,15 44:11
48:13 104:2
149:15 152:25
158:22 161:9
162:16,18 164:16
164:21,25 187:18
226:13 228:20
**running** 128:23
152:18 157:15,17
225:23 226:5
**rush** 218:6

**rushed** 79:13
216:10
**rushing** 83:14
216:17

### S

**S** 2:14 3:1,7 4:1
**sale** 174:10
**sales** 14:3,14 33:7
186:10 192:21
**salespeople** 101:21
192:8
**sample** 113:2
228:22
**samples** 83:15 96:5
104:19,20 105:14
182:24
**sampling** 83:19
97:16 132:13,13
139:16
**SAN** 25:2 115:25
116:1
**sat** 227:2
**satisfy** 173:12
**save** 90:20
**saved** 65:24 92:6
**saves** 45:20
**savvy** 45:17
**saw** 68:14,15 165:9
200:5
**saying** 30:12 33:9
33:13 41:6 56:24
93:21 94:8 95:13
97:3 98:16 99:10
99:14 103:16
111:11 121:14,20
121:25 122:5,14
145:20 161:7
172:11 186:25
189:2 190:3
192:20 193:15,17
194:13
**says** 26:18 29:5
31:21 33:5,8
65:14,17 66:10
72:19 73:6 79:3,6
80:22 83:3 93:14

97:8,12 98:1
100:12 115:8
122:11 147:25
152:17 154:17
155:2,23 159:16
164:8 169:25
171:9 172:19
173:2,6 175:22
185:8 186:19
187:15 188:20,22
203:15 204:6,13
206:3 207:6
216:19 218:13
225:16
**school** 10:12,13
12:7
**screen** 67:8
**scrub** 16:16 77:10
114:6,7 115:12
116:17 117:13
119:25 120:24
121:2,8,15,16
122:7,8,13 124:1
124:3,9,23 127:17
127:17,20 129:8,9
150:2 151:5 153:7
185:16 211:9,13
220:22
**scrubbed** 121:19
122:23 177:23
195:16 206:5
210:14,20 219:19
220:6
**scrubbing** 16:22
17:6 116:11,20
119:20 127:16
129:3 151:18
156:19,23 157:4
158:3 180:20
195:20,23 206:22
**scrubs** 115:8 117:7
117:11 146:21
175:6 178:24
180:25
**search** 89:9 228:1
228:17
**searched** 227:20

**searches** 45:18
**second** 27:3 30:8
137:7 141:19
150:15 152:4
159:12 165:24
175:19 176:3
179:11 190:20
203:14 217:25
**see** 13:5 15:4 24:3
26:10 31:20 52:8
62:8 65:15,21
66:14,20 69:11,25
73:17 74:7 82:23
85:22 92:25 93:17
93:22 95:18 96:9
96:20 98:6,24
111:24 115:6,8,17
116:8 126:23
134:19 138:3,13
139:4 148:1
152:22 154:13
156:9 158:19,23
159:6,25 160:1,15
163:22 164:4,12
165:25 166:17,19
170:14 171:6,20
171:24 172:4,19
172:21 173:4,24
175:7,20 176:6
179:3,7 180:11
184:18,19 185:2
185:17 186:13
187:10,21 189:1
190:21 203:13
214:10 216:17,19
218:11,18 223:25
225:18 228:2,24
229:10
**seeing** 139:19 147:6
**seek** 104:18
**seeking** 35:6 151:5
**seen** 53:19,22 63:18
200:1
**selected** 228:4,17
**selects** 45:6
**self** 30:2 86:21
146:9 155:12

173:8
**sell** 33:23 38:4
101:17 109:19
114:8 119:25
128:22 130:4
178:25 182:6
192:9 198:14
201:8 202:16
203:12 210:20
212:22 213:1
**selling** 27:15 48:18
49:15 53:2,9,13
56:7 77:9,18,22
85:1 100:9 127:8
140:12 148:6
153:21 190:14
191:24 193:8,23
194:9 209:15
215:12
**sells** 201:4
**send** 31:17,24
48:22,23,24 49:2
49:7,8 52:16 61:9
86:23 89:20 93:22
105:6 111:24
121:7,12 126:3
135:18 136:13
162:15 179:1
186:20,25 199:17
202:2 217:10
**sending** 25:10
51:20 52:21 53:1
95:13 97:12 126:5
126:8 129:2
131:21 143:3,24
166:10 172:23
174:17
**sends** 31:18 52:14
187:2
**sense** 13:20 17:11
21:8 161:24 163:5
195:12 220:25
221:3 228:13
**sent** 10:8 54:15,19
61:6,11 66:1,11
68:1,4,23 69:3
70:5,11 79:1,7

80:23 90:10 91:5
91:7,7,15 92:8,11
93:14 94:16 97:16
97:19 98:9 105:2
105:4,10,12 107:7
109:16 110:5,9
111:13 112:9
113:2,5 121:17
125:17 126:6
127:18 132:4
133:9,11,17 134:1
134:15 136:6,15
140:2,3 141:5,16
143:7,13 144:13
151:25 155:1,17
162:14 165:2
173:23 174:1
176:8 186:22
195:21 199:12
206:14 227:25
**sentence** 189:2
191:2 203:3
**separate** 73:12
126:3 140:22,23
**September** 7:19
187:9,12 220:16
**serious** 13:13
**server** 65:24 66:18
90:13
**service** 17:21,22
29:17 67:20
152:19 191:22
**services** 16:7 67:6
92:22 148:24
231:5,9
**servicing** 163:6
**set** 19:16 44:12,16
84:21 123:19
142:8 143:12
154:1
**set-up** 180:4
**sets** 44:8 47:23
**seven** 62:8 71:18,23
74:23 78:6 171:1
203:15 218:2
**shake** 6:10
**shakes** 55:4

**Shannon** 14:8,10
48:13 175:19
176:8,12
**Shannon's** 176:15
**share** 166:15
**sheets** 179:2
**ship** 47:3,8
**Shocker** 42:22
**SHORT** 55:21
124:25
**shortly** 222:1
**shot** 67:8
**show** 63:16 67:3
72:23 81:9 84:2
85:12 116:1 134:8
135:5 138:21
152:6 154:18
180:9 188:15
190:18 203:5
214:15
**showed** 78:18
137:4
**showing** 64:23 72:2
72:10 84:18 137:8
139:1,3 140:17
164:15 188:16
**shows** 72:11 95:12
137:12 138:4,9
153:4 154:24
203:8
**shuffle** 218:1
**sic** 133:1
**side** 55:4,4 89:6
153:25
**sign** 148:2 154:14
**signature** 229:6,14
229:15,21
**signed** 200:8
**significantly** 129:3
195:1
**similar** 31:21 68:11
71:9,10 78:19
84:5 98:22,23
105:7 112:1
137:20 138:12
139:20 140:4
**similarly** 1:4 138:3

138:9 217:9
**simply** 39:2 41:1
55:15 67:14 122:2
136:4 192:13
**single** 168:20
**sir** 4:10,14 5:6 7:20
211:19,21 213:2
**sit** 99:4 146:4 193:6
**site** 51:4 156:3
158:11
**sites** 47:24 95:17
97:4 98:5 99:15
131:15 203:18
**sitting** 141:8
**situated** 1:4
**six** 9:25 66:2 70:20
82:20 83:3 85:18
128:13 138:17
147:12 202:15
208:25 209:2
213:25 216:9
218:2 221:16
**skipping** 31:5
**skips** 135:25
**slang** 25:18
**slash** 72:3 73:6
87:1 180:3,4
**small** 50:16
**smaller** 52:1 128:9
**SMB** 27:19,20,24
**smiling** 214:15
**Smith** 154:4 164:1
228:15
**smoothly** 52:9
**software** 185:9,15
**sold** 53:5 57:24
69:21 70:21 78:9
83:1,2,4 127:16
129:21 147:15
188:2 195:23
201:11 202:23
204:7,14,15 205:5
206:22 207:3,7,8
208:1,2,12 218:14
**solely** 15:6 143:3
**solicitation** 132:23
**solicitations** 224:5

**solutions** 74:13
159:10 160:8,17
**somebody** 23:6
26:2 29:9 30:2
37:7,19 38:4,24
41:22 52:23 62:7
79:23 133:20
154:15 162:3
186:1 192:11
194:13,14 197:10
203:5,7 210:3
228:22
**someone's** 107:17
**sorry** 8:7 36:10
37:12 39:17 46:23
54:16 75:23 80:19
127:23 180:10
204:21
**sort** 22:1 61:10
135:9 177:2
**sought** 143:1
**sounds** 122:5
170:18 201:17
228:18
**source** 27:7 30:23
32:3 36:23 37:7
39:2,15 41:10
43:5 45:25 47:21
54:6,14,18,21
55:1 56:1 61:6,10
63:8 69:25 71:3,8
71:20 78:20 92:7
95:17 98:5 99:15
105:7 109:19,22
112:7 117:24
131:15 133:10
141:20 149:24
179:12 181:19,25
199:3 211:24
213:16,18
**sourced** 95:15 98:3
98:13 111:7
**sources** 15:14
26:21 99:20
111:25 117:25
151:19 158:4
**sourcing** 84:10

**South** 2:9
**space** 92:18
**spark** 104:4
**speak** 5:18 108:6
190:24
**speaking** 167:25
176:22
**special** 104:4
**specialty** 22:9
**specific** 18:6 20:13
23:6,9,12 26:6
30:10 40:6 44:22
77:13 102:17
184:5 185:15
186:20 225:19
**specifically** 24:15
31:1 32:9 82:25
103:14 200:14
206:4 216:20
222:16
**specifics** 215:5
**specified** 143:5
202:6 207:13,18
221:18,19
**specify** 23:20 24:24
132:19 144:15
202:13 221:23
**speculate** 38:12,17
39:21
**speculating** 7:10
38:18 39:22 63:10
76:16
**speculation** 39:25
40:24 63:5 210:17
**spell** 4:10 8:5 59:8
78:21 161:23
**spelled** 4:12 100:13
**spending** 167:19
**spent** 227:3
**spice** 158:24 159:1
**split** 172:9,11
193:25
**spoke** 60:10,12
161:4 167:24
**spreadsheet** 22:3
134:22 135:4
137:10,16,21

**SPREADSHEETS**
3:11
**stack** 110:20,22,23
227:14
**stage** 215:23
**stages** 124:7
**stamp** 54:1 84:21
85:19 94:23 95:3
105:21 108:20
109:10 138:19
183:7,21
**stamped** 67:6,14,19
82:5 134:11
**stamps** 106:22
109:1
**standard** 189:16
**stands** 27:20
**Star** 215:20
**start** 12:1 32:6 33:9
40:2 60:8 65:14
87:16 117:3 118:1
120:8 127:15
129:14 150:5
154:2 228:12
**started** 11:8,11
27:15 60:7 119:21
188:4 195:20
198:9 208:5
**starting** 220:24
**starts** 33:10 115:5
154:13 163:21
165:25 175:18
**state** 4:10 10:19
28:14 57:14
131:13 169:16
230:2
**stated** 57:2 230:5
**statement** 5:11
70:8,17 73:6
85:25 141:17
192:2,3 193:7
201:2 202:3 204:9
204:16 205:10
206:24 207:11
**statements** 76:2
103:18 145:6
221:12

**states** 1:1 33:8
126:3 140:22
169:11
**stats** 166:15
**staying** 214:19
**steer** 212:14
**steered** 213:11,12
**steps** 31:5 150:10
163:14
**stick** 13:8 47:3 51:8
**stipulation** 8:9
**stipulations** 8:8
**stomach** 150:17
**stood** 103:24
**stop** 26:23 27:3
32:24 157:6
159:11
**stopped** 165:5
**store** 9:12
**stored** 37:22 65:24
66:19
**story** 189:13
**straight** 214:8
**Street** 2:4
**stretch** 192:24
**study** 9:11
**stuff** 86:7 100:13
**stupid** 103:8
**subject** 8:25 115:8
117:6,12 143:20
147:19 164:2
166:3 172:19
178:20 184:21
**submit** 86:22 167:7
**submitted** 25:4
130:22
**subpoena** 3:9 4:8
63:17,21 64:21
65:8,12 79:14,18
83:13 89:10 90:2
141:12 216:2,11
**subpoenaed** 200:22
208:4
**subscribes** 206:20
**subscription** 25:3
127:17 128:4
147:16,20 148:7

149:3,8 150:24
159:20 163:1,2
173:22 191:1
207:2,4
**subsequently**
204:15
**substance** 99:11
104:21 176:15
214:2
**substantive** 82:14
229:8
**sudden** 228:12
**suggest** 198:20
220:23
**suggested** 118:2,5
**suggesting** 161:7
193:2
**Suite** 2:4,9,15
**summarize** 156:12
**summarizing**
164:19
**summer** 2:4 12:7
60:9
**Sunday** 66:13
**super** 195:5
**supplied** 71:25
72:24 115:25
162:13 228:19
**supplier** 70:4 72:22
74:11
**suppliers** 71:24
72:20
**supply** 115:13
118:5 128:17
194:6
**supplying** 87:17
116:1
**support** 81:13
**supports** 70:24
**supposed** 144:20
182:14
**supposedly** 183:22
**suppression** 118:6
118:8 121:12
161:1,6,8 162:9
162:12 164:2,9,15
164:22,25 215:24

226:5,6,13
**sure** 6:4 12:14 16:1
16:4,6 17:7 19:4
19:21 25:11 26:19
27:4 33:4 34:18
35:11 36:25 37:24
38:17 48:21 50:3
51:12 52:3,4 89:1
89:3 94:4,7 97:6
99:5 101:19
106:15 108:3,6
115:17 124:9
125:9 126:10
141:8 144:9
145:11 146:4
147:10 149:25
150:7,18 154:17
157:7,15 161:9
168:5 173:21
176:18,23 177:25
178:6 183:2
194:21 224:1,6
227:24
**Swanson** 2:14
**sweepstakes**
167:11
**sworn** 4:3
**system** 81:12 89:11
89:14,17,23 90:6
90:13 91:24 119:8
135:15 148:21
156:5 160:22,25
161:9,15 162:10
162:14 196:1,14
196:18 226:2
**systems** 196:6,9

— T —

**t** 3:1,1,7 109:9
230:1,1
**table** 55:7
**tactics** 15:8 16:5
**take** 7:16 11:17
20:12,14 24:14
26:3 31:18 71:13
84:1 114:11 126:2
126:2 134:25

146:15 163:14,24
167:14 187:19
204:3 205:15
212:19 213:10,11
214:6 217:23
225:2
**taken** 4:8 230:5
**takes** 39:17 186:23
**talk** 17:23 39:18
101:1 102:25
206:16
**talked** 43:1 51:7
52:15 60:15
111:20,23 118:7,7
121:13 144:6
150:22 176:11
213:23 224:18
**talking** 17:5 18:19
19:23 20:23 21:16
21:17,18,19 22:8
32:10,12 36:17
42:11 55:13,13
64:8 88:9 98:20
98:21 102:25
103:1 108:9
116:14,18,21
117:10,21 119:19
120:19 121:6
123:10,11 145:5
161:6 177:7,25
179:13 185:22
188:5 219:25
**Tamara** 228:15
**tangent** 26:14,16
**target** 18:12,13,14
20:16 44:4,5,8,10
**TCPA** 118:14
120:10 129:24
151:9 177:21
178:7 179:8
198:11,16,22
**TCPA's** 150:11
**TDC** 42:24 43:1,2
58:12,16,22,25
59:2,6,16,22 60:4
60:19 61:5,9,16
61:23 62:2,4,11

62:13 63:2,6 70:3
70:10 71:10,14,25
72:12,16,16,21,24
74:4 83:7 84:1,4
84:11 97:20
112:11,17,23
133:3,4,5,11,17
136:6 142:6
153:10,17,20
180:17 189:24
190:12 199:24
201:3 204:8 205:5
206:20 207:4
217:13 218:14
**TDC's** 71:2
**TDS** 133:1
**technology** 124:14
178:24 180:1,25
185:9,16
**Ted** 37:12 134:12
134:24 198:8
199:18 227:16
**Ted@broderick-...**
2:5
**telemarket** 150:6
**telemarketer** 23:7
25:4 51:10
**telemarketers** 47:7
**telemarketing**
15:25 16:5 22:19
77:1,9,18 80:25
119:22,24 120:1
129:9,12 202:12
205:9,24 207:9,15
207:19 218:18
221:22 222:8
**telephone** 2:6,11
17:13,14 41:24
43:25 44:6 49:3
76:14 78:11
100:15 120:5,8
127:15 128:1
131:23 144:5,8
147:5 202:9 205:8
220:18
**telephones** 76:16
144:6 218:17

**tell** 7:10 9:16 13:24
14:6 18:6 24:2
26:24 27:11,11,12
33:8 34:3 41:20
45:2 58:2 63:23
64:10 72:10 74:10
74:11 94:15
100:25 114:10,14
128:11 132:21
137:17 144:6
147:13 148:18
152:7 155:2 186:7
189:9,11,13
196:20,23 197:2
199:2 201:1 202:8
202:8,14 203:9
204:23 209:1
214:2 222:14,17
**telling** 168:4
191:14 193:6
222:3
**tells** 130:3 189:14
**tend** 167:12
**tenth** 228:23
**term** 26:8,25 33:7
35:17,20 99:24
100:3 146:24
147:1
**terms** 25:23 39:19
47:14 122:2
226:23
**test** 114:16
**testified** 4:4 8:19
199:23 207:1
**testify** 141:14
**testimony** 6:1
32:17 38:21 72:13
100:17 104:17
106:15 133:16
**text** 51:15 55:11
224:20
**Thank** 99:9 123:14
229:5
**thanks** 93:15 166:4
166:19 170:11
173:23 175:16,18
**they'd** 34:16 46:15

46:16 71:15 89:3
132:20 182:25
211:16
**thin** 110:20,22
**thing** 6:10 25:25
27:17 30:18 50:14
75:15 82:4 104:4
147:3 158:18
192:11 194:11
**things** 39:22 49:18
72:23 96:22 103:5
120:13 125:14
146:22 191:20
**think** 13:13,14
14:23 21:15 26:15
33:10 38:18,19
40:8,24 44:22
52:15 55:6,18
63:5,6 64:15 76:8
76:9 82:7,9,10
86:16 91:25 99:22
105:12 109:13
116:24 118:15
134:24 143:25
144:4 147:8 165:7
174:4 182:25,25
183:5 199:18
200:16,23 203:2
207:17 211:15
212:21 213:5
214:4,19 217:4
**thinking** 19:15
227:22
**thinks** 86:2 87:12
**third** 23:8 85:14,16
129:17 159:15
165:24
**third-party** 23:9
27:18 30:11 36:6
80:24 124:19
196:1
**Thomas** 199:15,23
**thought** 64:12,13
82:12 106:11,20
115:16 144:7
145:10,14 147:5
153:12 176:20

192:14 193:3
214:12 215:3
220:20
**thousand** 22:12
44:13
**thousands** 142:4
**thread** 93:2 173:2
**three** 23:22,24
24:19 50:5 60:16
64:9 69:8,18 72:8
72:10 85:17
126:15,17 136:24
142:17 152:4
162:24 188:13
191:16 192:16
194:10 195:11,12
202:11
**three-by-five** 47:7
51:9
**three-by-fives** 47:8
**throwing** 183:10
227:23
**thrown** 26:9,25
**thumbs** 227:2
**time** 7:13 11:20
22:16 26:12 37:17
46:5 53:25 56:23
57:6 60:5 62:23
64:2,7,14 66:4
72:1 76:17,20,22
78:4 79:15 84:16
84:24 85:19 88:3
90:11 94:15 101:8
101:15 102:5
103:21 104:13
105:21 106:22
108:20,25 109:5
109:10 112:9,16
112:20,24 114:25
118:6,9 119:18
124:15,17 125:14
126:13 127:2,21
138:19 143:25
144:4 149:3,19
152:12 160:14,16
163:3,24 165:5
166:13 167:23,24

168:11 174:24
177:1,21 178:11
179:16 180:8
182:12 183:7,20
187:24,25 188:2,4
190:2 198:3,5
209:19,19 213:23
220:9,24 221:1
222:1 229:4
**times** 29:24 53:22
89:16 101:10
118:25 119:9
142:8 149:5
155:14 167:6
195:11,12 223:15
**title** 137:10 140:8
140:14,25
**titled** 140:16
**titles** 137:1
**today** 4:17,21,25
5:6,10 6:5,22 9:6
10:5 99:4 106:18
134:16 141:8
146:5 175:16,23
193:7 223:15
**today's** 10:2
**told** 86:19 99:14
112:2 129:20
144:19 161:3
168:3 171:11
178:23 180:24
181:3,18 182:22
186:6 199:7 202:5
205:23 207:14,19
209:1 212:21
216:21 217:6,9
222:10 227:24
**Tom** 9:24 59:7
60:23 98:24
100:12 125:22
142:9 167:21,22
167:25 168:6,13
168:25 170:4,7
181:3,11,15,22
182:20,21 183:9
183:20 185:23,24
186:3,6,11 192:1

192:4 193:15,18
193:19,25 194:5
194:23 204:3
205:15 208:6
213:9,10,10,11,17
221:19 222:3,6
**Tom's** 168:1
194:17,20
**tomorrow** 97:7
173:22
**ton** 187:16
**top** 21:15 34:11
42:14 43:12 65:14
72:19 93:13 97:25
154:3 158:21
175:18
**total** 74:13 155:1
163:13 216:25
**totally** 28:11
170:12 177:23
**touch** 166:6
**touching** 210:9
**TPC** 204:15
**track** 73:12,20
89:13,14,15,16
**trade** 12:25
**traffic** 44:2
**trained** 27:14
**training** 12:18
**transaction** 32:15
33:13,23 34:15
69:14 72:3,14
76:21 98:14
103:23 104:5
111:15,17 114:18
123:23 133:5
141:23 172:24
174:9 221:20
**transactions** 69:9
100:7 104:1
**transcript** 108:4
230:5,8
**travel** 67:5,20
102:10,13 208:7
215:15
**travel-oriented**
102:18

**trial** 8:13,19
**Trials** 27:20,20,24
**trick** 96:15
**tried** 81:10 134:20
180:11
**trouble** 152:18
**true** 25:25 141:17
193:7 224:3 230:9
**truly** 142:19
**trust** 56:10,18,21
56:25 62:4,5,9
213:9
**truth** 79:21 192:24
193:13 217:1
**truthful** 6:7,15,21
71:15 217:14
221:6,15
**try** 6:16 28:5 32:3
120:13 130:6
159:1 160:17
162:6,19 167:6
175:24 200:21
213:5
**trying** 6:1 18:12,12
32:14 38:20 39:13
40:15 64:7 87:23
96:15,17 101:17
106:8,14 117:9,10
125:14 144:8
151:9 152:25
157:23 163:15
167:17 177:11
178:5 179:6,12
180:13 181:4,12
183:15 214:20
217:1 228:14
**TS30**21 134:25
135:21
**TS38** 134:11
135:20,25
**TS46**07 67:6 68:1
**TS47** 134:11
135:20
**TSN** 57:20 68:23
71:5 72:12,15
73:25 74:18,20
75:6 95:22 104:9

109:19,22,23
110:4 126:14
198:19
**TSN's** 113:12
**Tucker** 1:18
**turn** 55:10,15
65:12 72:8,18
74:23 85:13
138:11 143:6
146:7 147:19
163:20 216:1
**turned** 216:22
**twice** 157:8
**two** 7:25 12:3 14:4
17:14 25:25 33:18
34:1,19 41:3
60:16 65:6 66:10
68:12 85:17
117:25 118:25
126:15 148:16,18
149:5,11 154:19
157:13 159:4
160:23 163:12
165:18 172:2,18
175:13 184:17
187:18 188:11,14
201:3 228:11
**type** 20:2 21:23
23:12 26:6 29:16
29:17,18 30:8
31:22 32:9 33:15
33:16,19 34:16
48:5 49:11 57:23
59:25 60:4,18
68:11 71:6,24
72:20 73:6 74:10
74:18,24 75:10,14
78:19 100:8 102:6
102:21 104:25
106:3,4,5 107:9
107:12 108:25
109:21 140:11
167:15 183:25
**typed** 168:4 229:11
**types** 15:20,22,24
19:2,12 22:4,8,13
23:23 25:23 44:22

60:25 74:8 78:18
78:20 102:17
167:3,4,10 189:17
203:7
**typewriting** 230:7
**typical** 106:5 225:1
**typically** 17:1 20:3
21:24 22:1,14
23:11,21 25:7
30:7 34:9 45:16
46:9,13 48:6,22
48:25 49:8 50:3,8
50:19 51:2,3 52:7
52:7 53:21 54:2
66:1 89:21 106:19
130:2 136:15
144:25 161:22
176:19 177:20
182:23 185:24
190:11 192:9
206:18 212:14,16
213:13
**typos** 171:13

---

**U**

**uh-huh** 5:15 11:13
13:1 14:9 16:19
21:22 28:24 49:19
66:16 85:23 90:24
95:10 115:7 116:9
120:21 140:20
187:22 189:12
**ultimately** 24:6,9
36:22 38:14 39:10
45:25 46:15,17
75:18 123:25
126:14 147:15
149:6 173:9
**un-Bates** 67:14
**un-deliverability**
146:12,25
**un-redacted** 135:2
136:1
**unbiased** 191:11
**unclear** 6:24 7:1
**undate** 152:9
**underlined** 65:15

**underlying** 56:1
61:5,10
**Underneath** 73:4
**underscore** 137:11
137:11,11
**understand** 4:20
6:22 7:2 23:2
32:14 34:22 35:5
35:11 38:20 40:14
54:20 68:22 76:19
79:25 86:16 100:7
103:5 107:5,6
109:18,23 110:16
117:9 118:3
129:23 132:3
146:18 160:11
170:12 177:16,25
190:25 201:11
202:24
**understandable**
35:20
**understanding** 5:3
32:17,22 33:17
40:9 44:23 76:19
99:23 100:3 102:8
104:24 106:3
107:9,16 108:21
110:4,11 111:1
115:23 130:6
131:6 202:20,22
207:7
**understands** 14:24
203:2
**understood** 6:20
7:6 18:3 127:14
149:20 203:15
**unfortunately**
175:24 179:22
185:17
**unique** 31:16,20
113:10 124:10
128:23 157:25
160:20 161:12
162:7 163:17
173:14 191:6
**uniques** 164:24
166:25 171:12,15

**UNITED** 1:1
**University** 10:19
**unlawful** 80:25
**unquote** 26:11
  31:14 57:24 61:1
  190:9
**upcoming** 133:9
**update** 149:11
**updated** 41:24
  127:18
**updates** 153:11,19
  157:8
**updating** 60:2
**upping** 129:14
**USA** 41:23 60:23
  190:2
**usable** 116:12
  122:13,21 124:4
  151:17 156:6
  159:2 225:18
**use** 21:20 25:19,20
  28:11 32:1 36:19
  47:18 48:17 50:6
  60:23 76:25 95:16
  95:17 98:4,5,18
  99:15 109:23
  111:10 115:21
  116:2 129:8
  131:16,17 132:20
  134:20 147:1
  149:14 156:15,16
  161:24 168:24
  175:25 176:4
  191:16 205:24
  211:16 215:3
  222:11,17 225:4
**useable** 115:14
**uses** 209:16
**usual** 8:9 231:13
**usually** 19:5 53:7
  54:3 136:13
  146:11

**V**

**vague** 201:17
**Valente** 1:7
**valid** 84:11 133:18

182:15
**validity** 223:16
**valuable** 167:13,14
**value** 49:11,20 50:1
  195:9
**Vanderburgh**
  66:12,18 68:17,22
**variety** 19:1 131:23
  133:14 151:19
  158:3 203:18
**various** 73:24
  131:3
**vendor** 17:1 24:16
  28:11,12,15,16
  31:21 41:21 42:23
  43:2,7,11 45:15
  46:8,10 47:10,18
  49:8 51:20 56:10
  56:12,15 58:15
  62:5 71:7 83:21
  116:13 192:22
  224:11 226:13
**vendors** 20:5 24:23
  25:19 28:2,3
  31:20 41:19 45:10
  46:4 51:1 56:19
  58:4 63:4 71:13
  213:13 224:4
**verbifications**
  145:11
**verification** 147:4
**verified** 30:9 95:14
  98:3 203:21
**verifies** 23:7
**verify** 41:24 144:8
  145:25 148:19
  179:13
**verifying** 42:14
  54:25 147:5
**version** 135:6
  139:13,16
**versus** 44:15 45:15
  47:22 54:8 74:6,9
  152:19 178:24
  180:25
**vet** 213:13
**view** 208:2

**violate** 198:22
**violating** 198:15
**visit** 207:25
**visited** 26:2 159:24
  183:22 184:4
**voice** 35:18,23
  214:20 224:20,22
  225:1,4,10
**volume** 44:14 74:8
  129:7 160:18
  162:22 163:12
  191:19
**volumes** 74:6 118:1
  128:18,22 166:25
  180:6
**voracity** 213:6
**vouch** 192:10 193:1
  193:17
**vs** 1:6

**W**

**W-2** 12:12
**Wabash** 2:15
**wait** 6:15 36:8
  105:12 122:12
  123:8
**waive** 229:15
**WAIVED** 229:22
**waiving** 229:14
**walking** 30:3
**want** 6:15,16,21 7:1
  7:9,9 14:16 17:17
  18:14 20:8 21:3
  21:19 24:24 26:6
  26:13,19,19 27:21
  29:6,7,25 38:17
  38:20 40:13 44:4
  44:5,8,16,24
  45:21 47:7 52:9
  55:5 87:10 101:12
  103:2 106:15,25
  108:5 109:8 122:6
  126:16 133:15
  140:22 151:13
  152:5 153:25
  160:13 164:11
  172:9 177:16

181:13 182:8
  191:8 206:17
  209:3,10 214:22
  214:22
**wanted** 28:22 38:5
  75:11 77:10 111:7
  122:23 125:9
  154:18 166:5
  194:2 200:18
  219:18 220:5
  224:11 228:20
**wants** 34:14 47:19
  48:5 159:21
**washes** 185:9
**washout** 187:17
**wasn't** 11:15 14:2
  51:12 62:20 79:15
  79:19 80:3 87:24
  87:25 193:2
  228:10
**way** 33:12 44:1
  48:9,16 61:8
  67:15 71:21 80:24
  80:25 81:14 84:17
  96:22 108:7 115:4
  126:25 132:3
  150:7 151:9
  161:13 163:16
  166:11 169:13
  172:14 176:2
  177:11 179:7,25
  180:2 181:5 182:3
  182:9 184:7 185:1
  185:22 191:20
  192:7,14 193:4
  213:12,13 219:2
  227:25 228:10
**ways** 28:2 54:8
  131:3,23 133:15
  225:17
**We'll** 89:6
**we're** 32:10 36:14
  36:17 43:4 86:2
  87:12 117:18
  161:5
**we've** 27:14 52:15
  64:8 160:15 212:9

212:11
**wear** 212:14
**web** 156:3 158:10
**website** 15:15,17
  15:19,20 23:4
  26:2,6 37:2,18,20
  38:25 44:2 54:6
  54:24 71:22 73:19
  105:25 107:13,17
  107:18 108:11,15
  109:10 138:20,21
  138:24 168:21,24
  169:4,8,18,25
  170:2 182:13
  183:4,6,10,22
  184:3,5,10 215:15
  219:10
**website's** 169:10
**websites** 31:13,16
  31:19,20,22 42:17
  42:20 76:10,14
  95:16 97:5 98:4
  109:1 112:1
  113:10 130:22
  131:1,12 132:7
  145:8 159:23
  166:9 168:8,11,19
  182:24 183:1
  207:25 208:14,18
  209:22
**week** 10:6 79:14
  83:13 123:18,21
  143:12 216:11
**weekly** 87:1
**weeks** 123:21
  149:12 157:13
**weight** 13:7
**went** 54:24 76:13
  109:11 116:18
  128:12,19,21
  169:4 208:6
  215:15 219:10
  223:3
**Westerville** 138:18
**whatsoever** 169:14
**white** 150:3 212:14
**wifi** 135:10

**willing** 33:22 50:11
164:16
**win** 167:6
**winning** 167:10
**wish** 229:14
**wishes** 214:18
**witness** 3:2 31:4
37:24 38:7 55:4
57:10,18 65:10
68:9 82:9 85:4
109:4 110:16
131:12 137:7
139:25 148:22
164:6 170:23
197:14 198:1,25
204:2 205:14
206:9 209:19
211:7,19,21 212:2
212:9,11 213:9
214:17 215:9,18
217:21 223:25
229:12,16,21
**wonder** 87:22
**wondering** 228:16
**Woodstock** 4:15
**word** 4:15 71:13
73:21 96:22 98:17
162:25 213:11
217:2
**worded** 62:20
**wording** 217:1
**words** 44:24 54:25
75:24 90:22 106:8
114:9 131:20
169:17 216:18
**work** 11:4 12:6,10
27:19 58:18,22
59:16 62:7 68:19
89:12 136:20
159:22 160:14
162:19,20,21
163:6 186:9 192:8
208:18
**worked** 11:25
13:24 14:1 102:6
102:9,12
**working** 12:19,21

14:20 40:1 56:23
58:24 112:3,17
120:23 121:16
136:25 165:5
**workout** 171:21
**works** 14:7 37:17
57:4 80:7 134:25
136:17
**worry** 115:16
118:10
**worst** 195:7
**worth** 73:13
**wouldn't** 15:1
28:15 29:10 43:19
54:12 68:14 82:12
90:15 99:2 130:13
133:7 137:14
175:14 178:3
204:2 209:10
210:15 213:3
218:23 219:6
**write** 69:13 70:25
86:15
**writing** 78:15
205:16
**written** 86:1 192:14
**wrong** 12:3 75:1
86:4,13 87:14
101:22 143:17,21
187:16,19 213:12
213:13 215:7,12
**wrote** 70:3 71:23
117:7 219:4

**X**

**X** 3:7
**X-L-L-S** 140:9
**X-L-S-X** 137:12

**Y**

**year** 10:14 11:18
13:21 14:4 72:7
149:5,7 150:24
159:20 164:11
228:7
**years** 10:9,9 12:3
13:15,23 14:17

41:17 47:13 60:16
62:8 64:9 102:25
103:2 104:1
126:15 136:24
147:12 182:23
197:7 209:1,2
212:13 213:15
221:16 228:11
**Yep** 65:22 171:8

**Z**

**Z** 8:6
**Zoro** 8:6

**0**

**02110** 2:4

**1**

**1** 3:9 63:13,17
66:14
**1,000** 114:1,5,8
122:25 123:6,11
127:6 162:17
**1,250** 194:3,3
**1,500** 122:24
**1:12-cv-5746** 1:2
**10** 3:13 50:21,23
59:18 74:16 79:6
79:17 86:3,12
87:13 90:1,11
93:6 137:11 150:4
165:13,16,23
186:21 187:2
**10,000** 135:12
**10,804** 155:24
**10.B** 231:3
**10:01** 190:23
**10:10** 1:16
**10:20** 188:13,17
**10:29** 165:17
**100** 4:15 103:1
**100,000** 17:8
**1030** 2:4
**11** 3:14 58:19 80:22
90:1,11 156:20
170:21,24 171:5
205:4 218:11,11

**11:00** 170:25
**11:08** 184:17
**11:10** 165:25
166:16
**11:13** 172:3
**11:29** 186:13
**11:30** 166:22
**11:34** 152:3 187:2
**11:36** 152:2,7
**11:48** 175:20
**110** 146:7
**111** 143:6
**114** 94:24
**116** 93:2,14
**118,178** 156:4
226:1
**11th** 93:6,21
**12** 3:14 9:25 81:4
174:20,23 206:3
213:25
**12:00** 188:19
**12:03** 187:10
**12:24** 163:22 164:3
**123** 208:6 215:15
**123freetravel.com**
71:22 138:22
**123travel.com**
223:4
**125** 2:4
**129** 94:19
**13** 1:19 3:15 178:16
178:19 206:20
227:9
**130** 125:13
**133** 3:11
**138** 113:18 122:16
**139** 114:11 115:3
**14** 3:15 187:6,9
207:6
**140** 114:12
**144** 94:25
**147** 3:12
**15** 3:16 13:15 14:17
22:19 187:9,12
188:8,11,12,15
191:12 228:3
**15-14-37(a)** 231:7

**150** 122:21 191:12
**151** 3:12
**153** 3:13
**154** 95:6
**155** 95:4,5,12
**158** 106 139:3
**15th** 231:15
**16** 3:16 137:11,13
140:9,25 143:11
144:11 188:8,11
188:13 190:18
**163** 96:24
**164** 97:25
**165** 3:13
**166** 96:25
**173** 3:16 199:20
**170** 3:14
**174** 3:14 82:1
**178** 3:15
**17th** 230:15
**18** 165:17,19
170:11 174:23
175:20 176:9
**184** 65:5 216:3
**186** 3:15
**187** 3:16
**18th** 166:21
**19** 188:12,17
**190,000** 210:10
**191,000** 158:8
**191,736** 156:2
225:19
**1969** 11:11,12
**197** 3:5
**1984** 7:19
**199** 3:16
**1st** 65:20 97:2
111:3

**2**

**2** 2:9 3:10 64:18,23
92:25 95:12 98:1
**2,300** 191:18
193:16,19,24
**2,500** 156:9 194:3
**2:23** 84:22
**2:41** 172:19

| | | | | |
|---|---|---|---|---|
| **20** 14:17 21:11 22:18 173:3 228:19 | **21** 152:3,17 179:22 184:16 186:13 188:14 190:23 | **33131** 2:10 | **63** 3:9 | **9:08** 154:4 |
| **200** 122:22 | **217** 3:4 | **350** 128:13 | **636** 138:18 | **9:30** 184:18 |
| **200,000** 114:22 115:13 122:6,23 123:6,12 | **22** 170:25 171:2 172:3,18 | **358-6555** 2:11 | **64** 3:10 | **9:37** 179:22 |
| **2003** 10:15 | **226** 3:5 | **36** 164:9 | **66** 3:10 | **9:59** 159:6 |
| **2007** 10:21 11:8,25 12:2,19 | **23** 227:10 228:8 | **4** | **66.197** 138:8 | **90** 87:4 164:10 |
| **2008** 12:2,20 | **2300** 2:9 | **4** 3:4,11 7:19 85:9 85:13 89:6 173:20 | **660,000** 173:3 | **95** 159:18 |
| **2009** 65:20 66:14 90:1,11 92:24 93:10 94:1,6 95:8 95:12,23 96:12 97:2 98:1 105:2 110:6 115:5 118:12 120:22 125:15 126:22 129:16 132:15 143:8 144:11 | **25,895** 156:7 | **4,500** 127:11,13 128:7 149:7 | **6th** 158:18 | **99** 26:11 |
| | **2565** 138:4 | **40** 47:13 | **7** | **9th** 126:7 143:8 152:1,7 |
| | **28** 63:22 | **400** 127:11 128:10 128:13 | **7** 3:12 95:8 115:5 118:12 122:5 125:20 151:22 152:1,1,6 | |
| | **28th** 64:11 | **400,000** 87:18 128:19 155:1,17 156:14,19 160:19 210:11 225:16 | **7.C** 231:7 | |
| | **2900** 1:18 | | **70** 50:22,23 57:2 187:17 | |
| | **29th** 84:20 | **43081** 138:18 | **71@aol.com** 8:6 | |
| | **2nd** 95:2 | **45** 212:13 | **73** 155:10 | |
| **2010** 68:20 110:10 129:17 137:13 140:9 187:9,12 188:13,17 220:17 | **3** | **450** 163:13 | **738-7080** 2:5 | |
| | **3** 1:15 3:10 66:25 67:3,5 69:2 | **46** 147:19 148:16 | **76** 67:11,13 | |
| | **3,000** 41:3 74:17 | **4609** 67:6 68:2 | **7th** 94:22 95:1,2 | |
| **2011** 84:19,20,21 84:24 85:19 126:25 128:3 147:24 148:14 150:25 152:2,3,7 152:17 154:2,4,7 154:20,25 159:6 163:21 164:3 165:2,17,19 170:25 171:2 172:3,19 173:12 173:20 174:8,11 174:23 175:20 176:9 184:16 186:13 188:14 190:23 195:22 227:10 228:8 | **3,600** 155:7 | **5** | **8** | |
| | **3:20** 229:18 | **5** 3:11 134:5,9 135:3,20 137:8,16 137:20,25 138:5,9 138:12 139:7,14 139:17 154:25 174:11 | **8** 3:12 151:22 152:1 152:16 | |
| | **3:30** 85:20 | | **8:40** 148:14 | |
| | **3:50** 227:10 | | **80** 21:10 22:16 57:3 164:10 | |
| | **30** 9:7,14,20 47:13 84:21 85:19 156:6 156:8 173:19 | | **80s** 11:15 12:4 | |
| | **30-day** 160:10 | **5:32** 137:13 | **84** 3:11 | |
| | **30(e)** 229:19 | **50** 114:22 115:14 162:16 164:21 173:8 194:4 | **85** 11:18 | |
| | **300** 122:13 127:11 128:9,13 150:5 172:8,12 173:3,10 | | **86** 11:18 | |
| | | **50,000** 163:11 | **8th** 74:12 126:22 147:24 148:14 154:2,4,6,7 159:5 160:4 161:2 163:21 164:3 165:2,21 | |
| | **300,000** 87:17 114:1,24 116:8,19 117:2 121:19 122:20 126:2 128:19 160:20 | **50,078** 155:3 | | |
| | | **500** 127:12 128:10 | | |
| | | **500,000** 164:23 173:23 | | |
| **2012** 60:9 | **30188** 4:16 | | **9** | |
| **2014** 63:22 64:11 82:19 | **30341** 1:19 | **6** | **9** 3:13 125:15 140:18 154:9 159:16 175:1 209:24 218:10 225:15,16 | |
| | **305** 2:11 | **6** 3:12 148:10,13 | | |
| **2015** 1:15 230:15 231:15 | **30th** 84:19,20 85:17 | **60** 9:21 13:18 103:1 | | |
| | **312** 2:16 | **600,000** 116:6,19 117:2 121:18 | **9-11-28(c)** 231:8 | |
| | **321-9100** 2:16 | **60611** 2:15 | **9-11-30(e)** 229:21 | |
| | **330** 2:15 | **617** 2:5 | | |
| | **3300** 2:15 | | | |

# Exhibit O

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 12 cv 5746

PHILIP CHARVAT, on behalf of himself
and others similarly situated,
   Plaintiff,
v.

ELIZABETH VALENTE, et al.,

   Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF:   TOM MONGIOVI

DATE TAKEN:     June 30, 2015

TIME:     9:59 a.m. - 2:33 p.m.

PLACE:     Downtown Executive Suites
     390 North Orange Avenue
     Suite 2300
     Orlando, Florida 32801

REPORTED BY:     Jean Rohrer, Registered
     Professional Reporter, Certified
     Realtime Reporter, Notary
     Public, State of Florida at
     Large

---

Page 2

1  A P P E A R A N C E S :
2  MATTHEW P. McCUE, ESQUIRE
   OF:  Law Office of Matthew P. McCue
3    1 South Avenue, Third Floor
    Natick, MA 01760
4
5    APPEARING ON BEHALF OF THE PLAINTIFF
6
   JEFFREY S. BECKER, ESQUIRE
7   OF:  Swanson, Martin, & Bell, LLP
    330 North Wabash Avenue
8    Suite 3300
    Chicago, IL 60611
9
10    - and -
11  CATHERINE J. MACLVOR, ESQUIRE
   OF:  FOREMAN, FRIEDMAN, P.A.
12    2 South Biscayne Boulevard
    Suite 2300
13    Miami, Florida 33131
14    APPEARING ON BEHALF OF THE DEFENDANTS
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1         C O N T E N T S
2
3  TESTIMONY OF TOM MONGIOVI
4    Examination by Mr. Becker....................6
5    Examination by Mr. McCue...................164
6    Examination by Mr. Becker.................201
7    Examination by Ms. Maclvor.................211
8    Examination by Mr. McCue...................218
9    Examination by Mr. Becker.................224
10
11  CERTIFICATE OF REPORTER.........................231
12  CERTIFICATE OF OATH...........................232
13  ERRATA PAGE....................................233
14  NOTIFICATION LETTER............................234
15
16
17      S T I P U L A T I O N S
18    It is hereby agreed and so stipulated by and
19  between the parties hereto, through their respective
20  counsel, that the reading and signing of the transcript
21  are expressly reserved by the Deponent.
22
23
24
25

---

Page 4

1
2       EXHIBITS
3  Defendant's Exhibit 1..............................52
4  (Subpoena)
5  Defendant's Exhibit 2............................54
6  (May 6, 2014 e-mail)
7  Defendant's Exhibit 3............................58
8  (May 12, 2014 e-mail)
9  Defendant's Exhibit 4............................60
10  (May 12, 2014 e-mail)
11  Defendant's Exhibit 5............................62
12  (Affidavit)
13  Defendant's Exhibit 6............................73
14  (December 9, 2011 e-mail)
15  Defendant's Exhibit 7............................73
16  (December 2, 2009 e-mail)
17  Defendant's Exhibit 8............................92
18  (December 7, 2009 e-mail)
19  Defendant's Exhibit 9............................97
20  (December 9, 2009 e-mail)
21  Defendant's Exhibit 10............................98
22  (December 9, 2009 e-mail)
23
24  EXHIBITS CONTINUED ON NEXT PAGE
25

Page 5

EXHIBITS CONTINUED FROM PREVIOUS PAGE
1
2    Defendant's Exhibit 11............................103
3    (List of phone numbers and names)
4    Defendant's Exhibit 12............................117
5    (January 11, 2011 e-mail)
6    Defendant's Exhibit 13............................117
7    (February 7, 2011 e-mail)
8    Defendant's Exhibit 14............................117
9    (February 9, 2011 e-mail)
10   Defendant's Exhibit 15............................123
11   (February 16, 2011 e-mail)
12   Defendant's Exhibit 16............................124
13   (February 21, 2011 e-mail)
14   Defendant's Exhibit 17............................124
15   (July 8, 2011 e-mail)
16   Defendant's Exhibit 18............................124
17   (July 14, 2011 e-mail)
18   Defendant's Exhibit 19............................153
19   (March 21, 2011 e-mail)
20   Defendant's Exhibit 20............................156
21   (Affidavit)
22   Defendant's Exhibit 21............................157
23   (Screen shot)
24                     - - - - -
25

Page 6

1           P R O C E E D I N G S
2                *********
3        THE REPORTER:  Do you swear or affirm that the
4    testimony you are about to give will be the truth,
5    the whole truth, and nothing but the truth?
6        THE WITNESS:  Yes, I do.
7        TOM MONGIOVI,
8    having been first duly sworn, testified under oath as
9    follows:
10             EXAMINATION
11   BY MR. BECKER:
12   Q   All right.  This is the discovery deposition
13   of Thomas Mongiovi --
14       Did I say that right?
15   A   Yes.
16   Q   -- taken pursuant to subpoena in federal rules
17   of civil procedure.
18       Sir, could you please state and spell your
19   name for the record?
20   A   Thomas Mongiovi.  T-h-o-m-a-s,
21   M-o-n-g-i-o-v-i.
22   Q   What is your residential address, sir?
23   A   25514 High Hampton Circle, Sorrento, Florida,
24   32776.
25   Q   All right.  Do any factors exist today which

Page 7

1    might affect your ability to understand and answer my
2    questions?
3    A   No.
4    Q   Are you hard of hearing at all?
5    A   No.
6    Q   Are you on any medication?
7    A   No.
8    Q   Okay.  While we are not in a courtroom today,
9    this deposition is given a lot of the same formalities
10   as though we were.  Okay?  And I'll walk through some of
11   these rules with you since this is the first you're
12   being deposed.
13       For instance, if I ask you a question that
14   requires a yes or no answer, please try to answer it
15   audibly with a yes or a no, as supposed to an uh-huh or
16   an uh-uh or a shake or nod of the head.  The reason for
17   this is the court reporter can't easily record your
18   nodding of the head.  Is that fair?
19   A   Sure.
20   Q   In addition, please speak loudly and clearly
21   so the court reporter can easily record what you say.
22   Okay?
23   A   Okay.
24   Q   Similarly, if I'm asking you a question,
25   please let me finish the question before you answer it,

Page 8

1    the court reporter can't both record my question and
2    your answer at the same time.  Okay?
3    A   Yes.
4    Q   In addition, it's important to understand, we
5    are here to record your testimony today.  You're the
6    star of the show.  It's important that we record what
7    you say in an accurate manner.
8        So you might think you know what I'm asking
9    you, you might want to give me an answer to my question,
10   but it turns out that when I finish asking my question,
11   you realize I'm asking for something completely
12   different.  So if your answer too quickly you might give
13   me an answer other than what you would have wanted to
14   give me had you waited until I finished.  Fair?
15   A   Fair enough.  I understand.
16   Q   Also, you're under oath today, which means we
17   want your truthful, honest answers.
18   A   We'll do.
19   Q   Also very important.  We only want information
20   that you know about.  Your personal knowledge.  If you
21   don't know something, I'm not interested in your
22   guessing or speculating; unless I ask you to do that, in
23   which case you'll understand it.  Otherwise, if you
24   answer a question, I assume you're giving me information
25   that you personally know.  Okay?

Page 9

1      A   Yes.
2      Q   Okay.  If you need a break, let me know; as
3   long as there is no question pending, we will take a
4   break.
5      A   Okay.
6      Q   What's your birth date?
7      A   4/21/61.
8      Q   Okay.  Do you have an e-mail address?
9      A   TDC-marketing@comcast.net.
10         MS. MACLVOR:  I'm sorry.  Comcast.net?
11         THE WITNESS:  Yes.
12   BY MR. BECKER:
13      Q   I believe I asked this before we went on the
14   record, but have you ever been deposed before?
15      A   No.
16      Q   Okay.  Have you ever testified in a trial or
17   other court proceeding before?
18      A   Yes.
19      Q   What kind of trial or court proceeding was
20   that?
21      A   Traffic and divorce.
22      Q   Okay.  Was it your divorce?
23      A   Yes.
24      Q   Okay.  So you've been a party in the divorce
25   case.  Have you ever been a party to any other type of

Page 10

1   lawsuit?
2      A   No.
3      Q   Okay.  What, if anything, did you do to
4   prepare for today?
5      A   I sent you the file that you requested, and
6   did some various work looking up various names, and
7   that's pretty much it.
8      Q   Now, the file, I couldn't open it.  What was
9   this file?
10      A   Again, that's more my IT department.  I really
11   don't know.  You can put in a head of a thimble what I
12   know about computers.
13      Q   Okay.
14      A   Okay.  I know it's a large, large amount of
15   data.
16      Q   Okay.
17      A   And I do not know how to open it.  I can talk
18   to my IT department --
19      Q   Okay.
20      A   -- and see that.
21      Q   And this was in response to questions asked in
22   a subpoena and for documents?
23      A   This is in response to you had asked me
24   what -- what, you know, you needed things.
25      Q   Right.

Page 11

1      A   And I sent you the data.
2      Q   Okay.
3      A   I didn't -- wouldn't put it on a thumb drive
4   or anything, I just put it on a link and sent it to you.
5      Q   Is this in regards to anything you had that
6   would have Allison Charvat's name or Philip Charvat's
7   name in it?
8      A   Yes.
9      Q   Have you looked at the data that you sent us
10   to see if it's in there?
11      A   Yes.
12      Q   And was Allison Charvat's name or Philip
13   Charvat's name included in that data?
14      A   Allison Charvat's name is in that data.
15      Q   What else, if anything, did you do today to
16   prepare?
17      A   And looked up -- tried to find the most recent
18   information on Jeff Katz.
19      Q   Okay.
20      A   And I came up with a dead end.
21      Q   Okay.  Where did you go to high school?
22      A   South Shore High School in Brooklyn, New York.
23      Q   What year did you graduate?
24      A   '79.
25      Q   And did you go to college after that?

Page 12

1      A   Yeah.  New York City Community College.
2      Q   Okay.  Did you receive a degree from there?
3      A   No.
4      Q   Okay.  I want to get some of your work
5   history, but maybe it's easiest to start from today and
6   work backwards --
7      A   Okay.
8      Q   -- until we get tired of going backwards.
9      A   Okay.
10      Q   What's your current source of employment or
11   income?
12      A   My company is TDC Marketing.  I've personally
13   been in business by myself, I don't know, ten, 15 years.
14      Q   Okay.
15      A   Don't recall the date.
16         Prior to that I worked, co-owned a company
17   with a partner of mine in direct marketing of Orlando.
18         Prior to that I worked for Westgate Resorts
19   where I got affiliated with the lead business, the data
20   business.
21         And I, you know, you want to go back all the
22   way to when I sliced salami in Brooklyn, or, I mean --
23      Q   I think probably the most relevant information
24   deals with your involvement in resort and lead,
25   marketing type of stuff.  So it sounds like TDC has been

3  (Pages 9 to 12)

Page 13

1   the last decade, decade and a half?
2   A   Yes.  That's a fair -- I've been in this type
3   of business for the last 30 years.
4   Q   Okay.  And Westgate Resorts, is that like a
5   standalone like, resort business?
6   A   Yeah.  It's a time share.
7   Q   It's a time share.  Okay.  What did you do for
8   Westgate Resorts?
9   A   I started out as a -- as a salesman trying to
10  get people to tour the resort, and then I worked my way
11  up until management.
12  Q   Okay.  How long did you work for Westgate,
13  approximately?
14  A   Ten years.
15  Q   Okay.  And then from there you started a
16  company that you co-owned with another individual that
17  you described as a direct marketing company in Orlando?
18  A   Correct.
19  Q   Okay.  And then following that you started
20  TDC?
21  A   On my own, correct.
22  Q   And TDC, if it's 2015 right now, has been in
23  business since at least 2005, if not 2000?
24  A   More probably 2000.
25  Q   Okay.  Cool.  Who owns TDC Marketing?

Page 14

1   A   Me.
2   Q   Okay.  Anyone other than you?
3   A   No.
4   Q   Has it always been the case that it's only
5   been owned by you?
6   A   Yes.
7   Q   How many employees, if any, does TDC currently
8   have?
9   A   One.  Well, not really an employee.  He's kind
10  of free-lance.
11  Q   Okay.  And how long has it been like that that
12  you've had one free-lance?
13  A   As long as I've been in business.
14  Q   Okay.  Has that individual changed over time?
15  A   No.
16  Q   Same person the whole time?
17  A   Yes.
18  Q   Who is that?
19  A   His name is Joseph Palmiotti.  He's my nephew.
20  Q   How do you spell Palmiotti?
21  A   P-a-l-m-i-o-t-t-i.
22  Q   Okay.  Is TDC currently a member of any trade
23  associations?
24  A   No.
25  Q   Has it been a member in the last ten years?

Page 15

1   A   No.
2   Q   Who generally are TDC's customers?
3   A   Time share resorts, anyone looking for data,
4   car data, car warranty data, mortgage, dating services.
5   There is so many.  Anyone looking to do an e-mail blast.
6   I just recently did a wrinkle cream thing for somebody.
7   So basically whoever contacts me, you know.
8   Q   So would it be fair to say that the people
9   that are contracting you are people interested in
10  purchasing information that they can use to contact
11  others?
12  A   Yes.  Some of them are looking for
13  information, and other -- some are looking just for
14  advertising, like an e-mail blast.  We have done one
15  years ago for Visa Black Card, we did one for Purina,
16  you know.
17  Q   Let me make sure I understand this.  So is it
18  fair to say that part of TDC's business then would
19  include actually sending the blast for the customer that
20  might be hiring you?
21  A   Correct.
22  Q   Okay.  So some people might be acquiring the
23  data from you with which they'll do their own marketing
24  campaign, whereas others may reach out to you to
25  actually conduct a marketing campaign for them?

Page 16

1   A   It depends on the individual.  Some people
2   like Purina, some people had the data and they said we
3   wanted this blast out.
4   Q   Okay.
5   A   I hire a company --
6   Q   Okay.
7   A   -- since my computers can't do it.  I hire a
8   company, they do it, they oversee the e-mail blast with
9   results and all.
10      Some other people want a clarification, a
11  select date we call it.
12  Q   Okay.
13  A   Meaning, like, Visa.  Visa Black Card is a
14  high end credit card so they wanted higher income
15  people.  So we run a data scrub to see how many people
16  we have with 100,000 income or above.
17  Q   Okay.  And so let's use Visa for example.  A
18  Visa is looking to you to source the data and then scrub
19  it, or are they giving you data that they want you to
20  scrub?
21  A   In that particular one, they were looking for
22  me --
23  Q   Okay.
24  A   -- to supply the data.
25  Q   So Visa would hire you, you would source the

4  (Pages 13 to 16)

Page 17

1  data in some manner, you would then scrub it in a manner
2  that would allow for it to filter out people below a
3  certain income level, and then Visa would purchase that
4  information from you?
5      A   Correct.  And they would -- well, not so much
6  the information, they would -- they would want these
7  certain people to be e-mailed.
8      Q   Okay.  Got it.
9      A   Solicited.
10     Q   So in that situation, Visa would also retain
11  your services to have the e-mail blasted out, in which
12  case you may hire another company to do that?
13     A   Correct.
14     Q   So Visa would be almost using TDC as a
15  one-stop shop?
16     A   Correct.
17     Q   Finding information and send it out to people?
18     A   It was a while ago, so I don't know -- they
19  might have requested the data on anyone who responded
20  because we get results, opt-in, opt-out, take me off the
21  list, blah, blah, blah.
22     Q   Okay.  That's fine.  I'm trying to get a feel
23  for the different type of services you offer and the
24  kind of customers you would providing the services to.
25  So I understand Visa.  Purina would be a slightly

Page 18

1  different situation where they may already have
2  information?
3      A   Right.
4      Q   And then they hire TDC to actually implement
5  the e-mail blast?
6      A   Correct.
7      Q   And TDC, again, couldn't do it itself, it
8  would hire a third party to actually conduct an e-mail
9  blast campaign?
10     A   Yes.
11     Q   And then would it be fair to say that there
12  are other customers that are simply looking to acquire
13  the data from TDC?
14     A   Yes.
15     Q   And that data -- what kind of data would that
16  include?
17     A   It --
18     Q   Other types of data?
19     A   Yeah.  It depends what the customers wants.
20     Q   Okay.
21     A   Some want income, some want married, some want
22  single.  Some want, you know, people not making a lot of
23  money.  It depends what -- on whatever they're trying
24  to, I guess, sell.
25     Q   Okay.  And in terms of the different types of

Page 19

1  information that they're looking for, these customers
2  might be looking for, how does TDC go about sourcing
3  that information, or acquiring that information that
4  they sell to their customer?
5      A   We have many lists.  We acquire many lists
6  from third parties.
7      Q   Okay.
8      A   And that list has information on it.  We call
9  it selects.
10     Q   Okay.
11     A   Where you can have, I believe the list has --
12  I'm not really sure, but it has over 400 selects; if
13  they're a pet owner, if they're -- the income they make,
14  if they're married, 2.3 children, you know, whatever.
15  Mortgage, mortgage information, things like that, they
16  have on that.  You know, whatever.  Whatever
17  information.
18     Q   And these lists that you have, does TDC
19  generate the data itself?
20     A   No.
21     Q   Or is it acquiring it from somewhere else?
22     A   Acquiring it from a third party.
23     Q   What types of third parties does TDC acquire
24  its information from?
25     A   Usually another marketing company.

Page 20

1      Q   Okay.  You mentioned an individual earlier
2  named Jeff Katz.
3      A   Correct.
4      Q   Who is Jeff Katz?
5      A   Jeff Katz was an individual that I got the raw
6  internet data from.
7      Q   And what's raw internet data?
8      A   It's data that comes over the internet for
9  people who have gone to many, many sites; sweepstakes
10  sites, get-relief sites, newspaper sites, travel sites,
11  all different types of sites.
12     Q   Okay.
13     A   And they put in a bunch and he'll sell it to
14  me as raw data.
15     Q   Okay.
16     A   Now, I would like to explain, on the raw data,
17  it comes in as raw data; which means it's not a hygienic
18  list.  It's not cleaned.  Some lists have just the name
19  on it.  They'll have Bob on it.  Well, there is nothing
20  you could do with Bob.  There is plenty of Bobs in the
21  country.  So you take -- you take that out.
22         But some data comes with the name, the IP
23  address, the date and time stamp, URL that they went
24  into.  And that's it.
25     Q   Okay.

5 (Pages 17 to 20)

Page 21

1  A  And that's it.
2  Q  Did Jeff Katz have a company that you know of?
3  A  No.
4  Q  Okay.  So he would be the one, I guess, we
5  call him a supplier of yours?
6  A  Yes.
7  Q  Okay.  How many other types of suppliers or
8  members of suppliers did TDC work with over the last two
9  years?
10  A  A lot.
11  Q  More than ten?
12  A  I would say so, yes.
13  Q  Okay.  And do you know whether the suppliers
14  are the ones that are actually generating the data
15  itself?  So, for example, are they the website that's
16  actually getting the information, or are they a credit
17  company that's compiling the information, or are they,
18  themselves, getting it from somewhere other than
19  directly from the consumer?
20  A  I really don't know, but I would assume
21  they're getting it from a third party.
22  Q  Okay.  So you're just one more step removed
23  from the ultimate originator of that information
24  directly --
25  A  Correct.

Page 22

1  Q  -- with the consumer.  Okay.
2  And you mentioned different types of selects
3  that you can opt to acquire information for, correct?
4  A  Correct.
5  Q  Things like income level, right?  Whether they
6  have a mortgage or not, correct?
7  A  Homeowner.
8  Q  Homeowner.  Does this information also have
9  different levels or various types of contact information
10  for the consumers who is included on the lists?
11  A  I don't understand the question.
12  Q  So a list may have Bob's name and it may also
13  have his e-mail address but not his physical address.
14  Or it may have his phone number but not his e-mail
15  address.  So when I'm referring to contact information,
16  I mean methods of communicating with somebody, whether
17  it be by sending him a letter in the mail, or calling
18  him on the telephone or e-mailing them.
19  A  On the consumer list -- that's what it's
20  called, consumer list -- all of them would have their
21  addresses.
22  Q  Okay.
23  A  And we NCOA, against the national change of
24  address.
25  Q  Okay.

Page 23

1  A  Because when you sell direct mail to someone
2  who is looking to send out 10,000, 20,000 pieces, they
3  don't want half of those letters coming back from an old
4  list, because that costs money.
5  Q  Sure.
6  A  Postage is very expensive.  So we have to, you
7  know, always update the list.  That list comes out every
8  three months.  I buy it religiously every three months.
9  And it ain't cheap.  Every three months.
10  Some of the names have phone numbers on them.
11  Some of them.  And as recently as two years ago, they
12  started to go to cell phones.  But not all of them have
13  phone numbers on them.
14  Q  Okay.
15  A  I hope I answered your question.
16  Q  You did.
17  And so, obviously, is it fair to say that the
18  list that have phone numbers on them, those include
19  phone numbers that would have been inputted by the
20  consumer?
21  A  I'm really not sure how it's generated, the
22  list, to be quite honest with you.  I do get it from a
23  third party.  I have been working with the list for
24  many, many years, and it's fine.
25  Q  Okay.

Page 24

1  A  You know, if it's not fine, someone would call
2  me and say, Tom, all these numbers, they're all wrong
3  numbers.
4  Q  Right.
5  A  Or, Tom, these addresses are no good.
6  Q  Okay.
7  A  And I have not had that problem.
8  Q  Okay.  Does TDC generate or collect any lead
9  information on its own?
10  A  Years ago we did.
11  Q  Okay.  When did you stop doing that?
12  A  Probably when the DNC list came out.
13  Q  Okay.  Do you know when that was?
14  A  I'm guessing anywhere between 2000 and 2005.
15  Q  Okay.
16  A  Somewhere in that time.
17  Q  So following the -- that time, TDC stopped
18  generating collecting the information on its own?
19  A  Correct.
20  Q  And since that time it's only acquired lead
21  information from third parties?
22  A  Correct.
23  Q  Okay.  Over the last ten years do you think
24  you've used more than 20 compilers or suppliers?
25  A  I would say anywhere between 10 and 20 is a

1    fair number.
2       Q   Okay.  Can you explain the process by which a
3    customer would hire TDC?
4       A   A customer would want a phone list.  Say, like
5    Purina, let's assume they want -- not that this happened
6    with Purina -- but let's assume --
7       Q   Sure.
8       A   -- a pet company wants pet owners.  And
9    they'll say, you know, we want pet owners that are a
10   homeowner, that are married, that have two kids, the
11   kids are under five years old, and we want to send out
12   pet information, pet products, pet coupons, or whatever.
13   And that's how they would hire me.
14      Q   Now, does TDC have a website?
15      A   Yes.
16      Q   What's the website?
17      A   TDC-Marketing.com.
18      Q   How active are you in marketing that company
19   today?
20      A   Very active.  It's what I do for a living.
21      Q   This is my point:  I mean, are most of your
22   customers long-time customers that you -- they come in
23   through word of mouth so that you're not, you know,
24   yourself, setting out blasts to people, hire me, or
25   calling people saying, hire me, or, you know, putting

1    advertising on TV, hire me, or are you actively looking
2    for new customers that might not know of TDC yet?
3       A   You always want to, you know, get more
4    customers --
5       Q   Sure.
6       A   -- obviously.  But to answer your question,
7    most of the customers I deal with I've been dealing with
8    for many, many years.
9       Q   Yeah.
10      A   Many, many years.
11      Q   Okay.  And so do you market yourself on
12   television --
13      A   No.
14      Q   -- your company?
15      A   This face on television?
16      Q   Do you do any sort of marketing, active
17   marketing, for new customers, outreach?
18      A   Not really.  Like I'll make a few phone calls
19   and things like that.  Bob knows Bill; Bill knows Bob,
20   maybe things like that.  Referrals.  Things like that.
21      Q   Is it fair to say that an overwhelming
22   majority, if not all of your business over the last five
23   to ten years is either existing customers or referrals?
24      A   Yes.
25      Q   Okay.  And so do you have contracts with your

1    customers, or do they just call you and it's kind of,
2    this is what I need today, can you get it for me?
3       A   It's really cut and dry.  The data works,
4    you're in business; the data doesn't work, you're out.
5       Q   That makes sense.
6       A   So there is no contracts, to answer your
7    question.
8       Q   There is no written contract at all?
9       A   Right.
10      Q   And so will most of your orders be over the
11   telephone, or will you ask a company like a Purina or a
12   Visa to send you an e-mail confirming this is exactly
13   the kind of data I want?
14      A   Some do via e-mail, some do on a phone call.
15      Q   Okay.  And there is no specific rule within
16   your organization for how you go about having that order
17   placed?
18      A   No.
19      Q   Okay.  Now, if a customer requests specific
20   data, how do you go about pricing that data?
21      A   It depends how many selects.  Normally on a
22   select is a penny to a penny and a half per select,
23   depending on the volume that they buy.  Obviously, a
24   fellow who buys five to 10,000 records is charged more
25   than a fellow who buys 500,000 records.

1       Q   Okay.
2       A   Depending on the volume.  And also depending,
3    does the fellow want that data cleaned, hygienic, does
4    he want it, you know, I don't know what he's doing with
5    it.  Does it he want it to run against the DNC list,
6    does he want it to run against the NCOA list.  There is
7    many variables to come up with a price.
8       Q   But I think you're helping me answer the
9    question, though, which is, you look at the number of
10   different variables, and it will help you determine how
11   much you're going to charge.  If it's more selects, or
12   more hygienes conducted, you're going to charge more
13   than you would if it was simply raw?
14      A   Absolutely.
15      Q   And if there is a larger volume, you might
16   charge less than you would if they're buying a smaller
17   volume?
18      A   Correct.
19      Q   Okay.  And how do you go about determining
20   whether TDC's able to source the data requested by your
21   customer, the different ways and steps?  Do you have to
22   call a third party and say, hey, can I get this kind of
23   information; do you just look in your own database that
24   you have?  What kinds of things do you do?
25      A   It's basically my database.

JEANNIE REPORTING                                          305-577-1705
                    YOUR WISH IS OUR JOB!

Page 29

1    Q   Okay.
2    A   There are different circumstances.  Like I
3  told you I would do call warranty data.  I don't have
4  those databases.  I have to go out and get various
5  contacts that have those databases.
6    Q   Okay.
7    A   We are not McDonald's where someone comes in
8  and orders a Big Mac; McDonald's will never tell you, we
9  don't have a Big Mac.
10       I'm not as big as McDonald's.
11   Q   So sometimes you have to go to a supplier to
12  see if they can source that data for you, but most of
13  the time it would be within your database you have
14  compiled over time?
15   A   Correct.
16   Q   Okay.  Now, how do you go about requesting and
17  receiving this information from a supplier, if you need
18  to go to a supplier?
19   A   Just call them up or e-mail them.  It's a
20  fellow usually that I've done business with many, many
21  years.
22       Hey, Tom, how are you doing?
23       What do you need?
24   Q   Do you prepay for that information to your
25  suppliers, or they invoice you?  How do you deal with

Page 30

1  that issue?
2    A   A lot of customers want tests, and tests are
3  usually, you know, on the cuff.  So you get a test, a
4  thousand leads, or whatever, you know, and this is what
5  he wants.  For example, for the car data, I want years
6  2005 to 2008, I want old Chevies, and I want it in this
7  zip code in a 50-mile radius.
8    Q   Okay.
9    A   And you give it to them.
10   Q   Okay.  How do you identify for the compiler
11  the type of information, or the supplier the type of
12  information, the customer wants?  Is this also generally
13  just over the phone?
14   A   Over the phone or an e-mail.  You tell him
15  what he wants.
16   Q   Is there an independent value to the type of
17  information provided by a lead, that various types of
18  contact information?  So, you know, phone versus e-mail
19  versus direct mail, physical address, mail?
20   A   Yeah.  Everything is based on volume, how much
21  hygiene you're doing on it, phone numbers, DNC.  That's
22  another list that I purchase every month, every 30 days
23  to make sure my clients are protected against the
24  federal DNC because that's a serious fine.
25   Q   If you ask a compiler or supplier for data,

Page 31

1  hey, I have a client that wants to run an e-mail blast,
2  are they typically going to send you additional
3  information for those individuals, like their phone
4  number as well, their physical address as well, are they
5  only going to send you generally the information related
6  to the type of campaign that you're looking to conduct?
7    A   I don't understand.
8    Q   Well, for example, you mentioned earlier that,
9  I think it was -- I think Visa wanted to do an e-mail
10  blast.
11   A   Correct.
12   Q   How do you source that information from a
13  supplier, if you didn't have the type of income for that
14  supplier, or for that customer that they wanted and you
15  went to a supplier to get that information?  Hey, my
16  client wants to run an e-mail blast, I need people's
17  names, e-mails within this radius.
18       Would the compiler limit what they send back
19  to you to that contact information that you sought, i.e.
20  e-mails, or would they just send you a list and say,
21  hey, here is e-mails for these people that fit your
22  selects but they'll also include phone numbers and
23  physical addresses?
24   A   They're never going to include items that they
25  did not request.

Page 32

1    Q   And I guess just for the sake of the
2  deposition, because this will come up a lot, I'm going
3  to try to use contact data --
4    A   Okay.
5    Q   -- as the type of what I'm referring to,
6  methods by which you communicate with somebody, whether
7  it's phone, e-mail, physical address, or whatnot, that's
8  the contact data.  It sounds like we have got another
9  term, selects, which might be more specific information
10  about a consumer, income level, mortgage information,
11  family status, those types of things.
12   A   Yes.
13   Q   So we will refer to those as selects and we
14  will refer to method of communication as contact data,
15  okay?
16   A   Meaning when I'm talking to clients or --
17   Q   Meaning -- meaning when you -- when you have a
18  list that has, for example, Allison Charvat's name on
19  it, and it also have an e-mail address and a phone
20  number and a physical address, I'm referring to the
21  e-mail, the phone number, and the physical address as
22  contact data on that list.
23   A   Okay.
24   Q   Okay?  Now, if Allison Charvat's name happened
25  to be included on a list where you're looking

Page 33

1  specifically for people that are interested in travel
2  that live in Ohio that do X, Y and Z, those would be the
3  selects that kind of narrow down the scope?
4      A   Okay.
5      Q   So is it fair then to say that your suppliers
6  aren't going to send you contact data beyond what you
7  had actually requested?
8      A   Yes.
9      Q   Okay.
10     A   That's fair to say.
11     Q   Now, have you had occasion where a supplier
12 will send you information that falls within the selects
13 that you've specified, that has contact data beyond that
14 which you needed; so if you were looking for e-mails for
15 an e-mail blast, but the compiler also sent you phone
16 numbers and physical addresses?
17     A   I -- I can't answer the question.  I don't
18 know -- in 20 years I've been in business, I don't know
19 if it's -- if that's happened or not.
20     Q   Okay.
21     A   I would assume it would, but I can't give you
22 a concrete answer on that.
23     Q   Okay.  Is it something that doesn't happen so
24 often you're like, yeah, that happens all the time?
25     A   It doesn't happen all the time.

Page 34

1      Q   Okay.  Can you say whether if it does happen,
2  if it has happened, would you traditionally send that
3  contact information on to your customer if they didn't
4  request it?
5      A   No.
6      Q   Okay.  So is it fair to say that if a customer
7  does not pay for information, it's not your practice to
8  provide that information anyway?
9      A   Correct.  Yes.
10     Q   So if a customer does not need a mailing
11 address or an e-mail address, you would not charge them
12 for it?
13     A   Yes.
14     Q   And then you -- you would not charge them for
15 it, correct?
16     A   I would not charge them.
17     Q   And you also would not provide that
18 information to them?
19     A   Yes.
20     Q   Okay.  And so if a customer requests specific
21 data, you will send them only that data?
22     A   Yes.
23     Q   Okay.  Is there a general profit margin that
24 you would typically see when you're sourcing data from a
25 third party and then selling it on to a customer?  Do

Page 35

1  you typically market up a certain amount or margin?
2      A   Not really, no.
3      Q   No?
4      A   Again, there is different variables; the
5  volume, how often do you want to purchase, things like
6  that.
7      Q   Sure.  Now, as far as receiving, like
8  physically having the lead information transmitted to
9  TDC, when TDC has to source this information from third
10 party suppliers, how does TDC go about acquiring that
11 information?  Is it like, e-mail attachments, are they
12 typically FTP sites?
13     A   FTP.
14     Q   FTP?
15     A   Again, depending on the size of the data.
16 Like before on the auto data, a test, a thousand, that
17 would just be e-mailed over to me.
18     Q   Okay.
19     A   That would not be FTP.
20     Q   Sure.
21     A   But a big file, that would be FTP.
22     Q   Has that been the case since at least 2008?
23     A   On big files, yes.
24     Q   I ask because obviously FTC sites have changed
25 a lot over the years.

Page 36

1      A   Correct.
2      Q   May not have existed when you started doing
3  this.
4      A   Right.
5      Q   But at least from 2008 you would be able to
6  send e-mails with attachments for smaller files or you
7  would FTP them for larger files?
8      A   Correct.
9      Q   Okay.
10     A   I believe years ago we even was mailed a disk,
11 I believe.
12     Q   Yeah.
13     A   I believe.  I remember the floppy disk we were
14 on.
15     Q   Oh.  Things have changed a lot.
16     A   Yes, they have.  Yes, they have.
17     Q   Now, I assume TDC will -- will TDC do anything
18 to the data it receives from third parties before it
19 sends it along to its customers?
20     A   It depends what the customer requests.
21     Q   Sure.
22     A   So yes would be the answer to that question.
23     Q   So, I guess, if the customer simply says, I
24 want the raw data, you don't have to hygiene it, TDC
25 very well may just forward it along without doing

9  (Pages 33 to 36)

1    anything?
2        A  Absolutely.  Get it from one guy, send it to
3    another.
4        Q  Would TDC, even in those situations, would it
5    look at the data, or would it just forward it along?  I
6    mean, does it even matter to you?
7        A  We forward it along.
8        Q  And then obviously if a customer requests
9    certain hygiene to be conducted that TDC was charging
10   for, it may conduct that type of review and hygiene it
11   before it forwards it to the customer?
12       A  Yes.
13       Q  Okay.  And sometimes TDC may never send the
14   information to the customer at all if TDC was hired to
15   run the campaign itself?
16       A  Yes.
17       Q  Okay.  Now, is TDC's delivery of this data
18   similar to the way that it receives it; i.e, by e-mail
19   or FTP --
20       A  Most times, yes.
21       Q  So you've been in the business now for 30
22   years, right?
23       A  Yes.
24       Q  Can you provide me with your understanding of
25   the term opt-in data?  What does that mean?

1        A  No.  It would be direct mail, e-mail, phone,
2    if available, whatever ways to contact them, the third
3    party, normally in the disclaimer, is same.
4        Q  When you say, disclaimer, what do you mean?
5    What are you referring to?
6        A  The disclaimer of the website that they logged
7    onto.
8        Q  Like a privacy policy?
9        A  Correct.
10       Q  So is it fair to say, then, that the method by
11   which a consumer is allowing marketing information to be
12   sent to them when they opt-in through a website would
13   depend upon the language that's used in the privacy
14   policy associated with that website?
15       A  Yes.
16       Q  Okay.  Can you describe for me your experience
17   and TDC's experience with selling opt-in data?
18       A  What would you like to know?
19       Q  First, have you -- do you have experience in
20   selling opt-in data?
21       A  Yes.
22       Q  How much experience do you have?  I mean, is
23   this something you've done once in the 30 year career,
24   or is it something that has been asked for?
25       A  Many, many, many times.

1        A  It's people that opt-in to a website.
2        Q  And to opt-in to a website, what does that
3    mean?
4        A  It normally means that you're opting in to the
5    website and you're allowing a third party to use
6    solicitation for your name.
7        Q  Okay.
8        A  To a third party, a marketing company.
9        Q  Okay.
10       A  To make other offers to them, whatever that
11   may be.
12       Q  Is there a specific method of contact that you
13   as a consumer would be allowing the company to use to
14   contact you when you opt-in to a website?
15       A  I don't understand the question.
16       Q  When you opt-in to a website --
17       A  Right.
18       Q  -- you said you opt in to a website and you
19   would be allowing for the solicitation of certain
20   marketing information to be sent to you, right?
21       A  Correct.
22       Q  Would that be limited to certain contact
23   methods?  Like, would the opt in you'd be allowing them
24   to contact you, but only by direct mail; or you'd be
25   allowing them to contact you, but only by the telephone?

1        Q  Okay.
2        A  Dealing with millions and millions and
3    millions of e-mails, names, things like that.
4        Q  Okay.  Would it be fair to say that you've
5    engaged in more than 100 transactions where your
6    customers were purchasing opt-in data from TDC?
7        A  Yes.
8        Q  Okay.  Does the transaction concerning a
9    customer's purchase of opt-in data differ in any way
10   from any other transaction that TDC would engage in with
11   its customers?
12       A  Yes.
13       Q  How would it be different?
14       A  Depending on what the customer wants.  If he
15   wants a DNC'd phone, I would have to take that list, run
16   it against the DNC.  Whatever number is on the DNC list,
17   I cannot sell it to my client because he would be
18   breaking the law --
19       Q  Okay.
20       A  -- if he called.
21       Q  Sure.  Is there any other variation in the
22   transactions where TDC is selling opt-in data as opposed
23   to any other type of data?
24       A  Say that again?
25       Q  Is there any other variance in what happens in

Page 41

1  the transaction following the sale of opt-in data versus
2  nonopt-in data?
3      A   No.
4      Q   Okay.  So the primary difference would be if a
5  customer seeks opt-in data, you may be asked to scrub
6  those -- that information against a DNC list?
7      A   Correct.
8      Q   Okay.  And that's because -- the customer may
9  be asking you to scrub it because they're going to make
10 telephone calls and they don't want to violate the do
11 not call provisions of the TCPA?
12     A   Correct.  Let me elaborate.  There is also one
13 other method where some customers on e-mail data would
14 want double opted.  So they've opted in once to that
15 website --
16     Q   Okay?
17     A   -- then my company would send them a letter
18 saying, Mr. and Mrs. So and So, you recently logged
19 into, whatever it was, and their sister affiliates would
20 like to know if you're interested in receiving more
21 e-mails from whoever.
22     Q   Okay.  So you would be asked to send a letter
23 to these people or an e-mail to these people asking if
24 they wanted to receive more information?
25     A   We call it a permission pass.

Page 42

1      Q   Okay.  And are those more expensive than just
2  opt-in data?
3      A   Absolutely.
4      Q   Okay.  Do you know the reason that a customer
5  would want you to do a double opt-in permission pass?
6      A   A customer would want double opt-in.
7      Q   Sure.
8      A   Thinking that if a -- a potential client has
9  double opt-in, his chances of a sale increases more.
10     Q   Okay.  Do you know if a double opt-in is
11 legally required in order for affiliates or others to
12 contact these individuals on the opt-in leads?
13     A   No.
14     Q   You don't know, or, no, it's not?
15     A   No.  I do know.  It's not.  It's not.
16     Q   So the reason --
17     A   To my knowledge.
18     Q   So to your knowledge the reason that a
19 customer may ask you to conduct a double opt-in
20 permission pass is to increase the likelihood that those
21 leads would be likely to generate a sale?
22     A   Absolutely.
23     Q   Okay.  Have you had occasion in your
24 experience selling opt-in leads to review the data
25 that's included in opt-in lead data sets?

Page 43

1      A   I've seen it.  I don't --
2      Q   What does it typically look like, is, I guess,
3  the question.  What kind of information is typically
4  included in opt-in leads as opposed to say, nonopt-in
5  leads?
6      A   Okay.  An opt-in lead -- a full opt-in lead,
7  again, when you get the data it's raw.  Some will just
8  have, you know, each -- let's take an Excel file for
9  example; if it was in an Excel file -- which it never
10 comes that way -- but if it's in an Excel file, some
11 leads would just have an e-mail address with nothing
12 there.
13     Q   Sure.
14     A   Some leads would just have a name, Bob, with
15 nothing there.  Well, you can't do anything with Bob.
16 There is plenty of Bobs around.  But some come in with
17 Bob's the first name, the last name, the address, the
18 url that they opted-in to, the IP address and the time
19 and date stamp, and maybe the zip code and city and
20 state.  And did I say phone?
21     Q   You did not.
22     A   Okay.  And phone.
23     Q   And I think you mentioned e-mail address in
24 times of -- if I just have an e-mail address, but I'm
25 guessing a full opt-in lead may also have an e-mail

Page 44

1  address?
2      A   Correct.  I didn't mention -- a full opt-in
3  lead would have an e-mail address.
4      Q   So a full opt-in lead, if all the information
5  is submitted, one of the individuals goes on to a
6  website would include their first and last name, their
7  address including city, state and zip code, the URL of
8  the website through which they submitted their
9  information, the IP address of the consumer?
10     A   Yes.
11     Q   And the date and time stamp associated with
12 when they submitted that information to the website?
13     A   Correct.
14     Q   And a phone?
15     A   And a phone number.
16     Q   And an e-mail address?
17     A   And an e-mail address.
18     Q   Okay.
19     A   That's full.
20     Q   Okay.
21     A   That's the full --
22     Q   But is it fair to say that sometimes when an
23 individual provides opt-in information for a website,
24 they may not provide consent to be contacted in all
25 methods of communication?

11  (Pages 41 to 44)

Page 45

1    A   Correct.
2    Q   So they might not put down an e-mail address
3    or a phone number?
4    A   Correct.
5    Q   Okay.  And that would depend entirely upon
6    what individual is going on a website on a given date
7    and time?
8    A   Yes.
9    Q   And whether they wanted to put that
10   information down, a phone number, e-mail address, or
11   not?
12   A   Yes.
13   Q   In your experience will opt-in websites
14   generally seek to be able to contact individuals in as
15   many methods of communication as possible, like phones,
16   e-mails and physical addresses?
17   A   Yes.
18   Q   And in your experience if an individual does
19   provide a certain method of communication, would that be
20   evidence of his or her consent to be contacted through
21   that method?
22   A   Yes.
23   Q   Have you ever had occasion to request from
24   your suppliers a source of data related to opt-in leads
25   sent to you?

Page 46

1    A   No.
2    Q   Okay.
3    A   They just wouldn't do that.
4    Q   Why not?
5    A   Well, if -- in this case if Jeff was selling
6    me the data and I knew where he was getting it from,
7    well, obviously I can get it cheaper than what Jeff
8    would sell it to me.
9    Q   Well, how about like a specific form of
10   computer data, like a screen shot or something that
11   shows, hey, this is legitimately opt-in data?  So, for
12   example, this case involves a website called
13   123freetravel.com.  I don't know if you're aware of
14   that.
15   A   I'm not.
16   Q   I think it was mentioned in your subpoena at
17   some point.  But if -- if -- have you ever had occasion
18   to say, hey, I need to understand whether or not the
19   data that you're selling these suppliers is legitimate;
20   can you give me some proof that this person actually did
21   go into this website and do this?  Have you ever had
22   occasion to look into that?
23   A   Well, I have not.
24   Q   Okay.
25   A   But to expand on your question --

Page 47

1    Q   Sure.
2    A   You don't sell six to 10 million pieces of
3    data a month and not get a shitload of problems.  To my
4    knowledge, this is the only problem I have.  So there is
5    your answer.
6    Q   So would it be fair to say then that you've
7    never had a reason to seek the underlying source data
8    from your suppliers?
9    A   Yes.
10   Q   That the data has always been of sufficient
11   quality that you haven't had to question its legitimacy?
12       MR. McCUE:  Object.
13       THE WITNESS:  Yes.
14   BY MR. BECKER:
15   Q   And by that I mean that you've always
16   considered the information you've received to be of high
17   enough quality based upon your lack of receiving
18   complaints that you've never had to question legitimacy?
19   A   Yes.  Like I said earlier, the data is no
20   good, my phone goes dead.
21   Q   I want to apologize.  I just wanted you to
22   know; you may hear objections during the course of the
23   deposition.
24   A   I'm sorry.
25   Q   No.

Page 48

1    A   I don't know how it works.
2    Q   I'm telling you right now.  They may object to
3    certain questions primarily for purposes of maintaining
4    the record so we can then use it for the court later if
5    we need to.
6    A   So they're yelling at you, not me.
7    Q   They're yelling at me.
8    A   Okay.
9    Q   You're welcome to -- I mean, you'll still be
10   asked to answer the question.  And you did it, just as
11   we would expect you to, but just in case you hear
12   objections again, that is the reason.
13   A   Okay.
14   Q   So how does TDC know whether the opt-in data
15   it is selling to its customers is legitimately populated
16   by a consumer rather than artificially created by
17   suppliers?
18   A   Being in business 20 years, not getting irate
19   phone calls, people continuing to buy after all this
20   time.
21   Q   Okay.
22   A   You know, if -- if you like steak and you go
23   out and have a steak and you go to a bad restaurant, you
24   still eat steak, you just don't eat it in that
25   restaurant.

Page 49

1    Q   Okay.  That goes back to your answer a few
2  moments ago; based upon your experience with the
3  compilers or suppliers through whom you've bought opt-in
4  data over the years, you've never had issues that would
5  result in you questioning the legitimacy of those leads?
6    A   Correct.  Yes.
7    Q   And you've never had any issue with TDC's
8  suppliers artificially creating opt-in data, to your
9  knowledge?
10    A   Never.
11    Q   You've received no complaints of such?
12    A   Never.
13    Q   So is it your opinion that the opt-in data
14  provided to TDC by its suppliers is comprised of data
15  legitimately provided by actual consumers through
16  websites or sources identified in the supplier reports?
17    A   Yes.
18        MR. McCUE:  Objection.
19  BY MR. BECKER:
20    Q   Are you experienced with a company called
21  Caldwell List?
22    A   Yes.
23    Q   What is your experience with Caldwell List?
24    A   I currently and have been doing business with
25  them for ten, 15 years.

Page 50

1    Q   Do you have a primary contact at Caldwell List
2  today?
3    A   Peter.
4    Q   Peter who?
5    A   I believe his last name is Lichnicht.
6    Q   Okay.  Do you know his role within the
7  company?
8    A   I believe he's the owner, or the president.
9    Q   And how long has he been your primary contact
10  at the company?
11    A   Ten, 15 years.
12    Q   What does TDC sell to Caldwell List?
13    A   Lists.
14    Q   Any specific type of list?
15    A   Whatever they're asking for.  If I have it, I
16  could sell it to them.  If I don't have it, I can try
17  and go out to my suppliers and get it.  If I don't have
18  it I tell Peter, I don't have it.
19    Q   My question is primarily designed to
20  understand whether Caldwell List is a company that, over
21  the course of time that you've worked with them, has
22  only sourced from you one specific type of list, or if
23  it's been a variety of different types of lists.
24    A   Variety.
25    Q   Would that include opt-in data?

Page 51

1    A   Correct.  Yes.
2    Q   To your recollection has Caldwell List ever
3  had occasion to ask TDC to provide it with the
4  underlying source data opt-in list that you sent to
5  them?
6    A   Say that again?
7    Q   Has Caldwell List ever asked TDC if you would
8  be able to send to Caldwell List the underlying source
9  data related to the opt-in leads that you sourced for
10  TDC?
11    A   What do you mean, underlying?  I don't
12  understand.
13    Q   So, like, for example, hey, we received 1,000
14  opt-in leads from you, they have these different
15  websites on there, is there any way you can get us proof
16  from wherever that this is a genuine lead?
17    A   No.
18    Q   Like from the website -- directly from the
19  website or anything like that?
20    A   I --
21    Q   Do you follow that question?
22    A   Yeah.  I --
23    Q   If you don't recall, that's fine.
24    A   I don't recall.
25    Q   Okay.

Page 52

1    A   Again, even though I don't recall, we have
2  been in business -- we have been dealing with each other
3  for so long that there is a major, you know, there is a
4  trust involved.  He knows I would never do anything to
5  jeopardize his business for a few bucks.
6    Q   Right.
7    A   You know?
8    Q   So is it based upon this experience between
9  Caldwell and TDC that you believe you have garnered
10  Peter Lachnicht and Caldwell's trust in the data that
11  you send to them?
12    A   Yes.
13    Q   And is it your opinion that the opt-in data
14  that TDC provided to Caldwell List over the course of
15  its relationship has always been data actually provided
16  by websites or sources identified on the list you sold
17  to Caldwell?
18    A   Yes.
19        MR. McCUE:  Objection.
20        MR. BECKER:  I just show you what we will mark
21  as Exhibit 1.
22        (Defendant's Exhibit 1 was marked for
23  identification.)
24  BY MR. BECKER:
25    Q   Do you recognize this document?

13  (Pages 49 to 52)

Page 53

1     A   Yes.
2     Q   Take a few minutes and flip through it and
3  tell me what it is.
4     A   Mr. Charvat seems to be suing Resource
5  Marketing Group.
6     Q   This is titled, Subpoena to Produce Documents
7  Information or Objects or to Inspect -- Permit
8  Inspection of Premises in a Civil Action.  Do you see
9  that caption there?
10    A   Where is that?  I don't see it.
11    Q   Right here.
12    A   Yes.  Okay.
13    Q   Okay.  And this is directed to TDC Marketing.
14  Do you see that right underneath there?
15    A   Correct.
16    Q   Okay.  And if you look down towards the bottom
17  half of the page, what was the date on this document?
18    A   5/1/2014.
19    Q   Do you recall receiving this document on or
20  about May 1, 2014?
21    A   No.
22    Q   Okay.  Do you recall receiving this document
23  at all?
24    A   Yes.
25    Q   Okay.  And do you have any reason to believe

Page 54

1  that you didn't receive it on or around the date of the
2  document?
3     A   No.
4         (Defendant's Exhibit 2 was marked for
5  identification.)
6     Q   Okay.  Now I'm going to give you Exhibit 2.
7  This is an e-mail thread that looks to be between
8  Anthony Paronich and the e-mail address
9  TDC-Marketing@comcast.net that you referred to earlier.
10  Do you see that?
11    A   Yes.
12    Q   If you look to the second page, the bottom of
13  which is marked TDC-8, do you see that?
14    A   TDC what?
15    Q   00008?
16    A   Yes.
17    Q   Those are Bates stamp numbers, so throughout
18  the deposition some of the documents will have numbering
19  on it like that.  That's numbered by the attorneys so
20  it's easier to reference documents.  We may reference
21  things today by that Bates number.  If I ask you to look
22  down there, that's what I'm referring to.
23    A   Okay.
24    Q   Now, it looks like this e-mail at the bottom
25  of the TDC-8 was written by an individual named Anthony

Page 55

1  Paronich to you sent on May 1, 2014.  Do you see that?
2     A   Yes.
3     Q   And it says here, to whom it may concern, a
4  subpoena response from Caldwell identified your company
5  as having information relevant to this lawsuit, and a
6  subpoena was issued to your company.  Attached is a
7  courtesy copy of a subpoena that was previously served
8  on your company.  Your response was due yesterday which
9  we have not received.  But we are willing to extend the
10  time to respond to the subpoena by one week if you reply
11  to this e-mail acknowledging receipt and that TDC has
12  been working diligently to compile the responsive
13  documents.
14        So according to this e-mail sent to you on
15  May 1, you had been issued a subpoena that was already
16  late.  Were you aware of that?
17    A   No.
18    Q   And the subpoena we just looked at is dated
19  the same date as this e-mail, correct?
20    A   Correct.
21    Q   Do you recall ever receiving another e-mail
22  prior -- or, another subpoena prior to the one that we
23  looked at as Exhibit 1?
24    A   I don't recall.
25    Q   Okay.  Regardless, it looks as though you

Page 56

1  responded on May 5 saying I finally got the subpoena, I
2  have already filled it out, how do I get it to you.  Do
3  you see that?
4     A   Yes.
5     Q   Okay.  And is that -- is this an accurate
6  reflexion of an e-mail that you would have sent to
7  Mr. Paronich on May 5, 2014?
8     A   Yes.
9     Q   Okay.  And flipping to the next page, TDC-7,
10  Mr. Paronich responded to you on May 5 saying,
11  Mr. Mongiovi, the subpoena requires all documents be
12  produced electronically in their native format.  If the
13  attachments can fit, you may respond to this e-mail with
14  the document.  If the attachments are too large, our law
15  firm will set up an FTP site so that they can be
16  delivered to you.  Thank you.
17        Do you see that e-mail?
18    A   Yes.
19    Q   Do you recall receiving an e-mail like that
20  from Mr. Paronich on or about May 5, 2014?
21    A   I assume I did if this is in here, but I don't
22  recall it.
23    Q   Okay.  And then it appears if you flip up to
24  the beginning of the first page on the top, there is an
25  e-mail from Mr. Paronich to you on May 6, 2014;

Page 57

1    Mr. Mongiovi, attached is the affidavit as we discussed.
2    Please feel free to give me a call with any questions.
3    As you can see, I still had one question, paragraph
4    seven, after our conversation, and would appreciate it
5    if you can fill in that information.  Do you recall
6    receiving that e-mail from Mr. Paronich?
7        A   Again, I don't recall it, but I assume.
8        Q   Okay.  Do you recall having it -- a telephone
9    conversation with anyone named Anthony Paronich?
10       A   No.
11       Q   Do you recall having a telephone conversation
12   with any attorney for the plaintiff in this case around
13   May of 2014?
14       A   No.
15       Q   Okay.  But based upon this e-mail, it appears
16   that you did.
17       A   Okay.
18       Q   Do you have any reason to question whether
19   that's true?
20       A   No.
21       Q   Okay.
22       A   As a matter of fact, yesterday I was doing my
23   e-mails, and I saw this name and I actually thought it
24   was a client, to be honest with you.
25           Actually I thought this guy's name was a

Page 58

1    fellow that I do business with; but apparently it's not.
2        Q   Let me make sure I understand that.  When you
3    reviewed the e-mails recently -- when you were looking
4    through your e-mails recently you thought this guy's
5    name was that of a client?
6        A   When you put e-mails in from the person.
7    From.
8        Q   Mm-hmm.
9        A   You put them in from, I saw his name, and the
10   first thing that went through my name was, I haven't
11   done business with him in a while.
12           I confused him with someone else.
13       Q   Are you saying, though, you don't remember the
14   conversation with him?
15       A   No, I don't remember.
16       Q   You're not saying when you talked to him on
17   the phone, you thought you were talking to a client?
18       A   No.
19       Q   Making sure.
20       A   Okay.
21       Q   Let's give you what we will mark as Exhibit 3.
22           (Defendant's Exhibit 3 was marked for
23   identification).
24           MR. BECKER:  Bear with me one second here.
25   Off the record for a minute.

Page 59

1        (Discussion off the record.)
2    BY MR. BECKER:
3        Q   All right.  So we are looking now at
4    Exhibit 3.  And you'll see at the bottom of the first
5    page of Exhibit 3 there is an e-mail from TDC to Anthony
6    Paronich, it says, Document 1.  And it says, answer to
7    question # 7 -- thx tom.
8            And in response to that e-mail Anthony says:
9    Thank you.  Attached is a revised affidavit for
10   signature.  It's the same as the one I originally
11   provided following our conversation, but inserts your
12   answer to the question lodged in the seventh paragraph.
13           And the seventh paragraph -- if you turn the
14   page you can see a draft affidavit unsigned by you,
15   includes a statement -- the raw internet feed is a feed
16   from a lead provider, in this case, Jeff Katz, that he
17   provides from a variety of internet lists, believes that
18   the information is not hygiene at all.  This means all
19   information -- all phone information, e-mail
20   information, name, mailing address, have not been
21   verified and checked through a master consumer base or
22   the National Do Not Call list.
23           Do you see that statement there?
24       A   Yes.
25       Q   Is that an accurate statement to your

Page 60

1    knowledge?
2        A   Yes.
3        Q   Okay.  And this was -- this e-mail was sent to
4    you, it appears -- I can't understand it exactly, it
5    looks like on May 8, 2014 for the first page, but then
6    it looks like it was sent again immediately above that
7    on May 12, 2014.
8            Is it fair to say you don't recall exactly
9    when you received this affidavit from Mr --
10       A   Yes.
11       Q   -- Paronich?
12           And don't forget to let me finish my question
13   before you answer because she can't record both.
14       A   Okay.
15       Q   Now, based upon your review of these e-mails
16   and any recollection you may have, do you recall who
17   drafted the affidavit that you ultimately signed in this
18   case?
19       A   No.
20       Q   Okay.  Was it you?
21       A   No.
22       Q   Okay.  Based upon your e-mails from
23   Mr. Paronich, does it appear that it was drafted either
24   by him or from someone that he works with?
25       A   I assume it was, yes.

1    MR. BECKER:  Okay.  We are going to mark this
2    4.
3        (Defendant's Exhibit 4 was marked for
4    identification).
5    BY MR. BECKER:
6    Q   Now, if you look back down in the middle of
7    the first page of Exhibit 4, you can see again
8    Mr. Paronich's e-mail to you dated May 12, 2014 at 10:35
9    a.m.  Do you see that?
10   A   Yes.
11   Q   And that appears to be the e-mail where he
12   attached for you a revised affidavit, correct?
13   A   Yes.
14   Q   And it appears that 30 minutes later you
15   responded to that e-mail, correct?
16   A   Yes.
17   Q   Okay.  And attached to that e-mail appears to
18   be the second page of Exhibit 4 which is a statement
19   beginning with number nine and going through page number
20   14, and then signed and dated on May 12, 2014.  Do you
21   see the signature on that page?
22   A   Yes.
23   Q   Is that your signature?
24   A   Yes.
25   Q   Okay.  And so this appears to be the jpeg that

1    was attached to the e-mail you sent to Mr. Paronich on
2    May 12, 2014?
3    A   Yes.
4        MR. BECKER:  I'm going to show you now what we
5    will mark as Exhibit 5.
6        (Defendant's Exhibit 5 was marked for
7    identification).
8    BY MR. BECKER:
9    Q   Exhibit 5 is a two-page document that's made
10   up of Bates Nos. TDC4 and TDC5.  It includes what
11   appears to be that page we just looked at from
12   Exhibit 4, the second page, which, again, includes a
13   signed and dated document.  Do you see that?
14   A   Yes.
15   Q   Is that again your signature?
16   A   Yes.
17   Q   Okay.  And is this a true and accurate copy of
18   the affidavit you signed on or about May 12, 2014?
19   A   Yes.
20   Q   Now, you did not draft this affidavit,
21   correct?
22   A   Correct.
23   Q   Do you know who did?
24   A   No.
25   Q   This affidavit was provided to you by

1    Mr. Paronich for the first time on May 6, 2014,
2    according to these e-mails, correct?
3    A   Yes.
4    Q   And his -- the delivery of this affidavit
5    followed a telephone conversation between you and
6    Mr. Paronich, correct?
7    A   I don't recall.
8    Q   Does it refresh your recollection to look at
9    Exhibit 2 which says, attached is the affidavit as we
10   discussed?
11       Does that refresh your recollection as to
12   whether you had a conversation with him before he
13   delivered the affidavit to you?
14   A   If it says in there, then I must have.
15   Q   Okay.  Do you recall how long that
16   conversation was?
17   A   Not a clue.
18   Q   Okay.  Do you recall how many conversations
19   you had with him?
20   A   No a clue.
21   Q   Do you recall what you discussed in that
22   conversation?
23   A   No.
24   Q   Do you recall whether Mr. Paronich explained
25   to you what the issues in this lawsuit were about?

1    A   No.
2    Q   Did you review any -- how much time, if you
3    recall, did you review this affidavit for before signing
4    it?
5    A   Not much.
6    Q   At the time you reviewed this affidavit, did
7    you review any documents or other information to refresh
8    your memory concerning the factual assertions contained
9    in the affidavit?
10   A   No.
11   Q   Did you review any e-mails?
12   A   No.
13   Q   Did you review any lead information?
14   A   No.
15   Q   Do you recall reviewing any of your internal
16   billing records?
17   A   No.
18   Q   Did you review any internal billing records
19   related to the statements contained in this affidavit
20   before you signed it?
21   A   No.
22   Q   Paragraph 3 of this affidavit it says, I
23   recently received a subpoena in the above captioned
24   matter asking me to produce information relating to an
25   entity called Resort Marketing Group, Inc.

Page 65

1      Do you see that statement?
2      A   Yes.
3      Q   To the best of your recollection is that
4  referring to the subpoena you looked at as Exhibit 1?
5      A   Yes.
6      Q   Okay.  Paragraph 4 says, I never have had any
7  direct contact with RMG.  Is that statement correct?
8      A   Yes.
9      Q   At the time you signed this affidavit, did you
10 know who the company was that was being referred to in
11 the document as Resort Marketing Group?
12     A   I don't recall.
13     Q   You then say in paragraph four that you did
14 sell individuals contact information otherwise known in
15 my industry as, quote, lead information, to Peter
16 Lachnicht of Caldwell List Company, who I understand
17 then sold that information to Jason Rader of RMG.  Do
18 you see that statement?
19     A   Yes.
20     Q   To the best of your recollection, is that a
21 true and accurate statement?
22     A   Yes.
23     Q   How did you come to your understanding of
24 that?
25     A   Again, six years ago, I'm assuming Peter told

Page 66

1  me it was Jason Rader.
2      Q   Okay.
3      A   But I never knew what company Jason Rader was
4  with.
5      Q   Okay.  Do you recall whether you learned of
6  that during your conversation with Mr. Paronich or
7  Mr. Lachnicht, or at any other time?
8      A   I don't recall.
9      Q   Okay.  Skipping down to paragraph eight of
10 this affidavit it states, none of the data sold to
11 Caldwell List Company is in the possession of TDC
12 Marketing any longer.  Do you see that?
13     A   Yes.
14     Q   Is that a true and accurate statement?
15     A   No.
16     Q   Okay.  Can you clarify?
17     A   We went back to that database and we do have
18 some of that raw data.
19     Q   Okay.
20     A   We do have some --
21     Q   When did you go back to your database to do
22 that?
23     A   Recently.
24     Q   Recently.  Okay.  But as of May 12, 2014 --
25     A   I assume I did not have it.

Page 67

1      Q   So it's fair to say again you didn't review
2  any of that data at the time that you signed the
3  affidavit?
4      A   No.
5      Q   Okay.  At that time you hadn't located any of
6  it?
7      A   Correct.
8      Q   During the two weeks following your
9  receipt of the draft affidavit from Mr. Paronich, did
10 you speak with Peter Lachnicht or anyone from Caldwell
11 List concerning the affidavit?
12     A   Say that again?  What date periods are you
13 looking for?
14     Q   So the affidavit -- let's do this real quick.
15 It appears that the first version of the affidavit was
16 sent to you by Mr. Paronich on May 6, 2014, according to
17 Exhibit 2.  And you signed it on May 12, 2014.  So I
18 apologize; it's not two weeks, it's six days.
19     A   Okay.
20     Q   Do you recall whether during those six days
21 between the time you first received the affidavit and
22 the time you signed it, you spoke with Mr. Lachnicht
23 about the affidavit at all?
24     A   I may have.  I don't recall.  I may have,
25 though.

Page 68

1      Q   Okay.  Mr. Lachnicht had testified in his
2  deposition he hadn't talked to you in over a year prior
3  to his deposition, about this case at least.  Would that
4  refresh your recollection as to whether or not you had a
5  conversation with him about the affidavit?
6      A   Yeah.  I guess it would.
7      Q   And based upon that understanding, do you
8  recall whether you actually spoke with Mr. Lachnicht at
9  all about the substance of this affidavit?
10     A   I would say no because I talked to Peter a lot
11 and I don't -- you know, I'm not going to recall what I
12 spoke to him about in May of 2014.
13     Q   Okay.  As you sit here today, you don't recall
14 discussing any of the factual assertions contained in
15 your affidavit with Mr. Lachnicht.  Is that fair to say?
16     A   Yes.
17     Q   Okay.  Do you recall whether you asked anyone
18 from Caldwell List or Peter Lachnicht to send you copies
19 of any of the lead documents that TDC had sold to
20 Caldwell List that were discussed in the affidavit?
21     A   I believe I didn't.
22     Q   Okay.  And as you testified already, you
23 didn't look at any lead documents prior to signing this
24 document, correct?
25     A   No.

1    Q   That's correct that you did not?
2    A   Yes.
3    Q   Okay.  And do you recall whether you reviewed
4   any lead documents that you would have sold, that TDC
5   would have sold to Caldwell List at the time you signed
6   this affidavit?
7    A   No.  I didn't check any documents.
8    Q   And prior to the execution of this affidavit
9   is it fair to say that you did not discuss with anyone
10  else the type of lead documentation TDC sold to Caldwell
11  List?
12   A   Yes.
13   Q   Do you recall how long prior to your execution
14  of this affidavit it was that TDC had sold lead
15  documentation to Caldwell List?
16   A   I don't know the exact time, but I know it was
17  a long time.
18   Q   Okay.
19   A   Years.
20   Q   So the last time that you had sold any of this
21  information referenced in the affidavit to Caldwell List
22  was years prior to your signing the affidavit?
23   A   Yes.
24   Q   Can I ask you then, how are you able to recall
25  what type of lead information TDC sold to Caldwell List

1   as referenced in the affidavit at the time you signed
2   it?
3    A   I don't know -- I do know.  Raw data.  Raw
4   data.  That's how I knew.
5    Q   So you recall that you sold raw data to --
6    A   To Peter.
7    Q   Okay.  And that's the extent to what you
8   remembered about that particular transaction?
9    A   Correct.
10   Q   Okay.  Did Mr. Paronich ever describe for you
11  the type of lead information that RMG had indicated it
12  had purchased from Caldwell List?
13   A   No.
14   Q   Did Mr. Paronich ever offer to provide you
15  with a sample of the lead documentation that RMG had
16  indicated it had purchased from Caldwell List?
17   A   No.
18   Q   Do you have an opinion as to whether today a
19  review of the that lead documentation would have
20  refreshed your memory concerning the precise form and
21  substance of the lead information TDC sold to Caldwell
22  List which was then sold to RMG?
23   A   It may.
24   Q   Okay.  To confirm, you never spoke with or
25  communicated directly with RMG during the period of time

1   that RMG was purchasing lead information from Caldwell
2   List.  Is that correct?
3    A   Yes.
4    Q   Now, all of your communications concerning
5   this transaction were directed with Mr. Lachnicht,
6   correct?
7    A   Yes.
8    Q   During the time you sold this lead information
9   to Mr. Lachnicht, did you know who the Caldwell List
10  customer was that was purchasing this information?
11   A   No.
12   Q   What, if anything, did you know about the
13  customer's identity?
14   A   Nothing.
15   Q   You only came to learn later this was --
16  customer was RMG, correct?
17   A   Yes.
18   Q   Do you recall the first interaction with
19  Mr. Lachnicht during which he indicated a desire to
20  purchase the lead information that Caldwell ultimately
21  sold to RMG?
22   A   Say that again?
23   Q   Do you recall your first interaction with
24  Mr. Lachnicht during which he indicated a desire to
25  purchase from TDC the lead information that it was

1   ultimately going to sell to RMG?
2    A   Yes.
3    Q   When was that, approximately?
4    A   I don't know the date or time or year.
5    Q   Okay.
6    A   But I do know what he was asking for.
7    Q   Can you tell me about that, what you recall?
8    A   He was asking for raw data.  He had a client
9   that is currently buying raw data.  He sent -- he may
10  have sent me, he may not have sent me, some data samples
11  of some of the URL's that the client is currently
12  involved with, wanting my opinion on it.
13       I don't know if I would have responded -- I
14  don't remember if I did or not, but I would have
15  responded to Peter, yeah, I have these -- these URL's or
16  I don't have these URL's.  These are the ones maybe I do
17  have.  Maybe a client would be interested in these in
18  lieu of what he's currently buying.  We will beat the
19  price and --
20   Q   Okay.
21   A   -- maybe we can get your client.
22   Q   Okay.  To the best of your recollection was
23  the raw data that Caldwell was looking to purchase raw
24  opt-in data?
25   A   Absolutely.

1    Q   Okay.  Do you recall whether Mr. Lachnicht
2  explained to you what the customer intended to do with
3  that data?
4    A   No, I do not.
5    Q   Okay.
6       (Defendant's Exhibit 6 was marked for
7  identification).
8       MS. MACLVOR: I'm sorry.  What number?
9       MR. BECKER: Six.
10      MS. MACLVOR: Thank you.
11      MR. BECKER: Okay.  You know what?  And we are
12  going to do 7 at the same time.
13      (Defendant's Exhibit 7 was marked for
14  identification).
15      MR. BECKER: Go ahead when you get the next
16  one, put it underneath the top one.
17      THE WITNESS: Okay.
18  BY MR. BECKER:
19    Q   Okay.  Take a moment, if you could, and take a
20  look at this document that's been marked as Exhibit 6
21  and read it over.  Can you first tell me what this
22  document appears to be?
23    A   A sample of some of the URL's that this client
24  is dealing with.  Well, actually there is no URL's on
25  there.  Oh, yeah.  Here is some.  Amazing Auctions,

1  Classmates.com.  Yes.  That's what it looks like to me.
2    Q   Is it fair to say this came to you in the form
3  of an e-mail from Jason Rader to you?
4    A   No, not Jason Rader.
5    Q   I apologize.  You're absolutely right.  I mean
6  an e-mail from Peter Lachnicht to you.
7    A   Yes.
8    Q   Yeah.  And it was sent apparently on
9  December 1, 2009?
10    A   Correct.
11    Q   Does this refresh your recollection as far as
12  the timeframe during which this transaction began where
13  Caldwell was looking to purchase information from TDC to
14  sell to its customer?
15    A   Yes.  I guess.
16    Q   I'm just looking for a timeframe.
17    A   Right.
18    Q   So on December 1, 2009 Peter Lachnicht
19  e-mailed you, it had a list of e-mail addresses and
20  phone numbers and various different types of information
21  that -- that you indicated was a sample of the type of
22  information that Mr. Rader was looking to acquire.
23    A   Correct.
24    Q   Is that fair to say?  Yeah.  And in looking at
25  this information in the sample --

1       (Discussion off the record.)
2       MR. BECKER: Back on.
3  BY MR. BECKER:
4    Q   The information we are looking at here in
5  Exhibit 6, does this information appear to be opt-in
6  data?
7    A   I have no way of knowing that.  I assume it
8  is.
9    Q   These --
10    A   It looks like my data.
11    Q   Yeah.  Well, based on your experience with
12  opt-in data, does this look similar to the type of data
13  you would --
14    A   Correct.  Yes.
15    Q   -- sell?  Okay.  Let me get that full question
16  out for the record.
17       So in looking at the data on Exhibit 6, does
18  this appear to you to be similar in form and substance
19  to what you would often sell that you have characterized
20  as opt-in data?
21    A   Yes.
22    Q   Okay.  And if you look now at Exhibit 7.  This
23  is an e-mail dated December 2, 2009 -- so the day after
24  Exhibit 6 -- from Jason -- or from Peter Lachnicht to
25  Jason Rader saying, Jason -- good morning, Jason.  My

1  compiler took a look at these and verified that these
2  are not sourced by them.  They do have rights to use
3  some of the websites listed, but they primarily use
4  other sites to source their opt-ins.  Let me know when
5  you want to get started and we will go ahead and fire up
6  your first month for you and get some leads over to you.
7  Thanks.  Peter.
8       Okay.  In looking at this e-mail which came
9  the day after the e-mail that Mr. Lachnicht had sent to
10  you, does this clarify or refresh your recollection as
11  to whether you had a conversation or communication with
12  Mr. Lachnicht to discuss the opt-in data that RMG was
13  looking to acquire?
14    A   Yes.
15    Q   Okay.  And what does -- what does this refresh
16  your recollection as to?  What's the substance of the
17  communication you believe you had with Mr. Lachnicht?
18    A   He's looking for internet data.  Over here the
19  sample I want to clarify -- over here the sample looks
20  like he's looking for hygienic data, because over here
21  it has all the information that I had previously talked
22  about with you.
23    Q   Help me --
24    A   But --
25    Q   Go ahead.  I'm sorry.

19 (Pages 73 to 76)

Page 77

1      A   But that is not what he purchased, to my
2   knowledge.  That's not what he purchased.
3      Q   When you say, hygienic data, based upon your
4   review of this, what does that mean?  What is it you're
5   looking at here that indicates it's hygienic?
6      A   Not -- let me clarify that.  Not hygienic.
7   Full data.  It has the e-mail address, Tiffany's name,
8   her address, the city, state, zip, phone number, when
9   she -- date and time stamp and IP address.
10      Q   Okay.
11      A   So that to me is full data.  And that's what,
12   maybe at the time we were talking about, I don't recall,
13   if that's what he was looking for.
14      Q   Okay.
15      A   Later on I found out differently.  So -- so
16   that's the answer to the question.
17      Q   Now, is it fair to say that the only --
18   because we discussed earlier full data versus incomplete
19   data, correct?
20      A   Right.
21      Q   And my recollection in that conversation with
22   us was that full data is -- is just the data that
23   includes all the different information that could be
24   included on a data set; all contact information, IP
25   address, website and so on, correct?

Page 78

1      A   This.  Exactly what this is.
2      Q   So what's on Exhibit 6 and 7, that's full
3   data?
4      A   Absolutely.
5      Q   And incomplete data is similar to the full
6   data, except that it might not have all of the
7   information that would be included in a full data set,
8   correct?
9      A   Yes.
10      Q   It may be missing a phone number or an address
11   or an e-mail address --
12      A   Yes.
13      Q   -- or anything like that, correct?
14      A   Yes.
15      Q   Okay.  The genuineness of the data doesn't
16   change as far as you know between full and incomplete,
17   right, it's just the amount of the data that's provided?
18      A   Yes.
19      Q   Okay.  And hygiene-ing is separate from that,
20   correct?
21      A   Totally different animal.
22      Q   Okay.  Good.  Just making sure.
23          Do you recall whether Peter explained to you
24   what his customer wanted to use this information for?
25      A   No.

Page 79

1      Q   Do you recall Peter explaining to you what
2   business his customer was in?
3      A   No.
4      Q   Okay.  And as we pointed out, the e-mail that
5   we are looking at here in Exhibit 6 and 7 includes
6   various types of contact information pertaining to
7   several individuals, correct?
8      A   Yes.
9      Q   It includes their first and last names?
10      A   Yes.
11      Q   Their telephone numbers?
12      A   Yes.
13      Q   Their physical addresses?
14      A   Yes.
15      Q   Their e-mail addresses?
16      A   Yes.
17      Q   Date and time stamps?
18      A   Yes.
19      Q   IP addresses?
20      A   Yes.
21      Q   And website address?
22      A   Yes.
23      Q   Okay.  And do you know what these website
24   addresses relate to when looking at this type of
25   information?

Page 80

1      A   By just looking at them?
2      Q   By looking at them and based on your
3   experience in using this type of data.
4      A   Some of them I know, some of them I wouldn't
5   know.
6      Q   Is it fair to say that the websites listed on
7   this e-mail typically would refer to the website through
8   which the consumers provided their information?
9          MR. McCUE:  Objection.
10          THE WITNESS:  Yes.
11   BY MR. BECKER:
12      Q   And the IP address would be associated with
13   the IP address connected with the consumer's computer?
14      A   Correct.  Yes.
15      Q   And the date and time stamp I believe you said
16   earlier would correlate with the date and the time that
17   the consumer went on the website and generated the
18   information contained on the list?
19      A   Yes.
20      Q   What is your understanding of the purpose for
21   which a consumer would generate this information through
22   a website?
23      A   For later on solicitation.  Later on to get --
24   to sell names, to generate income.
25      Q   I'm asking if you understand what the purpose

Page 81

1  would be for which a consumer would put it in. So is it
2  your testimony that a consumer would be putting this
3  information into the website associated with their name
4  and address, so as to allow for future solicitations to
5  that consumer?
6      A  Yes.
7      Q  Okay. And based upon your experience in the
8  data aggregation and sales industry, the type of data
9  you see on Exhibit 6 and 7 constitute opt-in data.
10     A  Yes.
11     Q  And do you recall if you reviewed any e-mail
12  similar to Exhibit 6 or 7 during the week-long period
13  between receiving your affidavit and signing it?
14     A  No.
15     Q  You do not recall having done so, or, no, you
16  did not?
17     A  No, I did not.
18     Q  Okay. Now, do you recall if you had discussed
19  with Mr. Lachnicht in December of 2009 how his customer
20  had previously used this information that's contained on
21  Exhibit 6 and 7?
22     A  I don't recall.
23     Q  Okay. So if all you received, at the time
24  that you and Mr. Lachnicht were discussing this new
25  customer in December of 2009, was the e-mail on

Page 82

1  Exhibit 6 to identify the type of information this
2  customer is looking to source, would you have formed a
3  belief as to what kind of data the customer was looking
4  to acquire?
5      A  Internet data.
6      Q  Okay. An opt-in internet data, correct?
7      A  Correct.
8      Q  Would you have formed a belief as to the type
9  of contact data the customer was looking to acquire?
10     A  What do you mean contact?
11     Q  Contact data is what we described earlier
12  which is phone numbers, e-mail addresses, physical
13  addresses, different means and methods of contacting a
14  customer. Based upon your review of the Exhibit 6, if
15  that's what you received at the time that Mr. Lachnicht
16  was looking to begin this transaction with TDC to
17  acquire this opt-in data, if that's what you're looking
18  at the time of December 2009 was Exhibit 6, would you
19  have formed a belief as to the methods of communication
20  the customer would have liked to have acquired so that
21  it can contact consumers?
22     A  Yes.
23     Q  What -- what opinion or belief would you have
24  formed?
25     A  The opinion or belief I would have formed was

Page 83

1  that he's looking for full contact data, and possibly
2  call them, e-mail them, direct mail them, whatever --
3  yell out of the window for them, whatever.
4      Q  Okay. And the reason that Mr. Lachnicht would
5  have sent this information to you was so that you could
6  form a better understanding of the type of data TDC
7  would need to source in order to sell it to Caldwell
8  List, is that fair to say?
9      A  Yes.
10     Q  When you received this information from
11  Mr. Lachnicht, the information in Exhibit 6, what do you
12  recall doing with it?
13     A  Checking it, see if I'm familiar with that
14  type of data, and right away I can look at something and
15  I know, well, I have that type of data, or I don't have
16  that type of data.
17     Q  And what conclusion did you draw in this case?
18     A  That I do have that type of data.
19     Q  Okay.
20     A  Maybe not the URL's that he's particularly
21  looking for, but I have the opt-in data.
22     Q  Okay. Did you determine at all that you
23  didn't have any of the opt-in data that TDC would be
24  looking -- or that Caldwell would be looking to buy from
25  TDC?

Page 84

1      A  Specific URL's you're talking about?
2      Q  Well, here is what I'm getting at. Ultimately
3  your affidavit says that you purchased this information
4  from Mr. Katz. I don't know if that means you purchased
5  it from Mr. Katz after you received this e-mail because
6  you didn't have it, or it's something you got from
7  Mr. Katz before the e-mail ever came through.
8  Understanding where I'm going with this, can you clarify
9  for me, did you already have this information, had you
10  already acquired it from Mr. Katz, or --
11     A  Yes.
12     Q  Okay. So you had all the data, ultimately,
13  that you were going to be selling to Caldwell List --
14     A  Yes.
15     Q  -- pursuant to this transaction? Okay. And
16  was all that data acquired from Mr. Katz over time or
17  was it possible that other suppliers may have given some
18  of that data as well?
19     A  I got it all from Mr. Katz.
20     Q  Okay. And when would you have acquired that
21  information from Mr. Katz?
22     A  I don't recall.
23     Q  Okay. Did any of the data from Mr. Katz come
24  in subsequent to the beginning of the transaction?
25  Because the transaction took place over a period of a

21 (Pages 81 to 84)

Page 85

1  year and a half or so.
2  A  Yes.  It came in prior.
3  Q  Okay.
4  A  During.
5  Q  Okay.
6  A  And maybe after.
7  Q  Okay.  So you didn't have to create a new
8  transaction or relationship with Mr. Katz to --
9  A  No.
10  Q  -- begin this process?  Okay.
11  Were you at the time in December of 2009 at
12  the time this transaction began, were you at TDC already
13  selling opt-in data to other of its customers?
14  A  Absolutely.  Yes.
15  Q  Can you recall approximately how many
16  customers TDC may have been selling this opt-in data to?
17  A  I can take an educated guess.
18  Q  That's all I can ask.
19  A  Ten people.
20  Q  Okay.  And when I'm referring to opt-in data,
21  I'm referring to this raw internet data that includes --
22  that is -- opt-in internet leads.  Are you on the same
23  page with me on that?
24  A  Yes.
25  Q  Now, when you refer to it as raw data, that

Page 86

1  means it hasn't been hygiened against any other lists
2  yet.  Correct?  Like the Do Not Call list or change of
3  address lists, correct?
4  A  Yes.
5  Q  Do you recall if any of your other customers
6  were buying this data from you raw as well?
7  A  Yes.
8  Q  Okay.  And they were?
9  A  Yes.
10  Q  Okay.
11  A  This was from 2009.
12  Q  Right.
13  A  The world has changed since 2009.  When
14  someone went onto a website, they would put in a phone
15  number, whatever.  In 2009, 2008, they probably would
16  put their correct phone number.  People have gotten
17  savvy.  People don't want to be called sometimes if
18  they're not on the Do Not Call list.  So they'll put in
19  a phony number.  That's what I'm talking about with
20  hygiene.  But that wasn't back then; that's more today.
21  Q  And when, approximately, do you think that
22  that changed, that evolution?
23  A  As people get -- as more and more technology
24  came out, people changed, you know.
25  Q  Okay.  And so to hygiene a list, you're

Page 87

1  looking to run these phone numbers and addresses and
2  e-mail addresses against some other databases that would
3  first tell you whether the consumer wants to be called
4  at all, or whether they put them on the Do Not Call
5  list, correct?
6  A  Correct.
7  Q  But also to determine whether their addresses
8  are still accurate or if they have moved, is that fair
9  to say?
10  A  Yes.
11  Q  And also to see whether or not the phone
12  numbers line up with some other database, phone books or
13  whatnot --
14  A  Yes.
15  Q  -- so you know the numbers are accurate?
16  A  Correct.
17  Q  Okay.  But hygiene-ing wouldn't necessarily
18  delineate between those who legitimately put information
19  into the website and those individuals whose names may
20  have been in there because they were artificially
21  created by somebody else, correct?
22  A  Yes.
23  Q  In other words, your opinion as you stated
24  earlier was, all of the information that you received
25  from these opt-in leads is information that somebody

Page 88

1  somewhere put into a computer legitimately.
2  A  Absolutely.
3  MR. McCUE:  Objection.
4  BY MR. BECKER:
5  Q  And I believe you said earlier you don't know
6  where Mr. Katz' last known address was in the United
7  States, is that right?
8  A  Correct.
9  Q  Okay.  Do you remember what state he lived in?
10  A  Florida.
11  Q  He was in Florida.  Do you remember what city
12  he was in?
13  A  It was either Ocala or Ocoee.  I'm not sure.
14  Q  How do you spell those?
15  A  O-c-a-l-a; or O-c-o double e.
16  Q  And when did he move to the Philippines?
17  A  I --
18  Q  Okay.
19  A  Five years ago, maybe.
20  Q  But the best of your recollection, Mr. Katz
21  moved to the Philippines?
22  A  I originally said the Philippines.
23  Q  Okay.
24  A  And I made a mistake on that.
25  Q  Okay.

22  (Pages 85 to 88)

Page 89

1      A    Maybe I did say the Philippines.  I don't
2  know.  It is Costa Rica.  And the reason why I remember
3  that is because the last time I spoke to him he
4  explained to me what he was doing there and everything,
5  and he went over there -- he had a bad divorce and
6  that's why he's over there.  It's Costa Rica, not the
7  Philippines.
8      Q    We are modifying the statement in your
9  affidavit?
10     A    Correct.
11     Q    So would you have had an interaction with
12  Mr. Katz concerning the compilation of sale of this
13  opt-in lead information that you were going to sell to
14  Caldwell List?
15     A    No.
16     Q    I mean, this was an ongoing transaction
17  between you and Mr. Katz where you were acquiring opt-in
18  data already, correct?
19     A    Correct.
20     Q    Because the same data was being sold to other
21  customers besides Caldwell List?
22     A    Yes.
23     Q    Okay.  How long prior to December 1 of 2009
24  had TDC been acquiring and purchasing lead information
25  from Mr. Katz?

Page 90

1      A    An educated guess is three years, maybe.
2      Q    And was TDC purchasing anything from Mr. Katz
3  other than opt-in internet data?
4      A    No.
5      Q    Okay.  So approximately three years prior to
6  the beginning of the transaction with Caldwell List at
7  issue in this case, TDC had been purchasing opt-in
8  internet data from Mr. Katz, correct?
9      A    Probably maybe four years.
10     Q    Okay.
11     A    Now that I'm thinking about it.
12     Q    So at least three years, maybe four?
13     A    At least three, four years.  Yeah.
14     Q    At that time since 2009 have you ever had a
15  negative experience working with Mr. Katz?
16     A    No.
17     Q    Had TDC ever received poor quality or
18  inaccurate information from Mr. Katz, to your knowledge?
19     A    No.
20     Q    How about since that time?
21     A    Since that time, like I was explaining before,
22  the people would change phone numbers and they would put
23  the wrong information.  And clients would call and say,
24  Tom, what's going on with the internet data?  The opt-in
25  data is not working anymore.

Page 91

1      Q    Okay.
2      A    I'm getting a lot of wrong numbers.
3          And I had that a lot.  And then we purchased
4  another list and checked -- verified the phone numbers.
5  Any number that's verified we -- we now sold, and that
6  took care of that problem.
7      Q    Okay.
8      A    That's the only complaint I've ever gotten.
9      Q    Okay.  Has TDC ever received a complaint from
10  any of its customers that the information contained on
11  the lead list that it had acquired from Mr. Katz were
12  fraudulently or artificially created?
13     A    Never.
14     Q    Do you recall how much money Mr. Katz charged
15  TDC for these lead lists that it was selling to TDC?
16     A    No idea.
17     Q    Okay.
18     A    Do not remember.
19     Q    Do you recall what arrangement TDC then
20  reached with Mr. Lachnicht concerning the sale of this
21  opt-in lead information to Caldwell List?
22     A    I don't recall.
23     Q    Do you recall how much data you were selling
24  to Caldwell List or how much money you were charging for
25  it?

Page 92

1      A    No, I do not.  I know it was quite a bit of
2  data because it was raw, and I know it wasn't much
3  money.  But I don't recall how much or --
4      Q    Sure.
5      A    I mean --
6          MR. BECKER:  Mark this.
7          (Defendant's Exhibit 8 was marked for
8  identification).
9  BY MR. BECKER:
10     Q    So if you go to the second page of this
11  document -- it's Caldwell 145.  At the top of the second
12  page it appears to be an e-mail from Peter to Jason
13  Rader on December 7, 2009.  And he asks:  Jason, do you
14  have DNC scrub capability?  I forgot to check with you
15  on that.  Normally if we supply 200,000 records, about
16  50 percent will end up being usable and clear through
17  the DNC.  You may, however, be DNC exempt and not have
18  to worry.  I just thought I would check and make sure.
19  If you need us to do the DNC scrub we can, it just is a
20  little bit extra on the monthly charge.  This way DNC
21  scrub each file every day to ensure the most updated
22  DNC.
23          Do you see that e-mail?
24     A    Yes.
25     Q    In response if you flip back to the first page

23  (Pages 89 to 92)

1    right above Peter's e-mail is a response from Jason that
2    says, we do have DNC capability, however with our
3    company we get about 600,000 a day because so many are
4    on the DNC and it comes out to be about 300,000 plus.  I
5    thought 200,000 would be DNC'd and we would be getting
6    about that many leads.  We need that many, as 100,000,
7    and duplicates, if there are any, with our data, will
8    not be enough.  Is there a way to bump up what you're
9    giving us?
10            Do you see that?
11       A  Yes.
12       Q  In response to that e-mail Peter says on that
13   first page right above it; no problem, Jason.  I will
14   put in the contract between the compiler and my company
15   that we will provide you with 300,000 raw, which will
16   hopefully provide you with 150,000 usable numbers per
17   day for an extra 200 per month.  If you wanted 200,000
18   records DNC scrubbed, we could do that on a monthly
19   charge of 1,500, as opposed to 1,000.  Or we can keep it
20   as is, and just try it out.
21            Okay?
22       A  Okay.
23       Q  And then above that it says, Peter, would the
24   300,000 raw work at 1,000?  My hands are tied for the
25   1,000 since that is what we are getting with the other

1    company and we are getting more leads.  Hopefully the
2    compiler will understand but if he sends us 300,000, we
3    would be lucky to get 150,000 that we can actually use.
4            And right above that, do you see Peter's
5    response?
6            Yes, they understand that.  I'll make it
7    happen for 300,000 raw per day for 1,000 per month.  No
8    worries.  Let me twist the compiler's arm and I'll get
9    them to say yes.
10       Does this line of communication refresh your
11   recollection as to what the original transaction between
12   TDC and Caldwell was going to be that would result in
13   opt-in leads being sold to RMG?
14       A  It helps.
15       Q  Okay.  And what if anything does it help you
16   recall?
17       A  That the data was raw.
18       Q  Okay.
19       A  That he was paying very little for it.
20   Probably I was doing Peter a favor at this low price
21   because we have other business together and I have
22   vested interest in that.  Other than that, everything
23   looks fairly normal.
24       Q  Does this refresh your recollection as to
25   whether or not at the beginning of this transaction RMG

1    made clear it was going to be using the leads to make
2    phone calls?
3        A  I would assume that that's what that means.
4        Q  Okay.
5        A  He's talking about DNC scrub, yes.
6        Q  Right.  And then does this refresh your
7    recollection as to whether or not TDC ended up agreeing
8    to sell one -- 300,000 raw leads per day to Caldwell
9    List?
10       A  Correct.
11       Q  Okay.
12       A  I remember that.
13       Q  And it appears here at least that Caldwell
14   List was agreeing to sell these leads to RMG for $1,000
15   per month.
16       A  Okay.
17       Q  Does that -- do you recall approximately how
18   much then TDC may have been charging Caldwell for the
19   leads it was selling to Caldwell that ultimately were
20   being sold to RMG for $1,000 a month?
21       A  We would split it.
22       Q  You would split it.  So it would be $500 a
23   month that TDC would be getting?
24       A  Yes.
25       Q  And that price, $1,000 a month for 300,000

1    leads a day, that was not standard for the industry?
2        A  Not at all.
3        Q  That was a low price?
4        A  Very low.
5        Q  Okay.  How much would you normally be selling
6    those leads for?
7        A  A lot more than that.
8        Q  You mentioned earlier that you were selling
9    these same leads to other customers, correct?
10       A  Five, 6,000 a month, maybe.
11       Q  Okay.
12       A  That's raw.
13       Q  Okay.
14       A  That's not doing nothing.  If you're DNC and
15   cleaned it up, 25 cents a lead.
16       Q  So the leads that you were selling to Caldwell
17   that were being sold to RMG, these weren't just poor
18   inexpensive leads; rather, they were valuable leads that
19   you were selling for an extremely low price.  Is that
20   fair to say?
21       A  Yeah.  Had a lot to do with my relationship to
22   Peter.
23       Q  Okay.  And these same leads were being sold to
24   other customers at TDC for specifically more money than
25   Caldwell was selling them to RMG for?

24  (Pages 93 to 96)

1    A   Yes.

2    Q   And it appears that ultimately Caldwell had

3 offered originally to sell significantly less leads per

4 day to RMG, but then through their negotiations, RMG

5 managed to get more leads sent on a daily basis which

6 Caldwell and TDC agreed to accommodate?

7    A   Yes.

8    Q   Okay.

9       (Defendant's Exhibit 9 was marked for

10 identification).

11 BY MR. BECKER:

12    Q   Show you what's been marked as Exhibit 9.

13 This is an e-mail that appears to have been sent by you

14 to Peter Lachnicht, with a subject line, today is

15 300,000.  Thanks, Tom.

16       Dated December 9, 2009.  Do you see that.

17    A   Yes.

18    Q   And do you know what this e-mail represents?

19    A   The raw data.

20    Q   Well, there is a link in the actual body of

21 the e-mail, correct?

22    A   Correct.

23    Q   And is this an indication of the first set of

24 raw data that TDC sent to Caldwell?

25    A   I would assume that's a zip file; sounds like

1 what it would be.

2    Q   And this is typically the format by which TDC

3 would send the raw data to Caldwell List?

4    A   Correct.

5    Q   And this also references the fact that 300,000

6 leads were being sent on that day, correct?

7    A   Per day, yeah.

8    Q   Right.  On this day, obviously, 300,000.

9    A   The next day 300,000.

10    Q   And it would be an indication --

11    A   Correct.

12    Q   -- that the transaction would start with

13 300,000 leads per day being sent?

14    A   Correct.

15    Q   Okay.

16    A   Now, if he was taking, I just want 1.5 million

17 a week, I just sent it over, FTP it or whatever, but he

18 wanted 300,000 --

19    Q   Per day?

20    A   -- a day.

21    Q   Right.

22       (Defendant's Exhibit 10 was marked for

23 identification)

24 BY MR. BECKER:

25    Q   Okay.  I'm showing you what's been marked as

1 Exhibit 10 which, if you look at the bottom of that

2 document, you'll see your e-mail to Peter, correct?

3    A   Correct.

4    Q   That's the same e-mail we saw in Exhibit 9?

5    A   Right.

6    Q   And above that you see an e-mail from Peter to

7 Jason, correct?

8    A   Right.

9    Q   And that e-mail was sent, it looks like been a

10 couple of hours of your e-mail going to Peter, correct?

11    A   Say that again?

12    Q   It appears that Peter's e-mail to Jason was

13 sent to him within a couple of hours of your e-mail

14 going to Peter, correct?

15    A   Okay.

16    Q   And in this e-mail it says, Hi Renee, the link

17 is below.  If you could take this 300,000 records and

18 take out Louisiana, Florida, California and Arizona and

19 send each of those as separate files, and then all other

20 records will be in another file altogether.  So it will

21 end up being five different files each day.  This will

22 be sent to Jason Rader at jrader@TSNcorporate.com.

23 Thanks.

24       So does this appear to you then to be the

25 beginning of the transaction whereby RMG was receiving

1 leads from Caldwell which Caldwell itself had acquired

2 from TDC?

3    A   Yes.

4    Q   Okay.  And that transaction began December 9,

5 2009?

6    A   Yes.

7    Q   Okay.  And the information that TDC ultimately

8 began selling to Caldwell List in December of 2009 was

9 opt-in data, correct?

10    A   Yes.

11    Q   And in what manner could that information

12 contained in these leads be used by Caldwell List or

13 RMG?  In what ways could that data be used, to your

14 knowledge?

15       MR. McCUE:  Objection.

16       THE WITNESS:  Without seeing the data, it's

17 hard for me to say.

18 BY MR. BECKER:

19    Q   Okay.  Is it fair to say, however, that you do

20 believe the contact information contained on the lists

21 that you sold to Caldwell List were valid opt-in leads?

22    A   Yes.

23       MR. McCUE:  Objection.

24 BY MR. BECKER:

25    Q   Do you have any reason to believe that any of

1  the information contained on these lead lists was
2  artificially created by Mr. Katz or someone else?
3     A  No.
4     Q  And you believe that the contact information
5  on the lead lists that TDC sold to Caldwell List, which
6  were then sold to RMG, were legitimately entered by
7  actual people who inserted this information on the
8  website identified on the lead list associated with
9  their name?
10     MR. McCUE:  Objection.
11     THE WITNESS:  Yes.
12  BY MR. BECKER:
13     Q  Now, if Caldwell had informed you that it was
14  looking to purchase lead information on behalf of a
15  customer who intended to use the lead information only
16  to make direct mail solicitations, would TDC have
17  provided Caldwell with customer telephone numbers in the
18  raw data that it sold to Caldwell?
19     A  No.
20     Q  Why not?
21     A  A, it would cost them more money; B, there is
22  certain variables you would have to do for a direct
23  mail -- you know, for a certain list, certain steps you
24  have to take so you can protect the client.
25        Because the key is, again, not to get a client

1  why I remember that is because he had bitched and moaned
2  that the data wasn't good, and then he orders more.
3  Okay?
4        And for how long Peter had him as a client;
5  two years, three years, year and a half.  Don't know.
6     Q  Okay.  Now, when you say he bitched and moaned
7  that the data wasn't good --
8     A  Right.
9     Q  -- what do you mean by that?  The data wasn't
10  accurate, or that the leads were duplicative of leads
11  they already had?
12     A  Dupes.
13     Q  Dupes.  So when you referenced the data being
14  good it wasn't that the data wasn't usable, it's just
15  that the data already existed or could not be used by
16  RMG?
17     MR. McCUE:  Objection.
18     THE WITNESS:  Correct.  Because if the data
19  was no good, he wouldn't have upped his order.
20  BY MR. BECKER:
21     Q  Right.  Earlier you indicated when I asked you
22  how the data could be used by the consumer purchasing it
23  whether it's Caldwell or in this case RMG, you said you
24  wouldn't really know without seeing the data, correct?
25     A  Correct.

1  one time, make money off of him, and be done with it.
2  The key is to keep him happy.  Keep him happy.  We were
3  kind of in business together.  He needs me, I need him.
4  And we are kind of partners together.  And that's how it
5  works.
6     Q  Would you agree with me that there is an
7  independent value to each different method of
8  communication that could be sold to a customer?
9     A  Yes.
10     Q  Okay.  And that's why it would cost more money
11  to sell a customer lead information with multiple forms
12  of communication?
13     A  Yes.
14     Q  Do you recall for what period of time TDC sold
15  these lead lists to Caldwell?  We know it began December
16  of 2009 based upon the e-mails we have reviewed, right?
17     A  Correct.
18     Q  Do you know how long it was for after that
19  date that TDC sold these lists to Caldwell List?
20     A  For this same type of list you're talking
21  about?
22     Q  The opt-in leads that ultimately went to RMG.
23     A  Okay.  I -- I do recall that at one time he
24  actually went up in numbers from 300 to 500K a day, I
25  believe -- I believe it was.  And I believe the reason

1     Q  Okay.  I'm going to show you what we are going
2  to mark as Exhibit 11.
3        (Defendant's Exhibit 11 was marked for
4  identification).
5     MR. BECKER:  I'm also going to pull my laptop
6  out for a moment.
7  BY MR. BECKER:
8     Q  Okay.  Mr. Mongiovi, you wouldn't necessarily
9  know this because you aren't a party in this case, but
10  this is a document that was produced by the travel agent
11  defendant in this case, RMG?
12     A  Okay.
13     Q  You'll see at the bottom of the page it was
14  Bates numbers, it says, Attorneys Eyes Only, TS38
15  through 39, 40, 41, and then the last one is TS3021.
16  You'll notice it jumps from TS47 to TS3021 and probably,
17  you know, we did this in Mr. Lachnicht's deposition
18  also, but we will probably want to, if you want, just we
19  will to have him sign off on some kind of
20  confidentiality order if you want him to.  Since
21  ultimately we believe this was sourced by TDC, I don't
22  know that it matters.
23        Now, I represent to you, sir, that this list
24  was produced in redacted form by RMG, they took certain
25  information off the list.  What I'll show you is a

JEANNIE REPORTING                                          305-577-1705
                    YOUR WISH IS OUR JOB!

1    native file of this document that RMG later produced.
2         And what I want you to do is just look at the
3    electronic version.  And for the record, this is the
4    same electronic document that was used in the Lachnicht
5    deposition.
6         The title of this document is, balance, with
7    all capital letters, B-a-l-a-n-c-e, underscore, March,
8    underscore, 16, underscore, 10, dot XLXX.
9         And if you wouldn't mind, sir, just taking a
10   few minutes, or as much time as you need to feel
11   comfortable, looking at this redacted physical document
12   here, Exhibit 11, and looking at the native file to
13   confirm whether you can see whether this document is the
14   same document physically as what you're looking at here,
15   but for the fact it's in redacted form.
16        A   Yeah.  It looks similar, yeah.
17        Q   And you'd agree with me that if you look at
18   the first line of the -- or the first row of this
19   document, the identifying information of topics such as
20   phone, first, last, address, city, state, all the way
21   through internet site, line up identically, correct?
22        A   Correct.
23        Q   And you'll also notice that the first row
24   below it includes a telephone number that begins with
25   256509, correct?

1         A   Correct.
2         Q   And the name of the person is Angela?
3         A   Correct.
4         Q   And on the electronic version her name is
5    Datis, but on the physical version it just has the first
6    letter, D, correct?
7         A   Correct.
8         Q   And then the city, here it says A-l, which is
9    identical to the city on the electronic version.
10        A   Okay.
11        Q   Okay.  And then if you look at the IP address,
12   for example, that also is identical, correct?
13        A   Correct.
14        Q   As is, GetYourGift.Biz?
15        A   Correct.
16        Q   And if you just -- without going through each
17   line, the next few rows appear to be identical as well
18   but for the fact that certain identifying information
19   about each individual is redacted, correct?
20        A   Correct.
21        Q   Okay.  Now, first, does the document that we
22   are looking at, both in native and physical format, but
23   for the fact that the physical format is in redacted
24   form, appear to be similar in substance and form to the
25   type of opt-in data that you were selling to Caldwell

1    List?
2         A   Yes.
3         Q   And if RMG was to testify that this is the
4    same native file document that it received from Caldwell
5    List in -- during the course of the transaction with
6    Caldwell List where it was buying opt-in leads, would
7    you have any reason to object to or deny that?
8         A   No.
9         Q   If you turn to the last page of Exhibit 11,
10   you'll notice there is one line, one row, on that page
11   that is not redacted at all.  Do you see that line?
12        A   Yeah.
13        Q   And that relates to a woman by the name of
14   Allison Charvat.  Do you see that?
15        A   Correct.
16        Q   If you look at the native file document that
17   was -- that's in front of you --
18        A   Right.
19        Q   -- does the substance of the information on
20   that row appear to be identical to the information on
21   Allison Charvat's line?
22        A   Yes.
23        Q   Except that on the physical document the phone
24   number is partially redacted, correct?
25        A   Yes.

1         Q   Can you tell me what the full phone number is
2    that you see on the native document?
3         A   (614)895-8940.
4         Q   Okay.  Now, in looking at the native document
5    that we have here today and understanding the physical
6    document is the same sampling of this native file but
7    for certain redacted information, could you now tell me
8    in what manner Caldwell Lists' customers would be able
9    to use this information to contact consumers?
10        A   E-mail, phone, direct mail.
11        Q   Okay.  Thank you.
12        A   Also maybe texting.  I don't know if they did
13   that back then.
14        Q   Okay.  And as I think you just said -- and I
15   apologize, I was on the other side of the table with
16   you; I want to make sure I get this accurate -- that the
17   lead documentation TDC sold to Caldwell List was in a
18   format similar to what we have now looked at in
19   Exhibit 11?
20        A   Yes.
21        Q   And it contained the same types of data as
22   contained in Exhibit 11, correct?
23        A   Yes.
24        Q   So does your review of Exhibit 11 refresh your
25   recollection as to whether at the time TDC sold

JEANNIE REPORTING                                    305-577-1705
              YOUR WISH IS OUR JOB!

1  information, this opt-in information to Caldwell List,
2  you understood the customer, RMG, may be using that
3  information to contact individuals by telephone?
4      A   At the time maybe I didn't realize it.  I
5  don't recall.  It's none of my business what the
6  customer does with it.  I don't make any calls, so --
7      Q   Sure.
8      A   -- don't know.
9      Q   Is it fair to say that it would make sense
10 that you would think it's possible they may be using
11 this information to make telephone calls, given that
12 telephone numbers were included in the opt-in contact
13 data that was being sent to them?
14     A   Yes.
15     Q   Okay.  If you don't mind, let's turn back to
16 your affidavit for a few minutes which is Exhibit 5
17 again.
18         It says here in paragraph 5 of the affidavit,
19 I recall that Mr. Lachnicht of Caldwell List informed me
20 that Mr. Rader of RMG was interested in purchasing lead
21 information in order to send direct mail advertisements.
22         Do you see that?
23     A   Yes.
24     Q   First, do you recall if Mr. Lachnicht actually
25 mentioned his customers to you by name?

1      A   No.
2      Q   No, you don't recall, or, no, he did not?
3      A   To my knowledge he did not.
4      Q   Okay.  So it would be inaccurate in this
5  statement of paragraph 5 to say that Mr. Lachnicht
6  informed you that Mr. Rader of RMG was interested in
7  purchasing this lead information?
8      A   Correct.
9      Q   Okay.  Where did the information come from
10 that's in paragraph 5?  Do you know?
11     A   I don't know.
12     Q   You didn't write that sentence, did you?
13     A   I don't recall.
14     Q   Okay.  But you do recall the affidavit that
15 was provided to you by someone else who wrote it?
16     A   I just don't recall.
17     Q   Okay.  This paragraph 5, is it inaccurate in
18 any other way?
19     A   I wouldn't know Mr. Rader.
20     Q   Okay.
21     A   I wouldn't know RMG.  Peter would only tell
22 me -- it's just not right; because Peter would only tell
23 me if -- if someone is looking for a phone list, he
24 would say they need to be DNC's.  So he would tell me
25 that.  Or they need to be cell phones, or they need to

1  be just land lines.  When a client asks for something,
2  he asks for something specific.
3      Q   Okay.
4      A   There is no specifics down here.  So --
5      Q   Down here, what do you mean?  In the e-mail
6  that you looked at earlier or in this affidavit?
7      A   The e-mail we looked up earlier.
8      Q   And we looked at the e-mail earlier, would
9  show he asked if you could source what looks like opt-in
10 data you said, correct?
11     A   That's definitely opt-in data.
12     Q   It was full data, correct?
13     A   Correct.
14     Q   Included phone numbers?
15     A   Yes.
16     Q   And e-mail addresses?
17     A   Yes.
18     Q   And physical addresses?
19     A   Yes.
20     Q   So do you believe that paragraph 5 is accurate
21 in saying that Mr. Lachnicht told you that his customer
22 only wanted info to send direct mail advertisements?
23     A   It's definitely wrong.
24     Q   Let's look at paragraph 6, if that's okay.
25     A   Sure.

1      Q   The information that was provided to Caldwell
2  List Company to sell to RMG was raw internet data feed.
3  Do you see that?
4      A   Yes.
5      Q   Is that an accurate statement?
6      A   Yes.
7      Q   Okay.  That is.  And then paragraph 7 says,
8  the raw internet feed is a feed from a lead provider, in
9  this case, Jeff Katz, that he provides from a variety of
10 internet sites.
11         Is that sentence of paragraph seven accurate?
12     A   Yes.
13     Q   Okay.  The lead's information is not, quote,
14 hygiene, at all.
15         Is that accurate, that sentence?
16     A   Should be hygienic, but, yes.
17     Q   Other than the typo, it's an accurate
18 statement?
19     A   Right.
20     Q   Now, the next sentence:  This means all
21 telephone information, e-mail information, name, mailing
22 address, have not been verified and checked through a
23 master consumer database or the National Do Not Call
24 list.
25         Correct?

Page 113

1    A   Correct.
2    Q   Is that an accurate statement?
3    A   Yes.
4    Q   Okay.  Now, when you talk about hygiene-ing
5  lists, I think we mentioned earlier there is a lot of
6  different ways, or different forms of hygiene-ing one
7  can conduct, correct?
8    A   Correct.
9    Q   One form might simply be to run it against the
10  national consumer database to determine if the
11  information is still accurate, correct?
12   A   Correct.
13   Q   Another one might be to run it through a Do
14  Not Call list to make sure that the phone numbers on
15  there are numbers that haven't been sought by consumers
16  to not be called, correct?
17   A   Correct.
18   Q   Okay.  But to the best of your knowledge, the
19  opt-in leads that Mr. Katz sent to you, which you then
20  sold to Caldwell, were, in fact, opt-in leads, correct?
21   A   Yes.
22   Q   Okay.  So to the best of your knowledge, the
23  individuals on the lists that TDC sold to Caldwell which
24  were sold to RMG, included identification of individuals
25  that had submitted contact information on one website or

Page 114

1  another, and in doing so, had consented to be contacted
2  by one or more methods of communication as contained on
3  those lists, correct?
4    A   Yes.
5        MR. McCUE:  Objection.
6  BY MR. BECKER:
7    Q   Now, do you know whether RMG conducted its own
8  scrubbing of the lead lists that were sold to it by
9  Caldwell following its receipt of that information?
10   A   No idea.
11   Q   Okay.  Would anything refresh your
12  recollection?
13   A   Maybe.
14   Q   Okay.  We will come back to it in a minute.
15       Now, are you aware whether Mr. Lachnicht ever
16  discussed with RMG whether RMG had the capability of
17  scrubbing the lead list to remove individuals whose
18  telephone numbers were listed on the National Do Not
19  Call registry?
20   A   No.
21   Q   Let's look at paragraph 12 of your affidavit.
22   A   Exhibit 5?
23   Q   Exhibit 5, yeah.  It says here in exhibit --
24  or paragraph 12 of Exhibit 5 -- that Caldwell List
25  Company asked Mr. Rader specifically if he would like to

Page 115

1  have his data scrubbed against the National Do Not Call
2  list and he refused.
3        Do you see that?
4    A   Yeah.
5    Q   First, do you have firsthand knowledge of
6  whether that is true or false?
7    A   No.  I mean, that -- six years ago.  I know I
8  didn't scrub it.
9    Q   Right.  But is it fair to say then that you
10  actually don't know whether or not Mr. Rader asked --
11  or, I'm sorry -- you don't know whether Caldwell List
12  asked Mr. Rader specifically if he would like to have
13  his data scrubbed against the National Do Not Call list
14  and Mr. Rader refused?
15       MR. McCUE:  Objection.
16       THE WITNESS:  I -- I don't recall.  I don't
17  remember.  I don't know.
18  BY MR. BECKER:
19   Q   Does TDC sell subscriptions to the National Do
20  Not Call registry?
21   A   It sells lists.
22   Q   Explain what that is.
23   A   The list of the people on the DNC phone
24  number.
25   Q   Paragraph 13 says --

Page 116

1    A   So now I get it.  Yeah.  Then I -- we would
2  probably -- I probably asked Peter at the time would he
3  be interested in buying a DNC list because I was selling
4  it.
5    Q   Right.
6    A   So and then -- yeah.  So I -- you refreshed my
7  memory on that.
8    Q   But do you know whether or not in a
9  conversation Peter would have had with Mr. Rader, if
10  Mr. Rader refused to buy it?
11   A   I would not know that.
12   Q   Right.
13   A   I'm not privy to those conversations.
14   Q   Right.  In fact, if you look back at Exhibit 8
15  for a moment.
16   A   Eight?
17   Q   Eight.  Stick the affidavit over there because
18  we are going to get back to that.  Let's look at
19  Exhibit 8.  If you look at the second page.  This is
20  what we read earlier, I believe, where Peter asks Jason:
21  Hey, Jason, do you have DNC scrub capability?  I forgot
22  to check with you on that.
23       Do you see that question?
24   A   Yes.
25   Q   The following responsive e-mail, the first

1 page of this document. Look at the first page. You see
2 above that e-mail where Jason says, we do have DNC
3 capability?
4     A  We do have DNC capability.
5     Q  Okay. So is it more accurate to say then that
6 Peter asked Jason whether he needed it or had the
7 ability to do it himself, and Jason's response is, we do
8 have the capability to do so?
9     A  Yes.
10     MR. McCUE: Objection.
11 BY MR. BECKER:
12     Q  So it's inaccurate to say that Jason Rader
13 refused DNC service, correct?
14     MR. McCUE: Objection.
15     THE WITNESS: Yes.
16 BY MR. BECKER:
17     Q  Yeah.
18     Do you recall whether at any point in time TDC
19 ever sold DNC lists to Caldwell for the purpose of
20 having that subscription resold to RMG?
21     A  I believe we did, but I'm not entirely sure.
22     Q  Okay.
23     (Defendant's Exhibit 12 was marked for
24 identification).
25     MR. BECKER: I'm going to mark a couple of

1     them. I'm going to mark 13 and 14 just to get it
2 out of the way.
3     (Defendant's Exhibits 13 and 14 were marked
4 for identification).
5 BY MR. BECKER:
6     Q  Now, if we are looking at Exhibit 12, the top
7 of that page is an e-mail dated January 24, 2011,
8 correct?
9     A  Correct.
10     Q  Which you would agree with me is a little over
11 a year after TDC began selling opt-in lists to Caldwell
12 for the purpose of having them resold to RMG, correct?
13     A  Correct. I thought it said 2009 before.
14     Q  December 2009, January --
15     A  Okay.
16     Q  Right.
17     A  I recall the date.
18     Q  And if you look below that, there is an e-mail
19 here from Peter Lachnicht to Jason Rader dated
20 January 24, 2011 with the subject, DNC list, correct?
21     A  Correct.
22     Q  And it says here, Hi Jason, the subscription
23 prepaid for one year is going for 5,300 total for the
24 year. The updates come as often as every week if you
25 would like. We could send them once a week, once every

1 two weeks, or once a month. Some people don't like to
2 spend all the time downloading the files and doing the
3 updates each week and instead choose to only accept an
4 update once a month. Other companies choose to update
5 them every week just so they know they won't have to
6 deal with any complaints of new registrants complaining,
7 although there is a 31 day grace period when they sign
8 up.
9     Okay. Is that information reflective of what
10 the cost would have been to purchase a DNC list from TDC
11 on or about January of 2011?
12     A  No. I believe that 5,300 that he's talking
13 about is the -- well, maybe it is for me. I don't know.
14     Q  Okay.
15     A  Because I think -- I think the price is like,
16 12 grand a year if you buy it from the -- the
17 government.
18     Q  And if you look at the next paragraph here,
19 the last line says, however, this will save you over
20 $10,000 per year --
21     A  There you go.
22     Q  -- compared to having to sign up for the
23 National SAN number, which is running over 17,000 this
24 year.
25     A  Okay.

1     Q  Is that consistent with your recollection?
2     A  Yes.
3     Q  Okay. So this was sent January 24, 2011,
4 correct?
5     A  Yes.
6     Q  Okay. I'm going to show you what we have
7 marked as Exhibit 13 now. It appears if you go to page
8 two of this document that there is the back and forth
9 communications between Jason Rader and Peter Lachnicht
10 over the next few days, because you can see that e-mail
11 midway through the page is January 28, 2011.
12     Do you see that?
13     A  Yes.
14     Q  Okay. And you can see at the bottom of that
15 page Jason's asking Peter some questions about the list.
16 For example, what is the lowest price for the yearly DNC
17 list?
18     Number two, what is the company you -- I think
19 it should be, what if the company you get from goes out
20 of business in two months and they have our five grand?
21     Number three, can we pay in installments if we
22 sign contract?
23     What would you need from us besides a credit
24 card to get this purchased?
25     And then finally, can you throw in any type of

JEANNIE REPORTING
YOUR WISH IS OUR JOB!

## Page 121

1 lead feed or something with it that will help me seal
2 the deal?
3       And then you can see from there that Jason
4 answered some questions for Peter, and then Peter -- I'm
5 sorry -- Peter answered some questions for Jason, and
6 then Jason says, Peter, I think if you can get close to
7 4,000, we should be able to do it.
8       Do you see that?
9    A   Yes.
10   Q   Now, on February 1, 2011, which is on the
11 first page of this exhibit, Peter says to Jason, Hi,
12 Jason, all right, just got off the phone with them and
13 it looks like the least we are going to be able to get
14 them down to is 4,550 for the year subscription.  The
15 compiler and I went back and forth a couple times and
16 they finally agreed to this amount, as long as your
17 company pulls the trigger this week.
18       They said, if not, we'll honor the 4,800 they
19 gave us last week, and that would be the lowest they'll
20 go.  Between you and me, Caldwell will make ten percent
21 on this order so if need be, I can take 100 bucks off on
22 our end if it will help things out.
23       So above that e-mail you see Jason says,
24 Peter, we will buy this today if you can get it for
25 $4,500.

## Page 122

1    A   Okay.
2    Q   And it says, good news, the compiler came down
3 to 4,600.
4       And then I'm not going to read the whole
5 thing, but summarize to say that they'll take the $100
6 off Caldwell's fee and they can sell it for $4,500 flat.
7    A   Yes.
8    Q   And that e-mail is February 7 of 2011,
9 correct?
10   A   Correct.
11   Q   Finally, let's look at Exhibit 14.  This is an
12 e-mail dated February 9, 2011, correct?
13   A   Correct.
14   Q   And it's e-mails between Peter Lachnicht and
15 Jason Rader?
16   A   Correct.
17   Q   And it says, hi there, here is your first
18 update for the DNC.
19       And it's set in Parts 1, 2, 3 and 4.  Do you
20 see that?
21   A   Yes.
22   Q   Is this, to you, reflective of the fact that
23 RMG ended up purchasing the Do Not Call list from
24 Caldwell list?
25   A   Yes.

## Page 123

1    Q   And therefore would show that paragraph 12 of
2 the affidavit is certainly inaccurate, saying they
3 refused to purchase it, when, in fact, during the course
4 of the transaction at some point RMG did purchase a
5 one-year subscription to receive the DNC list, correct?
6    A   Yes.
7    Q   Does this refresh your recollection as to
8 whether TDC sold Caldwell a Do Not Call list that was
9 then resold to RMG?
10   A   Yes.
11   Q   And did you?
12   A   I assume so, yes.
13   Q   Okay.  And then do you recall following the
14 sale of the Do Not Call list to RMG, whether TDC and
15 Caldwell had discussed the fact that RMG was, in fact,
16 running the leads that it had acquired from Caldwell
17 against the Do Not Call list?
18   A   Well, yeah.  If they purchased the list,
19 that's the reason to buy the list.
20   Q   Right.
21   A   Is to run the numbers through there.
22   Q   Which is evidence of the fact that RMG was
23 making telephone calls using the lists it had acquired
24 from Caldwell list, correct?
25   A   Correct.

## Page 124

1    Q   And do you recall communications between TDC
2 and Caldwell where this was discussed, the fact that RMG
3 was actually using the lists to scrub its -- its -- I'm
4 sorry -- using the Do Not Call list to scrub the lead
5 lists?
6    A   We had a talk about it, but I don't recall.
7    Q   Okay.
8       Close to being done.
9       (Defendant's Exhibit 15 was marked for
10 identification).
11 BY MR. BECKER:
12   Q   Okay.  Mr. Mongiovi, if you could, I'm going
13 to give these all to you at one time, start with
14 Exhibit 15.
15       (Defendant's Exhibits 16 through 18 were
16 marked for identification).
17 BY MR. BECKER:
18   Q   If you look at the date, what's the date of
19 that document?
20   A   February 16, 2011.
21   Q   Would you agree with me that's approximately a
22 week after the first DNC list was sent to RMG by
23 Caldwell?
24   A   Yes.
25   Q   And you can see in the middle of that page is

Page 125

1   an e-mail from Jason Rader to Peter. It says, Peter, we
2   are seeing about 195 million phone numbers on the DNC;
3   does this sound right? Jason.
4           Do you see that?
5       A   Yes.
6       Q   And in response Peter wrote: Hi Jason. Yes,
7   I asked provider about the total numbers, they said that
8   looked right. Let me know if you need anything else.
9   Thanks. Peter.
10          Do you see that?
11      A   Yes.
12      Q   Was that accurate? Is that indicative of the
13  fact that, you know -- well, first, to your
14  recollection, 2011 was there approximately 200 million
15  phone numbers on the DNC list? If you recall?
16      A   I don't.
17      Q   You don't?
18      A   I don't know.
19      Q   This is evidence to you, at least, that they
20  are -- RMG is now trying to --
21      A   Oh, yeah. Absolutely.
22      Q   -- run the list?
23      A   Yes.
24      Q   If you go to Exhibit 16. First page of
25  Exhibit 16 is a February 21, 2011 e-mail, correct?

Page 126

1       A   Correct.
2       Q   And it's between Jason Rader and Peter
3   Lachnicht, correct?
4       A   Correct.
5       Q   And the subject is what?
6       A   DNC.
7       Q   Okay. And here it says, Peter, we are having
8   trouble running our DNC list versus our leads. Is there
9   a service or program that does this quickly? How do
10  other companies do this? Any help you or the supplier
11  could give us would be helpful. Thanks. Jason.
12          Did I accurately read that e-mail?
13      A   Yes.
14      Q   Okay. Turn the page, please. Now, if you
15  look down towards the bottom of the second page, you can
16  see that exact same e-mail, correct, the one that Jason
17  Rader wrote to Peter?
18      A   Correct.
19      Q   And above that Peter says: Hi Jason. I past
20  on your question to the compiler and they said this: We
21  usually refer business to a software called, Scrub DNC,
22  http:\\www.scrubdnc.net\. Let me know if this works for
23  you. Thanks.
24          Do you see that?
25      A   Yes.

Page 127

1       Q   Is that a service that you would oftentimes
2   refer people to to help scrub the DNC list against
3   leads?
4       A   Yes.
5       Q   Okay. And is this indicative of the fact that
6   Jason did reach out to you and said, hey, we are trying
7   to figure out how to run this DNC list against the leads
8   we have been selling to this customer?
9       A   He didn't reach out to me. He reached out to
10  Peter. Peter reached out to me.
11      Q   I apologize. That's exactly what I meant.
12      A   Okay. Yes.
13      Q   And, again, this is indicative of the fact
14  that RMG is trying to use the DNC list it was purchasing
15  from Caldwell supplied by you to scrub its lists,
16  correct?
17      A   Yes.
18      Q   Okay. And this is indicative to you that RMG
19  made clear to Caldwell, who made clear to you, it's
20  using these lead lists to make telephone calls, correct?
21      A   In the proper way, yes.
22      Q   And in the proper way. And also that these
23  were somehow calls being made through predictive dialing
24  or robocalls which would require a Do Not Call list to
25  be used to protect the company from violating the TCPA,

Page 128

1   correct?
2           MR. McCUE: Objection. Misstates the
3   evidence. Misstates the facts. Misstates the law.
4   BY MR. BECKER:
5       Q   Is that correct?
6       A   Yes.
7       Q   Let's look at Exhibit 17. Now, as you looked
8   at Exhibit 16, the dates on these e-mails earlier were
9   from February 2011, correct?
10      A   Correct.
11      Q   The new dates on this Exhibit 17 are a little
12  bit later, correct, July 2011?
13      A   July. Yeah.
14      Q   Okay. Let's see. Where do I start, here?
15  Earlier you mentioned that Jason Rader was, I believe
16  you said complaining about the leads not being good,
17  correct?
18      A   Correct.
19      Q   Okay. Let's go back to the second to last
20  page of Exhibit 17, if you don't mind. Towards the
21  bottom of that page you'll see an e-mail from, it looks
22  to be from Jason to Peter. It begins, Peter, can we get
23  a refund of our money?
24          Do you see that?
25      A   Yes.

32 (Pages 125 to 128)

1      Q   And here he says -- Jason says to Peter --
2   Peter, can you get a refund of your money for the lead
3   feed?  I know you're not -- I think he meant you are the
4   middle man -- I'm not blaming you but we are getting
5   95 percent of the same leads we got over the last year
6   when we had a subscription with you before.  The owner
7   just wants her money back as that is not going to work,
8   and it looks like they are putting the same names and
9   just changing the IP/websites that they visited.  Jason.
10        Do you see that?
11      A   Yes.
12      Q   Is this what you're referring to when you said
13   that Jason is complaining about the leads not being good
14   anymore?
15      A   Yes.
16      Q   Okay.  And, first, do you in your mind have
17   any doubt that the leads that were being sent to RMG
18   that you were selling to Caldwell were legitimate leads
19   and they weren't being modified or altered in any way by
20   you?
21        MR. McCUE:  Objection.
22        THE WITNESS:  Yes.
23   BY MR. BECKER:
24      Q   So if you look, then, the response to this
25   e-mail comes from Peter Lachnicht on July 8, 2011,

1   recollection as to why the price may have been lower for
2   RMG than perhaps other of yours customers?
3      A   Yeah.
4      Q   Maybe?
5      A   Maybe.  But it was for Peter.
6      Q   It was for Peter that you were doing it.
7      A   Yes.
8      Q   Please do understand though that we at
9   Caldwell and the data compiler both want to make your
10   company happy with the purchase and make this work.
11   This is the first time that we have been able to see the
12   numbers you are getting, and the first time these issues
13   were brought to our attention.  We would like to try to
14   offer some solutions to help them out.  Remember, we did
15   up the volume for you guys to 400,000 records per day
16   from 300,000 in an effort to get you higher unique
17   counts.
18        Explain to me what that means, if you could.
19      A   Unique counts means different -- different
20   names and numbers of people that we already sold to.
21   But all these people usually go to different many, many
22   websites.  Not just one website -- they go to many -- so
23   you're going to get dupes.  You're going to get that.
24      Q   So when we are referring to unique counts --
25      A   Talking about unique names, unique phone

1   correct?
2      A   Yes.
3      Q   And he says here, I just got off the phone
4   with the data compiler.  We have some solutions to help
5   out these issues.
6      A   What page is that?
7      Q   So if you look at the very bottom of the --
8   what's marked as Page No. 1, which is really the third
9   page here.  It's -- the top of the page has an e-mail
10   from Peter Lachnicht dated July 8, 2011 at 12:24 p.m.
11        Do you see that?
12      A   Okay.
13      Q   At the bottom of the page, though, you can see
14   part of that thread where it's July 8, 2011 at
15   9:59 a.m.
16      A   Right.
17      Q   Okay?  And then the e-mail actually bleeds
18   onto the next page.
19      A   Okay.
20      Q   And Jason is saying here, I just got off the
21   phone with the compiler, we have some solutions to help
22   out these issues.  The refund at this point is out of
23   the question since we prepaid for a 30 day subscription
24   which is why the price is so low to begin with.
25        First, does that help refresh your

1   numbers.
2      Q   Likely meaning unique names and phone numbers
3   that RMG has in its system, correct?
4      A   That it doesn't have in the system.  I sell
5   him unique that he does not already have in his symptom.
6      Q   So RMG had purchased leads from you that had a
7   whole bunch of phone numbers on it and names on it?
8      A   Correct.
9      Q   The unique ones -- the unique records, then,
10   would be records received later that aren't duplicative
11   of those they already had in their system, correct?
12      A   Correct.
13      Q   And so you had, at some point Caldwell and TDC
14   had increased the number of leads, raw data leads it was
15   giving to RMG in an effort to increase that unique
16   record count, correct?
17      A   Correct.
18      Q   Because many of those leads would have been
19   scrubbed against RMG's existing database which would
20   have resulted in numerous duplicative records being
21   scrubbed out?
22      A   Correct.
23      Q   Okay.  Continuing in this paragraph it says,
24   at this point the Do Not Call registry and the numbers
25   that you already have in your system are the two largest

Page 133

1  problems. The DNC is an issue we cannot avoid, but the
2  issue of duplicating records you have in your system is
3  one we can fix by using a suppression file.
4       So these couple sentences seem to be
5  reflective of what you and I were just talking about,
6  which was that when scrubbing the leads that RMG was
7  receiving from Caldwell, which were being supplied by
8  TDC, those leads were being called out and scrubbed out
9  against the Do Not Call list and the existing leads in
10 RMG's database, correct?
11      A  Correct.
12      Q  Which was resulting in very few or
13 significantly less unique records for RMG to use?
14      A  Correct.
15      Q  Okay. And it says here the Do Not Call
16 registry is something they cannot avoid, correct?
17      A  Correct.
18      Q  Why is that?
19      A  It's against the law.
20      Q  And that would be because at this point
21 Caldwell and RMG and TDC were aware that if RMG was
22 going to use these leads to make telephone calls that
23 needed to be in compliance with the DNC list, with the
24 DNC provisions of the TCPA, you had to scrub these
25 numbers against the Do Not Call register, correct?

Page 134

1       A  Yes.
2       Q  However, they could help deal with what's
3  already existing in RMG's database, correct?
4       A  Yes.
5       Q  And that's why the suppression file is
6  mentioned?
7       A  Yes.
8       Q  Can you explain to me what a suppression file
9  would do?
10      A  If I'm selling you data and he has a list
11 already, not just necessarily from TDC, he could have
12 bought this data from other companies, which I have no
13 idea if he did or didn't. He puts it altogether as a
14 list. He could actually take just the phone numbers and
15 send them off to a compiler like myself.
16      Q  Okay.
17      A  We run the phone numbers, and whatever is
18 unique, different in this case from what I have to what
19 he has, I'm able to sell it.
20      Q  And would you agree with me that running a
21 lead list against a suppression file is one form of
22 hygiene?
23      A  Absolutely.
24      Q  And --
25      A  It's done every day.

Page 135

1       Q  The point is to eliminate duplicative records
2  and make sure that the client only has unique records
3  left?
4       A  Yes.
5       Q  So that those numbers are more likely to
6  generate sales, because you're not calling the same
7  people 15 times?
8       A  Correct.
9       Q  Okay. Now, continue on to the second
10 paragraph here. It says, a suppression file would be
11 supplied by you that holds the phone numbers in your
12 system and is sent to us to omit as many of these
13 records as possible on each file we send you. Normally
14 the data compiler charges us $50 per run, which would
15 cost an additional 1,000 per month since it would have
16 to be run every day. I could ask them and work out
17 something with them to work on the cost for doing this,
18 if you would like. Whatever we work out on this issue,
19 please note this will change the available volume per
20 day since it's always expected there will be duplicates
21 in this pricing for the subscription after it's been
22 continued to such a time. Just like any company, the
23 data compiler have to make the fees they are charging
24 make sense compared to the work and the services they
25 are providing.

Page 136

1       Is that an accurate statement --
2       A  Yes.
3       Q  -- concerning the use of a suppression file?
4       A  Yes.
5       Q  Okay. As far as the other issues -- this is
6  again reading from the e-mail -- as far as the other
7  issues such as records having no phone numbers or having
8  the wrong format, we don't normally credit back since
9  it's, quote, raw data feed, but we will credit these
10 back to you at no extra cost. It looks like an average
11 of 50,000 records per day based on these two dates, so I
12 will give you -- I will get you the volume bumped up to
13 450,000 total records per day. Please let me know what
14 steps we can take to at least finish out this month to
15 where it's worth the money you spent.
16      Okay. And then if you go to the first page of
17 this document -- or, I'm sorry, not the first page, the
18 second page. I apologize. It's actually the third
19 page. It's the one that starts with July 11 --
20 July 8 --
21      A  July 11.
22      Q  -- 2011 at 12:24 p.m.?
23      A  That's where it starts.
24      Q  Perfect. The response to this was to have
25 Jason copy a guy named Jamie who handles all the leads

34 (Pages 133 to 136)

1 and Jamie would communicate to Peter what he feels is
2 best.
3      Do you see that?
4      A  Yes.
5      Q  And then above that, Jamie e-mails Peter and
6 says, our suppression file would be one of 36 million
7 records.  Eighty to 90 percent of these numbers we have
8 already purchased from you once over the last year.
9 Would you want this file in CSC format?
10     Do you see that?
11     A  Yes.
12     Q  Okay.  Going to the top of the page, the
13 response from -- from Peter to these guys?
14     A  Right.
15     Q  Hi Jamie and Jason.  After showing the data
16 compiler how large the suppression file is going to be,
17 they aren't willing to offer us running this file each
18 day for free.  They would have to charge the additional
19 money to finish this up, which is $50 a day.
20     Do you recall having a conversation with Peter
21 along those lines?
22     A  I don't recall it but it all makes sense as
23 I'm reading it.
24     Q  You have no reason to dispute the fact that
25 Peter had that conversation with you?

1      A  No.
2      Q  Okay.
3      A  I feel that reading this now, thinking back on
4 it, I'm like frickin' Santa Claus.
5      Q  And so then continuing on it says, they would
6 have to charge us the additional money even to finish
7 out the month, which is $50 per day.  To still offer a
8 counter-suggestion, I had them agree to try to providing
9 you 500,000 records per day instead of 400,000, to see
10 if that would help yield more unique names each day at
11 no extra cost.  I told them you probably weren't going
12 to be in the market to spend more money on a campaign
13 that you already are wanting to ax, so hopefully this
14 will help.
15     Do you see that?
16     A  Yes.
17     Q  Is that consistent with what you recalled
18 earlier in the deposition where you said you increased
19 the numbers to 500,000 per day?
20     A  Yes.
21     Q  And that was in response to RMG's concern
22 that, you know, we are just not getting enough unique
23 leads?
24     A  Yes.
25     Q  And that was because they were running these

1 leads against their existing leads as well as the Do Not
2 Call list?
3      A  Correct.
4      Q  And then if you want, please turn to the very
5 first page of Exhibit 17.  So in the middle of this page
6 you see an e-mail starting -- that was sent to Peter
7 Lachnicht.  It starts, Peter, I'm not sure if this means
8 anything to you.
9      Do you see that?
10     A  Yes.
11     Q  If you look on the second page you can see
12 that it was sent by Jamie Smith?
13     A  Okay.
14     Q  And it says here, Peter, I'm not sure if this
15 means anything to you.  I wanted to show you the
16 breakdown of the first two files you've given us.
17 July 5, 2011, 400,000 leads total, and then underneath
18 that it says, removed numbers.
19     And you can see here that it looks like
20 approximately 60,000 of these leads didn't have any
21 phone numbers at all, correct?
22     A  Right.
23     Q  That would be reflective of the fact that TDC
24 was selling --
25     A  Raw data.

1      Q  And raw data didn't always have a complete set
2 of information, correct?
3      A  Correct.
4      Q  Okay.  The next line says, 3,600 numbers were
5 deleted for being malformed.
6      Do you know what that means?
7      A  No idea.  I was going to ask you.
8      Q  I don't know.
9      A  No idea.  Maybe they were missing a digit.
10 That's the only thing I can think of.
11     Q  Regardless, it appears that they're saying
12 these were not usable numbers, correct?
13     A  Correct.
14     Q  So it's clear here on this correspondence that
15 RMG is using the leads to make phone calls, but they
16 couldn't use 3,600 phone numbers because they were
17 malformed?
18     A  Correct.
19     Q  Okay.  Then it says 73 were self duplicates.
20     Do you see that?
21     A  Yes.
22     Q  Do you know what that means?
23     A  Yes.  I don't know if we -- if we duped
24 against URL or if we duped against phone number or
25 address.  I don't know how we duped them.  But that

1   means 73 were in there twice.

2     Q  Okay.

3     A  But you could have the same person's name on

4   there on two different URL's. That's very possible.

5     Q  Got it.

6     A  So --

7     Q  Continuing on, 10,804 were on our internal DNC

8   master.

9     Do you see that?

10    A  That's people who have called their company

11  and complained about them calling.

12    Q  Okay.

13    A  And those 10,000, which I have no way of

14  knowing, he takes them out of his thing. Which showing

15  he's doing his due diligence.

16    Q  Great. And then it says here 191,736 were on

17  the National DNC. And then it says but they filled out

18  a web form, and we have the date and site.

19    Does that mean anything? What does that line

20  mean to you?

21    A  That means 191,000 whatever were on the

22  National DNC list. But by filling out a form online,

23  they were giving permission, it's an existing business

24  relationship that they have with this URL, the URL sells

25  to third parties. I'm assuming here that they filled

1   out a -- the disclaimer, they checked off, yeah, they

2  have to in order to get data through.

3    Q  Okay.

4    A  And you could legally call.

5    Q  Okay. So would you agree with me that

6  regardless of whether somebody's on the Do Not Call list

7  or not, specifically talking about the opt-in data that

8  was sold to Caldwell and then resold to RMG, whether or

9  not the individuals opted to allow for telephone calls

10  to be made to them in one way or another would be

11  dependent upon what the specific privacy policy says

12  associated with the website through which they

13  consented?

14    A  Correct.

15    MR. McCUE: Objection.

16  BY MR. BECKER:

17    Q  And then here it says 118,178 numbers we

18  already have in our system and we have called in the

19  last 30 days.

20    A  Again, someone can go onto one URL and then

21  another URL.

22    Q  Okay.

23    A  And then another URL.

24    Q  So just because, you know, for example,

25  Allison Charvat or whomever may have gone on one website

1   and put in their information which made its way to RMG

2  doesn't mean that six months later or a year later that

3  same person didn't do the same thing through another

4  website which then made it onto a new list that you were

5  selling?

6    A  Correct.

7    Q  So then it says usable numbers, 25,895 numbers

8  we already have that we refreshed because we haven't

9  called them in 30 days, and then 2,500 numbers that are

10  brand new to us.

11    So this appears to be data that Jamie Smith is

12  sending to Pete Lachnicht to express some -- something

13  about the lead information it was purchasing, correct?

14    A  Correct.

15    Q  And what is it, from your review of this and

16  your experience in this industry, that Jamie Smith is

17  expressing here?

18    A  They're saying that the amount of data that

19  they're getting, they're not getting enough to call.

20  They're not getting enough uniques to call.

21    Q  Okay. And it appears that the reason they're

22  not getting enough uniques is because they're now

23  scrubbing these lists on their own, not through --

24    A  Correct.

25    Q  -- Caldwell or TDC, right?

1    A  Correct.

2    MR. McCUE: Objection.

3  BY MR. BECKER:

4    Q  And based upon representations made here in

5  this e-mail, it appears that they are hygiene-ing their

6  own lists. Is that fair to say?

7    A  From what I see here, yes.

8    Q  From how you described hygiene earlier, it

9  appears RMG is trying to do that?

10    A  Correct.

11    Q  And then it says at the top of the page, I

12  will certainly run these numbers by the data compiler

13  and see if there are any things we can do to spice up

14  the list for you guys to either get more uniques or less

15  unusable numbers.

16    Do you see that?

17    A  Yes.

18    Q  And that is the communications you and Peter

19  Lachnicht had in this case with regard to this

20  transaction which was trying to give more data to

21  provide more unique usable numbers, correct?

22    A  Correct.

23    Q  Okay. You can put 17 off to the side, if you

24  would like.

25    A  I do have one thing to say --

Page 145

1    Q   Yeah.
2    A   -- that's -- that's kind of funny.  I don't
3  know the crux of why I'm here, but I assume it was
4  because someone said I did fraudulent stuff.  Not one
5  e-mail has anyone complained that the -- that nothing is
6  matching.  So I would just like to bring that out.
7    Q   Okay.
8    A   And we are talking a great deal amount of data
9  here.  We are talking, what, 400,000 records a day.
10  That's 2 million a week.  That's 8 million a month.  And
11  I don't know how many years we were in business with
12  them; two years?  I don't know.  I'm just guessing.
13    Q   I mean --
14    A   I mean, that's -- that's a lot of names.
15    Q   I mean, has it ever been the case where you've
16  sold leads for opt-in's where someone has complained and
17  simply didn't remember that they had opted in through
18  some website or another?  Has that ever happened --
19    A   It's never happened to me but I've heard it's
20  happened in the business.
21    Q   I mean, if you sold tens of millions of leads
22  to Caldwell in this case that made its way to RMG, and
23  even a thousand people complained about getting calls
24  that they didn't agree to get, in your experience is
25  that a significant number of complaints as compared to

Page 146

1  leads being sold?
2        MR. McCUE:  Objection.
3        THE WITNESS:  Yeah.
4  BY MR. BECKER:
5    Q   That's a significant number of leads -- or
6  complaints?
7    A   A thousand complaints compared to what?
8    Q   Tens of millions of leads being sold.
9    A   No.  That's very small.
10    Q   Okay.
11    A   That's very small.
12    Q   Okay.
13    A   You know.  It's very small.
14    Q   If you go to Exhibit 18 --
15    A   And, again, to elaborate, this is one client.
16  This is one client.  And I have many other clients.
17    Q   In all of your time selling these opt-in
18  leads, you receive very few complaints concerning people
19  making phone calls using the leads that you had sold to
20  people that indicated they did not consent to get the
21  calls or that the leads themselves were fraudulent?
22    A   Never.
23    Q   Okay.  Let's turn to Exhibit 18, if that's
24  okay.
25    A   Yeah.

Page 147

1    Q   Exhibit 18 is dated July 14, 2011, a few days
2  after the last e-mail we looked at, and it's from Jamie
3  Smith saying, Peter, you mentioned that your vendor was
4  going to pump up the list to 500,000 in an effort to get
5  us more unique numbers.  That has not happened yet.
6  Here are the breakdowns of your files from July '11, '12
7  and '13.
8        And it appears, again, they're providing you
9  with similar data -- providing Peter with similar data
10  identifying the total number of phone numbers that had
11  to be removed from the leads being sold to RMG because
12  RMG was scrubbing these lead lists against the National
13  Do Not Call registry, their internal Do Not Call list,
14  as well as their pre-existing leads and their database,
15  correct?
16    A   Correct.
17    Q   And is this an indication to you again that
18  RMG is doing its own due diligence to make sure that the
19  leads they're calling are usable and in compliance with
20  the National Do Not Call registry?
21    A   Yes.
22        MR. BECKER:  Okay.  Let me take a five-minute
23  break.  I'm getting close to being done.
24        (A break was taken.)
25

Page 148

1  BY MR. BECKER:
2    Q   Mr. Mongiovi, based upon the information we
3  reviewed today and your understanding of the steps taken
4  by RMG following its purchase of the lead lists from
5  Caldwell, now, is it your opinion -- do you have an
6  opinion as to whether RMG took reasonable steps to
7  hygiene and scrub its lists purchased from Caldwell?
8        MR. McCUE:  Objection.
9        THE WITNESS:  Yes, they did.
10        MR. McCUE:  Objection.
11  BY MR. BECKER:
12    Q   And your answer was?
13    A   Yes.
14    Q   And you believe they did?
15    A   They did.
16    Q   Okay.  Let's look at your affidavit again,
17  Exhibit 5.
18    A   What is it?  Number?
19    Q   Exhibit 5.  If you look at the second page,
20  paragraph 11, can you please read that paragraph aloud
21  for the record?
22    A   None of the information obtained from Mr. Katz
23  and sold by TDC to Caldwell List allowed anyone,
24  including the defendants in this lawsuit, to contact
25  individuals who were on the National Do Not Call list or

JEANNIE REPORTING                                      305-577-1705
                    YOUR WISH IS OUR JOB!

Page 149

1    to make telephone calls using prerecorded telemarketing
2    messages.
3         Q   Okay.  Is that an accurate statement?
4         A   No.
5         Q   What's inaccurate about that statement?
6         A   Well, obviously, they were DNC'ing data so
7    then they could call them.
8         Q   Let me break that down because I -- I'm going
9    to make sure we are clear on this point.  First, the
10   sentence says, none of the information obtained and sold
11   by RMG to Caldwell allowed anyone to contact individuals
12   who are on the National Do Not Call list.
13        Do you see that part of it?
14        A   Yes.
15        MR. McCUE:  Let me -- you said RMG but you
16   meant TDC.
17        MR. BECKER:  I'm sorry.
18   BY MR. BECKER:
19        Q   So none of the information obtained from
20   Mr. Katz and sold by TDC to Caldwell allowed anyone,
21   including the defendants in this lawsuit, to contact
22   individuals who are on the National Do Not Call list.
23        Okay.  Is that portion of the sentence
24   accurate?
25        A   No.

Page 150

1         Q   Okay.
2         A   In order to call them they would have to run
3    against the Do Not Call list.
4         Q   In other words, when you sent the raw data to
5    Caldwell, which was then sent to RMG, it had not yet
6    been scrubbed against the Do Not Call list, correct?
7         A   Correct.
8         Q   So there was no representation by your company
9    that this information could be used by anyone as it
10   existed to just call people regardless of the existence
11   of the Do Not Call list, that still would have to have
12   been scrubbed in some manner, correct?
13        A   Yes.
14        Q   So at least with respect to that first portion
15   of paragraph 11, I guess to the extent you know, do you
16   even know whether or not the information on that -- on
17   the lead lists would have allowed certain people to be
18   contacted even if they were on the Do Not Call list?  Do
19   you know if that's possible from a legal perspective as
20   far as when they consented?
21        A   To my knowledge, if you have an existing
22   business relationship --
23        Q   Okay.
24        A   -- with a company, and you are on this Do Not
25   Call list, you still can contact them.

Page 151

1         Q   Okay.
2         A   If they opted in, they're giving permission
3    based on the disclaimers on each URL that a third
4    party -- in this case, me -- would sell their
5    information.
6         Q   Okay.  And in your experience selling these
7    opt-in leads, is it not the case -- scratch that.
8         Based upon your experience in acquiring and
9    selling opt-in leads, is it your opinion then more
10   likely than not the phone numbers that are provided on
11   these opt-in leads are provided by consumers who are
12   consenting to be contacted by telephone call or
13   robocall?
14        A   Yes.
15        MR. McCUE:  Objection.
16   BY MR. BECKER:
17        Q   So really, is there any part of paragraph 11
18   that you think is accurate?
19        A   No.
20        Q   Okay.
21        A   Now that I'm looking at it, no.
22        Q   And again, if they're selling opt-in leads --
23   if TDC is selling opt-in leads to Caldwell who then sold
24   them to RMG, you can't say as you sit here that none of
25   the information on those lead lists would have allowed

Page 152

1    RMG to make telephone calls to the consumers identified
2    on those lists using prerecorded telemarketing messages,
3    correct?
4         A   Correct.
5         Q   Paragraph 14 of this affidavit says, it was my
6    understanding that the data sold to Caldwell list and
7    then sold again to RMG was to be used only for direct
8    mail purposes and not for telemarketing.
9         Do you see that?
10        A   Yes.
11        Q   Is that an accurate statement?
12        A   No.
13        Q   What's inaccurate about that statement?
14        A   Well, why would RMG purchase a DNC list if
15   they weren't telemarketing?
16        Q   Okay.  And you have now looked today at a copy
17   of a lead list that's been represented to you as having
18   been one acquired by Caldwell from TDC, correct?
19        A   Correct.
20        Q   And that list included telephone numbers as
21   well as e-mail addresses and physical addresses,
22   correct?
23        A   Correct.
24        Q   And that information was similar to the e-mail
25   that TDC received at the beginning of the transaction in

JEANNIE REPORTING                                    305-577-1705
                    YOUR WISH IS OUR JOB!

1    2009, which included a sampling of the type of
2    information RMG wanted to purchase, correct?
3        A   Correct.
4        Q   And that information also included telephone
5    numbers, correct?
6        A   Correct.
7        Q   Okay.  So is it fair to say, then, that the
8    lead list that TDC sold to Caldwell, which were then
9    sold to RMG, could very well have been used to make
10   prerecorded telemarketing phone calls to the consumers
11   identified on those lists?
12       A   Yes.
13       Q   And in order to term precisely the parameters
14   and scope of whether or not that would be permitted,
15   would one have to look at the privacy policies
16   associated with each of those websites on the date and
17   time that each consumer opted in?
18       A   I would --
19           MR. McCUE:  Objection.
20           THE WITNESS:  I would assume so, yes.
21   BY MR. BECKER:
22       Q   Okay.  I'm going to show you a couple more
23   exhibits.
24           What number are we on?
25           THE REPORTER:  Nineteen.

1            MR. BECKER:  Okay.
2            (Defendant's Exhibit 19 was marked for
3    identification.)
4    BY MR. BECKER:
5        Q   Do you recall Mr. Lachnicht ever asking you
6    whether there was a way that RMG could take steps to
7    avoid calling cell phones contained within the lead
8    lists that TDC was providing?
9        A   I do not recall that.
10       Q   So here on Exhibit 19 in March of 2011 --
11   March 21 to be exact -- I see an e-mail from Jason Rader
12   to Peter.
13           Peter, we are told there is a list or
14   technology that scrubs versus cell phone numbers.  Do
15   you sell this?  Also, with the leads you provide are you
16   able to send us examples of the sheets the potential
17   customer fills out?
18           Did I read that accurately?
19       A   Yes.
20       Q   Okay.  If you turn to the next page you can
21   see in the middle of the page there, there is an e-mail
22   from Peter Lachnicht back to Jason on March 21.
23           Hi Jason.  Unfortunately I'm going to come up
24   empty on both of these.  This data is basic opt-in data
25   that has not been hygiened in any way, and we really

1    don't make enough profit on it to invest in any further
2    technology to manipulate the data in any way.  As far as
3    the forms go, the list compiler/owner is very protective
4    of the setup/design of the opt-in forms and privacy
5    policies that they have in place to generate such high
6    volumes of opt-ins to deter competition from borrowing
7    their model.  They do provide opt-in time/date/IP
8    addresses, which is as much info they will release to
9    help show these are opt-in records.  Sorry I couldn't be
10   more help on this.  I tried.  Peter.
11           Now, do you recall Peter having a conversation
12   with you about either of these issues?
13       A   No.
14       Q   No?  Is any of the information that Peter
15   reflected back to Jason in this e-mail inaccurate based
16   upon your experience in the industry?
17       A   No.  Not at that time timeframe.
18       Q   Right.  So at that timeframe there is
19   reference in Peter's e-mail to the opt-in leads
20   including time and date stamps as well as IP addresses,
21   correct?
22       A   Correct.
23       Q   And was that information intended to be
24   information provided to the purchaser of opt-in leads to
25   provide them with some level of confidence that the data

1    is accurate and truthful and not fraudulently created?
2        A   Correct.  Yes.
3        Q   Yeah.  If you flip now two more pages, there
4    is an e-mail that begins March 21, 2011 at 11:08 a.m.
5    It's subject is cell phones.
6        A   Okay.
7        Q   Peter, do you know if their forms just ask for
8    a number, or do they have a way to put a cell phone?
9    Also, do you know of any software or technology that
10   washes out cell phones?  Jason.
11           The following page is Peter's response.  Says,
12   Hi Jason.  The forms just ask from preferred phone
13   number to be contacted on, and I don't know of any
14   specific software or technology to scrub the cell
15   phones, unfortunately.  Peter.
16           Do you see that?
17       A   Yes.
18       Q   Do you have an understanding as to why a
19   customer like RMG would be asking their broker,
20   Caldwell, if they can delineate between cell phone
21   numbers and non-cell phone numbers?
22       A   Because they are going out of their way to
23   make sure they're doing everything in the proper format
24   for the bylaws.  It's the only thing I can think of.
25           MR. BECKER:  Okay.  I'm going to show what we

Page 157

1     will mark as Exhibit 20.
2         (Defendant's Exhibit 20 was marked for
3     identification).
4     BY MR. BECKER:
5         Q   This may go back a ways to the beginning of
6     the deposition.  But you recall early in the deposition,
7     I think it was exhibit 2, there was an e-mail
8     referencing an attached affidavit where Mr. Paronich
9     asked you to answer -- fill in information for paragraph
10    7.  Do you recall that?
11        A   Yeah.
12        Q   Okay.  If you turn on page 2 of this, it's an
13    unsigned copy of the document.  At the top of the page
14    is paragraph 7 where it says, please provide an
15    explanation of what raw internet data feed is.  Do you
16    see that?
17        A   Yes.
18        Q   Do you recall receiving this e-mail from
19    Mr. Paronich on or about May 6, 2014?
20        A   No idea.
21        Q   No?  Do you recall personally going into the
22    document and adding the information that was contained
23    on the affidavit that you signed?
24        A   No recollection.
25        MR. BECKER:  Okay.

Page 158

1         All right.  Now, last exhibit.  Exhibit 21.
2         (Defendant's Exhibit 21 was marked for
3     identification).
4     BY MR. BECKER:
5         Q   At the beginning of this deposition, you
6     mentioned that you had provided a file that was a zip
7     file, and I had indicated I was unable to open it.  We
8     had our IT people figure out a way to open it and search
9     for Allison Charvat's name on the document and we
10    printed this screen shot.
11        First, can you take a moment and look at the
12    screen shot, the -- the, you know, directory name at the
13    top of this screen as well as the information contained
14    on this document to tell me if this information
15    contained herein is similar to that information which
16    you, TDC, would have compiled and sold to individuals or
17    to customers that says opt-in data?
18        A   Yes.
19        Q   And did you happen to look at the technical
20    information, the file that you were sending to us before
21    it was sent?  Did you have a chance to look and see what
22    was in it?
23        A   No.
24        Q   Did you have a chance to discuss it with your
25    IT person to understand what the substance may have

Page 159

1     been?
2         A   No.
3         Q   Okay.
4         A   Just grab -- grab the internet file that the
5     attorney is asking for and send it over and I'll send it
6     over to him.
7         Q   Now, would this be opt-in data that TDC would
8     have acquired at some point in time from Jeff Katz?
9         A   Correct.
10        Q   Now, looking at this page, Exhibit 21, halfway
11    down I see a highlighted line across it.  Can you read
12    to me what the information is contained on that
13    highlighted line?
14        A   Phone number, first name, last name, physical
15    address, city, state, zip, e-mail, time and date stamp,
16    and URL.
17        Q   Can you read to me the specific information
18    associated with that particular individual?
19        A   Phone number, 61489558 -- 58940, it looks
20    like -- I'm blind as a bat -- Allison Charvat, 636
21    Colonial Drive, Waterville, Ohio 43081.
22    acharvat@yahoo.com.  11/2/2009.  22, colon, 54.  And
23    then the website; http://www.cooking.com.
24        Q   Okay.  And just to clean up the record to more
25    clearly read the address into the record, I believe it

Page 160

1     says 636 Colony Drive.
2         A   Yes.  I said Colonial.
3         Q   Yes.  In Westerville, Ohio.
4         A   Correct.
5         Q   Okay.  This is information concerning Allison
6     Charvat that TDC was able to locate in its databases, is
7     that correct?
8         A   Correct.
9         Q   And is this an indication to you that TDC had
10    acquired opt-in data concerning Allison Charvat that
11    would have been submitted through a website called
12    www.cooking.com?
13        A   Correct.
14        Q   Does TDC keep all of the lead data that is
15    acquired over time?
16        A   No.
17        Q   Why not?
18        A   Data is the most valuable when it's constantly
19    updated.  The more it's updated, the more valuable it
20    becomes.  For example, any name on here as you saw in
21    the other exhibits where he was complaining about
22    duplications, like I had said before, sometimes a person
23    could go to numberous sites.
24        So if we have the same name, John Doe, and
25    he's at Orbits, and one day he's looking for a suit, so

JEANNIE REPORTING                                      305-577-1705
                    YOUR WISH IS OUR JOB!

1  he goes to Suits R Us. If we get that data in later
2  when he went to Orbits, to update the information, we
3  would take the Orbits URL out and put the newest URL in
4  there.
5      Q   Providing more current data is what you're
6  saying?
7      A   More current data. More interest. And that
8  also would give us another interest. Another select he
9  would want. He likes Orbits, he likes to travel, so
10 that could be a travel lead. He also likes suits, so
11 he's a fashion guy. That's how it works.
12     Q   Okay. And I'm asking simply because I recall
13 this -- to get this document in a zip file format was
14 3 1/2 gigabytes --
15     A   It was huge.
16     Q   It was extremely huge. I just wonder, you
17 know, just because you don't have all the data, it's not
18 a big deal. You didn't have the 123freetravel data any
19 more, I presume, because it wasn't produced, and I'm
20 just wondering, was that deleted at some point for
21 space-saving purposes or something else? If it's
22 space-saving, that's fine. I'm just making sure I
23 understand --
24     A   Maybe for updating.
25     Q   Okay.

1      A   Maybe for space-saving. This data is kind of
2  old now.
3      Q   Okay.
4      A   It's ancient.
5      Q   Okay.
6      A   We don't sell it anymore.
7      Q   Okay.
8      A   It's too old.
9      Q   But regardless, there has been information
10 provided now by TDC that indicates that Allison
11 Charvat's name and phone number and address are
12 associated with another website besides just
13 123freetravel.com?
14     A   Correct.
15         MR. McCUE: Objection.
16 BY MR. BECKER:
17     Q   Do you have any reason to believe that this
18 information contained on this exhibit and in the file
19 you produced this last week was fraudulently or
20 artificially created by anyone other than Allison
21 Charvat?
22         MR. McCUE: Objection.
23         THE WITNESS: Absolutely not.
24 BY MR. BECKER:
25     Q   And would that be consistent also with the

1  fact that Allison Charvat's name is identified with
2  another website, would that be consistent with your
3  earlier testimony that individuals often will opt-in
4  through a number of different websites?
5      A   Absolutely.
6      Q   Which is why sometimes you'll have their name
7  and phone number --
8      A   Various times.
9      Q   -- duplicate throughout?
10     A   Duplicate.
11     Q   Last few questions. Do you have any personal
12 knowledge concerning the manner by which RMG scrubbed
13 the leads Caldwell provided them?
14     A   Do I have personal knowledge?
15     Q   Yes.
16     A   No.
17     Q   The information that you provided today was
18 based upon your review and analysis of certain e-mails,
19 correct?
20     A   Correct.
21     Q   Do you have any personal knowledge concerning
22 the manner by which RMG loaded leads into its own dialer
23 system?
24     A   No.
25     Q   Do you know what dialer system RMG used?

1      A   No.
2      Q   What do you know whether RMG acquired a dialer
3  system?
4      A   No.
5      Q   Do you know whether RMG used third parties to
6  make calls for them?
7      A   No.
8      Q   Did RMG ever mention to you the type of
9  business it operated?
10     A   No.
11     Q   Did RMG ever tell you it was buying leads for
12 the purpose of or at the request of any cruise line?
13 Let me scratch that.
14         Did RMG ever tell you that it was buying leads
15 from Caldwell at the request of any cruise line?
16     A   No.
17         MR. BECKER: All right. I have no further
18 questions right now.
19         Cathy --
20         MS. MACLVOR: I am going to defer to Matt and
21 I will figure out what questions I need after
22 Matt's finished.
23         MR. BECKER: Sounds good. Give me one second
24 to organize a little bit here.
25         EXAMINATION

```
1   BY MR. McCUE:
2       Q   We have met.  My name is Matthew McCue.  I
3   represent the plaintiffs in this case.  I appreciate
4   your testimony today.
5       A   Thank you.
6       Q   What is your understanding of what this case
7   is about?
8       A   I have no idea.  I really have no idea.
9       Q   Okay.  Do you know it's about robocall
10  telemarketing?
11      A   I know a little about that, yeah.
12      Q   What is your general understanding -- first of
13  all, have you ever heard of the Telephone Consumer
14  Protection Act?
15      A   Yes.
16      Q   TCPA?
17      A   Yes.
18      Q   Do you call it the TCPA?
19      A   Excuse me?
20      Q   Do you call it the TCPA, or do you call it
21  something else?
22      A   I think we call it the TCPA.
23      Q   What is your understanding, just general, in
24  your professional understanding of what does that law
25  restrict?
```

```
1       A   I believe cell phone calls.
2       Q   Okay.  Do you have any knowledge about the
3   restrictions of the TCPA on telemarketing via robocall?
4       A   No, I do not.
5       Q   Do you have any knowledge whatsoever of the
6   type of consent that's required to get from a consumer
7   before you can send them a robocall?
8       A   No, I do not.
9       Q   Have you ever heard the term, prior express
10  consent?
11      A   I believe I explained that earlier today when
12  I said, an existing business relationship.  I believe we
13  are talking the same thing.
14      Q   Okay.  All right.  Is prior express consent in
15  your mind different than opt-in?
16          MR. BECKER:  Objection to form.
17          THE WITNESS:  It's kind of the same.
18  BY MR. McCUE:
19      Q   Kind of the same.  Okay.  Do you have any
20  knowledge about the do not call restrictions --
21      A   Yes.
22      Q   -- of the TCPA?
23      A   Yes.
24      Q   What is your knowledge?
25      A   Federal Do Not Call list.
```

```
1       Q   When I say, prior expressed consent, to you,
2   do you have any specific knowledge as to what that term
3   means?
4       A   You're talking about the existing business
5   relationship?
6       Q   No.  I'm talking about your understanding of
7   what is prior expressed consent.
8       A   My understanding is, if you go to a website
9   and you opt-in --
10      Q   Right.
11      A   -- and if you read the disclaimer on it or
12  not, you have an existing business relationship with
13  that website, whatever they're selling or doing.
14      Q   Okay.  Is it your testimony today that going
15  on a website creates prior expressed consent, or it
16  creates an established business relationship?
17          MS. MACLVOR:  Objection.  Mischaracterizes
18  testimony.
19          MR. BECKER:  I join.
20          THE WITNESS:  I really don't know enough to
21  tell you the difference between the two.
22  BY MR. McCUE:
23      Q   Okay.
24      A   In my opinion I believe they're the same, but
25  I'm not -- I'm not an attorney.
```

```
1       Q   So certainly you're not an expert on the TCPA?
2       A   No.
3       Q   You're not an expert on complying with the
4   TCPA?
5       A   No.
6       Q   You're not an expert on what type of consent
7   is necessary to comply with the TPCA's restrictions on
8   robocalls telemarketing?
9       A   Not an expert, but it is part of my business.
10      Q   And breaking that down, it's your opinion that
11  if a consumer goes on a website that has very broad
12  disclosure language in the privacy page saying, if I go
13  on this website and leave my cell phone or my phone, I'm
14  consenting to receive telemarketing calls?
15          MS. MACLVOR:  Objection.
16          MR. BECKER:  Objection to form.
17  Mischaracterizes prior testimony and calls for a
18  legal conclusion.
19          MS. MACLVOR:  Join.
20  BY MR. McCUE:
21      Q   What is your understanding of, when I go on a
22  website -- say I go on classmates.com --
23      A   Okay.
24      Q   Right?  And I say, yeah, I want some
25  information from classmates.com.  Okay?  And in the
```

JEANNIE REPORTING                                    305-577-1705
            YOUR WISH IS OUR JOB!

1  privacy policy it says, if I give my information I'm
2  consenting to receive telemarketing calls, right?
3      A  Okay.
4      Q  Is it your testimony that that allows any
5  telemarketer in the world who that data is sold to
6  call a consumer by robocall even if they're on the Do
7  Not Call list?
8          MR. BECKER:  Objection.  Incomplete
9  hypothetical.  Calls for a legal conclusion.
10         MS. MACLVOR:  Join.
11         THE WITNESS:  Again, I'm not an expert.
12 BY MR. McCUE:
13     Q  Right.
14     A  But if they're giving -- usually it's a check
15 in the box -- they're checking the box saying they're
16 allowed to be contacted by phone, in my opinion, they
17 can be called.  I do believe there also is a certain
18 time when they -- when they're called or whatever.
19     Q  Okay.  So if there is no check box, do you
20 think there is valid consent?
21         MR. BECKER:  Objection to form.
22         MS. MACLVOR:  Join.
23         MR. BECKER:  Incomplete hypothetical.
24         THE WITNESS:  There is no check box -- no.
25 That's why it's ran through the DNC list.

1  BY MR. McCUE:
2      Q  Okay.  Is it your understanding that you can
3  send a robocall -- strike that.
4          Is it your understanding that if I'm not on
5  the Do Not Call list, it's okay to send me robocalls?
6          MR. BECKER:  Objection to form.  Incomplete
7  hypothetical.
8          THE WITNESS:  I have no knowledge of that.
9          MS. MACLVOR:  Join.
10 BY MR. BECKER:
11     Q  Your question was -- your answer is mixing up
12 robocall and Do Not Call.  I just want to make sure we
13 keep that separately.  Okay?
14     A  Okay.
15     Q  When someone goes onto one of these websites
16 with this disclosure language, who are they consenting
17 to receive calls from?
18     A  Whatever that particular website disclaimer is
19 saying.
20     Q  Okay.
21     A  Some clearly state that a third party may call
22 them.
23     Q  All right.  So if the disclaimer says, anyone
24 I sell this data to, you think that's valid?
25         MR. BECKER:  Objection to form.

1          THE WITNESS:  Yes.
2          MS. MACLVOR:  Join.
3  BY MR. BECKER:
4      Q  I just want to get your understanding.
5      A  Okay.
6      Q  So the consent doesn't have to be specific to
7  the entity calling them, is that correct?
8          MR. BECKER:  Objection to form.
9          THE WITNESS:  As long as the disclaimer says
10 that --
11         MS. MACLVOR:  Wait.  Wait.  Wait.
12         MR. BECKER:  Let me place my objection.
13         THE WITNESS:  Okay.
14         MR. BECKER:  Object to form.  Calls for a
15 legal conclusion.  Incomplete hypothetical.
16         MS. MACLVOR:  Join.
17         MR. McCUE:  You can still answer the question.
18 They're chatting for the record.
19         THE WITNESS:  What was it again?
20         MR. BECKER:  Have her read it back.
21         MR. McCUE:  I'm going to try to do it without
22 reading it back.
23         Is it your understanding -- well, read it
24 back, please.
25         (Record read.)

1          THE WITNESS:  Yes.
2  BY MR. McCUE:
3      Q  And what is the basis for your opinions that
4  you're offering?
5      A  Been in the business 20 years.
6      Q  Have you had any type of training whatsoever
7  in the laws and regulations related to telemarketing?
8      A  No.
9      Q  Okay.  Did Caldwell List tell you that the
10 data that was being sold to Jason Rader was going to be
11 used for robocall?
12     A  No.
13     Q  If they had told you that, what would you have
14 done?
15         MR. BECKER:  Objection.  Incomplete
16 hypothetical.
17         THE WITNESS:  I don't know.
18 BY MR. McCUE:
19     Q  Would you have cared?
20     A  Don't know.
21     Q  Would you have been concerned?
22     A  Never been put in that.
23     Q  I'm putting you in that right now.
24     A  Okay.
25     Q  Someone says, I want to buy a list, I want to

1  use the robocall telemarketing. What are your concerns?
2      MR. BECKER: Objection. Calls for
3  speculation.
4      MS. MACLVOR: Join.
5      THE WITNESS: Just an opinion of mine? I
6  don't know. I really don't know.
7  BY MR. McCUE:
8      Q   So the bottom line is, you have no knowledge
9  whatsoever about the type of consent you need to comply
10 with the TPCA, correct?
11     A   I wouldn't say no knowledge.
12     Q   Is your knowledge any different than how you
13 just testified?
14     A   I've been in the business for 20 years.
15     Q   Right.
16     A   In 20 years you find -- you know, you learn
17 things.
18     Q   I understand. And I don't want to be unfair.
19 I want you to disclose to me your full knowledge of what
20 type of consent is required to comply with the Telephone
21 Consumer Protection Act when you're sending robocalls.
22     MR. BECKER: Objection to form.
23     MS. MACLVOR: Join.
24     THE WITNESS: To my knowledge, if they're on
25 the -- if they're not on the DNC list, they are

1      allowed to be called.
2  BY MR. McCUE:
3      Q   By robocall?
4      A   By any call.
5      Q   Okay. And if they're on the DNC?
6      A   You are not allowed to call them.
7      Q   At all?
8      A   My opinion, no.
9      Q   Even if you have an opt-in?
10     A   No, if you have an opt-in, you're giving
11 permission, you're giving legal permission for them to
12 call.
13     Q   Okay. And if you have an opt-in, is your
14 testimony the same you have legal permission to send
15 someone a robocall?
16     A   In my opinion, yes.
17     Q   Okay. Now, earlier in your testimony you
18 talked about how people on these lead lists might have
19 gone to many different websites and entered the same
20 information, correct?
21     A   Correct.
22     Q   Okay. What is the factual basis of that
23 testimony?
24     A   I don't understand.
25     Q   Are you speculating? Do you know?

1      A   Oh, I know.
2      Q   How do you know?
3      A   Well, it's right here in one of the exhibits,
4  he was complaining about dupes.
5      Q   Sure.
6      A   So that would be an explanation of why there
7  was so many duplications.
8      Q   Okay.
9      A   It depends how we dupe it out, how we
10 self-dupe it out. Depending on e-mail, phone, whatever.
11     Q   But you're speculating as to an explanation,
12 right? You're trying to rationalize how this could have
13 happened, and that's what you're coming up with?
14     MR. BECKER: Objection to form.
15     MS. MACLVOR: Objection to form. Harassing.
16     MR. McCUE: Harassing?
17     THE WITNESS: Again, to answer your question,
18 you're asking me how do I know someone goes to
19 numberous sites?
20     MR. McCUE: Right.
21     THE WITNESS: I've been in this for 20 years.
22     MR. McCUE: Right.
23     THE WITNESS: I know other people do that.
24 You're asking me if I'm an expert on that. I've
25 taken other lists and I've seen them, I've seen

1      lists together, and a lot of these people are what
2  we classify in the business as moochers, that
3  they'll go on to a site -- a sweepstake site, mind
4  you -- go to a sweepstake site, fill in an
5  application for this sweepstake, for this, a car,
6  win money, get diet coke, whatever, coupons,
7  whatever.
8      MR. McCUE: Right.
9      THE WITNESS: It doesn't matter. That's what
10 they do.
11 BY MR. McCUE:
12     Q   Okay. Could the same result be obtained by
13 just switching out the opt-in list with a whole other
14 list of different websites?
15     MR. BECKER: Objection to form.
16     MS. MACLVOR: Join.
17     MR. BECKER: Vague. Incomplete hypothetical.
18     THE WITNESS: Okay. Could it be done?
19     MR. McCUE: Yes.
20     THE WITNESS: You mean by an IT guy?
21     MR. McCUE: Sure.
22     THE WITNESS: Any data can be manipulated.
23     MR. McCUE: Sure.
24     THE WITNESS: Yes.
25     MR. McCUE: So --

1    THE WITNESS:  But, again, let's clarify.  We
2  are not talking about 10,000 names here.
3    MR. McCUE:  Right.
4    THE WITNESS:  We are talking about millions
5  and millions and millions of names.  And to my
6  knowledge, Mr. or Mrs. Charvat, whoever this person
7  is, is the only one that's bitching.  The only one.
8  BY MR. McCUE:
9    Q   All right.  Did -- let me close the loop on
10  that before we keep going.  So it is possible in data to
11  just switch out one Excel column of websites for
12  another?  That could physically be done?
13    A   That could be physically done.
14    Q   And that will also create duplicates?
15    MR. BECKER:  Objection to form.
16    THE WITNESS:  Yeah.
17  BY MR. McCUE:
18    Q   Okay.  So that's another explanation as to how
19  data could be duplicated other than the consumer going
20  from one website to another and acting like a mooch?
21    A   No.  I take that back.  Because I don't know
22  how -- what was Rader's company?  I don't know the name.
23    Q   RMG.
24    A   RMG?
25    Q   Yeah.

1    A   I don't know how they were duping.  I don't
2  know if they were duping by phone number.  You could put
3  a different URL in someone else's name.
4    Q   Yes.
5    A   If they're duping by phone number and they put
6  down the same phone number, that's still a dupe.
7    Q   Okay.
8    A   Different URL or not.
9    Q   I understand.  Let's turn to Exhibit 6.
10    Just take a moment to look at that e-mail.
11  I'm just going to talk to you about the first part of
12  it.
13    MR. BECKER:  Six?
14    MR. McCUE:  Exhibit 6.
15  BY MR. McCUE:
16    Q   Let me know when you're ready.
17    A   I'm ready.
18    Q   So earlier in this deposition we talked about
19  this e-mail, December 1, 2009, for the record it's
20  Exhibit 6.  And the testimony was that this essentially
21  was one of the first e-mails from Peter Lachnicht of
22  Caldwell List to you, is that correct?
23    A   Correct.
24    Q   And he's saying, Hey Tom.  Well, I'm getting
25  closer with Jason Rader, he sent me his other stuff just

1  to make sure it wasn't going to be the same sources.
2    And below are the e-mails, a whole list of
3  websites, correct?
4    A   Correct.
5    Q   Whole list of opt-in data, correct?
6    A   Correct.
7    Q   All right.  And he goes on to say, if you want
8  to look at these and let me know if it's the same source
9  or not.
10    And the same source meaning is it obtained
11  from the same website, is that correct?
12    A   Same -- same source.  Yeah.  The same website.
13  That's what he's alluding to.
14    Q   And he says, so, if you want to look at
15  these and let me know if it's the same source or not,
16  that would be great.  Period.  If so, is there any way
17  to make them look different?  I'm such a sleazebag, I
18  know.  Smiley face.
19    Did I recite that correctly?
20    A   Did I what?
21    Q   Did I recite that correctly?
22    A   Yeah, you did.
23    Q   Okay.  So in his first e-mail to you,
24  Mr. Lachnicht is asking you to confirm if the websites
25  that his client is using are the same.  And if not, he's

1  asking you is there a way if you could make them look
2  different.
3    A   Got it.
4    Q   Okay.  What -- what was your understanding of
5  what he meant by that?
6    A   Different -- different URL's.
7    Q   Different websites, right?
8    A   Yeah.
9    Q   So what he's saying is that, here are the
10  websites.
11    A   Right.
12    Q   Here is the data my current -- my client's
13  currently using.  Do you have the same exact data?
14  Yes/no.  If yes, if it's the same websites, can you
15  switch it to make it look like it's coming from a
16  different website?
17    A   That may be your understanding of it.  My
18  understanding of it is, do you have different websites?
19    Q   Okay.  So what does he mean when he says and
20  if -- he sent me his other stuff just to make sure it
21  wasn't going to be the same sources.  So if you want to
22  look at these and let me know if it's the same source or
23  not, that would be great.  If so -- so if it is the same
24  source, is there any way to make them look different?
25  I'm such a sleazebag.

```
 1          What is your interpretation as a marketing
 2   professional as to what he means by that?
 3       A   He's looking for different URL's.  And me and
 4   Peter have known each other 20 years.  We were kidding
 5   around.  We are kidding around.  That's all it is.  We
 6   have even sent e-mails about football betting.
 7       Q   Sure.  I understand.  But in this e-mail he is
 8   specifically saying, if the URLs are the same, if the
 9   websites are the same, can you switch them.  Right?
10       A   Again, that's your interpretation.  Please
11   don't put words in my mouth.  I don't agree with you.
12       Q   And you just think he's joking when he says --
13       A   When he says he's such a sleazebag -- I mean,
14   his company has been in business 35 years.  Can't be
15   sleazy.
16       Q   So when he says, if so, is there any way to
17   make them look different, question mark, do you think
18   he's joking when he says that?
19       A   No.  I think he's asking for different URL's.
20       Q   When he says make them look different, he's
21   referring to the current leads, isn't he?
22       A   What -- no.  I'll tell you why you're mistaken
23   on that.  Why would the client want the same leads, like
24   you just said, the same leads, with different URL's?  It
25   would be dupes then.
```

```
 1       Q   Exactly.
 2       A   Which is what he was bitching about in one of
 3   these damn things.
 4       Q   Exactly.
 5       A   Exactly.
 6       Q   We will move on.
 7          Earlier in the testimony, to turn back here,
 8   you had given a number of opinions about the validity of
 9   legitimacy of the data you sold.  Draw your attention
10   back to that.  Just so I'm clear, you didn't create or
11   compile any of the data that was sold to Caldwell List,
12   correct?
13       A   Correct.  I edit it and I get it in raw, I
14   send it out.
15       Q   You purchased that from Mr. Katz?
16       A   Correct.
17       Q   So you have no idea -- or do you know, did
18   Mr. Katz -- was he like, the owner of these different
19   websites, or did he purchase the data from somebody else
20   who purchased it from somebody else?
21       A   I have no idea.
22       Q   So you don't know if there is -- if Mr. Katz
23   purchased this data or if he had firsthand knowledge of
24   how it was obtained, or if there were 100 intermediaries
25   in between Mr. Katz and the original source of the data?
```

```
 1       A   That -- that's true.  But to elaborate on the
 2   answer, I've been in business 20 years; if I had
 3   trouble, if I was falsifying data, I wouldn't be in
 4   business 20 years.
 5       Q   Let me be clear.  No one -- and, certainly, I
 6   am not saying -- you did anything fraudulent.  Okay?
 7       A   Okay.
 8       Q   So clear your mind.
 9       A   Okay.
10       Q   I'm trying to find out, where did this data
11   come from?  That's what I'm trying to understand.
12       A   Okay.
13       Q   And I understand that you're kind of in the
14   middle, and so is Caldwell List, right?
15       A   Okay.
16       Q   Can you offer any testimony today, firsthand
17   testimony, as to whether or not any of the consumer data
18   on these lead lists is authentic?
19       A   110 percent I cannot say -- I would have to
20   say it is authentic in my professional opinion, because
21   of the many clients that I sold it to.  And that's all I
22   can say.  The proof is in, what they say, in the
23   pudding.
24       Q   Okay.
25       A   You know?  That's all I can say.
```

```
 1       Q   I understand and appreciate that.  What I'm
 2   asking you is for your firsthand knowledge.  You're
 3   under oath in court.
 4       A   Okay.
 5       Q   And I ask you, did Allison Charvat go to
 6   123freetravel on X date and type in her information?
 7   Mr. Mongiovi, do you have firsthand knowledge of that,
 8   yes or no?
 9       A   It would be impossible for me to know that.
10       Q   And who would be able to testify as to that?
11       A   Allison Charvat, I guess.
12       Q   Who else beside Allison Charvat -- she has
13   already testified, I've never heard of this website, I
14   never went on this website -- who else?
15       A   I don't know.
16       Q   So back to Allison Charvat.  She has
17   testified, no, I never went on this website.  Okay?
18   Assuming she is telling the truth, how do you explain
19   how this lead was generated?
20          MR. BECKER:  Objection.  Incomplete
21   hypothetical.  Assumes facts not in evidence.
22          THE WITNESS:  Assuming she is telling the
23   truth?
24          MR. McCUE:  Right.
25          THE WITNESS:  She -- she can't be.
```

Page 185

```
 1    BY MR. McCUE:
 2       Q   She can't be telling the truth?
 3       A   She can't be telling the truth.
 4       Q   It's impossible that someone --
 5       A   I didn't pull her name out of my ass --
 6       Q   You purchased --
 7       A   -- or did whoever bought it pull it out of
 8    their ass.
 9           Let me ask you this:  Is the IP correct?  Is
10    the e-mail correct?
11       Q   There is no IP.
12       A   So there is no IP here on her thing?  I didn't
13    know.
14       Q   The e-mail is not correct.
15       A   The e-mail is not correct?
16       Q   No.
17       Q   Phone number correct?
18       Q   Yes.
19       A   Again, out of millions and millions that we
20    sent out --
21       Q   Right.
22       A   -- again, this is the one person that's
23    bitching.
24       Q   Right.
25       A   How -- so what's -- you know, come on.
```

Page 186

```
 1       Q   Earlier you testified to about essentially in
 2    your professional opinion because no one complains
 3    you're assuming the data is correct.  Is that a fair --
 4       A   That's fair.
 5       Q   -- summary?  But didn't Caldwell List
 6    complain?  Didn't they say the client is complaining
 7    that there is wrong numbers in this file?  Didn't they
 8    do that?
 9       A   I believe, was talking about dupes.
10       Q   Okay.
11       A   That's what I saw.  And some files -- to be
12    honest with you, some files do have wrong numbers.  Some
13    files do have wrong numbers.  Not every file you buy
14    that's going to have, you know, perfect data.  Data
15    changes.  I mean, people change e-mail addresses.  They
16    change it every day.  I mean, so you can only update it
17    as best you can.
18       Q   I understand.
19           Did Mr. Lachnicht ever tell you that RMG had
20    contacted it and it had run a sample of ten phone
21    numbers and nine of them, or eight of them, did not
22    match -- the consumer's name did not match the phone
23    number?
24       A   He did not tell me that.
25       Q   So if had -- if that complaint was made from
```

Page 187

```
 1    RMG to Mr. Lachnicht, would that make you question the
 2    integrity of the data?
 3       A   No.  Not at all.
 4       Q   Because that happens?  That's just part of it?
 5       A   Well, again, anyone could take ten names.
 6       Q   Right.
 7       A   Let's say I took ten names and nine of them
 8    were bad numbers.
 9       Q   Sure.
10       A   If -- if it's no good, why are you still
11    buying it?  Why are you upping your order?  It doesn't
12    make sense.
13       Q   Why are you throwing hundreds of thousands of
14    new contacts at him every time he makes a complaint?
15       A   Because it's data.  It's raw data.
16       Q   Right.
17       A   So it's not a big deal.
18       Q   Okay.  It's cheap.
19       A   I get it in that way; yeah, take it.
20       Q   Okay.  It's cheap.
21           Do you have any idea who runs
22    123freetravel.com?
23       A   Not a clue.
24       Q   Have you ever been on that website?
25       A   Have I ever been?
```

Page 188

```
 1       Q   Yes.
 2       A   Yes.  Years ago.
 3       Q   Tell me your memory of the privacy disclosures
 4    on that website.
 5       A   I remember sending it out because some of my
 6    other customers would ask for it.  And I remember it
 7    said -- to the best of my recollection it said, we can't
 8    sell to third parties; either direct mail -- it might
 9    have said texting on there -- e-mail, phone, I don't --
10    but I do remember the word, third parties.  I do
11    remember that synopsis.
12       Q   Okay.  Do you remember seeing on that website
13    that essentially the catch for a consumer was, enter
14    your phone number to win a free travel spree?
15       A   Correct.
16       Q   Do you recall seeing that?
17       A   Which -- right.  Correct.  Which goes back to
18    my mooch theory.
19       Q   I understand that.
20       A   Okay.
21       Q   So was there, in fact, a free travel spree
22    offered from that website?
23       A   I don't know.  I mean, I'm not -- have no
24    affiliation with that website.
25       Q   I understand.  But you're selling data that's
```

47 (Pages 185 to 188)

1   sourced from 123freetravel, correct?

2     A  Correct.

3     Q  Did you do anything -- any type of due

4   diligence to look at this website to make sure it wasn't

5   a scam?

6        MR. BECKER: Objection to form.

7        MS. MACLVOR: Join.

8        THE WITNESS: Did I do anything to look for a

9   scam?

10       MR. McCUE: Yeah.

11       THE WITNESS: The only thing I can tell you, I

12   sold it to a lot of people and no one complained.

13   BY MR. McCUE:

14     Q  I understand that. So it's your testimony,

15   just so I have it crystal clear, if a website says,

16   enter your number for a free travel spree, and there, in

17   fact, is no free travel spree, I put my number in there,

18   I'll take a chance.

19     A  Okay.

20     Q  That number can be sold to anybody in the

21   country and used for robocall or telemarketing calls

22   even if I'm on a Do Not Call list just because of a

23   privacy disclosure that says I can sell your data.

24       MR. BECKER: Objection to form. Incomplete --

25       THE WITNESS: Okay.

1       MR. BECKER: Hold on.

2       THE WITNESS: All right.

3       MR. BECKER: Objection to form. Incomplete

4   hypothetical. Calls for speculation.

5       MS. MACLVOR: Join.

6       THE WITNESS: To my knowledge, yes. And the

7   reason why, I don't make the phone calls.

8   BY MR. McCUE:

9     Q  Did Jason Rader ever inform you that they

10   suspected that the data you were selling them was

11   fraudulent?

12     A  I never talked to Jason Rader. It would be

13   through Peter, and I can't recall if Peter ever said

14   that or not.

15     Q  Okay. If you -- if that complaint had been

16   passed on to you that they thought it was fraudulent,

17   would you have done some type of due diligence on the

18   data?

19     A  No. I would have told him, if he thinks it's

20   fraudulent --

21     Q  Yeah.

22     A  -- if he's calling me a crook --

23     Q  Right.

24     A  -- I don't want to do business with him.

25     Q  Right.

1     A  I'm certainly not getting rich off this data.

2     Q  I understand. Did Peter Lachnicht ever pass

3   on to you RMG's suspicion that the opt-in data, the

4   source of the websites had been made up or changed out?

5     A  No. He did not.

6     Q  Okay.

7     A  To my knowledge.

8     Q  Can you help me put a number on the number of

9   leads that you sold to Caldwell List that then were sold

10   to RMG?

11     A  This particular?

12     Q  Just ballpark. We talked about 300,000 a day.

13   That went up to 500,000 a day. That lasted a couple

14   years.

15     A  I don't know. So let's say 4 million -- let's

16   say 400,000 a day.

17     Q  Yeah.

18     A  That's 2 million a week, that's 8 million a

19   month times 24. Is that fair?

20       116 million and another -- 200 million?

21     Q  All right. So it's your understanding that

22   200 million people went onto these sweepstake websites

23   and said, give me a call?

24       MR. BECKER: Objection to form. Calls for

25   speculation. Incomplete hypothetical.

1       THE WITNESS: No.

2       MS. MACLVOR: Join.

3       THE WITNESS: 200 million people went on those

4   websites.

5       MR. McCUE: Right. With, in your mind,

6   privacy language that said, give me a call?

7       MR. BECKER: Objection to form.

8   Mischaracterizes the testimony.

9       MS. MACLVOR: Join.

10       THE WITNESS: Yes. And then also, again, RGO

11   was making due diligence by DNC'ing.

12   BY MR. McCUE:

13     Q  I understand. I understand. Did the

14   volume -- did the number 200 million ever give you pause

15   to think, is this really real? Are these people really

16   going on these websites? That's almost everybody in

17   America.

18       MR. BECKER: Objection to form.

19       THE WITNESS: No. Because there is dupes.

20   Because like I stated before, one guy can go to 20,

21   30, 50 sites. Because they're mooches.

22   BY MR. McCUE:

23     Q  They're mooches.

24     A  They're mooches. That's what they do. Which

25   is good, by the way, for a travel offer. And I'll

1  explain to you why. A timeshare presentation gives you
2  a hook, gives you something, a 50-dollar Red Lobster
3  certificate to come see our timeshare for 90 minutes and
4  maybe you'll buy it. So you get the 50-dollar Red
5  Lobster certificate and they go over there.
6      Q   Yeah.
7      A   And so a mooch lead, a mooch person --
8      Q   Right.
9      A   -- quote, unquote, would be good for that.
10     Q   So in your mind that consumer is a mooch,
11  right? But the person who takes that lead and sells it
12  to 100,000 different companies that then telemarket on
13  it, that's okay?
14         MR. BECKER: Objection.
15         Wait. Hold on.
16         Objection to form. Calls for speculation.
17  Argumentative and incomplete hypothetical.
18         MS. MACLVOR: Join in that it's harassing.
19         THE WITNESS: What was the question?
20         MR. McCUE: Do you feel that I'm harassing
21  you, sir? She is accusing me of harassing you, so
22  I want to make sure you and I are on the same page.
23         MS. MACLVOR: I'm referring, just for the
24  record, to the elevation of the voice on occasion.
25  I have no idea whether the witness is harassed. It

1       appears to be he is because things elevate
2       occasionally. That's all.
3  BY MR. McCUE:
4      Q   I just want to understand that what you're
5  saying is that when someone goes onto the timeshare
6  page --
7      A   Right.
8      Q   -- and checks the box saying, yeah, I want to
9  get the timeshare pitch, that's absolutely okay for the
10  person that runs that website to then sell that person's
11  data to 100,000 different companies throughout America,
12  and they can still start sending robocalls to that
13  person?
14         MR. BECKER: I want to say again it's
15  argumentative. I object. It's an incomplete
16  hypothetical and mischaracterizes the prior
17  testimony.
18         MS. MACLVOR: Join.
19  BY MR. McCUE:
20     Q   What do you think about that?
21     A   To answer the question is, my company doesn't
22  make any calls.
23     Q   Right.
24     A   It's none of my business.
25     Q   You think it's okay for other people to make

1  those calls based on this consent?
2      A   It's okay for my client to makes those calls.
3      Q   Yeah.
4      A   Because he's doing his due diligence to make
5  sure it's okay by running through the DNC and things
6  like that.
7      Q   I understand.
8      A   And also -- also, again, he certainly wasn't
9  my only client. Again, I know I keep going back to
10  this, but if you sell bad data, you're going to know it
11  right away.
12     Q   Sure.
13     A   Right away.
14     Q   But we have already established the Caldwell
15  List did complain about the data, right?
16         MR. BECKER: Objection.
17         THE WITNESS: They complained about -- to my
18  knowledge they complained about duping.
19  BY MR. McCUE:
20     Q   Duping, they complained about the source of
21  the websites that looked like they had just been
22  switched out, correct?
23     A   I didn't see that here. Maybe I'm mistaken.
24     Q   And to your knowledge, they did not complain
25  about numbers not matching consumer's names?

1      A   To my knowledge, no.
2      Q   Okay. Let's go back to Jeff Katz. What is
3  your understanding of what he does?
4      A   He was in the timeshare industry.
5      Q   Yeah.
6      A   He became a broker. Prior to this I was in
7  major malls throughout the country. When we went to the
8  DNC list, no one would fill out slips to possibly win a
9  car --
10     Q   Yeah.
11     A   -- to fill out, the malls. And he introduced
12  me to the data world. And he was telling me about all
13  these websites where people go for travel and you can
14  take the travel leads and sell them in bunches now,
15  where instead of selling a paper lead for three, $4, now
16  you can sell a bunch of them through -- through the
17  internet for cheaper, but the volume makes up the cost.
18     Q   Okay. In your mind, is Jeff Katz similar to
19  you and to Caldwell List essentially that you are --
20  you're middle man in this chain?
21     A   Yes.
22     Q   Okay. Is there a difference between -- what's
23  a compiler in your industry?
24     A   That would be me. I would be a compiler, too.
25     Q   What do you call the original source of the

1   data?  Who is that person?  123freetravel.com.  What do
2   you call them?
3       A   I call them a website, a URL, and I have no
4   idea how to contact them or anything.
5       Q   All right.  How --
6       A   Mystery.  I don't know.
7       Q   How do the leads go from 123freetravel to the
8   first middle man in the chain that ends up at a place
9   like RMG?
10      A   I believe -- and I have no knowledge of this,
11  just my opinion -- that 123freetravel, cooks.com, all
12  these websites, are ran by one company.  And then they
13  take all this data that they get, raw data that comes
14  in, millions and millions a day that comes in, and then
15  they sell it, and they sell it as raw data --
16      Q   Right.
17      A   -- to various people, to brokers, and then
18  they come out and sell it to maybe guys like us.
19      Q   Are you speculating?
20      A   Yes.
21      Q   Okay.  You don't have firsthand knowledge as
22  to how the entire chain works from 123freetravel all the
23  way up to RMG?
24      A   No, I do not.
25      Q   And there could be 100 different brokers in

1   between Jeff Katz and the original source of this data?
2       A   Okay.  Yeah.
3       Q   And any of those people could have manipulated
4   the opt-in data, correct?
5       A   Yeah.  That's feasible.
6       Q   Any of those people could have switched out
7   the URL list and switched out 123freetravel and put in
8   something else, easysweeps.com?
9       A   That could have happened, yes.
10      Q   Point and click with a mouse on an Excel
11  spreadsheet?
12      A   Okay.
13      Q   And you don't have firsthand knowledge as to
14  whether or not that happened to the data that you sold
15  to RMG?
16      A   I don't have firsthand knowledge.  But, again,
17  hating to go back to it, I wouldn't have all these happy
18  customers.  I wouldn't have people coming -- keep
19  buying.
20      Q   Correct.
21      A   It just wouldn't work.  If you called somebody
22  and said, hey, you were on 123freetravel or whatever,
23  they would say, no.  No, I'm not.  No, I wasn't.  Too
24  many of them would come back with that.
25          Then the guy would say, hey, what did you sell

1   me?  You sold me shit here.
2           That's what he would tell me.
3       Q   Right.
4       A   And I didn't get those calls.  I didn't.
5       Q   Earlier you used a couple expressions; one was
6   sister affiliates.  What does that mean?
7       A   Sister affiliates of websites.
8       Q   Okay.
9       A   If you log in -- I just said that before.  I
10  believe that there is one company that runs all these
11  websites, and they get the data and they're sister
12  affiliates.  So if you logged into this, if you logged
13  into this site, you would want information on that site
14  because they're all contacted.
15      Q   Okay.  Connected by some type of joint
16  ownership?
17      A   I believe so, yeah.
18      Q   And I think you also mentioned the word,
19  affiliate.  What does an affiliate mean?
20      A   I -- what context --
21      Q   I just wrote down a note.  What does an
22  affiliate mean to you in your industry?
23      A   But I need to know the context in it.
24      Q   Okay.
25      A   I don't know what you're saying.

1       Q   All right.  When I say, I -- I'm an affiliate
2   of TDC, what would that mean?
3       A   An affiliate would be maybe someone who sells
4   for me.
5       Q   Okay.  So we have some type of business
6   relationship, maybe some type of ownership relationship?
7       A   Yes.  We have an existing business
8   relationship.
9       Q   Okay.  So is an affiliate anyone you have a
10  business relationship with?
11          MR. BECKER:  Objection.  Calls for a legal
12  conclusion.
13          MS. MACLVOR:  Join.
14          MR. BECKER:  Lack of foundation.
15          THE WITNESS:  I would say yeah.
16  BY MR. McCUE:
17      Q   Okay.  You also mentioned double opt-in data.
18  You explained that; I won't go back over that.  Would
19  have any of the data sold to Caldwell List then sold to
20  RMG, was any of that double opt-in data?
21      A   No.
22      Q   On any of the data sold to Caldwell List that
23  then was sold to RMG, did any of those consumers
24  explicitly consent to receive robocalls from Carnival
25  Cruise Lines, Royal Caribbean or Norwegian Cruise Lines?

1          MR. BECKER:  Objection.  Lack of foundation.
2          THE WITNESS:  I have no idea.  I don't have a
3     clue.
4     BY MR. McCUE:
5          Q   Do you have any knowledge of any other
6     websites that we have talked about that were the source
7     of these, quote, opt-in's, have anything to do with any
8     of the cruise lines; Carnival, Royal or Norwegian?
9          A   Again, there are so many URL's on there, it
10    would take me years to find out which one said what.
11         Q   Okay.  Aside from 123freetravel, do you have
12    any personal knowledge of any of these other opt-in
13    websites?  Have you been on them, have you looked at
14    them?
15         A   Some of them I have, some of them I haven't.
16         Q   Which ones?
17         A   Again, it was a long time ago.  I -- I
18    don't -- I don't remember.
19         Q   Okay.
20         A   Simplyforfree, maybe, I don't know.
21    Cooking.com, maybe, I don't know.  Since those were some
22    that were mentioned earlier today.
23         MR. McCUE:  I can't think of anything else.
24         THE WITNESS:  We are done?
25         MR. BECKER:  Not yet.  I have some follow-up

1     for that, but I'll let Cathy go first.
2          MS. MACLVOR:  You can go first.  I'll
3     follow-up.
4              EXAMINATION
5     BY MR. BECKER:
6          Q   Okay.  Mr. Mongiovi, Mr. McCue asked you a lot
7     of questions about this hypothetical reworking of the
8     columns or the rows on lead lists to change the website
9     addresses from what may have been one opt-in lead to
10    another, correct?
11         A   Correct.
12         Q   And he suggested to you that it's possible
13    that anybody could have changed the website address at
14    the end of the -- the rows so that instead of having the
15    original address on there, same person now had a
16    different address, correct?
17         A   Correct.
18         Q   I'm suggesting to you that that would create a
19    number of fraudulent or artificial leads, correct?
20         A   Correct.
21         Q   Wouldn't it necessarily be the case, though,
22    that the name and address and phone number and, you
23    know, other contact information related to that original
24    lead would have had to have come from somewhere
25    originally?

1          A   Of course.
2          Q   And so just because somebody could have taken
3     off the website through which a consumer opted to
4     receive information and swapped it out with a different
5     website, doesn't mean that that person identified in the
6     lead didn't originally consent in one way or another,
7     correct?
8          A   Correct.
9          Q   Rather, Mr. McCue's line of questioning merely
10    shows that there is an opt-in lead that someone may have
11    received, but now we just know which website they
12    actually went to first, correct?
13         A   Correct.  And like I explained earlier,
14    numerous websites they could have been on; not just one.
15         Q   Right.  And that's assuming that, you know, of
16    the 200 million leads Mr. McCue mentioned earlier, a
17    number of those would have the same person's name, and
18    if that person legitimately went to 20 websites, the 200
19    million unique leads goes down drastically, correct?
20         A   Correct.
21         Q   In reality the --
22         A   Big time.  Big time.  Almost like the DNC
23    list, we talk about here, 50 percent.  It was 50 percent
24    back then, now it's probably 60 percent.
25         Q   Right.  And so Mr. McCue mentioned also that

1     you don't know the number of different compilers that
2     may have sold and resold these lists from the original
3     website owner until it received -- was received by TDC,
4     correct?
5          A   Correct.
6          Q   You know Mr. Katz received these from
7     somewhere, but you don't know where, correct?
8          A   Correct.
9          Q   Do you know whether Mr. Katz received the
10    leads that it sold -- he sold to TDC from one compiler,
11    or a variety of a number of different compilers?
12         A   Not a clue.
13         Q   So it's possible Mr. Katz received the leads
14    he sold to TDC from a number of different sources?
15         A   Correct.  Or the original source even.
16         Q   Right.
17         A   I have no idea.
18         Q   And putting aside your speculation and
19    suspicion that all these websites are owned by one group
20    of companies, if they're not, if these companies are --
21    if these websites are operated by a number of different
22    companies, would that not mean that the leads that you
23    received and then sold to Caldwell would have,
24    themselves, come from a variety and number of different
25    sources?

Page 205

```
 1        A   Yes.
 2        Q   Okay.  And I believe you said earlier the only
 3   way that you would know whether or not the consent given
 4   by each consumer who went to these websites was
 5   sufficient to contact them would be by looking at the
 6   disclaimers, as you called them --
 7        A   Correct.
 8        Q   -- on each of these websites, correct?
 9        A   Correct.
10        Q   And I had asked you earlier if disclaimers
11   meant the privacy policy that talked about how these
12   consumers were agreeing to be contacted, right?
13        A   Correct.
14        Q   Okay.  So you have no personal knowledge what
15   any of these privacy policies say as you sit here today?
16        A   Correct.
17        Q   Except I think you said that from your
18   recollection you did look at the 123freetravel privacy
19   policy at some point in time, correct?
20        A   I did.  And I do distinctly remember third
21   party.
22        Q   Okay.
23        A   That verbiage in there of third party.
24        Q   And as far as other websites that are listed
25   on all these different lead lists, as you mentioned
```

Page 206

```
 1   there is hundreds of different websites, you can't as
 2   you sit here today tell me what each specific privacy
 3   policy said for those websites, correct?
 4        A   Correct.
 5        Q   Nor could you tell me how they may have
 6   changed over the course of the years that you were
 7   selling these leads, correct?
 8        A   Correct.
 9        Q   And I believe you said that your belief as to
10   why the data was authentic and not manipulated in some
11   manner was because you didn't receive a large number of
12   complaints from your customers concerning the data and
13   its reliability, is that fair to say?
14        A   Yes.
15        Q   You mentioned the complaints that you received
16   from Caldwell concerning RMG dealt primarily with the
17   fact there were a significantly small number of unique
18   leads over time, correct?
19        A   Correct.
20        Q   Okay.
21        A   And that's going to happen because there is
22   just so many people who fill it out.
23        Q   Okay.  And even if --
24        A   If I was fraudulently or someone else was
25   fraudulently making them, they would make up new names
```

Page 207

```
 1   and they would never run out.
 2        Q   And in this case what Mr. McCue mentioned was
 3   not that people were making up fraudulent new names, but
 4   rather swapping out website information with what were
 5   the original inputted --
 6        A   Correct.
 7        Q   -- names and contact information?
 8        A   Correct.
 9        Q   You mentioned also that you don't personally
10   have firsthand knowledge as to whether Allison Charvat
11   went onto any website and put her information into that
12   website, correct?
13        A   It would be impossible for me to know.
14        Q   And Mr. McCue asked you, well, who else would
15   know this?  Who could know?  And he asked you -- you
16   mentioned Allison Charvat might know, correct?
17        A   Right.
18        Q   Wouldn't it also be possible that the website
19   operators themselves may know whether or not Allison
20   Charvat went on by looking at the data they have in
21   their systems?
22        A   Sure.
23        Q   And would that then be different for
24   cooking.com --
25        A   True.
```

Page 208

```
 1        Q   -- and 123freetravel that we looked at?
 2        A   Yes.
 3        Q   And so far today we have evidence that the
 4   lead information that TDC provided included Allison
 5   Charvat's name on two different occasions, correct?
 6        A   I only saw one here.
 7        Q   You saw one here, and that was cooking.com,
 8   correct?
 9        A   Correct.
10        Q   That's from the data that you provided to us
11   last week?
12        A   I think it was the data -- Friday I sent it to
13   you.
14        Q   Friday.  Exactly.
15        A   Yes.
16        Q   That's from the data you just recently sent
17   over?
18        A   Correct.
19        Q   And then on the native file we showed you here
20   today that was produced by RMG in this case --
21        A   Okay.
22        Q   -- that had a physical exhibit that
23   accompanied it which I believe was Exhibit 11 --
24        A   Let me ask -- I need to ask you one thing.
25        Q   Yeah.
```

Page 209

1      A   That 123freetravel was produced by --
2      Q   This was produced by RMG, along with e-mail
3   correspondence reflecting when it received FTP links
4   from Caldwell.
5      A   Okay.
6      Q   So RMG's testimony is that this was a document
7   that it received from Caldwell List.
8      A   Okay.
9      Q   Okay.
10     A   I have no way of verifying that.
11     Q   You don't.
12     A   Okay.
13     Q   Obviously.  But taking that for what it is,
14   the evidence we have here today is that Miss Charvat
15   submitted information according to the document through
16   123freetravel.com.
17     A   Okay.
18     Q   And then we have a separate document showing
19   that she submitted information through cooking.com,
20   correct?
21     A   Correct.
22     Q   So assumably, based upon the testimony we have
23   and the documents we have, Allison Charvat has submitted
24   information through two different websites that we are
25   aware of, correct?

Page 210

1      A   That I have that we are aware of.
2      Q   That you have.
3      A   Right.
4      Q   So it would be fair to say that --
5      A   Assuming -- assuming that that was from me.  I
6   don't know.
7      Q   Right.
8      A   Assuming that one's from me.
9      Q   You can't say one way or the other whether or
10   not this document, the native file that's referenced in
11   Exhibit 11 today, you can't say as you sit here whether
12   it was or wasn't from you for sure?
13     A   Correct.  Because I haven't seen the file.
14     Q   That's fair.  But the substance of the
15   information contained in there is similar to the
16   substance of the information that you have provided in
17   other opt-in leads?
18     A   Correct.
19     Q   Again, it's fair to say beyond simply Allison
20   Charvat, the website operators for each the hundreds of
21   different websites through which consent was supposedly
22   given, would also have the knowledge to say whether or
23   not each consumer submitted their consent through those
24   websites?
25     A   Yes.  I would assume so.

Page 211

1      Q   And then they would have to look at their
2   particular privacy policies to understand the extent to
3   which the consent was given, correct?
4      A   Correct.
5      Q   Mr. McCue asked you a lot of questions about
6   what your understanding is as to the law related to
7   whether somebody has consented to receive robocalls.  Do
8   you recall that question?
9      A   Yes.
10     Q   And you went back and forth with him as to
11   what your understanding was, correct?
12     A   Yes.
13     Q   You're not a lawyer, sir, are you?
14     A   No.
15     Q   And you're not an expert on TCP compliance,
16   correct?
17     A   No.
18     Q   But would you agree with me then that the best
19   way to understand whether or not consent was given by
20   each consumer through each of these websites would be by
21   looking at the disclaimers, the privacy policies, to see
22   what language is said therein?
23     A   Yes.
24     Q   And, therefore, an expert or lawyer or
25   somebody who understands what constitutes sufficient

Page 212

1   compliance would have to look at each of these hundreds
2   of privacy policies to ascertain whether consent was
3   adequately given?
4      A   Yes.
5      Q   So it's your belief, is it not, that more
6   likely than not from your experience in dealing with
7   opt-in leads, these privacy policies and disclaimers
8   will typically include some language allowing for other
9   people to be contacted through predictive or robocall
10   telemarketing?
11     A   Yes.
12     MR. BECKER:  Okay.  I'm done.
13     MS. MACLVOR:  I have just a couple.
14        EXAMINATION
15   BY MS. MACLVOR:
16     Q   Do you know who -- and I'm referring to number
17   21, if you want to look at that.
18     A   Sure.
19     Q   Do you know who Allison Charvat is, or if she
20   is related to this case?  Have you ever heard of that
21   name before today?
22     A   Yeah.  I heard the name Charvat.
23     Q   Okay.
24     A   I googled it.
25     Q   Mm-hmm.

1    A   I could see hundreds and hundreds of people
2  that they're suing or whatever, and I found that odd.
3  And that was the only time I saw it.
4    Q   Okay.  So the plaintiff in this case -- I'm
5  going to give you a little background for my next
6  question.  The plaintiff in this case is Philip Charvat.
7    A   Okay.
8    Q   Allison Charvat is his daughter.  Did you know
9  that before I just told you?
10   A   No.
11   Q   Okay.  And Philip Charvat lives at 636 Colony
12 Drive in Westerville, Ohio at 43081.  Did you know that
13 before today?
14   A   I might have seen it, but I don't recall his
15 address.  Right.  I don't recall that.
16   Q   Okay.  But I mean, as far as you're --
17   A   I don't know if it was the daughter who lived
18 there or whatever, no.
19   Q   As far as your records are concerned, you
20 don't see anything having to do with Philip Charvat,
21 right?  Okay.  And one other thing I would like to tell
22 you --
23   A   I didn't answer that question, ma'am.  You
24 said to my knowledge do I see anything who Philip --
25 from what I'm shown today, I see nothing with him.

1    Q   Okay.  So with respect to questions you were
2  asked earlier, I represent a lot of people who do make
3  telephone calls, and one thing I hear quite often from
4  them --
5    A   Excuse me.  I didn't hear you.
6    Q   I represent people who often have their
7  representatives make telephone calls.
8    A   Okay.
9    Q   Right?  Based on their own internal leads, not
10 from lead lists.
11   A   Okay.
12   Q   And one thing they often tell me is that
13 people ask for more information, and then call up and
14 complain saying, why are you contacting me.
15      Now, you've been in this business a long time.
16 Is that something that you've heard of before that
17 people will ask to be contacted and then forget about it
18 and then say, oh, why was I called?
19   A   That's possible.
20   Q   Right.  So in this case isn't it possible that
21 Allison Charvat could have given her consent to be
22 contacted and then forgotten about it?
23   A   Absolutely.
24   Q   Okay.  And Philip Charvat, just so you know,
25 has filed, you know, quite a few --

1    A   I googled him.
2    Q   -- TPCA laws.
3    A   It's unbelievable.
4    Q   So you're aware of that.  So are you also
5  aware that TPCA lawsuits have exploded over the last few
6  years because people are making a lot of money from
7  them?
8       MR. McCUE:  Objection.  Relevance.
9       THE WITNESS:  There is actually a list in my
10 business that, if don't mind me to be so blunt, we
11 are going to take this list of people on this
12 list -- there are 86,000 of them in this country
13 that, like you say, make a living at this.
14      MS. MACLVOR:  Mm-hmm.
15      THE WITNESS:  We are going to put these people
16 out of business.
17 BY MS. MACLVOR:
18   Q   Now, you were asked quite a few questions
19 about, you know, whether your lists were manipulated,
20 and essentially whether they were fraud.  Isn't it
21 equally possible that the daughter of a professional
22 TCPA litigant could have given her consent to be called
23 and possibly left a phony e-mail address?
24   A   Absolutely.
25   Q   Okay.  Jeff covered quite a few.  Just give me

1  one second.
2       Getting back to your affidavit, Exhibit No. 5,
3  I'm not asking you anything specific about it, I just
4  want to ask you a few general questions.
5    A   Sure.
6    Q   Prior to the time you did this affidavit, the
7  person you spoke to -- and I've never known how to
8  pronounce his name -- but it's Paronich -- or how do you
9  pronounce it?
10      MR. BECKER:  Paronich.
11      MS. MACLVOR:  Paronich?
12      MR. BECKER:  Mm-hmm.
13 BY MS. MACLVOR:
14   Q   You spoke with Mr. Paronich prior to executing
15 this, correct?
16   A   I don't remember.
17   Q   You don't remember who it was?
18   A   I don't recall.
19   Q   You spoke to someone, correct?
20   A   I believe I did, but I don't remember it.
21   Q   Do you know if it was the people -- because it
22 says Charvat at the time -- do you know if it was the
23 people representing the plaintiff?
24   A   I believe it was.
25   Q   Okay.  So you spoke to someone who was

1   representing Mr. Charvat. Did they provide you any
2   documents prior to the time that you executed this
3   declaration?
4        A   No.
5        Q   Okay. Did they ask you if you needed to
6   review any documents?
7        A   No. To my knowledge.
8        Q   So basically this, affidavit, is what it's
9   called, was based on a discussion based on your memory?
10       A   Correct.
11       Q   Okay. And it was executed, just to be clear,
12  on May 12, 2014, correct?
13       A   Correct.
14       Q   Okay.
15       A   But that's not when this happened.
16       Q   I understand. That's my next question. This
17  was based on a conversation you had with Mr. Paronich
18  around May of 2014 about data that was several years
19  older, had been created many years before then, correct?
20       A   Correct.
21       Q   Okay. Based on your personal knowledge,
22  correct?
23       A   Correct.
24       Q   Did you have any input at all into the way in
25  which this was worded? And specifically I'm talking

1   about at the bottom where it says, sworn as true to the
2   best of my knowledge and belief, subject to the
3   penalties of perjury. Did you have any input into that?
4        A   To my knowledge, no.
5        Q   Okay. To the -- except for the factual
6   representations in here, did you have any input into any
7   aspect of this affidavit?
8        A   To my knowledge, no.
9        Q   Okay. Do you know how many leads you've
10  sold -- how long have you been doing this again? I'm
11  sorry. I know you were asked this earlier.
12       A   Twenty years.
13       Q   Twenty years. Out of the 20 years you've been
14  doing this, do you know how many leads you've sold?
15       A   I don't know.
16       Q   Just a ballpark estimate?
17       A   A lot, ma'am. It would be impossible.
18       Q   Would it be in excess of 50 million?
19       A   Oh, easily.
20       Q   Okay. In excess of a billion?
21       A   In 20 years, yeah.
22       Q   Okay.
23       A   I would say, 20 years.
24       Q   Out of the leads you've sold in the last 20
25  years, how many times have you ever been called upon

1   because somebody instigated a lawsuit over the claims?
2        A   This is it.
3        Q   Or were claiming that they were false or
4   fraudulent?
5        A   This is it.
6        Q   In the 20 years that you've been in business?
7        A   This is it.
8            MS. MACLVOR:  Okay. I have nothing further.
9            MR. McCUE:  A couple questions for you.
10           THE WITNESS:  Sure.
11                       EXAMINATION
12  BY MR. McCUE:
13       Q   Back to your affidavit, Exhibit 5. You've
14  been asked a lot of questions about this affidavit. I
15  just want to confirm, this is your signature, correct,
16  on the bottom of the page?
17       A   Correct.
18       Q   And that you had an opportunity to talk about
19  the substance of this affidavit with attorney Paronich,
20  correct?
21       A   Correct.
22       Q   And this information came from you, correct?
23       A   I don't recall if it did or it didn't, to be
24  honest with you.
25       Q   Okay.

1        A   I don't remember.
2        Q   It was over a year ago now that you signed it,
3   correct?
4        A   Correct. That's the date it says.
5        Q   And you signed it under the penalties of
6   perjury?
7        A   Correct.
8        Q   And you understand what that means, correct?
9        A   Yeah. I shouldn't be lying.
10       Q   Agree with me that your memory as to these
11  facts was better over a year ago than it is today?
12           MR. BECKER:  Objection to form.
13           THE WITNESS:  Well, since that time my memory
14  has been jogged by various e-mails, by all these
15  exhibits -- how many is here? Twenty-one? -- by
16  looking up data to pull up Charvat's name.
17       So at this time -- and I think I testified
18  earlier today that I didn't -- I didn't look up
19  anything or anything.
20           MR. McCUE:  Sure.
21           THE WITNESS:  But now I have. So, yes, the
22  answer to that question, even though time has
23  elapsed more, I have gotten more knowledge by --
24           MR. McCUE:  Correct.
25           THE WITNESS:  -- having my memory jogged.

55 (Pages 217 to 220)

1  BY MR. McCUE:
2      Q   But when you signed this affidavit, it was
3  true to the best of your knowledge at that time?
4      A   At that time I would probably say yeah.
5      Q   Correct. Okay. Let me ask you about this
6  list that you're talking about. What is this
7  telemarketing list that you've just mentioned with X
8  thousands of consumers who are on it and you want to put
9  them out of business? What is that all about?
10     A   These are people who start frivolous lawsuits.
11     Q   What do you mean by frivolous lawsuits? What
12 does that mean?
13     A   Are we here for this or are we here for a
14 comment I made?
15     Q   You just testified about a list.
16     A   Okay.
17     Q   Is Mr. Charvat on this list?
18     A   I don't have the list.
19     Q   What is the list and who made it up and what
20 is the --
21     A   Someone out there is going to make it up.
22     Q   What is the purpose of the list?
23     A   So there isn't frivolous lawsuits.
24     Q   Okay.
25     A   So there isn't people being raked over the

1  coals by people sitting at home filling out information
2  in my opinion --
3      Q   Yeah.
4      A   -- and trying to make a damn good living at
5  it.
6      Q   So this is my question: Is this list
7  something you give to your clients saying, don't call
8  these people because they'll sue you?
9      A   The list doesn't exist yet.
10     Q   Okay.
11     A   It's in the process.
12     Q   Okay.
13     A   In the process.
14     Q   Who is making the list?
15     A   There is a lot of lawsuits out there.
16     Q   Okay.
17     A   It's easy to go to courthouses.
18     Q   And you believe that people who file
19 telemarketing cases in general are filing frivolous
20 claims that have no merit whatsoever?
21         MR. BECKER: Objection to form.
22         MS. MACLVOR: Join.
23         THE WITNESS: No offense.
24 BY MR. McCUE:
25     Q   You go for it.

1      A   Either your client is one of the most
2  unluckiest fucking people on the face of this earth with
3  all those lawsuits --
4      Q   Yeah.
5      A   -- or he's a scumbag. And I think the latter.
6  That's my opinion.
7      Q   What's the factual basis for that claim?
8      A   The lawsuits.
9      Q   Because someone files lawsuits you think
10 they're a, quote, fucking scumbag? Is that what you
11 said?
12     A   Yeah.
13         MR. BECKER: Objection to form.
14 BY MR. McCUE:
15     Q   And you don't have knowledge at all about Mr.
16 Charvat, do you? You don't know him personally?
17     A   No.
18     Q   You have no knowledge about his integrity or
19 his morals, correct?
20     A   Well, when you file 100 lawsuits --
21     Q   Yeah.
22     A   -- hundreds and hundreds of lawsuits against,
23 major, major companies --
24     Q   Yeah.
25     A   -- again, like I said earlier, either you're

1  very unlucky or you're trying to make a living off of
2  this.
3      Q   Why do you think if he's on the Do Not Call
4  list people still call him?
5      A   Did I call?
6      Q   Your client called them.
7          MR. BECKER: I'm going to object.
8          Hold on a second. Let me make my objection.
9          I'm objecting. It mischaracterizes evidence
10 that's before the party. It mischaracterizes
11 testimony.
12         You know as well as I do when your client went
13 on the Do Not Call list. It was after several
14 calls were received by him. And you also know why
15 he went on the Do Not Call list. So I would just
16 say let's get done with this line of questioning.
17         MR. McCUE: I'm all done.
18         MR. BECKER: I have a couple follow-up
19 questions.
20         MS. MACLVOR: Okay.
21              EXAMINATION
22 BY MR. BECKER:
23     Q   To clarify, your knowledge of the information
24 at issue in this affidavit is better today than it was
25 in May of 2014, correct?

56 (Pages 221 to 224)

Page 225

1      A   Absolutely.  From jogging my memory through
2   all these exhibits today and pulling the data.
3      Q   Okay.  And the information that's contained in
4   this affidavit, much of it is incorrect, is that true?
5      A   Correct.
6      Q   Specifically, it is your testimony today that
7   the statements in this affidavit concerning the
8   limitations for which the information that you sold to
9   Caldwell, as it could be used, is incorrect, right?
10     A   Say that again?
11     Q   I'll rephrase it.  I'll make it very clear.
12         Is it your testimony today that the statements
13  in this affidavit which purport to limit the way in
14  which the lead information could be used to direct mail
15  advertising, that is an incorrect limitation, it's an
16  incorrect statement in this affidavit, correct?
17     A   At the time I wrote that I believed it to be
18  true.  But after reading about all these exhibits and
19  everything, I believe today that that is false, what I
20  wrote down.
21     Q   And your testimony as you sit here today,
22  having now looked at lead information and e-mails
23  concerning this transaction, is that the data that you,
24  TDC, sold to Caldwell, very likely could have been used
25  to make telemarketing calls, including telemarketing

Page 226

1   calls by robocall, correct?
2      A   Correct.
3      Q   But you agree with me that the way to
4   determine whether or not those calls comply with the law
5   would require you to go back and look at each individual
6   privacy policy associated with the websites identified
7   on those lead lists, correct?
8      A   Correct.  Which is not my job.
9      Q   Okay.  And just to clarify some of the
10  testimony that went back and forth between you and
11  Mr. McCue just now, is it your testimony that everyone
12  who files a TCPA lawsuit is somehow filing a frivolous
13  lawsuit, or is it your testimony that those who file
14  numerous lawsuits, or hundreds of lawsuits, are the ones
15  that are filing frivolous claims?
16     A   Numerous.
17     Q   Okay.  So if an individual files one TPCA
18  lawsuit against a company they got many calls from,
19  would you consider that necessarily, per se, a frivolous
20  lawsuit?
21     A   No.  Not at all.
22     Q   The reason you feel that about Mr. Charvat is
23  because you had done internet research on him?
24     A   I googled his name.
25     Q   What did you find out?

Page 227

1      A   There is hundreds of lawsuits.
2      Q   That he filed hundreds of lawsuits?
3      A   Hundreds of lawsuits.  Anyone who seems to be
4   in contact with him.  From the Direct TV guy to the dish
5   network guy, the guy who cuts his grass, the guy who
6   kills the lawn bugs --
7      Q   Okay.
8      A   -- there is a suit against.
9      Q   So you mentioned this list that's being
10  created, right, that's not created yet, but it's being
11  created?
12     A   Correct.
13     Q   And this list you describe as a list of people
14  who file lots of these frivolous lawsuits, correct?
15     A   Correct.
16     Q   And your statement was that you want to put
17  them out of business, correct?
18     A   Correct.
19     Q   And is the business that you're referring to
20  having put them out of is the business of filing these
21  TCPA lawsuits?
22     A   Frivolous lawsuits.
23     Q   Right.  And you said you want to put them out
24  of business.  I want to clarify.  You mean put them out
25  of the business of filing TPCA lawsuits not their --

Page 228

1   whatever other job they have?
2      A   No.  Of course not.
3      Q   Okay.
4      A   Of course not.
5      Q   Well, when you testified, we are creating a
6   list of people that file these frivolous lawsuits and we
7   want to put them out of business, was that intended to
8   mean you're trying to create a list of people who filed
9   these lawsuits and stop them from being able to file
10  these lawsuits?
11     A   Correct.
12     Q   How would you stop them from doing that?
13     A   Whoever you sell a list to would run their
14  data, or your data, against this list.  If you get a
15  match, they take that out of their database.
16     Q   So the way that TDC, or whoever is creating
17  this list, would intend to put these people out of
18  business would be by removing their phone numbers of
19  these individuals from the lead lists that are being
20  sold?
21     A   Correct.
22     Q   In other words, you're trying to prevent
23  people from calling them?
24     A   Absolutely.
25     Q   So in other words when you refer to this list

Page 229

1  that Mr. McCue had so much interest in, you were
2  essentially referring to an internal type Do Not Call
3  list that you or other people are trying to create?
4      A   Correct.
5      Q   That would be sold along with your other lead
6  lists to stop people like Philip Charvat from getting
7  unwanted telephone calls?
8      A   Correct.
9          MR. BECKER:  Okay.  I have no further
10 questions.
11         MS. MACLVOR:  I'm good.
12         MR. McCUE:  All good.
13         MR. BECKER:  On the record so you know, you
14 have the right to do one of two things today.  You
15 can waive signature on your deposition --
16         THE WITNESS:  What does that mean?
17         MR. BECKER:  I'm going to tell you.  To
18 reserve signature means you want to read over the
19 transcript before you agree that it's -- it's good
20 to go.  And by that all that means is, you need to
21 make sure that the court reporter hasn't mistyped
22 something.  You can't change an answer from like a
23 yes to a no or black to white, but if they mistype
24 something you can correct it.
25         You can also choose to waive it; in other

Page 230

1  words say you're not worried about how the court
2  reporter -- you're essentially saying that you're
3  not concerned with the accuracy by which the court
4  reporter typed up the questions and answers, and
5  then you wouldn't receive the document to review
6  and sign off on.  It's up to you.
7          THE WITNESS:  Can I think about it?
8          MR. BECKER:  Yeah.  You want to reserve for
9  today; if you change your mind you can waive later.
10         Okay.  So signature is reserved.
11         THE REPORTER:  Do you need the deposition
12 transcribed?
13         MR. BECKER:  I don't right now.  I'm okay.
14         THE REPORTER:  Did you want the deposition
15 transcribed?
16         MS. MACLVOR:  Yeah.
17         MR. BECKER:  Matt?
18         MR. McCUE:  Yeah.
19 I gave you my card.
20         (The deposition concluded at 2:33 p.m.)
21
22
23
24
25

Page 231

1
2              CERTIFICATE OF SHORTHAND REPORTER
3
4  STATE OF FLORIDA     )
                        ) SS.
5  COUNTY OF ORANGE     )
6
7          I, the undersigned authority, hereby certify
   that the foregoing transcript, pages 1 through 234, is a
8  true and correct transcription of the deposition of TOM
   MONGIOVI, taken before me at the time and place stated
9  in the caption hereof.
10         I further certify that the said witness was
   duly sworn according to law.
11
           I further certify that I am not of counsel to
12 either of the parties to said cause or otherwise
   interested in the event thereof.
13
           IN WITNESS WHEREOF, I hereunto set my hand and
14 affix my official seal of office this 16th day of July,
   2015.
15
16
17
18
19
20      _____
21      JEAN ROHRER, CRR
        Certified Realtime Reporter
22
23
24
25

Page 232

1
2              CERTIFICATE OF OATH
3
4          I, the undersigned authority, certify that TOM
5  MONGIOVI personally appeared before me and was duly
6  sworn.
7          WITNESS my hand and official seal this 16th
8  day of July, 2015.
9
10
11
12
13
14
15
16      _____
17      JEAN ROHRER, CRR
        Notary Public State of Florida
        My commission Expires:  February 6, 2018
18      Commission No. FF 083975
19
20
21
22
23
24
25

Page 233

```
 1          E R R A T A   P A G E
 2    IN RE:  Charvat v Valente
 3    DEPOSITION OF: TOM MONGIOVI  TAKEN:  June 30, 2015
 4    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 5    Please sign, date, and return this sheet to our office.
      If additional lines are required for corrections, attach
 6    additional sheets.
      At the time of the reading and signing of the
 7    deposition, the following changes were noted:
 8    PAGE   LINE   CHANGE        REASON
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    Under penalties of perjury, I declare that I have read
      the foregoing document and that the facts stated in it
22    are true.
23
24    _____
25    DATE            TOM MONGIOVI
```

Page 234

```
 1    July 16, 2015
 2    Matthew P. McCue, Esquire
      Law Office of Matthew P. McCue
 3    1 South Avenue, Third Floor
      Natick, MA 01760
 4
 5    IN RE:  Charvat v Valente
 6    Dear Mr. McCue:
 7    Enclosed please find the original errata page with your
      copy of the transcript so TOM MONGIOVI may read and sign
 8    his transcript.  Please have him make whatever changes
      are necessary on the errata page and have him sign it.
 9    Please make a copy of the errata page and place it in
      your copy of the transcript.  Please then forward the
10    original errata page back to our office at 1080 Woodcock
      Road, Suite 100, Orlando, Florida, 32803.
11
      If the errata page is not signed by the witness within
12    30 days after this letter has been furnished, we will
      then process the transcript without a signed errata
13    page.  If your client wishes to waive his right to read
      and sign, please have him sign his name at the bottom of
14    this letter and send it back to our office.
15    Your prompt attention to this matter is appreciated.
16
      Sincerely,
17
18    Jean L. Rohrer, RPR, CRR
19    I do hereby waive my right to read and sign
20
      _____
21    _____TOM MONGIOVI
22    cc:  Catherine MacIvor, Esquire
23
24
25
```

## A

**A-l** 106:8
**a.m** 1:15 61:9
130:15 156:4
**ability** 7:1 117:7
**able** 28:20 36:5
45:14 51:8 69:24
108:8 121:7,13
131:11 134:19
154:16 160:6
184:10 228:9
**absolutely** 28:14
37:2 42:3,22
72:25 74:5 78:4
85:14 88:2 125:21
134:23 162:23
163:5 194:9
214:23 215:24
225:1 228:24
**accept** 119:3
**accommodate** 97:6
**accompanied**
208:23
**accuracy** 230:3
**accurate** 8:7 56:5
59:25 62:17 65:21
66:14 87:8,15
103:10 108:16
111:20 112:5,11
112:15,17 113:2
113:11 117:5
125:12 136:1
149:3,24 151:18
152:11 156:1
**accurately** 126:12
154:18
**accusing** 193:21
**acharvat@yahoo...**
159:22
**acknowledging**
55:11
**acquire** 18:12 19:5
19:23 22:3 74:22
76:13 82:4,9,17
**acquired** 24:20
82:20 84:10,16,20

91:11 100:1
123:16,23 152:18
159:8 160:10,15
164:2
**acquiring** 15:22
19:3,21,22 35:10
89:17,24 151:8
**Act** 165:14 173:21
**acting** 177:20
**Action** 53:8
**active** 25:18,20
26:16
**actively** 26:1
**actual** 49:15 97:20
101:7
**adding** 157:22
**addition** 7:20 8:4
**additional** 31:2
135:15 137:18
138:6 233:5,6
**address** 6:22 9:8
20:23 22:13,13,15
22:24 30:19 31:4
32:7,19,20,21
34:11,11 43:11,17
43:18,23,24 44:1
44:3,7,9,16,17
45:2,10 54:8
59:20 77:7,8,9,25
78:10,11 79:21
80:12,13 81:4
86:3 88:6 105:20
106:11 112:22
140:25 159:15,25
162:11 202:13,15
202:16,22 213:15
215:23
**addresses** 22:21
24:5 31:23 33:16
45:16 74:19 79:13
79:15,19,24 82:12
82:13 87:1,2,7
111:16,18 152:21
152:21 155:8,20
186:15 202:9
**adequately** 212:3
**advertisements**

109:21 111:22
**advertising** 15:14
26:1 225:15
**affect** 7:1
**affidavit** 4:12 5:21
57:1 59:9,14 60:9
60:17 61:12 62:18
62:20,25 63:4,9
63:13 64:3,6,9,19
64:22 65:9 66:10
67:3,9,11,14,15
67:21,23 68:5,9
68:15,20 69:6,8
69:14,21,22 70:1
81:13 84:3 89:9
109:16,18 110:14
111:6 114:21
116:17 123:2
148:16 152:5
157:8,23 216:2,6
217:8 218:7
219:13,14,19
221:2 224:24
225:4,7,13,16
**affiliate** 199:19,19
199:22 200:1,3,9
**affiliated** 12:19
**affiliates** 41:19
42:11 199:6,7,12
**affiliation** 188:24
**affirm** 6:3
**affix** 231:14
**agent** 104:10
**aggregation** 81:8
**ago** 15:15 17:18
23:11 24:10 36:10
49:2 65:25 88:19
115:7 188:2
201:17 220:2,11
**agree** 102:6 105:17
118:10 124:21
134:20 138:8
142:5 145:24
181:11 211:18
220:10 226:3
229:19
**agreed** 3:18 97:6

121:16
**agreeing** 95:7,14
205:12
**ahead** 73:15 76:5
76:25
**ain't** 23:9
**al** 1:8
**Allison** 11:6,12,14
32:18,24 107:14
107:21 142:25
158:9 159:20
160:5,10 162:10
162:20 163:1
184:5,11,12,16
207:10,16,19
208:4 209:23
210:19 212:19
213:8 214:21
**allow** 17:2 81:4
142:9
**allowed** 148:23
149:11,20 150:17
151:25 169:16
174:1,6
**allowing** 38:5,13,19
38:23,25 39:11
212:8
**allows** 169:4
**alluding** 179:13
**aloud** 148:20
**altered** 129:19
**altogether** 99:20
134:13
**Amazing** 73:25
**America** 192:17
194:11
**amount** 10:14 35:1
78:17 121:16
143:18 145:8
**analysis** 163:18
**ancient** 162:4
**Angela** 106:2
**animal** 78:21
**answer** 7:1,14,14
7:25 8:2,9,12,13
8:24 26:6 27:6
28:8 33:17,22

36:22 47:5 48:10
49:1 59:6,12
60:13 77:16
148:12 157:9
170:11 171:17
175:17 183:2
194:21 213:23
220:22 229:22
**answered** 23:15
121:4,5
**answers** 8:17 230:4
**Anthony** 54:8,25
57:9 59:5,8
**anybody** 189:20
202:13
**anymore** 90:25
129:14 162:6
**anyway** 34:8
**apologize** 47:21
67:18 74:5 108:15
127:11 136:18
**apparently** 58:1
74:8
**appear** 60:23 75:5
75:18 99:24
106:17,24 107:20
**appeared** 232:5
**APPEARING** 2:5
2:14
**appears** 56:23
57:15 60:4 61:11
61:14,17,25 62:11
67:15 73:22 92:12
95:13 97:2,13
99:12 120:7
140:11 143:11,21
144:5,9 147:8
194:1
**application** 176:5
**appreciate** 57:4
165:3 184:1
**appreciated** 234:15
**approximately**
13:13 72:3 85:15
86:21 90:5 95:17
124:21 125:14
139:20

**argumentative** 193:17 194:15
**Arizona** 99:18
**arm** 94:8
**arrangement** 91:19
**artificial** 202:19
**artificially** 48:16 49:8 87:20 91:12 101:2 162:20
**ascertain** 212:2
**aside** 201:11 204:18
**asked** 9:13 10:21 10:23 39:24 41:5 41:22 48:10 51:7 68:17 103:21 111:9 114:25 115:10,12 116:2 117:6 125:7 157:9 202:6 205:10 207:14,15 211:5 214:2 215:18 218:11 219:14
**asking** 7:24 8:8,10 8:11 41:9,23 50:15 64:24 72:6 72:8 80:25 120:15 154:5 156:19 159:5 161:12 175:18,24 179:24 180:1 181:19 184:2 216:3
**asks** 92:13 111:1,2 116:20
**aspect** 218:7
**ass** 185:5,8
**assertions** 64:8 68:14
**associated** 39:14 44:11 80:12 81:3 101:8 142:12 153:16 159:18 162:12 226:6
**associations** 14:23
**assumably** 209:22
**assume** 8:24 21:20 25:5,6 33:21

36:17 56:21 57:7 60:25 66:25 75:7 95:3 97:25 123:12 145:3 153:20 210:25
**Assumes** 184:21
**assuming** 65:25 141:25 184:18,22 186:3 203:15 210:5,5,8
**attach** 233:5
**attached** 55:6 57:1 59:9 61:12,17 62:1 63:9 157:8
**attachments** 35:11 36:6 56:13,14
**attention** 131:13 182:9 234:15
**attorney** 57:12 159:5 167:25 219:19
**attorneys** 54:19 104:14
**Auctions** 73:25
**audibly** 7:15
**authentic** 183:18 183:20 206:10
**authority** 231:7 232:4
**auto** 35:16
**available** 39:2 135:19
**Avenue** 1:17 2:3,7 234:3
**average** 136:10
**avoid** 133:1,16 154:7
**aware** 46:13 55:16 114:15 133:21 209:25 210:1 215:4,5
**ax** 138:13

――――――――――
**B**
**B** 101:21
**B-a-l-a-n-c-e** 105:7
**back** 12:21 23:3

31:18 49:1 61:6 66:17,21 75:2 86:20 92:25 108:13 109:15 114:14 116:14,18 120:8 121:15 128:19 129:7 136:8,10 138:3 154:22 155:15 157:5 171:20,22 171:24 177:21 182:7,10 184:16 188:17 195:9 196:2 198:17,24 200:18 203:24 211:10 216:2 219:13 226:5,10 234:10,14
**background** 213:5
**backwards** 12:6,8
**bad** 48:23 89:5 187:8 195:10
**balance** 105:6
**ballpark** 191:12 218:16
**base** 59:21
**based** 30:20 47:17 49:2 52:8 57:15 60:15,22 68:7 75:11 77:3 80:2 81:7 82:14 102:16 136:11 144:4 148:2 151:3,8 155:15 163:18 195:1 209:22 214:9 217:9,9,17 217:21
**basic** 154:24
**basically** 15:7 28:25 217:8
**basis** 97:5 172:3 174:22 223:7
**bat** 159:20
**Bates** 54:17,21 62:10 104:14
**Bear** 58:24
**beat** 72:18

**Becker** 2:6 3:4,6,9 6:11 9:12 47:14 49:19 52:20,24 58:24 59:2 61:1,5 62:4,8 73:9,11,15 73:18 75:2,3 80:11 88:4 92:6,9 97:11 98:24 100:18,24 101:12 103:20 104:5,7 114:6 115:18 117:11,16,25 118:5 124:11,17 128:4 129:23 142:16 144:3 146:4 147:22 148:1,11 149:17 149:18 151:16 153:21 154:1,4 156:25 157:4,25 158:4 162:16,24 164:17,23 166:16 167:19 168:16 169:8,21,23 170:6 170:10,25 171:3,8 171:12,14,20 172:15 173:2,22 175:14 176:15,17 177:15 178:13 184:20 189:6,24 190:1,3 191:24 192:7,18 193:14 194:14 195:16 200:11,14 201:1 201:25 202:5 212:12 216:10,12 220:12 222:21 223:13 224:7,18 224:22 229:9,13 229:17 230:8,13 230:17
**began** 74:12 85:12 100:4,8 102:15 118:11
**beginning** 56:24 61:19 84:24 90:6 94:25 99:25

152:25 157:5 158:5
**begins** 105:24
**behalf** 1:4 2:5,14 101:14
**belief** 82:3,8,19,23 82:25 206:9 212:5 218:2
**believe** 9:13 19:11 36:10,11,13 50:5 50:8 52:9 53:25 68:21 76:17 80:15 88:5 100:20,25 101:4 102:25,25 102:25 104:21 111:20 116:20 117:21 119:12 128:15 148:14 159:25 162:17 166:1,11,12 167:24 169:17 186:9 197:10 199:10,17 205:2 206:9 208:23 216:20,24 222:18 225:19
**believed** 225:17
**believes** 59:17
**Bell** 2:7
**best** 65:3,20 72:22 88:20 113:18,22 137:2 186:17 188:7 211:18 218:2 221:3
**better** 83:6 220:11 224:24
**betting** 181:6
**beyond** 33:6,13 210:19
**big** 29:8,9,10 35:21 35:23 161:18 187:17 203:22,22
**Bill** 26:19,19
**billing** 64:16,18
**billion** 218:20
**birth** 9:6

Biscayne 2:12
bit 92:1,20 128:12
  164:24
bitched 103:1,6
bitching 177:7
  182:2 185:23
black 15:15 16:13
  229:23
blah 17:21,21,21
blaming 129:4
blast 15:5,14,19
  16:3,8 18:5,9 31:1
  31:10,16 33:15
blasted 17:11
blasts 25:24
bleeds 130:17
blind 159:20
blunt 215:10
Bob 20:19,20 26:19
  26:19 43:14,15
Bob's 22:12 43:17
Bobs 20:20 43:16
body 97:20
books 87:12
borrowing 155:6
bottom 53:16 54:12
  54:24 59:4 99:1
  104:13 120:14
  126:15 128:21
  130:7,13 173:8
  218:1 219:16
  234:13
bought 49:3 134:12
  185:7
Boulevard 2:12
box 169:15,15,19
  169:24 194:8
brand 143:10
break 9:2,4 147:23
  147:24 149:8
breakdown 139:16
breakdowns 147:6
breaking 40:18
  168:10
bring 145:6
broad 168:11
broker 156:19

196:6
brokers 197:17,25
Brooklyn 11:22
  12:22
brought 131:13
bucks 52:5 121:21
bugs 227:6
bump 93:8
bumped 136:12
bunch 20:13 132:7
  196:16
bunches 196:14
business 12:13,19
  12:20 13:3,5,23
  14:13 15:18 26:22
  27:4 29:20 33:18
  37:21 48:18 49:24
  52:2,5 58:1,11
  79:2 94:21 102:3
  109:5 120:20
  126:21 141:23
  145:11,20 150:22
  164:9 166:12
  167:4,12,16 168:9
  172:5 173:14
  176:2 181:14
  183:2,4 190:24
  194:24 200:5,7,10
  214:15 215:10,16
  219:6 221:9
  227:17,19,20,24
  227:25 228:7,18
buy 23:8 27:23
  48:19 83:24
  116:10 119:16
  121:24 123:19
  172:25 186:13
  193:4
buying 28:16 72:9
  72:18 86:6 107:6
  116:3 164:11,14
  187:11 198:19
buys 27:24,25
bylaws 156:24

_____
C
_____

C 2:1 3:1 6:1

Caldwell 49:21,23
  50:1,12,20 51:2,7
  51:8 52:9,14,17
  55:4 65:16 66:11
  67:10 68:18,20
  69:5,10,15,21,25
  70:12,16,21 71:1
  71:9,20 72:23
  74:13 83:7,24
  84:13 89:14,21
  90:6 91:21,24
  92:11 94:12 95:8
  95:13,18,19 96:16
  96:25 97:2,6,24
  98:3 100:1,1,8,12
  100:21 101:5,13
  101:17,18 102:15
  102:19 103:23
  106:25 107:4,6
  108:8,17 109:1,19
  112:1 113:20,23
  114:9,24 115:11
  117:19 118:11
  121:20 122:24
  123:8,15,16,24
  124:2,23 127:15
  127:19 129:18
  131:9 132:13
  133:7,21 142:8
  143:25 145:22
  148:5,7,23 149:11
  149:20 150:5
  151:23 152:6,18
  153:8 156:20
  163:13 164:15
  172:9 178:22
  182:11 183:14
  186:5 191:9
  195:14 196:19
  200:19,22 204:23
  206:16 209:4,7
  225:9,24
Caldwell's 52:10
  122:6
California 99:18
call 16:11 19:8 21:5
  24:1 27:1,14

28:22 29:3,19
  41:11,25 57:2
  59:22 83:2 86:2
  86:18 87:4 90:23
  112:23 113:14
  114:19 115:1,13
  115:20 122:23
  123:8,14,17 124:4
  127:24 132:24
  133:9,15,25 139:2
  142:4,6 143:19,20
  147:13,13,20
  148:25 149:7,12
  149:22 150:2,3,6
  150:10,11,18,25
  151:12 165:18,20
  165:20,22 166:20
  166:25 169:6,7
  170:5,12,21 174:4
  174:6,12 189:22
  191:23 192:6
  196:25 197:2,3
  214:13 222:7
  224:3,4,5,13,15
  229:2
called 22:20 40:20
  46:12 49:20 64:25
  86:17 87:3 113:16
  126:21 133:8
  141:10 142:18
  143:9 160:11
  169:17,18 174:1
  198:21 205:6
  214:18 215:22
  217:9 218:25
  224:6
calling 22:17 25:25
  135:6 141:11
  147:19 154:7
  171:7 190:22
  228:23
calls 26:18 41:10
  48:19 95:2 109:6
  109:11 123:23
  127:20,23 133:22
  140:15 142:9
  145:23 146:19,21

149:1 152:1
  153:10 164:6
  166:1 168:14,17
  169:2,9 170:17
  171:14 173:2
  189:21 190:4,7
  191:24 193:16
  194:22 195:1,2
  199:4 200:11
  214:3,7 224:14
  225:25 226:1,4,18
  229:7
campaign 15:24,25
  18:9 31:6 37:15
  138:12
capability 92:14
  93:2 114:16
  116:21 117:3,4,8
capital 105:7
caption 53:9 231:9
captioned 64:23
car 15:4,4 30:5
  176:5 196:9
card 15:15 16:13
  16:14 120:24
  230:19
care 91:6
cared 172:19
career 39:23
Caribbean 200:25
Carnival 200:24
  201:8
case 1:3 8:23 9:25
  14:4 17:12 35:22
  46:5,12 48:11
  57:12 59:16 60:18
  68:3 83:17 90:7
  103:23 104:9,11
  112:9 134:18
  144:19 145:15,22
  151:4,7 165:3,6
  202:21 207:2
  208:20 212:20
  213:4,6 214:20
cases 222:19
catch 188:13
Catherine 2:11

234:22
**Cathy** 164:19 202:1
**cause** 231:12
**cc** 234:22
**cell** 23:12 110:25
  154:7,14 156:5,8
  156:10,14,20
  166:1 168:13
**cents** 96:15
**certain** 17:3,7 35:1
  37:9 38:19,22
  45:19 48:3 101:22
  101:23,23 104:24
  106:18 108:7
  150:17 163:18
  169:17
**certainly** 123:2
  144:12 168:1
  183:5 191:1 195:8
**certificate** 3:11,12
  193:3,5 231:2
  232:2
**Certified** 1:20
  231:21
**certify** 231:7,10,11
  232:4
**chain** 196:20 197:8
  197:22
**chance** 158:21,24
  189:18
**chances** 42:9
**change** 22:23 78:16
  86:2 90:22 135:19
  186:15,16 202:8
  229:22 230:9
  233:8
**changed** 14:14
  35:24 36:15 86:13
  86:22,24 191:4
  202:13 206:6
**changes** 186:15
  233:4,7 234:8
**changing** 129:9
**characterized**
  75:19
**charge** 28:11,12,16
  34:11,14,16 92:20

93:19 137:18
  138:6
**charged** 27:24
  91:14
**charges** 135:14
**charging** 37:9
  91:24 95:18
  135:23
**Charvat** 1:4 53:4
  107:14 142:25
  159:20 160:6,10
  162:21 177:6
  184:5,11,12,16
  207:10,16,20
  209:14,23 210:20
  212:19,22 213:6,8
  213:11,20 214:21
  214:24 216:22
  217:1 221:17
  223:16 226:22
  229:6 233:2 234:5
**Charvat's** 11:6,6
  11:12,13,14 32:18
  32:24 107:21
  158:9 162:11
  163:1 208:5
  220:16
**chatting** 171:18
**cheap** 23:9 187:18
  187:20
**cheaper** 46:7
  196:17
**check** 69:7 92:14
  92:18 116:22
  169:14,19,24
**checked** 59:21 91:4
  112:22 142:1
**checking** 83:13
  169:15
**checks** 194:8
**Chevies** 30:6
**Chicago** 2:8
**children** 19:14
**choose** 119:3,4
  229:25
**Circle** 6:23
**circumstances** 29:2

**city** 12:1 43:19 44:7
  77:8 88:11 105:20
  106:8,9 159:15
**civil** 6:17 53:8
**claim** 223:7
**claiming** 219:3
**claims** 219:1
  222:20 226:15
**clarification** 16:10
**clarify** 66:16 76:10
  76:19 77:6 84:8
  177:1 224:23
  226:9 227:24
**classify** 176:2
**classmates.com**
  74:1 168:22,25
**Claus** 138:4
**clean** 159:24
**cleaned** 20:18 28:3
  96:15
**clear** 92:16 95:1
  127:19,19 140:14
  149:9 182:10
  183:5,8 189:15
  217:11 225:11
**clearly** 7:20 159:25
  170:21
**click** 198:10
**client** 31:1,16 40:17
  42:8 57:24 58:5
  58:17 72:8,11,17
  72:21 73:23
  101:24,25 103:4
  111:1 135:2
  146:15,16 179:25
  181:23 186:6
  195:2,9 223:1
  224:6,12 234:13
**client's** 180:12
**clients** 30:23 32:16
  90:23 146:16
  183:21 222:7
**close** 121:6 124:8
  147:23 177:9
**closer** 178:25
**clue** 63:17,20
  187:23 201:3

204:12
**co-owned** 12:16
  13:16
**coals** 222:1
**code** 30:7 43:19
  44:7
**coke** 176:6
**collect** 24:8
**collecting** 24:18
**college** 11:25 12:1
**colon** 159:22
**Colonial** 159:21
  160:2
**Colony** 160:1
  213:11
**column** 177:11
**columns** 202:8
**Comcast.net** 9:10
**come** 25:22 28:7
  32:2 43:16 65:23
  84:23 110:9
  114:14 118:24
  154:23 183:11
  185:25 193:3
  197:18 198:24
  202:24 204:24
**comes** 20:8,17,22
  23:7 29:7 43:10
  93:4 129:25
  197:13,14
**comfortable** 105:11
**coming** 23:3 175:13
  180:15 198:18
**comment** 221:14
**commission** 232:17
  232:18
**communicate** 32:6
  137:1
**communicated**
  70:25
**communicating**
  22:16
**communication**
  32:14 44:25 45:15
  45:19 76:11,17
  82:19 94:10 102:8
  102:12 114:2

**communications**
  71:4 120:9 124:1
  144:18
**Community** 12:1
**companies** 119:4
  126:10 134:12
  193:12 194:11
  204:20,20,22
  223:23
**company** 12:12,16
  13:16,17 16:5,8
  17:12 19:25 21:2
  21:17 25:8,18
  26:14 27:11 38:8
  38:13 41:17 49:20
  50:7,10,20 55:4,6
  55:8 65:10,16
  66:3,11 93:3,14
  94:1 112:2 114:25
  120:18,19 121:17
  127:25 131:10
  135:22 141:10
  150:8,24 177:22
  181:14 194:21
  197:12 199:10
  226:18
**compared** 119:22
  135:24 145:25
  146:7
**competition** 155:6
**compilation** 89:12
**compile** 55:12
  182:11
**compiled** 29:14
  158:16
**compiler** 30:10,25
  31:18 33:15 76:1
  93:14 94:2 121:15
  122:2 126:20
  130:4,21 131:9
  134:15 135:14,23
  137:16 144:12
  196:23,24 204:10
**compiler's** 94:8
**compiler/owner**
  155:3
**compilers** 24:24

49:3 204:1,11
**compiling** 21:17
**complain** 186:6
195:15,24 214:14
**complained** 141:11
145:5,16,23
189:12 195:17,18
195:20
**complaining** 119:6
128:16 129:13
160:21 175:4
186:6
**complains** 186:2
**complaint** 91:8,9
186:25 187:14
190:15
**complaints** 47:18
49:11 119:6
145:25 146:6,7,18
206:12,15
**complete** 140:1
**completely** 8:11
**compliance** 133:23
147:19 211:15
212:1
**comply** 168:7 173:9
173:20 226:4
**complying** 168:3
**comprised** 49:14
**computer** 46:10
80:13 88:1
**computers** 10:12
16:7
**concern** 55:3
138:21
**concerned** 172:21
213:19 230:3
**concerning** 40:8
64:8 67:11 70:20
71:4 89:12 91:20
136:3 146:18
160:5,10 163:12
163:21 206:12,16
225:7,23
**concerns** 173:1
**concluded** 230:20
**conclusion** 83:17

168:18 169:9
171:15 200:12
**concrete** 33:22
**conduct** 15:25 18:8
31:6 37:10 42:19
113:7
**conducted** 28:12
37:9 114:7
**confidence** 155:25
**confidentiality**
104:20
**confirm** 70:24
105:13 179:24
219:15
**confirming** 27:12
**confused** 58:12
**connected** 80:13
199:15
**consent** 44:24
45:20 146:20
166:6,10,14 167:1
167:7,15 168:6
169:20 171:6
173:9,20 195:1
200:24 203:6
205:3 210:21,23
211:3,19 212:2
214:21 215:22
**consented** 114:1
142:13 150:20
211:7
**consenting** 151:12
168:14 169:2
170:16
**consider** 226:19
**considered** 47:16
**consistent** 120:1
138:17 162:25
163:2
**constantly** 160:18
**constitute** 81:9
**constitutes** 211:25
**consumer** 21:19
22:1,19,20 23:20
32:10 38:13 39:11
44:9 48:16 59:21
80:17,21 81:1,2,5

87:3 103:22
112:23 113:10
153:17 165:13
166:6 168:11
169:6 173:21
177:19 183:17
188:13 193:10
203:3 205:4
210:23 211:20
**consumer's** 80:13
186:22 195:25
**consumers** 22:10
49:15 80:8 82:21
108:9 113:15
151:11 152:1
153:10 200:23
205:12 221:8
**contact** 15:10 22:9
22:15 30:18 31:19
32:3,8,14,22 33:6
33:13 34:3 38:12
38:14,22,24,25
39:2 42:12 45:14
50:1,9 65:7,14
77:24 79:6 82:9
82:10,11,21 83:1
100:20 101:4
108:9 109:3,12
113:25 148:24
149:11,21 150:25
197:4 202:23
205:5 207:7 227:4
**contacted** 44:24
45:20 114:1
150:18 151:12
156:13 169:16
186:20 199:14
205:12 212:9
214:17,22
**contacting** 82:13
214:14
**contacts** 15:7 29:5
187:14
**contained** 64:8,19
68:14 80:18 81:20
91:10 100:12,20
101:1 108:21,22

114:2 154:7
157:22 158:13,15
159:12 162:18
210:15 225:3
**context** 199:20,23
**continue** 135:9
**continued** 4:24 5:1
135:22
**continuing** 48:19
132:23 138:5
141:7
**contract** 27:8 93:14
120:22
**contracting** 15:9
**contracts** 26:25
27:6
**conversation** 57:4
57:9,11 58:14
59:11 63:5,12,16
63:22 66:6 68:5
76:11 77:21 116:9
137:20,25 155:11
217:17
**conversations**
63:18 116:13
**cooking.com**
201:21 207:24
208:7 209:19
**cooks.com** 197:11
**Cool** 13:25
**copies** 68:18
**copy** 55:7 62:17
136:25 152:16
157:13 234:7,9,9
**correct** 13:18,21
15:21 17:5,13,16
18:6 20:3 21:25
22:3,4,6 24:19,22
28:18 29:15 31:11
34:9,15 36:1,8
38:21 39:9 41:7
41:12 44:2,13
45:1,4 49:6 51:1
53:15 55:19,20
61:12,15 62:21,22
63:2,6 65:7 67:7
68:24 69:1 70:9

71:2,6,16 74:10
74:23 75:14 77:19
77:25 78:8,13,20
79:7 80:14 82:6,7
86:2,3,16 87:5,6
87:16,21 88:8
89:10,18,19 90:8
95:10 96:9 97:21
97:22 98:4,6,11
98:14 99:2,3,7,10
99:14 100:9
102:17 103:18,24
103:25 105:21,22
105:25 106:1,3,6
106:7,12,13,15,19
106:20 107:15,24
108:22 110:8
111:10,12,13
112:25 113:1,7,8
113:11,12,16,17
113:20 114:3
117:13 118:8,9,12
118:13,20,21
120:4 122:9,10,12
122:13,16 123:5
123:24,25 125:25
126:1,3,4,16,18
127:16,20 128:1,5
128:9,10,12,17,18
130:1 132:3,8,11
132:12,16,17,22
133:10,11,14,16
133:17,25 134:3
135:8 139:3,21
140:2,3,12,13,18
142:14 143:6,13
143:14,24 144:1
144:10,21,22
147:15,16 150:6,7
150:12 152:3,4,18
152:19,22,23
153:2,3,5,6
155:21,22 156:2
159:9 160:4,7,8
160:13 162:14
163:19,20 171:7
173:10 174:20,21

178:22,23 179:3,4
179:5,6,11 182:12
182:13,16 185:9
185:10,14,15,17
186:3 188:15,17
189:1,2 195:22
198:4,20 202:10
202:11,16,17,19
202:20 203:7,8,12
203:13,19,20
204:4,5,7,8,15
205:7,8,9,13,16
205:19 206:3,4,7
206:8,18,19 207:6
207:8,12,16 208:5
208:8,9,18 209:20
209:21,25 210:13
210:18 211:3,4,11
211:16 216:15,19
217:10,12,13,19
217:20,22,23
219:15,17,20,21
219:22 220:3,4,7
220:8,24 221:5
223:19 224:25
225:5,16 226:1,2
226:7,8 227:12,14
227:15,17,18
228:11,21 229:4,8
229:24 231:8
**corrections** 233:5
**correctly** 179:19,21
**correlate** 80:16
**correspondence**
140:14 209:3
**cost** 101:21 102:10
119:10 135:15,17
136:10 138:11
196:17
**Costa** 89:2,6
**costs** 23:4
**counsel** 3:20
231:11
**count** 132:16
**counter-suggestion**
138:8
**country** 20:21

189:21 196:7
215:12
**counts** 131:17,19
131:24
**COUNTY** 231:5
**couple** 99:10,13
117:25 121:15
133:4 153:22
191:13 199:5
212:13 219:9
224:18
**coupons** 25:12
176:6
**course** 47:22 50:21
52:14 107:5 123:3
203:1 206:6 228:2
228:4
**court** 1:1 7:17,21
8:1 9:17,19 48:4
184:3 229:21
230:1,3
**courtesy** 55:7
**courthouses** 222:17
**courtroom** 7:8
**covered** 215:25
**cream** 15:6
**create** 85:7 177:14
182:10 202:18
228:8 229:3
**created** 48:16
87:21 91:12 101:2
156:1 162:20
217:19 227:10,10
227:11
**creates** 167:15,16
**creating** 49:8 228:5
228:16
**credit** 16:14 21:16
120:23 136:8,9
**crook** 190:22
**CRR** 231:20
232:16 234:18
**cruise** 164:12,15
200:25,25 201:8
**crux** 145:3
**crystal** 189:15
**CSC** 137:9

**cuff** 30:3
**current** 12:10
161:5,7 180:12
181:21
**currently** 14:7,22
49:24 72:9,11,18
180:13
**customer** 15:19
19:4 25:3,4 27:19
28:21 30:12 31:14
34:3,6,10,20,25
36:20,23 37:8,11
37:14 40:14 41:5
41:8 42:4,6,19
71:10,16 73:2
74:14 78:24 79:2
81:19,25 82:2,3,9
82:14,20 101:15
101:17 102:8,11
109:2,6 111:21
127:8 154:17
156:19
**customer's** 40:9
71:13
**customers** 15:2
17:24 18:12,19
19:1 25:22,22
26:2,4,7,17,23
27:1 30:2 36:19
40:6,11 41:13
48:15 85:13,16
86:5 89:21 91:10
96:9,24 108:8
109:25 131:2
158:17 188:6
198:18 206:12
**cut** 27:3
**cuts** 227:5
**cv** 1:3

**D**
**D** 6:1 106:6
**daily** 97:5
**damn** 182:3 222:4
**data** 10:15 11:1,9
11:13,14 12:19
15:3,4,4,23 16:2

16:15,18,19,24
17:1,19 18:13,15
18:15,18 19:19
20:6,7,8,14,16,17
20:22 21:14 27:3
27:4,13,20,20
28:3,20 29:3,12
30:5,25 32:3,8,14
32:22 33:6,13
34:21,21,24 35:15
35:16 36:18,24
37:5,17,25 39:17
39:20 40:6,9,22
40:23 41:1,2,5,13
42:2,24,25 43:7
45:24 46:6,10,11
46:19 47:3,7,10
47:19 48:14 49:4
49:8,13,14 50:25
51:4,9 52:10,13
52:15 66:10,18
67:2 70:3,4,5 72:8
72:9,10,23,24
73:3 75:6,10,12
75:12,17,20 76:12
76:18,20 77:3,7
77:11,18,19,22,22
77:24 78:3,5,6,7
78:15,17 80:3
81:8,8,9 82:3,5,6
82:9,11,17 83:1,6
83:14,15,16,18,21
83:23 84:12,16,18
84:23 85:13,16,20
85:21,25 86:6
89:18,20 90:3,8
90:24,25 91:23
92:2 93:7 94:17
97:19,24 98:3
100:9,13,16
101:18 103:2,7,9
103:13,14,15,18
103:22,24 106:25
108:21 109:13
111:10,11,12
112:2 115:1,13
130:4 131:9

132:14 134:10,12
135:14,23 136:9
137:15 139:25
140:1 142:2,7
143:11,18 144:12
144:20 145:8
147:9,9 149:6
150:4 152:6
154:24,24 155:2
155:25 157:15
158:17 159:7
160:10,14,18
161:1,5,7,17,18
162:1 169:5
170:24 172:10
176:22 177:10,19
179:5 180:12,13
182:9,11,19,23,25
183:3,10,17 186:3
186:14,14 187:2
187:15,15 188:25
189:23 190:10,18
191:1,3 194:11
195:10,15 196:12
197:1,13,13,15
198:1,4,14 199:11
200:17,19,20,22
206:10,12 207:20
208:10,12,16
217:18 220:16
225:2,23 228:14
228:14
**database** 28:23,25
29:13 66:17,21
87:12 112:23
113:10 132:19
133:10 134:3
147:14 228:15
**databases** 29:4,5
87:2 160:6
**date** 1:14 9:6 12:15
16:11 20:23 43:19
44:11 45:6 53:17
54:1 55:19 67:12
72:4 77:9 79:17
80:15,16 102:19
118:17 124:18,18

141:18 153:16
155:20 159:15
184:6 220:4 233:5
233:25
**dated** 55:18 61:8
61:20 62:13 75:23
97:16 118:7,19
122:12 130:10
147:1
**dates** 128:8,11
136:11
**dating** 15:4
**Datis** 106:5
**daughter** 213:8,17
215:21
**day** 75:23 76:9
92:21 93:3,17
94:7 95:8 96:1
97:4 98:6,7,8,9,13
98:19,20 99:21
102:24 119:7
130:23 131:15
134:25 135:16,20
136:11,13 137:18
137:19 138:7,9,10
138:19 145:9
160:25 186:16
191:12,13,16
197:14 231:14
232:8
**days** 30:22 67:18
67:20 120:10
142:19 143:9
147:1 234:12
**dead** 11:20 47:20
**deal** 26:7 29:25
119:6 121:2 134:2
145:8 161:18
187:17
**dealing** 26:7 40:2
52:2 73:24 212:6
**deals** 12:24
**dealt** 206:16
**Dear** 234:6
**decade** 13:1,1
**December** 4:14,16
4:18,20,22 74:9

74:18 75:23 81:19
81:25 82:18 85:11
89:23 92:13 97:16
100:4,8 102:15
118:14 178:19
**declaration** 217:3
**declare** 233:21
**defendant** 104:11
**Defendant's** 4:3,5,7
4:9,11,13,15,17
4:19,21 5:2,4,6,8
5:10,12,14,16,18
5:20,22 52:22
54:4 58:22 61:3
62:6 73:6,13 92:7
97:9 98:22 104:3
117:23 118:3
124:9,15 154:2
157:2 158:2
**defendants** 1:9
2:14 148:24
149:21
**defer** 164:20
**definitely** 111:11
111:23
**degree** 12:2
**deleted** 140:5
161:20
**delineate** 87:18
156:20
**delivered** 56:16
63:13
**delivery** 37:17 63:4
**deny** 107:7
**department** 10:10
10:18
**depend** 39:13 45:5
**dependent** 142:11
**depending** 27:23
28:2,2 35:15
40:14 175:10
**depends** 16:1 18:19
18:23 27:21 36:20
175:9
**Deponent** 3:21
**deposed** 7:12 9:14
**deposition** 1:13

6:12 7:9 32:2
47:23 54:18 68:2
68:3 104:17 105:5
138:18 157:6,6
158:5 178:18
229:15 230:11,14
230:20 231:8
233:3,7
**describe** 39:16
70:10 227:13
**described** 13:17
82:11 144:8
**designed** 50:19
**desire** 71:19,24
**deter** 155:6
**determine** 28:10
83:22 87:7 113:10
226:4
**determining** 28:19
**dialer** 163:22,25
164:2
**dialing** 127:23
**diet** 176:6
**differ** 40:9
**difference** 41:4
167:21 196:22
**different** 8:12
17:23 18:1,25
20:11 22:2,9
28:10,21 29:2
35:4 40:13 50:23
51:14 74:20 77:23
78:21 82:13 99:21
102:7 113:6,6
131:19,19,21
134:18 141:4
163:4 166:15
173:12 174:19
176:14 178:3,8
179:17 180:2,6,6
180:7,16,18,24
181:3,17,19,20,24
182:18 193:12
194:11 197:25
202:16 203:4
204:1,11,14,21,24
205:25 206:1

207:23 208:5
209:24 210:21
**differently** 77:15
**digit** 140:9
**diligence** 141:15
147:18 189:4
190:17 192:11
195:4
**diligently** 55:12
**direct** 12:17 13:17
23:1 30:19 38:24
39:1 65:7 83:2
101:16,22 108:10
109:21 111:22
152:7 188:8
225:14 227:4
**directed** 53:13 71:5
**directly** 21:19,24
51:18 70:25
**directory** 158:12
**disclaimer** 39:3,4,6
142:1 167:11
170:18,23 171:9
**disclaimers** 151:3
205:6,10 211:21
212:7
**disclose** 173:19
**disclosure** 168:12
170:16 189:23
**disclosures** 188:3
**discovery** 6:12
**discuss** 69:9 76:12
158:24
**discussed** 57:1
63:10,21 68:20
77:18 81:18
114:16 123:15
124:2
**discussing** 68:14
81:24
**discussion** 59:1
75:1 217:9
**dish** 227:4
**disk** 36:10,13
**dispute** 137:24
**distinctly** 205:20
**DISTRICT** 1:1,1

**DIVISION** 1:2
**divorce** 9:21,22,24
89:5
**DNC** 24:12 28:5
30:21,24 40:16,16
41:6 92:14,17,17
92:19,20,22 93:2
93:4,18 95:5
96:14 115:23
116:3,21 117:2,4
117:13,19 118:20
119:10 120:16
122:18 123:5
124:22 125:2,15
126:6,8,21 127:2
127:7,14 133:1,23
133:24 141:7,17
141:22 152:14
169:25 173:25
174:5 195:5 196:8
203:22
**DNC'd** 40:15 93:5
**DNC'ing** 149:6
192:11
**DNC's** 110:24
**document** 52:25
53:17,19,22 54:2
56:14 59:6 62:9
62:13 65:11 68:24
73:20,22 92:11
99:2 104:10 105:1
105:4,6,11,13,14
105:19 106:21
107:4,16,23 108:2
108:4,6 117:1
120:8 124:19
136:17 157:13,22
158:9,14 161:13
209:6,15,18
210:10 230:5
233:21
**documentation**
69:10,15 70:15,19
108:17
**documents** 10:22
53:6 54:18,20
55:13 56:11 64:7

68:19,23 69:4,7
209:23 217:2,6
**Doe** 160:24
**doing** 24:11 28:4
29:22 30:21 36:2
36:25 49:24 57:22
83:12 89:4 94:20
96:14 114:1 119:2
131:6 135:17
141:15 147:18
156:23 167:13
195:4 218:10,14
228:12
**dot** 105:8
**double** 41:14 42:5
42:6,9,10,19
88:15 200:17,20
**doubt** 129:17
**downloading** 119:2
**Downtown** 1:16
**draft** 59:14 62:20
67:9
**drafted** 60:17,23
**drastically** 203:19
**draw** 83:17 182:9
**drive** 11:3 159:21
160:1 213:12
**dry** 27:3
**due** 55:8 141:15
147:18 189:3
190:17 192:11
195:4
**duly** 6:8 231:10
232:5
**dupe** 175:9 178:6
**duped** 140:23,24
140:25
**dupes** 103:12,13
131:23 175:4
181:25 186:9
192:19
**duping** 178:1,2,5
195:18,20
**duplicate** 163:9,10
**duplicated** 177:19
**duplicates** 93:7
135:20 140:19

177:14
**duplicating** 133:2
**duplications**
160:22 175:7
**duplicative** 103:10
132:10,20 135:1

**E**

**e** 2:1,1 3:1 6:1,1
88:15 233:1,1
**e-mail** 4:6,8,10,14
4:16,18,20,22 5:5
5:7,9,11,13,15,17
5:19 9:8 15:5,14
16:8 17:11 18:5,8
22:13,14 27:12,14
29:19 30:14,18
31:1,9,16 32:7,19
32:21 33:15 34:11
35:11 37:18 39:1
41:13,23 43:11,23
43:24,25 44:3,16
44:17 45:2,10
54:7,8,24 55:11
55:14,19,21 56:6
56:13,17,19,25
57:6,15 59:5,8,19
60:3 61:8,11,15
61:17 62:1 74:3,6
74:19 75:23 76:8
76:9 77:7 78:11
79:4,15 80:7
81:11,25 82:12
83:2 84:5,7 87:2
92:12,23 93:1,12
97:13,18,21 99:2
99:4,6,9,10,12,13
99:16 108:10
111:5,7,8,16
112:21 116:25
117:2 118:7,18
120:10 121:23
122:8,12 125:1,25
126:12,16 128:21
129:25 130:9,17
136:6 139:6 144:5
145:5 147:2

152:21,24 154:11
154:21 155:15,19
156:4 157:7,18
159:15 175:10
178:10,19 179:23
181:7 185:10,14
185:15 186:15
188:9 209:2
215:23
**e-mailed** 17:7
35:17 74:19
**e-mailing** 22:18
**e-mails** 31:17,20,21
33:14 36:6 40:3
41:21 45:16 57:23
58:3,4,6 60:15,22
63:2 64:11 102:16
122:14 128:8
137:5 163:18
178:21 179:2
181:6 220:14
225:22
**earlier** 20:1 31:8
47:19 54:9 77:18
80:16 82:11 87:24
88:5 96:8 103:21
111:6,7,8 113:5
116:20 128:8,15
138:18 144:8
163:3 166:11
174:17 178:18
182:7 186:1 199:5
201:22 203:13,16
205:2,10 214:2
218:11 220:18
223:25
**early** 157:6
**earth** 223:2
**easier** 54:20
**easiest** 12:5
**easily** 7:17,21
218:19
**EASTERN** 1:2
**easy** 222:17
**easysweeps.com**
198:8
**eat** 48:24,24

**edit** 182:13
**educated** 85:17
90:1
**effort** 131:16
132:15 147:4
**eight** 66:9 116:16
116:17 186:21
**Eighty** 137:7
**either** 26:23 60:23
88:13 144:14
155:12 188:8
223:1,25 231:12
**elaborate** 41:12
146:15 183:1
**elapsed** 220:23
**electronic** 105:3,4
106:4,9
**electronically**
56:12
**elevate** 194:1
**elevation** 193:24
**eliminate** 135:1
**ELIZABETH** 1:8
**else's** 178:3
**employee** 14:9
**employees** 14:7
**employment** 12:10
**empty** 154:24
**Enclosed** 234:7
**ended** 95:7 122:23
**ends** 197:8
**engage** 40:10
**engaged** 40:5
**ensure** 92:21
**enter** 188:13
189:16 233:4
**entered** 101:6
174:19
**entire** 197:22
**entirely** 45:5
117:21
**entity** 64:25 171:7
**equally** 215:21
**errata** 3:13 234:7,8
234:9,10,11,12
**Esquire** 2:2,6,11
234:2,22

**essentially** 178:20
186:1 188:13
196:19 215:20
229:2 230:2
**established** 167:16
195:14
**estimate** 218:16
et 1:8
**event** 231:12
**everybody** 192:16
**evidence** 45:20
123:22 125:19
128:3 184:21
208:3 209:14
224:9
**evolution** 86:22
**exact** 69:16 126:16
154:11 180:13
**exactly** 27:12 60:4
60:8 78:1 127:11
182:1,4,5 208:14
**Examination** 3:4,5
3:6,7,8,9 6:10
164:25 202:4
212:14 219:11
224:21
**example** 16:17
21:15 30:5 31:8
32:18 43:9 46:12
51:13 106:12
120:16 142:24
160:20
**examples** 154:16
**Excel** 43:8,9,10
177:11 198:10
**excess** 218:18,20
**Excuse** 165:19
214:5
**executed** 217:2,11
**executing** 216:14
**execution** 69:8,13
**Executive** 1:16
**exempt** 92:17
**exhibit** 4:3,5,7,9,11
4:13,15,17,19,21
5:2,4,6,8,10,12,14
5:16,18,20,22

52:21,22 54:4,6
55:23 58:21,22
59:4,5 61:3,7,18
62:5,6,9,12 63:9
65:4 67:17 73:6
73:13,20 75:5,17
75:22,24 78:2
79:5 81:9,12,21
82:1,14,18 83:11
92:7 97:9,12
98:22 99:1,4
104:2,3 105:12
107:9 108:19,22
108:24 109:16
114:22,23,23,24
116:14,19 117:23
118:6 120:7
121:11 122:11
124:9,14 125:24
125:25 128:7,8,11
128:20 139:5
146:14,23 147:1
148:17,19 154:2
154:10 157:1,2,7
158:1,1,2 159:10
162:18 178:9,14
178:20 208:22,23
210:11 216:2
219:13
**exhibits** 4:2,24 5:1
118:3 124:15
153:23 160:21
175:3 220:15
225:2,18
**exist** 6:25 222:9
**existed** 36:2 103:15
150:10
**existence** 150:10
**existing** 26:23
132:19 133:9
134:3 139:1
141:23 150:21
166:12 167:4,12
200:7
**expand** 46:25
**expect** 48:11
**expected** 135:20

**expensive** 23:6 42:1
**experience** 39:16
39:17,19,22 42:24
45:13,18 49:2,23
52:8 75:11 80:3
81:7 90:15 143:16
145:24 151:6,8
155:16 212:6
**experienced** 49:20
**expert** 168:1,3,6,9
169:11 175:24
211:15,24
**Expires** 232:17
**explain** 20:16 25:2
115:22 131:18
134:8 184:18
193:1
**explained** 63:24
73:2 78:23 89:4
166:11 200:18
203:13
**explaining** 79:1
90:21
**explanation** 157:15
175:6,11 177:18
**explicitly** 200:24
**exploded** 215:5
**express** 143:12
166:9,14
**expressed** 167:1,7
167:15
**expressing** 143:17
**expressions** 199:5
**expressly** 3:21
**extend** 55:9
**extent** 70:7 150:15
211:2
**extra** 92:20 93:17
136:10 138:11
**extremely** 96:19
161:16
**Eyes** 104:14

___

**F**

**face** 26:15 179:18
223:2
**fact** 57:22 98:5

105:15 106:18,23
113:20 116:14
122:22 123:3,15
123:15,22 124:2
125:13 127:5,13
137:24 139:23
163:1 188:21
189:17 206:17
**factors** 6:25
**facts** 128:3 184:21
220:11 233:21
**factual** 64:8 68:14
174:22 218:5
223:7
**fair** 7:18 8:14,15
13:2 15:8,18
18:11 23:17 25:1
26:21 33:5,10
34:6 39:10 40:4
44:22 47:6 60:8
67:1 68:15 69:9
74:2,24 77:17
80:6 83:8 87:8
96:20 100:19
109:9 115:9 144:6
153:7 186:3,4
191:19 206:13
210:4,14,19
**fairly** 94:23
**falls** 33:12
**false** 115:6 219:3
225:19
**falsifying** 183:3
**familiar** 83:13
**family** 32:11
**far** 35:7 74:11
78:16 136:5,6
150:20 155:2
205:24 208:3
213:16,19
**fashion** 161:11
**favor** 94:20
**feasible** 198:5
**February** 5:7,9,11
5:13 121:10 122:8
122:12 124:20
125:25 128:9

232:17
**federal** 6:16 30:24
166:25
**fee** 122:6
**feed** 59:15,15 112:2
112:8,8 121:1
129:3 136:9
157:15
**feel** 17:22 57:2
105:10 138:3
193:20 226:22
**feels** 137:1
**fees** 135:23
**fellow** 27:24,25
28:3 29:20 58:1
**FF** 232:18
**figure** 127:7 158:8
164:21
**file** 10:5,8,9 35:21
43:8,9,10 92:21
97:25 99:20 105:1
105:12 107:4,16
108:6 133:3 134:5
134:8,21 135:10
135:13 136:3
137:6,9,16,17
158:6,7,20 159:4
161:13 162:18
186:7,13 208:19
210:10,13 222:18
223:20 226:13
227:14 228:6,9
**filed** 214:25 227:2
228:8
**files** 35:23 36:6,7
99:19,21 119:2
139:16 147:6
186:11,12,13
223:9 226:12,17
**filing** 222:19
226:12,15 227:20
227:25
**fill** 57:5 157:9
176:4 196:8,11
206:22
**filled** 56:2 141:17
141:25

**filling** 141:22 222:1
**fills** 154:17
**filter** 17:2
**finally** 56:1 120:25
121:16 122:11
**find** 11:17 173:16
183:10 201:10
226:25 234:7
**Finding** 17:17
**fine** 17:22 23:24
24:1 30:24 51:23
161:22
**finish** 7:25 8:10
60:12 136:14
137:19 138:6
**finished** 8:14
164:22
**fire** 76:5
**firm** 56:15
**first** 6:8 7:11 39:19
43:17 44:6 56:24
58:10 59:4 60:5
61:7 63:1 67:15
67:21 71:18,23
73:21 76:6 79:9
87:3 92:25 93:13
97:23 105:18,18
105:20,23 106:5
106:21 109:24
115:5 116:25
117:1 121:11
122:17 124:22
125:13,24 129:16
130:25 131:11,12
136:16,17 139:5
139:16 149:9
150:14 158:11
159:14 165:12
178:11,21 179:23
197:8 202:1,2
203:12
**firsthand** 115:5
182:23 183:16
184:2,7 197:21
198:13,16 207:10
**fit** 31:21 56:13
**five** 25:11 26:22

27:24 88:19 96:10
99:21 120:20
**five-minute** 147:22
**fix** 133:3
**flat** 122:6
**flip** 53:2 56:23
92:25 156:3
**flipping** 56:9
**Floor** 2:3 234:3
**floppy** 36:13
**Florida** 1:18,21
2:13 6:23 88:10
88:11 99:18 231:4
232:17 234:10
**follow** 51:21
**follow-up** 201:25
202:3 224:18
**followed** 63:5
**following** 13:19
24:17 41:1 59:11
67:8 114:9 116:25
123:13 148:4
156:11 233:7
**follows** 6:9
**football** 181:6
**foregoing** 231:7
233:21
**FOREMAN** 2:11
**forget** 60:12 214:17
**forgot** 92:14 116:21
**forgotten** 214:22
**form** 46:9 70:20
74:2 75:18 83:6
104:24 105:15
106:24,24 113:9
134:21 141:18,22
166:16 168:16
169:21 170:6,25
171:8,14 173:22
175:14,15 176:15
177:15 189:6,24
190:3 191:24
192:7,18 193:16
220:12 222:21
223:13
**formalities** 7:9
**format** 56:12 98:2

106:22,23 108:18
136:8 137:9
156:23 161:13
**formed** 82:2,8,19
82:24,25
**forms** 102:11 113:6
155:3,4 156:7,12
**forth** 120:8 121:15
211:10 226:10
**forward** 36:25 37:5
37:7 234:9
**forwards** 37:11
**found** 77:15 213:2
**foundation** 200:14
201:1
**four** 65:13 90:9,12
90:13
**fraud** 215:20
**fraudulent** 145:4
146:21 183:6
190:11,16,20
202:19 207:3
219:4
**fraudulently** 91:12
156:1 162:19
206:24,25
**free** 57:2 137:18
188:14,21 189:16
189:17
**free-lance** 14:10,12
**frickin'** 138:4
**Friday** 208:12,14
**FRIEDMAN** 2:11
**frivolous** 221:10,11
221:23 222:19
226:12,15,19
227:14,22 228:6
**front** 107:17
**FTC** 35:24
**FTP** 35:12,13,14,19
35:21 36:7 37:19
56:15 98:17 209:3
**fucking** 223:2,10
**full** 43:6,25 44:2,4
44:19,21 75:15
77:7,11,18,22
78:2,5,7,16 83:1

108:1 111:12
173:19
**funny** 145:2
**furnished** 234:12
**further** 155:1
164:17 219:8
229:9 231:10,11
**future** 81:4

## G

**G** 6:1 233:1
**garnered** 52:9
**general** 34:23
165:12,23 216:4
222:19
**generally** 15:2
30:12 31:5 45:14
**generate** 19:19
24:8 42:21 80:21
80:24 135:6 155:5
**generated** 23:21
80:17 184:19
**generating** 21:14
24:18
**genuine** 51:16
**genuineness** 78:15
**get-relief** 20:10
**getting** 21:16,18,21
46:6 48:18 84:2
91:2 93:5,25 94:1
95:23 129:4
131:12 138:22
143:19,19,20,22
145:23 147:23
178:24 191:1
216:2 229:6
**GetYourGift.Biz**
106:14
**gigabytes** 161:14
**give** 6:4 8:9,12,14
30:9 33:21 46:20
54:6 57:2 58:21
124:13 126:11
136:12 144:20
161:8 164:23
169:1 191:23
192:6,14 213:5

215:25 222:7
**given** 7:9 45:6
84:17 109:11
139:16 182:8
205:3 210:22
211:3,19 212:3
214:21 215:22
**gives** 193:1,2
**giving** 8:24 16:19
93:9 132:15
141:23 151:2
169:14 174:10,11
**go** 11:21,25 12:21
19:2 23:12 27:16
27:20 28:19 29:4
29:11,16,18 35:10
46:21 48:22,23
50:17 66:21 73:15
76:5,25 92:10
119:21 120:7
121:20 125:24
128:19 131:21,22
136:16 142:20
146:14 155:3
157:5 160:23
167:8 168:12,21
168:22 176:3,4
184:5 192:20
193:5 196:2,13
197:7 198:17
200:18 202:1,2
222:17,25 226:5
229:20
**goes** 44:5 47:20
49:1 120:19 161:1
168:11 170:15
175:18 179:7
188:17 194:5
203:19
**going** 12:8 28:11,12
31:2,5,24 32:2
33:6 41:9 45:6
54:6 61:1,19 62:4
68:11 72:1 73:12
84:8,13 89:13
90:24 94:12 95:1
99:10,14 104:1,1

104:5 106:16
116:18 117:25
118:1,23 120:6
121:13 122:4
124:12 129:7
131:23,23 133:22
137:12,16 138:11
140:7 147:4 149:8
153:22 154:23
156:22,25 157:21
164:20 167:14
171:21 172:10
177:10,19 178:11
179:1 180:21
186:14 192:16
195:9,10 206:21
213:5 215:11,15
221:21 224:7
229:17
**good** 24:5 47:20
75:25 78:22 103:2
103:7,14,19 122:2
128:16 129:13
164:23 187:10
192:25 193:9
222:4 229:11,12
229:19
**googled** 212:24
215:1 226:24
**gotten** 86:16 91:8
220:23
**government** 119:17
**grab** 159:4,4
**grace** 119:7
**graduate** 11:23
**grand** 119:16
120:20
**grass** 227:5
**great** 141:16 145:8
179:16 180:23
**group** 53:5 64:25
65:11 204:19
**guess** 18:24 21:4
32:1 36:23 43:2
68:6 74:15 85:17
90:1 150:15
184:11

guessing 8:22 24:14
  43:25 145:12
guy 37:2 136:25
  161:11 176:20
  192:20 198:25
  227:4,5,5,5
guy's 57:25 58:4
guys 131:15 137:13
  144:14 197:18

**H**
half 13:1 23:3
  27:22 53:17 85:1
  103:5
halfway 159:10
Hampton 6:23
hand 231:13 232:7
handles 136:25
hands 93:24
happen 33:23,25
  34:1 94:7 158:19
  206:21
happened 25:5
  32:24 33:19 34:2
  145:18,19,20
  147:5 175:13
  198:9,14 217:15
happens 33:24
  40:25 187:4
happy 102:2,2
  131:10 198:17
harassed 193:25
harassing 175:15
  175:16 193:18,20
  193:21
hard 7:4 100:17
hating 198:17
he'll 20:13
head 7:16,18 10:11
hear 47:22 48:11
  214:3,5
heard 145:19
  165:13 166:9
  184:13 212:20,22
  214:16
hearing 7:4
help 28:10 76:23

94:15 121:1,22
  126:10 127:2
  130:4,21,25
  131:14 134:2
  138:10,14 155:9
  155:10 191:8
helpful 126:11
helping 28:8
helps 94:14
hereof 231:9
hereto 3:19
hereunto 231:13
hey 28:22 29:22
  31:1,15,21 46:11
  46:18 51:13
  116:21 127:6
  178:24 198:22,25
hi 99:16 118:22
  121:11 122:17
  125:6 126:19
  137:15 154:23
  156:12
high 6:23 11:21,22
  16:14 47:16 155:5
higher 16:14
  131:16
highlighted 159:11
  159:13
hire 16:5,7,25
  17:12 18:4,8 25:3
  25:13,24,25 26:1
hired 37:14
hiring 15:20
history 12:5
Hold 190:1 193:15
  224:8
holds 135:11
home 222:1
homeowner 22:7,8
  25:10
honest 8:17 23:22
  57:24 186:12
  219:24
honor 121:18
hook 193:2
hope 23:15
hopefully 93:16

94:1 138:13
hours 99:10,13
http 126:22
http://www.cook...
  159:23
huge 161:15,16
hundreds 187:13
  206:1 210:20
  212:1 213:1,1
  223:22,22 226:14
  227:1,2,3
hygiene 30:21
  36:24 37:9,10
  59:18 86:20,25
  112:14 134:22
  144:8 148:7
hygiene-ing 78:19
  87:17 113:4,6
  144:5
hygiened 86:1
  154:25
hygienes 28:12
hygienic 20:17 28:3
  76:20 77:3,5,6
  112:16
hypothetical 169:9
  169:23 170:7
  171:15 172:16
  176:17 184:21
  190:4 191:25
  193:17 194:16
  202:7

**I**
i.e 31:19 37:18
idea 91:16 114:10
  134:13 140:7,9
  157:20 165:8,8
  182:17,21 187:21
  193:25 197:4
  201:2 204:17
identical 106:9,12
  106:17 107:20
identically 105:21
identification
  52:23 54:5 58:23
  61:4 62:7 73:7,14

92:8 97:10 98:23
  104:4 113:24
  117:24 118:4
  124:10,16 154:3
  157:3 158:3
identified 49:16
  52:16 55:4 101:8
  152:1 153:11
  163:1 203:5 226:6
identify 30:10 82:1
identifying 105:19
  106:18 147:10
identity 71:13
IL 2:8
ILLINOIS 1:1
immediately 60:6
implement 18:4
important 8:4,6,19
impossible 184:9
  185:4 207:13
  218:17
inaccurate 90:18
  110:4,17 117:12
  123:2 149:5
  152:13 155:15
include 15:19 18:16
  23:18 31:22,24
  44:6 50:25 212:8
included 11:13
  22:10 32:25 42:25
  43:4 77:24 78:7
  109:12 111:14
  113:24 152:20
  153:1,4 208:4
includes 59:15
  62:10,12 77:23
  79:5,9 85:21
  105:24
including 44:7
  148:24 149:21
  155:20 225:25
income 12:11 16:14
  16:16 17:3 18:21
  19:13 22:5 31:13
  32:10 80:24
incomplete 77:18
  78:5,16 169:8,23

170:6 171:15
  172:15 176:17
  184:20 189:24
  190:3 191:25
  193:17 194:15
incorrect 225:4,9
  225:15,16
increase 42:20
  132:15
increased 132:14
  138:18
increases 42:9
independent 30:16
  102:7
indicated 70:11,16
  71:19,24 74:21
  103:21 146:20
  158:7
indicates 77:5
  162:10
indication 97:23
  98:10 147:17
  160:9
indicative 125:12
  127:5,13,18
individual 13:16
  14:14 16:1 20:1,5
  44:23 45:6,18
  54:25 106:19
  159:18 226:5,17
individuals 31:3
  42:12 44:5 45:14
  65:14 79:7 87:19
  109:3 113:23,24
  114:17 142:9
  148:25 149:11,22
  158:16 163:3
  228:19
industry 65:15 81:8
  96:1 143:16
  155:16 196:4,23
  199:22
inexpensive 96:18
info 111:22 155:8
inform 190:9
information 8:19
  8:24 11:18 12:23

15:10,13 17:4,6
17:17 18:2 19:1,3
19:3,8,15,17,24
21:16,17,23 22:3
22:8,9,15 24:9,18
24:21 25:12 28:23
29:17,24 30:11,12
30:17,18 31:3,5
31:12,15,19 32:9
32:10 33:12 34:3
34:7,8,18 35:8,9
35:11 37:14 38:20
39:11 41:6,24
43:3 44:4,9,12,23
45:10 47:16 53:7
55:5 57:5 59:18
59:19,20 64:7
64:13,24 65:14,15
65:17 69:21,25
70:11,21 71:1,8
71:10,20,25 74:13
74:20,22,25 75:4
75:5 76:21 77:23
77:24 78:7,24
79:6,25 80:8,18
80:21 81:3,20
82:1 83:5,10,11
84:3,9,21 87:18
87:24,25 89:13,24
90:18,23 91:10,21
100:7,11,20 101:1
101:4,7,14,15
102:11 104:25
105:19 106:18
107:19,20 108:7,9
109:1,1,3,11,21
110:7,9 112:1,13
112:21,21 113:11
113:25 114:9
119:9 140:2 143:1
143:13 148:2,22
149:10,19 150:9
150:16 151:5,25
152:24 153:2,4
155:14,23,24
157:9,22 158:13
158:14,15,20

159:12,17 160:5
161:2 162:9,18
163:17 168:25
169:1 174:20
184:6 199:13
202:23 203:4
207:4,7,11 208:4
209:15,19,24
210:15,16 214:13
219:22 222:1
224:23 225:3,8,14
225:22
**informed** 101:13
109:19 110:6
**input** 217:24 218:3
218:6
**inputted** 23:19
207:5
**inserted** 101:7
**inserts** 59:11
**Inspect** 53:7
**Inspection** 53:8
**installments**
120:21
**instance** 7:13
**instigated** 219:1
**integrity** 187:2
223:18
**intend** 228:17
**intended** 73:2
101:15 155:23
228:7
**interaction** 71:18
71:23 89:11
**interest** 94:22
161:7,8 229:1
**interested** 8:21
15:9 33:1 41:20
72:17 109:20
110:6 116:3
231:12
**intermediaries**
182:24
**internal** 64:15,18
141:7 147:13
214:9 229:2
**internet** 20:6,7,8

59:15,17 76:18
82:5,6 85:21,22
90:3,8,24 105:21
112:2,8,10 157:15
159:4 196:17
226:23
**interpretation**
181:1,10
**introduced** 196:11
**invest** 155:1
**invoice** 29:25
**involved** 52:4 72:12
**involvement** 12:24
**involves** 46:12
**IP** 20:22 43:18 44:9
77:9,24 79:19
80:12,13 106:11
155:20 185:9,11
185:12
**IP/websites** 129:9
**irate** 48:18
**issue** 30:1 49:7 90:7
133:1,2 135:18
224:24
**issued** 55:6,15
**issues** 49:4 63:25
130:5,22 131:12
136:5,7 155:12
**items** 31:24

---

### J

**J** 2:11
**Jamie** 136:25 137:1
137:5,15 139:12
143:11,16 147:2
**January** 5:5 118:7
118:14,20 119:11
120:3,11
**Jason** 65:17 66:1,3
74:3,4 75:24,25
75:25,25 92:12,13
93:1,13 99:7,12
99:22 116:20,21
117:2,6,12 118:19
118:22 120:9
121:3,5,6,11,12
121:23 122:15

125:1,3,6 126:2
126:11,16,19
127:6 128:15,22
129:1,9,13 130:20
136:25 137:15
154:11,22,23
155:15 156:10,12
172:10 178:25
190:9,12
**Jason's** 117:7
120:15
**Jean** 1:20 231:20
232:16 234:18
**Jeff** 11:18 20:2,4,5
21:2 46:5,7 59:16
112:9 159:8 196:2
196:18 198:1
215:25
**JEFFREY** 2:6
**jeopardize** 52:5
**job** 226:8 228:1
**jogged** 220:14,25
**jogging** 225:1
**John** 160:24
**join** 167:19 168:19
169:10,22 170:9
171:2,16 173:4,23
176:16 189:7
190:5 192:2,9
193:18 194:18
200:13 222:22
**joint** 199:15
**joking** 181:12,18
**Joseph** 14:19
**jpeg** 61:25
**jrader@TSNcor...**
99:22
**July** 5:15,17 128:12
128:13 129:25
130:10,14 136:19
136:20,21 139:17
147:1,6 231:14
232:8 234:1
**jumps** 104:16
**June** 1:14 233:3

---

### K

**Katz** 11:18 20:2,4,5
21:2 59:16 84:4,5
84:7,10,16,19,21
84:23 85:8 88:20
89:12,17,25 90:2
90:8,15,18 91:11
91:14 101:2 112:9
113:19 148:22
149:20 159:8
182:15,18,22,25
196:2,18 198:1
204:6,9,13
**Katz'** 88:6
**keep** 93:19 102:2,2
160:14 170:13
177:10 195:9
198:18
**key** 101:25 102:2
**kidding** 181:4,5
**kids** 25:10,11
**kills** 227:6
**kind** 9:19 14:9
17:24 18:15 27:1
27:13 28:22 33:3
43:3 82:3 102:3,4
104:19 145:2
162:1 166:17,19
183:13
**kinds** 28:24
**knew** 46:6 66:3
70:4
**know** 8:8,20,21,25
9:2 10:11,12,14
10:17,24 12:13,21
15:7,16 17:18
18:22 19:14,16
21:2,13,20 23:7
24:1,13 25:9,23
25:25 26:2,3 28:4
28:4 30:3,4,18
33:18,18 39:18
41:20 42:4,10,14
42:15 43:8 46:13
47:22 48:1,14,22
50:6 52:3,7 62:23
65:10 68:11 69:16
69:16 70:3,3 71:9

71:12 72:4,6,13
73:11 76:4 78:16
79:23 80:4,5
83:15 84:4 86:24
87:15 88:5 89:2
92:1,2 97:18
101:23 102:15,18
103:5,24 104:9,17
104:22 108:12
109:8 110:10,11
110:19,21 114:7
115:7,10,11,17
116:8,11 119:5,13
125:8,13,18
126:22 129:3
136:13 138:22
140:6,8,22,23,25
142:24 145:3,11
145:12 146:13
150:15,16,19
156:7,9,13 158:12
161:17 163:25
164:2,5 165:9,11
167:20 172:17,20
173:6,6,16 174:25
175:1,2,18,23
177:21,22 178:1,2
178:16 179:8,15
179:18 180:22
182:17,22 183:25
184:9,15 185:13
185:25 186:14
188:23 191:15
195:9,10 197:6
199:23,25 201:20
201:21 202:23
203:11,15 204:1,6
204:7,9 205:3
207:13,15,15,16
207:19 210:6
212:16,19 213:8
213:12,17 214:24
214:25 215:19
216:21,22 218:9
218:11,14,15
223:16 224:12,14
229:13

**knowing** 75:7
141:14
**knowledge** 8:20
42:17,18 47:4
49:9 60:1 77:2
90:18 100:14
110:3 113:18,22
115:5 150:21
163:12,14,21
166:2,5,20,24
167:2 170:8 173:8
173:11,12,19,24
177:6 182:23
184:2,7 190:6
191:7 195:18,24
196:1 197:10,21
198:13,16 201:5
201:12 205:14
207:10 210:22
213:24 217:7,21
218:2,4,8 220:23
221:3 223:15,18
224:23
**known** 65:14 88:6
181:4 216:7
**knows** 26:19,19
52:4

## L

**L** 3:17 234:18
**Lachnicht** 52:10
65:16 66:7 67:10
67:22 68:1,8,15
68:18 71:5,9,19
71:24 73:1 74:6
74:18 75:24 76:9
76:12,17 81:19,24
82:15 83:4,11
91:20 97:14 105:4
109:19,24 110:5
111:21 114:15
118:19 120:9
122:14 126:3
129:25 130:10
139:7 143:12
144:19 154:5,22
178:21 179:24

186:19 187:1
191:2
**Lachnicht's** 104:17
**lack** 47:17 200:14
201:1
**land** 111:1
**language** 39:13
168:12 170:16
192:6 211:22
212:8
**laptop** 104:5
**large** 1:22 10:14,14
56:14 137:16
206:11
**larger** 28:15 36:7
**largest** 132:25
**lasted** 191:13
**late** 55:16
**law** 2:2 40:18 56:14
128:3 133:19
165:24 211:6
226:4 231:10
234:2
**lawn** 227:6
**laws** 172:7 215:2
**lawsuit** 10:1 55:5
63:25 148:24
149:21 219:1
226:12,13,18,20
**lawsuits** 215:5
221:10,11,23
222:15 223:3,8,9
223:20,22 226:14
226:14 227:1,2,3
227:14,21,22,25
228:6,9,10
**lawyer** 211:13,24
**lead** 12:19,24 24:8
24:20 30:17 35:8
42:25 43:6,6,25
44:3,4 51:16
59:16 64:13 65:15
68:19,23 69:4,10
69:14,25 70:11,15
70:19,21 71:1,8
71:20,25 89:13,24
91:11,15,21 96:15

101:1,5,8,14,15
102:11,15 108:17
109:20 110:7
112:8 114:8,17
121:1 124:4
127:20 129:2
134:21 143:13
147:12 148:4
150:17 151:25
152:17 153:8
154:7 160:14
161:10 174:18
183:18 184:19
193:7,11 196:15
202:8,9,24 203:6
203:10 205:25
208:4 214:10
225:14,22 226:7
228:19 229:5
**lead's** 112:13
**leads** 30:4 42:12,21
42:24 43:4,5,11
43:14 45:24 49:5
51:9,14 76:6
85:22 87:25 93:6
94:1,13 95:1,8,14
95:19 96:1,6,9,16
96:18,18,23 97:3
97:5 98:6,13
100:1,12,21
102:22 103:10,10
107:6 113:19,20
123:16 126:8
127:3,7 128:16
129:5,13,17,18
132:6,14,14,18
133:6,8,9,22
136:25 138:23
139:1,1,17,20
140:15 145:16,21
146:1,5,8,18,19
146:21 147:11,14
147:19 151:7,9,11
151:22,23 154:15
155:19,24 163:13
163:22 164:11,14
181:21,23,24

191:9 196:14
197:7 202:19
203:16,19 204:10
204:13,22 206:7
206:18 210:17
212:7 214:9 218:9
218:14,24
**learn** 71:15 173:16
**learned** 66:5
**leave** 168:13
**left** 135:3 215:23
**legal** 150:19 168:18
169:9 171:15
174:11,14 200:11
**legally** 42:11 142:4
**legitimacy** 47:11,18
49:5 182:9
**legitimate** 46:19
129:18
**legitimately** 46:11
48:15 49:15 87:18
88:1 101:6 203:18
**let's** 16:17 25:5,6
43:8 58:21 67:14
109:15 111:24
114:21 116:18
122:11 128:7,14
128:19 146:23
148:16 177:1
178:9 187:7
191:15,15 196:2
224:16
**letter** 3:14 22:17
41:17,22 106:6
234:12,14
**letters** 23:3 105:7
**level** 17:3 22:5
32:10 155:25
**levels** 22:9
**Lichnicht** 50:5
**lieu** 72:18
**liked** 82:20
**likelihood** 42:20
**likes** 161:9,9,10
**limit** 31:18 225:13
**limitation** 225:15
**limitations** 225:8

**limited** 38:22
**line** 87:12 94:10
  97:14 105:18,21
  106:17 107:10,11
  107:21 119:19
  140:4 141:19
  159:11,13 164:12
  164:15 173:8
  203:9 224:16
  233:8
**lines** 111:1 137:21
  200:25,25 201:8
  233:5
**link** 11:4 97:20
  99:16
**links** 209:3
**list** 5:3 17:21 19:8
  19:11 20:18 22:12
  22:19,20 23:4,7,7
  23:18,22,23 24:12
  25:4 28:5,6 30:22
  31:20 32:18,22,25
  40:15,16 41:6
  49:21,23 50:1,12
  50:14,20,22 51:2
  51:4,7,8 52:14,16
  59:22 65:16 66:11
  67:11 68:18,20
  69:5,11,15,21,25
  70:12,16,22 71:2
  71:9 74:19 80:18
  83:8 84:13 86:2
  86:18,25 87:5
  89:14,21 90:6
  91:4,11,21,24
  95:9,14 98:3
  100:8,12,21 101:5
  101:8,23 102:19
  102:20 104:23,25
  107:1,5,6 108:17
  109:1,19 110:23
  112:2,24 113:14
  114:17,24 115:2
  115:11,13,23
  116:3 118:20
  119:10 120:15,17
  122:23,24 123:5,8

123:14,17,18,19
123:24 124:4,22
125:15,22 126:8
127:2,7,14,24
133:9,23 134:10
134:14,21 139:2
141:22 142:6
143:4 144:14
147:4,13 148:23
148:25 149:12,22
150:3,6,11,18,25
152:6,14,17,20
153:8 154:13
155:3 166:25
169:7,25 170:5
172:9,25 173:25
176:13,14 178:22
179:2,5 182:11
183:14 186:5
189:22 191:9
195:15 196:8,19
198:7 200:19,22
203:23 209:7
215:9,11,12 221:6
221:7,15,17,18,19
221:22 222:6,9,14
224:4,13,15 227:9
227:13,13 228:6,8
228:13,14,17,25
229:3
**listed** 76:3 80:6
  114:18 205:24
**lists** 19:5,5,18
  20:18 22:10 50:13
  50:23 59:17 86:1
  86:3 91:15 100:20
  101:1,5 102:15,19
  113:5,23 114:3,8
  115:21 117:19
  118:11 123:23
  124:3,5 127:15,20
  143:23 144:6
  147:12 148:4,7
  150:17 151:25
  152:2 153:11
  154:8 174:18
  175:25 176:1

183:18 202:8
204:2 205:25
214:10 215:19
226:7 228:19
229:6
**Lists'** 108:8
**litigant** 215:22
**little** 92:20 94:19
  118:10 128:11
  164:24 165:11
  213:5
**live** 33:2
**lived** 88:9 213:17
**lives** 213:11
**living** 25:20 215:13
  222:4 224:1
**LLP** 2:7
**loaded** 163:22
**Lobster** 193:2,5
**locate** 160:6
**located** 67:5
**lodged** 59:12
**log** 199:9
**logged** 39:6 41:18
  199:12,12
**long** 9:3 13:12
  14:11,13 50:9
  52:3 63:15 69:13
  69:17 89:23
  102:18 103:4
  121:16 171:9
  201:17 214:15
  218:10
**long-time** 25:22
**longer** 66:12
**look** 28:9,23 37:5
  43:2 46:22 53:16
  54:12,21 61:6
  63:8 68:23 73:20
  75:12,22 76:1
  83:14 99:1 105:2
  105:17 106:11
  107:16 111:24
  114:21 116:14,18
  116:19 117:1
  118:18 119:18
  122:11 124:18

126:15 128:7
129:24 130:7
139:11 148:16,19
153:15 158:11,19
158:21 178:10
179:8,14,17 180:1
180:15,22,24
181:17,20 189:4,8
205:18 211:1
212:1,17 220:18
226:5
**looked** 11:9,17
  55:18,23 62:11
  65:4 108:18 111:6
  111:7,8 125:8
  128:7 147:2
  152:16 195:21
  201:13 208:1
  225:22
**looking** 10:6 15:3,5
  15:12,13 16:18,21
  18:12 19:1,2 23:2
  26:1 31:6 32:25
  33:14 58:3 59:3
  67:13 72:23 74:13
  74:16,22,24 75:4
  75:17 76:8,13,18
  76:20 77:5,13
  79:5,24 80:1,2
  82:2,3,9,16,17
  83:1,21,24,24
  87:1 101:14
  105:11,12,14
  106:22 108:4
  110:23 118:6
  151:21 159:10
  160:25 181:3
  205:5 207:20
  211:21 220:16
**looks** 54:7,24 55:25
  60:5,6 74:1 75:10
  76:19 94:23 99:9
  105:16 111:9
  121:13 128:21
  129:8 136:10
  139:19 159:19
**loop** 177:9

**lot** 7:9 18:22 21:10
  30:2 32:2 35:25
  36:15 68:10 91:2
  91:3 96:7,21
  113:5 145:14
  176:1 189:12
  202:6 211:5 214:2
  215:6 218:17
  219:14 222:15
**lots** 227:14
**loudly** 7:20
**Louisiana** 99:18
**low** 94:20 96:3,4,19
  130:24
**lower** 131:1
**lowest** 120:16
  121:19
**lucky** 94:3
**lying** 220:9

**M**

**M-o-n-g-i-o-v-i**
  6:21
**MA** 2:3 234:3
**ma'am** 213:23
  218:17
**Mac** 29:8,9
**MacIvor** 2:11 3:7
  9:10 73:8,10
  164:20 167:17
  168:15,19 169:10
  169:22 170:9
  171:2,11,16 173:4
  173:23 175:15
  176:16 189:7
  190:5 192:2,9
  193:18,23 194:18
  200:13 202:2
  212:13,15 215:14
  215:17 216:11,13
  219:8 222:22
  224:20 229:11
  230:16 234:22
**mail** 22:17 23:1
  30:19,19 38:24
  39:1 83:2 101:16
  101:23 108:10

109:21 111:22
152:8 188:8
225:14
**mailed** 36:10
**mailing** 34:10
59:20 112:21
**maintaining** 48:3
**major** 52:3 196:7
223:23,23
**majority** 26:22
**making** 18:22
58:19 78:22
123:23 146:19
161:22 192:11
206:25 207:3
215:6 222:14
**malformed** 140:5
140:17
**malls** 196:7,11
**man** 129:4 196:20
197:8
**managed** 97:5
**management** 13:11
**manipulate** 155:2
**manipulated**
176:22 198:3
206:10 215:19
**manner** 8:7 17:1,1
100:11 108:8
150:12 163:12,22
206:11
**March** 5:19 105:7
154:10,11,22
156:4
**margin** 34:23 35:1
**mark** 52:20 58:21
61:1 62:5 92:6
104:2 117:25
118:1 157:1
181:17
**marked** 52:22 54:4
54:13 58:22 61:3
62:6 73:6,13,20
92:7 97:9,12
98:22,25 104:3
117:23 118:3
120:7 124:9,16

130:8 154:2 157:2
158:2
**market** 26:11 35:1
138:12
**marketing** 12:12
12:17,25 13:17,25
15:23,25 19:25
25:18 26:16,17
38:8,20 39:11
53:5,13 64:25
65:11 66:12 181:1
**married** 18:21
19:14 25:10
**Martin** 2:7
**master** 59:21
112:23 141:8
**match** 186:22,22
228:15
**matching** 145:6
195:25
**Matt** 164:20 230:17
**Matt's** 164:22
**matter** 37:6 57:22
64:24 176:9
234:15
**matters** 104:22
**Matthew** 2:2,2
165:2 234:2,2
**McCue** 2:2,2 3:5,8
47:12 49:18 52:19
80:9 88:3 100:15
100:23 101:10
103:17 114:5
115:15 117:10,14
128:2 129:21
142:15 144:2
146:2 148:8,10
149:15 151:15
153:19 162:15,22
165:1,2 166:18
167:22 168:20
169:12 170:1
171:17,21 172:2
172:18 173:7
174:2 175:16,20
175:22 176:8,11
176:19,21,23,25

177:3,8,17 178:14
178:15 184:24
185:1 189:10,13
190:8 192:5,12,22
193:20 194:3,19
195:19 200:16
201:4,23 202:6
203:16,25 207:2
207:14 211:5
215:8 219:9,12
220:20,24 221:1
222:24 223:14
224:17 226:11
229:1,12 230:18
234:2,2,6
**McCue's** 203:9
**McDonald's** 29:7,8
29:10
**mean** 12:22 22:16
25:21 37:6,25
38:3 39:4,22
47:15 48:9 51:11
74:5 77:4 82:10
89:16 92:5 103:9
111:5 115:7
141:19,20 143:2
145:13,14,15,21
176:20 180:19
181:13 186:15,16
188:23 199:6,19
199:22 200:2
203:5 204:22
213:16 221:11,12
227:24 228:8
229:16
**meaning** 16:13
32:16,17,17 132:2
179:10
**means** 8:16 20:17
38:4 59:18 82:13
84:4 86:1 95:3
112:20 131:18,19
139:7,15 140:6,22
141:1,21 167:3
181:2 220:8
229:18,20
**meant** 127:11

129:3 149:16
180:5 205:11
**medication** 7:6
**member** 14:22,25
**members** 21:8
**memory** 64:8 70:20
116:7 188:3 217:9
220:10,13,25
225:1
**mention** 44:2 164:8
**mentioned** 20:1
22:2 31:8 43:23
46:16 96:8 109:25
113:5 128:15
134:6 147:3 158:6
199:18 200:17
201:22 203:16,25
205:25 206:15
207:2,9,16 221:7
227:9
**merely** 203:9
**merit** 222:20
**messages** 149:2
152:2
**met** 165:2
**method** 32:14
38:12 39:10 41:13
45:19,21 102:7
**methods** 22:16 32:6
38:23 44:25 45:15
82:13,19 114:2
**Miami** 2:13
**middle** 61:6 124:25
129:4 139:5
154:21 183:14
196:20 197:8
**midway** 120:11
**million** 47:2 98:16
125:2,14 137:6
145:10,10 191:15
191:18,18,20,20
191:22 192:3,14
203:16,19 218:18
**millions** 40:2,2,3
145:21 146:8
177:4,5,5 185:19
185:19 197:14,14

**mind** 105:9 109:15
128:20 129:16
166:15 176:3
183:8 192:5
193:10 196:18
215:10 230:9
**mine** 12:17 173:5
**minute** 58:25
114:14
**minutes** 53:2 61:14
105:10 109:16
193:3
**mischaracterizes**
167:17 168:17
192:8 194:16
224:9,10
**missing** 78:10
140:9
**Misstates** 128:2,3,3
**mistake** 88:24
**mistaken** 181:22
195:23
**mistype** 229:23
**mistyped** 229:21
**mixing** 170:11
**Mm-hmm** 58:8
212:25 215:14
216:12
**moaned** 103:1,6
**model** 155:7
**modified** 129:19
**modifying** 89:8
**moment** 73:19
104:6 116:15
158:11 178:10
**moments** 49:2
**money** 18:23 23:4
91:14,24 92:3
96:24 101:21
102:1,10 128:23
129:2,7 136:15
137:19 138:6,12
176:6 215:6
**Mongiovi** 1:13 3:3
6:7,13,20 56:11
57:1 104:8 124:12
148:2 184:7 202:6

231:8 232:5 233:3
233:25 234:7,21
**month** 30:22 47:3
76:6 93:17 94:7
95:15,20,23,25
96:10 119:1,4
135:15 136:14
138:7 145:10
191:19
**monthly** 92:20
93:18
**months** 23:8,8,9
120:20 143:2
**mooch** 177:20
188:18 193:7,7,10
**moochers** 176:2
**mooches** 192:21,23
192:24
**morals** 223:19
**morning** 75:25
**mortgage** 15:4
19:15,15 22:6
32:10
**mouse** 198:10
**mouth** 25:23
181:11
**move** 88:16 182:6
**moved** 87:8 88:21
**multiple** 102:11
**Mystery** 197:6

**N**

**N** 2:1 3:1,1,17 6:1
**name** 6:19 11:6,7
11:12,13,14 14:19
20:18,22 22:12
32:18,24 38:6
43:14,17,17 44:6
50:5 57:23,25
58:5,9,10 59:20
77:7 81:3 101:9
106:2,4 107:13
109:25 112:21
141:3 158:9,12
159:14,14 160:20
160:24 162:11
163:1,6 165:2

177:22 178:3
185:5 186:22
202:22 203:17
208:5 212:21,22
216:8 220:16
226:24 234:13
**named** 20:2 54:25
57:9 136:25
**names** 5:3 10:6
23:10 31:17 40:3
79:9 80:24 87:19
129:8 131:20,25
132:2,7 138:10
145:14 177:2,5
187:5,7 195:25
206:25 207:3,7
**narrow** 33:3
**Natick** 2:3 234:3
**national** 22:23
59:22 112:23
113:10 114:18
115:1,13,19
119:23 141:17,22
147:12,20 148:25
149:12,22
**native** 56:12 105:1
105:12 106:22
107:4,16 108:2,4
108:6 208:19
210:10
**NCOA** 22:23 28:6
**necessarily** 87:17
104:8 134:11
202:21 226:19
**necessary** 168:7
234:8
**need** 9:2 27:2 29:17
29:23 31:16 34:10
46:18 48:5 83:7
92:19 93:6 102:3
105:10 110:24,25
110:25 120:23
121:21 125:8
164:21 173:9
199:23 208:24
229:20 230:11
**needed** 10:24 33:14

117:6 133:23
217:5
**needs** 102:3
**negative** 90:15
**negotiations** 97:4
**nephew** 14:19
**network** 227:5
**never** 29:8 31:24
37:13 43:9 47:7
47:18 49:4,7,10
49:12 52:4 65:6
66:3 70:24 91:13
145:19 146:22
172:22 184:13,14
184:17 190:12
207:1 216:7
**new** 11:22 12:1
26:2,17 81:24
85:7 119:6 128:11
143:4,10 187:14
206:25 207:3
**newest** 161:3
**news** 122:2
**newspaper** 20:10
**nine** 61:19 186:21
187:7
**Nineteen** 153:25
**nod** 7:16
**nodding** 7:18
**non-cell** 156:21
**nonopt-in** 41:2
43:4
**normal** 94:23
**normally** 27:21
38:4 39:3 92:15
96:5 135:13 136:8
**North** 1:17 2:7
**NORTHERN** 1:1
**Norwegian** 200:25
201:8
**Nos** 62:10
**Notary** 1:21 232:17
**note** 135:19 199:21
**noted** 233:7
**notice** 104:16
105:23 107:10
**NOTIFICATION**

3:14
**number** 22:14 25:1
28:9 31:4 32:20
32:21 40:16 44:15
45:3,10 54:21
61:19,19 73:8
77:8 78:10 86:15
86:16,19 91:5
105:24 107:24
108:1 115:24
119:23 120:18,21
132:14 140:24
145:25 146:5
147:10 148:18
153:24 156:8,13
159:14,19 162:11
163:4,7 178:2,5,6
182:8 185:17
186:23 188:14
189:16,17,20
191:8,8 192:14
202:19,22 203:17
204:1,11,14,21,24
206:11,17 212:16
**numbered** 54:19
**numbering** 54:18
**numberous** 160:23
175:19
**numbers** 5:3 23:10
23:13,18,19 24:2
24:3 30:21 31:22
33:16 54:17 74:20
79:11 82:12 87:1
87:12,15 90:22
91:2,4 93:16
101:17 102:24
104:14 109:12
111:14 113:14,15
114:18 123:21
125:2,7,15 131:12
131:20 132:1,2,7
132:24 133:25
134:14,17 135:5
135:11 136:7
137:7 138:19
139:18,21 140:4
140:12,16 142:17

143:7,7,9 144:12
144:15,21 147:5
147:10 151:10
152:20 153:5
154:14 156:21,21
186:7,12,13,21
187:8 195:25
228:18
**numerous** 132:20
203:14 226:14,16

**O**

**O** 3:1,17 6:1
**O-c-a-l-a** 88:15
**O-c-o** 88:15
**oath** 3:12 6:8 8:16
184:3 232:2
**object** 47:12 48:2
107:7 171:14
194:15 224:7
**objecting** 224:9
**objection** 49:18
52:19 80:9 88:3
100:15,23 101:10
103:17 114:5
115:15 117:10,14
128:2 129:21
142:15 144:2
146:2 148:8,10
151:15 153:19
162:15,22 166:16
167:17 168:15,16
169:8,21 170:6,25
171:8,12 172:15
173:2,22 175:14
175:15 176:15
177:15 184:20
189:6,24 190:3
191:24 192:7,18
193:14,16 195:16
200:11 201:1
215:8 220:12
222:21 223:13
224:8
**objections** 47:22
48:12
**Objects** 53:7

**obtained** 148:22
149:10,19 176:12
179:10 182:24
**obviously** 23:17
26:6 27:23 35:24
37:8 46:7 98:8
149:6 209:13
**Ocala** 88:13
**occasion** 33:11
42:23 45:23 46:17
46:22 51:3 193:24
**occasionally** 194:2
**occasions** 208:5
**Ocoee** 88:13
**odd** 213:2
**offense** 222:23
**offer** 17:23 70:14
131:14 137:17
138:7 183:16
192:25
**offered** 97:3 188:22
**offering** 172:4
**offers** 38:10
**office** 2:2 231:14
233:5 234:2,10,14
**official** 231:14
232:7
**oftentimes** 127:1
**oh** 36:15 73:25
125:21 175:1
214:18 218:19
**Ohio** 33:2 159:21
160:3 213:12
**okay** 7:8,10,22,23
8:2,25 9:2,5,8,16
9:22,24 10:3,13
10:14,16,19 11:2
11:19,21 12:2,4,7
12:9,14 13:4,7,12
13:15,19,25 14:2
14:11,14,22 15:22
16:4,6,12,17,23
17:8,22 18:20,25
19:7,10 20:1,12
20:15,25 21:4,7
21:13,22 22:1,22
22:25 23:14,25

24:6,8,11,13,15
24:23 25:2 26:11
26:25 27:15,19
28:1,19 29:1,6,16
30:8,10 32:4,15
32:23,24 33:4,9
33:20,23 34:1,6
34:20,23 35:18
36:9 37:13,17
38:7,9 39:16 40:1
40:4,8,19 41:4,8
41:16,22 42:1,4
42:10,23 43:6,22
44:18,20 45:5
46:2,24 48:8,13
48:21 49:1 50:6
51:25 53:12,13,16
53:22,25 54:6,23
55:25 56:5,9,23
57:8,15,17,21
58:20 60:3,14,20
60:22 61:1,17,25
62:17 63:15,18
65:6 66:2,5,9,16
66:19,24 67:5,8
67:19 68:1,13,17
68:22 69:3,18
70:7,10,24 72:5
72:20,22 73:1,5
73:11,17,19 75:15
75:22 76:8,15
77:10,14 78:15,19
78:22 79:4,23
81:7,18,23 82:6
83:4,19,22 84:12
84:15,20,23 85:3
85:5,7,10,20 86:8
86:10,25 87:17
88:9,18,23,25
89:23 90:5,10
91:1,7,9,17 93:21
93:22 94:15,18
95:4,11,16 96:5
96:11,13,23 97:8
98:15,25 99:15
100:4,7,19 102:10
102:23 103:3,6

104:1,8,12 106:10
106:11,21 108:4
108:11,14 109:15
110:4,9,14,17,20
111:3,24 112:7,13
113:4,18,22
114:11,14 117:5
117:22 118:15
119:9,14,25 120:3
120:6,14 122:1
123:13 124:7,12
126:7,14 127:5,12
127:18 128:14,19
129:16 130:12,17
130:19 132:23
133:15 134:16
135:9 136:5,16
137:12 138:2
139:13 140:4,19
141:2,12 142:3,5
142:22 143:21
144:23 145:7
146:10,12,23,24
147:22 148:16
149:3,23 150:1,23
151:1,6,20 152:16
153:7,22 154:1,20
156:6,25 157:12
157:25 159:3,24
160:5 161:12,25
162:3,5,7 165:9
166:2,14,19
167:14,23 168:23
168:25 169:3,19
170:2,5,13,14,20
171:5,13 172:9,24
174:5,13,17,22
175:8 176:12,18
177:18 178:7
179:14,23 180:4
180:19 183:6,7,9
183:12,15,24
184:4,17 186:10
187:18,20 188:12
188:20 189:19,25
190:15 191:6
193:13 194:9,25

195:2,5 196:2,18
196:22 197:21
198:2,12 199:8,15
199:24 200:5,9,17
201:11,19 202:6
205:2,14,22
206:20,23 208:21
209:5,8,9,12,17
212:12,23 213:4,7
213:11,16,21
214:1,8,11,24
215:25 216:25
217:5,11,14,21
218:5,9,20,22
219:8,25 221:5,16
221:24 222:10,12
222:16 224:20
225:3 226:9,17
227:7 228:3 229:9
230:10,13
**old** 23:3 25:11 30:6
162:2,8
**older** 217:19
**omit** 135:12
**once** 39:23 41:14
118:25,25 119:1,4
137:8
**one's** 210:8
**one-stop** 17:15
**one-year** 123:5
**ones** 21:14 72:16
132:9 201:16
226:14
**ongoing** 89:16
**online** 141:22
**open** 10:8,17 158:7
158:8
**operated** 164:9
204:21
**operators** 207:19
210:20
**opinion** 49:13
52:13 70:18 72:12
82:23,25 87:23
148:5,6 151:9
167:24 168:10
169:16 173:5

174:8,16 183:20
186:2 197:11
222:2 223:6
**opinions** 172:3
182:8
**opportunity** 219:18
**opposed** 40:22 43:4
93:19
**opt** 22:3 38:18,23
**opt-in** 17:20 37:25
38:1,2,14,16
39:12,17,20 40:6
40:9,22 41:1,5
42:2,5,6,9,10,12
42:19,24,25 43:4
43:6,6,25 44:2,4
44:23 45:13,24
46:11 48:14 49:3
49:8,13 50:25
51:4,9,14 52:13
72:24 75:5,12,20
76:12 81:9 82:6
82:17 83:21,23
85:13,16,20,22
87:25 89:13,17
90:3,7,24 91:21
94:13 100:9,21
102:22 106:25
107:6 109:1,12
111:9,11 113:19
113:20 118:11
142:7 146:17
151:7,9,11,22,23
154:24 155:4,7,9
155:19,24 158:17
159:7 160:10
163:3 166:15
167:9 174:9,10,13
176:13 179:5
191:3 198:4
200:17,20 201:12
202:9 203:10
210:17 212:7
**opt-in's** 145:16
201:7
**opt-ins** 76:4 155:6
**opt-out** 17:20

**opted** 41:14,14
142:9 145:17
151:2 153:17
203:3
**opted-in** 43:18
**opting** 38:4
**Orange** 1:17 231:5
**Orbits** 160:25
161:2,3,9
**order** 27:16 42:11
83:7 103:19
104:20 109:21
121:21 142:2
150:2 153:13
187:11
**orders** 27:10 29:8
103:2
**organization** 27:16
**organize** 164:24
**original** 94:11
182:25 196:25
198:1 202:15,23
204:2,15 207:5
234:7,10
**originally** 59:10
88:22 97:3 202:25
203:6
**originator** 21:23
**Orlando** 1:18 12:17
13:17 234:10
**outreach** 26:17
**oversee** 16:8
**overwhelming**
26:21
**owned** 14:5 204:19
**owner** 19:13 50:8
129:6 182:18
204:3
**owners** 25:8,9
**ownership** 199:16
200:6
**owns** 13:25

——————
**P**
**P** 2:1,1,2,2 3:17 6:1
233:1 234:2,2
**P-a-l-m-i-o-t-t-i**

14:21
**P.A** 2:11
**p.m** 1:15 130:10
136:22 230:20
**page** 3:13 4:24 5:1
53:17 54:12 56:9
56:24 59:5,14
60:5 61:7,18,19
61:21 62:11,12
85:23 92:10,12,25
93:13 104:13
107:9,10 116:19
117:1,1 118:7
120:7,11,15
121:11 124:25
125:24 126:14,15
128:20,21 130:6,8
130:9,9,13,18
136:16,17,18,19
137:12 139:5,5,11
144:11 148:19
154:20,21 156:11
157:12,13 159:10
168:12 193:22
194:6 219:16
233:8 234:7,8,9
234:10,11,13
**pages** 156:3 231:7
**Palmiotti** 14:19,20
**paper** 196:15
**paragraph** 57:3
59:12,13 64:22
65:6,13 66:9
109:18 110:5,10
110:17 111:20,24
112:7,11 114:21
114:24 115:25
119:18 123:1
132:23 135:10
148:20,20 150:15
151:17 152:5
157:9,14
**parameters** 153:13
**Paronich** 54:8 55:1
56:7,10,20,25
57:6,9 59:6 60:11
60:23 62:1 63:1,6

63:24 66:6 67:9
67:16 70:10,14
157:8,19 216:8,10
216:11,14 217:17
219:19
**Paronich's** 61:8
**part** 15:18 130:14
149:13 151:17
168:9 178:11
187:4
**partially** 107:24
**particular** 16:21
70:8 159:18
170:18 191:11
211:2
**particularly** 83:20
**parties** 3:19 19:6
19:23 24:21 36:18
141:25 164:5
188:8,10 231:12
**partner** 12:17
**partners** 102:4
**Parts** 122:19
**party** 9:24,25 18:8
19:22 21:21 23:23
28:22 34:25 35:10
38:5,8 39:3 104:9
151:4 170:21
205:21,23 224:10
**pass** 41:25 42:5,20
191:2
**passed** 190:16
**pause** 192:14
**pay** 34:7 120:21
**paying** 94:19
**penalties** 218:3
220:5 233:21
**pending** 9:3
**penny** 27:22,22
**people** 13:10 15:8,9
15:22 16:1,2,10
16:15,15 17:2,7
17:17 18:22 20:9
25:24,25 31:21
33:1 38:1 41:23
41:23 48:19 85:19
86:16,17,23,24

90:22 101:7
115:23 119:1
127:2 131:20,21
135:7 141:10
145:23 146:18,20
150:10,17 158:8
174:18 175:23
176:1 186:15
189:12 191:22
192:3,15 194:25
196:13 197:17
198:3,6,18 206:22
207:3 212:9 213:1
214:2,6,13,17
215:6,11,15
216:21,23 221:10
221:25 222:1,8,18
223:2 224:4
227:13 228:6,8,17
228:23 229:3,6
**people's** 31:16
**percent** 92:16
121:20 129:5
137:7 183:19
203:23,23,24
**perfect** 136:24
186:14
**period** 70:25 81:12
84:25 102:14
119:7 179:16
**periods** 67:12
**perjury** 218:3
220:6 233:21
**permission** 41:25
42:5,20 141:23
151:2 174:11,11
174:14
**Permit** 53:7
**permitted** 153:14
**person** 14:16 46:20
58:6 106:2 143:3
158:25 160:22
177:6 185:22
193:7,11 194:10
194:13 197:1
202:15 203:5,18
216:7

**person's** 141:3
194:10 203:17
**personal** 8:20
163:11,14,21
201:12 205:14
217:21
**personally** 8:25
12:12 157:21
207:9 223:16
232:5
**perspective** 150:19
**pertaining** 79:6
**pet** 19:13 25:8,8,9
25:12,12,12
**Pete** 143:12
**Peter** 50:3,4,18
52:10 65:15,25
67:10 68:10,18
70:6 72:15 74:6
74:18 75:24 76:7
78:23 79:1 92:12
93:12,23 94:20
96:22 97:14 99:2
99:6,10,14 103:4
110:21,22 116:2,9
116:20 117:6
118:19 120:9,15
121:4,4,5,6,11,24
122:14 125:1,1,6
125:9 126:2,7,17
126:19 127:10,10
128:22,22 129:1,2
129:25 130:10
131:5,6 137:1,5
137:13,20,25
139:6,7,14 144:18
147:3,9 154:12,13
154:22 155:10,11
155:14 156:7,15
178:21 181:4
190:13,13 191:2
**Peter's** 93:1 94:4
99:12 155:19
156:11
**Philip** 1:4 11:6,12
213:6,11,20,24
214:24 229:6

Philippines 88:16
88:21,22 89:1,7
phone 5:3 22:14
23:10,13,18,19
25:4 26:18 27:14
30:13,14,18,21
31:3,22 32:7,19
32:21 33:15 39:1
40:15 43:20,22
44:14,15 45:3,10
47:20 48:19 58:17
59:19 74:20 77:8
78:10 82:12 86:14
86:16 87:1,11,12
90:22 91:4 95:2
105:20 107:23
108:1,10 110:23
111:14 113:14
115:23 121:12
125:2,15 130:3,21
131:25 132:2,7
134:14,17 135:11
136:7 139:21
140:15,16,24
146:19 147:10
151:10 153:10
154:14 156:8,12
156:20,21 159:14
159:19 162:11
163:7 166:1
168:13,13 169:16
175:10 178:2,5,6
185:17 186:20,22
188:9,14 190:7
202:22 228:18
phones 23:12 45:15
110:25 154:7
156:5,10,15
phony 86:19
215:23
physical 22:13
30:19 31:4,23
32:7,20,21 33:16
45:16 79:13 82:12
105:11 106:5,22
106:23 107:23
108:5 111:18

152:21 159:14
208:22
physically 35:8
105:14 177:12,13
pieces 23:2 47:2
pitch 194:9
place 1:16 84:25
155:5 171:12
197:8 231:8 234:9
placed 27:17
plaintiff 1:6 2:5
57:12 213:4,6
216:23
plaintiffs 165:3
please 6:18 7:14,20
7:25 57:2 126:14
131:8 135:19
136:13 139:4
148:20 157:14
171:24 181:10
233:5 234:7,8,9,9
234:13
plenty 20:20 43:16
plus 93:4
point 25:21 46:17
117:18 123:4
130:22 132:13,24
133:20 135:1
149:9 159:8
161:20 198:10
205:19
pointed 79:4
policies 153:15
155:5 205:15
211:2,21 212:2,7
policy 39:8,14
142:11 169:1
205:11,19 206:3
226:6
poor 90:17 96:17
populated 48:15
portion 149:23
150:14
possession 66:11
possible 45:15
84:17 109:10
135:13 141:4

150:19 177:10
202:12 204:13
207:18 214:19,20
215:21
possibly 83:1 196:8
215:23
Postage 23:6
potential 42:8
154:16
practice 34:7
pre-existing 147:14
precise 70:20
precisely 153:13
predictive 127:23
212:9
preferred 156:12
Premises 53:8
prepaid 118:23
130:23
prepare 10:4 11:16
prepay 29:24
prerecorded 149:1
152:2 153:10
presentation 193:1
president 50:8
presume 161:19
pretty 10:7
prevent 228:22
PREVIOUS 5:1
previously 55:7
76:21 81:20
price 28:7 72:19
94:20 95:25 96:3
96:19 119:15
120:16 130:24
131:1
pricing 27:20
135:21
primarily 48:3
50:19 76:3 206:16
primary 41:4 50:1
50:9
printed 158:10
prior 12:16,18
55:22,22 68:2,23
69:8,13,22 85:2
89:23 90:5 166:9

166:14 167:1,7,15
168:17 194:16
196:6 216:6,14
217:2
privacy 39:8,13
142:11 153:15
155:4 168:12
169:1 188:3
189:23 192:6
205:11,15,18
206:2 211:2,21
212:2,7 226:6
privy 116:13
probably 12:23
13:24 24:12 86:15
90:9 94:20 104:16
104:18 116:2,2
138:11 203:24
221:4
problem 24:7 47:4
91:6 93:13
problems 47:3
133:1
procedure 6:17
proceeding 9:17,19
process 25:2 85:10
222:11,13 234:12
produce 53:6 64:24
produced 56:12
104:10,24 105:1
161:19 162:19
208:20 209:1,2
products 25:12
professional 1:20
165:24 181:2
183:20 186:2
215:21
profit 34:23 155:1
program 126:9
prompt 234:15
pronounce 216:8,9
proof 46:20 51:15
183:22
proper 127:21,22
156:23
protect 101:24
127:25

protected 30:23
Protection 165:14
173:21
protective 155:3
provide 34:8,17
37:24 44:24 45:19
51:3 70:14 93:15
93:16 144:21
154:15 155:7,25
157:14 217:1
provided 30:17
49:14,15 52:14,15
59:11 62:25 78:17
80:8 101:17
110:15 112:1
151:10,11 155:24
158:6 162:10
163:13,17 208:4
208:10 210:16
provider 59:16
112:8 125:7
provides 44:23
59:17 112:9
providing 17:24
135:25 138:8
147:8,9 154:8
161:5
provisions 41:11
133:24
Public 1:21 232:17
pudding 183:23
pull 104:5 185:5,7
220:16
pulling 225:2
pulls 121:17
pump 147:4
purchase 17:3
30:22 35:5 40:9
71:20,25 72:23
74:13 101:14
119:10 123:3,4
131:10 148:4
152:14 153:2
182:19
purchased 70:12
70:16 77:1,2 84:3
84:4 91:3 120:24

123:18 132:6
137:8 148:7
182:15,20,23
185:6
**purchaser** 155:24
**purchasing** 15:10
40:6 71:1,10
89:24 90:2,7
103:22 109:20
110:7 122:23
127:14 143:13
**Purina** 15:15 16:2
17:25 25:5,6
27:11
**purport** 225:13
**purpose** 80:20,25
117:19 118:12
164:12 221:22
**purposes** 48:3
152:8 161:21
**pursuant** 6:16
84:15
**put** 10:11 11:3,4
20:13 45:2,9 58:6
58:9 73:16 81:1
86:14,16,18 87:4
87:18 88:1 90:22
93:14 143:1
144:23 156:8
161:3 172:22
178:2,5 181:11
189:17 191:8
198:7 207:11
215:15 221:8
227:16,20,23,24
228:7,17
**puts** 134:13
**putting** 25:25 81:2
129:8 172:23
204:18

**Q**
**quality** 47:11,17
90:17
**question** 7:13,24,25
8:1,9,10,24 9:3
22:11 23:15 26:6

27:7 28:9 33:17
36:22 38:15 43:3
46:25 47:11,18
48:10 50:19 51:21
57:3,18 59:7,12
60:12 75:15 77:16
116:23 126:20
130:23 170:11
171:17 175:17
181:17 187:1
193:19 194:21
211:8 213:6,23
217:16 220:22
222:6
**questioning** 49:5
203:9 224:16
**questions** 7:2 10:21
48:3 57:2 120:15
121:4,5 163:11
164:18,21 202:7
211:5 214:1
215:18 216:4
219:9,14 224:19
229:10 230:4
**quick** 67:14
**quickly** 8:12 126:9
**quite** 23:22 92:1
214:3,25 215:18
215:25
**quote** 65:15 112:13
136:9 193:9 201:7
223:10

**R**
**R** 2:1 6:1 161:1
233:1,1
**Rader** 65:17 66:1,3
74:3,4,22 75:25
92:13 99:22
109:20 110:6,19
114:25 115:10,12
115:14 116:9,10
117:12 118:19
120:9 122:15
125:1 126:2,17
128:15 154:11
172:10 178:25

190:9,12
**Rader's** 177:22
**radius** 30:7 31:17
**raked** 221:25
**ran** 169:25 197:12
**rationalize** 175:12
**raw** 20:5,7,14,16
20:17 28:13 36:24
43:7 59:15 66:18
70:3,3,5 72:8,9,23
72:23 85:21,25
86:6 92:2 93:15
93:24 94:7,17
95:8 96:12 97:19
97:24 98:3 101:18
112:2,8 132:14
136:9 139:25
140:1 150:4
157:15 182:13
187:15 197:13,15
**reach** 15:24 127:6
127:9
**reached** 91:20
127:9,10
**read** 73:21 116:20
122:4 126:12
148:20 154:18
159:11,17,25
167:11 171:20,23
171:25 229:18
233:21 234:7,13
234:19
**reading** 3:20 136:6
137:23 138:3
171:22 225:18
233:6
**ready** 178:16,17
**real** 67:14 192:15
**reality** 203:21
**realize** 8:11 109:4
**really** 10:10 14:9
19:12 21:20 23:21
26:18 27:3 35:2
103:24 130:8
151:17 154:25
165:8 167:20
173:6 192:15,15

**Realtime** 1:21
231:21
**reason** 7:16 42:4,16
42:18 47:7 48:12
53:25 57:18 83:4
89:2 100:25
102:25 107:7
123:19 137:24
143:21 162:17
190:7 226:22
233:8
**reasonable** 148:6
**recall** 12:15 51:23
51:24 52:1 53:19
53:22 55:21,24
56:19,22 57:5,7,8
57:11 60:8,16
63:7,15,18,21,24
64:3,15 65:12
66:5,8 67:20,24
68:8,11,13,17
69:3,13,24 70:5
71:18,23 72:7
73:1 77:12 78:23
79:1 81:11,15,18
81:22 83:12 84:22
85:15 86:5 91:14
91:19,22,23 92:3
94:16 95:17
102:14,23 109:5
109:19,24 110:2
110:13,14,16
115:16 117:18
118:17 123:13
124:1,6 125:15
137:20,22 154:5,9
155:11 157:6,10
157:18,21 161:12
188:16 190:13
211:8 213:14,15
216:18 219:23
**recalled** 138:17
**receipt** 55:11 67:9
114:9
**receive** 12:2 41:24
54:1 123:5 146:18
168:14 169:2

170:17 200:24
203:4 206:11
211:7 230:5
**received** 47:16
49:11 51:13 55:9
60:9 64:23 67:21
81:23 82:15 83:10
84:5 87:24 90:17
91:9 107:4 132:10
152:25 203:11
204:3,3,6,9,13,23
206:15 209:3,7
224:14
**receives** 36:18
37:18
**receiving** 29:17
35:7 41:20 47:17
53:19,22 55:21
56:19 57:6 81:13
99:25 133:7
157:18
**recite** 179:19,21
**recognize** 52:25
**recollection** 51:2
60:16 63:8,11
65:3,20 68:4
72:22 74:11 76:10
76:16 77:21 88:20
94:11,24 95:7
108:25 114:12
120:1 123:7
125:14 131:1
157:24 188:7
205:18
**record** 6:19 7:17,21
8:1,5,6 9:14 48:4
58:25 59:1 60:13
75:1,16 105:3
132:16 148:21
159:24,25 171:18
171:25 178:19
193:24 229:13
**records** 27:24,25
64:16,18 92:15
93:18 99:17,20
131:15 132:9,10
132:20 133:2,13

135:1,2,13 136:7
136:11,13 137:7
138:9 145:9 155:9
213:19
**Red** 193:2,4
**redacted** 104:24
105:11,15 106:19
106:23 107:11,24
108:7
**refer** 32:13,14 80:7
85:25 126:21
127:2 228:25
**reference** 54:20,20
155:19
**referenced** 69:21
70:1 103:13
210:10
**references** 98:5
**referencing** 157:8
**referrals** 26:20,23
**referred** 54:9 65:10
**referring** 22:15
32:5,20 39:5
54:22 65:4 85:20
85:21 129:12
131:24 181:21
193:23 212:16
227:19 229:2
**reflected** 155:15
**reflecting** 209:3
**reflective** 119:9
122:22 133:5
139:23
**reflexion** 56:6
**refresh** 63:8,11
64:7 68:4 74:11
76:10,15 94:10,24
95:6 108:24
114:11 123:7
130:25
**refreshed** 70:20
116:6 143:8
**refund** 128:23
129:2 130:22
**refused** 115:2,14
116:10 117:13
123:3

**regard** 144:19
**regardless** 55:25
140:11 142:6
150:10 162:9
**regards** 11:5
**register** 133:25
**Registered** 1:20
**registrants** 119:6
**registry** 114:19
115:20 132:24
133:16 147:13,20
**regulations** 172:7
**relate** 79:24
**related** 31:5 45:24
51:9 64:19 172:7
202:23 211:6
212:20
**relates** 107:13
**relating** 64:24
**relationship** 52:15
85:8 96:21 141:24
150:22 166:12
167:5,12,16 200:6
200:6,8,10
**release** 155:8
**Relevance** 215:8
**relevant** 12:23 55:5
**reliability** 206:13
**religiously** 21:8
**remember** 36:13
58:13,15 72:14
88:9,11 89:2
91:18 95:12 103:1
115:17 131:14
145:17 188:5,6,10
188:11,12 201:18
205:20 216:16,17
216:20 220:1
**remembered** 70:8
**remove** 114:17
**removed** 21:22
139:18 147:11
**removing** 228:18
**Renee** 99:16
**rephrase** 225:11
**reply** 55:10
**REPORTED** 1:20

**reporter** 1:20,21
3:11 6:3 7:17,21
8:1 153:25 229:21
230:2,4,11,14
231:2,21
**reports** 49:16
**represent** 104:23
165:3 214:2,6
**representation**
150:8
**representations**
144:4 218:6
**representatives**
214:7
**represented** 152:17
**representing**
216:23 217:1
**represents** 97:18
**request** 31:25 34:4
45:23 164:12,15
**requested** 10:5
17:19 28:20 33:7
**requesting** 29:16
**requests** 27:19
34:20 36:20 37:8
**require** 127:24
226:5
**required** 42:11
166:6 173:20
233:5
**requires** 7:14 56:11
**research** 226:23
**reserve** 229:18
230:8
**reserved** 3:21
230:10
**residential** 6:22
**resold** 117:20
118:12 123:9
142:8 204:2
**resort** 12:24 13:5
13:10 64:25 65:11
**resorts** 12:18 13:4
13:8 15:3
**Resource** 53:4
**respect** 150:14
214:1

**respective** 3:19
**respond** 55:10
56:13
**responded** 17:19
56:1,10 61:15
72:13,15
**response** 10:21,23
55:4,8 59:8 92:25
93:1,12 94:5
117:7 125:6
129:24 136:24
137:13 138:21
156:11
**responsive** 55:12
116:25
**restaurant** 48:23
48:25
**restrict** 165:25
**restrictions** 166:3
166:20 168:7
**result** 49:5 94:12
176:12
**resulted** 132:20
**resulting** 133:12
**results** 16:9 17:20
**retain** 17:10
**return** 233:5
**review** 37:10 42:24
60:15 64:2,3,7,11
64:13,18 67:1
70:19 77:4 82:14
108:24 143:15
163:18 217:6
230:5
**reviewed** 58:3 64:6
69:3 81:11 102:16
148:3
**reviewing** 64:15
**revised** 59:9 61:12
**reworking** 202:7
**RGO** 192:10
**Rica** 89:2,6
**rich** 191:1
**right** 6:12,14,25
10:25 13:22 18:3
22:5 24:4 27:9
36:4 37:22 38:17

38:20 48:2 52:6
53:11,14 59:3
74:5,17 77:20
78:17 83:14 86:12
88:7 93:1,13 94:4
95:6 98:8,21 99:5
99:8 102:16 103:8
103:21 107:18
110:22 112:19
115:9 116:5,12,14
118:16 121:12
123:20 125:3,8
130:16 137:14
139:22 143:25
155:18 158:1
164:17,18 166:14
167:10 168:24
169:2,13 170:23
172:23 173:15
175:3,12,20,22
176:8 177:3,9
179:7 180:7,11
181:9 183:14
184:24 185:21,24
187:6,16 188:17
190:2,23,25
191:21 192:5
193:8,11 194:7,23
195:11,13,15
197:5,16 199:3
200:1 203:15,25
204:16 205:12
207:17 210:3,7
213:15,21 214:9
214:20 225:9
227:10,23 229:14
230:13 234:13,19
**rights** 76:2
**RMG** 65:7,17
70:11,15,22,25
71:1,16,21 72:1
76:12 94:13,25
95:14,20 96:17,25
97:4,4 99:25
100:13 101:6
102:22 103:16,23
104:11,24 105:1

107:3 109:2,20
110:6,21 112:2
113:24 114:7,16
114:16 117:20
118:12 122:23
123:4,9,14,15,22
124:2,22 125:20
127:14,18 129:17
131:2 132:3,6,15
133:6,13,21,21
140:15 142:8
143:1 144:9
145:22 147:11,12
147:18 148:4,6
149:11,15 150:5
151:24 152:1,7,14
153:2,9 154:6
156:19 163:12,22
163:25 164:2,5,8
164:11,14 177:23
177:24 186:19
187:1 191:10
197:9,23 198:15
200:20,23 206:16
208:20 209:2
**RMG's** 132:19
133:10 134:3
138:21 191:3
209:6
**Road** 234:10
**robocall** 151:13
165:9 166:3,7
169:6 170:3,12
172:11 173:1
174:3,15 189:21
212:9 226:1
**robocalls** 127:24
168:8 170:5
173:21 194:12
200:24 211:7
**Rohrer** 1:20 231:20
232:16 234:18
**role** 50:6
**row** 105:18,23
107:10,20
**rows** 106:17 202:8
202:14

**Royal** 200:25 201:8
**RPR** 234:18
**rule** 27:15
**rules** 6:16 7:11
**run** 16:15 28:5,6
31:1,16 37:15
40:15 87:1 113:9
113:13 123:21
125:22 127:7
134:17 135:14,16
144:12 150:2
186:20 207:1
228:13
**running** 119:23
123:16 126:8
134:20 137:17
138:25 195:5
**runs** 187:21 194:10
199:10

S

**S** 2:1,6 3:1,17,17
6:1
**sake** 32:1
**salami** 12:22
**sale** 41:1 42:9,21
89:12 91:20
123:14
**sales** 81:8 135:6
**salesman** 13:9
**sample** 70:15 73:23
74:21,25 76:19,19
186:20
**samples** 72:10
**sampling** 108:6
153:1
**SAN** 119:23
**Santa** 138:4
**save** 119:19
**savvy** 86:17
**saw** 57:23 58:9
99:4 160:20
186:11 208:6,7
213:3
**saying** 25:25 41:18
56:1,10 58:13,16
75:25 111:21

123:2 130:20
140:11 143:18
147:3 161:6
168:12 169:15
170:19 178:24
180:9 181:8 183:6
194:5,8 199:25
214:14 222:7
230:2
**says** 36:23 55:3
59:6,6,8 63:9,14
64:22 65:6 84:3
93:2,12,23 99:16
104:14 106:8
109:18 112:7
114:23 115:25
117:2 118:22
119:19 121:6,11
121:23 122:2,17
125:1 126:7,19
129:1,1 130:3
132:23 133:15
135:10 137:6
138:5 139:14,18
140:4,19 141:16
141:17 142:11,17
143:7 144:11
149:10 152:5
156:11 157:14
158:17 160:1
169:1 170:23
171:9 172:25
179:14 180:19
181:12,13,16,18
181:20 189:15,23
216:22 218:1
220:4
**scam** 189:5,9
**school** 11:21,22
**scope** 33:3 153:14
**scratch** 151:7
164:13
**screen** 5:23 46:10
158:10,12,13
**scrub** 16:15,18,20
17:1 41:5,9 92:14
92:19,21 95:5

115:8 116:21
124:3,4 126:21
127:2,15 133:24
148:7 156:14
**scrubbed** 93:18
115:1,13 132:19
132:21 133:8
150:6,12 163:12
**scrubbing** 114:8,17
133:6 143:23
147:12
**scrubs** 154:14
**scumbag** 223:5,10
**se** 226:19
**seal** 121:1 231:14
232:7
**search** 158:8
**second** 54:12 58:24
61:18 62:12 92:10
92:11 116:19
126:15 128:19
135:9 136:18
139:11 148:19
164:23 216:1
224:8
**see** 10:20 11:10
16:15 29:12 34:24
53:8,10,14 54:10
54:13 55:1 56:3
56:17 57:3 59:4
59:14,23 61:7,9
61:21 62:13 65:1
65:18 66:12 81:9
83:13 87:11 92:23
93:10 94:4 97:16
99:2,6 104:13
105:13 107:11,14
108:2 109:22
112:3 115:3
116:23 117:1
120:10,12,14
121:3,8,23 122:20
124:25 125:4,10
126:16,24 128:14
128:21,24 129:10
130:11,13 131:11
137:3,10 138:9,15

139:6,9,11,19
140:20 141:9
144:7,13,16
149:13 152:9
154:11,21 156:16
157:16 158:21
159:11 193:3
195:23 211:21
213:1,20,24,25
**seeing** 100:16
103:24 125:2
188:12,16
**seek** 45:14 47:7
**seeks** 41:5
**seen** 43:1 175:25,25
210:13 213:14
**select** 16:11 27:22
27:22 161:8
**selects** 19:9,12 22:2
27:21 28:11 31:22
32:9,13 33:3,12
**self** 140:19
**self-dupe** 175:10
**sell** 18:24 19:4
20:13 23:1 40:17
46:8 47:2 50:12
50:16 65:14 72:1
74:14 75:15,19
80:24 83:7 89:13
95:8,14 97:3
102:11 112:2
115:19 122:6
132:4 134:19
151:4 154:15
162:6 170:24
188:8 189:23
194:10 195:10
196:14,16 197:15
197:15,18 198:25
228:13
**selling** 34:25 39:17
39:20 40:22 42:24
46:5,19 48:15
84:13 85:13,16
91:15,23 95:19
96:5,8,16,19,25
100:8 106:25

116:3 118:11
127:8 129:18
134:10 139:24
143:5 146:17
151:6,9,22,23
167:13 188:25
190:10 196:15
206:7
**sells** 115:21 141:24
193:11 200:3
**send** 17:17 23:2
25:11 27:12 31:2
31:5,18,20 33:6
33:12 34:2,21
36:6 37:2,13
41:17,22 51:8
52:11 68:18 98:3
99:19 109:21
111:22 118:25
134:15 135:13
154:16 159:5,5
166:7 170:3,5
174:14 182:14
234:14
**sending** 15:19
22:17 143:12
158:20 173:21
188:5 194:12
**sends** 36:19 94:2
**sense** 27:5 109:9
135:24 137:22
187:12
**sent** 10:5 11:1,4,9
33:15 38:20 39:12
45:25 51:4 55:1
55:14 56:6 60:3,6
62:1 67:16 72:9
72:10,10 74:8
76:9 83:5 97:5,13
97:24 98:6,13,17
99:9,13,22 109:13
113:19 120:3
124:22 129:17
135:12 139:6,12
150:4,5 158:21
178:25 180:20
181:6 185:20

208:12,16
**sentence** 110:12
112:11,15,20
149:10,23
**sentences** 133:4
**separate** 78:19
99:19 209:18
**separately** 170:13
**serious** 30:24
**served** 55:7
**service** 117:13
126:9 127:1
**services** 15:4 17:11
17:23,24 135:24
**set** 56:15 77:24
78:7 97:23 122:19
140:1 231:13
**sets** 42:25
**setting** 25:24
**setup/design** 155:4
**seven** 57:4 112:11
**seventh** 59:12,13
**shake** 7:16
**share** 13:6,7 15:3
**sheet** 233:5
**sheets** 154:16 233:6
**shit** 199:1
**shitload** 47:3
**shop** 17:15
**Shore** 11:22
**SHORTHAND**
231:2
**shot** 5:23 46:10
158:10,12
**show** 8:6 52:20
62:4 97:12 104:1
104:25 111:9
120:6 123:1
139:15 153:22
155:9 156:25
**showed** 208:19
**showing** 98:25
137:15 141:14
209:18
**shown** 213:25
**shows** 46:11 203:10
**side** 108:15 144:23

**sign** 104:19 119:7
119:22 120:22
230:6 233:5 234:7
234:8,13,13,19
**signature** 59:10
61:21,23 62:15
219:15 229:15,18
230:10
**signed** 60:17 61:20
62:13,18 64:20
65:9 67:2,17,22
69:5 70:1 157:23
220:2,5 221:2
234:11,12
**significant** 145:25
146:5
**significantly** 97:3
133:13 206:17
**signing** 3:20 64:3
68:23 69:22 81:13
233:6
**similar** 37:18 75:12
75:18 78:5 81:12
105:16 106:24
108:18 147:9,9
152:24 158:15
196:18 210:15
**similarly** 1:5 7:24
**simply** 18:12 28:13
36:23 113:9
145:17 161:12
210:19
**Simplyforfree**
201:20
**Sincerely** 234:16
**single** 18:22
**sir** 6:18,22 104:23
105:9 193:21
211:13
**sister** 41:19 199:6,7
199:11
**sit** 68:13 151:24
205:15 206:2
210:11 225:21
**site** 56:15 105:21
141:18 176:3,3,4
199:13,13

**sites** 20:9,10,10,10
20:10,11 35:12,24
76:4 112:10
160:23 175:19
192:21
**sitting** 222:1
**situated** 1:5
**situation** 17:10
18:1
**situations** 37:4
**six** 47:2 65:25
67:18,20 73:9
115:7 143:2
178:13
**size** 35:15
**Skipping** 66:9
**sleazebag** 179:17
180:25 181:13
**sleazy** 181:15
**sliced** 12:22
**slightly** 17:25
**slips** 196:8
**small** 146:9,11,13
206:17
**smaller** 28:16 36:6
**Smiley** 179:18
**Smith** 139:12
143:11,16 147:3
**software** 126:21
156:9,14
**sold** 52:16 65:17
66:10 68:19 69:4
69:5,10,14,20,25
70:5,21,22 71:8
71:21 89:20 91:5
94:13 95:20 96:17
96:23 100:21
101:5,6,18 102:8
102:14,19 108:17
108:25 113:20,23
113:24 114:8
117:19 123:8
131:20 142:8
145:16,21 146:1,8
146:19 147:11
148:23 149:10,20
151:23 152:6,7

153:8,9 158:16
169:5 172:10
182:9,11 183:21
189:12,20 191:9,9
198:14 199:1
200:19,19,22,23
204:2,10,10,14,23
218:10,14,24
225:8,24 228:20
229:5
**solicitation** 38:6,19
80:23
**solicitations** 81:4
101:16
**Solicited** 17:9
**solutions** 130:4,21
131:14
**somebody** 15:6
22:16 32:6 87:21
87:25 182:19,20
198:21 203:2
211:7,25 219:1
**somebody's** 142:6
**Sorrento** 6:23
**sorry** 9:10 47:24
73:8 76:25 115:11
121:5 124:4
136:17 149:17
155:9 218:11
**sort** 26:16
**sought** 31:19
113:15
**sound** 125:3
**sounds** 12:25 32:8
97:25 164:23
**source** 12:10 16:18
16:25 28:20 29:12
31:12 35:9 45:24
47:7 51:4,8 76:4
82:2 83:7 111:9
179:8,10,12,15
180:22,24 182:25
191:4 195:20
196:25 198:1
201:6 204:15
**sourced** 50:22 51:9
76:2 104:21 189:1

**sources** 49:16
  52:16 179:1
  180:21 204:14,25
**sourcing** 19:2
  34:24
**South** 2:3,12 11:22
  234:3
**space-saving**
  161:21,22 162:1
**speak** 7:20 67:10
**specific** 27:15,19
  32:9 34:20 38:12
  46:9 50:14,22
  84:1 111:2 142:11
  156:14 159:17
  167:2 171:6 206:2
  216:3
**specifically** 33:1
  96:24 114:25
  115:12 142:7
  181:8 217:25
  225:6
**specifics** 111:4
**specified** 33:13
**speculating** 8:22
  174:25 175:11
  197:19
**speculation** 173:3
  190:4 191:25
  193:16 204:18
**spell** 6:18 14:20
  88:14
**spend** 119:2 138:12
**spent** 136:15
**spice** 144:13
**split** 95:21,22
**spoke** 67:22 68:8
  68:12 70:24 89:3
  216:7,14,19,25
**spreadsheet** 198:11
**spree** 188:14,21
  189:16,17
**SS** 231:4
**stamp** 20:23 43:19
  44:11 54:17 77:9
  80:15 159:15
**stamps** 79:17

**155:20**
**standalone** 13:5
**standard** 96:1
**star** 8:6
**start** 12:5 98:12
  124:13 128:14
  194:12 221:10
**started** 13:9,15,19
  23:12 36:2 76:5
**starting** 139:6
**starts** 136:19,23
  139:7
**state** 1:21 6:18
  43:20 44:7 77:8
  88:9 105:20
  159:15 170:21
  231:4 232:17
**stated** 87:23 192:20
  231:8 233:21
**statement** 59:15,23
  59:25 61:18 65:1
  65:7,18,21 66:14
  89:8 110:5 112:5
  112:18 113:2
  136:1 149:3,5
  152:11,13 225:16
  227:16
**statements** 64:19
  225:7,12
**states** 1:1 66:10
  88:7
**status** 32:11
**steak** 48:22,23,24
**step** 21:22
**steps** 28:21 101:23
  136:14 148:3,6
  154:6
**Stick** 116:17
**stipulated** 3:18
**stop** 24:11 228:9,12
  229:6
**stopped** 24:17
**strike** 170:3
**stuff** 12:25 145:4
  178:25 180:20
**subject** 97:14
  118:20 126:5

**156:5** 218:2
**submitted** 44:5,8
  44:12 113:25
  160:11 209:15,19
  209:23 210:23
**subpoena** 4:4 6:16
  10:22 46:16 53:6
  55:4,6,7,10,15,18
  55:22 56:1,11
  64:23 65:4
**subscription**
  117:20 118:22
  121:14 123:5
  129:6 130:23
  135:21
**subscriptions**
  115:19
**subsequent** 84:24
**substance** 68:9
  70:21 75:18 76:16
  106:24 107:19
  158:25 210:14,16
  219:19
**sue** 222:8
**sufficient** 47:10
  205:5 211:25
**suggested** 202:12
**suggesting** 202:18
**suing** 53:4 213:2
**suit** 160:25 227:8
**Suite** 1:17 2:8,12
  234:10
**Suites** 1:16
**suits** 161:1,10
**summarize** 122:5
**summary** 186:5
**supplied** 127:15
  133:7 135:11
**supplier** 21:5 29:11
  29:17,18 30:11,25
  31:13,14,15 33:11
  49:16 126:10
**suppliers** 21:7,8,13
  24:24 29:25 33:5
  35:10 45:24 46:19
  47:8 48:17 49:3,8
  49:14 50:17 84:17

**supply** 16:24 92:15
**supposed** 7:15
**supposedly** 210:21
**suppression** 133:3
  134:5,8,21 135:10
  136:3 137:6,16
**sure** 7:19 15:17
  19:12 23:5,21
  25:7 26:5 30:23
  35:7,20 36:21
  40:21 42:7 43:13
  47:1 58:2,19
  78:22 88:13 92:4
  92:18 108:16
  109:7 111:25
  113:14 117:21
  135:2 139:7,14
  147:18 149:9
  156:23 161:22
  170:12 175:5
  176:21,23 179:1
  180:20 181:7
  187:9 189:4
  193:22 195:5,12
  207:22 210:12
  212:18 216:5
  219:10 220:20
  229:21
**suspected** 190:10
**suspicion** 191:3
  204:19
**Swanson** 2:7
**swapped** 203:4
**swapping** 207:4
**swear** 6:3
**sweepstake** 176:3,4
  176:5 191:22
**sweepstakes** 20:9
**switch** 177:11
  180:15 181:9
**switched** 195:22
  198:6,7
**switching** 176:13
**sworn** 6:8 218:1
  231:10 232:6
**symptom** 132:5
**synopsis** 188:11

**system** 132:3,4,11
  132:25 133:2
  135:12 142:18
  163:23,25 164:3
**systems** 207:21

---

**T**

**T** 3:1,1,17,17 233:1
**T-h-o-m-a-s** 6:20
**table** 108:15
**take** 9:3 17:20
  20:21,21 40:15
  43:8 53:2 73:19
  73:19 85:17 99:17
  99:18 101:24
  121:21 122:5
  134:14 136:14
  147:22 154:6
  158:11 161:3
  177:21 178:10
  187:5,19 189:18
  196:14 197:13
  201:10 215:11
  228:15
**taken** 1:14 6:16
  147:24 148:3
  175:25 203:2
  231:8 233:3
**takes** 141:14
  193:11
**talk** 10:17 113:4
  124:6 178:11
  203:23 219:18
**talked** 58:16 68:2
  68:10 76:21
  174:18 178:18
  190:12 191:12
  201:6 205:11
**talking** 32:16 58:17
  77:12 84:1 86:19
  95:5 102:20
  119:12 131:25
  133:5 142:7 145:8
  145:9 166:13
  167:4,6 177:2,4
  186:9 217:25
  221:6

**TCP** 211:15
**TCPA** 41:11
  127:25 133:24
  165:16,18,20,22
  166:3,22 168:1,4
  215:22 226:12
  227:21
**TDC** 12:12,25
  13:20,22,25 14:7
  14:22 17:14 18:4
  18:7,13 19:2,18
  19:23 21:8 24:8
  24:17 25:3,14
  26:2 35:9,9,10
  36:17,17,24 37:4
  37:9,13,14 40:6
  40:10,22 48:14
  49:14 50:12 51:3
  51:7,10 52:9,14
  53:13 54:14 55:11
  59:5 66:11 68:19
  69:4,10,14,25
  70:21 71:25 74:13
  82:16 83:6,23,25
  85:12,16 89:24
  90:2,7,17 91:9,15
  91:15,19 94:12
  95:7,18,23 96:24
  97:6,24 98:2
  100:2,7 101:5,16
  102:14,19 104:21
  108:17,25 113:23
  115:19 117:18
  118:11 119:10
  123:8,14 124:1
  132:13 133:8,21
  134:11 139:23
  143:25 148:23
  149:16,20 151:23
  152:18,25 153:8
  154:8 158:16
  159:7 160:6,9,14
  162:10 200:2
  204:3,10,14 208:4
  225:24 228:16
**TDC's** 15:2,18
  28:20 37:17 39:17

  49:7
**TDC-7** 56:9
**TDC-8** 54:13,25
**TDC-Marketing....**
  25:17
**TDC-marketing...**
  9:9 54:9
**TDC4** 62:10
**TDC5** 62:10
**technical** 158:19
**technology** 86:23
  154:14 155:2
  156:9,14
**telemarket** 193:12
**telemarketer** 169:5
**telemarketing**
  149:1 152:2,8,15
  153:10 165:10
  166:3 168:8,14
  169:2 172:7 173:1
  189:21 212:10
  221:7 222:19
  225:25,25
**telephone** 22:18
  27:11 38:25 41:10
  57:8,11 63:5
  79:11 101:17
  105:24 109:3,11
  109:12 112:21
  114:18 123:23
  127:20 133:22
  142:9 149:1
  151:12 152:1,20
  153:4 165:13
  173:20 214:3,7
  229:7
**television** 26:12,15
**tell** 29:8 30:14
  50:18 53:3 72:7
  73:21 87:3 108:1
  108:7 110:21,22
  110:24 158:14
  164:11,14 167:21
  172:9 181:22
  186:19,24 188:3
  189:11 199:2
  206:2,5 213:21

  214:12 229:17
**telling** 48:2 184:18
  184:22 185:2,3
  196:12
**ten** 12:13 13:14
  14:25 21:11 24:23
  26:23 49:25 50:11
  85:19 121:20
  186:20 187:5,7
**tens** 145:21 146:8
**term** 32:9 37:25
  153:13 166:9
  167:2
**terms** 18:25
**test** 30:3 35:16
**testified** 6:8 9:16
  68:1,22 173:13
  184:13,17 186:1
  220:17 221:15
  228:5
**testify** 107:3 184:10
**testimony** 3:3 6:4
  8:5 81:2 163:3
  165:4 167:14,18
  168:17 169:4
  174:14,17,23
  178:20 182:7
  183:16,17 189:14
  192:8 194:17
  209:6,22 224:11
  225:6,12,21
  226:10,11,13
**tests** 30:2,2
**texting** 108:12
  188:9
**Thank** 56:16 59:9
  73:10 108:11
  165:5
**Thanks** 76:7 97:15
  99:23 125:9
  126:11,23
**theory** 188:18
**thereof** 231:12
**thimble** 10:11
**thing** 15:6 58:10
  122:5 140:10
  141:14 143:3

  144:25 156:24
  166:13 185:12
  189:11 208:24
  213:21 214:3,12
**things** 10:24 19:15
  22:5 26:19,20,20
  28:24 32:11 35:5
  36:15 40:3 54:21
  121:22 144:13
  173:17 182:3
  194:1 195:5
  229:14
**think** 8:8 12:23
  24:23 28:8 31:9,9
  43:23 46:16 86:21
  108:14 109:10
  113:5 119:15,15
  120:18 121:6
  129:3 140:10
  151:18 156:24
  157:7 165:22
  169:20 170:24
  181:12,17,19
  192:15 194:20,25
  199:18 201:23
  205:17 208:12
  220:17 223:5,9
  224:3 230:7
**thinking** 42:8
  90:11 138:3
**thinks** 190:19
**third** 2:3 18:8 19:6
  19:22,23 21:21
  23:23 24:21 28:22
  34:25 35:9 36:18
  38:5,8 39:2 130:8
  136:18 141:25
  151:3 164:5
  170:21 188:8,10
  205:20,23 234:3
**Thomas** 6:13,20
**thought** 57:23,25
  58:4,17 92:18
  93:5 118:13
  190:16
**thousand** 30:4
  35:16 145:23

  146:7
**thousands** 187:13
  221:8
**thread** 54:7 130:14
**three** 23:8,8,9 90:1
  90:5,12,13 103:5
  120:21 196:15
**throw** 120:25
**throwing** 187:13
**thumb** 11:3
**thx** 59:7
**tied** 93:24
**Tiffany's** 77:7
**time** 1:15 8:2 13:6
  13:7 14:14,16
  15:3 20:23 24:16
  24:17,20 29:13,14
  33:24,25 43:18
  44:11 45:7 48:20
  50:21 55:10 63:1
  64:2,6 65:9 66:7
  67:2,5,21,22 69:5
  69:16,17,20 70:1
  70:25 71:8 72:4
  73:12 77:9,12
  79:17 80:15,16
  81:23 82:15,18
  84:16 85:11,12
  89:3 90:14,20,21
  102:1,14,23
  105:10 108:25
  109:4 116:2
  117:18 119:2
  124:13 131:11,12
  135:22 146:17
  153:17 155:17,20
  159:8,15 160:15
  169:18 187:14
  201:17 203:22,22
  205:19 206:18
  213:3 214:15
  216:6,22 217:2
  220:13,17,22
  221:3,4 225:17
  231:8 233:6
**time/date/IP** 155:7
**timeframe** 74:12

74:16 155:17,18
**times** 37:20 39:25
43:24 121:15
135:7 163:8
191:19 218:25
**timeshare** 193:1,3
194:5,9 196:4
**tired** 12:8
**title** 105:6
**titled** 53:6
**today** 6:25 7:8 8:5
8:16 10:4 11:15
12:5 25:19 27:2
50:2 54:21 68:13
70:18 86:20 97:14
108:5 121:24
148:3 152:16
163:17 165:4
166:11 167:14
183:16 201:22
205:15 206:2
208:3,20 209:14
210:11 212:21
213:13,25 220:11
220:18 224:24
225:2,6,12,19,21
229:14 230:9
**told** 29:3 65:25
111:21 138:11
154:13 172:13
190:19 213:9
**tom** 1:13 3:3 6:7
24:2,5 29:22 59:7
90:24 97:15
178:24 231:8
232:4 233:3,25
234:7,21
**top** 56:24 73:16
92:11 118:6 130:9
137:12 144:11
157:13 158:13
**topics** 105:19
**total** 118:23 125:7
136:13 139:17
147:10
**Totally** 78:21
**tour** 13:10

**TPCA** 173:10
215:2,5 226:17
227:25
**TPCA's** 168:7
**trade** 14:22
**traditionally** 34:2
**Traffic** 9:21
**training** 172:6
**transaction** 40:8,10
41:1 70:8 71:5
74:12 82:16 84:15
84:24,25 85:8,12
89:16 90:6 94:11
94:25 98:12 99:25
100:4 107:5 123:4
144:20 152:25
225:23
**transactions** 40:5
40:22
**transcribed** 230:12
230:15
**transcript** 3:20
229:19 231:7
233:4 234:7,8,9
234:12
**transcription** 231:8
**transmitted** 35:5
**travel** 20:10 33:1
104:10 161:9,10
188:14,21 189:16
189:17 192:25
196:13,14
**trial** 9:16,19
**tried** 11:17 155:10
**trigger** 121:17
**trouble** 126:8 183:3
**true** 57:19 62:17
65:21 66:14 115:6
183:1 207:25
218:1 221:3 225:4
225:18 231:8
233:22
**trust** 52:4,10
**truth** 6:4,5,5
184:18,23 185:2,3
**truthful** 8:17 156:1
**try** 7:14 32:3 50:16

93:20 131:13
138:8 171:21
**trying** 13:9 17:22
18:23 125:20
127:6,14 144:9,20
175:12 183:10,11
222:4 224:1 228:8
228:22 229:3
**TS3021** 104:15,16
**TS38** 104:14
**TS47** 104:16
**turn** 59:13 107:9
109:15 126:14
139:4 146:23
154:20 157:12
178:9 182:7
**turns** 8:10
**TV** 26:1 227:4
**Twenty** 218:12,13
**Twenty-one** 220:15
**twice** 141:1
**twist** 94:8
**two** 21:8 23:11
25:10 67:8,18
103:5 119:1 120:8
120:18,20 132:25
136:11 139:16
141:4 145:12
156:3 167:21
208:5 209:24
229:14
**two-page** 62:9
**type** 9:25 12:25
13:2 17:23 30:11
30:11,16 31:6,13
32:5 37:10 40:23
50:14,22 69:10,25
70:11 74:21 75:12
79:24 80:3 81:8
82:1,8 83:6,14,15
83:16,18 102:20
106:25 120:25
153:1 164:8 166:6
168:6 172:6 173:9
173:20 184:6
189:3 190:17
199:15 200:5,6

229:2
**typed** 230:4
**types** 18:18,25
19:23 20:11 21:7
22:2,9 30:17
32:11 50:23 74:20
79:6 108:21
**typically** 31:2
34:24 35:1,12
43:2,3 80:7 98:2
212:8
**typo** 112:17

---

## U

**U** 3:17
**uh-huh** 7:15
**uh-uh** 7:16
**ultimate** 21:23
**ultimately** 60:17
71:20 72:1 84:2
84:12 95:19 97:2
100:7 102:22
104:21
**unable** 158:7
**unbelievable** 215:3
**underlying** 47:7
51:4,8,11
**underneath** 53:14
73:16 139:17
**underscore** 105:7,8
105:8
**undersigned** 231:7
232:4
**understand** 7:1 8:4
8:15,23 15:17
17:25 22:11 31:7
38:15 46:18 50:20
51:12 58:2 60:4
65:16 80:25 94:2
94:6 131:8 158:25
161:23 173:18
174:24 178:9
181:7 183:11,13
184:1 186:18
188:19,25 189:14
191:2 192:13,13
194:4 195:7 211:2

211:19 217:16
220:8
**understanding**
37:24 65:23 68:7
80:20 83:6 84:8
108:5 148:3 152:6
156:18 165:6,12
165:23,24 167:6,8
168:21 170:2,4
171:4,23 180:4,17
180:18 191:21
196:3 211:6,11
**understands**
211:25
**understood** 109:2
**unfair** 173:18
**unfortunately**
154:23 156:15
**unique** 131:16,19
131:24,25,25
132:2,5,9,9,15
133:13 134:18
135:2 138:10,22
144:21 147:5
203:19 206:17
**uniques** 143:20,22
144:14
**United** 1:1 88:6
**unluckiest** 223:2
**unlucky** 224:1
**unquote** 193:9
**unsigned** 59:14
157:13
**unusable** 144:15
**unwanted** 229:7
**update** 23:7 119:4
119:4 122:18
161:2 186:16
**updated** 92:21
160:19,19
**updates** 118:24
119:3
**updating** 161:24
**upped** 103:19
**upping** 187:11
**url** 20:23 43:18
44:7 140:24

141:24,24 142:20
142:21,23 151:3
159:16 161:3,3
178:3,8 197:3
198:7
**URL's** 72:11,15,16
73:23,24 83:20
84:1 141:4 180:6
181:3,19,24 201:9
**URLs** 181:8
**usable** 92:16 93:16
103:14 140:12
143:7 144:21
147:19
**use** 15:10 16:17
32:3 38:5,13 48:4
76:2,3 78:24 94:3
101:15 108:9
127:14 133:13,22
136:3 140:16
173:1
**usually** 19:25 29:20
30:3 126:21
131:21 169:14

---

**V**

**v** 1:7 233:2 234:5
**Vague** 176:17
**Valente** 1:8 233:2
234:5
**valid** 100:21 169:20
170:24
**validity** 182:8
**valuable** 96:18
160:18,19
**value** 30:16 102:7
**variables** 28:7,10
35:4 101:22
**variance** 40:25
**variation** 40:21
**variety** 50:23,24
59:17 112:9
204:11,24
**various** 10:6,6 22:9
29:4 30:17 74:20
79:6 163:8 197:17
220:14

**vendor** 147:3
**verbiage** 205:23
**verified** 59:21 76:1
91:4,5 112:22
**verifying** 209:10
**version** 67:15 105:3
106:4,5,9
**versus** 30:18,19
41:1 77:18 126:8
154:14
**vested** 94:22
**violate** 41:10
**violating** 127:25
**Visa** 15:15 16:13
16:13,17,18,25
17:3,10,14,25
27:12 31:9
**visited** 129:9
**voice** 193:24
**volume** 27:23 28:2
28:15,17 30:20
35:5 131:15
135:19 136:12
192:14 196:17
**volumes** 155:6

---

**W**

**Wabash** 2:7
**Wait** 171:11,11,11
193:15
**waited** 8:14
**waive** 229:15,25
230:9 234:13,19
**walk** 7:10
**want** 8:9,17,19 12:4
12:21 16:10,19
17:6 18:21,21,21
18:22 23:3 25:4,5
25:9,11 26:3
27:13 28:3,4,5,6
30:2,5,6,6 35:5
36:24 41:10,14
42:5,6 47:21 76:5
76:19 86:17 98:16
104:18,18,20
105:2 108:16
131:9 137:9 139:4

**161:9 168:24
170:12 171:4
172:25,25 173:18
173:19 179:7,14
180:21 181:23
190:24 193:22
194:4,8,14 199:13
212:17 216:4
219:15 221:8
227:16,23,24
228:7 229:18
230:8,14
**wanted** 8:13 16:3
16:14 31:9,14
41:24 45:9 47:21
78:24 93:17 98:18
111:22 139:15
153:2
**wanting** 72:12
138:13
**wants** 18:19 25:8
30:5,12,15 31:1
31:16 40:14,15
87:3 129:7
**warranty** 15:4 29:3
**washes** 156:10
**wasn't** 86:20 92:2
103:2,7,9,14,14
161:19 179:1
180:21 189:4
195:8 198:23
210:12
**Waterville** 159:21
**way** 12:22 13:10
37:18 40:9 43:10
51:15 75:7 92:20
93:8 105:20
110:18 118:2
127:21,22 129:19
141:13 142:10
143:1 145:22
154:6,25 155:2
156:8,22 158:8
179:16 180:1,24
181:16 187:19
192:25 197:23
203:6 205:3

**209:10 210:9
211:19 217:24
225:13 226:3
228:16
**ways** 28:21 39:2
100:13 113:6
157:5
**we'll** 8:18 121:18
**web** 141:18
**website** 21:15
25:14,16 38:1,2,5
38:14,16,18 39:6
39:12,14 41:15
44:6,8,12,23 45:6
46:12,21 51:18,19
77:25 79:21,23
80:7,17,22 81:3
86:14 87:19 101:8
113:25 131:22
142:12,25 143:4
145:18 159:23
160:11 162:12
163:2 167:8,13,15
168:11,13,22
170:18 177:20
179:11,12 180:16
184:13,14,17
187:24 188:4,12
188:22,24 189:4
189:15 194:10
197:3 202:8,13
203:3,5,11 204:3
207:4,11,12,18
210:20
**websites** 45:13
49:16 51:15 52:16
76:3 80:6 131:22
153:16 163:4
170:15 174:19
176:14 177:11
179:3,24 180:7,10
180:14,18 181:9
182:19 191:4,22
192:4,16 195:21
196:13 197:12
199:7,11 201:6,13
203:14,18 204:19

**204:21 205:4,8,24
206:1,3 209:24
210:21,24 211:20
226:6
**week** 55:10 98:17
118:24,25 119:3,5
121:17,19 124:22
145:10 162:19
191:18 208:11
**week-long** 81:12
**weeks** 67:8,18
119:1
**welcome** 48:9
**went** 9:13 20:23
31:15 58:10 66:17
80:17 86:14 89:5
102:22,24 121:15
161:2 184:14,17
191:13,22 192:3
196:7 203:12,18
205:4 207:11,20
211:10 224:12,15
226:10
**weren't** 96:17
129:19 138:11
152:15
**Westerville** 160:3
213:12
**Westgate** 12:18
13:4,8,12
**whatnot** 32:7 87:13
**whatsoever** 166:5
172:6 173:9
222:20
**WHEREOF**
231:13
**white** 229:23
**willing** 55:9 137:17
**win** 176:6 188:14
196:8
**window** 83:3
**wishes** 234:13
**witness** 6:6 9:11
47:13 73:17 80:10
100:16 101:11
103:18 115:16
117:15 129:22

146:3 148:9
153:20 162:23
166:17 167:20
169:11,24 170:8
171:1,9,13,19
172:1,17 173:5,24
175:17,21,23
176:9,18,20,22,24
177:1,4,16 184:22
184:25 189:8,11
189:25 190:2,6
192:1,3,10,19
193:19,25 195:17
200:15 201:2,24
215:9,15 219:10
220:13,21,25
222:23 229:16
230:7 231:10,13
232:7 234:11
**woman** 107:13
**wonder** 161:16
**wondering** 161:20
**Woodcock** 234:10
**word** 25:23 188:10
199:18
**worded** 217:25
**words** 87:23 150:4
181:11 228:22,25
230:1
**work** 10:6 12:4,6
13:12 21:8 27:4
93:24 129:7
131:10 135:16,17
135:18,24 198:21
**worked** 12:16,18
13:10 50:21
**working** 23:23
55:12 90:15,25
**works** 27:3 48:1
60:24 102:5
126:22 161:11
197:22
**world** 86:13 169:5
196:12
**worried** 230:1
**worries** 94:8
**worry** 92:18

**worth** 136:15
**wouldn't** 11:3 46:3
80:4 87:17 103:19
103:24 104:8
105:9 110:19,21
173:11 183:3
198:17,18,21
202:21 207:18
230:5
**wrinkle** 15:6
**write** 110:12 233:4
**written** 27:8 54:25
**wrong** 24:2 90:23
91:2 111:23 136:8
186:7,12,13
**wrote** 110:15 125:6
126:17 199:21
225:17,20
**www.cooking.com**
160:12
**www.scrubdnc.net**
126:22

**X**

**X** 33:2 184:6 221:7
**XLXX** 105:8

**Y**

**Y** 33:2
**yeah** 12:1 13:6
18:19 26:9 30:20
33:24 36:12 51:22
68:6 72:15 73:25
74:8,24 75:11
90:13 96:21 98:7
105:16,16 107:12
114:23 115:4
116:1,6 117:17
123:18 125:21
128:13 131:3
142:1 145:1 146:3
146:25 156:3
157:11 165:11
168:24 177:16,25
179:12,22 180:8
187:19 189:10
190:21 191:17

193:6 194:8 195:3
196:5,10 198:2,5
199:17 200:15
208:25 212:22
218:21 220:9
221:4 222:3 223:4
223:12,21,24
230:8,16,18
**year** 11:23 39:23
68:2 72:4 85:1
103:5 118:11,23
118:24 119:16,20
119:24 121:14
129:5 137:8 143:2
220:2,11
**yearly** 120:16
**years** 12:13 13:3,14
14:25 15:15 21:9
23:11,24 24:10,23
25:11 26:8,10,23
29:21 30:5 33:18
35:25 36:10 37:22
48:18 49:4,25
50:11 65:25 69:19
69:22 88:19 90:1
90:5,9,12,13
103:5,5 115:7
145:11,12 172:5
173:14,16 175:21
181:4,14 183:2,4
188:2 191:14
201:10 206:6
215:6 217:18,19
218:12,13,13,21
218:23,25 219:6
**yell** 83:3
**yelling** 48:6,7
**Yes/no** 180:14
**yesterday** 55:8
57:22
**yield** 138:10
**York** 11:22 12:1

**Z**

**Z** 33:2
**zip** 30:7 43:19 44:7
77:8 97:25 158:6

159:15 161:13

**0**

**00008** 54:15
**01760** 2:3 234:3
**083975** 232:18

**1**

**1** 2:3 4:3 52:21,22
53:20 55:1,15,23
59:6 65:4 74:9,18
89:23 121:10
122:19 130:8
178:19 231:7
234:3
**1,000** 51:13 93:19
93:24,25 94:7
95:14,20,25
135:15
**1,500** 93:19
**1.5** 98:16
**1/2** 161:14
**10** 4:21 24:25 47:2
98:22 99:1 105:8
**10,000** 23:2 27:24
119:20 141:13
177:2
**10,804** 141:7
**10:35** 61:8
**100** 40:5 121:21
122:5 182:24
197:25 223:20
234:10
**100,000** 16:16 93:6
193:12 194:11
**103** 5:2
**1080** 234:10
**11** 5:2,5 104:2,3
105:12 107:9
108:19,22,24
136:19,21 147:6
148:20 150:15
151:17 208:23
210:11
**11/2/2009** 159:22
**11:08** 156:4
**110** 183:19

**116** 191:20
**117** 5:4,6,8
**118,178** 142:17
**12** 1:3 4:8,10 5:4
60:7 61:8,20 62:2
62:18 66:24 67:17
114:21,24 117:23
118:6 119:16
123:1 147:6
217:12
**12:24** 130:10
136:22
**123** 5:10
**123freetravel**
161:18 184:6
189:1 197:7,11,22
198:7,22 201:11
205:18 208:1
209:1
**123freetravel.com**
46:13 162:13
187:22 197:1
209:16
**124** 5:12,14,16
**13** 5:6 115:25 118:1
118:3 120:7 147:7
**14** 5:8,17 61:20
118:1,3 122:11
147:1 152:5
**145** 92:11
**15** 5:10 12:13 49:25
50:11 124:9,14
135:7
**150,000** 93:16 94:3
**153** 5:18
**156** 5:20
**157** 5:22
**16** 5:11,12 105:8
124:15,20 125:24
125:25 128:8
234:1
**164** 3:5
**16th** 231:14 232:7
**17** 5:14 128:7,11,20
139:5 144:23
**17,000** 119:23
**18** 5:16 124:15

146:14,23 147:1
**19** 5:18 154:2,10
**191,000** 141:21
**191,736** 141:16
**195** 125:2

___

**2**
**2** 2:12 4:5,16 54:4,6
63:9 67:17 75:23
122:19 145:10
157:7,12 191:18
**2,500** 143:9
**2.3** 19:14
**2:33** 1:15 230:20
**20** 5:20 24:24,25
33:18 48:18 157:1
157:2 172:5
173:14,16 175:21
181:4 183:2,4
192:20 203:18
218:13,21,23,24
219:6
**20,000** 23:2
**200** 93:17 125:14
191:20,22 192:3
192:14 203:16,18
**200,000** 92:15 93:5
93:17
**2000** 13:23,24
24:14
**2005** 13:23 24:14
30:6
**2008** 30:6 35:22
36:5 86:15
**2009** 4:16,18,20,22
74:9,18 75:23
81:19,25 82:18
85:11 86:11,13,15
89:23 90:14 92:13
97:16 100:5,8
102:16 118:13,14
153:1 178:19
**201** 3:6
**2011** 4:14 5:5,7,9
5:11,13,15,17,19
118:7,20 119:11
120:3,11 121:10

122:8,12 124:20
125:14,25 128:9
128:12 129:25
130:10,14 136:22
139:17 147:1
154:10 156:4
**2014** 4:6,8,10 53:20
55:1 56:7,20,25
57:13 60:5,7 61:8
61:20 62:2,18
63:1 66:24 67:16
67:17 68:12
157:19 217:12,18
224:25
**2015** 1:14 13:22
231:14 232:8
233:3 234:1
**2018** 232:17
**21** 5:13,19,22
125:25 154:11,22
156:4 158:1,2
159:10 212:17
**211** 3:7
**218** 3:8
**22** 159:22
**224** 3:9
**2300** 1:17 2:12
**231** 3:11
**232** 3:12
**233** 3:13
**234** 3:14 231:7
**24** 118:7,20 120:3
191:19
**25** 96:15
**25,895** 143:7
**25514** 6:23
**256509** 105:25
**28** 120:11

___

**3**
**3** 4:7 58:21,22 59:4
59:5 64:22 122:19
161:14
**3,600** 140:4,16
**30** 1:14 13:3 30:22
37:21 39:23 61:14
130:23 142:19

143:9 192:21
233:3 234:12
**300** 102:24
**300,000** 93:4,15,24
94:2,7 95:8,25
97:15 98:5,8,9,13
98:18 99:17
131:16 191:12
**31** 119:7
**32776** 6:24
**32801** 1:18
**32803** 234:10
**330** 2:7
**3300** 2:8
**33131** 2:13
**35** 181:14
**36** 137:6
**39** 104:15
**390** 1:17

___

**4**
**4** 4:9 61:2,3,7,18
62:12 65:6 122:19
191:15 196:15
**4,000** 121:7
**4,500** 121:25 122:6
**4,550** 121:14
**4,600** 122:3
**4,800** 121:18
**4/21/61** 9:7
**40** 104:15
**400** 19:12
**400,000** 131:15
138:9 139:17
145:9 191:16
**41** 104:15
**43081** 159:21
213:12
**450,000** 136:13

___

**5**
**5** 4:11 56:1,7,10,20
62:5,6,9 109:16
109:18 110:5,10
110:17 111:20
114:22,23,24
139:17 148:17,19

216:2 219:13
**5,300** 118:23
119:12
**5/1/2014** 53:18
**50** 92:16 135:14
137:19 138:7
192:21 203:23,23
218:18
**50-dollar** 193:2,4
**50-mile** 30:7
**50,000** 136:11
**500** 95:22
**500,000** 27:25
138:9,19 147:4
191:13
**500K** 102:24
**52** 4:3
**54** 4:5 159:22
**5746** 1:3
**58** 4:7
**58940** 159:19

___

**6**
**6** 3:4 4:6,13 56:25
63:1 67:16 73:6
73:20 75:5,17,24
78:2 79:5 81:9,12
81:21 82:1,14,18
83:11 111:24
157:19 178:9,14
178:20 232:17
**6,000** 96:10
**60** 4:9 203:24
**60,000** 139:20
**600,000** 93:3
**60611** 2:8
**614)895-8940**
108:3
**61489558** 159:19
**62** 4:11
**636** 159:20 160:1
213:11

___

**7**
**7** 4:15,18 5:7 59:7
73:12,13 75:22
78:2 79:5 81:9,12

81:21 92:13 112:7
122:8 157:10,14
**73** 4:13,15 140:19
141:1
**79** 11:24

___

**8**
**8** 4:17 5:15 60:5
92:7 116:14,19
129:25 130:10,14
136:20 145:10
191:18
**86,000** 215:12

___

**9**
**9** 4:14,19,20,22 5:9
97:9,12,16 99:4
100:4 122:12
**9:59** 1:15 130:15
**90** 137:7 193:3
**92** 4:17
**95** 129:5
**97** 4:19
**98** 4:21

# Exhibit P

| **From:** | Jason Rader <jasonr@tsncorporate.com> |
|---|---|
| **Sent:** | 6/25/2010 2:18:07 PM +0000 |
| **To:** | bvalente@tsncorporate.com |
| **Subject:** | Fwd: Caldwell Summary |
| **Attachments:** | Opt-In Summary.xls |

fyi- scroll to opt in tab to
see all the websites(lots and lots and lots of them)
Jason


**JASON RADER**

**VICE PRESIDENT OF SALES AND MARKETING**

**Tel 800-281-1384 | Fax 630-389-9301**

*TSN INTERNATIONAL, INC.*

jrader@tsncorporate.com

0471791

|  |  |  | | *% of Actual | | |
|---|---|---|---|---|---|---|
| | | Caldwell Lead Source | | | | |
| GETYOURGIFT.BIZ | | | | | | |
| TRAVELOCITY.COM | | | | | | |
| ORBITZ.COM | | | | | | |
| WWW.SIMPLYFORFREE.COM | | | | | | |
| JACKPOT.COM | | | | | | |
| ONLINE-SWEEPSTAKES.COM | | | | | | |
| | | | | | | |
| Day 1 | Opt-In | Dialer | DNC | **Leads Used** | | |
| Big File | 65536 | | 65536 | **0.00%** | | |
| CA | 31468 | | 31468 | **0.00%** | | |
| FL | 27941 | | 27941 | **0.00%** | | |
| LA | 4765 | | 4765 | **0.00%** | | |
| | **129710** | **0** | **129710** | **0.00%** | | |
| | | | | | | |
| Day 2 | Opt-In | Dialer | DNC | | | |
| Big File | 65536 | | 65536 | **0.00%** | | |
| CA | 33958 | | 33958 | **0.00%** | | |
| FL | 27113 | | 27113 | **0.00%** | | |
| LA | 6323 | | 6323 | **0.00%** | | |
| | **132930** | **0** | **132930** | **0.00%** | | |
| | | | | | | |
| Day 3 | Opt-In | Dialer | DNC | | | |
| Big File | 65536 | | 65536 | **0.00%** | | |
| CA | 30496 | | 30496 | **0.00%** | | |
| FL | 46071 | | 46071 | **0.00%** | | |
| LA | 2279 | | 2279 | **0.00%** | | |
| | **144382** | **0** | **144382** | **0.00%** | | |
| | | | | | | |
| Day 4 | Opt-In | Dialer | DNC | | **Average** | |
| Big File | 65536 | | 65536 | **0.00%** | **Big File** | **65536** |
| CA | 27961 | | 27961 | **0.00%** | **CA** | **30971** |
| FL | 55632 | | 55632 | **0.00%** | **FL** | **39189** |
| LA | 278 | | 278 | **0.00%** | **LA** | **3411** |
| | **149407** | **0** | **149407** | **0.00%** | | **139107** |
| | | | | | | |
| | | | | 139107 | | |
| | **Leads Used by Dialer** | | | 0 | | |
| | **DNC** | | | 139107.3 | | |
| | | | | | | |
| *I took colum C and divided into colum B to see what % of leads were actually left for | | | | | | |
| the reps to call after the list was scrubed against the DNC list | | | | | | |
| | | | | | | |
| **I took the sum of all leads received, loaded to the dialer and the DNC list and divided by 4 | | | | | | |
| to get a 4 day average of leads received, used and thos that went to the DNC list. | | | | | | |

0471792

| | | | | **% of Actual | | |
|---|---|---|---|---|---|---|
| Day 1 | Opt-In | Dialer | DNC | **Leads Used** | | |
| Central | 390722 | 154518 | 236204 | **39.55%** | | |
| Eastern | 670243 | 291243 | 379000 | **43.45%** | | |
| Mountain | 91537 | 38655 | 52882 | **42.23%** | | |
| Pacific | 198084 | 79825 | 118259 | **40.30%** | | |
| | **1350586** | **564241** | **786345** | **41.78%** | | |
| | | | | | | |
| Day 2 | Opt-In | Dialer | DNC | | | |
| Central | 362662 | 169412 | 193250 | **46.71%** | | |
| Eastern | 492188 | 244929 | 247259 | **49.76%** | | |
| Mountain | 101250 | 36196 | 65054 | **35.75%** | | |
| Pacific | 242920 | 130621 | 112299 | **53.77%** | | |
| | **1199020** | **581158** | **617862** | **48.47%** | | |
| | | | | | | |
| Day 3 | Opt-In | Dialer | DNC | | | |
| Central | 275283 | 90698 | 184585 | **32.95%** | | |
| Eastern | 454820 | 199026 | 255794 | **43.76%** | | |
| Mountain | 60241 | 24085 | 36156 | **39.98%** | | |
| Pacific | 118333 | 60496 | 57837 | **51.12%** | | |
| | **908677** | **374305** | **534372** | **41.19%** | | |
| | | | | | | |
| Day 4 | Opt-In | Dialer | DNC | | | |
| Central | 302328 | 121362 | 180966 | **40.14%** | | |
| Eastern | 506940 | 185044 | 321896 | **36.50%** | | |
| Mountain | 79241 | 27526 | 51715 | **34.74%** | | |
| Pacific | 174461 | 111753 | 62708 | **64.06%** | | |
| | **1062970** | **445685** | **617285** | **41.93%** | | |
| | | | | | | |
| | **4 - Average:** | | | | | |
| | **Leads Received from Opt-In** | | | 1130313 | | |
| | **Leads Used by Dialer** | | | 491347 | | |
| | **DNC** | | | 638966 | | |

*I took colum C and divided into colum B to see what % of leads were actually left for the reps to call after the list was scrubed against the DNC list

**I took the sum of all leads received, loaded to the dialer and the DNC list and divided by 4 to get a 4 day average of leads received, used and thos that went to the DNC list.

0471793

| |
|---|
| history.com |
| http://www.1000dictionaries.com |
| http://www.1001-hairstyles.com |
| http://www.1001prints-posters.com |
| http://www.1010city.com |
| http://www.101lifestyle.com |
| http://www.102jkx.com |
| http://www.11-sept.org |
| http://www.123artists.com |
| http://www.123-baby-names.com |
| http://www.123-bots.com |
| http://www.123facts.com |
| http://www.123football.com |
| http://www.123greetings.com |
| http://www.1290wmcs.com |
| http://www.12sign.com |
| http://www.15min-resume.com |
| http://www.1911ency.org |
| http://www.1freestuff.com |
| http://www.1mall.com |
| http://www.1st-day-covers.com |
| http://www.1st-for-french-property.co.uk |
| http://www.1stheadlines.com |
| http://www.1stonlineshopping.co.uk |
| http://www.1stonlineshopping.com |
| http://www.1stpolitics.com |
| http://www.1-yourshopping.com |
| http://www.2000greetings.com |
| http://www.202.fm |
| http://www.23jordan.com |
| http://www.2babynames.com |
| http://www.2chambers.com |
| http://www.2ecards.com |
| http://www.2greet.com |
| http://www.2heartdisease.com |
| http://www.2jcartermarketing.com |
| http://www.2sportscars.com |
| http://www.2theadvocate.com |
| http://www.2think.org |
| http://www.2trom.com |
| http://www.321weather.com |
| http://www.321webmaster.com |
| http://www.360thepitch.com |
| http://www.3daydiets.net |
| http://www.3dchipset.com |
| http://www.3djoe.com |
| http://www.3dluvr.com |
| http://www.3dmindscape.com |
| http://www.3dna.net |
| http://www.3dstockcharts.com |
| http://www.3dvalley.com |
| http://www.3fatchicks.com |

0471794

| |
|---|
| http://www.440magnum.com |
| http://www.4af-tools.com |
| http://www.4jobs.com |
| http://www.4templates.com |
| http://www.4tests.com |
| http://www.4x4review.com |
| http://www.4x4trails.net |
| http://www.50footdvd.com |
| http://www.50states.com |
| http://www.57storylane.com |
| http://www.5star-shareware.com/ |
| http://www.89xradio.com |
| http://www.8notes.com |
| http://www.961therocket.com |
| http://www.a1javascripts.com |
| http://www.a1-motorcycle-helmets.co.uk |
| http://www.a1tutor.com |
| http://www.a2bhire.com |
| http://www.a2zarcade.com |
| http://www.a2zweblinks.com |
| http://www.a2zwordfinder.com |
| http://www.aaa-backgrounds.com |
| http://www.aaa-buttons.com |
| http://www.aaa-recipes.com |
| http://www.ababyname.net |
| http://www.abacci.com |
| http://www.abc.com |
| http://www.abc27.com |
| http://www.abc3340.com |
| http://www.abc-7.com |
| http://www.abc-baby-names.com |
| http://www.abcgallery.com |
| http://www.abc-kid.com |
| http://www.abcnews.com |
| http://www.abcnews.com/052 |
| http://www.abcsearch.com |
| http://www.ablboats.com |
| http://www.about.com |
| http://www.aboutww2.com |
| http://www.abscofitness.com |
| http://www.absoluteastronomy.com |
| http://www.abstractfonts.com |
| http://www.abundantbible.org |
| http://www.abusy.com |
| http://www.acarplace.com/ |
| http://www.accessauburn.com |
| http://www.accessgamer.com |
| http://www.accessgenealogy.com |
| http://www.accesslansing.com |
| http://www.accessmedia.tv |
| http://www.accidentalhedonist.com |
| http://www.accjobs.com |

0471795

| |
|---|
| http://www.accommodation.com |
| http://www.accuradio.com |
| http://www.accuweather.com |
| http://www.ace-installer.com |
| http://www.acelaw.com |
| http://www.ace-movie-posters.com |
| http://www.acenetwork.net |
| http://www.aceviper.net |
| http://www.acronymfinder.com |
| http://www.actingmagazine.com |
| http://www.actioncat.com |
| http://www.actionfigureworld.com |
| http://www.action-hq.com |
| http://www.actionquiz.com |
| http://www.actionscript.org |
| http://www.active.com |
| http://www.activewin.com |
| http://www.activityvillage.co.uk |
| http://www.actorpoint.com |
| http://www.adaeveningnews.com |
| http://www.adagencyrater.com |
| http://www.adbalance.com |
| http://www.adbility.com |
| http://www.adcache.com |
| http://www.adcycle.com |
| http://www.addfreestats.com |
| http://www.addict3d.org |
| http://www.addresses.com |
| http://www.adesdesign.net |
| http://www.ad-formats.com |
| http://www.adictionary.net |
| http://www.adietguide.com |
| http://www.admartprinting.com |
| http://www.admartservices.com |
| http://www.adn.com |
| http://www.adn.com/05 |
| http://www.adnetworkreviews.com |
| http://www.adratesonline.com |
| http://www.adswise.com |
| http://www.adventurebox.co.uk |
| http://www.advocate-news.com |
| http://www.adze.com |
| http://www.aeroseek.com |
| http://www.aesops-fables.org.uk |
| http://www.afreegreetingcard.com |
| http://www.afreemarket.com |
| http://www.africacafe.com |
| http://www.africahit.com |
| http://www.afrol.com |
| http://www.afropoets.net |
| http://www.afrotoronto.com |
| http://www.afterdawn.com |

0471796

http://www.agentuk.com
http://www.agiftofpoetry.com
http://www.agmarketing.org
http://www.aicons.com
http://www.aids.com
http://www.aintitcoolnews.com
http://www.air-attack.com
http://www.airborneaircrafts.com
http://www.airliners.net
http://www.airportcitycodes.com
http://www.aishwarya-forever.com
http://www.ajeepthing.com
http://www.akidsheart.com
http://www.akoot.com
http://www.alabamaprep.com
http://www.alaskadaily.com
http://www.alaskajim.com
http://www.albanianspirit.com
http://www.albanyherald.com
http://www.albawaba.com
http://www.albertleatribune.com
http://www.albumvote.co.uk
http://www.alexisbledelfan.com
http://www.alfy.com
http://www.alienpassages.com
http://www.alindependent.com
http://www.allaboutsussex.co.uk
http://www.allafrica.com
http://www.allapi.net
http://www.allboybabynames.com
http://www.allbrucelee.com
http://www.allcheapfares.com
http://www.allchefsrecipes.com
http://www.allclipartsite.com
http://www.allcountrytabs.com
http://www.alldisneydvd.com
http://www.alldisneyposters.com
http://www.alldogphotos.com
http://www.alldomaintools.com
http://www.allegrohuskies.com
http://www.allextremesports.com
http://www.allfastcars.com
http://www.allfreecrafts.com
http://www.all-free-fonts.com
http://www.all-freemagazines.com
http://www.allfunbear.com
http://www.allgamesfree.com
http://www.allgirlbabynames.com
http://www.allgourmetrecipes.com
http://www.allheadlinenews.com
http://www.alliancesports.com
http://www.alliedcomputing.com

0471797

| |
|---|
| http://www.allindiashop.com |
| http://www.allinfo-about.com |
| http://www.allinspiringquotes.com |
| http://www.all-internet-news.com |
| http://www.alljobsearch.com |
| http://www.allkindsofgiftsonline.com |
| http://www.allmovieportal.com |
| http://www.allmusicals.com |
| http://www.all-orlando.com |
| http://www.alloymarketing.com |
| http://www.allpar.com |
| http://www.allperson.com |
| http://www.allplaces.us |
| http://www.allpoem.com |
| http://www.allpowwows.com |
| http://www.allrefer.com |
| http://www.all-reviews.com |
| http://www.all-science-fair-projects.com |
| http://www.allspiritfitness.com/ |
| http://www.allsports.com |
| http://www.allstarpuzzles.com |
| http://www.all-tampa.com |
| http://www.allthatsbritain.com |
| http://www.allthetests.com |
| http://www.allweddingideas.com |
| http://www.all-windows.com |
| http://www.allyoucanread.com |
| http://www.all-yours.net |
| http://www.almanacsports.com |
| http://www.alohajoemagazine.com |
| http://www.alotoffreebies.com |
| http://www.alphabet-soup.net |
| http://www.alpinezone.com/ |
| http://www.alternativebabynames.com |
| http://www.altopoetry.com |
| http://www.altorecipes.com |
| http://www.altseek.com |
| http://www.alumbo.com |
| http://www.alumni.net |
| http://www.aluminigeria.com |
| http://www.always-from-the-heart.com |
| http://www.amarillonet.com |
| http://www.amateur-golf.com |
| http://www.amazingbiblestudies.com |
| http://www.america411.info |
| http://www.americanfreepress.net |
| http://www.americangreetings.com |
| http://www.american-idol.org |
| http://www.americansingles.com |
| http://www.americapets.net |
| http://www.americasapartments.com |
| http://www.americascars.net |

| |
|---|
| http://www.americasweather.com |
| http://www.americatoday.net |
| http://www.amigasearch.com |
| http://www.am-radio.us |
| http://www.amusinglaws.com |
| http://www.ancient-civilization.info |
| http://www.ancientlibrary.com |
| http://www.ancientsign.com |
| http://www.andersonsc.com |
| http://www.anecdotage.com |
| http://www.angeleyes2.com |
| http://www.angelinafan.net |
| http://www.animailbox.com |
| http://www.animal-clipart.com |
| http://www.animaljokes.co.uk |
| http://www.animalplanet.com/05 |
| http://www.animal-sounds.co.uk |
| http://www.animaltrek.com |
| http://www.animal-world.com |
| http://www.animated-teeth.com |
| http://www.animationlibrary.com |
| http://www.annabelle.net |
| http://www.annapolisonline.com |
| http://www.annes-recipes.com |
| http://www.annettelindner.com |
| http://www.answers.com |
| http://www.antileech.net |
| http://www.antiventurecapital.com |
| http://www.anxietypanic.com |
| http://www.anyaffiliate.com |
| http://www.anythingcrafts.com |
| http://www.anythingweather.com |
| http://www.anywho.com |
| http://www.ap.org |
| http://www.apartmentguide.com |
| http://www.apartments.com |
| http://www.apartmentsupersite.com |
| http://www.apnaislamabad.com |
| http://www.apnalahore.com |
| http://www.apolloguide.com |
| http://www.appleinsider.com |
| http://www.applematters.com |
| http://www.applereport.com |
| http://www.applestuff.info |
| http://www.applianceshopper.info |
| http://www.aptratings.com |
| http://www.aquatemplates.com |
| http://www.aquaticcommunity.com |
| http://www.araboo.com |
| http://www.arcamax.com |
| http://www.archives.gophercentral.com |
| http://www.ardemgaz.com |

http://www.areaconnect.com
http://www.areafoodguide.com
http://www.arenafan.com
http://www.argusobserver.com
http://www.argus-press.com
http://www.armyppt.com
http://www.armystudyguide.com
http://www.artcars.com
http://www.artchive.com
http://www.arthistoryclub.com
http://www.articimo.com
http://www.articlecity.com
http://www.articles911.com
http://www.articlesfactory.com
http://www.articleshead.com
http://www.artist-3d.com
http://www.artist-biography.info
http://www.artistdirect.com
http://www.artistopia.com
http://www.artofcalm.com
http://www.artsartsarts.com
http://www.artutopia.com
http://www.artzia.com
http://www.asburyboardwalk.com
http://www.asianappliance.com
http://www.asianave.com/728
http://www.asianavenue.com
http://www.asianavenue/160
http://www.asianhomerecipe.com
http://www.asian-recipes.com
http://www.asianspider.com
http://www.asiarecipe.com
http://www.asitetoremember.com
http://www.askmen.com
http://www.askthemeatman.com
http://www.askthepreschoolteacher.com
http://www.ask-the-vet.com
http://www.askwebmaster.com
http://www.aspandjavascript.co.uk
http://www.aspirennies.com
http://www.asptutorial.info
http://www.aston-martins.com
http://www.astrology-central.info
http://www.astrology-charts.org
http://www.astrology-insight.com
http://www.astrology-search.com
http://www.atbcards.com
http://www.atimes.com
http://www.atlantabluesky.com
http://www.atlanta-travel-services.com
http://www.atlanticuniversitysport.com
http://www.atlapedia.com

0471800

| |
|---|
| http://www.atnzone.com |
| http://www.atomicfonts.com |
| http://www.atozee.com |
| http://www.atozkidsstuff.com |
| http://www.atozteacherstuff.com |
| http://www.attackprevention.com |
| http://www.auburn-in.com |
| http://www.auctioninsights.com |
| http://www.audio-ideas.com |
| http://www.audiokaraoke.com |
| http://www.audioracle.com |
| http://www.audiorealm.com |
| http://www.audiostreet.net |
| http://www.audiovideo101.com |
| http://www.augustabay.com |
| http://www.austindailyherald.com |
| http://www.austinexplorer.com |
| http://www.autigers.com |
| http://www.autocircuit.com |
| http://www.autoexplosion.com |
| http://www.autoheadline.com |
| http://www.autointell.com |
| http://www.autojournal.net |
| http://www.automotivephoto.com |
| http://www.autopictures.com |
| http://www.autorecallcenter.com |
| http://www.autoslide.com |
| http://www.autospectator.com |
| http://www.autotrader.com |
| http://www.autumngallery.net |
| http://www.avapps.com |
| http://www.avrilbandaids.com |
| http://www.awarenessmagnets.com |
| http://www.axcessnews.com/ |
| http://www.axcis.co.uk |
| http://www.azcentral.com_05 |
| http://www.azchords.com |
| http://www.azdailysun.com |
| http://www.azlife.net |
| http://www.babiesonline.com |
| http://www.baby-bedding-discounts.com |
| http://www.babyboomermemories.com |
| http://www.babychatter.com |
| http://www.babycrayons.com |
| http://www.babynamecorner.com |
| http://www.babynames.org.uk |
| http://www.babynamesearch.com |
| http://www.babynamesgame.com |
| http://www.baby-names-plus.com |
| http://www.babynamesworld.com |
| http://www.babynology.com |
| http://www.baby-parenting.co.uk |

0471801

| |
|---|
| http://www.babysitterplanet.com |
| http://www.backflip.com |
| http://www.badfads.com |
| http://www.badmanstropicalfish.com |
| http://www.bahrainguide.org |
| http://www.bajavillas.com |
| http://www.bajayachts.com |
| http://www.bakersfield.com |
| http://www.bakingbits.com |
| http://www.bakingchristmascookies.com |
| http://www.bakutoday.net |
| http://www.baldwinsvilledailynews.com |
| http://www.bandbseek.com |
| http://www.bandlink.net |
| http://www.bandradio.com |
| http://www.bannerstart.com |
| http://www.barbecue-recipes.net |
| http://www.bartleby.com |
| http://www.baseball-almanac.com |
| http://www.baseballdocs.com |
| http://www.baseballlibrary.com/05 |
| http://www.baseballprospectus.com |
| http://www.basketball.com |
| http://www.batman-on-film.com |
| http://www.batonrougerealtors.com |
| http://www.bauer-teen.com |
| http://www.bauer-women.com |
| http://www.baydreaming.com |
| http://www.baylanepromotions.com |
| http://www.bbcamerica.com/05 |
| http://www.bcdb.com |
| http://www.bctop100.com |
| http://www.beach-vacation-guide.com |
| http://www.bearclover.net |
| http://www.bearytreasures.com |
| http://www.beatlesarama.com |
| http://www.beautifulfonts.com |
| http://www.beckett.com |
| http://www.beethoven.com |
| http://www.behindthename.com |
| http://www.belchfire.net |
| http://www.bellaonline.com |
| http://www.beloitdailynews.com |
| http://www.bemorecreative.com |
| http://www.bend.com |
| http://www.bendbulletin.com |
| http://www.benicianews.com |
| http://www.beritsbest.com |
| http://www.bestaviationschools.com |
| http://www.bestbuy-realestate.com |
| http://www.bestcrosswords.com |
| http://www.best-desktop-themes.com |

0471802

| |
|---|
| http://www.bestfantasysports.com |
| http://www.bestretirementspots.com |
| http://www.best-wallpapers.com |
| http://www.bestwebdownloads.com |
| http://www.bestyettravel.com |
| http://www.betanews.com |
| http://www.betastream.com |
| http://www.bethsdayspage.com |
| http://www.betterdictionary.com |
| http://www.betterhumans.com |
| http://www.beyondlogic.org |
| http://www.bgdailynews.com |
| http://www.bgtguide.com |
| http://www.bharathgreetings.com |
| http://www.bible.com |
| http://www.biblicalproportions.com |
| http://www.bidcoin.com |
| http://www.bidstamp.com |
| http://www.big12-fans.com |
| http://www.bigbangnews.com |
| http://www.bigblueball.com |
| http://www.big-boards.com |
| http://www.bigbrotherbites.com |
| http://www.bigbruin.com |
| http://www.bigcatposters.com |
| http://www.bigezshoppe.com |
| http://www.biggerpockets.com |
| http://www.biggeststars.com |
| http://www.bigmoviezone.com |
| http://www.bigscreen.com |
| http://www.bigsoccer.com |
| http://www.billstackle.com |
| http://www.billybear4kids.com |
| http://www.bingo.com |
| http://www.biography.ms |
| http://www.biographyfinder.com |
| http://www.biogs.com |
| http://www.bioreference.net |
| http://www.biorust.com |
| http://www.birdcrossstitch.com |
| http://www.birdpages.co.uk |
| http://www.birthdatabase.com |
| http://www.birthdaycards.com |
| http://www.birthdaypartyideas.com |
| http://www.bismarcktribune.com |
| http://www.bityard.com |
| http://www.blackbeltguitar.com |
| http://www.blackbusinesslist.com |
| http://www.blackdog.net |
| http://www.blackinventor.com |
| http://www.blacknews.com |
| http://www.blackplanet.com |

0471803

| |
|---|
| http://www.blimey.com |
| http://www.blockcentral.com |
| http://www.blockstatus.com |
| http://www.bloomberg.com |
| http://www.bloomcentral.com |
| http://www.bluecoupe.com |
| http://www.bluegrasspreps.com |
| http://www.blue-labelle.com |
| http://www.bluetoothinsider.com |
| http://www.blueuniverse.co.uk |
| http://www.blusearch.com |
| http://www.bman1.com |
| http://www.boatclix.com |
| http://www.bobbrinker.com |
| http://www.bobmarksastrologer.com |
| http://www.bodyjewels.net |
| http://www.bol.ucla.edu/nlazaref |
| http://www.bollywood.com |
| http://www.bolokids.com |
| http://www.bondknowledge.com |
| http://www.bonsaiplanet.com |
| http://www.bonusbasket.com |
| http://www.bookbrowse.com |
| http://www.bookrags.com |
| http://www.bookreviewcafe.com |
| http://www.books.md |
| http://www.booksforbrats.net |
| http://www.booksmags.com |
| http://www.bookwolf.com |
| http://www.boomersint.org |
| http://www.borrico.com |
| http://www.boston.com |
| http://www.bostonjobmarket.com |
| http://www.bostonjobsource.com |
| http://www.bostonpete.com |
| http://www.bostonphoenix.com |
| http://www.bostonroads.com |
| http://www.bostonsportsinsiders.com |
| http://www.boston-travel-services.com |
| http://www.botany.com |
| http://www.bowcreek.com |
| http://www.bowerybay.com |
| http://www.bowlbound.com |
| http://www.boxer-dog.org |
| http://www.boxofficereport.com |
| http://www.bracketmaker.com |
| http://www.brainboggled.com |
| http://www.brainerddispatch.com |
| http://www.braingle.com |
| http://www.brainyatlas.com |
| http://www.brainydictionary.com |
| http://www.brainyencyclopedia.com |

0471804

| |
|---|
| http://www.brainygeography.com |
| http://www.brainyhistory.com |
| http://www.brainyquote.com |
| http://www.brainytime.com |
| http://www.brainytranslation.com |
| http://www.brainyzip.com |
| http://www.brandarama.com |
| http://www.branica.com |
| http://www.bravenet.com |
| http://www.brazzilmag.com |
| http://www.breaktruesolutions.com |
| http://www.breedcentral.com/ |
| http://www.breitbart.com |
| http://www.bridalinsider.com |
| http://www.bridalshowroom.com |
| http://www.britishexpats.com |
| http://www.broadway.com/05 |
| http://www.broadwaymidi.com |
| http://www.brownwoodbulletin.com |
| http://www.brushfind.com |
| http://www.bskball.com |
| http://www.btxformfactor.info |
| http://www.budget101.com |
| http://www.buffalosportsday.com |
| http://www.bugkid.com |
| http://www.buildingrainbows.com |
| http://www.businessmailbox.com |
| http://www.butterflits.com |
| http://www.butyoudontlooksick.com |
| http://www.buyfloridasunshine.net |
| http://www.buyfred.com |
| http://www.buyselltrades.com |
| http://www.byguide.com |
| http://www.bytecamera.com |
| http://www.bytedvd.com |
| http://www.bytephoto.com |
| http://www.bytesector.com |
| http://www.bytherecipe.com |
| http://www.cable-vs-satellite.com |
| http://www.cacaoweb.net |
| http://www.cafebuon.net |
| http://www.cafetrip.com/ |
| http://www.cainer.com |
| http://www.calculator.com |
| http://www.calculatorzone.com |
| http://www.caledonianrecord.com |
| http://www.calendar-guide.com |
| http://www.calitreview.com |
| http://www.caljobsource.com |
| http://www.calorie-count.com |
| http://www.calorie-counters.net |
| http://www.camcorderinfo.com |

0471805

http://www.campgroundsofamerica.com
http://www.campingplaces.com
http://www.campsearch.com
http://www.campusprogram.com
http://www.canadafreepress.com
http://www.canada-free-stuff.com
http://www.canadiancontent.net
http://www.cancun-map.com
http://www.cantonrep.com
http://www.canuckabroad.com
http://www.capecodonline.com
http://www.capefearauctioneer.com
http://www.capegazette.com
http://www.capetowntoday.co.za
http://www.capitalbay.com
http://www.capitalbayjobs.com
http://www.capitolaudit.com
http://www.carbodydesign.com
http://www.carbolyte.com
http://www.carddeli.com
http://www.cardhappy.com
http://www.cardomain.com
http://www.cardse.net
http://www.care2.com
http://www.careebuilder.com
http://www.careentree.com
http://www.careerboard.com
http://www.careerbuilder.com
http://www.careerdoctor.org
http://www.careers.org
http://www.careerwin.com
http://www.carefreevet.com
http://www.carforsaleinusa.com
http://www.cariweb.com
http://www.carjunky.com
http://www.caroller.com
http://www.carols.org.uk
http://www.carparks.info
http://www.cars.com
http://www.carseat-safety101.com
http://www.carseverything.com
http://www.carsites.us
http://www.carspin.net
http://www.carsreview.com.ar
http://www.carweb.com
http://www.carzunlimited.com
http://www.caseofsuccess.com
http://www.castles.me.uk
http://www.catanddogpictures.com
http://www.catcountry96.fm
http://www.catmine.com
http://www.catowner.com

http://www.caveofmagic.com
http://www.ccleaner.com
http://www.cdapress.com
http://www.cdfreaks.info
http://www.cdkitchen.com
http://www.cdnbusinessdirectory.com
http://www.cdnet.com
http://www.cdpriceshop.com
http://www.cdrinfo.com
http://www.cdrtimes.com
http://www.cd-rw.org
http://www.cdtv.net
http://www.cebuys.com
http://www.cedarcityhouses.com
http://www.celebheights.com
http://www.celebquotes.com
http://www.celebrityshopper.co.uk
http://www.cell-phone-plan.net
http://www.cellular.co.za
http://www.cellularfactory.com
http://www.cellular-news.co.uk
http://www.cemeteryonline.com
http://www.centralcoastbride
http://www.cerebel.com
http://www.certificationbooks.com
http://www.certy.com
http://www.cf4cc.com
http://www.cgiextremes.com
http://www.cgispy.com
http://www.chainhotels.com
http://www.challengetrivia.com
http://www.channels.nl
http://www.chantu.com
http://www.charitywire.com
http://www.charlestownonline.net
http://www.chartjungle.com
http://www.chazhound.com
http://www.cheap-car-rentals-in.com
http://www.cheapfare.com
http://www.cheapflights.com
http://www.cheap-flight-to.com
http://www.cheapskatemonthly.com
http://www.cheaptickets.com
http://www.checkmycar.com
http://www.cheesecake-recipes.com
http://www.cheese-n-rice.com
http://www.cheetahspot.com
http://www.chefmom.com
http://www.chef-recipes.com
http://www.chefsuccess.com
http://www.chemicalelements.com
http://www.chemistrydata.com

0471807

| |
|---|
| http://www.chesswise.com |
| http://www.chicagoanimation.com |
| http://www.chicagofoodies.com |
| http://www.chicagogigs.com |
| http://www.chicagosportsreview.com |
| http://www.chicagovue.com |
| http://www.chiefswarpath.com |
| http://www.child.net |
| http://www.chili-recipes.com |
| http://www.chillicothenews.com |
| http://www.chipmunk-scripts.com |
| http://www.chocoholicsrevenge.com |
| http://www.christmas-carols.net |
| http://www.christmas-cookies.com |
| http://www.christmas-graphics.com |
| http://www.christmasscreensavers.net |
| http://www.cinema.com |
| http://www.cinemaeye.com |
| http://www.cinemaspider.com |
| http://www.cinematical.com |
| http://www.cinemenium.com |
| http://www.cinescape.com |
| http://www.citizensvoice.com |
| http://www.city4casts.com |
| http://www.citypaper.com |
| http://www.cityslide.com |
| http://www.civil-war-battles.com |
| http://www.civilwar-history.com |
| http://www.cjonline.com |
| http://www.classicalfavorites.com |
| http://www.classicalmusicamerica.com |
| http://www.classicreader.com |
| http://www.classicrockrevisited.com |
| http://www.classmates.com |
| http://www.classroomclipart.com |
| http://www.classyauto.com |
| http://www.clecontactlenses.com |
| http://www.clevelandscores.com |
| http://www.clevermedia.com |
| http://www.click-411.com |
| http://www.click4profit.com |
| http://www.clickaffiliate.com |
| http://www.clickpress.com |
| http://www.clickromford.co.uk |
| http://www.clip-art-pictures.com |
| http://www.clipsahoy.com/animals.htm |
| http://www.club.coolmaps.com |
| http://www.clubtrivia.com |
| http://www.cmonitor.com |
| http://www.cnpapers.com |
| http://www.coastalposters.com |
| http://www.coastangler.com |

0471808

| |
|---|
| http://www.coastermania.net |
| http://www.codeave.com |
| http://www.coldfront.net |
| http://www.collectiblesconnect.com |
| http://www.collectiblesengine.com |
| http://www.collectible-treasures.com |
| http://www.collecting-us-coins.com |
| http://www.collector-car-classifieds.com |
| http://www.collectsports.com |
| http://www.collegefreestuff.com |
| http://www.collegegrad.com |
| http://www.collegesports.com |
| http://www.colonialhall.com |
| http://www.coloring.com |
| http://www.coloring.ws |
| http://www.coloring-book-pages.com |
| http://www.coloring-page.com |
| http://www.coloringsite.com |
| http://www.colortheanimals.com |
| http://www.columbusbizweb.com |
| http://www.comics.com |
| http://www.comics2film.com |
| http://www.commerce-database.com |
| http://www.commercialpages.net |
| http://www.comotion.com |
| http://www.companyreviews.net |
| http://www.completeclassics.com |
| http://www.compurealty.com |
| http://www.computerjobbank.com |
| http://www.computersites.com |
| http://www.computertim.com |
| http://www.comteche.com |
| http://www.concert.com.au |
| http://www.concordmonitor.com |
| http://www.condraft.com |
| http://www.conflict911.com |
| http://www.confusedonline.com |
| http://www.congocookbook.com |
| http://www.conmon.com |
| http://www.consumeraffairs.com |
| http://www.consumerreview.com |
| http://www.contactinfodesk.com |
| http://www.cookeryonline.com |
| http://www.cooking.com |
| http://www.cookingindex.com |
| http://www.cooking-recipes.net |
| http://www.cookitsimply.com |
| http://www.coolarchive.com |
| http://www.coolgoose.com |
| http://www.coolmacintosh.com |
| http://www.coolquotescollection.com |
| http://www.coolshopping.com |

0471809

http://www.coprolite.com
http://www.copykat.com
http://www.copyright-free-pictures.org
http://www.corvettetraderonline.com
http://www.costumeideazone.com
http://www.counterweights.ca
http://www.counthits.com
http://www.countrycharts.com
http://www.coupons-db.com
http://www.courierpress.com
http://www.course-notes.org
http://www.cover-letter-resource.com
http://www.cowboy.com
http://www.cpfc.org
http://www.cplusplus.com
http://www.cprogramming.com
http://www.craft-central-station.com
http://www.craftindex.com
http://www.craftown.com
http://www.crankfire.com
http://www.crazyfads.com
http://www.crazyhungry.com
http://www.crazylaws.com
http://www.creadersnet.com
http://www.createcounters.com
http://www.createsigs.com
http://www.creative-home.net
http://www.creditunion-loans.com
http://www.creepyhalloween.com
http://www.crescent-news.com
http://www.cricinfo.com
http://www.cricket.com
http://www.cricketarchive.com
http://www.cricketzone.com
http://www.criminalwatch.com
http://www.cristcdl.com
http://www.critics.com
http://www.crock-pot-recipes.info
http://www.crosswinds.net
http://www.crosswordsite.com
http://www.crpuzzles.com
http://www.cruisepage.com
http://www.cruizers.com
http://www.crusades-history.com
http://www.cryptosavvy.com
http://www.csiguide.com
http://www.csmonitor.com
http://www.cubacuban.com
http://www.culinarybook.com
http://www.cureresearch.com
http://www.curiouscat.com
http://www.custodyevaluators.com

0471810

| |
|---|
| http://www.custombike.org |
| http://www.customerservicezone.com |
| http://www.customskateboarding.com |
| http://www.cutecards.net |
| http://www.cutecellphones.com |
| http://www.cutelittlekittens.com/ |
| http://www.cutemountain.com |
| http://www.cut-the-knot.com |
| http://www.cyberdetour.com |
| http://www.cyberebook.com |
| http://www.cyberfret.com |
| http://www.cyberfretbass.com |
| http://www.cybersleuth-kids.com |
| http://www.cybersubcafe.com |
| http://www.d1collegebasketball.com |
| http://www.d1collegefootball.com |
| http://www.daawat.com |
| http://www.daddezio.com |
| http://www.dailycal.org |
| http://www.dailyfashion.com |
| http://www.dailyindependent.com |
| http://www.dailyindia.com |
| http://www.dailyinterlake.com |
| http://www.daily-jeff.com |
| http://www.dailymail.com |
| http://www.dailyquotation.com |
| http://www.dailyreviewonline.com |
| http://www.dailystar.com.lb |
| http://www.dailywordsearch.com |
| http://www.dailyworld.com |
| http://www.dallasmusicguide.com |
| http://www.dapdap.com |
| http://www.darlingpet.com |
| http://www.databasedev.co.uk |
| http://www.dateofreturn.com |
| http://www.davidspadeonline.com |
| http://www.dawnload.net |
| http://www.daytondailynews.com |
| http://www.daytradingworld.com |
| http://www.dcflights.com |
| http://www.dcsportsfan.com |
| http://www.dealgurus.com |
| http://www.decades.com |
| http://www.declarationofindependence- |
| http://www.deepdownwellness.com |
| http://www.deeperblue.net |
| http://www.deletemycookies.com |
| http://www.deliberatelife.com |
| http://www.democratandchronicle.com |
| http://www.denverpost.com |
| http://www.denver-travel-services.com |
| http://www.depiction.net |

0471811

| |
|---|
| http://www.derbygear.com |
| http://www.deserttrail.com |
| http://www.desert-tropicals.com |
| http://www.designedtoat.com |
| http://www.designersketchbook.com |
| http://www.designerwiz.com |
| http://www.desiinaustralia.com |
| http://www.desijournal.com |
| http://www.desktoppublishing.com |
| http://www.deusx.com |
| http://www.devdaily.com |
| http://www.devmaster.net |
| http://www.dfwbaseball.com |
| http://www.diabetes-eg.com |
| http://www.diabeticgourmet.com |
| http://www.diaperbeagle.com |
| http://www.dice.com |
| http://www.dictionary.ansme.com |
| http://www.dictionary.com |
| http://www.dietfacts.com |
| http://www.digiplan.ca |
| http://www.digitalcamreview.com |
| http://www.digital-digest.com |
| http://www.digitalhit.com |
| http://www.digitallyimported.com |
| http://www.digitheadex.com |
| http://www.dilbert.com |
| http://www.diningguide411.com/ |
| http://www.dir.nodeworks.com |
| http://www.directlex.com |
| http://www.directoryusa.biz |
| http://www.discgolfstats.com |
| http://www.discogs.com |
| http://www.discountcheerleading.com |
| http://www.discountretailersdirectory.com |
| http://www.discoverjamaica.com |
| http://www.discoverseattle.net |
| http://www.discoveryamerica.com |
| http://www.discoverychannel.com |
| http://www.discoveryschool.com |
| http://www.discusland.com |
| http://www.dishant.com |
| http://www.disneyfriends.net |
| http://www.disneygeek.com |
| http://www.disneylandreport.com |
| http://www.disney-princesses.com |
| http://www.dispatch.com |
| http://www.divenewengland.com |
| http://www.djmart.com |
| http://www.dlany.org |
| http://www.dltk-bible.com |
| http://www.dltk-cards.com |

0471812

| |
|---|
| http://www.dltk-holidays.com |
| http://www.dltk-kids.com |
| http://www.dltk-teach.com |
| http://www.dnronline.com |
| http://www.dnsmadeeasy.com |
| http://www.doaustralia.com |
| http://www.docslide.com |
| http://www.dodgeglobe.com |
| http://www.dodge-vipers.com |
| http://www.dodgy-diy.net |
| http://www.doggroups.com |
| http://www.doggy411.com |
| http://www.dogmine.com |
| http://www.dogowners.com |
| http://www.dohealthnet.com |
| http://www.doineedajacket.com |
| http://www.domainoftheinfinite.com |
| http://www.doozycards.com |
| http://www.doryload.com |
| http://www.dotauthority.com |
| http://www.dotnetspider.com |
| http://www.downloadfreetrial.com |
| http://www.downloadworm.com |
| http://www.downtowncumberland.com |
| http://www.downtowndepot.com |
| http://www.doyouremember.co.uk |
| http://www.dparcade.com |
| http://www.draftexpress.com |
| http://www.dreado.com |
| http://www.dreamworksfansite.com |
| http://www.drgreene.com |
| http://www.drivers.com |
| http://www.driversdb.com |
| http://www.drivershq.com |
| http://www.driveseek.com |
| http://www.drugnewswire.com |
| http://www.drugscare.com |
| http://www.drumlib.com |
| http://www.drxu.com |
| http://www.dtheatre.com |
| http://www.duhaime.org |
| http://www.duluth.com |
| http://www.dunndailyrecord.com |
| http://www.dvdcouponpost.com |
| http://www.dvdgopher.co.uk |
| http://www.dvdplayerreviews.net |
| http://www.dvdr-digest.com |
| http://www.dvdtoons.com |
| http://www.eachtown.com |
| http://www.eagleherald.com |
| http://www.eaglewax.com |
| http://www.earlyamerica.com |

0471813

| |
|---|
| http://www.earnedmedia.org |
| http://www.earthcam.com |
| http://www.earthhopenetwork.net |
| http://www.earthlife.net |
| http://www.earthnewswire.com |
| http://www.eastcoastfirerescue.com |
| http://www.eastvalleytribune.com |
| http://www.easy-gourmet-recipes.com |
| http://www.easypostcard.com |
| http://www.easysheetmusic.com |
| http://www.easyways.net |
| http://www.eatoutgoout.com |
| http://www.ebook2u.com |
| http://www.ebookdirectory.com |
| http://www.ebrandon.ca |
| http://www.ebridalguide.net |
| http://www.e-cards.com |
| http://www.ecards-gallery.com |
| http://www.ecardtricks.com |
| http://www.eclassictrucks.com |
| http://www.eclecticcooking.com |
| http://www.ecoemploy.com |
| http://www.econlinks.com |
| http://www.econofinance.com |
| http://www.e-creations.com |
| http://www.eden.co.uk |
| http://www.edenskitchen.com |
| http://www.edinaduluth.com |
| http://www.edinburghhotelscotland.com/ |
| http://www.edinformatics.com |
| http://www.edison.me.uk |
| http://www.eduseek.com |
| http://www.edweek.org |
| http://www.ee.cleversoul.com |
| http://www.eeggs.com |
| http://www.efanguide |
| http://www.eforecourt.com |
| http://www.efrendz.com |
| http://www.e-gamezone.net |
| http://www.egyptian-pyramids-history.com |
| http://www.egyptsites.com |
| http://www.ehotscripts.com |
| http://www.eknp.com |
| http://www.electrictofu.com |
| http://www.elib.com |
| http://www.elitecastingnetwork.com |
| http://www.ellaswins.com |
| http://www.elpublishers.com |
| http://www.elyrics.net |
| http://www.e-magictrick.com |
| http://www.e-mailanywhere.com |
| http://www.emaxhealth.com |

0471814

| |
|---|
| http://www.e-messenger.net/intl |
| http://www.emotor.ca |
| http://www.empiremovies.com |
| http://www.empiretribune.com |
| http://www.enchantedlearning.com |
| http://www.encyclozine.com |
| http://www.engadget.com |
| http://www.engagementringsandthings.com |
| http://www.engineeringtoolbox.com |
| http://www.engine-power.com |
| http://www.english-dictionary.us |
| http://www.englishpage.com |
| http://www.enlexica.com |
| http://www.enterstageright.com |
| http://www.entertainmentwise.com |
| http://www.enzuz.com |
| http://www.eonline.com |
| http://www.epanorama.net |
| http://www.epaymentsnews.com |
| http://www.ephotozine.com |
| http://www.equinehits.com |
| http://www.equineworld.co.uk |
| http://www.e-rcps.com |
| http://www.esbnyc.com |
| http://www.escoffier.net |
| http://www.escorcher.com |
| http://www.eslemployment.com |
| http://www.eslpages.com |
| http://www.essortment.com |
| http://www.estatesales.net |
| http://www.e-sterlingsilverjewelry.com |
| http://www.etalkinghead.com |
| http://www.eteamz.com |
| http://www.e-trainercentral.com |
| http://www.etravelogue.com |
| http://www.europe-property.org |
| http://www.eu-visit.com |
| http://www.evelynnesbit.com |
| http://www.eventjar.com |
| http://www.everyareacode.com |
| http://www.everyduderanch.com |
| http://www.everyone.net |
| http://www.everypoet.com |
| http://www.everythingpreschool.com |
| http://www.evilrulers.com |
| http://www.exactaudiocopy.de |
| http://www.exchange-it.com |
| http://www.exchangerate.com |
| http://www.executiveplanet.com |
| http://www.exoticspotter.com |
| http://www.expatengineer.net |
| http://www.explore-dictionary.com |

0471815

| |
|---|
| http://www.exploringwomanhood.com |
| http://www.expomed-medical.com |
| http://www.expressindia.com |
| http://www.eyetricks.com |
| http://www.eyewitnesstohistory.com |
| http://www.eythorsson.com |
| http://www.ez2www.com |
| http://www.ezcreditcard.com |
| http://www.ez-powercart.com |
| http://www.ezthemes.com |
| http://www.ezvendor.com |
| http://www.f1central.net |
| http://www.f1gamers.com |
| http://www.f1inbox.com |
| http://www.f1newsonline.net |
| http://www.f1racing.net |
| http://www.f1technical.net |
| http://www.fabfotos.com |
| http://www.factmonster.com |
| http://www.facts-about.org.uk |
| http://www.fairy-tales.org.uk |
| http://www.falltvpreview.com |
| http://www.family-marriage-counseling.com |
| http://www.familymatters.tv |
| http://www.familyshoppingbag.com |
| http://www.familytreesearcher.com |
| http://www.famous-quote.com |
| http://www.famousquotes.ws |
| http://www.fanball.com |
| http://www.fanfictionhq.com |
| http://www.fanfilmxchange.com |
| http://www.fan-jam.com |
| http://www.fantasticarts.com |
| http://www.fantasyartdesign.com |
| http://www.fantasyasylum.com |
| http://www.fantasybaseball.com |
| http://www.fantasybaseballcafe.com |
| http://www.fantasybasketball.com |
| http://www.fantasybasketballcafe.com |
| http://www.fantasycars.com |
| http://www.fantasyfootball.com |
| http://www.fantasyfootballcafe.com |
| http://www.fantasyfootballchallenge.com |
| http://www.fantasyhockey.com |
| http://www.fantasy-sculptures.com |
| http://www.fantasysharks.com |
| http://www.fantasytailgate.com |
| http://www.faqkids.com |
| http://www.fashion.ie |
| http://www.fashionweekamericas.com |
| http://www.fast-autos.net |
| http://www.fastclick.com |

| |
|---|
| http://www.fastclique.com |
| http://www.fastfood.com |
| http://www.fasttrackfitness.com |
| http://www.fatcalories.com |
| http://www.fatfreekitchen.com |
| http://www.fathermag.com |
| http://www.fathersworld.com |
| http://www.fayettevillenc.com |
| http://www.fcnp.com |
| http://www.fdepot.com |
| http://www.festivefever.com |
| http://www.fftoolbox.com |
| http://www.fhmus.com |
| http://www.fictionpress.net |
| http://www.fiftiesweb.com |
| http://www.filefront.com |
| http://www.filmbug.com |
| http://www.filmfodder.com |
| http://www.filmhobbit.com |
| http://www.filmsite.org |
| http://www.finalfrontier.za.net |
| http://www.finalhit.com |
| http://www.financecalc.com |
| http://www.financemaps.com |
| http://www.findazip.com |
| http://www.findcliches.com |
| http://www.findcroatia.com |
| http://www.findfreesheetmusic.com |
| http://www.finditincanada.ca |
| http://www.findpoetry.com |
| http://www.findsavers.com |
| http://www.findschedules.com/ |
| http://www.findtutorials.com |
| http://www.findwealth.com |
| http://www.finerdesign.com |
| http://www.firstcoastus.com |
| http://www.firstglobalselect.com |
| http://www.first-school.ws |
| http://www.fishermansnet.com |
| http://www.fishingmonster.com |
| http://www.fishlinkcentral.com |
| http://www.fitness-training.net |
| http://www.fitnesszone.co.za |
| http://www.fitwatch.com |
| http://www.fitxtreme.com |
| http://www.fixyourownprinter.com |
| http://www.flags.net |
| http://www.flags-flags-flags.org.uk |
| http://www.flamingtext.com |
| http://www.flashadvisor.com |
| http://www.flashbuilder.net |
| http://www.flashfunpages.com |

0471817

| |
|---|
| http://www.fleetdirectory.com |
| http://www.flickaddict.com |
| http://www.flickfilosopher.com |
| http://www.flightarrivals.com |
| http://www.flightlevel350.com/ |
| http://www.flightview.com |
| http://www.flnewscenter.com |
| http://www.floorstransformed.com |
| http://www.floridagators.com |
| http://www.floridalegalanswers.com |
| http://www.floridalink.com |
| http://www.floridaparks.com |
| http://www.floridasportsman.com |
| http://www.floridatoday.com |
| http://www.flowerpictures.net |
| http://www.flowerposter.com |
| http://www.flowgokids.com |
| http://www.flyball.com |
| http://www.flyfish.com |
| http://www.fm-radio.us |
| http://www.focusonmovies.com |
| http://www.focusontv.com |
| http://www.fonetastic.com |
| http://www.fontgarden.com |
| http://www.fontparadise.com |
| http://www.fonts101.com |
| http://www.fontsmadeeasy.com |
| http://www.fontvillage.com |
| http://www.foodclassics.com |
| http://www.foodfit.com |
| http://www.foodgeeks.com |
| http://www.food-lists.com |
| http://www.foodposter.com |
| http://www.food-recipes.net |
| http://www.foodreference.com |
| http://www.foodsubs.com |
| http://www.football.com |
| http://www.footballavenue.com |
| http://www.footballcardgallery.com |
| http://www.footballdiehards.com |
| http://www.footballdocs.com |
| http://www.footballscans.com |
| http://www.footballsfuture.com |
| http://www.footballtransfers.co.uk |
| http://www.footygeek.com |
| http://www.forthedot.com |
| http://www.forumseeders.net |
| http://www.fostercats.org |
| http://www.foto-a-day.com |
| http://www.fox23.com |
| http://www.fox24.com |
| http://www.foxesonidol.com |

0471818

| |
|---|
| http://www.foxnews.com |
| http://www.fpnotebook.com |
| http://www.freakingnews.com |
| http://www.free-beauty-tips.com |
| http://www.freebiesforbabies.com |
| http://www.freebooknotes.com |
| http://www.free-calorie-counter.info |
| http://www.free-clipart.ws |
| http://www.freedict.com |
| http://www.free-ecards.ws |
| http://www.free-e-cards-online.com |
| http://www.freefever.com |
| http://www.free-font-downloads.com |
| http://www.freefoodrecipes.com |
| http://www.freefootball.org |
| http://www.freefpthemes.com |
| http://www.freeglossary.com |
| http://www.freegolfinfo.com |
| http://www.free-gourmet-recipes.com |
| http://www.free-greetingcards.co.uk |
| http://www.freeholdcam.com |
| http://www.freekidcrafts.com |
| http://www.freelancejobsnews.com |
| http://www.freelayouts.com |
| http://www.freemags.ca |
| http://www.freemathhelp.com |
| http://www.freenaturephotos.com |
| http://www.freephotosbank.com |
| http://www.free-picture-graphic.org.uk |
| http://www.freepraiseandworship.org |
| http://www.freerecipe.org |
| http://www.free-recipes.info |
| http://www.freescripts.com |
| http://www.freeservers.com |
| http://www.free-sheet-music.us |
| http://www.freesheetmusicguide.com |
| http://www.free-short-stories.org.uk |
| http://www.free-software-downloads.org |
| http://www.freespeeches.net |
| http://www.freespider.com |
| http://www.freestuffconnection.com |
| http://www.free-tabs.com |
| http://www.freetimes.com |
| http://www.free-translations.org |
| http://www.freewarehome.org |
| http://www.freewarepalm.com |
| http://www.freewebcards.com |
| http://www.freewebmastertips.com |
| http://www.free-webmaster-tools.com |
| http://www.free-webmaster-tools.com/ |
| http://www.fresnobee.com |
| http://www.fretplay.com |

0471819

| |
|---|
| http://www.friedsocialworker.com |
| http://www.friendster.com |
| http://www.friendtastic.com |
| http://www.fromkarlyn.com |
| http://www.fronskiefeint.com |
| http://www.frugalcrafts.com |
| http://www.frugalsavers.com |
| http://www.frugalshopper.ca |
| http://www.frugalworld.com |
| http://www.fruitstands.com |
| http://www.fs2002.com |
| http://www.fscpictorial.com |
| http://www.ftimes.com |
| http://www.ftvlive.com |
| http://www.fullblownent.com |
| http://www.fultondailynews.com |
| http://www.funbrain.com |
| http://www.funnydog.net |
| http://www.funnypetphotos.com/ |
| http://www.funpunch.com |
| http://www.funschool.com |
| http://www.fuzzywebmaster.com |
| http://www.fvnewswire.com |
| http://www.fwdepot.com |
| http://www.fwnetwork.com |
| http://www.fxtoday.co.uk |
| http://www.gadget-gurus.com |
| http://www.gaggle.net |
| http://www.gaiaonline.com |
| http://www.galaxgazette.com |
| http://www.gallerym.com |
| http://www.gamearcade.com |
| http://www.gamehouse.com |
| http://www.gamepro.com |
| http://www.game-reviews.ca |
| http://www.gamerfeed.com |
| http://www.gamersbrain.com |
| http://www.gamershell.com |
| http://www.games.com |
| http://www.gamestop.com |
| http://www.gametrailers.com |
| http://www.gameuniverse.com |
| http://www.gannett.com |
| http://www.gannetttv.com |
| http://www.gardenhobbies.com |
| http://www.gardeninglaunchpad.com |
| http://www.gardenlink.biz |
| http://www.garfield.com |
| http://www.garlicworld.co.uk |
| http://www.gasbuddy.com |
| http://www.gascp.com |
| http://www.gasports.com |

0471820

| |
|---|
| http://www.gaspricewatch.com |
| http://www.gasticker.com |
| http://www.gatheringofnations.com |
| http://www.gazette.com |
| http://www.gazette.net |
| http://www.gazetteextra.com |
| http://www.gdlcards.com |
| http://www.gearpreview.com |
| http://www.geekbusiness.com |
| http://www.geekinformed.com |
| http://www.genealogyspot.com |
| http://www.genealogytoday.com |
| http://www.genealogytoolbox.com |
| http://www.general-stores.us |
| http://www.generationmom.com |
| http://www.geographyiq.com |
| http://www.geoparent.com |
| http://www.georgewashington-history.com |
| http://www.getacoder.com |
| http://www.getapuppy.ca |
| http://www.getbulky.com |
| http://www.getfrugal.com |
| http://www.getgourmetrecipes.com |
| http://www.getmyip.com |
| http://www.getsometabs.com |
| http://www.getsportsinfo.com |
| http://www.ghvillage.com |
| http://www.gift-crazy.com |
| http://www.gigwise.com |
| http://www.gisearch.com |
| http://www.gites-in-france.co.uk |
| http://www.gjerdes.com |
| http://www.gladiant.com |
| http://www.glassinesurfer.com |
| http://www.glasssteelandstone.com |
| http://www.globalguestpoll.com |
| http://www.globalsecurity.org |
| http://www.globalsurfers.com |
| http://www.globegazette.com |
| http://www.glo-con.com |
| http://www.glosiversity.com |
| http://www.glossarist.com |
| http://www.go2tabs.com |
| http://www.goal.com |
| http://www.goatweb.com |
| http://www.gocertify.com |
| http://www.goedwardsville.com |
| http://www.go-golf.net |
| http://www.gograph.com |
| http://www.goingtohawaii.com |
| http://www.go-jamaica.com |
| http://www.goldcolony.com |

0471821

| |
|---|
| http://www.goldlyrics.com |
| http://www.golfable.com |
| http://www.golfcoursestats.net |
| http://www.golf-industry.com |
| http://www.golfore.com |
| http://www.golfpro-online.com |
| http://www.golftoday.co.uk |
| http://www.golftraveltimes.com |
| http://www.go-localjamaica.com |
| http://www.gomovietrailers.com |
| http://www.goodgirlgoods.com |
| http://www.goodhousekeeping.com |
| http://www.goodlifecanada.com |
| http://www.goodnewshound.com |
| http://www.good-tutorials.com |
| http://www.googleearthhacks.com |
| http://www.gophercentral.com |
| http://www.gospelcity.com |
| http://www.gotfrag.com |
| http://www.gotosweeps.com |
| http://www.gotradio.com |
| http://www.gourmed.gr |
| http://www.gourmetconnection.com |
| http://www.grab.com/us |
| http://www.gradeconnect.com |
| http://www.grantbeachneighborhood.org |
| http://www.grantky.com |
| http://www.greatandhra.com |
| http://www.greaterkashmir.com |
| http://www.greatfacts.com |
| http://www.greatfreefonts.com |
| http://www.greatfreeware.com |
| http://www.greatlovequotes.com |
| http://www.greece.com |
| http://www.greekhideout.com |
| http://www.greekspider.com |
| http://www.greenbaynewschron.com |
| http://www.greenchronicle.co.uk |
| http://www.greenchronicle.com |
| http://www.greenemessenger.com |
| http://www.greennature.com |
| http://www.greenwich2000.com |
| http://www.greetingcards.com |
| http://www.greeting-cards.com |
| http://www.greetinghub.com |
| http://www.greetingsabc.com |
| http://www.greetingsisland.com |
| http://www.greetingsite.net |
| http://www.greetycards.com |
| http://www.grilling-recipes.com |
| http://www.groovejob.com |
| http://www.groovygreets.com |

0471822

| |
|---|
| http://www.groovythemes.com |
| http://www.groupcard.com |
| http://www.groupcards.com |
| http://www.gtplanet.net |
| http://www.gtrides.com |
| http://www.guardian.co.tt |
| http://www.guardiannewsngr.com |
| http://www.guessthecharacter.com |
| http://www.guestbooksite.com |
| http://www.guidetothepoint.com/ |
| http://www.guitarboard.com |
| http://www.guitarchordsmagic.com |
| http://www.guitaretab.com |
| http://www.guitarists.net |
| http://www.guitarnoise.com |
| http://www.guitartablab.com |
| http://www.guitartabs.com |
| http://www.guitartricks.com |
| http://www.hairboutique.com |
| http://www.hairdos.com |
| http://www.hairquackery.com |
| http://www.hairtotoes.com |
| http://www.halfbloodprince.info |
| http://www.halifaxlive.com |
| http://www.hampshirereview.com |
| http://www.hamsterland.com |
| http://www.hamstery.com |
| http://www.handytel.com |
| http://www.happyfeelings.com |
| http://www.happypuppy.com |
| http://www.hardavenue.com |
| http://www.hardwareanalysis.com |
| http://www.hardwaresecrets.com |
| http://www.hardwaves.com |
| http://www.havanavista.com |
| http://www.havredailynews.com |
| http://www.hawaii2000.com |
| http://www.hawaii-guide.net |
| http://www.hawaiipackage.com |
| http://www.hawaiipictures.com |
| http://www.hawaiischoolreports.com |
| http://www.hdnews.net |
| http://www.hdsportsguide.com |
| http://www.headline-medical-news.com |
| http://www.headlineplanet.com |
| http://www.headlines.com.au |
| http://www.headline-sports-news.com |
| http://www.headlinespot.com |
| http://www.healthanddiets.com |
| http://www.healthfultips.com |
| http://www.healthlinksusa.com |
| http://www.health-nexus.com |

0471823

| |
|---|
| http://www.healthopedia.com |
| http://www.healthutopia.com |
| http://www.hearmymusic.net |
| http://www.hebervalleyinfo.com |
| http://www.heightmax.com |
| http://www.helplinedatabase.com |
| http://www.herald-journal.com |
| http://www.herald-mail.com |
| http://www.herald-sun.com |
| http://www.hhsclassof82.com |
| http://www.hicards.com |
| http://www.highfidelityreview.com |
| http://www.highresautoimages.com |
| http://www.highwayconditions.com |
| http://www.hikemore.com |
| http://www.hindisong.com |
| http://www.hindu.com |
| http://www.hinduonnet.com |
| http://www.hindustantimes.com |
| http://www.hindustantimes.com/05 |
| http://www.historyforkids.org |
| http://www.historylink101.net |
| http://www.historyorb.com |
| http://www.hi-techreviews.com |
| http://www.hitzdiary.com |
| http://www.hjnews.com |
| http://www.hockeydb.com |
| http://www.hockey-fans.com |
| http://www.hockeyinformer.com |
| http://www.hockeyofficials.com |
| http://www.hoghappy.com |
| http://www.hogwartswire.com |
| http://www.holidaycarols.com |
| http://www.holiday-clipart.com |
| http://www.holiday-clipart.net |
| http://www.holidayposter.com |
| http://www.holisticnetworker.com |
| http://www.hollabox.com |
| http://www.hollywood.com |
| http://www.hollywood.tv |
| http://www.hollywoodnetwork.com |
| http://www.hollywoodnorthreport.com |
| http://www.homebasedbusiness.com |
| http://www.homedefensenews.com |
| http://www.homegear.com |
| http://www.homeissues.com |
| http://www.homelandnetwork.com |
| http://www.homeofheroes.com |
| http://www.homeofsport.com |
| http://www.homepagers.com |
| http://www.homeresearcher.com |
| http://www.homes.com |

| |
|---|
| http://www.homesaledirectory.com |
| http://www.homeschoolfree.com |
| http://www.homestore.com |
| http://www.hometownannapolis.com |
| http://www.hoobly.com |
| http://www.hookedonfacts.com |
| http://www.hookerycookery.com |
| http://www.hoopscorner.com |
| http://www.hoovers.com |
| http://www.horsedir.com |
| http://www.horseland.com |
| http://www.horse-races.net |
| http://www.horses.co.uk |
| http://www.hostcompare.net |
| http://www.hostlibrary.com |
| http://www.hotelbeam.com |
| http://www.hotelnewsresource.com |
| http://www.hotelresource.com |
| http://www.hotels-world.com |
| http://www.hotjobposting.com |
| http://www.hot-oracle.com |
| http://www.hottrailers.com |
| http://www.householdauto.com/ |
| http://www.houstonusedautos.com |
| http://www.howstuffworks.com |
| http://www.howtomakestuff.com |
| http://www.hpe.com |
| http://www.hpj.com |
| http://www.hqphotography.com |
| http://www.hsd-inc.com |
| http://www.hsquizbowl.org |
| http://www.hsx.com |
| http://www.htmlbasix.com |
| http://www.huddlegeeks.com |
| http://www.hugsetc.com |
| http://www.humanitiesweb.org |
| http://www.humanux.com |
| http://www.hungrymonster.com |
| http://www.hurluberlu.com |
| http://www.hutchnews.com |
| http://www.hyperhistory.net |
| http://www.i10media.com |
| http://www.iawmd.com |
| http://www.ibelieveinangels.com |
| http://www.iberkshires.com |
| http://www.icarsinc.com |
| http://www.icecoldstocks.com |
| http://www.ichef.com |
| http://www.icollegeweb.com |
| http://www.iconarchive.com |
| http://www.iconator.com |
| http://www.icravebollywood.com |

0471825

| |
|---|
| http://www.icthus.net |
| http://www.idiomsite.com |
| http://www.ienhance.com |
| http://www.iexbeta.com |
| http://www.ifmagazine.com |
| http://www.ifnimidi.com |
| http://www.ifreerecipes.com |
| http://www.ihigh.com |
| http://www.ihomeconnect.com |
| http://www.iii-interactive.com |
| http://www.iii-interactive.com/internet |
| http://www.iii-interactive.com/intnews |
| http://www.iii-interactive.com/us-news |
| http://www.ilike2learn.com |
| http://www.iloveapet.com |
| http://www.i-love-cats.com |
| http://www.i-love-dogs.com |
| http://www.ilovethatteachingidea.com |
| http://www.imageblowout.com |
| http://www.imagi-nation.com |
| http://www.impawards.com |
| http://www.imsdb.com |
| http://www.incredimail.com |
| http://www.independentmail.com |
| http://www.indiaexpress.com/ |
| http://www.indiainfo.com |
| http://www.indiamart.com |
| http://www.indianairports.com |
| http://www.indias.com |
| http://www.indoamericalink.com |
| http://www.indonesia-relief.org |
| http://www.indulged.com |
| http://www.inetron.com |
| http://www.infinisource.com |
| http://www.infoplease.com |
| http://www.informationgenius.com |
| http://www.infoscripts.com |
| http://www.infosports.net |
| http://www.infosyncworld.com |
| http://www.inkfrog.com |
| http://www.innerbody.com |
| http://www.innerself.com |
| http://www.innervibrance.com |
| http://www.innnewengland.net |
| http://www.insidebaltimore.com |
| http://www.insidecowboys.com |
| http://www.insidehoops.com |
| http://www.insidemacgames.com |
| http://www.insidenc.com |
| http://www.insidewebprofits.com |
| http://www.insightmalta.com |
| http://www.instructorweb.com |

0471826

| |
|---|
| http://www.insurancebug.org |
| http://www.interiordezine.com |
| http://www.interment.net |
| http://www.internetadsales.com |
| http://www.internetbroadcastingnetwork.com |
| http://www.intersabre.com |
| http://www.investcom.com |
| http://www.investoraxis.com |
| http://www.investordictionary.com |
| http://www.investorworm.com |
| http://www.invitationmagic.com |
| http://www.invlinks.com |
| http://www.ionchannels.com |
| http://www.ioncities.com |
| http://www.ionmusic.com |
| http://www.iowavoice.com |
| http://www.ipoddailynews.com |
| http://www.ipodnn.com |
| http://www.iposters.us |
| http://www.iriddler.com |
| http://www.iridis.com |
| http://www.isaway.net |
| http://www.iscriptdb.com |
| http://www.i-sendgreetings.com |
| http://www.ishop2day.com/ |
| http://www.isidore-of-seville.com |
| http://www.isound.com |
| http://www.istatmaster.com |
| http://www.italian-recipes.info |
| http://www.italiansrus.com |
| http://www.itconversations.com |
| http://www.itharvest.com |
| http://www.iwantacar.com |
| http://www.jackiesellsstlouis.com |
| http://www.jacksonville.com |
| http://www.jagsource.org |
| http://www.jamaica-gleaner.com |
| http://www.jamaicans.com |
| http://www.jamaica-star.com |
| http://www.jamesgirone.com |
| http://www.janmike.org |
| http://www.januarymagazine.com |
| http://www.japantoday.com |
| http://www.jasonkelly.com |
| http://www.javascriptkit.com |
| http://www.jazzitude.com |
| http://www.jbcar.ca |
| http://www.jbroadtests.com |
| http://www.jcarter.com |
| http://www.jcarter.com/sports2 |
| http://www.jcarter_425_1.com |
| http://www.jcarter_425_2.com |

0471827

| |
|---|
| http://www.jcarter_425_3 |
| http://www.jcarter_lifestyles_400.com |
| http://www.jcarter25.com |
| http://www.jcarterchannel21.com |
| http://www.jcarterchannel22.com |
| http://www.jcarterchannel23.com |
| http://www.jcarterchannel24.com |
| http://www.jcarterchannel26.com |
| http://www.jcartermarketing4.com |
| http://www.jcchannel14.com |
| http://www.jcchannel15.com |
| http://www.jcchannel16.com |
| http://www.jcchannel17.com |
| http://www.jcchannel18.com |
| http://www.jcchannel19.com |
| http://www.jcchannel20.com |
| http://www.jcchannel25.com |
| http://www.jcobi1.com/05 |
| http://www.jcsports6.com |
| http://www.jcsports7.com |
| http://www.jcsports8.com |
| http://www.jcsports9.com |
| http://www.jedinet.com |
| http://www.jerseycam.com |
| http://www.jes-soft.com |
| http://www.jetsetting.net |
| http://www.jewishroutes.com |
| http://www.jiffynotes.com |
| http://www.jigsawland.com |
| http://www.jigzone.com |
| http://www.jimhillmedia.com |
| http://www.jippy.com |
| http://www.jjhuddle.com |
| http://www.jjmechanic.com |
| http://www.jobanimal.com |
| http://www.jobs.net |
| http://www.jobsbystate.info |
| http://www.jobsearch-help.com |
| http://www.jobseekersadvice.co.uk |
| http://www.jobs-in-europe.net |
| http://www.jobstreet.com |
| http://www.jobsworm.com |
| http://www.jobsync.com |
| http://www.jobtube.com |
| http://www.jobvertise.com |
| http://www.jobyours.com |
| http://www.johnsesl.com |
| http://www.jollyroger.com |
| http://www.journalnet.com |
| http://www.journalstar.com |
| http://www.journaltosuccess.com |
| http://www.joycean.org |

0471828

| |
|---|
| http://www.joystiq.com |
| http://www.jpost.com |
| http://www.js-examples.com |
| http://www.jsmadeeasy.com |
| http://www.jsonline.com |
| http://www.jsworkshop.com |
| http://www.juco.com |
| http://www.jumpstation.ca |
| http://www.jumptoyourcity.com |
| http://www.justbeads.com |
| http://www.justcolleges.com |
| http://www.justforcoaches.com |
| http://www.just-hairstyles.com |
| http://www.justmovietrailers.com |
| http://www.just-pooh.com |
| http://www.justsnipe.com |
| http://www.k9info.com |
| http://www.kaboose.com |
| http://www.kafenio.com |
| http://www.kaleden.com |
| http://www.kangaroosports.com |
| http://www.karenscountrykitchen.com |
| http://www.karlyns.com |
| http://www.katiesscenteds.com |
| http://www.katu.com |
| http://www.kayakmind.com |
| http://www.kbears.com |
| http://www.kcentv.com |
| http://www.keepkidshealthy.com |
| http://www.keep-the-faith.net |
| http://www.kenrockwell.com |
| http://www.kerclink.com |
| http://www.kfsource.com |
| http://www.kidscolorpages.com |
| http://www.kidsdomain.com |
| http://www.kids-in-mind.com |
| http://www.kidspirit.com |
| http://www.kidsplaypark.com |
| http://www.kidzone.ws |
| http://www.kijhl.com |
| http://www.killermovies.com |
| http://www.kindmothers.com |
| http://www.kingcountyjournal.com |
| http://www.kissitmakeitbetter.com |
| http://www.kittypicz.com |
| http://www.kiwiherald.com |
| http://www.kmph.com |
| http://www.knightridder.com |
| http://www.knowledgehound.com |
| http://www.koptalk.com |
| http://www.kromefx.com |
| http://www.krqe.com |

| |
|---|
| http://www.ksn.com |
| http://www.ktab.com |
| http://www.kuwaitlinks.com |
| http://www.kwicgifts.com |
| http://www.kzla.com |
| http://www.la.com |
| http://www.laavengers.com |
| http://www.laddergolf.com |
| http://www.ladnb.com |
| http://www.lafayette-online.com |
| http://www.lakeeriecottages.com |
| http://www.lakersweb.com |
| http://www.landvoyage.com |
| http://www.langpublications.com |
| http://www.laptoplogic.com |
| http://www.lastminuterentals.net |
| http://www.latestgoals.net |
| http://www.latinoreview.com |
| http://www.latinosportslegends.com |
| http://www.lavacards.com |
| http://www.lawstudentparadise.com |
| http://www.lawzilla.com |
| http://www.leadertelegram.com |
| http://www.leaguelineup.com |
| http://www.leagueracing.com |
| http://www.leagueshark.com |
| http://www.learn2paint.net |
| http://www.learn2type.com |
| http://www.learnchem.net |
| http://www.learning.ca |
| http://www.learnthat.com |
| http://www.leasetrade.com |
| http://www.lebweb.com |
| http://www.leesmovieinfo.com |
| http://www.legalbitstream.com |
| http://www.legal-definitions.com |
| http://www.legendsofamerica.com |
| http://www.lehmanhs.com |
| http://www.lemonadegame.com |
| http://www.leonardsworlds.com |
| http://www.lerenti.com |
| http://www.lessonplancentral.com |
| http://www.lessonplanspage.com |
| http://www.lessonplanz.com |
| http://www.letsgopens.com |
| http://www.letsplay.com |
| http://www.lewis-and-clark-expedition.com |
| http://www.lexicorient.com |
| http://www.libertyhaven.com |
| http://www.liberty-man.com |
| http://www.liebermanart.com |
| http://www.lifehack.org |

0471830

| |
|---|
| http://www.lilcharmers.com |
| http://www.linkgeneral.com |
| http://www.linksysonline.com |
| http://www.linuxdownloads.org |
| http://www.linuxhelp.net |
| http://www.linux-laptop.net |
| http://www.linuxpackages.net |
| http://www.lissaexplains.com |
| http://www.listingsca.com |
| http://www.listingsus.com |
| http://www.literaturepage.com |
| http://www.literaturesummary.com |
| http://www.literature-web.net |
| http://www.literock939fm.com |
| http://www.lithead.com |
| http://www.littlebritishcar.co.uk |
| http://www.littlewhitedog.com |
| http://www.live365.com |
| http://www.livedaily.com |
| http://www.livedeal.com |
| http://www.liverpooldailynews.com |
| http://www.livingreefs.com |
| http://www.lmsr.net |
| http://www.loadmove.com |
| http://www.localcars4sale.com |
| http://www.local-jobs.com |
| http://www.localtranslation.com |
| http://www.lodinews.com |
| http://www.longdistanceus.com |
| http://www.longislandexchange.com |
| http://www.longislandgolfnews.com |
| http://www.longislandjam.com |
| http://www.lordoftherings-essentials.com |
| http://www.lorienstable.com |
| http://www.los-angeles-travel-services.com |
| http://www.lotsafonts.com |
| http://www.lottohome.com |
| http://www.louisianatourguide.com |
| http://www.lovepoemsandpoetry.com |
| http://www.lovepoemsandquotes.com |
| http://www.lovepoetry.com |
| http://www.lovestories.com |
| http://www.loveyoupages.com |
| http://www.lovingyou.com |
| http://www.loway.com |
| http://www.lowcarbohydrateweightloss.com |
| http://www.low-carb-recipes.com |
| http://www.lowcarbsonline.com |
| http://www.lowendmac.com |
| http://www.lowpricescan.com |
| http://www.lrmart.com |
| http://www.ltmn.com |

0471831

| |
|---|
| http://www.lubbockonline.com |
| http://www.lunchbug.com |
| http://www.lutonhomes.com |
| http://www.luxist.com |
| http://www.lybot.com |
| http://www.lycos.ca |
| http://www.lyngsat-space.com |
| http://www.lyricsdepot.com |
| http://www.lyricsondemand.com |
| http://www.m1live.com |
| http://www.mac360.com |
| http://www.macdailynews.com |
| http://www.macgamefiles.com |
| http://www.machinima.com |
| http://www.macnightowl.com |
| http://www.macnn.com |
| http://www.macombdaily.com |
| http://www.maconareaonline.com |
| http://www.macopinion.com |
| http://www.macosrumors.com |
| http://www.macosxapps.com |
| http://www.maddv.com |
| http://www.madisoncourier.com |
| http://www.mafiaflix.com |
| http://www.magatopia.com |
| http://www.magazinecity.net |
| http://www.magic-city-news.com |
| http://www.magicmeister.com |
| http://www.mail2world.com |
| http://www.mailtribune.com |
| http://www.maine.com |
| http://www.majesticmexico.com |
| http://www.majorgeeks.com |
| http://www.makeupalley.com |
| http://www.making-coffee.com |
| http://www.malawihere.com |
| http://www.malaysianfood.net |
| http://www.maldiveisle.com |
| http://www.maldivesresorts.com |
| http://www.mambohut.com |
| http://www.manhattan.com |
| http://www.mankatofreepress.com |
| http://www.mantecabulletin.com |
| http://www.maproamer.com |
| http://www.maps.com/05 |
| http://www.maps4free.com |
| http://www.mapz411.ca |
| http://www.marchmadnet.com |
| http://www.marketimer.com |
| http://www.marketworm.com |
| http://www.marksellsstlouis.net |
| http://www.marslander.com |

0471832

| |
|---|
| http://www.marsnews.com |
| http://www.marthastewart.com |
| http://www.marvel.com |
| http://www.masstraveljournal.com |
| http://www.masterproductionsdjs.com |
| http://www.masters-of-photography.com |
| http://www.math.com/ |
| http://www.mathematics.com |
| http://www.mathgoodies.com |
| http://www.matrix28.com |
| http://www.mauinews.com |
| http://www.mavsurfer.com |
| http://www.maxpreps.com |
| http://www.mbtamap.com |
| http://www.mbuzzy.com |
| http://www.mcall.com |
| http://www.mcphersonsentinel.com |
| http://www.mcsebraindumps.com |
| http://www.meadvilletribune.com |
| http://www.medfriendly.com |
| http://www.medgadget.com |
| http://www.media.mysan.de |
| http://www.mediascreen.com |
| http://www.medicalhelpnet.com |
| http://www.medicalsearchweb.com |
| http://www.meditationsforwomen.com |
| http://www.medportal.com |
| http://www.medschoolguide.co.uk |
| http://www.megacinema.com |
| http://www.megagames.com |
| http://www.megamazes.com |
| http://www.memorablequotations.com |
| http://www.memorypost.com |
| http://www.memturbo.com |
| http://www.menheaven.com |
| http://www.mensnewsdaily.com |
| http://www.mentalbay.com |
| http://www.mental-health-matters.com |
| http://www.mentalis.org |
| http://www.menupages.com |
| http://www.menupix.com |
| http://www.menuplanner.net |
| http://www.meowser.com |
| http://www.meridianstar.com |
| http://www.merriam-webster.com |
| http://www.merrillvillealumni.com |
| http://www.mersina.com |
| http://www.messenger-inquirer.com |
| http://www.metabolism.com |
| http://www.metromixradio.com |
| http://www.metroplane.com |
| http://www.metrotimes.com |

0471833

| |
|---|
| http://www.mexican-recipes.info |
| http://www.miamidolphins.co.uk |
| http://www.miamisite.com |
| http://www.michigancricket.com |
| http://www.michnews.com |
| http://www.michnews.net |
| http://www.michronicle.com |
| http://www.mickeynews.com |
| http://www.microzoo.com |
| http://www.middlesborodailynews.com |
| http://www.midi.com |
| http://www.mididepot.com |
| http://www.midnightcollector.com |
| http://www.midweek.com |
| http://www.migente.com |
| http://www.militarybaby.com |
| http://www.militarysheetmusic.com |
| http://www.milonic.com |
| http://www.milwaukeefood.com |
| http://www.mindfake.com |
| http://www.min-eng.com |
| http://www.miningjournal.com |
| http://www.miningjournal.net |
| http://www.mircscripts.org |
| http://www.missoulian.com |
| http://www.mitechtrading.com |
| http://www.mix985.com |
| http://www.mlbsite.com |
| http://www.mnight.com |
| http://www.mobileafrica.net |
| http://www.mobileburn.com |
| http://www.mobiledia.com |
| http://www.mobilemarketingjoblist.com |
| http://www.moceanugymnastics.com |
| http://www.modbee.com |
| http://www.modem-help.com |
| http://www.modemhelp.net |
| http://www.modernmom.info |
| http://www.modernracer.com |
| http://www.modifiedcars.com |
| http://www.modifiedtrucks.com |
| http://www.mohankumars.com |
| http://www.mom2momlist.com |
| http://www.mommysdayout.com |
| http://www.mommytoo.com |
| http://www.moncton.net |
| http://www.money.net |
| http://www.moneycontrol.com |
| http://www.moneyinstructor.com |
| http://www.monkeyreview.com |
| http://www.monsterbids.com |
| http://www.monstersandcritics.com |

| |
|---|
| http://www.moonlaidie.com |
| http://www.moontowncafe.com |
| http://www.moovees.com |
| http://www.mooviees.com |
| http://www.morebabynames.com |
| http://www.more-hairstyles.com |
| http://www.moreinfo.gr |
| http://www.morerfid.com |
| http://www.morganarticlearchive.com |
| http://www.morningstar.com |
| http://www.mortgageresearchcenter.org |
| http://www.mortgagescripts.net |
| http://www.mostlyclassical.com |
| http://www.mothheart.com |
| http://www.motocrosstracks.net |
| http://www.motorbikes.be |
| http://www.motorcities.com |
| http://www.motordesktop.com |
| http://www.motor-insurance-uk.org.uk |
| http://www.motorsport.com |
| http://www.mount-pelee.com |
| http://www.mousiekin.com/ |
| http://www.movieactors.com |
| http://www.moviecentre.net |
| http://www.movie-gazette.com |
| http://www.movie-list.com |
| http://www.moviemistakes.com |
| http://www.movieprop.com |
| http://www.moviesonline.ca |
| http://www.moviesounds.com |
| http://www.movie-source.com |
| http://www.movietome.com |
| http://www.movie-vault.com |
| http://www.moviewallpapers.net |
| http://www.mozongo.com |
| http://www.mp3.com |
| http://www.mrkent.com |
| http://www.mrnussbaum.com |
| http://www.mrnussbaumgames.com |
| http://www.mrpcpro.com |
| http://www.msngeeks.com |
| http://www.mtshastanews.com |
| http://www.mtstars.com |
| http://www.mubuy.com |
| http://www.muhammad-ali-boxing.org.uk |
| http://www.munchymobile.com |
| http://www.munciefreepress.com |
| http://www.musecreative.com |
| http://www.museumstuff.com |
| http://www.musicalinstrumentplace.com |
| http://www.music-critic.com |
| http://www.musicinsight.com |

| |
|---|
| http://www.musicinstruments.ca |
| http://www.musicvision.com |
| http://www.mustangheaven.com |
| http://www.mxauto.com |
| http://www.myanmars.net |
| http://www.myautoevents.com |
| http://www.myaviation.net |
| http://www.mybama.com |
| http://www.mybirthdaytracker.com |
| http://www.my-calorie-counter.com |
| http://www.mycouponoutlet.com |
| http://www.mycraftbook.com |
| http://www.mydailygazette.com |
| http://www.mydealerships.com |
| http://www.mydixontelegraph.com |
| http://www.mydrinkrecipes.com |
| http://www.myevolve.com |
| http://www.myfamily.com |
| http://www.myfavmovies.com |
| http://www.myfightingillini.com |
| http://www.mygreenpeace.com |
| http://www.myhomedecorating.com |
| http://www.myhomeimprovements.net |
| http://www.myhouseplants.com |
| http://www.myhurricanesports.com |
| http://www.myjaco.com |
| http://www.mymartinsville.com |
| http://www.myownemail.com |
| http://www.mypartysupplystore.com |
| http://www.myprivatecoach.com |
| http://www.myrecipesource.com |
| http://www.myringtones.net |
| http://www.mysearchengineranking.com |
| http://www.mytarheelblue.com |
| http://www.mythology.com |
| http://www.mytopsitelist.com |
| http://www.mytown.com |
| http://www.mytrashmail.com |
| http://www.mytravelbook.com |
| http://www.mytravelguide.com |
| http://www.mytripreport.com |
| http://www.myund.com |
| http://www.myutsports.com |
| http://www.myweather.net |
| http://www.my-wedding-blog.com |
| http://www.mywesttexas.com |
| http://www.naiabasketball.net |
| http://www.naiafootball.net |
| http://www.naicl.com |
| http://www.nameyobaby.com |
| http://www.naplesnews.com |
| http://www.napoleonguide.com |

| |
|---|
| http://www.nappturality.com |
| http://www.nascarnet.com |
| http://www.nascartouring.com |
| http://www.nasdaq.com |
| http://www.nashvillecitypaper.com |
| http://www.naters.com |
| http://www.nationalchamps.net |
| http://www.nationallodging.com |
| http://www.national-parks.biz |
| http://www.nationalparksgallery.com |
| http://www.natural-humor-medicine.com |
| http://www.navyadvancement.com |
| http://www.navysite.de |
| http://www.nbanet.com |
| http://www.nbc-foxaffiliates.com |
| http://www.ncbuy.com |
| http://www.ndtv.com |
| http://www.nealsellsstlouis.com |
| http://www.nearfantastica.com |
| http://www.nearlocal.com |
| http://www.near-me.com |
| http://www.needlecrafting.com |
| http://www.negative-calorie-foods.com |
| http://www.nemofriends.com |
| http://www.neomesh.com |
| http://www.neopets.com |
| http://www.neopets.com/18 |
| http://www.neoseeker.com |
| http://www.neoseeker2.com |
| http://www.nepanews.com |
| http://www.nesportsman.com |
| http://www.netadmintools.com |
| http://www.netarticles.net |
| http://www.netboater.com |
| http://www.netcities.co.uk |
| http://www.netcolleges.com |
| http://www.nethugs.com |
| http://www.netpoets.com |
| http://www.netradio.com |
| http://www.netzero.com |
| http://www.neubooks.com |
| http://www.neutralzonehockey.com |
| http://www.newaupair.com |
| http://www.new-car-dealerships.com |
| http://www.newcenturyfriends.net |
| http://www.newfdog.com |
| http://www.newhampshire.com |
| http://www.newindpress.com |
| http://www.newmumsforum.com |
| http://www.news4jax.com |
| http://www.news8.net |
| http://www.newsadvance.com |

| |
|---|
| http://www.newsandjava.com |
| http://www.newsbanner.com |
| http://www.newschannel5.com |
| http://www.newscuts.com |
| http://www.newsdaily.com |
| http://www.newsexaminer.com |
| http://www.news-graphic.com |
| http://www.newsidea.com |
| http://www.newsisfree.com |
| http://www.newsmax.com |
| http://www.newsobserver.com |
| http://www.newsonf1.com |
| http://www.newspapers.com |
| http://www.newspapersofaustralia.com |
| http://www.newspress.com |
| http://www.newstimes.com |
| http://www.newstopic.net |
| http://www.newstrove.com |
| http://www.newszoom.com |
| http://www.newtutorials.com |
| http://www.newyorkjobs.com |
| http://www.nextdaypets.com |
| http://www.nfldraftcountdown.com |
| http://www.nflreport.com |
| http://www.nflsite.com |
| http://www.ngatemall.com |
| http://www.nhlextreme.com |
| http://www.nhl-league.net |
| http://www.nhlsite.com |
| http://www.nickaos.com |
| http://www.nigeriadailynews.com |
| http://www.nigerianation.com |
| http://www.nightingale.com |
| http://www.nintendoinsider.com |
| http://www.nixflix.com |
| http://www.njoytravel.com |
| http://www.njshoreguide.com |
| http://www.noblemind.com |
| http://www.nobrainerdeals.com |
| http://www.nofonts.com |
| http://www.nonstopcinema.com |
| http://www.northjersey.com |
| http://www.northraleigh.net |
| http://www.notebookreview.com |
| http://www.novelguide.com |
| http://www.nptelegraph.com |
| http://www.nripulse.com |
| http://www.nsonline.com |
| http://www.ntcompatible.com |
| http://www.numion.com |
| http://www.nurse101.com |
| http://www.nurseslounge.com |

0471838

| |
|---|
| http://www.nursingstudy.com |
| http://www.nutrientfacts.com |
| http://www.nutritional-information.info |
| http://www.nwanews.com |
| http://www.nwitimes.com |
| http://www.nyctourist.com |
| http://www.nydailynews.com |
| http://www.nyjobsource.com |
| http://www.ny-outdoors.com |
| http://www.nypizzapie.com |
| http://www.nypost.com |
| http://www.nypress.com |
| http://www.oa6.org |
| http://www.obgyn.net |
| http://www.observer-reporter.com |
| http://www.octv.com |
| http://www.oddjokes.com |
| http://www.odili.net |
| http://www.odyssei.com |
| http://www.officelinks.com |
| http://www.off-road.com |
| http://www.offshorerace.com |
| http://www.ohiogolfguide.com |
| http://www.ohiorunner.com |
| http://www.ohiosportsfans.com |
| http://www.ohwy.com |
| http://www.oldcarfinders.com |
| http://www.oldevents.com |
| http://www.oldright.com |
| http://www.olinm.com |
| http://www.omaha.com |
| http://www.omnicity.com |
| http://www.onepc.net |
| http://www.onestopreview.com |
| http://www.onetreehillcentral.org/ |
| http://www.onlinecityguides.com |
| http://www.online-equine.com |
| http://www.onlinenewspapers.com |
| http://www.online-orienteering.net |
| http://www.onlinereviewguide.com |
| http://www.onlinesoccermanager.com |
| http://www.onlinesoldier.com |
| http://www.online-sweepstakes.com |
| http://www.onlineunitconversion.com |
| http://www.only4gurus.com |
| http://www.onlysimchas.com |
| http://www.onmilwaukee.com |
| http://www.ontheweb.com |
| http://www.oodie.com |
| http://www.open-business.info |
| http://www.optillusions.com |
| http://www.orangecountygolfcourses.com |

0471839

http://www.orangeexposure.com
http://www.orangescarf.com
http://www.oregonnews.com
http://www.organic-gardening.net
http://www.orlandoentertainmentguide.com
http://www.orlandosentinel.com
http://www.orlandoweekly.com
http://www.orthodoxherald.com
http://www.osdev.quadlinq.com
http://www.oskarschindler.info/
http://www.oswegodailynews.com
http://www.osx-e.com
http://www.otinfo.org
http://www.ottawaherald.com
http://www.ottawaynewspapers.com
http://www.ourbestrecipes.com
http://www.oursportscentral.com
http://www.out2teach.com
http://www.outdoorplaces.com
http://www.ovenjerkymaker.com
http://www.overlandpark.com
http://www.owlpages.com
http://www.ozinvestor.com.au
http://www.pacific101.com
http://www.pacificwaverider.com
http://www.pacprod.com
http://www.paducahsun.com
http://www.pagesix.com
http://www.pagetutor.com
http://www.painting-ideas-techniques.com
http://www.paintingyourhouse.info
http://www.painworld.org
http://www.pakwheels.com
http://www.paltalk.com
http://www.pamidstate.com
http://www.pandamedicine.com
http://www.pandomag.com
http://www.panews.com
http://www.pantagraph.com
http://www.paperairplanes.co.uk
http://www.papercheck.com
http://www.parablesite.com
http://www.parenthoodplace.com
http://www.parentingclub.com
http://www.parentsays.com
http://www.partytop.com
http://www.passionateaboutfood.net
http://www.passionforpaint.com
http://www.pastrywiz.com
http://www.patriotresource.com
http://www.pcboard.com.pk
http://www.pcgaming.ws/

0471840

| |
|---|
| http://www.pcmacworld.com |
| http://www.pcquote.com |
| http://www.pdagold.com |
| http://www.pdbooksonline.com |
| http://www.pdictionary.com |
| http://www.pedigreequery.com |
| http://www.peertrainer.com |
| http://www.penguinradio.com |
| http://www.pensacolanewsjournal.com |
| http://www.peopleposter.com |
| http://www.perfectdoctors.com |
| http://www.perfectpaws.com |
| http://www.perfect-vacations.com |
| http://www.performance-education.com/ |
| http://www.periodic-table.org.uk |
| http://www.permadi.com |
| http://www.perplexingtimes.com |
| http://www.persian-cats.com |
| http://www.petandwildlife.com |
| http://www.pethandbook.com |
| http://www.pet-health.org |
| http://www.pethumor.com |
| http://www.petnamesworld.com |
| http://www.petpeoplesplace.com |
| http://www.pets.ca |
| http://www.petssquare.com |
| http://www.pet-supply-guru.com |
| http://www.pfonts.com |
| http://www.phantis.com |
| http://www.phatnav.com |
| http://www.phillyburbs.com |
| http://www.phobiafinder.com |
| http://www.phobiaguide.com |
| http://www.phoenixazrealestatehome.com |
| http://www.phonespelling.com |
| http://www.photocartoonist.com |
| http://www.photogalaxy.co.uk |
| http://www.photographycorner.com |
| http://www.photolinks.com |
| http://www.photoparade.com |
| http://www.photoshopbox.com |
| http://www.photoshopcity.com |
| http://www.photoshopresource.com |
| http://www.photoshoptutorials.us |
| http://www.phpbbmods.com |
| http://www.phpclasses.org |
| http://www.pianofiles.com |
| http://www.pickajob.com |
| http://www.pier55.com |
| http://www.pigskinpost.com |
| http://www.pineislandnews.com |
| http://www.pingray.com |

0471841

| |
|---|
| http://www.pinkmonkey.com |
| http://www.pinksunrise.com |
| http://www.pioneernews.net |
| http://www.pittsburghlive.com |
| http://www.pittsburghmusic.com |
| http://www.pixpo.com |
| http://www.pizza-recipes.net |
| http://www.pjstar.com |
| http://www.pkicentral.com |
| http://www.plagiarist.com |
| http://www.planespotters.net |
| http://www.planetedu.com |
| http://www.planetjam.com |
| http://www.planetpals.com |
| http://www.planetphilippines.com |
| http://www.planet-source-code.com |
| http://www.planetxbox360.com |
| http://www.platinumtabs.com |
| http://www.playerhistory.com |
| http://www.playerschoicegames.com |
| http://www.playerwatch.co.uk |
| http://www.plaza101.com |
| http://www.plazahardware.com |
| http://www.plume-noire.com |
| http://www.poem.org |
| http://www.poemhunter.com |
| http://www.poemsabout.com |
| http://www.poems-and-poetry.com |
| http://www.poems-and-quotes.com |
| http://www.poetry.com.au |
| http://www.poetryamerica.com |
| http://www.poetry-archive.com |
| http://www.poetryconnection.net |
| http://www.poetry-online.org |
| http://www.poetrypoem.com |
| http://www.poetryx.com |
| http://www.pogo.com/05 |
| http://www.point-travel.com |
| http://www.policeone.com |
| http://www.politicsnh.com |
| http://www.politicspa.com |
| http://www.politix.us |
| http://www.polkonline.com |
| http://www.pollstar.com |
| http://www.poohfriends.com |
| http://www.popcornmonsters.com |
| http://www.popjournalism.com |
| http://www.popmail.com |
| http://www.popyard.com |
| http://www.portervillerecorder.com |
| http://www.portofentry.com |
| http://www.postcardperfection.com |

0471842

| |
|---|
| http://www.postcards.org |
| http://www.post-docs.com |
| http://www.posterpal.com |
| http://www.post-in-toronto.on.ca |
| http://www.poultryone.com |
| http://www.poultrypages.com |
| http://www.powerhomebiz.com |
| http://www.powwows.com |
| http://www.practicalpc.co.uk |
| http://www.practicalwine.com |
| http://www.pregnancy-calendars.net |
| http://www.pregnancyetc.com |
| http://www.prerunners.net |
| http://www.preschooleducation.com |
| http://www.preschoolprintables.com |
| http://www.preschoolprintables.com/ |
| http://www.prescriptiondrug-info.com |
| http://www.prescriptions1.net |
| http://www.pressingquestion.com |
| http://www.pressmoves.net |
| http://www.pricebuyer.com |
| http://www.priceline.com |
| http://www.pricenetwork.ca |
| http://www.pricerunner.com |
| http://www.primarygames.com |
| http://www.prodjfinder.com |
| http://www.professorsearch.com |
| http://www.profilehtml.com |
| http://www.profitstogo.com |
| http://www.profootballweekly.com |
| http://www.projectgcse.co.uk |
| http://www.prom-hairstyles.org |
| http://www.pronunciationpatterns.com |
| http://www.proserpine.com |
| http://www.prosheetmusic.com |
| http://www.prosportsdaily.com |
| http://www.psd-tutorials.com |
| http://www.pslover.com |
| http://www.psrworld.com |
| http://www.psw.us |
| http://www.psychdirectory.com |
| http://www.ptcruizer.com |
| http://www.pumacars.com |
| http://www.pumpkinnook.com |
| http://www.puppypoopy.com |
| http://www.purplepride.org |
| http://www.putitinink.com |
| http://www.puzzlechoice.com |
| http://www.puzzlesolver.com |
| http://www.qctimes.com |
| http://www.qmovies.com |
| http://www.qualityairnj.com |

0471843

| |
|---|
| http://www.qualitydogs.com |
| http://www.quantobasta.com |
| http://www.quasimodos.com |
| http://www.queendom.com |
| http://www.quick-chicken-recipes.info |
| http://www.quickzip.org |
| http://www.quintcareers.com |
| http://www.quit4good.com |
| http://www.quiz-zone.co.uk |
| http://www.quotableonline.com |
| http://www.quotationnation.com |
| http://www.quotationspage.com |
| http://www.quotedb.com |
| http://www.quotelogger.com |
| http://www.quotes.ms |
| http://www.quoteshead.com |
| http://www.quotetracker.com |
| http://www.quoteworld.org |
| http://www.qv500.com |
| http://www.qwikcast.com |
| http://www.r2tv.com |
| http://www.racecarworld.com |
| http://www.racefanonline.com |
| http://www.racevids.com |
| http://www.racewaymedia.com |
| http://www.racinginiowa.com |
| http://www.racingone.com |
| http://www.radaronline.com |
| http://www.radialdesigns.co.uk |
| http://www.radio.desithrills.com |
| http://www.radiofree.com |
| http://www.radioio.com |
| http://www.radio-locator.com |
| http://www.radiolovers.com |
| http://www.radio-quality.co.uk |
| http://www.radioroadtrip.com |
| http://www.radioshowlinks.com/ |
| http://www.railpictures.net |
| http://www.raisingadaughter.com |
| http://www.raisingourkids.com |
| http://www.rallyclips.com |
| http://www.rankwhere.com |
| http://www.rapdirt.com |
| http://www.rapidcityjournal.com |
| http://www.ratemybabypics.com |
| http://www.ratemyprofessor.com |
| http://www.razzledazzlerecipes.com |
| http://www.rbay.com |
| http://www.readingeagle.com |
| http://www.readprint.com |
| http://www.readyayeready.com |
| http://www.reagan.dk |

0471844

| |
|---|
| http://www.realadriatic.com |
| http://www.realadventures.com |
| http://www.realbird.com |
| http://www.realdictionary.com |
| http://www.realestateportal.com |
| http://www.realestatevn.com |
| http://www.realgmbaseball.com |
| http://www.realitynewsonline.com |
| http://www.realmagic.net |
| http://www.realpeoplesnames.com |
| http://www.realtor.com |
| http://www.realtyclipart.com |
| http://www.recipecottage.com |
| http://www.recipedude.com |
| http://www.recipeez.com |
| http://www.recipegoldmine.com |
| http://www.recipeland.com |
| http://www.recipelink.com |
| http://www.recipeplace.com |
| http://www.reciperewards.com |
| http://www.recipeshack.com |
| http://www.recipesunlimited.com |
| http://www.recipezaar.com |
| http://www.record-journal.com |
| http://www.recordnet.com |
| http://www.recordonline.com |
| http://www.recordpub.com |
| http://www.redding.com |
| http://www.redhotpawn.com |
| http://www.rediff.com |
| http://www.redmen.com |
| http://www.reelrant.com |
| http://www.reeltalkreviews.com |
| http://www.re-estate.com |
| http://www.refdesk.com |
| http://www.reference.com |
| http://www.regards.com |
| http://www.register.com/05 |
| http://www.registerbee.com |
| http://www.reikiballoons.com |
| http://www.reitown.com |
| http://www.relationships911.org |
| http://www.religionfacts.com |
| http://www.rememberedbyus.com |
| http://www.remodelormove.com |
| http://www.rentals-canada.com |
| http://www.rentersinc.com |
| http://www.rentlaw.com |
| http://www.reportfun.com |
| http://www.re-quest.net |
| http://www.rescuepetstore.com |
| http://www.reserveamerica.com |

http://www.resourceindex.com
http://www.restaurantdb.net
http://www.restylane.info
http://www.resume-examples-sample-
http://www.resume-resource.com
http://www.resumewiki.com
http://www.retailretreat.com
http://www.retailsource.com
http://www.retrobug.com
http://www.reviewboard.com
http://www.reviewjournal.com
http://www.revisiontime.com
http://www.revolutionarywar-history.com
http://www.rhymestore.com
http://www.richguymag.com
http://www.riddleplanet.com
http://www.ridestuff.com
http://www.rightdiet.net
http://www.ringoplanet.com
http://www.ripoffreport.com
http://www.rivalquest.com
http://www.rivals.com
http://www.rivals100.com
http://www.rivermaya.com
http://www.rivir.com
http://www.rjlsoftware.com
http://www.rnbdirt.com
http://www.roanecounty.com
http://www.robbieslater.com
http://www.rock-climbing.ws
http://www.rockdirt.com
http://www.rocketcarstory.com
http://www.rockintabs.com
http://www.rocklandnews.com
http://www.rockonthenet.com
http://www.rockreview.co.uk
http://www.rollingstone.com
http://www.romancetips.com
http://www.romanhideout.com
http://www.ropeofsilicon.com
http://www.rotogenius.com
http://www.rotoreport.com
http://www.rototimes.com
http://www.rotowire.com
http://www.rotoworld.com
http://www.rottentomatoes.com
http://www.routedirect.com
http://www.row12.com
http://www.roxboro-courier.com
http://www.royalelephant.com
http://www.royalrecipes.com
http://www.royalty.info

http://www.royalty.nu
http://www.rsportscars.com
http://www.rss-to-javascript.com
http://www.rugbytactics.com
http://www.ruinedendings.com
http://www.rupya.com
http://www.sacramentopages.com
http://www.sailboatspecs.com
http://www.salesvantage.com
http://www.salsa-recipes.com
http://www.sandboxplus.com
http://www.sandhill.com
http://www.sandiegogolfguide.com
http://www.sangraal.com
http://www.santacruzsentinel.com
http://www.santamariatimes.com
http://www.sassyscreations.com
http://www.sasusers.com
http://www.satelliteguys.us
http://www.satribune.com
http://www.savingmybills.com
http://www.scalpay.com
http://www.sccnetwork.com
http://www.scenicecards.com
http://www.scenicreflections.com
http://www.schooljokes.com
http://www.schuylkill.com
http://www.scienceaddiction.com
http://www.sciencedaily.com
http://www.sciencedictionary.org
http://www.sciencegateway.org
http://www.scifi.com
http://www.scinet.cc
http://www.scout.com
http://www.scoutinglinks.com
http://www.scprep.com
http://www.scrantontimes.com
http://www.scrapbooking-online.com
http://www.scratching-post.net
http://www.scriptsfinder.com
http://www.scriptworm.com
http://www.scubadivers.ws
http://www.searchasheville.com
http://www.searcheng.co.uk
http://www.searchenginejournal.com
http://www.searchplay.com
http://www.seasoned.com
http://www.seaspot.com
http://www.seatdata.com
http://www.seattletimes.com
http://www.sebastianfl.com
http://www.securityclipper.com

| |
|---|
| http://www.securitynewsportal.com |
| http://www.sedonamonthly.com |
| http://www.seek2.com |
| http://www.seekmyjob.com |
| http://www.seekover.com |
| http://www.self-improvement- |
| http://www.semissourian.com |
| http://www.senateworks.com |
| http://www.sendcheer.com |
| http://www.seniorleaguehockey.com |
| http://www.sepharus.com |
| http://www.sequoyahcountytimes.com |
| http://www.setiatwork.com |
| http://www.setstudio.com |
| http://www.sewcity.com |
| http://www.sewingmachines.ca |
| http://www.sfgate.com |
| http://www.sfmtb.com |
| http://www.sfwatcher.com |
| http://www.sgaonline.com |
| http://www.shadowshopper.com |
| http://www.shefinds.com |
| http://www.shiver7.com/ |
| http://www.shntech.com |
| http://www.shockingfreebies.com |
| http://www.shockwave.com |
| http://www.shoesonthenet.com |
| http://www.shopdigital.ca |
| http://www.shop-eze.com |
| http://www.shoppingbookmarks.com |
| http://www.shoppingonlinenetwork.com |
| http://www.shoppingorg.com |
| http://www.shoppinweb.com |
| http://www.shopstix.com |
| http://www.short-hairstyles.com |
| http://www.shotimes.com |
| http://www.showusers.com |
| http://www.siasat.com/english |
| http://www.side-effects.ca |
| http://www.siforonline.com |
| http://www.sify.com |
| http://www.signhumor.com |
| http://www.signonsandiego.com |
| http://www.silent-creation.net |
| http://www.silverfishlongboarding.com |
| http://www.simbafriends.com/ |
| http://www.simplifiedweightloss.com |
| http://www.simtel.net |
| http://www.singlereel.com |
| http://www.siouxsports.com |
| http://www.sirinews.com |
| http://www.sirius-news.com |

0471848

| |
|---|
| http://www.sitegadgets.com |
| http://www.sitejot.com |
| http://www.sitezing.com |
| http://www.sj-r.com |
| http://www.skateboardspots.com |
| http://www.skatetop.com |
| http://www.skc-networks.net/auto |
| http://www.skc-networks.net/business |
| http://www.skc-networks.net/careers |
| http://www.skc-networks.net/computers |
| http://www.skc-networks.net/health |
| http://www.skc-networks.net/hobbies |
| http://www.skc-networks.net/money |
| http://www.skc-networks.net/sports |
| http://www.skc-networks.net/travel |
| http://www.skimonline.com |
| http://www.sknr.net |
| http://www.skytopia.com |
| http://www.slate.com |
| http://www.slc-classifieds.com |
| http://www.slipups.com |
| http://www.sltrib.com |
| http://www.smartbiz.com |
| http://www.smartbrief.com |
| http://www.smartstocks.com |
| http://www.smashitsusa.com |
| http://www.snippetcollection.com |
| http://www.snow-forecast.com |
| http://www.soapcentral.com |
| http://www.soapdom.com |
| http://www.soapnet.com |
| http://www.socalcamping.com |
| http://www.soccerage.com |
| http://www.soccerclips.net |
| http://www.soccer-links.com |
| http://www.soccerstats.com |
| http://www.soccerstore.com |
| http://www.soccervoice.com |
| http://www.soccerway.com |
| http://www.socialstudiesforkids.com |
| http://www.softandco.com |
| http://www.softlookup.com |
| http://www.softwarebusters.com |
| http://www.software-downloads.org |
| http://www.softwarepatch.com |
| http://www.solarviews.com |
| http://www.solitairecentral.com |
| http://www.solitairegames.com |
| http://www.somemoorecats.com |
| http://www.songsforteaching.com |
| http://www.sonicbreakdown.com |
| http://www.sonicslang.com |

0471849

| |
|---|
| http://www.soonerfans.com |
| http://www.soulfoodcookbook.com |
| http://www.soulfulclassics.com |
| http://www.soulfulsmoothjazz.com |
| http://www.souljoint.com |
| http://www.soulsearch.net |
| http://www.soundbug.com |
| http://www.southasianews.com |
| http://www.southbeach-diet.info |
| http://www.southdakota123.com |
| http://www.southharris.com |
| http://www.southofboston.com |
| http://www.space.com |
| http://www.spacedaily.com |
| http://www.spacewar.com |
| http://www.spamdailynews.com |
| http://www.spanishdict.com |
| http://www.spellarama.com |
| http://www.spellcheck.net |
| http://www.spelling-tests.com |
| http://www.spfimedia.com |
| http://www.spiderkerala.com |
| http://www.spiderpro.com |
| http://www.splashspot.com |
| http://www.spoiledmaltese.com |
| http://www.spokesmanreview.com |
| http://www.spongezone.net |
| http://www.sponsordirectory.com |
| http://www.sponsorplus.net |
| http://www.sportingnews.com |
| http://www.sportsbuff.com |
| http://www.sports-central.org |
| http://www.sportsjamaica.com |
| http://www.sportsjuice.com |
| http://www.sportslinks.info |
| http://www.sportsnetwork.com |
| http://www.sportspyder.com |
| http://www.sports-stories.com |
| http://www.sport-updates.com |
| http://www.sport-vacations.com |
| http://www.sprracing.com |
| http://www.sptimes.com |
| http://www.spymac.com |
| http://www.spyware-adware.info |
| http://www.ssnewstelegram.com |
| http://www.stands4.com |
| http://www.stangnet.com |
| http://www.star104.net |
| http://www.starbeacon.com |
| http://www.starbulletin.com |
| http://www.staregame.com |
| http://www.starlightastrology.com |

0471850

| |
|---|
| http://www.starpulse.com |
| http://www.starpulse.com/redirect |
| http://www.starrepublic.org |
| http://www.starseeker.com |
| http://www.startupnation.com |
| http://www.starwars.com |
| http://www.stategazette.com |
| http://www.statejobs.com |
| http://www.steelvillage.com |
| http://www.stellarbay.com |
| http://www.stitchalley.com |
| http://www.stockmarketstudio.com |
| http://www.stories.com |
| http://www.stormsurf.com |
| http://www.strangevehicles.com |
| http://www.stratteraonline.com |
| http://www.streamaudio.christian.com |
| http://www.streamaudio.com |
| http://www.streamwaves.com |
| http://www.streetballonline.com |
| http://www.streetdream.de |
| http://www.streetmap.co.uk |
| http://www.studentdoc.com |
| http://www.studentsreview.com |
| http://www.studycorner.net |
| http://www.studyworld.com |
| http://www.stuffo.com |
| http://www.stuttgartarkansas.com |
| http://www.sublimehotels.com/ |
| http://www.submitside.com |
| http://www.subwayinfo.com |
| http://www.subzerotech.com |
| http://www.successfulgardening.co.uk |
| http://www.succulents.co.za |
| http://www.sugar3.com |
| http://www.suite101.com |
| http://www.summer-daycamps.com |
| http://www.sundaygazettemail.com |
| http://www.sundayleague.com |
| http://www.sungazette.com |
| http://www.sun-herald.com |
| http://www.sunjournal.com |
| http://www.sunny98.com |
| http://www.supercarnews.com/ |
| http://www.supercars.net |
| http://www.supercarsite.net |
| http://www.superdotnet.com |
| http://www.superkids.com |
| http://www.supermanhomepage.com |
| http://www.superplonk.com |
| http://www.superstarcountry.us |
| http://www.supplement-information.com |

0471851

| |
|---|
| http://www.supportersites.com |
| http://www.surebaby.com |
| http://www.surfboardshack.com |
| http://www.surfclass.com |
| http://www.surfernetwork.com |
| http://www.surferschoiceawards.com |
| http://www.surfgopher.com |
| http://www.surfline.com |
| http://www.surforecast.com |
| http://www.surnameweb.org |
| http://www.survivaliq.com |
| http://www.survivorfever.net |
| http://www.survivornews.net |
| http://www.svdaily.com |
| http://www.swacpage.com |
| http://www.swaperie.com |
| http://www.sweetfacts.com |
| http://www.swellster.com |
| http://www.swirve.com |
| http://www.swishweb.com |
| http://www.switchboard.com |
| http://www.swnebr.net |
| http://www.swordfishingcentral.com |
| http://www.system-processes.com |
| http://www.tabalorium.com |
| http://www.tabdb.com |
| http://www.tabheaven.com |
| http://www.taboholic.com |
| http://www.tabpower.com |
| http://www.taconuts.com |
| http://www.tagboardsite.com |
| http://www.tagged.com |
| http://www.tamilsoulja.com |
| http://www.tampasportsday.com |
| http://www.targetfind.us |
| http://www.targetpc.com |
| http://www.tastycrockpotrecipes.net |
| http://www.teacherview.com |
| http://www.teachitforward.com |
| http://www.teach-nology.com |
| http://www.teairra-online.com |
| http://www.teamattire.com |
| http://www.teamautohaus.net |
| http://www.teamforeclosure.com |
| http://www.teammarket.com |
| http://www.techbroadcasting.com |
| http://www.techjamaica.com |
| http://www.techmarc.co.uk |
| http://www.techmount.com/ |
| http://www.technical-resumes.com |
| http://www.technofile.com |
| http://www.technologiesnews.com |

0471852

| |
|---|
| http://www.techonthenet.com |
| http://www.techradium.com |
| http://www.techtracker.com |
| http://www.tech-updates.com |
| http://www.teddybearhugs.co.uk |
| http://www.teenjobsection.com |
| http://www.tellingpeople.com |
| http://www.tellnotales.com |
| http://www.telugucinema.com |
| http://www.templates.ws |
| http://www.templatesbox.com |
| http://www.tenniscorner.net |
| http://www.tennisheadlines.com |
| http://www.tennisrulz.com |
| http://www.tennis-x.com |
| http://www.terahub.com |
| http://www.tercars.com |
| http://www.terradaily.com |
| http://www.testmagic.com |
| http://www.testsherpa.com |
| http://www.texarkanagazette.com |
| http://www.texascooking.com |
| http://www.texashiking.com |
| http://www.texasholdempoker-stats.com |
| http://www.texashsfootball.com |
| http://www.texaslegaldirectories.com |
| http://www.tfponline.com |
| http://www.tgcmagazine.com |
| http://www.thailandparadise.com |
| http://www.thanksgiving-greetings.com |
| http://www.that70scentral.com |
| http://www.thatsmyhome.com |
| http://www.the8rules.co.uk |
| http://www.thealamofilm.com |
| http://www.theapprenticerules.com |
| http://www.theasthmaforum.com |
| http://www.theatrecanada.com |
| http://www.theatrechannel.com |
| http://www.theatrehistory.com |
| http://www.thebabycorner.com |
| http://www.thebabynamer.com |
| http://www.thebackpacker.com |
| http://www.the-ballet.com |
| http://www.thebeachcats.com |
| http://www.thebigguide.com |
| http://www.theblueline.com |
| http://www.thechesapeakebay.com |
| http://www.thechocolateden.com |
| http://www.thecoloringspot.com |
| http://www.thecombatzone.org |
| http://www.theconservativevoice.com |
| http://www.thecookingschool.com |

http://www.thecouponchick.com
http://www.thecourier.com
http://www.thecouriertimes.com
http://www.thecraftsource.com
http://www.the-cricket-site.com
http://www.thecustomcards.com
http://www.thedailycamera.com
http://www.thedailyreporter.com
http://www.thedailyreview.com
http://www.thedeliciouslife.com
http://www.thedoctorslounge.net
http://www.thedvdinsider.com
http://www.thefeeder.com
http://www.thefloppy.com
http://www.theftlibrary.com
http://www.thefuzzylens.com
http://www.thegate.ca
http://www.thegolfchannel.com
http://www.thegolfexpert.com
http://www.thehairstyler.com
http://www.thehindubusinessline.com
http://www.thehollywoodnews.com
http://www.thehotfix.net
http://www.thehoya.com
http://www.the-internet-eye.com
http://www.thekidzpage.com
http://www.thelocalpapers.com
http://www.themanufacturer.com
http://www.themediadrome.com
http://www.themedicine.net
http://www.themercury.com
http://www.themorningnews.org
http://www.themoviebox.net
http://www.themovieguru.net
http://www.themovieinsider.com
http://www.thenetskitchen.com
http://www.thenewsenterprise.com
http://www.thenortheastgeorgian.com
http://www.the-numbers.com
http://www.theoconline.com
http://www.theonenetwork.com
http://www.thepaperboy.com
http://www.thepaperboy.com.au
http://www.theparenteducator.com
http://www.theparentreport.com
http://www.theparentsite.com
http://www.thephotowoman.com
http://www.thepittsburghsteelers.com
http://www.theplainsman.com
http://www.thepriceshop.com
http://www.thepublicopinion.com
http://www.thesaurus.com

0471854

| |
|---|
| http://www.thescripts.com |
| http://www.theserviceplace.com |
| http://www.thesourceman.com |
| http://www.thesouthern.com |
| http://www.thesunchronicle.com |
| http://www.thesuntimes.com |
| http://www.thesuperguide.com |
| http://www.thetandd.com |
| http://www.thetechroom.co.uk |
| http://www.thetigernet.com |
| http://www.the-trades.com |
| http://www.thetvinsider.com |
| http://www.theultimates.com |
| http://www.theuseful.com |
| http://www.thevictoriaadvocate.com |
| http://www.theweathercenter.com |
| http://www.thewebcomiclist.com |
| http://www.thewhitsundays.com |
| http://www.thewordhelps.com |
| http://www.thezoom.com |
| http://www.thezreview.co.uk |
| http://www.thingsforwomen.com |
| http://www.thinkessay.com |
| http://www.thinkexist.com |
| http://www.thinks.com |
| http://www.thinksecret.com |
| http://www.thinkwave.com |
| http://www.thirdpartywatch.com |
| http://www.thomasevents.ca |
| http://www.th-record.com |
| http://www.thumbcinema.com |
| http://www.thunderbirdsthemovie.com |
| http://www.ticketinbox.com |
| http://www.tifosi-club.com |
| http://www.tigerland.com |
| http://www.tihministries.com |
| http://www.timeanddate.com |
| http://www.timelessquotes.com |
| http://www.timesheraldonline.com |
| http://www.timesofindia.com |
| http://www.timesonline.com |
| http://www.timespinner.com |
| http://www.timesrecordnews.com |
| http://www.timetravelinstitute.com |
| http://www.tintcenter.com |
| http://www.tip20.com |
| http://www.tipsnhints.com |
| http://www.titanic.com |
| http://www.titanic-facts.com |
| http://www.titantv.com |
| http://www.tivo-news.com |
| http://www.tjobs.com |

| |
|---|
| http://www.tlc.com/05 |
| http://www.toast.com.au |
| http://www.todaysgirlsonly.com |
| http://www.todaysgiveaways.com |
| http://www.todaystmj4.com |
| http://www.toddcarey.com |
| http://www.toggit.com |
| http://www.tolkienonline.com |
| http://www.tomatonation.com |
| http://www.toon.com |
| http://www.toonville.com |
| http://www.top20free.com |
| http://www.top40-charts.com |
| http://www.top5trinidad.com |
| http://www.topcollegefootball.com |
| http://www.topdollarmall.com |
| http://www.topfighters.com |
| http://www.topfivebest.com |
| http://www.topix.net |
| http://www.topsitesforkids.com |
| http://www.toptenreviews.com |
| http://www.totalcountry103.com |
| http://www.totallychips.com |
| http://www.totallydrivers.com |
| http://www.totalmotorcycle.com |
| http://www.totalnextgen.com |
| http://www.totaltabs.com |
| http://www.touristclick.com |
| http://www.town-mall.com |
| http://www.town-mall.net |
| http://www.toyarchive.com |
| http://www.toywiz.com |
| http://www.track-trace.com |
| http://www.trackyourcash.com |
| http://www.trackyourdiet.com |
| http://www.tradehall.com |
| http://www.tradelair.com |
| http://www.trade-pals.com |
| http://www.traffic.com |
| http://www.trafficland.com |
| http://www.trailerdownload.net |
| http://www.traintraveling.com |
| http://www.transport-posters.com |
| http://www.travel-canadian.com |
| http://www.travelcurrent.com |
| http://www.traveldeep.com/ |
| http://www.travelforecast.com |
| http://www.travel-hounds.com |
| http://www.traveljournals.net |
| http://www.travellegend.com |
| http://www.travelnotes.org |
| http://www.travelsafely.org |

0471856

| |
|---|
| http://www.traveltk.com |
| http://www.travlang.com |
| http://www.traxxracing.com |
| http://www.treasurecoasthealth.com |
| http://www.trekjapan.com |
| http://www.trending123.com |
| http://www.tribalfootball.com |
| http://www.tricities.com |
| http://www.tricolore.net |
| http://www.tripletsandus.com |
| http://www.tristate-media.com |
| http://www.tritrans.net |
| http://www.triviaplaza.com |
| http://www.tropicalfishgallery.com |
| http://www.tropical-island.org |
| http://www.truckmoxie.com |
| http://www.truelending.com |
| http://www.trustmymechanic.com |
| http://www.trygames.com |
| http://www.tryholiday.com |
| http://www.tryitorbuyit.com |
| http://www.t-shirtlinks.com |
| http://www.tsnn.com |
| http://www.tuaw.com |
| http://www.tucson.com |
| http://www.tulsaworld.com |
| http://www.tulsaworld.com/05 |
| http://www.turkishpress.com |
| http://www.tutorgig.com |
| http://www.tutorial.jsmadeeasy.com |
| http://www.tutorialadvisor.com |
| http://www.tutorialman.com |
| http://www.tutorialmaniacs.com |
| http://www.tutorialoutpost.com |
| http://www.tutorialpark.com |
| http://www.tutorials1.com |
| http://www.tutorialstream.com |
| http://www.tutorialtomb.com |
| http://www.tutorialwiz.com |
| http://www.tutorio.com |
| http://www.tvacres.com |
| http://www.tvfodder.com |
| http://www.tvfrenzy.com |
| http://www.tvguide.com |
| http://www.tvhound.com |
| http://www.tvlinksonline.com |
| http://www.tvover.net |
| http://www.tvparty.com |
| http://www.tvshark.com |
| http://www.tvshowstore.com |
| http://www.tvsquad.com |
| http://www.tvtome.com |

| |
|---|
| http://www.tvzap.com |
| http://www.tweakxp.com |
| http://www.twinsgeek.com |
| http://www.twokittens.com |
| http://www.tylerpaper.com |
| http://www.typemirror.com |
| http://www.u2asean.com |
| http://www.ubergizmo.com |
| http://www.ufoevidence.org |
| http://www.ufoseek.com |
| http://www.ugo.com |
| http://www.ukdancer.com |
| http://www.ukresident.com |
| http://www.ukscreen.com |
| http://www.uk-software.com |
| http://www.ultimatecarpage.com |
| http://www.ultimate-guitar.com |
| http://www.underwatertimes.com |
| http://www.uninetsolutions.com |
| http://www.union-bulletin.com |
| http://www.unionleader.com |
| http://www.uniquegreetings.com |
| http://www.uniqueprojects.com |
| http://www.university-college.net |
| http://www.unwirednews.net |
| http://www.uplogansalley.com |
| http://www.upstatemotors.com |
| http://www.uptoten.com |
| http://www.usacops.com |
| http://www.usagreetings.com |
| http://www.usaidcenter.com |
| http://www.usaindians.com |
| http://www.usa-posters.com |
| http://www.usastates.com |
| http://www.usaviation.com |
| http://www.uscho.com |
| http://www.usedarticles.com |
| http://www.usedcars.com |
| http://www.uselessfacts.net |
| http://www.useless-knowledge.com |
| http://www.usguides.net |
| http://www.usharrypotter.com |
| http://www.usinglinux.org |
| http://www.uslaw.com |
| http://www.usmchq.com |
| http://www.usmilitary.com |
| http://www.usnews.com/05 |
| http://www.utahcityguide.com |
| http://www.utterlyboring.com |
| http://www.uwphoto.net |
| http://www.valentines-day-clipart.com |
| http://www.validsearch.com |

0471858

| |
|---|
| http://www.valuablecontent.com |
| http://www.valuebug.com |
| http://www.valuemd.com |
| http://www.vandelaysports.com |
| http://www.vanet.com |
| http://www.varsitytv.com |
| http://www.vasectomy-information.com |
| http://www.vault.com |
| http://www.vbspider.com |
| http://www.velocityjournal.com |
| http://www.vender.com |
| http://www.ventito.com |
| http://www.venturacountystar.com |
| http://www.venustennis.com |
| http://www.veronica-duncan.net |
| http://www.vet.com |
| http://www.v-flyer.com |
| http://www.vhprecords.com |
| http://www.vicstart.com |
| http://www.video-animation.com/ |
| http://www.videodetective.com |
| http://www.vidyapatha.com |
| http://www.vietnamese-recipes.com |
| http://www.vindy.com |
| http://www.vintage-art-posters.com |
| http://www.vintagehome.biz |
| http://www.virtshops.com |
| http://www.virtualbangladesh.com |
| http://www.virtual-card.com |
| http://www.virtualcards.co.uk |
| http://www.virtualchicagoland.com |
| http://www.virtualcoasters.com |
| http://www.virtual-egypt.com |
| http://www.virtualscotland.co.uk |
| http://www.virtualstapler.com |
| http://www.virtualtourist.com |
| http://www.virtualvermonter.com |
| http://www.visorzone.com |
| http://www.visualrecipes.com |
| http://www.vividlight.com |
| http://www.vlinuxonline.com |
| http://www.vocabtest.com |
| http://www.volleyballgear.com |
| http://www.volunteerstories.com |
| http://www.vstoremarket.com |
| http://www.w3dictionary.com |
| http://www.w3schools.com |
| http://www.wahmslist.com |
| http://www.wakeboarder.com |
| http://www.wakeboardusa.com |
| http://www.wakeskating.com |
| http://www.wallpaper.net.au |

0471859

| |
|---|
| http://www.wallstreetpos.com |
| http://www.wallstreetsession.com |
| http://www.wallstreettape.com |
| http://www.warof1812-history.com |
| http://www.waroftheworldsfilm.com |
| http://www.washingtondispatch.com |
| http://www.washingtonpost.com |
| http://www.washingtontimes.com |
| http://www.washington-travel-services.com |
| http://www.washtimesherald.com |
| http://www.watcheducation.com |
| http://www.watchesonline.biz |
| http://www.watchster.com |
| http://www.wavefilter.com |
| http://www.wayneindependent.com |
| http://www.wb.com |
| http://www.wccc.com |
| http://www.wcfcourier.com |
| http://www.weather4you.com |
| http://www.weatherbeam.com |
| http://www.weathercentral.com |
| http://www.weathercity.com |
| http://www.weatherdictionary.com |
| http://www.weatherhub.com |
| http://www.weatherpage.ca |
| http://www.weatherroom.com |
| http://www.weatherunderground.com |
| http://www.webcrosswords.com |
| http://www.webdates.com |
| http://www.webdominicana.com |
| http://www.weberdev.com |
| http://www.webflags.com |
| http://www.webguru.com |
| http://www.webmasters-cavern.com |
| http://www.webmasterstop.com |
| http://www.webmastertoolscentral.com |
| http://www.webpromo-inc.com |
| http://www.webscopes.com |
| http://www.webshots.com |
| http://www.webshots.com/int |
| http://www.websitetoolbox.net |
| http://www.websitezone.com |
| http://www.websponsorzone.net |
| http://www.web-toolz.com |
| http://www.webtowns.org |
| http://www.wecantthinkofaname.com |
| http://www.weddingexpress.com |
| http://www.wedding-guide.org |
| http://www.weddingsbystate.com |
| http://www.weddingvendors.com |
| http://www.weeboab.co.uk |
| http://www.weekendrush.com |

0471860

| |
|---|
| http://www.weightloss-weightlifting.com |
| http://www.wellfitfurniture.com |
| http://www.wellsvilledaily.com |
| http://www.weplayhere.com |
| http://www.westminstersc.com |
| http://www.westsidetoday.com |
| http://www.wfmz.com |
| http://www.wgrz.com |
| http://www.wguides.com |
| http://www.whidbeynewstimes.com |
| http://www.whitehousetoday.com |
| http://www.whitepages.com |
| http://www.whitepages.com/05 |
| http://www.who2.com |
| http://www.wholesaleanddropship.com |
| http://www.wholesaledistributorsnet.com |
| http://www.whowon.com |
| http://www.whybike.com |
| http://www.widescreenglory.com |
| http://www.wifi411.com |
| http://www.wi-find.com |
| http://www.wiggingout.com |
| http://www.wildera.com |
| http://www.william-shakespeare.info |
| http://www.wimsbios.com |
| http://www.windowsatoz.com |
| http://www.windowsbeta.net |
| http://www.windowsmoviemakers.net |
| http://www.windowsreinstall.com |
| http://www.winguides.com |
| http://www.winnipegathome.com |
| http://www.winxpfix.com |
| http://www.wiredbears.com |
| http://www.wiredfile.com |
| http://www.wiredhotels.com |
| http://www.wirednow.net |
| http://www.wiredreport.com |
| http://www.wirehouse.com |
| http://www.wireimage.com |
| http://www.wizardry-design.com |
| http://www.wjla.com |
| http://www.wjla.com. |
| http://www.wkrg.com |
| http://www.wmi.org |
| http://www.wnav.com |
| http://www.womanmotorist.com |
| http://www.womensforum.com |
| http://www.wonderfulxmas.com |
| http://www.wondergreetings.com |
| http://www.woodoggy.com |
| http://www.woodsongtarot.com |
| http://www.woodyallenmovies.com |

| |
|---|
| http://www.wooket.com |
| http://www.wordflux.com |
| http://www.wordlab.com |
| http://www.wordplays.com |
| http://www.wordreference.com |
| http://www.workhelp.org |
| http://www.worldannouncements.com |
| http://www.worldbeachlist.com |
| http://www.worldfootballers.com |
| http://www.worldmag.com |
| http://www.worldnetdaily.com |
| http://www.worldofquotes.com |
| http://www.worldrevolution.org |
| http://www.worldsoccervision.com |
| http://www.worldtimezone.com |
| http://www.worldtribune.com |
| http://www.worldusa.com |
| http://www.worldviewer.com |
| http://www.worldvillage.com |
| http://www.worldwar1-history.com |
| http://www.worldwidevillas.com |
| http://www.worldwidewired.com |
| http://www.wormsites.com |
| http://www.wotsit.org |
| http://www.wowanimalpictures.com |
| http://www.wow-halloween-costumes.com |
| http://www.wrgb.com |
| http://www.wset.com |
| http://www.wsls.com |
| http://www.wsoccer.com |
| http://www.wunderground.com |
| http://www.wvgazette.com |
| http://www.wvhealthbeat.com |
| http://www.wvpdles.com |
| http://www.wwar.com |
| http://www.wwlp.com |
| http://www.wwswa.com |
| http://www.wwvr.net |
| http://www.wxnation.com |
| http://www.wxusa.com |
| http://www.wyomingnews.com |
| http://www.wzzm.com |
| http://www.xbitlabs.com |
| http://www.xboxraw.com |
| http://www.x-entertainment.com |
| http://www.xgen.com |
| http://www.xhardwarereviews.com |
| http://www.xmasfonts.com |
| http://www.xplogos.com |
| http://www.xptuneup.com |
| http://www.xscores.com |
| http://www.x-surveys.com |

| |
|---|
| http://www.xtremesportsxchange.com |
| http://www.y100rocks.com |
| http://www.yakimaherald.com |
| http://www.yayb.com |
| http://www.ydr.com |
| http://www.yellowbridge.com |
| http://www.your-camera-tips.com |
| http://www.yourdailyjournal.com |
| http://www.yourdealnetwork.com |
| http://www.yourdiagnosis.com |
| http://www.yourencyclopedia.net |
| http://www.yourfamily.com |
| http://www.your-flea-market.co.uk |
| http://www.yourfreehoroscopes.com |
| http://www.yourhospitals.net |
| http://www.yourmedicalequipment.net |
| http://www.yournursinghomes.net |
| http://www.yourquotations.net |
| http://www.yourthesaurus.net |
| http://www.yourtravel-hq.com |
| http://www.yourtutorials.com |
| http://www.youth-hostels-in.com |
| http://www.yub.com |
| http://www.yukonmac.com |
| http://www.yummyeats.com |
| http://www.zedge.net |
| http://www.zeeks.com |
| http://www.zelo.com |
| http://www.zerocommv2.com |
| http://www.zeroweb.org |
| information.com |
| resumes.com |
| www.ebay.com |
| www.netflix.com |

0471863

| Date | Zone | Opt-In | Dialer | DNC | | | | Date | Zone | Opt-In | Dialer | DNC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.7.2010 | Central | 57094 | 26023 | 31071 | | | | 6.8.2010 | Central | 55572 | 25321 | 30251 | | | |
| | | 56152 | 22902 | 33250 | | | | | | 56192 | 25538 | 30654 | | | |
| | | 55236 | 24845 | 30391 | | | | | | 53353 | 24578 | 28775 | | | |
| | | 46741 | 22790 | 23951 | | | | | | 47037 | 23093 | 23944 | | | |
| | | 50232 | 25850 | 24382 | | | | | | 50740 | 25946 | 24794 | | | |
| | | 53026 | 2261 | 50765 | | | | | | 51704 | 23521 | 28183 | | | |
| | | 53321 | 21980 | 31341 | | | | | | 48064 | 21415 | 26649 | | | |
| | | 18920 | 7867 | 11053 | | | | | | | | | | | |
| | | **390722** | **154518** | **236204** | | | | | | **362662** | **169412** | **193250** | | | |
| | | | | | | | | | | | | | | | |
| | Eastern | 57657 | 29065 | 28592 | | | | | Eastern | 53744 | 26990 | 26754 | | | |
| | | 52169 | 23287 | 28882 | | | | | | 52275 | 23794 | 28481 | | | |
| | | 54044 | 24310 | 29734 | | | | | | 53923 | 24198 | 29725 | | | |
| | | 55640 | 26426 | 29214 | | | | | | 55645 | 26525 | 29120 | | | |
| | | 45942 | 22856 | 23086 | | | | | | 43842 | 22105 | 21737 | | | |
| | | 41104 | 19999 | 21105 | | | | | | 41112 | 20120 | 20992 | | | |
| | | 45539 | 22663 | 22876 | | | | | | 46836 | 23227 | 23609 | | | |
| | | 96952 | 25415 | 71537 | | | | | | 49523 | 25619 | 23904 | | | |
| | | 50293 | 23943 | 26350 | | | | | | 49807 | 29422 | 20385 | | | |
| | | 50191 | 21616 | 28575 | | | | | | 45481 | 22929 | 22552 | | | |
| | | 50192 | 21483 | 28709 | | | | | | | | | | | |
| | | 50398 | 21678 | 28720 | | | | | | | | | | | |
| | | 20122 | 8502 | 11620 | | | | | | | | | | | |
| | | **670243** | **291243** | **379000** | | | | | | **492188** | **244929** | **247259** | | | |
| | | | | | | | | | | | | | | | |
| | Mountain | 54460 | 23234 | 31226 | | | | | Mountain | 53977 | 16089 | 37888 | | | |
| | | 37077 | 15421 | 21656 | | | | | | 47273 | 20107 | 27166 | | | |
| | | **91537** | **38655** | **52882** | | | | | | **101250** | **36196** | **65054** | | | |
| | | | | | | | | | | | | | | | |
| | Pacific | 56522 | 29746 | 26776 | | | | | Pacific | 55461 | 29204 | 26257 | | | |
| | | 50720 | 244 | 50476 | | | | | | 50594 | 27182 | 23412 | | | |
| | | 51813 | 29251 | 22562 | | | | | | 52434 | 28341 | 24093 | | | |
| | | 39029 | 20584 | 18445 | | | | | | 53250 | 29269 | 23981 | | | |
| | | **198084** | **79825** | **118259** | | | | | | 31181 | 16625 | 14556 | | | |
| | | | | | | | | | | | **242920** | **130621** | **112299** | | | |

0471864

| Date | Zone | Opt-In | Dialer | DNC | | Date | Zone | Opt-In | Dialer | DNC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.9.2010 | Central | 57554 | 22043 | 35511 | | 6.14.2010 | Central | 42001 | 14786 | 27215 | |
| | | 49790 | 21477 | 28313 | | | | 42245 | 14928 | 27317 | |
| | | 52184 | 24135 | 28049 | | | | 43628 | 15398 | 28230 | |
| | | 46963 | 17981 | 28982 | | | | 43872 | 21630 | 22242 | |
| | | 46230 | 17469 | 28761 | | | | 56427 | 23249 | 33178 | |
| | | 22562 | 9636 | 12926 | | | | 56161 | 23680 | 32481 | |
| | | | | | | | | 17994 | 7691 | 10303 | |
| | | **275283** | **90698** | **184585** | | | | **302328** | **121362** | **180966** | |
| | Eastern | 59975 | 34484 | 25491 | | | Eastern | 41110 | 12168 | 28942 | |
| | | 48154 | 23440 | 24714 | | | | 41100 | 12101 | 28999 | |
| | | 44332 | 19516 | 24816 | | | | 41257 | | 41257 | |
| | | 49605 | 22509 | 27096 | | | | 41157 | | 41157 | |
| | | 50931 | 23977 | 26954 | | | | 41182 | | 41182 | |
| | | 47061 | 19202 | 27859 | | | | 53234 | | 53234 | |
| | | 44138 | 15009 | 29129 | | | | 49449 | | 49449 | |
| | | 44192 | 15363 | 28829 | | | | 53461 | | 53461 | |
| | | 45444 | 16868 | 28576 | | | | 54076 | | 54076 | |
| | | 20988 | 8658 | 12330 | | | | 53628 | | 53628 | |
| | | | | | | | | 37286 | | 37286 | |
| | | | | | | | | | 160775 | -160775 | mbined into one notepad file |
| | | **454820** | **199026** | **255794** | | | | **506940** | **185044** | **321896** | |
| | Mountain | 50788 | 20890 | 29898 | | | Mountain | 44803 | | 44803 | |
| | | 9453 | 3195 | 6258 | | | | 34438 | 27526 | 6912 | mbined into one notepad file |
| | | **60241** | **24085** | **36156** | | | | **79241** | **27526** | **51715** | |
| | Pacific | 53363 | 29827 | 23536 | | | Pacific | 33609 | | 33609 | |
| | | 48230 | 23708 | 24522 | | | | 44788 | | 44788 | |
| | | 16740 | 6961 | 9779 | | | | 55716 | | 55716 | |
| | | | | | | | | 40348 | 111753 | -71405 | mbined into one notepad file |
| | | **118333** | **60496** | **57837** | | | | **174461** | **111753** | **62708** | |

0471865

# Exhibit Q

| | |
|---|---|
| **From:** | Jef Henderson <jefh@foxvalleytechnologies.com> |
| **Sent:** | 7/8/2010 7:21:40 PM +0000 |
| **To:** | Rich Borst <richb@foxvalleytechnologies.com> |
| **Subject:** | Re: Website leads |

Rich,

Here is my assessment of this list:

First off, I was skeptical of any lone company or person who would be able to own and maintain such a large list of sites (6,000) with a diverse range from ABC programming to About.com, Neflix, eBay to Disney or Viacom and US Military sites, including a large number of small company sites that had Mom&Pop type products/services or information.

Initial look ups (WhoIs) on registrar sites confirm the broad range of ownership which was expected.  Just the notion that a list this large and listed in alphabet order seemed to be sign that there was most likely the following relationship:

All of these sites use similar advertising and/or visitor data tracking for marketing and lead generation.  Out of the many sites I visited, there were always areas listed for registering your advertising on these sites and also several applications which were used for tracking the visitors interests and preferences such as what ads the user targeted.

Key items that seemed to be associated with most of the sites are:

Behavioral Targeting:
Tools such as Tacoda (aol) which is a large US based advertising network company. Tacoda may use tracking cookies and Adware which can capture and collect a users web surfing blueprint.

Performance Targeting:
One such tool is DART Adapt that will dynamically optimize advertiser campaigns. DART Adapt uses all available ad serving data to build best performing segments for an advertiser's ads. Based on performance, DART Adapt will serve ads to the most effective segments while respecting all negotiated targeting criteria.

Based on estimates from last years (data collected Dec 09) top advertising network compaigns online based on revenue were:  (Google is still the leader in advertisement impressions served)

1. Aol Advertising : 187.0 million (8%)
2. Yahoo! Network : 180.9 million (8%)
3. Google Ad Network : 178.1 million (13%)
4. ValueClick Networks : 170.7 million (7%)
5. Microsoft Media Network US : 165.4 million (31%)
6. Specific Media : 165.2 million (8%)
7. FOX Audience Network : 156.9 million (N/A)
8. 24/7 Real Media : 155.8 million (9%)
9. Collective Network : 153.9 million (22%)
10. InterCLICK : 148.9 million (9%)
11. Tribal Fusion : 147.1 million (5%)

12. AudienceScience : 146.4 million (16%)
13. Traffic Marketplace : 144.1 million (-2%)
14. Adconian Media : 141.2 million (-1%)
15. Turn Inc. : 138.2 million (12%)

You can trace many of the ads served on the list of the sites you provided to several data mining techniques and user targeted tools provided by some and even more than those listed above.  There are other sites out there that we have used for in the past for the same data marketing collection, such as Adbrite or even LifeStreet Media who became the largest ad network for Facebook.

There are three types of online advertising networks:

1.Vertical Networks: They represent the publications in their portfolio, with full transparency for the advertiser about where their ads will run. They typically promote high quality traffic at market prices and are heavily used by brand marketers. The economic model is generally revenue share.

2.Blind Networks: These companies offer good pricing to direct marketers in exchange for those marketers relinquishing control over where their ads will run. Blind networks achieve their low pricing through large bulk buys of typically remnant inventory combined with conversion optimization and ad targeting technology. The financial model is arbitrage.

3.Targeted Networks: Sometimes called "next generation" or "2.0" ad networks, these focus on specific targeting technologies such as behavioral or contextual. Targeted networks specialize in using consumer clickstream data to enhance the value of the inventory they purchase.

So bottom line, my opinion is that all those sites listed in the excel spreadsheet came from a relationship between the sites (domains) and a link to a particular advertising network(s).  Should a particular ad network supply a lead generation firm/company, then it would almost appear as if the broker of that data or list of leads was the main provider, not just the reseller.  There appears to be a transparency between the company selling leads to their affiliations with an advertising network working on thousands of sites.

Due to the size of the list, not every site was researched in detail to give a more exact figure towards speculating that each one used the same ad network, but in regards to those checked, we found the range of lead generation coming from several large ad networks.  It's safe to say that many of the massive visitor impression sites were using the top tier of the ad networks which feed/sell their information to smaller brokers/agency's.

Large ad networks include a mixture of search engines, media companies, and technology vendors.

Is it possible that a company like Bullseye Broadcasting could be leasing the lead generation technology portion of its business in a transparent affiliation with a top tier ad firm?  Sure.  Even if we found their source, I wonder if the amount of revenue needed to be a sole provider would be out of range.

Always eager to keep researching and find out though :)

0477730

----- Original Message -----
From: "Rich Borst" <richb@foxvalleytechnologies.com>
To: "Jef Henderson" <jefh@foxvalleytechnologies.com>
Sent: Wednesday, July 7, 2010 8:47:53 AM
Subject: Fwd: Website leads

Please let me know where you are at on this.

-Rich Borst

 -Please consider the environment when deciding whether or not to print this email.

----- Forwarded Message -----
From: "Rich Borst" <richb@foxvalleytechnologies.com>
To: "Beth Valente" <bvalente@tsncorporate.com>
Sent: Wednesday, July 7, 2010 8:47:07 AM
Subject: Re: Website leads

I have Jef researching.  I will follow up with him today to see what he has uncovered.

-Rich Borst

 -Please consider the environment when deciding whether or not to print this email.

----- Original Message -----
From: "Beth Valente" <bvalente@tsncorporate.com>
To: "Rich Borst" <richb@foxvalleytechnologies.com>
Sent: Tuesday, July 6, 2010 6:45:26 PM
Subject: Website leads

Rich -

I know I sent you the list of all of the websites -
Do you have any suggestions on how we can find out about these??

Beth

--
**Jef Henderson**
Web Development Mgr.
Fox Valley Technologies
jefh@foxvalleytechnologies.com