
DEPOSITION EXHIBIT
17D
11-20-15

Congratulations!! You filled out an entry form for the Spring Promotion from one of our preferred vendors - Royal Caribbean, Carnival or Norwegian Cruise and you were selected today. Press 1 now to speak to a Travel Services cruise specialist or press 2 to decline the offer and be added to our do not call list. Press 1 now.

4/25/2013

Congratulations!! You filled out an entry form for the Spring Promotion for a Royal Carribbean, Carnival or Norwegian Cruise and you were selected today. Press 1 now to speak to a Travel Services cruise specialist or press 2 to decline the offer and be added to our do not call list. Press 1 now.

3/21/2013

Congratulations, you filled out a contest entry form for a Spring Cruise Promotion for a Royal Carribbean, Carnival or Norwegian Cruise and you were selected today.! Press 1 now to speak to a Travel Services cruise agent about the Spring Promotion or press 2 to decline the offer. Press one now!

2/18/2013

Happy Presidents Day week! You filled out a contest entry form for our President's day cruise promotion for a Carnival, NCL, or Royal Caribbean cruise and you were selected today. Please press 1 now to speak to a travel services cruise agent or press 2 to decline this offer and be added to our do not call list. Press 1 now!

2/14/2013

Happy Valentines Day! You filled out a contest entry form for a Royal Caribbean, NCL or Carnival cruise and you were selected today. Press 1 to speak to a travel services cruise agent or press 2 to decline offer and be added to our do not call list. Press 1 now!

9/24/2012

Congratulations! You filled out a contest entry form; for our "fall promotion" for a Carnival, Norwegian, or Royal Caribbean Cruise and you were selected today. Please press 1 to speak to a travel services cruise agent to reserve your cruise or press 2 to decline the offer and be added to our do not call list. Press 1 now!

9/11/2013

Congratulations! You filled out a contest entry form; for our "end of summer promotion" for a Carnival, Norwegian, or Royal Caribbean Cruise and you were selected today. Please press 1 to

speak to a travel services cruise agent to reserve your cruise or press 2 to decline the offer and be added to our do not call list. Press 1 now!

6/4/2012

Congratulations! you filled out a contest entry form, for a 4 or 5 day cruise with Carnival, NCL or Royal Caribbean cruise lines and you were selected!! Press 1 now to speak to a travel services cruise agent or press 2 to decline the offer and be added to our do not call list. Press 1 now!

4/9/2012

Congratulations you filled out a contest entry form for a Carnival, Norwegian or Royal Caribbean cruise and you were selected today. Please press 1 to be transferred to a cruise agent or press 2 to decline and be added to our do not call list.

1/3/2013

Happy New Year!!! ......You filled out a contest entry form for a Royal Caribbean, Norwegian or Carnival cruise and you were selected for the promotion today! Please press 1 to speak to a cruise agent to redeem your cruise or press 2 to decline this offer and be added to our do not call list. Please press 1 now!

7/16/2010

Congratulations you filled out a contest entry form for a las Vegas stay or a cruise promotion with Norwegian Cruise lines, Carnival or Royal Caribbean and you have been chosen to receive this trip. Press 1 to claim your trip to speak with a live travel agent or press 2 to decline this offer and to be taken off this special list. Press one NOW!

7/2/2010

Congratulations you have been selected by C and L Cruises to receive a complimentary cruise fare with Carnival, Royal Caribbean or Norwegian Cruise lines. This is a July 4th special. To claim your cruise fare press one to speak to a live cruise specialist or press 2 to be placed on our DNC and allow this offer to be released to the next contestant. Press 1 NOW-TODAY ONLY!

6/22/2010

RECORD THIS ONE- Congratulations! Your household was selected for a Carnival, NCL, or Royal Carribean cruise fare. Press 1 now to speak to a c and l cruise speacialist to reserve your cabin fare for just $93 per person, yes $93 per person. Press 1 now to reserve your cabin as your offer expires today or press 2 to be taken off this promotional list and added to our do no call list. Press 1 now.

010

6/11/2010

Congratulations you have been selected by Cruise and Land Cruises to receive complimentary cruise with either Carnival, Royal Caribbean or Norwegian Cruise lines. To claim your complimentary cruise fare press one to speak to a live cruise specialist or press 2 to be placed on our DNC and allow this offer to be released to the next contestant

5/28/2010

Congratulations you have been selected to win a promotion for a complimentary cruise cabin through Carnival, Royal Caribbean or Norwegian Cruise. To claim your cruise please Press 1 and you will be connected to a live cruise specialist. Press 1 now Or Press 2 to decline this offer and release it to the next selected contestant.

5/10/2010

Congratulations a contest entry form in your name was pulled as winner for a Carnival, Royal Caribbean or Norwegian Cruise. To claim your complimentary cruise fare today please Press 1 and you will be connected to a live cruise specialist. Or Press 2 to decline and release to next selected contestant.

011