**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, ) ) | | |
| Plaintiff, ) | Case No. 1:12-cv-5746 | |
| ) | | |
| v. ) | | |
| ) | | |
| Elizabeth Valente, Resort Marketing Group, Inc., ) Carnival Corporation & PLC, ) Royal Caribbean Cruises, Ltd., ) NCL (Bahamas) Ltd. ) | Hon. Judge Andrea R. Wood | |
| Defendants. ) | | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated February 14, 2017, Plaintiff Philip Charvat and Defendants Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., and NCL (Bahamas) Ltd. submit this joint report on the status of this action, as follows:

1. This putative class action seeks redress for prerecorded-voice telemarketing calls allegedly made by or on behalf of Defendants to Plaintiff and others in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. On February 14, 2017, the Court granted the parties' joint motion for a stay of this action, pending private mediation.

3. On March 8, 2017, the parties participated in a mediation with Bruce Friedman, Esq. of JAMS in Miami, Florida. The mediation did not result in settlement.

4. The parties adjourned the mediation and are continuing settlement discussions. The parties thus jointly request that the stay be extended for two more weeks, and that the Court set a status conference for the last day of this extension, March 22, 2017.

WHEREFORE, the parties respectfully request that the Court lift the current stay of this

1

action.

Respectfully submitted,

For Plaintiff

For Defendants

By: /s/ Alexander H. Burke
    Alexander H. Burke
    Daniel Marovitch
    Burke Law Offices, LLC
    155 N. Michigan Ave., Suite 9020
    Chicago, IL 60601
    Phone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com

    Matthew P. McCue
    The Law Office of Matthew P. McCue
    1 South Ave., Third Floor
    Natick, MA 01760
    (508) 655-1415
    mmccue@massattorneys.net

    Edward A. Broderick
    Anthony I. Paronich
    Broderick Law, P.C.
    99 High Street., Suite 304
    Boston, MA 02110
    (617) 738-7080
    (617) 830-0327 *facsimile*
    ted@broderick-law.com
    anthony@broderick-law.com

    *Attorneys for Plaintiff*
    *Philip Charvat*

By: /s/ Jeffrey S. Becker
    Jeffrey S. Becker
    jbecker@smbtrials.com
    SWANSON, MARTIN & BELL, LLP
    330 N. Wabash, Ste. 3300
    Chicago, IL 60611
    Tel: (312) 321-9100
    Fax: (312) 321-0990

    *Attorney for Defendant,*
    *Carnival Corporation & PLC*

By: /s/Catherine J. MacIvor
    Catherine J. MacIvor
    cmacivor@fflegal.com
    *Pro Hac Vice*
    Jeffrey E. Foreman
    jforeman@fflegal.com
    ARDC #6193309
    FOREMAN FRIEDMAN, PA
    One Biscayne Tower, Suite 2300
    2 South Biscayne Boulevard
    Miami, FL 33131
    Phone: 305-358-6555
    Fax: 305-374-9077

    *Attorneys for Defendants,*
    *Royal Caribbean Cruises Ltd.*
    *NCL (Bahamas) Ltd.*

Date: March 9, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2017, the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and copies electronically mailed to counsel of record.

/s/