**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others | ) | |
| similarly situated, | ) | |
|     Plaintiff, | ) | Case No. 1:12-cv-5746 |
| | ) | |
| v. | ) | The Honorable Andrea R. Wood |
| | ) | |
| Elizabeth Valente, Resort Marketing Group, Inc., | ) | Magistrate Judge Mary Rowland |
| Carnival Corporation & PLC, Royal Caribbean | ) | |
| Cruises, Ltd., NCL (Bahamas) Ltd. | ) | |
|     Defendants. | ) | |

**DECLARATION OF EDWARD A. BRODERICK IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

1.      I make this declaration in support of the Plaintiff's Motion for Preliminary Approval of Class Action Settlement to set forth my qualifications to serve as class counsel, and to state that in my experience litigating numerous class actions under the Telephone Consumer Protection Act ("TCPA"), the proposed Settlement represents an excellent result for the class and merits preliminary approval by the Court.

2.      I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, am competent to testify and make this affidavit on personal knowledge.  I have been admitted to practice before the United States District Courts for the District of Massachusetts, the District of Michigan and the District of Colorado and the First Circuit Court of Appeals.  From time to time, I have appeared in other Federal District Courts *pro hac vice*.  I am in good standing in every court to which I am admitted to practice. Along with my co-counsel in this action, I will faithfully, effectively and zealously represent the interests of the class in this action. I have participated in every phase of this litigation, from

investigation of Mr. Charvat's claims, discovery, extensive motion practice, court appearances, and the filing of this motion.

**Qualifications of Counsel**

3.      I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the Telephone Consumer Protection Act, 47 U.S.C. §227. ("TCPA"). As a result of my extensive experience litigating TCPA class claims, I am well-aware of the significant time and resources needed to litigate such actions, and my firm possesses the resources necessary to prosecute these actions successfully. My firm keeps contemporaneous time records, and the rates for our attorneys and personnel are commensurate with my experience and are commensurate with market rates in Boston for attorneys with similar levels of experience.  My hourly rate and that of my partner Anthony Paronich have been approved as reasonable by numerous state and federal courts in approving settlements.

4.      I am a 1993 graduate of Harvard Law School.  Following graduation from law school, I served as a law clerk to the Honorable Martin L.C. Feldman, United States District Judge in the Eastern District of Louisiana.

5.      Following my clerkship, from 1994 to December 1996, I was an associate in the litigation department of Ropes & Gray in Boston, where I gained class action experience in the defense of a securities class action, Schaeffer v. Timberland, in the United States District Court in New Hampshire, and participated in many types of complex litigation.

6.      From January 1997 to March 2000, I was an associate with Ellis & Rapacki, a three-lawyer Boston firm focused on the representation of consumers in class actions.

7.      In March 2000, I co-founded the firm of Shlansky & Broderick, LLP, focusing my practice on complex litigation and the representation of consumers.

8.      In 2003, I started my own law firm focusing exclusively on the litigation consumer class actions.

9.      A sampling of other class actions in which I have represented classes of consumers and been appointed class counsel follows:

i.      <u>In re General Electric Capital Corp. Bankruptcy Debtor Reaffirmation Agreements Litigation</u> (MDL Docket No. 1192) (N.D. Ill) (nationwide class action challenging reaffirmation practices of General Electric Capital Corporation, settlement worth estimated $60,000,000.)

ii.     <u>Hurley v. Federated Department Stores, Inc., et al</u>, USDC D. Mass. Civil Action No. 97-11479-NG (nationwide class action challenged bankruptcy reaffirmation practices of Federated Department Stores and others; $8,000,000 recovery for class.)

iii.    <u>Valerie Ciardi v. F. Hoffman LaRoche, et al</u>, Middlesex Superior Court Civil Action No. 99-3244D, (class action pursuant to Massachusetts Consumer Protection Act, M.G.L. c. 93A brought on behalf of Massachusetts consumers harmed by price-fixing conspiracy by manufactures of vitamins; settled for $19,600,000.)

iv.     <u>Shelah Feiss v. Mediaone Group, Inc, et al</u>, USDC N. District Georgia, Civil Action No. 99-CV-1170, (multistate class action on behalf of consumers; estimated class recovery of $15,000,000--$20,000,000.)

v.      <u>Mey v. Herbalife International, Inc.</u>, Ohio County Circuit Court (West Virginia), Civil Action No. 01-cv-263. $7,000,000 TCPA class action settlement granted

final approval on February 5, 2008 following the granting of a contested class certification motion.

vi.     Mulhern v. MacLeod d/b/a ABC Mortgage Company, Norfolk Superior Court (Massachusetts), Civil Action No. 05-01619-BLS. TCPA class settlement of $475,000 following the granting of a contested class certification motion, granted final approval by the Court on July 25, 2007.

vii.    Evan Fray-Witzer, v. Metropolitan Antiques, LLC, Suffolk Superior Court (Massachusetts), Civil Action No. 02-5827-BLS. After the granting of a contested class certification motion, a companion case went to the Massachusetts Supreme Judicial Court, which issued a decision finding insurance coverage. *See* Terra Nova Insurance v. Fray-Witzer et. al., 449 Mass. 206 (2007). There was then a TCPA class settlement of $1,800,000 which was granted final approval.

