**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | ) ) | |
| Plaintiff, | ) ) | Case No. 1:12-cv-5746 |
| v. | ) ) | The Honorable Andrea R. Wood |
| Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd. Defendants. | ) ) ) ) ) | Magistrate Judge Mary Rowland |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Philip Charvat, by and through his attorneys, respectfully moves this Court for leave to file excess pages in reference to his unopposed motion for preliminary approval of the class action settlement of this action. In support of this motion, Plaintiff states as follows:

1. This class action seeks redress for prerecorded telemarketing calls made by or on behalf of Defendants in alleged violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. After nearly five years of intense, adversarial litigation, the parties have reached a proposed class action settlement, and Plaintiff is filing his unopposed motion for preliminary approval of the settlement, pursuant to this Court's order. DE 568.

3. In including the detailed analysis of the facts and law necessary to adequately support his motion for preliminary approval, Plaintiff's motion (filed concurrently with this motion) exceeds the 15-page limit set by L.R. 7.1—totaling 23 pages excluding the cover page, tables, and certificate of service. Plaintiff respectfully requests that, given the importance and need for such additional pages as to the proposed class action settlement of this action, he be granted leave to file them as submitted concurrently herewith.

WHEREFORE, Plaintiff Charvat respectfully requests leave to file his unopposed motion for preliminary approval in excess of the fifteen pages contemplated under L.R. 7.1.

Dated: June 7, 2017                                    Respectfully submitted,

                                                       PHILIP CHARVAT, on behalf of himself
                                                       and others similarly situated

                                                       By: /s/ Daniel J. Marovitch

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

Edward A. Broderick
Anthony I. Paronich
BRODERICK LAW, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 07160
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
mmccue@massattorneys.net

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                 /s/ Daniel J. Marovitch