IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Philip Charvat, on behalf of himself and others similarly situated, | ) ) ) | Case No. 1:12-cv-05746 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd., | ) ) ) ) ) | Hon. Judge Andrea R. Wood Hon. Mag. Judge Mary Rowland |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Philip Charvat, by and through his attorneys, respectfully moves this Court for leave to file excess pages in reference to his motion for attorneys' fees and costs relating to the class action settlement of this action. In support of this motion, Plaintiff states as follows:

1. This class action seeks redress for prerecorded telemarketing calls made by or on behalf of Defendants in alleged violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. After five years of intense, adversarial litigation, the parties reached a proposed class action settlement in this action, which the Court preliminary approved on July 6, 2017. Dkt. 576. Under the Court's preliminary approval order, Class Counsel's motion for attorneys' fees and expenses is due on August 7, 2017. *Id.*

3. In including the detailed background and analysis of the facts and law necessary to adequately support Class Counsel's fee petition, Plaintiff's motion exceeds the 15-page limit set by L.R. 7.1—totaling 23 pages excluding the cover page, tables, and certificate of service. Plaintiff respectfully requests that, given the prolonged extent of these proceedings—currently

exceeding 570 docket entries—and need for such additional pages to effectively support the motion, he be granted leave to file them as submitted concurrently herewith.

      WHEREFORE, Plaintiff Charvat respectfully requests leave to file his motion for attorneys' fees and costs in excess of the fifteen pages contemplated under L.R. 7.1.

Dated: August 7, 2017            Respectfully submitted,

                                                    PHILIP CHARVAT, on behalf of himself and others similarly situated

                                                    By: */s/ Alexander H. Burke*

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

Edward A. Broderick
Anthony I. Paronich
BRODERICK LAW, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 07160
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
mmccue@massattorneys.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                            */s/ Alexander H. Burke*