UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 1:12-cv-5746 |
| v. | ) ) ) | Judge Andrea R. Wood |
| Elizabeth Valente, Resort Marketing Group, Inc., Travel Service Network, Inc., TSN Travel, Inc., TSN International, Inc., TSN Marketing LLC, Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd., | ) ) ) ) ) ) ) | Magistrate Judge Mary M. Rowland |
| *Defendants.* | ) ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSES, IF ANY, TO MOTION FOR ATTORNEY'S FEES
AND MOTION FOR CLASS REPRESENTATIVE INCENTIVE AWARD**

Royal Caribbean Cruises, Ltd. ("RCL"), NCL (Bahamas) Ltd. ("NCL") and Carnival Corporation & PLC (collectively "Defendants") hereby respectfully request that this Court enter an Order granting an Enlargement of Time to File Responses to Motion for Attorney's Fees and Costs and Motion for a Class Representative Incentive Award [DE 579-80] and state as follows:

1. The Parties entered into a Class Action Settlement Agreement [DE 569-1], which referred to the filing of the above-described Motions. While the agreement was under negotiation, the parties agreed that if the Defendants filed Responses to either Motion, the Responses would be due twenty (20) days before the Final Approval Hearing or on or before March 15, 2018.

1

2. It appears that during the back and forth of drafting the agreement, this agreed upon date was inadvertently deleted and/or omitted from the final Class Action Settlement Agreement.

3. The Defendants request that they be allowed until March 15, 2018 to file any Responses to the above-described Motions consistent with the parties' intent when negotiating their settlement agreement.

4. The Plaintiff has agreed to the requested relief sought herein.

WHEREFORE, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd. and Carnival Corporation & PLC respectfully request that this Honorable Court grant the Defendants' Request for Additional Time to Produce Revised Privilege Logs and Revised Discovery Responses.

Dated: August 9, 2017

    Miami, FL

Respectfully submitted,

By: /s/*Jeffrey S. Becker*
Jeffrey S. Becker (ARDC #6282492)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL. 60611
Tel: 312-321-9100
jbidzinski@smbtrials.com
jbecker@smbtrials.com
*Attorneys for Carnival Corporation & PLC*

By: /s/*Catherine J. MacIvor*
Catherine J. MacIvor
cmacivor@fflegal.com
Florida bar No. 932711
Jeffrey E. Foreman
jforeman@fflegal.com
ARDC #6193309
FOREMAN FRIEDMAN, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendants, Royal Caribbean Cruises Ltd. NCL (Bahamas) Ltd.*

2

## **CERTIFICATE OF SERVICE**

On August 9, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court, which will automatically send notice of the filing to all counsel of record. I hereby certify that I have served all counsel and/or pro se parties of record electronically in accordance with the Federal Rules of Civil Procedure.

By: /s/ *Catherine J. MacIvor*
Catherine J. MacIvor

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: (305) 358-6555 / Fax: (305) 374-9077**

# SERVICE LIST
## CASE NO. 12-CV-5746

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
ABurke@burkelawllc.com
Tel: 312-729-5288/Fax: 312-729-5289

Daniel J. Marovitch
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
dmarivitch@burkelawllc.com
Tel: 312-729-5288/Fax: 312-729-5289

Edward A. Broderick
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
ted@broderick-law.com
Tel: 617-738-7080

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue – Third Floor
Natick, MA 01760
mmcue@massattorneys.net
Tel: 508-655-1415
*Attorneys for Plaintiff*

John M. Scheldon
Wiczer & Sheldon, LLC
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
jsheldon@wiczersheldon.com
Tel: 874-849-4850/Fax: 847-849-4851
Elliot S. Wiczer (ARDC #6208432)
Foreman Friedman, PA
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
ewiczer@fflegal.com
Tel: 847-849-4850/ Fax: 847-849-4851

Catherine J. MacIvor (*Pro Hac Vice*)
Jeffrey E. Foreman (ARDC #6193309)
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
Tel: 305-358-6555
cmacivor@fflegal.com
jforeman@fflegal.com
*Attorneys for Royal Caribbean Cruises, Ltd. and NCL (Bahamas), Ltd.*

Joshua E. Bidzinski (ARDC #6302408)
Jeffrey S. Becker (ARDC #6282492)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL. 60611
Tel: 312-321-9100
jbidzinski@smbtrials.com
jbecker@smbtrials.com
*Attorneys for Carnival Corporation & PLC*

Michael J. Zink
Michael J. Zink
1101 Ridge Avenue
Evanston, IL 60202
Tel: 847-475-1019
sbzlaw@gmail.com
*Attorney for Elizabeth Valente and Travel Services*

4

5