# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PHILIP CHARVAT on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:12-cv-05746 |
| v. ) ) | Judge Andrea R. Wood |
| ELIZABETH VALENTE, RESORT MARKETING GROUP, INC., CARNIVAL CORPORATION & PLC, ROYAL CARIBBEAN CRUISES, LTD., and NCL (Bahamas) Ltd., ) ) ) ) ) | Magistrate Judge Mary Rowland |
| Defendants. ) | |

## ORDER ON PARTIES' JOINT REQUEST TO AMEND PUBLICATION NOTICE PLAN AND TO APPROVE SUPPLEMENTAL E-MAIL NOTICE TO CLASS AS TO ANTICIPATED PRO RATA DISTRIBUTION

On July 6, 2017, this Court issued an Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Settlement Class, Approving Notice Plan and Setting Final Approval Hearing ("Order"). (DE #576). Thereafter, as detailed in the Parties motion, the proposed Settlement received extensive media attention on outlets across the United States. As a result, the consumer response to this Settlement has been great. Thereafter, the Parties jointly petitioned this Court for several adjustments to the Order to adapt to consumer response to the Settlement. These adjustments are approved as follows:

1. Given the demonstrated extensive notice reach obtained to date by both the Class Administrator, and as supplemented extensively by media coverage of this Settlement, the Court instructs the Class Administrator to cease all notice expenditures immediately in order to preserve the maximum amount of funds to be paid to Class Members.

2. Given the number of claims filed, to date, by Class Members (over 2,000,000), the per consumer recovery in this case will be *pro rata* of the Settlement Fund and, if final approval is granted, will likely amount to several dollars per Class Member.

The Court agrees that Class Members should be advised promptly of the number of claims filed in this case and of the expected individual recovery. These Class Members could then elect to opt out of the Settlement by November 3, 2017. The Court hereby approves <u>Exhibit A</u> as a supplemental e-mail notice to consumers so advising them and approves the expenditure by the Class Administrator of $27,500 to accomplish this task. The Court also approves that a banner be added to the settlement web-site similarly advising consumers that their recovery in this case will be pro rata.

IT IS SO ORDERED.

Entered: October 3, 2017

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE

# **Exhibit A**

## *A federal court authorized this supplemental e- Email Notice.*
## *It is not a solicitation from a lawyer.*

- You are receiving this email because the Settlement Administrator in the *Charvat v. Resort Marketing Group, Inc. et al.* class action lawsuit received a claim from you that included this e-mail address as a means of contact.

- The Court has authorized this supplemental e-mail Notice to inform consumers who have filed claims that, to date, over two million claims have been filed seeking to recover from a Settlement Fund expected to total $12.5 million.

- Based on the number of claims received, the individual recovery per consumer will be a *pro rata* share of the Settlement Fund. The exact per consumer recovery is still unknown, but it is expected to be a few dollars per Class Member, or less. This *pro rata* disbursement is consistent with the terms of the Settlement Agreement and the Settlement Administrator's prior notice. To review this notice, please click HERE. Social media and news reports that stated class members would receive $900 each were inaccurate.

- Settlement Class Members interested in considering their options under these circumstances should visit www.RMGTCPASettlement.com and review the "Frequently Asked Questions" document that details the rights of Class Members.

- Consumers have until November 3, 2017 to file a claim, to opt out of the Settlement or to object to the Settlement.