Julius N. Dunmore
3903 NE 159th Place
Gainesville, Florida 32609

January 5, 2018

**RECEIVED** 2018 JAN 17 PM 2:41

**FILED**
JAN 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

      RE:    Case Name:    Charvat v. Resort Marketing Group, Inc et al.,
             Case No.:     1:12-cv-05746

Dear Clerk of Court:

I have been reviewing the public access to the court file on the above referenced case; however, the objection I sent via Federal Express on November 2, 2017 does not appear to be one of the documents listed.

I have been informed that the enclosed objections were sent directly to the Judge Wood's chambers without them being put in the court file. Therefore, I am filing this letter and a copy of my original objections. Please file my objections in the court file.

Sincerely,

Julius Dunmore

JD
Enclosure

Julius N. Dunmore
3903 NE 159th Place
Gainesville, Florida 32609

November 2, 2017

Clerk of Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Case Name: Charvat v. Resort Marketing Group, Inc et al.,
Case No.: 1:12-cv-05746

Dear Judge Wood,

My full name, address, current telephone number and the telephone number that was called by RMG are - Julius Dunmore, 3903 Northeast 159th Place, Gainesville, Florida 32609, current telephone number and the number called by RMG are both (352) 485-1266. I state, under penalty of perjury, that I believe I am a member of the Settlement Class and that the number I listed as being called is the one on which I received a call from RMG. Enclosed please find my Claim Form Receipt. (3) the reasons why I object to the Settlement are: I understood that $300.00 was the maximum I might receive, but this is like a bait and switch, how did $300.00 turn into $4.00. How did the lawyers ever think there would only be 15,633 claim's on the $7,000,000 floor or 28,000 claims on the $12,500,000 ceiling? There are over 2,000,000 claims. This is a big disappointing mistake. Under these circumstances the attorney's fees should only be, at best, 20 percent of the $12,500,000. Also, how is the class representative's claim worth $50,000 while mine is worth $4.00? I think his getting so much money is a problem because it looks suspicious.

I have no supporting documents. My objection is made only on my behalf and not on behalf of others. I do not intend to call any witnesses at the Final Approval Hearing I have no evidence to provide. I do not intend to appear at the Court's Final Approval Hearing.

Sincerely,

Julius N. Dunmore

CC: RMG TCPA Settlement Administrator
Matthew P. McCuee
Jeffrey Becker
Catherine J. MacIvor

Charvat v. Resort Marketing Group, Inc. et al.

## Claim Form Receipt

**Thank You.** Your Claim Form has been submitted. Please print this page as your receipt.

Your Claim Number is **62968021801**. Please retain this number for your records.

Print

| | |
|---|---|
| Case Code: | CQC |
| Date: | November 2, 2017 |

**CLAIMANT INFORMATION**

JULIUS DUNMORE
3903 NE 159TH PLACE
GAINESVILLE, FL 32609

| | |
|---|---|
| Contact phone number: | (352) 485-1266 |
| Email Address: | bigd3903@hotmail.com |
| Phone Number That Appears In The Call Records: | (352) 485-1266 |
| Certification | I affirm that I was an owner, user or subscriber to the number(s) listed above between July 2009 and March 2014, and I received telephone call(s) on this number from a third party using a pre-recorded or robotic voice to offer a free cruise with Carnival, Royal Caribbean or Norwegian Cruise Lines as a promotion. |
| Certification | I declare, under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that I believe I am a member of the Settlement Class and that the information I am providing above is true to the best of my knowledge. |
| Signed: | Julius Dunmore |
| Dated: | 11/02/2017 |

### What Happens Next?

If your claim is accepted, you will be compensated, based on Resort Marketing Group, Inc's Call Records, for each call received to the phone number at a maximum of three calls. The value of each call is capped at $300. The most you can receive per telephone number is $900. If the number of claims filed does not allow for compensation at the maximum amount, then you will receive a pro rata share of the Settlement Fund after the payment of Attorneys's Fees and Expenses, the Incentive Award, and Settlement Administration Expenses.

You can confirm whether you received telemarketing calls that are part of this class on another residential or cellular telephone line during the class period via the Settlement Web-Site. You can file one claim per phone number and recover for up to three calls made to each line.

For more information about the settlement and the claims filing process, please review the Class Notice.



www.kccllc.com

Home   File a Claim   Class Notice   Court Documents   Frequently Asked Questions

Kurtzman Carson Consultants   Terms of Use   Privacy Policy

JACKSONVILLE FL 320

11 JAN 2018 PM 4 L

RECEIVED
2018 JAN 17 AM 9: 24

J/S Intake

Judge Wood

USDC for the Northern District of Illinois
Everett McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

60604-170299