# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Philip Charvat

                Plaintiff,

v.                                           Case No.: 1:12−cv−05746
                                                               Honorable Andrea R. Wood

Travel Services, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. For the reasons stated on the record, Plaintiff's motion to authorize claims administrator [615] is granted. The parties shall send a word version of their revised proposed order and draft notice to the Court's Proposed Order e−mailbox at Proposed_Order_Wood@ilnd.uscourts.gov within 24 hours. Final approval hearing set for 4/4/2018 is stricken and reset for 7/24/2018 at 11:00 a.m. in front of Judge Andrea R. Wood in courtroom 1925 of the Everett McKinley Dirksen Building, United States Courthouse, 219 Dearborn Street, Chicago, Illinois. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.