

March 12, 2018

Clerk of Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RMG TCPA Settlement Administrator
P.O. Box 404022
Louisville, KY 40233-4022

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760



FILED

MAR 19 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Charvat v. Resort Marketing Group, Inc. et al., Case No. 1:12-cv-05746

Dear Sirs:

The deadline for filing an objection to the settlement was grossly premature, in that it coincided with the deadline for filing claims. We now find that the number of claims submitted and approved will mean that each claimant will receive only a few dollars, i.e. peanuts. In other words, the deadline for filing objections should only have been some time after all claims were submitted and giving enough time so that we could find out what that would mean in terms of a meaningful award for each client, and then still make a timely objection (as I am trying to do here).

The attorneys will receive hundreds of thousands (if not millions), which is OK provided their clients also get something worthwhile. If the client does not, this why there are valid objections to many class action suits (though there may not be to the concept itself).

Therefore the settlement amount is woefully inadequate, the Settlement Administrator and the claimants' attorney should join in this objection, and the court should reject it, and a settlement amount should only be approved that gives each claimant at least $200 per call. If it does not do so, it will only be putting fuel on the fire to abolish such lawsuits.

Respectfully submitted,

Templeton Briggs (approved claimant)
229 E. Amerige Ave. #103
Fullerton CA 92832
Tel: 714-904-8266;
e-mail: templeton1932@gmail.com