IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated,<br>　　　Plaintiff,<br><br>v.<br><br>Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd.<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:12-cv-5746<br><br>Judge Wood<br>Mag. Judge Rowland |

## ORDER ON PARTIES' JOINT MOTION TO RESCHEDULE
## FINAL APPROVAL HEARING

For the reasons discussed in Court on June 6, 2018, the Court ORDERS, the following:

1. The Final Approval Hearing is rescheduled to October 30, 2018 at 10:00 a.m.

2. The Settlement Agreement shall be modified to the dates expressly sated below:

    - 9/10/18 – Plaintiffs' supplemental briefing on Motion for Class Attorneys' Fees award due

    - 9/17/18 – Response to Motion for Class Attorneys' Fees award due;

    - 9/17/18 – Response to Motion for Class Incentive Award due;

    - 9/17/18 – Settlement Administrator to provide accounting of all costs and expenses as well as an estimate of fees for any and all Settlement Administration Expenses to be incurred after the Funding Date;

    - 9/17/18 – Settlement Administrator shall file with the Court and serve on Class Counsel and Cruise Defendants' Counsel, a declaration attesting to the satisfaction of Class Notice Requirements contained in the Agreement and the Court's Preliminary Approval Order including proof that notice was provided pursuant to the requirements of the Settlement Agreement and the Order; proof that notice was provided to the appropriate State and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715; as well as a declaration attesting to the results of the notice plan, such as the estimated "reach" of notice, the number of undeliverable mailings, and the number of internet impressions;

- 9/17/18 – Settlement Administrator shall file with the Court and serve on Class Counsel and Cruise Defendants' Counsel, a declaration attesting to compliance with the Agreement and listing each member who timely and validly submitted a request for exclusion opting out of the Settlement;

- 9/28/18 – The Parties shall request that the Court enter Final Approval of the Order;

- 9/28/18 – Class Counsel shall file a memorandum supporting the Motion for Final Approval and Cruise Defendants may file a memorandum on the same date if they so choose;

- 9/28/18 - Class Counsel and/or Cruise Defendants may file memorandum addressing any Objection to Settlement; and

3. The Settlement Administrator shall file with the Court by no later than 9/17/2018, proof that notice was provided pursuant to the requirements of the Settlement Agreement and the Order; proof that notice was provided to the appropriate State and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715; as well as a declaration attesting to the results of the notice plan, such as the estimated "reach" of notice, the number of undeliverable mailings, and the number of internet impressions.

IT IS SO ORDERED.

Entered: _____

ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE