**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-5746 |
| | ) | |
| v. | ) | **SUPPLEMENTAL DECLARATION** |
| | ) | **OF PHIL COOPER** |
| | ) | **RE: COMPLETION OF NOTICE** |
| | ) | |
| Elizabeth Valente, Resort Marketing Group, Inc., | ) | |
| Carnival Corporation & PLC, Royal Caribbean | ) | Judge Wood |
| Cruises, Ltd., NCL (Bahamas) Ltd. | ) | Mag. Judge Rowland |
| Defendants. | ) | |

I, Phil Cooper, declare:

1.     I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     This declaration supplements my previous declaration executed February 23, 2018 detailing the claims process resulting from the notice plan.

3.     KCC was appointed by the Court to disseminate the notice, to process and adjudicate claims and to perform other duties as specified in the Settlement Agreement preliminarily approved by this Court on July 6, 2017 (the "Settlement Agreement"). (DE #569-1).

4.     The class was comprised of consumers whose phone numbers appeared in a database produced to KCC by the Parties and to which the Parties refer to as the Dialer Database. The Dialer Database evidenced approximately sixty million call records. Not all of the calls in the Dialer Database were calls that related to the cruise line defendants.

5.     Approximately 400,000 of the calls in the Dialer Database were contained within call campaigns that included the plaintiff who confirmed that the substance of the calls he received mentioned the cruise line defendants. KCC was then instructed to conduct reverse phone directory

research on these consumers to identify them by name and address thereby confirming the connection between these consumers and the phone numbers at issue. These consumers then received direct notice and are referred to by the parties as Direct Notice Claimants.

6.       After performing reverse lookups on the numbers in the Dialer Database and performing data analysis on the results, 390,206 names and addresses were established for purposes of sending direct notice (the "Direct Notice List").  Prior to mailing, the addresses were checked against the National Change of Address (NCOA) database maintained by USPS to identify updated addresses.

7.       On August 7, 2017, KCC caused the double-postcard Notice and Claim Form (the "Postcard") to be sent by First Class mail to the 390,206 class members on the Direct Notice List.  A sample copy of the Postcard is attached hereto as Exhibit A.

8.       Postcards returned by USPS as undeliverable were re-mailed to any address available through postal service forwarding order information. For any returned mailing that did not contain an expired forwarding order with a new address indicated, KCC conducted further address searches using credit and other public source databases to attempt to locate new addresses. When new addresses were located, KCC re-mailed these notices.

9.       In total, 90,709 postcards were returned to KCC as undeliverable during the claims period.  Of these, 58,507 were re-mailed to a different address as provided by expired postal forwarding information or to an address that resulted from further search. 9,077 of these re-mailed records were returned as undeliverable a second time.

10.       In total, 348,927 Postcards were successfully delivered via mail, representing approximately 89% of the Direct Notice List.

11.       Consumers who did not receive direct notice but whose telephone numbers were recorded in RMG's Dialer Database were given publication notice. These claimants are referred to by the parties as the Indirect Notice Claimants.  A portal was then established at which Indirect Notice Claimants could check to see if their phone number was contained in the Dialer Database.  If it was, these consumers were then directed as to how to file a claim via the portal.  Indirect Notice Claimants also had to attest under pains and penalties of perjury to a memory of receiving a pre-recorded telemarketing call that specifically referenced the cruise lines.

12.     On or before August 7, 2017, the settlement website was established at www.rmgtcpasettlement.com.  The website provided class members with information about the settlement and frequently asked questions, allowed visitors to view copies of the website Notice and other important case documents, and allowed class members to submit claims (or generate claim forms to print and submit through the mail).  The website allowed visitors to check the eligibility of their phone number (for both Direct Notice Claimants and Indirect Notice Claimants) and subsequently file a claim for the number if eligible. A copy of the website Notice is attached hereto as Exhibit B.

13.     On or before August 7, 2017, a toll-free number (855-636-6134) was established. By calling this number, class members were able to learn more about the Settlement in the form of frequently asked questions and answers, request to have a Claim Form and Notice sent to them, and Direct Notice Claimants could submit a claim directly using the claim number from their Postcard.

14.     On August 7, 2017, KCC caused a summary of the settlement to be distributed as a press release via PR Newswire's national distribution newsline, which consists of over 6,000 media outlets. According to PR Newswire, the press release was picked up by 216 media outlets and reached an estimated audience of 88.2 million. The press release quickly went viral with information appearing on a variety of websites such as, ABC (6, 7, 8, 9, 13, 15), CBS Boston, CBS San Francisco Bay Area, NBC Miami, NBC Philadelphia, NBC Washington, Sacramento Bee, St. Louis Post-Dispatch, AOL, Top Class Actions, Big Class Action, Class Action Rebates, Class Action Report, Consumer Affairs, Cruise Critic, Cruise Radio, Detroit Free Press, Dayton Daily News, Miami Herald, KISS 104.7 FM, AOL, YouTube, and Yahoo! Finance.

15.     KCC caused the Summary Notice to appear as an eighth page ad unit in the national print and online edition of *USA Today* and as a third page ad unit in the national print and online edition of *People* magazine. The Summary Notice was published on Monday, August 7, 2017 in *USA Today* and in the September 4, 2107 issue of *People*, which went on-sale on August 25, 2017. *USA Today* boasts an average daily circulation of 741,224 and *People* boasts an average weekly circulation of 3,415,411. In addition, from August 7, 2017 through August 24,

2017, KCC caused 10,016,042 internet impressions to be delivered via Yahoo ad network, 94,518,206 impressions to be delivered via Google Display Network, and 30,503,169 impressions to be delivered via the social media site Facebook.

