## DECLARATION OF MARGARET DALEY ESQUIRE

I, Margaret Daley, Esquire, declare and state under penalty of perjury as follows:

1. I was asked by Carnival Corporation & PLC, Royal Caribbean Cruise Ltd. and NCL (Bahamas) Ltd. to review and analyze whether the phone numbers identified by thirty (30) individuals in their objections to the class action settlement are contained in Resort Marketing Group, Inc.'s ("RMG") database of telephone numbers. For the sake of brevity, I adopt the qualifications set forth in detail in my report dated February 19, 2016 on pages 4-7.

2. The thirty objectors are as follows: Cathleen Schilling [DE 601], Craig Fruchter [DE 604], Mark C. Dunlap [DE 605, 607, 624], Evan E. Shelton [DE 606, 651], Timothy Johnson [DE 606, 651], Josie Fields [DE 613], Kathy Doyle [DE 613], Kathy Harbour [DE 613], Kyle Stewart [DE 613], Julius M. Dunmore [DE 614], Templeton Briggs [DE 621], John R. Hurley [DE 625], Gary Schroeder [DE 630], Julie Evanchek [DE 632], Jackie Redway [DE 637], Althea Redway [DE 637], Scott Riley [DE 639], Kendra Peck [DE 640], Heidi Stanfill [DE 641], James Hatch [DE 642], Todd Proudlock [DE 643], Jennifer Galindo [DE 644], Beverly Gerrard [DE 645], Timothy T. Doran [DE 646], Craig Grodman [DE 647], Chris Eber [DE 648], Liz Eber [DE 648], John Hastings [DE 649], David Misunas [DE650], Carol Whitton [DE 652].

3. Out of the above-referenced thirty objectors, the telephone numbers listed on the objections for objectors Craig Fruchter, Kathy Harbour, John R. Hurley, Todd Proudlock, and Carol A. Whitton are not in the RMG database.

I declare and state under penalty of perjury that the foregoing true and correct.

Executed on September 27, 2018.

Margaret A. Daley

Exhibit 3