Clerk of Court

United States District Court for the Northern District of Illinois    2019 SEP 10 AM 9:44

Dirksen United States Courthouse

219 South Dearborn St.

Chicago, IL       60604

Re; Chervat V Resort Marketing Group    CL #: 62132045601

Dear Sir or Madam:

I am writing to find, hopefully, with your help, the outcome, insofar as those named/qualified in this class action suit.

After establishing a person named, qualified as being adversely affected, after going through all informational demands and compliance – all is silent.

In the least I hope everyone in my position has not been taken for a ride, which I understand is more the typical scenario, I believe. As I have had a few product headaches in my life that fit the same situation, only to be forgotten and never heard from, again.

Well, I'm not going to take it anymore. After this, I will never answer another class action query. I will not help to make the case!

I hope you will shed some light for me and perhaps please give me a true way of contact for those with the true answers, in the above named suit.

Thank You Sincerely,

Shelia Henderson

6925 Bannister Rd.

Cumming, GA 30028



FILED

SEP 1 0 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT