UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Philip Charvat on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Elizabeth Valente, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-5746<br><br>The Honorable Andrea R. Wood |

**JOINT MOTION FOR INDICATIVE RULING ON WHETHER, UPON REMAND, THIS COURT WOULD APPROVE SETTLEMENT WITH OBJECTORS SHELTON, JOHNSON AND DUNLAP**

Pursuant to Federal Rules of Civil Procedure 23(e)(5)(B)(i), and 62.1, Class Counsel, Objectors-Appellants, Evan Shelton, Timothy Johnson and Mark Dunlap ("Objectors"), and Defendants, Carnival Corporation & PLC, NCL (Bahamas) Ltd. and Royal Caribbean Cruises, Ltd., ("Cruise Lines") jointly move for an indicative ruling on whether, upon remand, the Court would approve a conditional settlement agreement ("Agreement") reached between Class Counsel, the Cruise Lines and Objectors-Appellants, Evan Shelton, Timothy Johnson and Mark Dunlap ("Objectors")Objectors.[1]

If the Agreement is approved and the Court agrees to the terms, which are described below, Objectors will dismiss with prejudice their appeal in the United States Court of Appeals for the

---

[1] No other objectors appealed from the Court's Final Order of Dismissal and Final Judgment and, therefore, should the court determine that it would grant the relief is the Seventh Circuit remands, after nearly eight (8) years this case will finally be resolved and the Settlement Class Members would be able to receive the funds from the Class Settlement. [DE 730].

1

Seventh Circuit, Case No. 19-3280 and 19-3291. The Objectors' briefs are currently due to be filed on January 27, 2020, however, given the pendency of the settlement, they will seek an extension of time and/or stay pending entry of an indicative ruling from this Court on the Agreement.

The Agreement has two components. First, in the Court's Final Order of Dismissal and Final Judgment [DE 730], the Court ordered that distribution of the class settlement funds to eligible class members should be distributed, and if any funds remain because checks were not cashed or checks otherwise become null and void, the Settlement Administrator shall distribute the remaining Settlement Funds to the Settlement Class Members who previously cashed their settlement funds on a pro rata basis if doing so is administratively and economically feasible, which would be presumptively feasible if the settlement members would receive a check for more than $5.00, after the Settlement Administration Expenses. [DE 730, pp. 4-5, ¶ 13(c)-(e)]. The Agreement before the Court would lower the threshold for the administrative and economically feasible second round payments to Settlement Class Members from $5.00 to $2.50 to provide a greater economic benefit to active Settlement Class Members. Plaintiff/Class representative, Phil Charvat, Class Counsel and the Cruise Lines all agree that this adjustment would be in the best interests of the Settlement Class.

While this Court rejected the Objectors' objections, the reduction in the threshold of the second round of payments was not specifically addressed by the Court in its Memorandum Opinion or the Court's Final Order of Dismissal and Final Judgment [DE 727, 730], although the issue was raised at the fairness hearing. *See* DE 714, pp. 81-84, 102-103 attached as **Exhibit 1**. The parties agreed to this adjustment in the settlement process and respectfully request the Court to enter an indicative ruling that the Court would grant this adjustment if the Seventh Circuit Court of Appeal

remands the case because it would benefit the Settlement Class members.

The second component of the Agreement is a payment of $25,000 to counsel for objectors Shelton and Johnson, Jonathan Hilton, and $25,000 to counsel for Mark Dunlap, for fees, costs and expenses relating to the appeal ("Settlement"). The Settlement is a pool of funds comprised of contributions from Class Counsel and from the Cruise Lines. Class Counsel will pay its portion of the Settlement solely from the fee award granted to them by this Court and not from the class net settlement fund. The Cruise Lines' Settlement payments are also separate from the class net settlement fund. The Settlement, therefore, will not result in reduction of any funds designated for Settlement Class Members. See Agreement attached hereto as **Exhibit 2**. The Agreement is, however, contingent upon an indicative ruling from this Court and subsequent dismissal of the Objectors' appeal before the Seventh Circuit Court of Appeal.

Class Counsel believes the Agreement is in the best interests of the Settlement Class because it provides additional funds to those Settlement Class Members who receive the first round of Net Settlement Funds. Moreover, this Agreement provides an economic benefit to the class and not solely an economic benefit to Objectors' counsel. It is therefore a legitimate basis for Objectors' counsel to seek fees, and given that the fees are proportionately lower than the anticipated benefit to the class, the payment to Objectors' counsel reflected within this Agreement is the type that this Court should approve. And, although not the main consideration, resolving the appeal now would allow the class to receive their Net Settlement Fund payments now as opposed to six months to a year after an appeal is resolved, assuming no other appeals are taken.

The Cruise Lines are also in favor of lowering the administrative and economic feasibility dollar amount for the second round of payments so that more of the settlement funds will be received by active Settlement Class Members.

WHEREFORE, the parties respectfully request this Court to enter an indicative ruling that it would grant the relief requested in this Motion and for all other relief that the Court deems just and proper.

Dated: January 23, 2020.

Respectfully Submitted,

Matthew P. McCue
THE LAW OFFICE OF
MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
*Attorneys for Plaintiffs*

By: /s/ *Matthew P. McCue*
    Matthew P. McCue

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
*Attorneys for Plaintiffs*

By: /s/ *Alexander H. Burke*
    Alexander H. Burke

Edward A. Broderick
Anthony I. Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
*Attorneys for Plaintiffs*

By: /s/ *Edward A. Broderick*
    Edward A. Broderick

Catherine J. MacIvor
Florida Bar. No. 932711
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel.: (305) 358-6555
*Attorneys for Royal Caribbean Cruises, Ltd. and NCL (Bahamas), Ltd.*

By: /s/ *Catherine J. MacIvor*
    Catherine J. MacIvor

and

Jeffrey S. Becker (ARDC #6282492)
Darren B. Watts (ARDC #6197441)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Tel: 312-321-9100
*Attorneys for Carnival Corporation & PLC*

By: /s/ *Jeffrey S. Becker*
    Jeffrey S. Becker

## CERTIFICATE OF SERVICE

We do hereby certify that on this 23 day of January, 2020, a copy of the foregoing to be served to all counsel of record via ECF, and to Elizabeth Valente, as agreed, at the e-mail address of bvalente@tsncorporate.com.

## SERVICE LIST

*Charvat v. Valente, et al.,* Case No. 12-cv-5746

**Attorneys for Plaintiff**
Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
312-729-5288
FAX: 312-729-5289
ABurke@BurkeLawLLC.com

Matthew P. McCue (pro hac vice)
Law Offices of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
508-655-1415
FAX: 508-644-1415
mmccue@massattorneys.net

Edward A. Broderick (pro hac vice)
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
617-738-7080
ted@broderick-law.com

**Travel Services and Beth Valente**
Elizabeth Valente
TSN/RMG
bvalente@tsncorporate.com
By e-mail service as agreed

**Attorney for Objectors**
**Evan Shelton & Timothy Johnson**
Jonathan Hilton (Ohio 0095742)
10400 Blacklick-Eastern Rd. NW
Suite 110
Pickerington, OH 43147
614-992-2277
FAX: 614-427-5557
jhilton@hiltonparker.com

**Attorney for Objector**
**Mark C. Dunlap**
W. Allen McDonald
LACY, PRICE & WAGNER, P.C.
249 Peters Road – Suite 101
Knoxville, TN 32923-4917
865-246-0800
amcdonald@lpwpc.com