# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Philip Charvat

                                    Plaintiff,

v.                                                                       Case No.: 1:12−cv−05746
                                                                      Honorable Andrea R. Wood

Carnival Corporation & PLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, joint motion for indicative ruling on whether, upon remand, this court would approve settlement with Objectors Shelton, Johnson, and Dunlap [739] is taken under advisement. Ruling by mail. Status hearing set for 2/21/2020 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.