**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Philip Charvat

                Plaintiff,

v.                                            Case No.: 1:12–cv–05746
                                                Honorable Andrea R. Wood

Carnival Corporation & PLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 20, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 2/21/2020 is stricken. The Court will rule on the pending motion for indicative ruling [739] without further argument or briefing. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.