# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PHILIP CHARVAT, on behalf of himself and others similarly situated,<br>    Plaintiff,<br>v.<br>ELIZABETH VALENTE et al.,<br>    Defendants. | Case No. 1:12-cv-05746<br><br>Hon. Judge Andrea R. Wood |

## JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT

The Parties and objectors jointly request that the Court enter the attached amended judgment, and in support state as follow:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227 case that settled on a class basis. The Court issued a dismissal order and judgment on November 4, 2019. Dkt. 730. Three objectors appealed, and then settled to finally resolve the action and appeals. Dkt. 739-2. The Court issued an indicative ruling confirming that it would approve the Settlement as amended upon remand from the Seventh Circuit on February 27, 2020. Dkt. 744. In its ruling, the Court noted that the two limited changes to the settlement would benefit or not impact class members, and accordingly, "if the case is remanded, the Court will not require a new round of class notice or conduct another fairness hearing prior to issuing a ruling approving the amended settlement." *Id.*

2. The Court further held: "[t]he Court finds that the proposed amendments do not impact its prior reasoning approving the settlement as fair. Additionally, a speedier settlement and payout is in all class members' interests. Therefore, the Court would approve the proposed amended settlement upon remand." *Id.*

3. On Mach 20, 2020, the Seventh Circuit remanded the case for approval of the

settlement and entry of judgment. <u>Exhibit A</u>.

4.	In light of the remand and the Court's prior ruling indicating that a speedier settlement payout is in class members interest and that it would approve the amended settlement, this matter is now ready to be finally resolved through an amended judgment.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Amended Final Order of Dismissal and Final Judgment attached hereto as <u>Exhibit B</u>.

Dated: March 23, 2020

PHILIP CHARVAT, on behalf of himself and others similarly situated

By: */s/ Edward A. Broderick*
 Edward A. Broderick
 Email: ted@broderick-law.com
 BRODERICK LAW, P.C.
 99 High Street, Suite 304
 Boston, MA 02110
 Telephone: (617) 738-7080

 Alexander H. Burke
 Email: aburke@burkelawllc.com
 Daniel J. Marovitch
 Email: dmarovitch@burkelawllc.com
 BURKE LAW OFFICES, LLC
 155 North Michigan Avenue, Suite 9020
 Chicago, IL 60601
 Telephone: (312) 729-5288

 Matthew P. McCue
 Email: mmccue@massattorneys.net
 THE LAW OFFICE OF
 MATTHEW P. MCCUE
 1 South Avenue, Suite 3
 Natick, MA 01760
 Telephone: (508) 655-1415
 *Counsel for Plaintiff and the Class*

OBJECTORS

By: /s/ *W. Allen McDonals*
 W. Allen McDonald, Esq.
 249 N. Peters Road, Suite 101
 Knoxville, TN 37923-4917
 Tel: (865) 246-0800
 *Counsel for Objector Mark Dunlap*

By: /s/ *Jonathan Hilton*
 Jonathan Hilton
 10400 Blacklick-Eastern Rd NW, Suite 110
 Pickerington, OH 43147
 *Attorney for Objectors Timothy Johnson and Evan E. Shelton*

Respectfully submitted,

ROYAL CARIBBEAN CRUISES, LTD. and NCL (BAHAMAS), LTD.

By: */s/ Catherine J. MacIvor*
 Catherine J. MacIvor
 Email: cmacivor@fflegal.com
 FOREMAN FRIEDMAN, PA
 One Biscayne Tower, Suite 2300
 2 S. Biscayne Blvd.
 Miami, FL 33131
 Telephone: (305) 358-6555

 *Counsel for Defendants Royal Caribbean Cruises, Ltd. and NCL (Bahamas), Ltd.*

CARNIVAL CORP. & PLC

By: */s/ Jeffrey S. Becker*
 Jeffrey S. Becker
 Email: jbecker@smbtrials.com
 Darren B. Watts
 Email: dwatts@smbtrials.com
 SWANSON, MARTIN & BELL, LLP
 330 N. Wabash Ave., Suite 3300
 Chicago, IL 60611
 Telephone: (312) 321-9100

 *Counsel for Defendant Carnival Corp. & PLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such to all counsel of record.

*/s/ Edward A. Broderick*
Edward A. Broderick
