# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**AMENDED ORDER**

April 2, 2020

Before

**MICHAEL S. KANNE**, *Circuit Judge*

| Nos. 19-3280 and 19-3291 | PHILIP J. CHARVAT, on behalf of himself and others similarly situated,<br>Plaintiff - Appellee<br><br>v.<br><br>ELIZABETH VALENTE, et al.,<br>Defendants - Appellees<br><br>APPEALS OF: MARK DUNLAP and EVAN E. SHELTON, Objectors |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cv-05746<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood | |

The following are before the court:

1. **NOTICE OF FILING LETTER GRANTING INSTRUCTIVE RULING**, filed on March 19, 2020, by counsel for Plaintiff-Appellee, Phillip Charvat and Defendant Appellees Royal Caribbean Cruises, Ltd., Carnival Corporation and PLC and NCL (Bahamas), Ltd.

2. **JOINT MOTION TO REMAND, OR FOR STATUS UPDATE**, filed on March 19, 2020, by counsel for all parties.

**IT IS ORDERED** that the motion for remand is **GRANTED**. In light of the district court's statement that it is inclined to approve the class settlement as amended, this case is **REMANDED** to the district court pursuant to Federal Rule of Appellate Procedure 12.1 and Circuit Rule 57. The parties are reminded that "[a]ny party dissatisfied with the judgment as modified must file a fresh notice of appeal." Cir. R. 57. The mandate in this appeal shall issue forthwith.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)