viii.   Shonk Land Company, LLC v. SG Sales Company, Circuit Court of Kanswaha County (West Virginia), Civil Action No. 07-C-1800 TCPA class settlement for $2,450,000, final approval granted in September of 2009.

ix.     Mann & Company, P.C. v. C-Tech Industries, Inc., USDC, D. Mass., Civil Action No. 1:08-CV-11312-RGS, TCPA class settlement of $1,000,000, final approval granted in January of 2010.

x.      Evan Fray Witzer v. Olde Stone Land Survey Company, Inc., Suffolk Superior Court (Massachusetts), Civil Action No. 08-04165. TCPA class settlement $1,300,000 granted final approval on February 3, 2011.

xi.     Milford & Ford Associates, Inc. and D. Michael Collins vs. Cell-Tek, LLC, USDC, D. Mass., Civil Action No. 1:09-cv-11261-DPW. TCPA class settlement

of $1,800,000, final approval granted August 17, 2011.

xii.  Collins v. Locks & Keys of Woburn, Inc., Suffolk Superior Court
(Massachusetts), Civil Action No. 07-4207-BLS2, TCPA class settlement of
$2,000,000 following the granting of a contested class certification motion,
granted final approval on December 14, 2011.

xiii.  Brey Corp t/a Hobby Works v. Life Time Pavers, Inc., Circuit Court for
Montgomery County (Maryland), Civil Action No. 349410-V, TCPA class
settlement of $1,575,000 granted final approval in March of 2012.

xiv.  Collins, et al v. ACS, Inc. et al, USDC, D. Mass., Civil Action No. 10-CV-11912,
TCPA class settlement $1,875,000 granted final approval on September 25, 2012.

xv.  Desai and Charvat v. ADT Security Services, Inc., USDC, ND. Ill., Civil Action
No. 11-CV-1925, TCPA class settlement of $15,000,000 granted final approval
on June 21, 2013.

xvi.  Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC, USDC, D.
MD, Civil Action No. 11-CV-02467, TCPA class settlement of $4,500,000
granted final approval on February 12, 2015.

xvii.  I was appointed class counsel in Benzion v. Vivint, Inc., USDC, SDFL, Civil
Action No. 0:12-cv-61821-WJZ, TCPA class settlement of $6,000,000 granted
final approval on February 23, 2015.

xviii.  Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. MD., Civil
Action No. 13-cv-00662, TCPA class settlement of $8,500,000 granted final
approval on April 15, 2015.

xix.  Charvat v. AEP Energy, Inc., USDC, ND. Ill., 1:14-cv-03121, TCPA class

settlement of $6,000,000 granted final approval on September 28, 2015.

xx.    Mey v. Interstate National Dealer Services, Inc., USDC, ND. Ga., 1:14-cv-01846-
       ELR, TCPA class settlement of $4,200,000 granted final approval on June 8,
       2016.

xxi.   Philip Charvat and Ken Johansen v. National Guardian Life Insurance Company,
       USDC, WD. Wi., 15-cv-43-JDP, TCPA class settlement for $1,500,000 granted
       final approval on August 4, 2016.

xxii.  Bull v. US Coachways, Inc., USDC, ND. Ill., 1:14-cv-05789, TCPA class
       settlement finally approved on November 11, 2016 with an agreement for
       judgment in the amount of $49,932,375 and an assignment of rights against
       defendant's insurance carrier.

xxiii. Toney v. Quality Resources, Inc., Cheryl Mercuris and Sempris LLC, et al.,
       USDC, ND. Ill., 1:13-cv-00042, TCPA class settlement of $2,150,000 was
       granted final approval on December 1, 2016 with one of three defendants, and an
       assignment of rights against defendant's insurance carrier. The case continues
       against the two non-settling defendants.

xxiv.  Smith v. State Farm Mut. Auto. Ins. Co. , et. al., USDC, ND. Ill., 1:13-cv-02018,
       TCPA class settlement of $7,000,000.00 granted final approval on December 8,
       2016.

xxv.   Mey v. Frontier Communications Corporation, USDC, D. Ct., 3:13-cv-1191-
       MPS, a TCPA class settlement of $11,000,000 granted preliminary approval on
       January 26, 2017.

xxvi.  Mey v. Got Warranty, Inc., et. al., USDC, ND. WV., 5:15-cv-00101-JPB-JES, a

TCPA class settlement of $650,000 granted preliminary approval on April 6, 2017.

xxvii.   Mey v. Patriot Payment Group, LLC, USDC, ND. WV., 5:15-cv-00027-JPB-JES, a TCPA class settlement of $3,700,000 granted preliminary approval on April 6, 2017.

xxviii.  Biringer v. First Family Insurance, Inc., USDC, ND. Fla., a TCPA class settlement of $2,900,000 granted final approval on April 24, 2017.

xxix.    Abramson v. Alpha Gas and Electric, LLC, USDC, SD. NY., 7:15-cv-05299-KMK, a TCPA class settlement of $1,100,000 granted final approval on May 3, 2017.

xxx.     Heidarpour v. Central Payment Co., USDC, MD. Ga., 16-cv-01215, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

xxxi.    Abante Rooter and Plumbing, Inc. v. New York Life Insurance Company, USDC, SD. NY., 1:16-cv-03588-BCM, a TCPA class settlement of $3,250,000 granted preliminary approval on May 18, 2017.

xxxii.   Abramson v. CWS Apartment Home, LLC, USDC, WD. Tex., 16-cv-01215, a TCPA class settlement of $368,000.00 granted final approval on May 19, 2017.

xxxiii.  Thomas Krakauer v. Dish Network, L.L.C., USDC MDNC, Civil Action No. 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338).