16.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint, Amended Class Action Complaint, Carnival Corporation's Motion to Dismiss Amended Complaint, Carnival Corporation's Memorandum of Law in Support of Motion to Dismiss Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Motion to Dismiss Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Memorandum of Law in Support of Motion to Dismiss Amended Complaint, Second Amended Class Action Complaint, Carnival Corporation's Motion to Dismiss Second Amended Complaint, Carnival Corporation's Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Elizabeth Valente's Motion to Dismiss Second Amended Complaint, Plaintiff's Response to Carnival Corporation's, Royal Caribbean Cruises LTD.'s and E. Valente's Motions to Dismiss Second Amended Complaint, Carnival Corporation's Reply in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Reply in Support of Motion to Dismiss Second Amended Complaint, Third Amended Class Action Complaint Carnival Corporation & PLCS' Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, Defendant Royal Caribbean Cruises LTD.'s Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, Defendant NCL (Bahamas) LTD.'s Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, E. Valente's Answer to Third Amended Class Action Complaint, Plaintiff's Motion for Class Certification and Incorporated Memorandum in Support, Cruise Line Defendants' Motion to

Strike the Declaration of Richard Borst, Cruise Line Defendants' Response in Opposition to Motion for Class Certification, Cruise Line Defendants' Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen, Plaintiff's Reply in Support of Motion for Class Certification, Plaintiff's Response in Opposition to Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen, Plaintiff's Response in Opposition to Motion to Strike Declaration of Richard Borst, Cruise Defendants' Reply in Support of Motion to Strike the Declaration of Richard Borst, Cruise Defendants' Reply in Support of Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen, Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Class Action Settlement Agreement and Release, [Proposed] Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Settlement Class, Approving Notice Plan and Setting Final Approval Hearing, Declaration of Edward A. Broderick in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Anthony I. Paronich in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Alexander H. Burke, Declaration of Matthew P. McCue in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Long Form Notice, Post Card Notice, Publication Notice, Online Claim Form, Class Action Settlement Agreement and Release, [Proposed] Order and Final Judgment,, which accompanied a cover letter with Exhibit A, providing an approximation of percentage of class members by state of residence (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit C.

17.     On June 16, 2017, KCC caused sixty-one (61) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit D, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

18.     As of the date of this Declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 17 above.

19.     KCC estimates that the total cost to complete this administration, given work and costs

incurred thus far, our current understanding of remaining work, and barring any additional significant projects, would be $3,330,236.64. In addition to these costs of work incurred, KCC has expended additional time and resources in its administration of this matter on various tasks for which, as an accommodation to the parties and the class, it has not charged for its time or costs. Further, after prolonged negotiation with the parties, assuming no unanticipated significant administration work arises, KCC is willing to reduce that amount to $3,000,000. KCC would respectfully request that it be reimbursed for any additional projects or overage beyond $3,000,000 out of any residual funds remaining in the settlement fund account after applicable stale dates related to the distribution to class members have passed.

20.     KCC has received 287 requests to opt-out of the settlement. A list of class members requesting to opt-out is attached hereto as Exhibit E.

21.     Claims are still being processed to determine which claims are to be accepted and which are to receive a final remediation notice for rejection. KCC anticipates providing a supplemental declaration attesting to an estimate of accepted claims (and rejected claims sent the final remediation notice), as well as a projection of the estimated payment range in advance of Sept. 30, 2018, when counsel for plaintiff intends to file his memorandum in support of final approval.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 17th day of September 2018 at San Rafael, California.


_____
Phil Cooper

# Exhibit A

**A COURT AUTHORIZED**
**THIS LEGAL NOTICE**

RMG TCPA Settlement Administrator
P.O. Box 404022
Louisville, KY 40233-4022

A Settlement has been reached in a class action lawsuit, *Charvat v. Resort Marketing Group, Inc.*, alleging that a travel agency, Resort Marketing Group, Inc., made pre-recorded telephone calls offering a free cruise on Carnival, Royal Caribbean and Norwegian cruise lines in violation of the Telephone Consumer Protection Act. Defendants deny any wrongdoing, and in agreeing to settle, do not admit any wrongdoing. The Court has not decided who is right; rather, the parties resolved the dispute by settlement. Call Records indicate you may be a Settlement Class Member entitled to a monetary recovery up to $900 per telephone line. To recover, you need to complete and submit the below Claim Form postmarked prior to November 3, 2017.

**CQC**

---

CQCCRD1

Carefully separate at perforation

Claim ID:

**Settlement Claim Form**

Name/Address Change, if any:

_____

_____

_____

Fill in the circle below if you were the owner, user or subscriber to the below phone number(s) at some point between July 23, 2009 and March 8, 2014:

◯ I affirm that I was an owner, subscriber or user to the telephone number(s) listed above on this Claim Form between July 23, 2009 and March 8, 2014.

By submitting this Claim Form, I declare, under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that I believe I am a member of the Settlement Class and that the information I am providing above is true to the best of my knowledge.

Signature: _____     Date (mm/dd/yyyy):     _____

Email Address: _____

Contact Phone #: _____

Return this Claim Form postmarked by November 3, 2017. Claim Forms may also be submitted online — using the Claim ID on this card — by November 3, 2017.

**Questions, visit www.RMGTCPASettlement.com or call 1-855-636-6134**

**CQC**

owner, subscriber, or user of a residental or cellular telephone line that received pre-recorded telephone calls initiated by Resort Marketing Group, Inc., during which you were offered the goods or services of Carnival, Royal Caribbean, or Norwegian and your phone number was contained in the Call Records (a database containing all the numbers dialed) of Resort Marketing Group, Inc., the third party travel agency that made the calls at issue. If you are receiving this Notice by mail, our records indicate that you may be a Settlement Class Member.

**SETTLEMENT TERMS** Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., and NCL (Bahamas), Ltd. ("Defendants") will pay $7,000,000-$12,500,000 into a Settlement Fund that will cover: (1) cash payments to Settlement Class Members who submit valid Claim Forms; (2) Class Counsel's attorneys' fees not to exceed 1/3 of the Fund plus reasonable expenses; (3) a $50,000 incentive award to the Class Representative; and (4) the costs of administering the Settlement. Each call received will have a maximum value of $300, and there will be a cap of three calls per Settlement Class Member per telephone number. This means your maximum payment amount could be $900 per telephone number. However, your share of the Fund will depend on the total number of claims made and the total amount remaining in the Fund. The Fund will be divided among Settlement Class Members who file valid claims after deducting Class Counsel's attorneys' fees and expenses, the incentive awards, and settlement administration costs.