7

xxxiv.  <u>Abante Rooter and Plumbing, Inc. v. Alarm.com Incorporated and Alrm.com Holdings, Inc.</u>, USDC, NDCA, 4:15-cv-06314. Class certification in TCPA case granted on June 5, 2017.

xxxv.  <u>Mey v. Venture Data, LLC and Public Opinion Strategies</u>, USDC, NDWV, 5:14-cv-123. Class certification in TCPA case granted on June 6, 2017.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF JUNE 2017.

<u>/s/ *Edward A. Broderick*</u>
Edward A. Broderick

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others | ) | |
| similarly situated, | ) | |
|       Plaintiff, | ) | Case No. 1:12-cv-5746 |
| | ) | |
| v. | ) | The Honorable Andrea R. Wood |
| | ) | |
| Elizabeth Valente, Resort Marketing Group, Inc., | ) | Magistrate Judge Mary Rowland |
| Carnival Corporation & PLC, Royal Caribbean | ) | |
| Cruises, Ltd., NCL (Bahamas) Ltd. | ) | |
|       Defendants. | ) | |

**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

    1.    I make this declaration in support of the Plaintiff's Motion for Preliminary

Approval of Class Action Settlement to set forth my qualifications to serve as class counsel, and

to state that in my experience litigating numerous class actions under the Telephone Consumer

Protection Act ("TCPA") the proposed Settlement represents an excellent result for the class and

merits preliminary approval by the Court.

    2.    I am an attorney duly admitted to practice in the Commonwealth of

Massachusetts, I am over 18 years of age, am competent to testify and make this affidavit on

personal knowledge.  I have extensive experience in the prosecution of class actions on behalf of

consumers. I have participated in every phase of this litigation, from investigation of Mr.

Charvat's claims, discovery, extensive motion practice, and the filing of this motion.

**Qualifications of Counsel**

3.      I have extensive experience is in the prosecution of class actions on behalf of consumers, particularly claims under the Telephone Consumer Protection Act, 47 U.S.C. §227.

4.      I am a 2010 graduate of Suffolk Law School.  In 2010, I was admitted to the Bar in Massachusetts.  Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts.  From time to time, I have appeared in other State and Federal District Courts *pro hac vice*.  I am in good standing in every court to which I am admitted to practice.

5.      I am a partner at Broderick & Paronich, P.C. in Boston, Massachusetts.

6.      A sampling of other class actions in which I have represented classes of consumers and been appointed class counsel follows:

i.      <u>Brey Corp t/a Hobby Works v. Life Time Pavers, Inc.</u>, Circuit Court for Montgomery County (Maryland), Civil Action No. 349410-V, TCPA class settlement of $1,575,000 granted final approval in March of 2012.

ii.      <u>Collins, et al v. ACS, Inc. et al</u>, USDC, D. Mass., Civil Action No. 10-CV-11912, TCPA class settlement $1,875,000 granted final approval on September 25, 2012.

iii.      <u>Desai and Charvat v. ADT Security Services, Inc.</u>, USDC, ND. Ill., Civil Action No. 11-CV-1925, TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

iv.      <u>Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC</u>, USDC, D. MD, Civil Action No. 11-CV-02467, TCPA class settlement of $4,500,000 granted final approval on February 12, 2015.

v.      <u>Benzion v. Vivint, Inc.,</u> USDC, SDFL, Civil Action No. 0:12-cv-61821-WJZ,

Settlement of $6,000,000 of TCPA class action granted final approval on February 23, 2015

vi.  Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. MD., Civil Action No. 13-cv-00662, TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

vii.  Charvat v. AEP Energy, Inc., USDC, ND. Ill., 1:14-cv-03121, TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

viii.  Mey v. Interstate National Dealer Services, Inc., USDC, ND. Ga., 1:14-cv-01846-ELR, TCPA class settlement of $4,200,000 granted final approval on June 8, 2016.

ix.  Philip Charvat and Ken Johansen v. National Guardian Life Insurance Company, USDC, WD. Wi., 15-cv-43-JDP, TCPA class settlement for $1,500,000 granted final approval on August 4, 2016.

x.  Bull v. US Coachways, Inc., USDC, ND. Ill., 1:14-cv-05789, TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

xi.  Toney v. Quality Resources, Inc., Cheryl Mercuris and Sempris LLC, et al., USDC, ND. Ill., 1:13-cv-00042, TCPA class settlement of $2,150,000 was granted final approval on December 1, 2016 with one of three defendants, and an assignment of rights against defendant's insurance carrier. The case continues against the two non-settling defendants.