**YOUR RIGHTS AND OPTIONS  Submit a Claim Form.** To receive a cash payment, complete and return the attached Claim Form. You may also submit a Claim Form online at www.RMGTCPASettlement.com. Claim Forms are also available for downloading at www.RMGTCPASettlement.com, or they may be requested by calling 1-855-636-6134. Claim Forms must be submitted, mailed or emailed by November 3, 2017. The Settlement Administrator will confirm that your number is in the Call Records, will determine how many times that number was called, and will assess the value of your claim. **Opt Out.** You may exclude yourself from the lawsuit and keep your right to sue the Defendants on your own by sending a written request for exclusion to the Settlement Administrator, including your name, address, and telephone number, a statement that you want to be excluded from *Charvat v. Resort Marketing Group, Inc.*, No. 1:12-cv-05746, and your signature postmarked by November 3, 2017. Unless you exclude yourself, you will be bound by the Settlement and give up your right to sue regarding the settled claims. **Object.** If you do not exclude yourself, you have the right to comment on or object to the proposed Settlement. Written objections must contain your name, address, telephone number, and signature, as well as the reasons for your objection. If you or your attorney intends to attend the Final Approval Hearing, additional requirements apply. See the full Class Notice, available at www.RMGTCPASettlement.com. Your objection must be postmarked by November 3, 2017 and sent to the addresses listed in the Class Notice. **Attend the Final Approval Hearing.** The Court has set a hearing to decide whether the Settlement should be approved on April 4, 2018 at 11:00 a.m. at the United States District Court for the Northern District of Illinois, located at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. All persons who timely object to the Settlement by November 3, 2017 may ask to appear at the Final Approval Hearing, but you do not need to appear. The Court will also consider Class Counsel's fee request, which will be posted on the Settlement Website on August 7, 2017. You or your attorney may appear and ask to speak at the hearing at your own expense.

**More information is available at www.RMGTCPASettlement.com or by calling 1-855-636-6134. Please do not contact the Court.**

CQC



PLACE

STAMP

HERE

RMG TCPA SETTLEMENT ADMINISTRATOR
PO BOX 404022
LOUISVILLE KY 40233-4022

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Philip Charvat on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:12-cv-05746 |
| v. | ) ) | Judge Wood |
| | ) | Mag. Judge Rowland |
| Elizabeth Valente, Resort Marketing Group, Inc., Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., NCL (Bahamas) Ltd., | ) ) ) ) | |
| Defendants. | ) | |

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*

A settlement has been reached in a class action lawsuit claiming that a travel agency called Resort Marketing Group, Inc. ("RMG"), made automated telephone calls to consumers to offer a free cruise with Carnival Corporation & PLC ("Carnival"), Royal Caribbean Cruises, Ltd. ("Royal Caribbean"), and NCL (Bahamas), Ltd. ("Norwegian") (collectively "Cruise Defendants") (the "Settlement"). The lawsuit claims that RMG violated the Telephone Consumer Protection Act ("TCPA") and that the Cruise Defendants should be held vicariously liable for RMG's conduct. RMG and the Cruise Defendants deny the claims and deny they violated the TCPA. The Court has not made a decision as to who is right; rather, the parties resolved the dispute by settlement.

The Settlement includes people who received pre-recorded telephone calls between July 23, 2009 and March 8, 2014 on their residential or cellular telephone lines initiated by RMG during which RMG offered a free cruise with Carnival, Royal Caribbean, or Norwegian cruise lines as a promotion ("Settlement Class Members").

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way you can get a payment from the Settlement. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | This is the only option that allows you to sue, continue to sue, or be part of another lawsuit against Resort Marketing Group, Carnival, Royal Caribbean and Norwegian relating to the legal claims the Settlement resolves. However, you will give up the right to get a payment from this Settlement. |
| **OBJECT TO THE SETTLEMENT** | You may write to the Court if you do not like the Settlement. |
| **GO TO THE FINAL APPROVAL HEARING** | You may ask to appear and speak to the Court about the fairness of the Settlement. |
| **DO NOTHING** | You will not get a payment from the Settlement and you will give up certain legal rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ...................................................................................................................... PAGE 3

    1.  Why did I get this Notice?

    2.  What is this lawsuit about?

    3.  Why is this case a class action?

    4.  Why is there a settlement?

**WHO IS INCLUDED IN THE SETTLEMENT CLASS** ......................................................................... PAGE 3

    5.  How do I know whether I am part of the Settlement?

    6.  Are there exceptions to being included?

    7.  What if I am still not sure whether I am part of the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY** ............................................. PAGE 4

    8.  What does the Settlement provide?

    9.  How much will my payment be?

**HOW TO RECEIVE A PAYMENT—SUBMITTING A CLAIM FORM** ................................................. PAGE 4

    10. How do I receive a cash payment?

    11. When will I receive my payment?

    12. What if my name or address changes after I submit a Claim Form?

    13. What rights am I giving up to get a payment or stay in the Settlement Class?

    14. What legal claims am I releasing?

**THE LAWYERS REPRESENTING YOU** ........................................................................................... PAGE 5

    15. Do I have a lawyer in this case?

    16. How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ...................................................................... PAGE 6

    17. How do I get out of the Settlement?

    18. If I exclude myself, can I still get a cash payment from this Settlement?

    19. If I do not exclude myself, can I sue Defendants for the same legal claims later?

**OBJECTING TO THE SETTLEMENT** ............................................................................................. PAGE 6

    20. How do I tell the Court that I do not like the Settlement?

    21. May I come to Court to speak about my objection?

    22. What is the difference between objecting to the Settlement and asking to be excluded from it?

**THE COURT'S FINAL APPROVAL HEARING** ................................................................................ PAGE 7

    23. When and where will the Court decide whether to approve the Settlement?

    24. Do I have to come to the hearing?

    25. May I speak at the hearing?

**IF YOU DO NOTHING** .................................................................................................................. PAGE 8

    26. What happens if I do nothing at all?

**GETTING MORE INFORMATION** ................................................................................................. PAGE 8

    27. How do I get more information?

## BASIC INFORMATION

| 1. | Why did I get this Notice? |
|---|---|

This is a court authorized Notice of a proposed Settlement in a class action before Judge Andrea R. Wood of the United States District Court for the Northern District of Illinois, who is overseeing this class action. The case is known as *Charvat v. Resort Marketing Group, Inc et al.*, Case No. 1:12-cv-05746. The person that filed this lawsuit is called the Plaintiff, and the companies he sued – Resort Marketing Group, Inc. Carnival, Royal Caribbean, and Norwegian – are called the Defendants. If finally approved, the Settlement would resolve a lawsuit brought on behalf of consumers who Plaintiff alleged received automated promotional calls from RMG offering the goods and services of Carnival, Royal and Norwegian. The Court has granted preliminary approval of the Settlement and has conditionally certified the Settlement Class for purposes of settlement only. This Notice explains the nature of the class action lawsuit, the terms of the Settlement, and the legal rights and obligations of the Settlement Class Members. Please read the instructions and explanations below so that you can better understand your legal rights.

| 2. | What is this lawsuit about? |
|---|---|

The class action lawsuit claims that RMG made pre-recorded telemarketing calls to landlines and cell phones offering free cruises with Carnival, Royal Caribbean, and Norwegian as promotions and that these calls violated the TCPA. The lawsuit alleges that Carnival, Royal Caribbean, and Norwegian authorized RMG to make these calls on their behalf. Defendants deny all of the allegations made in the lawsuit and deny they did anything wrong.