xii.  Smith v. State Farm Mut. Auto. Ins. Co. , et. al., USDC, ND. Ill., 1:13-cv-02018,

3

TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

xiii.    <u>Mey v. Frontier Communications Corporation</u>, USDC, D. Ct., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

xiv.    <u>Mey v. Got Warranty, Inc., et. al.</u>, USDC, ND. WV., 5:15-cv-00101-JPB-JES, a TCPA class settlement of $650,000 granted preliminary approval on April 6, 2017.

xv.    <u>Mey v. Patriot Payment Group, LLC</u>, USDC, ND. WV., 5:15-cv-00027-JPB-JES, a TCPA class settlement of $3,700,000 granted preliminary approval on April 6, 2017.

xvi.    <u>Biringer v. First Family Insurance, Inc.</u>, USDC, ND. Fla., a TCPA class settlement of $2,900,000 following a contested class certification motion granted final approval on April 24, 2017.

xvii.    <u>Abramson v. Alpha Gas and Electric, LLC</u>, USDC, SD. NY., 7:15-cv-05299-KMK, a TCPA class settlement of $1,100,000 granted final approval on May 3, 2017.

xviii.    <u>Heidarpour v. Central Payment Co.</u>, USDC, MD. Ga., 16-cv-01215, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

xix.    <u>Abante Rooter and Plumbing, Inc. v. New York Life Insurance Company</u>, USDC, SD. NY., 1:16-cv-03588-BCM, a TCPA class settlement of $3,250,000 granted preliminary approval on May 18, 2017.

xx.    <u>Abramson v. CWS Apartment Home, LLC</u>, USDC, WD. Tex., 16-cv-01215, a

4

TCPA class settlement of $368,000.00 granted final approval on May 19, 2017.

xxi.  Thomas Krakauer v. Dish Network, L.L.C., USDC MDNC, Civil Action No. 1:14-CV-333. Following a contested class certification motion (granted on September 9, 2015), this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338).

xxii.  Abante Rooter and Plumbing, Inc. v. Alarm.com Incorporated and Alrm.com Holdings, Inc., USDC, NDCA, 4:15-cv-06314. Class certification in TCPA case granted on June 5, 2017.

xxiii.  Mey v. Venture Data, LLC and Public Opinion Strategies, USDC, NDWV, 5:14-cv-123. Class certification in TCPA case granted on June 6, 2017.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF JUNE, 2017.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat, on behalf of himself and others similarly situated, | ) ) | Case No. 1:12-cv-05746 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Elizabeth Valente, Resort Marketing Group, | ) | Hon. Judge Andrea R. Wood |
| Inc., Carnival Corporation & PLC, Royal | ) | Hon. Mag. Judge Mary M. Rowland |
| Caribbean Cruises, Ltd., and NCL (Bahamas), | ) | |
| Ltd., | ) | |
| Defendants | ) | |

## DECLARATION OF ALEXANDER H. BURKE

I, Alexander H. Burke, hereby declare as follows:

1.      I am the manager and owner of Burke Law Offices, LLC.  I submit this declaration in support of Plaintiff's motion for preliminary approval of the proposed class action settlement of this matter. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      In September 2008, I opened Burke Law Offices, LLC.  This firm concentrates on consumer class action and consumer work on the plaintiff side. Since the firm began, it has focused on prosecuting cases pursuant to the Telephone Consumer Protection Act, although the firm accepts the occasional action pursuant to the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Equal Credit Opportunity Act, Electronic Funds Transfer Act, Illinois Consumer Fraud Act, Truth in Lending Act and the Fair Labor Standards Act, among others.  The firm also sometimes accepts mortgage foreclosure defense or credit card defense case.  Except for debt collection defense cases, the firm works almost exclusively on a contingency basis.

1

3.      I am regularly asked to speak regarding TCPA issues, on the national level. For example, I conducted a one-hour CLE on prosecuting TCPA autodialer and Do Not Call claims pursuant to the Telephone Consumer Protection Act for the National Association of Consumer Advocates in summer 2012, and spoke on similar subjects at the annual National Consumer Law Center ("NCLC") national conferences in 2012, 2013, 2014, 2015 and 2016. I also spoke at a National Association of Consumer Advocates conference regarding TCPA issues in March 2015, and in May 2016, I spoke on a panel concerning TCPA issues at the 2016 Practicing Law Institute Consumer Financial Services meeting in Chicago, Illinois.

4.      I also am actively engaged in policymaking as to TCPA issues, and have had several *ex parte* meetings with various decision makers and staffers at the Federal Communications Commission.

5.      I make substantial efforts to remain current on the law, including class action issues.  I attended the National Consumer Law Center's Consumer Rights Litigation Conference in 2006 through 2016, and was an active participant in the Consumer Class Action Intensive Symposium between 2006 and 2013.  In October 2009, I spoke on a panel of consumer class action attorneys welcoming newcomers to the conference. In addition to regularly attending Chicago Bar Association meetings and events, I was the vice-chair of the Chicago Bar Association's consumer protection section in 2009 and the chair in 2010. In November 2009, I moderated a panel of judges and attorneys discussing recent events and decisions concerning arbitration of consumer claims and class action bans in consumer contracts.