More information and specific details about the lawsuit can be found at www.RMGTCPASettlement.com.

| 3. | Why is this case a class action? |
|---|---|

In a class action, one or more people called Class Representatives or Plaintiffs (in this case, Philip Charvat) sue on behalf of other people with similar claims. Together, these people are called a Class or Class Members. One court resolves the issues for all Class Members, except for those who exclude themselves from the Settlement Class.

| 4. | Why is there a settlement? |
|---|---|

To resolve this matter without the expense, delay and uncertainties of litigation, the Plaintiff and Defendants have reached a Settlement, which resolves all claims against the Defendants. The Settlement is not an admission of wrongdoing by the Defendants and does not imply that there has been, or would be, any finding that the Defendants violated the TCPA. In fact, the Defendants vigorously deny that they violated the TCPA or any similar laws, and the Cruise Defendants vigorously deny that they authorized RMG to make any calls on their behalf, and further deny that they should be held vicariously liable for RMG's actions. The Court did not decide in favor of the Plaintiff or Defendants. Instead, both sides agreed to a settlement. This way, they avoid the cost and burden of a trial and the people affected can get benefits. The Class Representative and his attorneys think the Settlement is best for all Settlement Class Members.

## WHO IS INCLUDED IN THE SETTLEMENT CLASS

| 5. | How do I know whether I am part of the Settlement? |
|---|---|

You are included in the Settlement as a Settlement Class Member if you were the owner, subscriber, or user of a residential or cellular telephone line that received pre-recorded telemarketing calls between July 23, 2009 and March 8, 2014 that were initiated by RMG during which you were offered a free cruise with Carnival, Royal Caribbean and Norwegian cruise lines and your phone number is contained in the call records produced by RMG in this case (the "Call Records"). The Call Records contain all phone numbers that RMG used to initiate pre-recorded telemarketing calls to promote its business. Any person submitting a claim with a telephone number not found in the records of RMG is ineligible for distribution from the settlement fund.

| 6. | Are there exceptions to being included? |
|---|---|

Yes. The Settlement does not include any trial judge that may preside over this lawsuit, the Defendants, any of the Released Parties (defined in Question 14 below), Class Counsel and their employees, the immediate family of any of the foregoing persons, any member of the Settlement Class who has timely submitted a request for exclusion (see Question 17 below), or any person who has previously released the claims asserted in this lawsuit.

| 7. | What if I am still not sure whether I am part of the Settlement? |
|---|---|

If you are not sure whether you are included, go to www.RMGTCPASettlement.com or call 1-855-636-6134 for more information.

## THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

| 8. | What does the Settlement provide? |
|---|---|

The Settlement provides cash payments to Settlement Class Members who file valid Claim Forms. Defendants will create a Settlement Fund of at least $7,000,000 (the "Floor") and up to $12,500,000 (the "Ceiling"). The final Settlement Fund amount will depend on the number of Claim Forms filed. The Settlement Fund will be used to pay Class Counsel's attorneys' fees and expenses, an incentive award to the Class Representative, and notice and administration costs, before making payments to Settlement Class Members who file a valid Claim Form.

| 9. | How much will my payment be? |
|---|---|

Each RMG telemarketing call you received will have a **maximum** value of $300. You may file a claim for up to three calls per telephone number included in the Call Records. This means that your maximum payment amount *could be* $900 per telephone number. Although payment amounts could be $300-$900, actual payment amounts will be based on the total number of calls and valid Claim Forms received. For example:

- If, after deducting attorneys' fees and expenses, the incentive award, and settlement administration costs, the amount needed to pay all valid claims is *less* than the balance of the Settlement Fund, then each Settlement Class Member who submits a valid Claim Form will receive $300 per call for up to three calls, and the remaining funds will be donated *cy pres* to the National Consumer Law Center (www.nclc.org) or other approved recipient.

- If, after deducting attorneys' fees and expenses, the incentive award, and settlement administration costs, the amount needed to pay all valid claims is *greater* than the Settlement Fund Ceiling, then each Settlement Class Member who submits a valid Claim Form will receive a proportionately reduced payment amount, meaning each Settlement Class Member will receive the same reduced payment amount per call for up to three calls.

## HOW TO RECEIVE A PAYMENT—SUBMITTING A CLAIM FORM

| 10. | How do I receive a cash payment? |
|---|---|

To receive a cash payment, you must submit a Claim Form postmarked by November 3, 2017. Claim Forms may be submitted online at www.RMGTCPASettlement.com, or by mailing the completed Claim Form to RMG TCPA Settlement Administrator, P.O. Box 404022, Louisville, KY 40233-4022. Claim Forms are available for printing from the website or upon request by calling 1-855-636-6134.

### 11. When will I receive my payment?

The Court will hold a Final Approval Hearing on April 4, 2018 to decide whether to grant final approval to the Settlement. If the Court approves the Settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them. Settlement payments will be provided as soon as possible, if and when the Court grants final approval to the Settlement and after any appeals are resolved.

### 12. What if my name or address changes after I submit a Claim Form?

If your name or address needs to be corrected, you must send a letter to the Settlement Administrator at RMG TCPA Settlement Administrator, P.O. Box 404022, Louisville, KY 40233-4022.

### 13. What rights am I giving up to get a payment or stay in the Settlement Class?

Unless you exclude yourself, you will stay in the Settlement Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and will legally bind you. You won't be able to sue, continue to sue, or be part of any other lawsuit against any of the Defendants about the issues in this case. The legal claims you are giving up are described in Question 14.

### 14. What legal claims am I releasing?

If the Settlement becomes final, all Settlement Class Members who do not exclude themselves–and their respective assigns, heirs, successors, predecessors, parents, subsidiaries, officers, directors, shareholders, members, managers, partners, principals, representatives, employees–will release and forever discharge the Defendants and all of their present, former and future predecessors, successors, subsidiaries, and all of their respective officers, directors, partners, members, principals, insurers, insureds, employees, shareholders, attorneys, servants, and assigns ("Released Parties") of and from all claims, demands, causes of actions, suits, damages, fees (including attorneys' fees), and expenses arising out of or relating to the telephone calls contained within the Call Records, including the use (or alleged use) of an automatic telephone dialing system or pre-recorded voice, or calling persons who were on the Do Not Call list or otherwise did not consent to such call, or otherwise arising under the TCPA or similar state laws governing such matters, including without limitation the claims alleged in the Third Amended Complaint.