6.      Some notable TCPA class actions and other cases that my firm has worked on include: *Tillman v. The Hertz Corp.*, No. 16 C 4242, 2016 WL 5934094 (N.D. Ill. Oct. 11, 2016) (motion to compel TCPA class case into arbitration denied); *Hurst v. Monitronics Int'l, Inc.*, No.

2

1:15-CV-1844-TWT, 2016 WL 523385, at *1 (N.D. Ga. Feb. 10, 2016); (motion to compel arbitration denied), *aff'd*, No. 16-11177, --- Fed. Appx. ----, 2017 WL 957188 (11th Cir. Mar. 13, 2017); *Smith v. Royal Bahamas Cruise Line*, No. 14-CV-03462, 2016 WL 232425 (N.D. Ill. Jan. 20, 2016) (personal jurisdiction motion denied); *Bell v. PNC Bank, Nat'. Ass'n*., 800 F.3d 360 (7th Cir. 2015) (class certification affirmed in wage and hour case); *Charvat v. Travel Services*, 2015 WL 3917046 (N.D. Ill. June 24, 2015) (determining proper scope of class representative discovery in TCPA case), and 2015 WL 3575636 (N.D. Ill. June 8, 2015) (granting plaintiff's motion to compel vicarious liability/agency discovery in TCPA case); *Lees v. Anthem Ins. Cos. Inc*., 2015 WL 3645208 (E.D. Mo. June 10, 2015) (finally approving TCPA class settlement where I was class counsel); *Hofer v. Synchrony Bank*, 2015 WL 2374696 (E.D. Mo. May 18, 2015) (denying motion to stay TCPA case on primary jurisdiction grounds); *In re Capital One TCPA Litig*., No. 11-5886, 2015 WL 605203 (N.D. Ill. Feb. 12, 2015) (granting final approval to TCPA class settlement where I was class counsel); *Wilkins v. HSBC Bank Nevada, N.A.,* 2015 WL 890566 (N.D. Ill. Feb. 27, 2015) (granting final approval to TCPA class settlement where I was class counsel); *Hossfeld v. Government Employees Ins. Co.*, 88 F. Supp. 3d 504 (D. Md. 2015) (denying motion to dismiss in TCPA class action); *Legg v. Quicken Loans, Inc*., 2015 WL 897476 (S.D. Fla. Feb. 25, 2015) (denying motion to dismiss in TCPA case); *Hanley v. Fifth Third Bank*, No. 1:12-cv-1612 (N.D. Ill. Dec. 27, 2013) (final approval for $4.5 million nonreversionary TCPA settlement); *Smith v. State Farm Mut. Auto. Ins. Co.*, 2014 WL 228892, (N.D.Ill. Jan. 21, 2014) (designating me as pursuant to Fed.R.Civ.P. 23(g) interim liaison counsel pursuant to contested motion in large TCPA class case), 2014 WL 3906923 (Aug 11, 2014) (motion to dismiss denied in cutting edge vicarious liability case); *Markovic v. Appriss, Inc*., 2013 WL 6887972 (S.D. Ind. Dec. 31, 2013) (motion to dismiss denied in TCPA class case); *Martin v. Comcast Corp.*, 2013 WL 6229934 (N.D. Ill. Nov. 26, 2013) (motion to dismiss denied in TCPA class case); *Gold v. YouMail, Inc*., 2013 WL 652549 (S.D. Ind. Feb. 21, 2013) (contested motion for leave to amend granted to permit cutting-edge vicarious liability theory allegations); *Martin v. Dun & Bradstreet, Inc.*, No. 1:12-cv-215 (N.D. Ill. Aug. 21, 2012)

(Denlow, J.) (certifying litigation class and appointing me as sole class counsel) (final approval granted for $7.5 million class settlement granted January 16, 2014); *Desai v. ADT, Inc.*, No. 1:11-cv-1925 (N.D. Ill. June 21, 2013) (final approval for $15 million TCPA class settlement granted); *Martin v. CCH, Inc*., No. 1:10-cv-3494 (N.D. Ill. Mar. 20, 2013) (final approval granted for $2 million class settlement in TCPA autodialer case); *Swope v. Credit Mgmt., LP*, 2013 WL 607830 (E.D. Mo. Feb. 19, 2013) (denying motion to dismiss in "wrong number" TCPA case); *Martin v. Leading Edge Recovery Solutions, LLC*, 2012 WL 3292838 (N.D. Ill. Aug. 10, 2012) (denying motion to dismiss TCPA case on constitutional grounds); *Soppet v. Enhanced Recovery Co*., 2011 WL 3704681(N.D. Ill. Aug 21, 2011), *aff'd*, 679 F.3d 637 (7th Cir. 2012) (TCPA defendant's summary judgment motion denied. My participation was limited to litigation in the lower court); *D.G. ex rel. Tang v. William W. Siegel & Assocs., Attorneys at Law, LLC*, 2011 WL 2356390 (N.D. Ill. Jun 14, 2011); *Martin v. Bureau of Collection Recovery*, 2011WL2311869 (N.D. Ill. June 13, 2011) (motion to compel TCPA class discovery granted); *Powell v. West Asset Mgmt., Inc.*, 773 F. Supp. 2d 898 (N.D. Ill. 2011) (debt collector TCPA defendant's "failure to mitigate" defense stricken for failure to state a defense upon which relief may be granted); *Fike v. The Bureaus, Inc.*, 09-cv-2558 (N.D. Ill. Dec. 3, 2010) (final approval granted for $800,000 TCPA settlement in autodialer case against debt collection agency); *Donnelly v. NCO Fin. Sys., Inc*., 263 F.R.D. 500 (N.D. Ill. Dec. 16, 2009) (Fed. R. Civ. P. 72 objections overruled in toto), 2010 WL 308975 (N.D. Ill. Jan 13, 2010) (novel class action and TCPA discovery issues decided favorably to class).