More information about the claims you are releasing can be found in Sections 2.38 and 15 of the Settlement Agreement, available at www.RMGTCPASettlement.com.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer in this case?

Yes. Judge Wood appointed Alexander H. Burke and Daniel J. Marovitch of Burke Law Offices, LLC, Edward A. Broderick and Anthony Paronich of Broderick & Paronich, P.C., and Matthew P. McCue of the Law Office of Matthew P. McCue as "Class Counsel" to represent you and other Settlement Class Members. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 16. How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees of up to one third of the final Settlement Fund plus reimbursement of reasonable expenses. The maximum amount of the Settlement Fund will be $12,500,000. (The maximum amount that can be awarded to Class Counsel, per the discretion of the Court, is $4,166,625). Class Counsel will also seek reimbursement for expenses incurred over the five year course of this litigation, which are subject to court review and approval. Class Counsel will also seek a $50,000 incentive award for the Class Representative in recognition of his service to the Class during the pendency of this litigation. The Court

may award less than these amounts. All of these amounts, as well as the costs of administering the notice and claims program, will be paid out of the Settlement Fund before any payments are made to Settlement Class Members.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue or continue to sue any of the Defendants about the legal claims in this case, and you do not want to receive a cash payment in this Settlement, you must take steps to get out of the Settlement. This is called excluding yourself or opting out of the Settlement.

### 17.  How do I get out of the Settlement?

To exclude yourself from the Settlement, you must mail a written request for exclusion to the Settlement Administrator. Your letter must include (1) your full name; (2) your current mailing address; (3) your current telephone number; (4) the telephone number RMG used to make pre-recorded telemarketing calls to you; (5) a statement under penalty of perjury that you believe you are a member of the Settlement Class and that the number you listed as having received a call(s) from RMG is the one on which you received the call(s); (6) a statement indicating you want to be excluded from the Settlement Class in *Charvat v. Resort Marketing Group, Inc., et al.*, Case No. 1:12-cv-05746; and (7) the date and your signature. Your request for exclusion must be mailed to the Settlement Administrator at the address below and <u>postmarked</u> no later than November 3, 2017:

RMG TCPA Settlement Administrator Exclusions
P.O. Box 404022
Louisville, KY 40233-4022

### 18.  If I exclude myself, can I still get a cash payment from this Settlement?

No. If you exclude yourself, you are telling the Court that you don't want to be part of the Settlement. You can only receive a cash payment if you stay in the Settlement (*i.e.*, do not exclude yourself) <u>and</u> file a Claim Form.

### 19.  If I do not exclude myself, can I sue Defendants for the same legal claims later?

No. Unless you exclude yourself, you are giving up the right to sue Defendants and the Released Parties for the legal claims that this Settlement resolves. You must exclude yourself from *this* lawsuit to start or continue with your own lawsuit or be part of any other lawsuit against Defendants or any of the Released Parties about the legal claims resolved by this Settlement.

## OBJECTING TO THE SETTLEMENT

You can tell the Court if you don't agree with the Settlement or any part of it.

### 20.  How do I tell the Court that I do not like the Settlement?

If you are a Settlement Class Member, you can object to the Settlement if you do not like it or a portion of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must submit a written objection to the Court by November 3, 2017, with copies sent to the Settlement Administrator, Class Counsel, and each of the Cruise Defendants' Counsel postmarked by November 3, 2017. Your objection must include (1) your full name, address, current telephone number, the telephone number that was called by RMG; (2) a statement under penalty of perjury that you believe you are a member of the Settlement Class and that the number(s) you listed as being called is the one on which you received a call from RMG; (3) the reasons why you object to the Settlement, including a detailed statement of the legal basis for your objection and any supporting documents; (4) state whether your objection is made only on your behalf or if it is made on behalf of others, provide information identifying who they are; (5) the identity of all

witnesses, including their names, addresses and summary of testimony, you intend to call at the Final Approval Hearing and copies of all evidence you plan to provide; (6) a statement indicating whether you and/or your attorney intend to appear at the Court's Final Approval Hearing; and (7) your signature. If you plan to have your attorney appear at the Final Approval Hearing, that attorney must enter an appearance with the Clerk by November 3, 2017 and provide a list of all previous class action cases in which they have represented an objector.

You must file your objection with the Court by November 3, 2017 either in person or by mailing it to:

> Clerk of Court
> United States District Court for the Northern District of Illinois
> Everett McKinley Dirksen United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

You must also mail copies of your objection to <u>all</u> of the addresses below postmarked no later than November 3, 2017:

| SETTLEMENT ADMINISTRATOR | CLASS COUNSEL | CRUISE DEFENDANTS' COUNSEL |
|---|---|---|
| RMG TCPA<br>Settlement Administrator<br>P.O. Box 404022<br>Louisville, KY 40233-4022 | Matthew P. McCue<br>Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, MA 01760 | Jeffrey Becker<br>Swanson, Martin & Bell LLP<br>330 N. Wabash Ave., Ste. 3300<br>Chicago, IL 60611<br><br>Counsel for Carnival<br><br>**<u>AND</u>**<br><br>Catherine J. MacIvor<br>Foreman Friedman, PA<br>2 S. Biscayne Blvd., Suite 2300<br>Miami, Florida 33131<br><br>Counsel for Royal Caribbean and Norwegian |

### 21. May I come to Court to speak about my objection?

Yes. You or your attorney may speak at the Final Approval Hearing about your objection. To do so, your objection must include the information required above and be postmarked or filed by November 3, 2017.

### 22. What is the difference between objecting to the Settlement and asking to be excluded from it?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you remain a member of the Settlement Class (that is, do not exclude yourself). Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you cannot object because the Settlement no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you don't have to.

| 23. When and where will the Court decide whether to approve the Settlement? |
| --- |

The Court will hold a Final Approval Hearing at 11:00 a.m. on April 4, 2018 at the U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. It will also consider whether to approve Class Counsel's request for an award of attorney's fees and expenses, as well as an incentive award for the Class Representative. If there are objections, the Court will consider them. Judge Wood will listen to people who have asked to speak at the hearing (*see* Question 20 above). After the hearing, the Court will decide whether to approve the Settlement.

| 24. Do I have to come to the hearing? |
| --- |

No. Class Counsel will answer any questions Judge Wood may have. However, you are welcome to come to the hearing at your own expense. If you send an objection, you do not have to come to court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but that is not necessary.

| 25. May I speak at the hearing? |
| --- |

Yes. You may ask the Court for permission to speak at the Final Approval Hearing (*see* Question 20 above).