7.      Before I opened Burke Law Offices, LLC, I worked at two different plaintiff boutique law firms doing mostly class action work, almost exclusively for consumers. Some decisions that I was actively involved in obtaining while at those law firms include: *Cicilline v. Jewel Food Stores, Inc*., 542 F. Supp. 2d 831 (N.D. Ill. 2008) (FCRA class certification granted); 542 F. Supp. 2d 842 (N.D. Ill. 2008) (plaintiffs' motion for judgment on pleadings granted); *Harris v. Best Buy Co.*, No. 07 C 2559, 2008 U.S. Dist. LEXIS 22166 (N.D. Ill. Mar. 20, 2008)

(Class certification granted); *Matthews v. United Retail, Inc.*, 248 F.R.D. 210 (N.D. Ill. 2008)

(FCRA class certification granted); *Redmon v. Uncle Julio's, Inc.*, 249 F.R.D. 290 (N.D. Ill.

2008) (FCRA class certification granted); *Harris v. Circuit City Stores, Inc.*, 2008 U.S. Dist.

LEXIS 12596, 2008 WL 400862 (N.D. Ill. Feb. 7, 2008) (FCRA class certification granted); *aff'd*

*upon objection* (Mar. 28, 2008); *Harris v. Wal-Mart Stores, Inc.*, 2007 U.S. Dist. LEXIS 76012

(N.D. Ill. Oct. 10, 2007) (motion to dismiss in putative class action denied); *Barnes v.*

*FleetBoston Fin. Corp., C.A.* No. 01-10395-NG, 2006 U.S. Dist. LEXIS 71072 (D. Mass. Aug.

22, 2006) (appeal bond required for potentially frivolous objection to large class action

settlement, and resulting in a $12.5 million settlement for Massachusetts consumers); *Longo v.*

*Law Offices of Gerald E. Moore & Assocs., P.C.*, No. 04 C 5759, 2006 U.S. Dist. LEXIS 19624

(N.D. Ill. March 30, 2006) (class certification granted); *Nichols v. Northland Groups, Inc.*, Nos.

05 C 2701, 05 C 5523, 06 C 43, 2006 U.S. Dist. LEXIS 15037 (N.D. Ill. March 31, 2006) (class

certification granted for concurrent classes against same defendant for ongoing violations);

*Lucas v. GC Services, L.P.*, No. 2:03 cv 498, 226 F.R.D. 328 (N.D. Ind. 2004) (compelling

discovery), 226 F.R.D. 337 (N.D. Ind. 2005) (granting class certification); *Murry v. America's*

*Mortg. Banc, Inc.*, Nos. 03 C 5811, 03 C 6186, 2005 WL 1323364 (N.D. Ill. May 5, 2006)

(Report and Recommendation granting class certification), *aff'd*, 2006 WL 1647531 (June 5,

2006); *Rawson v. Credigy Receivables, Inc.*, No. 05 C 6032, 2006 U.S. Dist. LEXIS 6450 (N.D.

Ill. Feb. 16, 2006) (denying motion to dismiss in class case against debt collector for suing on

time-barred debts).

  8.  I graduated from Colgate University in 1997 (B.A. International Relations), and

from Loyola University Chicago School of Law in 2003 (J.D.).  During law school I served as an

extern to the Honorable Robert W. Gettleman of the District Court for the Northern District of

Illinois and as a law clerk for the Honorable Nancy Jo Arnold, Chancery Division, Circuit Court of Cook County. I also served as an extern for the United States Attorney for the Northern District of Illinois, and was a research assistant to adjunct professor Hon. Michael J. Howlett, Jr.

9.      I was the Feature Articles Editor of the Loyola Consumer Law Review and Executive Editor of the International Law Forum. My published work includes International Harvesting on the Internet: A Consumer's Perspective on 2001 Proposed Legislation Restricting the Use of Cookies and Information Sharing, 14 Loy. Consumer L. Rev. 125 (2002).