## IF YOU DO NOTHING

| 26. What happens if I do nothing at all? |
| --- |

If you are a member of the Settlement Class and you do nothing, you will give up the rights explained in Questions 13–14, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants and the Released Parties about the legal issues in this case. If you do not file a Claim Form, you will not receive a cash payment from this Settlement.

## GETTING MORE INFORMATION

| 27. How do I get more information? |
| --- |

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at www.RMGTCPASettlement.com. Additional information is also available by calling 1-855-636-6134 or by writing to RMG TCPA Settlement Administrator, P.O. Box 404022, Louisville, KY 40233-4022. Publicly-filed documents can also be obtained by visiting the office of the Clerk of the United States District Court for the Northern District of Illinois or reviewing the Court's online docket.

**Exhibit C**



3301 Kerner Boulevard    415.798.5900   PHONE
San Rafael, CA 94901    415.892.7354   FAX
                      kccllc.com

June 16, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:     Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

SWANSON, MARTIN & BELL, LLP represent Carnival Corporation & PLC and FOREMAN FRIEDMAN, PA represent Royal Caribbean Cruises, Ltd. and NCL (Bahamas) Ltd. in a putative class action lawsuit entitled *Charvat v. Resort Marketing Group et al.*, Case No. 1:12-cv-05746. The lawsuit alleges that automated telephone calls made by the Resort Marketing Group, Inc. ("RMG Defendants") on behalf of Carnival Corporation & PLC, Royal Caribbean Cruises, Ltd., and NCL (Bahamas) Ltd. ("Cruise Defendants"), violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"). The lawsuit is pending before the Honorable Andrea R. Wood in the United States District Court for the Northern District of Illinois, Eastern Division. This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on June 7, 2017.

| | |
|---|---|
| **Case Name:** | *Charvat v. Resort Marketing Group et al.* |
| **Case Number:** | 1:12-cv-05746 |
| **Jurisdiction:** | United States District Court, Northern District of Illinois, Eastern Division |
| **Date Settlement Filed with Court:** | June 7, 2017 |

The RMG Defendants and the Cruise Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:



«First» «Last»
June 16, 2017
Page 2

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint, Amended Class Action Complaint, Carnival Corporation's Motion to Dismiss Amended Complaint, Carnival Corporation's Memorandum of Law in Support of Motion to Dismiss Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Motion to Dismiss Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Memorandum of Law in Support of Motion to Dismiss Amended Complaint, Second Amended Class Action Complaint, Carnival Corporation's Motion to Dismiss Second Amended Complaint, Carnival Corporation's Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Elizabeth Valente's Motion to Dismiss Second Amended Complaint, Plaintiff's Response to Carnival Corporation's, Royal Caribbean Cruises LTD.'s and E. Valente's Motions to Dismiss Second Amended Complaint, Carnival Corporation's Reply in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s and NCL (Bahamas) LTD.'s Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint, Royal Caribbean Cruises LTD.'s Reply in Support of Motion to Dismiss Second Amended Complaint, Third Amended Class Action Complaint Carnival Corporation & PLCS' Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, Defendant Royal Caribbean Cruises LTD.'s Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, Defendant NCL (Bahamas) LTD.'s Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint, E. Valente's Answer to Third Amended Class Action Complaint, Plaintiff's Motion for Class Certification and Incorporated Memorandum in Support, Cruise Line Defendants' Motion to Strike the Declaration of Richard Borst, Cruise Line Defendants' Response in Opposition to Motion for Class Certification, Cruise Line Defendants' Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen, Plaintiff's Reply in Support of Motion for Class Certification, Plaintiff's Response in Opposition to Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen, Plaintiff's Response in Opposition to Motion to Strike Declaration of Richard Borst, Cruise Defendants' Reply in Support of Motion to Strike the Declaration of Richard Borst,* and *Cruise Defendants' Reply in Support of Motion to Strike Report of Plaintiff's Expert Jeffrey Hansen* are included on the enclosed CD Rom.



«First» «Last»
June 16, 2017
Page 3

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  As of June 16, 2017, the Court has not yet scheduled a final hearing in this matter. Plaintiff filed *Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement* on June 7, 2017, requesting that the Honorable Andrea R. Wood preliminarily approve the settlement.  The Preliminary Approval Hearing is scheduled to take place on July 6, 2017, at 10:45 a.m. in United States District Court for the Northern District of Illinois, Eastern Division before the Honorable Andrea R. Wood.   Copies of *Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Class Action Settlement Agreement and Release, [Proposed] Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Settlement Class, Approving Notice Plan and Setting Final Approval Hearing, Declaration of Edward A. Broderick in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Anthony I. Paronich in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Alexander H. Burke,* and *Declaration of Matthew P. McCue in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement* are included on the enclosed CD Rom.

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the *Long Form Notice, Post Card Notice, Publication Notice,* and *Online Claim Form* to be provided to the class are included on the enclosed CD Rom.

4.   **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Class Action Settlement Agreement and Release* is included on the enclosed CD Rom.

5.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of June 16, 2017, no other settlement or agreement has been entered into by the parties to this Action either directly or by and through their respective counsels.

6.   **28 U.S.C. § 1715(b)(6) – Final Judgmen**t:  No Final Judgment has been reached as of June 16, 2017, nor have any Notices of Dismissal been granted at this time. A copy of the *[Proposed] Order and Final Judgment* is included on the enclosed CD Rom.

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  While the Cruise Defendants are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a



«First» «Last»
June 16, 2017
Page 4

complete list of names of class members is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Because the class member data is unknown at this time and the expected class count is also unknown, we can best estimate the approximation of class members by State of residency utilizing the 2015 Census data for the resident population for the United States. Pursuant to 28 U.S.C. § 1715(b)(7)(B), attached as Appendix A is the approximate percentage by State of the anticipated Settlement Class.

8.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As of June 16 2017, the proposed Settlement is still pending preliminary and final approval by the Court, and accordingly there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact counsel for the Cruise Defendants immediately at either (305) 358-6555 or (312) 321-8425 so that any concerns or questions you may have can be addressed.

Thank you.