10.      I became licensed to practice law in the State of Illinois in 2003 and the State of Wisconsin in March 2011, and am a member of the bar of the United States Court of Appeals for the First, Second, Seventh, Eighth, and Eleventh Circuits, as well as the Northern, Central, and Southern Districts of Illinois, Eastern and Western Districts of Wisconsin, Northern and Southern Districts of Indiana, the District of Nebraska, and the Western District of New York. I am also a member of the Illinois State Bar Association, the Seventh Circuit Bar Association, and the American Bar Association, as well as the National Association of Consumer Advocates.

11.      I believe that the proposed settlement is fair and reasonable, and in the best interests of the Settlement Class Members. In my judgment, the proposed settlement represents the best deal my team and I could have obtained for the class in this case, and I respectfully request that it be approved.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 7, 2017.


 /s/ Alexander H. Burke

6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others<br>similarly situated,<br>      Plaintiff,<br><br>v.<br><br>Elizabeth Valente, Resort Marketing Group, Inc.,<br>Carnival Corporation & PLC, Royal Caribbean<br>Cruises, Ltd., NCL (Bahamas) Ltd.<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:12-cv-5746<br><br>The Honorable Andrea R. Wood<br><br>Magistrate Judge Mary Rowland |

**DECLARATION OF MATTHEW P. MCCUE IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1.　　I make this declaration in support of the Plaintiff's Motion for Preliminary Approval of Class Action Settlement to set forth my qualifications to serve as class counsel, and to state that in my experience litigating numerous class actions under the Telephone Consumer Protection Act ("TCPA") the proposed Settlement represents an excellent result for the class and merits preliminary approval by the Court.  The settlement in this action was reached only after hard-fought, arms-length negotiation between the parties, including an all-day mediation on March 8, 2017 in Miami, Florida with the assistance of Bruce Friedman, Esq., of JAMS, Inc. an experienced and well-respected mediator. The parties did not reach a settlement in the mediation, but discussions continued, ultimately culminating in the proposed Settlement before the Court.

2.　　I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I  am over 18 years of age, am competent to testify and make this affidavit on personal knowledge.  I have extensive experience in the prosecution of class actions  on behalf of consumers.  I have participated in every phase of this litigation, from investigation of Mr. Charvat's claims, discovery, extensive motion practice, court appearances, and the filing of this motion.

3.      My firm maintains a practice of keeping contemporaneous time records.

<u>**QUALIFICATION OF COUNSEL**</u>

4.      I am a 1993 honors graduate of Suffolk Law School in Boston, Massachusetts. Following graduation from law school, I served as a law clerk to the Justices of the Massachusetts Superior Court. I then served a second year as a law clerk for the Hon. F. Owen Eagan, United States Magistrate Judge for the USDC District of Connecticut.

5.      In 1994, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals, the United States District Court for the District of Colorado and the Sixth Circuit Court of Appeals.

6.      Following my clerkships, I was employed as a litigation associate with the Boston law firm of Hanify & King. In 1997, I joined the law firm of Mirick O'Connell as a litigation associate where I focused my trial and appellate practice on plaintiff's personal injury and consumer protection law.

7.      In the summer of 2002, I was recognized by the legal publication Massachusetts Lawyers Weekly as one of five "Up and Coming Attorneys" for my work on behalf of consumers and accident victims.

8.      In November of 2004, I started my own law firm focusing exclusively on the litigation consumer class actions and serious personal injury cases.

9.      I am in good standing in every court to which I am admitted to practice.

10.    A sampling of other class actions in which I have represented classes of consumers and been appointed class counsel follows:

i.        <u>Mey v. Herbalife International, Inc.</u>, Ohio County Circuit Court (West Virginia), Civil Action No. 01-cv-263. $7,000,000 TCPA class action settlement granted final approval on February 5, 2008 following the granting of a contested class certification motion.

ii.       <u>Mulhern v. MacLeod d/b/a ABC Mortgage Company</u>, Norfolk Superior Court (Massachusetts), Civil Action No. 05-01619-BLS. TCPA class settlement of $475,000 following the granting of a contested class certification motion, granted final approval by the Court on July 25, 2007.

iii.      <u>Evan Fray-Witzer, v. Metropolitan Antiques</u>, LLC, Suffolk Superior Court (Massachusetts), Civil Action No. 02-5827-BLS. After the granting of a contested class certification motion, a companion case went to the Massachusetts Supreme Judicial Court, which issued a decision finding insurance coverage. *See* <u>Terra Nova Insurance v. Fray-Witzer et. al.</u>, 449 Mass. 206 (2007). There was then a TCPA class settlement of $1,800,000 which was granted final approval.

iv.      <u>Shonk Land Company, LLC v. SG Sales Company</u>, Circuit Court of Kanswaha County (West Virginia), Civil Action No. 07-C-1800 TCPA class settlement for $2,450,000, final approval granted in September of 2009.

v.       <u>Mann & Company, P.C. v. C-Tech Industries, Inc.</u>, USDC, D. Mass., Civil Action No. 1:08-CV-11312-RGS, TCPA class settlement of $1,000,000, final approval granted in January of 2010.

vi.      <u>Evan Fray Witzer v. Olde Stone Land Survey Company, Inc.</u>, Suffolk Superior Court (Massachusetts), Civil Action No. 08-04165. TCPA class settlement $1,300,000 granted final approval on February 3, 2011.