Sincerely,

*/s/*
Ross Murray
Vice President

Enclosure – CD Rom



«First» «Last»
June 16, 2017
Page 5

# Exhibit A

<u>Charvat v. Resort Marketing Group et al</u>
Case No. 1:12-cv-05746 (U.S.D.C. Illinois)

| STATE | APPROX. PCTG. OF CLASS |
|---|---|
| Alabama | 2% |
| Alaska | 0% |
| Arizona | 2% |
| Arkansas | 1% |
| California | 12% |
| Colorado | 2% |
| Connecticut | 1% |
| Delaware | 0% |
| District of Columbia | 0% |
| Florida | 6% |
| Georgia | 3% |
| Hawaii | 0% |
| Idaho | 1% |
| Illinois | 4% |
| Indiana | 2% |
| Iowa | 1% |
| Kansas | 1% |
| Kentucky | 1% |
| Louisiana | 1% |
| Maine | 0% |
| Maryland | 2% |
| Massachusetts | 2% |
| Michigan | 3% |
| Minnesota | 2% |
| Mississippi | 1% |
| Missouri | 2% |
| Montana | 0% |



«First» «Last»
June 16, 2017
Page 6

| | |
|---|---|
| Nebraska | 1% |
| Nevada | 1% |
| New Hampshire | 0% |
| New Jersey | 3% |
| New Mexico | 1% |
| New York | 6% |
| North Carolina | 3% |
| North Dakota | 0% |
| Ohio | 4% |
| Oklahoma | 1% |
| Oregon | 1% |
| Pennsylvania | 4% |
| Rhode Island | 0% |
| South Carolina | 2% |
| South Dakota | 0% |
| Tennessee | 2% |
| Texas | 9% |
| Utah | 1% |
| Vermont | 0% |
| Virginia | 3% |
| Washington | 2% |
| West Virginia | 1% |
| Wisconsin | 2% |
| Wyoming | 0% |
| American Samoa | 0% |
| Guam | 0% |
| Northern Mariana Islands | 0% |
| Puerto Rico | 1% |
| U.S. Virgin Islands | 0% |

**Exhibit D**

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrispher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Becker | Jeffrey S. | Swanson, Martin & Bell, LLP | 330 N. Wabash | Suite 3300 | Chicago | IL | 60611 |
| MacIvor | Catherine J. | Foreman Friedman, PA | 2 South Biscayne Blvd | Suite 2300 | Miami | FL | 33131 |
| Valente | Elizabeth | Resort Marketing Group, Inc. | 222 East State Street | | Batavia | IL | 60510 |
| Murray | Ross | KCC Class Action Services | 3301 Kerner Blvd. | | San Rafael | CA | 94901 |

# Exhibit E

**Opt-Out Requests**

**Total:** **287**

| Last Name | First Name |
|---|---|
| ABERCROMBIE | KAREN |
| ADAMS | SUSAN |
| ADLETA | DIANE |
| AIKENS | ROBIN |
| ALEXANDER | CHANELLE |
| ALLBRITTON | WILLIAM |
| ANDERSON | AMY |
| ANDRADE | AURA |
| ANTES | SHARON |
| ANTHONY | RUSSELL |
| ANTHONY | SONJA |
| ATWATER | PRISCILLA |
| BAILEY | NICOLA |
| BARUTZKE | GARY |
| BAUGHMAN | ALAN |
| BAUGHMAN | CHARLEYN |
| BELLMYER | LANA |
| BEOLET | CATHERINE |
| BERGER | GAIL |
| BIERI | TODD |
| BLACK | VERA |
| BLACKWELL | NAJAH |
| BLAKE | RONALD |
| BLATCHLEY | AUBREY |
| BOLDT | BEVERLY |
| BOMBA | CHRISTY |
| BONDI | THOMAS |
| BORDING | ERIC |
| BRAGER | JANET |
| BRAINARD | PATRICIA |
| BRIGHT | TRACY |
| BROWN | CRYSTAL |
| BROWN | LINDA |
| BROWN | LORI |
| BROWN | MARGARET |
| BRYAN | JAY |
| BRYANT | ANGELA |
| BUCCIERI | MICHAEL |
| BUCKSON | JOEL |
| BUKOBZA | MATAN |
| BULLARD | KEISHA |
| BULLETT | MARYANN |
| BURTON | EDWARD |

| | |
|---|---|
| BYRD | HALEY |
| CABRAL | JAN |
| CALABRETTA | VIVIAN |
| CALDWELL | KRISTEN |
| CAMPBELL | DEAN |
| CAPERTON | CHRISTEN |
| CARTER | BETTY |
| CARTER | LEE |
| CASTLEBERRY | HOWARD |
| CENTOLA | ANN |
| CHESTNUTT | DONNIE |
| CLOUD | JAUNELL |
| CLUTTER (BOEHMER DURING THAT TIMEFRAME) | HEATHER |
| COHEN | JOSEPH |
| COLLART | SERGIO |
| CONNER | AMBER |
| CONNICK | JUDY |
| CONROY | BRIAN |
| COOPER | ANTHONY |
| COPENHAVER | EDDIE |
| CORPUS | KEVIN |
| COTTLE | MATILDA |
| CRAFT | KATHLEEN |
| CRAFT | KENNETH |
| CRAVEN | SHARON |
| CROWDER | MICHAEL |
| CROWTHER | KENNETH |
| CRUZ | IRAIN |
| CUNNINGHAM | RACHEL |
| CUOCCO | PATRICIA |
| DALLSTREAM | HAZEL |
| DAVIS | JOEY |
| DE JESUS | MIRIELA |
| DEAN | ELIZABETH |
| DELANEY | JAMEY |
| DELVECCHIO | DOMINIC |
| DEMANT | BARBARA |
| DETRIO | KELLY |
| DOUGLAS | HARRY |
| DRAWDY | THOMAS |
| DRAYER | ANN |
| DUFAY | ANGELA |
| DUFRAIN | CHRISTOPHER |
| DZIERZYC | BRETT |
| ELKINS | STEPHEN |
| EMMER | JAY |