vii.     <u>Milford & Ford Associates, Inc. and D. Michael Collins vs. Cell-Tek, LLC,</u>

USDC, D. Mass., Civil Action No. 1:09-cv-11261-DPW. TCPA class settlement of $1,800,000, final approval granted August 17, 2011.

viii.  Collins v. Locks & Keys of Woburn, Inc.., Suffolk Superior Court (Massachusetts), Civil Action No. 07-4207-BLS2, TCPA class settlement of $2,000,000 following the granting of a contested class certification motion, granted final approval on December 14, 2011.

ix.  Brey Corp t/a Hobby Works v. Life Time Pavers, Inc., Circuit Court for Montgomery County (Maryland), Civil Action No. 349410-V, TCPA class settlement of $1,575,000 granted final approval in March of 2012.

x.  Collins, et al v. ACS, Inc. et al, USDC, D. Mass., Civil Action No. 10-CV-11912, TCPA class settlement $1,875,000 granted final approval on September 25, 2012.

xi.  Desai and Charvat v. ADT Security Services, Inc., USDC, ND. Ill., Civil Action No. 11-CV-1925, TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

xii.  Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC, USDC, D. MD, Civil Action No. 11-CV-02467, TCPA class settlement of $4,500,000 granted final approval on February 12, 2015.

xiii.  Benzion v. Vivint, Inc., USDC, SDFL, Civil Action No. 0:12-cv-61821-WJZ, TCPA class settlement of $6,000,000 granted final approval on February 23, 2015.

xiv.  Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. MD., Civil Action No. 13-cv-00662, TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

xv.  Charvat v. AEP Energy, Inc., USDC, ND. Ill., 1:14-cv-03121, TCPA class

settlement of $6,000,000 granted final approval on September 28, 2015.

xvi.    Mey v. Interstate National Dealer Services, Inc., USDC, ND. Ga., 1:14-cv-01846-ELR, TCPA class settlement of $4,200,000 granted final approval on June 8, 2016.

xvii.   Philip Charvat and Ken Johansen v. National Guardian Life Insurance Company, USDC, WD. Wi., 15-cv-43-JDP, TCPA class settlement for $1,500,000 granted final approval on August 4, 2016.

xviii.  Bull v. US Coachways, Inc., USDC, ND. Ill., 1:14-cv-05789, TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

xix.    Toney v. Quality Resources, Inc., Cheryl Mercuris and Sempris LLC, et al., USDC, ND. Ill., 1:13-cv-00042, TCPA class settlement of $2,150,000 was granted final approval on December 1, 2016 with one of three defendants, and an assignment of rights against defendant's insurance carrier. The case continues against the two non-settling defendants.

xx.     Smith v. State Farm Mut. Auto. Ins. Co. , et. al., USDC, ND. Ill., 1:13-cv-02018, TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

xxi.    Mey v. Frontier Communications Corporation, USDC, D. Ct., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

xxii.   Mey v. Got Warranty, Inc., et. al., USDC, ND. WV., 5:15-cv-00101-JPB-JES, a TCPA class settlement of $650,000 granted preliminary approval on April 6,

2017.

xxiii.   Mey v. Patriot Payment Group, LLC, USDC, ND. WV., 5:15-cv-00027-JPB-JES, a TCPA class settlement of $3,700,000 granted preliminary approval on April 6, 2017.

xxiv.   Biringer v. First Family Insurance, Inc., USDC, ND. Fla., a TCPA class settlement of $2,900,000 granted final approval on April 24, 2017.

xxv.   Abramson v. Alpha Gas and Electric, LLC, USDC, SD. NY., 7:15-cv-05299-KMK, a TCPA class settlement of $1,100,000 granted final approval on May 3, 2017.

xxvi.   Heidarpour v. Central Payment Co., USDC, MD. Ga., 16-cv-01215, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

xxvii.   Abante Rooter and Plumbing, Inc. v. New York Life Insurance Company, USDC, SD. NY., 1:16-cv-03588-BCM, a TCPA class settlement of $3,250,000 granted preliminary approval on May 18, 2017.

xxviii.   Abramson v. CWS Apartment Home, LLC, USDC, WD. Tex., 16-cv-01215, a TCPA class settlement of $368,000.00 granted final approval on May 19, 2017.

xxix.   Thomas Krakauer v. Dish Network, L.L.C., USDC, MD. NC., Civil Action No. 1:14-CV-333. Following a contested class certification motion (granted on September 9, 2015), this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338).

xxx.   Abante Rooter and Plumbing, Inc. v. Alarm.com Incorporated and Alrm.com Holdings, Inc., USDC, NDCA, 4:15-cv-06314. Class certification in TCPA case

6

granted on June 5, 2017.

xxxi.     <u>Mey v. Venture Data, LLC and Public Opinion Strategies</u>, USDC, NDWV, 5:14-cv-123. Class certification in TCPA case granted on June 6, 2017.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF JUNE, 2017.

*/s/ Matthew P. McCue*
Matthew P. McCue