| | |
|---|---|
| ESPINDOLA | JEANIE |
| FAZ JR | JUAN |
| FERRIS | LISA |
| FIELDS | LOUISE |
| FLANNERY | MARCUS |
| FRANCIS | CHAD |
| FRANJ | JOSHUA |
| FRANKLIN | CHERLYNNE |
| FUGATE | TESSA |
| GAINES | LOIS |
| GANUS | DANIEL |
| GARCIA | TERESITA |
| GIANNA | JOSH |
| GIBSON | KATHRYN |
| GOHN | DEANNA |
| GOLDEN | LAVERNE |
| GOOCH | THERESA |
| GREATHOUSE JR | JOHN |
| GREGORY | BETTY |
| GREGORY | CARRIE |
| GREINER | SONIA |
| GROVES | ROSELLA |
| GRUDER | ROBERT |
| HAMMANN | KEVIN |
| HANKINS | ROBERT |
| HANNA | GREGORY |
| HANSON | BARRY |
| HARKER | CAITLIN PAIGE |
| HARTMAN | DOROTHY M |
| HEMMINGER | TAMMY |
| HERLINE III | CECIL |
| HILL | DELIA |
| HILL | KYLIE |
| HOFF | THOMAS |
| HOLLAND | BONNIE |
| HOU | JIMMY |
| HOWE | AMANDA |
| HUERBIN | LYNDSAY |
| HUGHES | LYNDA |
| INGRAM | DUSTIN |
| INGSTAD | CAROL |
| JANOFF | LENORE |
| JINE | RICHARD |
| JOHNSON | CAROL |
| JOHNSON | CHARLES |
| JONES | CAROLYN |
| JONES | DEBRA |

| | |
|---|---|
| JONES | JOCELYN |
| KARCZEWSKI | DARIA |
| KASTEL | JULIE |
| KETOLA | KATHY |
| KEYANDWY | KIM |
| KIMBALL | LUCILE |
| KINSEY | REGINA |
| KLEIN-MAHR | DEVORA |
| KNIGHT | WILLIAM HENRY & LAUREN ALEXIS |
| KNOX | JEFF |
| LACY | ALLISON |
| LADUKE | JENNIFER |
| LAGINESS | COLLEEN |
| LANGLEY | SHIRLEY |
| LANZILLA | JEANNE |
| LAROCQUE | BRENDA |
| LAROFF | CHANDLER |
| LAU | DENISE |
| LITTLE | TAMBRA |
| LOISELLE | SHARON |
| LONG | DANIEL |
| LONG | EDWARD |
| LUCKETT | THOMAS |
| LYSSY | TIMOTHY |
| MADISON | MARIELLE |
| MADRID | CYNTHIA |
| MANIACI | DAVID |
| MANISCALCO | RONALD V |
| MARQUA | JAMES |
| MATHIS | VERA |
| MATUSEWICZ | GEORGIANNA AND JOHN |
| MAYBURY | ANDREA |
| MAYSZAK | ALEX |
| MCCLUNE | TOM |
| MCCURDY | JONATHAN |
| MCDANIEL | JOY |
| MCDERMOTT | BARBARA |
| MCLEOD | RONNY |
| MERRITT | ROCKY |
| MILLER | THERESA |
| MILLS | NANCY |
| MILNE | MICHAEL |
| MINASSIAN | LIANA |
| MITCHELL | JASMINE |
| MORRISON | HAROLD |
| MULVEY | SUSAN |
| MURAWSKI | SUSAN |

| | |
|---|---|
| MURPHY | GREGORY |
| MURRAY | GRACE |
| MYLAVARAPU | RATNAJIRAO |
| MYLAVARAPU | RATNAJIRAO |
| NAGI | CHARLES |
| NELSON | JUDY |
| NICHOLLS | BETTY |
| NIEDERGESES | KRYSTAL |
| NIKLES | JENNA |
| NOEL | TAMARA |
| NOONON | JULIE |
| NUERNBERG | JOSEPH |
| OBRZUT | DANIELLE |
| PARK | SONYA |
| PARKER | JACOB |
| PASQUINO | LORRAINE |
| PAULSBOE | SCOTT |
| PEARSON | DONNA |
| PENA | EILEEN |
| PENA | JUAN |
| PENN | BRENDA |
| PEREZ | CANDACE |
| PETER | ROBERT |
| PHILLIPS | KATHY PETRUZZELLI |
| PIERCE | KILLIAN |
| PODRASKY | JOSEPH |
| POOLE | BARBARA |
| POWERS | MARK |
| QUIGLEY | BRIAN |
| RATELIFF, II | ALAN |
| RECTO | DAWN |
| REITER | JILL |
| RICHARDS | SENTELEA |
| RICHOUX | BRIGITTE |
| RIEGEL | ROBERT |
| RILEY | EDNA |
| ROMANO | HELEN |
| ROSS | SYDNEY |
| RUANE | ALYSSA |
| RUNYARD | CHARLES |
| RYAN | DAVID |
| RYAN | DEBRA |
| SABEY | JERROLD |
| SALGADO | LAURA |
| SAVAS | ANDREA |
| SAXMAN | MARIA |
| SCALISE | JACLYN |

| | |
|---|---|
| SCHAFFER | TIM |
| SCHEURER | AMY |
| SCHIEFER | RANDY |
| SCHLADER | DOUG |
| SCHWEIDEL | SUZANNE |
| SCOTT | MELISSA |
| SEEMANN | PAT |
| SELIGMAN | LAURIE |
| SERGENT | DELORIS |
| SHORT | BAILEE |
| SICILIANO | SHARON |
| SIGRIST | LORI |
| SMALLEY | RICHARD |
| SMEDLEY | RUSSELL |
| SMITH | KETRA |
| SMITH | KETRA |
| SMITH | LUCINDA |
| SOLIS | MARIA |
| SPEAR | MITZI |
| SPREITZER | SHELLEY |
| STEAR | GLORIA |
| STEPHENS | ALEXIS |
| STEWART | ANNA |
| STONE | TAMI |
| STRANGE | CLINTON |
| STRAUSE | GWEN |
| STREIF | ASHLEY |
| TANG | LOIDY AND JOE |
| TAVALERO | KIM |
| TAYLOR | CLAYTENA |
| TESKA | RAY |
| THIE | ANNETTE |
| THOMP | BETH |
| THOMPSON | SARAH |
| THROGMORTON | PAMELA |
| TRICE | LINDA |
| TURNER | VIRGINIA |
| TWEEDY | MANDY |
| VALDEZ | DESIREE |
| VALENTINE | JULIA |
| VASQUEZ | ERJONA |
| VAUGHN | CHARLES |
| VIDAL | SARAH |
| VILLA | ALISON |
| VOELKER | DAWN |
| VOLLMER | LYNN S |
| WANNOS | SAMANTHA |

| WASHAM | TERAH |
|---|---|
| WEBER | NICHOLAS |
| WELDON | STEPHEN |
| WESSON | KEVIN |
| WILLIAMS | LADINA |
| WITT | EUGENE |
| WORRELL | THOMAS |
| YOO | TIFFANY |
| ZEROTH | SUSAN |
| ZUGRAVE | GREG |